**Fill in this information to identify the case:**

United States Bankruptcy Court for the <u>District of Delaware</u>

Case number (*if known*): _____ Chapter <u>11</u>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals, is available.*

| | | |
|---|---|---|
| 1. | **Debtor's name** | Kabbage, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, *and doing business as* names | d/b/a KServicing<br>d/b/a KService Corp.<br>d/b/a KServicing, Inc.<br>Kabbage Platform (used solely in the state of New York) |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-4973937 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 730    Peachtree Street, Suite 470<br><sub>Number   Street</sub> | 925B    Peachtree Street, NE<br><sub>Number   Street</sub> |
| | Suite 383<br><sub>P.O. Box</sub> |
| Atlanta    Georgia    30308<br><sub>City    State    ZIP Code</sub> | Atlanta    Georgia    30309<br><sub>City    State    ZIP Code</sub> |
| Fulton<br><sub>County</sub> | **Location of principal assets, if different from principal place of business** |
| | <br><sub>Number    Street</sub> |
| | <br><sub>City    State    ZIP Code</sub> |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.kservicing.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ |

Debtor    Kabbage, Inc.    Case number (if known)    22-____  ( )
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*
☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5223 – Activities Related to Credit Intermediation

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☒ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes    District _____ When _____ Case number _____
                                          MM/ DD/ YYYY

         District _____ When _____ Case number _____
                                          MM / DD/ YYYY

| Debtor | Kabbage, Inc. | Case number (if known) | 22-_____ ( ) |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes

| Debtor | See Schedule 1 | Relationship | See Schedule 1 |
|---|---|---|---|
| District | Delaware | When | October 3, 2022 |
| | | | MM / DD/ YYYY |
| Case number, if known | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City          State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact Name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

| Debtor | Kabbage, Inc. | Case number (if known) | 22-____ ( ) |
| | Name | | |

| **15. Estimated assets** | | | |
|---|---|---|---|
| (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | | | |
|---|---|---|---|
| (on a consolidated basis with all affiliated debtors) | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 3, 2022
               MM / DD/ YYYY

✗   /s/ Laquisha Milner                              Laquisha Milner
Signature of authorized representative of            Printed name
debtor

Chief Executive Officer
Title

**18. Signature of attorney**

✗   /s/ Daniel J. DeFranceschi          Date   October 3, 2022
Signature of attorney for debtor                    MM / DD / YYYY

Daniel J. DeFranceschi                  Ray C. Schrock, P.C.
Printed Name

Richards, Layton & Finger, P.A.         Weil, Gotshal & Manges LLP
Firm Name

One Rodney Square, 920 North King Street    767 Fifth Avenue
Address

Wilmington, Delaware 19801              New York, New York 10153
City/State/Zip

(302) 651-7700                          (212) 310-8000
Contact Phone

defranceschi@rlf.com                    Ray.Schrock@weil.com
Email Address

2732                Delaware
Bar Number          State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").  A motion will be filed with the Court requesting that the chapter 11 cases of each entity listed below be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of Kabbage, Inc. and under the case name Kabbage, Inc. d/b/a KServicing.

| COMPANY |
|---|
| Kabbage, Inc. |
| Kabbage Canada Holdings, LLC |
| Kabbage Asset Securitization LLC |
| Kabbage Asset Funding 2017-A LLC |
| Kabbage Asset Funding 2019-A LLC |
| Kabbage Diameter, LLC |

**UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS
OF KABBAGE, INC.**

**October 3, 2022**

The undersigned, being all of the members of the Board of Directors (the "**Board**") of Kabbage, Inc., a Delaware corporation (the "**Company**"), hereby adopt, consent and approve the following resolutions and each and every action effected thereby by written consent in lieu of a meeting, pursuant to (i) the relevant provisions of the organizational documents of the Company and (ii) Section 141(f) of the General Corporation Law of the State of Delaware.

**WHEREAS**, the Board has reviewed and had the opportunity to ask questions regarding the materials presented by management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to them and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider, and have considered, the strategic alternatives available to the Company; and

**WHEREAS**, the Board desires to approve the following resolutions:

1.      <u>**Commencement of Chapter 11 Case**</u>

**NOW, THEREFORE, BE IT RESOLVED**, that the Board has determined, after consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it further

**RESOLVED**, that any other duly authorized officer of the Company, including but not limited to the Chief Executive Officer and the Interim Chief Financial Officer (each an "**Authorized Officer**", and collectively the "**Authorized Officers**") in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file in the name and on behalf of the Company, and under its seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, and other documents in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), and, in connection therewith, to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case (each, a "**Chapter 11 Case**"), including, without limitation, (i) the payment of fees, expenses, and taxes such Authorized Officer deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and be it further

2.      **Retention of Advisors**

**RESOLVED**, that, in connection with the Company's Chapter 11 Case, any Authorized Officer, in each case, acting singly or jointly, be, and each hereby is, authorized empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to employ and retain all assistance in the name and on behalf of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals which such Authorized Officer deems necessary, appropriate, or desirable in connection with such employment and retention of professionals set forth in this resolution, with the view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and be it further

**RESOLVED**, that the firm of AlixPartners LLC, located at 909, Third Avenue, New York, NY 10022, is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, NY 10153, is hereby retained as attorneys for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Omni Agent Solutions, is hereby retained as claims, noticing and solicitation agent for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Richards, Layton & Finger, PA, located at 920 N King St, Wilmington, DE 19801, is hereby retained as local counsel for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that KPMG International Limited, located 500 Grant St #2300, Pittsburgh, PA 15219, is hereby retained in connection with fraud review for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Jones Day, LLP, located at 1221 Peachtree St NE #400, Atlanta, GA 30361 is hereby retained as government investigations counsel for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that Greenberg Traurig, located at 3333 Piedmont Road, NE, Suite 2500, Atlanta, GA 30305, is hereby retained as counsel for the Board in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

### 3.        <u>**General Authorization and Ratification**</u>

      **RESOLVED,** that any Authorized Officer, any one of whom may act without any of the others, be and hereby is, authorized and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; and be it further

      **RESOLVED**, that any actions taken by any Authorized Officer, for or on behalf of the Company prior to the date hereof that would have been authorized by these resolutions but for the fact that such actions were taken prior to the date hereof be, and hereby are, authorized, adopted, approved, confirmed and ratified in all respects as the actions and deeds of the Company.

*[The remainder of this page is intentionally left blank]*

**IN WITNESS WHEREOF**, the undersigned, being the members of the Board, have executed this consent as of the date first written above.

DocuSigned by:

7DB2D042TCC746B...

Laquisha Milner

DocuSigned by:

Robin Gregg

737D46C994E24C0...

Robin Gregg

DocuSigned by:

C3B0C530BBAE469...

Eric Hartz

DocuSigned by:

Lawrence X. Taylor

0F851C00AAE84F7...

Lawrence X. Taylor

**Fill in this information to identify the case:**

Debtor name:  Kabbage, Inc.

United States Bankruptcy Court for the District of Delaware
                                                            (State)

Case number (*If known*):        22-_____ (  )

☐ Check if this is an
   amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
                                                                                                                    12/15

A list of consolidated creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Cross River Bank Attn.:  Arlen Gelbard, Esq., General Counsel 400 Kelby Street Fort Lee, New Jersey 07024 | Attn.:  Arlen Gelbard, Esq., General Counsel Phone: (201) 808-7189 Email: agelbard@crossriverbank.com | Customer | | | | Undetermined |
| 2  Customers Bank Attn.:  Sam Sidhu 1015 Penn Avenue, Suite 103 Wyomissing, Pennsylvania 19610  Customers Bank Attn.: Jennifer Petsu, Third Party Risk Management Attn.:  Andrew Sachs, General Counsel 701 Reading Avenue West Reading, Pennsylvania 19611 | Attn.:  Sam Sidhu Email:  ssidhu@customersbank.com  Attn.:  Jennifer Petsu, Third Party Risk Management Email: jpetsu@customersbank.com  Attn.:  Andrew Sachs, General Counsel Email: asachs@customersbank.com | Customer | | | | Undetermined |
| 3  Federal Reserve Bank of San Francisco Attn.:  Credit Risk Management 101 Market Street, MS 830 San Francisco, California 94105  Federal Reserve Bank of San Francisco Attn.:  Credit Risk Management Attn.:  Braden Parker Attn.:  Wallace Young 101 Market Street, MS 830 San Francisco, California 94105  Federal Reserve Bank of San Francisco c/o Cleary Gottlieb Counsel to Federal Reserve Attn.:  Lisa Schweitzer One Liberty Plaza New York, New York 10006 | Attn.:  Credit Risk Management Phone: (866) 974-7475 Email: pplfcredit@sf.frb.org  Attn.:  Braden Parker Attn.:  Wallace Young Phone: (866) 974-7475 Email: braden.parker@sf.frb.org Email: wallace.young@sf.frb.org  Attn.:  Lisa Schweitzer Phone: (212) 225-2629 Email: lschweitzer@cgsh.com | Secured Lender | | $536,700,000.00 | | Undetermined |

| Debtor | Kabbage, Inc. | Case number (if known) | 22-_____ ( ) |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section Attn.: Sarah Loucks, Esq. Attn.: Alastair M. Gesmundo 175 N Street NE, Room 10.1806 Washington, District of Columbia 20002 U.S. Attorney's Office for the District of Massachusetts Attn.: Sarah Loucks, Esq. Attn.: Brian LaMacchia, Assistant United States Attorney One Courthouse Way, Suite 9200 Boston, Massachusetts 02210 U.S. Attorney's Office for the Eastern District of Texas Civil Division Attn.: Betty Young, Esq. 550 Fannin, Suite 1250 Beaumont, Texas 77701 | Attn.: Sarah Loucks Email: sarah.e.loucks@usdoj.gov Attn.: Alastair M. Gesmundo Phone: (202) 305-4659 Email: alastair.m.gesmundo@usdoj.gov Attn.: Brian LaMacchia Email: brian.lamacchia@usdoj.gov Attn.: Betty Young, Esq. Email: betty.young@usdoj.gov | Litigation | | | | Undetermined |
| 5 | Federal Trade Commission Attn.: Marguerite Moeller Attn.: Alan Bakowski 600 Pennsylvania Avenue NW Washington, District of Columbia 20580 | Attn.: Marguerite Moeller Phone: (202) 326-2905 Email: mmoeller@ftc.gov Attn.: Alan Bakowski Phone: (202) 326-2222 Email: abakowski@ftc.gov | Litigation | | | | Undetermined |
| 6 | Small Business Bureau Attn.: Susan Streich Attn.: Eric Benderson 409 3rd Street SW, Suite 7211 Washington, District of Columbia 20416 | Attn.: Susan Streich Phone: (202) 205-6641 Email: susan.streich@sba.gov Attn.: Eric Benderson Email: eric.benderson@sba.gov | Litigation | | | | Undetermined |
| 7 | American Express Kabbage Inc. Attn.: Tara Rajani, Senior Manager 730 Peachtree St NE , #1100 Atlanta, Georgia 30308 | Attn.: Tara Rajani, Senior Manager Phone: (919) 971-1122 Email: tara.e.rajani@aexp.co | Trade | | | | $278,000.00 |
| 8 | Biz2X LLC Attn.: Shweta Mohan One Penn Plaza, Suite 4530 New York, New York 10119 | Attn.: Shweta Mohan Phone: (212) 644-4555 Email: shweta.mohan@biz2credit.com | Trade | | | | $211,000.00 |
| 9 | Vital Outsourcing Services Inc. Attn.: Ken Braddock 4775 Peachtree Industrial Blvd., Suite 310 Berkley Lake, Georgia 30092 | Attn.: Ken Braddock Phone: (678) 381-4285 Email: kbraddock@vitasolutions.net | Trade | | | | $161,000.00 |
| 10 | Vaco LLC Attn.: Shannon Gwinner 115 Perimeter Center Place NE, Suite 950 Atlanta, Georgia 30346 | Attn.: Shannon Gwinner Phone: (678) 643-2427 Email: sgwinner@vaco.com | Trade | | | | $51,000.00 |

| Debtor | Kabbage, Inc. | Case number (if known) | 22-_____ ( ) |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 Transunion Risk and Alternative Data Solutions Attn.: Steven Littman 4530 Conference Way South Boca Raton, Florida 33431 | Attn.: Steven Littman Phone: (561) 208-9038 Email: steven.littman@transunion.com | Trade | | | | $34,000.00 |
| 12 URS Technologies Solutions LLC Attn.: Mukesh Chamedia 1100 Green Street, Suite 203 Iselin, New Jersey 08830 | Attn.: Mukesh Chamedia Phone: (908) 241-0582 Email: mukesh@blucognition.com | Trade | | | | $32,000.00 |
| 13 MorganFranklin Consulting, LLC Attn.: Timothy Keefe 7900 Tysons One Place, Suite 300 McLean, Virginia 22102 | Attn.: Timothy Keefe Phone: (202) 798-5073 Email: tim.keefe@morganfranklin.com | Trade | | | | $31,000.00 |
| 14 KLDiscovery Ontrack, LLC Attn.: Dale Drury 8201 Greensboro Drive, Suite 300 McLean, Virginia 22102 | Attn.: Dale Drury Phone: (952) 937-1107 Email: dale.drury@kldiscovery.com | Trade | | | | $27,000.00 |
| 15 Amazon Webservices Attn.: David A. Zapolsky, General Counsel 410 Terry Avenue North Seattle, Washington 98108 | Attn.: David A. Zapolsky, General Counsel Phone: (206) 266-1000 Email: davidz@amazon.com Email: zapolsky@amazon.com | Trade | | | | $24,000.00 |
| 16 Google LLC Attn.: Kent Walker, Chief Legal Officer Attn.: Cody Bowlay 1600 Amphitheatre Parkway Mountain View, California 94043 | Attn.: Kent Walker, Chief Legal Officer Phone: (650) 253-0000 Email: Attn.: Cody Bowlay Email: cbowlay@google.com | Trade | | | | $18,000.00 |
| 17 Moore Colson Attn.: Sarah Parker 600 Galleria Parkway SE, Suite 600 Atlanta, Georgia 30339 | Attn.: Sarah Parker Phone: (770) 989-0028 Email: sparker@moorecolson.com | Trade | | | | $15,000.00 |
| 18 Major, Lindsey & Africa / Allegis Group Holdings Inc. Attn.: Michael A. Albino, Practice Lead 7301 Parkway Drive Hanover, Maryland 21076 | Attn.: Michael A. Albino, Practice Lead Phone: (404) 875-1154 Email: malbino@mlaglobal.com | Trade | | | | $15,000.00 |
| 19 RSM US LLP Attn.: Ben Brockman 30 South Wacker Drive, Suite 3300 Chicago, Illinois 60606 | Attn.: Ben Brockman Phone: (312) 634-4452 Email: ben.brockman@rsmus.com | Trade | | | | $13,000.00 |
| 20 Goodwin Procter LLP Attn.: Dondi Dancy 601 Marshall Street Redwood City, California 94063 | Attn.: Dondi Dancy Phone: (650) 752-3100 Email: ddancy@goodwinlaw.com | Professional Services | | | | $10,000.00 |

| Debtor | Kabbage, Inc. | Case number (if known) | 22-_____ ( ) |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  Libra Risk Management Attn.: Ian Cox 12 Howard Avenue Foxborough, Massachusetts 02035 | Attn.: Ian Cox Phone: (781) 975-8424 Email: icox@kservicecorp.com | Trade | | | | $7,000.00 |
| 22  Slack Technologies, LLC Attn.: David Schellhase, General Counsel 500 Howard Street San Francisco, California 94105 | Attn.: David Schellhase, General Counsel Phone: (415) 579-9122 Email: | Trade | | | | $5,000.00 |
| 23  Option 1 Partners LLC Attn.: Jackie Flake 5815 Windward Parkway, Suite 302 Alpharetta, Georgia 30005 | Attn.: Jackie Flake Phone: (678) 870-4343 Email: jackie@option1partners.com | Trade | | | | $4,000.00 |
| 24  Thomas E. Austin Jr., LLC Attn.: Thomas E. Austin Jr 2625 Piedmont Road NE, Suite 56-330 Atlanta, Georgia 30324 | Attn.: Thomas E. Austin Jr. Phone: (404) 814-3755 Email: taustin@taustinlaw.com | Professional Services | | | | $3,000.00 |
| 25  Box, Inc. Attn.: David Leeb, Chief Legal Officer Attn.: Jason Silapachai 900 Jefferson Avenue Redwood City, California 94063 | Attn.: David Leeb, Chief Legal Officer Phone: (877) 729-4269 Email: Attn.: Jason Silapachai Phone: (650) 729-4269 Email: jsilapachai@box.com | Trade | | | | $3,000.00 |
| 26.  TKCG, Inc. Attn.: Lisa Williams, Executive Vice President 981 Joseph Lowery Boulevard NW Suite 100 Atlanta, Georgia 30318 | Attn.: Lisa Williams, Executive Vice President Phone: (404) 488-7400 Email: williams@trevelinokeller.com | Trade | | | | $2,000.00 |
| 27  Corporation Service Company Attn.: Kevin Hunter Attn.: Jessica Mullenix Woodward 251 Little Falls Drive Wilmington, Delaware 19808 | Attn.: Kevin Hunter Phone: (800) 927-9801 Email: accountspecialist@cscglobal.com Attn.: Jessica Mullenix Woodward Phone: (800) 927-9801 Ext. 62993 Email: jessica.woodward@cscgfm.com | Professional Services | | | | $1,480.00 |
| 28  Microsoft Attn.: Hossein Nowbar, General Counsel One Microsoft Way Redmond, Washington 98052 | Attn.: Hossein Nowbar, General Counsel Phone: (425) 882-8080 Email: | Trade | | | | $1,000.00 |
| 29  Lanier Parking Solutions I, LLC d/b/a Reef Parking Attn.: Elliot Roby 730 Peachtree Street, Mailbox #35 Atlanta, Georgia 30308 | Attn.: Elliot Roby Phone: (404) 888-0170 Email: elliott.roby@reefparking.com | Trade | | | | $1,000.00 |

| Debtor | Kabbage, Inc. | Case number (if known) | 22-_____ ( ) |
| --- | --- | --- | --- |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy, individually and as putative plaintiffs on behalf of the proposed class<br><br>c/o The Finley Firm, P.C.<br>Attn.: MaryBeth V. Gibson, Esq.<br>Piedmont Center<br>3525 Piedmont Road<br>Building 14, Suite 230<br>Atlanta, Georgia 30305<br><br>c/o White & Williams, LLP<br>Attn.: Shane R .Heskins, Esq.<br>Attn.: Justin E. Proper, Esq.<br>1650 Market Street<br>One Liberty Place, Suite 1800<br>Philadelphia, Pennsylvania 19103 | Attn.: MaryBeth V. Gibson, Esq.<br>Phone: (404) 978-6971<br>Email: mgibson@thefinleyfirm.com<br><br>Attn.: Justin E. Proper, Esq.<br>Phone: (215) 864-7000<br>Email: properj@whiteandwilliams.com<br><br>Attn.: Shane R. Heskins, Esq.<br>Phone: (215) 864-6329<br>Email: heskins@whiteandwilliams.com | Litigation | | | | Undetermined |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re                                      :        **Chapter 11**
:
**KABBAGE, INC.,**                          :        **Case No. 22-_____ (      )**
:
Debtor.                           :
:
------------------------------------------------------------ x

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as **Exhibit A** is an organizational chart reflecting certain of the ownership interests in Kabbage, Inc. (the "**Parent**") and its debtor affiliates, as proposed debtors and debtors in possession (the "**Debtor Affiliates**" and together with the Parent, the "**Debtors**").  The Debtors respectfully represent as follows:[1]

1.      To the best of the Debtors' knowledge and belief, no publicly held corporation owns, directly or indirectly, 10% or more of the equity interests in the Parent.

2.      The Parent directly owns 100% of the equity interests in each of the Debtor Affiliates listed in **Exhibit A**.

---

[1] All positions and ownership information is provided as of the date hereof (the "**Petition Date**").

**<u>Exhibit A</u>**

**Organizational Chart**

# Kabbage, Inc. d/b/a KServicing
## Organizational Structure



Kabbage, Inc. d/b/a KServicing*

Incorporated: Delaware
EIN Ending: 3937

Kabbage Financial Services Limited

Incorporated: UK
EIN Ending: N/A

Kabbage Canada Holdings, LLC

Incorporated: Delaware
EIN Ending: N/A

Kabbage Asset Securitization LLC

Incorporated: Delaware
EIN Ending: N/A

Kabbage Asset Funding 2017-A LLC

Incorporated: Delaware
EIN Ending: 4803

Kabbage Asset Funding 2019-A LLC

Incorporated: Delaware
EIN Ending: 8973

Kabbage Diameter, LLC

Incorporated: Delaware
EIN Ending: N/A

99.9%

Kabbage India Private Limited

Incorporated: India
EIN Ending: N/A

All ownership is 100% unless otherwise noted.
* Kabbage, Inc. d/b/a KServicing, KServicing, Inc., KService Corp., and Kabbage Platform (Kabbage Platform used solely in the state of New York).



Debtor
Non-Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re                           :      **Chapter 11**
                                   :
**KABBAGE, INC.,**           :      **Case No. 22-_____ (      )**
                                   :
                                   :
                  **Debtor.**         :
---------------------------------------------------------- x

### LIST OF EQUITY HOLDERS[1]

         Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession (the "**Debtor**").

Check applicable box:

☐      There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

☒      The following are the Debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Softbank Vision Fund (AIV M2) L.P. Attn.: Chris Placencia / Legal Team 1 Circle Star Way San Carlos, California 94070 | Common Shares | 5,690,800 |
| Blue Run Ventures IV, L.P. Attn.: Jonathan Ebinger 545 Middlefield Road, Suite 250 Menlo Park, California 94025 | Common Shares | 5,291,159 |

---

[1]     This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the Debtor's chapter 11 case.

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| MDV IX, L.P.<br>c/o Mohr Davidow Ventures<br>Attn.: Bryan Stolle or Managing Director<br>3000 Sand Hill Road, Bldg. 3, Suite 290<br>Menlo Park, California 94025 | Common Shares | 4,700,655 |
| Thomvest Ventures Ltd.<br>Attn.:  Managing Director<br>138 South Park Street<br>San Francisco, California 94107 | Common Shares | 4,463,434 |
| SoftBank PrinceVille Investments, L.P.<br>Attn.: Steve Murray<br>38 Glen Avenue<br>Newton, Massachusetts 02459 | Common Shares | 2,010,724 |
| Evergreen Extension Holdings LLC<br>Attn.:  President<br>183 Centre St<br>New York, New York 10013 | Common Shares | 1,520,187 |
| TCWC Kabbage, LLC<br>c/o Rob Baxter<br>865 South Figueroa Street, Suite 1800<br>Los Angeles, California 90017 | Common Shares | 1,005,362 |
| Mouro Capital I LP<br>Attn.:  President<br>Suite A, 6 Honduras Street<br>London, EC1Y 0TH<br>United Kingdom | Common Shares | 977,081 |
| Lumia Capital 2014 Fund L.P. 1<br>Attn.:  President<br>116 New Montgomery, Suite 600<br>San Francisco, California 94105 | Common Shares | 858,146 |
| Curieux Limited Co.<br>Two Ravinia Drive, Suite 700<br>Atlanta, Georgia 30346 | Common Shares | 812,065 |
| Raymond James & Associates, Inc.<br>CSDN FBO Robert Frohwein RIRA U/A/D 5/27/16<br>Attn.:  President<br>880 Carillon Parkway<br>St. Petersburg, Florida 33716 | Common Shares | 685,000 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| The Bank of Nova Scotia<br>c/o Vivian Koen<br>40 King Street, 36th Floor<br>Toronto Ontario M5H1H1<br>Canada | Common Shares | 675,639 |
| Lumia Telescope, L.P.<br>Attn.:  President<br>116 New Montgomery, Suite 600<br>San Francisco, California 94105 | Common Shares | 670,241 |
| Mount McKinley Investment Limited<br>Level 29<br>c/o Legal Counsel Richard Pu Wanchai<br>Three Pacific Place 1 Queen's Road East<br>Hong Kong | Common Shares | 670,241 |
| United Parcel Service General Services Co.<br>Attn.:  Legal Department<br>55 Glenlake Parkway NE<br>Atlanta, Georgia 30328 | Common Shares | 577,578 |
| Kathryn Petralia<br>*Address on File* | Common Shares | 564,318 |
| The Frohwein Family 2015 Trust<br>Attn.: Robert Frohwein<br>*Address on File* | Common Shares | 500,000 |
| Marc J. Gorlin Revocable Trust Dated 10/23/98,<br>Attn:  Marc J. Gorlin, Trustee<br>1820 Peachtree Street,  #1902<br>Atlanta, Georgia 30309 | Common Shares | 492,962 |
| Lancaster Advisors, LLC,<br>as Trustee of Lancaster Gift Trust<br>c/o Fortis Advisors, LLC<br>Attn.:  Courtney Nothaus<br>12526 High Bluff Drive, Suite 280<br>San Diego, California 92130 | Common Shares | 425,000 |
| KludeIn Fund I, LLC<br>Attn.:  President<br>855 El Camino Real #13A-385<br>Palo Alto, California 94301 | Common Shares | 368,222 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Orchard App, Inc.<br>Attn.: Lindsay Cohen<br>386 Park Avenue S, 3rd Floor<br>New York, New York 10016 | Common Shares | 357,338 |
| BRV Opportunities Fund, L.P.<br>545 Middlefield Road, Suite 250<br>Menlo Park, California 94025 | Common Shares | 337,820 |
| Victoria A. Treyger<br>*Address on File* | Common Shares | 272,909 |
| NCD SWIB Opportunities, L.P.<br>Attn.:  President<br>649 San Ramon Valley<br>Danville, California 94526 | Common Shares | 268,097 |
| Warren A. Stephens Trust, dated 9/30/87<br>c/o Warren A. Stephens, Trustee<br>111 Center Street<br>Little Rock, Arkansas 72201 | Common Shares | 268,097 |
| Venture Lending & Leasing VI, LLC<br>Attn.:  Legal Department<br>104 La Mesa Drive, Suite 102<br>Portola Valley, California 94028 | Common Shares | 241,546 |
| Edward D. Riefkohl<br>*Address on File* | Common Shares | 230,345 |
| Pensco Trust Company LLC<br>Attn.:  President<br>Custodian FBO Marc J. Gorlin, Roth IRA<br>1820 Peachtree Street, #1902<br>Atlanta, Georgia 30309 | Common Shares | 175,000 |
| H. Barton Co-Invest Fund, LLC<br>Attn.:  President<br>2882 Sand Hill Road, Suite 241<br>Menlo Park, California 94025 | Common Shares | 169,953 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| RSP Fund VI, LLC<br>c/o Shizuka Nishida Recruit Strategic Partners Co. Ltd.<br>Attn: Hiroki Takahashi<br>GranTokyo South Tower 1-9-2<br>Marunouchi Chiyoda-ku Chiyoda-ku Tokyo<br>Japan Andhra Pradesh 1006640 | Common Shares | 168,909 |
| Venture Lending & Leasing VI, LLC<br>Attn.:  Legal Department<br>104 La Mesa Drive, Suite 102<br>Portola Valley, California 94028 | Common Shares | 159,692 |
| Bennu Holdings Limited Co.<br>Two Ravinia Drive, Suite 700<br>Atlanta, Georgia 30346 | Common Shares | 142,293 |
| Margaret Gorlin<br>*Address on File* | Common Shares | 138,199 |
| Celtic Investment Inc.<br>Attn.:  President<br>268 S State Street, Ste. 300<br>Salt Lake City, Utah 84111 | Common Shares | 126,008 |
| Anna Maiolo<br>*Address on File* | Common Shares | 110,560 |
| Kinder Investments, L.P.<br>Attn.:  Dov Perlysky<br>44 Wall Street, 2nd Floor<br>New York, New York 10005 | Common Shares | 108,602 |
| Ramie A. Tritt<br>*Address on File* | Common Shares | 102,500 |
| Jon H. Hoffmann<br>*Address on File* | Common Shares | 100,000 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Kristen Reifkohl<br>*Address on File* | Common Shares | 100,000 |
| David Bonderman<br>*Address on File* | Common Shares | 95,564 |
| Lettuce GP<br>c/o Elliott Davis Decosimo<br>Attn.: Fred Decosimo<br>629 Market Street, Suite 100<br>Chattanooga, Tennessee 37377 | Common Shares | 92,693 |
| Thomas Noonan<br>*Address on File* | Common Shares | 79,970 |
| Warren Stephens<br>*Address on File* | Common Shares | 78,493 |
| SV Angel III, LLC<br>c/o  President<br>770 Chimalus Drive<br>Palo Alto, California 94306<br>or<br>588 Sutter Street, Suite 299<br>San Francisco, California 94102 | Common Shares | 76,923 |
| Krishna Kumar Srinivasan<br>*Address on File* | Common Shares | 74,747 |
| Pete Kight<br>*Address on File* | Common Shares | 67,024 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Dechomai Asset Trust<br>Attn.:  President<br>3713 Pine St.<br>Jacksonville, Florida 32205 | Common Shares | 67,000 |
| Kristen Riefkohl<br>*Address on File* | Common Shares | 65,054 |
| Frank J.B. Varallo Revocable Trust<br>Two Union Square, Suite 1100<br>Tallan Bldg.<br>Chattanooga, Tennessee 37402 | Common Shares | 59,326 |
| Fashionmall.com, Inc.<br>Attn.:  Ben Narasin<br>774 Mays Blvd, #6-259<br>Incline Village, Nevada 89451 | Common Shares | 56,368 |
| Kevin Phillips<br>*Address on File* | Common Shares | 55,554 |
| Nancy Grace<br>*Address on File* | Common Shares | 54,228 |
| Novel TMT Ventures Limited<br>Attn.: Andrew Fine<br>11 West 42nd Street, 21st Floor<br>New York, New York 10036 | Common Shares | 53,619 |
| Kaustav Das<br>*Address on File* | Common Shares | 52,305 |
| Samantha Phillips<br>*Address on File* | Common Shares | 52,199 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| KK Srinivasan<br>*Address on File* | Common Shares | 50,000 |
| Joni Winston<br>*Address on File* | Common Shares | 47,736 |
| Venture Lending & Leasing VII, LLC<br>Attn.:  Legal Department<br>104 La Mesa Drive, Suite 102<br>Portola Valley, California 94028 | Common Shares | 46,697 |
| Venture Lending & Leasing VIII, LLC<br>Attn.:  Legal Department<br>104 La Mesa Drive, Suite 102<br>Portola Valley, California 94028 | Common Shares | 46,696 |
| Carrianne McCormack<br>*Address on File* | Common Shares | 41,460 |
| SVB Financial Group<br>c/o Jason Mok<br>2400 Hanover Street<br>Palo Alto, California 94304 | Common Shares | 40,000 |
| Steve Gorlin<br>*Address on File* | Common Shares | 36,854 |
| Eric Bunting<br>*Address on File* | Common Shares | 34,220 |
| James McKelvey<br>*Address on File* | Common Shares | 30,384 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Samuel Wheeler<br>*Address on File* | Common Shares | 30,231 |
| Henry Mellon<br>*Address on File* | Common Shares | 27,745 |
| Richard Vogt<br>*Address on File* | Common Shares | 27,640 |
| Bruce Hack and Jayma Meyer Hack<br>*Address on File* | Common Shares | 27,567 |
| Charles E. Koob<br>*Address on File* | Common Shares | 27,567 |
| Peter Astiz<br>*Address on File* | Common Shares | 25,034 |
| Meryem Donmez<br>*Address on File* | Common Shares | 24,063 |
| Josh and Lara Tolchin<br>*Address on File* | Common Shares | 23,952 |
| Thomvest Ventures Ltd.<br>c/o Managing Director Southern Palms St. Lawrence Gap Christ Church BB 15017 | Common Shares | 21,605 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Boland Jones<br>*Address on File* | Common Shares | 21,067 |
| Frank B. and Paula A. McGowan<br>*Address on File* | Common Shares | 19,169 |
| DLA Piper Venture Fund 2008, LLC<br>Attn.: Peter Astiz<br>2000 University Avenue East<br>Palo Alto, California 94303 | Common Shares | 18,443 |
| Jason Dell<br>*Address on File* | Common Shares | 18,427 |
| Cheryl Buck<br>*Address on File* | Common Shares | 18,370 |
| MSSB Custodian for Josh Tolchin ROTH<br>Attn.: President<br>80 Old Powers Place<br>Atlanta, Georgia 30327 | Common Shares | 18,048 |
| David Moon<br>*Address on File* | Common Shares | 16,345 |
| TriplePoint Ventures 2, LLC<br>Attn.: Tom Southworth<br>2755 Sand Hill Road, Suite 150<br>Menlo Park, California 94025 | Common Shares | 15,384 |
| Azba Habib<br>*Address on File* | Common Shares | 15,313 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Susan C. Grisham<br>*Address on File* | Common Shares | 15,107 |
| Janathan P. Parise<br>*Address on File* | Common Shares | 14,549 |
| Gregory Kenith<br>*Address on File* | Common Shares | 14,415 |
| Troy A. Deus<br>*Address on File* | Common Shares | 14,266 |
| Pauline Reader<br>*Address on File* | Common Shares | 13,820 |
| Michael Molnar<br>*Address on File* | Common Shares | 13,534 |
| Novel TMT CIP I, L.P.<br>Attn.:  Andrew Fine<br>11 West 42nd Street, 21st Floor<br>New York, New York 10036 | Common Shares | 13,405 |
| Jewish Community Federation<br>& Endowment Fund<br>Attn.: President<br>121 Steuart St<br>San Francisco, California 94105 | Common Shares | 13,000 |
| DLA Piper Venture Fund 2011, LLC<br>Attn.:  Peter Astiz<br>2000 University Avenue East<br>Palo Alto, California 94303 | Common Shares | 12,743 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Thomas B. Blaisdell and Sheryl G. Blaisdell, Co- Trustees of the Blaisdell Living Trust Dated 7/20/12 c/o Fortis Advisors, LLC Attn.:  Courtney Nothaus 12526 High Bluff Drive, Suite 280 San Diego, CA 92130 | Common Shares | 12,500 |
| Chevis Patterson *Address on File* | Common Shares | 12,080 |
| Cathleen A. Donoghue *Address on File* | Common Shares | 11,846 |
| Daniel Baute *Address on File* | Common Shares | 10,000 |
| Gene Hoffman *Address on File* | Common Shares | 10,000 |
| Intelligent Systems Corporation 4355 Shackleford Road Norcross, Georgia 30093 | Common Shares | 10,000 |
| Robert Rosenblatt *Address on File* | Common Shares | 10,000 |
| Forest A. Skaggs *Address on File* | Common Shares | 9,500 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| David Hsu<br>*Address on File* | Common Shares | 9,375 |
| Mary Frances Jones<br>*Address on File* | Common Shares | 9,214 |
| Mark B. Elsinger<br>*Address on File* | Common Shares | 9,040 |
| McGowan Family Farming Partnership<br>Attn.:  President<br>6576 Bluewaters Drive<br>Flowery Branch, Georgia 30542 | Common Shares | 8,447 |
| Lydia Kinyanjui<br>*Address on File* | Common Shares | 8,251 |
| Krystal Mincey<br>*Address on File* | Common Shares | 7,761 |
| Brandon S. Carter<br>*Address on File* | Common Shares | 7,584 |
| Frank Bishop<br>*Address on File* | Common Shares | 7,500 |
| Marcy Simon<br>*Address on File* | Common Shares | 6,702 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Kevin Skibbe<br>*Address on File* | Common Shares | 6,622 |
| Rachel DeJulio<br>*Address on File* | Common Shares | 6,268 |
| Adam Nash<br>*Address on File* | Common Shares | 6,250 |
| Jonathan R. Ebinger & Mary Louise Ebinger, Co-Trustees of The Ebinger Family Trust, dated May 9, 2014<br>Attn.: President<br>545 Middlefield Road, Suite 250<br>Menlo Park, California 94025 | Common Shares | 6,250 |
| Robert Wojciechowski<br>*Address on File* | Common Shares | 6,014 |
| Craig Alexander<br>*Address on File* | Common Shares | 5,077 |
| Richard Kim<br>*Address on File* | Common Shares | 5,000 |
| Sarah Toton<br>*Address on File* | Common Shares | 5,000 |
| Michael Goethe<br>*Address on File* | Common Shares | 4,931 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Jacob Landsman<br>*Address on File* | Common Shares | 4,920 |
| Anthony Mannino<br>*Address on File* | Common Shares | 4,851 |
| John Cunningham<br>*Address on File* | Common Shares | 4,749 |
| Hard Yaka<br>c/o 3taps Chronicle Books Building<br>680 Second Street<br>San Francisco, California 94107 | Common Shares | 4,615 |
| Sean P. Rolland<br>*Address on File* | Common Shares | 4,608 |
| Randall Cantrell<br>*Address on File* | Common Shares | 4,531 |
| James C. Thompson<br>*Address on File* | Common Shares | 4,500 |
| Winn Martin<br>*Address on File* | Common Shares | 4,375 |
| Raymond R. Riticher<br>*Address on File* | Common Shares | 3,986 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Ahmet Bakan<br>*Address on File* | Common Shares | 3,938 |
| Chris Heisel<br>*Address on File* | Common Shares | 3,860 |
| Jennifer Richard-Straus<br>*Address on File* | Common Shares | 3,751 |
| Peeyush Sharma<br>*Address on File* | Common Shares | 3,750 |
| Stephen Johnson<br>*Address on File* | Common Shares | 3,750 |
| Elizabeth Meeker<br>*Address on File* | Common Shares | 3,686 |
| Jeremy Johnson<br>*Address on File* | Common Shares | 3,604 |
| Herb Biggers<br>*Address on File* | Common Shares | 3,360 |
| Amy M. Zimmerman<br>*Address on File* | Common Shares | 3,133 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Petrina Smith<br>*Address on File* | Common Shares | 3,047 |
| Elizabeth Atkins<br>*Address on File* | Common Shares | 3,010 |
| Fareeha Sufder<br>*Address on File* | Common Shares | 3,000 |
| Joshua M. Johnson<br>*Address on File* | Common Shares | 2,846 |
| Erich Hansen<br>*Address on File* | Common Shares | 2,813 |
| Vijay Sathish<br>*Address on File* | Common Shares | 2,813 |
| Xin Zhang<br>*Address on File* | Common Shares | 2,813 |
| Zhengbo Li<br>*Address on File* | Common Shares | 2,813 |
| Robert Frohwein<br>*Address on File* | Common Shares | 2,681 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Tongqing Tony Qiu<br>*Address on File* | Common Shares | 2,579 |
| Michael C. Gibson<br>*Address on File* | Common Shares | 2,460 |
| Amanda C. Hurtt<br>*Address on File* | Common Shares | 2,407 |
| Hitesh Patel<br>*Address on File* | Common Shares | 2,344 |
| Alfredo Jimenez<br>*Address on File* | Common Shares | 2,299 |
| Michael Galvin<br>*Address on File* | Common Shares | 2,250 |
| Andres Thomas<br>*Address on File* | Common Shares | 2,247 |
| Michael Heitz<br>*Address on File* | Common Shares | 2,218 |
| Charles C. O'Neal<br>*Address on File* | Common Shares | 2,200 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Caitlyn Arnold<br>*Address on File* | Common Shares | 2,188 |
| Yanique M. Javois<br>*Address on File* | Common Shares | 2,178 |
| Rebecca Katie Tan<br>*Address on File* | Common Shares | 2,127 |
| Nirvan Nagar<br>*Address on File* | Common Shares | 2,110 |
| Richard Choy<br>*Address on File* | Common Shares | 2,110 |
| Michael H. Hosch<br>*Address on File* | Common Shares | 2,067 |
| Brian Gordon<br>*Address on File* | Common Shares | 2,000 |
| Eric Nalbone<br>*Address on File* | Common Shares | 2,000 |
| MLPF&S FBO Thomas DeMarini SEP<br>Attn.:  President<br>2991 Payton Road<br>Atlanta, Georgia 30345 | Common Shares | 1,924 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Alexis Liatis<br>*Address on File* | Common Shares | 1,875 |
| Clinton Dugan<br>*Address on File* | Common Shares | 1,875 |
| Theodore Ranney<br>*Address on File* | Common Shares | 1,815 |
| Ashley Petrilli<br>*Address on File* | Common Shares | 1,787 |
| Kiril Staikov<br>*Address on File* | Common Shares | 1,750 |
| Kokeitha C. Kirkpatrick<br>*Address on File* | Common Shares | 1,750 |
| Yun Kwak<br>*Address on File* | Common Shares | 1,750 |
| Ratnakar Pandey<br>*Address on File* | Common Shares | 1,500 |
| Ruxi Lucy Zhang<br>*Address on File* | Common Shares | 1,407 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Jessica Wrenn<br>*Address on File* | Common Shares | 1,406 |
| Andrew Meadows<br>*Address on File* | Common Shares | 1,371 |
| Justin Williams<br>*Address on File* | Common Shares | 1,312 |
| David Liles<br>*Address on File* | Common Shares | 1,267 |
| Andrew Bouton<br>*Address on File* | Common Shares | 1,239 |
| Brian Reene<br>*Address on File* | Common Shares | 1,228 |
| Andrew Stamps<br>*Address on File* | Common Shares | 1,215 |
| Donna Hanson<br>*Address on File* | Common Shares | 1,200 |
| Caleb Dagenhart<br>*Address on File* | Common Shares | 1,172 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Christopher Fowlkes<br>*Address on File* | Common Shares | 1,172 |
| Kangyuan Zhu<br>*Address on File* | Common Shares | 1,172 |
| Jacob Burkhardt<br>*Address on File* | Common Shares | 1,152 |
| Brad Evan Major<br>*Address on File* | Common Shares | 1,037 |
| Arun Velagapalli<br>*Address on File* | Common Shares | 938 |
| Lauren Dymecki<br>*Address on File* | Common Shares | 911 |
| Rebecca Weizenecker<br>*Address on File* | Common Shares | 875 |
| Bryceton F. O'Neal<br>*Address on File* | Common Shares | 820 |
| Caroline Howatt<br>*Address on File* | Common Shares | 806 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Kofi Asirifi<br>*Address on File* | Common Shares | 766 |
| Shashank Dikshit<br>*Address on File* | Common Shares | 750 |
| Alexis Ordini<br>*Address on File* | Common Shares | 704 |
| Puneeth Kuthati<br>*Address on File* | Common Shares | 657 |
| Christina Chan<br>*Address on File* | Common Shares | 656 |
| Colin Waldman<br>*Address on File* | Common Shares | 646 |
| John Hussar<br>*Address on File* | Common Shares | 610 |
| Allison Lilly<br>*Address on File* | Common Shares | 578 |
| Charles Brooks<br>*Address on File* | Common Shares | 550 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Joshua Bennett<br>*Address on File* | Common Shares | 547 |
| Joshua Propp<br>*Address on File* | Common Shares | 547 |
| Reese Rotella<br>*Address on File* | Common Shares | 516 |
| Kjre Jenkins Eidson<br>*Address on File* | Common Shares | 504 |
| Anish Khobragade<br>*Address on File* | Common Shares | 500 |
| Daniel Geller<br>*Address on File* | Common Shares | 500 |
| Marisa Toodle<br>*Address on File* | Common Shares | 500 |
| Madison Hodges<br>*Address on File* | Common Shares | 438 |
| Zhe Sun<br>*Address on File* | Common Shares | 438 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Carlos Abreu<br>*Address on File* | Common Shares | 422 |
| Aditya Ray<br>*Address on File* | Common Shares | 400 |
| Abhishek Singh<br>*Address on File* | Common Shares | 317 |
| Matt Kuo<br>*Address on File* | Common Shares | 300 |
| Michael Q. Hu<br>*Address on File* | Common Shares | 300 |
| Ranjeet Singh Rawat<br>*Address on File* | Common Shares | 300 |
| Caroline Ebinger<br>*Address on File* | Common Shares | 250 |
| Campbell Kraft<br>*Address on File* | Common Shares | 235 |
| Katherine Garstin<br>*Address on File* | Common Shares | 200 |

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Monika Khichi<br>*Address on File* | Common Shares | 200 |
| Nikita Gupta<br>*Address on File* | Common Shares | 200 |
| Martin A. Bell and Alison D. Bell<br>*Address on File* | Common Shares | 136 |
| Amrit Ravuri<br>*Address on File* | Common Shares | 115 |
| Alexander Gillette<br>*Address on File* | Common Shares | 100 |
| Pensco Trust Company, LLC<br>FBO Thomas Demarini IRA<br>Attn.:  President<br>P.O. Box 173859<br>Denver, Colorado 80217 | Common Shares | 36 |

**Fill in this information to identify the case:**

Debtor name:  Kabbage, Inc.

United States Bankruptcy Court for the District of Delaware
(State)

Case number (*If known*):   22-_____ ( )

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐  Schedule H: Codebtors (Official Form 206H)

☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐  Amended Schedule _____

☒  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒  Other document that requires a declaration Consolidated Corporate Ownership Statement and List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 3, 2022
MM /DD /YYYY

X  */s/ Laquisha Milner*
Signature of individual signing on behalf of debtor

Laquisha Milner
Printed name

Chief Executive Officer
Position or relationship to debtor