## Exhibit A

**Schrock Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

--------------------------------------------------------- x
In re                       :      **Chapter 11**
                              :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.,*  :      **Case No. 22-10951 (    )**
                              :
                              :
          **Debtors.**[1]        :      **(Joint Administration Requested)**
--------------------------------------------------------- x

**DECLARATION OF RAY C. SCHROCK, P.C.**
**IN SUPPORT OF APPLICATION OF DEBTORS FOR**
**AUTHORITY TO RETAIN AND EMPLOY WEIL, GOTSHAL & MANGES**
**LLP AS ATTORNEYS FOR DEBTORS EFFECTIVE AS OF PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Ray Schrock, P.C., hereby declare as follows:

1.      I am a partner of the firm of Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**"), an international law firm with principal offices at 767 Fifth Avenue, New York, New York 10153; and regional offices in Washington, D.C.; Houston and Dallas, Texas; Miami, Florida; Boston, Massachusetts; Princeton, New Jersey; Redwood Shores, California; and foreign offices in London, United Kingdom; Frankfurt and Munich, Germany; Paris, France; Beijing, Hong Kong and Shanghai, China.

2.      I submit this declaration (this "**Declaration**") in connection with the application submitted on the date hereof (the "**Application**") of Kabbage, Inc. d/b/a KServicing and its affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for authority to employ and retain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Weil as their attorneys, effective as of October 3, 2022 (the "**Petition Date**"), at its normal hourly rates in effect from time to time and in accordance with its normal reimbursement policies, in compliance with sections 327(a), 328, 329, and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), and to provide the disclosure required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").   Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.  To the extent any information disclosed herein requires amendment or modification upon Weil's completion of further review, or as additional information regarding parties in interest becomes available, a supplemental declaration will be submitted to the Court reflecting such amended, supplemented, or otherwise modified information.

3.       Neither I, Weil, nor any partner of, counsel to, or associate of the Firm represents any entity other than the Debtors in connection with these Chapter 11 Cases.   In addition, except as set forth herein, to the best of my knowledge, after due inquiry, neither I, Weil, nor any partner of, counsel to, or associate of the Firm represents any party in interest in these Chapter 11 Cases in matters related to these Chapter 11 Cases.

## Weil's Disclosure Procedures

4.       Weil, which employs approximately 1,100 attorneys, has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations.   Weil has in the past represented, currently represents, and may in the future represent entities that are claimants or interest holders of the Debtors in matters unrelated to the Debtors' pending Chapter 11 Cases.   Some of those entities are, or may consider themselves

2

to be, creditors or parties in interest in these pending Chapter 11 Cases or to otherwise have interests in these cases.

5.      In preparing this Declaration, Weil used a set of procedures developed by Weil to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules regarding the retention of professionals by a debtor under the Bankruptcy Code (the "**Firm Disclosure Procedures**").  Pursuant to the Firm Disclosure Procedures, Weil performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Weil's connection to such parties:

a.      A comprehensive list of the types of entities that may have contacts with the Debtors was developed through discussions with the Weil attorneys who have provided services to the Debtors and in consultation with the advisors to and senior management of the Debtors (the "**Retention Checklist**").  A copy of the Retention Checklist is annexed hereto as **Exhibit 1**.

b.      Weil obtained information responsive to the Retention Checklist through several inquiries of the Debtors' senior management and advisors and review of documents provided by the Debtors to Weil.  Weil then used that information, together with other information identified by Weil, to compile a list of the names of entities that may be parties in interest in these Chapter 11 Cases (the "**Potential Parties in Interest**").

c.      Weil maintains a master client database as part of its conflict clearance and billing records.  The master client database includes the names of the entities for which any attorney time charges have been billed since the database was first created (the "**Client Database**").  The Client Database includes the names of all current and former clients, the names of the parties who are or were related or adverse to such current and former clients, and the names of the Weil personnel who are or were responsible for current and former matters for such clients.  Weil's policy is that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict clearance system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the name of the matter, adverse parties, and, in some cases, parties related to the client or to an adverse party.  Accordingly, the database is updated for every new matter undertaken by Weil.  The accuracy of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

3

d.  Weil compared the names of each of the Potential Parties in Interest to client matters in the Client Database for which professional time was recorded during the two years prior to the comparison.[2] Any matches to names in the Client Database generated by the comparison were compiled, together with the names of the respective Weil personnel responsible for the identified client matters (the "**Client Match List**").

e.  A Weil attorney then reviewed the Client Match List and deleted obvious name coincidences and individuals or entities that were adverse to Weil's clients in both this matter and the matter referenced on the Client Match List.

f.  Using information in the Client Database concerning entities on the Client Match List and making general and, if applicable, specific inquiries of Weil personnel, Weil verified that it does not represent and has not represented any entity on the Client Match List in connection with the Debtors or these Chapter 11 Cases.

g.  In addition, a general inquiry to all Weil personnel (attorneys and staff) was sent by electronic mail before the filing of these Chapter 11 Cases to determine whether any such individual or any member of his or her household (i) owns any debt or equity securities of the Debtors; (ii) holds a claim against or interest adverse to the Debtors; (iii) is or was an officer, director, or employee of the Debtors; (iv) is related to or has any connections to Bankruptcy Judges in the District of Delaware; or (v) is related to or has any connections to anyone working in the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

### Weil's Connections with Debtors

6.  Weil compiled responses to the foregoing inquiries for the purposes of preparing this Declaration. Responses to the inquiry described in paragraph 5(g) above reflect that, as of the Petition Date, no Weil personnel or member of the household of any Weil personnel holds any claims against, stock of, or other interests in the Debtors[3] and that no such individuals held any significant employment with the Debtors, or is related to or has any connections to anyone

---

[2] For purposes of the Firm Disclosure Procedures, Weil considers an entity a "former client" if professional time was recorded within the past two years, but all matters for such client have been closed. Because the Firm Disclosure Procedures only reflect client activity during the past two years, matches to client matters outside that timeframe are not reflected in this Declaration.

[3] Certain Weil personnel or members of households of Weil personnel may unknowingly hold stock or other interests in the Debtors in blind, discretionary accounts, or mutual funds.

4

working in the Office of the U.S. Trustee.  Certain Weil attorneys, including attorneys working on this matter, have previously clerked or otherwise worked with Bankruptcy Judges in the District of Delaware.  Further, since February 28, 2022, Holly Loiseau has been the General Counsel and Secretary of Kabbage, Inc. d/b/a KServicing.  Prior to joining the Debtors, Ms. Loiseau was employed by and a partner at Weil.  Ms. Loiseau's employment at Weil ended December 31, 2021.

7.     Weil previously represented Credit Suisse as agent in connection with a warehouse lending facility with one or more of the Debtors.  The facility was repaid in November 2019.  Since that time, the Debtors have done no further work for Credit Suisse on that matter.

8.     Weil has rendered, among other services, corporate, litigation, and restructuring-related legal services to the Debtors since April 2022.  Since that time, Weil has advised the Debtors concerning their operations, disputes with key stakeholders, and strategic restructuring alternatives.  Most recently, Weil provided the services necessary to enable the Debtors to commence these Chapter 11 Cases.  Weil, working together with Richards, Layton & Finger, P.A. ("**RLF**"), was primarily responsible for the preparation of the Debtors' chapter 11 petitions, initial motions for "first day" relief, and applications relating to these Chapter 11 Cases and their commencement.

### Weil's Connections with Parties in Interest in Matters Unrelated to These Chapter 11 Cases

9.     Either I, or an attorney working under my supervision, reviewed the connections between Weil and the clients identified on the Client Match List and the connections between those entities and the Debtors.  After such review, either I, or an attorney working under my supervision, determined, in each case, that Weil does not hold or represent an interest that is adverse to the Debtors' estates and that Weil is a "disinterested person" as such term is defined in

5

section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, for the reasons discussed below.

10.     Weil previously represented, currently represents, and may represent in the future the entities described below (or their affiliates) in matters unrelated to the Debtors or these Chapter 11 Cases.

11.     Disclosures relating to all other categories on the Retention Checklist, annexed hereto as **Exhibit 2** (the "**Disclosure Schedule**"), are the product of implementing the Firm Disclosure Procedures.  Weil has not represented, does not represent, and will not represent any entities listed on the Disclosure Schedule in matters directly related to the Debtors or these Chapter 11 Cases.

12.     An entity is listed as a "**Current Client**" on the Disclosure Schedule if Weil has any open matters for such entity or a known affiliate of such entity and attorney time charges have been recorded on any such matters within the past two years.  An entity is listed as a "**Former Client**" on the Disclosure Schedule if Weil represented such entity or a known affiliate of such entity within the past two years based on recorded attorney time charges on a matter, but all matters for such entity or any known affiliate of such entity have been formally closed.

13.     To the best of my knowledge and information, the annual fees for each of the last two (2) years paid to Weil by any party listed on the Disclosure Schedule or its affiliates on an aggregate basis did not exceed 1% of the Firm's annual gross revenue.

14.     In addition to the foregoing, through diligent inquiry, I have ascertained no connection, as such term is used in section 101(14)(C) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code and Bankruptcy Rule 2014(a), between Weil and (i) the U.S. Trustee or any person employed thereby, (ii) any attorneys, accountants, or financial

consultants in these Chapter 11 Cases, except as set forth herein and on the Disclosure Schedule or (iii) any investment bankers that represent or may represent the Debtors or claimants or other parties in interest in these Chapter 11 Cases, except as set forth herein.  As part of its practice, Weil appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of which now or may in the future represent the Debtors, claimants, and other parties in interest these cases.  Weil does not have any relationship with any such attorneys, accountants, financial consultants, or investment bankers that would be adverse to the Debtors or their estates.

15.    Additionally, the Debtors have no funded debt.  Therefore, to the best of Weil's knowledge, Weil has not represented any entities that hold, or may in the future hold, certain of the Debtors' debt in beneficial accounts on behalf of unidentified parties.  As a large firm, Weil may represent creditors/investors of parties interested in investing in one or more parties in interest in these cases.  Weil does not believe these relationships represent interests adverse to a debtor.

16.    Certain of the parties in interest or affiliates or subsidiaries of parties in interest in these Chapter 11 Cases are, were, or could be, from time to time, members or parties related to members of ad hoc group or official creditors' committees represented by Weil in matters unrelated to these Chapter 11 Cases.  In such instances, Weil only represented, currently only represents, and will only represent the committee or group, and did not represent, does not represent, and will not represent the parties in their individual capacities.

17.    Despite the efforts described herein to identify and disclose Weil's connections with the parties in interest in these Chapter 11 Cases, and because of the Debtors' numerous relationships, Weil is unable to state with certainty that every client relationship or other

7

connection has been disclosed.  In this regard, Weil will continue to apply the Firm Disclosure Procedures.  If any new material relevant facts or relationships are discovered or arise, Weil will promptly file a supplemental disclosure with the Court.

## **Weil is Disinterested**

18.    Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I believe Weil does not hold or represent an interest adverse to the Debtors' estates in the matters upon which Weil is to be employed, and Weil is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

## **Weil's Retainer, Rates and Billing Practices**

19.    During the 90 day period prior to the Petition Date, Weil received payments and advances in the aggregate amount of $6,133,888.13 for services performed and expenses incurred, and also to be performed and incurred, including in preparation for the commencement of these Chapter 11 Cases.  A summary of payments invoiced and received by Weil in the 90 days prior to the Petition Date is set forth on **Exhibit 3** annexed hereto.  As of the Petition Date, Weil held an advance payment retainer of 490,803.00, subject to any amounts Weil intends to apply against the retainer as set forth in paragraph 21 of the Application.

20.    Weil intends to charge the Debtors for services rendered in these Chapter 11 Cases at Weil's normal hourly rates in effect at the time the services are rendered.  Weil's current customary hourly rates, subject to change from time to time, are $1,250.00 to $1,950.00 for partners and counsel, $690.00 to $1,200.00 for associates and $275.00 to $495.00 for paraprofessionals.

21.    Weil also intends to seek reimbursement for expenses incurred in connection with its representation of the Debtors in accordance with Weil's normal reimbursement policies, subject to any modifications to such policies that Weil may be required to make to comply

with orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the U.*S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**Fee Guidelines**").  Weil's disbursement policies pass through all out-of-pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine.  For example, with respect to duplication charges, Weil will charge $.10 per page for black and white copies and $.50 per page for color copies in accordance with Local Rule 2016-2(e)(iii).  Similarly, as it relates to computerized research, Weil believes that it does not make a profit on that service as a whole, although the cost of any particular search is difficult to ascertain. Other reimbursable expenses (whether the service is performed by Weil in-house or through a third-party vendor) include, but are not limited to, facsimiles, overtime, overtime meals, deliveries, court costs, costs of food at meetings, transcript fees, travel fees, and clerk fees.

22.    No promises have been received by Weil, or any partner, counsel, or associate thereof, as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Fee Guidelines.  Furthermore, Weil has no agreement with any other entity to share with such entity any compensation received by Weil or by such entity.

<u>**Coordination with Other Professionals for Debtors**</u>

23.    Weil is aware that the Debtors have submitted, or intend to submit, applications to retain (i) RLF as co-counsel; (ii) Omni Agent Solutions, Inc. as claims and noticing agent, and separately, as voting agent; and (iii) AlixPartners LLP, as financial advisor.  The Debtors may seek to retain additional professionals in the near term.  Weil, together with the Debtors' management, intends to carefully monitor and coordinate efforts of all professionals

RLF1 28018298V.1

retained by the Debtors in these Chapter 11 Cases and will clearly delineate their respective duties

so as to prevent duplication of effort, whenever possible.

## Attorney Statement Pursuant to the Fee Guidelines

24.     The following is provided in response to the request for additional

information set forth in Paragraph D.1 of the Fee Guidelines.

| **Question:** | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
|---|---|
| **Response**: | No. |
| **Question:** | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| **Response**: | No. |
| **Question**: | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| **Response**: | Weil was formally engaged by the Debtors in April 2022.  Weil's billing rates and material financial terms have not changed since the Debtors engaged Weil. |
| **Question**: | Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? |
| **Response**: | Weil is developing a prospective budget and staffing plan for these Chapter 11 Cases.  Weil and the Debtors will review such budget following the close of the budget period to determine a budget for the following period. |

25.     The foregoing constitutes the statement of Weil pursuant to sections 327(a),

328(a), 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

## Conclusion

26.     The Application requests approval of the Debtors' retention of Weil at

Weil's normal hourly rates in effect at the time the services are rendered and in accordance with

RLF1 28018298V.1

Weil's normal reimbursement policies, subject to any modifications to such policies that Weil may be required to make to comply with orders of the Court, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Fee Guidelines.  Subject to these terms and conditions, Weil intends to apply, pursuant to section 330 of the Bankruptcy Code, for allowance of compensation for professional services rendered in these Chapter 11 Cases and for reimbursement of actual and necessary expenses incurred in connection therewith in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Fee Guidelines.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: October 3, 2022

/s/ *Ray C. Schrock, P.C.*
Ray C. Schrock, P.C.
Partner, Weil, Gotshal & Manges LLP

11

**Exhibit 1**

**Retention Checklist**

(1) Debtors – exact Corporate Name (name should be the same as in the articles of incorporation)
(2) Non Debtor Affiliates and Subsidiaries (including any partnerships and JV partners)
(3) Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)
(4) Banks/Bank Accounts
(5) Banks – Servicing
(6) Bankruptcy Judges and Staff (District of Delaware)
(7) Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators)
(8) Clerk of the Court
(9) Committees and Committee Members (including UCC)
(10) Non-Debtor Professionals (law firms, accountants, and other professionals)
(11) Contract Counterparties (includes patents and intellectual property)
(12) Current Officers and Directors (include senior management)
(13) Affiliations of Current Officers and Directors
(14) Debtors Professionals (law firms, accountants and other professionals)
(15) Former Officers and Directors (include senior management if readily available) (3 years)
(16) Affiliation of Former Officers and Directors (as of last day with company)
(17) Insurance/Insurance Provider
(18) Landlords and parties to leases
(19) Lenders, Noteholders, Administrative Agents and Indenture Trustees (includes ABL Lenders/Term Loan Lender/Revolver/Collateral Agents/Prepetition & Proposed Postpetition)
(20) List of Secured Creditors
(21) Top 30 Unsecured Creditors
(22) Litigation Counterparties/Litigation Pending Lawsuits (includes threatened litigation)
(23) Litigation - Governmental Investigations Agencies
(24) Other Parties in Interest (Notice of Appearance Parties, Ombudsman, any other person or group appointed)
(25) Other Professionals
(26) Regulatory and Government (Federal, State, and Local)
(27) Significant Customers
(28) Significant Shareholders (more than 5% of equity)
(29) Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)
(30) UCC Search Results/UCC Lien Search Results
(31) Unions
(32) United States Attorney's Office for the District of Delaware
(33) United States Trustee and Staff (District of Delaware)
(34) Utility Providers/Utility Brokers
(35) Vendors/Suppliers (includes critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider, etc.)

1. **Debtors**

(1) Kabbage, Inc.
(2) Kabbage Asset Securitization LLC
(3) Kabbage Asset Funding 2017-A LLC
(4) Kabbage Asset Funding 2019-A LLC
(5) Kabbage Canada Holdings, LLC
(6) Kabbage Diameter, LLC

2. **Non-Debtor Affiliates and Subsidiaries (including any partnerships and JV partners)**

(1) Kabbage Financial Services Limited (UK entity)
(2) Kabbage India Private Limited (India entity)

3. **Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**

(1) d/b/a KServicing
(2) d/b/a KServicing Corp.
(3) d/b/a KServicing, Inc.

4. **Banks/Bank Accounts**

(1) Celtic Bank
(2) Primis Bank
(3) Synovus Bank (Synovus Financial Corp.)

5. **Banks – Servicing**

(1) Celtic Bank
(2) Cross River Bank
(3) Customers Bank
(4) HCG (a/k/a Home Capital Group Inc.)
(5) Stone Ridge

6. **Bankruptcy Judges and Staff for the District of Delaware**

(1) Al Lugano
(2) Cacia Batts
(3) Catherine Farrell
(4) Chief Judge Laurie Selber Silverstein
(5) Claire Brady
(6) Demitra Yeager
(7) Jill Walker
(8) Joan Ranieri
(9) Judge Ashely M. Chan

2

(10) Judge Brendan L. Shannon
(11) Judge Craig T. Goldblatt
(12) Judge John T. Dorsey
(13) Judge J. Kate Stickles
(14) Judge Karen B. Owens
(15) Judge Mary F. Walrath
(16) Laura Haney
(17) Laurie Capp
(18) Lora Johnson
(19) Marquietta Lopez
(20) Nickita Barksdale
(21) Paula Subda
(22) Rachel Bello
(23) Robert Cavello

**7.** **Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators)**

(1) Blue Cross Blue Shield of California
(2) Hawaii Medical Service Association (HMSA) - Blue Cross Blue Shield of Hawaii
(3) Insperity, Inc.
(4) Kaiser Permanente
(5) New York Life
(6) New York Life (f/k/a Cigna)
(7) Optum Bank
(8) UnitedHealthcare
(9) UnitedHealthcare Dental
(10) UnitedHealthcare of California
(11) VSP Choice

**8.** **Clerk of the Court**

(1) Una O'Boyle

**9.** **Committees and Committee Members**

[Unknown at this time]

**10.** **Non-Debtors Professionals (law firms, accountants, and other professionals)**

(1) Cleary Gottlieb Steen & Hamilton LLP
(2) Holland & Knight LLP
(3) Quinn Emmanuel Urquhart & Sullivan LLP
(4) [UCC Legal]
(5) [UCC Financial]

3

11. **Contract Counterparties (includes patents and intellectual property)**

(1) Abel Commercial Funding
(2) Airbnb, Inc.
(3) American Nation Bank
(4) Alexandra Schieren
(5) A-Lign Assurance
(6) A-Lign Compliance and Security, Inc.
(7) Altabank
(8) American Express Travel Related Services Company, Inc.
(9) Andy Mei
(10) Anthony Gallucci
(11) Apisero, Inc.
(12) Aprio, LLP
(13) Automation Anywhere, Inc.
(14) Azlo Business, Inc.
(15) Bank of Bird in Hand
(16) Become Technological Solutions, Inc.
(17) Better Impression Ltd.
(18) Bhayva Brundavanam
(19) Big Think Capital
(20) Biz2credit
(21) BlackLine Systems, Inc.
(22) Bonduel State Bank
(23) Bradley Wells
(24) Carter Bank & Trust
(25) Catherine Pargeter
(26) Celtic Bank Corporation
(27) CentSai
(28) Cobbs Allen Capital, LLC d/b/a CAC Specialty
(29) CommerceOne Bank
(30) Community Financial Services Bank
(31) Community National Bank
(32) CoreCard Software, Inc.
(33) Credit Suisse
(34) Crestmont Capital, LLC
(35) Cross River Bank
(36) CSC
(37) Cullum Financial LLC d/b/a Walloot
(38) Customer Bank
(39) David Rodin
(40) David Snitkof
(41) David Stein d/b/a Law Office of David Stein d/b/a David Stein Law Group
(42) Daysmart
(43) Debt Settlement Info Bank
(44) Docusign

(45) Dorado Real Estate, Inc d/b/a Host Financial
(46) Dynamic Recovery Solutions, LLC
(47) Endurance International Group, Inc.
(48) East West Bank
(49) Emprise Bank
(50) Erik Goshin
(51) Evangelical Christian Credit Union (ECCU)
(52) Ernst & Young LLP
(53) Farm Credit East, ACA
(54) Farm Credit West, ACA
(55) Federal Reserve
(56) First Florida Credit Union
(57) First National Bank of Syracuse
(58) five9 Inc.
(59) FNBC Bank and Trust
(60) Forensic Risk Alliance Inc.
(61) Fortis Advisors, LLC
(62) Fortis Private Bank
(63) Frank Sauer
(64) Fraz Khalil
(65) GoDaddy.com, LLC
(66) Guggenheim Securities, LLC
(67) Guideline
(68) Guillaume Poirier
(69) Hi Tech Capital
(70) Hyperion Bank
(71) Innovative Funding Solutions, Inc.
(72) Investar Bank, National Association
(73) Investment 360
(74) InscribeAI, Inc.
(75) Insperity
(76) Invariant LLC
(77) iAdvance Now Inc.
(78) James Candalino
(79) James Frohnhofer
(80) Jason Dolinger
(81) Jason Hwa
(82) Jonathan Kelfer
(83) Jones Day
(84) Karrot
(85) KLDiscovery Ontrack, LLC
(86) Kroll Associates, Inc.
(87) Legacy Bank Colorado
(88) Lendio, Inc.
(89) Level Up Funding LLC
(90) LexisNexis Risk Solutions FL Inc.

5

(91) Lexolution, LLC
(92) Liam Von Thien
(93) LIG International LLC
(94) Lincoln and Morgan, LLC
(95) Llano National Bank
(96) Macquarie
(97) Major, Lindsey & Africa
(98) Marqeta, Inc
(99) MasterCard International Incorporated
(100) Matt Burton
(101) Mechanics Bank
(102) Merchant and Manufacturers Bank
(103) Mission Capital d/b/a SBG Funding
(104) Moore Colson & Company, P.C.
(105) MorganFranklin Consulting, LLC
(106) Mountainseed Real Estate Services, LLC
(107) National Check Resolution, Inc.
(108) Natural Intelligence Ltd.
(109) Nicholas DelZingaro
(110) Northern California National Bank
(111) Northwest Farm Credit Services, FLCA
(112) Okta, Inc.
(113) OnCourse Learning d/b/a BankersEdge
(114) Option 1 Partners, LLC
(115) Orchard App, Inc.
(116) P.A.R. Consulting d/b/a US Business Funding
(117) People Bank
(118) PharmaCentra LLC
(119) Prospera Credit Union
(120) Providence Bank
(121) Quick Funding Solutions LLC
(122) Radius Intelligence, Inc.
(123) Redwood Growth Capital, LLC
(124) Red River Bank
(125) ReliaQuest Holdings, LLC
(126) Resource Bank
(127) Salesforce
(128) Sam Zakalik
(129) Sound Point Capital Management, LP
(130) South State Bank
(131) Stericycle Inc.
(132) Strategic Capital
(133) Synovus
(134) The Law Office of Hayes & Welsh
(135) The National Directory of Registered Tax Return Preparers & Professionals Ltd
(136) The Poplar Grove State Bank

RLF1 28018298V.1

(137) The Provident Bank
(138) TransUnion Risk and Alternative Data Solutions, Inc. (TRADS)
(139) Trevelino/Keller and Groovy Studios
(140) TrustArc Inc.
(141) United Capital Source Inc
(142) United Resources Enterprise Corp. d/b/a Brickell Capital Finance
(143) Upwise Capital, LLC
(144) URS Technologies Solutions LLC
(145) Vaco LLC
(146) Venture Lending & Leasing VII, Inc.
(147) Venture Lending & Leasing VIII, Inc.
(148) Visa U.S.A. Inc.
(149) Vital Outsourcing Services, Inc.
(150) Walker Morris
(151) WeTravel, Inc.
(152) Wheaten Financial, Inc.
(153) Xact Data Discovery
(154) Yuhui Yang
(155) Zendesk
(156) Zip Capital Group, LLC
(157) ZMC & Associates LLC

## 12. **Current Officers and Directors (include senior management)**

*Current Officers*

(1) Salim Kafiti
(2) Ian Cox
(3) Holly Loiseau
(4) David Walker
(5) Laquisha Milner
(6) Donna Evans

*Current Directors*

(1) Laquisha Milner
(2) Robin Gregg
(3) Eric Hartz (dba CorporateHartz, LLC)
(4) John Hebert
(5) Lawrence X. Taylor

*Current Independent Manager*

(1) John Hebert

7

**13. <u>Affiliations of Current Officers and Directors</u>**

(1) American Chemistry Council
(2) Corporation Service Company (CSC)
(3) Solomon's Temple
(4) Vector Solutions
(5) M2 Business Group, LLC
(6) Point Predictive
(7) DRUM Technologies
(8) Roadsync
(9) Lending Science
(10) PadSplit
(11) Emory Goizueta Business School
(12) Nexus Circular
(13) 1847 Holdings
(14) Item 9 Labs
(15) Barrie House Coffee Roasters
(16) CLP Holdings III, LLC
(17) Taylor Strategy Group
(18) National Association of Corporate Directors
(19) Arizona State University
(20) Major Lindsey & Africa
(21) Automatic Data Processing, Inc. (ADP)
(22) Clairvoyant Ventures, LLC
(23) Kafiti Real Estate Group, Inc.
(24) Electrolux AB
(25) Libra Risk Management
(26) Creative Essentials, LLC
(27) National Bar Association Executive Committee, Commercial Law Section
(28) Moore Colson
(29) Magnolia Trust Company

**14. <u>Debtors Professionals (law firms, accountants and other professionals)</u>**

(1) AlixPartners, LLP
(2) Forensic Risk Alliance Inc.
(3) Greenberg Traurig, LLP
(4) Jones Day
(5) KPMG
(6) McGuireWoods LLP
(7) Omni Agent Solutions
(8) Richard Layton & Finger
(9) Weil, Gotshal & Manges LLP

**15. <u>Former Officers and Directors (include senior management if readily available) (3 years)</u>**

(1) Daniel Scott Eidson
(2) Jon Hoffman
(3) Julia McCullough
(4) Kathryn Petralia
(5) Kimberly Withrow
(6) L. Scott Askins
(7) Marc Gorlin
(8) Oneal Bhambani
(9) Robert Frohwein
(10) Spencer Robinson
(11) Troy Deus

**16. <u>Affiliation of Former Officers and Directors (as of last day with company)</u>**

(1) Corporation Service Company
(2) DRUM Technologies, Inc.
(3) Tricolor Auto Group, LLC
(4) PadSplit
(5) Kimberly F. Withrow Law
(6) eCapital Corp.
(7) Bibby Financial Services
(8) American Express
(9) Roadie
(10) Flutterwave
(11) Keep Financial Technologies, Inc.

**17. <u>Insurance/Insurance Provider</u>**

(1) AIG Specialty Insurance Company
(2) Atlantic Specialty Insurance Company
(3) Berkshire Hathaway Specialty Insurance Company
(4) Cobbs Allen Capital, LLC d/b/a CAC Specialty
(5) Endurance American Insurance Company c/o Sompro Pro
(6) Everest National Insurance Company
(7) Marsh USA Inc.
(8) National Union Fire Insurance Company of Pittsburgh, Pa.
(9) QBE Insurance Corporation
(10) XL Specialty Insurance Company

**18. <u>Landlords and Parties to Leases</u>**

(1) 730 Midtown SVP, LLC (Lincoln Property Company)

RLF1 28018298V.1

**19. <u>Lenders, Noteholders, Administrative Agents and Indenture Trustees</u>**

(1) Credit Suisse
(2) Guggenheim
(3) Macquarie
(4) U.S. Bank

**20. <u>List of Secured Creditors</u>**

(1) Reserve Bank of San Francisco

[The Company only has one secured creditor]

**21. <u>30 Top Unsecured Creditors</u>**

(1) Cross River Bank
(2) Customers Bank
(3) Federal Reserve Bank of San Francisco
(4) U.S. Department of Justice – Civil Division, Commercial Litigation
(5) Federal Trade Commission
(6) Small Business Bureau
(7) American Express Kabbage Inc.
(8) Biz2X LLC
(9) Vital Outsourcing Services Inc.
(10) Vaco LLC
(11) Transunion Risk and Alternative Data Solutions
(12) URS Technologies Solutions LLC
(13) MorganFranklin Consulting, LLC
(14) KLDiscovery Ontrack, LLC
(15) Amazon Webservices
(16) Google LLC
(17) Moore Colson
(18) Major, Lindsey & Africa / Allegis Group Holdings Inc.
(19) RSM US LLP
(20) Goodwin Proctor LLP
(21) Libra Risk Management
(22) Slack Technologies, LLC
(23) Option 1 Partners LLC
(24) Thomas E. Austin Jr., LLC
(25) Box
(26) TKCG, Inc.
(27) Corporation Service Company
(28) Microsoft
(29) Lanier Parking Solutions I, LLC
(30) Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan¸ 365 Sun LLC and Candice Worthy, individually and as putative plaintiffs on behalf of the proposed class

RLF1 28018298V.1

**22. Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation**

(1) 365 Sun LLC
(2) Alison F. Kanne
(3) Bosco Seungchul Baek
(4) Calvin L. Erby, II
(5) Candice Worthy
(6) Carlton Morgan
(7) Celtic Bank Corporation d/b/a Celtic Bank
(8) Christina R. King
(9) Cole Ratias
(10) Customers Bank
(11) Douglas Biviano
(12) Edward Ford Services, LLC
(13) Eric L. Lifschitz
(14) Eva Merian Spahn
(15) First Home Bank
(16) Florida Veterinary Behavior Service
(17) George Pullen
(18) Greenberg Traurig
(19) Henry Anesthesia Associates, LLC
(20) Holland & Knight, LLP
(21) Jason Russell Carr
(22) Jennifer Pullen
(23) Jeremy Sternberg
(24) John P. Mertens
(25) Joshua Borger
(26) JP Morgan Chase Bank, N.A.
(27) Justin E. Proper
(28) Keith W. Berglund
(29) LaDonna Wiggins
(30) Latoya Clark
(31) Lauren B. Veggian
(32) Law Office of James A. Flanagan
(33) Law Offices of Eric L. Lifschitz
(34) Leslie K. Rinaldi
(35) Lexington National Insurance Corporation
(36) Love Watch Hill & Sailors Haven, Inc.
(37) Luxx Lashes by Lay, LLC
(38) Marco Bell
(39) MaryBeth V. Gibson
(40) Melissa Davis Lowe
(41) Ogier, Rothschild & Rosenfeld P.C.
(42) Pia Hoyt Law Firm
(43) Power Bail Bonds

11

(44) Rice Pugatch Robinson Storfer & Cohen PLLC,
(45) Richard A. Marshack
(46) Richard Storfer
(47) Shulman Bastian Friedman & Bui LLP
(48) SM Novelties
(49) Smooth & EZ Merchant Funding
(50) Squeeze-It Corp.
(51) Strategic Elements, LLC
(52) Tamara Miles Ogier, Chapter 11 Subchapter V Trustee
(53) Tastetunup, LLC
(54) The Berglund Group
(55) The Cardoza Law Corporation
(56) The Finley Firm, P.C
(57) Vicki LeMaster
(58) Wandro & Associates, P.C.
(59) White & Williams, LLP

### 23. <u>Litigation - Governmental Investigations Agencies</u>

(1) U.S. Federal Trade Commission
(2) U.S. Department of Justice – Massachusetts
(3) U.S. Department of Justice – Eastern District of Texas
(4) The Small Business Administration (SBA)
(5) The United States House Representatives Select Subcommittee on the Coronavirus Crisis

### 24. <u>Other Parties in Interest (Notice of Appearance Parties, Ombudsman, any other person or group appointed)</u>

[Unknown at this time]

### 25. <u>Other Professionals</u>

(1) Akin Gump Strauss Hauer & Feld LLP
(2) Bailey Duquette
(3) Dentons US LLP
(4) Davis Polk & Wardwell LLP
(5) Goodwin Procter LLP
(6) Green & Sklartz
(7) Hayes & Welsh
(8) Mandelbaum Salsburg, P.C.
(9) RSM US LLP
(10) Sidley Austin LLP
(11) Thomas E. Austin
(12) Windham Brannon

RLF1 28018298V.1

26. **Regulatory and Government (Federal, State, and Local)**

(1) Delaware Attorney General – Kathy Jennings
(2) Federal Deposit Insurance Corporation
(3) Federal Reserve
(4) Federal Trade Commission
(5) Internal Revenue Service
(6) Office of Foreign Assets Control
(7) Small Business Administration
(8) U.S. Securities and Exchange Commission
(9) United States Attorney for the District of Delaware – David C. Weiss
(10) United States Department of Justice

27. **Significant Customers**

(1) Celtic Bank
(2) Cross River Bank
(3) Customers Bank
(4) HCG (a/k/a Home Capital Group Inc.)
(5) Stone Ridge
(6) FleetCor Technologies, Inc.
(7) Relief Without Borders LLC
(8) SJ Medical PLLC
(9) Go Africa Flobal LLC
(10) Cuisine 365 Mobile Inc
(11) New Legend, Inc
(12) Jlite Motors
(13) Boom Rewards LLC
(14) David Horvath PA
(15) Wiggins & Graham Enterprise LLC
(16) Pink Lady Line
(17) R and L Arcade INC
(18) Potomac Valley Operator LLC
(19) Source Allies, Inc.
(20) European Service at Home Inc
(21) Tigris, LLC
(22) AREPII SA Hotel LLC
(23) Aspen River Candle Company
(24) Big Shot LLC
(25) Wesley Aron Mock LLC
(26) Club One Casino, Inc
(27) Brian Bui Inc
(28) repairo llc
(29) California Freight Solutions Corp
(30) Torque Power Equipment Repairs
(31) PG Medical Lab

(32) Energy Efficient Construction Solutions
(33) Trusted Communications LLC
(34) Horizon 5 Lakes LLC
(35) Wingfield Leigh Industries, Inc
(36) Allegro School, Inc.
(37) Dog Training With Mario Holland LLC
(38) A One Roof Management and Construction, INC.
(39) Koger Industrial Staffing, LLC
(40) Provident Investment Realty, LLC
(41) Flair Group Inc
(42) Rex Therapeutics LLC
(43) IMR Contracting Corp
(44) Gods Anointed Youth Ministry
(45) Showtime on the Piers, LLC.
(46) Summit Truck Line
(47) K Weaver Properties LLC
(48) Ences Services Inc
(49) Federal Credit Union
(50) Heart Living Centers of Colorado, LLC
(51) Agee Construction Corporation
(52) 1 Ponce de Leon LLC
(53) Bustro Inc
(54) Francis Joseph Capital Inc
(55) DataSync Inc
(56) SMELifestyle, inc
(57) Crown Management Services, LLC
(58) SUITE Media Productions & Management LLC
(59) Gourmet Nut Inc
(60) Propel Opportunity Fund Inc.
(61) Keystrokes Transcription Service Inc
(62) E. Mishan & Sons
(63) Russell Road Food and Beverage LLC

## 28. **Significant Shareholders (more than 5% of equity)**

(1) Softbank Vision Fund (AIV M2) L.P.
(2) Blue Run Ventures IV, L.P.
(3) Thomvest Ventures Ltd.
(4) MDV Ix, L.P. c/o Mohr Davidow Ventures
(5) SoftBank PriceVille Investments, L.P.

## 29. **Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**

(1) Alabama Department of Revenue
(2) California Franchise Tax Board

(3) Georgia Department of Revenue
(4) Internal Revenue Service
(5) North Carolina Department of Revenue
(6) New York State Department of Finance
(7) New York City Department of Finance
(8) Pennsylvania Department of Revenue

### 30. UCC Search Results/UCC Lien Search Results

(1) CHTD Company
(2) CIT
(3) CIT Bank, N.A.
(4) Cross River Bank
(5) CSC
(6) Direct Capital Corporation
(7) Federal Reserve Bank of San Francisco
(8) Financial Agent Services
(9) Fulton County, Georgia Tax Commissioner
(10) Secured Lender Solutions, LLC
(11) U.S. Bank
(12) Wilmington Savings Fund Society, FSB

### 31. Unions

N/A

### 32. United States Attorney's Office for the District of Delaware

(1) David C. Weiss

### 33. United States Trustee and Staff for the District of Delaware

(1) Andrew R. Vara
(2) Joseph McMahon
(3) David Buchbinder
(4) Linda Casey
(5) Joseph Cudia
(6) Timothy J. Fox, Jr.
(7) Benjamin Hackman
(8) Jane Leamy
(9) Hannah M. McCollum
(10) Linda Richenderfer
(11) Juliet Sarkessian
(12) Richard Schepacarter
(13) Rosa Sierra-Fox
(14) Lauren Attix

(15) Shakima L. Dortch
(16) Christine Green
(17) Ramona Harris
(18) Angelique Okita
(19) Edith A. Serrano
(20) Dion Wynn
(21) Denis Cooke
(22) Holly Dice
(23) Nyanquoi Jones
(24) James R. O'Malley
(25) Michael Panacio
(26) Diane Giordano

**34. <u>Utility Providers/Utility Brokers</u>**

(1) Cogent Communications, Inc.
(2) Five9 Inc.

**35. <u>Vendors/Suppliers (includes critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider, etc.)</u>**

(1) A-Lign
(2) Allegis Group Holdings Inc
(3) American Express Kabbage Inc.
(4) Biz2X LLC
(5) BlackLine Systems, Inc.
(6) Box
(7) DataBricks
(8) Five9
(9) Fusion Cloud Services LLC
(10) Google Duo
(11) Google Workspace
(12) HP Holdings, Inc. (dba Invariant LLC)
(13) InscribeAI, Inc.
(14) KLDiscovery Ontrack, LLC
(15) Kroll Associates, Inc.
(16) Lexolution
(17) Libra Risk Management
(18) MLA
(19) Moore Colson
(20) MorganFranklin Consulting, LLC
(21) Option 1 Partners LLC
(22) ReliaQuest Holdings, LLC
(23) Salesforce.com
(24) Sage Intacct, Inc.
(25) Slack

(26) TLO
(27) Transunion Risk and Alternative Data Solutions
(28) URS Technologies Solutions LLC
(29) Vaco LLC
(30) Vital Outsourcing Services Inc.
(31) Willis Towers Watson US LLC
(32) Zendesk

**Exhibit 2**

**Disclosure Schedule**

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| AIG Specialty Insurance Company | Insurance/Insurance Provider | **Affiliate or Subsidiary of Current Client** |
| AlixPartners, LLP | Debtors Professionals | **Current Client** |
| Atlantic Specialty Insurance Company | Insurance/Insurance Provider | **Related to Current Client** |
| Amazon Web Services | Top Unsecured Creditors | **Related to Current Client** |
| Berkshire Hathaway Specialty Insurance Company | Insurance/Insurance Provider | **Related to Former Client** |
| Cobbs Allen Capital, LLC d/b/a CAC Specialty | Insurance/Insurance Provider Contract Counterparties | **Current Client** |
| Credit Suisse[1] | Contract Counterparties Lenders, Noteholders, Administrative Agents and Indenture Trustees | **Current Client** |
| Ernst & Young LLP | Contract Counterparties | **Affiliate or Subsidiary of Former Client** |
| Fleetcor Technologies, Inc. | Significant Customers | **Related to Current Client** |
| Fortis Advisors, LLC Fortis Private Bank | Contract Counterparties | **Current Client** |
| Fusion Cloud Services LLC | Vendors / Suppliers | **Current Client** |
| Guggenheim Securities, LLC | Contract Counterparties Lenders, Noteholders, Administrative Agents and Indenture Trustees | **Current Client** |
| JP Morgan Chase Bank, N.A. | Litigation Counterparties / Litigation Pending Lawsuits | **Current Client** |
| Kaiser Permanente | Benefit Providers | **Affiliate or Subsidiary of Current Client** |
| Kroll Associates, Inc. | Contract Counterparties Vendors/Suppliers | **Affiliate or Subsidiary of Current Client** |

---

[1] Weil previously represented Credit Suisse as agent in connection with a warehouse lending facility with one or more of the Debtors.  The facility was repaid in November 2019.  Since that time, the Debtors have done no further work for Credit Suisse on that matter.

18

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| LexisNexis Risk Solutions FL Inc. | Contract Counterparties | **Affiliate or Subsidiary of Current Client** |
| Macquarie | Contract Counterparties<br><br>Lenders, Noteholders, Administrative Agents and Indenture Trustees | **Affiliate or Subsidiary of Current Client** |
| Marsh USA Inc. | Insurance/Insurance Provider | **Affiliate or Subsidiary of Current Client** |
| MasterCard International Incorporated | Contract Counterparties | **Current Client** |
| Microsoft | Top 30 Unsecured Creditors | **Current Client** |
| National Union Fire Insurance Company of Pittsburgh, Pa. | Insurance/Insurance Provider | **Current Client** |
| QBE Insurance Corporation | Insurance/Insurance Provider | **Related to Current Client** |
| Softbank Vision Fund (AIV M2) L.P.<br><br>SoftBank PrinceVille Investments, L.P. | Significant Shareholders | **Affiliate or Subsidiary of Current Client** |
| Stone Ridge | Banks – Servicing<br><br>Significant Customers | **Affiliate or Subsidiary of Current Client** |
| U.S. Bank | Lenders, Noteholders, Administrative Agents and Indenture Trustees<br><br>UCC Search Results/UCC Lien Search Results | **Current Client** |
| U.S. Department of Justice | Top Unsecured Creditors | **Related to Current Client** |
| U.S. Department of Justice – Eastern District of Texas | Litigation - Governmental Investigations Agencies | **Related to Current Client** |
| U.S. Department of Justice - Massachusetts | Litigation - Governmental Investigations Agencies | **Related to Current Client** |
| Visa U.S.A. Inc. | Contract Counterparties | **Affiliate or Subsidiary of Current Client** |
| Willis Towers Watson US LLC | Vendors/Suppliers | **Current Client** |
| XL Specialty Insurance Company | Insurance/Insurance Provider | **Affiliate or Subsidiary of Current Client** |

19

## Exhibit 3

## Summary of Payments

| Invoice Date | Invoice # | Description | Transaction Type | Billings | | | | Payments | | | Fee Advance Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fees | Costs | Fee Advance Requests | Total Fees & Costs Billed | Payment Type | Payment Date | Payment Received | |
| | | | | | | | | | | | $500,000.00 |
| 07/08/22 | 2022007984 | Through 6/14/2022 | Bill | $487,031.50 | $5,027.59 | | $492,059.09 | Wire | 07/14/22 | $492,059.09 | $500,000.00 |
| | | | | | | | | | | | |
| 07/20/22 | 2022008380 | Through 6/30/2022 | Bill | $498,645.50 | $727.47 | | $499,372.97 | Wire | 07/21/22 | $499,372.97 | $500,000.00 |
| | | | | | | | | | | | |
| 07/22/22 | 2022008634 | | Fee Advance | | | $300,000.0 | | Wire | 07/28/22 | $300,000.00 | $800,000.00 |
| | | | | | | | | | | | |
| 07/29/22 | 2022009002 | Through 7/28/22 | Bill | $781,506.50 | $4,805.85 | $786,312.35 | $786,312.35 | Fee Advance Application | 07/29/22 | $786,312.35 | $13,687.65 |
| | | | Fee Advance | | | | | Wire | 08/05/22 | $786,312.35 | $800,000.00 |
| | | | | | | | | | | | |
| 08/16/22 | 2022009635 | Through 8/12/22 | Bill | $791,583.00 | $6,249.75 | $797,832.75 | $797,832.75 | Fee Advance Application | 08/16/22 | $797,832.75 | $2,167.25 |
| | | | Fee Advance | | | $100,000.00 | | Wire | 08/19/22 | $100,000.00 | $102,167.25 |
| | | | | | | | | Wire | 08/19/22 | $797,832.75 | $900,000.00 |
| | | | | | | | | | | | |
| 08/31/22 | 2022010431 | Through 8/31/22 | Bill | $813,743.50 | $3,508.35 | $817,251.85 | $817,251.85 | Fee Advance Application | 08/31/22 | $817,251.85 | $82,748.15 |
| | | | Fee Advance | | | | | Wire | 09/01/22 | $817,251.85 | $900,000.00 |
| | | | | | | | | | | | |
| 09/14/22 | 2022010848 | Through 9/14/22 | Bill | $698,347.00 | $1,021.54 | $699,368.54 | $699,368.54 | Fee Advance Application | 09/14/22 | $699,368.54 | $200,631.46 |
| | | | Fee Advance | | | | | Wire | 09/15/22 | $699,368.54 | $900,000.00 |
| | | | | | | | | | | | |
| 09/26/22 | 2022011413 | Through 9/23/22 | Bill | $756,138.50 | $2,623.58 | $758,762.08 | $758,762.08 | Fee Advance Application | 09/26/22 | $758,762.08 | $141,237.92 |
| | | | Fee Advance | | | | | Wire | 09/28/22 | $758,762.08 | $900,000.00 |
| | | | | | | | | | | | |
| 09/29/22 | 2022011753 | Through 9/28/22 | Bill | $500,809.00 | $14,086.00 | $514,895.00 | $514,895.00 | Fee Advance Application | 09/29/22 | $514,895.00 | $385,105.00 |
| | | | Fee Advance | | | | | Wire | 09/29/22 | $514,895.00 | $900,000.00 |
| | | | | | | | | | | | |
| 10/03/22 | 2022011878 | Through 9/30/22 | Bill | $367,875.00 | $158.50 | $368,033.50 | $368,033.50 | Fee Advance Application | 10/03/22 | $368,033.50 | $531,966.50 |
| | | | Fee Advance | | | | | Wire | 10/03/22 | $368,033.50 | $900,000.00 |
| 10/03/22 | 2022011922 | Through 10/3/22 | Bill | $409,197.00 | $0.00 | $409,197.00 | $409,197.00 | Fee Advance Application | 10/03/22 | $409,197.00 | $490,803.00 |