**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                                                          :         Chapter 11
                                                                                    :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,    :         Case No. 22-10951 (CTG)
                                                                                    :
                                                                                    :
                            Debtors.[1]                             :         (Joint Administration Requested)
------------------------------------------------------------ x

**NOTICE OF FILING OF PROPOSED REDACTED**
**VERSION OF THE CREDITOR MATRIX**

PLEASE TAKE NOTICE that pursuant to Rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have today filed the attached proposed redacted version of the **Creditor Matrix**[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] On October 3, 2022, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) File and Maintain Consolidated Creditor Lists, and (B) Redact Certain Personal Identification Information for Individuals, (II) Approving Special Electronic Noticing Procedures, and (III) Granting Related Relief* [Docket No. 5].

Dated: October 4, 2022
       Wilmington, Delaware

                                     */s/ Matthew P. Milana*
                                   RICHARDS, LAYTON & FINGER, P.A.
                                   Daniel J. DeFranceschi, Esq. (No. 2732)
                                   Amanda R. Steele, Esq. (No. 5530)
                                   Zachary I. Shapiro, Esq. (No. 5103)
                                   Matthew P. Milana, Esq. (No. 6681)
                                   One Rodney Square
                                   920 North King Street
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 651-7700
                                   E-mail: defranceschi@rlf.com
                                                steele@rlf.com
                                                shapiro@rlf.com
                                                milana@rlf.com

                                   -and-

                                   WEIL, GOTSHAL & MANGES LLP
                                   Ray C. Schrock, P.C. (*pro hac vice* admission pending)
                                   Candace M. Arthur, Esq. (*pro hac vice* admission pending)
                                   Natasha S. Hwangpo, Esq. (*pro hac vice* admission pending)
                                   Chase A. Bentley, Esq. (*pro hac vice* admission pending)
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone:   (212) 310-8000
                                   E-mail:       ray.schrock@weil.com
                                                        candace.arthur@weil.com
                                                        natasha.hwangpo@weil.com
                                                        chase.bentley@weil.com

                                   *Proposed Attorneys for Debtors*
                                   *and Debtors in Possession*