# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,                :   Case No. 22-10951 (CTG)
                                                             :
                                                             :
           Debtors.[1]                                       :   (Joint Administration Requested)
------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Chase A. Bentley of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153-0119, to represent the above-captioned debtors and debtors in possession in the above-captioned cases and any and all adversary proceedings commenced therein.

Date:   October 4, 2022
        Wilmington, Delaware

                                    */s/ Zachary I. Shapiro*
                                    Zachary I. Shapiro (No. 5103)
                                    **RICHARDS, LAYTON & FINGER, P.A.**
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, Delaware  19801
                                    Telephone:  (302) 651-7700
                                    Facsimile:   (302) 651-7701
                                    Email: shapiro@rlf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 27995094v.1

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and am admitted to practice in the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 4, 2022    */s/ Chase A. Bentley*
Chase A. Bentley
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: chase.bentley@weil.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.