# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,                :    Case No. 22-10951 (CTG)
                                                             :
                                                             :
Debtors.[1]                                                  :    (Joint Administration Requested)
------------------------------------------------------------ x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") and the attached certification, counsel moves for the admission *pro hac vice* of Theodore E. Tsekerides of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153-0119, to represent the above-captioned debtors and debtors in possession in the above-captioned cases and any and all adversary proceedings commenced therein.

Date:   October 4, 2022
        Wilmington, Delaware

                                              */s/ Zachary I. Shapiro*
                                              Zachary I. Shapiro (No. 5103)
                                              **RICHARDS, LAYTON & FINGER, P.A.**
                                              One Rodney Square
                                              920 North King Street
                                              Wilmington, Delaware  19801
                                              Telephone:  (302) 651-7700
                                              Facsimile:   (302) 651-7701
                                              Email: shapiro@rlf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28010644v.1

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Connecticut, New Jersey, and New York; the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey; the United States Courts of Appeals for the Second, Fourth, Fifth, Ninth, and Tenth Circuits; and the Supreme Court of the United States, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: October 4, 2022

*/s/ Theodore E. Tsekerides*
Theodore E. Tsekerides
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: theodore.tsekerides@weil.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: October 4th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 28010644v.1