**Exhibit A**

**Joint Administration Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re**<br><br>**KABBAGE, INC.,**<br><br>**Debtor.**<br><br>**Tax I.D. No. 36-4973937** | : | **Chapter 11**<br><br>**Case No. 22-10951 (CTG)**<br><br>**Ref. Docket No. 3** |
| **In re**<br><br>**KABBAGE CANADA HOLDINGS, LLC,**<br><br>**Debtor.**<br><br>**Tax I.D. No. N/A** | : | **Chapter 11**<br><br>**Case No. 22-10952 (CTG)** |
| **In re**<br><br>**KABBAGE ASSET SECURITIZATION LLC,**<br>**Debtor.**<br><br>**Tax I.D. No. N/A** | : | **Chapter 11**<br><br>**Case No. 22-10953 (CTG)** |
| **In re**<br><br>**KABBAGE ASSET FUNDING 2017-A LLC,**<br>**Debtor.**<br><br>**Tax I.D. No. 61-1854803** | : | **Chapter 11**<br><br>**Case No. 22-10954 (CTG)** |
| **In re**<br><br>**KABBAGE ASSET FUNDING 2019-A LLC,**<br>**Debtor.**<br><br>**Tax I.D. No. 83-4698973** | : | **Chapter 11**<br><br>**Case No. 22-10955 (CTG)** |

| In re | : | Chapter 11 |
|---|---|---|
| KABBAGE DIAMETER, LLC, | : | Case No. 22-10956 (CTG) |
| Debtor. | : | |
| Tax I.D. No. N/A | : | |

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)**
**DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES**

Upon the motion, dated October 3, 2022 (the "**Motion**")[1] of Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the Chapter 11 Cases (collectively, the "**Debtors**"), for entry of an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing joint administration of the Chapter 11 Cases, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion (the "**Hearing**"); and upon the First Day Declaration and the record of the Hearing; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

in the best interests of the Debtors and their respective estates and creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Motion is granted to the extent set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 22-10951 (CTG).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.

4. The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **KABBAGE, INC. d/b/a KSERVICING, *et al.*,** | : | **Case No. 22-10951 (CTG)** |
| | : | |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

5. A docket entry shall be made in each of the above-captioned cases (other than the chapter 11 case of Kabbage, Inc. d/b/a KServicing) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 Cases of Kabbage, Inc. d/b/a KServicing, *et al.* The docket in Case No. 22-10951 (CTG) should be consulted for all matters affecting this case.

6. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.