UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,                :    Case No. 22-10951 (CTG)
                                                             :
                                                             :    (Jointly Administered)
                                                             :
        Debtors.[1]                                          :
                                                             :    Re: Docket No. 44
------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on October 4, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Application of Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of Petition Date* [Docket No. 44] (the "**Application**").

PLEASE TAKE FURTHER NOTICE that the Debtors withdraw the Application without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A).  Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28025714v.1

Dated: October 4, 2022
      Wilmington, Delaware

    */s/ Zachary I. Shapiro*
    RICHARDS, LAYTON & FINGER, P.A.
    Daniel J. DeFranceschi, Esq. (No. 2732)
    Amanda R. Steele, Esq. (No. 5530)
    Zachary I. Shapiro, Esq. (No. 5103)
    Matthew P. Milana, Esq. (No. 6681)
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 651-7700
    E-mail: defranceschi@rlf.com
            steele@rlf.com
            shapiro@rlf.com
            milana@rlf.com

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Ray C. Schrock, P.C. (admitted *pro hac vice*)
    Candace M. Arthur, Esq. (admitted *pro hac vice*)
    Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
    Chase A. Bentley, Esq. (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York 10153
    Telephone:   (212) 310-8000
    E-mail:   ray.schrock@weil.com
            candace.arthur@weil.com
            natasha.hwangpo@weil.com
            chase.bentley@weil.com

    *Proposed Attorneys for Debtors*
    *and Debtors in Possession*