UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :     Chapter 11
                                                             :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,                :     Case No. 22-10951 (CTG)
                                                             :
                                                             :
                    Debtors.[1]                              :     (Jointly Administered)
------------------------------------------------------------ x

*AMENDED*[2] NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR OCTOBER 6, 2022 AT 9:30 A.M. (EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJIscOmqrjopEgowpay0iWsy3su4azEcW3A

**PLEASE REGISTER NO LATER THAN OCTOBER 5, 2022 AT 4:00 P.M. (ET)**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

PLEASE TAKE NOTICE that on October 3, 2022, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the following voluntary petitions (collectively, the "**Petitions**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2]   **Amended items appear in bold.**
[3]   All motions and other pleadings referenced herein are available online at the following address: https://omniagentsolutions.com/kservicing.

A.  Voluntary Petitions:

   1.  [Kabbage, Inc. d/b/a KServicing](#)

   2.  [Kabbage Canada Holdings, LLC](#)

   3.  [Kabbage Asset Securitization LLC](#)

   4.  [Kabbage Asset Funding 2017-A LLC](#)

   5.  [Kabbage Asset Funding 2019-A LLC](#)

   6.  [Kabbage Diameter, LLC](#)

PLEASE TAKE FURTHER NOTICE that in addition to filing the Petitions, the Debtors filed the following first day motions and related documents (collectively, the "**First Day Motions**"):

B.  First Day Declaration:

   7.  Declaration of Deborah Rieger-Paganis in Support of the Chapter 11 Petitions and First-Day Pleadings [Docket No. 13 – filed October 4, 2022]

C.  First Day Motions:

   8.  Motion of Debtors Pursuant for Entry of Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 3 – filed October 3, 2022]

       i.  **Order Pursuant to Fed. R. Bankr. P. 1015(b) Directing Joint Administration of Related Chapter 11 Cases [Docket No. 42 – entered October 4, 2022]**

   9.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management in the Ordinary Course of Business; and (II) Granting Related Relief [Docket No. 12 – filed October 3, 2022]

       i.  **Emergency Bridge Order Authorizing Debtors' Postpetition Use of Cash Management System on an Interim Basis Pending a Further Hearing [Docket No. 43 – entered October 4, 2022]**

   10. Motion of Debtors for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors [Docket No. 6 – filed October 3, 2022]

   11. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors (A) to Pay Certain Prepetition Taxes and Assessments and (B) Granting Related Relief [Docket No. 9 – filed October 3, 2022]

12. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Obligations and (II) Granting Related Relief [Docket No. 10 – filed October 3, 2022]

13. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Resolving Objections by Utility Providers, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Docket No. 8 – filed October 3, 2022]

14. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing (A) Debtors to Continue Insurance Policies, and (B) Pay All Obligations with Respect Thereto, and (II) Granting Related Relief [Docket No. 7 – filed October 3, 2022]

15. Motion of Debtors for Interim and Final Orders Authorizing Debtors to (I) Continue Servicing and Subservicing Activities and (II) Perform Related Obligations [Docket No. 11 – filed October 3, 2022]

16. Application of Debtors Pursuant to 11 U.S.C. § 105(a) and 28 U.S.C. § 156(c) for Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 4 – filed October 3, 2022]

17. Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) File and Maintain Consolidated Creditor Lists, and (B) Redact Certain Personal Identification Information for Individuals, (II) Approving Special Electronic Noticing Procedures, and (III) Granting Related Relief [Docket No. 5 – filed October 3, 2022]

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the First Day Motions is scheduled for October 6, 2022 at 9:30 a.m. (Eastern Time) before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware (the "**First Day Hearing**").  Parties who wish to participate in the First Day Hearing may do so by joining the Zoom hearing at the below link:
https://debuscourts.zoomgov.com/meeting/register/vJIscOmqrjopEgowpay0iWsy3su4azEcW3A.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

[*Remainder of page intentionally left blank*]

RLF1 28026303v.1

Dated: October 5, 2022
      Wilmington, Delaware

                                        */s/ Matthew P. Milana*
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        Daniel J. DeFranceschi, Esq. (No. 2732)
                                        Amanda R. Steele, Esq. (No. 5530)
                                        Zachary I. Shapiro, Esq. (No. 5103)
                                        Matthew P. Milana, Esq. (No. 6681)
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 651-7700
                                        E-mail: defranceschi@rlf.com
                                                        steele@rlf.com
                                                        shapiro@rlf.com
                                                        milana@rlf.com

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Ray C. Schrock, P.C. (admitted *pro hac vice*)
                                        Candace M. Arthur, Esq. (admitted *pro hac vice*)
                                        Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
                                        Chase A. Bentley, Esq. (admitted *pro hac vice*)
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:   (212) 310-8000
                                        E-mail:       ray.schrock@weil.com
                                                              candace.arthur@weil.com
                                                              natasha.hwangpo@weil.com
                                                              chase.bentley@weil.com

                                        *Proposed Attorneys for Debtors*
                                        *and Debtors in Possession*