IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
: 
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
: 
Debtors.[1] : (Jointly Administered)
: 
: Obj. Deadline: October 19, 2022 at 4:00 p.m. (ET)
: Hearing Date: October 26, 2022 at 10:30 a.m. (ET)
: Re: Docket No. 17
: 
------------------------------------------------------------ x

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that, on October 4, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Application of Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Omni Agent Solutions, Inc. as Administrative Agent Effective as of the Petition Date* [Docket No. 17] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A copy of the Application is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Application, if any, must be made in writing and filed with the Court on or before **October 19, 2022 at 4:00 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28027442v.1

2

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Application, if required, will be held before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **October 26, 2022 at 10:30 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 5, 2022
      Wilmington, Delaware

                */s/ Matthew P. Milana*
                RICHARDS, LAYTON & FINGER, P.A.
                Daniel J. DeFranceschi, Esq. (No. 2732)
                Amanda R. Steele, Esq. (No. 5530)
                Zachary I. Shapiro, Esq. (No. 5103)
                Matthew P. Milana, Esq. (No. 6681)
                One Rodney Square
                920 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 651-7700
                E-mail: defranceschi@rlf.com
                        steele@rlf.com
                        shapiro@rlf.com
                        milana@rlf.com

                -and-

                WEIL, GOTSHAL & MANGES LLP
                Ray C. Schrock, P.C. (admitted *pro hac vice*)
                Candace M. Arthur, Esq. (admitted *pro hac vice*)
                Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
                Chase A. Bentley, Esq. (admitted *pro hac vice*)
                767 Fifth Avenue
                New York, New York 10153
                Telephone:    (212) 310-8000
                E-mail:       ray.schrock@weil.com
                              candace.arthur@weil.com
                              natasha.hwangpo@weil.com
                              chase.bentley@weil.com

                *Proposed Attorneys for Debtors*
                *and Debtors in Possession*