# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **KABBAGE, INC. d/b/a KSERVICING, *et al.*,** <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-10951 (CTG) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## CERTIFICATE OF GOOD STANDING

PLEASE TAKE NOTICE THAT, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned is appearing on behalf of the United States of America (United States). All notices and papers that are required to be served upon the United States must be served upon the following individual:

If served by regular mail:

> Alastair M. Gesmundo
> U.S. Department of Justice
> Civil Division
> P.O. Box 875
> Ben Franklin Station
> Washington, D.C. 20044
> (202) 305-4659 (direct)
> (202) 514-9163 (fax)
> Alastair.M.Gesmundo@usdoj.gov

If served by hand delivery:

> Alastair M. Gesmundo
> Civil Division
> U.S. Department of Justice
> 1100 L Street, N.W., Room 7206
> Washington, D.C. 20005

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

      Further, pursuant to Bankruptcy Local Rule 9010-1(e)(i) and District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

| | |
|---|---|
| Dated: October 5, 2022 | Respectfully submitted, |
| | |
| | BRIAN BOYNTON |
| | Principal Deputy Assistant Attorney General |
| | |
| | DAVID C. WEISS |
| | United States Attorney |
| | |
| | /s/ Alastair M. Gesmundo |
| | RUTH A. HARVEY |
| | RODNEY A. MORRIS |
| | ALASTAIR M. GESMUNDO |
| | Commercial Litigation Branch |
| | Civil Division |
| | United States Department of Justice |
| | P.O. Box 875 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel. (202) 305-4659 |
| | Fax (202) 514-9163 |
| | Alastair.M.Gesmundo@usdoj.gov |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on October 5, 2022, I electronically filed the foregoing NOTICE OF APPEARANCE AND CERTIFICATE OF GOOD STANDING with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                /s/ Alastair M. Gesmundo
                ALASTAIR M. GESMUNDO
                Commercial Litigation Branch
                Civil Division
                United States Department of Justice