# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re : Chapter 11
:
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*, : Case No. 22-10951 (CTG)
:
Debtors.[1] : (Jointly Administered)
:
------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 case.

WHEREFORE, the above-captioned debtors and debtors in possession request that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28029228v.1

Dated: October 5, 2022
      Wilmington, Delaware

                  */s/ Matthew P. Milana*
                  RICHARDS, LAYTON & FINGER, P.A.
                  Daniel J. DeFranceschi, Esq. (No. 2732)
                  Amanda R. Steele, Esq. (No. 5530)
                  Zachary I. Shapiro, Esq. (No. 5103)
                  Matthew P. Milana, Esq. (No. 6681)
                  One Rodney Square
                  920 North King Street
                  Wilmington, Delaware 19801
                  Telephone: (302) 651-7700
                  E-mail: defranceschi@rlf.com
                          steele@rlf.com
                          shapiro@rlf.com
                          milana@rlf.com

                  -and-

                  WEIL, GOTSHAL & MANGES LLP
                  Ray C. Schrock, P.C. (admitted *pro hac vice*)
                  Candace M. Arthur, Esq. (admitted *pro hac vice*)
                  Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
                  Chase A. Bentley, Esq. (admitted *pro hac vice*)
                  767 Fifth Avenue
                  New York, New York 10153
                  Telephone:    (212) 310-8000
                  E-mail:       ray.schrock@weil.com
                                    candace.arthur@weil.com
                                    natasha.hwangpo@weil.com
                                    chase.bentley@weil.com

                  *Proposed Attorneys for Debtors*
                  *and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re : Chapter 11
:
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*, : Case No. 22-10951 (CTG)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| Date & Time | Location |
|---|---|
| November 7, 2022 at 1:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 3rd Floor, Courtroom 7<br>Wilmington, Delaware 19801 |

RLF1 28029228v.1