IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 4, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Motion of Debtors for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors [Docket No. 6]**

Dated: October 5, 2022

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 5th day of October, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn F. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Substantial Stockholder | Blue Run Ventures IV, L.P. | Attn: Jonathan Ebinger<br>545 Middlefield Rd, Suite 250<br>Menlo Park, CA 94025 | Overnight Mail |
| Substantial Stockholder | MDV IX, L.P. | c/o Mohr Davidow Ventures<br>Attn: Bryan Stolle or Managing Director<br>3000 Sand Hill Rd<br>Bldg 3, Ste 290<br>Menlo Park, CA 94025 | Overnight Mail |
| Substantial Stockholder | Softbank Vision Fund (AIV M2) L.P. | Attn: Chris Placencia/Legal Team<br>1 Circle Star Way<br>San Carlos, CA 94070 | Overnight Mail |
| Substantial Stockholder | Thomvest Ventures Ltd. | c/o Managing Director<br>138 S Park St<br>San Francisco, CA 94107 | Overnight Mail |