## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 5, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served (i) via the method set forth on the Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Amended Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Motions Scheduled for October 6, 2022 at 9:30 A.M. (Eastern Time), Before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware [Docket No. 47]**

Dated: October 5, 2022

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                                  } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 5th day of October, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

## EXHIBIT A

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Amazon Webservices | Attn: David A. Zapolsky, General Counsel<br>410 Terry Ave<br>North Seattle, WA 98108 | davidz@amazon.com<br>zapolsky@amazon.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | American Express Kabbage Inc. | Attn: Tara Ralani, Senior Manager<br>730 Peachtree St NE , #1100<br>Atlanta, GA 30308 | Tara.e.rajani@aexp.co | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Biz2X LLC | Attn: Shweta Mohan<br>One Penn Plaza, Ste 4530<br>New York, NY 10119 | shweta.mohan@biz2credit.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Box, Inc. | Attn: David Leeb, Chief Legal Officer<br>Attn: Jason Silapachai<br>900 Jefferson Ave<br>Redwood City, CA 94063 | jsilapachai@box.com | Email<br>Overnight Mail |
| Federal Reserve Bank | Cleary Gottlieb | Attn: Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com | Email<br>Overnight Mail |
| *NOA - Counsel to the Federal Reserve Bank of San Francisco | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M. Schweitzer<br>Attn: Kristin Corbett<br>Attn: Richard Minott<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com<br>kcorbett@cgsh.com;<br>rminott@cgsh.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Corporation Service Company | Attn: Kevin Hunter<br>Attn: Jessica Mullenix Woodward<br>251 Little Falls Dr<br>Wilmington, DE 19808 | UCCSPREP@cscglobal.com<br>jessica.woodward@cscgfm.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Cross River Bank | Attn: Arlen Gelbard, Esq.<br>400 Kelby St<br>Fort Lee, NJ 07024 | agelbard@crossriverbank.com | Email<br>Overnight Mail |
| Cross River Bank | Cross River Bank | Attn: Arlen Gelbard, General Counsel<br>400 Kelby St<br>Fort Lee, NJ 07024 | agelbard@crossriverbank.com | Email<br>Overnight Mail |
| Cross River Bank | Cross River Bank | Attn: Gilles Gade, President<br>400 Kelby St<br>Fort Lee, NJ 07024 | ggade@crossriverbank.com | Email<br>Overnight Mail |
| Customers Bank | Customers Bank | General Counsel<br>Attn: Andrew Sachs<br>701 Reading Ave<br>West Reading, PA 19611 | asachs@customersbank.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Jennifer Petsu<br>Attn: Andrew Sachs<br>701 Reading Ave<br>West Reading, PA 19611 | jpetsu@customersbank.com<br>asachs@customersbank.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Sam Sidhu, COO<br>1015 Penn Ave, Ste 103<br>Wyomissing, PA 19610 | ssidhu@customersbank.com | Email<br>Overnight Mail |
| Customers Bank | Customers Bank | Attn: Sam Sidhu, COO<br>701 Reading Ave<br>West Reading, PA 19611 | ssidhu@customersbank.com | Email<br>Overnight Mail |
| Taxing Authorities | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 French St<br>Wilmington, DE 19801 | | Overnight Mail |
| Taxing Authorities | Delaware Division of Revenue/Bankruptcy Service | Attn: Bankruptcy Administrator<br>Carvel State Building<br>820 N French St, 8th Fl<br>Wilmington, DE 19801 | | Overnight Mail |
| Taxing Authorities | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | Overnight Mail |
| Federal Reserve Bank | Federal Reserve Bank of Minneapolis | Attn: Tavis J. Morello<br>90 Hennepin Ave<br>Minneapolis, MN 55401 | Tavis.Morello@mpls.frb.org | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management<br>Attn: Braden Parker<br>Attn: Wallace Young<br>101 Market St, MS 830<br>San Francisco, CA 94105 | Braden.Parker@sf.frb.org;<br>wallace.young@sf.frb.org | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | c/o Cleary Gottlieb<br>Counsel to Federal Reserve<br>Attn: Lisa Schweitzer<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105 | pplfcredit@sf.frb.org | Email<br>Overnight Mail |
| Federal Reserve Bank | Federal Reserve Bank of San Francisco | Attn: Avery Belka<br>101 Market St<br>San Francisco, CA 94105 | Avery.Belka@sf.frb.org | Email<br>Overnight Mail |
| Government Agencies | Federal Trade Commission | Attn: Marguerite Moeller<br>Attn: Michael Boutros<br>Attn: Hans Clausen<br>Attn: Alan Bakowski<br>225 Peachtree St, Ste 1500<br>Atlanta, GA 30303 | mmoeller@ftc.gov<br>mboutros@ftc.gov<br>hclausen@ftc.gov<br>abakowski@ftc.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Trade Commission | Attn: Marguerite Moeller<br>Attn: Alan Bakowski<br>600 Pennsylvania Ave NW<br>Washington, DC 20580 | mmoeller@ftc.gov<br>abakowski@ftc.gov | Email<br>Overnight Mail |

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Advisor to Shareholders | Fortis Advisors | Attn: Courtney Nothaus, Associate, Compliance & Client Relations<br>12526 High Bluff Dr #280<br>San Diego, CA 92130 | cnothaus@fortisrep.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Goodwin Procter LLP | Attn: Dondi Dancy<br>601 Marshall St<br>Redwood City, CA 94063 | ddancy@goodwinlaw.com | Email<br>Overnight Mail |
| Advisor to Shareholders | Goodwin Procter LLP | Attn: Kimberly Larie<br>Attn: Nathan Hagler<br>Attn: Adam Slusky<br>100 Northern Ave<br>Boston, MA 02210 | KLarie@goodwin.com<br>NHagler@goodwin.com<br>ASlutsky@goodwin.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Google LLC | Attn: Kent Walker, Chief Legal Officer<br>Attn: Cody Bowlay<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | cbowlay@google.com | Email<br>Overnight Mail |
| (i) Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-73<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC, and Candice Worthy, individually and as putative plaintiffs on behalf of the proposed class | c/o The Finley Firm, P.C.<br>Attn: MaryBeth V. Gibson, Esq.<br>Piedmont Center, 3535 Piedmont Rd<br>Bldg 14, Ste 230<br>Atlanta, GA 30305 | MGibson@thefinleyfirm.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC, and Candice Worthy, individually individually and as putative plaintiffs on behalf of the proposed class | c/o White & Williams, LLP<br>Attn: Shane R. Heskins, Esq.<br>Attn: Justin E. Proper, Esq.<br>1650 Market St<br>One Liberty Pl, Ste 1800<br>Philadelphia, PA 19103 | heskins@whiteandwilliams.com<br>properj@whiteandwilliams.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | KLDiscovery Ontrack, LLC | Attn: Dale Drury<br>8201 Greensboro Dr, Ste 300<br>McLean, VA 22102 | Dale.Drury@kldiscovery.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Lanier Parking Solutions I, LLC  d/b/a Reef Parking | Attn: Elliot Roby<br>730 Peachtree St, Mailbox #35<br>Atlanta, GA 30308 | Elliott.roby@reefparking.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Libra Risk Management | Attn: Ian Cox<br>12 Howard Ave<br>Foxborough, MA 02035 | icox@kservicecorp.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Major, Linsey & Africa / Allegis Group Holdings Inc. | Attn: Michael A. Albino, Practice Lead<br>7301 Parkway Dr<br>Hanover, MD 21076 | malbino@mlaglobal.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Microsoft | Attn: Hossein Nowbar, General Counsel<br>One Microsoft Way<br>Redmond, WA 98052 | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Moore Colson | Attn: Sarah Parker<br>600 Galleria Pkwy SE, Ste 600<br>Atlanta, GA 30339 | Sparker@moorecolson.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | MorganFranklin Consulting, LLC | Attn: Timothy Keefe<br>7900 Tysons One Pl, Ste 300<br>McLean, VA 22102 | tim.keefe@morganfranklin.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Option 1 Partners LLC | Attn: Jackie Flake<br>5815 Windward Parkway, Ste 302<br>Alpharetta, GA 30005 | jackie@option1partners.com | Email<br>Overnight Mail |
| Debtors' Counsel | Richards, Layton & Finger, PA | Attn: Daniel J. DeFranceschi<br>Attn: Amanda R. Steele<br>Attn: Zachary I. Shapiro<br>Attn: Matthew P. Milana<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | defranceschi@rlf.com<br>steele@rlf.com<br>shapiro@rlf.com<br>milana@rlf.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | RSM US LLP | Attn: Ben Brockman<br>30 South Wacker Drive, Ste 3300<br>Chicago, IL 60606 | Ben.Brockman@rsmus.com | Email<br>Overnight Mail |
| Government Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | Overnight Mail |
| Securities and Exchange Commission | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | Overnight Mail |
| Securities and Exchange Commission | Securities & Exchange Commission | New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Slack Technologies, LLC | Attn: David Schellhase, General Counsel<br>500 Howard St<br>San Francisco, CA 94105 | | Overnight Mail |
| Government Agencies | Small Business Administration | Attn: Susan Streich<br>Attn: Christine Nell<br>409 3rd St SW, Ste 7211<br>Washington, D.C. 20416 | susan.streich@sba.gov<br>christine.nell@sba.gov | Email<br>Overnight Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Government Agencies | Small Business Administration | 409 3rd St SW<br>Washington, D.C. 20416 | | Overnight Mail |
| Government Agencies | Small Business Administration | Attn: Eric S. Benderson, Associate General Counsel for Litigation<br>409 3rd St SW, Ste 7211<br>Washington, D.C. 20416 | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Small Business Bureau | Attn: Susan Streich<br>Attn: Eric Benderson<br>409 3rd St SW, Ste 7211<br>Washington, DC 20002 | susan.streich@sba.gov<br>eric.benderson@sba.gov | Email<br>Overnight Mail |
| Attorneys General | State of Delaware Attorney General | Office of the Attorney General<br>Attn: Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Thomas E. Austin Jr., LLC | Attn: Thomas E. Austin Jr<br>2625 Piedmont Rd NE, Ste 56-330<br>Atlanta, GA 30324 | taustin@taustinlaw.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | TKCG, Inc. | Attn: Lisa Williams, Executive VP<br>981 Joseph Lowery Blvd NW, Ste 100<br>Atlanta, GA 30318 | williams@trevelinokeller.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Transunion Risk And Alternative Data Solutions | Attn: Steven Littman<br>4530 Conference Way South<br>Boca Raton, FL 33431 | steven.littman@transunion.com | Email<br>Overnight Mail |
| US Attorney | U.S. Attorney's Office | Eastern District of Texas, Civil Division<br>Attn: Betty Young<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | Betty.Young@usdoj.gov | Email<br>Overnight Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Brian.LaMacchia@usdoj.gov | Email<br>Overnight Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Diane Seol<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Diane.Seol@usdoj.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the District of Massachusetts | Attn: Sarah Loucks, Esq.<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | sarah.e.loucks@usdoj.gov<br>brian.lamacchia@usdoj.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the Eastern District of Texas Civil Division | Attn: Betty Young, Esq.<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | betty.young@usdoj.gov | Email<br>Overnight Mail |
| Government Agencies | U.S. Department of Justice | Civil Division, Commercial Litigation Branch, Fraud Section<br>Attn: Sarah Loucks<br>175 N Street NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov | Email<br>Overnight Mail |
| NOA - Counsel for the United States of America | U.S. Department of Justice | Attn: Alastair M. Gesmundo<br>P.O. Box 875<br>Civil Division<br>Ben Franklin Station<br>Washington, D.C. 20044 | Alastair.M.Gesmundo@usdoj.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section | Attn: Sarah Loucks, Esq.<br>Attn: Alastair M. Gesmundo<br>175 N St NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov<br>Alastair.M.Gesmundo@usdoj.gov | Email<br>Overnight Mail |
| Government Agencies | U.S. Small Business Administration | Attn: Edward Ledford, Deputy Director, Office of Credit Risk Management<br>409 Third St SW, 8th Fl<br>Washington, DC 20416 | edward.ledford@sba.gov | Email<br>Overnight Mail |
| Attorneys General | United States Attorney General Department of Justice | 950 Pennsylvania Ave, NW<br>Washington, D.C. 20530 | | Overnight Mail |
| US Trustee | United States Trustee | Attn: Richard L. Schepacarter<br>Attn: Rosa Sierra-Fox<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov;<br>rosa.sierra@usdoj.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | URS Technologies Solutions LLC | Attn: Mukesh Chamedia<br>1100 Green St, Ste 203<br>Iselin, NJ 08830 | mukesh@blucognition.com | Email<br>Overnight Mail |
| US Attorney | US Attorney for the District of Delaware | Attn: David C. Weiss<br>Hercules Bldg<br>1313 N Market St<br>Wilmington, DE 19801 | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Vaco LLC | Attn: Shannon Gwinner<br>115 Perimeter Center Place NE, Ste 950<br>Atlanta, GA 30346 | sgwinner@vaco.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Vital Outsourcing Services Inc. | Attn: Ken Braddock<br>4775 Peachtree Industrial Blvd, Ste 310<br>Berkley Lake, GA 30092 | kbraddock@vitasolutions.net | Email<br>Overnight Mail |
| Debtors' Counsel | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock<br>Atttn: Natasha S. Hwangpo<br>Attn: Chase A. Bentley<br>767 Fifth Ave<br>New York, NY 10153 | ray.schrock@weil.com;<br>natasha.hwangpo@weil.com;<br>chase.bentley@weil.com | Email<br>Overnight Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Government Agencies | Wilmington Savings Fund Society, FSB | As the Trustee of Small Business Loan Asset Trust<br>500 Delaware Ave, 11th Fl<br>Wilmington, DE 19801 | | Overnight Mail |
| *NOA - Counsel to the Federal Reserve Bank of San Francisco | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan<br>Attn: Sean Greecher<br>Attn: Ryan M. Bartley<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>sgreecher@ycst.com;<br>rbartley@ycst.com | Email |
| Federal Reserve Bank | Young Conaway Stargatt & Taylor, LLP. | Attn: Pauline K. Morgan<br>Attn: Ryan M. Bartley<br>Attn: Sean T. Greecher<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>rbartley@ycst.com<br>sgreecher@ycst.com | Email<br>Overnight Mail |

**<u>EXHIBIT B</u>**

**Exhibit B**
Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Insurance Carriers | AIG Specialty Insurance Company | 1271 Ave of the Americas, 37 Fl<br>New York, NY 10020 | | Overnight Mail |
| Taxing Authorities | Alabama Department of Revenue | Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | | Overnight Mail |
| Taxing Authorities | Alabama Department of Revenue | 50 N Ripley St<br>Montgomery, AL 36130 | | Overnight Mail |
| Employment Vendors | Allegis Group Holdings Inc. | 7301 Parkway Dr<br>Hanover, MD 21076 | napaul@mlaglobal.com | Email<br>Overnight Mail |
| American Express | American Express | Attn: Regina Sorin, Vice President and Senior M&A Counsel<br>200 Vesey Street<br>New York, NY 10285 | regina.sorin@aexp.com | Email<br>Overnight Mail |
| Insurance Carriers | Atlantic Specialty Insurance Company | 605 Highway 169 N, Ste 800<br>Plymouth, MN 55441 | | Overnight Mail |
| Insurance Carriers | Berkshire Hathaway Specialty Insurance Compa | Attn: Lizzie Marshall<br>500 Northpark Town Center<br>1100 Abernathy Rd, N.E., Ste 1200<br>Atlanta, GA 30328 | lizzie.marshall@bhspecialty.com;<br>execandprofnotices@bhspecialty.com | Email<br>Overnight Mail |
| Substantial Stockholders | Blue Run Ventures IV, L.P. | Attn: Jonathan Ebinger<br>545 Middlefield Rd, Suite 250<br>Menlo Park, CA 94025 | | Overnight Mail |
| Insurance Brokers | CAC Specialty | Attn: Brad McDonald<br>250 Fillmore St, 3rd Fl<br>Denver, CO 80206 | brad.mcdonald@cacspecialty.com | Email<br>Overnight Mail |
| Taxing Authorities | California Franchise Tax Board | Bankruptcy Section MS A340<br>Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | Overnight Mail |
| Taxing Authorities | California Franchise Tax Board | Chief Counsel<br>c/o General Counsel Section, MS: A-260<br>PO Box 1720<br>Rancho Cordova, CA 95741-1720 | | Overnight Mail |
| Banks | Celtic Bank | 268 South State St, Ste 300<br>Salt Lake City, UT 84111 | | Overnight Mail |
| Insurance Carriers | Cobbs Allen Capital, LLC dba CAC Specialty | Attn: Grantland Rice, IV<br>115 Office Park Dr, Ste 200<br>Birmingham, AL 35223 | | Overnight Mail |
| Utility Providers | Cogent Communications, Inc. | P.O. Box 791087<br>Baltimore, MD 21279 | billing@cogentco.com | Email<br>Overnight Mail |
| Utility Providers | Cogent Communications, Inc. | 2450 N St, NW<br>Washington, DC 20037 | | Overnight Mail |
| Taxing Authorities | Delaware Division of Revenue/Bankruptcy Service | Attn:  Bankruptcy Administrator<br>Carvel State Building<br>820 N French St, 8th Fl<br>Wilmington, DE 19801 | | Overnight Mail |
| Insurance Carriers | Endurance American Insurance Company c/o So | 1221 Avenue of The Americas<br>New York, NY 10020 | | Overnight Mail |
| Insurance Carriers | Everest National Insurance Company | 100 Everest Way<br>Warren, NJ 07059 | everestnationalnjclaim@everestre.com | Email<br>Overnight Mail |
| Utility Providers | Five9, Inc. | Attn: Nancy Woods<br>4000 Executive Pkwy, Ste 400<br>San Ramon, CA 94583 | nancy.woods@five9.com | Email<br>Overnight Mail |
| Utility Providers | Five9, Inc. | Attn: Nancy Woods<br>3001 Bishop Dr, Ste 350<br>San Ramon, CA 94583 | nancy.woods@five9.com | Email<br>Overnight Mail |
| Taxing Authorities | Georgia Department of Revenue | Compliance Division - Central Collection Section<br>1800 Century Blvd NE, Ste 9100<br>Atlanta, GA 30345-3202 | | Overnight Mail |
| HCG Business Credit III Trust | HCG Funds | 133 Fayetteville St, Ste 300<br>Raleigh, NC 27601 | info@hcgfunds.com | Email<br>Overnight Mail |
| HCG Business Credit III Trust | HCG Funds | Attn: Emma Wang<br>133 Fayetteville St, Ste 300<br>Raleigh, NC 27601 | emma@hcgfunds.com | Email<br>Overnight Mail |
| HCG Business Credit III Trust | HCG Funds | Attn: Betsy Zurawel<br>133 Fayetteville St, Ste 300<br>Raleigh, NC 27601 | betsy@hcgfunds.com | Email<br>Overnight Mail |
| Insperity | Insperity PEO Services, L.P. | Attn: General Counsel<br>19001 Crescent Springs Dr<br>Kingwood, TX  77339-3802 | legalnotices@insperity.com | Email<br>Overnight Mail |
| Employment Vendors | Libra Risk Management | 12 Howard Ave<br>Foxborough, MA 02035 | icox@kservicecorp.com | Email<br>Overnight Mail |
| Insurance Brokers | Marsh USA Inc | Attn: Beth Sanders<br>1560 Sawgrass Corporate Pkwy, Ste 300<br>Sunrise, FL 33323 | beth.sanders@marsh.com | Email<br>Overnight Mail |
| Insurance Brokers | Marsh USA Inc | Attn: Charles Myron<br>3031 N Rocky Point Dr W, Ste 700<br>Tampa, FL 33607 | Charles.Myron@marsh.com | Email<br>Overnight Mail |
| Insurance Brokers | Marsh USA Inc | 1166 Avenue of the Americas<br>New York, NY 10036 | | Overnight Mail |
| Substantial Stockholders | MDV IX, L.P. | c/o Mohr Davidow Ventures<br>Attn: Bryan Stolle or Managing Director<br>3000 Sand Hill Rd, Bldg 3, Ste 290<br>Menlo Park, CA 94025 | | Overnight Mail |
| Employment Vendors | Moore Colson | 600 Galleria Pkwy SE, Ste 600<br>Atlanta, GA 30339 | ar@moorecolson.com | Email<br>Overnight Mail |
| Employment Vendors | Morgan Franklin LLC | 7900 Tysons One Pl, Ste 300<br>Mclean, VA 22102 | Kyle.McIntyre@morganfranklin.com | Email<br>Overnight Mail |
| Insurance Carriers | National Union Fire Insurance Company of Pitts | 1271 Ave of the Americas, 37 Fl<br>New York, NY 10020 | | Overnight Mail |
| Taxing Authorities | New York City Department of Finance | Office of Legal Affairs<br>375 Pearl St, 30th Floor<br>New York, NY 10038 | | Overnight Mail |
| Employment Benefit Providers | New York Life Insurance Company | P.O. Box 14577<br>Des Moines, IA 50306 | | Overnight Mail |

**Exhibit B**
Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Taxing Authorities | New York State Department of Finance | Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | | Overnight Mail |
| Taxing Authorities | North Carolina Department of Revenue | P.O. Box 25000<br>Raleigh, NC 27640-0640 | | Overnight Mail |
| Taxing Authorities | North Carolina Department of Revenue<br>Bankruptcy Unit | P.O. Box 1168<br>Raleigh, NC 27602-1168 | | Overnight Mail |
| Taxing Authorities | NYS Dept. of Taxation & Finance | Bankruptcy Unit - TCD<br>Building 8, Room 455<br>W.A. Harriman State Campus<br>Albany, NY 12227 | | Overnight Mail |
| Employment Vendors | Option 1 Partners LLC | 5815 Windward Pkwy, Ste 302<br>Alpharetta, GA 30005 | invoicing@option1partners.com | Email<br>Overnight Mail |
| Taxing Authorities | Pennsylvania Department of Revenue | Department 280946<br>Harrisburg, PA 17128-0946 | | Overnight Mail |
| Banks | Primis | 10900 Nuckols Rd, #325<br>Glen Allen, VA 23060 | | Overnight Mail |
| Insurance Carriers | QBE Insurance Corporation | Attn: Underwriting<br>55 Water St<br>New York, NY 10041 | Mackenzie.Parke@us.qbe.com; mlpladmin@us.qbe.com | Email<br>Overnight Mail |
| Employment Vendors | RSM US LLP | 30 S. Wacker Dr., Ste 3300<br>Chicago, IL 60606 | | Overnight Mail |
| Substantial Stockholders | Softbank Vision Fund (AIV M2) L.P. | Attn: Chris Placencia/Legal Team<br>1 Circle Star Way<br>San Carlos, CA 94070 | | Overnight Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: Aditya Kathuria<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | Aditya.Kathuria@stoneridgeam.com | Email<br>Overnight Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: James Corley<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | James.Corley@stoneridgeam.com | Email<br>Overnight Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: Joseph O<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | Joseph.O@stoneridgeam.com | Email<br>Overnight Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: Operations-FI<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | Operations-FI@stoneridgeam.com | Email<br>Overnight Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: AP-Funds<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | AP-Funds@stoneridgeam.com | Email<br>Overnight Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | 510 Madison Ave, 21st Fl<br>New York, NY 10022 | | Overnight Mail |
| Banks | Synovus Financial Corp. | 1111 Bay Ave, Ste 500<br>Columbus, GA 31901 | | Overnight Mail |
| Substantial Stockholders | Thomvest Ventures Ltd. | c/o Managing Director<br>138 S Park St<br>San Francisco, CA 94107 | | Overnight Mail |
| Employment Benefit Providers | United Healthcare | P.O. Box 31375<br>Salt Lake City, UT 84131-0375 | | Overnight Mail |
| Employment Vendors | URS Technologies Solutions LLC | 1100 Green St, Ste 203<br>Iselin, NJ 08830 | anshuman@urstech.com | Email<br>Overnight Mail |
| Employment Vendors | Vaco LLC | 5501 Virginia Way, Ste 120<br>Brentwood, TN 37027 | Remit@vaco.com | Email<br>Overnight Mail |
| Employment Vendors | Vital Outsourcing Services, Inc. | 4775 Peachtree Industrial Blvd, Ste 310<br>Berkley Lake, GA 30092 | neha.kedia@fusionboposervices.com | Email<br>Overnight Mail |
| Insurance Carriers | XL Specialty Insurance Company | 100 Constitution Plaza, 17th Fl<br>Hartford, CT 06103 | proclaimnewnotices@axaxl.com | Email<br>Overnight Mail |