# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of The Board of Directors of Kabbage, Inc. d/b/a KServicing (the "**Board**"), in the above-captioned bankruptcy cases, and such counsel hereby request, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "**Bankruptcy Code**"), that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses, telephone numbers, and e-mail addresses indicated below:

| | |
|---|---|
| Anthony W. Clark | David B. Kurzweil |
| Dennis A. Meloro | Matthew A. Petrie |
| Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| The Nemours Building | Terminus 200 |
| 1007 North Orange Street, Suite 1200 | 3333 Piedmont Road, NE, Suite 2500 |
| Wilmington, DE 19801 | Atlanta, GA 30305 |
| Telephone: 302-661-7000 | Telephone: 678-553-2100 |
| Facsimile: 302-661-7360 | Facsimile: 678-553-2212 |
| Email: Anthony.Clark@gtlaw.com | Email: kurzweild@gtlaw.com |
| melorod@gtlaw.com | petriem@gtlaw.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

1

      Brian E. Greer
      Greenberg Traurig, LLP
      One Vanderbilt Avenue
      New York, NY  10017
      Telephone:  212-801-9321
      Email:  greerb@gtlaw.com

      **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and all proceedings therein.

      **PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive (1) any right to have final orders in non-core matters entered only after *de novo* review, (2) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdraw, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Board is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: October 5, 2022

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ *Dennis A. Meloro*
    Anthony W. Clark (DE Bar No. 2051)
    Dennis A. Meloro (DE Bar No. 4435)
    The Nemours Building
    1007 North Orange Street
    Suite 1200
    Wilmington, DE 19801
    Telephone: 302-661-7000
    Facsimile: 302-661-7360
    Email: melorod@gtlaw.com
          greerb@gtlaw.com

and

David B. Kurzweil *(pro hac pending)*
Matthew A. Petrie *(pro hac pending)*
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2212
Email:   kurzweild@gtlaw.com
          petriem@gtlaw.com

and

Brian E. Greer *(pro hac pending)*
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212-801-9321
Email: greerb@gtlaw.com

*Counsel for the Board of Directors of Kabbage, Inc. d/b/a KServicing*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2022, I served or caused to be served the foregoing Notice of Appearance and Request for Service of Papers by CM/ECF upon those parties registered to receive such electronic notifications in these cases.

/s/ *Dennis A. Meloro*
Dennis A. Meloro (DE No. 4435)