IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KABBAGE INC. d/b/a KSERVICING, *et al.,* | ) ) ) | Case No. 22-10951 (CTG) |
| Debtors.[1] | ) ) ) ) ) |  |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enter their appearance for Insperity, Inc., ("**Insperity**") pursuant to section 1109(b) of the Bankruptcy Reform Act of 1978, as codified in title 11 of the United States Code, 11 U.S.C. §§ 101-1532, Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon Insperity through their undersigned counsel, as follows:

Scott D. Cousins, Esq.
Scott D. Jones, Esq.
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19801
Phone: (302) 824-7081
E-Mail:  scott.cousins@cousins-law.com
             scott.jones@cousins-law.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by Insperity does not, and shall not be deemed or construed to be, to (A) constitute a submission by Insperity to the jurisdiction of the Bankruptcy Court; or (B) constitute consent by Insperity to entry by the Bankruptcy Court of any final order or judgment, or any other order having the effect of a final order or judgment, in any non-core proceeding or with respect to any matter for which the Bankruptcy Court lacks jurisdiction and/or constitutional authority to enter a final order, **which consent is hereby withheld unless expressly granted in the future with respect to a specific issue, matter, or proceeding**.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit made or filed by Insperity does not, and shall not be deemed or construed to be a waiver or relinquishment of any substantive or procedural right, including but not limited to: (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment on, or any other order having the effect of a final order or judgment on, any matter; (b) the right to trial by jury in any proceedings so triable herein, in any associated adversary proceedings, in any litigation presently or hereafter pending in any other court, or in any other case, controversy, or proceeding; (c) the right to seek withdrawal of the

bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which Insperity is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, arguments, counterarguments, defenses, setoffs, and recoupments are expressly reserved, nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers as to Insperity for which mailed or personal service is required under any applicable law, rule, regulation, or order.

Dated:  October 5, 2022
        Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
Scott D. Jones (No. 6672)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19801
Telephone:  (302) 824-7081
Facsimile:  (302) 295-0331
E-mail:  scott.cousins@cousins-law.com
        scott.jones@cousins-law.com

*Counsel to Insperity, Inc.*