**EXHIBIT C**

**Liquidation Analysis**

**[To Come]**