**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
KABBAGE, INC. d/b/a KSERVICING, et al.,                      :    Case No. 22-10951 (CTG)
                                                             :
                                                             :
                     Debtors.¹                               :    (Jointly Administered)
------------------------------------------------------------ x
```

**NOTICE OF FILING OF DEMONSTRATIVE**
**TO BE USED BY THE DEBTORS AT THE FIRST DAY HEARING**

**PLEASE TAKE NOTICE** that, on October 3, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), commenced with the Court voluntary cases under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a telephonic and video hearing (the "**First Day Hearing**") to consider the Debtors' request for first day relief on **October 6, 2022 at 9:30 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' undersigned counsel will present a PowerPoint demonstrative, attached hereto as **Exhibit A**, to the Court and other interested parties at the First Day Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28012605v.1

Dated: October 6, 2022
       Wilmington, Delaware

                                               */s/ Matthew P. Milana*
                                               RICHARDS, LAYTON & FINGER, P.A.
                                               Daniel J. DeFranceschi (No. 2732)
                                               Amanda R. Steele (No. 5530)
                                               Zachary I. Shapiro (No. 5103)
                                               Matthew P. Milana (No. 6681)
                                               One Rodney Square
                                               920 North King Street
                                               Wilmington, Delaware 19801
                                               Telephone: (302) 651-7700
                                               E-mail: defranceschi@rlf.com
                                                          steele@rlf.com
                                                          shapiro@rlf.com
                                                          milana@rlf.com

                                               -and-

                                               WEIL, GOTSHAL & MANGES LLP
                                               Ray C. Schrock, P.C. (admitted *pro hac vice*)
                                               Candace M. Arthur (admitted *pro hac vice*)
                                               Natasha S. Hwangpo (admitted *pro hac vice*)
                                               Chase A. Bentley (admitted *pro hac vice*)
                                               767 Fifth Avenue
                                               New York, New York 10153
                                               Telephone:   (212) 310-8000
                                               E-mail:      ray.schrock@weil.com
                                                              candace.arthur@weil.com
                                                              natasha.hwangpo@weil.com
                                                              chase.bentley@weil.com

                                               *Proposed Attorneys for Debtors*
                                               *and Debtors in Possession*