## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                               :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **KABBAGE, INC. d/b/a KSERVICING,** *et al.*, | : | **Case No. 22-10951 (CTG)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | **Re: Docket No. 53** |

---------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATE

       Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| November 7, 2022 at 1:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 3rd Floor, Courtroom 7<br>Wilmington, Delaware 19801 |

**Dated: October 6th, 2022**
**Wilmington, Delaware**

                                **CRAIG T. GOLDBLATT**
                                **UNITED STATES BANKRUPTCY JUDGE**