**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re                                                                          :     **Chapter 11**
                                                                                      :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,    :     **Case No. 22-10951 (CTG)**
                                                                                      :
Debtors.[1]                                                                :     **(Jointly Administered)**
                                                                                      :
                                                                                      :     Ref. Docket No. 5
---------------------------------------------------------------- x

**NOTICE OF FILING OF REVISED PROPOSED ORDER
(I) AUTHORIZING THE DEBTORS TO (A) FILE AND MAINTAIN
CONSOLIDATED CREDITOR LISTS, AND (B) REDACT CERTAIN PERSONAL
IDENTIFICATION INFORMATION FOR INDIVIDUALS, (II) APPROVING SPECIAL
ELECTRONIC NOTICING PROCEDURES, AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that, on October 3, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) File and Maintain Consolidated Creditor Lists, and (B) Redact Certain Personal Identification Information for Individuals, (II) Approving Special Electronic Noticing Procedures, and (III) Granting Related Relief* [Docket No. 5] (the "**Creditor Matrix Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached to the Creditor Matrix Motion as Exhibit A was a proposed form of order granting the relief sought in the Creditor Matrix Motion (the "**Proposed Order**").

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28057200v.1

PLEASE TAKE FURTHER NOTICE that a hearing is scheduled on October 6, 2022 (the "**Hearing**"), to consider the Debtors' requests for "first day" relief, including, among other motions, the Creditor Matrix Motion.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a revised Proposed Order attached hereto as **Exhibit 1** (the "**Revised Proposed Order**") to be presented to the Court at the Hearing. For the convenience of the Court and all parties in interest, a blackline comparison of the Proposed Order marked against the Revised Proposed Order is attached hereto as **Exhibit 2**.

[*Remainder of page intentionally left blank*]

Dated:  October 6, 2022
       Wilmington, Delaware

                                           /s/ Matthew P. Milana
                                           RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
         steele@rlf.com
         shapiro@rlf.com
         milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:       ray.schrock@weil.com
                candace.arthur@weil.com
                natasha.hwangpo@weil.com
                chase.bentley@weil.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*