Kabbage, Inc.
10/6/2022

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Elizabeth | Abdelmasieh | Clerk's Office | |
| Caroline | Gange | Interested Party | |
| Natasha | Hwangpo | Debtors | Weil |
| Zach | Shapiro | Debtors | Richards, Layton & Finger, P.A. |
| Rosa | Sierra-Fox | Andrew R. Vara (U.S. Trustee) | USTP |
| Kyle | Mason | Debtors | |
| Stacy | Dasaro | Goodwin | Goodwin Procter LLP |
| Richards, Layton & | Conference | Debtors | Richards, Layton & Finger, P.A. |
| Huiqi (Vicky) | Liu | Debtors | Richards, Layton & Finger, P.A. |
| Eric | Benderson | Small Business Administration | |
| Christine | Nell | Small Business Administration | |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Jamie | Edmonson | Interested Party | Robinson+Cole LLP |
| Leslie | Pappas | Media | Law360 |
| James | Bailey | Morgan Franklin Consulting & Vaco | Bradley |
| Tavis | Morello | Federal Reserve | N/A |
| Alastair | Gesmundo | United States of America | U.S. Department of Justice |
| Braden | Parker | Federal Reserve Bank of San Francisco | |
| David | Mohamed | Interested Party | Paul Hastings LLP |
| Richard | Schepacarter | Andrew R. Vara US Trustee | USDOJ-OUST |
| Sean | Greecher | Federal Reserve Bank of San Francisco | YCST |
| Ryan | Bartley | Federal Reserve Bank of San Francisco | YCST |
| Heather | Smillie | Federal Reserve Bank of SF | YCST |
| Lisa | Schweitzer | Federal Reserve Bank of SF | Cleary Gottlieb |
| Kristin | Corbett | Federal Reserve Bank of SF | Cleary Gottlieb |
| Richard | Minott | Federal Reserve Bank of SF | Cleary Gottlieb |
| Ray | Schrock | Debtors | Weil, Gotshal & Manges LLP |
| Theodore | Tsekerides | Debtors | Weil, Gotshal & Manges LLP |
| Candace | Arthur | Debtors | Weil, Gotshal & Manges LLP |
| Laquisha | Milner | Debtors | |
| Deborah | Rieger-Paganis | Debtors | AlixPartners |
| Michael | Barber | None | Robinson & Cole LLP (attending for DE Clerkship r |

Kabbage, Inc.
10/6/2022

| First | Last | Party | Firm |
|---|---|---|---|
| Susheel | Kirpalani | Cross River Bank | Quinn Emanuel Urquhart & Sullivan LLP |
| Alexander | Steiger | Bar Applicant | |
| Cathy | Ta | Reorg | |
| Dan | DeFranceschi | KABBAGE, INC. d/b/a KSERVICING, et al. | Dan |
| Nicholas | Mastria | Bar Applicant | |
| Anthony | Clark | Board of Directors of Kabbage, Inc. | Greenberg Traurig, LLP |
| David | Kurzweil | Board of Directors of Kabbage, Inc. | Greenberg Traurig, LLP |
| Weil | Conference Room | Debtors | |
| Mark | Indelicato | interested party | Thompson Cobrun Hahn & Hessen |
| Becky | Yerak | Wall Street Journal | News Corp |
| John | Monaghan | Customers Bank | Holland & Knight LLP |
| Chase | Bentley | Debtors | Weil, Gotshal & Manges LLP |
| James | Bromley | American Express | Sullivan & Cromwell |
| Scott | Cousins | Insperity, Inc. | Cousins Law LLC |
| Ashly | Riches | Bar Applicant | |
| Zach | Javorsky | Bar Applicant | |
| Marlena | Ellis | Plaintiffs in Class Action Lawsuit Against Kabbage | |
| Taylor | Harrison | Debtwire | |
| paul | deutch | Debtor | Omni Agent Solutions |
| Matthew | Mintzer | None | |
| William | Hazeltine | Customers Bank | Sullivan Hazeltine Allinson LLC |
| James | McCauley | Debtors | |
| Paul | Noring | Creditors | |

Kabbage, Inc.
10/6/2022

equirement)