IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                    :

| | |
|---|---|
| In re | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | Obj. Deadline: October 19, 2022 at 4:00 p.m. (ET) |
| | Hearing Date: October 26, 2022 at 10:30 a.m. (ET) |
| | Re: Docket Nos. 9 & 70 |

------------------------------------------------------------ x

**NOTICE OF (A) ENTRY OF INTERIM ORDER (I) AUTHORIZING DEBTORS
(A) TO PAY CERTAIN PREPETITION TAXES AND ASSESSMENTS AND
(B) GRANTING RELATED RELIEF; AND (B) FINAL HEARING THEREON**

PLEASE TAKE NOTICE that, on October 3, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors (A) to Pay Certain Prepetition Taxes and Assessments and (B) Granting Related Relief* [Docket No. 9] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A copy of the Motion is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion on October 6, 2022, the Court entered the *Interim Order (I) Authorizing Debtors (A) to*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

*Pay Certain Prepetition Taxes and Assessments and (B) Granting Related Relief* [Docket No. 70] (the "**Interim Order**").  A copy of the Interim Order is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, objections or responses to the final relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **October 19, 2022 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, the final hearing with respect to the Motion, if required, will be held before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **October 26, 2022 at 10:30 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 6, 2022
      Wilmington, Delaware

                                */s/ Matthew P. Milana*
                                RICHARDS, LAYTON & FINGER, P.A.
                                Daniel J. DeFranceschi, Esq. (No. 2732)
                                Amanda R. Steele, Esq. (No. 5530)
                                Zachary I. Shapiro, Esq. (No. 5103)
                                Matthew P. Milana, Esq. (No. 6681)
                                One Rodney Square
                                920 North King Street
                                Wilmington, Delaware 19801
                                Telephone: (302) 651-7700
                                E-mail: defranceschi@rlf.com
                                        steele@rlf.com
                                        shapiro@rlf.com
                                        milana@rlf.com

                                -and-

                                WEIL, GOTSHAL & MANGES LLP
                                Ray C. Schrock, P.C. (admitted *pro hac vice*)
                                Candace M. Arthur, Esq. (admitted *pro hac vice*)
                                Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
                                Chase A. Bentley, Esq. (admitted *pro hac vice*)
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone:   (212) 310-8000
                                E-mail:       ray.schrock@weil.com
                                                    candace.arthur@weil.com
                                                    natasha.hwangpo@weil.com
                                                    chase.bentley@weil.com

                                *Proposed Attorneys for Debtors*
                                *and Debtors in Possession*