**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF ENTRY OF APPEARNCE**
**AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE THAT** the undersigned firms of Sullivan Hazeltine Allinson LLC and Holland & Knight LLP hereby enter their appearance as counsel for Customers Bank ("Customers Bank") in the above-captioned case, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

| | |
|---|---|
| William A. Hazeltine, Esq. | John J. Monaghan, Esq. |
| **SULLIVAN · HAZELTINE · ALLINSON LLC** | **Holland & Knight LLP** |
| 919 North Market Street, Suite 420 | 10 St. James Avenue, 11th Floor |
| Wilmington, DE 19801 | Boston, MA 02116 |
| Tel: (302) 428-8191 | Tel: 617.523.2700 |
| Fax: (302) 428-8195 | Fax: 617.523.6850 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Customers Bank's rights (i) to have final orders in non-core matters and/or matters entitled to adjudication by a judge authorized under Article III of the U.S. Constitution entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Customers Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Customers Bank expressly reserves.

Dated: October 7, 2022  
       Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William A. Hazeltine*  
William A. Hazeltine (No. 3294)  
919 North Market Street, Suite 420  
Wilmington, DE 19801  
Tel: (302) 428-8191  
Fax: (302) 428-8195  
Email: whazeltine@sha-llc.com

and

John J. Monaghan, Esq.
**Holland & Knight LLP**
10 St. James Avenue, 11th Floor
Boston, MA 02116
Tel: 617.523.2700
Fax: 617.523.6850
Email: <u>john.monaghan@hklaw.com</u>

*Attorneys for Customers Bank*