UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 22-10951 (CTG)

Debtor: KABBAGE, INC. d/b/a/ KSERVICING, et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jeremy M. Sternberg to represent Customers Bank in this action.

/s/ William A. Hazeltine

Firm Name: William A. Hazeltine, Esq.
Sullivan Hazeltine Allinson LLC
Address: 919 North Market Street, Suite 420
Wilmington, DE 19801
Phone: Tel: (302) 428-8191
Email: whazeltine@sha-llc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Massachsetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Jeremy M. Sternberg

Firm Name: Jeremy M. Sternberg, Esq.
Holland & Knight LLP
Address: 10 St. James Ave., 11th Floor
Boston MA 02116
Phone: 617-523-2700
Email: jeremy.sternberg@hklaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105