## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 6, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Motion of Debtors for Entry of Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 3]**

- **Application of Debtors Pursuant to 11 U.S.C. § 105(a) and 28 U.S.C. § 156(c) for Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 4]**

- **Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) File and Maintain Consolidated Creditor Lists, and (B) Redact Certain Personal Identification Information for Individuals, (II) Approving Special Electronic Noticing Procedures, and (III) Granting Related Relief [Docket No. 5]**

- **Declaration of Deborah Rieger-Paganis in Support of the Chapter 11 Petitions and First-Day Pleadings [Docket No. 13]**

- **Order Pursuant to Fed. R. Bankr. P. 1015(b) Directing Joint Administration of Related Chapter 11 Cases [Docket No. 42]**

- **Emergency Bridge Order Authorizing Debtors' Postpetition Use of Cash Management System On an Interim Basis Pending a Further Hearing [Docket No. 43]**

- **Certification of Counsel Regarding Scheduling of Omnibus Hearing Date [Docket No. 53]**

- **Order Scheduling Omnibus Hearing Date [Docket No. 65]**

- **Order Pursuant to 11 U.S.C. § 105(a) and 28 U.S.C. § 156(c) Appointing Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 69]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

- **Order (I) Authorizing the Debtors to (A) File and Maintain Consolidated Creditor Lists, and (B) Redact Certain Personal Identification Information for Individuals, (II) Approving Special Electronic Noticing Procedures, and (III) Granting Related Relief [Docket No. 77]**

- **Notice of (A) Entry of Interim Order (I) Authorizing Debtors (A) to Pay Certain Prepetition Taxes and Assessments and (B) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 79]**

- **Notice of (A) Entry of Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Obligations and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 80]**

- **Notice of (A) Entry of Interim Order (I) Authorizing Debtors to (A) Continue Insurance Policies, and (B) Pay All Obligations with Respect Thereto, and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 81]**

- **Notice of (A) Entry of Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Resolving Objections by Utility Providers, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 82]**

- **Notice of (A) Entry of Interim Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors; and (B) Final Hearing Thereon [Docket No. 83]**

- **Notice of (A) Entry of Interim Order (I) Authorizing (A) Debtors to Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management in the Ordinary Course of Business; and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 84]**

- **Certification of Counsel Regarding Revised Proposed Interim Order Authorizing Debtors to (I) Continue Servicing and Subservicing Activities and (II) Perform Related Obligations [Docket No. 85]**

- **Notice of (A) Entry of Interim Order Authorizing Debtors to (I) Continue Servicing and Subservicing Activities and (II) Perform Related Obligations; and (B) Final Hearing Thereon [Docket No. 89]**

On October 6, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Banks Service List attached hereto as **Exhibit B**:

- **Emergency Bridge Order Authorizing Debtors' Postpetition Use of Cash Management System On an Interim Basis Pending a Further Hearing [Docket No. 43]**

- **Notice of (A) Entry of Interim Order (I) Authorizing Debtors (A) to Pay Certain Prepetition Taxes and Assessments and (B) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 79]**

- **Notice of (A) Entry of Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Obligations and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 80]**

- **Notice of (A) Entry of Interim Order (I) Authorizing Debtors to (A) Continue Insurance Policies, and (B) Pay All Obligations with Respect Thereto, and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 81]**

- **Notice of (A) Entry of Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Resolving Objections by Utility Providers, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 82]**

- **Notice of (A) Entry of Interim Order (I) Authorizing (A) Debtors to Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management in the Ordinary Course of Business; and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 84]**

- **Certification of Counsel Regarding Revised Proposed Interim Order Authorizing Debtors to (I) Continue Servicing and Subservicing Activities and (II) Perform Related Obligations [Docket No. 85]**

- **Notice of (A) Entry of Interim Order Authorizing Debtors to (I) Continue Servicing and Subservicing Activities and (II) Perform Related Obligations; and (B) Final Hearing Thereon [Docket No. 89]**

On October 6, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Wage Service List attached hereto as **Exhibit C**:

- **Notice of (A) Entry of Interim Order (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Obligations and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 80]**

On October 6, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Insurance Service List attached hereto as **Exhibit D**:

- **Notice of (A) Entry of Interim Order (I) Authorizing Debtors to (A) Continue Insurance Policies, and (B) Pay All Obligations with Respect Thereto, and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 81]**

On October 6, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Loan Service List attached hereto as **Exhibit E**:

- **Certification of Counsel Regarding Revised Proposed Interim Order Authorizing Debtors to (I) Continue Servicing and Subservicing Activities and (II) Perform Related Obligations [Docket No. 85]**

- **Notice of (A) Entry of Interim Order Authorizing Debtors to (I) Continue Servicing and Subservicing Activities and (II) Perform Related Obligations; and (B) Final Hearing Thereon [Docket No. 89]**

On October 6, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Stockholder Service List attached hereto as **Exhibit F**:

- **Notice of (A) Entry of Interim Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors; and (B) Final Hearing Thereon [Docket No. 83]**

On October 6, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Taxing Service List attached hereto as **Exhibit G**:

- **Notice of (A) Entry of Interim Order (I) Authorizing Debtors (A) to Pay Certain Prepetition Taxes and Assessments and (B) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 79]**

On October 6, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Utility Service List attached hereto as **Exhibit H**:

- **Notice of (A) Entry of Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Resolving Objections by Utility Providers, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 82]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of this filing was sent to the following parties attached hereto as **Exhibit I** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: October 7, 2022

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 7th day of October, 20 22, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

## EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Amazon Webservices | Attn: David A. Zapolsky, General Counsel 410 Terry Ave North Seattle, WA 98108 | davidz@amazon.com zapolsky@amazon.com | Email First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | American Express Kabbage Inc. | Attn: Tara Ralani, Senior Manager 730 Peachtree St NE , #1100 Atlanta, GA 30308 | Tara.e.rajani@aexp.co | Email First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Biz2X LLC | Attn: Shweta Mohan One Penn Plaza, Ste 4530 New York, NY 10119 | shweta.mohan@biz2credit.com | Email First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Box, Inc. | Attn: David Leeb, Chief Legal Officer Attn: Jason Silapachai 900 Jefferson Ave Redwood City, CA 94063 | jsilapachai@box.com | Email First Class Mail |
| Federal Reserve Bank | Cleary Gottlieb | Attn: Lisa M. Schweitzer One Liberty Plaza New York, NY  10006 | lschweitzer@cgsh.com | Email First Class Mail |
| *NOA - Counsel to the Federal Reserve Bank of San Francisco | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M. Schweitzer Attn: Kristin Corbett Attn: Richard Minott One Liberty Plaza New York, NY 10006 | lschweitzer@cgsh.com; kcorbett@cgsh.com; rminott@cgsh.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Corporation Service Company | Attn: Kevin Hunter Attn: Jessica Mullenix Woodward 251 Little Falls Dr Wilmington, DE 19808 | UCCSPREP@cscglobal.com jessica.woodward@cscgfm.com accountspecialist@cscglobal.com | Email First Class Mail |
| *NOA - Counsel to Insperity, Inc. | Cousins Law LLC | Attn: Scott D. Cousins Attn: Scott D. Jones Brandywine Plaza West 1521 Concord Pike, Suite 301 Wilmington, DE 19801 | scott.cousins@cousins-law.com scott.jones@cousins-law.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Cross River Bank | Attn: Arlen Gelbard, General Counsel 400 Kelby St Fort Lee, NJ 07024 | agelbard@crossriverbank.com | Email First Class Mail |
| Cross River Bank | Cross River Bank | Attn: Gilles Gade, President 400 Kelby St Fort Lee, NJ 07024 | ggade@crossriverbank.com | Email First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Jennifer Petsu Attn: Andrew Sachs 701 Reading Ave West Reading, PA 19611 | jpetsu@customersbank.com asachs@customersbank.com | Email First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Sam Sidhu, COO 1015 Penn Ave, Ste 103 Wyomissing, PA 19610 | ssidhu@customersbank.com | Email First Class Mail |
| Customers Bank | Customers Bank | Attn: Andrew Sachs Attn: Sam SidhuCOO & General Counsel 701 Reading Ave West Reading, PA 19611 | ssidhu@customersbank.com asachs@customersbank.com | Email First Class Mail |
| Taxing Authorities | Delaware Division of Revenue | Attn: Zillah Frampton 820 French St Wilmington, DE 19801 | | First Class Mail |
| Taxing Authorities | Delaware Division of Revenue/Bankruptcy Service | Attn: Bankruptcy Administrator Carvel State Building 820 N French St, 8th Fl Wilmington, DE 19801 | | First Class Mail |
| Taxing Authorities | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100 Dover, DE 19904 | | First Class Mail |
| Federal Reserve Bank | Federal Reserve Bank of Minneapolis | Attn: Tavis J. Morello 90 Hennepin Ave Minneapolis, MN 55401 | Tavis.Morello@mpls.frb.org | Email First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management Attn: Braden Parker Attn: Wallace Young 101 Market St, MS 830 San Francisco, CA 94105 | Braden.Parker@sf.frb.org; wallace.young@sf.frb.org | Email First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | c/o Cleary Gottlieb Counsel to Federal Reserve Attn: Lisa Schweitzer One Liberty Plaza New York, NY 10006 | lschweitzer@cgsh.com | Email First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management 101 Market St, MS 830 San Francisco, CA 94105 | | First Class Mail |
| Federal Reserve Bank | Federal Reserve Bank of San Francisco | Attn: Avery Belka 101 Market St San Francisco, CA 94105 | Avery.Belka@sf.frb.org | Email First Class Mail |
| Government Agencies | Federal Trade Commission | Attn: Marguerite Moeller Attn: Michael Boutros Attn: Hans Clausen Attn: Alan Bakowski 225 Peachtree St, Ste 1500 Atlanta, GA 30303 | mmoeller@ftc.gov mboutros@ftc.gov hclausen@ftc.gov abakowski@ftc.gov | Email First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Trade Commission | Attn: Marguerite Moeller Attn: Alan Bakowski 600 Pennsylvania Ave NW Washington, DC 20580 | mmoeller@ftc.gov abakowski@ftc.gov | Email First Class Mail |
| Advisor to Shareholders | Fortis Advisors | Attn: Courtney Nothaus, Associate, Compliance & Client Relations 12526 High Bluff Dr #280 San Diego, CA 92130 | Email Address Redacted | Email First Class Mail |

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Goodwin Procter LLP | Attn:  Dondi Dancy<br>601 Marshall St<br>Redwood City, CA 94063 | ddancy@goodwinlaw.com | Email<br>First Class Mail |
| Advisor to Shareholders | Goodwin Procter LLP | Attn: Kimberly Larie<br>Attn: Nathan Hagler<br>Attn: Adam Slusky<br>100 Northern Ave<br>Boston, MA 02210 | KLarie@goodwin.com<br>NHagler@goodwin.com<br>ASlutsky@goodwin.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Google LLC | Attn:  Kent Walker, Chief Legal Officer<br>Attn: Cody Bowlay<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | | First Class Mail |
| *NOA - Counsel To The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: Anthony W. Clark<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Anthony.Clark@gtlaw.com<br>melorod@gtlaw.com | Email |
| *NOA - Counsel To The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: Brian E. Greer<br>One Vanderbilt Avenue<br>New York, NY 10017 | greerb@gtlaw.com | Email |
| *NOA - Counsel To The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: David B. Kurzweil<br>Attn: Matthew A. Petrie<br>Terminus 200<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305 | kurzweild@gtlaw.com<br>petriem@gtlaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-73<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC, and Candice Worthy, individually and as putative plaintiffs on behalf of the proposed class | c/o The Finley Firm, P.C.<br>Attn: MaryBeth V. Gibson, Esq.<br>Piedmont Center, 3535 Piedmont Rd<br>Bldg 14, Ste 230<br>Atlanta, GA 30305 | MGibson@thefinleyfirm.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC, and Candice Worthy, individually individually and as putative plaintiffs on behalf of the proposed class | c/o White & Williams, LLP<br>Attn:  Shane R. Heskins, Esq.<br>Attn: Justin E. Proper, Esq.<br>1650 Market St<br>One Liberty Pl, Ste 1800<br>Philadelphia, PA 19103 | heskins@whiteandwilliams.com<br>properj@whiteandwilliams.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | KLDiscovery Ontrack, LLC | Attn:  Dale Drury<br>8201 Greensboro Dr, Ste 300<br>McLean, VA 22102 | Dale.Drury@kldiscovery.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Lanier Parking Solutions I, LLC  d/b/a Reef Parking | Attn: Elliot Roby<br>730 Peachtree St, Mailbox #35<br>Atlanta, GA 30308 | Elliott.roby@reefparking.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Libra Risk Management | Attn:  Ian Cox<br>12 Howard Ave<br>Foxborough, MA 02035 | icox@kservicecorp.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Major, Linsey & Africa / Allegis Group Holdings Inc. | Attn:  Michael A. Albino, Practice Lead<br>7301 Parkway Dr<br>Hanover, MD 21076 | malbino@mlaglobal.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Microsoft | Attn: Hossein Nowbar, General Counsel<br>One Microsoft Way<br>Redmond, WA 98052 | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Moore Colson | Attn:  Sarah Parker<br>600 Galleria Pkwy SE, Ste 600<br>Atlanta, GA 30339 | Sparker@moorecolson.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | MorganFranklin Consulting, LLC | Attn:  Timothy Keefe<br>7900 Tysons One Pl, Ste 300<br>McLean, VA 22102 | tim.keefe@morganfranklin.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Option 1 Partners LLC | Attn:  Jackie Flake<br>5815 Windward Parkway, Ste 302<br>Alpharetta, GA 30005 | jackie@option1partners.com | Email<br>First Class Mail |
| Debtors' Counsel | Richards, Layton & Finger, PA | Attn: Daniel J. DeFranceschi<br>Attn: Amanda R. Steele<br>Attn: Zachary I.  Shapiro<br>Attn: Matthew P. Milana<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | defranceschi@rlf.com<br>steele@rlf.com<br>shapiro@rlf.com<br>milana@rlf.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | RSM US LLP | Attn:  Ben Brockman<br>30 South Wacker Drive, Ste 3300<br>Chicago, IL 60606 | Ben.Brockman@rsmus.com | Email<br>First Class Mail |
| Government Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Securities and Exchange Commission | Securities and Exchange Commission | New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Slack Technologies, LLC | Attn: David Schellhase, General Counsel<br>500 Howard St<br>San Francisco, CA 94105 | | First Class Mail |
| Government Agencies | Small Business Administration | 409 3rd St SW<br>Washington, D.C. 20416 | | First Class Mail |
| Government Agencies | Small Business Administration | Attn: Susan Streich<br>Attn: Christine Nell<br>Attn: Eric S. Benderson<br>409 3rd St SW, Ste 7211<br>Washington, D.C. 20416 | susan.streich@sba.gov<br>christine.nell@sba.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Small Business Bureau | Attn: Susan Streich<br>Attn: Eric Benderson<br>409 3rd St SW, Ste 7211<br>Washington, DC 20002 | susan.streich@sba.gov<br>eric.benderson@sba.gov | Email<br>First Class Mail |
| Attorneys General | State of Delaware Attorney General | Office of the Attorney General<br>Attn: Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Thomas E. Austin Jr., LLC | Attn:  Thomas E. Austin Jr<br>2625 Piedmont Rd NE, Ste 56-330<br>Atlanta, GA 30324 | taustin@taustinlaw.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | TKCG, Inc. | Attn: Lisa Williams, Executive VP<br>981 Joseph Lowery Blvd NW, Ste 100<br>Atlanta, GA 30318 | williams@trevelinokeller.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Transunion Risk And Alternative Data Solutions | Attn:  Steven Littman<br>4530 Conference Way South<br>Boca Raton, FL 33431 | steven.littman@transunion.com | Email<br>First Class Mail |
| US Attorney | U.S. Attorney's Office | Eastern District of Texas, Civil Division<br>Attn: Betty Young<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | Betty.Young@usdoj.gov | Email<br>First Class Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Brian.LaMacchia@usdoj.gov | Email<br>First Class Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Diane Seol<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Diane.Seol@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the District of Massachusetts | Attn: Sarah Loucks, Esq.<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | sarah.e.loucks@usdoj.gov<br>brian.lamacchia@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the Eastern District of Texas Civil Division | Attn:  Betty Young, Esq.<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | betty.young@usdoj.gov | Email<br>First Class Mail |
| Government Agencies | U.S. Department of Justice | Civil Division, Commercial Litigation Branch, Fraud Section<br>Attn: Sarah Loucks<br>175 N Street NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov | Email<br>First Class Mail |
| NOA - Counsel for the United States of America | U.S. Department of Justice | Attn: Alastair M. Gesmundo<br>P.O. Box 875<br>Civil Division<br>Ben Franklin Station<br>Washington, D.C. 20044 | Alastair.M.Gesmundo@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section | Attn:  Sarah Loucks, Esq.<br>Attn: Alastair M. Gesmundo<br>175 N St NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov<br>Alastair.M.Gesmundo@usdoj.gov | Email<br>First Class Mail |
| Government Agencies | U.S. Small Business Administration | Attn: Edward Ledford, Deputy Director, Office of Credit Risk Management<br>409 Third St SW, 8th Fl<br>Washington, DC 20416 | edward.ledford@sba.gov | Email<br>First Class Mail |
| Attorneys General | United States Attorney General | Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, D.C. 20530 | | First Class Mail |
| US Trustee | United States Trustee | Attn: Richard L. Schepacarter<br>Attn: Rosa Sierra-Fox<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov;<br>rosa.sierra@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | URS Technologies Solutions LLC | Attn:  Mukesh Chamedia<br>1100 Green St, Ste 203<br>Iselin, NJ 08830 | mukesh@blucognition.com | Email<br>First Class Mail |
| US Attorney | US Attorney for the District of Delaware | Attn: David C. Weiss<br>Hercules Bldg<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Vaco LLC | Attn:  Shannon Gwinner<br>115 Perimeter Center Place NE, Ste 950<br>Atlanta, GA 30346 | sgwinner@vaco.com | Email<br>First Class Mail |

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Vital Outsourcing Services Inc. | Attn: Ken Braddock<br>4775 Peachtree Industrial Blvd, Ste 310<br>Berkley Lake, GA 30092 | kbraddock@vitasolutions.net | Email<br>First Class Mail |
| Debtors' Counsel | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock<br>Atttn: Natasha S. Hwangpo<br>Attn: Chase A. Bentley<br>767 Fifth Ave<br>New York, NY 10153 | ray.schrock@weil.com;<br>natasha.hwangpo@weil.com;<br>chase.bentley@weil.com | Email |
| Government Agencies | Wilmington Savings Fund Society, FSB | As the Trustee of Small Business Loan Asset Trust<br>500 Delaware Ave, 11th Fl<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel to the Federal Reserve Bank of San Francisco | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan<br>Attn: Sean Greecher<br>Attn: Ryan M. Bartley<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>sgreecher@ycst.com;<br>rbartley@ycst.com | Email |
| Federal Reserve Bank | Young Conaway Stargatt & Taylor, LLP. | Attn: Pauline K. Morgan<br>Attn: Ryan M. Bartley<br>Attn: Sean T. Greecher<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>rbartley@ycst.com<br>sgreecher@ycst.com | Email |

## **<u>EXHIBIT B</u>**

**Exhibit B**
Bank Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Banks | Celtic Bank | 268 South State St, Ste 300<br>Salt Lake City, UT 84111 | First Class Mail |
| Banks | Primis | 10900 Nuckols Rd, #325<br>Glen Allen, VA 23060 | First Class Mail |
| Banks | Synovus Financial Corp. | 1111 Bay Ave, Ste 500<br>Columbus, GA 31901 | First Class Mail |

**EXHIBIT C**

**Exhibit C**
**Wage Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Employment Vendors | Allegis Group Holdings Inc. | 7301 Parkway Dr<br>Hanover, MD 21076 | napaul@mlaglobal.com | Email<br>First Class Mail |
| Insperity | Insperity PEO Services, L.P. | Attn: General Counsel<br>19001 Crescent Springs Dr<br>Kingwood, TX  77339-3802 | legalnotices@insperity.com | Email<br>First Class Mail |
| Employment Vendors | Libra Risk Management | 12 Howard Ave<br>Foxborough, MA 02035 | icox@kservicecorp.com | Email<br>First Class Mail |
| Employment Vendors | Moore Colson | 600 Galleria Pkwy SE, Ste 600<br>Atlanta, GA 30339 | ar@moorecolson.com | Email<br>First Class Mail |
| Employment Vendors | Morgan Franklin LLC | 7900 Tysons One Pl, Ste 300<br>Mclean, VA 22102 | Kyle.McIntyre@morganfranklin.com | Email<br>First Class Mail |
| Employment Benefit Providers | New York Life Insurance Company | P.O. Box 14577<br>Des Moines, IA 50306 | | First Class Mail |
| Employment Vendors | Option 1 Partners LLC | 5815 Windward Pkwy, Ste 302<br>Alpharetta, GA 30005 | invoicing@option1partners.com | Email<br>First Class Mail |
| Employment Vendors | RSM US LLP | 30 S. Wacker Dr., Ste 3300<br>Chicago, IL  60606 | | Email<br>First Class Mail |
| Employment Benefit Providers | United Healthcare | P.O. Box 31375<br>Salt Lake City, UT 84131-0375 | | First Class Mail |
| Employment Vendors | URS Technologies Solutions LLC | 1100 Green St, Ste 203<br>Iselin, NJ 08830 | anshuman@urstech.com | Email<br>First Class Mail |
| Employment Vendors | Vaco LLC | 5501 Virginia Way, Ste 120<br>Brentwood, TN 37027 | Remit@vaco.com | Email<br>First Class Mail |
| Employment Vendors | Vital Outsourcing Services, Inc. | 4775 Peachtree Industrial Blvd, Ste 310<br>Berkeley Lake, GA 30092 | neha.kedia@fusionbposervices.com | Email<br>First Class Mail |

**EXHIBIT D**

**Exhibit D**
Insurance Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Insurance Carriers | AIG Specialty Insurance Company | 1271 Ave of the Americas, 37 Fl<br>New York, NY 10020 | | First Class Mail |
| Insurance Carriers | Atlantic Specialty Insurance Company | 605 Highway 169 N, Ste 800<br>Plymouth, MN 55441 | | First Class Mail |
| Insurance Carriers | Berkshire Hathaway Specialty Insurance Company | Attn: Lizzie Marshall<br>500 Northpark Town Center<br>1100 Abernathy Rd, N.E., Ste 1200<br>Atlanta, GA 30328 | lizzie.marshall@bhspecialty.com;<br>execandprofnotices@bhspecialty.com | Email<br>First Class Mail |
| Insurance Brokers | CAC Specialty | Attn: Brad McDonald<br>250 Fillmore St, 3rd Fl<br>Denver, CO 80206 | brad.mcdonald@cacspecialty.com | Email<br>First Class Mail |
| Insurance Carriers | Cobbs Allen Capital, LLC dba CAC Specialty | Attn: Grantland Rice, IV<br>115 Office Park Dr, Ste 200<br>Birmingham, AL 35223 | | First Class Mail |
| Insurance Carriers | Endurance American Insurance Company c/o Sompro Pro | 1221 Avenue of The Americas<br>New York, NY 10020 | | First Class Mail |
| Insurance Carriers | Everest National Insurance Company | 100 Everest Way<br>Warren, NJ 07059 | everestnationalnjclaim@everestre.com | Email<br>First Class Mail |
| Insurance Brokers | Marsh USA Inc | Attn: Beth Sanders<br>1560 Sawgrass Corporate Pkwy, Ste 300<br>Sunrise, FL 33323 | beth.sanders@marsh.com | Email<br>First Class Mail |
| Insurance Brokers | Marsh USA Inc | Attn: Charles Myron<br>3031 N Rocky Point Dr W, Ste 700<br>Tampa, FL 33607 | Charles.Myron@marsh.com | Email<br>First Class Mail |
| Insurance Brokers | Marsh USA Inc | 1166 Avenue of the Americas<br>New York, NY 10036 | | First Class Mail |
| Insurance Carriers | National Union Fire Insurance Company of Pittsburgh, Pa. | 1271 Ave of the Americas, 37 Fl<br>New York, NY 10020 | | First Class Mail |
| Insurance Carriers | QBE Insurance Corporation | Attn: Underwriting<br>55 Water St<br>New York, NY 10041 | Mackenzie.Parke@us.qbe.com;<br>mlpladmin@us.qbe.com | Email<br>First Class Mail |
| Insurance Carriers | XL Specialty Insurance Company | 100 Constitution Plaza, 17th Fl<br>Hartford, CT 06103 | proclaimnewnotices@axaxl.com | Email<br>First Class Mail |

## **<u>EXHIBIT E</u>**

**Exhibit E**

Loan Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| HCG Business Credit III Trust | HCG Funds | 133 Fayetteville St, Ste 300<br>Raleigh, NC 27601 | info@hcgfunds.com | Email<br>First Class Mail |
| HCG Business Credit III Trust | HCG Funds | Attn: Emma Wang<br>133 Fayetteville St, Ste 300<br>Raleigh, NC 27601 | emma@hcgfunds.com | Email<br>First Class Mail |
| HCG Business Credit III Trust | HCG Funds | Attn: Betsy Zurawel<br>133 Fayetteville St, Ste 300<br>Raleigh, NC 27601 | betsy@hcgfunds.com | Email<br>First Class Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | 510 Madison Ave, 21st Fl<br>New York, NY 10022 | | First Class Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: Aditya Kathuria<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | Aditya.Kathuria@stoneridgeam.com | Email<br>First Class Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: James Corley<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | James.Corley@stoneridgeam.com | Email<br>First Class Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: Joseph O<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | Joseph.O@stoneridgeam.com | Email<br>First Class Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: Operations-FI<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | Operations-FI@stoneridgeam.com | Email<br>First Class Mail |
| Stone Ridge Trust V | Stone Ridge Trust V | Attn: AP-Funds<br>510 Madison Ave, 21st Fl<br>New York, NY 10022 | AP-Funds@stoneridgeam.com | Email<br>First Class Mail |

**<u>EXHIBIT F</u>**

**Exhibit F**
Stockholder Service List

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Substantial Stockholders | Blue Run Ventures IV, L.P. | Attn: Jonathan Ebinger<br>545 Middlefield Rd, Suite 250<br>Menlo Park, CA 94025 | First Class Mail |
| Substantial Stockholders | MDV IX, L.P. | c/o Mohr Davidow Ventures<br>Attn: Bryan Stolle or Managing Director<br>3000 Sand Hill Rd<br>Bldg 3, Ste 290<br>Menlo Park, CA 94025 | First Class Mail |
| Substantial Stockholders | Softbank Vision Fund (AIV M2) L.P. | Attn: Chris Placencia/Legal Team<br>1 Circle Star Way<br>San Carlos, CA 94070 | First Class Mail |
| Substantial Stockholders | Thomvest Ventures Ltd. | c/o Managing Director<br>138 S Park St<br>San Francisco, CA 94107 | First Class Mail |

**EXHIBIT G**

**Exhibit G**

**Tax Service List**

| Description | Name | Address | Method of Service |
|---|---|---|---|
| Taxing Authorities | Alabama Department of Revenue | Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | First Class Mail |
| Taxing Authorities | Alabama Department of Revenue | 50 N Ripley St<br>Montgomery, AL 36130 | First Class Mail |
| Taxing Authorities | California Franchise Tax Board | Bankruptcy Section MS A340<br>Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | First Class Mail |
| Taxing Authorities | California Franchise Tax Board | Chief Counsel<br>c/o General Counsel Section, MS: A-260<br>PO Box 1720<br>Rancho Cordova, CA 95741-1720 | First Class Mail |
| Taxing Authorities | Delaware Division of Revenue/Bankruptcy Service | Attn:  Bankruptcy Administrator<br>Carvel State Building<br>820 N French St, 8th Fl<br>Wilmington, DE 19801 | First Class Mail |
| Taxing Authorities | Georgia Department of Revenue | Compliance Division - Central Collection Section<br>1800 Century Blvd NE, Ste 9100<br>Atlanta, GA 30345-3202 | First Class Mail |
| Taxing Authorities | New York City Department of Finance | Office of Legal Affairs<br>375 Pearl St, 30th Floor<br>New York, NY 10038 | First Class Mail |
| Taxing Authorities | New York State Department of Finance | Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | First Class Mail |
| Taxing Authorities | North Carolina Department of Revenue | P.O. Box 25000<br>Raleigh, NC 27640-0640 | First Class Mail |
| Taxing Authorities | North Carolina Department of Revenue Bankruptcy Unit | P.O. Box 1168<br>Raleigh, NC 27602-1168 | First Class Mail |
| Taxing Authorities | NYS Dept. of Taxation & Finance | Bankruptcy Unit - TCD<br>Building 8, Room 455<br>W.A. Harriman State Campus<br>Albany, NY 12227 | First Class Mail |
| Taxing Authorities | Pennsylvania Department of Revenue | Department 280946<br>Harrisburg, PA 17128-0946 | First Class Mail |

**EXHIBIT H**

**Exhibit H**
**Utility Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Utility Providers | Cogent Communications, Inc. | P.O. Box 791087<br>Baltimore, MD 21279 | billing@cogentco.com | Email<br>First Class Mail |
| Utility Providers | Cogent Communications, Inc. | 2450 N St, NW<br>Washington, DC 20037 | | First Class Mail |
| Utility Providers | Five9, Inc. | Attn: Nancy Woods<br>4000 Executive Pkwy, Ste 400<br>San Ramon, CA 94583 | nancy.woods@five9.com | Email<br>First Class Mail |
| Utility Providers | Five9, Inc. | Attn: Nancy Woods<br>3001 Bishop Dr, Ste 350<br>San Ramon, CA 94583 | nancy.woods@five9.com | Email<br>First Class Mail |

**EXHIBIT I**

# Mailing Information for Case 22-10951-CTG

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Ryan M. Bartley**    bankfilings@ycst.com
- **Scott D. Cousins**    scott.cousins@cousins-law.com
- **Daniel J. DeFranceschi**    defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Alastair Gesmundo**    Alastair.M.Gesmundo@usdoj.gov
- **Sean T. Greecher**    sgreecher@ycst.com
- **Scott D Jones**    scott.jones@cousins-law.com, kmccloskey@bayardlaw.com
- **Dennis A. Meloro**    melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Matthew P. Milana**    milana@rlf.com
- **Pauline K. Morgan**    pmorgan@ycst.com
- **Reliable Companies**    gmatthews@reliable-co.com
- **Richard L. Schepacarter**    richard.schepacarter@usdoj.gov
- **Lisa M. Schweitzer**    lschweitzer@cgsh.com, maofiling@cgsh.com
- **Zachary I Shapiro**    shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Rosa Sierra-Fox**    rosa.sierra@usdoj.gov, rosa.sierra-fox@usdoj.gov
- **Amanda R. Steele**    steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Candace Arthur**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Chase Bentley**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Kristin Corbett**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Natasha S. Hwangpo**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Richard C. Minott**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza

New York, NY 10006

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Elizabeth A. Ruocco**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Ray C. Schrock**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

**Theodore E. Tsekerides**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.