# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 10/14/2022 |
| Case: 22−10951−CTG | Form ID: van472 | Total: 14 |

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV | |
| aty | Amanda R. Steele | steele@rlf.com | |
| aty | Daniel J. DeFranceschi | defranceschi@rlf.com | |
| aty | Matthew P. Milana | milana@rlf.com | |
| aty | Richard L. Schepacarter | richard.schepacarter@usdoj.gov | |
| aty | Rosa Sierra−Fox | rosa.sierra@usdoj.gov | |
| aty | Zachary I Shapiro | shapiro@rlf.com | |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Kabbage, Inc. | 925B Peachtree Street, NE | Suite 383 | Atlanta, GA 30309 |
| aty | Candace Arthur | Weil Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153−0119 |
| aty | Chase Bentley | Weil Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153−0119 |
| aty | Elizabeth A. Ruocco | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153−0119 |
| aty | Natasha S. Hwangpo | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153−0119 |
| aty | Ray C. Schrock | Weil, Gotshal & Manges, LLP | 767 Fifth Avenue | New York, NY 10153−0119 |
| aty | Theodore E. Tsekerides | Weil Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY |

TOTAL: 7