# Exhibit C

## Lelling Declaration

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
                                               :
In re                                          :        Chapter 11
                                               :
KABBAGE, INC. d/b/a KSERVICING, et al.,        :        Case No. 22-10951 (CTG)
                                               :
                                               :
Debtors.¹                                      :        (Jointly Administered)
                                               :
------------------------------------------------------- x
```

### DECLARATION OF ANDREW E. LELLING IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY AND RETAIN JONES DAY AS <u>SPECIAL COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE</u>

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and in accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, issued by the Executive Office of the United States Trustee (the "**U.S. Trustee Guidelines**"), I, Andrew E. Lelling, declare:

21.     I am an attorney at law admitted and in good standing to practice in the State of Massachusetts and before the United States District Courts for the District of Massachusetts,

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A).  Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

the Southern and Eastern Districts of New York, and the Eastern District of Virginia and before the United States Courts of Appeals for the First, Second, and Fourth Circuits.

22.     I am a partner of the law firm of Jones Day and am duly authorized to make this declaration (the "**Declaration**") on behalf of Jones Day.  I make this Declaration in support of the application (the "**Application**") of the above-captioned debtors and debtors in possession pursuant to section 327(e) of title 11 of the United States Code (the "**Bankruptcy Code**"), Bankruptcy Rules 2014(a) and 2016, Local Rules 2014-1 and 2016-1, and consistent with the U.S. Trustee Guidelines, requesting entry of an order (i) authorizing the Debtors to employ and retain Jones Day as special counsel to the Debtors effective as of the Petition Date and (ii) granting certain related relief.[2]  The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would competently testify thereto.

### Jones Day's Qualifications

23.     Jones Day is well qualified to serve as the Debtors' special counsel in these Chapter 11 Cases.  Jones Day is one of the largest law firms in the world, with a national and international practice, and has substantial experience serving as defense and investigative counsel. Its investigation-and-white-collar-defense practice group consists of more than 160 attorneys who handle complex, high-stakes, large-scale, and multi-jurisdictional investigation matters for clients in various industries.  Many of these lawyers previously have served in senior legal and enforcement government positions, leading prosecution teams investigating an array of allegations, and thus regularly play a leading role in significant investigations.

24.     Jones Day has provided legal services to the Debtors since March 2022 in connection with certain federal investigations (collectively, the "**Federal Investigations**")

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

regarding the Debtors' paycheck protection program loan practices and related matters. The Federal Investigations include: (a) investigations by the Civil Division of the Department of Justice in the District of Massachusetts and Eastern District of Texas; (b) an investigation by the Federal Trade Commission; and (c) an investigation by the United States House of Representatives Select Subcommittee on the Coronavirus Crisis. Accordingly, Jones Day has developed substantial knowledge regarding the Debtors that will result in effective and efficient services in these Chapter 11 Cases.

### Services to Be Provided by Jones Day

25.     As special counsel, Jones Day will continue to represent the Debtors with respect to the Federal Investigations and will provide related services on the terms set forth in the Application and the Engagement Letter. Jones Day will perform, among others, the following legal services:

(a)     representing the Debtors in the Federal Investigations and providing advice to the Debtors related to the Federal Investigations;

(b)     assisting the Debtors with responding to any information requests and related matters in connection with the Federal Investigations; and

(c)     providing such other specific services as may be requested by the Debtors from time to time relating to the Federal Investigations.

26.     Jones Day will coordinate its work in these Chapter 11 Cases with the Debtors and the Debtors' other retained professionals to minimize duplication of effort among these firms.

### Professional Compensation and Expense Reimbursement

27.     Pursuant to the terms of the Engagement Letter and subject to the Court's approval of the Application, Jones Day intends to: (a) charge for its legal services on an hourly

basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out-of-pocket expenses.

28.     Jones Day will be compensated at its standard hourly rates, which are based on the professionals' level of experience.  At present, the standard hourly rates charged by Jones Day in the United States fall within the following ranges:

| **Billing Category** | **U.S. Range** |
| --- | --- |
| Partners | $1075-$1300 |
| Associates | $475-$950 |
| Paraprofessionals | $350-600 |

29.     Jones Day's hourly billing rates are subject to periodic review and adjustment in accordance with the terms of the Engagement Letter and Jones Day's established billing practices and procedures.  Jones Day's practice of periodically adjusting its billing rates was disclosed to the Debtors in the Engagement Letter, and the Debtors have agreed to these periodic adjustments pursuant to the Engagement Letter.

30.     Jones Day's hourly fees are comparable to those charged by attorneys of similar experience and expertise for engagements of the scope and complexity similar to the investigation matters handled by Jones Day.  Further, I believe that Jones Day's professionals are subject to the same client-driven market forces, scrutiny, and accountability as its professionals in non-bankruptcy engagements.

31.     Jones Day will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any additional procedures that may be established by the Court in these Chapter 11 Cases.

32.     Furthermore, Jones Day contemplates billing for its incurred expenses in the following expense categories: (a) copies; (b) outside printing; (c) telephone; (d) facsimile; (e) delivery services/couriers; (f) postage; (g) local travel; (h) out-of-town travel (including subcategories for transportation, hotel, meals, ground transportation, other); (i) meals (local); (j) court fees; (k) subpoena fees; (l) witness fees; (m) deposition transcripts; (n) trial transcripts; (o) trial exhibits; (p) litigation support vendors; (q) experts; (r) investigators; (s) arbitrators/mediators; and (t) other.  Jones Day will consult with the United States Trustee for the District of Delaware (the "**U.S. Trustee**") regarding any suggested alterations to these fee and expense categories.

33.     Pursuant to Part D1 of the U.S. Trustee Guidelines, Jones Day is seeking employment as special counsel for the Debtors under section 327(e) of the Bankruptcy Code and it hereby provides the following responses:

| | |
|---|---|
| **Question:** | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| **Response:** | No variations or alternatives to Jones Day's customary billing arrangements were agreed to with respect to this engagement, other than standard periodic rate adjustments. |
| **Question** | Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? |
| **Response:** | No. |
| **Question:** | If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| **Response:** | As disclosed above, Jones Day represented the Debtors during part of the 12-month period prior to the Petition Date.  During that time, Jones Day charged the Debtors its |

|              | standard rates, and Jones Day continues to charge the Debtors its standard rates |
|--------------|------------------------------------------------------|
| **Question:** | Has your client approved your prospective budget and staffing plan, and, if so for what budget period? |
| **Response:** | The Debtors and Jones Day expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, recognizing that in the course of these Chapter 11 Cases, there may be unforeseeable fees and expenses that will need to be addressed by the Debtors and Jones Day. |

### Disclosure Concerning Disinterestedness

*Interested Party List*

34.     The Debtors have provided Jones Day with a list of the names of individuals or institutions that are potential significant parties in interest (collectively, the "**Interested Parties**").  The identities of the Interested Parties, updated as of the Petition Date, are set forth on **Schedule 1** attached hereto.

*Evaluation and Disclosure of Connections*

35.     To check and clear potential conflicts of interest in these Chapter 11 Cases, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtors, their affiliates, their creditors, other parties in interest, and their respective attorneys, Jones Day researched its client database to determine whether it had any relationships with the Interested Parties.  To the extent that Jones Day's research of its relationships with the Interested Parties indicates that Jones Day has represented in the past two years, or currently represents, any of these entities in matters unrelated to these Chapter 11 Cases, the identities of these entities and such entities' relationship to the Debtors and connection to Jones Day, are set forth in **Schedule 2** attached hereto.

36.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Jones Day, nor any partner, associate or other professional thereof has any connection with the Debtors, their creditors, or any other party with an actual or potential interest in these Chapter 11 Cases or their respective attorneys or accountants, except as set forth below and in **Schedule 2** attached hereto:

(a)     Jones Day has not represented, and does not and will not represent, any entity in matters adverse to the Debtors or their estates with respect to the matter on which Jones Day is to be employed.

(b)     Prior to the Petition Date, Jones Day performed certain legal services for the Debtors, as described herein, but the Debtors do not owe Jones Day any amount for services performed prior to the Petition Date.

(c)     In matters unrelated to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain banks of the Debtors, or affiliates thereof, including Cross River Bank.  These relationships and others are set forth on the attached Schedule 2.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(d)     In matters unrelated to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain entities affiliated with benefit providers of the Debtors, including affiliates of Blue Cross and Blue Shield of California; Hawaii Medical Service Association (HMSA) – Blue Cross and Blue Shield of Hawaii; New York Life; New York Life (f/k/a Cigna); and Optum Bank.  These relationships and others are set forth on the attached **Schedule 2**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(e)     In matters unrelated to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain contract counterparties of the Debtors, or affiliates thereof, including Altabank; Aprio LLP; Credit Suisse; Cross River Bank; East West Bank; Ernst & Young LLP; Farm Credit East, ACA; Farm Credit West, ACA; Five9, Inc.; Fortis Advisiors, LLC; LexisNexis Risk Solutions FL Inc.; Macquarie; Mastercard International Incorporated; PharmaCentra LLC; Redwood Growth Capital, LLC; Sound Point Capital Management, LP; and Xact

Data Discovery.  These relationships and others are set forth on the attached **Schedule 2**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(f)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain affiliations of the Debtors' current officers and directors, or affiliates thereof, including Emory Goizueta Business School; Automatic Data Processing, Inc. (ADP); and Electrolux AB.  These relationships and others are set forth on the attached **Schedule 2**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(g)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain professionals of the Debtors, or affiliates thereof, including Dentons US LLP; and KPMG.  These relationships and others are set forth on the attached **Schedule 2**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(h)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain affiliations of the Debtors' former officers and directors, or affiliates thereof, including Roadie.  These relationships and others are set forth on the attached **Schedule 2**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(i)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain insurers or insurance providers of the Debtors, or affiliates thereof, including Berkshire Hathaway Specialty Insurance Company; and XL Specialty Insurance Company.  These relationships and others are set forth on the attached **Schedule 2**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(j)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain landlords and parties to leases of the Debtors, or affiliates thereof, including 730 Midtown SVP, LLC (Lincoln Property Company).  These relationships and others are set forth on the attached **Schedule 2**.  Jones Day, however, has not represented, and does

8

not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(k)     In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain lenders, noteholders, administrative agents and/or indenture trustees of the Debtors, or affiliates thereof, including Credit Suisse; Macquarie; and U.S. Bank.  These relationships and others are set forth on the attached **<u>Schedule 2</u>**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(l)     In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain of the top 30 unsecured creditors of the Debtors, or affiliates thereof, including Google Workspace; and KLD Discovery Ontrack LLC d/b/a KLDiscovery, Inc..  These relationships and others are set forth on the attached **<u>Schedule 2</u>**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(m)     In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain counterparties to pending or threatened lawsuits involving the Debtors, or affiliates thereof, including JP Morgan Chase Bank, N.A.; and Strategic Elements, LLC.  These relationships and others are set forth on the attached **<u>Schedule 2</u>**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(n)     In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain lenders, noteholders, administrative agents and/or indenture trustees of the Debtors, or affiliates thereof, including Credit Suisse; Macquarie; and U.S. Bank.  These relationships and others are set forth on the attached **<u>Schedule 2</u>**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(o)     In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain entities related to regulatory and government authorities of the Debtors, including entities related to the Delaware Attorney General – Kathy Jennings; and the United States Attorney for the District of Delaware – David C. Weiss.  These relationships and others are set forth on the attached **<u>Schedule 2</u>**.  Jones Day, however, has not represented, and does not and will not represent,

any of these entities in matters relating to the Debtors or their chapter 11 cases.

(p)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain significant customers of the Debtors, or affiliates thereof, including Cross River Bank; and FleetCor Technologies, Inc.  These relationships and others are set forth on the attached **<u>Schedule 2</u>**. Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(q)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day formerly represented certain entities affiliated with significant shareholders of the Debtors, including an affiliate of SoftBank PriceVille Investments, L.P.; and SoftBank Vision Fund (AIV M2) L.P.  These relationships and others are set forth on the attached **<u>Schedule 2</u>**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(r)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain entities related to taxing authorities of the Debtors, including entities related to the California Franchise Tax Board; the Georgia Department of Revenue; the North Carolina Department of Revenue; the New York State Department of Finance; the New York City Department of Finance; and the Pennsylvania Department of Revenue.  These relationships and others are set forth on the attached **<u>Schedule 2</u>**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(s)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain entities appearing in UCC search results of the Debtors, or affiliates thereof, including CIT; CIT Bank, N.A.; Cross River Bank; Fulton County, Georgia Tax Commissioner; U.S. Bank; and Wilmington Savings Fund Society, FSB.  These relationships and others are set forth on the attached **<u>Schedule 2</u>**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(t)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain utility providers or brokers of the Debtors, or affiliates thereof,

including Five9, Inc.  These relationships and others are set forth on the attached **Schedule 2**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

(u)    In matters <u>unrelated</u> to the Debtors or these Chapter 11 Cases, Jones Day currently represents or formerly represented certain vendors or suppliers of the Debtors, or affiliates thereof, including Fusion Cloud Services LLC; Google Duo; and Willis Towers Watson US LLC.  These relationships and others are set forth on the attached **Schedule 2**.  Jones Day, however, has not represented, and does not and will not represent, any of these entities in matters relating to the Debtors or their chapter 11 cases.

### No Adverse Interest

37.    To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, Jones Day does not:  (a) hold or represent any interest adverse to the Debtors or their estates with respect to the matters on which Jones Day is to be employed, as required by section 327(e) of the Bankruptcy Code, and Jones Day will not represent any interest adverse to the Debtors in these Chapter 11 Cases; or (b) have any connection with the Debtors, any creditors or other parties in interest, their respective attorneys and accountants, or the U.S. Trustee or any of its employees.

38.    Despite the efforts described above to identify and disclose connections with parties in interest in these Chapter 11 Cases, because the Debtors are a large enterprise and have hundreds of creditors and other relationships, and because Jones Day is an international firm with more than 2,500 attorneys in 42 offices around the globe, Jones Day is unable to state with certainty that every client representation or other connection of Jones Day has been disclosed. In this regard, if Jones Day discovers additional information that requires disclosure, Jones Day will file supplemental disclosures with the Court.

39.    In the event that Jones Day's representation of the Debtors during these Chapter 11 Cases would result in it becoming adverse to a party in interest that gives rise to a

11

professional conflict of interest, the Debtors will retain separate counsel to represent their interests with respect to such matter against such party.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 14, 2022
      Atlanta, Georgia

*/s/ Andrew E. Lelling*
Andrew E. Lelling (MA 631859)
JONES DAY
100 High Street
21st Floor
Boston, Massachusetts 02110-1781
Telephone: (617) 960-3939
Facsimile:  (617) 449-6999

## **Schedule 1**

**Schedule of Potentially Interested Parties**

**IN RE KABBAGE, INC., D/B/A KSERVICING, *ET AL*.**

**Interested Parties**

**Debtors**

Kabbage, Inc., d/b/a KServicing
Kabbage Canada Holdings, LLC, d/b/a KServicing
    Corp.
Kabbage Asset Securitization LLC, d/b/a KServicing,
    Inc.
Kabbage Asset Funding 2017-A LLC
Kabbage Asset Funding 2019-A LLC
Kabbage Diameter, LLC

**Non-Debtor Affiliates and Subsidiaries
(including any partnerships and JV partners)**

Kabbage Financial Services Limited (UK entity)
Kabbage India Private Limited (India entity)

**Banks/Bank Accounts**

Celtic Bank
Primis Bank
Synovus Bank (Synovus Financial Corp.)

**Banks – Servicing**

Celtic Bank
Cross River Bank
Customers Bank
HCG (a/k/a Home Capital Group Inc.)
Stone Ridge

**Bankruptcy Judges and Staff for the District of
Delaware**

*Judges*:

Chief Judge Laurie Selber Silverstein
Judge Ashely M. Chan
Judge John T. Dorsey
Judge Craig T. Goldblatt
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge J. Kate Stickles
Judge Mary F. Walrath

*Staff*:

Clerk of Court, Una O'Boyl
Al Lugano

Cacia Batts
Catherine Farrell

Claire Brady
Demitra Yeager
Jill Walker
Joan Ranieri
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Nickita Barksdale
Paula Subda
Rachel Bello
Robert Cavello

**Benefit Providers (Workers Compensation/
Pension Plans/Third Party Administrators)**

Blue Cross Blue Shield of California
Hawaii Medical Service Association (HMSA) - Blue
    Cross Blue Shield of Hawaii
Insperity, Inc.
Kaiser Permanente
New York Life
New York Life (f/k/a Cigna)
Optum Bank
UnitedHealthcare
UnitedHealthcare Dental
UnitedHealthcare of California
VSP Choice

**Committees and Committee Members**

[Unknown at this time]

**Non-Debtors Professionals (law firms,
accountants, and other professionals)**

Cleary Gottlieb Steen & Hamilton LLP
Holland & Knight LLP
Quinn Emanuel Urquhart & Sullivan LLP
[UCC Legal]
[UCC Financial]

**Contract Counterparties (includes patents and
intellectual property)**

Abel Commercial Funding
Airbnb, Inc.
American Nation Bank
Alexandra Schieren
A-Lign Assurance
A-Lign Compliance and Security, Inc.

Altabank

American Express Travel Related Services
       Company, Inc.

Andy Mei

Anthony Gallucci

Apisero, Inc.

Aprio, LLP

Automation Anywhere, Inc.

Azlo Business, Inc.

Bank of Bird in Hand

Become Technological Solutions, Inc.

Better Impression Ltd.

Bhavya Brundavanam

Big Think Capital

Biz2credit

BlackLine Systems, Inc.

Bonduel State Bank

Bradley Wells

Carter Bank & Trust

Catherine Pargeter

Celtic Bank Corporation

CentSai

Cobbs Allen Capital, LLC d/b/a CAC Specialty

CommerceOne Bank

Community Financial Services Bank

Community National Bank

CoreCard Software, Inc.

Credit Suisse

Crestmont Capital, LLC

Cross River Bank

CSC

Cullum Financial LLC d/b/a Walloot

Customer Bank

David Rodin

David Snitkof

David Stein d/b/a Law Office of David Stein d/b/a
       David Stein Law Group

Daysmart

Debt Settlement Info Bank

Docusign

Dorado Real Estate, Inc d/b/a Host Financial

Dynamic Recovery Solutions, LLC

Endurance International Group, Inc.

East West Bank

Emprise Bank

Erik Goshin

Evangelical Christian Credit Union (ECCU)

Ernst & Young LLP

Farm Credit East, ACA

Farm Credit West, ACA

Federal Reserve

First Florida Credit Union

First National Bank of Syracuse

Five9 Inc.

FNBC Bank and Trust

Forensic Risk Alliance Inc.

Fortis Advisors, LLC

Fortis Private Bank

Frank Sauer

Fraz Khalil

GoDaddy.com, LLC

Guggenheim Securities, LLC

Guideline

Guillaume Poirier

Hi Tech Capital

Hyperion Bank

Innovative Funding Solutions, Inc.

Investar Bank, National Association

Investment 360

InscribeAI, Inc.

Insperity

Invariant LLC

iAdvance Now Inc.

James Candalino

James Frohnhofer

Jason Dolinger

Jason Hwa

Jonathan Kelfer

Jones Day

Karrot

KLDiscovery Ontrack, LLC

Kroll Associates, Inc.

Legacy Bank Colorado

Lendio, Inc.

Level Up Funding LLC

LexisNexis Risk Solutions FL Inc.

Lexolution, LLC

Liam Von Thien

LIG International LLC

Lincoln and Morgan, LLC

Llano National Bank

Macquarie

Major, Lindsey & Africa

Marqeta, Inc

MasterCard International Incorporated

Matt Burton

Mechanics Bank

Merchant and Manufacturers Bank

Mission Capital d/b/a SBG Funding

Moore Colson & Company, P.C.

MorganFranklin Consulting, LLC

Mountainseed Real Estate Services, LLC

National Check Resolution, Inc.

Natural Intelligence Ltd.

Nicholas DelZingaro

Northern California National Bank

Northwest Farm Credit Services, FLCA

Okta, Inc.

OnCourse Learning d/b/a BankersEdge

Option 1 Partners, LLC

Orchard App, Inc.

P.A.R. Consulting d/b/a US Business Funding

People Bank
PharmaCentra LLC
Prospera Credit Union
Providence Bank
Quick Funding Solutions LLC
Radius Intelligence, Inc.
Redwood Growth Capital, LLC
Red River Bank
ReliaQuest Holdings, LLC
Resource Bank
Salesforce
Sam Zakalik
Sound Point Capital Management, LP
South State Bank
Stericycle Inc.
Strategic Capital
Synovus
The Law Office of Hayes & Welsh
The National Directory of Registered Tax Return
        Preparers & Professionals Ltd
The Poplar Grove State Bank
The Provident Bank
TransUnion Risk and Alternative Data Solutions, Inc.
        (TRADS)
Trevelino/Keller and Groovy Studios
TrustArc Inc.
United Capital Source Inc
United Resources Enterprise Corp. d/b/a Brickell
        Capital Finance
Upwise Capital, LLC
URS Technologies Solutions LLC
Vaco LLC
Venture Lending & Leasing VII, Inc.
Venture Lending & Leasing VIII, Inc.
Visa U.S.A. Inc.
Vital Outsourcing Services, Inc.
Walker Morris
WeTravel, Inc.
Wheaten Financial, Inc.
Xact Data Discovery
Yuhui Yang
Zendesk
Zip Capital Group, LLC
ZMC & Associates LLC

**Current Officers and Directors (include senior management)**

*Current Officers*

Salim Kafiti
Ian Cox
Holly Loiseau
David Walker
Laquisha Milner
Donna Evans

*Current Directors*

Laquisha Milner
Robin Gregg
Eric Hartz (dba CorporateHartz, LLC)
John Hebert
Lawrence X. Taylor

*Current Independent Manager*

John Hebert

**Affiliations of Current Officers and Directors**

Laquisha Milner
        Solomon's Temple
        Vector Solutions
        M2 Business Group, LLC
        Point Predictive
        DRUM Technologies

Robin Gregg
        Roadsync

Eric Hartz
        Lending Science
        PadSplit
        Emory Goizueta Business School
        American Chemistry Council
        Nexus Circular

John Hebert
        Corporation Service Company (CSC)

Lawrence X. Taylor
        1847 Holdings
        Item 9 Labs
        Barrie House Coffee Roasters
        CLP Holdings III, LLC
        Taylor Strategy Group
        National Association of Corporate Directors
        Arizona State University

Salim Kafiti
        Major Lindsey & Africa
        Automatic Data Processing, Inc. (ADP)
        Clairvoyant Ventures, LLC
        Kafiti Real Estate Group, Inc.
        Electrolux AB

Ian Cox
        Libra Risk Management

Donna Evans
        Creative Essentials

Holly Loiseau
        National Bar Association Executive
        Committee, Commercial Law Section

David Walker
> Moore Colson
> Magnolia Trust Company

**Debtors Professionals (law firms, accountants and other professionals)**

AlixPartners, LLP
Forensic Risk Alliance Inc.
Greenberg Traurig, LLP
Jones Day
KPMG
McGuireWoods LLP
Omni Agent Solutions
Richard Layton & Finger
Weil, Gotshal & Manges LLP

**Former Officers and Directors (include senior management if readily available) (3 years)**

Daniel Scott Eidson
Jon Hoffman
Julia McCullough
Kathryn Petralia
Kimberly Withrow
L. Scott Askins
Marc Gorlin
Oneal Bhambani
Robert Frohwein
Spencer Robinson
Troy Deus

**Affiliation of Former Officers and Directors (as of last day with company)**

Julia McCullough
> Corporation Service Company

Kathryn Petralia
> Keep Financial
> DRUM Technologies, Inc.
> Tricolor Auto Group, LLC
> PadSplit

Kimberly Withrow
> Kimberly F. Withrow Law
> eCapital Corp.
> Bibby Financial Services

L. Scott Askins
> American Express

Marc Gorlin
> Roadie

Oneal Bhambani
> Flutterwave
> American Express

Robert Frohwein
> Keep Financial Technologies, Inc.

Spencer Robinson
> American Express

Troy Deus
> Keep Financial
> DRUM Technologies

**Insurance/Insurance Providers**

AIG Specialty Insurance Company
Atlantic Specialty Insurance Company
Berkshire Hathaway Specialty Insurance Company
Cobbs Allen Capital, LLC d/b/a CAC Specialty
Endurance American Insurance Company c/o
> Sompro Pro
Everest National Insurance Company
Marsh USA Inc.
National Union Fire Insurance Company of
> Pittsburgh, Pa.
QBE Insurance Corporation
XL Specialty Insurance Company

**Landlords and Parties to Leases**

730 Midtown SVP, LLC (Lincoln Property
> Company)

**Lenders, Noteholders, Administrative Agents and Indenture Trustees**

Credit Suisse
Guggenheim
Macquarie
U.S. Bank

**List of Secured Creditors**

Reserve Bank of San Francisco

**30 Top Unsecured Creditors**

Allegis Group Holdings, Inc.
Amazon Web Services
American Express Kabbage Inc.
Biz2 Credit
Box
Corporation Service Company
Cross River Bank
Customers Bank
Federal Reserve Bank of San Francisco
Federal Trade Commission
Goodwin Proctor
Google Workspace
Kenny Ajetunmobi

KLD Discovery Ontrack LLC
      d/b/a KLDiscovery, Inc.
Libra Risk Management
Marcell Birk
Marcus Carr
Moore Colson
MorganFranklin Consulting, LLC
Moyin Omotayo
Option 1 Partners LLC
RSM US LLP
Slack
Small Business Bureau
TKCG, Inc.
Thomas E. Austin, Jr. LLC
URS Technologies Solutions LLX
U.S. Department of Justice
VACO
Vital Outsourcing Services Inc.

**Litigation Counterparties/Litigation Pending**
**Lawsuits – includes threatened litigation**

365 Sun LLC
Alison F. Kanne
Bosco Seungchul Baek
Calvin L. Erby, II
Candice Worthy
Carlton Morgan
Celtic Bank Corporation d/b/a Celtic Bank
Christina R. King
Cole Ratias
Customers Bank
Douglas Biviano
Edward Ford Services, LLC
Eric L. Lifschitz
Eva Merian Spahn
First Home Bank
Florida Veterinary Behavior Service
George Pullen
Greenberg Traurig
Henry Anesthesia Associates, LLC
Holland & Knight, LLP
Jason Russell Carr
Jennifer Pullen
Jeremy Sternberg
John P. Mertens
Joshua Borger
JP Morgan Chase Bank, N.A.
Justin E. Proper
Keith W. Berglund
LaDonna Wiggins
Latoya Clark
Lauren B. Veggian
Law Office of James A. Flanagan
Law Offices of Eric L. Lifschitz
Leslie K. Rinaldi

Lexington National Insurance Corporation
Love Watch Hill & Sailors Haven, Inc.
Luxx Lashes by Lay, LLC
Marco Bell
MaryBeth V. Gibson
Melissa Davis Lowe
Ogier, Rothschild & Rosenfeld P.C.
Pia Hoyt Law Firm
Power Bail Bonds
Rice Pugatch Robinson Storfer & Cohen PLLC,
Richard A. Marshack
Richard Storfer
Shulman Bastian Friedman & Bui LLP
SM Novelties
Smooth & EZ Merchant Funding
Squeeze-It Corp.
Strategic Elements, LLC
Tamara Miles Ogier, Chapter 11
      Subchapter V Trustee
Tastetunup, LLC
The Berglund Group
The Cardoza Law Corporation
The Finley Firm, P.C
Vicki LeMaster
Wandro & Associates, P.C.
White & Williams, LLP

**Litigation - Governmental Investigations Agencies**

U.S. Federal Trade Commission
U.S. Department of Justice – Massachusetts
U.S. Department of Justice – Eastern District of
      Texas
The Small Business Administration (SBA)
The United States House Representatives Select
      Subcommittee on the Coronavirus Crisis

**Other Parties in Interest**
**(Notice of Appearance Parties,**
**Ombudsman, any other person or group**
**appointed)**

[Unknown at this time]

**Other Professionals**

Akin Gump Strauss Hauer & Feld LLP
Bailey Duquette
Dentons US LLP
Davis Polk & Wardwell LLP
Goodwin Procter LLP
Green & Sklartz
Hayes & Welsh
Mandelbaum Salsburg, P.C.
RSM US LLP
Sidley Austin LLP

Thomas E. Austin
Windham Brannon

**Regulatory and Government**
**Authorities (Federal, State, and Local)**

Delaware Attorney General – Kathy Jennings
Federal Deposit Insurance Corporation
Federal Reserve
Federal Trade Commission
Internal Revenue Service
Office of Foreign Assets Control
Small Business Administration
U.S. Securities and Exchange Commission
United States Attorney for the District of Delaware –
        David C. Weiss
United States Department of Justice

**Significant Customers**

Celtic Bank
Cross River Bank
Customers Bank
HCG (a/k/a Home Capital Group Inc.)
Stone Ridge
FleetCor Technologies, Inc.
Relief Without Borders LLC
SJ Medical PLLC
Go Africa Global LLC
Cuisane 365 Mobile, Inc.
New Legend, Inc
JLITE MORTORS
Boom Rewards LLC
David Horvath PA
Wiggins & Graham Enterprise LLC
Pink Lady Line
R and L Arcade, Inc.
Potomac Valley Operator LLC
Source Allies, Inc.
European Service at Home Inc
Tigris, LLC
AREPII S.A. Hotel LLC
Aspen River Candle Company
Big Shot LLC
Wesley Aron Mock LLC
Club One Casino, Inc
Brian Bui Inc
repairo llc
California Freight Solutions Corp
Torque Power Equipment Repairs
PG Medical Lab
Energy Efficient Construction Solutions
TrustedCommunications LLC
Horizon 5 Lakes LLC
Wingfield Leigh Industries, Inc.
Allegro School, Inc.

Dog Training With Mario Holland LLC
A One Roof Management & Construction Inc.
Koger Industrial Staffing, LLC
Provident Investment Realty, LLC
Flair Group, Inc.
REX Therapeutics LLC
IMR Contracting Corp.
Gods Anointed Youth Ministry
Showtime On The Piers, LLC.
Summit Truck Line
K Weaver Properties LLC
ENCES Services, Inc.
Federal Credit Union
Heart Living Centers of Colorado, LLC
Agee Construction Corporation
1 Ponce De Leon LLC
Bustro, Inc.
Francis Joseph Capital, Inc.
DataSync, Inc.
SMELifestyle, Inc.
Crown Management Services, LLC
SUITE Media Productions & Management LLC
Gourmet Nut, Inc.
Propel Opportunity Fund, Inc.
Keystrokes Transcription Service, Inc.
E. Mishan & Sons
Russell Road Food and Beverage LLC

**Significant Shareholders (more than 5% of**
**equity)**

Blue Run Ventures IV, L.P.
Thomvest Ventures Ltd.
MDV Ix, L.P. c/o Mohr Davidow Ventures
SoftBank PriceVille Investments, L.P.
Softbank Vision Fund (AIV M2) L.P.

**Taxing Authorities (Federal, State, and**
**Local;Trust Fund, Use Property, Franchise, Sales)**

Alabama Department of Revenue
California Franchise Tax Board
Georgia Department of Revenue
Internal Revenue Service
North Carolina Department of Revenue
New York State Department of Finance
New York City Department of Finance
Pennsylvania Department of Revenue

**UCC Search Results/UCC Lien Search Results**

CHTD Company
CIT
CIT Bank, N.A.
Cross River Bank
CSC

Direct Capital Corporation
Federal Reserve Bank of San Francisco
Financial Agent Services
Fulton County, Georgia Tax Commissioner
Secured Lender Solutions, LLC
U.S. Bank
Wilmington Savings Fund Society, FSB

**United States Attorney's Office for the District of Delaware**

David C. Weiss

**United States Trustee and Staff for the District of Delaware**

Andrew R. Vara
Joseph McMahon
David Buchbinder
Linda Casey
Joseph Cudia
Timothy J. Fox, Jr.
Benjamin Hackman
Jane Leamy
Hannah M. McCollum
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Rosa Sierra-Fox
Lauren Attix
Shakima L. Dortch
Christine Green
Ramona Harris
Angelique Okita
Edith A. Serrano
Dion Wynn
Denis Cooke
Holly Dice
Nyanquoi Jones
James R. O'Malley
Michael Panacio
Diane Giordano

**Utility Providers/Utility Brokers**

Cogent Communications, Inc.
Five9 Inc.

**Vendors/Suppliers (includes critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider, etc.)**

A-Lign
Allegis Group Holdings Inc

American Express Kabbage Inc.
Biz2X LLC
BlackLine Systems, Inc.
Box
DataBricks
Five9
Fusion Cloud Services LLC
Google Duo
Google Workspace
HP Holdings, Inc. (dba Invariant LLC)
InscribeAI, Inc.
KLDiscovery Ontrack, LLC
Kroll Associates, Inc.
Lexolution
Libra Risk Management
MLA
Moore Colson
MorganFranklin Consulting, LLC
Option 1 Partners LLC
ReliaQuest Holdings, LLC
Salesforce.com
Sage Intacct, Inc.
Slack
TLO
Transunion Risk and Alternative Data Solutions
URS Technologies Solutions LLC
Vaco LLC
Vital Outsourcing Services Inc.
Willis Towers Watson US LLC
Zendesk

## Schedule 2

**Disclosure Schedule**

**IN RE KABBAGE, INC., d/b/a KSERVICING, *ET AL.***

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES**

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST TWO YEARS[1]** | | |
| 730 Midtown SPV, LLC (Lincoln Property Company | Landlords and Parties to Leases | • Lincoln Property Company is a former client (closed 2021). |
| ***Altabank*** | Contract Counterparties (includes patents and intellectual property) | • ***Altabank*** and parent company ***Altabancorp*** are current clients. |
| Aprio LLP | Contract Counterparties (includes patents and intellectual property) | • Aprio LLP is a former client (closed 2021). |
| Automatic Data Processing (ADP) | Affiliations of Current Officers and Directors | • Automatic Data Processing (ADP) is a former client (closed 2020). |
| Berkshire Hathaway Specialty Insurance Company | Insurance/Insurance Providers | • Affiliate companies ***Clayton Homes Incorporated***, ***Energy West Mining Company***, ***The Lubrizol Corporation***, ***Mouser Electronics, Inc.*** and ***Johns Manville Corporation*** are current clients;<br><br>• Affiliate company ***BNSF Railway Company*** is: (a) a current client; (b) a member of current client ***California Railroad Group***; and (c) a member of former client National Rail Group (closed 2020); and<br><br>• Affiliate company Scott Fetzer Company is a former client (closed 2021). |

---

[1] The parties listed herein are parties in interest (or affiliated entities) who are current clients of Jones Day or were clients of Jones Day within the last two years.  The names of current clients of Jones Day appear in bold and italics.  The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system.  Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties.  Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Blue Cross Blue Shield of California<br><br>Hawaii Medical Service Association (HMSA) – Blue Cross Blue Shield of Hawaii | Benefits Providers (Workers' Compensation, Pension Plans, Third Party Administrators) | • Blue Cross Blue Shield entities, ***Blue Cross Blue Shield of Michigan***, ***Blue Cross Blue Shield of Massachusetts*** and ***Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. (BCBSMA)*** are current clients;<br><br>• Blue Cross Blue Shield of Florida, Inc. is a subsidiary of GuideWell Mutual Holding Corporation, an entity related to former client Special Committee of the Board of Directors of GuideWell Mutual Holding Corporation (closed 2020); and<br><br>• Blue Cross Blue Shield of Minnesota (a/k/a  BCBSM, Inc.) is a member of a former group representation of lenders closed in 2020. |
| California Franchise Tax Board | Taxing Authorities (Federal, State, Local); Trust Fund, Use Property, Franchise Sales) | • California state-governed entities ***Judicial Council of California***, ***State of California Supreme Court***, ***The Superior Court for the State of California, County of Merced*** and ***Superior Court of The State of California, County of Ventura*** are current clients;<br><br>• California state-governed entity, State of California Teachers' Retirement System (CALSTERS), is a member of a former ad hoc group representation of lenders closed in 2022; and<br><br>• California state-governed entity, University of California, Irvine, is the employer of an individual who is a former client (closed 2021). |
| CIT<br>CIT Bank, N.A. | UCC Search Results/UCC Lien Search Results | • Affiliate companies ***CIT Group Partners LLP***, ***CIT Management Limited***, ***CIT (GGH) Limited*** and ***CIT Investments Limited*** are current clients; and<br><br>• Affiliate companies CIT Developments LLP (closed 2021) and CIT Bridge Park Limited (closed 2020) are former clients. |
| ***Credit Suisse*** | Contract Counterparties (includes patents and intellectual property) | • ***Credit Suisse*** and affiliate companies ***Credit Suisse Bank (Europe) S.A.***, ***Credit Suisse (KH) Deutschland GmbH*** and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | and<br>Lenders, Noteholders, Administrative Agents and Indenture Trustees | *Credit Suisse Securities (USA) LLC* are current clients;<br><br>• Affiliate companies Credit Suisse (Singapore) Limited, Credit Suisse Asset Management (Switzerland) Ltd. and Credit Suisse Real Estate Fund Global are former clients (all closed 2021);<br><br>• Affiliate company Credit Suisse Real Estate Fund International (REFI) is: (a) a former client (closed 2021); and (b) the parent company of former client Bedford Ave. Boston Real Estate Holding LLC (closed 2021); and<br><br>• Affiliate company Credit Suisse Asset Management and affiliated entity Credit Suisse Syndicated Loan Fund are members of a former defense group representation closed in 2020. |
| *Cross River Bank* | Significant Customers<br>UCC Search Results/UCC Lien Search Results<br>Banks - Servicing<br>and<br>Contract Counterparties (includes patents and intellectual property) | • *Cross River Bank* is a current client. |
| Office of the Delaware Attorney General<br>United States Attorney for the District of Delaware | Regulatory and Government Authorities (Local, State, Federal) | • Delaware state-governed entity, *University of Delaware* is a current client; and<br><br>• Delaware state-governed entity, State of Delaware Public Employees' Retirement System is a member of an ad hoc group representation of bondholders closed in 2022. |
| *Dentons US LLP* | Other Professionals | • *Dentons US LLP* is a current client. |
| East West Bank | Contract Counterparties (includes patents and intellectual property) | • East West Bank is a former client (closed 2022). |
| Electrolux AB | Affiliations of Current Officers and Directors | • Affiliate companies *Electrolux North America, Inc.*, *Electrolux Professionnel SAS*, *Electrolux Home Products France SAS*, *Electrolux Home Products Pty Ltd.* |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | and *Electrolux Deutschland GmbH* are current clients; and<br><br>• Affiliate companies Electrolux Laundry Systems France, Electrolux Home Care Products, Inc., Electrolux France, Electrolux Logistics SAS, Electrolux Professional SAS and Electrolux Rus LLC are former clients (all closed 2020). |
| Emory Guizueta Business School | Affiliations of Current Officers and Directors | • Parent *Emory University* is: (a) a current client; (b) a partner of former client The Carter Center, Inc. (closed 2021); and (c) the employer of an individual who is a current client; and<br><br>• Two Jones Day attorneys have professional relationships with affiliated entity Emory University School of Law. |
| *Ernst & Young, L.P.* | Contract Counterparties (includes patents and intellectual property) | • *Ernst & Young, L.P.* is a current client. |
| Farm Credit East ACA<br>Farm Credit West ACA | Contract Counterparties (includes patents and intellectual property) | • To the extent it may be related to the named parties in interest, Farm Credit Bank of Texas is a former client (closed 2020). |
| *Five9, Inc.* | Contract Counterparties (includes patents and intellectual property)<br>and<br>Utility Providers/Utility Brokers | • *Five9, Inc.* is a current client. |
| *FleetCor Technologies, Inc.* | Significant Customers | • *FleetCor Technologies, Inc.* is a current client. |
| Fortis Advisors LLC | Contract Counterparties (includes patents and intellectual property) | • Parent company *The PNC Financial Services Group, Inc.* is: (a) a current client; and (b) the employer of an individual who is a current client;<br><br>• Affiliate companies *PNC Bank, N.A.*, *PNC ARHPF 1 G.P., LLC*, *PNC Capital Markets LLC*, *PNC Real Estate Tax Credit Capital Fund 68, Inc.* and *PNC TC, LLC* are current clients; and |

4

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate companies PNC Real Estate Tax Credit Capital Fund 67, Inc. (closed 2020); PNC Investment Company LLC (closed 2021); and PNC Real Estate Tax Credit Capital Institutional Fund 64, LLC and PNC ARHPF Fund 2 Managing Member, LLC (both closed 2022) are former clients. |
| Fusion Cloud Services LLC | Vendors/Suppliers (includes critical, foreign, common carriers, shippers, warehousemen, customs duties, brokers charges, facilities provider, etc.) | • Parent company BCHI Holdings LLC and affiliate company Birch Communications, Inc. are former clients (both closed 2020). |
| Georgia Department of Revenue<br><br>Fulton County, Georgia Tax Commissioner | Taxing Authorities (Federal, State, Local); Trust Fund, Use Property, Franchise Sales)<br><br>UCC Search Results/UCC Lien Search Results | • Georgia state-governed entity **Municipal Electric Authority of the State of Georgia** is a current client. |
| Google Duo<br><br><br><br><br>Google Workspace | Vendors/Suppliers (includes critical, foreign, common carriers, shippers, warehousemen, customs duties, brokers charges, facilities provider, etc.)<br><br>Top 30 Unsecured Creditors | • Parent company **Google LLC** and affiliate companies **Google Canada Corporation**, **Google Asia Pacific Pte Ltd.**, **Google Australia Pty Ltd.**, **Google México, S. de R.L. de C.V.** and **Google Germany GmbH** are current clients. |
| **JPMorgan Chase Bank, N.A.** | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | • **JPMorgan Chase Bank, N.A.** and affiliate companies **JPMorgan AG**, **JPMorgan Chase Bank, N.A., London Branch**, **JPMorgan Securities LLC** and **JPMorgan Securities Plc** are current clients;<br><br>• Parent company **JPMorgan Chase & Co.** is: (a) a current client; (b) the employer of an individual who is a current client; (c) a member of a current ad hoc group representation of unsecured noteholders; (d) a member of a current joint defense group; (e) a stockholder of Nine Point Energy Holdings, Inc., the parent company |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | of former client Nine Point Energy LLC (closed 2022); and (f) the employer and indemnitor for an individual who is a former client (closed 2020); |
| | | • Affiliated entity JPMorgan Chase Retirement Plan Brigade Bank Loan is a member of a former group representation of lenders and noteholders closed in 2020; |
| | | • Affiliated entity JPMorgan Chase Retirement Plan Brigade is a member of two former group representations of lenders and noteholders closed in 2020 and 2022, respectively; |
| | | • **JPMorgan Securities LLC** (with respect only to its credit trading group) is a significant equity holder of former client Nine Point Energy LLC (closed 2022); and |
| | | • Affiliate companies JPMorgan Private Bank, et al. and JPMorgan Whitefriars, Inc. (both closed 2021); and JPMorgan Trust Company of Delaware (closed 2022) are former clients. |
| KLD Discovery Ontrack LLC, d/b/a KLDiscovery, Inc. | 30 Top Unsecured Creditors | • Parent company **The Carlyle Group, Inc.** (f/k/a The Carlyle Group LP) is: (a) a current client; and (b) the parent of Project Diamant Bidco AG, a stockholder of current client **KAP AG**; |
| | | • Affiliate companies **Carlyle Global Credit Investment Management LLC**, **NEP Supershooters, L.P.**, **BMC Holdings, L.P.** and **Sedgewick International UK** are current clients; |
| | | • Affiliate companies Carlyle Group Management LLC and Carlyle Investment Management LLC (both closed 2022) and CETP III Advisor S.a.r.l. (closed 2020) are former clients; |
| | | • Affiliate company Claren Asset Management LLC is a member of a current ad hoc group representation of bondholders; |
| | | • Affiliate companies Carlyle Energy Coinvestment III, L.P. and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | Carlyle/Riverstone Global Energy and Power Fund III, L.P. are stockholders of current client **Foresight Reserves, L.P.**; and<br><br>• Affiliate company Carlyle Group, Inc. is a stockholder of current client **Medline Industries L.P.** |
| KPMG LLP | Debtors' Professionals (law firms, accountants and other professionals) | • KPMG LLP is: (a) a former client (closed 2021); (b) the employer of an individual who is a current client in his capacity as a member of a joint liquidators group; and (c) the employer of an individual who is a former client (closed 2020);<br><br>• Affiliate company **KPMG Australia** is a current client;<br><br>• Affiliate companies KPMG Australia Technology Solutions Pty Limited (closed 2020); and KPMG Australia Investments (Holdings ) Pty Ltd., KPMG Australia IP Holdings Pty Ltd. and KPMG Australian Services Pty Ltd., et al. (all closed 2021) are former clients; and<br><br>• Affiliate company KPMG Eastern Caribbean is: (a) the employer of an individual who is a current client in his capacity as Interim Receiver/Receiver and Manager of a company; and (b) the employer of an individual or individuals who are current clients as members of a joint liquidators group; |
| Macquarie (name as given) | Contract Counterparties (includes patents and intellectual property) and Lenders, Noteholders, Administrative Agents and Indenture Trustees | • Parent company **Macquarie Capital (USA), Inc.** is (a) a current client; (b) a shareholder of former client Peel Logistics General Partner Limited (closed 2021); and (c) a shareholder of former client Modern Media Acquisition Corp. (closed 2020);<br><br>• Affiliate companies **Macquarie Telecom Group Limited**, **Macquarie European Infrastructure Fund 7 SCSp**, **Macquarie Capital (Singapore) Pte. Limited**, **Macquarie International Finance Limited**, **Macquarie Energy LLC**, |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | *Macquarie GIG Renewable Energy Fund 2 SCSp*, *Macquarie Infrastructure and Real Assets Investments Limited*, *Macquarie International Limited*, *Macquarie Infrastructure and Real Assets (Europe) Limited*, *Macquarie Global Infrastructure Fund II A*, *Macquarie Global Infrastructure Fund II B*, *Macquarie Global Infrastructure Funds 2 S.a.r.l.*, *Macquarie Capital Asia Technology Investments Holdings GP, Ltd.*, *Macquarie European Infrastructure Fund 6 SCSp*, *Macquarie Capital Securities (Japan) Limited*, *Macquarie Asean Technology Investments Holdings, L.P.*, *Macquarie Asean Technology Investments Holdings GP, Ltd.*, *Macquarie Specialised Asset Management 2 Limited*, *Macquarie Specialised Asset Management Limited* and *Macquarie Euro Limited* are current clients; <br><br> • Affiliate company *Macquarie Corporate Holdings Pty Ltd.* is: (a) a current client; and (b) a stockholder of current client *Greystar Asia Pacific Pte Ltd.* <br><br> • Affiliate company Macquarie Strategic Storage Facilities Holdings S.a.r.l. is: (a) a former client (closed 2021); and (b) the immediate parent company of current client *MacqPisto SAS*; <br><br> • Affiliate company Macquarie Super Core Infrastructure Fund (MSCIF) is the immediate parent company of current client *MSCIF SD Holdings S.a.r.l.*; <br><br> • Affiliated entity The Trust Company Limited, En SA Qualite de Depositare De Macquarie Specialised is a stockholder of current client *MGIF2 LV S.a.r.l.*; <br><br> • Affiliate company Macquarie Group Ltd. is: (a) the ultimate parent company of former client GLL Real Estate Partners GmbH (closed 2020); (b) a joint venture partner in former client México Tower Partners, S.A.P.I. de C.V. (closed 2021); and (c) a joint venture owner of M.D. Sass- |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | Macquarie Financial Strategies L.P., the parent company of former client Amerra Capital Management (closed 2021);<br><br>• Affiliate company Macquarie Real Estate Investment Holding (Australia) Pty Ltd. is a 50% owner of Investa Office Management Holdings Pty Ltd., the parent company of former client Investa Office Management Pty Limited (closed 2021); and<br><br>• Affiliate companies Macquarie (UK) Group Services Limited and Macquarie Energy Trading Limited (both closed 2022); Macquarie Bank Limited (London Branch) (closed 2021); and Macquarie Bank Limited (closed 2020) are former clients. |
| LexisNexis Risk Solutions FL, Inc. | Contract Counterparties (includes patents and intellectual property) | • Parent company RELX Group Plc and affiliate company RELX, Inc. are former clients (both closed 2020). |
| *MasterCard International Incorporated* | Contract Counterparties (includes patents and intellectual property) | • ***MasterCard International Incorporated***, parent company ***Mastercard, Inc.***; and affiliate companies ***MasterCard UK Management Services Limited***, ***Mastercard / Europay UK Limited***, ***Mastercard Europe S.A.***, ***MasterCard Jupiter Investments Srl*** and ***Mastercard Europe Services Limited*** are current clients; and<br><br>• Affiliate company Mastercard Asia/Pacific Pte Ltd. is a former client (closed 2020). |
| New York City Department of Finance<br><br>New York State Department of Finance | Taxing Authorities (Federal, State, Local); Trust Fund, Use Property, Franchise Sales) | • The ***City of New York*** is a current client;<br><br>• Several affiliated New York City Police and Fire pension and retirement systems and the Teachers' Retirement System of the City of New York are members of a former ad hoc group representation of bondholders closed in 2022; and<br><br>• City of New York Group Trust is a member of a former group representation of lenders closed in 2020. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| New York Life<br><br>New York Life (f/k/a Cigna) | Benefits Providers (Workers' Compensation, Pension Plans, Third Party Administrators) | • Affiliate company **Candriam Luxembourg** is a current client;<br><br>• Affiliate company Madison Capital Funding LLC is a former client (closed 2020); and<br><br>• New York state-governed entity, New York State Common Retirement Fund is the parent of current client **Surgard Self Storage SA**. |
| North Carolina Department of Revenue | Taxing Authorities (Federal, State, Local); Trust Fund, Use Property, Franchise Sales) | • North Carolina state-governed entity, **North Carolina Central University School of Law**, is a current client; and<br><br>• North Carolina state-governed entity, University of North Carolina, is the parent of current client **UNC Health Care System**. |
| Optum Bank | Benefits Providers (Workers' Compensation, Pension Plans, Third Party Administrators) | • Affiliate company, Optum Ventures, is an investor in former client LetsGetChecked Inc. (closed 2021). |
| Pennsylvania Department of Revenue | Taxing Authorities (Federal, State, Local); Trust Fund, Use Property, Franchise Sales) | • Pennsylvania state-governed entities **Temple University** and **University of Pittsburgh** are current clients;<br><br>• Pennsylvania state-governed entity **The Pennsylvania State University** is: (a) a  current client; and (b) the ultimate parent of current client **Milton S. Hershey Medical**; and<br><br>• A Jones Day lawyer has a teaching position at Pennsylvania state-governed entity University of Pittsburgh School of Law. |
| PharmaCentra LLC | Contract Counterparties (includes patents and intellectual property) | • Affiliate company **Integrated Power Services Holdings, Inc.** is a current client. |
| Redwood Growth Capital LLC | Contract Counterparties (includes patents and intellectual property) | • Affiliate company **Redwood Drawdown Master Fund, L.P.** is a client in a current group representation of  lenders;<br><br>• Affiliate company **Redwood Master Fund Ltd.** is: (a) a client in a current group |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | representation of lenders; (b) a client in a current group representation of bondholders; and (c) a former client in a former investor group representation closed in 2021;<br><br>• Affiliate company **Redwood Capital Management LLC** is a client in a current group representation of bondholders; and<br><br>• Affiliate companies Redwood Drawdown Master Fund II, L.P. and Redwood Opportunity Master Fund, Ltd. are former clients in a former investor group representation closed in 2021. |
| Roadie | Affiliations of Former Officers and Directors (as of last day with the company) | • Parent company **United Parcel Service (UPS)** is: (a) a current client; and (b) the parent company of former client Marken Limited (closed 2021);<br><br>• Affiliate company **UPS Capital Corporation** is a current client; and<br><br>• Affiliate company UPS Group Trust is a member of a former ad hoc group representation of lenders closed in 2022. |
| SoftBank PriceVille Investments, L.P.<br><br>Softbank Vision Fund (AIV M2) L.P. | Significant Shareholders (more than 5% of equity) | • Affiliate company Sprint Corporation is a former client (closed 2020). |
| Sound Point Capital Management, L.P. | Contract Counterparties (includes patents and intellectual property) | • Sound Point Capital Management, L.P. is: (a) a member of a former lender group representation closed in 2020; and (b) a member of a former ad hoc group representation of term lenders closed in 2022. |
| **Strategic Elements LLC** | Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation | • **Strategic Elements LLC** is a current client. |
| **U.S. Bank, N.A.** | UCC Search Results/UCC Lien Search Results and | • **U.S. Bank, N.A.**, parent company **U.S. Bancorp**; and affiliate companies **U.S. Bancorp Investments, Inc.**, **U.S. Bank Trust Company, National Association** and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | Lenders, Noteholders, Administrative Agents and Indenture Trustees | *U.S. Bank Corporate Trust Services* are current clients. |
| Willis Towers Watson US LLC | Vendors/Suppliers (includes critical, foreign, common carriers, shippers, warehousemen, customs duties, brokers charges, facilities provider, etc.) | • Affiliate company *Towers Watson Netherlands B.V.* is a current client. |
| Wilmington Savings Fund Society, FSB | UCC Search Results/UCC Lien Search Results | • Wilmington Savings Fund Society, FSB is a former client (closed 2021); and<br>• Parent company *WSFS Financial Corporation* is a current client. |
| *Xact Data Discovery* (a/k/a *Xcellence, Inc.* | Contract Counterparties (includes patents and intellectual property) | • *Xact Data Discovery* (a/k/a *Xcellence, Inc.*) is a current client. |
| XL Specialty Insurance Company | Insurance/Insurance Providers | • Affiliate companies *AXA Home Loan SFH* and *AXA Banque* are current clients;<br>• Affiliate company Vendome Immobilier Commercial is a 50% owner of current client *Hauteville 2011*; and<br>• Affiliate company ESI One is a joint venture partner in former client Siresa House SL (f/k/a Mirtocan Spain SL) (closed 2021). |