# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

**To: Richards, Layton & Finger**
*One Rodney Square*
*920 N. King Street*
*Wilmington, DE 19899*

**RE:** *Kabbage, Inc.*
*22−10951*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **11/10/2022** at **1:00 p.m.** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 10/20/2022 and file the Notice and Certificate of Service with the Court no later than 10/27/2022.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 10/14/22

*Una O'Boyle*

Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 22-10951-CTG |
| Kabbage, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 14, 2022 | Form ID: van472 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kabbage, Inc., 925B Peachtree Street, NE, Suite 383, Atlanta, GA 30309-3918 |
| aty | | Candace Arthur, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | | Chase Bentley, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | | Elizabeth A. Ruocco, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | | Natasha S. Hwangpo, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | | Ray C. Schrock, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Theodore E. Tsekerides, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alastair Gesmundo | on behalf of Interested Party United States of America Alastair.M.Gesmundo@usdoj.gov |
| Amanda R. Steele | on behalf of Debtor Kabbage  Inc. steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Anthony W. Clark | on behalf of Interested Party Board of Directors of Kabbage  Inc. Anthony.Clark@gtlaw.com, zerber@gtlaw.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 14, 2022 | Form ID: van472 | Total Noticed: 7 |

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Canada Holdings  LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage  Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Asset Funding 2019-A LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Asset Securitization LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Diameter  LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Asset Funding 2017-A LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David Bruce Kurzweil
    on behalf of Interested Party Board of Directors of Kabbage  Inc. kurzweild@gtlaw.com, brattons@gtlaw.com;thompsonmich@gtlaw.com;wagnerje@gtlaw.com

Dennis A. Meloro
    on behalf of Interested Party Board of Directors of Kabbage  Inc. melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

John J. Monaghan
    on behalf of Creditor Customers Bank bos-bankruptcy@hklaw.com

Lisa M. Schweitzer
    on behalf of Interested Party Federal Reserve Bank of San Francisco lschweitzer@cgsh.com maofiling@cgsh.com

Matthew P. Milana
    on behalf of Debtor Kabbage  Inc. milana@rlf.com

Pauline K. Morgan
    on behalf of Interested Party Federal Reserve Bank of San Francisco pmorgan@ycst.com

Reliable Companies
    gmatthews@reliable-co.com

Richard L. Schepacarter
    on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov

Rosa Sierra-Fox
    on behalf of U.S. Trustee U.S. Trustee rosa.sierra@usdoj.gov rosa.sierra-fox@usdoj.gov

Ryan M. Bartley
    on behalf of Interested Party Federal Reserve Bank of San Francisco bankfilings@ycst.com

Scott D Jones
    on behalf of Creditor Insperity  Inc. scott.jones@cousins-law.com, kmccloskey@bayardlaw.com

Scott D. Cousins
    on behalf of Creditor Insperity  Inc. scott.cousins@cousins-law.com

Sean T. Greecher
    on behalf of Interested Party Federal Reserve Bank of San Francisco sgreecher@ycst.com

U.S. Trustee
    USTPRegion03.WL.ECF@USDOJ.GOV

William A. Hazeltine
    on behalf of Creditor Customers Bank Bankruptcy001@sha-llc.com

Zachary I Shapiro
    on behalf of Debtor Kabbage  Inc. shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor Kabbage Asset Funding 2019-A LLC shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor Kabbage Diameter  LLC shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor Kabbage Canada Holdings  LLC shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Zachary I Shapiro

District/off: 0311-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 14, 2022 | Form ID: van472 | Total Noticed: 7

Zachary I Shapiro

    on behalf of Debtor Kabbage Asset Funding 2017-A LLC shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

    on behalf of Debtor Kabbage Asset Securitization LLC shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

TOTAL: 30