# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors. | (Jointly Administered) |
|  | Re: Docket No. 114 |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| December 7, 2022 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 3rd Floor, Courtroom 7<br>Wilmington, Delaware 19801 |

**Dated: October 18th, 2022**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 28113968v.1