IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 12, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Interim NOL Order and Approved Procedures**[2]

Dated: October 18, 2022

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 18th day of October, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] A copy of the Notice is attached hereto as **Exhibit C**.

# **<u>EXHIBIT A</u>**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Amazon Webservices | Attn: David A. Zapolsky, General Counsel<br>410 Terry Ave<br>North Seattle, WA 98108 | davidz@amazon.com<br>zapolsky@amazon.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | American Express Kabbage Inc. | Attn: Tara Ralani, Senior Manager<br>730 Peachtree St NE, #1100<br>Atlanta, GA 30308 | Tara.e.rajani@aexp.co | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Biz2X LLC | Attn: Shweta Mohan<br>One Penn Plaza, Ste 4530<br>New York, NY 10119 | shweta.mohan@biz2credit.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Box, Inc. | Attn: David Leeb, Chief Legal Officer<br>Attn: Jason Silapachai<br>900 Jefferson Ave<br>Redwood City, CA 94063 | jsilapachai@box.com | Email<br>First Class Mail |
| Federal Reserve Bank | Cleary Gottlieb | Attn: Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com | Email<br>First Class Mail |
| *NOA - Counsel to the Federal Reserve Bank of San Francisco | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M. Schweitzer<br>Attn: Kristin Corbett<br>Attn: Richard Minott<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com<br>kcorbett@cgsh.com;<br>rminott@cgsh.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Corporation Service Company | Attn: Kevin Hunter<br>Attn: Jessica Mullenix Woodward<br>251 Little Falls Dr<br>Wilmington, DE 19808 | UCCSPREP@cscglobal.com<br>jessica.woodward@cscgfm.com | Email<br>First Class Mail |
| *NOA - Counsel to Insperity, Inc. | Counsins Law LLC | Attn: Scott D. Cousins<br>Attn: Scott D. Jones<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801 | scott.cousins@cousins-law.com<br>scott.jones@cousins-law.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Cross River Bank | Attn: Arlen Gelbard, General Counsel<br>400 Kelby St<br>Fort Lee, NJ 07024 | agelbard@crossriverbank.com | Email<br>First Class Mail |
| Cross River Bank | Cross River Bank | Attn: Gilles Gade, President<br>400 Kelby St<br>Fort Lee, NJ 07024 | ggade@crossriverbank.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Jennifer Petsu<br>Attn: Andrew Sachs<br>701 Reading Ave<br>West Reading, PA 19611 | jpetsu@customersbank.com<br>asachs@customersbank.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Sam Sidhu, COO<br>1015 Penn Ave, Ste 103<br>Wyomissing, PA 19610 | ssidhu@customersbank.com | Email<br>First Class Mail |
| Customers Bank | Customers Bank | Attn: Andrew Sachs<br>Attn: Sam SidhuCOO & General Counsel<br>701 Reading Ave<br>West Reading, PA 19611 | ssidhu@customersbank.com<br>asachs@customersbank.com | Email<br>First Class Mail |
| Taxing Authorities | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 French St<br>Wilmington, DE 19801 | | First Class Mail |
| Taxing Authorities | Delaware Division of Revenue/Bankruptcy Service | Attn: Bankruptcy Administrator<br>Carvel State Building<br>820 N French St, 8th Fl<br>Wilmington, DE 19801 | | First Class Mail |
| Taxing Authorities | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| Federal Reserve Bank | Federal Reserve Bank of Minneapolis | Attn: Tavis J. Morello<br>90 Hennepin Ave<br>Minneapolis, MN 55401 | Tavis.Morello@mpls.frb.org | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management<br>Attn: Braden Parker<br>Attn: Wallace Young<br>101 Market St, MS 830<br>San Francisco, CA 94105 | Braden.Parker@sf.frb.org;<br>wallace.young@sf.frb.org | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | c/o Cleary Gottlieb<br>Counsel to Federal Reserve<br>Attn: Lisa Schweitzer<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105 | | First Class Mail |
| Federal Reserve Bank | Federal Reserve Bank of San Francisco | Attn: Avery Belka<br>101 Market St<br>San Francisco, CA 94105 | Avery.Belka@sf.frb.org | Email<br>First Class Mail |
| Government Agencies | Federal Trade Commission | Attn: Marguerite Moeller<br>Attn: Michael Boutros<br>Attn: Hans Clausen<br>Attn: Alan Bakowski<br>225 Peachtree St, Ste 1500<br>Atlanta, GA 30303 | mmoeller@ftc.gov<br>mboutros@ftc.gov<br>hclausen@ftc.gov<br>abakowski@ftc.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Trade Commission | Attn: Marguerite Moeller<br>Attn: Alan Bakowski<br>600 Pennsylvania Ave NW<br>Washington, DC 20580 | mmoeller@ftc.gov<br>abakowski@ftc.gov | Email<br>First Class Mail |
| Advisor to Shareholders | Fortis Advisors | Attn: Courtney Nothaus, Associate, Compliance & Client Relations<br>12526 High Bluff Dr #280<br>San Diego, CA 92130 | Email Address Redacted | Email<br>First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Goodwin Procter LLP | Attn: Dondi Dancy<br>601 Marshall St<br>Redwood City, CA 94063 | ddancy@goodwinlaw.com | Email<br>First Class Mail |
| Advisor to Shareholders | Goodwin Procter LLP | Attn: Kimberly Larie<br>Attn: Nathan Hagler<br>Attn: Adam Slusky<br>100 Northern Ave<br>Boston, MA 02210 | KLarie@goodwin.com<br>NHagler@goodwin.com<br>ASlutsky@goodwin.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Google LLC | Attn: Kent Walker, Chief Legal Officer<br>Attn: Cody Bowlay<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | | First Class Mail |
| *NOA - Counsel to The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: Anthony W. Clark<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Anthony.Clark@gtlaw.com<br>melorod@gtlaw.com | Email |
| *NOA - Counsel to The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: Brian E. Greer<br>One Vanderbilt Avenue<br>New York, NY 10017 | greerb@gtlaw.com | Email |
| *NOA - Counsel to The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: David B. Kurzweil<br>Attn: Matthew A. Petrie<br>Terminus 200<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305 | kurzweild@gtlaw.com<br>petriem@gtlaw.com | Email |
| NOA - Counsel to Customer Bank | Holland & Knight LLP | Attn: John J. Monaghan<br>10 St. James Ave., 11th Fl<br>Boston, MA 02116 | john.monaghan@hklaw.com | Email<br>First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-73<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC, and Candice Worthy, individually and as putative plaintiffs on behalf of the proposed class | c/o The Finley Firm, P.C.<br>Attn: MaryBeth V. Gibson, Esq.<br>Piedmont Center, 3535 Piedmont Rd<br>Bldg 14, Ste 230<br>Atlanta, GA 30305 | MGibson@thefinleyfirm.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC, and Candice Worthy, individually individually and as putative plaintiffs on behalf of the proposed class | c/o White & Williams, LLP<br>Attn: Shane R. Heskins, Esq.<br>Attn: Justin E. Proper, Esq.<br>1650 Market St<br>One Liberty Pl, Ste 1800<br>Philadelphia, PA 19103 | heskins@whiteandwilliams.com<br>properj@whiteandwilliams.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | KLDiscovery Ontrack, LLC | Attn: Dale Drury<br>8201 Greensboro Dr, Ste 300<br>McLean, VA 22102 | Dale.Drury@kldiscovery.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Lanier Parking Solutions I, LLC d/b/a Reef Parking | Attn: Elliot Roby<br>730 Peachtree St, Mailbox #35<br>Atlanta, GA 30308 | Elliott.roby@reefparking.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Libra Risk Management | Attn: Ian Cox<br>12 Howard Ave<br>Foxborough, MA 02035 | icox@kservicecorp.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Major, Linsey & Africa / Allegis Group Holdings Inc. | Attn: Michael A. Albino, Practice Lead<br>7301 Parkway Dr<br>Hanover, MD 21076 | malbino@mlaglobal.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Microsoft | Attn: Hossein Nowbar, General Counsel<br>One Microsoft Way<br>Redmond, WA 98052 | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Moore Colson | Attn: Sarah Parker<br>600 Galleria Pkwy SE, Ste 600<br>Atlanta, GA 30339 | Sparker@moorecolson.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | MorganFranklin Consulting, LLC | Attn: Timothy Keefe<br>7900 Tysons One Pl, Ste 300<br>McLean, VA 22102 | tim.keefe@morganfranklin.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Option 1 Partners LLC | Attn: Jackie Flake<br>5815 Windward Parkway, Ste 302<br>Alpharetta, GA 30005 | jackie@option1partners.com | Email<br>First Class Mail |
| Debtors' Counsel | Richards, Layton & Finger, PA | Attn: Daniel J. DeFranceschi<br>Attn: Amanda R. Steele<br>Attn: Zachary I. Shapiro<br>Attn: Matthew P. Milana<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | defranceschi@rlf.com<br>steele@rlf.com<br>shapiro@rlf.com<br>milana@rlf.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | RSM US LLP | Attn: Ben Brockman<br>30 South Wacker Drive, Ste 3300<br>Chicago, IL 60606 | Ben.Brockman@rsmus.com | Email<br>First Class Mail |
| Government Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Securities and Exchange Commission | Securities & Exchange Commission | New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Slack Technologies, LLC | Attn: David Schellhase, General Counsel<br>500 Howard St<br>San Francisco, CA 94105 | | First Class Mail |
| Government Agencies | Small Business Administration | 409 3rd St SW<br>Washington, D.C. 20416 | | First Class Mail |
| Government Agencies | Small Business Administration | Attn: Susan Streich<br>Attn: Christine Nell<br>Attn: Eric S. Benderson<br>409 3rd St SW, Ste 7211<br>Washington, D.C. 20416 | susan.streich@sba.gov<br>christine.nell@sba.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Small Business Bureau | Attn: Susan Streich<br>Attn: Eric Benderson<br>409 3rd St SW, Ste 7211<br>Washington, DC 20002 | susan.streich@sba.gov<br>eric.benderson@sba.gov | Email<br>First Class Mail |
| Attorneys General | State of Delaware Attorney General | Office of the Attorney General<br>Attn: Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| NOA - Counsel to Customer Bank | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 N Market St, Ste 420<br>Wilmington, DE 19801 | whazeltine@sha-llc.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Thomas E. Austin Jr., LLC | Attn: Thomas E. Austin Jr<br>2625 Piedmont Rd NE, Ste 56-330<br>Atlanta, GA 30324 | taustin@taustinlaw.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | TKCG, Inc. | Attn: Lisa Williams, Executive VP<br>981 Joseph Lowery Blvd NW, Ste 100<br>Atlanta, GA 30318 | williams@trevelinokeller.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Transunion Risk And Alternative Data Solutions | Attn: Steven Littman<br>4530 Conference Way South<br>Boca Raton, FL 33431 | steven.littman@transunion.com | Email<br>First Class Mail |
| US Attorney | U.S. Attorney's Office | Eastern District of Texas, Civil Division<br>Attn: Betty Young<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | Betty.Young@usdoj.gov | Email<br>First Class Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Brian.LaMacchia@usdoj.gov | Email<br>First Class Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Diane Seol<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Diane.Seol@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the District of Massachusetts | Attn: Sarah Loucks, Esq.<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | sarah.e.loucks@usdoj.gov<br>brian.lamacchia@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the Eastern District of Texas Civil Division | Attn: Betty Young, Esq.<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | betty.young@usdoj.gov | Email<br>First Class Mail |
| Government Agencies | U.S. Department of Justice | Civil Division, Commercial Litigation Branch, Fraud Section<br>Attn: Sarah Loucks<br>175 N Street NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov | Email<br>First Class Mail |
| NOA - Counsel for the United States of America | U.S. Department of Justice | Attn: Alastair M. Gesmundo<br>P.O. Box 875<br>Civil Division<br>Ben Franklin Station<br>Washington, D.C. 20044 | Alastair.M.Gesmundo@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section | Attn: Sarah Loucks, Esq.<br>Attn: Alastair M. Gesmundo<br>175 N St NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov<br>Alastair.M.Gesmundo@usdoj.gov | Email<br>First Class Mail |
| Government Agencies | U.S. Small Business Administration | Attn: Edward Ledford, Deputy Director, Office of Credit Risk Management<br>409 Third St SW, 8th Fl<br>Washington, DC 20416 | edward.ledford@sba.gov | Email<br>First Class Mail |
| Attorneys General | United States Attorney General | Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, D.C. 20530 | | First Class Mail |
| US Trustee | United States Trustee | Attn: Richard L. Schepacarter<br>Attn: Rosa Sierra-Fox<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov;<br>rosa.sierra@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | URS Technologies Solutions LLC | Attn: Mukesh Chamedia<br>1100 Green St, Ste 203<br>Iselin, NJ 08830 | mukesh@blucognition.com | Email<br>First Class Mail |
| US Attorney | US Attorney for the District of Delaware | Attn: David C. Weiss<br>Hercules Bldg<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Vaco LLC | Attn: Shannon Gwinner<br>115 Perimeter Center Place NE, Ste 950<br>Atlanta, GA 30346 | sgwinner@vaco.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Vital Outsourcing Services Inc. | Attn: Ken Braddock<br>4775 Peachtree Industrial Blvd, Ste 310<br>Berkley Lake, GA 30092 | kbraddock@vitasolutions.net | Email<br>First Class Mail |
| Debtors' Counsel | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock<br>Atttn: Natasha S. Hwangpo<br>Attn: Chase A. Bentley<br>767 Fifth Ave<br>New York, NY 10153 | ray.schrock@weil.com;<br>natasha.hwangpo@weil.com;<br>chase.bentley@weil.com | Email |
| Government Agencies | Wilmington Savings Fund Society, FSB | As the Trustee of Small Business Loan Asset Trust<br>500 Delaware Ave, 11th Fl<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel to the Federal Reserve Bank of San Francisco | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan<br>Attn: Sean Greecher<br>Attn: Ryan M. Bartley<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>sgreecher@ycst.com;<br>rbartley@ycst.com | Email |
| Federal Reserve Bank | Young Conaway Stargatt & Taylor, LLP. | Attn: Pauline K. Morgan<br>Attn: Ryan M. Bartley<br>Attn: Sean T. Greecher<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>rbartley@ycst.com<br>sgreecher@ycst.com | Email |

# **EXHIBIT B**

Case 22-10951-CTG    Doc 116    Filed 10/18/22    Page 7 of 14

**Exhibit B**
Service List

| Description | Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Stockholder | Abhishek Singh | Address Redacted | | | | | First Class Mail |
| Stockholder | Adam Nash | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | adamnash@cs.stanford.edu | Email; First Class Mail |
| Stockholder | Adam Nash | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | adamnash@cs.stanford.edu | Email; First Class Mail |
| Stockholder | Aditya Ray | Address Redacted | | | | | First Class Mail |
| Stockholder | Ahmet Bakan | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Alexander Gillette | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Alexis Liatis | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Alexis Ordini | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Alfredo Jimenez | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Alfredo Jimenez | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Allison Lilly | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Amanda C Hurtt | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Amrit Ravuri | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Amy M Zimmerman | Address Redacted | | | | | First Class Mail |
| Stockholder | Andres Thomas | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Andrew Bouton | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Andrew Meadows | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Andrew Meadows | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Andrew Stamps | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Anish Khobragade | Address Redacted | | | | | First Class Mail |
| Stockholder | Anna Maiolo | Address Redacted | | | | | First Class Mail |
| Stockholder | Anthony Mannino | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Anthony Mannino | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Arun Velagapalli | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Ashley Petrilli | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Azba Habib | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Bennu Holdings Limited Co | 2 Ravinia Dr, Ste 700 | Atlanta, GA 30346 | | | rfrohwein@kabbage.com | Email; First Class Mail |
| Stockholder | Blue Run Ventures Iv, LP | Attn: Jonathan Ebinger | 545 Middlefield Rd, Ste 250 | Menlo Park, CA 94025 | | jebinger@brv.com | Email; First Class Mail |
| Stockholder | Boland Jones | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Brad Evan Major | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Brad Evan Major | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Brandon S Carter | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Brian Gordon | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Brian Reene | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Bruce Hack & Jayma Meyer Hack | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Brv Opportunities Fund, LP | 545 Middlefield Rd, Ste 250 | Menlo Park, CA 94025 | | | jebinger@brv.com | Email; First Class Mail |
| Stockholder | Bryceton F O'Neal | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Caitlyn Arnold | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Caleb Dagenhart | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Campbell Kraft | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Carlos Abreu | Address Redacted | | | | | First Class Mail |
| Stockholder | Caroline Ebinger | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Caroline Ebinger | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Caroline Howatt | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Caroline Howatt | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Carrianne Mccormack | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Cathleen A Donoghue | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Cathleen A Donoghue | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Celtic Investment Inc | 268 S State St, Ste 300 | Salt Lake City, UT 84111 | | | epetersen@celticbank.com | Email; First Class Mail |
| Stockholder | Charles Brooks | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Charles C O'Neal | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Charles E Koob | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Cheryl Buck | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Chevis Patterson | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Chevis Patterson | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Chris Heisel | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Christina Chan | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Christopher Fowlkes | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Clinton Dugan | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Colin Waldman | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Craig Alexander | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Curieux Limited Co | 2 Ravinia Dr, Ste 700 | Atlanta, GA 30346 | | | rfrohwein@kabbage.com | Email; First Class Mail |
| Stockholder | Daniel Baute | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | Daniel Geller | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Daniel Geller | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | David Bonderman | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | David Hsu | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | David Liles | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |
| Stockholder | David Moon | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | David Moon | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Dechomai Asset Trust | 3713 Pine St | Jacksonville, FL 32205 | | | | First Class Mail |
| Stockholder | Dla Piper Venture Fund 2008, LLC | 2000 University Ave E | Palo Alto, CA 94303 | | | peter.astiz@dlapiper.com | Email; First Class Mail |
| Stockholder | Dla Piper Venture Fund 2011, LLC | 2000 University Ave E | Palo Alto, CA 94303 | | | peter.astiz@dlapiper.com | Email; First Class Mail |
| Stockholder | Donna Hanson | Address Redacted | | | | | First Class Mail |
| Stockholder | Edward D Riefkohl | Address Redacted | | | | Email Address Redacted | Email; First Class Mail |

**Exhibit B**
Service List

| Description | Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Stockholder | Elizabeth Atkins | Address Redacted | | | | Email Address Redacted | Email |
| Stockholder | Elizabeth Meeker | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Elizabeth Meeker | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Eric Bunting | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Eric Nalbone | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Erich Hansen | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Evergreen Extension Holdings LLC | 183 Centre St | New York, NY 10013 | | | | First Class Mail |
| Stockholder | Fareeha Sufder | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Fareeha Sufder | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | FashionmallCom, Inc | 774 Mays Blvd, Ste 6-259 | Incline Village, NV 89451 | | | ben.narasin@gmail.com | Email First Class Mail |
| Stockholder | Forest A Skaggs | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Frank B & Paula A Mcgowan | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Frank Bishop | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Frank JB Varallo Revocable Trust | 2 Union Sq, Ste 1100, Tallan Bldg | Chattanooga, TN 37402 | | | freddecosimo@decosimo.com | Email First Class Mail |
| Stockholder | Gene Hoffman | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Gregory Kenith | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | H Barton Co-Invest Fund, LLC | 2882 Sand Hill Rd, Ste 241 | Menlo Park, CA 94025 | | | harris@bartonam.com | Email First Class Mail |
| Stockholder | Hard Yaka | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Henry Mellon | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Herb Biggers | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Hitesh Patel | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Intelligent Systems Corporation | 4355 Shackleford Rd | Norcross, GA 30093 | | | leland@intelsys.com | Email First Class Mail |
| Stockholder | Jacob Burkhardt | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Jacob Landsman | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | James C Thompson | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | James Mckelvey | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | James Mckelvey | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Jason Dell | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Jason Dell | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Jennifer Richard-Straus | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Jeremy Johnson | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Jessica Wrenn | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Jessica Wrenn | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Jewish Community Federation & Endowment Fund | 121 Steuart St | San Francisco, CA 94105 | | | | First Class Mail |
| Stockholder | John Cunningham | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | John Cunningham | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | John Hussar | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Jon H Hoffmann | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Jonathan P Parise | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Jonathan R Ebinger & Mary Louise Ebinger | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Joni Winston | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Josh & Lara Tolchin | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Joshua Bennett | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Joshua M Johnson | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Joshua Propp | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Justin Williams | Address Redacted | | | | | First Class Mail |
| Stockholder | Kangyuan Zhu | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Katherine Garstin | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Kathryn Petralia | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Kaustav Das | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Kevin Phillips | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Kevin Skibbe | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Kevin Skibbe | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |
| Stockholder | Kinder Investments, LP | 44 Wall St, 2nd Fl | New York, NY 10005-2421 | | | dperlysky@gmail.com | Email First Class Mail |
| Stockholder | Kiril Staikov | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Kjre Jenkins Eidson | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Kk Srinivasan | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Kludein Fund I, LLC | 855 El Camino Real, Ste 13A-385 | Palo Alto, CA 94301 | | | sr@s12n.com | Email First Class Mail |
| Stockholder | Kofi Asirifi | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Kokeitha C Kirkpatrick | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Krishna Kumar Srinivasan | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Kristen Riefkohl | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Krystal Mincey | 1420 Village Creek Cir SE | Atlanta, GA 30316 | | | StarrMin@aol.com | Email First Class Mail |
| Stockholder | Lancaster Advisors, LLC | As Trustee Of Lancaster Gift Trust | c/o Fortis Advisors, LLC | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | First Class Mail |
| Stockholder | Lauren Dymecki | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Lettuce Gp | Attn: Elliott Davis Decosimo | 629 Market St, Ste 100 | Chattanooga, TN 37377 | | freddecosimo@elliottdavis.com | Email First Class Mail |
| Stockholder | Lumia Capital 2014 Fund LP 1 | 116 New Montgomery, Ste 600 | San Francisco, CA 94105 | | | jonathan@lumiacapital.com | Email First Class Mail |
| Stockholder | Lumia Telescope, LP | 116 New Montgomery, Ste 600 | San Francisco, CA 94105 | | | jonathan@lumiacapital.com | Email First Class Mail |
| Stockholder | Lydia Kinyanjui | Address Redacted | | | | Email Address Redacted | Email First Class Mail |
| Stockholder | Madison Hodges | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | First Class Mail |
| Stockholder | Madison Hodges | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | First Class Mail |

**Exhibit B**
Service List

| Description | Name | | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Stockholder | Marc J Gorlin Revocable Trust | Dated 10/23/98 | Attn: Marc J Gorlin, Trustee | 1820 Peachtree St, Ste 1902 | Atlanta, GA 30309 | | mgorlin@gmail.com | Email / First Class Mail |
| Stockholder | Marcy Simon | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Margaret Gorlin | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Marisa Toodle | Address Redacted | | | | | | First Class Mail |
| Stockholder | Mark B Elsinger | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Martin A & Alison D Bell | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | | First Class Mail |
| Stockholder | Martin A & Alison D Bell | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | | First Class Mail |
| Stockholder | Mary Frances Jones | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Matt Kuo | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Mcgowan Family Farming Partnership | 6576 Bluewaters Dr | Flowery Branch, GA 30542 | | | | frank@mcgowanpropertiesinc.com | Email / First Class Mail |
| Stockholder | Mdv IX, LP | Mohr Davidow Ventures | 3000 Sand Hill Rd, Bldg 3, Ste 290 | Menlo Park, CA 94025 | | | bstolle@mdv.com | Email / First Class Mail |
| Stockholder | Meryem Donmez | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Michael C Gibson | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Michael Galvin | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | | First Class Mail |
| Stockholder | Michael Galvin | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | | First Class Mail |
| Stockholder | Michael Goethe | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Michael H Hosch | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Michael Heitz | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Michael Molnar | Address Redacted | | | | | | First Class Mail |
| Stockholder | Michael Q Hu | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Mlpf&S Fbo Thomas Demarini Sep | 2991 Payton Rd | Atlanta, GA 30345 | | | | demarini@bellsouth.net | Email / First Class Mail |
| Stockholder | Monika Khichi | Address Redacted | | | | | | First Class Mail |
| Stockholder | Mount Mckinley Investment Ltd | Attn: Richard Pu Wanchai, Legal Counsel | Level 29 Three Pacific Pl | 1 Queen's Rd E | Hong Kong | | eleanor@tencent.com | Email / First Class Mail |
| Stockholder | Mouro Capital I LP | 6 Honduras St, Ste A | London, EC1Y 0TH | United Kingdom | | | | First Class Mail |
| Stockholder | Mssb Cudotian For Josh Tolchin Roth | 80 Old Powers Pl | Atlanta, GA 30327 | | | | jmtolchin@gmail.com | Email / First Class Mail |
| Stockholder | Nancy Grace | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Ncd Swib Opportunities, LP | 649 San Ramon Valley | Danville, CA 94526 | | | | ncdreporting@northgate.com | Email / First Class Mail |
| Stockholder | Nikita Gupta | Address Redacted | | | | | | First Class Mail |
| Stockholder | Nirvan Nagar | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Novel Tmt Cip I, LP | 11 W 42nd St, 21st Fl | New York, NY 10036 | | | | andrew.fine@noveltmt.com | Email / First Class Mail |
| Stockholder | Novel Tmt Ventures Limited | 11 W 42nd St, 21st Fl | New York, NY 10036 | | | | andrew.fine@noveltmt.com | Email / First Class Mail |
| Stockholder | Orchard App, Inc | 386 Park Ave S, 3rd Fl | New York, NY 10016 | | | | | First Class Mail |
| Stockholder | Pauline Reader | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Peeyush Sharma | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Pensco Trust Co LC | Fbo Thomas Demarini Ira | P.O. Box 173859 | Denver, CO 80217 | | | | First Class Mail |
| Stockholder | Pensco Trust Co LLC | Custodian Fbo Marc J Gorlin, Roth Ira | 1820 Peachtree St, Ste 1902 | Atlanta, GA 30309 | | | mgorlin@gmail.com | Email / First Class Mail |
| Stockholder | Pete Kight | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | pete@petekight.com | Email / First Class Mail |
| Stockholder | Pete Kight | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | pete@petekight.com | Email / First Class Mail |
| Stockholder | Peter Astiz | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Petrina Smith | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Puneeth Kuthati | Address Redacted | | | | | | First Class Mail |
| Stockholder | Rachel Dejulio | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Ramie A Tritt | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Randall Cantrell | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | | First Class Mail |
| Stockholder | Randall Cantrell | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | | First Class Mail |
| Stockholder | Ranjeet Singh Rawat | Address Redacted | | | | | | First Class Mail |
| Stockholder | Ratnakar Pandey | Address Redacted | | | | | | First Class Mail |
| Stockholder | Raymond James & Associates, Inc | Csdn Fbo Robert Frohwein Rira | U/A/D 5/27/16 | c/o Raymond James Financial, Inc | 880 Carillon Pkwy | St Petersburg, FL 33716 | | First Class Mail |
| Stockholder | Raymond R Riticher | Address Redacted | | | | | | First Class Mail |
| Stockholder | Rebecca Katie Tan | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Rebecca Weizenecker | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Reese Rotella | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Richard Choy | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Richard Kim | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Richard Vogt | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Robert Frohwein | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Robert Rosenblatt | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Robert Wojciechowski | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Rsp Fund Vi, LLC | c/o Shizuka Nishida Recruit Strategic Partners Co Ltd | Grantokyo South Tower 1-9-2 Marunouchi | Andhra Pradesh 1006640 | Chiyoda-Ku, Tokyo | Japan | hiroki_takahashi@r.recruit.co.jp | Email / First Class Mail |
| Stockholder | Ruxi Lucy Zhang | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Samantha Phillips | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | sphillips651@comcast.net | Email / First Class Mail |
| Stockholder | Samantha Phillips | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | sphillips651@comcast.net | Email / First Class Mail |
| Stockholder | Samuel Wheeler | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | | First Class Mail |
| Stockholder | Samuel Wheeler | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | | First Class Mail |
| Stockholder | Sarah Toton | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Sean P Rolland | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Shashank Dikshit | Address Redacted | | | | | | First Class Mail |
| Stockholder | Softbank Princeville Investments, LP | 38 Glen Ave | Newton, MA 02459 | | | | steve.murray@revolution.com | Email / First Class Mail |
| Stockholder | Softbank Vision Fund (Aiv M2) LP | Attn: Chris Placencia/Legal Team | 1 Circle Star Way | San Carlos, CA 94070 | | | legal@softbank.com | Email / First Class Mail |
| Stockholder | Stephen Johnson | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Steve Gorlin | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | Susan C Grisham | Address Redacted | | | | | Email Address Redacted | Email / First Class Mail |
| Stockholder | SV Angel III, LLC | 770 Chimalus Dr | Palo Alto, CA 94306 | | | | topher@svangel.com | Email / First Class Mail |
| Stockholder | SV Angel III, LLC | 588 Sutter St, Ste 299 | San Francisco, CA 94102 | | | | | First Class Mail |
| Stockholder | Svb Financial Group | Attn: Jason Mok | 2400 Hanover St | Palo Alto, CA 94304 | | | jmok@svb.com | Email / First Class Mail |

**Exhibit B**
Service List

| Description | Name | | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Stockholder | Tcwc Kabbage, LLC | Attn: Rob Baxter | 865 S Figueroa St, Ste 1800 | Los Angeles, CA 90017 | | | oneal.bhambani@tcw.com | Email<br>First Class Mail |
| Stockholder | The Bank Of Nova Scotia | Attn: Vivian Koen | 40 King St, 36th Fl | Toronto, ON M5H 1H1 | Canada | | vivian.koen@scotiabank.com | Email<br>First Class Mail |
| Stockholder | The Frohwein Family 2015 Trust | Attn: Robert Frohwein | 23 Ferry Landing Ln, Apt 2109 | Atlanta, GA 30305 | | | | First Class Mail |
| Stockholder | Theodore Ranney | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | | First Class Mail |
| Stockholder | Theodore Ranney | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | | First Class Mail |
| Stockholder | Thomas B Blaisdell & Sheryl G Blaisdell | Co- Trustees of the Blaisdell Living Trust Dtd 7/20/12 | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | TBlaisdell@dcm.com | Email<br>First Class Mail |
| Stockholder | Thomas B Blaisdell & Sheryl G Blaisdell | Co- Trustees of the Blaisdell Living Trust Dtd 7/20/12 | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | TBlaisdell@dcm.com | Email<br>First Class Mail |
| Stockholder | Thomas Noonan | Address Redacted | | | | | Email Address Redacted | Email<br>First Class Mail |
| Stockholder | Thomvest Ventures Ltd | Attn: Managing Director | Southern Palms | St Lawrence Gap | Christ Church Bb 15017 | Barbados | don@thomvest.com | Email<br>First Class Mail |
| Stockholder | Thomvest Ventures Ltd | Attn: Managing Director | 138 S Park St | San Francisco, CA 94107 | | | info@thomvest.com | Email<br>First Class Mail |
| Stockholder | Tongqing Tony Qiu | Address Redacted | | | | | Email Address Redacted | Email<br>First Class Mail |
| Stockholder | Triplepoint Ventures 2, LLC | 2755 Sand Hill Rd, Ste 150 | Menlo Park, CA 94025 | | | | tom.southworth@triplepointcapital.com | Email<br>First Class Mail |
| Stockholder | Troy A Deus | Address Redacted | | | | | Email Address Redacted | Email<br>First Class Mail |
| Stockholder | United Parcel Service General Services Co | 55 Glenlake Pkwy NE | Atlanta, GA 30328 | | | | mrobinson@ups.com | Email<br>First Class Mail |
| Stockholder | Venture Lending & Leasing VI, LLC | 104 La Mesa Dr, Ste 102 | Portola Valley, CA 94028 | | | | davidw@westerntech.com | Email<br>First Class Mail |
| Stockholder | Venture Lending & Leasing VII, LLC | 104 La Mesa Dr, Ste 102 | Portola Valley, CA 94028 | | | | | First Class Mail |
| Stockholder | Venture Lending & Leasing VIII, LLC | 104 La Mesa Dr, Ste 102 | Portola Valley, CA 94028 | | | | | First Class Mail |
| Stockholder | Victoria A Treyger | Address Redacted | | | | | | First Class Mail |
| Stockholder | Vijay Sathish | Address Redacted | | | | | Email Address Redacted | Email<br>First Class Mail |
| Stockholder | Warren A Stephens Trust, Dated 9/30/87 | Attn: Warren A Stephens, Trustee | 111 Center St | Little Rock, AZ 72201 | | | wastephens@stephens.com | Email<br>First Class Mail |
| Stockholder | Warren Stephens | Address Redacted | | | | | Email Address Redacted | Email<br>First Class Mail |
| Stockholder | Winn Martin | Address Redacted | | | | | Email Address Redacted | Email<br>First Class Mail |
| Stockholder | Xin Zhang | Address Redacted | | | | | Email Address Redacted | Email<br>First Class Mail |
| Stockholder | Yanique M Javois | Address Redacted | | | | | Email Address Redacted | Email<br>First Class Mail |
| Stockholder | Yun Kwak | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | | First Class Mail |
| Stockholder | Yun Kwak | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | | First Class Mail |
| Stockholder | Zhe Sun | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | | First Class Mail |
| Stockholder | Zhe Sun | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | | First Class Mail |
| Stockholder | Zhengbo Li | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | 100 Northern Ave | Boston, MA 02210 | | | First Class Mail |
| Stockholder | Zhengbo Li | c/o Fortis Advisors | Attn: Courtney Nothaus | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | | First Class Mail |

# **EXHIBIT C**

**ATTENTION DIRECT AND INDIRECT HOLDERS OF, AND PROSPECTIVE HOLDERS OF STOCK ISSUED BY KABBAGE, INC. D/B/A KSERVICING:**

Upon the motion (the "**Motion**") of Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "**Debtors**"), on October 3, 2022, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), having jurisdiction over the chapter 11 cases of the Debtors, captioned as *In re Kabbage, Inc. d/b/a KServicing, et al.*, No. 22-10951 (CTG) (the "**Chapter 11 Cases**"), entered an interim order establishing procedures with respect to transfers in the beneficial ownership (including directly or indirectly) of common stock of the Debtors ("**Common Stock**") and options to acquire beneficial ownership of Common Stock, and scheduling a hearing on a final order with respect to such procedures.

In certain circumstances, the procedures restrict transactions involving, and require notices of the holdings of and proposed transactions by, any person, group of persons, or entity that either (i) is a Substantial Stockholder of the Common Stock or (ii) as a result of such a transaction, would become a Substantial Stockholder of the Common Stock. For purposes of the procedures, a "**Substantial Stockholder**" is any person or entity (within the meaning of applicable regulations promulgated by the U.S. Department of the Treasury, including certain persons making a coordinated acquisition of stock) that beneficially owns (including options to acquire and direct or indirect ownership) at least 1,848,370[1] shares of Common Stock (representing approximately 4.75% of all issued and outstanding shares of Common Stock as of the Petition Date). *Any prohibited acquisition or other transfer of Common Stock (including options to acquire beneficial ownership of Common Stock) will be null and void ab initio and may lead to contempt, compensatory damages, punitive damages, or sanctions being imposed by the Bankruptcy Court.*

*The procedures, as approved on an interim basis and as requested on a final basis, are available on the website of Omni Agent Solutions, Inc., the Debtors' Court-approved claims agent, located at https://omniagentsolutions.com/kservicing, and on the docket of the Chapter 11 Cases, Docket No. 71, which can be accessed via PACER at https://pacer.gov.*

**A direct or indirect holder of, or prospective holder of, Common Stock that may be or become a Substantial Stockholder should consult the procedures.**

**PLEASE TAKE NOTICE** that the final hearing on the Motion shall be held on **November 7, 2022,** at **1:00 p.m. (Prevailing Eastern Time),** and any objections or responses to the Motion shall be in writing, filed with the Court (with a copy delivered to Chambers), and served upon (i) (x) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Natasha S. Hwangpo and Chase A. Bentley); and (ii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Amanda R. Steele and Zachary I. Shapiro); (b) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Wilmington, Delaware 19801 (Attn: Richard L. Schepacarter and Rosa Sierra-Fox); in each case so as to be received no later than **4:00 p.m. (Prevailing Eastern Time) on October 31, 2022**.

---

[1] As of the Petition Date, there were 38,913,048 shares of common stock outstanding.

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the procedures are in addition to the requirements of and applicable securities, corporate, and other laws and do not excuse non-compliance therewith.

Dated: Wilmington, Delaware
October 11, 2022

**BY ORDER OF THE COURT**

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **WEIL, GOTSHAL & MANGES LLP** |
| Daniel J. DeFranceschi, Esq. (No. 2732) | Ray C. Schrock, P.C. |
| Amanda R. Steele, Esq. (No. 5530) | Candace M. Arthur, Esq. |
| Zachary I. Shapiro, Esq. (No. 5103) | Natasha S. Hwangpo, Esq. |
| Matthew P. Milana, Esq. (No. 6681) | Chase A. Bentley, Esq. |
| One Rodney Square | 767 Fifth Avenue |
| 920 North King Street | New York, New York 10153 |
| Wilmington, Delaware 19801 | Telephone: (212) 310-8000 |
| Telephone: (302) 651-7700 | E-mail: ray.schrock@weil.com |
| E-mail: defranceschi@rlf.com | candace.arthur@weil.com |
| steele@rlf.com | natasha.hwangpo@weil.com |
| shapiro@rlf.com | chase.bentley@weil.com |
| milana@rlf.com | |

*Proposed Attorneys for Debtors and Debtors in Possession*