**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re                                              :    Chapter 11
                                                   :
**KABBAGE, INC. d/b/a KSERVICING, *et al.*,**      :    Case No. 22-10951 (CTG)
                                                   :
                                                   :
Debtors.[1]                                        :    (Jointly Administered)
---------------------------------------------------------------- x   Re: Docket No. 16

**SUPPLEMENTAL DECLARATION OF**
**<u>DEBORAH RIEGER-PAGANIS OF ALIXPARTNERS, LLP</u>**

Pursuant to 28 U.S.C. § 1746, I, Deborah Rieger-Paganis, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in my original declaration dated October 4, 2022 [Docket No. 16] (the "**Original Declaration**").

4. Unless otherwise noted, references to AP[2] below collectively refer to AlixPartners, AlixPartners Holdings, LLP, the parent company of AlixPartners, and each of their respective subsidiaries. AlixPartners hereby discloses the following:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2]  Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

- The Original Declaration states: "UnitedHealthcare, UnitedHealthcare Dental and UnitedHealthcare of California, and affiliates ("**United**") are benefits providers to the Debtors. An AP board member is on the Board of Trustees of United." Further investigation has revealed that the aforementioned AP board member is a member of the Board of Directors of UnitedHealth Group, Inc..

- As set forth in the Original Declaration, AP follows a practice to solicit from its Institutional Investors their connections to the Investor Search Parties. In response, the Institutional Investors have disclosed the following regarding their respective connections to the Investor Search Parties:

    o Investcorp — no investment in the Investor Search Parties.
    o CDPQ — debt investment in Credit Suisse Group AG, Macquarie Group Ltd., and US Bancorp, in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.
    o PSP — investment in Credit Suisse, Macquarie Group, and SoftBank, in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. AlixPartners continues to reserve the right to supplement its disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new, material, relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: October 20, 2022                    AlixPartners, LLP
      New York, NY

                                         */s/ Deborah Rieger-Paganis*
                                         Deborah Rieger-Paganis
                                         Managing Director