**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                                       :     Chapter 11
                                                            :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                   :     Case No. 22-10951 (CTG)
                                                            :
                                                            :
Debtors.[1]                                                 :     (Jointly Administered)
                                                            :
                                                            :     Re: Docket Nos. 8, 74 & 82
------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF
DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS
(I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE
ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING
PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY PROVIDERS,
(III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING,
OR DISCONTINUING SERVICE, AND (IV) GRANTING RELATED RELIEF**

The undersigned hereby certifies that Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have received no answer, objection or any other responsive pleading with respect to the *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Resolving Objections by Utility Providers, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief* [Docket No. 8] (the "**Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on October 3, 2022. The undersigned further certifies that no answer,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.  Pursuant to the *Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Resolving Objections by Utility Providers, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief* [Docket No. 74] and the *Notice of (A) Entry of Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Resolving Objections by Utility Providers, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief; and (B) Final Hearing Thereon* [Docket No. 82], any objection or response to the final relief requested in the Motion was to be filed and served no later than October 19, 2022 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated:  October 20, 2022
       Wilmington, Delaware

|  |  |
|---|---|
|  | */s/ Amanda R. Steele* |
|  | RICHARDS, LAYTON & FINGER, P.A. |
|  | Daniel J. DeFranceschi, Esq. (No. 2732) |
|  | Amanda R. Steele, Esq. (No. 5530) |
|  | Zachary I. Shapiro, Esq. (No. 5103) |
|  | Matthew P. Milana, Esq. (No. 6681) |
|  | One Rodney Square |
|  | 920 North King Street |
|  | Wilmington, Delaware 19801 |
|  | Telephone: (302) 651-7700 |
|  | E-mail: defranceschi@rlf.com |
|  |     steele@rlf.com |
|  |     shapiro@rlf.com |
|  |     milana@rlf.com |
|  |  |
|  | -and- |

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:      ray.schrock@weil.com
             candace.arthur@weil.com
             natasha.hwangpo@weil.com
             chase.bentley@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*