UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
: 
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
: 
: 
Debtors.[1] : (Jointly Administered)
: 
: Re: Docket No. 15 & 48
------------------------------------------------------------ x

CERTIFICATION OF COUNSEL REGARDING
ORDER AUTHORIZING RETENTION AND EMPLOYMENT
OF WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS
FOR DEBTORS EFFECTIVE AS OF PETITION DATE

The undersigned hereby certifies as follows:

1.  On October 4, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for Debtors Effective as of Petition Date* [Docket No. 15] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A proposed form of order granting the relief requested in the Application was attached to the Application as **Exhibit C** (the "**Proposed Order**").

2.  Pursuant to the *Notice of Application and Hearing* [Docket No. 48], filed on October 5, 2022, objections or responses to the relief requested in the Application, if any, must

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

be made in writing and filed with the Court on or before October 19, 2022 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3.     Prior to the Objection Deadline, the Debtors received certain informal comments (the "**Comments**") to the relief requested in the Application from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

4.     To resolve the Comments, the Debtors have prepared a revised form of Proposed Order (the "**Revised Order**"), attached hereto as **Exhibit 1**.  The Revised Order has been circulated to the U.S. Trustee and the Federal Reserve Bank of San Francisco, and the aforementioned parties do not object to the entry of the Revised Order.  For the convenience of the Court and all parties in interest, a redline comparison of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

[*Remainder of page intentionally left blank*]

WHEREFORE the Debtors respectfully request that the Revised Order be entered at the earliest convenience of the Court.

Dated: October 20, 2022
       Wilmington, Delaware

/s/ Amanda R. Steele
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
       candace.arthur@weil.com
       natasha.hwangpo@weil.com
       chase.bentley@weil.com

*Proposed Attorneys for Debtors
and Debtors in Possession*