UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| **Kabbage, Inc. d/b/a KServicing, et al.** | Case No. 22-10951 (CTG) |
| Debtors. | |

---

**STATEMENT THAT A COMMITTEE OF
UNSECURED CREDITORS HAS NOT BEEN APPOINTED**

---

**TO:   THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a Committee of Unsecured Creditors has not been appointed by the United States Trustee due to the following:

(  )   Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  )   No unsecured creditor response to the United States Trustee communication/contact for service on a Committee.

**( X )   Insufficient response to the United States Trustee's communication/contact for service on a Committee.**

(  )   No unsecured creditor interest

(  )   Non-operating debtor-in-possession - - No creditor interest.

(  )   Application to convert to Chapter 7 or to dismiss pending.

(  )   Converted or dismissed.

                        **ANDREW R. VARA**
                        **UNITED STATES TRUSTEE**
                        **REGION THREE**

                        */s/Richard L. Schepacarter*
                        *for* Joseph J. McMahon, Jr.
DATED: October 25, 2022        Assistant United States Trustee