**Appendix I**

| Name | Title | Practice | Bar Year | Current Hourly Rate |
|---|---|---|---|---|
| Y W Chan | Partner | Business & Tort Litigation | 2007 | $1,200 |
| M P Conway | Partner | Financial Markets | 1989 | $1,300 |
| J M Hall | Partner | Investigations & White Collar Defense | 2003 | $1,075 |
| F Lavallee | Partner | Government Regulation | 1988 | $1,250 |
| A E Lelling | Partner | Investigations & White Collar Defense | 1994 | $1,275 |
| D J Merrett | Partner | Business Restructuring & Reorganization | 2007 | $1,100 |
| S P Parrinello | Partner | Tax | 2007 | $1,225 |
| S J Kenny | Associate | Government Regulation | 2013 | $950 |
| M R Mahoney | Associate | Business & Tort Litigation | 2019 | $550 |
| J Moncada | Associate | New Lawyers Group | 2020 | $550 |
| S E Morgado | Associate | Business & Tort Litigation | 2020 | $550 |
| A Nazarenko | Associate | Tax | 2016 | $825 |
| I Perez | Associate | Business Restructuring & Reorganization | 2016 | $725 |
| B N Wilhelm | Associate | Business & Tort Litigation | 2017 | $625 |
| M B Farroni | Snr Staff Attorney | Business & Tort Litigation | 1983 | $600 |
| L C Fischer | Staff Attorney | Business Restructuring & Reorganization | 1995 | $600 |
| C L Smith | Paralegal | Business Restructuring & Reorganization | N/A | $425 |
| D A Doell | Project Manager | Business & Tort Litigation | N/A | $350 |
| B V Zayas | Project Manager | Business & Tort Litigation | N/A | $425 |