**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                                                    :     Chapter 11
                                                                              :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,    :     Case No. 22–10951 (CTG)
                                                                              :
                                                                              :     Proposed Hearing Date: Nov. 7, 2022 at 1:00 p.m. (ET)
                                                                              :     Proposed Obj. Deadline: Nov. 4, 2022 at 4:00 p.m. (ET)
                                                                              :
Debtors.[1]                                                          :
------------------------------------------------------------ x

**NOTICE OF MOTIONS AND HEARING**

**PLEASE TAKE NOTICE** that the debtors in possession in the above-captioned cases (collectively, the "**Debtors**") have today filed the attached *Debtors' Motion for Entry of an Order (I) Authorizing and Approving Settlement Agreement Between Debtors and Customers Bank and (II) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion (the "**Motion to Shorten**").

**PLEASE TAKE FURTHER NOTICE** that if the Court grants the relief requested in the Motion to Shorten: (i) a hearing to consider the Motion will be held on **November 7, 2022 at 1:00 p.m. (Eastern Time)** before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28165325v.2

2

Wilmington, Delaware 19801, and (ii) any responses or objections to the Motion may be made by **November 4, 2022 at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that if the Court approves or denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Court-approved objection deadline and hearing date for the Motion.

Dated: October 27, 2022
Wilmington, Delaware

/s/ Zachary I. Shapiro
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
  steele@rlf.com
  shapiro@rlf.com
  milana@rlf.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
  candace.arthur@weil.com
  natasha.hwangpo@weil.com
  chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

3

RLF1 28165325v.2