**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re                                                      : Chapter 11
                                                           :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                  : Case No. 22-10951 (CTG)
                                                           :
Debtors.[1]                                                : (Jointly Administered)
                                                           : Re: Docket No. 107
---------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF**
**DAVID B. KURZWEIL OF GREENBERG TRAURIG, LLP**

Pursuant to 28 U.S.C. § 1746, I, David B. Kurzweil, state under penalty of perjury, that:

1. I am a shareholder at the law firm of Greenberg Traurig, LLP ("**Greenberg Traurig**"), which maintains offices throughout the world, including the office in which I am resident, located at Terminus 200, 3333 Piedmont Road, NE, Suite 2500, Atlanta, Georgia 30305.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in my original declaration dated October 14, 2022 (the "**Original Declaration**")[2], incorporated as **Exhibit A** to the *Application of Debtors for Authority to Employ and Retain Greenberg Traurig, LLC as Special*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

*Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing Effective as of the Petition Date* dated October 14, 2022 [Docket No. 107] (the "**Retention Application**").

    4.    The Original Declaration states, in **Attachment 2**, that Greenberg Traurig may currently represent or within the last two years may have represented certain Potentially Interested Parties or persons or entities that may be related to or affiliated with the Potentially Interested Parties in matters unrelated to the Debtors and their Chapter 11 Cases.

    5.    The Original Declaration is hereby supplemented by the attached **Schedule 2-A** which discloses certain additional information with respect to Greenberg Traurig's representation of certain Potentially Interested Parties or persons or entities that may be related to or affiliated with the Potentially Interested Parties in matters unrelated to the Debtors and their Chapter 11 Cases.

    6.    Based on the foregoing and except as otherwise set forth herein and in the Original Declaration, neither I, Greenberg Traurig, nor any shareholders, of counsel, or associate thereof, insofar as I have been able to ascertain based on the information currently available to me, represents any interest adverse to the Debtors' estates with respect to the matters for which Greenberg Traurig is to be employed, as required by section 327(e) of the Bankruptcy Code. Greenberg Traurig continues to reserve the right to supplement its disclosures in the event that Greenberg Traurig learns of any additional connections that require disclosure. If any new, material, relevant facts or relationships are discovered or arise, Greenberg Traurig will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  November 1, 2022              */s/ David B. Kurzweil*
                                                                                                    David B. Kurzweil
                                                                                                    Shareholder