### Schedule 2-A

**Supplemental Disclosures Regarding**

**Certain Potentially Interested Parties Listed on**

**Attachment 2 – Client Match List**

| Name | Relationship To Debtors | Brief Description of Relationship to GT | Description of Services Provided/Representation by Greenberg Traurig in the Last Two (2) Years |
|---|---|---|---|
| American Express | Affiliation of Former Officers/Directors | Current Client | 1. American Express in matters relating to patent prosecution and counseling/IP litigation for patents; |
| American Express Kabbage Inc. | 30 Top Unsecured Creditors, Vendors/Suppliers | Affiliate of Current Client | 2. American Express Bank in general corporate matters; |
| American Express Travel Related Services Company, Inc. | Contract Counterparty | Affiliate of Current Client | 3. American Express Europe S.A. in an employee relations advice matter; and 4. American Express Services Europe Limited in a financial services related matter |
| Cross River Bank | Banks/Servicing, Contract Counterparty, 30 Top Unsecured Creditors, Significant Customers, UCC Lien Search Results | Current Client | General corporate matters, privacy and data security matters, and an administrative law matter |
| Federal Reserve | Contract Counterparty, Regulatory and Government | Affiliate of Current Client | 1. Federal Reserve Bank of Atlanta in a real estate matter; and |
| Federal Reserve Bank of San Francisco | Secured Creditor, 30 Top Unsecured Creditors, UCC Lien Search Results | Affiliate of Current Client | 2. Federal Reserve Bank of Boston in secured lender representation and litigation matters |
| Softbank Vision Fund (AIV M2) L.P. | Significant Shareholders | Affiliate of Current Client | 1. Softbank in a general corporate matter; |
| SoftBank PriceVille Investments, L.P. | Significant Shareholders | Affiliate of Current Client | 2. Softbank Innovation Fund in a venture capital transaction; and 3. Softbank Group Corp. in a trademark prosecution and counseling matter |