**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |

<u>**AFFIDAVIT OF SECOND SUPPLEMENTAL SERVICE**</u>

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 21, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Borrower Service List attached hereto as <u>**Exhibit A**</u>:

- **Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors [Docket No. 98]**

Dated: November 1, 2022

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                                  } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 19th day of November, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# EXHIBIT A

HOME AND EMAIL ADDRESSES OF INDIVIDUALS HAVE BEEN REDACTED PURSUANT TO THE ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE AND MAINTAIN CONSOLIDATED CREDITOR LISTS, AND (B) REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION FOR INDIVIDUALS, (II) APPROVING SPECIAL ELECTRONIC NOTICING PROCEDURES, AND (III) GRANTING RELATED RELIEF [DOCKET NO. 77].

**Exhibit A**
**Borrower Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| 10 Figures Media, LLC | 11 Deauville Cir | Little Rock, AR 72223 | | First Class Mail |
| 10 Perfect Nails | 4453 S 3rd St | Memphis, TN 38109 | | First Class Mail |
| 108Th St Deli & Grocery Inc. | 107-20 Liberty Ave | Ozone Park, NY 11417 | | First Class Mail |
| 14 Brothers Deli & Grocery Corp. | 810 Fairview Ave | Ridgewood, NY 11385 | | First Class Mail |
| 144 Deli Grocery Store Corp | 144 Nagle Ave | New York, NY 10040 | | First Class Mail |
| 2020 Gourmet Deli Inc | 788A Courtlandt Ave | Bronx, NY 10451 | | First Class Mail |
| 2R Brothers LLC | 134 Sherwood Dr | Swedesboro, NJ 08085 | | First Class Mail |
| 4 Corner Fingerboards, | 15619 La Casa | Houston, TX 77062 | | First Class Mail |
| 500 Property Management Corp | 20 Murray Hill Parkway | Ste 290 | E Rutherford, NJ 07073 | First Class Mail |
| 55 Terrace Homes | 1601 Sw 10 St | Miami, FL 33135 | | First Class Mail |
| 8Th Avenue Studios, LLC | 5705 Oleander Ave | Ft Pierce, FL 34982 | | First Class Mail |
| A R Tech Holdings LLC | 221 River St 9th Floor | Hoboken, NJ 07030 | | First Class Mail |
| A. M. S. Enterprises, Inc. | 22259 Mulholland Hwy | Calabasas, CA 91302 | | First Class Mail |
| Abacus Systems Inc. | 10 County Road 639 | Sussex, NJ 07461 | | First Class Mail |
| Abba Industries | Address Redacted | | | First Class Mail |
| Adel Morales | Address Redacted | | | First Class Mail |
| Adrian P Edwards | Address Redacted | | | First Class Mail |
| Advantage Clinical Research Pllc | 2004 Hayes St | Suite 310 | Nashville, TN 37203 | First Class Mail |
| Aharon Mizrahi | Address Redacted | | | First Class Mail |
| Air Flow Associates, Inc. | 25 Ninth St | Stoughton, MA 02368 | | First Class Mail |
| Air Supply Air Conditioning & Heating Inc | 8N450 Tameling Ct | Suite B | Bartlett, IL 60103 | First Class Mail |
| Akyumen Technologies Corp, | 4215 N Limberlost Cir | Tucson, AZ 85705 | | First Class Mail |
| Alanteri Deli Corp | 719 Fulton St | Brooklyn, NY 11217 | | First Class Mail |
| Alarm & Audio Industries Inc. | 5014 16 Av, Ste 326 | Brooklyn, NY 11204 | | First Class Mail |
| Aleyda M Borge Md Pa | 9710 Stirling Road, Ste 103 | Cooper City, FL 33024 | | First Class Mail |
| All Things Jenn | 2893 E Indian Wells Place | Chandler, AZ 85249 | | First Class Mail |
| All Things Wine, Ll | 4605 Ne 4th St, Ste 4 | Renton, WA 98059 | | First Class Mail |
| Allis Dayot | Address Redacted | | | First Class Mail |
| Almand & Co. LLC | 107 W. Adair St | Valdosta, GA 31601 | | First Class Mail |
| Almost Perfect Landscaping LLC | 208 Curley Ct | Paramus, NJ 07652 | | First Class Mail |
| Al'S Plumbing LLC | N1610 County Road H | Dalton, WI 53926 | | First Class Mail |
| Alta Tax & Accounting Inc | 9834 N Concord Dr | Mequon, WI 53097 | | First Class Mail |
| Altagrace Bonhomme | Address Redacted | | | First Class Mail |
| Amador Concrete Company, LLC | 10963 Cutten Rd, Ste A102 | Houston, TX 77066 | | First Class Mail |
| Amandeep Singh | Address Redacted | | | First Class Mail |
| Amazing Art Studio Iii, Inc | 115 Crown Park Ave | Gaithersburg, MD 20878 | | First Class Mail |
| Ambria Hymes | Address Redacted | | | First Class Mail |
| Amelia Randolph | Address Redacted | | | First Class Mail |
| American Academy Of Traditional Chinese Medicine | 6906 Aloma Ave | Winter Park, FL 32792 | | First Class Mail |
| Ameriwave Air Purification LLC | 4651 Mimosa Terrace, Unit 1206 | Coconut Creek, FL 33073 | | First Class Mail |
| Amos Southend | 1423 S. Tryon St | Suite B | Charlotte, NC 28203 | First Class Mail |
| Amstate Properties Corporation | 701 North Post Oak Road | Suite 222 | Houston, TX 77024 | First Class Mail |
| Ana Milena Sandoval | Address Redacted | | | First Class Mail |
| Ana Perez | Address Redacted | | | First Class Mail |
| Anca Investment Inc | 1104 W Eldorado Pkwy | Ste 200 | Little Elm, TX 75068 | First Class Mail |
| Anderson Systems Inc | 1706 South Spiceland Road | New Castle, IN 47362 | | First Class Mail |
| Andrews & Associates Realty | 233 Nc Hwy 54 West | Chapel Hill, NC 27516 | | First Class Mail |
| Andy Wolf North America Inc | 241 West 37th St | Suite 1107 | New York, NY 10018 | First Class Mail |
| Angel Capacitors Manufacturing, Inc. | 205 W Ave L9 | Lancaster, CA 93534 | | First Class Mail |
| Angela Moss | Address Redacted | | | First Class Mail |
| Angelo Planning Group, LLC | 2590 Brighton Henrietta Town Line Rd | Rochester, NY 14623 | | First Class Mail |
| Aniel Saint Hilaire | Address Redacted | | | First Class Mail |
| Ann Pistacchi-Peck | Address Redacted | | | First Class Mail |
| Appcom Solutions | 952 Moss Ln | Winter Park, FL 32789 | | First Class Mail |
| Architectural Seating LLC | 3536 W Osborn Rd | Phoenix, AZ 85019 | | First Class Mail |
| Arno Mardirossian | Address Redacted | | | First Class Mail |
| Around The Clock Bargain Shop | 2312 Hwy Us 23 South | Alpena, MI 49707 | | First Class Mail |
| Arrow Marketing LLC | 1149 Executive Circle | A | Cary, NC 27511 | First Class Mail |
| Artistic Creations & Hardscapes LLC | 1215 Shriver Rd | Orofino, ID 83544 | | First Class Mail |
| Asad Shirazi | Address Redacted | | | First Class Mail |
| Ashley Craig Pet Products, Inc | 170 N.Maple St | Suite 111 | Corona, CA 92880 | First Class Mail |
| Ashley Worley Choreography | 3175 Southampton Cout | Apt G | San Pablo, CA 94806 | First Class Mail |
| Atlanta Cbd Inc | 1039 Grant St | Suite B-24 | Atlanta, GA 30315 | First Class Mail |
| Aum Shiv Of Nc LLC | 210 S Chester St | Gastonia, NC 28052 | | First Class Mail |
| Austen Kindle | Address Redacted | | | First Class Mail |
| Autumn Wind Whitetails | 3031 E Hartman Road | Columbia City, IN 46725 | | First Class Mail |
| Axis Appliance Repair Inc. | 4491 Morning Dove Way | Oceanside, CA 92057 | | First Class Mail |
| B&B Home Maintenance Inc | 743 Washington Ave Ne | Marietta, GA 30060 | | First Class Mail |
| Bailey & Heisey Real Estate, LLC | 1690 Pearl St | Eugene, OR 97401 | | First Class Mail |
| Bao Nguyen | Address Redacted | | | First Class Mail |
| Barrio Records | Attn: Lee Soto | 207 Massachusetts Ave 801 | Boston, MA 02123 | First Class Mail |
| Beat Academy LLC | 2324 Purdue Ave. | Los Angeles, CA 90064 | | First Class Mail |
| Behind The Scenes Fitness | 65 Washington St | Ste 296 | Santa Clara, CA 95050 | First Class Mail |
| Bella Donna Business Solutions LLC | 4813 Hambletonian Ln | Mustang, OK 73064 | | First Class Mail |
| Belltown Partners, LLC | 4371 Rte 30 | Latrobe, PA 15650 | | First Class Mail |
| Benjamin Renfroe | Address Redacted | | | First Class Mail |
| Bigbluegumball LLC | 1725 York Ave | Apt 2C | New York, NY 10128 | First Class Mail |
| Blackdiamond Squeeggee LLC | 4100 N Powerline Rd | Pompano Beach, FL 22073 | | First Class Mail |
| Blue Sky Auto Body & Windshield | 2705 South Tacoma Way | Suite G | Tacoma, WA 98409 | First Class Mail |
| Bluesky Energy LLC | Po Box | | 1657 Hilo, HI 96721 | First Class Mail |
| Bobbie Gordon | Address Redacted | | | First Class Mail |
| Bojan Dugic | Address Redacted | | | First Class Mail |
| Bokava LLC | 174 Newburyport Tpke | Rowley, MA 01969 | | First Class Mail |
| Bonneville Industrial Supply Company | 45 South 1500 West | Orem, UT 84058 | | First Class Mail |
| Bookkeeping Take Out | 1781 Spyglass Dr Apt | | 194 Austin, TX 78746 | First Class Mail |
| Boostmore LLC | 17914 Raymer St | Northridge, CA 91325 | | First Class Mail |
| Brandi Murphy | Address Redacted | | | First Class Mail |
| Brandy Holland | Address Redacted | | | First Class Mail |
| Brannick & Associates | 5573 Cabrillo Norte | Richmond, CA 94803 | | First Class Mail |
| Branson Financial LLC | 71 Sweet St | Warwick, RI 02889 | | First Class Mail |
| Brendy'S Of The Palm Beaches Inc | 2330 Wellington Green Dr | Ste 104 | Wellington, FL 33414 | First Class Mail |
| Brent Loftis Do, Inc. | 3230 Beard Rd | Ste 2 | Napa, CA 94558 | First Class Mail |
| Brian Hawley | Address Redacted | | | First Class Mail |
| Briarwood News Inc | 137-63 Queens Blvd | Briarwood, NY 11435 | | First Class Mail |
| Bridgegrounds, LLC | 5400 Jonesboro Rd | Lake City, GA 30260 | | First Class Mail |
| Brock Dehart | Address Redacted | | | First Class Mail |
| Brockway Hilltop Farms LLC | 50 County Route 43 | Ft Covington, NY 12937 | | First Class Mail |
| Brofsky Design LLC | 9970 Ne Beachcrest Drive | Bainbridge Island, WA 98110 | | First Class Mail |
| Brooklyn Best Pizza LLC | 4954 Moog Rd | Holiday, FL 34690 | | First Class Mail |
| Brooks Ii, Ltd | 401 Carthage St | Sanford, NC 27330 | | First Class Mail |
| Bruno C Fiorenza | Address Redacted | | | First Class Mail |
| Bucs Soccer Academy, LLC | 209 Lee Carter Dr | Johnson City, TN 37601 | | First Class Mail |
| Buhler & Associates LLC | 377 Maitland Ave | Suite 2008 | Altamonte Springs, FL 32701 | First Class Mail |
| Byron'S Xpress Transportation Service LLC | 4410 Yates Rd. | College Park, GA 30337 | | First Class Mail |
| C. Lausier Family Inc | 110 Cedar Breeze S | Glenburn, ME 04401 | | First Class Mail |
| Caesar'S Roofing, Inc. | 36 Alexandra Road | Lynnfield, MA 01940 | | First Class Mail |
| Callahan Agency Inc | 110 Bushkill St | Stockertown, PA 18083 | | First Class Mail |
| Candace Johnson | Address Redacted | | | First Class Mail |
| Care For All Inc | 2305 27th St | Astoria, NY 11105 | | First Class Mail |
| Carl Clavaretta | Address Redacted | | | First Class Mail |
| Carol Lee Massa | Address Redacted | | | First Class Mail |
| Carter Law, Inc. | 925 Decatur Hwy | | 125 Fultondale, AL 35068 | First Class Mail |
| Ccc Services, Inc | 12798 Canyonwind Rd | Riverside, CA 92503 | | First Class Mail |
| Celeste Michelle Watson | dba Law Office Of C. M. Watson | 863 Ebenezer Road | Knoxville, TN 37923 | First Class Mail |
| Celestial Corporation | 3411 Lands End Dr | Suite 1 | St Augustine, FL 32084 | First Class Mail |

**Exhibit A**
**Borrower Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Cheap Apparel Shopping LLC | 1732 1st Ave | New York, NY 10128 | | First Class Mail |
| Cheri Ortega | Address Redacted | | | First Class Mail |
| Chrisjuan LLC | 1024 N Ashland | Chicago, IL 60622 | | First Class Mail |
| Christopher Frazier | Address Redacted | | | First Class Mail |
| Christopher Gilomore | Address Redacted | | | First Class Mail |
| Chromium Incorporated | 1930 Roosevelt Ave | Racine, WI 53406 | | First Class Mail |
| City Nail Salon LLC | 4801 Fauntleroy Way Sw | 105 | Seattle, WA 98116 | First Class Mail |
| Cklein Properties LLC | 8646 W. Olympic Blvd. | 303 | Los Angeles, CA 90035 | First Class Mail |
| Cla$$ Clown Mealatainment | 4922 Richmond Rd | Cleveland, OH 44128 | | First Class Mail |
| Cleante Allen | Address Redacted | | | First Class Mail |
| Cm Scribe Inc | 321 Kingston Ave. | Brooklyn, NY 11213 | | First Class Mail |
| Cobalt Properties, LLC | 12211 W Bell Rd | Suite 206 | Surprise, AZ 85378 | First Class Mail |
| Cohaba Systems | 7168 Sonya Drive | Nashville, TN 37209 | | First Class Mail |
| Commercial Income Advisors, Inc. | 180 Newport Center Dr | Newport Beach, CA 92660 | | First Class Mail |
| Complete Eye Care Of Lawndale, Inc. | 17001 Hawthorne Blvd | Lawndale, CA 90260 | | First Class Mail |
| Comprehensive Cardiovascular Care | 3011 Ne 40th St | Ft Lauderdale, FL 33308 | | First Class Mail |
| Conner Computer Consultants, Inc. | 142 West Court St | Rutherfordton, NC 28139 | | First Class Mail |
| Cool Smart LLC | 7 Marwood Rd North | Port Washington, NY 11050 | | First Class Mail |
| Corinne Zeuli | Address Redacted | | | First Class Mail |
| Corstudios Branding Agency LLC | 2206 Camille Drive | Suite D | Columbus, GA 31906 | First Class Mail |
| Cortni Shelton | Address Redacted | | | First Class Mail |
| Cote Wright Tax & Accounting, Inc. | 486 Hillview Dr, | Gurnee, IL 60031 | | First Class Mail |
| Covenant Presbyterian Church | 10100 Ridgeview Drive | The Village, OK 73120 | | First Class Mail |
| Criscoe Services Inc | 232 Catamount Lane | Bailey, CO 80421 | | First Class Mail |
| C-Squared Construction LLC | 4613 North University Drive, Unit 579 | Coral Springs, FL 33067 | | First Class Mail |
| Custom Furniture & Upholstery LLC | 318 S Forrest St | Stoughton, WI 53589 | | First Class Mail |
| Cyberspace Labs Inc | 945 Mckinney St | Ste 470 | Houston, TX 77002 | First Class Mail |
| D2L Products, LLC | 1732 Minters Chapel Rd | Suite102 | Grapevine, TX 76051 | First Class Mail |
| Dalip K Bhuchar, Certified Public Accountant | Address Redacted | | | First Class Mail |
| Dan & Ed Zanarini'S Posey Shoppe Inc | 408 Clay Ave | Jeannette, PA 15644 | | First Class Mail |
| Daniel Brian Bixler Ii | Address Redacted | | | First Class Mail |
| Daniel Gould | Address Redacted | | | First Class Mail |
| Daniel Miller Real Estate | 1704 35th St Nw | Washington, DC 20007 | | First Class Mail |
| Daniel Sheil, Pa | 385 First St | Atlantic Beach, FL 32233 | | First Class Mail |
| Darius Jaymes | Address Redacted | | | First Class Mail |
| Darrell Harris | Address Redacted | | | First Class Mail |
| Dashon Browder | Address Redacted | | | First Class Mail |
| Dat Properties & Investments, LLC | 4854 Old National Hwy | Ste 173 | College Park, GA 30337 | First Class Mail |
| Data Springs Inc | 167 W Archer Pl | Denver, CO 80223 | | First Class Mail |
| Datatel Wiring Products, Inc. | 1501 7th St, Ste D | Riverside, CA 92507 | | First Class Mail |
| David A Perren An Accountancy Corporation | 21700 Oxnard St, Ste 950 | Woodland Hills, CA 91367 | | First Class Mail |
| David Adams | Address Redacted | | | First Class Mail |
| David Fisch & Co Cpas Pc | 3854 Flatlands Ave | Brooklyn, NY 11234 | | First Class Mail |
| David Scarminach | Address Redacted | | | First Class Mail |
| Davis Home Matters LLC | 10230 N Fr 93 | Walnut Grove, MO 65770 | | First Class Mail |
| Dba Thelmaworld | 49 Swain Road | Meredith, NH 03253 | | First Class Mail |
| Dc Trucking | 12127 Durkee Road | Grafton, OH 44044 | | First Class Mail |
| Decorative Concrete Surfaces, Inc. | 1178 North Grove St | Suite G | Anaheim, CA 92806 | First Class Mail |
| Deep Remodeling LLC | 3238 S 50th Ave | Cicero, IL 60804 | | First Class Mail |
| Dee'S Hot Shot | 145 Cr 473 | Alice, TX 78332 | | First Class Mail |
| Deft Force | 11633 Widgeon Way | Clearlake Oaks, CA 95423 | | First Class Mail |
| Deh Custom Millwork | 3036 S Biscay St | Aurora, CO 80013 | | First Class Mail |
| Dell Graham, P.A. | 2631 Nw 41st St | Bldg B | Gainesville, FL 32606 | First Class Mail |
| Dempsey Hodges Construction LLC | 3520 Rock Creek Dr | Raleigh, NC 27609 | | First Class Mail |
| Dermabella Day Spa & Salon Inc | 1946 Arizona Way | Redwood City, CA 94061 | | First Class Mail |
| Des Enterprises, Inc | 21115 Cameron Way | Farmington, MN 55024 | | First Class Mail |
| Devoo Imports LLC | 1020 Park Ave | 1208 | Baltimore, MD 21201 | First Class Mail |
| Df Logistics | 8230 Breezy Cove | San Antonio, TX 78154 | | First Class Mail |
| Diana Brooks Associates Consulting & Training | 30 Mccauley Lane | Williamstown, MA 01267 | | First Class Mail |
| Diane Southworth | Address Redacted | | | First Class Mail |
| Dianne Masaoka | Address Redacted | | | First Class Mail |
| Diep Ngoc Do | Address Redacted | | | First Class Mail |
| Digital Kao Systems | 1441 La Solana Dr | Altadena, CA 91001 | | First Class Mail |
| Dirts All Or Nothing | 11186 S State Rd 42 | Cloverdale, IN 46120 | | First Class Mail |
| Discover Dme | 1401 S Douglas Blvd, Ste W | Midwest City, OK 73130 | | First Class Mail |
| Divine Treasures Boutique | 204 E Holly Blvd | Brandon, SD 57005 | | First Class Mail |
| Divine Treasures Boutique | Attn: Hope Stultz | 204 E Holly Boulevard | Brandon, SD 57005 | First Class Mail |
| Dk&I Inc | 23318 Superior Ave. | Cleveland, OH 44114 | | First Class Mail |
| Dominique Bellamy | Address Redacted | | | First Class Mail |
| Domino Solutions, LLC | 4506 Candler Lake East | Atlanta, GA 30319 | | First Class Mail |
| Doody'S Mechanical Service, Inc. | 10811 Bethel Road | Frederick, MD 21702 | | First Class Mail |
| Dope Mane | Address Redacted | | | First Class Mail |
| Double Eagle Land & Development Company Inc. | 5838 Linea Del Cielo | Rancho Santa Fe, CA 92067 | | First Class Mail |
| Dream Bigg Apparel | 2208 Hanfred Ln | Suite 101 B2 | Tucker, GA 30084 | First Class Mail |
| Ds Logistics Global Inc | 13353 Alondra Blvd | 207 | Santa Fe Springs, CA 90670 | First Class Mail |
| Dumor Water Specialists, Inc | 4405 Wyland Dr | Elkhart, IN 46516 | | First Class Mail |
| Dyckman Candy & Tobacco Inc. | 119 Dyckman St | New York, NY 10040 | | First Class Mail |
| Dym Enterprises Inc | 3501 Thomas Rd, Ste 4 | Santa Clara, CA 95054 | | First Class Mail |
| Eadac Investment Company | 3070 Mill St | Reno, NV 89502 | | First Class Mail |
| Eagle Fabrication Inc. | 4430 Dickinson Road | De Pere, WI 54115 | | First Class Mail |
| Eddie Brown Grading, LLC. | 2301 Airport Thruway | Suite F6 | Columbus, GA 31904 | First Class Mail |
| Eden Silverstein | Address Redacted | | | First Class Mail |
| Eden Squared, LLC | 236 Pineur Road | Richmond, KY 40475 | | First Class Mail |
| Edwin Ovalles | Address Redacted | | | First Class Mail |
| Ehs 360, LLC | 108 Hunters Ridge | Lagrange, GA 30240 | | First Class Mail |
| Elastichost Inc. | 1789 Glenmorrie Drive | Lake Oswego, OR 97034 | | First Class Mail |
| Eldridge Hardware, Inc. | 1214 Albany Ave | Waycross, GA 31501 | | First Class Mail |
| Elina Mardirossian | Address Redacted | | | First Class Mail |
| Elite Taxi & Tours LLC | 2872 Ohina St | Kihei, HI 96753 | | First Class Mail |
| Elliot Turner L.L.C. | 3675 Crestwood Pkwy Nw | Ste 400 | Duluth, GA 30096 | First Class Mail |
| Ellis Design & Drafting Services LLC | 8722 Atmore Ave | N Port, FL 34287 | | First Class Mail |
| Emersons Executive Cleaning Service | 16850 Glendale | Detroit, MI 48227 | | First Class Mail |
| Enrique Rincon | Address Redacted | | | First Class Mail |
| Environmental Air Systems | 801 11th Ave | Belmar, NJ 07719 | | First Class Mail |
| Epilab Consulting | N1744 Welsh Rd | Watertown, WI 53098 | | First Class Mail |
| Eric Erwin | Address Redacted | | | First Class Mail |
| Eric Jacob | Address Redacted | | | First Class Mail |
| Eric Leete | Address Redacted | | | First Class Mail |
| Eric T Hisaka Md Inc | 5720 Stoneridge Mall Road | Suite 130 | Pleasanton, CA 94588 | First Class Mail |
| Erik Moore | Address Redacted | | | First Class Mail |
| Erika Lima | Address Redacted | | | First Class Mail |
| Erin Livengood PC | 2018 Ne Alameda Drive | Portland, OR 97212 | | First Class Mail |
| Estim, LLC | 4831 Alvarado Dr | Tampa, FL 33634 | | First Class Mail |
| Etcetera22Llc | 16 Downey Drive | Huntington, NY 11743 | | First Class Mail |
| Eurasian Automotive | 2165 E Colorado Blvd | 7 | Pasadena, CA 91107 | First Class Mail |
| Euro Specialists Inc | 2350 S Us Hwy 17 92 | Longwood, FL 32750 | | First Class Mail |
| European Gusto LLC | 4015 E Arkansas Ave | Denver, CO 80222 | | First Class Mail |
| Evelyn Jeanne Dulion-Thorn | Address Redacted | | | First Class Mail |
| Everard Physical Therapy, LLC | 2704 E Tudor Rd | Anchorage, AK 99507 | | First Class Mail |
| Executive Class Limo Service Inc. | 10015 Parke Ave | House | Oak Lawn, IL 60453 | First Class Mail |
| Extra Cleaning Company Inc | 2757 Oxford Hall Ave | Murfreesboro, TN 37128 | | First Class Mail |
| Eye/I Design, LLC | 633 W North Ave | Apt 1007 | Chicago, IL 60610 | First Class Mail |
| F & L Construction, Ltd. | 38A Russell Road | E Granby, CT 06026 | | First Class Mail |
| Federal Integrated Systems Corporation | 5680 King Centre Drive | 600 | Alexandria, VA 22306 | First Class Mail |
| Fitchs Auto Body Inc. | 630 W Main St. | Olney, IL 62450 | | First Class Mail |

**Exhibit A**
**Borrower Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Flawless Skin Wax Studio | Attn: Amanda Pillot | 3422 South Dale Mabry Hwy | Tampa, FL 33629 | First Class Mail |
| Flight Photo Booking LLC | 1081 Ne 109th St | Miami, FL 33161 | | First Class Mail |
| Flipbookla | 19211 Dearborn St | Northridge, CA 91324 | | First Class Mail |
| Florafemme | 1480 Moraga Rd | Moraga, CA 94556 | | First Class Mail |
| Fms Photo Corporation | 1068 Sparta Ave | Newton, NJ 07860 | | First Class Mail |
| Folding Pictures Inc. | 626 West Randolph St. | 201 | Chicago, IL 60661 | First Class Mail |
| Foothills Timber Company, Inc. | 3548 Hwy 78 West | Heflin, AL 36264 | | First Class Mail |
| Footwear Repair | 1035 Ohio Stree | Fremont, NE 68025 | | First Class Mail |
| Fs Latin America Inc., | 460 Ne 28th St, Apt 4203 | Miami, FL 33122 | | First Class Mail |
| Fugal Commercial Services | 6440 S Millrock Dr, Ste 500 | Salt Lake City, UT 84121 | | First Class Mail |
| Fuji Sushi & Japanese Steak House Inc | 5925 Rome Taberg Rd | Rome, NY 13440 | | First Class Mail |
| Full Circle Catering | 20 Swink Ln | Lexington, VA 24450 | | First Class Mail |
| Fulper Farms LLC | 281 Rocktown Lambertville Rd | Lambertville, NJ 08530 | | First Class Mail |
| G. Ron Krell | Address Redacted | | | First Class Mail |
| Gail Fineo | Address Redacted | | | First Class Mail |
| Gallet Watch Company | 4604 Gatewood Circle | Peachtree Corners, GA 30097 | | First Class Mail |
| Garry Oganesian | Address Redacted | | | First Class Mail |
| Gary Cook | Address Redacted | | | First Class Mail |
| Gaslight Campground Inc. | 6297 Emlenton Clintonville Road | Emlenton, PA 16373 | | First Class Mail |
| Gator Packaging Inc | 241 Diane Dr | Flushing, MI 48433 | | First Class Mail |
| Gearard Lefore Insurance Agency Inc. | 1737 Orange Tree Lane, Ste A | Redlands, CA 92374 | | First Class Mail |
| Genesis Home Inspections | 201 E South Oak Road | Florence, SC 29505 | | First Class Mail |
| Genna Moroni | Address Redacted | | | First Class Mail |
| Georgia Xclusive | 2725 Tell Place Way Sw | Atlanta, GA 30331 | | First Class Mail |
| Ghost Rhino Marketing Inc | 1778 Ne 38th St | Oakland Park, FL 33334 | | First Class Mail |
| Gjw Enterprise LLC | 11818 Harry Hines Blvd | Ste 224 | Dallas, TX 75234 | First Class Mail |
| Glenn N. Scarboro. Lcsw | Address Redacted | | | First Class Mail |
| Global Ground Transportation LLC | 145 Northwood Drive | Atlanta, GA 30340 | | First Class Mail |
| Goda Transport Inc | 7948 W 108th St | Palos Hills, IL 60465 | | First Class Mail |
| Golda Borrero | Address Redacted | | | First Class Mail |
| Gotitlow.Com | 6384 Thomas Jeffrey | New Albany, OH 43054 | | First Class Mail |
| Great Basin School Of Photography LLC | 3465 Margo | Gardnerville, NV 89410 | | First Class Mail |
| Gregory S Matson | Address Redacted | | | First Class Mail |
| Groove Distribution LLC | 346 N. Justine St | Suite 202 | Chicago, IL 60607 | First Class Mail |
| Guadalupe Landscape | 1088 Jadestone Lane | Corona, CA 92882 | | First Class Mail |
| Guram Safonov | Address Redacted | | | First Class Mail |
| H & H Services Electrical Contractors Inc | 104 Somers Ave | New Castle, DE 19720 | | First Class Mail |
| Hagephoto | 12911 Patrick Road | Anchorage, AK 99516 | | First Class Mail |
| Hai Kim | Address Redacted | | | First Class Mail |
| Halakona Inc. | 11322 Bottle Rock Rd | Kelseyville, CA 95451 | | First Class Mail |
| Hamilton'S Antique Shoppe | 7451 Route 55 | Neversink, NY 12765 | | First Class Mail |
| Hampden Clothing LLC | Attn: Stacy Smallwood | 314 King St | Charleston, SC 29401 | First Class Mail |
| Hatsunaro Kiyanitza | Address Redacted | | | First Class Mail |
| Head Turners Hair Nail Designs | 6342 Lucille | St Louis, MO 63136 | | First Class Mail |
| Heidi R. Youngs | Address Redacted | | | First Class Mail |
| Helen'S Nail & Spa | 2019 York Road | Timonium, MD 21093 | | First Class Mail |
| Helse Corp | 110 W Mckey St | Ocoee, FL 34761 | | First Class Mail |
| Herbal Mind LLC | 2742 Chambers Ave | Kingman, AZ 86401 | | First Class Mail |
| High Quality Cpr | 8120 Fenton St | L1101 | Silver Spring, MD 20910 | First Class Mail |
| Highlights Beauty & Barber Inc. | 164A Old Country Rd | Riverhead, NY 11901 | | First Class Mail |
| Hilarious | 13636 Ventura Blvd | 410 | Sherman Oaks, CA 91423 | First Class Mail |
| Hizam S Moharam | Address Redacted | | | First Class Mail |
| Home Mortgage Corporation | 2323 Cumberland Parkway | Atlanta, GA 30339 | | First Class Mail |
| Hospitality Intergrated Services, Inc. | 751 E Pine Knoll Dr | Ste 1206 | Flagstaff, AZ 86001 | First Class Mail |
| Hunter Elevator Company Inc | 200 Route 32 | Central Valley, NY 10917 | | First Class Mail |
| Hutchins Electric Corporation | Attn: David Lindsay | 3399 South Country Trail, Unit 10 | East Greenwich, RI 02818 | First Class Mail |
| Ibc, LLC Of Arkansas | 166 Hubbard Rd | Searcy, AR 72143 | | First Class Mail |
| Icu Wireless | 466 Abbe Rd N | Elyria, OH 44035 | | First Class Mail |
| Icu Wireless | Attn: Elate Mustafa | 466 Abbe Rd N | Elyria, OH 44035 | First Class Mail |
| Ilanco LLC | 5831 S Dale Mabry Hwy | Tampa, FL 33611 | | First Class Mail |
| Independent Cab Owner Association Inc | 3485 Kurtz St | San Diego, CA 92110 | | First Class Mail |
| Info-Sys Technology Group | 12 Proctor St | 1F | Framingham, MA 01702 | First Class Mail |
| Inlove Inc. | 2 Northside Piers | Suite 30Y | Brooklyn, NY 11249 | First Class Mail |
| Integrity Clean | 3112 E Libby St | Phoenix, AZ 85032 | | First Class Mail |
| Invocare Group Holdings | 10 Winchester Ct. | Suite A | Mauldin, SC 29662 | First Class Mail |
| Irina Oganesian | Address Redacted | | | First Class Mail |
| Isaac Efrain Rodriguez Campos | Address Redacted | | | First Class Mail |
| Isackson Design Group LLC | 4615 Elsrode Ave | Baltimore, MD 21214 | | First Class Mail |
| J&B Container Company, Inc. | 610 Stillwood Drive | Woodstock, GA 30189 | | First Class Mail |
| J&C Construction Services LLC | 355 Se 43rd Ave | Hillsboro, OR 97123 | | First Class Mail |
| J&G Consultants, LLC | 4525 Eads Place Ne | Washington, MD 20018 | | First Class Mail |
| Jack Messina | Address Redacted | | | First Class Mail |
| Jackelin Pereyra | Address Redacted | | | First Class Mail |
| Jacksons Automotive Service, Inc | Attn: Larry Jackson | 10911 Irma Dr | Northglenn, CO 80233 | First Class Mail |
| Jacobs & Swender, Inc. | 26 Sumner Mountain Rd. | Amherst, MA 01002 | | First Class Mail |
| Jagjeet Singh | Address Redacted | | | First Class Mail |
| Jaime Josue Cruz | Address Redacted | | | First Class Mail |
| James A. Dickson | Address Redacted | | | First Class Mail |
| James L Mccallister Dc Chiropractic | 60 Fenton St | Suite 4 | Livermore, CA 94550 | First Class Mail |
| James Larsen | Address Redacted | | | First Class Mail |
| James Ma | Address Redacted | | | First Class Mail |
| James S. Cosman | Address Redacted | | | First Class Mail |
| Janadhi | Address Redacted | | | First Class Mail |
| Jared Scott | Address Redacted | | | First Class Mail |
| Jason Raphael Pictures | 5309 Cartwright Ave | N Hollywood, CA 91601 | | First Class Mail |
| Jb Advertising Consultants Inc | 170 Ross St | Brooklyn, NY 11211 | | First Class Mail |
| Jb Nails Spa LLC | 1950 W Indian School Rd, Ste 2 | Phoenix, AZ 85015 | | First Class Mail |
| Jeffrey Myers | Address Redacted | | | First Class Mail |
| Jem Design, Inc | 21H Putnam Green | Greenwich, CT 06830 | | First Class Mail |
| Jem Services, Inc | 853 Creek Bluff Rd | Rock Hill, SC 29732 | | First Class Mail |
| Jenifer Jay | Address Redacted | | | First Class Mail |
| Jennifer Joyce | Address Redacted | | | First Class Mail |
| Jennifer Spears | Address Redacted | | | First Class Mail |
| Jenny L. Griffin | Address Redacted | | | First Class Mail |
| Jeremiah J Nolan | Address Redacted | | | First Class Mail |
| Jesus Ramos | Address Redacted | | | First Class Mail |
| Jhexagon Inc | 1740 Broadway | Floor 15 | New York, NY 10019 | First Class Mail |
| Jimmy Jansen | Address Redacted | | | First Class Mail |
| Jimb Iii Inc | 120 Peachtree East Shopping Center | Peachtree City, GA 30269 | | First Class Mail |
| Jmc Ko Inc | 5327 Humboldt | Buena Park, CA 90621 | | First Class Mail |
| Jmwuare Computer Solutions Inc | 14525 3100 Rd. | Hotchkiss, CO 81419 | | First Class Mail |
| Joani Ayala | Address Redacted | | | First Class Mail |
| Joanne Cassar | Address Redacted | | | First Class Mail |
| Joe'S Mobile Inc. | 20101 Roscoe Blvd | Canoga Park, CA 91306 | | First Class Mail |
| Johann Urb | Address Redacted | | | First Class Mail |
| John Fredman Levy | Address Redacted | | | First Class Mail |
| John H. Barker | Address Redacted | | | First Class Mail |
| John Langston | Address Redacted | | | First Class Mail |
| Jose Deleon | Address Redacted | | | First Class Mail |
| Jose Mendoza | Address Redacted | | | First Class Mail |
| Jose Victor Luna Jr | Address Redacted | | | First Class Mail |
| Jpc Advisory Inc | 727 Union Ave | Riverhead, NY 11901 | | First Class Mail |
| Js Gourmet Deli Grocery Corp. | 1881 Mcgraw Ave | Bronx, NY 10462 | | First Class Mail |
| Jsa Properties LLC | 2141 Drew St | Clearwater, FL 33765 | | First Class Mail |
| Judy Chang | Address Redacted | | | First Class Mail |

**Exhibit A**
**Borrower Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Julie Ripoli | Address Redacted | | | First Class Mail |
| Justin Robert Smith | Address Redacted | | | First Class Mail |
| Justin Young | Address Redacted | | | First Class Mail |
| K. Ravn Design | 202 10th Ave Ne | St Petersburg, FL 33701 | | First Class Mail |
| Kai Bradford | Address Redacted | | | First Class Mail |
| Karl J Buchmeier | Address Redacted | | | First Class Mail |
| Katai Fitness LLC | Attn: Alex Saia | 411 Southgate Ct | Mickleton, NJ 08056 | First Class Mail |
| Katherine Birtch | Address Redacted | | | First Class Mail |
| Katherine Pearl | Address Redacted | | | First Class Mail |
| Kathleen R Kiernan | Address Redacted | | | First Class Mail |
| Kdl Construction & Development Group LLC | Attn: Dennis Lee | 134-22 32Nd Ave | Flushing, NY 11354 | First Class Mail |
| Keenan Brown | Address Redacted | | | First Class Mail |
| Keith L. Jones, Cpa | Address Redacted | | | First Class Mail |
| Kelly Hornberger Photography | 908 W Castlewood Ave | Friendswood, TX 77546 | | First Class Mail |
| Kenia Rivera | Address Redacted | | | First Class Mail |
| Kenneth Rak | Address Redacted | | | First Class Mail |
| Kenya Alford | Address Redacted | | | First Class Mail |
| Kerri R Cox | Address Redacted | | | First Class Mail |
| Kevin Handyman Services | 103 Tomahawk Trail | Pensacola, FL 32506 | | First Class Mail |
| Kevin L. Jacobs Realtor | Address Redacted | | | First Class Mail |
| Kevin Toro | Address Redacted | | | First Class Mail |
| Kick Jobs LLC. | 2565 Lake Royale Drive | Riverdale, GA 30296 | | First Class Mail |
| Kimberly Gibbs-Egan | Address Redacted | | | First Class Mail |
| Klosektkloset LLC | 6125 Brown St | 4 Jackson, MS 39213 | | First Class Mail |
| Knm Services Inc. | 2302 Parklake Dr | Atlanta, GA 30345 | | First Class Mail |
| Ksm Healthcare Inc | 1400 W Glenoaks Blvd | Glendale, CA 91201 | | First Class Mail |
| Ktwo | 102 Coronado Ave | Dallas, TX 75214 | | First Class Mail |
| Kylah Smith | Address Redacted | | | First Class Mail |
| La Tires Service Inc | 3400 E. 4th St | Los Angeles, CA 90063 | | First Class Mail |
| Lakeside Medical Billing | 19706 Se 30th Way | Camas, WA 98607 | | First Class Mail |
| Laronda Hicks | Address Redacted | | | First Class Mail |
| Latour Enterprizes, Inc. | 538 West St | Daytona Beach, FL 32114 | | First Class Mail |
| Lauren Ta | Address Redacted | | | First Class Mail |
| Laurie H. Olson, Ph.D., LLC | 7716 Nelson St | New Orleans, LA 70125 | | First Class Mail |
| Law Office Of John T. Zogby | 291 Main St | Milford, MA 01757 | | First Class Mail |
| Law Office Of Sherrill O'Connor | 20572 Hotchkiss Dr | Frankfort, IL 60423 | | First Class Mail |
| Lch Partnership | 7851 Mission Center Ct, Ste 115 | San Diego, CA 92108 | | First Class Mail |
| Le Pham | Address Redacted | | | First Class Mail |
| Leah Renee Photography | 124 N Maple St | Traverse City, MI 49684 | | First Class Mail |
| Ledea Spears | Address Redacted | | | First Class Mail |
| Legacy Construction Organization Inc | 3008 45th Ave | Apt 2L | Astoria, NY 11103 | First Class Mail |
| Leonid Levinta | Address Redacted | | | First Class Mail |
| Life Choice Solutions | 1200 Nw 17 Ave | Delray Beach, FL 33445 | | First Class Mail |
| Limra Texas Tech Inc | 6501 Independence Pkwy, Ste 5205 | Plano, TX 75023 | | First Class Mail |
| Linda Jackson | Address Redacted | | | First Class Mail |
| Linh Ngo Childcare | 2158 Lincoln Ave | Alameda, CA 94501 | | First Class Mail |
| Lise Johnson | Address Redacted | | | First Class Mail |
| Living Waters Missionary Association | 835 Hastings Ranch Dr. | Pasadena, CA 91107 | | First Class Mail |
| Livingtreesandshrubslic | 22519 Park Point Dr | Katy, TX 77450 | | First Class Mail |
| Liz Dangio | Address Redacted | | | First Class Mail |
| Lld Cleaning | 5900 Appaloosa Way | Orlando, FL 32822 | | First Class Mail |
| Logan & Son Construction, LLC | 309 Sandy Ln | Ft Worth, TX 76120 | | First Class Mail |
| Lone Star Trains & Collectibles | 469 State Hwy 155 | Frankston, TX 75763 | | First Class Mail |
| Louis B Colletti, Dds & Eric D Cook, Dds LLP | 572 Route 6 | Mahopac, NY 10541 | | First Class Mail |
| Louise F. Lee, O.D. | 46228 Warm Springs Blvd. | Suite 460 | Fremont, CA 94539 | First Class Mail |
| Luz Adriana Sepulveda | Address Redacted | | | First Class Mail |
| Lv Ins & Serv | 1625 Flickinger Ave | San Jose, CA 95131 | | First Class Mail |
| Lydia Cox | Address Redacted | | | First Class Mail |
| M&M Cage Company, LLC | 5373 N 107th St | Milwaukee, WI 53225 | | First Class Mail |
| Mac Outlet LLC | 111 W Floyd Ave | Englewood, CO 80110 | | First Class Mail |
| Magic Usa Inc | 3051 E Livingston St | 204 Orlando, FL 32803 | | First Class Mail |
| Mail Centre Etc | 1263 Brookside Ave, Unit B | Redlands, CA 92373 | | First Class Mail |
| Majestic Pearl & Stone Inc | 600 Meadowlands Pkwy | Ste 25 | Secaucus, NJ 07094 | First Class Mail |
| Map South Construction, Inc | 602 Seymour Drive | S Boston, VA 24592 | | First Class Mail |
| Marcus D Young | Address Redacted | | | First Class Mail |
| Maria Luz Enith Jaramillo | Address Redacted | | | First Class Mail |
| Mark A. Ray | Address Redacted | | | First Class Mail |
| Mark Eglinton Tribal Art Inc | 607 Warren St | Hudson, NY 12534 | | First Class Mail |
| Mark Jacobs | Address Redacted | | | First Class Mail |
| Marketing Firm | 11344 Coloma Road | Suite 105 | Gold River, CA 95670 | First Class Mail |
| Martha Brown Coaching | 174 Bessler Lake Drive | Groveland, IL 61535 | | First Class Mail |
| Mary Anne Newman | Address Redacted | | | First Class Mail |
| Maryanne Aneiro | Address Redacted | | | First Class Mail |
| Massive Brand Consulting | 52 Herman St | Fall River, MA 02720 | | First Class Mail |
| Master Nick, LLC | 19630 Victorian Drive | B3 | Parker, CO 80138 | First Class Mail |
| Matt Young Trucking, | 1010 Myrtle Ct | Newport News, VA 23608 | | First Class Mail |
| Media2 Inc. | 1 Bridge St, Ste 215 | Irvington, NY 10533 | | First Class Mail |
| Meredith Maynard | Address Redacted | | | First Class Mail |
| Michael Caporale | Address Redacted | | | First Class Mail |
| Michael L Emmel, Cpa | Address Redacted | | | First Class Mail |
| Michael Myers | Address Redacted | | | First Class Mail |
| Michelle Arlotta Photography | 696 Milford-Frenchtown Road | Milford, NJ 08848 | | First Class Mail |
| Migdonio Martinez | Address Redacted | | | First Class Mail |
| Military Food Express | 21 James St | Brunswick, ME 04011 | | First Class Mail |
| Military Food Express | Attn: John Ruppert | 21 James St | Brunswick, ME 04011 | First Class Mail |
| Millenium Construction Of Sw Fl Inc | 72 Heritage Way | Naples, FL 34110 | | First Class Mail |
| Minda B Raybourn Cpa LLC | 820 11th Ave | Franklinton, LA 70438 | | First Class Mail |
| Mirta, Inc. | 714 S Hill St, Ste 603 | Los Angeles, CA 90014 | | First Class Mail |
| Mis, LLC | 7 Benedict Dr | N Haven, CT 06473 | | First Class Mail |
| Mis, LLC | Attn: Daniel Morris | 7 Benedict Dr | North Haven, CT 06473 | First Class Mail |
| Mondragon Trucking | 347 3rd St | Los Banos, CA 93635 | | First Class Mail |
| Montoroso LLC | 1615 Branard St. | Houston, TX 77006 | | First Class Mail |
| Morfcraft LLC | 310 River Road Dr | Cumberland, KY 40823 | | First Class Mail |
| Mr. Z Realty Ltd | 740 W Alluvial Ave | 102 Fresno, CA 93711 | | First Class Mail |
| Mrs.Kumar S LLC | 9 Brentwood Pl | Monroe Township, NJ 08831 | | First Class Mail |
| Msab Incorporated | 2001 Richmond Hwy | Suite 801 | Arlington, VA 22202 | First Class Mail |
| Mt Sinai Congregational Church | 233 North Country Rd | Mt Sinai, NY 11766 | | First Class Mail |
| Mtn Clean LLC | 1605 W. White Mountain Blvd. | Lakeside, AZ 85929 | | First Class Mail |
| Muldemb LLC | 83 Shoreline Court | Richmond, CA 94804 | | First Class Mail |
| Mullein & Sparrow | 67 West St, Ste 412 | Brooklyn, NY 11222 | | First Class Mail |
| Murad Atieh | Address Redacted | | | First Class Mail |
| Murray Photo & Video, Inc. | 10 E. College Ave | Suite 110 | Appleton, WI 54911 | First Class Mail |
| Muudsu Furniture | 1103 Golden Springs | Diamond Bar, CA 91765 | | First Class Mail |
| My Favorite Little Boutique | 3826 Stockton Blvd | Sacramento, CA 95820 | | First Class Mail |
| My Tech Support Guy | 19037 Sylvan St | Tarzana, CA 91335 | | First Class Mail |
| Naish Hawaii Ltd. | 473 Paumakua Place | Kailua, HI 96734 | | First Class Mail |
| Nas Quick Pick Delivery Inc. | 310 East 25th St | Brooklyn, NY 11226 | | First Class Mail |
| National Sponsorship Group, Inc | 1623 Bridgegate St | Westlake Village, CA 91361 | | First Class Mail |
| Naturceutics | 19046 Bruce B. Downs Blvd. | Unit 216 | Tampa, FL 33647 | First Class Mail |
| Nault Solutions | 102 N Main | Okeene, OK 73763 | | First Class Mail |
| Nav Steel | Address Redacted | | | First Class Mail |
| Nb Custom Cabinets | Attn: Blanca Villanueva | 24910 Spencer Blvd | Magnolia, TX 77355 | First Class Mail |
| Ncserv | 5017 Teasley Ln, Ste 145-77 | Denton, TX 76210 | | First Class Mail |
| Neighborhood Tire Inc | 4779 Nw 183 St | Hialeah, FL 33055 | | First Class Mail |
| New Era Pro Painting | 5348 Jackson St | Philadelphia, PA 19124 | | First Class Mail |

**Exhibit A**
**Borrower Service List**

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| Next Level Home Inspections LLC | 399 Capri Pt | Lavonia, GA 30553 | | | First Class Mail |
| Nexva Saul | Address Redacted | | | | First Class Mail |
| Nguyen H Tran | Address Redacted | | | | First Class Mail |
| Nhan T Thai | Address Redacted | | | | First Class Mail |
| Niaz Mahmud | Address Redacted | | | | First Class Mail |
| Nicola Masser | Address Redacted | | | | First Class Mail |
| Nicole Jacques | Address Redacted | | | | First Class Mail |
| Nicole Negbenebor | Address Redacted | | | | First Class Mail |
| Noah Rickertsen | Address Redacted | | | | First Class Mail |
| North County Concrete Inc | 16002 Ne 25th St | Vancouver, WA 98684 | | | First Class Mail |
| Northampton Bicycle LLC | 319 Pleasant St | Northampton, MA 01060 | | | First Class Mail |
| Northeast Packard | 6098 Rte.112 | Patchogue, NY 11980 | | | First Class Mail |
| Nosh Pit | Address Redacted | | | | First Class Mail |
| Novedadestv Publishing Co | 4601 Baker Ct Nw | Albuquerque, NM 87114 | | | First Class Mail |
| Nyc Forensics | 170 West End Ave | 6N | New York, NY 10023 | | First Class Mail |
| Obr Atelier LLC | 75 Charles St | Boston, MA 02114 | | | First Class Mail |
| O'Brien Marine, Inc. | 2805 Canon St | San Diego, CA 92106 | | | First Class Mail |
| Obs Partners LLC | 106 Main St | D | Matawan, NJ 07747 | | First Class Mail |
| Ocean Air Conditioning & Heating Co | 28052 Camino Capistrano | | 101 Laguna Niguel, CA 92677 | | First Class Mail |
| On Time Taxi | 100 Winfield St | Norwood, MA 02062 | | | First Class Mail |
| Onlyroses Inc | 9631 Brighton Way | Beverly Hills, CA 90210 | | | First Class Mail |
| Operation Ninjas | 144 Lost Hills | Irvine, CA 92618 | | | First Class Mail |
| Otb Machinery Inc | 51 Proctor Road | Thomasville, NC 27360 | | | First Class Mail |
| Ovase Mfg Dba Global Tool Mfg. Co | 1990 Berwick Ave | Dayton, OH 45414 | | | First Class Mail |
| Over The Rainbow Care, LLC | 10170 S Eastern Ave | Suite 160 | Henderson, NV 89052 | | First Class Mail |
| Owubaso Limited Company | dba Destiny Braids & Beauty Supply | Attn: Emmanuel Basoah | 1400 N Forbes Rd, Ste 150 | Lexington, KY 40511 | First Class Mail |
| Pacheco & Associates Ii | 26301 Road 52 | Tulare, CA 93274 | | | First Class Mail |
| Pacific Energy Systems Cooling & Heating Inc. | Attn: Steve Lawber | 15405 135th Ave East | Puyallup, WA 98374 | | First Class Mail |
| Palm Beach Dancing | 5331 Ellery Terrace | W Palm Beach, FL 33417 | | | First Class Mail |
| Pamela Nstebem | Address Redacted | | | | First Class Mail |
| Paragon House Renovaitions, LLC | 1517 Technology Drive | Suite 103 | Chesapeake, VA 23320 | | First Class Mail |
| Paul James Relvas | Address Redacted | | | | First Class Mail |
| Paul Kehoe | Address Redacted | | | | First Class Mail |
| Paula Gosha | Address Redacted | | | | First Class Mail |
| Paula Kraft, M.D. | Address Redacted | | | | First Class Mail |
| Percia Enterprises, Inc. | 12900 Camino Real | Niederwald, TX 78640 | | | First Class Mail |
| Perfumer Supply House LLC | 1 Jams Drive | Danbury, CT 06811 | | | First Class Mail |
| Personalcare Physicians Of Irvine | 16300 Sand Canyon | | 410 Irvine, CA 92618 | | First Class Mail |
| Personalcare Physicians Of Newport Beach | 500 Superior Ave | | 100 Newport Beach, CA 92663 | | First Class Mail |
| Pets Chateau Dba Pets Marketplace | 2110 Paces Ferry Road | Holiday, FL 34690 | | | First Class Mail |
| Petter Beverage Express Inc | 4930 Moog Rd | Holiday, FL 34690 | | | First Class Mail |
| Petter Us Beverage Inc | 3315 Us Hwy 19 N | Holiday, FL 34691 | | | First Class Mail |
| Philip Winston, Inc | 1017 Laurel Park Lane | Charlotte, NC 28270 | | | First Class Mail |
| Pho Bistro | 4130 S.Sandhill Rd | Las Vegas, NV 89121 | | | First Class Mail |
| Phuong Linh Thi Doan | Address Redacted | | | | First Class Mail |
| Pink Elite Club Basketball | 14022 Briar Lane | Plainfield, IL 60544 | | | First Class Mail |
| Planexport Inc. | 21650 SW 137th Ave | Goulds, FL 33170 | | | First Class Mail |
| Plant Propagation Technology Inc | 412 Westridge Drive | Watsonville, CA 95076 | | | First Class Mail |
| Prato Men'S Apparel, Inc. | 5613 Bergenline Ave | W New York, NJ 07093 | | | First Class Mail |
| Prekari, Inc. | 960 Crooked Creek Drive | Los Altos, CA 94024 | | | First Class Mail |
| Princeton Horse Sales Ii, Inc. | 1315 Great Rd | Princeton, NJ 08540 | | | First Class Mail |
| Print Professionals Inc | 1013 W Fairfield Rd | High Point, NC 27263 | | | First Class Mail |
| Priority Solutions, LLC | 4736 Avron Blvd. | Metairie, LA 70006 | | | First Class Mail |
| Professional Funding Group Inc. | 3871 Ne 22Nd Way, | Pompano Beach, FL 33064 | | | First Class Mail |
| Progressive Employment Services, LLP | 1709 S Park St, Ste F | Madison, WI 53713 | | | First Class Mail |
| Project Por Amor LLC | 4117 Shelburn Ct | Los Angeles, CA 90065 | | | First Class Mail |
| Projection Tool Inc | 548 Shattuck Rd | Saginaw, MI 48604 | | | First Class Mail |
| Prokits Sourcing Inc | 4368 Floridatown Rd | Milton, FL 32571 | | | First Class Mail |
| Promax Car Care Solutions LLC | 17982 Sky Park Cir | Irvine, CA 92614 | | | First Class Mail |
| Quality Kutz Lawn Care, | 4440 Cygnus Ln Ne | Rockford, MI 49341 | | | First Class Mail |
| Queens Atelier | Attn: Anthony Sitnyakovsky | 5931 Hillview Ave | San Jose, CA 95123 | | First Class Mail |
| R & G Management Services Inc | 10037 Sideview Dr | Downey, CA 90240 | | | First Class Mail |
| Rafael Pagan | Address Redacted | | | | First Class Mail |
| Randol Leach | Address Redacted | | | | First Class Mail |
| Redden Gp, LLC | 16801 Addison Rd | Ste 100 | Addison, TX 75001 | | First Class Mail |
| Regal Nail | Address Redacted | | | | First Class Mail |
| Reginald Monde | Address Redacted | | | | First Class Mail |
| Reid & Reed Auto Center | 577 Sizerville Rd | Emporium, PA 15834 | | | First Class Mail |
| Renewed Health & Wellness | 2420 Finger Rd | Green Bay, WI 54302 | | | First Class Mail |
| Reproductive Health Centers | 435 W Arden Ave 340 | Glendale, CA 91203 | | | First Class Mail |
| Rg Line Inc | 1066 Flowing Tide Dr | Orlando, FL 32828 | | | First Class Mail |
| Richard Rodriguez | Address Redacted | | | | First Class Mail |
| Richardson Farms, LLC | 8200 Stockdale Hwy | Ste M10 111 | Bakersfield, CA 93311 | | First Class Mail |
| Roanoke Cpr, LLC | 5070 Labradore Dr | Roanoke, VA 24012 | | | First Class Mail |
| Robert A Neilson, Cpa, LLC | 412 Ave B | Bogalusa, LA 70427 | | | First Class Mail |
| Roman Catholic Church Of St Anthony | 614 Route 25A | Rocky Point, NY 11778 | | | First Class Mail |
| Ronny R Moreno Sharpe | Address Redacted | | | | First Class Mail |
| Roofing Connections LLC | 845 W 75 St | | 406 Hialeah, FL 33014 | | First Class Mail |
| Runsong Xu | Address Redacted | | | | First Class Mail |
| Russell Insurance LLC | 433 New Alexandria Rd | Greensburg, PA 15601 | | | First Class Mail |
| Rutcherd J Bong Service Billing | 8046 Floral Ave | Skokie, IL 60077 | | | First Class Mail |
| S 2 C Associates, Inc. | 14262 Sw 140 St | | 104 Miami, FL 33186 | | First Class Mail |
| S Petersen Homes Inc | 5230 Maria Dr | St James City, FL 33956 | | | First Class Mail |
| S&A Glass & Mirror, Inc. | 18005 Sky Park Circle | Suite E | Irvine, CA 92614 | | First Class Mail |
| Safety Certification Solutions | 3301 Irondale Ct | New Lenox, IL 60451 | | | First Class Mail |
| Sam Family Partnership | 3520 Village Dr | | 100 Lincoln, NE 68516 | | First Class Mail |
| Samburg Express | Address Redacted | | | | First Class Mail |
| Samplemaster Inc | Attn: James Wilson | 646 Leonard Bridge Road | Chatsworth, GA 30705 | | First Class Mail |
| Sandy Cleanning Services | 1336 Jefferson Av | Apt B | Orange Park, FL 32065 | | First Class Mail |
| Sapient Management Resources LLC | 2699 Tigertail Ave | Apt 21 | Coconut Grove, FL 33133 | | First Class Mail |
| Sapporo Japanese Restaurant Inc | 10609 Wiles Rd | Coral Springs, FL 33076 | | | First Class Mail |
| Saturn5 Rose | 11753 Nw 12th St | Pembroke Pines, FL 33026 | | | First Class Mail |
| Sawasy Studio, Inc | 1510 Oxley St, Ste I | S Pasadena, CA 91030 | | | First Class Mail |
| Schiavone Designs, LLC | 112 Saddle Rock Road | Holbrook, NY 11741 | | | First Class Mail |
| Scm Trading, Inc | 6101 Ball Rd | Ste 212 | Cypress, CA 90630 | | First Class Mail |
| Scott Arbogast | Address Redacted | | | | First Class Mail |
| Scott E Sutton | Address Redacted | | | | First Class Mail |
| Selectstarfrom Solutions LLC | 4-74 48th Ave | Long Island City, NY 11109 | | | First Class Mail |
| Sergey V Kolesnikov | Address Redacted | | | | First Class Mail |
| Setup Globe LLC | 515 W Wrightwood Ave | Chicago, IL 60614 | | | First Class Mail |
| Sf Car Performance | 327 Elm St | San Mateo, CA 94401 | | | First Class Mail |
| Shahin Pour | Address Redacted | | | | First Class Mail |
| Shangri-La International Holdings Of Hawaii, Llc | 136 Wilikina Dr | Wahiawa, HI 96786 | | | First Class Mail |
| Shawn Barnes | Address Redacted | | | | First Class Mail |
| Shayclare LLC | 24645 Sw 65th Ave | Tualatin, OR 97062 | | | First Class Mail |
| Shear Visions | 1028 S. Commercial St | Neenah, WI 54956 | | | First Class Mail |
| Sheilas Music Studio | 10450 White Ash Trail | Twinsburg, OH 44087 | | | First Class Mail |
| Shelter Island Sanitation, Inc. | 20 E Thomas St | Shelter Island, NY 11964 | | | First Class Mail |
| Sherri Rein Tax & Accounting Services | 26230 131st Pl Se | Kent, WA 98030 | | | First Class Mail |
| Sidewalk Juice | Address Redacted | | | | First Class Mail |
| Silver Hill Laundromat | Silver Hill Rd | | 5662 District Height, MD 20747 | | First Class Mail |
| Simms Integrated Solutions, LLC | 16889 W 63rd Ln | Arvada, CO 80403 | | | First Class Mail |
| Simonich Farms Inc. | 14229 Ave 180 | Tulare, CA 93274 | | | First Class Mail |
| Simonson Farms, LLC | 118 Dey Road | Cranbury, NJ 08512 | | | First Class Mail |
| Sircs Services Inc | 5431 Tall Oaks Drive | Long Grove, IL 60047 | | | First Class Mail |

**Exhibit A**
Borrower Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Small Animal Veterenary Associates | 1273 Church Road | Toms River, NJ 08755 | | First Class Mail |
| Smith Medical Pedicures | Address Redacted | | | First Class Mail |
| Smpl Agtech Co. | 1281 Win Hentschel Blvd. | W Lafayette, IN 47906 | | First Class Mail |
| Sodhi Mandara | Address Redacted | | | First Class Mail |
| Souffrance Louidort | Address Redacted | | | First Class Mail |
| Sousek Consulting LLC | W4151 Valley View Lane | Appleton, WI 54913 | | First Class Mail |
| South Bay Pool & Spa Service | 11317 Parkfield Court | Riverside, CA 92505 | | First Class Mail |
| Southern California Carbide Inc | 12216 Thatcher Ct | Poway, CA 92064 | | First Class Mail |
| Sparklemasters, Inc. | 1112 Chestnut St A100 | Burbank, CA 91506 | | First Class Mail |
| Spectra Tech Ltd | 6432 Gracely Dr | Cincinnati, OH 45233 | | First Class Mail |
| Speedgraphics & Sign Design Inc. | 35 Walden Dr | Unit 101 | Arden, NC 28704 | First Class Mail |
| Srk Recovery | 518 Rockmart Road | Villa Rica, GA 30180 | | First Class Mail |
| St Transportision Logistics | 201 Brighton 1st. Road | 4C | Brooklyn, NY 11235 | First Class Mail |
| Star International Insurance Agency LLC | 8410 W Flagler St | Ste 205 | Miami, FL 33144 | First Class Mail |
| State Home Care Inc | 9422 Common St, Ste 3 | Baton Rouge, LA 70809 | | First Class Mail |
| Stephen Vozeh | Address Redacted | | | First Class Mail |
| Sterling Welch | Address Redacted | | | First Class Mail |
| Steven Campbell | Address Redacted | | | First Class Mail |
| Stg Management Inc | 1506 Winding Way Drive | Suite 106 | Friendswood, TX 77546 | First Class Mail |
| Stone Mountain Ventures, Inc | 1597 Eagle Point Rd | Huddleston, VA 24104 | | First Class Mail |
| Stosz Construction Services Inc | 115 Market Hill Road | Amherst, MA 01002 | | First Class Mail |
| Strasburg Motorsports LLC | 1555 Limevalley Rd | Strasburg, PA 17579 | | First Class Mail |
| Strawn Oil Corp, | 5621 Burning Tree Drive | El Paso, TX 79912 | | First Class Mail |
| Stryker Electric Inc | 75A Diamond St | San Francisco, CA 94114 | | First Class Mail |
| Stuffwholesale | 63 Sandy Bottom Rd | Coventry, RI 02816 | | First Class Mail |
| Subversus Interactive LLC | 535 Pierce St. | Apt. 3204 | Albany, CA 94706 | First Class Mail |
| Successware Inc. | 11800 Fawn Lake Parkway | Spotsylvania, VA 22551 | | First Class Mail |
| Summit Medical Solutions | 201 Vinca Circle | Madison, MS 39110 | | First Class Mail |
| Sunray Video | 9265 Dowdy Dr | Suite 100 | San Diego, CA 92126 | First Class Mail |
| Susiez Translations Inc | 17321 Charlee Rd | Punta Gorda, FL 33955 | | First Class Mail |
| Sustainable Life Designs LLC | 9904 Markham St | Silver Spring, MD 20901 | | First Class Mail |
| Swails Import Auto Repair LLC | 416 East Fourth St | W Lafayette, OH 43845 | | First Class Mail |
| Sweis Inc | 23760 Hawthorne Blvd | Torrance, CA 90505 | | First Class Mail |
| Syncstream Solutions LLC | 1 Galleria Blvd | Suite 1900 | Metairie, LA 70001 | First Class Mail |
| Tap Solutions | 31326 Cherry Dr | Castaic, CA 91384 | | First Class Mail |
| Tatyana Le | Address Redacted | | | First Class Mail |
| Tax Express Of Florida Inc | 2141 Drew St | Ste 104 | Clearwater, FL 33765 | First Class Mail |
| Tax Matters Inc | 703 Hwy 78 E | Jasper, AL 35501 | | First Class Mail |
| Teacher'S Pet | 27738 Summer Grove Place | Valencia, CA 91354 | | First Class Mail |
| T-Electric LLC | 912 Aqua Dr | Gallatin, TN 37066 | | First Class Mail |
| Thaddeus Freeman, Pllc | 8150 Cypress Garden Court | Largo, FL 33777 | | First Class Mail |
| The "New" Jersey Tennis Club Inc | 593 Route 34 | Matawan, NJ 07747 | | First Class Mail |
| The Business Control Service, Inc. | 48562 Van Dyke Ave | Suite C | Shelby Township, MI 48317 | First Class Mail |
| The Creative Concepts Company | 57 Farm Rd Bldg. 7 | Unit 108 | Hillsborough, NJ 08844 | First Class Mail |
| The Devmob LLC | 32605 Temecula Pkwy | Suite 204 | Temecula, CA 92592 | First Class Mail |
| The Devmob LLC | 32605 Temescula Pkwy | Temecula, CA 92592 | | First Class Mail |
| The Garber Law Firm | 4994 Lower Roswell Rd, Ste 14 | Marietta, GA 30068 | | First Class Mail |
| The Geoffrey Company Brands Inc | 9 E Loockerman St | Ste 311 | Dover, DE 19901 | First Class Mail |
| The Haute Shopper, LLC | 6975 Old Bethsaida Way | Riverdale, GA 30296 | | First Class Mail |
| The Hub Medical Device Group, Inc. | 60 River St | Beverly, MA 01915 | | First Class Mail |
| The James Arnold Co. Inc. | 127 Chestnut St | 2Nd Floor | New Bedford, MA 02746 | First Class Mail |
| The Love Line Natural Hair Care | 601 S Ohio Ave | Columbus, OH 43205 | | First Class Mail |
| The Mitchell Group | dba Twist Yoga | 122 5th Ave S | Edmonds, WA 98020 | First Class Mail |
| The Oya Group | 26 Skyline Crest | Monterey, CA 93940 | | First Class Mail |
| The Robert Damelio Corporation | 1445 North Congress Ave | Delray Beach, FL 33445 | | First Class Mail |
| The Stackz Co. | 9223 Archibald Ave | Unit H | Rancho Cucamonga, CA 91730 | First Class Mail |
| The Whitehead Agency | 2303 S Bagdad Rd | Leander, TX 78641 | | First Class Mail |
| Think Tank Films, Inc. | 2255 22Nd St | Santa Monica, CA 90405 | | First Class Mail |
| Thomas Sundahl | Address Redacted | | | First Class Mail |
| The Corevir Group, LLC | 106 West Maple Ave | St Michaels, MD 21663 | | First Class Mail |
| Threeon Inc | 105 Challenger Rd. | Suite 407 | Ridgefield Park, NJ 07660 | First Class Mail |
| Timothy Brosseau | Address Redacted | | | First Class Mail |
| Timothy Dutton | Address Redacted | | | First Class Mail |
| Timothy Froman Cpa | Address Redacted | | | First Class Mail |
| Tina Michael Corporation | 11 Red Pump Road | Bel Air, MD 21014 | | First Class Mail |
| Tkm Plumbing Inc. | 3480 Earl Drive | Santa Clara, CA 95051 | | First Class Mail |
| Tom Holly | Address Redacted | | | First Class Mail |
| Tony Marlin | Address Redacted | | | First Class Mail |
| Tonya Haskins | Address Redacted | | | First Class Mail |
| Top Renovation Pro LLC | 10744 Cory Lake Dr. | Tampa, FL 33647 | | First Class Mail |
| Tpc Inc | 2141 Drew St | | 11 Clearwater, FL 33765 | First Class Mail |
| Tracer Inc. | 392 Willow Creek Road | Evergreen, CO 80439 | | First Class Mail |
| Trang Thu Luong | Address Redacted | | | First Class Mail |
| Travis Hough | Address Redacted | | | First Class Mail |
| Trevor Floyd & Company | 42 Wantage School Road | Sussex, NJ 07461 | | First Class Mail |
| True Blue Solutions Incorporated | 9592 Salisbury Lane | Cypress, CA 90630 | | First Class Mail |
| Trupti Inc | 6737 W Tidwell Rd | Houston, TX 77092 | | First Class Mail |
| Trusted Life Care LLC | 1777 N. Bellflower Blvd. | | 207 Long Beach, CA 90815 | First Class Mail |
| Tyler Brents | Address Redacted | | | First Class Mail |
| Tymaris Donaldson | Address Redacted | | | First Class Mail |
| Uly, Inc | 335 Oak St | San Francisco, CA 94102 | | First Class Mail |
| Unique Nails & Hair | 11308 Santa Monica Blvd | Los Angeles, CA 90025 | | First Class Mail |
| Unique Travel Accessories Inc | 2289 Jessica Ln | Kissimmee, FL 34744 | | First Class Mail |
| Universal Robotics Inc. | 2518 Smith Spring Road | Nashville, TN 37217 | | First Class Mail |
| Urambia Sanchez | Address Redacted | | | First Class Mail |
| V2 Enterprises Inc. | 3448 Hampshire Ave N | Crystal, MN 55427 | | First Class Mail |
| Vacca Mma & Fitness | 4965 Swamp Road | Doylestown, PA 18901 | | First Class Mail |
| Valdes Contract Services | 9907 Old Mesquite | San Antonio, TX 78254 | | First Class Mail |
| Valley Windows Inc. | 190 E Mosby Rd | Harrisonburg, VA 22801 | | First Class Mail |
| Vaonetransinc | 175 William F Mcclellan Hwy | E Boston, MA 02128 | | First Class Mail |
| Vaughn Investments Inc, | 390 Stovall St Se, Unit 2214 | Atlanta, GA 30316 | | First Class Mail |
| Venus Thomas | Address Redacted | | | First Class Mail |
| Verge Transportation Usa LLC | 411 43rd St East, Ste B | Palmetto, FL 34221 | | First Class Mail |
| Vic Furriel Sales, LLC | Attn: Victor Furriel | 929 W Anaheim St | Wilmington, CA 90744 | First Class Mail |
| Vince Lamarca | Address Redacted | | | First Class Mail |
| Vincent Roncone | Address Redacted | | | First Class Mail |
| Viridian Geeks | 5805 State Bridge Rd | Johns Creek, GA 30097 | | First Class Mail |
| Viridian Geeks | Attn: Amber De La Cruz | 5805 State Bridge Rd, Ste G254 | Johns Creek, GA 30097 | First Class Mail |
| Vu T Ton & Ai T Doan | Address Redacted | | | First Class Mail |
| Waite'S Accounting Service, LLC | 140 N Center St | Mesa, AZ 85201 | | First Class Mail |
| Walpole Land Services LLC | 2140 Ne 39 Blvd. | Okeechobee, FL 34972 | | First Class Mail |
| Wc Transportation Service Group Inc | 120 Industrial Ave | Suite O | Little Ferry, NJ 07643 | First Class Mail |
| Weeks Rentals | 4189 Us 13 N | Goldsboro, NC 27530 | | First Class Mail |
| West Chicago Tprs LLC | 3330 Dundee Rd | Unit C2 | Northbrook, IL 60062 | First Class Mail |
| West Nails Inc | 2271 Broadway | New York, NY 10024 | | First Class Mail |
| White Gold Moving & Storage, Inc | 1245 W. 135th St | Gardena, CA 90247 | | First Class Mail |
| Wildewood Consulting LLC | P. O. Box 88 | Canton, MA 02021 | | First Class Mail |
| William Pointer | Address Redacted | | | First Class Mail |
| William Reed | Address Redacted | | | First Class Mail |
| Williams Insurance & Notary | 1412 Hamilton St | Allentown, PA 18102 | | First Class Mail |
| Willow Creek Realty | 169 Paradise Lane | Mars Hill, NC 28754 | | First Class Mail |
| Wilton Curtis Pierre | Address Redacted | | | First Class Mail |
| Wizmen Systems LLC | 2242 Cosgrove Pl | Snellville, GA 30078 | | First Class Mail |
| Wooster Realty LLC | 3103 Nw Chapin Drive | Portland, OR 97229 | | First Class Mail |
| Work Zone Traffic Services, Inc. | 7250 S. Durango Dr. | Suite 130-136 | Las Vegas, NV 89113 | First Class Mail |

**Exhibit A**
**Borrower Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Xi Media Production, LLC | 307 Quarry Springs Drive | San Marcos, TX 78666 | | First Class Mail |
| Yasuo Imai | Address Redacted | | | First Class Mail |
| Zbike, LLC | 1111 Morse Ave Spc 3 | Sunnyvale, CA 94089 | | First Class Mail |
| Zelaya'S Backhoe Service | 2305 Sunset Dr. | Balch Springs, TX 75180 | | First Class Mail |
| Zero2Sixty Motorsports | 7182 Us Hwy 14, Ste 701 | Middleton, WI 53562 | | First Class Mail |
| Zlatan Beca Transportation Services | 8618 Rayburn Road | Bethesda, MD 20817 | | First Class Mail |