IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SECOND SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 20, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Borrower Service List attached hereto as **Exhibit A**:

- **Notice of Chapter 11 Bankruptcy Case [Docket No. 106]**

Dated: November 1, 2022

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 1st day of November, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

## **EXHIBIT A**

**KABBAGE, INC. d/b/a KSERVICING,** *et al.*                                                                                                                 **Served 10/20/2022**

HOME AND EMAIL ADDRESSES OF INDIVIDUALS HAVE BEEN REDACTED PURSUANT TO THE ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE AND MAINTAIN CONSOLIDATED CREDITOR LISTS, AND (B) REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION FOR INDIVIDUALS, (II) APPROVING SPECIAL ELECTRONIC NOTICING PROCEDURES, AND (III) GRANTING RELATED RELIEF [DOCKET NO. 77].

**Exhibit A**
**Borrower Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| 27-24 Tavern Corp. | 27-24 Jackson Ave. | Long Island City, NY 11101 | | First Class Mail |
| 320 Construction | 8233 John Leblanc Blvd | Sorrento, LA 70778 | | First Class Mail |
| Acs Group Ridgefield Park Inc | 226 Main St | Ridgefield Park, NJ 07660 | | First Class Mail |
| Ahmad Hussain | Address Redacted | | | First Class Mail |
| Allison Conrad | Address Redacted | | | First Class Mail |
| Angela Fish Market Inc | 896 Utica Ave | Brooklyn, NY 11203 | | First Class Mail |
| Anita Touch Of Color Inc | 11043 Countryway Blvd | Tampa, FL 34655 | | First Class Mail |
| Archstone Appraisal Group LLC | Attn: Royce Rowles | 4658 W Quaker Ridge Dr | Meridian, ID 83646 | First Class Mail |
| Artisan Gallery LLC | 524 E Main St | Stoughton, WI 53589 | | First Class Mail |
| Asm Group, LLC | 819 W Esplanade Ave | Ste A | Kenner, LA 70065 | First Class Mail |
| B & B Dental Services, LLC | 155 N 160 E | Vineyard, UT 84059 | | First Class Mail |
| Bastione Group, LLC | 6395 Spalding Dr, Ste F | Peachtree Corners, GA 30092 | | First Class Mail |
| Bns Entertainment | 1127 Fort Worth Drive | Denton, TX 76249 | | First Class Mail |
| Boston Environmental Management Company, LLC | 152 Bartlett Rd | Winthrop, MA 02152 | | First Class Mail |
| Brmcloud, Inc | 4267 Marina City Dr. | Unit 600 | Marina Del Rey, CA 90292 | First Class Mail |
| Burggraaf Enterprices Inc | dba Dutch Masters Tile & Marble | 16281 70th St N | Loxahatchee, FL 33470 | First Class Mail |
| Byron Hollinger | Address Redacted | | | First Class Mail |
| Cadot Collision Center | 810 Anderson Drive | San Rafael, CA 94901 | | First Class Mail |
| Capezzano Construction Corp | 110 Fane Court | Brooklyn, NY 11229 | | First Class Mail |
| Charanjit Singh | Address Redacted | | | First Class Mail |
| Christopher Timms | Address Redacted | | | First Class Mail |
| Chung, Kathy | Address Redacted | | | First Class Mail |
| Clean Sweep Chimney, Dryer, & Duct LLC | 453C Fire Tower Rd | Prosperity, SC 29127 | | First Class Mail |
| Cogburn-Miller Realty Inc. | 10001 Artesia Blvd | Bellflower, CA 90706 | | First Class Mail |
| College Dudes Help U Move Inc | 4321 Stuart Andrew Blvd | H | Charlotte, NC 28217 | First Class Mail |
| Comtech Computer Services, Inc. | 1204 South Main St. | Graham, NC 27253 | | First Class Mail |
| Creations By Keeley, LLC | 190 Willow Way | Roswell, GA 30076 | | First Class Mail |
| Daljit Singh | Address Redacted | | | First Class Mail |
| Danny Kim | Address Redacted | | | First Class Mail |
| David Gusmini | Address Redacted | | | First Class Mail |
| Debbie'S Day Spa & Salon | 403 Anastasia Blvd | St Augustine, FL 32080 | | First Class Mail |
| Diana Kamenitzer | Address Redacted | | | First Class Mail |
| Dietz Corp | 3941 Park Dr. | Suite 20-499 | El Dorado Hills, CA 95762 | First Class Mail |
| Donald Barthelemy | Address Redacted | | | First Class Mail |
| Eugene Mikell | Address Redacted | | | First Class Mail |
| Fin Digital | 727 15th St Nw, Ste 1102 | Washington, DC 20005 | | First Class Mail |
| Getsitdonerealestateinc | 19 E Abarr Drive | Pueblo West, CO 81007 | | First Class Mail |
| Go Get Geek, LLC | 1529 E Granada Rd | Phoenix, AZ 85006 | | First Class Mail |
| Gramercy Podiatry Center | 205 Third Ave | New York, NY 10003 | | First Class Mail |
| Gray Nut Farming | 3590 Santos Cir | Cameron Park, CA 95682 | | First Class Mail |
| Gresham Family Dental, LLC | 19265 Se Stark St., Ste A | Portland, OR 97233 | | First Class Mail |
| Hopsco Energy Products | 6711 State Rte 117 | Rockford, OH 45882 | | First Class Mail |
| Hula Hali LLC | 73-1194 Ala Kapua St | Kailua-Kona, HI 96740 | | First Class Mail |
| Invise Solutions | 206 E 860 S | Orem, UT 84058 | | First Class Mail |
| Jamie Rogers | Address Redacted | | | First Class Mail |
| Janine Lee | Address Redacted | | | First Class Mail |
| Joseph Brady | Address Redacted | | | First Class Mail |
| Karen Reincke | Address Redacted | | | First Class Mail |
| Keefer Trucking LLC | 265Airport Rd | Mt Pleasant, PA 15666 | | First Class Mail |
| Keka Trans Inc | 1301 S Finley Rd | | 317 Lombard, IL 60148 | First Class Mail |
| Kenneth B Cnfield Pc Cpa | Address Redacted | | | First Class Mail |
| Kornelia Wegiel | Address Redacted | | | First Class Mail |
| Leopoldo E. Delucca, M.D., P.C. | 804 Kenyon Road | Suite 200 | Ft Dodge, IA 50501 | First Class Mail |
| Linda Vu | Address Redacted | | | First Class Mail |
| Lmillscps | 1672 W Breezy Ln | W Palm Beach, FL 33417 | | First Class Mail |
| Lud Stoor Agency, Inc. | 324 Crystal Ave | Crystal Falls, MI 49920 | | First Class Mail |
| M.A Express, Llc | 50 E Lake Circle | Griffin, GA 30223 | | First Class Mail |
| Madz Construction Inc. | 34582 Agonis Way | Winchester, CA 92596 | | First Class Mail |
| Maurice Jones Jr | Address Redacted | | | First Class Mail |
| Miracle Method Of Nw Pittsburgh Inc. | 1039 Sr 168 | Darlington, PA 16115 | | First Class Mail |
| Mirsky Realty Group | 220 Sunrise Ave | Ste 100 | Palm Beach, FL 33480 | First Class Mail |
| Mjj Enterprise, LLC | 9 S Penobscot Court | Simpsonville, SC 29681 | | First Class Mail |
| N&M Transports LLC | 9532 Queens Guard Ct | Laurel, MD 20723 | | First Class Mail |
| Nail Boutique At Lake Norman | 115 Plantation Ridge | Suite 101 | Mooresville, NC 28117 | First Class Mail |
| Nature'S Health Foods, Inc. | 301 S. Parsons Ave. | Brandon, FL 33511 | | First Class Mail |
| Onehrsource LLC | 9109 Hanover St | Lithia Springs, GA 30122 | | First Class Mail |
| Papyrus Tax Service | 3832 Cameo Ln | San Diego, CA 92111 | | First Class Mail |
| Pest Patrol Of Central Florida, Inc. | 700 Dyer Blvd. | Kissimmee, FL 34741 | | First Class Mail |
| Pfilix Inc. | 1802 N Alafaya Trail, Ste 175 | Orlando, FL 32826 | | First Class Mail |
| Pmg Holdings | 8032 Maverick Lane | Ordway, CO 81063 | | First Class Mail |
| Potts Marketing Group LLC | 1115 Leighton Ave | Anniston, AL 36207 | | First Class Mail |
| Restaurant Transformations | 50 W Encanto Blvd | Phoenix, AZ 85003 | | First Class Mail |
| Richard Mensah | Address Redacted | | | First Class Mail |
| Roadmaster Vip LLC | 14603 Debenham Way | Bowie, MD 20721 | | First Class Mail |
| Roberto Hernandez | Address Redacted | | | First Class Mail |
| Rosa Fredell | Address Redacted | | | First Class Mail |
| Ryan Mastalerz | Address Redacted | | | First Class Mail |
| Sara Smith | Address Redacted | | | First Class Mail |
| Sherell Thomas | Address Redacted | | | First Class Mail |
| Small Planet Cleaning | 3935 Half Turn Pl | Colorado Springs, CO 80917 | | First Class Mail |
| Southside Fence, Railings & Sheds, Inc. | 1190 Sunrise Hwy | Copiague, NY 11726 | | First Class Mail |
| Steven Moy | Address Redacted | | | First Class Mail |
| Susie Brinker | Address Redacted | | | First Class Mail |
| The Crazy Toston, Inc. | 11457 Sw 252Nd Ter | Homestead, FL 33032 | | First Class Mail |
| The Third Piece | 75 School St | Charlestown, MA 02129 | | First Class Mail |
| Thecannonfirm | 192 Ne 46th St, Apt 1 | Miami, FL 33137 | | First Class Mail |
| Thomas Mr Holdings | Address Redacted | | | First Class Mail |
| Traci R. Mcmahan | dba Paso Robles Tech | 843 7th St, Unit-C | Paso Robles, CA 93446 | First Class Mail |
| Tradewinds | 924 Sandcastle Dr. | San Diego, CA 92007 | | First Class Mail |
| Twobluedogs LLC | 6501 S Congress Ave | Austin, TX 78745 | | First Class Mail |
| Tyler Lindsey | Address Redacted | | | First Class Mail |
| Uce Juice LLC | 3330 Del Monte Blvd | Marina, CA 93933 | | First Class Mail |

**Exhibit A**
Borrower Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Vadaishasbrown-Hudson | Address Redacted | | | First Class Mail |
| Valiant Mechanical | Address Redacted | | | First Class Mail |
| Vinh Lam | Address Redacted | | | First Class Mail |
| Vja. Inc. | 4251 Aleman Drive | Tarzana, CA 91356 | | First Class Mail |
| Yoseph Transportaion LLC | 16831 40th Ave S | Seatac, WA 98188 | | First Class Mail |