**Exhibit 1**

**List of Tier 1 Ordinary Course Professionals**

| **Name** | **Address** | **General Description** |
|---|---|---|
| Alston & Bird LLP | 950 F Street NW<br>Washington, D.C. 20004 | Litigation counsel—responding to civil subpoenas |
| Davis Polk & Wardwell LLP | 901 15th Street, NW<br>Washington, D.C. 20005 | Legacy counsel representing the Debtors in government investigations |
| Thomas E. Austin, Jr. LLC | 2625 Piedmont Road, N.E. Suite 56-330<br>Atlanta, Georgia 30324 | Litigation counsel representing the Debtors in borrower bankruptcies |
| Windham Brannon, LLC | 3630 Peachtree Road NE #600<br>Atlanta, GA 30326 | Legacy tax and accounting advisors advising on 2021 tax returns |