**Exhibit 2**

**List of Tier 2 Ordinary Course Professionals**

| Name | Address | General Description |
|---|---|---|
| Dentons US LLP | 1221 6th Avenue<br>New York, New York 10020 | Litigation counsel representing the Debtors in lawsuits, including a putative class action |
| McGuireWoods LLP | 1250 6th Avenue<br>New York, New York 10020 | Counsel representing the Debtors in regulatory matters, including advice on matters related to the Small Business Association |