## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | : | Case No. 22-10951 (CTG) |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | Re: D.I. 202 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I caused the *Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest* [D.I. 202] to be served upon the party on the attached service list in the manner indicated.

Dated: November 4, 2022

                                                                           */s/ Zachary I. Shapiro*
                                                                           Zachary I. Shapiro (No. 5103)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28196960v.1

**Service List**
**Case No. 22-10951 (CTG)**

<u>*Via Email*</u>

Office of the United States Trustee
U. S. Department of Justice
Richard Schepacarter
Rosa Sierra-Fox
Email: richard.schepacarter@usdoj.gov;
rosa.sierra-fox@usdoj.gov

RLF1 28196960v.1