**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
: 
In re                                                            : Chapter 11
                                                                 :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                        : Case No. 22-10951 (CTG)
                                                                 :
                                                                 :
Debtors.[1]                                                      : **(Jointly Administered)**
---------------------------------------------------------------- x Re: Docket No. 172

## DEBTORS' WITNESS LIST FOR NOVEMBER 7, 2022 HEARING

On October 27, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief* [Docket No. 172] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The hearing on the Motion is scheduled for November 7, 2022 at 1:00 p.m. (ET) (the "**Hearing**") and the deadline to file objections (each, an "**Objection**") to the Motion is November 4, 2022 at 4:00 p.m. (ET) (the "**Objection Deadline**").

The Debtors are filing this witness list (this "**Witness List**") in compliance with the *Chambers Procedures for Judge Craig T. Goldblatt*. However, as of the filing of this Witness List, the Objection Deadline has not yet expired and there are no objections filed to the Motion. Absent any Objection, the Debtors do not intend to call any witness with respect to the Motion. To the extent an Objection is filed or as-is otherwise necessary, the Debtors will consider the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

substance of any Objection and thereafter determine whether to call a witness and, if so, who the witness will be. Consistent with the above, and reserving the right to call any other witness in lieu of, or in addition to, the following witnesses after reviewing any Objection, the Debtors hereby identify the following individuals that they may call as witnesses:

1. Laquisha Milner, the Debtors' President and Chief Executive Officer; the scope of Ms. Milner's testimony would be in response to an Objection and in further support of the Motion;[2]

2. Any other witness that the Debtors deem necessary after reviewing any Objection;

3. Any rebuttal and/or impeachment witnesses;

4. Any witnesses designated by any other party; and

5. Any witnesses necessary to authenticate any document.

The Debtors reserve their right to amend and/or supplement this Witness List at any time prior to the Hearing.

*[Remainder of page intentionally left blank]*

---

[2] The Debtors reserve their right to file a declaration of Ms. Milner (or any other witness) in advance of the Hearing.

Dated: November 4, 2022
       Wilmington, Delaware

                                       */s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
E-mail:     ray.schrock@weil.com
            candace.arthur@weil.com
            natasha.hwangpo@weil.com
            chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*

RLF1 28200032v.1