## **CERTIFICATE OF SERVICE**

I, Gregory W. Werkheiser, hereby certify that on November 4, 2022, the *Cross River Bank's Objection to Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief* was served via CM/ECF on all parties registered to receive notices in this case.

                                  */s/ Gregory W. Werkheiser*
                                  Gregory W. Werkheiser (No. 3553)

20561017