## CERTIFICATE OF SERVICE

I, Gregory W. Werkheiser, hereby certify that on November 4, 2022, the *Cross River Bank's Witness and Exhibit List for November 7, 2022, at 1:00 P.M. (Eastern Time) Hearing Concerning Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief [ECF 172]* was served via CM/ECF on all parties registered to receive notices in this case.

                                       */s/ Gregory W. Werkheiser*
                                       Gregory W. Werkheiser (No. 3553)

20561079