UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
In re : Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
:
:
Debtors.[1] : (Jointly Administered)
:
: Re: Docket No. 143
------------------------------------------------------------- x

**NOTICE OF FILING REVISED PROPOSED ORDER UNDER 11 U.S.C. §§ 105, 361, 362, AND 363, AND BANKRUPTCY RULES 2002, 4001, 6004, AND 9014 (I) AUTHORIZING DEBTORS TO USE CASH COLLATERAL AND (II) GRANTING ADEQUATE PROTECTION TO SECURED LENDER**

PLEASE TAKE NOTICE that, on October 24, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of Order (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Adequate Protection to Secured Lender, (III) Modifying Automatic Stay, and (IV) Granting Related Relief* [Docket No. 143] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A proposed form of order granting the relief requested in the Motion was attached to the Motion as **Exhibit A** (the "**Proposed Order**").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a revised form of Proposed Order (the "**Revised Order**") to address certain informal comments to the Proposed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Order.  The Debtors will present the Revised Order to the Court at the hearing scheduled for **November 7, 2022 at 1:00 p.m. (prevailing Eastern Time)** (the "**Hearing**").  A copy of the Revised Order is attached hereto as **Exhibit 1**.  For the convenience of the Court and all parties in interest, a redline comparison of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE that the Revised Order remains subject to review and revision in all respects by parties in interest.  To the extent that the Revised Order is further revised, the Debtors will present a redline copy of such revised document to the Court either at or before the Hearing.

[*Remainder of page intentionally left blank*]

Dated: November 4, 2022
       Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
    steele@rlf.com
    shapiro@rlf.com
    milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
E-mail:    ray.schrock@weil.com
    candace.arthur@weil.com
    natasha.hwangpo@weil.com
    chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*