**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | : | |
| In re | : | Chapter 11 |
| | : | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | : | Case No. 22-10951 (CTG) |
| | : | |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| ------------------------------------------------------------ x | | Re: Docket Nos. 172 & 206 |

## <u>DEBTORS' EXHIBIT LIST FOR NOVEMBER 7, 2022 HEARING</u>

On October 27, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief* [Docket No. 172] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware. The hearing on the Motion is scheduled for November 7, 2022 at 1:00 p.m. (ET) (the "**Hearing**").

The Debtors respectfully submit the attached *Exhibit List* to be considered at the Hearing. The Debtors reserve the right to introduce at the Hearing documents that are part of the record of the above-captioned chapter 11 cases, including pleadings and other documents filed on the docket, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

| **EXHIBIT LIST** ||
|---|---|
| **Exhibit No.** | **Document Description** |
| 1 | Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief [Docket No. 172 – filed October 27, 2022] |
| 2 | Settlement and Release Agreement, dated October 27, 2022 (including all exhibits thereto) [Exhibit A to Docket No. 172] |
| 3 | KServicing White Paper – Enforceability of SBA PPP Guarantees |
| 4 | Cash Collateral Budget [Exhibit 1 to Exhibit A to Docket No. 143] |
| 5 | SaaS Services Agreement between Customers Bank and Kabbage, dated April 24, 2020 |
| 6 | Processing and Servicing Agreement between Customers Bank and Kabbage, dated April 27, 2020 |
| 7 | Amendment No 1. to Processing and Servicing Agreement between Customers Bank and Kabbage, dated January 15, 2021 |
| 8 | Amendment No. 2 to Processing and Servicing Agreement between Customers Bank and Kabbage, dated February 2, 2021 |
| 9 | Sale and Servicing Agreement between Customers Bank and Kabbage, dated February 2, 2021 |
| 10 | Amendment No. 3 to Processing and Servicing Agreement between Customers Bank and Kabbage, dated March 11, 2021 |
| 11 | Letter from Paul Nathanson to Jeremy Sternberg re: Obligation to Remit Fees Under Processing and Servicing Agreement as Amended, and Sales and Servicing Agreement, dated August 12, 2021 |
| 12 | Letter from Paul Nathanson to Jeremy Sternberg re: Demand to Remit Net Fees Owed, dated November 10, 2021 |
| 13 | Letter from Jeremy M. Sternberg to Paul Nathanson re: November 10, 2021 Demand Letter from Kabbage, Inc., dated December 1, 2021 |
| 14 | Letter from Jeremy M. Sternberg to Paul Nathanson re: Remittance of Borrower Remittance Payments, dated February 11, 2022 |

Dated: November 6, 2022
       Wilmington, Delaware

                        */s/ Matthew P. Milana*
                        RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:      ray.schrock@weil.com
            candace.arthur@weil.com
            natasha.hwangpo@weil.com
            chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*

RLF1 28202108v.2