# Exhibit 1

Cash Collateral Budget

# Exhibit 1

Cash Collateral Budget

**KServicing - Cash Collateral Budget**
USD
Actuals through: 10/7/2022

| Week Ending | 10/7/2022 Actual | 10/14/2022 Forecast 1 | 10/21/2022 Forecast 2 | 10/28/2022 Forecast 3 | 11/4/2022 Forecast 4 | 11/11/2022 Forecast 5 | 11/18/2022 Forecast 6 | 11/25/2022 Forecast 7 | 12/2/2022 Forecast 8 | 12/9/2022 Forecast 9 | 12/16/2022 Forecast 10 | 12/23/2022 Forecast 11 | 12/30/2022 Forecast 12 | 1/6/2023 Forecast 13 | 1/13/2023 Forecast 14 | 1/20/2023 Forecast 15 | 1/27/2023 Forecast 16 | 2/3/2023 Forecast 17 | 18 Wk Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Week | 0 | | | | | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | | | | | | |
| **Legacy Loans** | | | | | | | | | | | | | | | | | | | |
| From Borrower - KS-owned loans | $ 162 | $ 143 | $ 143 | $ 143 | $ 106 | $ 106 | $ 106 | $ 106 | $ 106 | $ 119 | $ 119 | $ 119 | $ 119 | $ 88 | $ 88 | $ 88 | $ 88 | $ 88 | $ 2,036 |
| From Collection Agencies - KS-owned loans | 147 | 239 | | | 238 | 385 | | | 308 | 462 | | | | 385 | 385 | | | 77 | 2,625 |
| **PPP Loans** | | | | | | | | | | | | | | | | | | | |
| From Borrower - CUBI-owned loans | 224 | 68 | 55 | 39 | 57 | 54 | 79 | 40 | 37 | 60 | 66 | 53 | 50 | 58 | 62 | 58 | 51 | 42 | 1,153 |
| From Borrower - CRB-owned loans | 575 | 31 | 20 | 38 | 73 | 23 | 35 | 33 | 60 | 29 | 36 | 17 | 54 | 60 | 37 | 13 | 53 | 57 | 1,244 |
| From Borrower - KS-owned PPPLF loans (Excl. Interest) | 343 | 24 | 96 | 75 | 65 | 41 | 95 | 58 | 83 | 42 | 44 | 108 | 62 | 63 | 32 | 98 | 74 | 58 | 1,462 |
| From SBA/Borrowers - KS PPP loans | | | | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 77 | 78 | 78 | 78 | 78 | 78 | 78 | 80 | 1,159 |
| From Borrowers - KS-owned PPPLF Interest (100bps) | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| From CUBI - Unpaid fees (Servicing and Referral Fees) | | | | | | | | 23,000 | | | | | | | | | | | 23,000 |
| From Fed - Excess SALT, Out-of-Pocket, Interest (65bps)[1] | | | | | | 1,983 | 398 | 397 | 259 | 292 | 292 | 285 | 282 | 267 | 268 | 309 | 308 | 309 | 5,651 |
| Professional Fee Retainer Release | | | | | | | | | | | | | | | | | | | - |
| Synovus Bank Cash Collateral Release | | | | | | | | | | | | | | | | | | | - |
| Total Receipts | $ 1,464 | $ 506 | $ 314 | $ 372 | $ 615 | $ 2,668 | $ 789 | $ 23,710 | $ 930 | $ 1,080 | $ 634 | $ 661 | $ 645 | $ 999 | $ 948 | $ 644 | $ 651 | $ 712 | $ 38,344 |
| **Disbursements** | | | | | | | | | | | | | | | | | | | |
| **PPP Loans** | | | | | | | | | | | | | | | | | | | |
| To CUBI - CUBI-owned loans | $ - | $ - | $ - | $ - | $ (255) | $ - | $ - | $ - | $ - | $ (267) | $ - | $ - | $ - | $ (229) | $ - | $ - | $ - | $ - | $ (750) |
| To CRB - CRB-owned loans | | | | | (664) | | | | | (224) | | | | (136) | | | | | (1,024) |
| To Fed "PPPLF" - KS-owned loans (Excl. Interest) | (11,161) | (11,106) | (1,158) | (96) | (75) | (65) | (41) | (95) | (58) | (83) | (42) | (44) | (108) | (62) | (63) | (32) | (98) | (74) | (24,462) |
| To Fed "PPPLF" - Interest (35bps) | (86) | (86) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (173) |
| SBA Refunds - KS-owned Loans | | | (1,629) | | | | | | | | | | | | | | | | (1,629) |
| Synovus Bank Cash Collateral | | | | (770) | | | | | | | | | | | | | | | (770) |
| **Operating and Non-Operating Expenses** | | | | | | | | | | | | | | | | | | | |
| Operating Expenses (Incl. payroll) | (8) | (540) | (50) | (728) | (1,178) | (24) | (259) | (24) | (2,360) | (160) | (191) | (31) | (1,792) | (316) | (186) | (26) | (26) | (1,316) | (9,213) |
| Insurance (Incl. Incremental D&O) | | | (72) | | | | | | | | | | | | | (3) | | | (76) |
| Professional Fees | | | (191) | (2,607) | (1,535) | (1,219) | (1,024) | (849) | (1,479) | (681) | (873) | (681) | (1,236) | (681) | (903) | (699) | (864) | (1,113) | (16,632) |
| US Trustee Fees | | | | | | | | | | | | | (200) | | | | | | (200) |
| Taxes | | (67) | | | | | (301) | | | | | | (300) | | | | | | (668) |
| Winddown Contingency Reserves | | | | | | | | | | | | | | | | | | | - |
| Total Disbursements | $ (11,256) | $ (11,799) | $ (3,101) | $ (4,201) | $ (3,707) | $ (1,308) | $ (1,625) | $ (968) | $ (3,897) | $ (1,413) | $ (1,105) | $ (756) | $ (3,637) | $ (1,424) | $ (1,152) | $ (756) | $ (991) | $ (2,503) | $ (55,598) |
| Net Cash Flow | $ (9,791) | $ (11,293) | $ (2,787) | $ (3,829) | $ (3,092) | $ 1,360 | $ (835) | $ 22,742 | $ (2,967) | $ (333) | $ (471) | $ (95) | $ (2,992) | $ (425) | $ (204) | $ (112) | $ (340) | $ (1,791) | $ (17,254) |
| **Liquidity Detail** | | | | | | | | | | | | | | | | | | | |
| **Cash** | | | | | | | | | | | | | | | | | | | |
| Beginning Bank Cash | $ 37,457 | $ 27,666 | $ 16,373 | $ 13,586 | $ 9,757 | $ 6,665 | $ 8,025 | $ 7,190 | $ 29,932 | $ 26,965 | $ 26,632 | $ 26,161 | $ 26,066 | $ 23,074 | $ 22,649 | $ 22,445 | $ 22,333 | $ 21,994 | $ 37,457 |
| Net Cash Flow | (9,791) | (11,293) | (2,787) | (3,829) | (3,092) | 1,360 | (835) | 22,742 | (2,967) | (333) | (471) | (95) | (2,992) | (425) | (204) | (112) | (340) | (1,791) | (17,254) |
| Ending Bank Cash | $ 27,666 | $ 16,373 | $ 13,586 | $ 9,757 | $ 6,665 | $ 8,025 | $ 7,190 | $ 29,932 | $ 26,965 | $ 26,632 | $ 26,161 | $ 26,066 | $ 23,074 | $ 22,649 | $ 22,445 | $ 22,333 | $ 21,994 | $ 20,203 | $ 20,203 |
| **Adjustments to Current Cash Balance** | | | | | | | | | | | | | | | | | | | |
| Total Amounts due to Fed, SBA, CRB & CUBI | $ (15,961) | $ (4,892) | $ (2,275) | $ (2,331) | $ (1,531) | $ (1,584) | $ (1,752) | $ (1,788) | $ (1,910) | $ (1,468) | $ (1,572) | $ (1,706) | $ (1,764) | $ (1,517) | $ (1,584) | $ (1,722) | $ (1,802) | $ (1,885) | $ (1,885) |
| Current Cash Balance [2] | $ 11,705 | $ 11,481 | $ 11,311 | $ 7,425 | $ 5,133 | $ 6,441 | $ 5,437 | $ 28,144 | $ 25,056 | $ 25,164 | $ 24,589 | $ 24,360 | $ 21,310 | $ 21,132 | $ 20,861 | $ 20,612 | $ 20,192 | $ 18,318 | $ 18,318 |

[1] In accordance with the terms of the Cash Collateral Budget, the Cash Collateral Cap for the six-month budget shall be $8,500,000, where the Debtors and Reserve Bank also may agree in writing to a lower Cash Collateral Cap Amount for a period shorter than 6 months

[2] Current Cash Balance represents the cash balance after deductions for amounts owed to the Fed, SBA, CRB & postpetition amounts on account of CUBI