Kabbage, Inc. Case No. 22-10951

7-Nov-22

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Kyle | Mason | Interested Party | |
| Christine | Nell | U.S. Small Business Administration | |
| James | Bailey | Morgan Franklin and Vaco | Bradley |
| Eric | Benderson | U.S. Small Business Administration | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Arlen | Gelbard | Cross River Bank | CRB Legal Dept. |
| Cathy | Ta | Reorg | |
| Alix | Lotty | Federal Reserve Bank of San Franciso | Cleary Gottlieb |
| Kristin | Corbett | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Taylor | Harrison | Debtwire | |
| Avery | Belka | Federal Reserve Bank of San Francisco | |
| Braden | Parker | Federal Reserve Bank of San Francisco | |
| David | kurzweil | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| Weil | Associate | Debtors | |
| Ray | Schrock | Kabbage, Inc. d/b/a KServicing, Inc., et al. | Weil Gotshal & Manges LLP |
| Vince | Sullivan | Law360 | |
| Alastair | Gesmundo | United State of America | Department of Justice |
| Uday | Gorrepati | N/A (ABI Project) | |
| Steven | Church | non party | |
| Arden | Ham | Debtor | Weil, Gotshal & Manges |
| Frayda | Ginsburg | Cross River Bank | |
| James | Bromley | American Express | Sullivan & Cromwell |
| Rosa | Sierra-Fox | Andrew R. Vara (U.S. Trustee) | USTP |

# SIGN-IN SHEET

**CASE NUMBER:** 22-10951  **CASE NAME:** Kabbage, Inc.  **DATE:** 11/7/2022 (11:00 AM)

**JUDGE:** Goldblatt  **COURTROOM:** 7

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Candace Arthur | Weil, Gotshal + Manges | Debtors |
| Natasha Hwangpo | " | " |
| Richard Slack | " | " |
| Chase Bentley | " | " |
| Amanda Steele | RLF | " |
| Zach Shapiro | " | " |
| John Monaghan | Holland and Knight | Customers Bank |
| Bill Hazeltine | " SHA | " |
| Jeremy B Sternberg | Holland & Knight | " |
| Isaac Hesser | Quinn Emanuel | Cross River Bank |
| Matthew Scheck | " | " |
| Greg Werkheiser | Beggs Feinberg | " |
| Pauline Morgan | Young Conaway | Federal Reserve Bank |
| Sean Greecher | " | " |
| Lisa Schweitzer | Cleary Gottlieb | " |
| Richard Minott | " | " |
| Anthony Clark | Greenberg Traurig | Kabbage Board of Directors |