IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** of the appearance of the undersigned attorney, as counsel for American Express Kabbage Inc. and American Express Travel Related Services Company, Inc. (collectively, "American Express"), parties in interest in the above-referenced cases, and pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), it is requested that copies of all notices and pleadings in these cases be given to, and served upon, the following:

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Derek C. Abbott (No. 3376)<br>Jonathan M. Weyand (No. 6959)<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@morrisnichols.com<br>          jweyand@morrisnichols.com<br><br>*Counsel to American Express* | **SULLIVAN & CROMWELL LLP**<br><br>James L. Bromley<br>125 Broad Street<br>New York, NY 10004-2498<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588<br>Email: bromleyj@sullcrom.com<br><br><br><br>*Counsel to American Express* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for service is neither intended as, nor is it consent of American Express to jurisdiction of the Bankruptcy Court or venue in the District of Delaware, nor, specifically but not limited to, a waiver of (i) American Express's rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) American Express's rights to trial by jury in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) American Express's rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set offs, or recoupments to which American Express is or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments to American Express are expressly reserved.

Dated: November 8, 2022      **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Derek C. Abbott (No. 3376)
Jonathan M. Weyand (No. 6959)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
jweyand@morrisnichols.com

-and-

**SULLIVAN & CROMWELL LLP**

James L. Bromley (*pro hac vice* pending)
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
bromleyj@sullcrom.com

*Counsel to American Express*