**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
: Chapter 11
**In re** :
: Case No. 22-10951 (CTG)
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*, :
: (Jointly Administered)
Debtors.[1] :
: Obj. Deadline Dec. 2, 2022 at 4:00 p.m. (ET)
: Hearing Date: Dec. 14, 2022 at 3:00 p.m. (ET)
:
: Re: Docket Nos. 14, 63, 98, 176 & 246
---------------------------------------------------------------- x

**NOTICE OF CONTINUED HEARING TO CONSIDER**
**APPROVAL OF (I) THE DISCLOSURE STATEMENT AND**
**(II) THE RELIEF REQUESTED IN THE DISCLOSURE STATEMENT MOTION**

PLEASE TAKE NOTICE THAT on November 11, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Notice of Extended Objection Deadline for and Continued Hearing to Consider Approval of (I) the Disclosure Statement and (II) the Relief Requested in the Disclosure Statement Motion* [Docket No. 246] (the "**Disclosure Statement Adjournment Notice**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE THAT, as set forth in the Disclosure Statement Adjournment Notice, (i) the deadline to file objections or responses to entry of the Disclosure Statement Order, including approval of the Disclosure Statement (the "**Objection Deadline**"), was

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms that are used herein and not otherwise defined shall have the meanings given to them in the Disclosure Statement Adjournment Notice.

RLF1 28237300v.3

extended to **December 2, 2022, at 4:00 p.m. (prevailing Eastern Time)**, and (ii) the hearing to consider entry of the Disclosure Statement Order, including approval of the Disclosure Statement (the "**Hearing**"), was adjourned to a date and time to be determined, which was to be separately noticed upon receiving such date and time from the Court.

PLEASE TAKE FURTHER NOTICE THAT the Hearing has been scheduled for **December 14, 2022, at 3:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT the Objection Deadline may be further extended and the Hearing may be further continued or adjourned from time to time without further notice to parties in interest other than by an announcement in Court of such adjournment, or as indicated in any notice of hearing or agenda of matters scheduled for hearing filed by the Debtors with the Court.

Dated: November 15, 2022
Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
    steele@rlf.com
    shapiro@rlf.com
    milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
E-mail:  ray.schrock@weil.com
    candace.arthur@weil.com
    natasha.hwangpo@weil.com
    chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*