IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 3, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Deadlines to File Proofs of Claim [Docket No. 169]**
- **Official Form 410 – Proof of Claim**
- **Instructions**

Dated: November 16, 2022

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 16th day of November, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**KABBAGE, INC. d/b/a KSERVICING,** *et al.*                                                                                                                                                                              **Served 11/03/2022**

HOME AND EMAIL ADDRESSES OF INDIVIDUALS HAVE BEEN REDACTED PURSUANT TO THE ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE AND MAINTAIN CONSOLIDATED CREDITOR LISTS, AND (B) REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION FOR INDIVIDUALS, (II) APPROVING SPECIAL ELECTRONIC NOTICING PROCEDURES, AND (III) GRANTING RELATED RELIEF [DOCKET NO. 77].

**Exhibit A**
Service List

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| 720 Shore LLC T/A Meyers Builders | 720 Shore Rd | Somers Point, NJ 08244 | | | First Class Mail |
| A & G Farms, LLC | 500 Gray Burch Drive | Marion, NC 28752 | | | First Class Mail |
| A & T Home Repair | 7200 S Chautauqua St. | Wichita, KS 67216 | | | First Class Mail |
| A&S Auto Service Body Shop | 111 Erna Ave | Milford, CT 06461 | | | First Class Mail |
| A. Fillinger Inc. | Attn: Ryan Fillinger | 6750 N 43Rd St | Milwaukee, WI 53209 | | First Class Mail |
| A.V Pro-Tech LLC | 1075 S Hiawassee Road | Apt 917 | Orlando, FL 32835 | | First Class Mail |
| Abdoul Aziz Bagayan | Address Redacted | | | | First Class Mail |
| Abichaker Electric | 44 Wall St | Canton, MA 02021 | | | First Class Mail |
| Ad2 Consulting, Inc. | 4410 Millstone Canyon Ln | Sugar Land, TX 77479 | | | First Class Mail |
| Adnan Mehidic | Address Redacted | | | | First Class Mail |
| Adolfo Castro | Address Redacted | | | | First Class Mail |
| Adriana Giammarese | Address Redacted | | | | First Class Mail |
| Affinity Condominium Management Inc | 113 North River Drive East | Jupiter, FL 33458 | | | First Class Mail |
| Ajay Ghai | Address Redacted | | | | First Class Mail |
| Alan Divers, Pls | Address Redacted | | | | First Class Mail |
| Alan Williams | Address Redacted | | | | First Class Mail |
| Alberto C. San Juan Md | Address Redacted | | | | First Class Mail |
| Alem G. Araya | Address Redacted | | | | First Class Mail |
| Allenjones | Address Redacted | | | | First Class Mail |
| Allied Professional Technologies, LLC | 22521 Avenida Empresa | Suite 125 | Rancho Santa Margarita, CA 92688 | | First Class Mail |
| Alpine Ranch Chiropractic | 450 Summerhill Court | Alpine, CA 91901 | | | First Class Mail |
| Ambrose Industrial Services Of Georgia Corp | 11055 Randleman Rd | Randleman, NC 27317 | | | First Class Mail |
| Ame Management Group | 1300 Mercantile Lane, Ste 100A | Largo, MD 20774 | | | First Class Mail |
| American Utilities & Infrastructure, | 8603 E Davies Ave | Centenniai, CO 80112 | | | First Class Mail |
| Ana Jaquez | Address Redacted | | | | First Class Mail |
| Ana Vela | Address Redacted | | | | First Class Mail |
| Anderson Harvesting &Trucking LLC | Attn: Tim Anderson | 402 4th Ave | Starkweather, ND 58377 | | First Class Mail |
| Anderson Road Warehouse, Inc | 5715 Anderson Rd Se | Aumsville, OR 97325 | | | First Class Mail |
| Andrea Mate Photography | 2624 Ne 32 St | Suite 109 | Ft Lauderdale, FL 33306 | | First Class Mail |
| Andrew T Rodriguez | Address Redacted | | | | First Class Mail |
| Angelo Veney - 1099 Contractor | 1080 West Peachtree St | | 1704 | Atlanta, GA 30309 | First Class Mail |
| Anisa'S Secrets | 1833 Wellborn Way Sw | Marietta, GA 30008 | | | First Class Mail |
| Ann Mcleish | Address Redacted | | | | First Class Mail |
| Antoineedwards | Address Redacted | | | | First Class Mail |
| Apple & Honey LLC | 53 9th St, Unit 37B | Brooklyn, NY 11215 | | | First Class Mail |
| Ariz Lopez | Address Redacted | | | | First Class Mail |
| Arneson Custom Harvesting LLC | 5338 Hwy Hh | Barneveld, WI 53507 | | | First Class Mail |
| Artisan Marine Group | 931 Se 9th Ave | Apt 10 | Pompano Beach, FL 33060 | | First Class Mail |
| Ashel Leopold Alfred, | Address Redacted | | | | First Class Mail |
| Ashenfelter Enterprises Inc. | 286 Nimblewill Way | Lilburn, GA 30047 | | | First Class Mail |
| Asia Income Tax | 2599 Senter Road | San Jose, CA 95111 | | | First Class Mail |
| Autometrics, Inc | 1913 Belgrade Ave | Charleston, SC 29407 | | | First Class Mail |
| Avila'S Hardwood Floor Inc | 5464 Malaya St | Denver, CO 80249 | | | First Class Mail |
| Ba Sunglass Inc | 8465 Doretta Ln | Reno, NV 89523 | | | First Class Mail |
| Back To Your Roots Herbs | 1540 Coolspring Way | Virginia Beach, VA 23464 | | | First Class Mail |
| Banah Abdin | Address Redacted | | | | First Class Mail |
| Barbara Berg, Lcsw | 26335 Carmel Rancho Blvd. | Suite 7 | Carmel, CA 93923 | | First Class Mail |
| Barretto Pacific Corporation | 1916 Pike Place -, Ste 12 | Seattle, WA 98101 | | | First Class Mail |
| Bc Custom Upholstery Inc | 23303 Se 271st Pl | Maple Valley, WA 98038 | | | First Class Mail |
| Beattie & Company LLP | 265 Franklin St | Ste 1702 | Boston, MA 02110 | | First Class Mail |
| Bedford Cleaning Service | 1005 Elm St | Bedford, VA 24523 | | | First Class Mail |
| Behavior Plus, Inc. | 902 S. Friendswood Dr. | Suite G | Friendswood, TX 77546 | | First Class Mail |
| Berlingo Autobody | 129 Myrtle Ave | Stamford, CT 06902 | | | First Class Mail |
| Bernardhargravesconstruction | 351 King Rd | W Chester, PA 19380 | | | First Class Mail |
| Bethel Park Animal Hospital, P.C. | 420 Bower Hill Road | Bridgeville, PA 15017 | | | First Class Mail |
| Beyer Dental Lab | 1141 South Hopkins Ave | Titusville, FL 32780 | | | First Class Mail |
| Bff Nation LLC, | 1327 E Washington Ave | Hilliard, OH 43026 | | | First Class Mail |
| Bhakti Consulting LLC | 7050 W Palmetto Park Rd, Ste 15-278 | Boca Raton, FL 33433 | | | First Class Mail |
| Billyboards, Inc. | 309 Cary Point Drive | Suite E | Cary, IL 60013 | | First Class Mail |
| Birrieria Lupita 1 | 6643 Van Nuys Blvd | Van Nuys, CA 91405 | | | First Class Mail |
| Bit Platforms, Inc. | 7721 Nw 7th St, Apt 904 | Miami, FL 33126 | | | First Class Mail |
| Blue Lake Services | 34210 Melinz B | Eastlake, OH 44095 | | | First Class Mail |
| Bolsbbqnramen | 6505 W Park Blvd | | 314 | Plano, TX 75093 | First Class Mail |
| Boutte Oils | 5705 East Texas St | Apt 103 | Bossier, LA 71111 | | First Class Mail |
| Bradley Russell | Address Redacted | | | | First Class Mail |
| Brandon Louis Management | 915 N La Brea Ave | W Hollywood, CA 90038 | | | First Class Mail |
| Brenden Tiller | Address Redacted | | | | First Class Mail |
| Brens Glass | Address Redacted | | | | First Class Mail |
| Bridge Financial Partners LLC | 402 Springcrest Dr | Ft Mill, SC 29715 | | | First Class Mail |
| Broken Cycle LLC | 2825 Sw 14 | Ft Lauderdale, FL 33312 | | | First Class Mail |
| Brooks Mobile Notary Service | 433 English Lake Dr | Winter Garden, FL 34787 | | | First Class Mail |
| Brotherton Video & Events, Inc. | Po 9567 | Rancho Santa Fe, CA 92067 | | | First Class Mail |
| Bryan Miller Heating & Air Conditioning | 70 Doctors Court | Dalzell, SC 29040 | | | First Class Mail |
| Bunch Architects, Inc | 13952 Chicarita Creek Road | San Diego, CA 92128 | | | First Class Mail |
| Burger Shack | 718 N Lemoore Ave | Lemoore, CA 93245 | | | First Class Mail |
| Burgess Enterprises Inc | 806 Roy Court | Oxford, AL 36203 | | | First Class Mail |
| Butler Express Carriers | 2828 Coral Way, Ste 106 | Miami, FL 33145 | | | First Class Mail |
| C.M.S. Services Contractor Inc | Jenn Pedgrift Negotiator | At Fitzgerald & Campbell, Aplc A | 400 N Tustin Ave, Ste 401 | Santa Ana, CA 92705 | First Class Mail |
| Caiac Group, Inc. | 128 Windsor Road | Asheville, NC 28804 | | | First Class Mail |
| Castle Hills Motors LLC, | 1702 E Hwy 121 Business | The Colony, TX 75056 | | | First Class Mail |
| Cedric Armstead | Address Redacted | | | | First Class Mail |
| Celebrating David Bowie, Inc. | 1626 Wilcox Ave | Los Angeles, CA 90028 | | | First Class Mail |
| Celeste Simone | Address Redacted | | | | First Class Mail |
| Centered Therapy Northshore Center For Mental Health | 114 Kedzie St | Evanston, IL 60202 | | | First Class Mail |
| Central Alabama Drywall, Inc. | 7631 Halcyon Forest Trl | Montgomery, AL 36117 | | | First Class Mail |
| Chambers Consolidated LLC | 19 Tideview Drive | Dover, NH 03820 | | | First Class Mail |
| Chaparral Steel Supply, Inc | 312 Mccombs Rd | Chaparral, NM 88081 | | | First Class Mail |
| Chara Hortman | Address Redacted | | | | First Class Mail |
| Charlie Hathwa | Address Redacted | | | | First Class Mail |
| Checks & Balances | 88 Grand St | Canton, MA 02021 | | | First Class Mail |
| Chicago Motors Inc | 2553 W Chicago Ave | Chicago, IL 60622 | | | First Class Mail |
| Chris French | Address Redacted | | | | First Class Mail |
| Christopher Williams | Address Redacted | | | | First Class Mail |
| Cig Mart | 2237 E Huntington Dr | Duarte, CA 91010 | | | First Class Mail |
| Cindy Rodriquez | Address Redacted | | | | First Class Mail |
| Citi Fence Commercial Inc. | 1528 Ojeman | Houston, TX 77055 | | | First Class Mail |
| Clarence L. James, Jr., Cpa | Address Redacted | | | | First Class Mail |
| Classic Nails | 7378 Late Harvest Way | Sacramento, CA 95829 | | | First Class Mail |
| Community Atm LLC | 398 Columbus Ave | Boston, MA 02116 | | | First Class Mail |
| Concise Diagnostics Corp | 5400 S University Drive--Suite 305B | Davie, FL 33328 | | | First Class Mail |
| Concrete Craftsmen | 950 E53rd St | Austin, TX 78751 | | | First Class Mail |
| Construction Market Intelligence, LLC | 349L Copperfield Blvd | Concord, NC 28025 | | | First Class Mail |
| Corina Collections LLC | Attn: Melonee Mckinney | 127 E 9th St Ste 807 | Los Angeles, CA 90015 | | First Class Mail |
| Cornerstone Recycling, LLC | 3239 Hwy 417 | Woodruff, SC 29388 | | | First Class Mail |
| Cosmetic Automobile Repair Sevice Of Longmont Inc (C.A.R.S. Of Longmont) | 2353 Sunrise Dr | Longmont, CO 80501 | | | First Class Mail |
| Costopoulos & Helton, Pa | 195 Sw 28th St | Okeechobee, FL 34974 | | | First Class Mail |
| Cottage Closet | 10326 Dayton Pike | Soddy Daisy, TN 37379 | | | First Class Mail |
| Courage Crafters, Inc. | 101 Lake Ave | Apt 1604 | Orlando, FL 32801 | | First Class Mail |
| Courtside Thai Cuisine | 3981 Chain Bridge Rd | Fairfax, VA 22030 | | | First Class Mail |
| Craft Chimney Sweeps, LLC | 12036 6 Mile Rd. Ne | Lowell, MI 49331 | | | First Class Mail |
| Creations Jehovah Nissi, | 2639 Cuyler | Berwyn, IL 60402 | | | First Class Mail |
| Cwd Usa | 3040 Fairlane Farms Road | Wellington, FL 33414 | | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| D John Kontorousis- Attorney At Law | 2425 S Linden Road | D-112 | | Flint, MI 48532 | First Class Mail |
| Dale Glover | Address Redacted | | | | First Class Mail |
| Dang Thi Pham | Address Redacted | | | | First Class Mail |
| Daniels Taco Shop LLC | 6815 Space Village Ave | Colorado Springs, CO 80915 | | | First Class Mail |
| Daryl Hill | Address Redacted | | | | First Class Mail |
| David M Robinson Productions | 3252 Charleston St. | Houston, TX 77021 | | | First Class Mail |
| David Mesa Bautista | Address Redacted | | | | First Class Mail |
| Day Corn LLC | 4801 Sw 1st Ter | Ocala, FL 34471 | | | First Class Mail |
| Deadly Sins Breiwng | 3504 Knox Ln | Knoxville, TN 37917 | | | First Class Mail |
| Dealer Trades, Inc | 359 N Duncan Dr | Tavares, FL 32778 | | | First Class Mail |
| Debra B Leef, Pt, Mpt | 9723 W Augusta Dr | Sun City, AZ 85351 | | | First Class Mail |
| Deirdre Costa Brown | Address Redacted | | | | First Class Mail |
| Device Pro Solutions LLC | 1709 Wellman Ct | St Louis, MO 63146 | | | First Class Mail |
| Diego Encarnacion Martinez | Address Redacted | | | | First Class Mail |
| Dilet Pame | Address Redacted | | | | First Class Mail |
| Divine Center Of Hope | 108 W Citrus St | Altamonte Springs, FL 32714 | | | First Class Mail |
| Dna Hospitality Group, Inc. | 250 California Ave | Palo Alto, CA 94306 | | | First Class Mail |
| Domestic Insulation LLC | 1507 Moonlight Dr | Longmont, CO 80504 | | | First Class Mail |
| Domingos Dasilva | Address Redacted | | | | First Class Mail |
| Donald R Hart | Address Redacted | | | | First Class Mail |
| Duke Services | 8652 Nashua Ave Ne | Otsego, MN 55330 | | | First Class Mail |
| Duncan Mcintosh Co., Inc. | 213 Santa Barbara | Irvine, CA 92606 | | | First Class Mail |
| Dunn'S Attic & Auction House | 136 W. Granada Blvd. | Ormond Beach, FL 32174 | | | First Class Mail |
| Dynamic Spine Center Ii, LLC | 21 Market Square Way | Newnan, GA 30265 | | | First Class Mail |
| E Buzz Trading Inc | 34 Thicket # 78 | Irvine, CA 92614 | | | First Class Mail |
| Edward'S Remodeling | 194 Baxter St | Tolland, CT 06084 | | | First Class Mail |
| Edwin Aguirre | Address Redacted | | | | First Class Mail |
| El Solutions LLC | 50 Woodside Plaza, Ste 326 | Redwood City, CA 94061 | | | First Class Mail |
| Eli & Ali'S | 206 Meserole Ave | Brooklyn, NY 11222 | | | First Class Mail |
| Elite Partners LLC | 5623 Alessandro Ave | Temple City, CA 91780 | | | First Class Mail |
| Elizabeth H. Kazmiroski | Address Redacted | | | | First Class Mail |
| Equipment Sales & Service LLC | 1579 Gleason Drive | Jefferson City, TN 37760 | | | First Class Mail |
| Euniq Stylez | Address Redacted | | | | First Class Mail |
| Express Tanning Of State College | 328 East Calder Way | State College, PA 16801 | | | First Class Mail |
| F. Frey Azizi, M.D., Inc. | 2220 Lynn Rd., Ste 103 | Thousand Oaks, CA 91360 | | | First Class Mail |
| Faith Gray | Address Redacted | | | | First Class Mail |
| Felicia Banks | Address Redacted | | | | First Class Mail |
| Fhg Solutions, LLC | 14867 Emberdale Drive | Woodbridge, VA 22193 | | | First Class Mail |
| Fields Research, Inc. | 3814 West St | Suite 110 | Cincinnati, OH 45227 | | First Class Mail |
| First Avenue Developments Inc | 3 College Rd | Suite 104 | Monsey, NY 10952 | | First Class Mail |
| First Choice Nationwide Janitorial | 217 E SR 434 | Longwood, FL 32750 | | | First Class Mail |
| Fisher Construction | 840 N West St | Garden Plain, KS 67050 | | | First Class Mail |
| Fletcher'S Seaside Automotive, Inc. | 1500 Ocean Shore Blvd | Ormond Beach, FL 32176 | | | First Class Mail |
| Food Fellows Consulting LLC | 40 Broad St | 27C | New York, NY 10004 | | First Class Mail |
| Fracgeo | Attn: Ahmed Ouenes | 719 Sawdust Rd, Ste 306 | The Woodlands, TX 77380 | | First Class Mail |
| Friendly Fixit Mobile Computer Services | 42 Via Cancion | San Clemente, CA 92673 | | | First Class Mail |
| Future Properties Management | dba Black Ace Transport & Logistics LLC | 7818 Nw 17th Pl | Hollywood, FL 33024 | | First Class Mail |
| Gabriella White | Address Redacted | | | | First Class Mail |
| Gail Leventhal | Address Redacted | | | | First Class Mail |
| Gateway Chiropractic & Rehabilitation LLC | N63W23965 Main St | Sussex, WI 53089 | | | First Class Mail |
| Generation Paulson | Address Redacted | | | | First Class Mail |
| Giang Dinh LLC | 4113 Arrowcrest Ln | Garland, TX 75044 | | | First Class Mail |
| Gillis Marine | 2100 Downing Ave | Thunderbolt, GA 31404 | | | First Class Mail |
| Gino'S Market, | 5729 Johnson St | Hollywood, FL 33021 | | | First Class Mail |
| Giovanni Lupis | Address Redacted | | | | First Class Mail |
| Giovonni Boutique, | 120 Engleside St | Sumter, SC 29150 | | | First Class Mail |
| Global Food Safety Associates | 1 Jerben Drive | Stony Point, NY 10980 | | | First Class Mail |
| Gmr Construction | 1319 Washington Ave. | | 141 | San Leandro, CA 94577 | First Class Mail |
| Goat90069 | 2400 S Jefferson Ave | St Louis, MO 63104 | | | First Class Mail |
| Goforth Inc | 1268 N Westmoreland Ave | Los Angeles, CA 90029 | | | First Class Mail |
| Golden Max, Inc | 3520 W. Kingsley Road | Garland, TX 75041 | | | First Class Mail |
| Goldstar Management LLC | 18 Woodsedge Ct | Pittsboro, IN 46167 | | | First Class Mail |
| Grillworks LLC | 3830 Sw Hall Blvd | Beaverton, OR 97005 | | | First Class Mail |
| Gurpal Singh | Address Redacted | | | | First Class Mail |
| Guzman Julio | Address Redacted | | | | First Class Mail |
| Gwenesia Mcquay | Address Redacted | | | | First Class Mail |
| H&H Automotive LLC | 17903 State Route U | St James, MO 65559 | | | First Class Mail |
| H&L Metals | 170D East Main St. | | 107 | Hendersonville, TN 37075 | First Class Mail |
| Hands On Mechanic | 6620 Nw 21 Ave | Miami, FL 33147 | | | First Class Mail |
| Harold M. Rifas, P.A. | 7900 Red Road No 10 | S Miami, FL 33143 | | | First Class Mail |
| Heather Parnass Pa | Address Redacted | | | | First Class Mail |
| Heather Steele | Address Redacted | | | | First Class Mail |
| Heidi Tannenbaum | Address Redacted | | | | First Class Mail |
| Heller Vegetables LLC | 150 Bradley Place | Palm Beach, FL 33480 | | | First Class Mail |
| Hilltop Wine & Spirtis LLC | 346 North Illinois Ave | Oak Ridge, TN 37830 | | | First Class Mail |
| Hoang Nguyen | Address Redacted | | | | First Class Mail |
| Hoods Towing | 2546 S Poppy Ave | Fresno, CA 93706 | | | First Class Mail |
| Hot Dawgz LLC | 933 Amsterdam Ave | New York, NY 10025 | | | First Class Mail |
| Hpa & Associates LLC | 120 West Main St | Suite 201 | Northville, MI 48167 | | First Class Mail |
| I. Shwartzman, Dds, Inc. | 330 North D St | | 360 | San Bernardino, CA 92401 | First Class Mail |
| Idalmis A Padron | Address Redacted | | | | First Class Mail |
| Ilan Hwang, Pllc | 427 Taskwood Drive | Richmond, TX 77469 | | | First Class Mail |
| Ilash'D LLC | 2898 Lloyd Rd | Decatur, GA 30034 | | | First Class Mail |
| Innovative Healthcare Alliance Group | 238 Coral Cay Terrace | Palm Beach Gardens, FL 33418 | | | First Class Mail |
| Integrity Floor Covering, Inc. | 7384 Rutherford Dr | Reno, NV 89506 | | | First Class Mail |
| Intellitax | 100 S Main St | Ste 106 | Physical, TX 75116 | | First Class Mail |
| Ion Microsystems Corp | 16419 Sw 73 Ter | Miami, FL 33193 | | | First Class Mail |
| Iron Factory Gym LLC | 595 Racetrack Rd | Washington, PA 15301 | | | First Class Mail |
| Isaac J. Terronez | Address Redacted | | | | First Class Mail |
| J E Future Inc | 1530 Jamacha Rd | K | El Cajon, CA 92019 | | First Class Mail |
| J. Gamble Company, LLC | 1341 Inglis Ave | Columbus, OH 43212 | | | First Class Mail |
| J.M. Castiel Cpa Apac | 16055 Ventura Blvd | Suite 711 | Encino, CA 91436 | | First Class Mail |
| Janirys Morales | Address Redacted | | | | First Class Mail |
| Jany Udria | Address Redacted | | | | First Class Mail |
| Jason Wollbrink | Address Redacted | | | | First Class Mail |
| Javier F Diaz | Address Redacted | | | | First Class Mail |
| Jb Professional Services | 945 Marc Drive | N Brunswick, NJ 08902 | | | First Class Mail |
| Jeffrey Butters | Address Redacted | | | | First Class Mail |
| Jennifer Elise LLC | 429 Pershing Ave | Phillipsburg, NJ 08865 | | | First Class Mail |
| Jennifer Huntress | Address Redacted | | | | First Class Mail |
| Jerica Pender | Address Redacted | | | | First Class Mail |
| Jerone H Bostick, LLC | 3403 Ole Miss Drive | Kenner, LA 70065 | | | First Class Mail |
| Jesus Chestaro | Address Redacted | | | | First Class Mail |
| Jill Dunn Fit | 8167 Vineyard Ave 21 | Rancho Cucamonga, CA 91730 | | | First Class Mail |
| Joe Kort & Associates Pc | 25600 Woodward Ave. | Ste. 218 | Royal Oak, MI 48067 | | First Class Mail |
| Joel Adrian | Address Redacted | | | | First Class Mail |
| Joel Estrada | Address Redacted | | | | First Class Mail |
| Joes Vending | 1007 Blairmoor | Grosse Pointe Woods, MI 48236 | | | First Class Mail |
| Jogger Inc | 4450 East Sam Houston Pkwy | A | Pasadena, TX 77505 | | First Class Mail |
| John Crossfield | Address Redacted | | | | First Class Mail |
| John Ely Pllc | 1819 E Morton Ave, Ste 140 | Phoenix, AZ 85020 | | | First Class Mail |
| John F. Juvenal | Address Redacted | | | | First Class Mail |
| John G Batsedis | Address Redacted | | | | First Class Mail |
| Johnson Auto Recycling Inc | 64 Wedgefield Drive | Asheville, NC 28806 | | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Johnson Bigfeet Trucking | 659 E 3rd St 2Floor | Williamsport, PA 17701 | | First Class Mail |
| Jonathan Glaspie | Address Redacted | | | First Class Mail |
| Jones-Lachance, A Professional Law Corporation | 2000 Riverside Drive | Los Angeles, CA 90039 | | First Class Mail |
| Jorden Washington | Address Redacted | | | First Class Mail |
| Joshua Mendez | Address Redacted | | | First Class Mail |
| Joy Villa Productions | 5930 Franklin Ave | Los Angeles, CA 90028 | | First Class Mail |
| Judy Bowman Casting | 23 Oakridge Rd | W Orange, NJ 07052 | | First Class Mail |
| Junbo Yuan | Address Redacted | | | First Class Mail |
| Justin Woodward | Address Redacted | | | First Class Mail |
| Jzd Vending LLC | 13 Kirby Rd | Asheville, NC 28806 | | First Class Mail |
| K & M Transport LLC | 2027 Leonards Fork Church Rd | Crouse, NC 28033 | | First Class Mail |
| K&D Poultry | 849 Clough Blvd | Douglas, GA 31533 | | First Class Mail |
| Kahn Eyewear LLC | 16 Village Drive | Trumbull, CT 06611 | | First Class Mail |
| Kalalo Occupational Therapy & Rehabilitation Pc | 214 Woolley Ave | Staten Island, NY 10314 | | First Class Mail |
| Kanvas LLC | 527 Edgebrook Lane | W Palm Beach, FL 33411 | | First Class Mail |
| Kara Enterprises LLC | Attn: Kara Wells | 35 Talcottville Road | Vernon, CT 06066 | First Class Mail |
| Karson'S Movers | 151 Main St | Flemington, NJ 08822 | | First Class Mail |
| Katherine & Southall Bowles | 422 E Main St | Richmond, VA 23219 | | First Class Mail |
| Kathy Smith Cpa Pc | 701 Palomar Airport Rd, Ste 300 | Carlsbad, CA 92011 | | First Class Mail |
| Keith Liggins | Address Redacted | | | First Class Mail |
| Kentucky Cycles Inc | 2376 Irvine Rd | Richmond, KY 40475 | | First Class Mail |
| Kevaun Williams | Address Redacted | | | First Class Mail |
| Keystop, LLC | 7860 Cincinnati Dayton Rd | Suite 100 | W Chester, OH 45069 | First Class Mail |
| Kiara Harris | Address Redacted | | | First Class Mail |
| Kid Ocean | 66 Ranney Dr | Fariport, NY 14450 | | First Class Mail |
| Kitapps, Inc. | 75 E Santa Clara St | 6Th Floor | San Jose, CA 95113 | First Class Mail |
| K-Jazz Beauty Supply Corp. | 2660 E. 79th St. | Ste C | Chicago, IL 60649 | First Class Mail |
| Km&M Enterprise LLC | 1489 Main Ave | Clifton, NJ 07011 | | First Class Mail |
| Kris Holland Photography | 1684 Sw Knollbrook Place | Corvallis, OR 97333 | | First Class Mail |
| Kristi Amoroso Special Events, LLC | 240 West Watmaugh Road | Sonoma, CA 95476 | | First Class Mail |
| Ksmm Sportswear | 762 Verona Lake Dr | Weston, FL 33326 | | First Class Mail |
| L D Moving & Storage Inc | 7470 Greenbush Ave | N Hollywood, CA 91605 | | First Class Mail |
| Laney Clark Jewelry Designs | 1445 Park Ave E | Tenino, WA 98589 | | First Class Mail |
| Liberty Auto Carriers, LLC | 1028 Coatbridge St | Las Vegas, NV 89145 | | First Class Mail |
| Lien Pham | Address Redacted | | | First Class Mail |
| Lightenup Inc | 100 Rt 46, Ste 16 | Budd Lake, NJ 07828 | | First Class Mail |
| Lincoln House Restaurant | 504 10th St N W | Washington, DC 20004 | | First Class Mail |
| Little Angel Daycare Center 3 | 272 Troy St | Brooklyn, NY 11213 | | First Class Mail |
| Little Fire Equipment | Address Redacted | | | First Class Mail |
| Little Lighthouse, Mi LLC | 68939 6th St | Edwardsburg, MI 49112 | | First Class Mail |
| Lizbeth M Garcia-Rivera | Address Redacted | | | First Class Mail |
| Ll Nursing Care | 5202 Vista De Olmo | San Clemente, CA 92673 | | First Class Mail |
| Lodi Auto Repair & Smog Inc | 2501 S Stockton St | Ste C | Lodi, CA 95240 | First Class Mail |
| Lofgren Sargent Edgewater, Inc. | 147 Mayo Road | Edgewater, MD 21037 | | First Class Mail |
| Lolfashions | 1134 Summerstone Trace | Austell, GA 30168 | | First Class Mail |
| Lonesamurai Entertainment LLC | 3704 West 500 North | Huntington, IN 46750 | | First Class Mail |
| Lorient Transport, Inc | 9765 Cobblestone Creek Dr | Boyton Beach, FL 33472 | | First Class Mail |
| Louis Bell | Address Redacted | | | First Class Mail |
| Lr Trailer Repair LLC | 17610 71st Ln N | Loaxahatchee, FL 33470 | | First Class Mail |
| Lsc LLC | 135 Lincoln Ave | Elizabeth, NJ 7208 | | First Class Mail |
| Lxcdr Srvices LLC | 686 Village Drive South | N Brunswick, NJ 08902 | | First Class Mail |
| Mac Controls LLC | 8543 N Adams St | Terre Haute, IN 47805 | | First Class Mail |
| Magic Enterprises LLC | 15301 Hwy 11 North | Coaling, AL 35453 | | First Class Mail |
| Magic Mirror Dominican Hair Salon | 937 Macdade Blvd | Collingdale, PA 19023 | | First Class Mail |
| Main Street Sales | 42437 W Corvalis Ln | Maricopa, AZ 85138 | | First Class Mail |
| Makeilajkollection | 5340 Moon Rd | Columbus, GA 31909 | | First Class Mail |
| Malawis House | 1653 E Woodberry Ave | E Point, GA 30344 | | First Class Mail |
| Manny'S Designs | 88 Franklin St. | Unit 302 | Lynn, MA 01902 | First Class Mail |
| Maple Mountain English Cream LLC | 1748 Glendell Drive | Orem, UT 84058 | | First Class Mail |
| Maria E. Sancho | Address Redacted | | | First Class Mail |
| Maria Elena Gonzalez Ruiz | Address Redacted | | | First Class Mail |
| Mariah Driver | Address Redacted | | | First Class Mail |
| Mario L Portal Cardenas | Address Redacted | | | First Class Mail |
| Mark Crowell | Address Redacted | | | First Class Mail |
| Marko Pantos | Address Redacted | | | First Class Mail |
| Marksman Builders | Address Redacted | | | First Class Mail |
| Marlows Southern Development, LLC | 224 N Hammond Dr | Monroe, GA 30655 | | First Class Mail |
| Martin Morris | Address Redacted | | | First Class Mail |
| Martin Tool & Machine Inc. | 29739 Groesbeck Hwy. | Roseville, MI 48066 | | First Class Mail |
| Mastermind Groupusa | 46 Bayberry Rd | Lawrence, NY 11559 | | First Class Mail |
| Matu LLC | 5071 Breezefield Dr Se | Grand Rapids, MI 49512 | | First Class Mail |
| Maui Welcome Center | 3626 Lower Honoapiilani Road | Suite B211 | Lahaina, HI 96761 | First Class Mail |
| Maybel Diaz | Address Redacted | | | First Class Mail |
| Me Mama Enterprises, Inc. | 9112 Echo Point Place | Orangevale, CA 95662 | | First Class Mail |
| Memories For The Making | 1325 W Lockeford St | Lodi, CA 95242 | | First Class Mail |
| Michael David LLC | 275 Ne 92 St | Miami Shores, FL 33138 | | First Class Mail |
| Michael L. Cheroutes | Address Redacted | | | First Class Mail |
| Midwest Community Protection Agency LLC | 4560 S Ironwood Dr | S Bend, IN 46614 | | First Class Mail |
| Mihelich Cotton LLC | 1475 Victoria Isle Dr | Weston, FL 33327 | | First Class Mail |
| Mirage Transport Inc | 711 E Burr Oak | Arlington Heights, IL 60004 | | First Class Mail |
| Mjm Services | 2430 N.76th Ave | 1N | Elmwood Park, IL 60707 | First Class Mail |
| Mojo Coworking, Inc. | 60 N Market St | C200 | Asheville, NC 28801 | First Class Mail |
| Momentum Construction Services, LLC | 211 West Trade St | Simpsonville, SC 29681 | | First Class Mail |
| Money Matchmaker Co | 30014 Flat Rock Rd | Covington, GA 30014 | | First Class Mail |
| Monica Lizette Ronquillo | Address Redacted | | | First Class Mail |
| Monica R Thomas Standfield | Address Redacted | | | First Class Mail |
| Moriarty & Sons Carpet Care | 6762 Salizar St | San Diego, CA 92111 | | First Class Mail |
| Most Choice Health Care | 4402 Vance Jackson Rd | San Antonio, TX 78230 | | First Class Mail |
| Mpm Air & Heat LLC | 415 Virginia St | Frostproof, FL 33843 | | First Class Mail |
| Mylab Dfw, LLC. | 3212 Tanglewood Trl | Ft Worth, TX 76109 | | First Class Mail |
| N7 Creamery | 258853 Hwy 101 | Seqluim, WA 98382 | | First Class Mail |
| Nail Khalilov | Address Redacted | | | First Class Mail |
| Nakai Painting Company | 30230 Sierra Madre Drive | Temecula, CA 92591 | | First Class Mail |
| Nanney Holdings, LLC | 3801 S. Main St | Farmville, NC 27828 | | First Class Mail |
| Nate Hollman | Address Redacted | | | First Class Mail |
| Nevares, Inc. | 209 W Bedford Euless Road | Hurst, TX 76053 | | First Class Mail |
| New England Country Rentals | 100 Wearguard Drive | Hanover, MA 02339 | | First Class Mail |
| Nguyen Vision Inc | 6849 Old Dominion Dr | Suite 300 | Mclean, VA 22101 | First Class Mail |
| Niat Products Incorporated | 17805 Wallingford Ave North | Seattle, WA 98133 | | First Class Mail |
| Nicholas Chucales | Address Redacted | | | First Class Mail |
| Nicki Keller | Address Redacted | | | First Class Mail |
| Night Owl Investigations | 5323 S 297th Pl | Auburn, WA 98001 | | First Class Mail |
| Nonprofit Intelligence Partners, LLC | 900 Liberty St | El Cerrito, CA 94530 | | First Class Mail |
| Nordlund Construction & Design LLC | 3600 Sw 91st Ave | Portland, OR 97225 | | First Class Mail |
| North County Water Heater Services | 1720 Elfin Forest Rd | | 217 San Marcos, CA 92078 | First Class Mail |
| Not Your Average Credit Score | 11809 Fillmore Lane | Fredericksburg, VA 22407 | | First Class Mail |
| Odr Studios | 89 Madison St | Newark, NJ 07105 | | First Class Mail |
| Omars Eggs LLC | 1873 Inglebrook Dr. | Woodbridge, VA 22192 | | First Class Mail |
| One Fitness Training | 4810 Hope Valley Rd | Suite 107 | Durham, NC 27707 | First Class Mail |
| Orange Blossom Liquors | 4726 South Orange Blossom Trail | Orlando, FL 32837 | | First Class Mail |
| Orange Salon Of Arizona | 2680 S Val Vista, Ste 104 | Gilbert, AZ 85295 | | First Class Mail |
| P&B Rest Haven Inc | 1221 Gallatin St Nw | Washington, DC 20011 | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Pacific Garnet Sales, Inc. | 1136 North Kraemer Place | Anaheim, CA 92806 | | First Class Mail |
| Paleo Leap, LLC | 9663 Santa Monica Blvd. | Suite 1085 | Beverly Hills, CA 90210 | First Class Mail |
| Paleo Power Meals | 4 Limewoods Dr | Saugus, MA 1906 | | First Class Mail |
| Paleoaholic Ltd | 186 Wynnpage Dr | Dripping Springs, TX 78620 | | First Class Mail |
| Pathway Auto & Rv LLC | 14395 Hickory Creek Rd | Lenoir City, TN 37771 | | First Class Mail |
| Patrick Henry Memorial Foundation | 1250 Red Hill Road | Brookneal, VA 24528 | | First Class Mail |
| Paul J. Dugaw | Address Redacted | | | First Class Mail |
| Pbc Compliance Consulting, LLC | 400 Ocean Trail Way | Unit 410 | Jupiter, FL 33477 | First Class Mail |
| Perfect10 Archery | 11718 Se Federal Hwy | Hobe Sound, FL 33455 | | First Class Mail |
| Performance Energy Services LLC | Attn: Randy Hazzard | 6103 N Cimarron Rd | Yukon, OK 73099 | First Class Mail |
| Performance Sales & Marketing LLC | 647 Camino De Los Mares | Suite 108 | San Clemente, CA 92673 | First Class Mail |
| Peter L. Herb, Esq. | Address Redacted | | | First Class Mail |
| Philip Sturgeon | Address Redacted | | | First Class Mail |
| Phuong Lu | Address Redacted | | | First Class Mail |
| Pixelstrut LLC | 8775 Centre Park Dr | | 201 Columbia, MD 21045 | First Class Mail |
| Planexa Construction | 4695 Macarthur Ct, Ste 1100 | Newport Beach, CA 92660 | | First Class Mail |
| Plug Extensions Inc | 4661 Christyshire Dr | Memphis, TN 38128 | | First Class Mail |
| Pomas World Trading, Inc | 1078 Ridgewood Dr | Millbrae, CA 94030 | | First Class Mail |
| Pool Guard | Address Redacted | | | First Class Mail |
| Population Entertainment LLC | 3054 Canonicus St. | Baton Rouge, LA 70805 | | First Class Mail |
| Pour, Chop, & Roll LLC | 5644 Old Shell Rd | Mobile, AL 36608 | | First Class Mail |
| Pouya Records LLC | 700 S Santa Fe Ave Fl2 | Los Angeles, CA 90021 | | First Class Mail |
| Preferred Business Services, Inc. | 971 Waterside Court | Aurora, IL 60502 | | First Class Mail |
| Premier Property Care, LLC | 130 Ne 172Nd Ave | Portland, OR 97230 | | First Class Mail |
| Premier Service Solutions, | 424 Robin | Woodland, CA 95695 | | First Class Mail |
| Prime Time Promotions Inc | 12 N Riding Dr | Pennington, NJ 8534 | | First Class Mail |
| Prime Time Real Estate | 129 Sagefield Square | Canton, MS 39046 | | First Class Mail |
| Product Engineering | 1308 W 9 th St | Unit A | Upland, CA 91786 | First Class Mail |
| Proform Tennis Academy | 975 Anderson Hill Road | Rye Brook, NY 10573 | | First Class Mail |
| Rachel Maigue | Address Redacted | | | First Class Mail |
| Rafael Capaldo | Address Redacted | | | First Class Mail |
| Randy Mcgehee | Address Redacted | | | First Class Mail |
| Rc Schramm, Inc | 1100 W. Cermak Road | Chicago, IL 60608 | | First Class Mail |
| Rc Tax Service Hc LLC | 436 Us Hwy 17 92N | Haines City, FL 33844 | | First Class Mail |
| Recruit 4 U LLC | 44 South Main St | Unit 302 | Norwalk, CT 06854 | First Class Mail |
| Redemptive Life Christian Fellowship Church, Inc. | 406 Pleasant Hill Road Nw | Conyers, GA 30012 | | First Class Mail |
| Regalito | 418 Convent Ave | Laredo, TX 78040 | | First Class Mail |
| Regency Appraisals, LLC | 8805 Tamiami Trail N. | | 179 Naples, FL 34108 | First Class Mail |
| Reillys Rib Cage | 49 West Church St | Bergenfield, NJ 07621 | | First Class Mail |
| Reizy Friedman | Address Redacted | | | First Class Mail |
| Relapse'S Comedy City, LLC | 380 14th St Nw | Atlanta, GA 30318 | | First Class Mail |
| Relief Without Borders LLC | 1901 S Le Jeune Rd | Ste 3 | Coral Gables, FL 33134 | First Class Mail |
| Renew Vitality LLC | 601 Heritage Dr | Ste 210 | Jupiter, FL 33458 | First Class Mail |
| Revital Massage & Spa | 12129 Ranch Road 620 North | Austin, TX 78750 | | First Class Mail |
| Revolution | 361 Hwy 74 N | Peachtree City, GA 30269 | | First Class Mail |
| Rgw Private Security Service Inc. | 4131 Brighthill Ave. | Las Vegas, NV 89121 | | First Class Mail |
| Rialto Theatre | 108 West Thornton | Three Rivers, TX 78071 | | First Class Mail |
| Rice Fields Deshong | Address Redacted | | | First Class Mail |
| Richard W. Mulvey, Cpa | Address Redacted | | | First Class Mail |
| Richard White | Address Redacted | | | First Class Mail |
| Risk Management Associates, Inc. | 1421 Hymettus Ave | Encinitas, CA 92024 | | First Class Mail |
| Rmg, Apc | 5471 E The Tokedo | Long Beach, CA 90803 | | First Class Mail |
| Robbin S Williamson | Address Redacted | | | First Class Mail |
| Robert F. Leone, Attorney At Law | 2590 Brighton Henrietta Tl Road | Rochester, NY 14623 | | First Class Mail |
| Roberto Morel | Address Redacted | | | First Class Mail |
| Rochelle Rothstein | Address Redacted | | | First Class Mail |
| Rock City Interactive "Rock City Eats" | 1623 Center St | Little Rock, AR 72208 | | First Class Mail |
| Rocktronic LLC. | 1505 Bridgetown Pike | Langhorne, PA 19053 | | First Class Mail |
| Roger Huff | Address Redacted | | | First Class Mail |
| Romoland Market | 27856 Hwy 74 | Romoland, CA 92585 | | First Class Mail |
| Rons Auto Sales Inc | 5727 W Roosevelt Rd | Cicero, IL 60804 | | First Class Mail |
| Rosebank Pizza Inc. | 1372 Bay St | Staten Island, NY 10305 | | First Class Mail |
| Roundtree Bonding Agency, Inc. | 410 S.E. 4 Ave | Gainesville, FL 32601 | | First Class Mail |
| Roy E. Colbert, Architect | Address Redacted | | | First Class Mail |
| Royal Beauty & Wellnes | 8300 Canyon St | | 627 Houston, TX 77051 | First Class Mail |
| Royal Bengal Logistics,Inc. | 3700 Nw109th Ave | Coral Springs, FL 33065 | | First Class Mail |
| Rs Coins | Attn: Randy Singer | 127 Duncan Rd | Stoughton, MA 02072 | First Class Mail |
| Rt 9 Cash For Gold Buyers LLC | 960 ls Hwy 9 South | S Amboy, NJ 08879 | | First Class Mail |
| Russell Allen | Address Redacted | | | First Class Mail |
| Russell Smotek | Address Redacted | | | First Class Mail |
| Ryder Welding Service Inc. | 350 Ali Baba Ave. | Opa Locka, FL 33054 | | First Class Mail |
| S/A Residential Cleaning Services, Inc. | Attn: Sidnei Francisco | 4 Stone Lane, Unit 5344 | Malden, MA 02148 | First Class Mail |
| Safe Money Advisory LLC | 2200 Benjamin Frankin Parkway | Philadelphia, PA 19130 | | First Class Mail |
| Saga Enterprises | 25 Vista Del Golf | Brownsville, TX 07852 | | First Class Mail |
| Sage Bear Counseling LLC | 3150 Carlisle Blvd. Ne | Suite 22 | Albuquerque, NM 87110 | First Class Mail |
| Saintelvis Enterprises | 1868 Vallejo St, Apt 2 | San Francisco, CA 94123 | | First Class Mail |
| Sally Holly | Address Redacted | | | First Class Mail |
| Sara Paredes | Address Redacted | | | First Class Mail |
| Sarah Singer & Company, Inc. | 10411 Shadyside Lane | Cincinnati, OH 45249 | | First Class Mail |
| Satis 5 Seafood Restaurant Inc. | 4805 8th Ave | Brooklyn, NY 11220 | | First Class Mail |
| Scaife Real Estate Services, Inc | 4371 Hwy 17 S | Fleming Island, FL 32003 | | First Class Mail |
| Scott The Printer Inc. | dba Pixel Print | 7 Old Dock Road | Yaphank, NY 11980 | First Class Mail |
| Seaview Secretarial Solutions | 2855 E. Coast Hwy | | 102 Corona Del Mar, CA 92625 | First Class Mail |
| Self Employed | 4827 W 83rd St | Burbank, IL 60459 | | First Class Mail |
| Sewanthony LLC | 455 Glen Iris Drive Ne | Unit P | Atlanta, GA 30308 | First Class Mail |
| Sharo Ashoorian & Assoc. | 1115 Foxchase Drive | San Jose, CA 95123 | | First Class Mail |
| Shayla M. Eubanks | Address Redacted | | | First Class Mail |
| Shiver Southwest LLC., | 8000Pennsylvania Circle | Albuquerque, NM 87110 | | First Class Mail |
| Shorelineroof.Com | 17603 Eric Ave | Cerritos, CA 90703 | | First Class Mail |
| Sierra'S Hd Demolition Inc | 10443 Pippin St | Oakland, CA 94603 | | First Class Mail |
| Simon+Homes+Llc | Attn: Jeff Simon | 621 E 1St Ave | Albany, OR 97321 | First Class Mail |
| Simulation Technologies, Inc. | 2648 Millbrook Dr | Haw River, NC 27258 | | First Class Mail |
| Sky Media | 200 Biscayne Blvd Way | Miami, FL 33131 | | First Class Mail |
| Slmto LLC | 4800 Zube Ct | Carmichael, CA 95608 | | First Class Mail |
| Slmto, LLC | Attn: Husam Alrubaye | 3432 Swetzer Rd, Ste A | Loomis, CA 95650 | First Class Mail |
| Smart Link Corporation | 18 Pacific Crst | Laguna Niguel, CA 92677 | | First Class Mail |
| Smart Money Properties LLC | 3455 St Rd Thor 4 | Bensalem, PA 19020 | | First Class Mail |
| Smart Proserve Inc | 3040 Club Center Dr | Sacramento, CA 95835 | | First Class Mail |
| Smartbeltz LLC | 605 Sw Us 40 Hwy | Blue Springs, MO 64014 | | First Class Mail |
| Smog Busters | Address Redacted | | | First Class Mail |
| Soloman M Meles | Address Redacted | | | First Class Mail |
| Sound & Fury Media Inc | 306 W Oak St | Ojai, CA 93023 | | First Class Mail |
| Southeastern Tax & Accounting, P.C. | 1241 Volunteer Parkway | Suite 350 | Bristol, TN 37620 | First Class Mail |
| Southern Remodelers & 26 Kitchens LLC | 7605 N Jefferson Place Cir | Baton Rouge, LA 70809 | | First Class Mail |
| Specialty Rescue & Fire Service LLC | Attn: Chad Tye | 6319 E Fm 916 | Grandview, TX 76050 | First Class Mail |
| Spinenet LLC | 1300 Minnesota Av. | Suite 200 | Winter Park, FL 32789 | First Class Mail |
| Stacey Wilson Consulting | 12671 Savannah Creek Drive | | 252 San Diego, CA 92128 | First Class Mail |
| Stackis Chiropractic | 5555 Saratoga Rd | Suite 3 | Asbury, IA 52002 | First Class Mail |
| Stanford Sign & Awning | 2556 Faivre St | Chula Vista, CA 91911 | | First Class Mail |
| Steel Component Systems LLC | 8 Bigwood Dr | Merrimack, NH 03054 | | First Class Mail |
| Steez & Soul | 2 Patriot Cres | Hampton, VA 23666 | | First Class Mail |
| Stefano Jewels LLC | 1111 Crandon Blvd, Apt B506 | Key Biscayne, FL 33149 | | First Class Mail |
| Stellar Spaces Commercial Cleaning | 2193 Butler Bridge Road | Mills River, NC 28759 | | First Class Mail |
| Stephanie W. Maxey | Address Redacted | | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| Steve Waltrip | Address Redacted | | | | First Class Mail |
| Stevens Creek Hyundai | Address Redacted | | | | First Class Mail |
| Stgeadman Catering | 3127 Bert Kouns | Shreveport, LA 71118 | | | First Class Mail |
| Strong Line Electric LLC | 39 Concord Ave | Maplewood, NJ 07040 | | | First Class Mail |
| Subway Hollywood Inc | 4860 S State Road 7 | Hollywood, FL 33314 | | | First Class Mail |
| Sugarhillshots | 700 Duxbury Dr | Berea, OH 44017 | | | First Class Mail |
| Syed T Ahmed | Address Redacted | | | | First Class Mail |
| Synergy Health Inc | 1941 New Garden Road | Suite 110 | Greensboro, NC 27410 | | First Class Mail |
| T & T Fabrication Corporation | 12761 268th Ave Ct E | Buckley, WA 98321 | | | First Class Mail |
| Tab Wizard Inc | 1234 Central Ave N | Kent, WA 98032 | | | First Class Mail |
| Take Off To Inc | dba Solid Rebuild | 2347 20th Ave S | Seattle, WA 98144 | | First Class Mail |
| Talent One Services LLC | 99 Hitchcock Dr | Meriden, CT 06450 | | | First Class Mail |
| Tbk Logistics, LLC | 1045 Spring Ives Dr | Lawrenceville, GA 30043 | | | First Class Mail |
| Teresa Palencia | Address Redacted | | | | First Class Mail |
| The Brainy Business | 2318 79th Ave Se | Tumwater, WA 98501 | | | First Class Mail |
| The Fancy Biscuit Company | 6955 La Presa Drive | Los Angeles, CA 90068 | | | First Class Mail |
| The Gate Church Of The High Desert | 11783 Amethyst Road | Victorville, CA 92392 | | | First Class Mail |
| The Kiln Art Studio | Attn: Cynthia Stickradt | 15932 Jackson Creek Pkwy, Ste F | Monument, CO 80132 | | First Class Mail |
| The Law Office Of Timothy Mccalep, P.C. | 318 Cherokee Ave | Atlanta, GA 30312 | | | First Class Mail |
| The Mj Engineering Group Corp | Attn: Dianelys Machado | 4530 Sw 97th Ct | Miami, FL 33165 | | First Class Mail |
| The Paint Can LLC | 1703 Beacon St | Lancaster, OH 43130 | | | First Class Mail |
| The Spirit Of Elijah Ministries International | 31017 Wildcat Drive | Bulverde, TX 78163 | | | First Class Mail |
| The Trowbridge Corporation | 606 65th St | Willowbrook, IL 60527 | | | First Class Mail |
| The Works | 31 Engleside St | Cresskill, NJ 07626 | | | First Class Mail |
| Thomas C Dawson | Address Redacted | | | | First Class Mail |
| Thomas Mchale | Address Redacted | | | | First Class Mail |
| Tiffany Nelson | Address Redacted | | | | First Class Mail |
| Tom Amsberry Cpa | Address Redacted | | | | First Class Mail |
| Tomlinson Advisory Group | 8300 Greensboro Drive | Suite L1-124 | Mcclean, VA 22102 | | First Class Mail |
| Toros Turkish & Mediterrane Cuisine | 489 Hazel St | Clifton, NJ 07011 | | | First Class Mail |
| Torresdale Food Market | 909 N 7th St | Philadelphia, PA 19104 | | | First Class Mail |
| Towncraft Builders, Inc | 3981 Sanders Rd Sw | Marietta, GA 30008 | | | First Class Mail |
| Tracey Harmon | Address Redacted | | | | First Class Mail |
| Tri County Driving School Inc | 526 W. Wisconsin Ave | Appleton, WI 54911 | | | First Class Mail |
| Tri Workers Inc | 10893 Main St | Fairfax, VA 22030 | | | First Class Mail |
| Trinh Nguyen | Address Redacted | | | | First Class Mail |
| Trudy Matthews | Dba Brain Child Designs | 605 Cochise Cir | S Lake Tahoe, CA 96150 | | First Class Mail |
| True Ace'S | 24979 Constitution Ave | Apt 934 | Stevenson Ranch, CA 91381 | | First Class Mail |
| Tutus & Hairbows | 45 Louise St | Williston, SC 29853 | | | First Class Mail |
| Tyler Buckingham | Address Redacted | | | | First Class Mail |
| Ultimate Coverage Painting & Drywall Repair | 25400 Fort Meigs Road | 136 | Perrysburg, OH 43551 | | First Class Mail |
| Ultraprint Corporation | 404 West Spruce St | E Rochester, NY 14445 | | | First Class Mail |
| Unick Angels Home Health Services | 12808 W. Airport Blvd, Ste 333 | Sugar Land, TX 77478 | | | First Class Mail |
| Upton Law Firm Pl | 960 Live Oak Plantation Rd | Tallahassee, FL 32312 | | | First Class Mail |
| Usa Ichiban Inc. | 1207 S Jackson Hwy | Sheffield, AL 35660 | | | First Class Mail |
| Vahid Haddadchi | Address Redacted | | | | First Class Mail |
| Value Investment Professionals, LLC | 380 Lexington Ave | Suite 1774 | New York, NY 10168 | | First Class Mail |
| Venice Beauty LLC | 16030 Ventura Blvd. | Suite 430 | Encino, CA 91436 | | First Class Mail |
| Vibe Entertainment | 338 Westbrook Place | Costa Mesa, CA 92626 | | | First Class Mail |
| Victor & Associates Professional Services | 37256 43rd St E | Palmdale, CA 93552 | | | First Class Mail |
| Vida | 101 Palm Harbor Pkwy | 101 102 | Palm Coast, FL 32137 | | First Class Mail |
| Vincent Moffett | Address Redacted | | | | First Class Mail |
| Viridowsky LLC | 5457 Twin Knolls Rd, Ste 300 | Columbia, MD 21045 | | | First Class Mail |
| Washington & Dowilng Contractors Inc. | 361 South Warren St | York, PA 17403 | | | First Class Mail |
| Washington & Dowilng Contractors Inc. | Attn: Eric Dowling | 361 South Warren St | York, PA 17403 | | First Class Mail |
| Watson & Son Excavating | 15718 Capron Rd. | Capron, IL 61012 | | | First Class Mail |
| Wave LLC | 12563 N Hwy 14 | Sandia Park, NM 87047 | | | First Class Mail |
| White Fang Trucking | 1502 E Harvard St | Glendale, CA 91205 | | | First Class Mail |
| Wilfredo Alvarez | Address Redacted | | | | First Class Mail |
| William C. Edic Cpa | Address Redacted | | | | First Class Mail |
| William J Wagner Jr Consulting | 26 Eldorado Blvd | Plainview, NY 11803 | | | First Class Mail |
| William P. Weatherford, Jr., P.A. | 1150 Louisiana Ave | Suite 4 | Winter Park, FL 32789 | | First Class Mail |
| Wink Nashville, LLC | 2225 Bandywood Drive | Suite 4 | Nashville, TN 37215 | | First Class Mail |
| Www.Plussizeforless.Com | 2424 Wilshire Blvd | Los Angeles, CA 90057 | | | First Class Mail |
| Xprtas Talent Acquisition | 257 Phoenetia Dr | St Augustine, FL 32086 | | | First Class Mail |
| Yg Investments, LLC | 7405 Arlington Road | Unit 103 | Bethesda, MD 20814 | | First Class Mail |
| Young Ko Trans Corp | 375 Sylvan Ave, Ste 38 | Englewood Cliffs, NJ 07632 | | | First Class Mail |
| Zachary Sewell | Address Redacted | | | | First Class Mail |
| Zhao'S China House | 12400 N May Ave | Oklahoma, OK 73120 | | | First Class Mail |
| Zizi Child Care | 7410 Pohick Rd | Lorton, VA 22079 | | | First Class Mail |