IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SECOND SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 4, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Deadlines to File Proofs of Claim [Docket No. 169]**
- **Official Form 410 – Proof of Claim**
- **Instructions**

Dated: November 16, 2022

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 16th day of November, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**KABBAGE, INC. d/b/a KSERVICING,** *et al.*                                     **Served 11/04/2022**

HOME AND EMAIL ADDRESSES OF INDIVIDUALS HAVE BEEN REDACTED PURSUANT TO THE ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE AND MAINTAIN CONSOLIDATED CREDITOR LISTS, AND (B) REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION FOR INDIVIDUALS, (II) APPROVING SPECIAL ELECTRONIC NOTICING PROCEDURES, AND (III) GRANTING RELATED RELIEF [DOCKET NO. 77].

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| 3Buttonsn2Bows | 1244 Saint Alberts Dr | Reno, NV 89503 | | First Class Mail |
| A Smart Advertising LLC | 848 Brickell Ave | Pernthouse 5 | Miami, FL 33131 | First Class Mail |
| Abecassis Nursing Agency | 4106 Wedgemere Dr | Tampa, FL 33610 | | First Class Mail |
| Aditya Birla Chemicals Usa LLC | 7310 Turfway Road | Suite 550 | Florence, KY 41042 | First Class Mail |
| Adryclau Inc | 1798 Nw 20th St | Unit 6 | Miami, FL 33142 | First Class Mail |
| After Five Delivery Service | 5605 Fairlane Cove | Memphis, TN 38115 | | First Class Mail |
| Agagas Corn LLC | 39513 Saint Honore Dr | Murrieta, CA 92563 | | First Class Mail |
| Alarik Films | 6318 Regency Wood | San Antonio, TX 78249 | | First Class Mail |
| Alex Stars Jewelry | 3615 Beverly Blvd, Unit C | Los Angeles, CA 90004 | | First Class Mail |
| Alisha Goss | Address Redacted | | | First Class Mail |
| All Purpose Ventures LLC | 1620 Anna Catherine Drive | Orlando, FL 32828 | | First Class Mail |
| Am Empire Nail Salon Inc | 890 Quincy St | Brooklyn, NY 11221 | | First Class Mail |
| American Legal Services | 505 5th Ave | | 835 Des Moines, IA 50309 | First Class Mail |
| Amor Beauty | 444 Pearson Cir | Hampton, GA 30228 | | First Class Mail |
| Andrea Long | Address Redacted | | | First Class Mail |
| Andrew Stewart | Address Redacted | | | First Class Mail |
| Angela Henderson | Address Redacted | | | First Class Mail |
| Angela Jones | Address Redacted | | | First Class Mail |
| Angelica Gladden | Address Redacted | | | First Class Mail |
| Anthony Annunziata LLC | 160 Holsapple Rd | Dover Plains, NY 12522 | | First Class Mail |
| Anthony Winter | Address Redacted | | | First Class Mail |
| Anton Kronfeld | Address Redacted | | | First Class Mail |
| Antonio D Mayor | Address Redacted | | | First Class Mail |
| Anyssa Jackson | Address Redacted | | | First Class Mail |
| Appletons Mobile | 13027 Michael St | Biloxi, MS 39532 | | First Class Mail |
| April Ryerson, | Address Redacted | | | First Class Mail |
| Aranda Enterprise LLC | 10006 Halesia Woods Drive | Orlando, FL 32832 | | First Class Mail |
| Arianna Farramola | Address Redacted | | | First Class Mail |
| Arielle Preston | Address Redacted | | | First Class Mail |
| Art'S Old Fashion Barbershop | 3300 Crestwood Blvd | Suite 100 | Irondale, AL 35210 | First Class Mail |
| Asheber Providence | Address Redacted | | | First Class Mail |
| Ashley Kennedy | Address Redacted | | | First Class Mail |
| At Your Service Translations & More LLC | 2444 Fulton Rd | Kissimmee, FL 34744 | | First Class Mail |
| Ayanj Inc | Carter Speedy Mart | 5157 Kentuck Road | Ringgold, VA 24586 | First Class Mail |
| Aygenci LLC | 577 Acadia Ct | Howell, MI 48843 | | First Class Mail |
| Bailey Estates | 123 Mctyere Ave | Jackson, MS 39202 | | First Class Mail |
| Baja Taco Plus | 13738 Bear Valley Rd. | Ste 3 | Victorville, CA 92392 | First Class Mail |
| Bam Sports LLC, | 815 Woodmoor Acres Dr | Monument, CO 80132 | | First Class Mail |
| Bang-Linh Nguyen | Address Redacted | | | First Class Mail |
| Barbara Puzanovova | Address Redacted | | | First Class Mail |
| Barry Nelson | Address Redacted | | | First Class Mail |
| Bbeans LLC | 2305 Vt Rt 14N | E Randolph, VT 05041 | | First Class Mail |
| Beef Cattle Fraser | 1086 Charlie Penny Road | Piedmont, AL 36272 | | First Class Mail |
| Bergstrom & Associates | 2625 Sandy Plains Road | Suite 203 | Marietta, GA 30066 | First Class Mail |
| Bernard Anderson | Address Redacted | | | First Class Mail |
| Beverly Hammons | Address Redacted | | | First Class Mail |
| B-Gold Entertainment | 3706 Chickering | Houston, TX 77026 | | First Class Mail |
| Bianca Lewis | Address Redacted | | | First Class Mail |
| Big Brother Towing & Auto LLC | 4457 Webb Meadows Dr | Loganville, GA 30052 | | First Class Mail |
| Big Mikes Home Maintenance LLC | 4047 Overlook Circle | Pace, FL 32571 | | First Class Mail |
| Big Willie'S Bbq | 1011 Chambliss Road | Memphis, TN 38116 | | First Class Mail |
| Breakfast With Shirley | 9321 Pheasant Valley Ave | Nw N Canton, OH 44720 | | First Class Mail |
| Buckhead Smiles Cosmetic & Family Dentistry, LLC | 1688 Richland Rd Sw | Atlanta, GA 30311 | | First Class Mail |
| Business Wordsmiths, Inc., | dba Predictable Traction | 6901 Se Oaks Park Way, Slip 27 | Portland, OR 97202 | First Class Mail |
| C P Logistics Inc | 1318 Barton Ave | Point Pleasant, NJ 08742 | | First Class Mail |
| Cannlabs Inc C/O: Color Blind Usa Inc | 519 N Sam Houston Pkwy, Ste 500 | Houston, TX 77060 | | First Class Mail |
| Cardiovascular & Thoracic Surgeons Of Ventura County | 1700 N. Rose Ave. | | 420 Oxnard, CA 93030 | First Class Mail |
| Carlson & Messer LLP | 5901 Century Blvd | Suite 1200 | Los Angeles, CA 90045 | First Class Mail |
| Carroll'S Care Services | 8054 Rothington Rd | Dallas, TX 75227 | | First Class Mail |
| Casual Builders LLC | 1754 E 31st St | Savannah, GA 31404 | | First Class Mail |
| Cb Stonework | 18001 Sw 112th Ave | Miami, FL 33157 | | First Class Mail |
| Ceo Law LLC | 1016 W. Jackson Blvd | | 408 Chicago, IL 60607 | First Class Mail |
| Chanel Fernandez | Address Redacted | | | First Class Mail |
| Charity Gillespie | Address Redacted | | | First Class Mail |
| Chavonius Barber | Address Redacted | | | First Class Mail |
| Chen Fishfarm LLC | 1024 E J St | Chula Vista, CA 91910 | | First Class Mail |
| Cheronna Morton | Address Redacted | | | First Class Mail |
| Cheryl Jocesayllye | Address Redacted | | | First Class Mail |
| Chris Ivy | Address Redacted | | | First Class Mail |
| Christina Blount Potato LLC | 860 E Commerce St | Hernando, MS 38632 | | First Class Mail |
| Christina Fosados | Address Redacted | | | First Class Mail |
| Cindy Nelson | Address Redacted | | | First Class Mail |
| Cline Hospitality Concepts LLC | 10498 Oakhurst Rd | Largo, FL 33774 | | First Class Mail |
| Colby Rogers | Address Redacted | | | First Class Mail |
| Compass | 111 Fifth Ave | 6Th Fl | New York, NY 10003 | First Class Mail |
| Conmar Hospitality Services, Inc | 4010 Us 1 South | | 121 St Augustine, FL 32086 | First Class Mail |
| Continuum Palliative Resources P.C. | 5994 W Las Positas Blvd | Suite 221 | Pleasanton, CA 94588 | First Class Mail |
| Corey Newton | Address Redacted | | | First Class Mail |
| Cruz & Consulting | 311 Vista Place | Los Angeles, CA 90042 | | First Class Mail |
| Crystal Snyder | Address Redacted | | | First Class Mail |
| Cynthia Logan | Address Redacted | | | First Class Mail |
| Cynthia Velez | Address Redacted | | | First Class Mail |
| Daiquiria Hines | Address Redacted | | | First Class Mail |
| Daisy G Leos Pulido | Address Redacted | | | First Class Mail |
| Daniela Rodriguez | Address Redacted | | | First Class Mail |
| Das Trucking | 1260 W Dyer Ave | Fresno, CA 93711 | | First Class Mail |
| Dasia Bobbs | Address Redacted | | | First Class Mail |
| Data Processing Center | 6769 Friendsway Dr | Ft Worth, TX 76137 | | First Class Mail |
| David W Warren | Address Redacted | | | First Class Mail |
| Davis Allproducts | 913 Gilmore Ave | Nashville, TN 37204 | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Davis Transportation | 2020 Lawrence St | G52 | Biloxi, MS 39531 | First Class Mail |
| Dean Fontaine | Address Redacted | | | First Class Mail |
| Deborah Daycare | 163 N Oraton Parkway | E Orange, NJ 07017 | | First Class Mail |
| Deez Diesel | 16114 Bunker Ridge Rd | Houston, TX 77053 | | First Class Mail |
| Dependable Fleet Wash LLC | 1917 W Lafayette Ave | Baltimore, MD 21217 | | First Class Mail |
| Destiny Hodges | Address Redacted | | | First Class Mail |
| Dixson Transportation LLC | 201 Elm | Wentworth, MO 64873 | | First Class Mail |
| Donnis Gavin | Address Redacted | | | First Class Mail |
| Dora Griffin | Address Redacted | | | First Class Mail |
| Eddie Lewis | Address Redacted | | | First Class Mail |
| Edwards & Wilson LLC | 8711 Business Circle | Converse, TX 78109 | | First Class Mail |
| Edwards Place LLC | 34 Windsor Lane | Palm Beach Gardens, FL 33418 | | First Class Mail |
| El Centro 123 | 943 E Main St | Oxnard, CA 93060 | | First Class Mail |
| Elian Grocery Corp | 2689 Pitkin Ave | Brooklyn, NY 11208 | | First Class Mail |
| Elif Eroglu | Address Redacted | | | First Class Mail |
| Elliott Chandler | Address Redacted | | | First Class Mail |
| Episcopal Church Of The Ascension | 4950 S. Apopka-Vineland Rd. | Orlando, FL 32819 | | First Class Mail |
| Erica Fiocco | Address Redacted | | | First Class Mail |
| Ernest Wolney | Address Redacted | | | First Class Mail |
| Ernst Simeus | Address Redacted | | | First Class Mail |
| Esters Interstate Movers | 229 Newsome Trail | Mcdonough, GA 30252 | | First Class Mail |
| Evans Construction | 402 West Kansas | Crofton, NE 68730 | | First Class Mail |
| Executive Transportation Service | 425 Division Ave | Pittsburgh, PA 15202 | | First Class Mail |
| Exotic Snakes LLC | 6050 Burma Road | Gosport, IN 47433 | | First Class Mail |
| F Corporate Holdings, Inc. | One Westbrook Corporate Center | Suite 300 | Westchester, IL 60154 | First Class Mail |
| Faith 1 LLC | 11219 Englewood Court | Fredericksburg, VA 22407 | | First Class Mail |
| Famous Bentley LLC | 708 N Greece Rd | Rochester, NY 14626 | | First Class Mail |
| Farm Master Of Seeds | 11328 Abercairn Ct | Zionsville, IN 46077 | | First Class Mail |
| Fernando Severino | Address Redacted | | | First Class Mail |
| Fidelity Investment & Development | 1016 W Jackson Blvd | Chicago, IL 60607 | | First Class Mail |
| Firestone, LLC | 5245 North 4000 West | Rexburg, ID 83440 | | First Class Mail |
| Firewood Harvesting | 4602 109th St | Lubbock, TX 79424 | | First Class Mail |
| Floberdia Flavors | 8400 S East End Ave | 1St Floor | Chicago, IL 60617 | First Class Mail |
| Floor Covering | 7743 Sw 99 St | Miami, FL 33156 | | First Class Mail |
| Floor Experts LLC | 17350 State Hwy 249, Ste 220 323 | Houston, TX 77064 | | First Class Mail |
| Food Emporium | 1100 Teller Ave | 3F | Bronx, NY 10456 | First Class Mail |
| Food From Victoria | 5 Lily Way | Mesquite, NM 88048 | | First Class Mail |
| Footman Hospitality 15Ww LLC | 15 West Washington St | Chicago, IL 60602 | | First Class Mail |
| Fort Knocks LLC | 830 S East Mountain Circle | Alpine, UT 84004 | | First Class Mail |
| Fourt Systems | 1 Chelsea Ave | Unit 511 | Long Branch, NJ 07740 | First Class Mail |
| Franjessica Chastang | Address Redacted | | | First Class Mail |
| Front Range Invests | 3150 19th Ave Ct | Greeley, CO 80631 | | First Class Mail |
| Fu W Wong (Aaron) | Address Redacted | | | First Class Mail |
| Furia Multiservices LLC | 102 E Front St | Plainfield, NJ 07060 | | First Class Mail |
| Furst Son Communications | 1467 Brandywine Rd | Crown Point, IN 46307 | | First Class Mail |
| G&J Behavior Serivvces, Inc | 5077 Nw 7th St | | 1111 Miami, FL 33126 | First Class Mail |
| Galardy Services | 541 E 24th St | Hialeah, FL 33013 | | First Class Mail |
| Garden Care | 5348 Jerome Rd | Atlanta, GA 30349 | | First Class Mail |
| Garrick Delzell | Address Redacted | | | First Class Mail |
| Gary Greene LLC | 505 Lake Drive | Debary, FL 32713 | | First Class Mail |
| Gegee'S Playhouse | 8738 Lisa Lane | Randallstown, MD 21133 | | First Class Mail |
| Georgia Fire Protection Consultants, LLC | 618 Hemlock Court | Villa Rica, GA 03080 | | First Class Mail |
| Getaway Adventures, Inc. | 61 Front St | Healdsburg, CA 95448 | | First Class Mail |
| Glam N Glitz Fashion Boutique LLC, | 1175 E Lexington Ave | High Point, NC 27262 | | First Class Mail |
| Glazing Maurice Matias | Address Redacted | | | First Class Mail |
| Glenda Rawlinson | Address Redacted | | | First Class Mail |
| Glendon Reid | Address Redacted | | | First Class Mail |
| Gloria Daniels | Address Redacted | | | First Class Mail |
| Golden Nails | 1040 Memorial Drive | Pulaski, VA 24301 | | First Class Mail |
| Gonzalez Pet Care Services | 912 Parkway Ct | Greenacres, FL 33413 | | First Class Mail |
| Green Food Hydroponic | 9450 E 180 S | Zionsville, IN 46077 | | First Class Mail |
| Grill Goveia | Address Redacted | | | First Class Mail |
| Gross Pythons | 14002 S Crest View Rd | Oologah, OK 74053 | | First Class Mail |
| Ground Up Company Electrical & Construction LLC | 250 Porter St | Watertown, CT 06795 | | First Class Mail |
| Hammond Fruits LLC | 514 W Dennis Ct | Tempe, AZ 85283 | | First Class Mail |
| Hanna Health, Pc | 1712 Darien Club Drive | Darien, IL 60561 | | First Class Mail |
| Hb Investment Capital, Inc | 3335 Artesia Blvd | Torrance, CA 90504 | | First Class Mail |
| Helen Steele | Address Redacted | | | First Class Mail |
| Hoang Anh Dang | Address Redacted | | | First Class Mail |
| Hoang Nguyen | Address Redacted | | | First Class Mail |
| Hobbit Hut LLC | 5153 E Simpson Dr | Vincennes, IN 47591 | | First Class Mail |
| Hodapp Mobile Food | 4915 Clover Pine Dr | Greenville, IN 47124 | | First Class Mail |
| Hollywood Nails Naples LLC | 2071 Pine Ridge Rd | Naples, FL 34109 | | First Class Mail |
| Home Wizard | 1012 East Gorham | Madison, WI 53703 | | First Class Mail |
| Homecoming LLC | 867 Garrison Ridge Blvd | Knoxville, TN 37922 | | First Class Mail |
| Hope L Rice | Address Redacted | | | First Class Mail |
| Horn Enterprise | 4708 Rosser Loop Drive | Bessemer, AL 35022 | | First Class Mail |
| House Transformers LLC | 51 Hudson Way | Ponte Vedra, FL 32081 | | First Class Mail |
| Huckleberry1 | 131 Franklin Plaza | Franklin, NC 28734 | | First Class Mail |
| Huey'S Works Corporation | 1206 North W Streeet | Pensacola, FL 32505 | | First Class Mail |
| Idaho'S Best Insurance, Inc | 8150 W Emerald, Ste 190 | Boise, ID 83704 | | First Class Mail |
| Ideals-Direct | 2516 33Rd St 2B | Astoria, NY 11102 | | First Class Mail |
| Infinity Management Group LLC | 1902 Windsor Rd | Loves Park, IL 61111 | | First Class Mail |
| Integrity Well Solutions | 8123 W I-25 Frontage Road | Frederick, CO 80516 | | First Class Mail |
| J A C Communications & Trading Inc | 2801 Sw 58Tth Mnr | Ft Lauderdale, FL 33312 | | First Class Mail |
| Jac Activity, Inc | 3921 W Gladys | Chicago, IL 60624 | | First Class Mail |
| Jack Jones Literary Arts | 804 Lucile Ave | Los Angeles, CA 90026 | | First Class Mail |
| Jaime Quintero Thrivent Financial | 7030 Friends Ave | Whittier, CA 90602 | | First Class Mail |
| Jared Quentin Ea Inc | 929 Colorado | Santa Monica, CA 90401 | | First Class Mail |
| Jarvis Wilson | Address Redacted | | | First Class Mail |
| Jason Jefferson | Address Redacted | | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Jatoria Banner | Address Redacted | | | First Class Mail |
| Jb Construction & Remodeling Inc | 21271 Hazelwood Ln | Boca Raton, FL 33428 | | First Class Mail |
| Jean Mao Monperousse | Address Redacted | | | First Class Mail |
| Jeanette Winston | Address Redacted | | | First Class Mail |
| Jenin Hvac Inc | 14105 131st St | Lemont, IL 60439 | | First Class Mail |
| Jennifer Jackson | Address Redacted | | | First Class Mail |
| Jennifer Morris | Address Redacted | | | First Class Mail |
| Jenny Hoa Pham | Address Redacted | | | First Class Mail |
| Jeremy Beauchamp | Address Redacted | | | First Class Mail |
| John Griffin | Address Redacted | | | First Class Mail |
| John K Mckissock, Md | Address Redacted | | | First Class Mail |
| Johnny Riggs | Address Redacted | | | First Class Mail |
| Jonas Deisme | Address Redacted | | | First Class Mail |
| Jordan Mojica | Address Redacted | | | First Class Mail |
| Jorky Larose | Address Redacted | | | First Class Mail |
| Jose Cardenas | Address Redacted | | | First Class Mail |
| Joshua Wilder | Address Redacted | | | First Class Mail |
| Joy M Spanie | Address Redacted | | | First Class Mail |
| Joyce Huntington | Address Redacted | | | First Class Mail |
| Joyia Strickleand | Address Redacted | | | First Class Mail |
| Juckie Productions | 13820 Victory Blvd | Van Nuys, CA 91401 | | First Class Mail |
| Julie Clean Team | 319 S Bond Ave | Dallas, TX 75211 | | First Class Mail |
| Just B.E. LLC | 539 Colorado Ave | Grand Junction, CO 81501 | | First Class Mail |
| Juventino Santizo | Address Redacted | | | First Class Mail |
| Kaibo Transport LLC | 8026 Mckenstry Dr | Laurel, MD 20723 | | First Class Mail |
| Karl Auguste | Address Redacted | | | First Class Mail |
| Kase Properties LLC | 11493 Lake Potomac Court | Potomac, MD 20854 | | First Class Mail |
| Kathrin Barnes | Address Redacted | | | First Class Mail |
| Katrica Morris | Address Redacted | | | First Class Mail |
| Kauai Snorkel | 4-484 Kuhio Hwy, Ste 402 | Kapaa, HI 96746 | | First Class Mail |
| Kaylah Bucsok | Address Redacted | | | First Class Mail |
| Keirra Hilbert | Address Redacted | | | First Class Mail |
| Kelly Kane | Address Redacted | | | First Class Mail |
| Kenyana Willis | Address Redacted | | | First Class Mail |
| Kerlie Mitiale | Address Redacted | | | First Class Mail |
| Kevin Bardwell | Address Redacted | | | First Class Mail |
| Kevin Wagner | Address Redacted | | | First Class Mail |
| Kimberly Newman | Address Redacted | | | First Class Mail |
| Kimberly Threatt | Address Redacted | | | First Class Mail |
| King Nuts LLC | 7019 Edgemere Terrace | Palm Beach Gardnes, FL 33410 | | First Class Mail |
| Kiwi Vintage & Green Home Market | 448 Ralph David Abernathy Blvd Sw | Atlanta, GA 30310 | | First Class Mail |
| Kmr Consultants, LLC | 3065 Highland Oaks Terrace | Tallahassee, FL 32301 | | First Class Mail |
| Kyle Banner Waldron | Address Redacted | | | First Class Mail |
| Lacey Hitchcock | Address Redacted | | | First Class Mail |
| Lamont Simmons | Address Redacted | | | First Class Mail |
| Lamson Nguyen | dba Lamson Bros Electric | 7852 Orangewood Ave | Stanton, CA 90680 | First Class Mail |
| Lanette Ortiz | Address Redacted | | | First Class Mail |
| Laras Mobile Mechanic | Address Redacted | | | First Class Mail |
| Larry Tacker LLC | 903 Callaway Dr West | Shorewood, IL 60404 | | First Class Mail |
| Larry Walker | Address Redacted | | | First Class Mail |
| Lartic Lenore | Address Redacted | | | First Class Mail |
| Latonya Duffey | Address Redacted | | | First Class Mail |
| Latonya Wimbush Milton | Address Redacted | | | First Class Mail |
| Laura Swine LLC | 9138 Tyler Blvd | Mentor, OH 44060 | | First Class Mail |
| Laurie Berry | Address Redacted | | | First Class Mail |
| Lets Be Vegan LLC | 173 Otis St | Cambridge, MA 02141 | | First Class Mail |
| Lettuce Field | Address Redacted | | | First Class Mail |
| Levester Butts | Address Redacted | | | First Class Mail |
| Lg Flooring Services | 5830 S Lake Houston Pkwy | T97 | Houston, TX 77049 | First Class Mail |
| Lin & Chen 99 Cent Depot | 1287 Louis Nine Blvd | Bronx, NY 10459 | | First Class Mail |
| Linh Nguyen | Address Redacted | | | First Class Mail |
| Litzvanna D Valladares Justo | Address Redacted | | | First Class Mail |
| Lmk Consulting, Inc. | 28164 W Meadow Lane Rd | Mchenry, IL 60051 | | First Class Mail |
| Loaiza Kiln | Address Redacted | | | First Class Mail |
| Lopez Spaces | 7015 Firebaugh St | Bakersfield, CA 93313 | | First Class Mail |
| Lopez Special Rice | 3918 Hunt Rd Unit 103 | Tampa, FL 33614 | | First Class Mail |
| Lorenzo Jones | Address Redacted | | | First Class Mail |
| Lovely Twins Wines & Liquors Inc | 3826 3rd Ave | Bronx, NY 10457 | | First Class Mail |
| Loving Touch | Address Redacted | | | First Class Mail |
| Lovio Trap | Address Redacted | | | First Class Mail |
| Lozoya Fitness Group LLC | 3246 East Plantation Dr | La Porte, TX 77571 | | First Class Mail |
| Luz E Gonzalez | Address Redacted | | | First Class Mail |
| Lynell Demarest | Address Redacted | | | First Class Mail |
| Mahmoud Karajeh | Address Redacted | | | First Class Mail |
| Maid New Cleaning Service | 104 Steeplechase Way | 104L | Largo, MD 20774 | First Class Mail |
| Malave Contracting & Service, Inc | 2033 Arch Drive | Falls Church, VA 22043 | | First Class Mail |
| Marcellus Hogan | Address Redacted | | | First Class Mail |
| Marcial Gurgura | Address Redacted | | | First Class Mail |
| Marie Vertil | Address Redacted | | | First Class Mail |
| Marisol Villegas | Address Redacted | | | First Class Mail |
| Mark Griffiths | Address Redacted | | | First Class Mail |
| Market Street Media | 117 30th Ave N | Nashville, TN 37203 | | First Class Mail |
| Martha E Hernandez | Address Redacted | | | First Class Mail |
| Mathew Davis | Address Redacted | | | First Class Mail |
| Mcneill Products | 2212 Canal Cove Rd | Lake Waccamaw, NC 28450 | | First Class Mail |
| Meghan Oconnor | Address Redacted | | | First Class Mail |
| Melissa H Clifford | Address Redacted | | | First Class Mail |
| Michael A Davis | Address Redacted | | | First Class Mail |
| Mihaljevic Companies LLC | 701 West Summit Place | Chandler, AZ 85225 | | First Class Mail |
| Milan Day Spa On Broughton | 10 East Broughton St | Savannah, GA 31401 | | First Class Mail |
| Misael Valdivia | Address Redacted | | | First Class Mail |
| Mizlyn J Lewis | Address Redacted | | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Modern Rainbow Nails Inc | 3993 Amboy Road | Staten Island, NY 10308 | | First Class Mail |
| Monda Smith | Address Redacted | | | First Class Mail |
| Moneytalks Tax Service | 7501 N Florida Ave | Tampa, FL 33604 | | First Class Mail |
| Mr. Donut & Kolaches | 8945 S. Fry Rd. | Suite J | Katy, TX 77494 | First Class Mail |
| Much Better Tools, Inc | 5144 Cedarbrook Lane | Hernando Beach, FL 34607 | | First Class Mail |
| Muhammad Khan | Address Redacted | | | First Class Mail |
| My Beauty Supply Inc. | 22918 Merrick Blvd. | Laurelton, NY 11413 | | First Class Mail |
| Myaguatech LLC | 550 Lake Hayes Rd | Oviedo, FL 32765 | | First Class Mail |
| Nash Trucking | 7312 Louise St | Shreveport, LA 71108 | | First Class Mail |
| Natasha Ceaser | Address Redacted | | | First Class Mail |
| Nathan Baltikas | Address Redacted | | | First Class Mail |
| Nazarene Of Help LLC | 5805 S.E.Gladstone Str. | Portland, OR 97206 | | First Class Mail |
| Nellie Anita Wosu | Address Redacted | | | First Class Mail |
| Neva Opet LLC | 3172 E Ponce De Leon Ave | Suite C | Scottdale, GA 30079 | First Class Mail |
| Nicholas Austin Shearer | Address Redacted | | | First Class Mail |
| Nicholson & Broad, Inc. | 505 E D St | Wilmington, CA 90744 | | First Class Mail |
| Noel A Martinez | Address Redacted | | | First Class Mail |
| Nora Gomez | Address Redacted | | | First Class Mail |
| Northeastern Woodwrights | 7 Harris St | Beverly, MA 01915 | | First Class Mail |
| O'Malleys Natural Products | 14352 Fallsmere Circle | Gainesville, VA 20155 | | First Class Mail |
| Oneal Chicken LLC | 730 Peach St | Chipley, FL 32428 | | First Class Mail |
| Oneil Stewart | Address Redacted | | | First Class Mail |
| Optin Kaba | Address Redacted | | | First Class Mail |
| Orlando Gaston | Address Redacted | | | First Class Mail |
| Outdoor Advertising Roberts | 1905 Twelve Corners Lane | Alma, AR 72921 | | First Class Mail |
| Pacho Express LLC | 402 Barcelona Dr | St Petersburg, FL 33716 | | First Class Mail |
| Pajm, LLC | 5129 Hemlock Ln | Tamiment, PA 18371-9439 | | First Class Mail |
| Pajm, LLC | Attn: Leslie Homier | 1275 Glenlivet Dr, Ste 100 | Allentown, PA 18106 | First Class Mail |
| Pamela Tappin | Address Redacted | | | First Class Mail |
| Paramount Brand Consignment | 4846 NUniversity Drive | Lauderhill, FL 33351 | | First Class Mail |
| Paul Chong | Address Redacted | | | First Class Mail |
| Peeks Chiropractic, P.C. | 401 N. Boone St. | Johnson City, TN 37604 | | First Class Mail |
| Peopleworks, LLC | 5734 Meyer Ave | New Market, MD 21774 | | First Class Mail |
| Phillip M Gordon | Address Redacted | | | First Class Mail |
| Phiz Technologies Inc | 65 High Ridge Rd | Stamford, CT 06905 | | First Class Mail |
| Phoenix Properties LLC | 626 Harleysville Pike | Lederach, PA 19450 | | First Class Mail |
| Pinnacle Solutions Na, LLC | 200 Spectrum Center Dr, Ste 300 | Irvine, CA 92618 | | First Class Mail |
| Pitch215 Design Studio | 83 Rolling Ridge Road | W Milford, NJ 07480 | | First Class Mail |
| Pizza Bonita LLC | 52 N Lakeshore Dr | Manahawkin, NJ 08050 | | First Class Mail |
| Plumbing Wright | 484 Finley Ave | Montgomery, AL 36104 | | First Class Mail |
| Powerhaus, LLC | 1550 Garnet Ave | San Diego, CA 92109 | | First Class Mail |
| Premium Fish Singh LLC | 8337 Bramble Tree Way | Citrus Hits, CA 95621 | | First Class Mail |
| Price Pea Farm | 5938 Trailwood Drive | Port Orange, FL 32127 | | First Class Mail |
| Price Us Accommodation | 178 Van Tassell Ave | Newark, OH 43055 | | First Class Mail |
| Print Center | 170 Starrs Mill Dr | Senoia, GA 30265 | | First Class Mail |
| Production Of Reed | 2752 Village Ct | Marrero, LA 70072 | | First Class Mail |
| Property Troupe | 8700 Front Beach Rd. | Unit 8108 | Panama City Beach, FL 32407 | First Class Mail |
| Psk Services, Inc. | 2950 Meadow Vista Rd. | Meadow Vista, CA 95722 | | First Class Mail |
| Pullom Pictures | 10408 Musketball Pl | Mckinney, TX 75072 | | First Class Mail |
| Quintanilla, Luis | Address Redacted | | | First Class Mail |
| Rabbit Production | 349 W Lomita Ave | Glendale, CA 91204 | | First Class Mail |
| Raheem Cooper | Address Redacted | | | First Class Mail |
| Ras Melons LLC | 2213 N Tripp | Chicago, IL 60639 | | First Class Mail |
| Rasinski Orchards LLC | 388 E. Yale Loop | Irvine, CA 92614 | | First Class Mail |
| Raveen Stallworth | Address Redacted | | | First Class Mail |
| Reed Studio | Rutland Ave | | 920 W Columbia, SC 29169 | First Class Mail |
| Relax Vine, LLC | 24523 Gosling Rd | G1 | Spring, TX 77389 | First Class Mail |
| Renell Hellon | Address Redacted | | | First Class Mail |
| Rgtv LLC | 1 Bridge St | | 215 Irvington, NY 10533 | First Class Mail |
| Rhino Performance Auto, LLC | 2773 Ne Andresen Rd | Vancouver, WA 98661 | | First Class Mail |
| Rhonda Harris | Address Redacted | | | First Class Mail |
| Rice Hadad | Address Redacted | | | First Class Mail |
| Rickie Mccray | Address Redacted | | | First Class Mail |
| Robert Jackson | Address Redacted | | | First Class Mail |
| Robert Santini | Address Redacted | | | First Class Mail |
| Rodgers Commercial Services | 1698 Bynwood Dr | Wilson, NC 27893 | | First Class Mail |
| Roger D Jackson | Address Redacted | | | First Class Mail |
| Roger Joseph | Address Redacted | | | First Class Mail |
| Rosa Santana | Address Redacted | | | First Class Mail |
| Rosemarie Sinclair | Address Redacted | | | First Class Mail |
| Rs Meadows Enterprises LLC | 255 E Broadway | Excelsior Springs, MO 64024 | | First Class Mail |
| Ruiyun Zhang | Address Redacted | | | First Class Mail |
| Rune C. Wingfield | Address Redacted | | | First Class Mail |
| Rxer Communications Corp | 3350 Sw 148th Ave | Suite 110 | Miramar, FL 33027 | First Class Mail |
| S&G Fitness | 8303 W 126th St | Suite B | Overland Park, KS 66213 | First Class Mail |
| S&M Heating & Cooling | 6516 Wildgrove Dr | Antioch, TN 37013 | | First Class Mail |
| Sable Unlimited, LLC | 5454 Financial Plz | Apt 5B | Shreveport, LA 71129 | First Class Mail |
| Samuel Home Of Peace | 4781 Sw Thistle Terrace | Palm City, FL 34990 | | First Class Mail |
| Samuel Obeng | Address Redacted | | | First Class Mail |
| Sarah Prior | Address Redacted | | | First Class Mail |
| Savin Hill Fitness, LLC | 110 Savin Hill Ave | Boston, MA 02125 | | First Class Mail |
| Scented Angel | 2 Gamache Rd | Derry, NH 03038 | | First Class Mail |
| Scorpion Services Inc. | 3255 Cahuenga Blvd. W | Suite 200 | Hollywood, CA 90068 | First Class Mail |
| Scott Colabella | Address Redacted | | | First Class Mail |
| Seasonal Festive Events LLC | 13702 Sw 83 Ave | Miami, FL 33158 | | First Class Mail |
| Seaweed Bleiman | Address Redacted | | | First Class Mail |
| Shadrea Jackson | Address Redacted | | | First Class Mail |
| Shaila Big Fresh Oranges | 606 Clay St | Mantorville, MN 55955 | | First Class Mail |
| Shamaya Sanders | Address Redacted | | | First Class Mail |
| Shanena Henderson | Address Redacted | | | First Class Mail |
| Shannon Busch | Address Redacted | | | First Class Mail |
| Sharp Kingdom | Address Redacted | | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Shawnnika Brister | Address Redacted | | | First Class Mail |
| Shelonne Bristow | Address Redacted | | | First Class Mail |
| Sherry Small | Address Redacted | | | First Class Mail |
| Solorzanos Nursery LLC | 538 Nw 7th Ave | Homestead, FL 33030 | | First Class Mail |
| Soma Therapeutic Massage | 2260 S Compton Ave | St Louis, MO 63104 | | First Class Mail |
| Soto Nut Production | 14768 Shadow Dr | Fontana, CA 92337 | | First Class Mail |
| Stacy Carmichael LLC | 9589 W Running Deer Trail | Peoria, AZ 85383 | | First Class Mail |
| Stangeland Coffee Shop | 510 Timber Terrace Rd | Houston, TX 77024 | | First Class Mail |
| Stavros Mitchelides | Address Redacted | | | First Class Mail |
| Stellar Emergency Medicine Services | 140 Calle Ventoso | Santa Fe, NM 87506 | | First Class Mail |
| Stevens Express Services LLC | 1929 Brahorn Lane | Ft Worth, TX 76131 | | First Class Mail |
| Stint01 Logistics, LLC | 167 Lakemont Dr | Lagrange, GA 30240 | | First Class Mail |
| Strategic Capital Investment Group | 5042 Wilshire Blvd, Ste 31413 | Los Angeles, CA 90036 | | First Class Mail |
| Superior Comfort Housing Solutions | 325 E Lockwood | Covington, LA 70433 | | First Class Mail |
| Sweet P Studio LLC | 4219 W Echo Ln | Phoenix, AZ 85051 | | First Class Mail |
| Sylvia Buggs | Address Redacted | | | First Class Mail |
| Synergy Advising Group, LLC | 9704 Green Apple Turn | Upper Marlboro, MD 20772 | | First Class Mail |
| Taggert Development | 2772 Elizabeth St | Avon, OH 44011 | | First Class Mail |
| Tameka Swann | Address Redacted | | | First Class Mail |
| Tamora Baker | Address Redacted | | | First Class Mail |
| Tanisha Watkins | Address Redacted | | | First Class Mail |
| Tatyana Mogilevsky | Address Redacted | | | First Class Mail |
| Tench Remodelers | 517 Rolling Brooke Way | Northfield, OH 44067 | | First Class Mail |
| Terrell Tailoring | 1858 Lakeview Rd | Cleveland, OH 44112 | | First Class Mail |
| Tevin Poe | Address Redacted | | | First Class Mail |
| The Best Potatoes Hogan | 5 Carolyn Ln | Southampton, NJ 08088 | | First Class Mail |
| The Dessert House LLC | 344 E Maple St | Winter Garden, FL 34787 | | First Class Mail |
| The Guerra Taste | 15547 Illora Dr | La Mirada, CA 90638 | | First Class Mail |
| The Largest Pumpkins LLC | 20 Twin Ridge Rd | New Milford, CT 06776 | | First Class Mail |
| The Scented Bean | 22926 Glenmoor Heights | Farmington Hills, MI 48336 | | First Class Mail |
| Thrasher Farming | 110 Woodhawk Lane | Stockbridge, GA 30281 | | First Class Mail |
| Tiana Freeman | Address Redacted | | | First Class Mail |
| Tobox, LLC | 25 S 19th St | Philadelphia, PA 19103 | | First Class Mail |
| Tolands Barbershop | 4661 Savannah Hwy | North, SC 29112 | | First Class Mail |
| Tuan S Huynh | Address Redacted | | | First Class Mail |
| Twana N Whitow | Address Redacted | | | First Class Mail |
| Tyrone Little | Address Redacted | | | First Class Mail |
| Universal Design & Development Group, Inc | 4090 121st North Terrace | W Palm Beach, FL 33411 | | First Class Mail |
| Unlimited Service Associates Inc. | 8508 Berkley Drive | Hudson, FL 34667 | | First Class Mail |
| Veronica Kimbrough | Address Redacted | | | First Class Mail |
| Veronique Whitson | Address Redacted | | | First Class Mail |
| Visbal Solutions LLC | 864 Sw 179 Ave | Pembroke Pines, FL 33029 | | First Class Mail |
| Vishnu Subramanian | Address Redacted | | | First Class Mail |
| Wagoner, Withers, Womack & Friedman | 1272 E 89th St | Cleveland, OH 44108 | | First Class Mail |
| Wags Happy Dogs | 900 E Six Forks Rd 106 | Raleigh, NC 27604 | | First Class Mail |
| Washing & Cleaning Brister Company | 247 Womack S | Pearl, MS 39208 | | First Class Mail |
| Wasserman Efficiency | 2 North Main | Monroeville, OH 44847 | | First Class Mail |
| Weckerly Drywall LLC | W6757 Rothenbuehler Rd | Monroe, WI 53566 | | First Class Mail |
| West Company | 516 Twin Knoll Dr | Mckinney, TX 75071 | | First Class Mail |
| White Express LLC | 269 Virginia Ave | Dayton, OH 45410 | | First Class Mail |
| Wilborn Pharmaceuticals | 5125 Barrington Trace Dr Sw | Atlanta, GA 30331 | | First Class Mail |
| Wingburgers, Inc. | 120 W Ramapo Road | Suite F | Garnerville, NY 10923 | First Class Mail |
| Your Ship Matters | 146 West Sundance Circle | Spring, TX 77382 | | First Class Mail |
| Zarha Enterprise LLC | 6720 Nw 22nd Ct | Margate, FL 33066 | | First Class Mail |
| Zenn Body Massage | 420 E 8th St Se | Rome, GA 30161 | | First Class Mail |