## Exhibit C

**Sullivan Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
                                                         :
In re                                                    :        Chapter 11
                                                         :
KABBAGE, INC. d/b/a KSERVICING, et al.,  :        Case No. 22-10951 (CTG)
                                                         :
                            Debtors.¹                    :        (Jointly Administered)
                                                         :
-------------------------------------------------------- x
```

**DECLARATION OF MARC SULLIVAN IN SUPPORT
OF MOTION OF DEBTORS TO EMPLOY AND RETAIN
PHOENIX EXECUTIVE SERVICES, LLC TO PROVIDE A CHIEF
FINANCIAL OFFICER TO THE DEBTORS, EFFECTIVE AS OF OCTOBER 24, 2022**

I, Marc Sullivan, under penalty of perjury, declare as follows:

1.      I am a Managing Director of Phoenix Executive Services, LLC
("**Phoenix**").  My business address is Phoenix's Atlanta office, located at 3340 Peachtree Road
NE, Tower Place 100, Suite 1800, Atlanta, GA 30326.

2.      I submit this declaration (this "**Declaration**") on behalf of Phoenix in
support of the *Motion of Debtors to Employ and Retain Phoenix Executive Services, LLC to Provide
a Chief Financial Officer and (II) Designating Marc Sullivan as Chief Financial Officer to the Debtors,
Effective as of October 24, 2022* (the "**Motion**")[2] on the terms and conditions set forth in the Motion and
the engagement letter dated November 11, 2022, entered into between the Debtors and Phoenix
and annexed to the Motion as **Exhibit B** (the "**Engagement Letter**").  Except as otherwise noted,
I have personal knowledge of the matters set forth herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A).  Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

## Scope of Services

3.      Since Phoenix's retention, I have worked closely with the Debtors, the Board, and other professionals in managing and tracking the Debtors' performance, monitoring and forecasting cash flow and liquidity, analyzing and evaluating the Debtors' operations, and evaluating the myriad of requirements of these Chapter 11 Cases.

4.      As discussed in the Motion, I will serve as the Debtors' Chief Financial Officer ("**CFO**").  As CFO, I will report exclusively to the CEO of the Company (the "**CEO**"). The CFO will have such duties as the CEO and the Board may from time to time determine, including, without limitation, such duties and responsibilities as are customary of an interim executive officer at a company of similar size and operations.  The Services to be provided, as discussed in detail in the Motion, are necessary to enable the Debtors to maximize the value of their estates and successfully complete their Chapter 11 Cases.

## Disinterestedness and Eligibility

5.      In connection with the preparation of this Declaration, Phoenix conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to Phoenix.  A list of the parties reviewed is reflected on **Attachment 1** to this Declaration (the "**Retention Checklist**"). Phoenix's review, completed under my supervision, consisted of a query of the Retention Checklist with an internal computer database containing names of individuals and entities that are present or recent former clients of Phoenix.  A summary of such relationships that Phoenix identified during this process is included on **Attachment 2** to this Declaration (the "**Disclosure List**").  Based on the results of its review, except as otherwise discussed herein, Phoenix does not have a relationship

RLF1 28245546V.1

with any of the parties on **Attachment 1**, other than the Debtors and their non-Debtor affiliates, in matters related to these proceedings.

6.      As part of its diverse practice, Phoenix appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in these Chapter 11 Cases.  In fact, Phoenix has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  In addition, Phoenix has in the past, may currently, and will likely in the future be working with or against other professionals involved in these Chapter 11 Cases in matters unrelated to the Debtors and these Chapter 11 Cases.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which Phoenix is to be employed, and none are in connection with these Chapter 11 Cases.

7.      Except as described in the Motion, Phoenix does not believe it is a "creditor" with respect to fees and expenses of any of the Debtors within the meaning of section 101(10) of the Bankruptcy Code.  Further, neither I nor Phoenix, to the best of my knowledge, is a holder of any outstanding debt instruments or equity interests in the Debtors.

8.      As such, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, other than as specified herein or in the Motion, Phoenix (a) is not a creditor, or equity security holder, of the Debtors, (b) has not been, within three (3) years before the Petition Date, (i) an investment banker for a security of the Debtors or (ii) an attorney for such an investment banker in connection with the offer, sale, or

issuance of a security of the Debtors, (c) was not, within two (2) years before the Petition Date, a director, officer, or employee of any investment banker as specified in part (b) of this paragraph, and (d) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders.

9.      It is Phoenix's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner.  If any new, material relevant facts or relationships are discovered or arise, I will promptly file a supplemental declaration.

### Professional Compensation and Expense Reimbursement

10.     Subject to Court approval of the Motion and in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), applicable U.S. Trustee guidelines, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Phoenix intends to seek payment from the Debtors for compensation in the form of a fixed monthly rate for my services as CFO in the amount of $72,500 per month, plus reimbursement of actual and necessary expenses incurred by Phoenix.

11.     Phoenix will seek reimbursement for reasonable and necessary expenses incurred in connection with these Chapter 11 Cases and for weekly or monthly fees for compensation of administrative and support time and expenses (*e.g.*, computer, email, administrative staff time, etc.).  Phoenix shall, in addition, be reimbursed by the Debtors for the reasonable fees and expenses of Phoenix's legal counsel incurred in connection with the negotiation and performance of the Engagement Letter and the matters completed thereby.

12.     To the best of my knowledge, (a) no commitments have been made or received by Phoenix with respect to compensation or payment in connection with these cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (b) Phoenix has no agreement with any other entity to share with such entity any compensation received by Phoenix in connection with these Chapter 11 Cases.

13.     By reason of the foregoing, I believe Phoenix is eligible for retention by the Debtors pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Dated:  November 16, 2022
        Atlanta, Georgia

/s/ *Marc Sullivan*
Marc Sullivan
Managing Director
Phoenix Executive Services, LLC

RLF1 28245546V.1

**Attachment 1**

**Retention Checklist**

1. **Debtors**

(1) Kabbage, Inc.
(2) Kabbage Asset Securitization LLC
(3) Kabbage Asset Funding 2017-A LLC
(4) Kabbage Asset Funding 2019-A LLC
(5) Kabbage Canada Holdings, LLC
(6) Kabbage Diameter, LLC

2. **Non-Debtor Affiliates and Subsidiaries (including any partnerships and JV partners)**

(1) Kabbage Financial Services Limited (UK entity)
(2) Kabbage India Private Limited (India entity)

3. **Debtors' Trade Names and Aliases (up to 8 years) (a/k/a, f/k/a, d/b/a)**

(1) d/b/a KServicing
(2) d/b/a KServicing Corp.
(3) d/b/a KServicing, Inc.

4. **Banks/Bank Accounts**

(1) Celtic Bank
(2) Primis Bank
(3) Synovus Bank (Synovus Financial Corp.)

5. **Banks – Servicing**

(1) Celtic Bank
(2) Cross River Bank
(3) Customers Bank
(4) HCG (a/k/a Home Capital Group Inc.)
(5) Stone Ridge

6. **Bankruptcy Judges and Staff for the District of Delaware**

(1) Al Lugano
(2) Cacia Batts
(3) Catherine Farrell
(4) Chief Judge Laurie Selber Silverstein
(5) Claire Brady
(6) Demitra Yeager
(7) Jill Walker
(8) Joan Ranieri

2

(9) Judge Ashely M. Chan
(10) Judge Brendan L. Shannon
(11) Judge Craig T. Goldblatt
(12) Judge John T. Dorsey
(13) Judge J. Kate Stickles
(14) Judge Karen B. Owens
(15) Judge Mary F. Walrath
(16) Laura Haney
(17) Laurie Capp
(18) Lora Johnson
(19) Marquietta Lopez
(20) Nickita Barksdale
(21) Paula Subda
(22) Rachel Bello
(23) Robert Cavello

7. **Benefit Providers (Workers Compensation/Pension Plans/Third Party Administrators)**

(1) Blue Cross Blue Shield of California
(2) Hawaii Medical Service Association (HMSA) - Blue Cross Blue Shield of Hawaii
(3) Insperity, Inc.
(4) Kaiser Permanente
(5) New York Life
(6) New York Life (f/k/a Cigna)
(7) Optum Bank
(8) UnitedHealthcare
(9) UnitedHealthcare Dental
(10) UnitedHealthcare of California
(11) VSP Choice

8. **Clerk of the Court**

(1) Una O'Boyle

9. **Committees and Committee Members**

[Unknown at this time]

10. **Non-Debtors Professionals (law firms, accountants, and other professionals)**

(1) Cleary Gottlieb Steen & Hamilton LLP
(2) Holland & Knight LLP
(3) Quinn Emmanuel Urquhart & Sullivan LLP
(4) [UCC Legal]
(5) [UCC Financial]

**11. <u>Contract Counterparties (includes patents and intellectual property)</u>**

(1) Abel Commercial Funding
(2) Airbnb, Inc.
(3) American Nation Bank
(4) Alexandra Schieren
(5) A-Lign Assurance
(6) A-Lign Compliance and Security, Inc.
(7) Altabank
(8) American Express Travel Related Services Company, Inc.
(9) Andy Mei
(10) Anthony Gallucci
(11) Apisero, Inc.
(12) Aprio, LLP
(13) Automation Anywhere, Inc.
(14) Azlo Business, Inc.
(15) Bank of Bird in Hand
(16) Become Technological Solutions, Inc.
(17) Better Impression Ltd.
(18) Bhayva Brundavanam
(19) Big Think Capital
(20) Biz2credit
(21) BlackLine Systems, Inc.
(22) Bonduel State Bank
(23) Bradley Wells
(24) Carter Bank & Trust
(25) Catherine Pargeter
(26) Celtic Bank Corporation
(27) CentSai
(28) Cobbs Allen Capital, LLC d/b/a CAC Specialty
(29) CommerceOne Bank
(30) Community Financial Services Bank
(31) Community National Bank
(32) CoreCard Software, Inc.
(33) Credit Suisse
(34) Crestmont Capital, LLC
(35) Cross River Bank
(36) CSC
(37) Cullum Financial LLC d/b/a Walloot
(38) Customer Bank
(39) David Rodin
(40) David Snitkof
(41) David Stein d/b/a Law Office of David Stein d/b/a David Stein Law Group
(42) Daysmart
(43) Debt Settlement Info Bank

4

(44) Docusign
(45) Dorado Real Estate, Inc d/b/a Host Financial
(46) Dynamic Recovery Solutions, LLC
(47) Endurance International Group, Inc.
(48) East West Bank
(49) Emprise Bank
(50) Erik Goshin
(51) Evangelical Christian Credit Union (ECCU)
(52) Ernst & Young LLP
(53) Farm Credit East, ACA
(54) Farm Credit West, ACA
(55) Federal Reserve
(56) First Florida Credit Union
(57) First National Bank of Syracuse
(58) five9 Inc.
(59) FNBC Bank and Trust
(60) Forensic Risk Alliance Inc.
(61) Fortis Advisors, LLC
(62) Fortis Private Bank
(63) Frank Sauer
(64) Fraz Khalil
(65) GoDaddy.com, LLC
(66) Guggenheim Securities, LLC
(67) Guideline
(68) Guillaume Poirier
(69) Hi Tech Capital
(70) Hyperion Bank
(71) Innovative Funding Solutions, Inc.
(72) Investar Bank, National Association
(73) Investment 360
(74) InscribeAI, Inc.
(75) Insperity
(76) Invariant LLC
(77) iAdvance Now Inc.
(78) James Candalino
(79) James Frohnhofer
(80) Jason Dolinger
(81) Jason Hwa
(82) Jonathan Kelfer
(83) Jones Day
(84) Karrot
(85) KLDiscovery Ontrack, LLC
(86) Kroll Associates, Inc.
(87) Legacy Bank Colorado
(88) Lendio, Inc.
(89) Level Up Funding LLC

5

(90) LexisNexis Risk Solutions FL Inc.
(91) Lexolution, LLC
(92) Liam Von Thien
(93) LIG International LLC
(94) Lincoln and Morgan, LLC
(95) Llano National Bank
(96) Macquarie
(97) Major, Lindsey & Africa
(98) Marqeta, Inc
(99) MasterCard International Incorporated
(100) Matt Burton
(101) Mechanics Bank
(102) Merchant and Manufacturers Bank
(103) Mission Capital d/b/a SBG Funding
(104) Moore Colson & Company, P.C.
(105) MorganFranklin Consulting, LLC
(106) Mountainseed Real Estate Services, LLC
(107) National Check Resolution, Inc.
(108) Natural Intelligence Ltd.
(109) Nicholas DelZingaro
(110) Northern California National Bank
(111) Northwest Farm Credit Services, FLCA
(112) Okta, Inc.
(113) OnCourse Learning d/b/a BankersEdge
(114) Option 1 Partners, LLC
(115) Orchard App, Inc.
(116) P.A.R. Consulting d/b/a US Business Funding
(117) People Bank
(118) PharmaCentra LLC
(119) Prospera Credit Union
(120) Providence Bank
(121) Quick Funding Solutions LLC
(122) Radius Intelligence, Inc.
(123) Redwood Growth Capital, LLC
(124) Red River Bank
(125) ReliaQuest Holdings, LLC
(126) Resource Bank
(127) Salesforce
(128) Sam Zakalik
(129) Sound Point Capital Management, LP
(130) South State Bank
(131) Stericycle Inc.
(132) Strategic Capital
(133) Synovus
(134) The Law Office of Hayes & Welsh
(135) The National Directory of Registered Tax Return Preparers & Professionals Ltd

6

(136) The Poplar Grove State Bank
(137) The Provident Bank
(138) TransUnion Risk and Alternative Data Solutions, Inc. (TRADS)
(139) Trevelino/Keller and Groovy Studios
(140) TrustArc Inc.
(141) United Capital Source Inc
(142) United Resources Enterprise Corp. d/b/a Brickell Capital Finance
(143) Upwise Capital, LLC
(144) URS Technologies Solutions LLC
(145) Vaco LLC
(146) Venture Lending & Leasing VII, Inc.
(147) Venture Lending & Leasing VIII, Inc.
(148) Visa U.S.A. Inc.
(149) Vital Outsourcing Services, Inc.
(150) Walker Morris
(151) WeTravel, Inc.
(152) Wheaten Financial, Inc.
(153) Xact Data Discovery
(154) Yuhui Yang
(155) Zendesk
(156) Zip Capital Group, LLC
(157) ZMC & Associates LLC

## 12. **Current Officers and Directors (include senior management)**

*Current Officers*

(1) Salim Kafiti
(2) Ian Cox
(3) Holly Loiseau
(4) David Walker
(5) Laquisha Milner
(6) Donna Evans

*Current Directors*

(1) Laquisha Milner
(2) Robin Gregg
(3) Eric Hartz (dba CorporateHartz, LLC)
(4) John Hebert
(5) Lawrence X. Taylor

*Current Independent Manager*

(1) John Hebert

7

**13. <u>Affiliations of Current Officers and Directors</u>**

(1) American Chemistry Council
(2) Corporation Service Company (CSC)
(3) Solomon's Temple
(4) Vector Solutions
(5) M2 Business Group, LLC
(6) Point Predictive
(7) DRUM Technologies
(8) Roadsync
(9) Lending Science
(10) PadSplit
(11) Emory Goizueta Business School
(12) Nexus Circular
(13) 1847 Holdings
(14) Item 9 Labs
(15) Barrie House Coffee Roasters
(16) CLP Holdings III, LLC
(17) Taylor Strategy Group
(18) National Association of Corporate Directors
(19) Arizona State University
(20) Major Lindsey & Africa
(21) Automatic Data Processing, Inc. (ADP)
(22) Clairvoyant Ventures, LLC
(23) Kafiti Real Estate Group, Inc.
(24) Electrolux AB
(25) Libra Risk Management
(26) Creative Essentials, LLC
(27) National Bar Association Executive Committee, Commercial Law Section
(28) Moore Colson
(29) Magnolia Trust Company

**14. <u>Debtors Professionals (law firms, accountants and other professionals)</u>**

(1) AlixPartners, LLP
(2) Forensic Risk Alliance Inc.
(3) Greenberg Traurig, LLP
(4) Jones Day
(5) KPMG
(6) McGuireWoods LLP
(7) Omni Agent Solutions
(8) Richard Layton & Finger
(9) Weil, Gotshal & Manges LLP

**15. Former Officers and Directors (include senior management if readily available) (3 years)**

(1) Daniel Scott Eidson
(2) Jon Hoffman
(3) Julia McCullough
(4) Kathryn Petralia
(5) Kimberly Withrow
(6) L. Scott Askins
(7) Marc Gorlin
(8) Oneal Bhambani
(9) Robert Frohwein
(10) Spencer Robinson
(11) Troy Deus

**16. Affiliation of Former Officers and Directors (as of last day with company)**

(1) Corporation Service Company (CSC)
(2) DRUM Technologies, Inc.
(3) Tricolor Auto Group, LLC
(4) PadSplit
(5) Kimberly F. Withrow Law
(6) eCapital Corp.
(7) Bibby Financial Services
(8) American Express
(9) Roadie
(10) Flutterwave
(11) Keep Financial Technologies, Inc.

**17. Insurance/Insurance Provider**

(1) AIG Specialty Insurance Company
(2) Atlantic Specialty Insurance Company
(3) Berkshire Hathaway Specialty Insurance Company
(4) Cobbs Allen Capital, LLC d/b/a CAC Specialty
(5) Endurance American Insurance Company c/o Sompro Pro
(6) Everest National Insurance Company
(7) Marsh USA Inc.
(8) National Union Fire Insurance Company of Pittsburgh, Pa.
(9) QBE Insurance Corporation
(10) XL Specialty Insurance Company

**18. Landlords and Parties to Leases**

(1) 730 Midtown SVP, LLC (Lincoln Property Company)

9

**19. <u>Lenders, Noteholders, Administrative Agents and Indenture Trustees</u>**

(1) Credit Suisse
(2) Guggenheim
(3) Macquarie
(4) U.S. Bank

**20. <u>List of Secured Creditors</u>**

(1) Reserve Bank of San Francisco

[The Company only has one secured creditor]

**21. <u>30 Top Unsecured Creditors</u>**

(1) Cross River Bank
(2) Customers Bank
(3) Federal Reserve Bank of San Francisco
(4) U.S. Department of Justice – Civil Division, Commercial Litigation
(5) Federal Trade Commission
(6) Small Business Bureau
(7) American Express Kabbage Inc.
(8) Biz2X LLC
(9) Vital Outsourcing Services Inc.
(10) Vaco LLC
(11) Transunion Risk and Alternative Data Solutions
(12) URS Technologies Solutions LLC
(13) MorganFranklin Consulting, LLC
(14) KLDiscovery Ontrack, LLC
(15) Amazon Webservices
(16) Google LLC
(17) Moore Colson
(18) Major, Lindsey & Africa / Allegis Group Holdings Inc.
(19) RSM US LLP
(20) Goodwin Proctor LLP
(21) Libra Risk Management
(22) Slack Technologies, LLC
(23) Option 1 Partners LLC
(24) Thomas E. Austin Jr., LLC
(25) Box
(26) TKCG, Inc.
(27) Corporation Service Company
(28) Microsoft
(29) Lanier Parking Solutions I, LLC
(30) Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan¸ 365 Sun LLC and Candice Worthy, individually and as putative plaintiffs on behalf of the proposed class

10

**22. <u>Litigation Counterparties/Litigation Pending Lawsuits – includes threatened litigation</u>**

(1) 365 Sun LLC
(2) Alison F. Kanne
(3) Bosco Seungchul Baek
(4) Calvin L. Erby, II
(5) Candice Worthy
(6) Carlton Morgan
(7) Celtic Bank Corporation d/b/a Celtic Bank
(8) Christina R. King
(9) Cole Ratias
(10) Customers Bank
(11) Douglas Biviano
(12) Edward Ford Services, LLC
(13) Eric L. Lifschitz
(14) Eva Merian Spahn
(15) First Home Bank
(16) Florida Veterinary Behavior Service
(17) George Pullen
(18) Greenberg Traurig
(19) Henry Anesthesia Associates, LLC
(20) Holland & Knight, LLP
(21) Jason Russell Carr
(22) Jennifer Pullen
(23) Jeremy Sternberg
(24) John P. Mertens
(25) Joshua Borger
(26) JP Morgan Chase Bank, N.A.
(27) Justin E. Proper
(28) Keith W. Berglund
(29) LaDonna Wiggins
(30) Latoya Clark
(31) Lauren B. Veggian
(32) Law Office of James A. Flanagan
(33) Law Offices of Eric L. Lifschitz
(34) Leslie K. Rinaldi
(35) Lexington National Insurance Corporation
(36) Love Watch Hill & Sailors Haven, Inc.
(37) Luxx Lashes by Lay, LLC
(38) Marco Bell
(39) MaryBeth V. Gibson
(40) Melissa Davis Lowe
(41) Ogier, Rothschild & Rosenfeld P.C.
(42) Pia Hoyt Law Firm
(43) Power Bail Bonds

11

(44) Rice Pugatch Robinson Storfer & Cohen PLLC,
(45) Richard A. Marshack
(46) Richard Storfer
(47) Shulman Bastian Friedman & Bui LLP
(48) SM Novelties
(49) Smooth & EZ Merchant Funding
(50) Squeeze-It Corp.
(51) Strategic Elements, LLC
(52) Tamara Miles Ogier, Chapter 11 Subchapter V Trustee
(53) Tastetunup, LLC
(54) The Berglund Group
(55) The Cardoza Law Corporation
(56) The Finley Firm, P.C
(57) Vicki LeMaster
(58) Wandro & Associates, P.C.
(59) White & Williams, LLP

### 23. <u>Litigation - Governmental Investigations Agencies</u>

(1) U.S. Federal Trade Commission
(2) U.S. Department of Justice – Massachusetts
(3) U.S. Department of Justice – Eastern District of Texas
(4) The Small Business Administration (SBA)
(5) The United States House Representatives Select Subcommittee on the Coronavirus Crisis

### 24. <u>Other Parties in Interest (Notice of Appearance Parties, Ombudsman, any other person or group appointed)</u>

[Unknown at this time]

### 25. <u>Other Professionals</u>

(1) Akin Gump Strauss Hauer & Feld LLP
(2) Bailey Duquette
(3) Dentons US LLP
(4) Davis Polk & Wardwell LLP
(5) Goodwin Procter LLP
(6) Green & Sklartz
(7) Hayes & Welsh
(8) Mandelbaum Salsburg, P.C.
(9) RSM US LLP
(10) Sidley Austin LLP
(11) Thomas E. Austin
(12) Windham Brannon

RLF1 28245546V.1

26. **Regulatory and Government (Federal, State, and Local)**

(1) Delaware Attorney General – Kathy Jennings
(2) Federal Deposit Insurance Corporation
(3) Federal Reserve
(4) Federal Trade Commission
(5) Internal Revenue Service
(6) Office of Foreign Assets Control
(7) Small Business Administration
(8) U.S. Securities and Exchange Commission
(9) United States Attorney for the District of Delaware – David C. Weiss
(10) United States Department of Justice

27. **Significant Customers**

(1) Celtic Bank
(2) Cross River Bank
(3) Customers Bank
(4) HCG (a/k/a Home Capital Group Inc.)
(5) Stone Ridge
(6) FleetCor Technologies, Inc.
(7) Relief Without Borders LLC
(8) SJ Medical PLLC
(9) Go Africa Flobal LLC
(10) Cuisine 365 Mobile Inc
(11) New Legend, Inc
(12) Jlite Motors
(13) Boom Rewards LLC
(14) David Horvath PA
(15) Wiggins & Graham Enterprise LLC
(16) Pink Lady Line
(17) R and L Arcade INC
(18) Potomac Valley Operator LLC
(19) Source Allies, Inc.
(20) European Service at Home Inc
(21) Tigris, LLC
(22) AREPII SA Hotel LLC
(23) Aspen River Candle Company
(24) Big Shot LLC
(25) Wesley Aron Mock LLC
(26) Club One Casino, Inc
(27) Brian Bui Inc
(28) repairo llc
(29) California Freight Solutions Corp
(30) Torque Power Equipment Repairs
(31) PG Medical Lab

13

(32) Energy Efficient Construction Solutions
(33) Trusted Communications LLC
(34) Horizon 5 Lakes LLC
(35) Wingfield Leigh Industries, Inc
(36) Allegro School, Inc.
(37) Dog Training With Mario Holland LLC
(38) A One Roof Management and Construction, INC.
(39) Koger Industrial Staffing, LLC
(40) Provident Investment Realty, LLC
(41) Flair Group Inc
(42) Rex Therapeutics LLC
(43) IMR Contracting Corp
(44) Gods Anointed Youth Ministry
(45) Showtime on the Piers, LLC.
(46) Summit Truck Line
(47) K Weaver Properties LLC
(48) Ences Services Inc
(49) Federal Credit Union
(50) Heart Living Centers of Colorado, LLC
(51) Agee Construction Corporation
(52) 1 Ponce de Leon LLC
(53) Bustro Inc
(54) Francis Joseph Capital Inc
(55) DataSync Inc
(56) SMELifestyle, inc
(57) Crown Management Services, LLC
(58) SUITE Media Productions & Management LLC
(59) Gourmet Nut Inc
(60) Propel Opportunity Fund Inc.
(61) Keystrokes Transcription Service Inc
(62) E. Mishan & Sons
(63) Russell Road Food and Beverage LLC

## 28. **Significant Shareholders (more than 5% of equity)**

(1) Softbank Vision Fund (AIV M2) L.P.
(2) Blue Run Ventures IV, L.P.
(3) Thomvest Ventures Ltd.
(4) MDV Ix, L.P. c/o Mohr Davidow Ventures
(5) SoftBank PriceVille Investments, L.P.

## 29. **Taxing Authorities (Federal, State, and Local; trust fund, use property, franchise, sales)**

(1) Alabama Department of Revenue
(2) California Franchise Tax Board

14

(3) Georgia Department of Revenue
(4) Internal Revenue Service
(5) North Carolina Department of Revenue
(6) New York State Department of Finance
(7) New York City Department of Finance
(8) Pennsylvania Department of Revenue

**30. UCC Search Results/UCC Lien Search Results**

(1) CHTD Company
(2) CIT
(3) CIT Bank, N.A.
(4) Cross River Bank
(5) CSC
(6) Direct Capital Corporation
(7) Federal Reserve Bank of San Francisco
(8) Financial Agent Services
(9) Fulton County, Georgia Tax Commissioner
(10) Secured Lender Solutions, LLC
(11) U.S. Bank
(12) Wilmington Savings Fund Society, FSB

**31. Unions**

N/A

**32. United States Attorney's Office for the District of Delaware**

(1) David C. Weiss

**33. United States Trustee and Staff for the District of Delaware**

(1) Andrew R. Vara
(2) Joseph McMahon
(3) David Buchbinder
(4) Linda Casey
(5) Joseph Cudia
(6) Timothy J. Fox, Jr.
(7) Benjamin Hackman
(8) Jane Leamy
(9) Hannah M. McCollum
(10) Linda Richenderfer
(11) Juliet Sarkessian
(12) Richard Schepacarter
(13) Rosa Sierra-Fox
(14) Lauren Attix

15

(15) Shakima L. Dortch
(16) Christine Green
(17) Ramona Harris
(18) Angelique Okita
(19) Edith A. Serrano
(20) Dion Wynn
(21) Denis Cooke
(22) Holly Dice
(23) Nyanquoi Jones
(24) James R. O'Malley
(25) Michael Panacio
(26) Diane Giordano

**34. <u>Utility Providers/Utility Brokers</u>**

(1) Cogent Communications, Inc.
(2) Five9 Inc.

**35. <u>Vendors/Suppliers (includes critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider, etc.)</u>**

(1) A-Lign
(2) Allegis Group Holdings Inc
(3) American Express Kabbage Inc.
(4) Biz2X LLC
(5) BlackLine Systems, Inc.
(6) Box
(7) DataBricks
(8) Five9
(9) Fusion Cloud Services LLC
(10) Google Duo
(11) Google Workspace
(12) HP Holdings, Inc. (dba Invariant LLC)
(13) InscribeAI, Inc.
(14) KLDiscovery Ontrack, LLC
(15) Kroll Associates, Inc.
(16) Lexolution
(17) Libra Risk Management
(18) MLA
(19) Moore Colson
(20) MorganFranklin Consulting, LLC
(21) Option 1 Partners LLC
(22) ReliaQuest Holdings, LLC
(23) Salesforce.com
(24) Sage Intacct, Inc.
(25) Slack

16

(26) TLO
(27) Transunion Risk and Alternative Data Solutions
(28) URS Technologies Solutions LLC
(29) Vaco LLC
(30) Vital Outsourcing Services Inc.
(31) Willis Towers Watson US LLC
(32) Zendesk

**Attachment 2**

**Disclosure List**