**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                            :

In re                        :        **Chapter 11**
                            :

**KABBAGE, INC. d/b/a KSERVICING,** *et al.,*  :       **Case No. 22-10951 (CTG)**
                            :
                            :

          Debtors.[1]       :        **(Jointly Administered)**
                            :
                            :        **Re: Docket No. 12, 78 & 195**
---------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING THIRD INTERIM ORDER**
**(I) AUTHORIZING (A) DEBTORS TO CONTINUE USING EXISTING CASH**
**MANAGEMENT SYSTEM, BANK ACCOUNTS, AND BUSINESS FORMS,**
**(B) IMPLEMENT CHANGES TO CASH MANAGEMENT IN THE**
**ORDINARY COURSE OF BUSINESS; AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.      On October 3, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management in the Ordinary Course of Business; and (II) Granting Related Relief* [Docket No. 12] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A).   Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.   The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

2.      On October 6, 2022, the Court entered the *Interim Order (I) Authorizing (A) Debtors to Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management in the Ordinary Course of Business; and (II) Granting Related Relief* [Docket No. 78] (the "**Interim Order**").

3.      Pursuant to the Interim Order and *Notice of (A) Entry of Interim Order (I) Authorizing (A) Debtors to Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management in the Ordinary Course of Business; and (II) Granting Related Relief; and (B) Final Hearing Thereon* [Docket No. 84], objections or responses to the final relief requested in the Motion, if any, were required to be made in writing and filed with the Court on or before October 31, 2022, at 4:00 p.m. (Prevailing Eastern Time) (the "**Objection Deadline**") (as such deadline may be extended by the Debtors), and a hearing to consider the Motion on a final basis was scheduled for November 7, 2022, at 1:00 p.m. (Prevailing Eastern Time) (the "**Hearing**").

4.      Prior to the Objection Deadline, the Debtors received certain informal comments to the final relief requested in the Motion from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

5.      On November 2, 2022, the Court entered the *Second Interim Order (I) Authorizing (A) Debtors to Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management in the Ordinary Course of Business; and (II) Granting Related Relief* [Docket No. 195] (the "**Second Interim Order**"), and pursuant to the Second Interim Order, the Hearing was adjourned to November 21, 2022, at 1:00 p.m. (Prevailing Eastern Time).

6.      Upon further agreement between the Debtors and the U.S. Trustee (collectively, the "**Parties**"), the Parties have agreed to further adjourn the Hearing to **January 19, 2023 at 10:00 a.m. (Prevailing Eastern Time)**.

7.      Accordingly, the Debtors hereby submit a proposed form of order granting the relief requested in the Motion on a further interim basis, attached hereto as **<u>Exhibit 1</u>** (the "**Third Interim Order**").   The Third Interim Order has been circulated to the U.S. Trustee and the Federal Reserve Bank of San Francisco, and the aforementioned parties do not object to the entry of the Third Interim Order.   For the convenience of the Court and all parties in interest, a redline comparison of the Third Interim Order marked against the Second Interim Order is attached hereto as **<u>Exhibit 2</u>**.

*[Remainder of page intentionally left blank]*

RLF1 28240209v.1

WHEREFORE the Debtors respectfully request that the Third Interim Order be entered at the earliest convenience of the Court.

Dated: November 18, 2022
         Wilmington, Delaware

*/s/ Matthew P. Milana*

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:     ray.schrock@weil.com
        candace.arthur@weil.com
        natasha.hwangpo@weil.com
        chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*