IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 17, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Notice of Agenda for Hearing Scheduled for November 21, 2022 at 1:00 p.m. (Prevailing Eastern Time), Before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware [Docket No. 259]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of this filing was served on the following parties attached hereto as **Exhibit B** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: November 18, 2022

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this ___ day of November, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Amazon Webservices | c/o K&L Gates<br>Attn: Brian Peterson<br>925 Fourth Ave, Ste 2900<br>Seattle, WA 98104 | brian.peterson@klgates.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | American Express Kabbage Inc. | Attn: Tara Ralani, Senior Manager<br>730 Peachtree St NE , #1100<br>Atlanta, GA 30308 | Tara.e.rajani@aexp.co | Email |
| *NOA - Counsel for Cross River Bank | Benesch, Friedlander, Coplan & Aronoff, LLP | Attn: Gregory W. Werkheiser<br>1313 N. Market St., Ste 1201<br>Wilmington, DE 19801 | gwerkheiser@beneschlaw.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Biz2X LLC | Attn: Shweta Mohan<br>One Penn Plaza, Ste 4530<br>New York, NY 10119 | shweta.mohan@biz2credit.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Box, Inc. | Attn: David Leeb, Chief Legal Officer<br>Attn: Jason Silapachai<br>900 Jefferson Ave<br>Redwood City, CA 94063 | jsilapachai@box.com | Email |
| Matrix | Celtic Bank Corporation | Leslie K. Rinaldi<br>General Counsel<br>268 S. State Street, Ste. 300<br>Salt Lake City, UT 84111 | lrinaldi@celticbank.com | Email |
| Federal Reserve Bank | Cleary Gottlieb | Attn: Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY  10006 | lschweitzer@cgsh.com | Email<br>Overnight Mail |
| *NOA - Counsel to the Federal Reserve Bank of San Francisco | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M. Schweitzer<br>Attn: Kristin Corbett<br>Attn: Richard Minott<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com<br>kcorbett@cgsh.com;<br>rminott@cgsh.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Corporation Service Company | Attn: Kevin Hunter<br>Attn: Jessica Mullenix Woodward<br>251 Little Falls Dr<br>Wilmington, DE 19808 | UCCSPREP@cscglobal.com<br>jessica.woodward@cscgfm.com | Email |
| *NOA - Counsel to Insperity, Inc. | Cousins Law LLC | Attn: Scott D. Cousins<br>Attn: Scott D. Jones<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801 | scott.cousins@cousins-law.com<br>scott.jones@cousins-law.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Cross River Bank | Attn: Arlen Gelbard, General Counsel<br>400 Kelby St<br>Fort Lee, NJ 07024 | agelbard@crossriverbank.com | Email |
| Cross River Bank | Cross River Bank | Attn: Gilles Gade, President<br>400 Kelby St<br>Fort Lee, NJ 07024 | ggade@crossriverbank.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Jennifer Petsu<br>Attn: Andrew Sachs<br>701 Reading Ave<br>West Reading, PA 19611 | jpetsu@customersbank.com<br>asachs@customersbank.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Sam Sidhu, COO<br>1015 Penn Ave, Ste 103<br>Wyomissing, PA 19610 | ssidhu@customersbank.com | Email |
| Customers Bank | Customers Bank | Attn: Andrew Sachs<br>Attn: Sam SidhuCOO & General Counsel<br>701 Reading Ave<br>West Reading, PA 19611 | ssidhu@customersbank.com<br>asachs@customersbank.com | Email |
| Taxing Authorities | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 French St<br>Wilmington, DE 19801 | | Overnight Mail |
| Taxing Authorities | Delaware Division of Revenue/Bankruptcy Service | Attn: Bankruptcy Administrator<br>Carvel State Building<br>820 N French St, 8th Fl<br>Wilmington, DE 19801 | | Overnight Mail |
| Taxing Authorities | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | Overnight Mail |
| Federal Reserve Bank | Federal Reserve Bank of Minneapolis | Attn: Tavis J. Morello<br>90 Hennepin Ave<br>Minneapolis, MN 55401 | Tavis.Morello@mpls.frb.org | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105 | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management<br>Attn: Braden Parker<br>Attn: Wallace Young<br>101 Market St, MS 830<br>San Francisco, CA 94105 | Braden.Parker@sf.frb.org;<br>wallace.young@sf.frb.org | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | c/o Cleary Gottlieb<br>Counsel to Federal Reserve<br>Attn: Lisa Schweitzer<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com | Email<br>Overnight Mail |
| Federal Reserve Bank | Federal Reserve Bank of San Francisco | Attn: Avery Belka<br>101 Market St<br>San Francisco, CA 94105 | Avery.Belka@sf.frb.org | Email<br>Overnight Mail |
| Government Agencies | Federal Trade Commission | Attn: Marguerite Moeller<br>Attn: Michael Boutros<br>Attn: Hans Clausen<br>Attn: Alan Bakowski<br>225 Peachtree St, Ste 1500<br>Atlanta, GA 30303 | mmoeller@ftc.gov<br>mboutros@ftc.gov<br>hclausen@ftc.gov<br>abakowski@ftc.gov | Email<br>Overnight Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Federal Trade Commission | Attn: Marguerite Moeller<br>Attn: Alan Bakowski<br>600 Pennsylvania Ave NW<br>Washington, DC 20580 | mmoeller@ftc.gov<br>abakowski@ftc.gov | Email<br>Overnight Mail |
| Advisor to Shareholders | Fortis Advisors | Attn: Courtney Nothaus, Associate, Compliance & Client Relations<br>12526 High Bluff Dr #280<br>San Diego, CA 92130 | Email Address Redacted | Email |
| 30 Largest Unsecured Claims (Consolidated) | Goodwin Procter LLP | Attn: Dondi Dancy<br>601 Marshall St<br>Redwood City, CA 94063 | ddancy@goodwinlaw.com | Email |
| Advisor to Shareholders | Goodwin Procter LLP | Attn: Kimberly Larie<br>Attn: Nathan Hagler<br>Attn: Adam Slusky<br>100 Northern Ave<br>Boston, MA 02210 | KLarie@goodwin.com<br>NHagler@goodwin.com<br>ASlutsky@goodwin.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Google LLC | Attn: Kent Walker, Chief Legal Officer<br>Attn: Cody Bowlay<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | | Overnight Mail |
| *NOA - Counsel to The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: Anthony W. Clark<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Anthony.Clark@gtlaw.com<br>melorod@gtlaw.com | Email |
| *NOA - Counsel to The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: Brian E. Greer<br>One Vanderbilt Avenue<br>New York, NY 10017 | greerb@gtlaw.com | Email |
| *NOA - Counsel to The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: David B. Kurzweil<br>Attn: Matthew A. Petrie<br>Terminus 200<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305 | kurzweild@gtlaw.com<br>petriem@gtlaw.com | Email |
| *NOA - Counsel to Customer Bank | Holland & Knight LLP | Attn: John J. Monaghan<br>10 St. James Ave., 11th Fl<br>Boston, MA 02116 | john.monaghan@hklaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-73<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC, and Candice Worthy, individually and as putative plaintiffs on behalf of the proposed class | c/o The Finley Firm, P.C.<br>Attn: MaryBeth V. Gibson, Esq.<br>Piedmont Center, 3535 Piedmont Rd<br>Bldg 14, Ste 230<br>Atlanta, GA 30305 | MGibson@thefinleyfirm.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC, and Candice Worthy, individually individually and as putative plaintiffs on behalf of the proposed class | c/o White & Williams, LLP<br>Attn: Shane R. Heskins, Esq.<br>Attn: Justin E. Proper, Esq.<br>1650 Market St<br>One Liberty Pl, Ste 1800<br>Philadelphia, PA 19103 | heskins@whiteandwilliams.com<br>properj@whiteandwilliams.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | KLDiscovery Ontrack, LLC | Attn: Dale Drury<br>8201 Greensboro Dr, Ste 300<br>McLean, VA 22102 | Dale.Drury@kldiscovery.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Lanier Parking Solutions I, LLC d/b/a Reef Parking | Attn: Elliot Roby<br>730 Peachtree St, Mailbox #35<br>Atlanta, GA 30308 | Elliott.roby@reefparking.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Libra Risk Management | Attn: Ian Cox<br>12 Howard Ave<br>Foxborough, MA 02035 | icox@kservicecorp.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Major, Linsey & Africa / Allegis Group Holdings Inc. | Attn: Michael A. Albino, Practice Lead<br>7301 Parkway Dr<br>Hanover, MD 21076 | malbino@mlaglobal.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Microsoft | Attn: Hossein Nowbar, General Counsel<br>One Microsoft Way<br>Redmond, WA 98052 | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Moore Colson | Attn: Sarah Parker<br>600 Galleria Pkwy SE, Ste 600<br>Atlanta, GA 30339 | Sparker@moorecolson.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | MorganFranklin Consulting, LLC | Attn: Timothy Keefe<br>7900 Tysons One Pl, Ste 300<br>McLean, VA 22102 | tim.keefe@morganfranklin.com | Email |
| NOA - Counsel for American Express | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C Abbott<br>Attn: Jonathan M Weyand<br>1201 N Market St, 16th Fl<br>Wilmington, DE 19801 | dabbott@morrisnichols.com<br>jweyand@morrisnichols.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Option 1 Partners LLC | Attn: Jackie Flake<br>5815 Windward Parkway, Ste 302<br>Alpharetta, GA 30005 | jackie@option1partners.com | Email |
| *NOA - Counsel for Cross River Bank | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Matthew R. Scheck<br>300 W 6th St, Ste 2010<br>Austin, TX 78701 | matthewscheck@quinnemanuel.com | Email |
| *NOA - Counsel for Cross River Bank | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani<br>51 Madison Ave, 22nd Fl<br>New York, NY 10010 | susheelkirpalani@quinnemanuel.com | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Debtors' Counsel | Richards, Layton & Finger, PA | Attn: Daniel J. DeFranceschi<br>Attn: Amanda R. Steele<br>Attn: Zachary I. Shapiro<br>Attn: Matthew P. Milana<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | defranceschi@rlf.com<br>steele@rlf.com<br>shapiro@rlf.com<br>milana@rlf.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | RSM US LLP | Attn: Ben Brockman<br>30 South Wacker Drive, Ste 3300<br>Chicago, IL 60606 | Ben.Brockman@rsmus.com | Email |
| Government Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | Overnight Mail |
| Securities and Exchange Commission | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | Overnight Mail |
| Securities and Exchange Commission | Securities & Exchange Commission | New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Slack Technologies, LLC | Attn: David Schellhase, General Counsel<br>500 Howard St<br>San Francisco, CA 94105 | | Overnight Mail |
| Government Agencies | Small Business Administration | 409 3rd St SW<br>Washington, D.C. 20416 | | Overnight Mail |
| Government Agencies | Small Business Administration | Attn: Susan Streich<br>Attn: Christine Nell<br>Attn: Eric S. Benderson<br>409 3rd St SW, Ste 7211<br>Washington, D.C. 20416 | susan.streich@sba.gov<br>christine.nell@sba.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Small Business Bureau | Attn: Susan Streich<br>Attn: Eric Benderson<br>409 3rd St SW, Ste 7211<br>Washington, DC 20002 | susan.streich@sba.gov<br>eric.benderson@sba.gov | Email<br>Overnight Mail |
| Attorneys General | State of Delaware Attorney General | Office of the Attorney General<br>Attn: Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | Overnight Mail |
| NOA - Counsel for American Express | Sullivan & Cromwell LLP | Attn: James L Bromley<br>125 Broad St<br>New York, NY 10004-2498 | bromleyj@sullcrom.com | Email |
| NOA - Counsel to Customer Bank | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 N Market St, Ste 420<br>Wilmington, DE 19801 | whazeltine@sha-llc.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Thomas E. Austin Jr., LLC | Attn: Thomas E. Austin Jr<br>2625 Piedmont Rd NE, Ste 56-330<br>Atlanta, GA 30324 | taustin@taustinlaw.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | TKCG, Inc. | Attn: Lisa Williams, Executive VP<br>981 Joseph Lowery Blvd NW, Ste 100<br>Atlanta, GA 30318 | williams@trevelinokeller.com | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Transunion Risk And Alternative Data Solutions | Attn: Steven Littman<br>4530 Conference Way South<br>Boca Raton, FL 33431 | steven.littman@transunion.com | Email |
| US Attorney | U.S. Attorney's Office | Eastern District of Texas, Civil Division<br>Attn: Betty Young<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | Betty.Young@usdoj.gov | Email<br>Overnight Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Brian.LaMacchia@usdoj.gov | Email<br>Overnight Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Diane Seol<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Diane.Seol@usdoj.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the District of Massachusetts | Attn: Sarah Loucks, Esq.<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | sarah.e.loucks@usdoj.gov<br>brian.lamacchia@usdoj.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the Eastern District of Texas Civil Division | Attn: Betty Young, Esq.<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | betty.young@usdoj.gov | Email<br>Overnight Mail |
| NOA - Counsel for the United States of America | U.S. Department of Justice | Attn: Alastair M. Gesmundo<br>P.O. Box 875<br>Civil Division<br>Ben Franklin Station<br>Washington, D.C. 20044 | Alastair.M.Gesmundo@usdoj.gov | Email<br>Overnight Mail |
| Government Agencies | U.S. Department of Justice | Civil Division, Commercial Litigation Branch, Fraud Section<br>Attn: Sarah Loucks<br>175 N Street NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section | Attn: Sarah Loucks, Esq.<br>Attn: Alastair M. Gesmundo<br>175 N St NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov<br>Alastair.M.Gesmundo@usdoj.gov | Email<br>Overnight Mail |
| Government Agencies | U.S. Small Business Administration | Attn: Edward Ledford, Deputy Director, Office of Credit Risk Management<br>409 Third St SW, 8th Fl<br>Washington, DC 20416 | edward.ledford@sba.gov | Email<br>Overnight Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorneys General | United States Attorney General | Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, D.C. 20530 | | Overnight Mail |
| US Trustee | United States Trustee | Attn: Richard L. Schepacarter<br>Attn: Rosa Sierra-Fox<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov;<br>rosa.sierra@usdoj.gov | Email<br>Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | URS Technologies Solutions LLC | Attn: Mukesh Chamedia<br>1100 Green St, Ste 203<br>Iselin, NJ 08830 | mukesh@blucognition.com | Email |
| US Attorney | US Attorney for the District of Delaware | Attn: David C. Weiss<br>Hercules Bldg<br>1313 N Market St<br>Wilmington, DE 19801 | | Overnight Mail |
| 30 Largest Unsecured Claims (Consolidated) | Vaco LLC | Attn: Shannon Gwinner<br>115 Perimeter Center Place NE, Ste 950<br>Atlanta, GA 30346 | sgwinner@vaco.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Vital Outsourcing Services Inc. | Attn: Ken Braddock<br>4775 Peachtree Industrial Blvd, Ste 310<br>Berkley Lake, GA 30092 | kbraddock@vitasolutions.net | Email |
| Debtors' Counsel | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock<br>Atttn: Natasha S. Hwangpo<br>Attn: Chase A. Bentley<br>767 Fifth Ave<br>New York, NY 10153 | ray.schrock@weil.com;<br>natasha.hwangpo@weil.com;<br>chase.bentley@weil.com | Email |
| Government Agencies | Wilmington Savings Fund Society, FSB | As the Trustee of Small Business Loan Asset Trust<br>500 Delaware Ave, 11th Fl<br>Wilmington, DE 19801 | | Overnight Mail |
| *NOA - Counsel to the Federal Reserve Bank of San Francisco | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan<br>Attn: Sean Greecher<br>Attn: Ryan M. Bartley<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>sgreecher@ycst.com;<br>rbartley@ycst.com | Email |
| Federal Reserve Bank | Young Conaway Stargatt & Taylor, LLP. | Attn: Pauline K. Morgan<br>Attn: Ryan M. Bartley<br>Attn: Sean T. Greecher<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>rbartley@ycst.com<br>sgreecher@ycst.com | Email<br>Overnight Mail |

# **EXHIBIT B**

# Mailing Information for Case 22-10951-CTG

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Derek C. Abbott**   dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Ryan M. Bartley**   bankfilings@ycst.com
- **Anthony W. Clark**   Anthony.Clark@gtlaw.com, zerber@gtlaw.com
- **Scott D. Cousins**   scott.cousins@cousins-law.com
- **Daniel J. DeFranceschi**   defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Alastair Gesmundo**   Alastair.M.Gesmundo@usdoj.gov
- **Sean T. Greecher**   sgreecher@ycst.com
- **William A. Hazeltine**   Bankruptcy001@sha-llc.com
- **Scott D Jones**   scott.jones@cousins-law.com, kmccloskey@bayardlaw.com
- **David Bruce Kurzweil**   kurzweild@gtlaw.com, brattons@gtlaw.com;thompsonmich@gtlaw.com;wagnerje@gtlaw.com
- **Huiqi Liu**   liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com
- **Dennis A. Meloro**   melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Matthew P. Milana**   milana@rlf.com
- **John J. Monaghan**   bos-bankruptcy@hklaw.com
- **Pauline K. Morgan**   pmorgan@ycst.com
- **Isaac Nesser**   isaacnesser@quinnemanuel.com
- **Matthew A Petrie**   petriem@gtlaw.com
- **Reliable Companies**   gmatthews@reliable-co.com
- **Richard L. Schepacarter**   richard.schepacarter@usdoj.gov
- **Lisa M. Schweitzer**   lschweitzer@cgsh.com, maofiling@cgsh.com
- **Zachary I Shapiro**   shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Rosa Sierra-Fox**   rosa.sierra@usdoj.gov, rosa.sierra-fox@usdoj.gov
- **Amanda R. Steele**   steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Gregory W. Werkheiser**   gwerkheiser@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Jonathan Michael Weyand**   jweyand@morrisnichols.com, rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    **Susheel Kirpalani**
    Quinn Emanuel Urquhart and Sullivan, LLP
    51 Madison Avenue
    22nd Floor
    NEW York, NY 10010

    **Candace Arthur**
    Weil Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119

**Chase Bentley**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**James L. Bromley**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

**Kristin Corbett**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Brian E. Greer**
One Vanderbilt Avenue
New York, NY 10017

**Natasha S. Hwangpo**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Richard C. Minott**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Elizabeth A. Ruocco**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Matthew R. Scheck**
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th St.
Suite 2010
Austin, TX 78701

**Ray C. Schrock**

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

**Richard W. Slack**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Jeremy M. Sternberg**
Holland & Knight LLP
10 St. James Ave
11th Floor
Boston, MA 02116

**Theodore E. Tsekerides**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY

# Creditor List

Click the link above to produce a complete list of **creditors** only.

# List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.