IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SEVENTH SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 15, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Deadlines to File Proofs of Claim [Docket No. 169]**

- **Official Form 410 – Proof of Claim**

- **Instructions**

Dated: November 18, 2022

*/s/ Randy Lowry*
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 18th day of November, 2022, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| Office of the Attorney General | 1885 N 3rd St | Baton Rouge, LA 70802 | | | First Class Mail |
| Office of the Attorney General | 345 State Capitol | Lincoln, NE 68509 | | | First Class Mail |
| Office of the Attorney General | 441 4th St NW, Ste 1100 S | Washington, DC 20001 | | | First Class Mail |
| Office of the Attorney General | 500 S 2nd St | Springfield, IL 62701 | | | First Class Mail |
| Office of the Attorney General | 601 S University Ave | Carbondale, IL 62901 | | | First Class Mail |
| Office of the Attorney General | 800 5th Ave, Ste 2000 | Seattle, WA 98104 | | | First Class Mail |
| Office of the Attorney General | 9001 Mail Service Ctr | Raleigh, NC 27699-9001 | | | First Class Mail |
| Office of the Attorney General | Attn: Aaron D Ford | Old Supreme Court Bldg | 100 N Carson St | Carson City, NV 89701 | First Class Mail |
| Office of the Attorney General | Attn: Aaron Frey | State House Stn 6 | Augusta, ME 04333 | | First Class Mail |
| Office of the Attorney General | Attn: Alan Wilson | Rembert D Dennis Office Bldg | P.O. Box 11549 | Columbia, SC 29211-1549 | First Class Mail |
| Office of the Attorney General | Attn: Ashley Moody | The Capital, PL 01 | Tallahassee, FL 32399-1050 | | First Class Mail |
| Office of the Attorney General | Attn: Bob Ferguson | 1125 Washington St SE | P.O. Box 40100 | Olympia, WA 98504-0100 | First Class Mail |
| Office of the Attorney General | Attn: Brian Frosh | 200 St Paul Pl | Baltimore, MD 21202-2202 | | First Class Mail |
| Office of the Attorney General | Attn: Bridget Hill | Kendrick Building | 2320 Capitol Ave | Cheyenne, WY  82002 | First Class Mail |
| Office of the Attorney General | Attn: Chris Carr | 40 Capital Sq SW | Atlanta, GA 30334-1300 | | First Class Mail |
| Office of the Attorney General | Attn: Clare E Connors | 425 Queen St | Honolulu, HI 96813 | | First Class Mail |
| Office of the Attorney General | Attn: Clyde Ed Sniffen, Jr | 1031 W 4th Ave, Ste 200 | Anchorage, AK 99501-1994 | | First Class Mail |
| Office of the Attorney General | Attn: Dana Nessel | Cadillac Place, 10th Fl | 3030 W Grand Blvd | Detroit, MI | First Class Mail |
| Office of the Attorney General | Attn: Dana Nessel | P.O. Box 30212 | 525 W Ottawa St | Lansing, MI 48909-0212 | First Class Mail |
| Office of the Attorney General | Attn: Daniel Cameron | 700 Capitol Ave, Ste 118 | Capitol Bldg | Frankfort, KY 40601 | First Class Mail |
| Office of the Attorney General | Attn: Dave Yost | State Office Tower | 30 E Broad St | Columbus, OH 43266-0410 | First Class Mail |
| Office of the Attorney General | Attn: Derek Schmidt | 120 SW 10th Ave, 2nd Fl | Topeka, KS 66612-1597 | | First Class Mail |
| Office of the Attorney General | Attn: Domingo Emanuelli Hernandez | Torre Chardón, Ste 1201 | 350 Carlos Chardón St | San Juan, PR 00918 | First Class Mail |
| Office of the Attorney General | Attn: Doug Peterson | 2115 State Capitol | P.O. Box 98920 | Lincoln, NE 68509-8920 | First Class Mail |
| Office of the Attorney General | Attn: Ellen F Rosenblum | 1162 Court St, NE | Justice Bldg | Salem, OR 97301 | First Class Mail |
| Office of the Attorney General | Attn: Eric Schmitt | 815 Olive St, Ste 200 | St Louis, MO 63101 | | First Class Mail |
| Office of the Attorney General | Attn: Eric Schmitt | 2311 Bloomfield St, Ste 106 | Cape Girardeau, MO 63703 | | First Class Mail |
| Office of the Attorney General | Attn: Eric Schmitt | 615 E 13th St, Ste 401 | Kansas City, MO 64106 | | First Class Mail |
| Office of the Attorney General | Attn: Eric Schmitt | Supreme Court Bldg | 207 W High St | Jefferson City, MO 65101 | First Class Mail |
| Office of the Attorney General | Attn: Hector Balderas | P.O. Drawer 1508 | Santa Fe, NM 87504-1508 | | First Class Mail |
| Office of the Attorney General | Attn: Herbert H Slattery, III | PO Box 20207 | Nashville, TN 37202-0207 | | First Class Mail |
| Office of the Attorney General | Attn: Herbert H Slattery, III | 425 5th Ave N | Nashville, TN 37243 | | First Class Mail |
| Office of the Attorney General | Attn: Jason Miyares | 202 N 9th St | Richmond, VA 23219 | | First Class Mail |
| Office of the Attorney General | Attn: Jeff Landry | 300 Capital Dr | Baton Rouge, LA 70802 | | First Class Mail |
| Office of the Attorney General | Attn: John Formella | 33 Capitol St | Concord, NH 03301 | | First Class Mail |
| Office of the Attorney General | Attn: John M O'Conner | 313 NE 21st Str | Oklahoma City, OK 73105 | | First Class Mail |
| Office of the Attorney General | Attn: Josh Kaul | Wisconsin Dept of Justice | State Capital, Rm 114 E | P.O. Box 7857 | Madison, WI 53707-7857 | First Class Mail |
| Office of the Attorney General | Attn: Josh Shapiro | Strawberry Sq, 16th Fl | Harrisburg, PA 17120 | | First Class Mail |
| Office of the Attorney General | Attn: Karl A Racine | 400 6th St NW | Washington, DC 20001 | | First Class Mail |
| Office of the Attorney General | Attn: Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington, DE 19801 | First Class Mail |
| Office of the Attorney General | Attn: Keith Ellison | 445 Minnesota St, Ste 1400 | Saint Paul, MN 55101 | | First Class Mail |
| Office of the Attorney General | Attn: Ken Paxton | Capital Station | P.O. Box 12548 | Austin, TX 78711-2548 | First Class Mail |
| Office of the Attorney General | Attn: Kwame Raoul | James R Thompson Ctr | 100 W Randolph St | Chicago, IL 60601 | First Class Mail |
| Office of the Attorney General | Attn: Lawrence Wasden | 700 W Jefferson St, Ste 210 | P.O. Box 83720 | Boise, ID 83720-1000 | First Class Mail |
| Office of the Attorney General | Attn: Leslie Rutledge | 323 Center St, Ste 200 | Little Rock, AR 72201-2610 | | First Class Mail |
| Office of the Attorney General | Attn: Letitia A James | Dept of Law | The Capitol, 2nd Fl | Albany, NY 12224 | First Class Mail |
| Office of the Attorney General | Attn: Lynn Fitch | Department of Justice | 550 High St | P.O. Box 220 | Jackson, MS 39205 | First Class Mail |
| Office of the Attorney General | Attn: Mark Brnovich | 2005 N Central Ave | Phoenix, AZ 85004 | | First Class Mail |
| Office of the Attorney General | Attn: Mark Vargo | 1302 E Hwy 14, Ste 1 | Pierre, SD 57501-8501 | | First Class Mail |
| Office of the Attorney General | Attn: Mathew J Platkin | Richard J Hughes Justice Complex | 25 Market St | P.O. Box 080 | Trenton, NJ 08625 | First Class Mail |
| Office of the Attorney General | Attn: Maura Healey | 1441 Main St, 12th Fl | Springfield, MA 01103 | | First Class Mail |
| Office of the Attorney General | Attn: Maura Healey | 10 Mechanic St, Ste 301 | Worcester, MA 01608 | | First Class Mail |
| Office of the Attorney General | Attn: Maura Healey | 1 Ashburton Pl, 20th Fl | Boston, MA 02108-1698 | | First Class Mail |
| Office of the Attorney General | Attn: Maura Healey | 105 William St, 1st Fl | New Bedford, MA 02740 | | First Class Mail |
| Office of the Attorney General | Attn: Patrick Morrisey | State Capitol Complex, Bldg 1, Rm E-26 | 1900 Kanawhe Blvd E | Charleston, WV 25305 | First Class Mail |
| Office of the Attorney General | Attn: Peter F Neronha | 150 S Main St | Providence, RI 02903 | | First Class Mail |
| Office of the Attorney General | Attn: Phil Weiser | Ralph L Carr Colorado Judicial Ctr | 1300 Broadway, 10th Fl | Denver, CO 80203 | First Class Mail |
| Office of the Attorney General | Attn: Steve Marshall | State of Alabama | 501 Washington Ave | Montgomery, AL 36104 | First Class Mail |
| Office of the Attorney General | Attn: Susan R Young | 109 State St | Montpelier, VT 05609-1001 | | First Class Mail |
| Office of the Attorney General | Attn: Todd Rokita | Indiana Govt Ctr S | 302 W Washington St, 5th Fl | Indianapolis, IN 46204 | First Class Mail |
| Office of the Attorney General | Attn: Tom Miller | Hoover State Office Bldg | 1305 E Walnut | Des Moines, IA 50319 | First Class Mail |
| Office of the Attorney General | Attn: Wayne Stenehjem | State Capital | 600 E Boulevard Ave, Dept 125 | Bismarck, ND 58505-0040 | First Class Mail |
| Office of the Attorney General | Attn: William Tong | 165 Capitol Ave | Hartford, CT 06106 | | First Class Mail |
| Office of the Attorney General | Attn: Xavier Becerra | 1300 I St, Ste 1740 | Sacramento, CA 95814 | | First Class Mail |
| Office of the Attorney General | California Dept of Justice | P.O. Box 944255 | Sacramento, CA 94244-2550 | | First Class Mail |
| Office of the Attorney General | Consumer Law Section | Attn: Bankruptcy Notices | 455 Golden Gate Ave, Ste 11000 | San Francisco, CA 94102-7004 | First Class Mail |
| Office of the Attorney General | Justice Bldg, 3rd Fl | 215 N Sanders | P.O. Box 201401 | Helena, MT 59620-1401 | First Class Mail |
| Office of the Attorney General | P.O. Box 142320 | Salt Lake City, UT 84114-2320 | | | First Class Mail |
| Office of the Attorney General | P.O. Box 94005 | Baton Rouge, LA 70804 | | | First Class Mail |
| Office of the Attorney General | Supreme Court Bldg | P.O. Box 899 | Jefferson City, MO 65102 | | First Class Mail |
| Office of the Attorney General | Walter Sillers Bldg | 550 High St, Ste 1200 | Jackson, MS 39201 | | First Class Mail |