IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF EIGHTH SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 22, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Deadlines to File Proofs of Claim [Docket No. 169]**

- **Official Form 410 – Proof of Claim**

- **Instructions**

Dated: November 22, 2022

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 22nd day of November, 2022 by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| Arizona Attorney General's Office – CSS | PO Box 6123 | MD 7611 | Phoenix, AZ 85005-6123 | | First Class Mail |
| Massachusetts Department of Revenue | Collections Bureau/Bankruptcy Unit | P. O. Box 7090 | Boston, MA 02204-7090 | | First Class Mail |
| Michigan Department of Treasury, Tax Policy Division | ATTN: Litigation Liaison | 2nd Floor, Austin Building | 430 West Allegan Street | Lansing, Michigan 48922 | First Class Mail |
| Tennessee Department of Revenue | c/o Tennessee Attorney General's Office | Bankruptcy Division | P.O. Box 20207 | Nashville, TN 37202-0207 | First Class Mail |