UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                                              :        Chapter 11
                                                                                         :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,       :        Case No. 22-10951 (CTG)
                                                                                         :
                                                                                         :
Debtors.[1]                                                                    :        (Jointly Administered)
------------------------------------------------------------ x

**NOTICE OF AGENDA FOR ZOOM STATUS CONFERENCE SCHEDULED FOR NOVEMBER 29, 2022 AT 1:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**THE STATUS CONFERENCE WILL BE HELD VIA ZOOM. PLEASE USE THE FOLLOWING ZOOM REGISTRATION LINK:**

https://debuscourts.zoomgov.com/meeting/register/vJIsd-6oqzMuGxN6sbqaFnG7VutSG9QRUms

**I.    STATUS CONFERENCE:**

1.    Order (I) Authorizing and Approving Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief [Docket No. 232 – entered November 9, 2022]

    Related Documents:

    A.    Letter to the Honorable Craig T. Goldblatt Regarding Order (I) Authorizing and Approving Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief [Docket No. 287 – filed November 25, 2022]

    Status: A status conference with respect to this matter will go forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Dated: November 28, 2022
Wilmington, Delaware

           */s/ Matthew P. Milana*
           RICHARDS, LAYTON & FINGER, P.A.
           Daniel J. DeFranceschi, Esq. (No. 2732)
           Amanda R. Steele, Esq. (No. 5530)
           Zachary I. Shapiro, Esq. (No. 5103)
           Matthew P. Milana, Esq. (No. 6681)
           One Rodney Square
           920 North King Street
           Wilmington, Delaware 19801
           Telephone: (302) 651-7700
           E-mail: defranceschi@rlf.com
                    steele@rlf.com
                    shapiro@rlf.com
                    milana@rlf.com

           -and-

           WEIL, GOTSHAL & MANGES LLP
           Ray C. Schrock, P.C. (admitted *pro hac vice*)
           Candace M. Arthur, Esq. (admitted *pro hac vice*)
           Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
           Chase A. Bentley, Esq. (admitted *pro hac vice*)
           767 Fifth Avenue
           New York, New York 10153
           Telephone:   (212) 310-8000
           E-mail:      ray.schrock@weil.com
                    candace.arthur@weil.com
                    natasha.hwangpo@weil.com
                    chase.bentley@weil.com

           *Attorneys for Debtors*
           *and Debtors in Possession*