# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Regarding Docket No. 289** |

## DECLARATION OF SERVICE

I, William A. Hazeltine, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am a member of SULLIVAN HAZELTINE ALLINSON LLC, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3. On November 28, 2022, I caused one copy of the *Letter to the Honorable Craig T. Goldblatt in Response to Docket No. 287* [D.I. 289] to be served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed on the attached Service List via Electronic Mail:

| | | |
|---|---|---|
| Date: November 28, 2022 | By: | */s/ William A. Hazeltine* |
| Wilmington, Delaware | | William A. Hazeltine (No. 3294) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**SERVICE LIST**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Ray C. Schrock, P.C. (ray.schrock@weil.com)
         Candace M. Arthur (candace.arthur@weil.com)
         Natasha S. Hwangpo (natasha.hwangpo@weil.com)
         Chase A. Bentley (chase.bentley@weil.com)
         Richard Slack (richard.slack@weil.com)
         Theodore Tsekerides (theodore.tsekerides@weil.com)

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Attn:  Zachary I. Shapiro (shapiro@rlf.com)