**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
In re                                         :      Chapter 11
                                              :
KABBAGE, INC. d/b/a KSERVICING, et al.,       :      Case No. 22-10951 (CTG)
                                              :
                                              :
                Debtors.¹                     :      (Jointly Administered)
------------------------------------------------------------ x
```

**AMENDED² NOTICE OF AGENDA FOR ZOOM STATUS CONFERENCE SCHEDULED FOR NOVEMBER 29, 2022 AT 1:30 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> **THE STATUS CONFERENCE WILL BE HELD VIA ZOOM.**
> **PLEASE USE THE FOLLOWING ZOOM REGISTRATION LINK:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsd-6oqzMuGxN6sbqaFnG7VutSG9QRUms**

**I.    STATUS CONFERENCE:**

1.  Order (I) Authorizing and Approving Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief [Docket No. 232 – entered November 9, 2022]

    Related Documents:

    A.  Letter to the Honorable Craig T. Goldblatt Regarding Order (I) Authorizing and Approving Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief [Docket No. 287 – filed November 25, 2022]

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

² **Amended items appear in bold.**

RLF1 28280109v.1

B. **Letter to the Honorable Craig T. Goldblatt in Response to Letter to the Honorable Craig T. Goldblatt Regarding Order (I) Authorizing and Approving Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief [Docket No. 289 – filed November 28, 2022]**

Status: A status conference with respect to this matter will go forward.

Dated: November 28, 2022
Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*