Kabbage, Inc.
22-10951

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Ray | Schrock | Kabbage, Inc. | Weil Gotshal & Manges LLP |
| Daniel | DeFranceschi | Kabbage, Inc. | Richards, Layton & Finger, P.A. |
| Marc | Sullivan | Kabbage, Inc. | KS Management |
| John | Monaghan | Customers Bank | Holland & Knight LLP |
| Jeremy | Sternbereg | Customers Bank | Holland & Knight LLP |
| Weil | Gotshal & Manges LLP | Debtors | |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Kyle | Mason | Debtors | |
| William | Hazeltine | Customers Bank | Sullivan Hazeltine Allinson LLC |
| Rosa | Sierra-Fox | Andrew R. Vara (U.S. Trustee) | USTP |
| Dolan | Bortner | American Express | Sullivan & Cromwell LLP |
| James | Bromley | American Express | Sullivan & Cromwell LLP |
| Heather | Smillie | Federal Reserve Bank of San Francisco | YCST |
| Alastair | Gesmundo | United States of America | Department of Justice |
| Kristin | Corbett | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Lisa | Schweitzer | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Theodore | Tsekerides | Kabbage, Inc. | Weil Gotshal & Manges LLP |
| Pauline | Morgan | Federal Reserve Bank of San Francisco | YCST |
| Richard | Slack | Debtors | Weil, Gotshal & Manges LLP |
| Richard | Minott | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Ryan | Bartley | Federal Reserve Bank of San Francisco | YCST |
| Candace | Arthur | Kabbage, Inc. | Weil, Gotshal & Manges LLP |
| Sean | Greecher | Federal Reserve Bank of San Francisco | YCST |
| Chase | Bentley | Kabbage, Inc. | Weil Gotshal & Manges LLP |
| Huiqi (Vicky) | Liu | Debtors | Richards Layton & Finger |
| Cathy | Ta | Reorg | |
| Stanton | McManus | United States | |
| Matthew | Scheck | Cross River Bank | Quinn Emanuel Urquhart & Sullivan LLP |
| David | Kurzweil | Board of Directors | Greenberg Traurig |
| Matthew | Petrie | Board of Directors | Greenberg Traurig |
| Jonathan | Weyand | American Express | Morris, Nichols, Arsht & Tunnell |
| Christine | Nell | Small Business Administration | |
| Taylor | Harrison | Debtwire | |
| Gregory | Werkheiser | Cross River Bank | Benesch, Friedlander, Coplan & Aronoff, LLP |
| Zach | Shapiro | Debtors | Richards, Layton & Finger, P.A. |
| Matthew | Milana | Debtors | Richards, Layton & Finger, P.A. |
| David | Wender | Synovus Bank | Eversheds Sutherland |
| Becky | Yerak | Wall Street Journal | News Corp |
| marybeth | gibson | Class Members in lawsuit filed against Kabbage/Kservicing | The Finley Firm |
| Jay | Bender | Morgan Franklin and Vaco Resources | Bradley LLP |