## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                            :
In re                                       :        Chapter 11
                                            :
KABBAGE, INC. d/b/a KSERVICING, et al.,     :        Case No. 22-10951 (CTG)
                                            :
              Debtors.                      :        (Jointly Administered)
                                            :
-------------------------------------------------------- x
```

## <u>ORDER SCHEDULING OMNIBUS HEARING DATE</u>

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date

in the above-captioned chapter 11 cases:

| <u>Date & Time</u> | <u>Location</u> |
|---|---|
| January 6, 2023 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 3rd Floor, Courtroom 7<br>Wilmington, Delaware 19801 |


**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: November 30th, 2022**
**Wilmington, Delaware**