UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re                                                       :   Chapter 11
                                                            :
KABBAGE, INC. d/b/a KSERVICING *et al.*,                    :   Case No. 22-10951 (CTG)
                                                            :
                                                            :
Debtors.[1]                                                 :   (Jointly Administered)
---------------------------------------------------------- x   Obj. Deadline: December 16, 2022 at 4:00 p.m. (ET)

**DECLARATION AND DISCLOSURE STATEMENT OF DAVID A. BROWN, ON BEHALF OF ALSTON & BIRD LLP**

I, David A. Brown, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information, and belief:

1. I am a Partner of Alston & Bird LLP located at The Atlantic Building, 950 F Street, NW, Washington, DC 20004-1404 (the "**Firm**").

2. This declaration (the "**Declaration**") is submitted in accordance with the *Order Pursuant to 11 U.S.C. §§ 105(a), 327, and 330 Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business* [Docket No. 196] (the "**OCP Order**"). Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

3. Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services. The Firm is a legal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

services firm. The Debtors engage the Firm on discrete matters from time to time. Currently, the Firm serves as special litigation counsel to the Debtors in order to respond to civil subpoenas served on the Debtors.

4. The Firm has provided services to the Debtors prior to Petition Date.

5. On a monthly basis, the Firm will bill the Debtors for services provided on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm. The rates, which are set forth herein, are subject to periodic adjustments to reflect economic and other conditions and are consistent with rates charged nationally. The principal attorneys presently expected to represent the Debtors are: David A. Brown (Dave), a partner, who bills at the hourly rate of $1,080 per hour and Leah Fiorenza McNeill, a partner, who bills at the hourly rate of $900 per hour. These rates are consistent with the rates the Firm charges other clients.

6. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons who are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, its attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained, except as set forth herein.

7. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

8. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, with respect to the matters on which the Firm is to be retained.

9. The Debtors owe the Firm $0.00 for prepetition services.

10. For purposes of making the disclosures herein, the Firm searched the list of parties in interest attached hereto as **Exhibit A** in its conflict check system.

11. As of the Petition Date, the Firm was not party to an agreement for indemnification with the Debtors.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 1, 2022

By: *[signature]*

David A. Brown

# EXHIBIT A

## List of Parties in Interest

1. **Debtors**

   (1) Kabbage, Inc.
   (2) Kabbage Asset Securitization LLC
   (3) Kabbage Asset Funding 2017-A LLC
   (4) Kabbage Asset Funding 2019-A LLC
   (5) Kabbage Canada Holdings, LLC
   (6) Kabbage Diameter, LLC

2. **Non-Debtor Affiliates and Subsidiaries**

   (1) Kabbage Financial Services Limited (UK entity)
   (2) Kabbage India Private Limited (India entity)

3. **Debtors' Trade Names and Aliases**

   (1) d/b/a KServicing
   (2) d/b/a KServicing Corp.
   (3) d/b/a KServicing, Inc.

4. **Current Officers and Directors**

   *Officers*

   (1) David Walker
   (2) Donna Evans
   (3) Salim Kafiti
   (4) Holly Loiseau
   (5) Ian Cox
   (6) Laquisha Milner

   *Directors*

   (1) Eric Hartz (d/b/a Corporate Hartz, LLC)
   (2) Laquisha Milner
   (3) Lawrence X. Taylor
   (4) Robin Gregg

   *Independent Manager*

   (1) John Hebert

5. **Former Officers and Directors (if available) (3 years)**

   (1) Daniel Scott Eidson
   (2) Jon Hoffman
   (3) Julia McCullough
   (4) Kathryn Petralia
   (5) Kimberly Withrow
   (6) L. Scott Askins
   (7) Marc Gorlin
   (8) Oneal Bhambani
   (9) Robert Frohwein
   (10) Spencer Robinson
   (11) Troy Deus

6. **Debtors Professionals**

   (1) AlixPartners, LLP
   (2) Greenberg Traurig, LLP
   (3) Jones Day
   (4) Omni Agent Solutions
   (5) Richards, Layton & Finger, P.A.
   (6) Weil, Gotshal & Manges LLP

7. **Opposing Parties (Third Party Subpoenas)**

   (1) Cole Ratias
   (2) Radius Intelligence, Inc.
   (3) Fwix, Inc.