# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re                                                        :    Chapter 11
:
:    Case No. 22-10951 (CTG)
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                    :
:    (Jointly Administered)
Debtors.[1]                                                  :
:
------------------------------------------------------------ x

## NOTICE OF CANCELLATION OF DECEMBER 14, 2022 HEARING

PLEASE TAKE NOTICE that the hearing scheduled to be held in the above-captioned chapter 11 cases on **December 14, 2022 at 3:00 p.m. (prevailing Eastern Time)** has been cancelled with permission of the Court as no matters are scheduled.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28299863v.1

Dated: December 2, 2022
      Wilmington, Delaware

/s/ *Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
    steele@rlf.com
    shapiro@rlf.com
    milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
    candace.arthur@weil.com
    natasha.hwangpo@weil.com
    chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*