**Exhibit B**

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2022005132

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 10/11/22 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 124505; DATE: 10/11/2022 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT OCTOBER 2022. | H060 | 41165766 | 575.00 |
| 10/11/22 | Okada, Tyler<br>COMPUTERIZED RESEARCH<br>PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 124505; DATE: 10/11/2022 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT OCTOBER 2022. | H060 | 41165764 | 20.00 |
| 10/11/22 | Hwangpo, Natasha<br>COMPUTERIZED RESEARCH<br>PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 124505; DATE: 10/11/2022 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT OCTOBER 2022. | H060 | 41165762 | 25.00 |

**SUBTOTAL DISB TYPE H060:** **$620.00**

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 10/04/22 | Labate, Angelo G.<br>MEALS - LEGAL O/T<br>INVOICE#: WEIL-22-10-01-NEW-YORK; DATE: 10/10/2022 - SHAREBITE MEAL BY ANGELO LABATE ON 2022-10-04 | H080 | 41166262 | 20.00 |
| 10/19/22 | Ollestad, Jordan Alexandra<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-91; DATE: 10/23/2022 - SEAMLESS MEALS BY JORDAN OLLESTAD ON 2022-10-19 | H080 | 41193761 | 20.00 |

KServicing, Inc. - Chapter 11
55894.0004
2022005132

**ITEMIZED DISBURSEMENTS**

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 10/20/22 | Blankman, Alexandra<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-91; DATE: 10/23/2022 - SEAMLESS MEALS BY ALEXANDRA BLANKMAN ON 2022-10-20 | H080 | 41193687 | 20.00 |
| 10/25/22 | Ham, Hyunjae<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-92; DATE: 10/30/2022 - SEAMLESS MEALS BY HYUNJAE HAM ON 2022-10-25 | H080 | 41207734 | 20.00 |
| | **SUBTOTAL DISB TYPE H080:** | | | **$80.00** |
| 10/25/22 | Suarez, Ashley<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1723914; DATE: 10/12/2022 - TAXI CHARGES FOR 2022-10-12 INVOICE #17239142100422874 ASHLEY SUAREZ G208 RIDE DATE: 2022-10-04 FROM: 767 5 AVE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 00:22 | H163 | 41187056 | 49.26 |
| | **SUBTOTAL DISB TYPE H163:** | | | **$49.26** |
| 10/25/22 | Stauble, Christopher A.<br>TRANSPORTATION - SUPPORT/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1723915; DATE: 10/12/2022 - TAXI CHARGES FOR 2022-10-12 INVOICE #17239152100322804 TYLER OKADA H104 RIDE DATE: 2022-10-03 FROM: 767 5 AVE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 21:50 | H164 | 41187022 | 47.03 |
| 10/25/22 | Stauble, Christopher A.<br>TRANSPORTATION - SUPPORT/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1723915; DATE: 10/12/2022 - TAXI CHARGES FOR 2022-10-12 INVOICE #17239152100322792 TRAVIS J PEENE E424 RIDE DATE: 2022-10-03 FROM: 767 5 AVE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 21:30 | H164 | 41187030 | 47.03 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2022005132

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 10/25/22 | Fordham, Susanne<br>TRANSPORTATION - SUPPORT/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1723915; DATE: 10/12/2022 - TAXI CHARGES FOR 2022-10-12 INVOICE #17239152100322851 KATHLEEN A LEE 6746 RIDE DATE: 2022-10-03 FROM: 767 5 AVE, MANHATTAN, NY TO: ISELIN, NJ RIDE TIME: 23:02 | H164 | 41186899 | 157.47 |
| **SUBTOTAL DISB TYPE H164:** | | | | **$251.53** |
| 10/24/22 | Ruocco, Elizabeth A.<br>TRANSPORTATION - LOCAL MEETING<br>INVOICE#: CREX5480821910241203; DATE: 10/24/2022 LOCAL TAXI, OCT 03, 2022 - AFTER HOURS CAB HOME. | H165 | 41182720 | 23.99 |
| 10/24/22 | Ruocco, Elizabeth A.<br>TRANSPORTATION - LOCAL MEETING<br>INVOICE#: CREX5480821910241203; DATE: 10/24/2022 LOCAL TAXI, OCT 02, 2022 - AFTER HOURS CAB HOME. | H165 | 41182719 | 23.99 |
| **SUBTOTAL DISB TYPE H165:** | | | | **$47.98** |
| 10/19/22 | Slack, Richard W.<br>DUPLICATING<br>1028 PRINTING - COLOR IN NEW YORK CITY ON 10/17/2022 13:40PM FROM UNIT 11 | S011 | 41184208 | 514.00 |
| **SUBTOTAL DISB TYPE S011:** | | | | **$514.00** |
| 10/25/22 | WGM, Firm<br>DUPLICATING<br>133 PAGES SCANNED IN NEW YORK CITY BETWEEN 10/20/2022 TO 10/20/2022 | S016 | 41185944 | 13.30 |
| **SUBTOTAL DISB TYPE S016:** | | | | **$13.30** |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2022005132

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 10/24/22 | WGM, Firm<br>DUPLICATING<br>303 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 10/18/2022 TO 10/18/2022 | S017 | 41184086 | 45.45 |
| **SUBTOTAL DISB TYPE S017:** | | | | **$45.45** |
| 10/19/22 | Cazes, Catherine<br>DOCUMENT BINDING<br>3 DOCUMENT BINDING IN NEW YORK CITY ON 10/18/2022 16:05PM FROM UNIT 11 | S018 | 41184184 | 5.10 |
| 10/19/22 | Slack, Richard W.<br>DOCUMENT BINDING<br>4 DOCUMENT BINDING IN NEW YORK CITY ON 10/17/2022 13:40PM FROM UNIT 11 | S018 | 41184198 | 6.80 |
| **SUBTOTAL DISB TYPE S018:** | | | | **$11.90** |
| 10/05/22 | WGM, Firm<br>DUPLICATING<br>49 PRINT(S) MADE IN NEW YORK BETWEEN 10/04/04 TO 10/04/2022 | S117 | 41174875 | 7.35 |
| 10/12/22 | WGM, Firm<br>DUPLICATING<br>98 PRINT(S) MADE IN NEW YORK BETWEEN 10/10/2022 TO 10/11/2022 | S117 | 41169071 | 14.70 |
| 10/12/22 | WGM, Firm<br>DUPLICATING<br>104 PRINT(S) MADE IN NEW YORK BETWEEN 10/05/2022 TO 10/06/2022 | S117 | 41168945 | 15.60 |
| 10/19/22 | WGM, Firm<br>DUPLICATING<br>237 PRINT(S) MADE IN NEW YORK BETWEEN 10/17/2022 TO 10/17/2022 | S117 | 41184908 | 35.55 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2022005132

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 10/26/22 | WGM, Firm<br>DUPLICATING<br>230 PRINT(S) MADE IN NEW YORK BETWEEN 10/20/2022 TO 10/24/2022 | S117 | 41189931 | 34.50 |

**SUBTOTAL DISB TYPE S117:** $107.70

**TOTAL DISBURSEMENTS** $1,741.12