# Exhibit B

# Summary and Description of AlixPartners' Expenses

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309


Re:     Expenses
Code:   20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 10/03/2022 | Individual Meal - James Nelson - Dinner in NYC Meetings with engagement team and external counsel (away) | 46.24 |
| 10/03/2022 | Lodging James Nelson Hyatt Hotels - New York, NY 2022-10-03 2022-10-06 -  Meetings with engagement team and external counsel (away) | 1,487.31 |
| 10/03/2022 | Taxi/Car Service James Nelson - LGA to New York, NY - Meetings with engagement team and external counsel | 50.27 |
| 10/03/2022 | Group Meal - Engagement Team James Nelson - Lunch -J. Nelson, D. Rieger-Paganis, T. Thoroddsen, A. Perrella, J. Katsigeorgis, N. LoBiondo (Away - meetings with engagement team and external counsel) | 91.44 |
| 10/03/2022 | Taxi/Car Service Thora Thoroddsen Airport to Hotel - Meetings with engagement team and external counsel (away) | 76.24 |
| 10/03/2022 | Lodging Thora Thoroddsen - Hilton Garden Inn Central - New York, NY 2022-10-03 2022-10-06 - Meetings with engagement team and external counsel | 680.66 |
| 10/03/2022 | Individual Meal - Thora Thoroddsen - Dinner - Meetings with engagement team and external counsel | 75.00 |
| 10/04/2022 | Individual Meal - James Nelson - Dinner in NYC Meetings with engagement team and external counsel (away) | 71.88 |
| 10/04/2022 | Individual Meal - James Nelson - Breakfast Meetings with engagement team and external counsel (away) | 10.89 |
| 10/04/2022 | Taxi/Car Service James Nelson NYC to NYC Meetings with engagement team and external counsel (away) | 12.35 |
| 10/04/2022 | Taxi/Car Service James Nelson NYC to NYC Meetings with engagement team and external counsel (away) | 13.12 |
| 10/04/2022 | Taxi/Car Service John Katsigeorgis Office to Home (Meetings with Engagement Team - Home Office) | 24.44 |

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:    Expenses
Code:  20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 10/04/2022 | Taxi/Car Service John Katsigeorgis Office to Home Meetings with engagement team and external counsel (away) | 24.91 |
| 10/04/2022 | Taxi/Car Service Thora Thoroddsen NYC Office to Hotel - Meetings with engagement team and external counsel (away) | 18.01 |
| 10/04/2022 | Taxi/Car Service Thora Thoroddsen Hotel to AlixPartners Office, NYC - Meetings with engagement team and external counsel (away) | 18.14 |
| 10/04/2022 | Taxi/Car Service Thora Thoroddsen Dinner to Hotel - Meetings with engagement team and external counsel (away) | 28.26 |
| 10/04/2022 | Individual Meal - Thora Thoroddsen - Breakfast - Meetings with engagement team and external counsel (away) | 12.55 |
| 10/05/2022 | Individual Meal - James Nelson - Dinner in NYC Meetings with engagement team and external counsel (away) | 53.82 |
| 10/05/2022 | Taxi/Car Service Thora Thoroddsen Hotel to NYC Office - Meetings with engagement team and external counsel (away) | 15.86 |
| 10/05/2022 | Individual Meal - Thora Thoroddsen - Dinner - Meetings with engagement team and external counsel (away) | 48.72 |
| 10/06/2022 | Taxi/Car Service James Nelson NYC to LGA Meetings with engagement team and external counsel (away) Meetings with engagement team and external counsel (away) | 68.20 |
| 10/06/2022 | Taxi/Car Service James Nelson Airport to Home Meetings with engagement team and external counsel (away) | 60.13 |
| 10/06/2022 | Taxi/Car Service Thora Thoroddsen Dinner to Hotel - Meetings with engagement team and external counsel (away) | 22.60 |
| 10/06/2022 | Taxi/Car Service Thora Thoroddsen Hotel to NYC Office - Meetings with engagement team and external counsel (away) | 11.60 |

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309


Re:     Expenses
Code:   20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 10/06/2022 | Taxi/Car Service Thora Thoroddsen MCO Airport to Home - Meetings with engagement team and external counsel (away) | 143.00 |
| 10/18/2022 | Airfare James Nelson 2022-10-19 BOS- LGA  (Meetings with Engagement Team away) | 385.96 |
| 10/19/2022 | Lodging James Nelson - Thompson Central Park, New York, NY  2022-10-19 2022-10-21 (Meetings with Engagement Team away) | 991.54 |
| 10/19/2022 | Taxi/Car Service James Nelson LGA Airport to AlixPartners' Offices (Meetings with Engagement Team away) | 63.52 |
| 10/19/2022 | Taxi/Car Service James Nelson Home to Airport (Meetings with Engagement Team away) | 50.42 |
| 10/21/2022 | Taxi/Car Service James Nelson Midtown New York to LGA Airport (Meetings with Engagement Team away)  (Meetings with Engagement Team away) | 60.81 |
| 10/21/2022 | Taxi/Car Service James Nelson Logan Airport to Home  (Meetings with Engagement Team away) | 42.94 |
| 10/25/2022 | Airfare James Nelson 2022-10-26 BOS- LGA  (Meetings with Engagement Team away) | 458.41 |
| 10/26/2022 | Lodging James Nelson The Chatwal - New York, NY  2022-10-26 2022-10-27  (Meetings with Engagement Team away) | 491.19 |
| 10/27/2022 | Parking/Tolls James Nelson  (Meetings with Engagement Team away) | 57.00 |
| 10/27/2022 | Public Transportation James Nelson  (Meetings with Engagement Team away) | 22.00 |
| 10/27/2022 | Taxi/Car Service James Nelson LGA Airport to AlixPartners' Offices (Meetings with Engagement Team away) | 75.22 |
| 10/27/2022 | Taxi/Car Service James Nelson LGA Airport to Midtown, NYC (Meetings with Engagement Team away) | 60.53 |

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:     Expenses
Code:   20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| **Total Expenses** | | **5,925.18** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Client: 20004344P00001

| **Expenses** | | **Amount** |
|---|---|---:|
| Airfare | | 844.37 |
| Ground Transportation | | 962.57 |
| Lodging | | 3,650.70 |
| Meals | | 410.54 |
| Parking & Tolls | | 57.00 |
| **Total Expenses** | **USD** | **5,925.18** |