**Exhibit A**



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

November 16, 2022

KServicing Inc - 327

**Invoice Number: 11145**
Invoice Period: 10-01-2022 - 10-31-2022

Payment Terms: Upon Receipt

**RE: Multiple Matters**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-25-2022 | Kim Steverson | Review Plan and Disclosure Statement and prepare estimates for service of solicitation packages to voting classes | 0.60 | 187.50 | 112.50 |
| 10-31-2022 | Kim Steverson | Review Disclosure Statement Motion and provide service estimates | 0.50 | 187.50 | 93.75 |
| | | | **Total** | | 206.25 |

### Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Kim Steverson | 1.10 | 187.50 | 206.25 |
| **Total** | | | 206.25 |

## Schedules and SOFA's

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-19-2022 | Luis Solorzano | Coordinate and QC Contract review and analysis re: counterparty noticing; review and verify counterparties data | 1.50 | 187.50 | 281.25 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-19-2022 | Kim Steverson | E-mail T. Thoroddsen @ AP re reviewing contracts for Schedule G | 0.20 | 187.50 | 37.50 |
| 10-19-2022 | Kim Steverson | Coordinate with Case Management and Quality Control Teams regarding contract review to obtain Counterparty addresses | 0.80 | 187.50 | 150.00 |
| 10-20-2022 | Kim Steverson | Draft instructions for contract address review | 0.30 | 187.50 | 56.25 |
| 10-20-2022 | Kim Steverson | Coordinate with Case Management and Quality Control Teams regarding contract review to obtain Counterparty addresses | 2.50 | 187.50 | 468.75 |
| 10-20-2022 | Kim Steverson | E-mail T. Thoroddsen @ AP re address reviewfor Schedule G | 0.40 | 187.50 | 75.00 |
| 10-20-2022 | Kim Steverson | Calls with T. Thoroddsen @ AP re reviewing contracts for Schedule G | 0.80 | 187.50 | 150.00 |
| 10-20-2022 | Jennifer Lizakowski | Coordinate and QC contract review for relevant counterparty information re: Schedule G | 4.20 | 150.00 | 630.00 |
| 10-20-2022 | Javon Couch | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 2.10 | 130.00 | 273.00 |
| 10-20-2022 | Marina Khan | Review contracts for relevant counterparty information re: Schedule G | 4.40 | 155.00 | 682.00 |
| 10-20-2022 | Tara Saldajeno | Review contracts for relevant counterparty information re: Schedule G | 2.40 | 95.00 | 228.00 |
| 10-20-2022 | Brittney Whitaker | Review contracts for relevant counterparty information re Schedule G | 0.50 | 175.00 | 87.50 |
| 10-20-2022 | Max Meisler | Review contracts for relevant counterparty information re Schedule G | 1.20 | 140.00 | 168.00 |
| 10-20-2022 | Luis Solorzano | Coordinate and QC Contract review and analysis re: counterparty noticing; review and verify counterparties data | 3.50 | 187.50 | 656.25 |
| 10-25-2022 | Yelena Bederman | Processing filed schedule information into claims database | 2.00 | 150.00 | 300.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-25-2022 | Yelena Bederman | Review e-mail received and respond to K. Steverson re: filed schedules information | 0.10 | 150.00 | 15.00 |
| 10-25-2022 | Anthony Roque | Processing filed schedule information into claims database | 1.80 | 125.00 | 225.00 |
| 10-25-2022 | Kim Steverson | E-mail T. Thoroddsen @ AP re obtaining schedule data for upload | 0.20 | 187.50 | 37.50 |
| 10-25-2022 | Kim Steverson | Coordinate with Data Management and QC Teams regarding processing data for Schedules D - G and preparing for Bar Date service | 1.90 | 187.50 | 356.25 |
| | | **Total** | | | 4,877.25 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Roque | 1.80 | 125.00 | 225.00 |
| Brittney Whitaker | 0.50 | 175.00 | 87.50 |
| Javon Couch | 2.10 | 130.00 | 273.00 |
| Jennifer Lizakowski | 4.20 | 150.00 | 630.00 |
| Kim Steverson | 7.10 | 187.50 | 1,331.25 |
| Luis Solorzano | 5.00 | 187.50 | 937.50 |
| Marina Khan | 4.40 | 155.00 | 682.00 |
| Max Meisler | 1.20 | 140.00 | 168.00 |
| Tara Saldajeno | 2.40 | 95.00 | 228.00 |
| Yelena Bederman | 2.10 | 150.00 | 315.00 |
| **Total** | | | 4,877.25 |

| | |
|---|---|
| **Total for this Invoice** | 5,083.50 |
| **Previous Balance** | 0.00 |
| **Total Amount to Pay** | 5,083.50 |