**<u>Exhibit A</u>**

# JONES DAY

**Atlanta Office**
1221 Peachtree Street, NE
Suite 400
Atlanta, GA  30361
**(404) 521-3939**
**Federal Identification Number: 34-0319085**

November 18, 2022                                                                                                  102496
                                                                                                      Invoice: 221607265

KServicing Corporation
925B Peachtree Street NE
Suite 1688
Atlanta, GA  30309
United States of America

For legal services rendered for the period through October 31, 2022:

|  | Hours | | Amount |
|---|---:|---|---:|
| Case Administration | 3.80 | | 3,370.00 |
| Tax Advice | 4.70 | | 5,060.00 |
| Department of Justice Investigations | 51.40 | | 39,872.50 |
| Congressional Investigation | 15.70 | | 12,192.50 |
| Federal Trade Commission Investigation | 0.50 | | 312.50 |
| Professional Retention/Fee Issues | 53.80 | | 46,145.00 |
| Total Fees | 129.90 | USD | 106,952.50 |

### Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Travel - Air Fare | 713.32 | | |
| Travel - Food and Beverage Expenses | 18.23 | | |
| Travel - Hotel Charges | 234.12 | | |
| Travel - Other Costs | 40.00 | | |
| Travel - Taxi Charges | 75.73 | | |
| Consultants and Agents Fees | 79,365.00 | | |
| | | USD | 80,446.40 ** |
| **TOTAL** | | **USD** | **187,398.90** |

Please remit payment to:
PLEASE REFERENCE 102496/221607265 WITH YOUR PAYMENT

** = Food, beverage and entertainment expense in accordance with I.R.C. Sect. 274(e)3, included in this amount is USD18.23

# JONES DAY

102496                                                            Page: 2

November 18, 2022

KServicing Corporation                   Invoice: 221607265

Timekeeper/Fee Earner Summary – October 31, 2022

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Y W Chan | Partner | 2007 | 0.50 | 1,200.00 | 600.00 |
| J M Hall | Partner | 2003 | 6.40 | 1,075.00 | 6,880.00 |
| F Lavallee | Partner | 1989 | 1.80 | 1,250.00 | 2,250.00 |
| A E Lelling | Partner | 1996 | 14.30 | 1,275.00 | 18,232.50 |
| D J Merrett | Partner | 2007 | 27.50 | 1,100.00 | 30,250.00 |
| S P Parrinello | Partner | 2008 | 0.70 | 1,225.00 | 857.50 |
| Total | | | 51.20 | | 59,070.00 |
| S J Kenny | Associate | 2013 | 1.10 | 950.00 | 1,045.00 |
| S E Morgado | Associate | 2020 | 3.80 | 550.00 | 2,090.00 |
| A Nazarenko | Associate | 2016 | 1.10 | 825.00 | 907.50 |
| I M Perez | Associate | 2016 | 1.60 | 725.00 | 1,160.00 |
| B N Wilhelm | Associate | 2017 | 41.20 | 625.00 | 25,750.00 |
| Total | | | 48.80 | | 30,952.50 |
| L C Fischer | Staff Attorney | 1996 | 25.50 | 600.00 | 15,300.00 |
| Total | | | 25.50 | | 15,300.00 |
| C L Smith | Paralegal | | 1.20 | 425.00 | 510.00 |
| Total | | | 1.20 | | 510.00 |
| D A Doell | Project Manager | | 3.20 | 350.00 | 1,120.00 |
| Total | | | 3.20 | | 1,120.00 |
| **Total** | | | **129.90** | **USD** | **106,952.50** |

# JONES DAY

102496                                               Page: 3
November 18, 2022
KServicing Corporation           Invoice: 221607265

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| **Case Administration** | | | |
| 10/04/22 | C L Smith | 0.20 | 85.00 |
| | Review and distribute docket (.10); obtain recently-filed documents and circulate same to Hall, Merrett, Perez (.10). | | |
| 10/17/22 | C L Smith | 0.30 | 127.50 |
| | Review and distribute docket (.10); obtain recently-filed documents and update electronic file management system with same (.10); update case calendar (.10). | | |
| 10/20/22 | D J Merrett | 2.60 | 2,860.00 |
| | Review and analyze filings (2.30); communicate with Lelling regarding same (.30). | | |
| 10/24/22 | C L Smith | 0.30 | 127.50 |
| | Review and distribute docket (.10); obtain recently-filed documents and update electronic file management system with same (.10); update case calendar (.10). | | |
| 10/26/22 | C L Smith | 0.30 | 127.50 |
| | Communications with Merrett regarding case administration matters (.10); communications with Clay regarding same, next steps (.20). | | |
| 10/31/22 | C L Smith | 0.10 | 42.50 |
| | Review and distribute docket. | | |
| | **Matter Total** | **3.80**    USD | **3,370.00** |
| **Tax Advice** | | | |
| 10/04/22 | S J Kenny | 0.80 | 760.00 |
| | Communicate with Klass (Forensic Risk Alliance) regarding use of W-3 information (.30); communicate with Lavallee, Conway, Parrinello, Nazarenko regarding same (.50). | | |
| 10/04/22 | A Nazarenko | 0.80 | 660.00 |
| | Reviewing the rules for the calculation of the PPP loan amounts and whether any state and local taxes can be added to the "payroll cost" amount. | | |
| 10/04/22 | S P Parrinello | 0.40 | 490.00 |
| | Review and analysis of PPP loan tax-related questions (.30); communication with A. Nazarenko regarding the same (.10). | | |
| 10/05/22 | S J Kenny | 0.30 | 285.00 |
| | Communicate with Klass (Forensic Risk Alliance) regarding use of W-3 information (.20); communicate with Lavallee, Conway, Parrinello, Nazarenko regarding same (.10). | | |
| 10/05/22 | F Lavallee | 1.80 | 2,250.00 |
| | Review and analyze tax guidance regarding IRS Form W-3 (.40); review analysis of proper use of and calculations with amounts borrowers entered into Form W-3 Boxes 17 and 19 and gross wages (.90); communicate with Kenny regarding same (.50). | | |

# JONES DAY

| | |
|---|---|
| 102496 | Page: 4 |
| | November 18, 2022 |
| KServicing Corporation | Invoice: 221607265 |

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| 10/05/22 | A Nazarenko | 0.30 | | 247.50 |

Communicate with Parrinello regarding state and local taxes in the calculation of PPP loans.

| | | | | |
|---|---|---|---|---|
| 10/05/22 | S P Parrinello | 0.30 | | 367.50 |

Communication with Nazarenko regarding PPP loan analysis.

| | | | | |
|---|---|---|---|---|
| | **Matter Total** | **4.70** | **USD** | **5,060.00** |

**Department of Justice Investigations**

| | | | |
|---|---|---|---|
| 10/04/22 | J M Hall | 2.00 | 2,150.00 |

Plan and prepare for deposition of former CFO (1.50); meeting with Pintile, Klass, Fresch (Forensic Risk Analysis) regarding tax issue (.50).

| | | | |
|---|---|---|---|
| 10/04/22 | A E Lelling | 1.20 | 1,530.00 |

Draft and revise narrative response to DOJ regarding KPMG disclosures produced in Eastern District of Texas matter (0.90); communicate with Wilhelm regarding same (.20).

| | | | |
|---|---|---|---|
| 10/04/22 | B N Wilhelm | 4.30 | 2,687.50 |

Prepare for civil investigative demand testimony of former employee (.30); communicate with Kafiti (KServicing) regarding forgiveness procedures (.60); draft and revise summary of PPP processes (2.80); draft and revise summary of PPP processes (.60).

| | | | |
|---|---|---|---|
| 10/05/22 | J M Hall | 4.00 | 4,300.00 |

Represent former CFO in criminal investigative demand deposition with DOJ.

| | | | |
|---|---|---|---|
| 10/05/22 | B N Wilhelm | 7.10 | 4,437.50 |

Prepare for (1.50) and defend (4.00) civil investigative demand deposition of former KServicing employee; review and revise notes of deposition (1.60).

| | | | |
|---|---|---|---|
| 10/06/22 | A E Lelling | 1.90 | 2,422.50 |

Communicate with Wilhelm regarding congressional, Eastern District of Texas and FTC investigations (.70); review and analyze correspondence from Eastern District of Texas civil investigative demand (.30) and Loiseau, Kafiti and Walker (all KServicing) (.20) regarding same; research regarding impact of bankruptcy on government investigations (.60); review and analyze work in process summary (.10).

| | | | |
|---|---|---|---|
| 10/06/22 | B N Wilhelm | 3.20 | 2,000.00 |

Revise and revise notes from deposition of former KServicing employee.

| | | | |
|---|---|---|---|
| 10/07/22 | J M Hall | 0.40 | 430.00 |

Telephone conference LaMacchia, Loucks, Seol (all DOJ) regarding status of investigations/settlement negotiations.

| | | | |
|---|---|---|---|
| 10/07/22 | A E Lelling | 0.90 | 1,147.50 |

Review and analyze Wilhelm deposition notes.

| | | | |
|---|---|---|---|
| 10/07/22 | B N Wilhelm | 6.50 | 4,062.50 |

Analyze documents produced to DOJ related to PPP processes and procedures (2.60); draft summary of PPP procedures in place in 2020 and 2021 for Kafiti (KServicing) (1.80); draft summary of information learned from witness interviews regarding PPP procedures for Kafiti (KServicing) (1.70); communicate with LaMacchia, Loucks, Seol (DOJ Boston) regarding Rule 408 issues (.40).

# JONES DAY

102496  Page: 5
November 18, 2022
KServicing Corporation  Invoice: 221607265

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 10/10/22 | Y W Chan | 0.50 | 600.00 |

Call with Lelling regarding case status.

| 10/10/22 | D A Doell | 0.30 | 105.00 |
|---|---|---|---|

Transmit zip file containing new client data to vendor via FTP (.10); provide vendor with instructions for processing, loading and production of documents contained with zip file. (.20).

| 10/10/22 | A E Lelling | 0.50 | 637.50 |
|---|---|---|---|

Communicate with Chan regarding status of case.

| 10/11/22 | D A Doell | 0.50 | 175.00 |
|---|---|---|---|

Download production volume from vendors FTP site (.20); review contents of production volume for accuracy (.30).

| 10/12/22 | D A Doell | 1.90 | 665.00 |
|---|---|---|---|

Revise documents for production to incorporate Bates labels and confidentiality designations (1.20); create encrypted zip files containing production documents (.30); send data to vendor via FTP with instructions for processing, loading and production (.40).

| 10/12/22 | B N Wilhelm | 2.50 | 1,562.50 |
|---|---|---|---|

Draft cover letter for production of ability-to-pay materials (.60); communicate with Doell regarding preparation of same for production (.40); review final production (.70); communicate with Pintile, Klass, Fresch (all Forensic Risk Alliance) regarding document request from DOJ (.80).

| 10/13/22 | B N Wilhelm | 2.70 | 1,687.50 |
|---|---|---|---|

Communicate with Pintile, Klass, Fresch (Forensic Risk Alliance) regarding DOJ document request (1.10); analyze production to Southern District of Florida before finalizing for transmittal to DOJ (1.60).

| 10/14/22 | D A Doell | 0.50 | 175.00 |
|---|---|---|---|

Working on document production, downloaded production volume from vendors FTP site (0.10); verified contents of production volume for accuracy (0.40).

| 10/14/22 | A E Lelling | 0.50 | 637.50 |
|---|---|---|---|

Review final production of documents to Southern District of Florida (.30); communicate with Wilhelm regarding same (.20).

| 10/14/22 | B N Wilhelm | 2.70 | 1,687.50 |
|---|---|---|---|

Review final production for Southern District of Florida (1.40); communicate with Lelling regarding same (.30); review final DOJ production of materials requested by Southern District of Florida (1.00).

| 10/17/22 | B N Wilhelm | 1.50 | 937.50 |
|---|---|---|---|

Review final production of ability-to-pay materials for DOJ (1.10); communicate with LaMacchia, Loucks, Seol (DOJ Boston) regarding same (.20).

| 10/18/22 | A E Lelling | 1.30 | 1,657.50 |
|---|---|---|---|

Communicate with Bhat, Stamm (Asst. U.S. Attorneys) regarding subpoenaed documents (.40); review and analyze materials for Southern District of Florida sentencing hearing (.50); review research on FTC investigations during bankruptcy (.40).

| 10/18/22 | B N Wilhelm | 0.50 | 312.50 |
|---|---|---|---|

Communicate with Pintile, Klass, Fresch (all Forensic Risk Alliance) and Hall regarding ability to pay.

| 10/19/22 | B N Wilhelm | 1.20 | 750.00 |
|---|---|---|---|

Communicate with Pintile, Klass, Fresch (Forensic Risk Alliance) and Kafiti (KServicing) regarding DOJ

# JONES DAY

| | |
|---|---|
| 102496 | Page: 6 |
| | November 18, 2022 |
| KServicing Corporation | Invoice: 221607265 |

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

document production and forgiveness (.80); communicate with LaMacchia, Loucks, Seol (DOJ Boston) regarding document production and collection of data underlying compensation cap and Form 940 Box 4 spreadsheet of loans (.40).

| 10/21/22 | A E Lelling | 0.90 | 1,147.50 |

Conference call with Rodriguez (McGuireWoods), Wilhelm regarding case strategy (.70); follow-up with Wilhelm and Hall regarding same (.20).

| 10/21/22 | B N Wilhelm | 0.70 | 437.50 |

Communicate with Lelling and Rodriguez (MaguireWoods) regarding Small Business Administration call.

| 10/24/22 | A E Lelling | 1.20 | 1,530.00 |

Research regarding case strategy issues (.80); review and analyze documents regarding same (.40).

| | **Matter Total** | **51.40** | USD **39,872.50** |

**Congressional Investigation**

| 10/04/22 | B N Wilhelm | 1.20 | 750.00 |

Review and analyze first-day Chapter 11 filings in connection with congressional requests.

| 10/07/22 | A E Lelling | 0.50 | 637.50 |

Conference with congressional defense common interest group (.20); further review and analysis of initial congressional requests and our responses in light of subcommittee's returning to old requests (.30).

| 10/07/22 | S E Morgado | 0.40 | 220.00 |

Communicate with Wilhelm regarding review of materials for response to congressional requests.

| 10/07/22 | B N Wilhelm | 0.90 | 562.50 |

Call with Morgado regarding review for congressional production (.40); participate in joint defense group call regarding work in process for congressional investigation (.50).

| 10/09/22 | S E Morgado | 1.70 | 935.00 |

Review and analyze documents to determine responsiveness to congressional requests.

| 10/10/22 | A E Lelling | 0.70 | 892.50 |

Communicate with Wilhelm regarding status of investigations in the bankruptcy proceedings and response to pending congressional request (.70).

| 10/10/22 | S E Morgado | 1.70 | 935.00 |

Review and analyze documents to determine responsiveness to congressional requests (1.30); draft summary of documents determined responsive to congressional requests (.40).

| 10/10/22 | B N Wilhelm | 1.60 | 1,000.00 |

Review and revise chart of potentially responsive bankruptcy filings from Morgado (.90); communicate with Lelling regarding same (.70).

| 10/11/22 | A E Lelling | 1.30 | 1,657.50 |

Review and analyze bankruptcy filings in connection with drafting congressional responses regarding financial information (.90); revisions to same (.40).

| 10/12/22 | A E Lelling | 0.90 | 1,147.50 |

Review production for subcommittee (.70); and cover letter (.20).

# JONES DAY

102496                                            Page: 7  
                                               November 18, 2022  
KServicing Corporation                             Invoice: 221607265

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 10/12/22 | B N Wilhelm | 3.40 | 2,125.00 |

Review and analyze chart regarding filings in connection with responses to congressional request (1.80); draft and revise cover letter for subcommittee production (.70); communicate with Litigation Support to prepare Subcommittee production (.40); finalize and make Subcommittee production (.50).

| | | | |
|---|---|---|---|
| 10/14/22 | B N Wilhelm | 0.10 | 62.50 |

Participate in joint defense group call regarding work in process.

| | | | |
|---|---|---|---|
| 10/21/22 | B N Wilhelm | 0.30 | 187.50 |

Participate in joint defense group call to discuss updates in investigations.

| | | | |
|---|---|---|---|
| 10/28/22 | B N Wilhelm | 0.30 | 187.50 |

Attend joint defense group call for congressional investigation to discuss updates from various companies receiving inquiries.

| | | | |
|---|---|---|---|
| 10/30/22 | A E Lelling | 0.70 | 892.50 |

Review and analyze congressional information requests in light of Chapter 11 docket (.40); summarize notes on same (.30).

| | | | | |
|---|---|---|---|---|
| | **Matter Total** | **15.70** | **USD** | **12,192.50** |

**Federal Trade Commission Investigation**

| | | | |
|---|---|---|---|
| 10/21/22 | B N Wilhelm | 0.50 | 312.50 |

Communicate with Lelling regarding coordination with other companies involved in FTC investigations.

| | | | | |
|---|---|---|---|---|
| | **Matter Total** | **0.50** | **USD** | **312.50** |

**Professional Retention/Fee Issues**

| | | | |
|---|---|---|---|
| 10/04/22 | L C Fischer | 3.80 | 2,280.00 |

Review and analyze conflict inquiry reports covering all interested parties submitted to date in conjunction with preparing the Firm's disclosure as special counsel for the debtors.

| | | | |
|---|---|---|---|
| 10/04/22 | D J Merrett | 3.50 | 3,850.00 |

Communicate with Hall (.50), Perez (.30), Clay (.30) regarding chapter 11 filing and retention issues; review and revise draft retention application (2.30); communicate with Suarez (Weil) regarding same (.10).

| | | | |
|---|---|---|---|
| 10/04/22 | I M Perez | 1.30 | 942.50 |

Communications with Smith, Merrett regarding first day filings (.20); review first day filings (.70); revise Jones Day retention application (.40).

| | | | |
|---|---|---|---|
| 10/05/22 | L C Fischer | 2.30 | 1,380.00 |

Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's disclosure as special counsel.

| | | | |
|---|---|---|---|
| 10/07/22 | L C Fischer | 4.20 | 2,520.00 |

Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's disclosure as special counsel.

# JONES DAY

102496                                                                                                                                         Page: 8  
                                                                                                                                        November 18, 2022  
KServicing Corporation                                                                             Invoice: 221607265

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 10/07/22 | D J Merrett | 1.70 | 1,870.00 |
| | Review and revise retention application (1.30); communicate with May (.30), Hall (.10) regarding same. | | |
| 10/10/22 | L C Fischer | 8.50 | 5,100.00 |
| | Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the Firm's disclosure as special counsel (7.00); draft disclosure documents for same (1.50). | | |
| 10/10/22 | D J Merrett | 3.90 | 4,290.00 |
| | Review and revise retention application (2.10); communicate with Lelling regarding same (.20); communicate with Clay (.30), Fischer (.20) regarding same; review and analyze prior invoices and billing information in connection with same (1.10). | | |
| 10/11/22 | L C Fischer | 6.70 | 4,020.00 |
| | Draft and revise disclosure documents regarding the Firm's retention as special counsel (4.20); review additionally requested conflict inquiry reports for same (1.30); email communications with Firm New Matter Services regarding additional reports covering vendors (.40); email communications with Merrett regarding same (.50); additional email communications with Firm New Matter Services regarding conflict inquiry reports covering vendors (.30). | | |
| 10/11/22 | A E Lelling | 0.60 | 765.00 |
| | Review and an analyze latest draft retention application filings and exhibits. | | |
| 10/11/22 | D J Merrett | 6.70 | 7,370.00 |
| | Review and revise retention application (3.60); review and revise schedule of interested parties (.80); review and revise disclosure schedule (1.60); communicate with Fischer regarding same (.50); communicate with Lelling regarding declaration in support of same (.20). | | |
| 10/12/22 | D J Merrett | 0.50 | 550.00 |
| | Communicate with May (.20), Hall (.30) regarding retention application. | | |
| 10/14/22 | A E Lelling | 0.90 | 1,147.50 |
| | Review and analyze retention application (.60); communicate with Merrett regarding same (.30). | | |
| 10/14/22 | D J Merrett | 2.10 | 2,310.00 |
| | Review and revise retention application (1.40); communicate with Lelling (.30), Suarez (Weil) (.20) regarding same; communicate with Clay regarding same (.20). | | |
| 10/17/22 | I M Perez | 0.30 | 217.50 |
| | Review as-filed Jones Day retention application and related deadlines. | | |
| 10/19/22 | D J Merrett | 0.30 | 330.00 |
| | Communicate with DeFranceschi (RLF) regarding special counsel billing issues (.30). | | |
| 10/24/22 | A E Lelling | 0.30 | 382.50 |
| | Communicate with Wilhelm and Merrett regarding retention application and U.S. Trustee questions. | | |
| 10/24/22 | D J Merrett | 3.20 | 3,520.00 |
| | Review comments from US trustee regarding retention application (.30); communicate with Lelling (.30) Fischer (.20) regarding same; review and analyze conflict reports in connection with same (1.20); draft and revise schedule of timekeepers in connection with same (.90); communicate with Lelling, Wilhelm regarding same (.30). | | |
| 10/25/22 | D J Merrett | 2.10 | 2,310.00 |
| | Communicate with Wilhelm regarding US Trustee comments to retention application (.20); communicate | | |

## JONES DAY

| | |
|---|---|
| 102496 | Page: 9 |
| | November 18, 2022 |
| KServicing Corporation | Invoice: 221607265 |

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

with Schepacarter (US Trustee) regarding same (.50); draft and revise supplemental declaration in connection with same (1.20); communicate with Suarez (Weil) regarding same (.20).

| 10/26/22 | D J Merrett | 0.30 | 330.00 |

Review Weil comments to supplemental declaration to retention application (.20); communicate with Suarez (Weil) regarding same (10).

| 10/31/22 | D J Merrett | 0.60 | 660.00 |

Review and analyze revised form of retention order (.30); communicate with Suarez (Weil) (.10), Lelling (.20) regarding same.

| **Matter Total** | | **53.80** | USD | **46,145.00** |