**<u>Exhibit B</u>**

# JONES DAY

| | |
|---|---|
| 102496 | Page: 10 |
| | November 18, 2022 |
| KServicing Corporation | Invoice: 221607265 |

## Disbursement Detail

*Date*          *Timekeeper/Fee Earner Name*                         *Location*     *Amount*        *Total*

**Case Administration**

**TRAVEL - AIR FARE**

10/20/22        B N Wilhelm                                          CLE            600.77
   Vendor: Brittany N Wilhelm Invoice#: 5474011110201216 Date: 10/20/2022   -  - Airfare Vendor: Lawyers' Travel Service; Invoice#: 10/06/2022; Date: 10/6/2022 - LTS Weekly file 10/06/2022 - WILHELM BRITTANY N; INVOICE:09/28/2022;TICKET:7792390089;DEPARTURE:10/04/2022;ROUTE:CLE ATL CLE;102496.000001;ARRIVAL/RETURN:10/05/2022;PNR LOCATOR:YNNTBI

10/20/22        B N Wilhelm                                          CLE            112.55
   Vendor: Brittany N Wilhelm Invoice#: 5474011110201216 Date: 10/20/2022   -  - Airfare Vendor: Lawyers' Travel Service; Invoice#: 10/13/2022; Date: 10/13/2022 - LTS Weekly file 10/13/2022 - WILHELM BRITTANY N; INVOICE:10/03/2022;TICKET:7793129073;DEPARTURE:10/04/2022;ROUTE:CLE ATL CLE;102496.000001;ARRIVAL/RETURN:10/05/2022;PNR LOCATOR:YNNTBI

**Travel - Air Fare Subtotal**                                                                      **713.32**

**TRAVEL - FOOD AND BEVERAGE EXPENSES**

10/13/22        B N Wilhelm                                          CLE            18.23
   Vendor: Brittany N Wilhelm Invoice#: 5450822110131216 Date: 10/13/2022   -  - Lunch Meal for witness (former CFO of KServicing)

**Travel - Food and Beverage Expenses Subtotal**                                                    **18.23**

**TRAVEL - HOTEL CHARGES**

10/13/22        B N Wilhelm                                          CLE            234.12
   Vendor: Brittany N Wilhelm Invoice#: 5450822110131216 Date: 10/13/2022   -  - Lodging Eidson depo

**Travel - Hotel Charges Subtotal**                                                                 **234.12**

**TRAVEL - TAXI CHARGES**

10/13/22        B N Wilhelm                                          CLE            34.75
   Vendor: Brittany N Wilhelm Invoice#: 5450822110131216 Date: 10/13/2022   -  - Taxi Eidson depo

10/13/22        B N Wilhelm                                          CLE            40.98
   Vendor: Brittany N Wilhelm Invoice#: 5450822110131216 Date: 10/13/2022   -  - Taxi office to airport

**Travel - Taxi Charges Subtotal**                                                                  **75.73**

**TRAVEL - OTHER COSTS**

10/13/22        B N Wilhelm                                          CLE            40.00
   Vendor: Brittany N Wilhelm Invoice#: 5457676710131216 Date: 10/13/2022   -  - Parking Cleveland Hopkins airport - Eidson depo

**Travel - Other Costs Subtotal**                                                                   **40.00**
**CONSULTANTS AND AGENT FEES -** Vendor: Forensic Risk Alliance Inc.                                79,365.00
    **Matter Total**                                                   **USD**  **80,446.40**