**Exhibit C**

NAI-1534294514v5



**Forensic Risk Alliance Inc.**
**2550 M Street NW**
**Washington, DC 20037**
United States

**INVOICE TO:**

| | | |
|---|---|---|
| Jones Day | KServicing Corp | **SALES INVOICE:** |
| Attn: Andrew E. Leiling | Att: Holly Loiseau | US125_0009 |
| 100 High Street | 730 Peachtree Street NE, Suite 1100 | Thursday, November 10, 2022 |
| Boston, MA 02210-1781 | Atlanta, GA 30308 | In case of query, |
| | | Tel: +1 (202) 627-6580 |

Service period: October 1 - 31, 2022    areceivable@forensicrisk.com

## Review of $100k salary loans
### Consulting Summary

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Ash Klass | 2.75 | 660.00 | 1,815.00 |
| Ruth Ellen Pintilie | 0.75 | 660.00 | 495.00 |
| **Total** | **3.50** | | **$2,310.00** |

## Ability to Pay
### Consulting Summary

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Ash Klass | 2.50 | 660.00 | 1,650.00 |
| **Total** | **2.50** | | **$1,650.00** |

## Review of 940 Loans
### Consulting Summary

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Yishi Huang | 0.50 | 525.00 | 262.50 |
| **Total** | **0.50** | | **$262.50** |

www.forensicrisk.com
UK | US | France | Switzerland| UAE



**Loan Forgiveness Review**
**Consulting Summary**

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Stacy Fresch | 16.25 | 820.00 | 13,325.00 |
| Ash Klass | 52.00 | 660.00 | 34,320.00 |
| Ruth Ellen Pintilie | 94.75 | 660.00 | 62,535.00 |
| Guilherme Montassier | 2.50 | 525.00 | 1,312.50 |
| Yishi Huang | 28.00 | 525.00 | 14,700.00 |
| Megan Hickey | 102.75 | 420.00 | 43,155.00 |
| **Total** | **296.25** | | **$169,347.50** |

| | |
|---|---|
| **Grand Total** | **$173,570.00** |
| **September Prepayment** | **($61,465.00)** |
| **October Prepayment** | **($32,740.00)** |
| **TOTAL DUE WITHIN 30 DAYS** | **$79,365.00** |

Remit Funds To:

HSBC Bank USA, N.A.

452 Fifth Ave New York NY 10018

Account: Forensic Risk Alliance Inc.

Routing No: 021001088

Account No: 000287474 (US Dollar Account)

Swift: MRMDUS33

*NOTICE: This invoice is subject to FRA's standard terms and conditions of sale or to the terms and conditions contained in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 2% per month, or as indicated in a written agreement between the parties.  This statement does not supercede any written contractual terms of sale.*