**Exhibit A**

**Detailed Description of Services**

# **EXHIBIT A**

# **DETAILED DESCRIPTION OF SERVICES**

**GT GreenbergTraurig**

Invoice No. : 1000134782<br>
File No.     : 210757.010100<br>
Bill Date    : November 7, 2022

Kabbage, Inc.
925B Peachtree Street, NE
Suite 383
FULTON-GA
Tax ID / EIN: 36-4973937
Atlanta, GA  30309

# INVOICE

Re:  Representing Board of Directors

<u>Legal Services through October 31, 2022</u>:

|  |  |  |
|---|---|---|
| Case Administration: | $ | 5,921.50 |
| Employment and Fee Applications: | $ | 34,220.00 |
| Board and Corporate Governance: | $ | 37,559.00 |
| Court Hearings: | $ | 6,903.50 |
| **Total Fees:** | $ | 84,604.00 |

<u>Expenses</u>:

| | | |
|---|---|---|
| Service Company Charges | 328.24 | |
| Information and Research | 83.01 | |
| Total Expenses: | $ | 411.25 |
| **Current Invoice**: | $ | **85,015.25** |

DVK:SC
Tax ID:  13-3613083

**GT GreenbergTraurig**

|  | Invoice No. : | 1000134782 |
|---|---|---|
|  | File No.    : | 210757.010100 |

Note:  Payment is Due 30 Days from Date of Invoice

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:             WELLS FARGO BANK
ABA #:            121000248

**For ACH Instructions:**
Bank:             WELLS FARGO BANK
ABA#              063107513

CREDIT TO:        GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:        2000014648663
**PLEASE**
**REFERENCE:**    **CLIENT NAME:**         KSERVICING
                  **FILE NUMBER:**         210757.010100
                  **INVOICE NUMBER:**      1000134782*
                  **BILLING**
                  **PROFESSIONAL:**        David B. Kurzweil

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769

Wire fees may be assessed by your bank.
* **If paying more than one invoice, please reference all invoice numbers in wiring instructions.**

DVK:SC
Tax ID:  13-3613083

| Invoice No.: | 1000134782 | Page 1 |
| Matter No.:  | 210757.010100 | |

Description of Professional Services Rendered:

TASK CODE:    KS001    CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/03/22 | Dennis A. Meloro | Review and comment on draft notice of appearance | 0.10 | 125.50 |
| 10/03/22 | Dennis A. Meloro | Review petition filing; email to GT group regarding same | 0.10 | 125.50 |
| 10/05/22 | Sandy Bratton | Work on Notice of Appearance and Motion for Admission Pro Hac Vice for D. Kurzweil, B. Greer and M. Petrie (.9); confer with D. Meloro, B. Greer and M. Petrie regarding same (.4); electronically file same with Court (.4) | 1.70 | 739.50 |
| 10/05/22 | Dennis A. Meloro | Review GT pro hac motions (3) for filing | 0.10 | 125.50 |
| 10/05/22 | Dennis A. Meloro | Review notice of appearance for filing | 0.10 | 125.50 |
| 10/06/22 | Sandy Bratton | Review docket and numerous Notices of Hearing, Affidavits, Motions and Orders and update case records | 0.60 | 261.00 |
| 10/07/22 | Sandy Bratton | Review docket and numerous Orders and Notices of Hearing and update case records (.5); update case calendar and Calendar of Events Summary (.6) | 1.10 | 478.50 |
| 10/13/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.2); update case calendar and Calendar of Events Summary (.2) | 0.40 | 174.00 |
| 10/14/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.2); update case calendar and Calendar of Events Summary (.2) | 0.40 | 174.00 |
| 10/18/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.3); update case calendar and Calendar of Events Summary (.2) | 0.50 | 217.50 |
| 10/19/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.2); update case calendar and Calendar of Events Summary (.1) | 0.30 | 130.50 |
| 10/25/22 | Sandy Bratton | Review docket and numerous recently filed Certificates of No Objection, Certifications of Counsel, Orders, Supplements, Motions, multiple Schedules and Statements of Financial Affairs and miscellaneous pleadings filed over several days and update case records (1.4); update case calendar and Calendar of Events Summary (.9) | 2.30 | 1,000.50 |
| 10/26/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.5); update case | 1.20 | 522.00 |

Invoice No.:  1000134782  Page 2
Matter No.:  210757.010100

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | calendar and Calendar of Events Summary (.7) | | |
| 10/27/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.3); update case calendar and Calendar of Events Summary (.4) | 0.70 | 304.50 |
| 10/28/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.7); update case calendar and Calendar of Events Summary (.4) | 1.10 | 478.50 |
| 10/28/22 | Tony W. Clark | Review court papers and correspondence | 0.60 | 939.00 |
| | | Total Hours: | 11.30 | |
| | | Total Amount: | | $ 5,921.50 |

TIMEKEEPER SUMMARY FOR TASK CODE KS001,

    CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Dennis A. Meloro | 0.40 | 1,255.00 | 502.00 |
| Tony W. Clark | 0.60 | 1,565.00 | 939.00 |
| Sandy Bratton | 10.30 | 435.00 | 4,480.50 |
| Totals: | 11.30 | 524.03 | $ 5,921.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000134782 | | | Page 3 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:     KS003     EMPLOYMENT AND FEE APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/03/22 | Brian E. Greer | Review and revise retention papers; emails regarding same; review precedent | 1.50 | 1,687.50 |
| 10/03/22 | Dennis A. Meloro | Call with S. Bratton regarding GT retention application | 0.20 | 251.00 |
| 10/04/22 | Sandy Bratton | Research regarding parties in interest, disclosures and representations to be made in retention application (3.7); work on retention application and supporting declaration and exhibits (2.2); confer with D. Kurzweil, B. Greer and M. Petrie regarding same (.6) | 6.50 | 2,827.50 |
| 10/04/22 | David B. Kurzweil | Review and comment on GT retention application | 0.80 | 1,232.00 |
| 10/04/22 | Matthew A. Petrie | Revise application to employ Greenberg Traurig as special counsel to the board and declarations in support | 2.00 | 1,740.00 |
| 10/05/22 | Sandy Bratton | Continued research regarding parties in interest, disclosures and representations to be made in retention application (.4); work on retention application and supporting declaration and exhibits (.3); confer with D. Kurzweil, D. Meloro and M. Petrie regarding same (.3) | 1.00 | 435.00 |
| 10/05/22 | Brian E. Greer | Review retention application revisions; review filed pleadings | 0.90 | 1,012.50 |
| 10/05/22 | David B. Kurzweil | Coordinate review of firm clients for retention application declaration (.3); review of first day pleadings (.5) | 0.80 | 1,232.00 |
| 10/05/22 | Dennis A. Meloro | Review draft GT retention application | 0.50 | 627.50 |
| 10/05/22 | Matthew A. Petrie | Attention to declaration in support of retention application and supporting exhibits (2.0); review and revise application (1.2) | 3.20 | 2,784.00 |
| 10/06/22 | Sandy Bratton | Continued research regarding parties in interest, disclosures and representations to be made in retention application (.6); confer with D. Kurzweil and N. Fenili regarding same (.9); update draft retention application and supporting declaration and exhibits (.4); prepare and circulate email to all firm attorneys requesting disclosure information as required by applicable retention rules (.3); review responses for incorporation into retention application (.2); confer with D. Kurzweil, D. Meloro and M. Petrie regarding same (.7) | 3.10 | 1,348.50 |
| 10/06/22 | David B. Kurzweil | Work on retention application | 0.50 | 770.00 |

| Invoice No.: | 1000134782 | | | | Page 4 |
| Matter No.: | 210757.010100 | | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/06/22 | David B. Kurzweil | Review and comment on GT retention application | 0.50 | 770.00 |
| 10/06/22 | Matthew A. Petrie | Revise application to employ Greenberg Traurig and exhibits thereto | 2.00 | 1,740.00 |
| 10/07/22 | Sandy Bratton | Work on revised retention application, disclosures and exhibits (1.6); confer with M. Petrie and S. Wilson regarding same (.5) | 2.10 | 913.50 |
| 10/07/22 | Matthew A. Petrie | Review schedules to retention application (1.0); review and revise application (1.3) | 2.30 | 2,001.00 |
| 10/08/22 | Sandy Bratton | Work on finalizing Greenberg Retention Application draft and related Declaration and Exhibits | 0.70 | 304.50 |
| 10/10/22 | David B. Kurzweil | Review and comment on retention application | 0.40 | 616.00 |
| 10/10/22 | Matthew A. Petrie | Attention to revised retention application | 0.80 | 696.00 |
| 10/12/22 | David B. Kurzweil | Review of comments to retention application | 0.30 | 462.00 |
| 10/12/22 | Matthew A. Petrie | Review and finalize application to employ Greenberg Traurig | 1.40 | 1,218.00 |
| 10/14/22 | David B. Kurzweil | Review and comment on retention application | 0.20 | 308.00 |
| 10/14/22 | Matthew A. Petrie | Draft and revise company declaration in support of application to retain Greenberg Traurig (1.2); finalize application (.5) | 1.70 | 1,479.00 |
| 10/17/22 | Tony W. Clark | Review GT retention application | 0.40 | 626.00 |
| 10/24/22 | David B. Kurzweil | Review of Trustee request for additional information for retention application (.2); coordinate additional information (.2) | 0.40 | 616.00 |
| 10/24/22 | Dennis A. Meloro | Email and call from D. Kurzweil regarding UST comments to GT retention | 0.10 | 125.50 |
| 10/25/22 | Dennis A. Meloro | Emails with S. Bratton regarding GT retention, UST comments to same | 0.20 | 251.00 |
| 10/26/22 | Sandy Bratton | Review U.S. Trustee comments to retention application (.3); confer with D. Kurzweil and D. Meloro regarding same (.8); research and preparation of response to US Trustee comments (.7) | 1.80 | 783.00 |
| 10/26/22 | Dennis A. Meloro | Review UST response to GT retention application (.1); prepare reply to same (.4) | 0.50 | 627.50 |
| 10/26/22 | Matthew A. Petrie | Review interim compensation procedures and correspondence with D. Kurzweil and S. Bratton regarding same | 0.20 | 174.00 |
| 10/27/22 | Sandy Bratton | Continued research and preparation of response to US Trustee comments (.9); confer with D. Kurzweil and D. Meloro regarding same (.4) | 1.30 | 565.50 |
| 10/27/22 | Dennis A. Meloro | Review revised proposed GT retention order and comment on same (.2); review and comment on proposed reply to UST inquiry (.3); call with D. Kurzweil regarding same (.1) | 0.60 | 753.00 |
| 10/28/22 | Sandy Bratton | Review additional comments received to | 1.50 | 652.50 |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| | | proposed order for retention application (.3); confer with D. Kurzweil, D. Meloro and M. Petrie regarding same (.4); prepare revised order and emails to Weil Gotshal regarding same (.8) | | |
| 10/28/22 | David B. Kurzweil | Review of information in response to US Trustee request (.3); conference with Weil regarding updated retention pleadings (.2); emails regarding updated retention pleadings (.2) | 0.70 | 1,078.00 |
| 10/28/22 | Dennis A. Meloro | Call with D. Kurzweil regarding revisions to GT retention order | 0.10 | 125.50 |
| 10/28/22 | Matthew A. Petrie | Attention to U.S. Trustee comments to retention application | 0.20 | 174.00 |
| 10/31/22 | Sandy Bratton | Prepare Supplemental Declaration of David Kurzweil pursuant to U.S. Trustee comments to Application to Retain Greenberg Traurig (1.3); confer with D. Kurzweil, D. Meloro, M. Petrie and Debtors' counsel regarding same (.6) | 1.90 | 826.50 |
| 10/31/22 | Dennis A. Meloro | Review and comment on supplemental declaration in support of GT retention | 0.10 | 125.50 |
| 10/31/22 | Matthew A. Petrie | Review and revise supplemental declaration in support of retention and confer with S. Bratton regarding same | 0.30 | 261.00 |

Total Hours: 43.70

Total Amount: $ 34,220.00

TIMEKEEPER SUMMARY FOR TASK CODE KS003,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
| --- | --- | --- | --- |
| Brian E. Greer | 2.40 | 1,125.00 | 2,700.00 |
| David B. Kurzweil | 4.60 | 1,540.00 | 7,084.00 |
| Dennis A. Meloro | 2.30 | 1,255.00 | 2,886.50 |
| Matthew A. Petrie | 14.10 | 870.00 | 12,267.00 |
| Tony W. Clark | 0.40 | 1,565.00 | 626.00 |
| Sandy Bratton | 19.90 | 435.00 | 8,656.50 |
| Totals: | 43.70 | 783.07 | $ 34,220.00 |

| Invoice No.: | 1000134782 | | | Page 6 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:    KS005    BOARD AND CORPORATE GOVERNANCE

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
| --- | --- | --- | --- | --- |
| 10/04/22 | Sandy Bratton | Confer with D. Kurzweil and L. Milner regarding access to documents uploaded in box.com | 0.20 | 87.00 |
| 10/04/22 | Tony W. Clark | Review correspondence; telephone conference with D. Kurzweil | 0.60 | 939.00 |
| 10/04/22 | David B. Kurzweil | Review and comment on communication plan | 0.30 | 462.00 |
| 10/04/22 | David B. Kurzweil | Review of board minutes (.4); conference with board members (.5); email to board (.1) | 1.00 | 1,540.00 |
| 10/05/22 | Sandy Bratton | Review docket and First Day pleadings and update case records (.9); update case calendar (.2) | 1.10 | 478.50 |
| 10/06/22 | Sandy Bratton | Participate in telephonic Board of Directors meeting with D. Kurzweil and representatives from Weil Gotshal and AlixPartners | 0.50 | 217.50 |
| 10/06/22 | Sandy Bratton | Participate in strategy call with D. Kurzweil and members of Board of Directors | 0.50 | 217.50 |
| 10/06/22 | David B. Kurzweil | Participate in conference call with board of directors (.5); participate in conference call with Wiel and board of directors (.8) | 1.30 | 2,002.00 |
| 10/06/22 | David B. Kurzweil | Review of bankruptcy pleadings | 0.30 | 462.00 |
| 10/06/22 | Matthew A. Petrie | Conference with board | 0.50 | 435.00 |
| 10/06/22 | Matthew A. Petrie | Review board materials in preparation for first day hearing | 0.40 | 348.00 |
| 10/10/22 | David B. Kurzweil | Review of emails and update on department of justice investigation | 0.40 | 616.00 |
| 10/11/22 | David B. Kurzweil | Review of board minutes | 0.40 | 616.00 |
| 10/12/22 | David B. Kurzweil | Review of emails regarding personnel and executives | 0.30 | 462.00 |
| 10/12/22 | David B. Kurzweil | Conference with board members | 0.40 | 616.00 |
| 10/12/22 | David B. Kurzweil | Conference with Weil regarding board meeting | 0.50 | 770.00 |
| 10/13/22 | Sandy Bratton | Participate in strategy call with D. Kurzweil and members of Board of Directors | 0.50 | 217.50 |
| 10/13/22 | Sandy Bratton | Participate in telephonic Board of Directors meeting with D. Kurzweil and representatives from Weil Gotshal and AlixPartners | 1.00 | 435.00 |
| 10/13/22 | Brian E. Greer | Review board presentation | 0.80 | 900.00 |
| 10/13/22 | David B. Kurzweil | Preparation for and conference with board members (.8); conference with Weil and board members (1.0); review of board materials regarding status (.7) | 2.50 | 3,850.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000134782 | | | Page 7 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/13/22 | Matthew A. Petrie | Review draft board minutes | 0.70 | 609.00 |
| 10/14/22 | Sandy Bratton | Participate in conference call with Board members and D. Kurzweil regarding case status and further handling | 0.50 | 217.50 |
| 10/14/22 | David B. Kurzweil | Conference with board members (.5); review of board emails (.2); review of information from Alix for board meeting (.3) | 1.00 | 1,540.00 |
| 10/17/22 | Matthew A. Petrie | Review plan of liquidation | 0.40 | 348.00 |
| 10/17/22 | Matthew A. Petrie | Attention to board minutes and correspondence regarding same | 0.30 | 261.00 |
| 10/18/22 | Brian E. Greer | Telephone call with Cleary regarding cash collateral | 0.40 | 450.00 |
| 10/18/22 | Dennis A. Meloro | Call from S. Bratton regarding schedules and statements | 0.10 | 125.50 |
| 10/19/22 | Brian E. Greer | Telephone call with D. Kurzweil regarding cash collateral | 0.20 | 225.00 |
| 10/19/22 | David B. Kurzweil | Review of board materials for board meeting (1.1); preparation for board meeting (.3) | 1.40 | 2,156.00 |
| 10/19/22 | David B. Kurzweil | Review of cash collateral issues for board presentation and approval (.4); review of board emails (.3) | 0.70 | 1,078.00 |
| 10/20/22 | Sandy Bratton | Participate in telephonic Board meeting with D. Kurzweil and Board members | 0.50 | 217.50 |
| 10/20/22 | Sandy Bratton | Participate in telephonic Board meeting with Weil Gotshal and AlixPartners teams, Board members and D. Kurzweil regarding case status and strategy for further handling | 1.60 | 696.00 |
| 10/20/22 | Brian E. Greer | Review board materials; emails regarding CUBI settlement; review same | 1.80 | 2,025.00 |
| 10/20/22 | David B. Kurzweil | Participate in board meeting regarding status and further handling (1.2); conference with board members (.3); preparation for and participate in board pre-meeting (.7) | 2.20 | 3,388.00 |
| 10/20/22 | Matthew A. Petrie | Review draft cash collateral order | 0.80 | 696.00 |
| 10/21/22 | David B. Kurzweil | Review of information and documents produced to board; review of emails from board | 1.10 | 1,694.00 |
| 10/21/22 | Matthew A. Petrie | Analyze draft plan | 0.30 | 261.00 |
| 10/25/22 | David B. Kurzweil | Review of schedules and statements of financial affairs (.5); review of CUBI settlement approved by board (.4) | 0.90 | 1,386.00 |
| 10/26/22 | Brian E. Greer | Review board materials | 0.60 | 675.00 |
| 10/27/22 | Sandy Bratton | Participate in telephonic Board meeting with D. Kurzweil and Board members | 0.50 | 217.50 |
| 10/27/22 | Sandy Bratton | Participate in telephonic Board meeting with Weil Gotshal and AlixPartners teams, Board members and D. Kurzweil regarding case and status update | 0.80 | 348.00 |
| 10/27/22 | David B. Kurzweil | Review of board materials for board meeting (.4); participate in pre-meeting | 1.90 | 2,926.00 |

| Invoice No.: | 1000134782 | | | Page 8 |
| --- | --- | --- | --- | --- |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

| | | | | |
| --- | --- | --- | --- | --- |
| 10/31/22 | Matthew A. Petrie | with board members (.5); preparation for and participate in board meeting with company counsel (.8); review of emails regarding status and further handling (.2) Review draft board minutes | 0.40 | 348.00 |
| | | Total Hours: | 32.60 | |
| | | Total Amount: | | $ 37,559.00 |

TIMEKEEPER SUMMARY FOR TASK CODE KS005,

BOARD AND CORPORATE GOVERNANCE

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
| --- | --- | --- | --- |
| Brian E. Greer | 3.80 | 1,125.00 | 4,275.00 |
| David B. Kurzweil | 16.60 | 1,540.00 | 25,564.00 |
| Dennis A. Meloro | 0.10 | 1,255.00 | 125.50 |
| Matthew A. Petrie | 3.80 | 870.00 | 3,306.00 |
| Tony W. Clark | 0.60 | 1,565.00 | 939.00 |
| Sandy Bratton | 7.70 | 435.00 | 3,349.50 |
| Totals: | 32.60 | 1,152.12 | $ 37,559.00 |

Invoice No.:     1000134782                                                                                          Page  9
Matter No.:      210757.010100

Description of Professional Services Rendered

TASK CODE:        KS007      COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/04/22 | Dennis A. Meloro | Review/circulate first day hearing agenda | 0.10 | 125.50 |
| 10/05/22 | Sandy Bratton | Assist in preparation for First Day hearing (1.6); confer with D. Kurzweil, M. Petrie and R. Zerbe regarding same (.5) | 2.10 | 913.50 |
| 10/06/22 | Tony W. Clark | Prepare/participate in zoom hearing; review correspondence and court papers | 1.40 | 2,191.00 |
| 10/06/22 | David B. Kurzweil | Review of pleadings and attend first day hearings | 1.40 | 2,156.00 |
| 10/06/22 | Matthew A. Petrie | Attend first day hearing | 1.60 | 1,392.00 |
| 10/24/22 | Dennis A. Meloro | Review 10/26 hearing agenda | 0.10 | 125.50 |

                                                                   Total Hours:     6.70

                                                                   Total Amount:    $ 6,903.50

TIMEKEEPER SUMMARY FOR TASK CODE KS007,

    COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 1.40 | 1,540.00 | 2,156.00 |
| Dennis A. Meloro | 0.20 | 1,255.00 | 251.00 |
| Matthew A. Petrie | 1.60 | 870.00 | 1,392.00 |
| Tony W. Clark | 1.40 | 1,565.00 | 2,191.00 |
| Sandy Bratton | 2.10 | 435.00 | 913.50 |
| Totals: | 6.70 | 1,030.37 | $ 6,903.50 |

| Invoice No.: | 1000134782 | | Page 10 |
| --- | --- | --- | --- |
| Matter No.: | 210757.010100 | | |

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
| --- | ---: | ---: | ---: |
| Brian E. Greer | 6.20 | 1,125.00 | 6,975.00 |
| David B. Kurzweil | 22.60 | 1,540.00 | 34,804.00 |
| Dennis A. Meloro | 3.00 | 1,255.00 | 3,765.00 |
| Matthew A. Petrie | 19.50 | 870.00 | 16,965.00 |
| Tony W. Clark | 3.00 | 1,565.00 | 4,695.00 |
| Sandy Bratton | 40.00 | 435.00 | 17,400.00 |
| Totals: | 94.30 | 897.18 | $ 84,604.00 |