**Exhibit B**

**Detailed Description of Expenses**

# **EXHIBIT B**

# **DETAILED DESCRIPTION OF EXPENSES**

*ACTIVE 683502390v1*

| Invoice No.: | 1000134782 | Page 11 |
|---|---|---|
| Re: | Representing Board of Directors | |
| Matter No.: | 210757.010100 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/15/22 | VENDOR: CT Corporation (6522) ACH INVOICE#: 24570002-RI DATE: 9/15/2022<br>Order 14540030; RE Kabbage, Inc. (DE) - services and disbursements | $ 328.24 |
| 09/26/22 | VENDOR: LexisNexis - ACH INVOICE#: 3094078331 DATE: 9/30/2022<br>Lexis Charges:Period September 09/01/22 - 09/30/22 | $ 83.01 |
| | Total Expenses: | $ 411.25 |