**Exhibit B**



Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

Tax I.D. No.: 51-0226371

December 2, 2022
Invoice 671515

Page 1
Client #  767622
Matter # 225120

For disbursements incurred through October 31, 2022

relating to  Representation in a potential chapter 11 case

OTHER CHARGES:

| | |
|---|---:|
| Court Reporter Services | $514.75 |
| Document Retrieval | $231.70 |
| Electronic Legal Research | $1,073.30 |
| Filing Fees/Court Costs | $100.00 |
| Photocopying/Printing | $26.30 |
| Photocopying/Printing - outside vendor | $659.30 |
| Other Charges | $2,605.35 |

**TOTAL DUE FOR THIS INVOICE** **$2,605.35**

**TOTAL DUE FOR THIS MATTER** **$2,605.35**

■ ■ ■

One Rodney Square  ■  920 North King Street  ■  Wilmington, DE 19801  ■  Phone: 302-651-7700  ■  Fax: 302-651-7701

www.rlf.com

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308  

December 2, 2022  
Invoice 671515  
Page 84  
Client #  767622

Client: Kabbage, Inc.

Matter: Representation in a potential chapter 11 case  
Case Administration  
Creditor Inquiries  
Meeting  
Executory Contracts/Unexpired Leases  
Automatic Stay/Adequate Protection  
Plan of Reorganization/Disclosure Statement  
Use, Sale of Assets  
Cash Collateral/DIP Financing  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Employee Issue  
Tax Issues  
Litigation/Adversary Proceedings  
RLF Retention  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others  
Utilities  
Insurance

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 09/12/22 | PACER | | DOCRETRIEV |
| | Amount = | $2.30 | |
| 09/12/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.70 | |
| 09/12/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.80 | |
| 09/12/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.90 | |

| | |
|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | December 2, 2022<br>Invoice 671515<br>Page 85<br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 09/12/22 | PACER | Amount =  $1.20 | DOCRETRI |
| 09/12/22 | PACER | Amount =  $0.50 | DOCRETRI |
| 09/12/22 | PACER | Amount =  $1.30 | DOCRETRI |
| 09/12/22 | PACER | Amount =  $2.40 | DOCRETRI |
| 09/12/22 | PACER | Amount =  $1.50 | DOCRETRI |
| 09/12/22 | PACER | Amount =  $0.60 | DOCRETRI |
| 09/12/22 | PACER | Amount =  $0.70 | DOCRETRI |
| 09/12/22 | PACER | Amount =  $1.30 | DOCRETRI |
| 09/12/22 | PACER | Amount =  $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount =  $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount =  $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount =  $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount =  $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount =  $2.40 | DOCRETRI |
| 10/03/22 | PACER | Amount =  $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount =  $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount =  $3.00 | DOCRETRI |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA 30308

December 2, 2022  
Invoice 671515  
Page 86  
Client # 767622

| Date | Description | | Code |
|---|---|---|---|
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $2.30 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.30 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA 30308  

December 2, 2022  
Invoice 671515  
Page 87  
Client # 767622

| Date | Description | | Code |
|---|---|---|---|
| 10/03/22 | PACER | Amount = $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.60 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.30 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $1.30 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $3.00 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.70 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.30 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.10 | DOCRETRI |
| 10/03/22 | PACER | Amount = $0.10 | DOCRETRI |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | December 2, 2022<br>Invoice 671515<br>Page 88<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 10/03/22 | PACER | DOCRETRI |
| | Amount =   $0.10 | |
| 10/04/22 | PARCELS INC: 989600 | DUPOUT |
| | Amount =   $511.20 | |
| 10/04/22 | AMERICAN EXPRESS: USDC - DE MLM | FLFEE |
| | Amount =   $100.00 | |
| 10/04/22 | Docket Search | ELEGALRE |
| | Amount =   $25.00 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $0.30 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $3.00 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $12.10 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $0.10 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $3.00 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $0.10 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $0.90 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $0.20 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $0.90 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $3.00 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $5.30 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $0.20 | |
| 10/04/22 | PACER | DOCRETRI |
| | Amount =   $0.40 | |

Kabbage, Inc.  
Attn:  Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308  

December 2, 2022  
Invoice 671515  
Page 89  

Client #  767622  

| Date | Description | Amount | Code |
|---|---|---|---|
| 10/04/22 | PACER | Amount = $0.40 | DOCRETRI |
| 10/04/22 | PACER | Amount = $0.50 | DOCRETRI |
| 10/04/22 | PACER | Amount = $0.40 | DOCRETRI |
| 10/04/22 | PACER | Amount = $2.00 | DOCRETRI |
| 10/04/22 | PACER | Amount = $0.10 | DOCRETRI |
| 10/04/22 | PACER | Amount = $0.30 | DOCRETRI |
| 10/04/22 | PACER | Amount = $0.10 | DOCRETRI |
| 10/04/22 | PACER | Amount = $0.20 | DOCRETRI |
| 10/04/22 | PACER | Amount = $5.80 | DOCRETRI |
| 10/04/22 | PACER | Amount = $6.20 | DOCRETRI |
| 10/04/22 | PACER | Amount = $0.20 | DOCRETRI |
| 10/04/22 | PACER | Amount = $0.20 | DOCRETRI |
| 10/04/22 | PACER | Amount = $0.40 | DOCRETRI |
| 10/04/22 | Printing | Amount = $0.50 | DUP |
| 10/04/22 | Westlaw | Amount = $816.20 | ELEGALRE |
| 10/05/22 | PACER | Amount = $0.50 | DOCRETRI |
| 10/05/22 | PACER | Amount = $0.60 | DOCRETRI |

Kabbage, Inc.  December 2, 2022
Attn: Holly Loiseau  Invoice 671515
KServicing, Inc.  Page 90
730 Peachtree Street NE, Suite 470
Atlanta GA  30308  Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 10/05/22 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 10/05/22 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 10/05/22 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 10/05/22 | Printing | | DUP |
| | | Amount = $3.00 | |
| 10/05/22 | Printing | | DUP |
| | | Amount = $1.80 | |
| 10/05/22 | Printing | | DUP |
| | | Amount = $0.10 | |
| 10/05/22 | Printing | | DUP |
| | | Amount = $0.40 | |
| 10/05/22 | Printing | | DUP |
| | | Amount = $9.00 | |
| 10/05/22 | Westlaw | | ELEGALRE |
| | | Amount = $107.10 | |
| 10/06/22 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 10/06/22 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 10/06/22 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 10/06/22 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 10/06/22 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 10/06/22 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 10/06/22 | Printing | | DUP |
| | | Amount = $1.60 | |
| 10/07/22 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 10/07/22 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |

| | |
|---|---|
| Kabbage, Inc.<br>Attn:  Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | December 2, 2022<br>Invoice 671515<br>Page 91<br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 10/07/22 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 10/07/22 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 10/07/22 | PACER | | DOCRETRI |
| | Amount = | $1.00 | |
| 10/07/22 | PACER | | DOCRETRI |
| | Amount = | $1.00 | |
| 10/10/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/10/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/11/22 | PACER | | DOCRETRI |
| | Amount = | $1.00 | |
| 10/11/22 | PACER | | DOCRETRI |
| | Amount = | $1.00 | |
| 10/11/22 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 10/11/22 | Printing | | DUP |
| | Amount = | $0.60 | |
| 10/11/22 | Printing | | DUP |
| | Amount = | $0.20 | |
| 10/12/22 | RELIABLE WILMINGTON: | | CTRPT |
| | Amount = | $514.75 | |
| 10/13/22 | PACER | | DOCRETRI |
| | Amount = | $1.10 | |
| 10/14/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/14/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/14/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/14/22 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |

Kabbage, Inc.  December 2, 2022
Attn: Holly Loiseau  Invoice 671515
KServicing, Inc.  Page 92
730 Peachtree Street NE, Suite 470
Atlanta GA  30308  Client #  767622

| Date | | Description | | |
|---|---|---|---|---|
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.40 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.40 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.10 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $3.00 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.20 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $3.00 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $2.70 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.10 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.60 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $2.10 | |
| 10/14/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.30 | |
| 10/17/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.10 | |
| 10/17/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.40 | |
| 10/17/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $3.00 | |
| 10/17/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.10 | |
| 10/17/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.20 | |
| 10/17/22 | PACER | | | DOCRETRIEV |
| | | Amount = | $0.30 | |

Kabbage, Inc.  December 2, 2022
Attn:  Holly Loiseau  Invoice 671515
KServicing, Inc.  Page 93
730 Peachtree Street NE, Suite 470
Atlanta GA  30308  Client #  767622

| Date | | Description | | |
|---|---|---|---|---|
| 10/17/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 10/17/22 | PACER | | | DOCRETRI |
| | | Amount = | $3.20 | |
| 10/17/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 10/17/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 10/17/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $1.50 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $2.00 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 10/18/22 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

December 2, 2022  
Invoice 671515  
Page 94  

Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.10 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $6.10 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.40 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $6.30 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.40 | |
| 10/18/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.40 | |
| 10/20/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 10/20/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 10/20/22 | Printing | | DUP |
| | Amount = | $0.50 | |
| 10/21/22 | PACER | | DOCRETRIEV |
| | Amount = | $1.40 | |
| 10/21/22 | PACER | | DOCRETRIEV |
| | Amount = | $1.50 | |
| 10/21/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.10 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

December 2, 2022  
Invoice 671515  
Page 95  
Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 10/21/22 | PACER | | DOCRETRI |
| | Amount = $1.50 | | |
| 10/23/22 | PACER | | DOCRETRI |
| | Amount = $1.50 | | |
| 10/25/22 | PARCELS INC: | | DUPOUT |
| | Amount = $148.10 | | |
| 10/25/22 | PACER | | DOCRETRI |
| | Amount = $1.60 | | |
| 10/25/22 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 10/25/22 | PACER | | DOCRETRI |
| | Amount = $1.60 | | |
| 10/25/22 | PACER | | DOCRETRI |
| | Amount = $2.50 | | |
| 10/25/22 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 10/25/22 | PACER | | DOCRETRI |
| | Amount = $1.60 | | |
| 10/25/22 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 10/25/22 | PACER | | DOCRETRI |
| | Amount = $2.40 | | |
| 10/25/22 | PACER | | DOCRETRI |
| | Amount = $1.60 | | |
| 10/26/22 | PACER | | DOCRETRI |
| | Amount = $1.80 | | |
| 10/27/22 | PACER | | DOCRETRI |
| | Amount = $1.90 | | |
| 10/31/22 | Printing | | DUP |
| | Amount = $8.60 | | |

TOTALS FOR   767622          Kabbage, Inc.

Expenses     $2,605.35