UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re                                              :    Chapter 11
                                                   :
KABBAGE, INC. d/b/a KSERVICING, et al.,            :    Case No. 22-10951 (CTG)
                                                   :
                                                   :
              Debtors.¹                            :    (Jointly Administered)
------------------------------------------------------------ x
```

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR DECEMBER 7, 2022 AT 10:00 A.M. (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.**

**I.     RESOLVED MATTERS:**

1.   Motion of Debtors for Entry of Order (I) Approving Debtors' Retention Program for Certain Non-Executive Employees and (II) Granting Related Relief [Docket No. 253 – filed November 15, 2022]

     Objection/Response Deadline:    November 29, 2022 at 4:00 p.m. (ET); extended to November 30, 2022 at 4:00 p.m. (ET) for the Office of the United States Trustee (the "U.S. Trustee")

     Objections/Responses Received:

     A.   Informal comments received from the U.S. Trustee

     Related Documents:

     i.   Certificate of No Objection Regarding Motion of Debtors for Entry of Order (I) Approving Debtors' Retention Program for Certain Non-Executive Employees and (II) Granting Related Relief [Docket No. 308 – filed November 30, 2022]

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

    ii.    Order (I) Approving Debtors' Retention Program for Certain Non-Executive Employees and (II) Granting Related Relief [Docket No. 314 – entered December 2, 2022]

    <u>Status</u>: On December 2, 2022, the Court entered an order with respect to this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

2.    Motion of Debtors for Entry of Order (I) Authorizing Debtors to Employ and Retain Phoenix Executive Services, LLC to Provide a Chief Financial Officer and (II) Designating Marc Sullivan as Debtors' Chief Financial Officer, Effective as of October 24, 2022 [Docket No. 258 – filed November 16, 2022]

    <u>Objection/Response Deadline</u>:    November 30, 2022 at 4:00 p.m. (ET)

    <u>Objections/Responses Received</u>:

    A.    Informal comments received from the U.S. Trustee

    <u>Related Documents</u>:

    i.    Certification of Counsel Regarding Revised Proposed Order (I) Authorizing Debtors to Employ and Retain Phoenix Executive Services, LLC to Provide a Chief Financial Officer and (II) Designating Marc Sullivan as Debtors' Chief Financial Officer, Effective as of October 24, 2022 [Docket No. 312 – filed December 1, 2022]

    ii.    Order (I) Authorizing Debtors to Employ and Retain Phoenix Executive Services, LLC to Provide a Chief Financial Officer and (II) Designating Marc Sullivan as Debtors' Chief Financial Officer, Effective as of October 24, 2022 [Docket No. 316 – entered December 2, 2022]

    <u>Status</u>: On December 2, 2022, the Court entered an order with respect to this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

3.    Debtors' Motion for an Order (I) Extending the Deadline By Which the Debtors May Remove Civil Actions, and (II) Granting Related Relief [Docket No. 284 – filed November 23, 2022]

    <u>Objection/Response Deadline</u>:    November 30, 2022 at 4:00 p.m. (ET)

    <u>Objections/Responses Received</u>:    None.

    <u>Related Documents</u>:

    i.    Certificate of No Objection Regarding Debtors' Motion for an Order (I) Extending the Deadline By Which the Debtors May Remove Civil Actions, and (II) Granting Related Relief [Docket No. 310 – filed December 1, 2022]

    ii.    Order (I) Extending the Deadline By Which the Debtors May Remove Civil Actions, and (II) Granting Related Relief [Docket No. 315 – entered December 2, 2022]

<u>Status</u>: On December 2, 2022, the Court entered an order with respect to this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

Dated: December 5, 2022
       Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
       candace.arthur@weil.com
       natasha.hwangpo@weil.com
       chase.bentley@weil.com

*Attorneys for Debtors
and Debtors in Possession*