**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: January 6, 2023 at 10:00 a.m. |
| | ) | Obj. Deadline: December 21, 2022, 2023 at 4:00 p.m. |
| | ) | |
| | ) | Related Docket No. 337 |

**MOTION OF CUSTOMER BANK FOR AUTHORIZATION TO FILE UNDER SEAL
EXHIBITS A AND C TO THE DECLARATION OF ALYSSA WHITE IN SUPPORT OF
THE MOTION OF CUSTOMERS BANK FOR ENTRY OF AN ORDER (I)
COMPELLING COMPLIANCE WITH COURT APPROVED SETTLEMENT
AGREEMENT AND ORDER; (II) REQUIRING ADDITIONAL ADEQUATE
PROTECTION IN FAVOR OF CUSTOMERS BANK;
AND (III) GRANTING RELATED RELIEF**

Customers Bank ("Customers Bank") respectfully submits this motion (the "Motion to Seal"), pursuant to section 107(b) of the Bankruptcy Code, Fed. R. Civ. Pro. 9018, and Del. Bankr. L.R. 9018-1, seeking entry of an Order authorizing it to file under seal exhibit A and C the *Declaration of Alyssa White in Support of the Motion of Customers Bank for Entry of an Order (I) Compelling Compliance With Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection In Favor of Customers Bank; and (III) Granting Related Relief* (the "White Declaration"). In support of this Motion to Seal, Customers Bank respectfully represents as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**JURISDICTION**

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §§ 1408 and 1409(a). Customers Bank confirms its consent pursuant to Del. Bankr. L. R. 9013-1(f) to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. The statutory predicates for the relief requested herein are Bankruptcy Code sections 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1(b).

**RELIEF REQUESTED**

3. On December 7, 2022, Customers Bank filed the *White Declaration*. Potions of Exhibit A and C contain sensitive, personally identifiable information. Customers Bank files this Motion to Seal requesting that the Court grant it permission to file Exhibits A and C under seal.

**BASIS FOR RELIEF REQUESTED**

4. Section 107(b) of the Bankruptcy Code provides this Court with the authority to issue orders that will protect entities from potential harm that may result from the disclosure of certain information. The section provides, in relevant part:

> (b) On request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may –
>
> (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information….

11 U.S.C. § 107(b). Fed. R. Bankr. P. 9018 sets forth the procedures by which a party may move for relief under section 107(b), providing that "[o]n motion or on its own initiative, with or

without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information…." Del. Bankr. P. L. Rule 9018-1(b) additionally provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect.".

5. As set forth above, Exhibits A and C contain sensitive, information regarding the Debtors customers. Accordingly, Customers Bank submits that cause exists to grant its request to seal and respectfully requests the entry of an order permitting it to file the Exhibits under seal.

## CONCLUSION

WHEREFORE, Customers Bank respectfully requests the Court enter an Order substantially in the form attached hereto as **Exhibit A** granting Customers Bank authority to file Exhibit A and C of the White Declaration under seal and granting such other and further relief as the Court may deem just and proper.

Date:  December 7, 2022    **SULLIVAN • HAZELTINE • ALLINSON LLC**
       Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ William A. Hazeltine*
　　　　　　　　　　　　　　　　　　　　　　　　　William A. Hazeltine (No. 3294)
　　　　　　　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 420
　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　Tel. (302) 428-8191
　　　　　　　　　　　　　　　　　　　　　　　　　Fax (302) 428-8195
　　　　　　　　　　　　　　　　　　　　　　　　　Email: whazeltine@sha-llc.com

　　　　　　　　　　　　　　　　　　　　　　　　　and

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Jeremy M. Sternberg (admitted *pro hac vice*)
Lynne B. Xerras (*pro hac vice forthcoming*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-685
john.monaghan@hklaw.com
jeremy.sternberg@hkaw.com
lynne.xerras@hklaw.com

*Counsel to Customers Bank*