IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: January 6, 2023 at 10:00 a.m. |
| | ) | Obj. Deadline: December 21, 2023 at 4:00 p.m. |
| | ) | |
| | ) | Related Docket No. 337 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on December 7, 2022, Customers Bank (the "Movant"), filed its *Motion of Customers Bank for Authorization to File Under Seal Exhibits A and C of the Declaration of Alyssa White in Support of the Motion of Customers Bank for Entry of an Order (I) Compelling Compliance With Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection In Favor of Customers Bank; and (III) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to actually be received by the undersigned attorneys for the Movant on or before **December 21, 2022 at 4:00 p.m.** (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable Craig T. Goldblatt at the Bankruptcy Court, 824 North Market Street, Third Floor, Courtroom #7, Wilmington, Delaware 19081 on **January 6, 2023 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION TO THE MOTION IS TIMELY FILED BY THE OBJECTION DEADLINE IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date:  December 7, 2022
       Wilmington, Delaware

**SULLIVAN • HAZELTINE • ALLINSON LLC**

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel. (302) 428-8191
Fax (302) 428-8195
Email: whazeltine@sha-llc.com

and

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Jeremy M. Sternberg (admitted *pro hac vice*)
Lynne B. Xerras (*pro hac vice forthcoming*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-685
john.monaghan@hklaw.com
jeremy.sternberg@hkaw.com
lynne.xerras@hklaw.com

*Counsel to Customers Bank*