# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Regarding Docket Nos. 336, 338, and 339** |

## DECLARATION OF SERVICE

I, William A. Hazeltine, declare as follows:

1.  I am over the age of 18 years and not a party to the within action.

2.  I am a member of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3.  On December 7, 2022, I caused one copy of the following to be served via Electronic Mail on the parties listed on the attached Service List:

- Motion of Customers Bank for Entry of an Order (I) Compelling Compliance With Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection In Favor of Customers Bank; and (III) Granting Related Relief [DI 336];

- Motion of Customers Bank for Authorization to File Under Seal Exhibits A and C of the Declaration of Alyssa White in Support of the Motion of Customers Bank for Entry of an Order (I) Compelling Compliance With Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection In Favor of Customers Bank; and (III) Granting Related Relief [DI 338]; and

- Notice of Filing of Proposed Redacted Version of Exhibits A and C to Declaration of Alyssa White in Support of the Motion of Customers Bank for Entry of An Order (I) Compelling Compliance With Court Approved Settlement Agreement and Order; (II)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Requiring Additional Adequate Protection In Favor of Customers Bank; and (III) Granting Related Relief [DI 339].

| | | | |
|---|---|---|---|
| Date: | December 8, 2022<br>Wilmington, Delaware | By: | */s/ William A. Hazeltine*<br>William A. Hazeltine (No. 3294) |

# SERVICE LIST

| | |
|---|---|
| Cross River Bank<br>Attn: Arlen Gelbard, Esq, General Counsel<br>Fort Lee, NJ 07024<br>agelbard@crossriverbank.com | US Department of Justice<br>Attn: Alastair M Gesmundo<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>Alastair.M.Gesmundo@usdoj.gov |
| Greenberg Traurig, LLP<br>Attn: Anthony W Clark<br>The Nemours Bldg<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801<br>Anthony.Clark@gtlaw.com | Federal Reserve Bank of San Francisco<br>Attn: Avery Belka<br>San Francisco, CA 94105<br>Avery.Belka@sf.frb.org |
| RSM US LLP<br>Attn: Ben Brockman<br>Chicago, IL 60606<br>ben.brockman@rsmus.com | Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Susheel Kirpalani<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com |
| US Attorney's Office<br>ED of Texas, Civil Division<br>550 Fannin St, Ste 1250<br>Baeumont, TX 77701<br>Betty.Young@usdoj.gov | Federal Reserve Bank of San Francisco<br>Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105<br>Braden.Parker@sf.frb.org;<br>wallace.young@sf.frb.org |
| Amazon Web Services<br>c/o K&L Gates/Brian Peterson<br>Seattle, WA 98104<br>brian.peterson@klgates.com | Sullivan & Cromwell LLP<br>Attn: James L Bromley<br>New York, NY 10004-2498<br>bromleyj@sullcrom.com |
| Fortis Advisors<br>Attn: Courtney Nothaus<br>San Diego, CA 92130<br>cnothaus@fortisrep.com | Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C Abbott<br>1201 N Market St, 16th Fl<br>Wilmington, DE 19801<br>dabbott@morrisnichols.com |
| KLDiscovery Ontrack, LLC<br>Attn: Dale Drury<br>McLean, VA 22102<br>dale.drury@kldiscovery.com | Goodwin Procter LLP<br>Attn: Dondi Dancy<br>Redwood City, CA 94063<br>ddancy@goodwinlaw.com |

# SERVICE LIST

Richards, Layton & Finger, PA
Attn: Daniel J DeFranceschi
1 Rodney Sq
920 N King St
Wilmington, DE 19801
defranceschi@rlf.com

US Small Business Administration
Attn: Edward Ledford, Deputy Director
409 3rd St SW, 8th Fl
Washington, DC 20416
edward.ledford@sba.gov

Small Business Administration
Attn: Eric S Benderson
Attn: Susan Streich
409 3rd St SW, Ste 7211
Washington, DC 20416
eric.benderson@sba.gov

Greenberg Traurig, LLP
Attn: Brian E Greer
New York, NY 10017
greerb@gtlaw.com

Libra Risk Management
Attn: Ian Cox
Foxborough, MA 02035
icox@kservicecorp.com

Corporation Service Company
Attn: Jessica Mullenix Woodward
Wilmington, DE 19808
jessica.woodward@cscgfm.com;
UCCSPREP@cscglobal.com

Customers Bank
Attn: Jennifer Petsu
West Reading, PA 19611
jpetsu@customersbank.com;
asachs@customersbank.com

US Attorney's Office
District of Massachusetts, Civil Division
1 Courthouse Way, Ste 9200
Boston, MA 02210
Diane.Seol@usdoj.gov

Lanier Parking Solutions I, LLC
dba Reef Parking
730 Peachtree St, Box 35
Atlanta, GA 30308
elliott.roby@reefparking.com

Cross River Bank
Attn: Gilles Gade & Arlen Gelbard
400 Kelby St
Ft Lee, NJ 07024
ggade@crossriverbank.com

Benesch, Friedlander, Coplan & Aronoff, LLP
Attn: Gregory W Werkheiser
Wilmington, DE 19801
gwerkheiser@beneschlaw.com

Option 1 Partners LLC
Attn: Jackie Flake
Alpharetta, GA 30005
jackie@option1partners.com

MorganFranklin Consulting, LLC
Attn: Timothy Keefe
McLean, VA 22102
tim.keefe@morganfranklin.com

Box, Inc
Attn: David Leeb, Jason Silapachai
Redwood City, CA 94063
jsilapachai@box.com

# SERVICE LIST

Vital Outsourcing Services Inc
Attn: Ken Braddock
Berkeley Lake, GA 30092
kbraddock@vitasolutions.net

Goodwin Procter LLP
Attn: Kimberly Larie
Boston, MA 02210
KLarie@goodwinkaw.com

Greenberg Traurig, LLP
Attn: David B Kurzweil
Terminus 200
3333 Piedmont Rd, NE, Ste 2500
Atlanta, GA 30305
kurzweild@gtlaw.com

Celtic Bank Corp
Attn: Leslie K Rinaldi, General Counsel
Salt Lake City, UT 84111
lrinaldi@celticbank.com

Transunion Risk And Alternative Data Solutions
Attn: Steven Littman
Boca Raton, FL 33431
steven.littman@transunion.com

Small Business Administration
Attn: Susan Streich, Eric Benderson
Washington, DC 20416
susan.streich@sba.gov;
eric.benderson@sba.gov

Federal Reserve Bank of San Francisco
c/o Cleary Gottlieb
1 Liberty Plz
New York, NY 10006
lschweitzer@cgsh.com

Major, Lindsey & Africa/Allegis Group Holdings Inc
Attn: Michael A Albino
Hanover, MD 21076
malbino@mlaglobal.com

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Matthew R Scheck
Austin, TX 78701
matthewscheck@quinnemanuel.com

Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy
c/o The Finley Firm, PC
Piedmont Ctr, Bldg 14
3525 Piedmont Rd, Ste 230
Atlanta, GA 30305
mgibson@thefinleyfirm.com

Federal Trade Commission
Attn: Marguerite Moeller
Atlanta, GA 30303
mmoeller@ftc.gov

Federal Trade Commission
Attn: Alan Babowski
Washington, DC 20580
abakowski@ftc.gov

# SERVICE LIST

| | |
|---|---|
| URS Technologies Solutions LLC<br>Attn: Mukesh Chamedia<br>Iselin, NJ 08830<br>mukesh@blucognition.com | Young Conaway Stargatt & Taylor, LLP<br>Attn: Pauline K Morgan<br>1000 N King St<br>Wilmington, DE 19801<br>pmorgan@ycst.com |
| American Express Kabbage Inc<br>Attn: Tara Rajani<br>Atlanta, GA 30308<br>Tara.e.rajani@aexp.co | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy<br>c/o White & Williams, LLP<br>1650 Market St<br>1 Liberty Pl, Ste 1800<br>Philadelphia, PA 19103<br>properj@whiteandwilliams.com;<br>heskins@whiteandwilliams.com |
| Weil, Gotshal & Manges LLP<br>Attn: Ray C Schrock<br>New York, NY 10153<br>ray.schrock@weil.com | United States Trustee<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>richard.schepacarter@usdoj.gov |
| Thomas E Austin Jr, LLC<br>Attn: Thomas E Austin Jr<br>Atlanta, GA 30324<br>taustin@taustinlaw.com | US Department of Justice<br>Civil Division, Commercial Litigation Branch, Fraud Section<br>175 N St NE, Rm 10.1806<br>Washington, DC 20002<br>Sarah.E.Loucks@usdoj.gov;<br>Alastair.M.Gesmundo@usdoj.gov |
| US Attorney's office for the District of Massachusetts<br>Attn: Brian LaMacchia<br>Boston, MA 02210<br>brian.lamacchia@usdoj.gov | Cousins Law LLC<br>Attn: Scott D Cousins<br>Brandywine Plz W<br>1521 Concord Pike, Ste 301<br>Wilmington, DE 19801<br>scott.cousins@cousins-law.com |

## SERVICE LIST

Vaco LLC
Attn: Shannon Gwinner
Atlanta, GA 30346
sgwinner@vaco.com

Moore Colson
Attn: Sarah Parker
Atlanta, GA 30339
sparker@moorecolson.com

Federal Reserve Bank of Minneapolis
Attn: Tavis J Morello
Minneapolis, MN 55401
Tavis.Morello@mpls.frb.org