## EXHIBIT A

**Customers Bank October 4 - 31, 2022 Remittances Tied to Bank Statement**

| Amount | Description |
|---:|---|
| (1,301,569.46) | Gross Amount of Remittances 10/4-10/31 |
| (1,551,275.91) | Bank Credits Per Bank Statement 10/1-10/31 |
| **249,706.45** | **Difference between Gross Remittances and Bank Credits** |
| | |
| 92,532.21 | In 10/03 Remit File; Part of Holdback |
| 147,656.04 | Refunds for customer credit balances/ACH returns (debits on bank statement) |
| 8,643.85 | Amount received in October and further researched; paid to CUBI in December |
| 792.11 | Amount received in October and further researched; paid to CUBI in December |
| 40.00 | SBA # 1492338409 Deposited to bank 10/17/22 but not initially remitted; paid to CUBI in December 2022 |
| 68.24 | SBA # 1492338409 Deposited to bank 10/19/22 but not initially remitted; paid to CUBI in December 2022 |
| (26.00) | Reconciled paper draft remittance not initially accounted for; paid to CUBI in November |
| **249,706.45** | **Sum of explained items** |
| | |
| 0.00 | |
| | |
| 1,301,569.46 | Gross Amount of Remittances 10/4-10/31 |
| (925,242.87) | Remitted to SBA for Customer Payments Received after Guaranty Payment (debits on bank statement) |
| **376,326.59** | **Net Wire to CUBI** |