**EXHIBIT B**

**CUBI Remittance Wire Summary 12/14/2022**

| Amount | Description |
|---:|---|
| 1,071,094.43 | Customer Payments owed to SBA included in settlement payment amount |
| 925,242.87 | Remitted to the SBA in October 2022 and withheld from CUBI October remittances; Kservicing owes back to CUBI |
| 145,851.56 | Portion of $411,328.50 Remitted to the SBA in November 2022 and NOT withheld from CUBI November remittances |
| 1,071,094.43 | Total |
| (366,750.65) | CUBI Gross Remittances for November 2022 |
| 265,476.94 | Portion of $411,328.50 Remitted to the SBA in November 2022 and withheld from CUBI November remittance wire |
| (101,273.71) | Net owed in cash to CUBI for November 2022 |
| (925,242.87) | From Above - Remitted to the SBA in October 2022 and withheld from CUBI October remittances; Kservicing owes back to CUBI |
| (1,026,516.58) | Total Wire to CUBI December 2022 |