# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 21st, 2022, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/21/2022 | 356<br>(17 pgs) | Response *Opposition of Customers Bank to Debtors Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank* (related document(s)340) Filed by Customers Bank (Hazeltine, William) (Entered: 12/21/2022) |
| 12/21/2022 | 359<br>(9 pgs;<br>3 docs) | Motion to File Under SealExhibits 3, 3(a), 6, 8, and 9 of the Declaration of Alyssa White in Support of Opposition of Customers Bank to Debtors Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank Filed by Customers Bank. Hearing scheduled for 1/6/2023 at 10:00 AM at US Bankruptcy Court, 824 Market St., 3rd Fl., Courtroom #7, Wilmington, Delaware. Objections due by 12/29/2022. (Attachments: # 1 Notice # 2 Exhibit A) (Hazeltine, William) (Entered: 12/21/2022) |

X_____
Laurie Heggan

Dated: December 21st, 2022
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this day of November 2022, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X_____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

| Served via 1st Class Mail | Served via 1st Class Mail |
|---|---|
| Biz2X LLC<br>Attn: Shweta Mohan<br>1 Penn Plz, Ste 4530<br>New York, NY 10119 | Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 French St<br>Wilmington, DE 19801 |
| **Served via 1st Class Mail**<br>Delaware Division of Revenue/Bankruptcy Service<br>Attn: Bankruptcy Administrator<br>Carvel State Bldg<br>820 N French St, 8th Fl<br>Wilmington, DE 19801 | **Served via 1st Class Mail**<br>Delaware State Treasury<br>820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 |
| **Served via 1st Class Mail**<br>Department of Treasury - Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Served via 1st Class Mail**<br>Federal Reserve Bank of San Francisco<br>Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105 |
| **Served via 1st Class Mail**<br>Google LLC<br>Attn: Kent Walker, Cody Bowlay<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | **Served via 1st Class Mail**<br>Microsoft<br>Attn: Hossein Nowhar<br>1 Microsoft Way<br>Redmond, WA 98052 |
| **Served via 1st Class Mail**<br>Secretary of State<br>Division Of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | **Served via 1st Class Mail**<br>Securities & Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
| **Served via 1st Class Mail**<br>Securities & Exchange Commission<br>New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | **Served via 1st Class Mail**<br>Slack Technologies, LLC<br>Attn: David Schellhase<br>500 Howard St<br>San Francisco, CA 94105 |
| **Served via 1st Class Mail**<br>Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | **Served via 1st Class Mail**<br>State of Delaware Attorney General<br>Office of the Attorney General<br>Attn: Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 |

**Served via 1st Class Mail**
US Attorney for the District of Delaware
Attn: David C Weiss
Hercules Bldg
US Attorney's Office
1313 N Market St
Wilmington, DE 19801

**Served via 1st Class Mail**
US Attorney General
Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

**Served via 1st Class Mail**
Wilmington Savings Fund Society, FSB
As the Trustee of Small Business Loan Asset Trust
500 Delaware Ave, 11th Fl
Wilmington, DE 19801

**Served via 1st Class Mail**
TKCG, Inc
Attn: Lisa Williams
981 Joseph Lowery Blvd NW, Ste 100
Atlanta, GA 30318