**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket Nos. 356, 358** |

**NOTICE OF FILING OF PROPOSED REDACTED VERSION OF
EXHIBITS 3, 3(a), 6, 8, AND 9 TO THE DECLARATION OF ALYSSA WHITE IN
SUPPORT OF OPPOSITION OF CUSTOMER'S BANK TO DEBTOR'S MOTION FOR
AN ORDER ENFORCING THE SETTLEMENT ORDER AND SETTLEMENT
AGREEMENT BETWEEN KSERVICING AND CUSTOMERS BANK**

**PLEASE TAKE NOTICE** that, on December 21, 2022, Customers Bank (the "Movant")

filed under seal Exhibits 3, 3(a), 6, 8, and 8 of the *Declaration of Alyssa White in Support of*

*Opposition of Customer's Bank to Debtor's Motion for an Order Enforcing the Settlement Order*

*and Settlement Agreement Between KServicing and Customers Bank* (the "Second White

Declaration") [Docket No. 358].

**PLEASE TAKE FURTHER NOTICE** that Movant hereby files the proposed redacted

version of the White Declaration, attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Date: December 23, 2022
      Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON** LLC

/s/ William A. Hazeltine
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

  and

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Jeremy M. Sternberg (admitted *pro hac vice*)
Lynne B. Xerras (*pro hac vice forthcoming*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-685
john.monaghan@hklaw.com
jeremy.sternberg@hkaw.com
lynne.xerras@hklaw.com

*Counsel to Customers Bank*