## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Regarding Docket Nos. 356, 359, and 370** |

### DECLARATION OF SERVICE

I, William A. Hazeltine, declare as follows:

1.      I am over the age of 18 years and not a party to the within action.

2.      I am a member of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3.      On December 21, 2022, I caused one copy of the following to be served via Electronic Mail on the parties listed on the attached Service List:

- Opposition of Customer's Bank to Debtor's Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank [DI 356]; and

- Motion of Customers Bank for Authorization to File Under Seal Exhibits 3, 3(a), 6, 8, and 9 of the Declaration of Alyssa White in Support of Opposition of Customer's Bank to Debtor's Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank [DI 359].

4.      On December 23, 2022, I caused one copy of the following to be served via Electronic Mail on the parties listed on the attached Service List:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

- Notice of Filing of Proposed Redacted Version of Exhibits 3, 3(a), 6 8, and 9 of the Declaration of Alyssa White in Support of Opposition of Customer's Bank to Debtor's Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank [DI 370].

Date:   December 23, 2022                              By:    _/s/ William A. Hazeltine_
        Wilmington, Delaware                                  William A. Hazeltine (No. 3294)

# SERVICE LIST

Cross River Bank
Attn: Arlen Gelbard, Esq, General Counsel
Fort Lee, NJ 07024
agelbard@crossriverbank.com

US Department of Justice
Attn: Alastair M Gesmundo
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Alastair.M.Gesmundo@usdoj.gov

Greenberg Traurig, LLP
Attn: Anthony W Clark
The Nemours Bldg
1007 N Orange St, Ste 1200
Wilmington, DE 19801
Anthony.Clark@gtlaw.com

Federal Reserve Bank of San Francisco
Attn: Avery Belka
San Francisco, CA 94105
Avery.Belka@sf.frb.org

RSM US LLP
Attn: Ben Brockman
Chicago, IL 60606
ben.brockman@rsmus.com

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Susheel Kirpalani
New York, NY 10010
susheelkirpalani@quinnemanuel.com

US Attorney's Office
ED of Texas, Civil Division
550 Fannin St, Ste 1250
Baeumont, TX 77701
Betty.Young@usdoj.gov

Federal Reserve Bank of San Francisco
Attn: Credit Risk Management
101 Market St, MS 830
San Francisco, CA 94105
Braden.Parker@sf.frb.org;
wallace.young@sf.frb.org

Amazon Web Services
c/o K&L Gates/Brian Peterson
Seattle, WA 98104
brian.peterson@klgates.com

Sullivan & Cromwell LLP
Attn: James L Bromley
New York, NY 10004-2498
bromleyj@sullcrom.com

Fortis Advisors
Attn: Courtney Nothaus
San Diego, CA 92130
cnothaus@fortisrep.com

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C Abbott
1201 N Market St, 16th Fl
Wilmington, DE 19801
dabbott@morrisnichols.com

KLDiscovery Ontrack, LLC
Attn: Dale Drury
McLean, VA 22102
dale.drury@kldiscovery.com

Goodwin Procter LLP
Attn: Dondi Dancy
Redwood City, CA 94063
ddancy@goodwinlaw.com

## SERVICE LIST

Richards, Layton & Finger, PA
Attn: Daniel J DeFranceschi
1 Rodney Sq
920 N King St
Wilmington, DE 19801
defranceschi@rlf.com

US Small Business Administration
Attn: Edward Ledford, Deputy Director
409 3rd St SW, 8th Fl
Washington, DC 20416
edward.ledford@sba.gov

Small Business Administration
Attn: Eric S Benderson
Attn: Susan Streich
409 3rd St SW, Ste 7211
Washington, DC 20416
eric.benderson@sba.gov

Greenberg Traurig, LLP
Attn: Brian E Greer
New York, NY 10017
greerb@gtlaw.com

Libra Risk Management
Attn: Ian Cox
Foxborough, MA 02035
icox@kservicecorp.com

Corporation Service Company
Attn: Jessica Mullenix Woodward
Wilmington, DE 19808
jessica.woodward@cscgfm.com;
UCCSPREP@cscglobal.com

Customers Bank
Attn: Jennifer Petsu
West Reading, PA 19611
jpetsu@customersbank.com;
asachs@customersbank.com

US Attorney's Office
District of Massachusetts, Civil Division
1 Courthouse Way, Ste 9200
Boston, MA 02210
Diane.Seol@usdoj.gov

Lanier Parking Solutions I, LLC
dba Reef Parking
730 Peachtree St, Box 35
Atlanta, GA 30308
elliott.roby@reefparking.com

Cross River Bank
Attn: Gilles Gade & Arlen Gelbard
400 Kelby St
Ft Lee, NJ 07024
ggade@crossriverbank.com

Benesch, Friedlander, Coplan & Aronoff, LLP
Attn: Gregory W Werkheiser
Wilmington, DE 19801
gwerkheiser@beneschlaw.com

Option 1 Partners LLC
Attn: Jackie Flake
Alpharetta, GA 30005
jackie@option1partners.com

MorganFranklin Consulting, LLC
Attn: Timothy Keefe
McLean, VA 22102
tim.keefe@morganfranklin.com

Box, Inc
Attn: David Leeb, Jason Silapachai
Redwood City, CA 94063
jsilapachai@box.com

# SERVICE LIST

Vital Outsourcing Services Inc
Attn: Ken Braddock
Berkeley Lake, GA 30092
kbraddock@vitasolutions.net

Greenberg Traurig, LLP
Attn: David B Kurzweil
Terminus 200
3333 Piedmont Rd, NE, Ste 2500
Atlanta, GA 30305
kurzweild@gtlaw.com

Transunion Risk And Alternative Data
Solutions
Attn: Steven Littman
Boca Raton, FL 33431
steven.littman@transunion.com

Federal Reserve Bank of San Francisco
c/o Cleary Gottlieb
1 Liberty Plz
New York, NY 10006
lschweitzer@cgsh.com

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Matthew R Scheck
Austin, TX 78701
matthewscheck@quinnemanuel.com

Federal Trade Commission
Attn: Marguerite Moeller
Atlanta, GA 30303
mmoeller@ftc.gov

Goodwin Procter LLP
Attn: Kimberly Larie
Boston, MA 02210
KLarie@goodwinkaw.com

Celtic Bank Corp
Attn: Leslie K Rinaldi, General Counsel
Salt Lake City, UT 84111
lrinaldi@celticbank.com

Small Business Administration
Attn: Susan Streich, Eric Benderson
Washington, DC 20416
susan.streich@sba.gov;
eric.benderson@sba.gov

Major, Lindsey & Africa/Allegis Group Holdings Inc
Attn: Michael A Albino
Hanover, MD 21076
malbino@mlaglobal.com

Jason Carr, Vicki LeMaster, Edward Ford Services
LLC, Carlton Morgan, 365 Sun LLC and Candice
Worthy
c/o The Finley Firm, PC
Piedmont Ctr, Bldg 14
3525 Piedmont Rd, Ste 230
Atlanta, GA 30305
mgibson@thefinleyfirm.com

Federal Trade Commission
Attn: Alan Babowski
Washington, DC 20580
abakowski@ftc.gov

# SERVICE LIST

URS Technologies Solutions LLC
Attn: Mukesh Chamedia
Iselin, NJ 08830
mukesh@blucognition.com

Young Conaway Stargatt & Taylor, LLP
Attn: Pauline K Morgan
1000 N King St
Wilmington, DE 19801
pmorgan@ycst.com

American Express Kabbage Inc
Attn: Tara Rajani
Atlanta, GA 30308
Tara.e.rajani@aexp.co

Jason Carr, Vicki LeMaster, Edward Ford Services
LLC, Carlton Morgan, 365 Sun LLC and Candice
Worthy
c/o White & Williams, LLP
1650 Market St
1 Liberty Pl, Ste 1800
Philadelphia, PA 19103
properj@whiteandwilliams.com;
heskins@whiteandwilliams.com

Weil, Gotshal & Manges LLP
Attn: Ray C Schrock
New York, NY 10153
ray.schrock@weil.com

United States Trustee
Attn: Richard L Schepacarter
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

Thomas E Austin Jr, LLC
Attn: Thomas E Austin Jr
Atlanta, GA 30324
taustin@taustinlaw.com

US Department of Justice
Civil Division, Commercial Litigation Branch, Fraud
Section
175 N St NE, Rm 10.1806
Washington, DC 20002
Sarah.E.Loucks@usdoj.gov;
Alastair.M.Gesmundo@usdoj.gov

US Attorney's office for the District of
Massachusetts
Attn: Brian LaMacchia
Boston, MA 02210
brian.lamacchia@usdoj.gov

Cousins Law LLC
Attn: Scott D Cousins
Brandywine Plz W
1521 Concord Pike, Ste 301
Wilmington, DE 19801
scott.cousins@cousins-law.com

4

## SERVICE LIST

Vaco LLC
Attn: Shannon Gwinner
Atlanta, GA 30346
sgwinner@vaco.com

Moore Colson
Attn: Sarah Parker
Atlanta, GA 30339
sparker@moorecolson.com

Federal Reserve Bank of Minneapolis
Attn: Tavis J Morello
Minneapolis, MN 55401
Tavis.Morello@mpls.frb.org