# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
**In re**                                                  :  **Chapter 11**
:
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,              :  **Case No. 22-10951 (CTG)**
:
**Debtors.**[1]                                            :  **(Jointly Administered)**
:
:  **Objection Deadline: January 10, 2023 at 4:00 p.m. (ET)**
:
---------------------------------------------------------- x

## NOTICE OF STAFFING REPORT

PLEASE TAKE NOTICE that, on the date hereof, Phoenix Executive Services, LLC (the "**Applicant**") has filed the *Staffing Report of Phoenix Executive Services, LLC for the Period of October 24, 2022 through December 2, 2022* (the "**Staffing Report**") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"). The Staffing Report is attached hereto as **Exhibit A**.[2]

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Staffing Report must be made in accordance with the *Order (I) Authorizing Debtors to Employ and Retain Phoenix Executive Services, LLC to Provide a Chief Financial Officer and (II) Designating Marc Sullivan as Debtors' Chief Financial Officer, Effective as of October 24, 2022* [Docket No. 316] (the "**Phoenix Executive Services Retention Order**") and must be served upon and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Effective as of December 2, 2022, Marc Sullivan resigned from his position as the Debtors' Chief Financial Officer and the Debtors (as defined below) no longer require the services of the Applicant. Accordingly, the Staffing Report constitutes the first and final staffing report filed by the Applicant.

received by (i) Kabbage, Inc. d/b/a Kservicing (with its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases, collectively, the "**Debtors**"), 925B Peachtree Street, NE, Suite 383, Atlanta, GA 30309; (ii) counsel to the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119, Attn: Ray C. Schrock, Candace M. Arthur, Natasha S. Hwangpo, and Chase A. Bentley; (iii) counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, P.O. Box 551, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi, Amanda R. Steele, Zachary I. Shapiro, and Matthew P. Milana; and (iv) the Office of the United States Trustee for the District of Delaware, 844 North King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Richard L. Schepacarter and Rosa Sierra-Fox, so as to be received by no later than **January 10, 2023 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that in the event an objection is raised and not consensually resolved, the portion of the Staffing Report to which an objection is raised shall be subject to review by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, subject to the terms of the Phoenix Executive Services Retention Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, all amounts requested in the Staffing Report.

Dated: December 27, 2022
      Wilmington, Delaware

                                                */s/ Zachary I. Shapiro*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
E-mail:     ray.schrock@weil.com
           candace.arthur@weil.com
           natasha.hwangpo@weil.com
           chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*