**<u>Exhibit A</u>**

**Staffing Report**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                          :
In re                                     :     Chapter 11
                                          :
KABBAGE, INC. d/b/a KSERVICING, et al.,   :     Case No. 22-10951 (CTG)
                                          :
          Debtors.¹                       :     (Jointly Administered)
                                          :
                                          :     Objection Deadline: January 10, 2023 at 4:00 p.m. (ET)
------------------------------------------------------------ x
```

<u>**Staffing Report of Phoenix Executive Services, LLC for the Period of**</u>
<u>**October 24, 2022 through December 2, 2022**</u>

| | |
|---|---|
| Name of Applicant: | Phoenix Executive Services, LLC (the "**Applicant**") |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors in possession (the "**Debtors**") |
| Date of Retention: | December 2, 2022, effective as of October 24, 2022 |
| Period for Which Compensation and Reimbursement sought: | October 24, 2022 through December 2, 2022 (the "**Fee Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $94,094.09 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $120.00 |

This staffing report (the "**Staffing Report**") is filed pursuant to the *Order
(I) Authorizing Debtors to Employ and Retain Phoenix Executive Services, LLC to Provide a
Chief Financial Officer and (II) Designating Marc Sullivan as Debtors' Chief Financial Officer,
Effective as of October 24, 2022* [Docket No. 316] (the "**Phoenix Executive Services Retention
Order**"). Under the Phoenix Executive Services Retention Order, the Debtors are authorized to

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A);
Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding
2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used
under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and
service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

compensate the Applicant with a flat monthly fee in the amount of $72,500 plus reimbursement of reasonable expenses pursuant to the terms of the Engagement Letter[2] for the services of Mr. Sullivan as the CFO.  Paragraphs 2(b) and 3 of the Phoenix Executive Services Retention Order provide that the Debtors are authorized, but not directed, to pay, in the ordinary course of business, all amounts invoiced by the Applicant for fees and expenses incurred in connection with the Engagement.[3]  Accordingly, the Applicant requests: (a) to the extent not already paid, payment of compensation in the amount of $94,094.09 for fees on account of reasonable and necessary professional services rendered to the Debtors by the Applicant during the Fee Period as detailed in the table below and (b) reimbursement of actual and necessary costs and expenses in the amount of $120.00 incurred by the Applicant during the Fee Period.

| Start Date | End Date | Number of Days | Daily Fee | Total Fee |
|---|---|---|---|---|
| 10/24/2022 | 11/23/2022 | 31 | $2,338.71 | $72,500.00 |
| 11/24/2022 | 11/30/2022 | 7 | $2,416.67 | $16,916.67 |
| 12/01/2022 | 12/02/2022 | 2 | $2,338.71 | $4,667.42 |
| **Total:** | | | | **$94,094.09** |

Marc Sullivan, as CFO, devoted 212.50 hours during the Fee Period, as summarized in the table below and further detailed in **Exhibit 1**.

| Matter Description | Total Billed Hours |
|---|---|
| Administration - Account Management | 16.0 |

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Motion of Debtors for Entry of Order (I) Authorizing Debtors to Employ and Retain Phoenix Executive Services, LLC to Provide a Chief Financial Officer and (II) Designating Marc Sullivan as Debtors' Chief Financial Officer, Effective as of October 24, 2022* [Docket No. 258].

[3] Pursuant to the Phoenix Executive Services Retention Order, all amounts owing to the Applicant may be invoiced and paid in the ordinary course of business; provided, that, parties in interest shall have 14 days to object to each staffing report (the "**Objection Period**").  Further, in the event that an objection is raised and not consensually resolved, the portion of the staffing report to which an objection is raised shall be subject to review by the Court and the Debtors shall deduct an amount equal to the objected to amount from the next payment(s) to the Applicant until such objection is resolved, either consensually or by Court order.  Here, the Applicant holds a retainer in the amount of $72,500 (the "**Retainer**") and has applied the Retainer in partial satisfaction of the amounts sought in this Staffing Report.  Given that this Staffing Report is the first and final staffing report, by agreement between the Debtors and the Applicant, the Applicant has agreed not to be paid any amounts in excess of the Retainer until the Objection Period expires.

| | |
|---|---|
| Administration - General Client Interface | 12.0 |
| Administration - Travel | 8.0 |
| Communication BOD | 19.0 |
| Communication Employees | 28.5 |
| Communication Legal Counsel | 25.0 |
| Communication Other Professionals | 34.0 |
| General Management (interim management only) | 51.0 |
| Information gathering, review, analysis | 19.0 |
| **Totals** | **212.5** |

The total actual and necessary costs and expenses incurred by the Applicant during the Fee Period for which it seeks reimbursement are:

| Expense Category | Amounts |
|---|---|
| Mileage | $120.00 |
| **Total** | **$120.00** |

WHEREFORE, pursuant to the Phoenix Executive Services Retention Order, the Applicant requests: (a) payment of compensation in the amount of $94,094.09 for fees on account of reasonable and necessary professional services rendered to the Debtors by the Applicant during the Fee Period and (b) reimbursement of actual and necessary costs and expenses in the amount of $120.00.

Dated:  December 27, 2022
      Chadds Ford, Pennsylvania

              /s/ *Michael E. Jacoby*
              Michael E. Jacoby
              Senior Managing Director
              Phoenix Executive Services, LLC

**<u>Exhibit 1</u>**

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 1 of 15

Filters Used:
- Time Entry Date:      10/24/2022  to  12/2/2022
- Project ID:          Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*📄 = Invoiced (mouse over for #), 🔑 = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra*

Project ID - Name (Manager): **Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| *Administration - Account Management* | | | | | | |
| *M Sullivan* | | | | | | |
| Tues | 10/25/2022 | M Sullivan | Administration - Account Management | 2.00 | 2.00 | |
| | | | Reading and responding to email messages from various KServicing team members.  Reading materials prior to meetings or calls. | | | |
| Thur | 10/27/2022 | M Sullivan | Administration - Account Management | 1.50 | 1.50 | |
| | | | Sending and responding to email messages and preparing for calls including the weekly board call. | | | |
| Tues | 11/1/2022 | M Sullivan | Administration - Account Management | 1.00 | 1.00 | |
| | | | Reading and responding to email and Slack messages | | | |
| Wed | 11/2/2022 | M Sullivan | Administration - Account Management | 1.00 | 1.00 | |
| | | | Working with KServicing IT on technical issues. | | | |
| Wed | 11/2/2022 | M Sullivan | Administration - Account Management | 1.00 | 1.00 | |
| | | | Reading and responding to KServicing email messages | | | |
| Thur | 11/3/2022 | M Sullivan | Administration - Account Management | 2.00 | 2.00 | |
| | | | Preparing for calls and reading and responding to email messages. | | | |
| Fri | 11/4/2022 | M Sullivan | Administration - Account Management | 2.00 | 2.00 | |
| | | | Reading and responding to email and Slack messages | | | |
| Fri | 11/4/2022 | M Sullivan | Administration - Account Management | 1.50 | 1.50 | |
| | | | Investigating Restitution checks including calls to different court districts to discuss specific cases.  Also includes time to download judgement from pacer.gov. | | | |
| Fri | 11/11/2022 | M Sullivan | Administration - Account Management | 3.00 | 3.00 | |
| | | | Review of changes to Phoenix agreement and draft retention application | | | |
| Mon | 11/14/2022 | M Sullivan | Administration - Account Management | 1.00 | 1.00 | |
| | | | Final review of retention application and revised engagement agreement. This includes time for a call with Candace Arthur from Weil. | | | |
| | | | M Sullivan **Total:** | 16.00 | 16.00 | |
| | | | Administration - Account Management **Total:** | 16.00 | 16.00 | |
| *Administration - General Client Interface* | | | | | | |
| *M Sullivan* | | | | | | |
| Mon | 10/24/2022 | M Sullivan | Administration - General Client Interface | 7.00 | 7.00 | |
| | | | Went to the office to meet with David Walker, the current CFO of KServicing.  We did a call with Alix Partners then a call with Weil and Alix Partners.  We spent time talking about the company.  I also spent time with IT support who set me up on the company's IT systems. | | | |
| Mon | 10/31/2022 | M Sullivan | Administration - General Client Interface | 4.00 | 4.00 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 2 of 15

Filters Used:
- Time Entry Date:     10/24/2022  to  12/2/2022
- Project ID:          Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*✐ = Invoiced (mouse over for #), ✐ = Marked as Billed, ◇ = Non-Billable, ✗ = Xtra*

**Project ID - Name (Manager): Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| *Administration - General Client Interface* | | | | | | |
| Wed | 11/2/2022 | M Sullivan | Working from the office going over company documents, sending and responding to email messages to Kservicing employees, and speaking with David Walker, the other CFO of KServicing. Administration - General Client Interface KServicing leadership team call | 1.00 | 1.00 | |
| | | | M Sullivan **Total:** | 12.00 | 12.00 | |
| | | | **Administration - General Client Interface Total:** | 12.00 | 12.00 | |
| *Administration - Travel* | | | | | | |
| *M Sullivan* | | | | | | |
| Mon | 10/24/2022 | M Sullivan | Administration - Travel | 1.00 | 1.00 | |
| Tues | 10/25/2022 | M Sullivan | Driving to and from KServicing's offices Administration - Travel | 1.00 | 1.00 | |
| Thur | 10/27/2022 | M Sullivan | Driving to and from the KServicing offices Administration - Travel | 1.00 | 1.00 | |
| Mon | 10/31/2022 | M Sullivan | Driving to and from the Kabbage offices Administration - Travel | 1.00 | 1.00 | |
| Mon | 11/7/2022 | M Sullivan | Driving to and from KServicing's offices Administration - Travel | 1.00 | 1.00 | |
| Mon | 11/21/2022 | M Sullivan | Driving to and from KServicing's offices Administration - Travel | 1.00 | 1.00 | |
| Tues | 11/22/2022 | M Sullivan | RT travel to client Administration - Travel | 1.00 | 1.00 | |
| Wed | 11/30/2022 | M Sullivan | RT travel to client Administration - Travel | 1.00 | 1.00 | |
| | | | Driving to and from Kabbage, Inc. offices | | | |
| | | | M Sullivan **Total:** | 8.00 | 8.00 | |
| | | | **Administration - Travel Total:** | 8.00 | 8.00 | |
| *Communication BOD* | | | | | | |
| *M Sullivan* | | | | | | |
| Mon | 10/24/2022 | M Sullivan | Communication BOD | 0.50 | 0.50 | |
| Tues | 10/25/2022 | M Sullivan | Call with Lawrence Taylor to discuss the first day at KServicing Communication BOD | 2.00 | 2.00 | |
| Tues | 10/25/2022 | M Sullivan | Meeting with Laquisha Milner, CEO of KServicing, and David Walker, CFO of KServicing Communication BOD | 2.50 | 2.50 | |
| Thur | 10/27/2022 | M Sullivan | First meeting with Laquisha Milner, CEO of KServicing Communication BOD | 0.50 | 0.50 | |
| Thur | 10/27/2022 | M Sullivan | Catch up call with Laquisha Milner, CEO of KServicing Communication BOD | 1.00 | 1.00 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 3 of 15

Filters Used:
- Time Entry Date:    10/24/2022  to  12/2/2022
- Project ID:    Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*🗎 = Invoiced (mouse over for #), 🖉 = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| *Communication BOD* | | | | | | |
| Thur | 10/27/2022 | M Sullivan | Call with Lawrence Taylor, Independent Director on the board of KServicing Communication BOD Weekly Board Call | 1.00 | 1.00 | |
| Mon | 10/31/2022 | M Sullivan | Communication BOD | 1.00 | 1.00 | |
| Mon | 11/7/2022 | M Sullivan | Call with Lawrence Taylor, Independent Director at KServicing Communication BOD Lunch with Robin Gregg, director at KServicing | 1.00 | 1.00 | |
| Tues | 11/8/2022 | M Sullivan | Communication BOD Lunch with Laquisha Milner, CEO of KServicing | 2.00 | 2.00 | |
| Thur | 11/10/2022 | M Sullivan | Communication BOD Weekly board call | 1.00 | 1.00 | |
| Thur | 11/10/2022 | M Sullivan | Communication BOD Meeting with the board and its legal counsel | 0.50 | 0.50 | |
| Wed | 11/16/2022 | M Sullivan | Communication BOD Call with Lawrence Taylor, member of the board of KServicing | 0.50 | 0.50 | |
| Wed | 11/16/2022 | M Sullivan | Communication BOD Check in call with Laquisha Milner, CEO and director of KServicing | 0.50 | 0.50 | |
| Thur | 11/17/2022 | M Sullivan | Communication BOD KService board call | 1.00 | 1.00 | |
| Thur | 11/17/2022 | M Sullivan | Communication BOD Calls with Lawrence Taylor, member of the board | 0.50 | 0.50 | |
| Tues | 11/22/2022 | M Sullivan | Communication BOD Call with Lawrence Taylor, Member of the board of KServicing | 0.50 | 0.50 | |
| Tues | 11/22/2022 | M Sullivan | Communication BOD Call with Laquisha Milner, CEO of KService | 0.50 | 0.50 | |
| Thur | 12/1/2022 | M Sullivan | Communication BOD Board check in with Weil | 0.50 | 0.50 | |
| Thur | 12/1/2022 | M Sullivan | Communication BOD Leadership and board check in call | 0.50 | 0.50 | |
| Thur | 12/1/2022 | M Sullivan | Communication BOD Board Check in with David Kurzweil from Greenberg Traurig | 0.50 | 0.50 | |
| Thur | 12/1/2022 | M Sullivan | Communication BOD Call with Laquisha to discuss CFO transition planning | 1.00 | 1.00 | |

|  |  |  | **M Sullivan Total:** | 19.00 | 19.00 |
|  |  |  | **Communication BOD Total:** | 19.00 | 19.00 |

*Communication Employees*
*M Sullivan*

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 4 of 15

Filters Used:
- Time Entry Date:     10/24/2022  to  12/2/2022
- Project ID:          Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*□ = Invoiced (mouse over for #), 🖊 = Marked as Billed, ◇ = Non-Billable, ✘ = Xtra

**Project ID - Name (Manager): Kabbage I - Internal KServicing Corp BK: - ** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| *Communication Employees* | | | | | | |
| Tues | 10/25/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | First meeting with Tamica Williams, Controller for KServicing | | | |
| Tues | 10/25/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Meeting with Donna Evans, Chief Operating Officer of KServicing | | | |
| Wed | 10/26/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with David Walker, current CFO of KServicing | | | |
| Wed | 10/26/2022 | M Sullivan | Communication Employees | 1.00 | 1.00 | |
| | | | Call with Shirley Holmes, David Walker, and Tamica Williams to discuss the booking file | | | |
| Wed | 10/26/2022 | M Sullivan | Communication Employees | 1.00 | 1.00 | |
| | | | Call with Tamica Williams to discuss the G Drive and  Blackline | | | |
| Wed | 10/26/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with David Walker to discuss Alix Partners pre-scheduled calls | | | |
| Fri | 10/28/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with Jason Dods to discuss loan calculations and to understand our projections for loan repayment. | | | |
| Fri | 10/28/2022 | M Sullivan | Communication Employees | 1.00 | 1.00 | |
| | | | Call with Tamica Williams and Indra Naraina.  Tamica is the Controller and Nariana is the Assistant Controller.  We discussed deferred revenue. | | | |
| Thur | 11/3/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with David Walker, current CFO of KServicing | | | |
| Thur | 11/3/2022 | M Sullivan | Communication Employees | 1.00 | 1.00 | |
| | | | Call with Laquisha Milner, Sal Kafiti, and Holly Loiseau to discuss professional fees in anticipation of our call with Professionals on Friday | | | |
| Fri | 11/4/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with the finance team to discuss CUBI items | | | |
| Mon | 11/7/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call to discuss the work to reconcile KServicing's books | | | |
| Tues | 11/8/2022 | M Sullivan | Communication Employees | 1.50 | 1.50 | |
| | | | Two calls with David Walker and Tamica Williams to discuss the month end closing especially accounting for the settlement | | | |
| Wed | 11/9/2022 | M Sullivan | Communication Employees | 2.50 | 2.50 | |
| | | | Dinner at STK with the KServicing management team | | | |
| Wed | 11/9/2022 | M Sullivan | Communication Employees | 1.50 | 1.50 | |
| | | | Senior management team meeting with the internal legal team | | | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 5 of 15

Filters Used:
- Time Entry Date:     10/24/2022  to  12/2/2022
- Project ID:          Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*\* ▤ = Invoiced (mouse over for #), 🖉 = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra*

Project ID - Name (Manager): **Kabbage I - Internal KServicing Corp BK:** - *Kabbage I - Internal KServicing Corp BK* (Michael Jacoby)

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| *Communication Employees* | | | | | | |
| Thur | 11/10/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Reconciliation discussion with Tamica Williams | | | |
| Thur | 11/10/2022 | M Sullivan | Communication Employees | 1.00 | 1.00 | |
| | | | Call with Tamica Williams to discuss CUBI items | | | |
| Fri | 11/11/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with Tamica Williams to discuss the update on the reconciliation | | | |
| Mon | 11/14/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call to review work to reconcile receivable | | | |
| Mon | 11/14/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Cancelled loan population call. This helps to verify the receivable number. | | | |
| Tues | 11/15/2022 | M Sullivan | Communication Employees | 1.00 | 1.00 | |
| | | | KS-MFC Project Check In and call to discuss communication with CUBI | | | |
| Tues | 11/15/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | PPP Payments and check process call. This was an internal KServicing call | | | |
| Thur | 11/17/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with Tim Keefe and Tamica Williams.  We discussed the reconciliation between the remit file and Core Credit. | | | |
| Thur | 11/17/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call to discuss payments to the Fed after GP and subsequent payment by the borrower | | | |
| Thur | 11/17/2022 | M Sullivan | Communication Employees | 1.00 | 1.00 | |
| | | | Walk through receivable calculations with Tamica Williams | | | |
| Fri | 11/18/2022 | M Sullivan | Communication Employees | 1.50 | 1.50 | |
| | | | Call with Tamica Williams to discuss the reconciliation between the Raw File and Core Credit. | | | |
| Fri | 11/18/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Daily ACH debit analysis call | | | |
| Mon | 11/21/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with Tamica Williams, Controller at KService | | | |
| Mon | 11/21/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Check in call with Donna Evans | | | |
| Mon | 11/21/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with Tamica Williams to discuss Reported Remittances | | | |
| Mon | 11/21/2022 | M Sullivan | Communication Employees | 1.00 | 1.00 | |
| | | | Call to discuss restitution check accounting | | | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 6 of 15

Filters Used:
- Time Entry Date:      10/24/2022  to  12/2/2022
- Project ID:           Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*<span align="right">* ▤ = Invoiced (mouse over for #), ✐ = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra</span>*

Project ID - Name (Manager): **Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|---|---|---|---|---|---|---|
| *Communication Employees* | | | | | | |
| Mon | 11/21/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | 2nd call with Tamica Williams, Controller at KService, to prepare for call with Weil | | | |
| Tues | 11/22/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with Tamica Williams | | | |
| Tues | 11/22/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Sage Intact Contract Renewal | | | |
| Tues | 11/22/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Remit to bank tie out | | | |
| Mon | 11/28/2022 | M Sullivan | Communication Employees | 1.00 | 1.00 | |
| | | | Call with Tamica Williams to discuss Contract Rejection Analysis | | | |
| Tues | 11/29/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | Call with Joe Mullaney | | | |
| Thur | 12/1/2022 | M Sullivan | Communication Employees | 0.50 | 0.50 | |
| | | | KServicing Leadership Check in call | | | |
| | | | M Sullivan **Total:** | 28.50 | 28.50 | |
| | | | **Communication Employees Total:** | 28.50 | 28.50 | |
| *Communication Legal Counsel* | | | | | | |
| *M Sullivan* | | | | | | |
| Tues | 10/25/2022 | M Sullivan | Communication Legal Counsel | 1.00 | 1.00 | |
| | | | Call with internal legal team to discuss professional fees | | | |
| Thur | 10/27/2022 | M Sullivan | Communication Legal Counsel | 1.00 | 1.00 | |
| | | | Call with Holly Loiseau and Sal Kafiti to discuss pre-petition and projected professional fees | | | |
| Thur | 10/27/2022 | M Sullivan | Communication Legal Counsel | 0.50 | 0.50 | |
| | | | Correspondence with Candace Arthur, Partner at Weil, in regard to my engagement as CFO | | | |
| Fri | 10/28/2022 | M Sullivan | Communication Legal Counsel | 0.50 | 0.50 | |
| | | | Call with Candace Arthur from Weil. We discussed my engagement agreement and the realization that we would have to present it to the court. | | | |
| Mon | 10/31/2022 | M Sullivan | Communication Legal Counsel | 0.50 | 0.50 | |
| | | | Update call with Weil | | | |
| Wed | 11/2/2022 | M Sullivan | Communication Legal Counsel | 0.50 | 0.50 | |
| | | | Reviewing past bill for Greenberg Traurig, corresponding with Laquisha Milner and Holly Loiseau in regard to the most recent bill, and call with David Kurzweil in regard to the bill. | | | |
| Fri | 11/4/2022 | M Sullivan | Communication Legal Counsel | 0.50 | 0.50 | |
| | | | Call to discuss Settlement especially as it relates to CRB's likely objection to the settlement and request to delay the hearing | | | |
| Fri | 11/4/2022 | M Sullivan | Communication Legal Counsel | 0.50 | 0.50 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
  - Time Entry Date:      10/24/2022  to  12/2/2022
  - Project ID:            Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*\* = Invoiced (mouse over for #), ✎ = Marked as Billed, ◇ = Non-Billable, ✕ = Xtra*

**Project ID - Name (Manager): Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| *Communication Legal Counsel* | | | | | | |
| Mon | 11/7/2022 | M Sullivan | Call with David Kurzweil to discuss his fees Communication Legal Counsel Omnibus hearing | 2.00 | 2.00 | |
| Tues | 11/8/2022 | M Sullivan | Communication Legal Counsel 341meeting prep call | 1.50 | 1.50 | |
| Thur | 11/10/2022 | M Sullivan | Communication Legal Counsel 341meeting | 2.00 | 2.00 | |
| Thur | 11/10/2022 | M Sullivan | Communication Legal Counsel | 1.00 | 1.00 | |
| Mon | 11/14/2022 | M Sullivan | Call with Alix Partners and Weil Gotschal (Trinity Standing Check In) Communication Legal Counsel Trinity check in call with Weil and Alix Partners.  The call was longer than 30 minutes but I left for the receivable review call. | 0.50 | 0.50 | |
| Tues | 11/15/2022 | M Sullivan | Communication Legal Counsel Working on documents required to be appointed by the court including retention motion, proposed order, and declaration | 1.00 | 1.00 | |
| Wed | 11/16/2022 | M Sullivan | Communication Legal Counsel Rereading the engagement agreement, retention motion, declaration, and order, communicating internally at Phoenix in regard to the contents of the motion, declaration, and order | 2.00 | 2.00 | |
| Wed | 11/16/2022 | M Sullivan | Communication Legal Counsel Call with Weil to discuss the receivable | 1.50 | 1.50 | |
| Thur | 11/17/2022 | M Sullivan | Communication Legal Counsel Call with Jones Day to discuss request from the Congressional PPP Subcommittee | 0.50 | 0.50 | |
| Thur | 11/17/2022 | M Sullivan | Communication Legal Counsel Call with Weil to discuss the receivable and to prepare for the 5 pm board call | 1.00 | 1.00 | |
| Thur | 11/17/2022 | M Sullivan | Communication Legal Counsel Call with David Kurzweil, legal counsel to the board of directors | 0.50 | 0.50 | |
| Mon | 11/21/2022 | M Sullivan | Communication Legal Counsel Call with Weil to discuss the receivable | 1.50 | 1.50 | |
| Fri | 11/25/2022 | M Sullivan | Communication Legal Counsel Corresponding with Weil in regard to the court filing in regard to the receivable | 1.50 | 1.50 | |
| Mon | 11/28/2022 | M Sullivan | Communication Legal Counsel First weekly update call with Weil | 0.50 | 0.50 | |
| Tues | 11/29/2022 | M Sullivan | Communication Legal Counsel | 0.50 | 0.50 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date:      10/24/2022  to  12/2/2022
- Project ID:          Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*✎ = Invoiced (mouse over for #), ✐ = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra*

| Project ID - Name (Manager): **Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* (**Michael Jacoby**) | | | | | | |
|---|---|---|---|---|---|---|
| Day | Date | Employee | Description | Hrs | B-Hrs | * |

*Communication Legal Counsel*

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|---|---|---|---|---|---|---|
| | | | Call to discuss approach to October remittance | | | |
| Wed | 11/30/2022 | M Sullivan | Communication Legal Counsel | 1.50 | 1.50 | |
| | | | Call with Weil to discuss legal strategy related to the settlement | | | |
| Thur | 12/1/2022 | M Sullivan | Communication Legal Counsel | 1.00 | 1.00 | |
| | | | Trinity Standing Check In - Call with Weil, Alix, and management | | | |
| | | | M Sullivan Total: | 25.00 | 25.00 | |
| | | | Communication Legal Counsel Total: | 25.00 | 25.00 | |

*Communication Other Professionals*
*M Sullivan*

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|---|---|---|---|---|---|---|
| Tues | 10/25/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Call with Alix Partners to discuss the Settlement | | | |
| Wed | 10/26/2022 | M Sullivan | Communication Other Professionals | 1.00 | 1.00 | |
| | | | Call with Alix Partners, Tamica Williams, and David Walker to discuss the financials for the international divisions that are now dormant. | | | |
| Wed | 10/26/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Call with Alix Partners, David Walker, and Tamica William. We discussed items that KService's finance team is trying to resolve and preparation for the 341meeting. | | | |
| Thur | 10/27/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Call with Deborah Reiger-Pagaris from Alix Partners | | | |
| Mon | 10/31/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Call with David Walker, Natasha Hwangpo, Brent Chase to discuss money that may be owed to CRB | | | |
| Mon | 10/31/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Status update call with Alix Partners | | | |
| Mon | 10/31/2022 | M Sullivan | Communication Other Professionals | 1.00 | 1.00 | |
| | | | Meeting with David Walker to discuss CFO responsibilities. David and I are both serving as CFO currently. | | | |
| Tues | 11/1/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Call with Jim Nelson and John Katsegeorgis from Alix Partners. We discussed the cash summary that John sends every week. | | | |
| Wed | 11/2/2022 | M Sullivan | Communication Other Professionals | 1.00 | 1.00 | |
| | | | Lunch with 2 people from Alix Partners who are working on KServicing: Deb Reiger-Pagaris and Jim Nelson | | | |
| Thur | 11/3/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Weil weekly update call | | | |
| Thur | 11/3/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 9 of 15

Filters Used:
- Time Entry Date:      10/24/2022  to  12/2/2022
- Project ID:      Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*✱ = Invoiced (mouse over for #), 🖊 = Marked as Billed, ◈ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| *Communication Other Professionals* | | | | | | |
| Fri | 11/4/2022 | M Sullivan | Call to discuss Bucketing Principal and Interest. The call is in reference to Fed reporting pursuant to the Cash Collateral Order. Communication Other Professionals | 1.00 | 1.00 | |
| Mon | 11/7/2022 | M Sullivan | Call to discuss Professional Fees. The call was with Holly Loiseau, Sal Kafiti, Laquisha Milner, Alix Partners, and Weil. Communication Other Professionals | 0.50 | 0.50 | |
| Mon | 11/7/2022 | M Sullivan | Call with Alix Partners and David Walker to discuss 341 meeting Communication Other Professionals | 1.00 | 1.00 | |
| Mon | 11/7/2022 | M Sullivan | Call with David Walker to discuss the CFO role Communication Other Professionals | 0.50 | 0.50 | |
| Wed | 11/9/2022 | M Sullivan | Monday morning call between the finance team and Alix Partners Communication Other Professionals | 1.50 | 1.50 | |
| Fri | 11/11/2022 | M Sullivan | Meetings with Alix Partners to discuss priorities for the day and to plan for the monthly operating report Communication Other Professionals | 1.00 | 1.00 | |
| Fri | 11/11/2022 | M Sullivan | Second call with Alix Partners to discuss MOR and work on reconciliation Communication Other Professionals | 1.00 | 1.00 | |
| Mon | 11/14/2022 | M Sullivan | First call with Alix Partners and Tamica Williams Communication Other Professionals | 0.50 | 0.50 | |
| Mon | 11/14/2022 | M Sullivan | Call with Alix Partners to discuss liquidation analysis Communication Other Professionals | 0.50 | 0.50 | |
| Mon | 11/14/2022 | M Sullivan | Call with Wyndham Brannon to discuss communicating with the IRS in regard to payroll taxes paid by Amex and uncashed checks. Communication Other Professionals | 0.50 | 0.50 | |
| Mon | 11/14/2022 | M Sullivan | Call with Alix Partners and Tamica Williams to discuss the CRB remits Communication Other Professionals | 1.50 | 1.50 | |
| Tues | 11/15/2022 | M Sullivan | Calls with Alix Partners at 10 am and 2 pm Communication Other Professionals | 1.00 | 1.00 | |
| Tues | 11/15/2022 | M Sullivan | Call with Alix Partners to discuss the cost per loan analysis Communication Other Professionals | 0.50 | 0.50 | |
| Tues | 11/15/2022 | M Sullivan | Cash collateral order reporting call with Alix Partners Communication Other Professionals | 0.50 | 0.50 | |
| Wed | 11/16/2022 | M Sullivan | Call with Synovus to discuss the UDA Communication Other Professionals | 1.00 | 1.00 | |
| Wed | 11/16/2022 | M Sullivan | Daily prep call with Alix Partners Communication Other Professionals | 0.50 | 0.50 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date:       10/24/2022  to  12/2/2022
- Project ID:              Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*＝ = Invoiced (mouse over for #), ✐ = Marked as Billed, ◇ = Non-Billable, ✘ = Xtra*

| Project ID - Name (Manager): **Kabbage I - Internal KServicing Corp BK:** - *Kabbage I - Internal KServicing Corp BK* (**Michael Jacoby**) | | | | | | |
|---|---|---|---|---|---|---|
| Day | Date | Employee | Description | Hrs | B-Hrs | * |

### *Communication Other Professionals*

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|---|---|---|---|---|---|---|
| Wed | 11/16/2022 | M Sullivan | Call to review trial balance and support for receivable<br>Communication Other Professionals | 0.50 | 0.50 | |
| Wed | 11/16/2022 | M Sullivan | CRB remit question call with Tamica Williams<br>Communication Other Professionals | 1.00 | 1.00 | |
| Thur | 11/17/2022 | M Sullivan | Disclosure statement call with Weil<br>Communication Other Professionals | 1.00 | 1.00 | |
| Fri | 11/18/2022 | M Sullivan | Alix Partners daily prep call. Discussed the MOR and receivable<br>Communication Other Professionals | 0.50 | 0.50 | |
| Fri | 11/18/2022 | M Sullivan | Synovus introduction call.  2 people from Synovus and David Walker were on the call.<br>Communication Other Professionals | 1.00 | 1.00 | |
| Fri | 11/18/2022 | M Sullivan | Call with Jason Dods and Tim Keefe from Morgan Franklin and Donna Evans and Tamica Williams to discuss the reconciliation between the Raw File and Core Credit.<br>Communication Other Professionals | 0.50 | 0.50 | |
| Mon | 11/21/2022 | M Sullivan | Reconciliation follow up call with Tim Keefe, Jason Dods, and Tamica Williams<br>Communication Other Professionals | 1.00 | 1.00 | |
| Tues | 11/22/2022 | M Sullivan | Check in calls with Alix Partners<br>Communication Other Professionals | 0.50 | 0.50 | |
| Tues | 11/22/2022 | M Sullivan | Call with Alix Partners and Tamica Williams<br>Communication Other Professionals | 1.00 | 1.00 | |
| Wed | 11/23/2022 | M Sullivan | KS MFC Project Check In<br>Communication Other Professionals | 0.50 | 0.50 | |
| Mon | 11/28/2022 | M Sullivan | Daily update call with Alix Partners<br>Communication Other Professionals | 0.50 | 0.50 | |
| Mon | 11/28/2022 | M Sullivan | Post GP Forgiveness call with Tim Keefe, Jason Dods, and KS finance team<br>Communication Other Professionals | 0.50 | 0.50 | |
| Mon | 11/28/2022 | M Sullivan | 2nd call with Alix Partners<br>Communication Other Professionals | 0.50 | 0.50 | |
| Tues | 11/29/2022 | M Sullivan | Daily update call with Alix Partners<br>Communication Other Professionals | 1.00 | 1.00 | |
| Tues | 11/29/2022 | M Sullivan | Daily prep call with Alix. We discussed contract rejection analysis.<br>Communication Other Professionals | 0.50 | 0.50 | |
| Tues | 11/29/2022 | M Sullivan | Call to discuss Fed loan data request<br>Communication Other Professionals | 1.00 | 1.00 | |
| Tues | 11/29/2022 | M Sullivan | Call with Tamica Williams, Alix Partners, and Windham Brannon to discuss tax issues including expired checks<br>Communication Other Professionals | 0.50 | 0.50 | |
| | | | Call with Alix to discuss Fed 1502 report | | | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date:      10/24/2022  to  12/2/2022
- Project ID:      Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*📄 = Invoiced (mouse over for #), 🖊 = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| *Communication Other Professionals* | | | | | | |
| Wed | 11/30/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Standing 2pm call with Alix Partners | | | |
| Wed | 11/30/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Mid week Alix update call | | | |
| Thur | 12/1/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Call with Morgan Franklin to discuss Reconciliation Retrospective | | | |
| Fri | 12/2/2022 | M Sullivan | Communication Other Professionals | 0.50 | 0.50 | |
| | | | Daily update call with Alix Partners | | | |
| | | | M Sullivan **Total:** | 34.00 | 34.00 | |
| | | | Communication Other Professionals **Total:** | 34.00 | 34.00 | |
| *General Management (interim management only)* | | | | | | |
| *M Sullivan* | | | | | | |
| Mon | 11/7/2022 | M Sullivan | General Management (interim management only) | 2.50 | 2.50 | |
| | | | Sending and responding to email messages. setting up meetings, etc. | | | |
| Mon | 11/7/2022 | M Sullivan | General Management (interim management only) | 0.50 | 0.50 | |
| | | | Call with Laurie Reiley at the Department of Justice to discuss the Keith and Christina McConnell case | | | |
| Tues | 11/8/2022 | M Sullivan | General Management (interim management only) | 4.50 | 4.50 | |
| | | | In the company's offices working meeting with Laquisha Milner, Sal Kafiti, and Holly Loiseau: working on the professional fee summary, and working on other matters. | | | |
| Wed | 11/9/2022 | M Sullivan | General Management (interim management only) | 3.00 | 3.00 | |
| | | | Meetings to discuss receivable | | | |
| Wed | 11/9/2022 | M Sullivan | General Management (interim management only) | 3.50 | 3.50 | |
| | | | Meetings with management to discuss various issues (excluding the receivable), working on the professional fees file, etc. | | | |
| Thur | 11/10/2022 | M Sullivan | General Management (interim management only) | 2.00 | 2.00 | |
| | | | Dinner and drinks with one board member and senior management | | | |
| Thur | 11/10/2022 | M Sullivan | General Management (interim management only) | 2.00 | 2.00 | |
| | | | Reading and responding to email messages and short unscheduled meeting with management in the office | | | |
| Mon | 11/14/2022 | M Sullivan | General Management (interim management only) | 4.00 | 4.00 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 12 of 15

Filters Used:
- Time Entry Date:      10/24/2022  to  12/2/2022
- Project ID:            Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*\* 🗎 = Invoiced (mouse over for #), 🖉 = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| | | | *General Management (interim management only)* | | | |
| | | | Reading and responding to email and Slack messages.  Reviewing company data in regard to reporting to the Federal Reserve, cash collateral order, the receivable, etc. | | | |
| Tues | 11/15/2022 | M Sullivan | General Management (interim management only) | 5.50 | 5.50 | |
| | | | Review of emails from CUBI, communication with KServicing team in regard to CUBI communication, planning to refute allegations, review of Power of Attorney, gathering information in regard to tax matters, reviewing cost per loan information, reviewing KERP declaration, motion, and order, etc. | | | |
| Wed | 11/16/2022 | M Sullivan | General Management (interim management only) | 2.00 | 2.00 | |
| | | | Reading, analyzing, and responding to email messages in regard to the cash collateral order and budgeted expenses, the trial balances, chapter 7 analysis, MOR, among other things. | | | |
| Thur | 11/17/2022 | M Sullivan | General Management (interim management only) | 3.50 | 3.50 | |
| | | | Reading and responding to email message and reviewing data. Reviewing receivable calculations, professional fees, signing and making a PDF of the POA, reviewing AP file and understanding process to pay AP, following up on Synovus checking account authorizations, in addition to other activities. | | | |
| Mon | 11/21/2022 | M Sullivan | General Management (interim management only) | 5.00 | 5.00 | |
| | | | In the office reading and responding to email messages, working with Tamica Williams on the receivable, sending email messages in regard to professional fees and aggregating information, doing initial work on the accounting for restitution checks, in addition to other activities. | | | |
| Tues | 11/22/2022 | M Sullivan | General Management (interim management only) | 4.00 | 4.00 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 13 of 15

Filters Used:
- Time Entry Date:     10/24/2022  to  12/2/2022
- Project ID:          Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*\* = Invoiced (mouse over for #), ✐ = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra*

**Project ID - Name (Manager): Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|
| | | | *General Management (interim management only)* | | | |
| | | | Reading and responding to email messages in regard to the Synovus bank accounts, moving money between accounts, working on the receivable, reviewing liquidation analysis and thinking about assumptions, in addition to other activities | | | |
| Mon | 11/28/2022 | M Sullivan | General Management (interim management only) | 1.50 | 1.50 | |
| | | | Sending and responding to email messages in regard to the case. | | | |
| Tues | 11/29/2022 | M Sullivan | General Management (interim management only) | 0.50 | 0.50 | |
| | | | Hearing to discuss breach of contract | | | |
| Wed | 11/30/2022 | M Sullivan | General Management (interim management only) | 1.00 | 1.00 | |
| | | | Working on email to explain the October payment | | | |
| Thur | 12/1/2022 | M Sullivan | General Management (interim management only) | 3.00 | 3.00 | |
| | | | Working on the CFO Transition plan | | | |
| Fri | 12/2/2022 | M Sullivan | General Management (interim management only) | 3.00 | 3.00 | |
| | | | Finalizing the CFO Transition plan and sending it to Laquisha Milner | | | |
| | | | **M Sullivan Total:** | 51.00 | 51.00 | |
| | | | **General Management (interim management only) Total:** | 51.00 | 51.00 | |
| | | | *Information gathering, review, analysis* | | | |
| | | | *M Sullivan* | | | |
| Wed | 10/26/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Review of the declaration of Deborah Reiger-Paganis | | | |
| Thur | 10/27/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Review of Weil and Alix Partners board discussions materials | | | |
| Thur | 10/27/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Review of the Settlement and Release Agreement | | | |
| Fri | 10/28/2022 | M Sullivan | Information gathering, review, analysis | 1.00 | 1.00 | |
| | | | Review of Kabbage India and UK September 2022 and December 2021 financial statements.  Includes time to speak with David Walker about the exchange rate change and the translation adjustment. | | | |
| Fri | 10/28/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Reading the Settlement and Release agreement | | | |
| Fri | 10/28/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Filters Used:
- Time Entry Date:       10/24/2022  to  12/2/2022
- Project ID:       Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*📄 = Invoiced (mouse over for #), 🖉 = Marked as Billed, ◇ = Non-Billable, ✗ = Xtra*

| Project ID - Name (Manager): **Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* (Michael Jacoby) | | | | | | |
|---|---|---|---|---|---|---|
| Day | Date | Employee | Description | Hrs | B-Hrs | * |
| *Information gathering, review, analysis* | | | | | | |
| | | | Review of cash balance and activity report | | | |
| Fri | 10/28/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Review of Synovus Treasury Management enrollment forms including the email that explains the need for the forms | | | |
| Fri | 10/28/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Review of document outlining KServicing provisioning procedures | | | |
| Fri | 10/28/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Setting up Sage Intacct | | | |
| Tues | 11/1/2022 | M Sullivan | Information gathering, review, analysis | 1.00 | 1.00 | |
| | | | Review of Joint Chapter 11 Plan of Kabbage, Inc. | | | |
| Tues | 11/1/2022 | M Sullivan | Information gathering, review, analysis | 1.00 | 1.00 | |
| | | | Review of KServicing White Paper - Enforceability of SBA PPP Guaranties | | | |
| Thur | 11/3/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Initial review of the cash collateral order | | | |
| Fri | 11/4/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Review of the CRB objection to the settlement agreement | | | |
| Fri | 11/4/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Review of declaration of Laquisha Milner, CEO of KServicing, in regard to CRB's objection to the settlement agreement | | | |
| Mon | 11/14/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Working on the weekly professional fee schedule | | | |
| Tues | 11/15/2022 | M Sullivan | Information gathering, review, analysis | 1.00 | 1.00 | |
| | | | Working on the weekly professional fee analysis | | | |
| Wed | 11/16/2022 | M Sullivan | Information gathering, review, analysis | 0.50 | 0.50 | |
| | | | Working on the weekly professional fee analysis | | | |
| Fri | 11/18/2022 | M Sullivan | Information gathering, review, analysis | 3.00 | 3.00 | |
| | | | Reading and responding to email in regard to the settlement. Gathering information for a letter to the court in regard to same.  Call with Tamica Williams to prepare for call with Weil to discuss same. | | | |
| Tues | 11/22/2022 | M Sullivan | Information gathering, review, analysis | 1.00 | 1.00 | |
| | | | Working on Professional Fee Worksheet | | | |
| Wed | 11/23/2022 | M Sullivan | Information gathering, review, analysis | 1.50 | 1.50 | |
| | | | Working on the historical fee spreadsheets and adjusting monthly fee estimates. | | | |
| Mon | 11/28/2022 | M Sullivan | Information gathering, review, analysis | 3.00 | 3.00 | |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 15 of 15

Filters Used:
-  Time Entry Date:        10/24/2022  to  12/2/2022
-  Project ID:             Kabbage I - Internal KServicing Corp BK:  to  Kabbage I - Internal KServicing Corp BK:

*📄 = Invoiced (mouse over for #), 🖊 = Marked as Billed, ◇ = Non-Billable, ✖ = Xtra*

Project ID - Name (Manager): **Kabbage I - Internal KServicing Corp BK: -** *Kabbage I - Internal KServicing Corp BK* **(Michael Jacoby)**

| Day | Date | Employee | Description | Hrs | B-Hrs | * |
|-----|------|----------|-------------|-----|-------|---|

*Information gathering, review, analysis*

|  |  |  | Working on Contract Rejection Analysis. Choosing which contracts would be rejected if KS were no longer servicing loans.  Calculating contract cancellation costs. |  |  |  |
|  |  |  | M Sullivan **Total:** | 19.00 | 19.00 |  |
|  |  |  | Information gathering, review, analysis **Total:** | 19.00 | 19.00 |  |
|  |  |  | **Project** Kabbage I - Internal KServicing Corp BK: **Total:** | 212.50 | 212.50 |  |
|  |  |  | Grand **Total:** | 212.50 | 212.50 |  |

# Phoenix Management

110 Commons Court
Chadds Ford, PA 19317-9716
Tel: 610-358-4700 Fax: 610-358-9377

Printed on: 12/2/2022
Page 1 of 1

Filters Used:
  - Expense Log Date:    10/24/2022  to  12/2/2022
  - Expense Log Project ID:    Kabbage I - KServicing Corp BK:  to  Kabbage I - KServicing Corp BK:

| Date | Employee ID | Project ID | Units | Amount | Memo |
|---|---|---|---|---|---|
| **Mileage NR: - Mileage** | | | | | |
| 10/24/2022 | M Sullivan | Kabbage I - KServicing Corp BK: | 24.00 | $15.00 | RT to client |
| 10/25/2022 | M Sullivan | Kabbage I - KServicing Corp BK: | 24.00 | $15.00 | RT to client |
| 10/27/2022 | M Sullivan | Kabbage I - KServicing Corp BK: | 24.00 | $15.00 | RT to client |
| 10/31/2022 | M Sullivan | Kabbage I - KServicing Corp BK: | 24.00 | $15.00 | RT to client |
| 11/7/2022 | M Sullivan | Kabbage I - KServicing Corp BK: | 24.00 | $15.00 | RT to client |
| 11/21/2022 | M Sullivan | Kabbage I - KServicing Corp BK: | 24.00 | $15.00 | RT to client |
| 11/22/2022 | M Sullivan | Kabbage I - KServicing Corp BK: | 24.00 | $15.00 | RT to client |
| 11/30/2022 | M Sullivan | Kabbage I - KServicing Corp BK: | 24.00 | $15.00 | RTI to client |
| | | **Mileage NR: Sub-Total:** | | $120.00 | |
| | | **Grand Total:** | | $120.00 | |