# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Regarding Docket Nos. 382 and 383** |

## DECLARATION OF SERVICE

I, William A. Hazeltine, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am a member of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3. On December 28, 2022, I caused one copy of the following to be served via Electronic Mail on the parties listed on the attached Service List:

- Re-Notice of Filing of Proposed Redacted Version of Exhibits A and C to Declaration of Alyssa White in Support of the Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [DI 382]; and

- Certification of Counsel Regarding the Motion of Customers Bank for Authorization to File Under Seal Exhibits A and C of the Declaration of Alyssa White in Support of the Motion of Customers Bank for Entry of an Order (I) Compelling Compliance With Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [DI 383].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Date:  December 28, 2022            By:   */s/ William A. Hazeltine*
       Wilmington, Delaware                William A. Hazeltine (No. 3294)

# SERVICE LIST

| | |
|---|---|
| Cross River Bank<br>Attn: Arlen Gelbard, Esq, General Counsel<br>Fort Lee, NJ 07024<br>agelbard@crossriverbank.com | US Department of Justice<br>Attn: Alastair M Gesmundo<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>Alastair.M.Gesmundo@usdoj.gov |
| Greenberg Traurig, LLP<br>Attn: Anthony W Clark<br>The Nemours Bldg<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801<br>Anthony.Clark@gtlaw.com | Federal Reserve Bank of San Francisco<br>Attn: Avery Belka<br>San Francisco, CA 94105<br>Avery.Belka@sf.frb.org |
| RSM US LLP<br>Attn: Ben Brockman<br>Chicago, IL 60606<br>ben.brockman@rsmus.com | Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Susheel Kirpalani<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com |
| US Attorney's Office<br>ED of Texas, Civil Division<br>550 Fannin St, Ste 1250<br>Baeumont, TX 77701<br>Betty.Young@usdoj.gov | Federal Reserve Bank of San Francisco<br>Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105<br>Braden.Parker@sf.frb.org;<br>wallace.young@sf.frb.org |
| Amazon Web Services<br>c/o K&L Gates/Brian Peterson<br>Seattle, WA 98104<br>brian.peterson@klgates.com | Sullivan & Cromwell LLP<br>Attn: James L Bromley<br>New York, NY 10004-2498<br>bromleyj@sullcrom.com |
| Fortis Advisors<br>Attn: Courtney Nothaus<br>San Diego, CA 92130<br>cnothaus@fortisrep.com | Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C Abbott<br>1201 N Market St, 16th Fl<br>Wilmington, DE 19801<br>dabbott@morrisnichols.com |
| KLDiscovery Ontrack, LLC<br>Attn: Dale Drury<br>McLean, VA 22102<br>dale.drury@kldiscovery.com | Goodwin Procter LLP<br>Attn: Dondi Dancy<br>Redwood City, CA 94063<br>ddancy@goodwinlaw.com |

# SERVICE LIST

| | |
|---|---|
| Richards, Layton & Finger, PA<br>Attn: Daniel J DeFranceschi<br>1 Rodney Sq<br>920 N King St<br>Wilmington, DE 19801<br>defranceschi@rlf.com | US Attorney's Office<br>District of Massachusetts, Civil Division<br>1 Courthouse Way, Ste 9200<br>Boston, MA 02210<br>Diane.Seol@usdoj.gov |
| US Small Business Administration<br>Attn: Edward Ledford, Deputy Director<br>409 3rd St SW, 8th Fl<br>Washington, DC 20416<br>edward.ledford@sba.gov | Lanier Parking Solutions I, LLC<br>dba Reef Parking<br>730 Peachtree St, Box 35<br>Atlanta, GA 30308<br>elliott.roby@reefparking.com |
| Small Business Administration<br>Attn: Eric S Benderson<br>Attn: Susan Streich<br>409 3rd St SW, Ste 7211<br>Washington, DC 20416<br>eric.benderson@sba.gov | Cross River Bank<br>Attn: Gilles Gade & Arlen Gelbard<br>400 Kelby St<br>Ft Lee, NJ 07024<br>ggade@crossriverbank.com |
| Greenberg Traurig, LLP<br>Attn: Brian E Greer<br>New York, NY 10017<br>greerb@gtlaw.com | Benesch, Friedlander, Coplan & Aronoff, LLP<br>Attn: Gregory W Werkheiser<br>Wilmington, DE 19801<br>gwerkheiser@beneschlaw.com |
| Libra Risk Management<br>Attn: Ian Cox<br>Foxborough, MA 02035<br>icox@kservicecorp.com | Option 1 Partners LLC<br>Attn: Jackie Flake<br>Alpharetta, GA 30005<br>jackie@option1partners.com |
| Corporation Service Company<br>Attn: Jessica Mullenix Woodward<br>Wilmington, DE 19808<br>jessica.woodward@cscgfm.com;<br>UCCSPREP@cscglobal.com | MorganFranklin Consulting, LLC<br>Attn: Timothy Keefe<br>McLean, VA 22102<br>tim.keefe@morganfranklin.com |
| Customers Bank<br>Attn: Jennifer Petsu<br>West Reading, PA 19611<br>jpetsu@customersbank.com;<br>asachs@customersbank.com | Box, Inc<br>Attn: David Leeb, Jason Silapachai<br>Redwood City, CA 94063<br>jsilapachai@box.com |

## SERVICE LIST

Vital Outsourcing Services Inc
Attn: Ken Braddock
Berkeley Lake, GA 30092
kbraddock@vitasolutions.net

Goodwin Procter LLP
Attn: Kimberly Larie
Boston, MA 02210
KLarie@goodwinkaw.com

Greenberg Traurig, LLP
Attn: David B Kurzweil
Terminus 200
3333 Piedmont Rd, NE, Ste 2500
Atlanta, GA 30305
kurzweild@gtlaw.com

Celtic Bank Corp
Attn: Leslie K Rinaldi, General Counsel
Salt Lake City, UT 84111
lrinaldi@celticbank.com

Transunion Risk And Alternative Data Solutions
Attn: Steven Littman
Boca Raton, FL 33431
steven.littman@transunion.com

Small Business Administration
Attn: Susan Streich, Eric Benderson
Washington, DC 20416
susan.streich@sba.gov;
eric.benderson@sba.gov

Federal Reserve Bank of San Francisco
c/o Cleary Gottlieb
1 Liberty Plz
New York, NY 10006
lschweitzer@cgsh.com

Major, Lindsey & Africa/Allegis Group Holdings Inc
Attn: Michael A Albino
Hanover, MD 21076
malbino@mlaglobal.com

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Matthew R Scheck
Austin, TX 78701
matthewscheck@quinnemanuel.com

Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy
c/o The Finley Firm, PC
Piedmont Ctr, Bldg 14
3525 Piedmont Rd, Ste 230
Atlanta, GA 30305
mgibson@thefinleyfirm.com

Federal Trade Commission
Attn: Marguerite Moeller
Atlanta, GA 30303
mmoeller@ftc.gov

Federal Trade Commission
Attn: Alan Babowski
Washington, DC 20580
abakowski@ftc.gov

# SERVICE LIST

| | |
|---|---|
| URS Technologies Solutions LLC<br>Attn: Mukesh Chamedia<br>Iselin, NJ 08830<br>mukesh@blucognition.com | Young Conaway Stargatt & Taylor, LLP<br>Attn: Pauline K Morgan<br>1000 N King St<br>Wilmington, DE 19801<br>pmorgan@ycst.com |
| American Express Kabbage Inc<br>Attn: Tara Rajani<br>Atlanta, GA 30308<br>Tara.e.rajani@aexp.co | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy<br>c/o White & Williams, LLP<br>1650 Market St<br>1 Liberty Pl, Ste 1800<br>Philadelphia, PA 19103<br>properj@whiteandwilliams.com;<br>heskins@whiteandwilliams.com |
| Weil, Gotshal & Manges LLP<br>Attn: Ray C Schrock<br>New York, NY 10153<br>ray.schrock@weil.com | United States Trustee<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>richard.schepacarter@usdoj.gov |
| Thomas E Austin Jr, LLC<br>Attn: Thomas E Austin Jr<br>Atlanta, GA 30324<br>taustin@taustinlaw.com | US Department of Justice<br>Civil Division, Commercial Litigation Branch, Fraud Section<br>175 N St NE, Rm 10.1806<br>Washington, DC 20002<br>Sarah.E.Loucks@usdoj.gov;<br>Alastair.M.Gesmundo@usdoj.gov |
| US Attorney's office for the District of Massachusetts<br>Attn: Brian LaMacchia<br>Boston, MA 02210<br>brian.lamacchia@usdoj.gov | Cousins Law LLC<br>Attn: Scott D Cousins<br>Brandywine Plz W<br>1521 Concord Pike, Ste 301<br>Wilmington, DE 19801<br>scott.cousins@cousins-law.com |

# SERVICE LIST

Vaco LLC
Attn: Shannon Gwinner
Atlanta, GA 30346
sgwinner@vaco.com

Moore Colson
Attn: Sarah Parker
Atlanta, GA 30339
sparker@moorecolson.com

Federal Reserve Bank of Minneapolis
Attn: Tavis J Morello
Minneapolis, MN 55401
Tavis.Morello@mpls.frb.org