**Exhibit B**

KServicing, Inc. - Chapter 11
55894.0004
2022014784

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/21/22 | McMillan, Jillian A. | H060 | 41222024 | 20.00 |
| | COMPUTERIZED RESEARCH | | | |
| | PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 125208; DATE: 11/17/2022 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT OCTOBER 2022. | | | |
| 11/21/22 | Castillo, Lauren | H060 | 41222015 | 61.00 |
| | COMPUTERIZED RESEARCH | | | |
| | PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 125208; DATE: 11/17/2022 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT OCTOBER 2022. | | | |
| 11/21/22 | McMillan, Jillian A. | H060 | 41222030 | 43.00 |
| | COMPUTERIZED RESEARCH | | | |
| | PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 125208; DATE: 11/17/2022 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT OCTOBER 2022. | | | |
| **SUBTOTAL DISB TYPE H060:** | | | | **$124.00** |
| 11/03/22 | Castillo, Lauren | H080 | 41207984 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-93; DATE: 11/6/2022 - SEAMLESS MEALS EXPENSE BY LAUREN CASTILLO ON 2022-11-03 AT 7:34 PM | | | |
| 11/05/22 | Ollestad, Jordan Alexandra | H080 | 41208032 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-93; DATE: 11/6/2022 - SEAMLESS MEALS EXPENSE BY JORDAN OLLESTAD ON 2022-11-05 AT 7:41 PM | | | |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/07/22 | Bentley, Chase A. <br> MEALS - LEGAL O/T <br> INVOICE#: CREX5503490711071302; DATE: 11/7/2022 - DINNER- OCT 03, 2022 - NY | H080 | 41204721 | 20.00 |
| 11/07/22 | Bentley, Chase A. <br> MEALS - LEGAL O/T <br> INVOICE#: CREX5503505011071302; DATE: 11/7/2022 - DINNER - SEP 28, 2022 | H080 | 41204722 | 20.00 |
| 11/15/22 | Ruocco, Elizabeth A. <br> MEALS - LEGAL O/T <br> INVOICE#: WYVHL8-L1-95; DATE: 11/20/2022 - SEAMLESS MEALS EXPENSE BY ELIZABETH RUOCCO ON 2022-11-15 AT 6:25 PM | H080 | 41243935 | 20.00 |
| 11/15/22 | Hwangpo, Natasha <br> MEALS - LEGAL O/T <br> INVOICE#: WYVHL8-L1-95; DATE: 11/20/2022 - SEAMLESS MEALS EXPENSE BY NATASHA HWANGPO ON 2022-11-14 AT 7:08 PM | H080 | 41243948 | 20.00 |
| **SUBTOTAL DISB TYPE H080:** | | | | **$120.00** |
| 11/10/22 | Hwangpo, Natasha <br> TRAVEL <br> INVOICE#: CREX5524983211101308; DATE: 11/10/2022 - TRAVEL MEAL, NOV 07, 2022 - WILMINGTON, DE (8 PEOPLE) | H084 | 41207477 | 182.00 |
| 11/15/22 | Arthur, Candace <br> TRAVEL <br> INVOICE#: CREX5535712911151305; DATE: 11/15/2022 - LUNCH, NOV 07, 2022 | H084 | 41211389 | 50.00 |
| **SUBTOTAL DISB TYPE H084:** | | | | **$232.00** |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

**ITEMIZED DISBURSEMENTS**

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/10/22 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5524983211101308; DATE: 11/10/2022 - 11/7/22- RAIL TICKET:3090689010187, NOV 07, 2022 - WILMINGTON, DE - FROM/TO: NY/WILMINGTON | H160 | 41207478 | 432.00 |
| 11/10/22 | Ollestad, Jordan Alexandra<br>TRAVEL<br>INVOICE#: CREX5525439111101308; DATE: 11/10/2022 - RAIL TICKET:390717043507, NOV 06, 2022 - FROM/TO: NYPENN/WILMINGTON,DE | H160 | 41207364 | 158.00 |
| 11/10/22 | Ollestad, Jordan Alexandra<br>TRAVEL<br>INVOICE#: CREX5525439111101308; DATE: 11/10/2022 - RAIL TICKET:3090682062664, NOV 07, 2022 - FROM/TO: WILMINGTON, DE/NY PENN | H160 | 41207363 | 168.00 |
| 11/10/22 | Ollestad, Jordan Alexandra<br>TRAVEL<br>INVOICE#: CREX5525439111101308; DATE: 11/10/2022 - HOTEL ROOM AND TAX, NOV 07, 2022 - CHECK IN 11/06/2022, CHECK OUT 11/07/2022 (1 NIGHT) | H160 | 41207362 | 328.90 |
| 11/15/22 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5535712911151305; DATE: 11/15/2022 - TAXI, NOV 07, 2022 - UBER TO COURTHOUSE | H160 | 41211392 | 6.62 |
| 11/15/22 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5535712911151305; DATE: 11/15/2022 - HOTEL ROOM AND TAX, NOV 07, 2022 - CHECK IN 11/06/2022, CHECK OUT 11/07/2022 (1 NIGHT) | H160 | 41211391 | 328.90 |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/15/22 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5535712911151305; DATE: 11/15/2022 - RAIL TICKET:3113162072829, NOV 07, 2022 - ORIGINAL PRICE $362.00 MINUS $49 REFUND FOR CHANGE IN TICKET - FROM/TO: NY/WILMINGTON/NY | H160 | 41211390 | 313.00 |
| | **SUBTOTAL DISB TYPE H160:** | | | **$1,735.42** |
| 11/02/22 | Ham, Hyunjae<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5506317011021305; DATE: 11/2/2022 - UBER - LOCAL TAXI, OCT 26, 2022 - UBER FROM WG&M TO HOME | H163 | 41200542 | 19.97 |
| 11/03/22 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100088; DATE: 11/2/2022 - TAXI CHARGES FOR 2022-11-02 INVOICE #100088 STATEMENT #9264018560 NATASHA HWANGPO E779 RIDE DATE: 2022-10-04 FROM: 745 5TH AVE, NEW YORK, NY TO: NEW YORK, NY RIDE TIME: 00:15 | H163 | 41201627 | 34.79 |
| 11/03/22 | Bentley, Chase A.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100088; DATE: 11/2/2022 - TAXI CHARGES FOR 2022-11-02 INVOICE #100088 STATEMENT #9264018720 CHASE A BENTLEY G067 RIDE DATE: 2022-10-27 FROM: 783 LEXINGTON AVE, NEW YORK, NY TO: NEW CANAAN, CT RIDE TIME: 21:34 | H163 | 41201570 | 234.70 |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

### ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/03/22 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100088; DATE: 11/2/2022 - TAXI CHARGES FOR 2022-11-02 INVOICE #100088 STATEMENT #9264018549 NATASHA HWANGPO E779 RIDE DATE: 2022-10-02 FROM: NEW YORK, NY TO: 767 5TH AVE, NEW YORK, NY RIDE TIME: 08:48 | H163 | 41201565 | 34.78 |
| 11/03/22 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100088; DATE: 11/2/2022 - TAXI CHARGES FOR 2022-11-02 INVOICE #100088 STATEMENT #9264018578 NATASHA HWANGPO E779 RIDE DATE: 2022-10-06 FROM: NEW YORK, NY TO: 767 5TH AVE, NEW YORK, NY RIDE TIME: 06:30 | H163 | 41201520 | 50.18 |
| 11/03/22 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100088; DATE: 11/2/2022 - TAXI CHARGES FOR 2022-11-02 INVOICE #100088 STATEMENT #9264018551 NATASHA HWANGPO E779 RIDE DATE: 2022-10-02 FROM: 767 5TH AVE, NEW YORK, NY TO: NEW YORK, NY RIDE TIME: 23:18 | H163 | 41201529 | 33.66 |
| 11/03/22 | Bentley, Chase A.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100088; DATE: 11/2/2022 - TAXI CHARGES FOR 2022-11-02 INVOICE #100088 STATEMENT #9264018561 CHASE A BENTLEY G067 RIDE DATE: 2022-10-04 FROM: 767 5TH AVE, NEW YORK, NY TO: NEW CANAAN, CT RIDE TIME: 00:16 | H163 | 41201458 | 259.39 |
| 11/09/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1724674; DATE: 11/2/2022 - TAXI CHARGES FOR 2022-11-02 INVOICE #17246742102407237 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-10-24 FROM: 767 5 AVE, MANHATTAN, NY TO: GREENVALE, NY RIDE TIME: 20:56 | H163 | 41206757 | 135.41 |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

### ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/09/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1724674; DATE: 11/2/2022 - TAXI CHARGES FOR 2022-11-02 INVOICE #17246742102711300 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-10-27 FROM: 767 5 AVE, MANHATTAN, NY TO: GREENVALE, NY RIDE TIME: 20:28 | H163 | 41206810 | 167.90 |
| 11/09/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1724410; DATE: 10/26/2022 - TAXI CHARGES FOR 2022-10-26 INVOICE #17244102101801833 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-10-18 FROM: 767 5 AVE, MANHATTAN, NY TO: GREENVALE, NY RIDE TIME: 21:16 | H163 | 41206584 | 157.84 |
| 11/09/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1724410; DATE: 10/26/2022 - TAXI CHARGES FOR 2022-10-26 INVOICE #17244102101800807 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-10-18 FROM: GREENVALE, NY TO: 767 5 AVE, MANHATTAN, NY RIDE TIME: 08:32 | H163 | 41206608 | 142.43 |
| 11/09/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1724410; DATE: 10/26/2022 - TAXI CHARGES FOR 2022-10-26 INVOICE #17244102102004525 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-10-20 FROM: 767 5 AVE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 21:25 | H163 | 41206607 | 166.79 |
| 11/10/22 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5525239611101308; DATE: 11/10/2022 - OT TAXI- LOCAL TAXI, NOV 08, 2022 | H163 | 41207305 | 24.30 |
| 11/14/22 | Ruocco, Elizabeth A.<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5529433111141314; DATE: 11/14/2022 - LOCAL TAXI, NOV 03, 2022 - AFTER HRS. CAB HOME. | H163 | 41210069 | 27.84 |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

**ITEMIZED DISBURSEMENTS**

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/17/22 | Suarez, Ashley<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1724903; DATE: 11/9/2022 - TAXI CHARGES FOR 2022-11-09 INVOICE #172490321110115160 ASHLEY SUAREZ G208 RIDE DATE: 2022-11-01 FROM: 767 5 AVE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 20:58 | H163 | 41214308 | 49.26 |
| 11/18/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725169; DATE: 11/16/2022 - TAXI CHARGES FOR 2022-11-16 INVOICE #172516921110821574 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-11-08 FROM: 767 5 AVE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 23:14 | H163 | 41216279 | 153.36 |
| 11/18/22 | Slack, Richard W.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725169; DATE: 11/16/2022 - TAXI CHARGES FOR 2022-11-16 INVOICE #172516921110418507 RICHARD W SLACK 0255 RIDE DATE: 2022-11-04 FROM: 767 5 AVE, MANHATTAN, NY TO: RYE, NY RIDE TIME: 20:57 | H163 | 41216259 | 157.78 |
| 11/18/22 | Slack, Richard W.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725169; DATE: 11/16/2022 - TAXI CHARGES FOR 2022-11-16 INVOICE #172516921110720052 RICHARD W SLACK 0255 RIDE DATE: 2022-11-07 FROM: 350 W 33 ST, MANHATTAN, NY TO: RYE, NY RIDE TIME: 18:24 | H163 | 41216294 | 165.61 |
| 11/18/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725169; DATE: 11/16/2022 - TAXI CHARGES FOR 2022-11-16 INVOICE #172516921110618939 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-11-06 FROM: GREENVALE, NY TO: 7TH AVE & W 33RD ST, MANHATTAN, NY RIDE TIME: 07:32 | H163 | 41216341 | 150.80 |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/18/22 | Slack, Richard W.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725168; DATE: 11/16/2022 - TAXI CHARGES FOR 2022-11-16 INVOICE #17251682110618937 RICHARD W SLACK 0255 RIDE DATE: 2022-11-06 FROM: RYE, NY TO: 7TH AVE & W 33RD ST, MANHATTAN, NY RIDE TIME: 07:45 | H163 | 41216399 | 160.17 |
| 11/18/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725169; DATE: 11/16/2022 - TAXI CHARGES FOR 2022-11-16 INVOICE #17251692110720060 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-11-07 FROM: 350 W 33 ST, MANHATTAN, NY TO: GREENVALE, NY RIDE TIME: 18:39 | H163 | 41216235 | 151.12 |
| 11/21/22 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5544574811211306; DATE: 11/21/2022 - LOCAL TAXI, NOV 14, 2022 | H163 | 41218163 | 25.30 |
| **SUBTOTAL DISB TYPE H163:** | | | | **$2,503.38** |
| 11/09/22 | WGM, Firm<br>DUPLICATING<br>274 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 11/03/2022 TO 11/08/2022 | S011 | 41208738 | 137.00 |
| 11/23/22 | Ollestad, Jordan Alexandra<br>DUPLICATING<br>274 PRINTING - COLOR IN NEW YORK CITY ON 11/17/2022 15:35PM FROM UNIT 15 | S011 | 41234061 | 137.00 |
| 11/23/22 | Ollestad, Jordan Alexandra<br>DUPLICATING<br>274 PRINTING - COLOR IN NEW YORK CITY ON 11/17/2022 12:21PM FROM UNIT 11 | S011 | 41234108 | 137.00 |
| **SUBTOTAL DISB TYPE S011:** | | | | **$411.00** |

Weil, Gotshal & Manges LLP

KServicing, Inc. - Chapter 11
55894.0004
2022014784

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/08/22 | WGM, Firm<br>DUPLICATING<br>12 PAGES SCANNED IN NEW YORK CITY BETWEEN 10/31/2022 TO 10/31/2022 | S016 | 41208922 | 1.20 |
| 11/15/22 | WGM, Firm<br>DUPLICATING<br>1 PAGES SCANNED IN NEW YORK CITY BETWEEN 11/09/2022 TO 11/09/2022 | S016 | 41241934 | 0.10 |
| 11/22/22 | WGM, Firm<br>DUPLICATING<br>22 PAGES SCANNED IN NEW YORK CITY BETWEEN 11/15/2022 TO 11/15/2022 | S016 | 41229581 | 2.20 |
| | **SUBTOTAL DISB TYPE S016:** | | | **$3.50** |
| 11/07/22 | WGM, Firm<br>DUPLICATING<br>3324 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 11/03/2022 TO 11/05/2022 | S017 | 41208845 | 498.60 |
| | **SUBTOTAL DISB TYPE S017:** | | | **$498.60** |
| 11/09/22 | Ollestad, Jordan Alexandra<br>DOCUMENT BINDING<br>6 DOCUMENT BINDING IN NEW YORK CITY ON 11/03/2022 19:40PM FROM UNIT 16 | S018 | 41208529 | 10.20 |
| 11/23/22 | Ollestad, Jordan Alexandra<br>DOCUMENT BINDING<br>2 DOCUMENT BINDING IN NEW YORK CITY ON 11/17/2022 12:21PM FROM UNIT 11 | S018 | 41234122 | 3.40 |
| | **SUBTOTAL DISB TYPE S018:** | | | **$13.60** |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/10/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 10/11/2022 ACCOUNT 424YN6CXS | S061 | 41216814 | 21.26 |
| 11/10/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 10/05/2022 ACCOUNT 424YN6CXS | S061 | 41217196 | 44.30 |
| 11/10/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 10/05/2022 ACCOUNT 424YN6CXS | S061 | 41217321 | 21.26 |
| 11/10/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 10/31/2022 ACCOUNT 424YN6CXS | S061 | 41217529 | 44.30 |
| 11/10/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 10/27/2022 ACCOUNT 424YN6CXS | S061 | 41217220 | 177.25 |
| 11/10/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 10/05/2022 ACCOUNT 424YN6CXS | S061 | 41217503 | 22.15 |
| 11/10/22 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MCMILLAN, JILLIAN 10/31/2022 ACCOUNT 424YN6CXS | S061 | 41217334 | 42.51 |
| 11/10/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 10/04/2022 ACCOUNT 424YN6CXS | S061 | 41217120 | 88.61 |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

**ITEMIZED DISBURSEMENTS**

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/10/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 10/11/2022 ACCOUNT 424YN6CXS | S061 | 41217162 | 22.15 |
| 11/10/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 10/07/2022 ACCOUNT 424YN6CXS | S061 | 41216894 | 110.78 |
| 11/10/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 10/26/2022 ACCOUNT 424YN6CXS | S061 | 41216864 | 44.30 |
| 11/10/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 10/26/2022 ACCOUNT 424YN6CXS | S061 | 41216695 | 44.75 |
| 11/17/22 | Cazes, Catherine<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CAZES,CATHERINE 10/21/2022 TRANSACTIONS: 4 | S061 | 41219491 | 44.85 |
| 11/17/22 | Cazes, Catherine<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CAZES,CATHERINE 10/19/2022 TRANSACTIONS: 102 | S061 | 41219616 | 672.69 |
| 11/17/22 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - OLLESTAD,JORDAN 10/13/2022 TRANSACTIONS: 3 | S061 | 41221325 | 34.83 |
| 11/17/22 | Bonk, Cameron Mae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - COOK,CAMERON 10/17/2022 TRANSACTIONS: 6 | S061 | 41219365 | 67.27 |

Weil, Gotshal & Manges LLP

KServicing, Inc. - Chapter 11
55894.0004
2022014784

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/17/22 | Kaplowitz, Rachel<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - KAPLOWITZ,RACHEL 10/19/2022 TRANSACTIONS: 75 | S061 | 41221338 | 336.35 |
| 11/17/22 | Blankman, Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - BLANKMAN,ALEXANDRA 10/21/2022 TRANSACTIONS: 19 | S061 | 41219473 | 269.08 |
| 11/17/22 | Bonk, Cameron Mae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - COOK,CAMERON 10/18/2022 TRANSACTIONS: 9 | S061 | 41219177 | 22.42 |
| 11/17/22 | Labate, Angelo G.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LABATE,ANGELO 10/04/2022 TRANSACTIONS: 21 | S061 | 41220975 | 208.59 |
| 11/17/22 | Ritholtz, Benjamin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - RITHOLTZ,BEN 10/19/2022 TRANSACTIONS: 12 | S061 | 41219410 | 44.85 |
| 11/17/22 | Labate, Angelo G.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LABATE,ANGELO 10/20/2022 TRANSACTIONS: 6 | S061 | 41221006 | 67.27 |
| 11/17/22 | Blankman, Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - BLANKMAN,ALEXANDRA 10/20/2022 TRANSACTIONS: 43 | S061 | 41219474 | 291.50 |
| 11/17/22 | Cazes, Catherine<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CAZES,CATHERINE 10/13/2022 TRANSACTIONS: 73 | S061 | 41221392 | 403.61 |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/17/22 | Labate, Angelo G.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - LABATE,ANGELO 10/17/2022 TRANSACTIONS: 23 | S061 | 41221005 | 83.23 |
| 11/17/22 | Cazes, Catherine<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CAZES,CATHERINE 10/03/2022 TRANSACTIONS: 50 | S061 | 41221393 | 231.53 |
| 11/17/22 | Ritholtz, Benjamin<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - RITHOLTZ,BEN 10/20/2022 TRANSACTIONS: 82 | S061 | 41219362 | 112.12 |
| 11/17/22 | Kaplowitz, Rachel<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - KAPLOWITZ,RACHEL 10/17/2022 TRANSACTIONS: 186 | S061 | 41221324 | 1,165.79 |
| 11/17/22 | Kaplowitz, Rachel<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - KAPLOWITZ,RACHEL 10/20/2022 TRANSACTIONS: 19 | S061 | 41221339 | 134.54 |
| 11/17/22 | Kaplowitz, Rachel<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - KAPLOWITZ,RACHEL 10/18/2022 TRANSACTIONS: 55 | S061 | 41221029 | 470.88 |
| 11/22/22 | Bonk, Cameron Mae<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - OCTOBER 2022 | S061 | 41231382 | 0.10 |
| 11/22/22 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - OCTOBER 2022 | S061 | 41231346 | 6.90 |

KServicing, Inc. - Chapter 11
55894.0004
2022014784

### ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 11/22/22 | Okada, Tyler<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - OCTOBER 2022 | S061 | 41231106 | 0.30 |
| 11/22/22 | Lee, Kathleen Anne<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - OCTOBER 2022 | S061 | 41231361 | 25.50 |
| 11/22/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - OCTOBER 2022 | S061 | 41231319 | 3.20 |
| 11/22/22 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - OCTOBER 2022 | S061 | 41231421 | 39.00 |
| 11/22/22 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>BLAW USAGE REPORT - OCTOBER 2022; WONG, OI-MAY; 1 DOCKET SEARCH | S061 | 41223503 | 9.52 |
| 11/22/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - OCTOBER 2022 | S061 | 41231225 | 6.70 |
| 11/22/22 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - OCTOBER 2022 | S061 | 41231238 | 0.50 |
| 11/22/22 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - OCTOBER 2022 | S061 | 41231338 | 1.80 |

Weil, Gotshal & Manges LLP

KServicing, Inc. - Chapter 11
55894.0004
2022014784

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| | **SUBTOTAL DISB TYPE S061:** | | | **$5,438.54** |
| 11/09/22 | WGM, Firm<br>DUPLICATING<br>52 PRINT(S) MADE IN NEW YORK BETWEEN 11/03/2022 TO 11/08/2022 | S117 | 41208762 | 7.80 |
| | **SUBTOTAL DISB TYPE S117:** | | | **$7.80** |
| | **TOTAL DISBURSEMENTS** | | | **$11,087.84** |