**Exhibit A**



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

December 19, 2022

KServicing Inc - 327

**Invoice Number: 11213**
Invoice Period: 11-01-2022 - 11-30-2022

Payment Terms: Upon Receipt

**RE: Balloting**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-01-2022 | Max Meisler | Review Plan & Disclosure Statement documents in preparation for upcoming solicitation | 0.70 | 140.00 | 98.00 |
| 11-01-2022 | Michelle Ignacio | Prepare/create sample ballots for circulation to interested parties | 1.00 | 175.00 | 175.00 |
| 11-01-2022 | Michelle Ignacio | Prepare/create plan class report | 1.00 | 175.00 | 175.00 |
| 11-01-2022 | Michelle Ignacio | Prepare plan class data in table from docket 63 - Disclosure Statement | 1.00 | 175.00 | 175.00 |
| 11-01-2022 | Brittney Whitaker | Review plan and election documents in preparation of upcoming distribution election | 0.40 | 175.00 | 70.00 |
| 11-01-2022 | Brittney Whitaker | Coordinate with Case Management and Development team regarding eBalloting requirements | 0.50 | 175.00 | 87.50 |
| 11-02-2022 | David Green | Call with K. Steverson, B. Panameno, D. Neece, P. Story, M. Ignacio, A. Nownes, K. Nownes, J. Paul @ Omni re Overview of KS eBalloting requirements and dates | 0.50 | 150.00 | 75.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-02-2022 | Kim Steverson | Call with B. Whitaker, D. Green, D. Neece, P. Story, M. Ignacio, A. Nownes, K. Nownes, J. Paul @ Omni re Overview of KS eBalloting requirements and dates | 0.50 | 187.50 | 93.75 |
| 11-02-2022 | Brittney Whitaker | Call with K. Steverson, D. Green, D. Neece, P. Story, M. Ignacio, A. Nownes, K. Nownes, J. Paul @ Omni re Overview of KS eBalloting requirements and dates | 0.60 | 175.00 | 105.00 |
| 11-02-2022 | Michelle Ignacio | Call with K. Steverson, J. Paul, D. Green, A. Nownes, P. Story, D. Neece, B. Whitaker @ Omni re KServicing Custom Ballot Portal/Solicitation Meeting | 0.60 | 175.00 | 105.00 |
| 11-02-2022 | Michelle Ignacio | Write custom code for eBalloting application | 2.50 | 175.00 | 437.50 |
| 11-02-2022 | Michelle Ignacio | Create and Upload custom eBallot forms for web application | 1.00 | 175.00 | 175.00 |
| 11-02-2022 | Kim Steverson | Call with M. Ignacio, J. Paul, D. Green, A. Nownes, P. Story, D. Neece, B. Whitaker @ Omni re KServicing Custom Ballot Portal/Solicitation Meeting | 0.60 | 187.50 | 112.50 |
| 11-03-2022 | Paul Story | Deploy balloting site to stagging environment | 2.00 | 139.50 | 279.00 |
| 11-03-2022 | David Green | Build Planning dashboard for Balloting | 1.90 | 150.00 | 285.00 |
| 11-04-2022 | David Green | Build Planning dashboard for Balloting | 2.10 | 150.00 | 315.00 |
| 11-04-2022 | Paul Story | Write code and deploy balloting portal site page | 8.00 | 139.50 | 1,116.00 |
| 11-07-2022 | Paul Story | Write code for balloting portal | 8.00 | 139.50 | 1,116.00 |
| 11-08-2022 | Paul Story | Write code for balloting portal | 8.00 | 139.50 | 1,116.00 |
| 11-09-2022 | Michelle Ignacio | Prepare/create plan class report | 0.30 | 175.00 | 52.50 |
| 11-09-2022 | Michelle Ignacio | Prepare estimated service counts for solicitation | 0.40 | 175.00 | 70.00 |
| 11-10-2022 | Michelle Ignacio | Update data entry forms, tabulation reports for multiple Voting options | 2.00 | 175.00 | 350.00 |
| 11-10-2022 | Michelle Ignacio | Test ballot data for output of tabulation reports | 1.00 | 175.00 | 175.00 |
| 11-14-2022 | Paul Story | Write code for balloting portal | 4.00 | 139.50 | 558.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-15-2022 | Paul Story | Test and verify system integration of balloting portal | 2.00 | 139.50 | 279.00 |
| 11-16-2022 | Paul Story | Deploy and test balloting site to production | 6.00 | 139.50 | 837.00 |
| 11-17-2022 | Kim Steverson | Review Disclosure Statement Motion | 0.30 | 187.50 | 56.25 |
| 11-17-2022 | Kim Steverson | Call with D. Parker-Thompson @ Weil re balloting and tabulation procedures | 0.20 | 187.50 | 37.50 |
| 11-17-2022 | Kim Steverson | Coordinate with IT Team regarding E-balloting portal and status of Plan and Disclosure Statement process | 0.40 | 187.50 | 75.00 |
| 11-17-2022 | Kim Steverson | Coordinate with IT Team regarding development of Balloting portal | 0.40 | 187.50 | 75.00 |
| 11-18-2022 | Kim Steverson | Email Weil Team re pending matters and solicitation planning | 0.20 | 187.50 | 37.50 |
| 11-18-2022 | Kim Steverson | Email D. Parker Thompson @ Weil re solicitation and tabulation | 0.20 | 187.50 | 37.50 |
|  |  | **Total** |  |  | 8,751.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brittney Whitaker | 1.50 | 175.00 | 262.50 |
| David Green | 4.50 | 150.00 | 675.00 |
| Kim Steverson | 2.80 | 187.50 | 525.00 |
| Max Meisler | 0.70 | 140.00 | 98.00 |
| Michelle Ignacio | 10.80 | 175.00 | 1,890.00 |
| Paul Story | 38.00 | 139.50 | 5,301.00 |
| **Total** |  |  | 8,751.50 |

|  |  |
|---|---|
| **Total for this Invoice** | 8,751.50 |
| **Previous Balance** | 5,083.50 |
| **Total Amount to Pay** | 13,835.00 |