# Exhibit B

# Summary and Description of AlixPartners' Expenses

# AlixPartners

Kabbage, Inc. d/b/a Kservicing  
925B Peachtree Street NE  
Suite 383  
Atlanta, GA  30309

Re: Expenses  
Code: 20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 11/03/2022 | Airfare James Nelson 2022-11-07 BOS- PHL | 496.84 |
| 11/05/2022 | Train Deborah Rieger-Paganis - WIL | 453.00 |
| 11/07/2022 | Individual Meal - Deborah Rieger-Paganis - Breakfast | 4.72 |
| 11/07/2022 | Office Supplies Deborah Rieger-Paganis - Printer supplies for Chapter 11 documents | 40.00 |
| 11/07/2022 | Public Transportation Deborah Rieger-Paganis | 7.25 |
| 11/07/2022 | Train Deborah Rieger-Paganis - NYC to WIL, DE | 33.00 |
| 11/07/2022 | Train Deborah Rieger-paganis - WIL to NYC | 33.00 |
| 11/07/2022 | Taxi/Car Service James Nelson Phl Airport to Wilmington, DE | 59.23 |
| 11/07/2022 | Individual Meal - James Nelson - Breakfast | 10.00 |
| 11/07/2022 | Parking/Tolls James Nelson Court hearing | 38.00 |
| 11/07/2022 | Taxi/Car Service James Nelson Wilmington, DE to Phl Airport | 72.62 |
| 11/08/2022 | Individual Meal - Deborah Rieger-Paganis - Breakfast | 6.85 |
| 11/08/2022 | Individual Meal - James Nelson - Dinner | 50.00 |
| 11/10/2022 | Internet Access James Nelson | 49.95 |
| 11/14/2022 | Airfare James Nelson 2022-11-17 BOS- LGA | 396.10 |
| 11/17/2022 | Lodging James Nelson Thompson - Central Park, NYC 2022-11-17 2022-11-18 - Engagement team meetings | 495.77 |
| 11/17/2022 | Taxi/Car Service James Nelson LGA airport to NYC | 57.38 |
| 11/18/2022 | Parking/Tolls James Nelson - Engagement team meetings | 57.00 |
| 11/18/2022 | Taxi/Car Service James Nelson NYC to LGA airport (return from Engagement team meetings) | 45.80 |
| **Total Expenses** | | **2,406.51** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Client: 20006554P00002

| **Expenses** | **Amount** |
|---|---:|
| Airfare | 892.94 |
| Ground Transportation | 761.28 |
| Lodging | 495.77 |
| Meals | 71.57 |
| Parking & Tolls | 95.00 |
| Phone & Internet | 49.95 |
| Supplies | 40.00 |
| **Total Expenses** | **USD    2,406.51** |