**Exhibit A**

**Detailed Description of Services**

# GT GreenbergTraurig

|  |  |
|---|---|
| Invoice No. : | 1000183408 |
| File No.     : | 210757.010100 |
| Bill Date   : | December 29, 2022 |

Kabbage, Inc.
925B Peachtree Street, NE
Suite 383
FULTON-GA
Tax ID / EIN: 36-4973937
Atlanta, GA  30309

# INVOICE

Re:   Representing Board of Directors

Legal Services through November 30, 2022:

| | | |
|---:|---|---:|
| Case Administration: | $ | 11,494.50 |
| Employment and Fee Applications: | $ | 6,736.00 |
| Board Governance: | $ | 11,876.00 |
| Court Hearings: | $ | 8,560.00 |
| | | |
| Total Fees: | $ | 38,666.50 |
| **Current Invoice**: | **$** | **38,666.50** |
| | | |
| Previous Balance (see attached statement): | $ | 16,920.80 |
| **Total Amount Due:** | **$** | **55,587.30** |

DVK:SC
Tax ID:  13-3613083

**GT GreenbergTraurig**

Invoice No. : 1000183408
File No.   : 210757.010100

Note: Payment is Due 30 Days from Date of Invoice

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:             WELLS FARGO BANK
ABA #:            121000248

**For ACH Instructions:**
Bank:             WELLS FARGO BANK
ABA#              063107513

CREDIT TO:        GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:        2000014648663
**PLEASE REFERENCE:**
                  CLIENT NAME:        KSERVICING
                  FILE NUMBER:        210757.010100
                  INVOICE NUMBER:     1000183408*
                  BILLING PROFESSIONAL:   David B. Kurzweil

<u>IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:</u>

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

DVK:SC
Tax ID: 13-3613083

**GT GreenbergTraurig**

Invoice No. : 1000183408
File No.    : 210757.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---|---|---|---|
| 11/07/22 | 1000134782 | 16,920.80 | 0.00 | 0.00 | 16,920.80 |
| | Totals: $ | 16,920.80 | $ 0.00 | $ 0.00 | $ 16,920.80 |

DVK:SC
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

| Invoice No.: | 1000183408 | Page 1 |
|---|---|---|
| Matter No.: | 210757.010100 | |

## Description of Professional Services Rendered:

TASK CODE:    KS001    CASE ADMINISTRATION

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/22 | Sandy Bratton | Review docket and recently filed pleadings and orders and update case records (.4); update case calendar and Calendar of Events Summary (.7) | 1.10 | 478.50 |
| 11/04/22 | Sandy Bratton | Review docket and recently filed pleadings and objections and update case records (.3); update case calendar and Calendar of Events Summary (.3) | 0.60 | 261.00 |
| 11/06/22 | Sandy Bratton | Review docket and recently filed pleadings and orders and update case records (.3); update case calendar and Calendar of Events Summary (.3) | 0.60 | 261.00 |
| 11/06/22 | Tony W. Clark | Prepare for hearing (.4); review settlement reply papers (.5) | 0.90 | 1,408.50 |
| 11/07/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.2); update case calendar and Calendar of Events Summary (.2) | 0.40 | 174.00 |
| 11/07/22 | Tony W. Clark | Prepare/attend hearing (2.9); review correspondence and court papers (.4) | 3.30 | 5,164.50 |
| 11/07/22 | Matthew A. Petrie | Review CUBI settlement motion and reply | 0.40 | 348.00 |
| 11/09/22 | Sandy Bratton | Review docket and recently filed pleadings and orders and update case records (.3); update case calendar and Calendar of Events Summary (.2) | 0.50 | 217.50 |
| 11/15/22 | Sandy Bratton | Review docket and recently filed pleadings and orders and update case records (.2); update case calendar and Calendar of Events Summary (.2) | 0.40 | 174.00 |
| 11/18/22 | Sandy Bratton | Review docket and recently filed pleadings and orders and update case records (.4); update case calendar and Calendar of Events Summary (.5) | 0.90 | 391.50 |
| 11/21/22 | Tony W. Clark | Telephone conference with D. Kurzweil and M. Petrie regarding KERP | 0.20 | 313.00 |
| 11/28/22 | Sandy Bratton | Review docket and recently filed pleadings and orders and update case records (.2); update case calendar and Calendar of Events Summary (.1) | 0.30 | 130.50 |
| 11/29/22 | David B. Kurzweil | Review of pleadings regarding CUBI issues and board approval | 0.40 | 616.00 |
| 11/30/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.5); update case calendar and Calendar of Events Summary (.2) | 0.70 | 304.50 |
| 11/30/22 | Tony W. Clark | Work on summary of status conference | 0.80 | 1,252.00 |

| | | |
|---|---|---|
| Invoice No.: | 1000183408 | Page 2 |
| Matter No.: | 210757.010100 | |

Description of Professional Services Rendered

(.3); review correspondence (.2); telephone call with D. Kurzweil (.3)

|  |  |  |
|---|---|---|
|  | Total Hours: | 11.50 |
|  | Total Amount: | $ 11,494.50 |

TIMEKEEPER SUMMARY FOR TASK CODE KS001,

    CASE ADMINISTRATION

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| David B. Kurzweil | 0.40 | 1,540.00 | 616.00 |
| Matthew A. Petrie | 0.40 | 870.00 | 348.00 |
| Tony W. Clark | 5.20 | 1,565.00 | 8,138.00 |
| Sandy Bratton | 5.50 | 435.00 | 2,392.50 |
| Totals: | 11.50 | 999.52 | $ 11,494.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000183408 | | | Page 3 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:       KS003       EMPLOYMENT AND FEE APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/01/22 | Matthew A. Petrie | Attention to revised proposed order approving retention application | 0.10 | 87.00 |
| 11/04/22 | Sandy Bratton | Work on fee application | 1.30 | 565.50 |
| 11/06/22 | Sandy Bratton | Work on fee application | 0.70 | 304.50 |
| 11/07/22 | Matthew A. Petrie | Attention to interim compensation procedures | 0.20 | 174.00 |
| 11/11/22 | Sandy Bratton | Review email from Weil Gotshal regarding form Monthly Fee Application; confer with D. Kurzweil regarding same | 0.30 | 130.50 |
| 11/18/22 | Matthew A. Petrie | Draft first monthly fee application | 0.60 | 522.00 |
| 11/21/22 | Sandy Bratton | Work on Monthly Fee Application to be filed with Court (.5); confer with D. Meloro and M. Petrie regarding same (.2) | 0.70 | 304.50 |
| 11/21/22 | David B. Kurzweil | Work on monthly fee request for filing | 0.20 | 308.00 |
| 11/21/22 | Dennis A. Meloro | Review and comment on GT first monthly fee application | 0.20 | 251.00 |
| 11/21/22 | Matthew A. Petrie | Draft and revise first monthly fee application | 2.00 | 1,740.00 |
| 11/22/22 | Sandy Bratton | Work on Monthly Fee Application to be filed with Court | 1.80 | 783.00 |
| 11/23/22 | Matthew A. Petrie | Attention to fee application | 0.30 | 261.00 |
| 11/28/22 | Matthew A. Petrie | Attention to first monthly fee application | 1.20 | 1,044.00 |
| 11/29/22 | Matthew A. Petrie | Finalize first monthly fee application | 0.30 | 261.00 |

                                                            Total Hours:      9.90

                                                            Total Amount:     $ 6,736.00

TIMEKEEPER SUMMARY FOR TASK CODE KS003,

    EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 0.20 | 1,540.00 | 308.00 |
| Dennis A. Meloro | 0.20 | 1,255.00 | 251.00 |
| Matthew A. Petrie | 4.70 | 870.00 | 4,089.00 |
| Sandy Bratton | 4.80 | 435.00 | 2,088.00 |
| Totals: | 9.90 | 680.40 | $ 6,736.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000183408 | | | Page 4 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:    KS005    BOARD GOVERNANCE

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/02/22 | David B. Kurzweil | Review of board minutes from previous meetings | 0.40 | 616.00 |
| 11/02/22 | David B. Kurzweil | Conference with board members | 0.30 | 462.00 |
| 11/03/22 | David B. Kurzweil | Review of board emails (.1); preparation for and participate in board meeting (.9) | 1.00 | 1,540.00 |
| 11/04/22 | David B. Kurzweil | Review of board emails | 0.20 | 308.00 |
| 11/10/22 | Sandy Bratton | Participate in telephone conference with members of Board of Directors, D. Kurzweil and M. Petrie regarding recent hearing, status of open issues and strategy for further handling | 0.40 | 174.00 |
| 11/10/22 | Sandy Bratton | Participate in telephone conference with Board of Directors, company executives, Weil Gotshal and AlixPartner teams, and D. Kurzweil regarding hearing update and situation overview prepared by Weil Gotshal | 0.30 | 130.50 |
| 11/10/22 | David B. Kurzweil | Preparation for and participate in board meeting (1.1); review of board information (.3); conference with board members (.2) | 1.60 | 2,464.00 |
| 11/17/22 | Sandy Bratton | Participate in telephone conference with members of Board of Directors, D. Kurzweil and M. Petrie regarding status of open issues and strategy for further handling | 0.60 | 261.00 |
| 11/17/22 | Sandy Bratton | Participate in telephone conference with Board of Directors, company executives, Weil Gotshal and AlixPartner teams, and D. Kurzweil regarding case update and situation overview prepared by Weil Gotshal | 1.10 | 478.50 |
| 11/17/22 | Brian E. Greer | Review board materials; emails with D. Kurzweil regarding same | 0.60 | 675.00 |
| 11/17/22 | David B. Kurzweil | Preparation for and participate in pre-conference call and board conference call (1.0); review of board materials (.3); conference with board members (.2) | 1.50 | 2,310.00 |
| 11/21/22 | David B. Kurzweil | Review and comment on board materials (.2); review and respond to company counsel emails (.2) | 0.40 | 616.00 |
| 11/21/22 | Matthew A. Petrie | Attention to U.S. Trustee inquiry regarding board discussions with respect to employee retention plan and analyze board minutes regarding same | 0.70 | 609.00 |
| 11/22/22 | David B. Kurzweil | Review of emails regarding board matters | 0.20 | 308.00 |
| 11/30/22 | David B. Kurzweil | Conference with board members regarding status | 0.30 | 462.00 |

| | | | Page 5 |
|---|---|---|---|
| Invoice No.: | 1000183408 | | |
| Matter No.: | 210757.010100 | | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 11/30/22 | David B. Kurzweil | Review of board materials in preparation for board meeting | 0.30 | 462.00 |
| | | Total Hours: | 9.90 | |
| | | Total Amount: | | $ 11,876.00 |

TIMEKEEPER SUMMARY FOR TASK CODE KS005,

    BOARD GOVERNANCE

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brian E. Greer | 0.60 | 1,125.00 | 675.00 |
| David B. Kurzweil | 6.20 | 1,540.00 | 9,548.00 |
| Matthew A. Petrie | 0.70 | 870.00 | 609.00 |
| Sandy Bratton | 2.40 | 435.00 | 1,044.00 |
| Totals: | 9.90 | 1,199.60 | $ 11,876.00 |

Invoice No.:     1000183408                                                                                          Page  6
Matter No.:      210757.010100

Description of Professional Services Rendered

TASK CODE:        KS007      COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/04/22 | Tony W. Clark | Prepare for 11/7 hearing (.9); review agenda and correspondence (.4) | 1.30 | 2,034.50 |
| 11/06/22 | Sandy Bratton | Prepare for hearing on cash collateral and settlement motions | 0.40 | 174.00 |
| 11/07/22 | David B. Kurzweil | Attend hearing on CUBI settlement and cash collateral matters (2.4); conference with board members (.2) | 2.60 | 4,004.00 |
| 11/29/22 | Tony W. Clark | Prepare/participate in zoom status conference (.5); review letters to court (.4); review correspondence (.6) | 1.50 | 2,347.50 |

                                                           Total Hours:       5.80

                                                           Total Amount:   $ 8,560.00


TIMEKEEPER SUMMARY FOR TASK CODE KS007,

    COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 2.60 | 1,540.00 | 4,004.00 |
| Tony W. Clark | 2.80 | 1,565.00 | 4,382.00 |
| Sandy Bratton | 0.40 | 435.00 | 174.00 |
| Totals: | 5.80 | 1,475.86 | $ 8,560.00 |

Invoice No.: 1000183408 Page 7
Matter No.: 210757.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brian E. Greer | 0.60 | 1,125.00 | 675.00 |
| David B. Kurzweil | 9.40 | 1,540.00 | 14,476.00 |
| Dennis A. Meloro | 0.20 | 1,255.00 | 251.00 |
| Matthew A. Petrie | 5.80 | 870.00 | 5,046.00 |
| Tony W. Clark | 8.00 | 1,565.00 | 12,520.00 |
| Sandy Bratton | 13.10 | 435.00 | 5,698.50 |
| Totals: | 37.10 | 1,042.22 | $ 38,666.50 |

| | | Page 8 |
|---|---|---|
| Invoice No.: | 1000183408 | |
| Re: | Representing Board of Directors | |
| Matter No.: | 210757.010100 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**No expenses charged to this file**