IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 359** |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION OF
CUSTOMERS BANK FOR AUTHORIZATION TO FILE UNDER SEAL
EXHIBITS 3, 3(a), 6, 8, AND 9 TO THE DECLARATION OF ALYSSA WHITE IN
SUPPORT OF OPPOSITION OF CUSTOMERS BANK TO DEBTOR'S MOTION FOR
AN ORDER ENFORCING THE SETTLEMENT ORDER AND SETTLEMENT
AGREEMENT BETWEEN KSERVICING AND CUSTOMERS BANK**

The undersigned, counsel for Customers Bank ("Customers Bank") in the above captioned case, hereby certifies as follows:

1. On December 21, 2022, Customers Bank filed its *Motion of Customers Bank for Authorization to File Under Seal Exhibits 3, 3(a), 6 8, and 9 of the Declaration of Alyssa White in Support of the Opposition of Customers Bank to Debtor's Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank* (the "Motion to Seal") [DI 359].

2. The undersigned certifies that (i) he has received no answer, objection, or responsive pleading with respect to the Motion to Seal and (ii) he has reviewed the Court's docket in the above captioned cases and no answer, objection, or other responsive pleading to the Motion to Seal appears thereon. Pursuant to the Notice of Motion filed with the Motion to Seal,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

responses to the Motion to Seal were to be filed and served no later than December 28, 2022 at 4:00 p.m. Eastern Standard Time.

WHEREFORE, the Trust respectfully requests that this Honorable Court enter the Order attached to the Motion to Seal as Exhibit A.

| | |
|---|---|
| Date:  December 30, 2022<br>Wilmington, Delaware | **SULLIVAN • HAZELTINE • ALLINSON LLC** |

                                     */s/ William A. Hazeltine*
                                     William A. Hazeltine (No. 3294)
                                     919 North Market Street, Suite 420
                                     Wilmington, DE 19801
                                     Tel. (302) 428-8191
                                     Fax (302) 428-8195
                                     Email: whazeltine@sha-llc.com

                                                 and

                                     **HOLLAND & KNIGHT LLP**
                                     John J. Monaghan (admitted *pro hac vice*)
                                     Jeremy M. Sternberg (admitted *pro hac vice*)
                                     Lynne B. Xerras (*pro hac vice forthcoming*)
                                     10 St. James Avenue
                                     Boston, MA 02116
                                     Telephone: 617-523-2700
                                     Facsimile: 617-523-685
                                     john.monaghan@hklaw.com
                                     jeremy.sternberg@hkaw.com
                                     lynne.xerras@hklaw.com

                                     *Counsel to Customers Bank*