## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 30th day of December 2022, a copy of the foregoing *Certificate of No Objection Regarding the Motion of Customers Bank for Authorization to File Under Seal Exhibits 3, 3(a), 6, 8, and 9 to the Declaration of Alyssa White in Support of the Opposition of Customers Bank to Debtor's Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between Kservicing and Customers Bank* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed on the attached Service List via Electronic Mail.

<u>December 30, 2022</u>                                                             <u>*/s/ William A, Hazeltine*       </u>
Date                                                                                          William A. Hazeltine

# SERVICE LIST

Cross River Bank
Attn: Arlen Gelbard, Esq, General Counsel
Fort Lee, NJ 07024
agelbard@crossriverbank.com

US Department of Justice
Attn: Alastair M Gesmundo
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Alastair.M.Gesmundo@usdoj.gov

Greenberg Traurig, LLP
Attn: Anthony W Clark
The Nemours Bldg
1007 N Orange St, Ste 1200
Wilmington, DE 19801
Anthony.Clark@gtlaw.com

Federal Reserve Bank of San Francisco
Attn: Avery Belka
San Francisco, CA 94105
Avery.Belka@sf.frb.org

RSM US LLP
Attn: Ben Brockman
Chicago, IL 60606
ben.brockman@rsmus.com

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Susheel Kirpalani
New York, NY 10010
susheelkirpalani@quinnemanuel.com

US Attorney's Office
ED of Texas, Civil Division
550 Fannin St, Ste 1250
Baeumont, TX 77701
Betty.Young@usdoj.gov

Federal Reserve Bank of San Francisco
Attn: Credit Risk Management
101 Market St, MS 830
San Francisco, CA 94105
Braden.Parker@sf.frb.org;
wallace.young@sf.frb.org

Amazon Web Services
c/o K&L Gates/Brian Peterson
Seattle, WA 98104
brian.peterson@klgates.com

Sullivan & Cromwell LLP
Attn: James L Bromley
New York, NY 10004-2498
bromleyj@sullcrom.com

Fortis Advisors
Attn: Courtney Nothaus
San Diego, CA 92130
cnothaus@fortisrep.com

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C Abbott
1201 N Market St, 16th Fl
Wilmington, DE 19801
dabbott@morrisnichols.com

KLDiscovery Ontrack, LLC
Attn: Dale Drury
McLean, VA 22102
dale.drury@kldiscovery.com

Goodwin Procter LLP
Attn: Dondi Dancy
Redwood City, CA 94063
ddancy@goodwinlaw.com

# SERVICE LIST

Richards, Layton & Finger, PA
Attn: Daniel J DeFranceschi
1 Rodney Sq
920 N King St
Wilmington, DE 19801
defranceschi@rlf.com

US Small Business Administration
Attn: Edward Ledford, Deputy Director
409 3rd St SW, 8th Fl
Washington, DC 20416
edward.ledford@sba.gov

Small Business Administration
Attn: Eric S Benderson
Attn: Susan Streich
409 3rd St SW, Ste 7211
Washington, DC 20416
eric.benderson@sba.gov

Greenberg Traurig, LLP
Attn: Brian E Greer
New York, NY 10017
greerb@gtlaw.com

Libra Risk Management
Attn: Ian Cox
Foxborough, MA 02035
icox@kservicecorp.com

Corporation Service Company
Attn: Jessica Mullenix Woodward
Wilmington, DE 19808
jessica.woodward@cscgfm.com;
UCCSPREP@cscglobal.com

Customers Bank
Attn: Jennifer Petsu
West Reading, PA 19611
jpetsu@customersbank.com;
asachs@customersbank.com

US Attorney's Office
District of Massachusetts, Civil Division
1 Courthouse Way, Ste 9200
Boston, MA 02210
Diane.Seol@usdoj.gov

Lanier Parking Solutions I, LLC
dba Reef Parking
730 Peachtree St, Box 35
Atlanta, GA 30308
elliott.roby@reefparking.com

Cross River Bank
Attn: Gilles Gade & Arlen Gelbard
400 Kelby St
Ft Lee, NJ 07024
ggade@crossriverbank.com

Benesch, Friedlander, Coplan & Aronoff, LLP
Attn: Gregory W Werkheiser
Wilmington, DE 19801
gwerkheiser@beneschlaw.com

Option 1 Partners LLC
Attn: Jackie Flake
Alpharetta, GA 30005
jackie@option1partners.com

MorganFranklin Consulting, LLC
Attn: Timothy Keefe
McLean, VA 22102
tim.keefe@morganfranklin.com

Box, Inc
Attn: David Leeb, Jason Silapachai
Redwood City, CA 94063
jsilapachai@box.com

## SERVICE LIST

Vital Outsourcing Services Inc
Attn: Ken Braddock
Berkeley Lake, GA 30092
kbraddock@vitasolutions.net

Greenberg Traurig, LLP
Attn: David B Kurzweil
Terminus 200
3333 Piedmont Rd, NE, Ste 2500
Atlanta, GA 30305
kurzweild@gtlaw.com

Transunion Risk And Alternative Data Solutions
Attn: Steven Littman
Boca Raton, FL 33431
steven.littman@transunion.com

Federal Reserve Bank of San Francisco
c/o Cleary Gottlieb
1 Liberty Plz
New York, NY 10006
lschweitzer@cgsh.com

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Matthew R Scheck
Austin, TX 78701
matthewscheck@quinnemanuel.com

Federal Trade Commission
Attn: Marguerite Moeller
Atlanta, GA 30303
mmoeller@ftc.gov

Goodwin Procter LLP
Attn: Kimberly Larie
Boston, MA 02210
KLarie@goodwinkaw.com

Celtic Bank Corp
Attn: Leslie K Rinaldi, General Counsel
Salt Lake City, UT 84111
lrinaldi@celticbank.com

Small Business Administration
Attn: Susan Streich, Eric Benderson
Washington, DC 20416
susan.streich@sba.gov;
eric.benderson@sba.gov

Major, Lindsey & Africa/Allegis Group Holdings Inc
Attn: Michael A Albino
Hanover, MD 21076
malbino@mlaglobal.com

Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy
c/o The Finley Firm, PC
Piedmont Ctr, Bldg 14
3525 Piedmont Rd, Ste 230
Atlanta, GA 30305
mgibson@thefinleyfirm.com

Federal Trade Commission
Attn: Alan Babowski
Washington, DC 20580
abakowski@ftc.gov

# SERVICE LIST

URS Technologies Solutions LLC
Attn: Mukesh Chamedia
Iselin, NJ 08830
mukesh@blucognition.com

Young Conaway Stargatt & Taylor, LLP
Attn: Pauline K Morgan
1000 N King St
Wilmington, DE 19801
pmorgan@ycst.com

American Express Kabbage Inc
Attn: Tara Rajani
Atlanta, GA 30308
Tara.e.rajani@aexp.co

Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy
c/o White & Williams, LLP
1650 Market St
1 Liberty Pl, Ste 1800
Philadelphia, PA 19103
properj@whiteandwilliams.com;
heskins@whiteandwilliams.com

Weil, Gotshal & Manges LLP
Attn: Ray C Schrock
New York, NY 10153
ray.schrock@weil.com

United States Trustee
Attn: Richard L Schepacarter
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

Thomas E Austin Jr, LLC
Attn: Thomas E Austin Jr
Atlanta, GA 30324
taustin@taustinlaw.com

US Department of Justice
Civil Division, Commercial Litigation Branch, Fraud Section
175 N St NE, Rm 10.1806
Washington, DC 20002
Sarah.E.Loucks@usdoj.gov;
Alastair.M.Gesmundo@usdoj.gov

US Attorney's office for the District of Massachusetts
Attn: Brian LaMacchia
Boston, MA 02210
brian.lamacchia@usdoj.gov

Cousins Law LLC
Attn: Scott D Cousins
Brandywine Plz W
1521 Concord Pike, Ste 301
Wilmington, DE 19801
scott.cousins@cousins-law.com

# SERVICE LIST

Vaco LLC
Attn: Shannon Gwinner
Atlanta, GA 30346
sgwinner@vaco.com

Moore Colson
Attn: Sarah Parker
Atlanta, GA 30339
sparker@moorecolson.com

Federal Reserve Bank of Minneapolis
Attn: Tavis J Morello
Minneapolis, MN 55401
Tavis.Morello@mpls.frb.org