**Exhibit A**

**Plan**

*Filed Separately on the Docket*