**<u>EXHIBIT B</u>**

**Corporate Structure Chart**

# Kabbage, Inc. d/b/a KServicing
# Organizational Structure

**Kabbage, Inc. d/b/a KServicing**\*

Incorporated: Delaware
EIN Ending: 3937

---

**Kabbage Financial Services Limited**

Incorporated: UK
EIN Ending: N/A

**Kabbage Canada Holdings, LLC**

Incorporated: Delaware
EIN Ending: N/A

**Kabbage Asset Securitization LLC**

Incorporated: Delaware
EIN Ending: N/A

**Kabbage Asset Funding 2017-A LLC**

Incorporated: Delaware
EIN Ending: 4803

**Kabbage Asset Funding 2019-A LLC**

Incorporated: Delaware
EIN Ending: 8973

**Kabbage Diameter, LLC**

Incorporated: Delaware
EIN Ending: N/A

99.9%

**Kabbage India Private Limited**

Incorporated: India
EIN Ending: N/A



Debtor
Non-Debtor

All ownership is 100% unless otherwise noted.
\* Kabbage, Inc. d/b/a KServicing, KServicing, Inc., KService Corp., and Kabbage Platform (Kabbage Platform used solely in the state of New York).