**Exhibit A**

# JONES DAY

**Atlanta Office**
1221 Peachtree Street, NE
Suite 400
Atlanta, GA  30361
**(404) 521-3939**
**Federal Identification Number:  34-0319085**

December 28, 2022                                                                                                           102496
                                                                                                                Invoice: 221608113

KServicing Corporation
925B Peachtree Street NE
Suite 1688
Atlanta, GA  30309
United States of America

For legal services rendered for the period through November 30, 2022:

|  | Hours |  | Amount |
|---|---:|---|---:|
| Case Administration | 0.60 |  | 255.00 |
| Department of Justice Investigations | 18.10 |  | 17,407.50 |
| Congressional Investigation | 38.10 |  | 31,600.00 |
| Federal Trade Commission Investigation | 1.90 |  | 1,902.50 |
| Fee Application Preparation | 16.60 |  | 12,927.50 |
| Total Fees | 75.30 | USD | 64,092.50 |

Disbursement & Charges Summary

| Consultants and Agents Fees | 61,345.00 |  |  |
|---|---:|---|---:|
| Hosting Charges | 4,697.03 |  |  |
|  |  | USD | 66,042.03 |
| **TOTAL** |  | **USD** | **130,134.53** |

# JONES DAY

102496  
KServicing Corporation

Page: 2  
December 28, 2022  
Invoice: 221608113

Timekeeper/Fee Earner Summary – November 30, 2022

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A E Lelling | Partner | 1996 | 24.20 | 1,275.00 | 30,855.00 |
| D J Merrett | Partner | 2007 | 8.70 | 1,100.00 | 9,570.00 |
| Total | | | 32.90 | | 40,425.00 |
| S Nosco | Associate | 2022 | 6.10 | 525.00 | 3,202.50 |
| B N Wilhelm | Associate | 2017 | 25.90 | 625.00 | 16,187.50 |
| Total | | | 32.00 | | 19,390.00 |
| C L Smith | Paralegal | | 8.50 | 425.00 | 3,612.50 |
| Total | | | 8.50 | | 3,612.50 |
| D A Doell | Project Manager | | 1.90 | 350.00 | 665.00 |
| Total | | | 1.90 | | 665.00 |
| **Total** | | | **75.30** | **USD** | **64,092.50** |

# JONES DAY

| | |
|---|---|
| 102496 | Page: 3 |
| | December 28, 2022 |
| KServicing Corporation | Invoice: 221608113 |

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

**Case Administration**

| 11/07/22 | C L Smith | 0.30 | 127.50 |
|---|---|---|---|

Review and distribute docket (.10); obtain recently-filed documents and update electronic file management system with same (.10); update case calendar (.10).

| 11/14/22 | C L Smith | 0.20 | 85.00 |
|---|---|---|---|

Review and distribute docket and recently-filed documents (.10); update case calendar (.10).

| 11/28/22 | C L Smith | 0.10 | 42.50 |
|---|---|---|---|

Review docket and circulate recently-filed documents to Merrett, Perez.

| **Matter Total** | | **0.60** | **USD 255.00** |
|---|---|---|---|

**Department of Justice Investigations**

| 11/03/22 | A E Lelling | 1.80 | 2,295.00 |
|---|---|---|---|

Review recent negotiations with Small Business Administration and status of Form 940 and $100,000 issues (.80); review Chapter 11 filings to date (.30); review AMEX transaction agreement (.40); communicate with Coda (Invariant) regarding case (.30).

| 11/04/22 | A E Lelling | 0.80 | 1,020.00 |
|---|---|---|---|

Review KServicing internal data for possible production (.30); communicate with Wilhelm regarding production of same (.20); review amended FRA slides on Form 940 and $100,000 issues (.30).

| 11/07/22 | B N Wilhelm | 1.00 | 625.00 |
|---|---|---|---|

Communicate with Pintile, Klass, and Fresch (Forensic Risk Alliance) regarding slides for Small Business Administration and updates in discussions with DOJ (.50); call with LaMacchia, Loucks, and Seol (DOJ Boston) and Hall regarding settlement term sheet and document request (.50).

| 11/08/22 | B N Wilhelm | 1.00 | 625.00 |
|---|---|---|---|

Communicate with Hall, Loiseau (KServicing), and Arthur (Weil) regarding DOJ settlement discussions.

| 11/09/22 | D A Doell | 0.50 | 175.00 |
|---|---|---|---|

Encrypt and send to vendor data previously produced internally to DOJ (.20); communicate with vendor regarding instructions for processing, loading and producing according to DOJ specifications (.30).

| 11/09/22 | A E Lelling | 0.70 | 892.50 |
|---|---|---|---|

Review correspondence among Wilhelm, Loucks concerning production of fraud flag-related data (.50); draft correspondence to Loucks (DOJ Boston) Wilhelm and Loiseau (KServicing) concerning new DOJ data requests (.20).

| 11/09/22 | B N Wilhelm | 0.80 | 500.00 |
|---|---|---|---|

Communicate with Doell and Loucks (DOJ Boston) regarding status of productions (.40); communicate with Lelling and Hall regarding document requests from DOJ Boston and DOJ Texas (.40).

| 11/10/22 | D A Doell | 0.50 | 175.00 |
|---|---|---|---|

Download production volume from vendor's FTP site (.10); verify production for accuracy (.40).

# JONES DAY

102496                                                  Page: 4
December 28, 2022
KServicing Corporation                  Invoice: 221608113

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 11/10/22 | A E Lelling | 1.60 | 2,040.00 |

Call with Rodriguez (McGuireWoods) concerning SBA and DOJ strategy issues (.50); follow up correspondence with Loiseau (KServicing), Hall, Wilhelm regarding same (.30); call with Hall and Rodriguez concerning EDTX data request (.40); draft correspondence to Loiseau summarizing same (.40).

| | | | |
|---|---|---|---|
| 11/10/22 | B N Wilhelm | 0.70 | 437.50 |

Communicate with Rodriguez (McGuireWoods) and Pintile, Klass, and Fresch (Forensic Risk Alliance) regarding communications with DOJ and Small Business Administration on forgiveness issues (.40); communicate with Lelling, Loiseau (KServicing), and Kafiti (KServicing) regarding production of Cross River Bank materials to DOJ (.30).

| | | | |
|---|---|---|---|
| 11/11/22 | A E Lelling | 0.30 | 382.50 |

Review civil investigative demand for Texas matter (.10); correspondence with Rodriguez (McGuire Woods) regarding same (.20); call with common interest group about congressional requests (.20).

| | | | |
|---|---|---|---|
| 11/14/22 | A E Lelling | 1.10 | 1,402.50 |

Review email from Kafiti (KServicing) about new government inquiry (.20); correspondence with Kafiti about same (.10); review and analyze materials in case file concerning AMEX contacts and availability of financial information (.40); review and comment on draft SBA response (.40).

| | | | |
|---|---|---|---|
| 11/14/22 | B N Wilhelm | 0.40 | 250.00 |

Communicate with Kafiti and Loiseau (KServicing) regarding Amex contact for PPP loan inquiry.

| | | | |
|---|---|---|---|
| 11/18/22 | B N Wilhelm | 0.80 | 500.00 |

Communicate with Hall, Bentley (Weil), and Fresch, Klass, and Pintile (Forensic Risk Alliance) regarding estimate of DOJ claims.

| | | | |
|---|---|---|---|
| 11/21/22 | B N Wilhelm | 0.40 | 250.00 |

Communicate with Moon, Olshan (Alvarez and Marsal) regarding production of Alvarez and Marsal report to partner banks.

| | | | |
|---|---|---|---|
| 11/22/22 | B N Wilhelm | 1.00 | 625.00 |

Communicate with Loucks and Young (DOJ Texas) regarding response to civil investigative demand requests regarding communications with partner banks and fraud flags (.60); communicate with Bentley (Weil) and Fresch, Klass, and Pintile (Forensic Risk Alliance) regarding estimate of DOJ claims (.40).

| | | | |
|---|---|---|---|
| 11/28/22 | A E Lelling | 0.50 | 637.50 |

Communicate with Wilhelm, Rodriguez (McGuireWoods) and Loiseau (KServicing) on fraud flag data production (.40); call with Rodriguez regarding same (.10).

| | | | |
|---|---|---|---|
| 11/30/22 | A E Lelling | 3.00 | 3,825.00 |

Call with Wilhelm, Loucks, Young, (DOJ) to negotiate CID issues (.50); follow up with call with Wilhelm regarding same (.20); draft notes of call and summary email to Loiseau (KServicing), Wilhelm, Hall and Rodriguez (McGuireWoods) regarding same (.60); research on personal liability in False Claim Act context (1.70).

| | | | |
|---|---|---|---|
| 11/30/22 | B N Wilhelm | 1.20 | 750.00 |

Communicate with Lelling, Loucks (DOJ Main), and Young (DOJ Texas) regarding response to civil investigative demand request regarding fraud flag data (.50); draft notes from call with Loucks (DOJ Main), Young (DOJ Texas), and Lelling to memorialize conversation (.40); communcaite with Cox (KServicing) and Loiseau (KServicing) regarding sources of fraud flag data (.30).

| | **Matter Total** | **18.10** | **USD**     **17,407.50** |

# JONES DAY

| | |
|---|---|
| 102496 | Page: 5 |
| | December 28, 2022 |
| KServicing Corporation | Invoice: 221608113 |

*Date of Service*    *Timekeeper/Fee Earner Name*    *Hours*    *Amount*

**Congressional Investigation**

11/01/22        A E Lelling                                    1.40            1,785.00
　　Review and analyze congressional requests and list questions for call with Weil (.30); conference with
　　Arthur, Bentley (Weil), Shapiro (RLF), Wilhelm regarding likely developments and financial information
　　present in filings (.50); communicate with Wilhelm regarding same (.20); communicate with Loiseau
　　(KServicing) regarding congressional requests (.20); review caselaw regarding congressional subpoenas (.20).

11/01/22        B N Wilhelm                                   0.80            500.00
　　Communicate with Arthur, Bentley (Weil), Shapiro (RLF), Lelling regarding request for information filed
　　in chapter 11 proceedings (.50); communicate with Doell regarding production of financial materials (.30).

11/02/22        D A Doell                                      0.50            175.00
　　Apply Bates numbers and confidentiality designations to documents (.30), created encrypted zip
　　file containing production documents (.20).

11/02/22        A E Lelling                                    0.70            892.50
　　Revise correspondence to congressional staff regarding document production (.20); review and
　　analyze production (.30); review summary of Small Business Administration negotiations (.20).

11/02/22        B N Wilhelm                                   1.00            625.00
　　Draft cover letter for production of files to House staffers (.70); finalize and make production of
　　financial materials to House staffers in connection with congressional investigation (.30).

11/03/22        A E Lelling                                    1.80            2,295.00
　　Prepare for call with congressional staff regarding document requests (.80); conference with
　　congressional staff regarding same (.40); communicate with Loiseau (KServicing), Arthur (Weil) regarding
　　congressional requests (.40); follow-up with Wilhelm regarding same (.20).

11/03/22        B N Wilhelm                                   2.60            1,625.00
　　Communicate with Lelling and House staffers regarding outstanding responses to congressional requests
　　(.60); analyze documents from Amex transaction in connection with congressional request (2.00).

11/04/22        D A Doell                                      0.40            140.00
　　Apply Bates numbers and confidentiality designations to documents (.30), created encrypted zip
　　file containing production documents (.10).

11/04/22        B N Wilhelm                                   1.20            750.00
　　Call with joint defense group in congressional investigation regarding updates (.20); finalize production
　　of Ch. 11 materials to House staffers (1.00).

11/08/22        A E Lelling                                    0.80            1,020.00
　　Review Chapter 11 filings in context of congressional requests.

11/11/22        A E Lelling                                    0.80            1,020.00
　　Correspondence with Loiseau (KServicing) and Wilhelm about congressional requests (.20); strategy call
　　with Wilhelm regarding same (.40); call with common interest group about congressional requests (.20).

11/11/22        B N Wilhelm                                   0.70            437.50
　　Communicate with Lelling regarding response to subcommittee requests for financial information (.50);
　　communicate with joint defense group regarding updates in subcommittee investigation for other FinTechs (.20).

11/13/22        B N Wilhelm                                   0.80            500.00
　　Analyze prior communications with subcommittee from Davis Polk in connection with
　　subcommittee's potential release to public.

11/14/22        A E Lelling                                    1.20            1,530.00
　　Review incoming congressional correspondence (.20); email correspondence with common interest group on that subject (.30);
　　communicate with Loiseau (KServicing), Wilhelm regarding congressional follow up on production of financial data (.70).

# JONES DAY

102496                                                                                                                                                  Page: 6
December 28, 2022
KServicing Corporation                                                                                            Invoice: 221608113

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 11/14/22 | B N Wilhelm | 1.30 | 812.50 |
| | Prepare materials identified by subcommittee as possible items for public release for review by Loiseau (KServicing), Lelling, Hall, Rodriguez (McGuireWoods) and Arthur (Weil). | | |
| 11/15/22 | A E Lelling | 1.10 | 1,402.50 |
| | Conference with Loiseau (KServicing), Arthur (Weil), Wilhelm, Hall concerning strategy for congressional requests (.50); follow up call with Wilhelm regarding same (.20); review correspondence from Walker (KServicing) concerning 2020 and 2021 financial information (.40). | | |
| 11/15/22 | B N Wilhelm | 0.50 | 312.50 |
| | Communicate with Lelling, Hall, Loiseau (KServicing), and Arthur (Weil) regarding response to subcommittee correspondence on publication of certain production materials. | | |
| 11/16/22 | A E Lelling | 1.10 | 1,402.50 |
| | Review documents identified by subcommittee for publication. | | |
| 11/16/22 | S Nosco | 6.10 | 3,202.50 |
| | Communicate with Wilhelm regarding financial institutions' disclosure obligations under federal law as it relates to Congressional requests (.50); research regarding same (4.30); summarize finding for Wilhelm (1.30). | | |
| 11/16/22 | B N Wilhelm | 5.60 | 3,500.00 |
| | Review and analyze documents identified by subcommittee for potential release (2.20); draft summary of potential objections to release of same (3.40). | | |
| 11/17/22 | A E Lelling | 1.00 | 1,275.00 |
| | Revise statement for publication after release of congressional report (.30); review documents identified by subcommittee for publication (.70). | | |
| 11/17/22 | B N Wilhelm | 1.30 | 812.50 |
| | Draft email to subcommittee lodging objections to public release of certain documents and information (.80); communicate with Lelling and Sullivan (KServicing) and Walker (KServicing) regarding subcommittee's request for financial information from 2020 and 2021 (.50). | | |
| 11/18/22 | A E Lelling | 2.90 | 3,697.50 |
| | Prepare for (.40) and participate in (.40) call with congressional subcommittee; common interest call with counsel in subcommittee investigation (.40); review and analyze other investigative report activity by the subcommittee (.60); revise objections to documents identified by subcommittee for disclosure with report (.60); review research on potential liability for certain disclosures in congressional proceedings (.50). | | |
| 11/18/22 | B N Wilhelm | 1.80 | 1,125.00 |
| | Finalize objections to subcommittee's proposal to release certain documents and information to public in consultation with Lelling (1.10); communicate with Lelling and White/Claflin (Subcommittee) regarding response to inquiry involving financial information (.20); communicate with joint defense group regarding updates from subcommittee and documents being publicly released (.50). | | |
| 11/21/22 | A E Lelling | 0.50 | 637.50 |
| | Respond to inquiry from subcommittee staff. | | |
| 11/25/22 | B N Wilhelm | 0.20 | 125.00 |
| | Communicate with joint defense group for subcommittee investigation to discuss objections to publication of materials and updates from other companies under investigation. | | |

## JONES DAY

102496                                                       Page: 7

December 28, 2022

KServicing Corporation                       Invoice: 221608113

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| | **Matter Total** | **38.10** | **USD** | **31,600.00** |

**Federal Trade Commission Investigation**

| | | | | |
|---|---|---|---|---|
| 11/01/22 | A E Lelling | 1.10 | | 1,402.50 |

Review and analyze criminal investigation demand and production letters in FTC matter (.60); communicate with Wilhelm regarding same (.20); conference with Kristofferson (DLA) regarding FTC issues (.30).

| | | | | |
|---|---|---|---|---|
| 11/01/22 | B N Wilhelm | 0.80 | | 500.00 |

Communicate with Lelling, Kristofferson (DLA) regarding FTC investigation (.50); review research on FTC enforcement abilities in preparation for call with counsel representing entity under investigation by FTC (.30).

| | | | | |
|---|---|---|---|---|
| | **Matter Total** | **1.90** | **USD** | **1,902.50** |

**Fee Application Preparation**

| | | | | |
|---|---|---|---|---|
| 11/07/22 | D J Merrett | 0.30 | | 330.00 |

Communicate with Lelling regarding fee application procedures.

| | | | | |
|---|---|---|---|---|
| 11/09/22 | D J Merrett | 2.80 | | 3,080.00 |

Review and analyze October time entries for compliance with US Trustee guidelines (2.60); communicate with Clay regarding same (.20).

| | | | | |
|---|---|---|---|---|
| 11/10/22 | D J Merrett | 0.60 | | 660.00 |

Communicate with Lelling, Wilhelm regarding Forensic Risk Alliance invoice (.30); communicate with Lelling regarding fee estimate request from debtors (.20); communicate with Doell regarding litigation support time (.10).

| | | | | |
|---|---|---|---|---|
| 11/10/22 | C L Smith | 0.60 | | 255.00 |

Communications with Merrett regarding Jones Day first monthly fee application (.20); draft and revise same (.40).

| | | | | |
|---|---|---|---|---|
| 11/11/22 | D J Merrett | 0.70 | | 770.00 |

Review form of fee application provided by debtors (.30); communicate with Smith regarding same (.10); communicate with Lelling regarding fee estimate request from debtors (.30).

| | | | | |
|---|---|---|---|---|
| 11/11/22 | C L Smith | 1.10 | | 467.50 |

Review materials from Weil regarding Jones Day first monthly application (.20); draft and revise Jones Day first monthly application (.90).

| | | | | |
|---|---|---|---|---|
| 11/14/22 | D J Merrett | 0.20 | | 220.00 |

Communicate with Clay regarding October invoice.

| | | | | |
|---|---|---|---|---|
| 11/14/22 | C L Smith | 0.40 | | 170.00 |

Communications with Merrett regarding Jones Day first monthly fee application (.20); draft and revise same (.20).

| | | | | |
|---|---|---|---|---|
| 11/16/22 | D J Merrett | 2.70 | | 2,970.00 |

Review and revise October fee application (1.50); communicate with Lelling regarding same (.30); communicate with Clay (.40), Smith (.30) regarding same; communicate with Smith, Rhodes regarding

# JONES DAY

| | |
|---|---|
| 102496 | Page: 8 |
| | December 28, 2022 |
| KServicing Corporation | Invoice: 221608113 |

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

vendor invoice (.20).

| 11/16/22 | C L Smith | 2.20 | 935.00 |

Emails with Merrett regarding Jones Day first monthly application (.10); draft and revise same (1.20); communications with Merrett regarding same (.20); review email from Merrett regarding October 2022 invoice matters (.10); draft email to Clay regarding same (.10); review further email from Merrett regarding October 2022 invoice (.10); draft emails to Merrett, Clay regarding same (.10); communications with Rhodes, Diario, Clay regarding October 2022 invoice (.10); review revised Jones Day first monthly application (.10); revise same (.10).

| 11/17/22 | C L Smith | 0.30 | 127.50 |

Review Clay email regarding Jones Day October 2022 invoice matters (.10); review related materials (.10); draft email to Clay regarding same (.10).

| 11/18/22 | C L Smith | 2.30 | 977.50 |

Emails with Merrett, Clay regarding Jones Day October 2022 invoice (.10); revise Jones Day first monthly application (.90); communications with Clay regarding information for same (.10); revise monthly fee application (.30); review revised invoice (.20); draft email to Clay regarding comments to same (.10); draft email to Merrett regarding same (.10); draft email to Merrett regarding monthly application (.10); emails with Clay regarding additional revisions and comments to invoice (.10); prepare monthly application for filing (.20); draft email to Merrett regarding same (.10).

| 11/20/22 | D J Merrett | 1.10 | 1,210.00 |

Review and revise October fee application (.90); communicate with Smith (.10), Ham (Weil) (.10) regarding same.

| 11/20/22 | C L Smith | 0.80 | 340.00 |

Review Merrett comments to Jones Day October 2022 invoice (.10); revise same (.30); revise Jones Day monthly fee application (.20); prepare same for filing (.10); draft email to Merrett, Clay regarding same (.10).

| 11/29/22 | D J Merrett | 0.30 | 330.00 |

Communicate with Smith (.10), Hwangpo (Weil) (.20) regarding October fee application.

| 11/29/22 | C L Smith | 0.10 | 42.50 |

Emails with Merrett regarding matters relating to Jones Day first monthly application.

| 11/30/22 | C L Smith | 0.10 | 42.50 |

Call with Merrett regarding matters relating to Jones Day first monthly application.

| | **Matter Total** | **16.60** | **USD** | **12,927.50** |