**Exhibit B**

# JONES DAY

102496                                                                   Page: 9
December 28, 2022
KServicing Corporation                       Invoice: 221608113

### Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **Case Administration** | | | | |
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 12/13/22 | A E Lelling | NYC | 61,345.00 | |
| | Vendor: Forensic Risk Alliance, Inc; Invoice#: US125_0010; Date: 12/12/2022 (November 2022) | | | |
| **Consultants and Agents Fees Subtotal** | | | | **61,345.00** |
| **HOSTING CHARGES** | | | | |
| 12/05/22 | D J Merrett | ATL | 4,621.00 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100262141; Date: 11/8/2022 | | | |
| 12/19/22 | B N Wilhelm | ATL | 76.03 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD064083; Date: 11/30/2022 | | | |
| **Hosting Charges Subtotal** | | | | **4,697.03** |
| **Matter Total** | | | **USD** | **66,042.03** |