**<u>Exhibit C</u>**



**Forensic Risk Alliance Inc.**
**2550 M Street NW**
**Washington, DC 20037**
**United States**

**INVOICE TO:**

| | |
|---|---|
| Jones Day | KServicing Corp |
| Attn: Andrew E. Lelling | Att: Holly Loiseau |
| 100 High Street | 730 Peachtree Street NE, Suite 1100 |
| Boston, MA 02210-1781 | Atlanta, GA 30308 |

**SALES INVOICE:**
US125_0010
Monday, December 12, 2022
In case of query,
Tel: +1 (202) 627-6580
areceivable@forensicrisk.com

Service period: November 1 - 30, 2022

---

**Review of 940 Loans**
**Consulting Summary**

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Yishi Huang | 1.25 | 525.00 | 656.25 |
| **Total** | **1.25** | | **$656.25** |

**Loan Forgiveness Review**
**Consulting Summary**

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Stacy Fresch | 8.75 | 820.00 | 7,175.00 |
| Ash Klass | 2.25 | 660.00 | 1,485.00 |
| Ruth Ellen Pintilie | 4.50 | 660.00 | 2,970.00 |
| Yishi Huang | 3.75 | 525.00 | 1,968.75 |
| Megan Hickey | 6.00 | 420.00 | 2,520.00 |
| **Total** | **25.25** | | **$16,118.75** |



**PPP Loan Review**
**Consulting Summary**

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Stacy Fresch | 5.00 | 820.00 | 4,100.00 |
| Ash Klass | 15.50 | 660.00 | 10,230.00 |
| Ruth Ellen Pintilie | 43.75 | 660.00 | 28,875.00 |
| Yishi Huang | 1.00 | 525.00 | 525.00 |
| Anton Gubkin | 2.00 | 420.00 | 840.00 |
| **Total** | **67.25** | | **$44,570.00** |

**Grand Total** **$61,345.00**

**TOTAL DUE WITHIN 30 DAYS** **$61,345.00**

Remit Funds To:

HSBC Bank USA, N.A.

452 Fifth Ave New York NY 10018

Account: Forensic Risk Alliance Inc.

Routing No: 021001088

Account No: 000287474 (US Dollar Account)

Swift: MRMDUS33

*NOTICE: This invoice is subject to FRA's standard terms and conditions of sale or to the terms and conditions contained in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 2% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.*

www.forensicrisk.com
UK | US | France | Switzerland | UAE