UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket Nos. 340 & 356 |

**NOTICE OF ADJOURNED HEARING TO CONSIDER MOTION OF DEBTORS FOR ENTRY OF AN ORDER ENFORCING THE SETTLEMENT ORDER AND THE SETTLEMENT AGREEMENT BETWEEN KSERVICING AND CUSTOMERS BANK**

PLEASE TAKE NOTICE THAT, on December 7, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [Docket No. 340] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE THAT, as set forth in the *Notice of Motion and Hearing* attached to the Motion, (i) the deadline to file objections or responses to the relief sought in the Motion was December 21, 2022, at 4:00 p.m. (prevailing Eastern Time), and (ii) the hearing to consider the Motion (the "**Hearing**") was scheduled for January 6, 2023, at 10:00 a.m. (prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28411339v.1

PLEASE TAKE FURTHER NOTICE THAT, on December 21, 2022, Customers Bank ("**CB**" and together with the Debtors, the "**Parties**") filed the *Opposition of Customers Bank to Debtors' Motion for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [Docket No. 356] (the "**CB Objection**"). No other objections or responses were filed or received with respect to the Motion.

PLEASE TAKE FURTHER NOTICE THAT, the deadline by which the Debtors may file a reply in support of the Motion and to address issues raised in the CB Objection is January 3, 2023 (the "**Reply Deadline**").

PLEASE TAKE FURTHER NOTICE THAT, by agreement of the Parties, (i) the Hearing is adjourned to **a date and time to be determined by the Debtors (subject to the Court's calendar) and in consultation with CB** and (ii) the Reply Deadline shall be **seven (7) calendar days prior to the date of adjourned Hearing, if and once such hearing is scheduled.**

Dated: January 3, 2023
      Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
E-mail:     ray.schrock@weil.com
            candace.arthur@weil.com
            natasha.hwangpo@weil.com
            chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*