**Exhibit B**



Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

Tax I.D. No.: 51-0226371

January 4, 2023
Invoice 674181

Page 1
Client #  767622
Matter #  225120

For disbursements incurred through November 30, 2022
relating to  Representation in a potential chapter 11 case

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $1,416.50 |
| Court Reporter Services | $790.00 |
| Document Retrieval | $230.00 |
| Electronic Legal Research | $4,222.70 |
| Filing Fees/Court Costs | $25.00 |
| Messenger and delivery service | $29.48 |
| Overtime | $936.00 |
| Photocopying/Printing - outside vendor | $1,681.66 |
| Photocopying/Printing<br>0 @ $.10/pg / 2,253 @ $.10/pg. | $225.30 |
| Other Charges | $9,556.64 |

| | |
|---|---:|
| **TOTAL DUE FOR THIS INVOICE** | **$9,556.64** |
| **TOTAL DUE FOR THIS MATTER** | **$9,556.64** |

■ ■ ■

| | |
|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | January 4, 2023<br>Invoice 674181<br>Page 67<br>Client #  767622 |

Client: Kabbage, Inc.

Matter: Representation in a potential chapter 11 case
Case Administration
Creditor Inquiries
Meeting
Plan of Reorganization/Disclosure Statement
Use, Sale of Assets
Cash Collateral/DIP Financing
Claims Administration
Court Hearings
Schedules/SOFA/U.S. Trustee Reports
Employee Issue
Litigation/Adversary Proceedings
Retention of Others
RLF Fee Applications
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 10/17/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 10/17/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 10/17/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 10/17/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 10/17/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 10/17/22 | Westlaw | | ELEGALRE~ |
| | Amount = | $602.00 | |
| 10/18/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |

| | |
|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | January 4, 2023<br>Invoice 674181<br>Page 68<br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $1.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

January 4, 2023  
Invoice 674181  
Page 69  
Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = $50.00 | | |
| 10/18/22 | Law Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/18/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/20/22 | Westlaw | | ELEGALRE |
| | Amount = $150.50 | | |
| 10/28/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/28/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/28/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 10/28/22 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = $0.80 | | |
| 10/28/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/01/22 | PACER | | DOCRETRI |
| | Amount = $2.10 | | |
| 11/01/22 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 11/01/22 | PACER | | DOCRETRI |
| | Amount = $1.90 | | |

| | |
|---|---|
| Kabbage, Inc.<br>Attn:  Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | January 4, 2023<br>Invoice 674181<br>Page 70<br><br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/01/22 | Printing | | DUP |
| | Amount = | $0.20 | |
| 11/01/22 | Printing | | DUP |
| | Amount = | $0.20 | |
| 11/02/22 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 11/02/22 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 11/02/22 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 11/02/22 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 11/02/22 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 11/02/22 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 11/02/22 | PACER | | DOCRETRI |
| | Amount = | $1.10 | |
| 11/03/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/03/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/03/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/03/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/03/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/03/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/03/22 | Westlaw | | ELEGALRE |
| | Amount = | $0.00 | |
| 11/04/22 | PARCELS INC: | | DUPOUT |
| | Amount = | $491.50 | |

| | | |
|---|---|---|
| Kabbage, Inc. | | January 4, 2023 |
| Attn: Holly Loiseau | | Invoice 674181 |
| KServicing, Inc. | | Page 71 |
| 730 Peachtree Street NE, Suite 470 | | |
| Atlanta GA  30308 | | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/04/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 11/04/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 11/04/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 11/04/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 11/04/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 11/05/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/05/22 | Document Retrieval (Electronic) | | ELEGALRE~ |
| | Amount = | $22.60 | |
| 11/05/22 | Document Retrieval (Electronic) | | ELEGALRE~ |
| | Amount = | $0.40 | |
| 11/05/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $50.00 | |
| 11/05/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/05/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/05/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/05/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/05/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $50.00 | |
| 11/05/22 | Document Retrieval (Electronic) | | ELEGALRE~ |
| | Amount = | $0.40 | |
| 11/05/22 | Document Retrieval (Electronic) | | ELEGALRE~ |
| | Amount = | $1.20 | |
| 11/05/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

January 4, 2023  
Invoice 674181  
Page 72  

Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 11/05/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/05/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.80 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $19.20 | | |
| 11/05/22 | PACER | | DOCRETRI |
| | Amount = $3.70 | | |

Kabbage, Inc.  
Attn:  Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

January 4, 2023  
Invoice 674181  
Page 73  
Client #  767622

| Date | Description | Code |
|---|---|---|
| 11/05/22 | PACER<br>Amount = $0.10 | DOCRETRI |
| 11/05/22 | PACER<br>Amount = $0.20 | DOCRETRI |
| 11/05/22 | PACER<br>Amount = $0.90 | DOCRETRI |
| 11/05/22 | PACER<br>Amount = $0.10 | DOCRETRI |
| 11/05/22 | PACER<br>Amount = $0.10 | DOCRETRI |
| 11/05/22 | PACER<br>Amount = $0.10 | DOCRETRI |
| 11/05/22 | PACER<br>Amount = $0.10 | DOCRETRI |
| 11/05/22 | PACER<br>Amount = $0.50 | DOCRETRI |
| 11/05/22 | PACER<br>Amount = $3.00 | DOCRETRI |
| 11/05/22 | Westlaw<br>Amount = $150.50 | ELEGALRE |
| 11/05/22 | Westlaw<br>Amount = $150.50 | ELEGALRE |
| 11/06/22 | PARCELS INC:<br>Amount = $43.05 | DUPOUT |
| 11/06/22 | PARCELS INC:<br>Amount = $384.40 | DUPOUT |
| 11/06/22 | PARCELS INC:<br>Amount = $114.30 | DUPOUT |
| 11/06/22 | PARCELS INC:<br>Amount = $210.66 | DUPOUT |
| 11/06/22 | Banks Seafood - dinner with clients, co-counsel<br>Amount = $433.47 | MEALSCL |
| 11/06/22 | PARCELS INC:<br>Amount = $87.75 | DUPOUT |
| 11/06/22 | PARCELS INC:<br>Amount = $350.00 | DUPOUT |

| | | | |
|---|---|---|---|
| Kabbage, Inc. | | | January 4, 2023 |
| Attn: Holly Loiseau | | | Invoice 674181 |
| KServicing, Inc. | | | Page 74 |
| 730 Peachtree Street NE, Suite 470 | | | |
| Atlanta GA  30308 | | | Client #  767622 |

| Date | Description | Amount | Code |
|---|---|---|---|
| 11/06/22 | Brio Meal from 11/6/22 | Amount = $504.00 | MEALSCL |
| 11/06/22 | Docket Search | Amount = $25.00 | ELEGALRE |
| 11/06/22 | Docket Search | Amount = $25.00 | ELEGALRE |
| 11/06/22 | Docket Search | Amount = $25.00 | ELEGALRE |
| 11/06/22 | Law Search | Amount = $25.00 | ELEGALRE |
| 11/06/22 | Docket Search | Amount = $25.00 | ELEGALRE |
| 11/06/22 | PACER | Amount = $7.90 | DOCRETRI |
| 11/06/22 | PACER | Amount = $3.00 | DOCRETRI |
| 11/06/22 | PACER | Amount = $0.20 | DOCRETRI |
| 11/06/22 | PACER | Amount = $3.00 | DOCRETRI |
| 11/06/22 | PACER | Amount = $0.20 | DOCRETRI |
| 11/06/22 | PACER | Amount = $1.20 | DOCRETRI |
| 11/06/22 | PACER | Amount = $3.00 | DOCRETRI |
| 11/06/22 | PACER | Amount = $3.00 | DOCRETRI |
| 11/06/22 | PACER | Amount = $3.00 | DOCRETRI |
| 11/06/22 | PACER | Amount = $0.30 | DOCRETRI |
| 11/06/22 | PACER | Amount = $3.00 | DOCRETRI |

| | | |
|---|---|---|
| Kabbage, Inc. | | January 4, 2023 |
| Attn: Holly Loiseau | | Invoice 674181 |
| KServicing, Inc. | | Page 75 |
| 730 Peachtree Street NE, Suite 470 | | |
| Atlanta GA  30308 | | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $0.10 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $7.80 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $0.10 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $19.00 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $0.40 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $0.20 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $0.10 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 11/06/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |

| | |
|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA 30308 | January 4, 2023<br>Invoice 674181<br>Page 76<br>Client # 767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/06/22 | PACER | Amount = $2.60 | DOCRETRI |
| 11/06/22 | PACER | Amount = $0.20 | DOCRETRI |
| 11/06/22 | PACER | Amount = $0.20 | DOCRETRI |
| 11/06/22 | PACER | Amount = $3.00 | DOCRETRI |
| 11/06/22 | Printing | Amount = $0.20 | DUP |
| 11/06/22 | Printing | Amount = $1.70 | DUP |
| 11/06/22 | Printing | Amount = $6.40 | DUP |
| 11/06/22 | Printing | Amount = $2.40 | DUP |
| 11/06/22 | Printing | Amount = $13.60 | DUP |
| 11/06/22 | Printing | Amount = $1.40 | DUP |
| 11/06/22 | Printing | Amount = $0.40 | DUP |
| 11/07/22 | RELIABLE WILMINGTON: | Amount = $36.00 | CTRPT |
| 11/07/22 | AMERICAN EXPRESS: USDC - DE mlm | Amount = $25.00 | FLFEE |
| 11/07/22 | JAYALAXMI LLC: Food Service | Amount = $219.49 | MEALSCL |
| 11/07/22 | WEIL GOTSHAL & MANGES LLP -<br>Messenger and delivery | Amount = $29.48 | MESS |
| 11/07/22 | PACER | Amount = $0.30 | DOCRETRI |
| 11/07/22 | Printing | Amount = $0.20 | DUP |
| 11/07/22 | Printing | Amount = $4.60 | DUP |

| | | | |
|---|---|---|---|
| Kabbage, Inc. | | | January 4, 2023 |
| Attn: Holly Loiseau | | | Invoice 674181 |
| KServicing, Inc. | | | Page 77 |
| 730 Peachtree Street NE, Suite 470 | | | |
| Atlanta GA  30308 | | | Client #  767622 |

| Date | Description | Amount | |
|---|---|---|---|
| 11/07/22 | Printing | | DUP |
| | | Amount =  $5.50 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $4.60 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $5.50 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $4.60 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $5.50 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $4.60 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $5.50 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $5.50 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $20.20 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $20.20 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $8.90 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $4.80 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $10.10 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $8.90 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $5.50 | |
| 11/07/22 | Printing | | DUP |
| | | Amount =  $4.60 | |

| Kabbage, Inc. | January 4, 2023 |
|---|---|
| Attn: Holly Loiseau | Invoice 674181 |
| KServicing, Inc. | Page 78 |
| 730 Peachtree Street NE, Suite 470 | |
| Atlanta GA  30308 | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/07/22 | Printing | | DUP |
| | Amount = | $5.50 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $4.60 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $5.50 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $4.80 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $5.50 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $4.60 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $10.10 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $0.10 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $5.50 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $4.60 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $0.10 | |
| 11/07/22 | Printing | | DUP |
| | Amount = | $0.30 | |
| 11/07/22 | Westlaw | | ELEGALRE |
| | Amount = | $1,119.30 | |
| 11/08/22 | AMERICAN EXPRESS: Panera Bread ZIS lunch for hearing group | | MEALSCL |
| | Amount = | $259.54 | |
| 11/08/22 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 11/08/22 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 11/08/22 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 11/08/22 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |

| | | |
|---|---|---|
| Kabbage, Inc. | | January 4, 2023 |
| Attn:  Holly Loiseau | | Invoice 674181 |
| KServicing, Inc. | | Page 79 |
| 730 Peachtree Street NE, Suite 470 | | |
| Atlanta GA  30308 | | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/08/22 | PACER | | DOCRETRI |
| | Amount = $0.50 | | |
| 11/08/22 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/08/22 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/08/22 | PACER | | DOCRETRI |
| | Amount = $1.50 | | |
| 11/08/22 | PACER | | DOCRETRI |
| | Amount = $1.20 | | |
| 11/10/22 | RELIABLE WILMINGTON: | | CTRPT |
| | Amount = $754.00 | | |
| 11/10/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/10/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/10/22 | PACER | | DOCRETRI |
| | Amount = $2.50 | | |
| 11/10/22 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 11/10/22 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/10/22 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 11/10/22 | PACER | | DOCRETRI |
| | Amount = $0.50 | | |
| 11/10/22 | PACER | | DOCRETRI |
| | Amount = $0.60 | | |
| 11/14/22 | PACER | | DOCRETRI |
| | Amount = $6.50 | | |
| 11/14/22 | PACER | | DOCRETRI |
| | Amount = $6.50 | | |
| 11/14/22 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |

| | | | |
|---|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA 30308 | | | January 4, 2023<br>Invoice 674181<br>Page 80<br>Client # 767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/14/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 11/14/22 | Printing | | DUP |
| | Amount = | $1.10 | |
| 11/14/22 | Printing | | DUP |
| | Amount = | $0.40 | |
| 11/14/22 | Printing | | DUP |
| | Amount = | $4.50 | |
| 11/14/22 | Printing | | DUP |
| | Amount = | $5.50 | |
| 11/15/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/16/22 | Printing | | DUP |
| | Amount = | $4.70 | |
| 11/16/22 | Printing | | DUP |
| | Amount = | $0.90 | |
| 11/17/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 11/17/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.50 | |
| 11/17/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 11/18/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/18/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/18/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/18/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/18/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/18/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $25.00 | |
| 11/18/22 | Docket Search | | ELEGALRE~ |
| | Amount = | $50.00 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA 30308 | | January 4, 2023<br>Invoice 674181<br>Page 81<br>Client # 767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/18/22 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 11/18/22 | PACER | | DOCRETRI |
| | Amount = $0.80 | | |
| 11/21/22 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 11/21/22 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/21/22 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/23/22 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/23/22 | Printing | | DUP |
| | Amount = $0.50 | | |
| 11/24/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/25/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/25/22 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = $13.90 | | |
| 11/25/22 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = $9.60 | | |
| 11/28/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/28/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/28/22 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 11/28/22 | SECRETARIAL OT THRU 11/30/22 | | OT |
| | Amount = $936.00 | | |
| 11/28/22 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 11/28/22 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

January 4, 2023  
Invoice 674181  
Page 82  

Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.80 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.80 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.70 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.50 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $1.40 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.10 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $2.10 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 11/28/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 11/28/22 | Printing | | DUP |
| | Amount = | $0.10 | |

| | | | |
|---|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | | January 4, 2023<br>Invoice 674181<br>Page 83<br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/28/22 | Printing | | DUP |
| | Amount = | $0.10 | |
| 11/29/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/29/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/29/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/29/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/29/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/29/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $2.70 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $2.50 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $1.60 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $0.50 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $1.10 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $0.60 | |
| 11/29/22 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | January 4, 2023<br>Invoice 674181<br>Page 84<br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 11/29/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 11/29/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 11/29/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |

TOTALS FOR   767622          Kabbage, Inc.

Expenses     $9,556.64