**CERTIFICATE OF SERVICE**

I, William A. Hazeltine, hereby certify that on the 5th day of January 2023, a copy of the foregoing *Customers Bank's Reply to the Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed on the attached Service List via Electronic Mail.

<u>January 5, 2023</u>       */s/ William A, Hazeltine*
Date                              William A. Hazeltine

# SERVICE LIST

Cross River Bank
Attn: Arlen Gelbard, Esq, General Counsel
Fort Lee, NJ 07024
agelbard@crossriverbank.com

US Department of Justice
Attn: Alastair M Gesmundo
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Alastair.M.Gesmundo@usdoj.gov

Greenberg Traurig, LLP
Attn: Anthony W Clark
The Nemours Bldg
1007 N Orange St, Ste 1200
Wilmington, DE 19801
Anthony.Clark@gtlaw.com

Federal Reserve Bank of San Francisco
Attn: Avery Belka
San Francisco, CA 94105
Avery.Belka@sf.frb.org

RSM US LLP
Attn: Ben Brockman
Chicago, IL 60606
ben.brockman@rsmus.com

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Susheel Kirpalani
New York, NY 10010
susheelkirpalani@quinnemanuel.com

US Attorney's Office
ED of Texas, Civil Division
550 Fannin St, Ste 1250
Baeumont, TX 77701
Betty.Young@usdoj.gov

Federal Reserve Bank of San Francisco
Attn: Credit Risk Management
101 Market St, MS 830
San Francisco, CA 94105
Braden.Parker@sf.frb.org;
wallace.young@sf.frb.org

Amazon Web Services
c/o K&L Gates/Brian Peterson
Seattle, WA 98104
brian.peterson@klgates.com

Sullivan & Cromwell LLP
Attn: James L Bromley
New York, NY 10004-2498
bromleyj@sullcrom.com

Fortis Advisors
Attn: Courtney Nothaus
San Diego, CA 92130
cnothaus@fortisrep.com

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C Abbott
1201 N Market St, 16th Fl
Wilmington, DE 19801
dabbott@morrisnichols.com

KLDiscovery Ontrack, LLC
Attn: Dale Drury
McLean, VA 22102
dale.drury@kldiscovery.com

Goodwin Procter LLP
Attn: Dondi Dancy
Redwood City, CA 94063
ddancy@goodwinlaw.com

# SERVICE LIST

Richards, Layton & Finger, PA
Attn: Daniel J DeFranceschi
1 Rodney Sq
920 N King St
Wilmington, DE 19801
defranceschi@rlf.com

US Small Business Administration
Attn: Edward Ledford, Deputy Director
409 3rd St SW, 8th Fl
Washington, DC 20416
edward.ledford@sba.gov

Small Business Administration
Attn: Eric S Benderson
Attn: Susan Streich
409 3rd St SW, Ste 7211
Washington, DC 20416
eric.benderson@sba.gov

Greenberg Traurig, LLP
Attn: Brian E Greer
New York, NY 10017
greerb@gtlaw.com

Libra Risk Management
Attn: Ian Cox
Foxborough, MA 02035
icox@kservicecorp.com

Corporation Service Company
Attn: Jessica Mullenix Woodward
Wilmington, DE 19808
jessica.woodward@cscgfm.com;
UCCSPREP@cscglobal.com

Customers Bank
Attn: Jennifer Petsu
West Reading, PA 19611
jpetsu@customersbank.com;
asachs@customersbank.com

US Attorney's Office
District of Massachusetts, Civil Division
1 Courthouse Way, Ste 9200
Boston, MA 02210
Diane.Seol@usdoj.gov

Lanier Parking Solutions I, LLC
dba Reef Parking
730 Peachtree St, Box 35
Atlanta, GA 30308
elliott.roby@reefparking.com

Cross River Bank
Attn: Gilles Gade & Arlen Gelbard
400 Kelby St
Ft Lee, NJ 07024
ggade@crossriverbank.com

Benesch, Friedlander, Coplan & Aronoff, LLP
Attn: Gregory W Werkheiser
Wilmington, DE 19801
gwerkheiser@beneschlaw.com

Option 1 Partners LLC
Attn: Jackie Flake
Alpharetta, GA 30005
jackie@option1partners.com

MorganFranklin Consulting, LLC
Attn: Timothy Keefe
McLean, VA 22102
tim.keefe@morganfranklin.com

Box, Inc
Attn: David Leeb, Jason Silapachai
Redwood City, CA 94063
jsilapachai@box.com

# SERVICE LIST

Vital Outsourcing Services Inc
Attn: Ken Braddock
Berkeley Lake, GA 30092
kbraddock@vitasolutions.net

Greenberg Traurig, LLP
Attn: David B Kurzweil
Terminus 200
3333 Piedmont Rd, NE, Ste 2500
Atlanta, GA 30305
kurzweild@gtlaw.com

Transunion Risk And Alternative Data Solutions
Attn: Steven Littman
Boca Raton, FL 33431
steven.littman@transunion.com

Federal Reserve Bank of San Francisco
c/o Cleary Gottlieb
1 Liberty Plz
New York, NY 10006
lschweitzer@cgsh.com

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Matthew R Scheck
Austin, TX 78701
matthewscheck@quinnemanuel.com

Federal Trade Commission
Attn: Marguerite Moeller
Atlanta, GA 30303
mmoeller@ftc.gov

Goodwin Procter LLP
Attn: Kimberly Larie
Boston, MA 02210
KLarie@goodwinkaw.com

Celtic Bank Corp
Attn: Leslie K Rinaldi, General Counsel
Salt Lake City, UT 84111
lrinaldi@celticbank.com

Small Business Administration
Attn: Susan Streich, Eric Benderson
Washington, DC 20416
susan.streich@sba.gov;
eric.benderson@sba.gov

Major, Lindsey & Africa/Allegis Group Holdings Inc
Attn: Michael A Albino
Hanover, MD 21076
malbino@mlaglobal.com

Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy
c/o The Finley Firm, PC
Piedmont Ctr, Bldg 14
3525 Piedmont Rd, Ste 230
Atlanta, GA 30305
mgibson@thefinleyfirm.com

Federal Trade Commission
Attn: Alan Babowski
Washington, DC 20580
abakowski@ftc.gov

# SERVICE LIST

| | |
|---|---|
| URS Technologies Solutions LLC<br>Attn: Mukesh Chamedia<br>Iselin, NJ 08830<br>mukesh@blucognition.com | Young Conaway Stargatt & Taylor, LLP<br>Attn: Pauline K Morgan<br>1000 N King St<br>Wilmington, DE 19801<br>pmorgan@ycst.com |
| American Express Kabbage Inc<br>Attn: Tara Rajani<br>Atlanta, GA 30308<br>Tara.e.rajani@aexp.co | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy<br>c/o White & Williams, LLP<br>1650 Market St<br>1 Liberty Pl, Ste 1800<br>Philadelphia, PA 19103<br>properj@whiteandwilliams.com;<br>heskins@whiteandwilliams.com |
| Weil, Gotshal & Manges LLP<br>Attn: Ray C Schrock<br>New York, NY 10153<br>ray.schrock@weil.com | United States Trustee<br>Attn: Richard L Schepacarter<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>richard.schepacarter@usdoj.gov |
| Thomas E Austin Jr, LLC<br>Attn: Thomas E Austin Jr<br>Atlanta, GA 30324<br>taustin@taustinlaw.com | US Department of Justice<br>Civil Division, Commercial Litigation Branch, Fraud Section<br>175 N St NE, Rm 10.1806<br>Washington, DC 20002<br>Sarah.E.Loucks@usdoj.gov;<br>Alastair.M.Gesmundo@usdoj.gov |
| US Attorney's office for the District of Massachusetts<br>Attn: Brian LaMacchia<br>Boston, MA 02210<br>brian.lamacchia@usdoj.gov | Cousins Law LLC<br>Attn: Scott D Cousins<br>Brandywine Plz W<br>1521 Concord Pike, Ste 301<br>Wilmington, DE 19801<br>scott.cousins@cousins-law.com |

## SERVICE LIST

Vaco LLC
Attn: Shannon Gwinner
Atlanta, GA 30346
sgwinner@vaco.com

Moore Colson
Attn: Sarah Parker
Atlanta, GA 30339
sparker@moorecolson.com

Federal Reserve Bank of Minneapolis
Attn: Tavis J Morello
Minneapolis, MN 55401
Tavis.Morello@mpls.frb.org