# EXHIBIT A

**CUBI Remittance Wire Summary 12/14/2022**

| | | |
|---|---|---|
| 1,071,094.43 | Customer Payments owed to SBA included in settlement payment amount | |
| | | |
| | | |
| | | |
| 925,242.87 | Remitted to the SBA in October 2022 and withheld from CUBI October remittances; Kservicing owes back to CUBI | |
| 145,851.56 | Portion of $411,328.50 Remitted to the SBA in November 2022 and NOT withheld from CUBI November remittances | |
| 1,071,094.43 | Total | |
| | | |
| | | |
| (366,750.65) | CUBI Gross Remittances for November 2022 | |
| 265,476.94 | Portion of $411,328.50 Remitted to the SBA in November 2022 and withheld from CUBI November remittance wire | |
| (101,273.71) | Net owed in cash to CUBI for November 2022 | |
| | | |
| (925,242.87) | From Above - Remitted to the SBA in October 2022 and withheld from CUBI October remittances; Kservicing owes back to CUBI | |
| | | |
| (1,026,516.58) | Total Wire to CUBI December 2022 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# EXHIBIT B



P.O. Box 2646-R, Columbus, GA 31902

## Statement of Account

Last statement:            October 31, 2022
This statement:            November 30, 2022
Total days in statement period: 30
XXX-XXX-525-0            031        165
Page    1 of 6

Direct inquiries to:
888-796-6887

KABBAGE, INC
PPP PAYMENTS CUBI
925B PEACHTREE ST NE SUITE 383
ATLANTA GA 30309-0000

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| US Government Checking | XXX-XXX-525-0 | $1,600,958.87 |

## US Government Checking · Account Number 101-556-525-0

| | | | |
|---|---|---|---|
| Beginning balance | 2,025,359.23 | | |
| Deposits/Credits | 543,313.43 | Low balance | 1,589,032.46 |
| Withdrawals/Debits | 967,713.79 | Average balance | 1,873,816.27 |
| Ending balance | 1,600,958.87 | Average collected balance | 1,873,816.00 |

### Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 11-01 | Preauthorized Wd | PPP REPAYMENTS PPPPAYMENT 221101 | 9,697.36 |
| 11-02 | ACH Ret Debits (Ac) | RETURN SETTLE A ACH RETURN RETURN ITEM SETTLE | 214.84 |
| 11-03 | Preauthorized Wd | PPP REPAYMENTS PPPPAYMENT 221103 | 114,371.83 |
| 11-03 | ACH Ret Debits (Ac) | RETURN SETTLE A ACH RETURN RETURN ITEM SETTLE | 500.00 |
| 11-04 | Preauthorized Wd | PPP REPAYMENTS PPPPAYMENT 221104 | 4,737.78 |
| 11-04 | Preauthorized Wd | PPP REPAYMENTS PPPPAYMENT 221104 | 43,789.47 |
| 11-04 | ACH Ret Debits (Ac) | RETURN SETTLE A ACH RETURN RETURN ITEM SETTLE | 270.74 |
| 11-08 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221108 0000 | 500.00 |
| 11-08 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221108 0000 | 500.00 |
| 11-10 | ACH Ret Debits (Ac) | RETURN SETTLE A ACH RETURN RETURN ITEM SETTLE | 182.61 |
| 11-17 | ACH Ret Debits (Ac) | RETURN SETTLE A ACH RETURN RETURN ITEM SETTLE | 507.89 |
| 11-18 | Dom Wire Out Online | Customers BankCUST ERS BANK Customers Bank | 376,326.59 |
| 11-18 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221118 0000 | 16,000.00 |



P.O. Box 2646-R, Columbus, GA 31902

November 30, 2022
XXX-XXX-525-0
KABBAGE, INC

## Other Debits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 11-18 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221118 0000 | 23,416.60 |
| 11-18 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221118 0000 | 53,533.81 |
| 11-18 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221118 0000 | 55,416.72 |
| 11-18 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221118 0000 | 130,585.56 |
| 11-23 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221123 0000 | 500.00 |
| 11-23 | Preauthorized Wd | PPP REPAYMENTS PPPPAYMENT 221123 | 10,644.71 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 813.12 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 998.42 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 1,000.00 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 1,482.28 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 2,002.41 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 4,495.59 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 5,304.78 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 5,913.27 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 9,165.18 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 10,000.00 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 11,396.34 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 997.59 |
| 11-25 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221125 0000 | 3,007.14 |
| 11-28 | ACH Ret Debits (Ac) | RETURN SETTLE A ACH RETURN RETURN ITEM SETTLE | 54.64 |
| 11-29 | Transfer | REF 3331443L FUNDS TRANSFER TO DEP 1015565276 FROM ONLINE SBA 9031807710 GP | 4,006.22 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 2,500.00 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,518.00 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,610.14 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,674.46 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,750.52 |



P.O. Box 2646-R, Columbus, GA 31902

November 30, 2022
XXX-XXX-525-0
KABBAGE, INC

## Other Debits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,816.27 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,837.44 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 4,000.00 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 429.25 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 791.86 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 799.86 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 853.56 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,352.31 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,394.05 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,413.69 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,428.99 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,429.36 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,449.72 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,505.24 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,183.90 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,270.68 |
| 11-30 | Preauthorized Wd | 172 LOAN PAYMT PAYMENT 221130 0000 | 3,353.00 |
| 11-30 | Service Charge | | 18.00 |

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|--------|
| 11-01 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221101 | 11,880.90 |
| 11-01 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221101 | 8,603.21 |
| 11-02 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221102 | 1,000.00 |
| 11-02 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221102 | 15,223.46 |
| 11-03 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221103 | 2,082.68 |
| 11-03 | Transfer | REF 3071254L FUNDS TRANSFER FRM DEP 1015565227 FROM ONLINE WIRE PMT SBA 21881 | 792.11 |
| 11-03 | Transfer | REF 3071328L FUNDS TRANSFER FRM DEP 1015565201 FROM ONLINE 10252022 CUBI CHEC | 26.00 |



P.O. Box 2646-R, Columbus, GA 31902

November 30, 2022
XXX-XXX-525-0
KABBAGE, INC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|------|------------------|-------------|-------:|
| 11-03 | Transfer | REF 3071333L FUNDS TRANSFER FRM DEP 1015565201 FROM ONLINE 11012022 CUBI CHEC | 4,056.12 |
| 11-03 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221103 | 22,554.76 |
| 11-04 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221104 | 1,259.89 |
| 11-04 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221104 | 26,849.86 |
| 11-07 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221107 | 3,198.76 |
| 11-07 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221107 | 53,949.54 |
| 11-07 | ACH Ret Credits (Ac) | RETURN SETTLE A ACH RETURN RETURN ITEM SETTLE | 2,034.76 |
| 11-08 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221108 | 447.06 |
| 11-08 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221108 | 67,757.19 |
| 11-09 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221109 | 1,771.52 |
| 11-09 | Transfer | REF 3131419L FUNDS TRANSFER FRM DEP 1015565201 FROM ONLINE 11082022 CUBI CHEC | 989.29 |
| 11-09 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221109 | 20,647.83 |
| 11-10 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221110 | 1,850.00 |
| 11-10 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221110 | 15,980.53 |
| 11-14 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221114 | 3,587.45 |
| 11-14 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221114 | 2,245.00 |
| 11-14 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221114 | 7,607.05 |
| 11-14 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221114 | 19,420.56 |
| 11-15 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221115 | 4,086.02 |
| 11-15 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221115 | 39,940.21 |
| 11-16 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221116 | 530.00 |
| 11-16 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221116 | 14,014.83 |
| 11-17 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221117 | 50.00 |
| 11-17 | Transfer | REF 3211444L FUNDS TRANSFER FRM DEP 1015565276 FROM ONLINE 11152022 CUBI CHEC | 1,432.08 |
| 11-17 | Transfer | REF 3211505L FUNDS TRANSFER FRM DEP 1015565276 FROM ONLINE SBA 9904098304 PAY | 186.00 |



P.O. Box 2646-R, Columbus, GA 31902

November 30, 2022
XXX-XXX-525-0
KABBAGE, INC

## Deposits/Other Credits

| Date | Transaction Type | Description | Amount |
|---|---|---|---|
| 11-17 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221117 | 20,319.54 |
| 11-18 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221118 | 19,007.40 |
| 11-18 | Transfer | REF 3221529L FUNDS TRANSFER FRM DEP 1015565201 FROM ONLINE 11172022 CUBI CHEC | 5,762.34 |
| 11-21 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221121 | 181.03 |
| 11-21 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221121 | 14,807.21 |
| 11-22 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221122 | 1,802.96 |
| 11-22 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221122 | 6,203.91 |
| 11-23 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221123 | 1,531.34 |
| 11-23 | Transfer | REF 3271357L FUNDS TRANSFER FRM DEP 1015565201 FROM ONLINE 11222022 CUBI CHEC | 326.00 |
| 11-23 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221123 | 17,042.66 |
| 11-25 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221125 | 914.16 |
| 11-25 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221125 | 268.57 |
| 11-25 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221125 | 12,656.58 |
| 11-25 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221125 | 5,067.49 |
| 11-28 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221128 | 320.20 |
| 11-28 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221128 | 45,012.01 |
| 11-29 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221129 | 2,305.10 |
| 11-29 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221129 | 18,763.68 |
| 11-30 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221130 | 1,930.54 |
| 11-30 | Transfer | REF 3341045L FUNDS TRANSFER FRM DEP 1015565201 FROM ONLINE 11292022 CUBI CHEC | 685.67 |
| 11-30 | Preauthorized Credit | PPP REPAYMENTS PPPPAYMENT 221130 | 12,350.37 |

## Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 2,025,359.23 | 11-07 | 2,005,289.26 | 11-15 | 2,190,436.36 |
| 11-01 | 2,036,145.98 | 11-08 | 2,072,493.51 | 11-16 | 2,204,981.19 |
| 11-02 | 2,052,154.60 | 11-09 | 2,095,902.15 | 11-17 | 2,226,460.92 |
| 11-03 | 1,966,794.44 | 11-10 | 2,113,550.07 | 11-18 | 1,595,951.38 |
| 11-04 | 1,946,106.20 | 11-14 | 2,146,410.13 | 11-21 | 1,610,939.62 |



P.O. Box 2646-R, Columbus, GA 31902

November 30, 2022
XXX-XXX-525-0
KABBAGE, INC

## Balance Summary

(continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11-22 | 1,618,946.49 | 11-25 | 1,589,032.46 | 11-29 | 1,651,372.59 |
| 11-23 | 1,626,701.78 | 11-28 | 1,634,310.03 | 11-30 | 1,600,958.87 |



**Checks and Debits Outstanding**

| Check No. | Amount | |
|-----------|--------|--|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total** |  |  |

**BALANCE YOUR CHECKBOOK**

Follow these easy steps to reconcile your checkbook to the "Ending Balance" shown on the front of this statement:

(1) Make sure that all the transactions listed on this statement have also been entered in your checkbook register, including all deposits, credits, checks, check card transactions, ATM transactions and other debits. Make sure the amounts are the same in both places.

(2) Mark the checks and other debits in your checkbook that have been paid by the bank; mark the credits in your checkbook that have cleared the bank.

(3) Enter all the items that have not yet been paid by the bank and are still outstanding. These are items that are not shown on this statement and have not appeared on any previous statement.

(4) Enter the "Ending Balance" shown on this statement        $_____

(5) Add (+) deposits not shown on this statement (if any)      +_____

(6) Subtract(-) checks and/or other outstanding debits         -_____

(7) Balance should equal the balance in your checkbook         $_____

---

If your account does not balance, please check the following:

• Have you added and subtracted correctly – both in your checkbook register and in steps 3-6 above?

• Have you correctly entered the amounts of each deposit, credit, check, check card transaction or other debit in your checkbook?

• Do all checks and other debits you have marked as paid appear on this statement? Are any still outstanding that you have marked as paid?

• Have all deposits been added to your checkbook record and do the amounts agree with the amounts on this statement?

• Have you carried the correct balance forward from one checkbook register page to the next?

• Are you sure that all items you show as outstanding are not on this statement or any previous statement?

## ADDITIONAL WAYS TO MANAGE YOUR ACCOUNT

To check your balance between statements and track pending credits or debits. take advantage of:

• Internet Banking
• Mobile Banking
• Touchtone Banking

Information on these convenient options is available from your banker and through our website.

## ELECTRONIC FUND TRANSFERS PREAUTHORIZED CREDITS

If you have arranged to have direct deposits made to your account, you can call us at the telephone number indicated on page one of this statement to find out whether or not the deposits have been made.

## ELECTRONIC FUND TRANSFER DISCLOSURE

In case of errors or questions about your electronic transfers: If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at the number or write us at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about. Explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer/personal accounts, if we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you may have use of the money during the time it takes us to complete the investigation.

## ORDER OF PAYMENT

*This section describes our general practice for paying transactions from your account. We may vary the order of payment if items are presented that cannot be returned unpaid. We reserve the right to change how we pay transactions from your account and will provide you notice of these changes.*

After the close of the business day, we add your deposits and other credits to your account. We then deduct any fees and charges owed to the bank. Finally, we deduct all items presented for payment The order these items are deducted from your account balance is based upon the type of transaction and, for electronic transactions, when the transaction was performed by you or was received by us.

First, we pay outgoing wire transactions in the order they were made. Then, we pay electronic transactions (First, we pay preauthorized ACH debits, then ATM transactions, and then check card transactions.) in the order they were performed by you or were received by us. Next, we pay unnumbered checks and other items drawn on your account by dollar amount in ascending order. Finally, we pay checks drawn on your account in ascending check number order. **For business and commercial accounts:** All checks and other items drawn on your account are paid by dollar amount in descending order.

## BILLING RIGHTS SUMMARY
*(Personal Reserve Account Only)*

In case of errors or questions about your statement: If you think your statement is wrong or if you need more information about a transaction on the statement, write us (on a separate sheet) at the address indicated on page one of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

(1) State your name and account number.
(2) Describe the error and explain as clearly as you can why you believe there is an error. If you need more information, describe the item you are unsure about.
(3) Tell us the dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.