# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>KABBAGE, INC., d/b/a KSERVICING, et al,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10951 (CTG)<br>(Jointly Administered)<br><br>Hearing Date: January 6, 2023 at 10:00 a.m. |

## CUSTOMERS BANK'S WITNESS LIST FOR JANUARY 6, 2023 HEARING

In connection with both of the motions filed in this case on December 7, 2022,[1] and set to be heard by the Court on January 6, 2023 (the "Hearing"), Customers Bank respectfully submits the Witness List below in compliance with the Chambers Procedures for Judge Craig T. Goldblatt.

### Witness List

1. Alyssa White, Customers Bank's Senior Vice President: the scope of Ms. White's testimony will be the reconciliation process further to the Settlement Agreement between Customers Bank and KServicing, and the post-settlement experience by Customers Bank with respect to borrower remittances by KServicing pursuant to the Settlement Agreement;[2]

2. Any rebuttal and/or impeachment witnesses;

3. Any witnesses designated by any other party; and

4. Any witnesses necessary to authenticate any document.

Customers Bank reserves its right to amend and/or supplement this Witness List at any time prior to the Hearing.

---

[1] Those motions are: (1) *Motion of Customers Bank for an Order Compelling Compliance With Court Approved Settlement Agreement and Order and Requiring Additional Adequate Protection in Favor Of Customers Bank and Related Relief* [Dkt No. 355]; and (2) *Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [Dkt No. 340].

[2] Customers Bank has filed three declarations from Ms. White in connection with the motions referenced above and may seek to rely on those declarations and tender Ms. White for cross-examination and then further examine her on re-direct.

2

| | |
|---|---|
| Date: January 5, 2023<br>Wilmington, Delaware | **SULLIVAN • HAZELTINE • ALLINSON LLC**<br><br>*/s/ William A. Hazeltine*<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel. (302) 428-8191<br>Fax (302) 428-8195<br>Email: whazeltine@sha-llc.com<br><br>and<br><br>**HOLLAND & KNIGHT LLP**<br>John J. Monaghan (admitted *pro hac vice*)<br>Jeremy M. Sternberg (admitted *pro hac vice*)<br>Lynne B. Xerras (*pro hac vice forthcoming*)<br>10 St. James Avenue<br>Boston, MA 02116<br>Telephone: 617-523-2700<br>Facsimile: 617-523-685<br>john.monaghan@hklaw.com<br>jeremy.sternberg@hkaw.com<br>lynne.xerras@hklaw.com<br><br>*Counsel to Customers Bank* |