**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------- x
                        :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **KABBAGE, INC. d/b/a KSERVICING,** *et al.*, | : | **Case No. 22-10951 (CTG)** |
| | : | |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

------------------------------------------------------------- x     Re: Docket Nos. 336 & 355

## DEBTORS' WITNESS LIST FOR JANUARY 6, 2023 HEARING

On December 7, 2022, Customers Bank ("**CB**") filed the *Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief* [Docket No. 336] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). On December 21, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed in response the *Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief* [Docket No. 355] (the "**Objection**"). The hearing on the Motion is scheduled for January 6, 2023 at 10:00 a.m. (ET) (the "**Hearing**") and the deadline for CB to file a reply in further support of its Motion ("**Reply**") is January 5, 2022 at

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

10:00 a.m. (ET).

The Debtors are filing this witness list (this "**Witness List**") in compliance with the

*Chambers Procedures for Judge Craig T. Goldblatt.* The Debtors hereby identify the following

individuals that they may call as witnesses:

1.      Tamica M. Williams, the Debtors' Corporate Controller — the scope of Ms. Williams testimony would be in support of the Objection;

2.      Alyssa White, Senior VP for Customers Bank — the scope of Ms. White's testimony would be in support of the Motion;

3.      Other witnesses, if any, that the Debtors deem necessary after reviewing CB's Reply;

4.      Any rebuttal and/or impeachment witnesses;

5.      Any witnesses designated by any other party; and

6.      Any witnesses necessary to establish the admissibility of any document.

The Debtors reserve their right to amend and/or supplement this Witness List at any

time prior to the Hearing.

*[Remainder of page intentionally left blank]*

2

Dated: January 5, 2023
Wilmington, Delaware

/s/ Matthew P. Milana

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Richard W. Slack (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
E-mail:       ray.schrock@weil.com
              candace.arthur@weil.com
              theodore.tsekerides@weil.com
              richard.slack@weil.com
              natasha.hwangpo@weil.com
              chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

3