**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
::
In re : Chapter 11
::
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
::
::
Debtors.[1] : **(Jointly Administered)**
------------------------------------------------------------ x Re: Docket Nos. 336 & 355

## DEBTORS' EXHIBIT LIST FOR JANUARY 6, 2023 HEARING

On December 7, 2022, Customers Bank ("**CB**") filed the *Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief* [Docket No. 336] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware. On December 21, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**"), filed in response the *Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief* [Docket No. 355] (the "**Objection**"). The hearing on the Motion is scheduled for January 6, 2023 at 10:00 a.m. (ET) (the "**Hearing**") and the deadline for CB to file a reply in further support of its Motion ("**Reply**") is January 5, 2022 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28430307v.1

The Debtors respectfully submit the attached *Exhibit List* to be considered at the Hearing. The Debtors reserve the right to introduce at the Hearing documents that are part of the record of the above-captioned chapter 11 cases, including pleadings and other documents filed on the docket, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment.

| **Exhibit No.** | **Document Description** |
|---|---|
| | **EXHIBIT LIST** |
| 1 | Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 355 – filed December 21, 2022] |
| 2 | SBA Form of Assignment, Effective October 5, 2022, (last accessed Dec. 17, 2022) |
| 3 | SBA Procedural Notice No. 5000-835955, dated October 5, 2022, available at (last accessed Dec. 17, 2022) |
| 4 | Exhibit A to the Declaration of Tamica M. Williams in Support of Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 357-1 – filed December 21, 2022] |
| 5 | Exhibit B to the Declaration of Tamica M. Williams in Support of Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 357-2 – filed December 21, 2022] |
| 6 | Customers Bank October 4-31, 2022 Remittances tied to Bank Statement (excel spreadsheet) |
| 7 | Customers Bank November 1-30, 2022 Remittances tied to Bank Statement (excel spreadsheet) |
| 8 | Kabbage PPP Payments CUBI, Synovus Statement of Account, October 2022 |
| 9 | Kabbage PPP Payments CUBI, Synovus Statement of Account, November 2022 |
| 10 | Settlement and Release Agreement, dated October 27, 2022 (including all exhibits thereto) [Docket No. 232-1 – filed November 9, 2022] |
| 11 | Amounts Due to SBA, November 4, 2022 (excel spreadsheet) |

RLF1 28430307v.1

Dated: January 5, 2023
      Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
      steele@rlf.com
      shapiro@rlf.com
      milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Richard W. Slack (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
      candace.arthur@weil.com
      theodore.tsekerides@weil.com
      richard.slack@weil.com
      natasha.hwangpo@weil.com
      chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*