# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On January 5, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 01/05/2023 | 408 | Reply of Customers Bank to the Debtors Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief (related document(s)336, 355) Filed by Customers Bank (Attachments: # 1 Certificate of Service) (Hazeltine, William) (Entered: 01/05/2023) |
| 01/05/2023 | 409 | Declaration of Alyssa White in Support of Customers Banks Reply to the Debtors Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief (related document(s)408) Filed by Customers Bank. (Attachments: # 1 Exhibits A and B # 2 Certificate of Service) (Hazeltine, William) (Entered: 01/05/2023) |

X _____
    Laurie Heggan

Dated: January 5, 2023
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 5th day of January 2023, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

2

# EXHIBIT A

| | |
|---|---|
| Biz2X LLC<br>Attn: Shweta Mohan<br>1 Penn Plz, Ste 4530<br>New York, NY 10119 | Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 French St<br>Wilmington, DE 19801 |
| Delaware Division of Revenue/Bankruptcy Service<br>Attn:  Bankruptcy Administrator<br>Carvel State Bldg<br>820 N French St, 8th Fl<br>Wilmington, DE 19801 | Delaware State Treasury<br>820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 |
| Department of Treasury - Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Federal Reserve Bank of San Francisco<br>Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105 |
| Google LLC<br>Attn: Kent Walker, Cody Bowlay<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | Microsoft<br>Attn: Hossein Nowhar<br>1 Microsoft Way<br>Redmond, WA 98052 |
| Secretary of State<br>Division Of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | Securities & Exchange Commission<br>100 F St NE<br>Washington, DC 20549 |
| Securities & Exchange Commission<br>New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | Slack Technologies, LLC<br>Attn: David Schellhase<br>500 Howard St<br>San Francisco, CA 94105 |
| Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416 | State of Delaware Attorney General<br>Office of the Attorney General<br>Attn: Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 |

| | |
|---|---|
| US Attorney for the District of Delaware<br>Attn: David C Weiss<br>Hercules Bldg<br>US Attorney's Office<br>1313 N Market St<br>Wilmington, DE 19801 | US Attorney General<br>Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 |
| Wilmington Savings Fund Society, FSB<br>As the Trustee of Small Business Loan Asset Trust<br>500 Delaware Ave, 11th Fl<br>Wilmington, DE 19801 | TKCG, Inc<br>Attn: Lisa Williams<br>981 Joseph Lowery Blvd NW, Ste 100<br>Atlanta, GA 30318 |
| Vital Outsourcing Services Inc<br>Attn: Ken Braddock<br>4775 Peachtree Industrial Blvd, Ste 310<br>Berkeley Lake, GA 30092 | American Express Kabbage Inc<br>Attn: Tara Rajani<br>730 Peachtree St NE, Ste 1100<br>Atlanta, GA 30308 |