**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                              :    Chapter 11
                                                   :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,          :    Case No. 22-10951 (CTG)
                                                   :
                                                   :
Debtors.[1]                                        :    (Jointly Administered)
------------------------------------------------------------ x

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED FOR JANUARY 6, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**THE HEARING WILL BE HELD IN-PERSON IN JUDGE GOLDBLATT'S COURTROOM.  ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM.**

**APPEARANCES AT IN-PERSON COURT PROCEEDINGS USING ZOOM ARE ALLOWED ONLY IN THE FOLLOWING CIRCUMSTANCES: (I) A PARTY WHO FILES A RESPONSIVE PLEADING INTENDS TO MAKE ONLY A LIMITED ARGUMENT; (II) A PARTY WHO HAS NOT SUBMITTED A PLEADING BUT IS INTERESTED IN OBSERVING THE HEARING; (III) A PARTY WHO HAS A GOOD FAITH HEALTH-RELATED REASON AND HAS OBTAINED PERMISSION FROM JUDGE GOLDBLATT'S CHAMBERS TO APPEAR REMOTELY, OR (IV) OTHER EXTENUATING CIRCUMSTANCES AS DETERMINED BY JUDGE GOLDBLATT.**

**IF YOU INTEND TO APPEAR VIA ZOOM, YOU ARE REQUIRED TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING ZOOM REGISTRATION LINK:**

https://debuscourts.zoomgov.com/meeting/register/vJItceqoqzIoHsKcu7PAh-E-2bbvzKQTync

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] **Amended items appear in bold.**

**I.    RESOLVED MATTERS:**

1. Motion of Customers Bank for Authorization to File Under Seal Exhibits A and C to the Declaration of Alyssa White in Support of the Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 338 – filed December 7, 2022]

    Objection/Response Deadline:    December 21, 2022 at 4:00 p.m. (ET); extended by agreement to December 28, 2022 for the Office of the United States Trustee (the "U.S. Trustee")

    Objections/Responses Received:

    A.    Informal comments received from the U.S. Trustee

    Related Documents:

    i.    Certification of Counsel Regarding Motion of Customers Bank for Authorization to File Under Seal Exhibits A and C to the Declaration of Alyssa White in Support of the Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 383 – filed December 28, 2022]

    ii.   Order Approving Motion of Customers Bank for Authorization to Seal Exhibits A and C to the Declaration of Alyssa White in Support of the Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 387 – entered December 29, 2022]

    Status: On December 29, 2022, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Exhibits to the Declarations in Support of Motion to Enforce [Docket No. 351 – filed December 9, 2022]

    Objection/Response Deadline:    December 23, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Related Documents:

    i.    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Exhibits to the Declarations in Support of Motion to Enforce [Docket No. 380 – filed December 27, 2022]

    ii.    Order Authorizing the Debtors to File Under Seal Certain Exhibits to the Declarations in Support of the Motion to Enforce [Docket No. 381 – entered December 28, 2022]

    Status: On December 28, 2022, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

3.    Motion of Customers Bank for Authorization to File Under Seal Exhibits 3, 3(a), 6, 8, and 9 to the Declaration of Alyssa White in Support of Opposition of Customers Bank to Debtor's Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank [Docket No. 359 – filed December 21, 2022]

    Objection/Response Deadline:    December 29, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Related Documents:

    i.    Certificate of No Objection Regarding the Motion of Customers Bank for Authorizing to File Under Seal Exhibits 3, 3(a), 6, 8, and 9 to the Declaration of Alyssa White in Support of Opposition of Customers Bank to Debtor's Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank [Docket No. 393 – filed December 30, 2022]

    ii.    Order Approving Motion of Customers Bank for Authorization to File Under Seal Exhibits 3, 3(a), 6, 8, and 9 to the Declaration of Alyssa White in Support of Opposition of Customers Bank to Debtor's Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank [Docket No. 402 – entered January 4, 2023]

    Status: On January 4, 2023, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

**II.    CONTINUED MATTER:**

4.    Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank [Docket No. 340 – filed December 7, 2022]

    Objection/Response Deadline:    December 21, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

    A.    Opposition of Customers Bank to Debtors' Motion for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank [Docket No. 356 – filed December 21, 2022]

      i.    [Sealed] Declaration of Alyssa White in Support of Opposition of Customers Bank to Debtors' Motion for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank [Docket No. 358 – filed December 21, 2022]

Related Documents:

i.    Order (I) Authorizing and Approving Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief [Docket No. 232 – entered November 9, 2022]

ii.    [Sealed] Declaration of Tamica M. Williams in Support of Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank [Docket No. 341 – filed December 7, 2022]

iii.    [Sealed] Declaration of Donna R. Evans in Support of Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank [Docket No. 342 – filed December 7, 2022]

iv.    Notice of Adjourned Hearing to Consider Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank [Docket No. 401 – filed January 3, 2023]

Status: The hearing on this matter has been adjourned to a date to be determined.

### III.  MATTER GOING FORWARD:

5.    Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 336 – filed December 7, 2022]

    Objection/Response Deadline:    December 21, 2022 at 4:00 p.m. (ET)

    Objections/Responses Received:

A.    Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 355 – filed December 21, 2022]

    i.    Declaration of Tamica M. Williams in Support of Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers

        Bank; and (III) Granting Related Relief [Docket No. 357 – filed December 21, 2022]

Related Documents:

i. Order (I) Authorizing and Approving Settlement Agreement Between KServicing and Customers Bank and (II) Granting Related Relief [Docket No. 232 – entered November 9, 2022]

ii. [Sealed] Declaration of Alyssa White in Support of Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 337 – filed December 7, 2022]

    a. Notice of Filing of Proposed Redacted Version of Exhibits A and C to the Declaration of Alyssa White in Support of Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 339 – filed December 7, 2022]

    b. Re-Notice of Filing of Proposed Redacted Version of Exhibits A and C to the Declaration of Alyssa White in Support of Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 382 – filed December 28, 2022]

iii. **Customers Bank's Reply to the Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 408 – filed January 5, 2023]**

    a. **Declaration of Alyssa White in Support of Reply of Customers Bank to Debtors' Objection to Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief [Docket No. 409 – filed January 5, 2023]**

Witness Information:

i. **Customers Bank's Witness List for January 6, 2023 Hearing [Docket No. 411 – filed January 5, 2023]**

    ii.    **Debtors' Witness List for January 6, 2023 Hearing [Docket No. 412 – filed January 5, 2023]**

Exhibit Information:

    i.    **Customers Bank's Exhibit List for January 6, 2023 Hearing [Docket No. 410 – filed January 5, 2023]**

    ii.    **Debtors' Exhibit List for January 6, 2023 Hearing [Docket No. 413 – filed January 5, 2023]**

Status:  **The parties have resolved this matter and intend to submit a stipulation and agreed form of order under certification of counsel. As a result, the parties have requested permission from the Court to cancel the hearing.**

Dated: January 6, 2023
      Wilmington, Delaware

/s/ Amanda R. Steele
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
       candace.arthur@weil.com
       natasha.hwangpo@weil.com
       chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*