## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------------- x

| | |
|---|---|
| In re | : |
| | : |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | : |
| | : |
| Debtors. | : |
| | : |
| | : |

**Chapter 11**

**Case No. 22-10951 (CTG)**

**(Jointly Administered)**

-------------------------------------------------------------- x

### MOTION OF CONTINUANCE

The Juneau Group, LLC, hereby respectfully request for Continuance of the motion at Docket No. [345] to the February 27, 2023, at 10 a.m. hearing date. The Juneau Group, LLC cites court local rule book Part III – Rule 3007 -, (h): "Responses and Replies to Objection. (i) Response Deadline. Any response deadline to an objection shall be due no later than seven (7) days before the hearing date." There has been no objection to Docket No. [345]. However, the time between the objection deadline: January 12th and January 19th omnibus hearing is exactly 7 days. Local rules stipulate a response to an objection must occur 7 days prior to the hearing. The court is not allowing ample time for response. As a precaution, The Juneau Group, LLC kindly request this accommodation.

Jacob Juneau

1/6/2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 3030