## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2023, I electronically filed the foregoing *Certification of Counsel Submitting Proposed Order Approving Stipulation* with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                         */s/ Alastair M. Gesmundo*
                                                         ALASTAIR M. GESMUNDO
                                                         Commercial Litigation Branch
                                                         Civil Division
                                                         United States Department of Justice