**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2023, I electronically filed the foregoing Certification of Counsel Submitting Proposed Order Approving Stipulation with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Robert J. Dehney*
ROBERT J. DEHNEY (No. 3578)