IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| **KABBAGE, INC. d/b/a KSERVICING,** *et al.*, | ) Case No. 22-10951 (CTG) |
| | ) |
| | ) **(Jointly Administered)** |
| Debtors.[1] | ) |
| | ) Re: Docket Nos. 336, 355, 357 |

**ORDER APPROVING STIPULATED ORDER REGARDING
MOTION OF CUSTOMERS BANK FOR ENTRY OF AN ORDER (I) COMPELLING
COMPLIANCE WITH COURT APPROVED SETTLEMENT AGREEMENT AND
ORDER; (II) REQUIRING ADDITIONAL ADEQUATE PROTECTION IN FAVOR
OF CUSTOMERS BANK; AND (III) GRANTING RELATED RELIEF**

Upon consideration of the *Stipulated Order Regarding Motion of Customers Bank for Entry of an Order (I) Compelling Compliance with Court Approved Settlement Agreement and Order; (II) Requiring Additional Adequate Protection in Favor of Customers Bank; and (III) Granting Related Relief*, a copy of which is attached hereto as **Exhibit 1** (the "Stipulated Order"); and the Court having determined that good and adequate cause exists for approval of the Stipulated Order; it is hereby **ORDERED** that:

1. The Stipulated Order is approved in all respects and the terms of it shall be deemed incorporated into this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28444942v.1

2

2.      The Debtors and Customers Bank shall take all actions necessary to effectuate the relief granted in this Order.

**Dated: January 10th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**