**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>**KABBAGE, INC. d/b/a KSERVICING**, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION**
**TO EXTEND THE UNITED STATES' DEADLINE**
**TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Upon consideration of the *Stipulation to Extend the United States' Deadline to File a Complaint to Determine Dischargeability of Debt* (the "**Stipulation**")[2] by and between the above-captioned debtors (collectively, the "**Debtors**") and the United States of America (the "**United States**" and together with the Debtors, the "**Parties**"), through their respective counsel, a copy of which is attached hereto as **Exhibit 1** and related certification of counsel; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Stipulation is approved.

2. The deadline for the United States to file a complaint to determine dischargeability under 11 U.S.C. § 523(c) shall be extended from January 9, 2023, to May 9,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937) (the "Company"); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2023, or such later date as may be ordered by the Court, without prejudice to the United States'

right to seek further extension of the Nondischargeability Deadline, and without prejudice to the

Debtors' rights, objections, or defenses related thereto.

       3.     The Parties are authorized to take any and all actions reasonably necessary

to effectuate the terms of the Stipulation.

       4.     This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation or interpretation of this Order.

       5.     Notwithstanding any Federal Rule of Bankruptcy Procedure or Local Rule

of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware that might otherwise delay the effectiveness of this Order, the terms and conditions of

this Order shall be immediately effective and enforceable upon its entry.

**Dated: January 10th, 2023**　　　　　　　　　**CRAIG T. GOLDBLATT**
**Wilmington, Delaware**　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**

2