# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**KABBAGE, INC. d/b/a/ KSERVICING,** *et al.*,<br><br>Debtors. [1] | **Chapter 11**<br><br>**Case No. 22-10951-CTG**<br><br>**(Jointly Administered)**<br><br>RE: D.I. No. 431 |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 11, 2023, I caused the United States Trustee's Objection to Motion of Debtors for Entry of Order (I) Approving the Disclosure Statement of the Debtors, (II) Establishing Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approving Special Electronic Noticing Procedures, (VI) Approving Debtors' Proposed Cure Procedures for Unexpired Leases and Executory Contracts, and (VII) Granting Related Relief to be served *via* email upon the parties listed below and through the CM/ECF notification system to all duly registered parties thereto.

Daniel J. DeFranceschi
Matthew P. Milana
Zachary I Shapiro
Amanda R. Steele
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Email: defranceschi@rlf.com
Email: milana@rlf.com
Email: shapiro@rlf.com
Email: steele@rlf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Ray C. Schrock
Candace M. Arthur
Natasha S. Hwangpo
Chase A. Bentley
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Email: ray.schrock@weil.com
Email: candace.arthur@weil.com
Email: natasha.hwangpo@weil.com
Email: chase.bentley@weil.com

Anthony W. Clark
Dennis A. Meloro
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Email: Anthony.Clark@gtlaw.com
Email: melorod@gtlaw.com

David B. Kurzweil
Matthew A. Petrie
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Email: kurzweild@gtlaw.com
Email: petriem@gtlaw.com

Scott D. Cousins, Esq.
Scott D. Jones, Esq.
Cousins Law LLC
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, DE 19801
Phone: (302) 824-7081
Email: scott.cousins@cousins-law.com
Email: scott.jones@cousins-law.com

William A. Hazeltine, Esq.
Sullivan · Hazeltine · Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
Email: Bankruptcy001@sha-llc.com

John J. Monaghan, Esq.
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Email: john.monaghan@hklaw.com

Lisa M. Schweitzer, Esq.
Kristin Corbett, Esq.
Richard C. Minott, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: lschweitzer@cgsh.com
kcorbett@cgsh.com
rminott@cgsh.com

Pauline K. Morgan Esq.
Sean T. Greecher, Esq.
Ryan M. Bartley, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
CM/ECF Noticing: bankfilings@ycst.com
Email: pmorgan@ycst.com
Email: sgreecher@ycst.com
Email: rbartley@ycst.com

Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Email: susheelkirpalani@quinnemanuel.com

Matthew R. Scheck, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th St, Suite 2010
Austin, TX 78701
Email: matthewscheck@quinnemanuel.com

Gregory W. Werkheiser, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
1313 N. Market St., Suite 1201
Wilmington, DE 19801
Email: gwerkheiser@beneschlaw.com

Derek C. Abbott

Jonathan M. Weyand
Morris, Nichol, Arsht & Tunnel
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Email: dabbott@morrisnichols.com
Email: jweyand@morrisnichols.com

James L. Bromley
Sullivan & Cromwell
125 Broad Street
New York, NY 10004-2498
Email: bromleyj@sullcrom.com

GOVERNMENTAL ENTITIES

Alastair M. Gesmundo
U.S. Department of Justice Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Email: Alastair.M.Gesmundo@usdoj.gov

U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section
Attn.: Sarah Loucks, Esq.
Attn.: Alastair M. Gesmundo
1100 L Street, N.W., Room 7206
Washington, D.C. 20005
Email: Alastair.M.Gesmundo@usdoj.gov
Email: Sarah.E.Loucks@usdoj.gov

U.S. Attorney's Office for the District of Massachusetts
Attn.: Brian LaMacchia, AUSA
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Email: blamacchia@usdoj.gov

U.S. Attorney's Office for the Eastern District of Texas - Civil Division
Attn.: Betty Young, Esq.
550 Fannin, Suite 1250
Beaumont, Texas 77701
Email: byoung@usdoj.gov

Federal Trade Commission
Attn.: Marguerite Moeller
Attn.: Alan Bakowski
600 Pennsylvania Avenue NW

Washington, District of Columbia 20580
Email: mmoeller@ftc.gov
Email: abakowski@ftc.gov

Small Business Bureau
Attn.: Susan Streich
Attn.: Eric Benderson
409 3rd Street SW, Suite 7211
Washington, District of Columbia 20416
Email: susan.streich@sba.gov
Email: eric.benderson@sba.gov

*/s/Richard L. Schepacarter*
Richard L. Schepacarter
Trial Attorney