**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2023, I electronically filed the foregoing *United States' Reservation of Rights and Limited Objection to Debtors' Motion for Entry of Order Approving the Disclosure Statement of the Debtors and to the Adequacy of Debtors' Amended Disclosure Statement for the Amended Joint Chapter 11 Plan of Liquidation* with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/Alastair M. Gesmundo*
ALASTAIR M. GESMUNDO
Commercial Litigation Branch
Civil Division
United States Department of Justice