IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| KABBAGE INC., d/b/a KSERVICING, *et al.*,[1] | ) Case No. 22-10951 (CTG) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that CoreCard Software, Inc. ("CoreCard"), by and through its counsel, McCarter & English, LLP and Baker Donelson, enters appearance in the above-captioned, jointly administered cases and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the address, telephone, facsimile number and e-mail addresses indicated below:

MCCARTER & ENGLISH, LLP
Kate R. Buck, Esq.
405 N. King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
Email: kbuck@mccarter.com

BAKER DONELSON
Kathleen G. Furr (to be admitted *Pro Hac Vice*)
3414 Peachtree Rd., N.E.
Suite 1500
Atlanta, Ga 30326
Telephone: (404) 221-6533
Email: kfurr@bakerdonelson.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

ME1 43897333v.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which CoreCard is or may be entitled.

Date: January 11, 2023
Wilmington, DE

**McCARTER & ENGLISH LLP**

*/s/ Kate R. Buck*
Kate R. Buck. (No. 5140)
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
Email: kbuck@mccarter.com

**BAKER DONELSON**

Kathleen G. Furr (to be admitted *Pro Hac Vice*)
3414 Peachtree Rd., N.E., Suite 1500
Atlanta, Ga 30326
Telephone: (404) 221-6533
Email: kfurr@bakerdonelson.com

*Counsel for CoreCard Software, Inc.*