# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| KABBAGE INC., d/b/a KSERVICING, *et al.*,[1] | ) Case No. 22-10951 (CTG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Kathleen G. Furr, Esq. of Baker Donelson to represent CoreCard Software, Inc. in the above-captioned Chapter 11 proceedings.

Dated: January 11, 2023
Wilmington, Delaware

**MCCARTER & ENGLISH, LLP**

*/s/ Kate R. Buck*
Kate R. Buck  (#5140)
Renaissance Center
405 N. King St., 8th Fl.
Wilmington, DE 19801
Telephone: (302) 984-6323
Email: kbuck@mccarter.com

*Counsel to CoreCard Software, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and to submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

> */s/ Kathleen G. Furr*
> Kathleen G. Furr
> BAKER DONELSON
> 3414 Peachtree Rd., N.E.
> Suite 1500
> Atlanta, GA 30326
> Tel.: 404-221-6533
> Email: kfurr@bakerdonelson.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.