


# CERTIFICATE OF SERVICE

I, Gregory W. Werkheiser, hereby certify that on January 12, 2023, the *Cross River Bank's Objection to Motion of Debtors for Entry of Order (I) Approving the Disclosure Statement of the Debtors, (II) Establishing Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approving Special Electronic Noticing Procedures, (VI) Approving Debtors' Proposed Cure Procedures for Unexpired Leases and Executory Contracts, and (VII) Granting Related Relief* was served via CM/ECF on all parties registered to receive notices in this case and on the parties listed below in the manner indicated:

**VIA EMAIL**

Ray C. Schrock, Esq.
Candace M. Arthur, Esq.
Natasha Hwangpo, Esq.
Chase Bentley, Esq.
WEIL, GOTSHAL & MANGES LLP
Email:  ray.schrock@weil.com
            candace.arthur@weil.com
            natasha.hwangpo@weil.com
            chase.bentley@weil.com

Richard Schepacarter, Esq.
Rosa Sierra-Fox, Esq.
Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Email:  richard.schepacarter@usdoj.gov
            rosa.sierra-fox@usdoj.gov

Daniel J DeFranceschi, Esq.
Amanda R. Steele, Esq.
Zachary I. Shapiro, Esq.
RICHARDS, LAYTON & FINGER, P.A.
Email:  defranceschi@rlf.com
            steele@rlf.com
            shapiro@rlf.com

*Proposed Counsel to Debtors*

20723619

**VIA FEDEX OVERNIGHT**

Holly Loiseau, General Counsel
Kabbage, Inc. d/b/a KServicing,
925B Peachtree Street NE, Suite 383
Atlanta, GA 30309

                                             */s/ Gregory W. Werkheiser*
                                             Gregory W. Werkheiser (No. 3553)