**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | : | Case No. 22-10951 (CTG) |
| Debtors.[1] | : | (Jointly Administered) |

---

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND CROSS RIVER BANK**

The undersigned hereby certifies as follows:

1. On November 29, 2022, the United States Bankruptcy Court for the District of Delaware (the "**Court**") held a status conference (the "**Status Conference**") in the above-captioned cases.

2. At the Status Conference, Cross River Bank ("**Cross River**") made statements regarding the Debtors' management of, among other things, the Synovus CRB Servicing Account.[2] Cross River and the above-captioned debtors and debtors in possession (collectively, the "**Debtors**" and collectively with CRB, the "**Parties**") subsequently engaged in discussions to resolve Cross River's issues and other related matters, and the Parties have entered

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term in the Stipulation (as defined herein).

RLF1 28475287v.1

into the *Stipulation Between the Debtors and Cross River Bank* (the "**Stipulation**") reflecting such resolution.

3.  A proposed form of order approving the Stipulation is attached hereto as **Exhibit A** (the "**Proposed Order**").  A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.  The Proposed Order and Stipulation have been circulated to the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), and the U.S. Trustee does not object to the Stipulation and entry of the Proposed Order.

[*Remainder of page intentionally left blank*]

WHEREFORE, on behalf of the Parties, the Debtors respectfully request that the Proposed Order be entered at the earliest convenience of the Court.

Dated: January 12, 2023
      Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:      ray.schrock@weil.com
        candace.arthur@weil.com
        natasha.hwangpo@weil.com
        chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*