IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
In re : Chapter 11
 :
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
 :
 : (Jointly Administered)
Debtors.[1] :
 :
 : Re: Docket No. 196
 :
---------------------------------------------------------------X

### FIRST NOTICE OF SUPPLEMENT TO THE
### LIST OF ORDINARY COURSE PROFESSIONALS

**PLEASE TAKE NOTICE** that on October 17, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Authority to Employ Professionals Used in Ordinary Course of Business* [Docket No. 110] (the "**OCP Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on November 2, 2022, the Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business* [Docket No. 196] (the "**OCP Order**"),[2] granting the relief requested in the OCP Motion and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Motion or the OCP Order, as applicable.

authorizing the Debtors to retain and pay, among other professionals, the Tier 1 Ordinary Course Professionals pursuant to the OCP Procedures.

**PLEASE TAKE FURTHER NOTICE** that, attached to the OCP Order as Exhibit 1 was a non-exclusive list of the Debtors' Tier 1 Ordinary Course Professionals (the "**OCP List**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2.f of the OCP Order, the Debtors are authorized to supplement the OCP List as necessary to add a Tier 1 Ordinary Course Professional by (i) including each additional Tier 1 Ordinary Course Professional on a supplement to the OCP List providing the name, address, and description of services provided by the additional Tier 1 Ordinary Course Professional (the "**Tier 1 Additional OCP**") and (ii) having such Tier 1 Additional OCP comply with the OCP Procedures.

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the following Tier 1 Additional OCP has been added to the OCP List:

| Professional | Address | Services Provided |
|---|---|---|
| Jamila Hall Law LLC | 285 West Wieuca Road NE, Suite 5573<br>Atlanta, GA 30342 | Litigation counsel in connection with the civil False Claims Act investigations by the Department of Justice in the Districts of Massachusetts and Eastern District of Texas |

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors, on behalf of the above-listed Tier 1 Additional OCP, have filed the Tier 1 Additional OCP's OCP Declaration, which will be served on the Reviewing Parties in accordance with paragraph 2.c of the OCP Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the OCP Order, if no objections to the retention of the above-listed Tier 1 Additional OCP are filed with the Court, and no written notice of objection is provided to the Debtors' counsel within fourteen (14) days after the service

of the OCP Declaration, the employment, retention, and compensation of the above-listed Tier 1 Additional OCP as a Tier 1 Ordinary Course Professional shall be authorized without further order of the Court.

Dated: January 13, 2023
Wilmington, Delaware

/s/ Matthew P. Milana
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

*Attorneys for the Debtors and Debtors-in-Possession*