**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING *et al.*, | : | Case No. 22-10951 (CTG) |
| Debtors.[1] | : | (Jointly Administered) |
| | : | Obj. Deadline: January 27, 2023 at 4:00 p.m. (ET) |

**DECLARATION AND DISCLOSURE STATEMENT OF JAMILA M. HALL, ON BEHALF OF JAMILA HALL LAW LLC**

I, Jamila M. Hall, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information, and belief:

1. I am a **Founding Partner** of **Jamila Hall Law LLC** located at **285 West Wieuca Road NE, Suite 5573, Atlanta, GA 30342** (the "**Firm**").

2. This declaration (the "**Declaration**") is submitted in accordance with the *Order Pursuant to 11 U.S.C. §§ 105(a), 327, and 330 Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business* [Docket No. 196] (the "**OCP Order**"). Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

3. Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors in the form of advice and representation in connection with the civil False Claims Act investigations initiated by the Department of Justice in the Districts of Massachusetts and Eastern District of Texas, and the Firm has consented to provide such services. Jamila M. Hall, the only professional who is employed by the Firm assigned to this matter, had previously worked on these matters as an employee of Jones Day, a retained professional in the above-captioned chapter 11 cases. The Firm is a legal services firm assisting Jones Day in its representation of the Debtors.

4. The Firm **HAS NOT** provided services to the Debtors prior to Petition Date.

5. The Firm will bill Debtors on an hourly basis at the rate of $1075.00 per hour for services rendered by attorney Jamila M. Hall. There are no other professionals employed by the Firm assigned to this matter.

6. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons who are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, its attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained, except as set forth herein.

7.	Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

8.	Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, with respect to the matters on which the Firm is to be retained.

9.	The Debtors owe the Firm $0 for prepetition services, the payment of which is subject to the limitations contained in the Bankruptcy Code. The Firm has agreed to waive all unpaid amounts for prepetition services.

10.	For purposes of making the disclosures herein, the Firm searched the list of parties in interest attached hereto as **Exhibit A** in its conflict check system.

11.	As of the Petition Date, the Firm **WAS NOT** party to an agreement for indemnification with the Debtors.

12.	The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 13, 2023

By: */s/ Jamila M. Hall*

Founding Partner
Jamila Hall Law LLC