## EXHIBIT A

### List of Parties in Interest

## Kabbage, Inc. d/b/a KServicing – OCP PII List

### 1. Debtors

(1) Kabbage, Inc.
(2) Kabbage Asset Securitization LLC
(3) Kabbage Asset Funding 2017-A LLC
(4) Kabbage Asset Funding 2019-A LLC
(5) Kabbage Canada Holdings, LLC
(6) Kabbage Diameter, LLC

### 2. Non-Debtor Affiliates and Subsidiaries

(1) Kabbage Financial Services Limited (UK entity)
(2) Kabbage India Private Limited (India entity)

### 3. Debtors' Trade Names and Aliases

(1) d/b/a KServicing
(2) d/b/a KServicing Corp.
(3) d/b/a KServicing, Inc.

### 4. Current Officers and Directors

*Officers*

(1) David Walker
(2) Donna Evans
(3) Salim Kafiti
(4) Holly Loiseau
(5) Ian Cox
(6) Laquisha Milner

*Directors*

(1) Eric Hartz (d/b/a Corporate Hartz, LLC)
(2) Laquisha Milner
(3) Lawrence X. Taylor
(4) Robin Gregg

*Independent Manager*

(1) John Hebert

### 5. Former Officers and Directors (if available) (3 years)

(1) Daniel Scott Eidson
(2) Jon Hoffman
(3) Julia McCullough
(4) Kathryn Petralia
(5) Kimberly Withrow
(6) L. Scott Askins
(7) Marc Gorlin
(8) Oneal Bhambani
(9) Robert Frohwein
(10) Spencer Robinson
(11) Troy Deus

### 6. Debtors Professionals

(1) AlixPartners, LLP
(2) Greenberg Traurig, LLP
(3) Jones Day
(4) Omni Agent Solutions
(5) Richards, Layton & Finger, P.A.
(6) Weil, Gotshal & Manges LLP

### 7. Adverse Parties

(1) United States Department of Justice