# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| **KABBAGE, INC. d/b/a KSERVICING, et al.,** | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered)<br>**Re: Docket No. 438** |

## ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND CROSS RIVER BANK

Upon consideration of the *Stipulation Between the Debtors and Cross River Bank* (the "Stipulation");[2] and the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157; and consideration of the Stipulation and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Stipulation having been provided, and no other or further notice being required; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Stipulation is APPROVED, as set forth herein.

2. The Debtors and Cross River are authorized to take any and all actions necessary to effectuate the Stipulation.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the interpretation and/or implementation of this Order and/or the Stipulation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937) ("Kabbage"); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A) (collectively, the "Debtors").

[2] Capitalized terms used but not otherwise defined herein shall be given the meanings ascribed to such terms in the Stipulation.

4. This Order is effective immediately upon its entry.

**Dated: January 17th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**