# Exhibit 1

## Bank Accounts

| Bank Name | Defined Term in Motion | Account Name as Reflected on Bank Statements | Last 4 Digits of Account # |
|---|---|---|---|
| Synovus | Main Operating Account | Kabbage Operating | 5201 |
| Primis | Primis Account[4] | N/A | 8279 |
| Synovus | Legacy Lending ACH Account | Legacy Lending ACH Pymts | 5243 |
| Synovus | Debit Rails Account | Legacy Lending Debit Rails Pymt | 5219 |
| Synovus | Agency Payments Account | Legacy Lending Agency Pymts | 5235 |
| Synovus | Other Customer Payments Account | Legacy Lending Other Customer | 5227 |
| Celtic | Celtic Bank Escrow Account | N/A | 0842 |
| Synovus | Synovus Servicing Account | PPP Servicing PPPLF | 5276 |
| Synovus | Synovus CUBI Servicing Account | PPP Servicing FBO Customers | 5250 |
| Synovus | Synovus CRB Servicing Account | PPP Servicing FBO CRB | 5268 |
| Synovus | Kabbage Bridge Funding | Professional Fee Carve Out | 5987 |
| Synovus | CUBI Loan Disbursement | CUBI Funding | 5946 |
| Synovus | Kabbage Loan Disbursement | Kabbage Direct Funding | 5953 |
| Synovus | SBA Fees | Spare B | 5458 |
| Synovus | Utility Deposit Escrow Account | Utility Deposit Segregated Account | 5441 |

---

[4] This Bank Account was closed on October 25, 2022 and is listed herein for purposes of completeness.