UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 22-10951 (CTG)
KABBAGE, INC. d/b/a KSERVICING, *et al.*, :
: (Jointly Administered)
Debtors. :
:
:
---------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY APPLICATION OF THE JUNEAU GROUP, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES. PERIOD NOVEMBER 23RD THROUGH DECEMBER 31ST (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, he has received no objection (deadline 1/12/2023) with respect to the first monthly fee application for compensation and reimbursement of administrative expenses submitted as a 503(b)(9) under docket no. 345.

Jacob Juneau
Signature:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 3030