**EXHIBIT B**

**Corporate Structure Chart**

# Kabbage, Inc. d/b/a KServicing Organizational Structure





Debtor
Non-Debtor

All ownership is 100% unless otherwise noted.
* Kabbage, Inc. d/b/a KServicing, KServicing, Inc., KService Corp., and Kabbage Platform (Kabbage Platform used solely in the state of New York).