# SIGN-IN SHEET

**CASE NUMBER:** 22-10951    **CASE NAME:** Kabbage, Inc.    **DATE:** 1/19/2023 (10:00 AM)

**JUDGE:** CTG    **COURTROOM:** 7

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ALASTAIR GESMUNDO | U.S. Dept. of Justice | United States |
| Candice Arthur | Weil | Debtors |
| Natasha Hwangpo | Weil | Debtors |
| Zach Shapiro | Richards, Layton + Finger | Debtors |
| Amanda Steele | Richards, Layton & Finger | Debtors |
| Matthew Scheck | Quinn Emanuel | Cross River Bank |
| Corey Weinsheimer | Quinn Emanuel | " " " |
| Rosa Sierra-Fox | USTP | U.S. Trustee |
| Bill Sullivan | Sullivan Hazeltine Allinson | Customers Bank |
| Bill Hazeltine | " | " |
| Sean Greecher | Young Conaway | Federal Reserve Bank |
| Lisa Schweitzer | Cleary Gottlieb | |
| Alexandra Lotty | " " ? | |

Kabbage, Inc. Case No. 22-10951
January 19, 2023 @ 10:00 AM

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Kyle | Mason | Debtors | |
| Daniel | DeFranceschi | Kabbage, Inc. | RLF |
| Ray | Schrock | Kabbage, Inc. | Weil, Gotshal & Manges LLP |
| Dolan | Bortner | American Express | Sullivan & Cromwell |
| James | Bromley | American Express | Sullivan & Cromwell |
| David | Wender | Synovus | |
| John | Monaghan | Customers Bank | Holland & Knight LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| James | Bailey | Vaco and Morgan Franklin | Bradley |
| Christine | Nell | U.S. Small Business Administration | |
| Eric | Benderson | U.S. Small Business Administration | |
| Meredith | Mitnick | Various interested parties | Goodwin Procter LLP |
| Stacy | Dasaro | Various interested parties | Goodwin Procter LLP |
| Stanton | McManus | United States | |
| Alastair | Gesmundo | United States of America | U.S. Department of Justice |
| Cathy | Ta | Reorg | |
| David | Kurzweil | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| Matthew | Petrie | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| Jonathan | Weyand | American Express | Morris, Nichols, Arsht, & Tunnell |
| Derek | Abbott | American Express | Morris, Nichols, Arsht & Tunnell |
| Richard | Minott | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Richard | Schepacarter | Andrew R. Vara, US Trustee | USDOJ-OUST |
| Scott | Flaherty | Debtwire/Press outlet | |