# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re                                                                       :        Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING, *et al.*,    :        Case No. 22-10951 (CTG)
:
Debtors.[1]                                                       :        (Jointly Administered)
:
---------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 cases.

WHEREFORE, the above-captioned debtors and debtors in possession request that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28512450v.1

Dated: January 24, 2023
      Wilmington, Delaware

                                        */s/ Matthew P. Milana*
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        Daniel J. DeFranceschi, Esq. (No. 2732)
                                        Amanda R. Steele, Esq. (No. 5530)
                                        Zachary I. Shapiro, Esq. (No. 5103)
                                        Matthew P. Milana, Esq. (No. 6681)
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 651-7700
                                        E-mail: defranceschi@rlf.com
                                                     steele@rlf.com
                                                     shapiro@rlf.com
                                                     milana@rlf.com

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Ray C. Schrock (admitted *pro hac vice*)
                                        Candace M. Arthur, Esq. (admitted *pro hac vice*)
                                        Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
                                        Chase A. Bentley, Esq. (admitted *pro hac vice*)
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:   (212) 310-8000
                                        E-mail:       ray.schrock@weil.com
                                                              candace.arthur@weil.com
                                                              natasha.hwangpo@weil.com
                                                              chase.bentley@weil.com

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
**In re** : Chapter 11
:
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*, : Case No. 22-10951 (CTG)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| March 22, 2023 at 10:00 a.m. (ET) *(Interim Fee Application Hearing)* | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 3rd Floor, Courtroom 7<br>Wilmington, Delaware 19801 |

RLF1 28512450v.1