# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re                                              :    Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING, *et al.*,   :    Case No. 22-10951 (CTG)
:
Debtors.                                 :    (Jointly Administered)
:
:    Re: Docket No. 484
---------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| Date & Time | Location |
|---|---|
| March 22, 2023 at 10:00 a.m. (ET) *(Interim Fee Application Hearing)* | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 3rd Floor, Courtroom 7<br>Wilmington, Delaware 19801 |

**Dated: January 24th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 28512450v.1