**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
KABBAGE, INC. d/b/a KSERVICING, et al.,                      :    Case No. 22-10951 (CTG)
                                                             :
                                                             :
                                                             :
              Debtors.¹                                      :    (Jointly Administered)
                                                             :    Obj. Deadline: Feb. 13, 2023 at 4:00 p.m. (ET)
                                                             :
------------------------------------------------------------ x
```

**NOTICE OF FILING OF DEBTORS' FIRST**
**QUARTERLY STATEMENT REGARDING PAYMENTS MADE**
**TO ORDINARY COURSE PROFESSIONALS FOR SERVICES RENDERED**
**DURING THE PERIOD OCTOBER 3, 2022 THROUGH DECEMBER 31, 2022**

**PLEASE TAKE NOTICE** that on October 17, 2022, the above-captioned debtors in possession (collectively, the "**Debtors**") filed the *Motion of Debtors for Authority to Employ Professionals Used in Ordinary Course of Business* [Docket No. 110] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). Pursuant to the Motion, the Debtors sought entry of an order authorizing the Debtors to retain and compensate certain professionals utilized in the ordinary course of the Debtors' business (the "**Ordinary Course Professionals**").

**PLEASE TAKE FURTHER NOTICE** that on November 2, 2022, the Bankruptcy Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business* [Docket No. 196] (the "**Order**") granting the relief requested in the

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Motion.  Pursuant to the Order, the Debtors are authorized, but not required, to retain and pay certain Ordinary Course Professionals.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(j) of the Order, the Debtors hereby submit the report attached hereto as **<u>Exhibit A</u>** (the "**First Quarterly Statement**") which contains the following information:  (i) the name of each Ordinary Course Professional; (ii) the amounts invoiced and paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the period of October 3, 2022 through and including December 31, 2022 (the "**Quarter**") by month; (iii) the aggregate amount of postpetition payments made to each Ordinary Course Professional through the end of the Quarter; and (iv) a general description of the services rendered by each Ordinary Course Professional.  The Debtors will serve a copy of this Notice, including the First Quarterly Statement, on the Reviewing Parties (as defined in the Order).

      **PLEASE TAKE FURTHER NOTICE** that the Debtors may pay for services rendered and expenses incurred by any Ordinary Course Professional during the Quarter at a later date, and any such payments will be disclosed in future reports.

Dated: January 30, 2023
       Wilmington, Delaware

/s/ Matthew P. Milana

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
E-mail:       ray.schrock@weil.com
              candace.arthur@weil.com
              natasha.hwangpo@weil.com
              chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*

RLF1 28538629V.1