## Exhibit A

**First Quarterly Statement**

| Ordinary Course Professional | October 2022 | November 2022 | December 2022 | Total for Quarter Ending December 2022 | Total Postpetition Payments through December 2022 | Services Rendered |
|---|---|---|---|---|---|---|
| Alston & Bird LLP | $0 | $0 | $0 | $0 | $0 | Litigation counsel—responding to civil subpoenas |
| Dentons US LLP | $0 | $0 | $61,916.00 | $61,916.00 | $61,916.00 | Litigation counsel representing the Debtors in lawsuits, including a putative class action |
| Jamila Hall Law LLC | $0 | $0 | $0 | $0 | $0 | Counsel representing the Debtors in connection with the civil False Claims Act investigations initiated by the Department of Justice in the Districts of Massachusetts and the Eastern District of Texas |
| McGuireWoods LLP | $0 | $0 | $0 | $0 | $0 | Counsel representing the Debtors in regulatory matters, including advice on matters related to the Small Business Administration |
| Thomas E. Austin, Jr. LLC | $0 | $0 | $0 | $0 | $0 | Litigation counsel representing the Debtors in borrower bankruptcies |
| Windham Brannon, LLC | $0 | $0 | $0 | $0 | $0 | Legacy tax and accounting advisors advising on 2021 tax returns |