**Exhibit A**

**Detailed Description of Services**

**GT GreenbergTraurig**

|  |  |  |
|---|---|---|
| Invoice No. | : | 1000206728 |
| File No. | : | 210757.010100 |
| Bill Date | : | January 27, 2023 |

Kabbage, Inc.
925B Peachtree Street, NE
Suite 383
FULTON-GA
Tax ID / EIN: 36-4973937
Atlanta, GA  30309

# INVOICE

Re:    Representing Board of Directors

<u>Legal Services through December 31, 2022</u>:

| | | |
|---|---|---:|
| Employment and Fee Applications: | $ | 2,714.00 |
| Board Governance: | $ | 55,422.50 |
| Plan and Disclosure Statement: | $ | 41,689.50 |
| Total Fees: | $ | 99,826.00 |
| **Current Invoice**: | **$** | **99,826.00** |
| Previous Balance (see attached statement): | $ | 24,654.10 |
| **Total Amount Due:** | **$** | **124,480.10** |

DVK:SC
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

**GT GreenbergTraurig**

Invoice No. : 1000206728
File No.    : 210757.010100

Note: Payment is Due 30 Days from Date of Invoice

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:       WELLS FARGO BANK
ABA #:      121000248

**For ACH Instructions:**
Bank:       WELLS FARGO BANK
ABA#        063107513

CREDIT TO:      GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:      2000014648663

**PLEASE REFERENCE:**
 **CLIENT NAME:**   KSERVICING
 **FILE NUMBER:**   210757.010100
 **INVOICE NUMBER:**    1000206728*
 **BILLING PROFESSIONAL:**  David B. Kurzweil

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

DVK:SC
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

**GT GreenbergTraurig**

Invoice No. :   1000206728
File No.    :   210757.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---|---|---|---|
| 11/07/22 | 1000134782 | 16,920.80 | 0.00 | 0.00 | 16,920.80 |
| 12/29/22 | 1000183408 | 7,733.30 | 0.00 | 0.00 | 7,733.30 |
|  | Totals: | $ 24,654.10 | $ 0.00 | $ 0.00 | $ 24,654.10 |

DVK:SC
Tax ID:  13-3613083

| | | Page 1 |
|---|---|---|
| Invoice No.: | 1000206728 | |
| Matter No.: | 210757.010100 | |

Description of Professional Services Rendered:

TASK CODE:    KS003    EMPLOYMENT AND FEE APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/02/22 | Sandy Bratton | Confer with D. Kurzweil and M. Petrie regarding fee applications filed for numerous professionals | 0.20 | 87.00 |
| 12/02/22 | Matthew A. Petrie | Attention to filing of first monthly fee application | 0.30 | 261.00 |
| 12/22/22 | Sandy Bratton | Emails with Weil and M. Petrie regarding status of pending fee applications | 0.20 | 87.00 |
| 12/27/22 | Sandy Bratton | Work on second monthly fee application for Greenberg Traurig; confer with M. Petrie regarding same | 0.60 | 261.00 |
| 12/27/22 | David B. Kurzweil | Work on monthly fee application | 0.30 | 462.00 |
| 12/27/22 | Matthew A. Petrie | Prepare and revise November fee application | 0.70 | 609.00 |
| 12/28/22 | Sandy Bratton | Work on second monthly fee application for Greenberg Traurig; confer with M. Petrie regarding same | 0.30 | 130.50 |
| 12/29/22 | Sandy Bratton | Continued work on second monthly fee application for Greenberg Traurig; confer with M. Petrie regarding same | 0.50 | 217.50 |
| 12/29/22 | Dennis A. Meloro | Review and comment on GT second monthly fee application | 0.20 | 251.00 |
| 12/29/22 | Matthew A. Petrie | Finalize November fee application | 0.40 | 348.00 |

Total Hours:    3.70

Total Amount:    $ 2,714.00

TIMEKEEPER SUMMARY FOR TASK CODE KS003,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 0.30 | 1,540.00 | 462.00 |
| Dennis A. Meloro | 0.20 | 1,255.00 | 251.00 |
| Matthew A. Petrie | 1.40 | 870.00 | 1,218.00 |
| Sandy Bratton | 1.80 | 435.00 | 783.00 |
| Totals: | 3.70 | 733.51 | $  2,714.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000206728 | | | Page 2 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:    KS005    BOARD GOVERNANCE

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/01/22 | Sandy Bratton | Participate in telephone conference with Board of Directors, company executives, Weil Gotshal and AlixPartner teams, and D. Kurzweil regarding case update and situation overview prepared by Weil Gotshal | 0.60 | 261.00 |
| 12/01/22 | Sandy Bratton | Participate in telephone conference with members of Board of Directors, D. Kurzweil and M. Petrie regarding status of open issues and strategy for further handling | 0.40 | 174.00 |
| 12/01/22 | David B. Kurzweil | Review of documents (.3); preparation for and participate in pre-meeting and board of director meeting (1.5) | 1.80 | 2,772.00 |
| 12/02/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records | 0.20 | 87.00 |
| 12/02/22 | David B. Kurzweil | Review of emails regarding status (.2); review of updated budget (.2) | 0.40 | 616.00 |
| 12/05/22 | David B. Kurzweil | Review of emails regarding open matters and status; review of board minutes | 0.60 | 924.00 |
| 12/06/22 | Sandy Bratton | Review emails from C. Arthur of Weil Gotshal regarding proposed declarations in support of motion to enforce CUBI Settlement | 0.20 | 87.00 |
| 12/06/22 | David B. Kurzweil | Review of documents, emails, and CUBI issues for board | 0.70 | 1,078.00 |
| 12/06/22 | Matthew A. Petrie | Review declarations in support of debtors' motion to enforce settlement and review settlement agreement | 1.00 | 870.00 |
| 12/07/22 | Sandy Bratton | Review email and proposed pleadings to enforce CUBI Settlement received from C. Arthur of Weil Gotshal; emails regarding same | 0.70 | 304.50 |
| 12/07/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records | 0.30 | 130.50 |
| 12/07/22 | Tony W. Clark | Review CB settlement compliance motion | 0.50 | 782.50 |
| 12/07/22 | David B. Kurzweil | Review of CUBI pleadings, emails and documents for board | 0.50 | 770.00 |
| 12/07/22 | Matthew A. Petrie | Review debtors' motion to enforce settlement and documents in support of same (.5); review CUBI motion to compel regarding settlement (.7) | 1.20 | 1,044.00 |
| 12/08/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.7); update case calendar and Calendar of Events Summary (.6) | 1.30 | 565.50 |
| 12/08/22 | Sandy Bratton | Review Board Update prepared by Weil | 0.20 | 87.00 |

| | | | | Page 3 |
|---|---|---|---|---|
| Invoice No.: | 1000206728 | | | |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Gotshal regarding CUBI Settlement and case updates | | |
| 12/08/22 | Brian E. Greer | Review board update | 0.50 | 562.50 |
| 12/08/22 | David B. Kurzweil | Review of emails regarding status (.2); conference with Weil regarding plan and board meeting (.5); conference with board members (.3); review of pleadings (.4) | 1.40 | 2,156.00 |
| 12/09/22 | Tony W. Clark | Review debtor's motion to compel compliance with CB settlement agreement | 0.60 | 939.00 |
| 12/09/22 | David B. Kurzweil | Review of board materials | 0.40 | 616.00 |
| 12/12/22 | Sandy Bratton | Review proposed Board Minutes in preparation for Board of Directors' meeting scheduled for December 15, 2022 (.2); confer with D. Kurzweil and M. Petrie regarding same (.1) | 0.30 | 130.50 |
| 12/13/22 | David B. Kurzweil | Review of board materials | 0.30 | 462.00 |
| 12/13/22 | Matthew A. Petrie | Review drafts of minutes | 0.70 | 609.00 |
| 12/14/22 | Sandy Bratton | Review presentation deck received from Weil Gotshal and prepare for Board Meeting | 0.30 | 130.50 |
| 12/14/22 | David B. Kurzweil | Review of board materials and preparation for board meeting | 1.30 | 2,002.00 |
| 12/14/22 | Matthew A. Petrie | Review and analyze memorandum and board presentation regarding potential claims | 1.20 | 1,044.00 |
| 12/15/22 | Sandy Bratton | Prepare for and participate in conference call with Board of Directors, D. Kurzweil and M. Petrie regarding open issues, proposed bankruptcy plan options and Board strategy | 0.60 | 261.00 |
| 12/15/22 | Sandy Bratton | Prepare for and participate in telephonic Board meeting with Weil Gotshal and Alix Partners teams, D. Kurzweil and M. Petrie regarding proposed Plan options and open issues and corporate strategy | 1.40 | 609.00 |
| 12/15/22 | Brian E. Greer | Review board materials; emails regarding 546(e) defenses | 0.70 | 787.50 |
| 12/15/22 | David B. Kurzweil | Conference with board members | 0.40 | 616.00 |
| 12/15/22 | David B. Kurzweil | Preparation for and participate in pre-board meeting (.7); participate in board meeting (.8); review of board materials (.5) | 2.00 | 3,080.00 |
| 12/15/22 | Matthew A. Petrie | Review interim report regarding evaluation of potential claims (2.0); review presentation materials for board meeting (.6); attend conference call with board (.5); attend virtual board meeting with company counsel (1.6) | 4.70 | 4,089.00 |
| 12/16/22 | David B. Kurzweil | Review of department of justice status and term sheet for board | 0.30 | 462.00 |
| 12/18/22 | Sandy Bratton | Review Schedules and Statements of Financial Affairs to determine if Board Member Indemnification Agreements were listed (.3); prepare email to Weil regarding | 0.60 | 261.00 |

| Invoice No.: | 1000206728 | | | Page 4 |
|---|---|---|---|---|
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | same (.2); confer with D. Kurzweil regarding same (.1) | | |
| 12/18/22 | David B. Kurzweil | Preparation for and conference with board members (.8); review of emails, chapter 11 plan, and case status for board (.5) | 1.30 | 2,002.00 |
| 12/18/22 | Matthew A. Petrie | Call with D. Kurzweil regarding status and review of issues (.5); conference with board members regarding case status and strategies (.7) | 1.20 | 1,044.00 |
| 12/19/22 | Sandy Bratton | Review emails from Weil regarding status of outstanding issues | 0.20 | 87.00 |
| 12/19/22 | Brian E. Greer | Review board materials | 0.40 | 450.00 |
| 12/20/22 | Sandy Bratton | Participate in conference call with Weil team, D. Kurzweil and M. Petrie regarding case status and further handling | 0.60 | 261.00 |
| 12/20/22 | Sandy Bratton | Review docket and recently filed pleadings and orders and update case records (.3); update case calendar and Calendar of Events Summary (.3) | 0.60 | 261.00 |
| 12/20/22 | Sandy Bratton | Emails with D. Kurzweil, M. Petrie and Board Members regarding affiliations with equity holders | 0.30 | 130.50 |
| 12/20/22 | David B. Kurzweil | Conference with Weil regarding status and further handling | 0.60 | 924.00 |
| 12/20/22 | David B. Kurzweil | Review of pleadings on behalf of Board | 0.40 | 616.00 |
| 12/20/22 | Matthew A. Petrie | Attention to drafts of board minutes | 0.30 | 261.00 |
| 12/21/22 | Sandy Bratton | Participate in conference call with C. Arthur and members of Weil Gotshal team, D. Kurzweil and M. Petrie regarding outstanding case issues, including treatment of issues relating to Directors' Indemnification Agreements and loan servicing issues (.6); confer with D. Kurzweil and M. Petrie regarding same (.1) | 0.70 | 304.50 |
| 12/21/22 | Sandy Bratton | Participate in continuation of conference call with C. Arthur and members of Weil Gotshal team, D. Kurzweil and M. Petrie regarding outstanding case issues, including loan servicing, Plan and Disclosure Statement issues (1.1); confer with D. Kurzweil and M. Petrie regarding same (.1) | 1.20 | 522.00 |
| 12/21/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.3); update case calendar and Calendar of Events Summary (.1) | 0.40 | 174.00 |
| 12/21/22 | Sandy Bratton | Prepare email to client regarding update of numerous issues as a result of call with Weil team | 0.90 | 391.50 |
| 12/21/22 | David B. Kurzweil | Preparation for and participate in conference with Weil regarding status | 1.50 | 2,310.00 |
| 12/21/22 | David B. Kurzweil | Review of Board materials | 0.30 | 462.00 |
| 12/21/22 | David B. Kurzweil | Review of pleadings (.2); email to Board | 0.50 | 770.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000206728 | | | Page 5 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding status (.3) | | |
| 12/21/22 | Matthew A. Petrie | Review CUBI response to motion to enforce settlement | 0.60 | 522.00 |
| 12/22/22 | Sandy Bratton | Review emails from Board Members regarding Indemnification Memorandum | 0.20 | 87.00 |
| 12/23/22 | Sandy Bratton | Review emails from R. Gregg and M. Petrie regarding affiliations with equity holders | 0.20 | 87.00 |
| 12/23/22 | Sandy Bratton | Review email from Weil regarding status of outstanding issues relating to CUBI settlement, case updates and meeting minutes | 0.30 | 130.50 |
| 12/27/22 | Sandy Bratton | Review emails from R. Gregg and M. Petrie regarding affiliations with equity holders | 0.10 | 43.50 |
| 12/27/22 | Sandy Bratton | Review Board Presentation materials received from Weil in preparation for next Board meeting | 0.50 | 217.50 |
| 12/27/22 | David B. Kurzweil | Review of Board materials in preparation for Board meeting | 1.30 | 2,002.00 |
| 12/27/22 | David B. Kurzweil | Review and comment on Board disclosures | 0.20 | 308.00 |
| 12/27/22 | Matthew A. Petrie | Review and analyze board presentation materials in preparation for board meeting | 1.10 | 957.00 |
| 12/28/22 | Sandy Bratton | Prepare for and participate in telephonic Board meeting with Weil Gotshal and Alix Partners teams, D. Kurzweil and M. Petrie regarding proposed Plan options, Disclosure Statement, open issues and corporate strategy | 2.20 | 957.00 |
| 12/28/22 | David B. Kurzweil | Review of Board materials (1.1); conference with Board members (.4); preparation for and attend Board meeting (2.3); conference with Weil (.2) | 4.00 | 6,160.00 |
| 12/28/22 | Matthew A. Petrie | Attention to approval of minutes of prior meetings and related issues (.8); correspondence with D. Kurzweil regarding preparation for board meeting (.7); attend board meeting (2.1); follow up conference with board regarding status and open issues (.2) | 3.80 | 3,306.00 |
| 12/29/22 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.4); update case calendar and Calendar of Events Summary (.3) | 0.70 | 304.50 |

Total Hours: 54.90

Total Amount: $ 55,422.50

Invoice No.:   1000206728                                              Page 6
Matter No.:    210757.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE KS005,

    BOARD GOVERNANCE

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| Brian E. Greer | 1.60 | 1,125.00 | 1,800.00 |
| David B. Kurzweil | 20.20 | 1,540.00 | 31,108.00 |
| Matthew A. Petrie | 15.80 | 870.00 | 13,746.00 |
| Tony W. Clark | 1.10 | 1,565.00 | 1,721.50 |
| Sandy Bratton | 16.20 | 435.00 | 7,047.00 |
| Totals: | 54.90 | 1,009.52 | $ 55,422.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000206728 | | | Page 7 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:     KS006     PLAN AND DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/08/22 | Sandy Bratton | Review emails from Weil Gotshal regarding proposed revisions to Plan and Disclosure Statement and case strategy (.2); participate in conference call with Weil Gotshal team and D. Kurzweil regarding same (.5) | 0.70 | 304.50 |
| 12/08/22 | David B. Kurzweil | Review of chapter 11 plan and disclosure statement | 0.50 | 770.00 |
| 12/08/22 | Matthew A. Petrie | Review revised plan and solicitation procedures (1.3); conference with Weil regarding same (.5) | 1.80 | 1,566.00 |
| 12/09/22 | Sandy Bratton | Review email from Debtors' counsel regarding materials to be presented to the Board for amended Plan and Disclosure Statement | 0.30 | 130.50 |
| 12/09/22 | David B. Kurzweil | Review of revised disclosure statement | 0.80 | 1,232.00 |
| 12/09/22 | Matthew A. Petrie | Analyze issues with respect to revised plan structure and solicitation procedures | 1.00 | 870.00 |
| 12/12/22 | Matthew A. Petrie | Review board presentation regarding amended plan structure and status updates | 0.90 | 783.00 |
| 12/13/22 | Matthew A. Petrie | Correspondence with D. Kurzweil regarding board presentation materials and revised plan | 0.50 | 435.00 |
| 12/19/22 | David B. Kurzweil | Review of update of Board information (.2); review of Plan provisions on behalf of Board (.9); review of update of Department of Justice term sheet and status (.3) | 1.40 | 2,156.00 |
| 12/19/22 | Matthew A. Petrie | Review and analyze revised plan, disclosure statement, and solicitation procedures regarding board requests | 5.00 | 4,350.00 |
| 12/20/22 | Eric J. Howe | Review and analyze draft plan (.6); revise same (.9) | 1.50 | 1,575.00 |
| 12/20/22 | Matthew A. Petrie | Correspondence with directors regarding disclosure statement matters (.4); analyze and comment on draft plan and disclosure statement (1.8) | 2.20 | 1,914.00 |
| 12/21/22 | Sandy Bratton | Emails from D. Kurzweil and Weil team regarding Plan revisions and comments | 0.30 | 130.50 |
| 12/21/22 | David B. Kurzweil | Review and comment on Plan provisions | 1.60 | 2,464.00 |
| 12/21/22 | Matthew A. Petrie | Conference with Weil team regarding status update and open issues (1.7); review transition services agreement (.5); comment on plan and disclosure statement (1.0) | 3.20 | 2,784.00 |
| 12/22/22 | Eric J. Howe | Review and analyze revised plan | 0.60 | 630.00 |
| 12/22/22 | David B. Kurzweil | Review and comment on Chapter 11 Plan | 0.80 | 1,232.00 |
| 12/22/22 | David B. Kurzweil | Conference with Board Members (.9); | 1.70 | 2,618.00 |

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| | | review of emails (.1); review of Department of Justice term sheet (.3); review of additional Plan comments (.4) | | |
| 12/22/22 | David B. Kurzweil | Review loan analysis and wind down budget | 0.40 | 616.00 |
| 12/22/22 | Matthew A. Petrie | Review revised draft of plan | 1.50 | 1,305.00 |
| 12/23/22 | Sandy Bratton | Emails from Weil team and D. Kurzweil regarding comments to revised Plan | 0.20 | 87.00 |
| 12/23/22 | David B. Kurzweil | Review and comment on Plan and Disclosure Statement; emails regarding Plan and Disclosure Statement | 1.80 | 2,772.00 |
| 12/23/22 | Matthew A. Petrie | Review revised draft of plan and disclosure statement regarding corporate governance matter and correspondence with D. Kurzweil and E. Howe regarding same | 1.50 | 1,305.00 |
| 12/27/22 | David B. Kurzweil | Review and comment on revised Chapter 11 Plan and Disclosure Statement | 1.10 | 1,694.00 |
| 12/27/22 | Matthew A. Petrie | Review and analyze revised solicitation procedures order (.5); attention to disclosure statement and related requests by the company to the board (.7) | 1.20 | 1,044.00 |
| 12/29/22 | David B. Kurzweil | Review and comment on Plan and Disclosure Statement | 0.60 | 924.00 |
| 12/29/22 | Matthew A. Petrie | Analyze Federal Reserve comments to plan documents | 1.00 | 870.00 |
| 12/30/22 | David B. Kurzweil | Review of revisions to Plan and Disclosure Statement | 0.90 | 1,386.00 |
| 12/30/22 | Matthew A. Petrie | Review and analyze further revised plan documents (1.5); review CRB issues outline (.5) | 2.00 | 1,740.00 |
| 12/31/22 | David B. Kurzweil | Review of Plan and Disclosure Statement amendments (.5); review of issues for loan cost analysis (.3); emails to Board (.2); conference with Weil (.3) | 1.30 | 2,002.00 |

Total Hours:  38.30

Total Amount:  $ 41,689.50

Invoice No.:   1000206728                                                                                           Page 9
Matter No.:    210757.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE KS006,

    PLAN AND DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Eric J. Howe | 2.10 | 1,050.00 | 2,205.00 |
| David B. Kurzweil | 12.90 | 1,540.00 | 19,866.00 |
| Matthew A. Petrie | 21.80 | 870.00 | 18,966.00 |
| Sandy Bratton | 1.50 | 435.00 | 652.50 |
| Totals: | 38.30 | 1,088.50 | $ 41,689.50 |

Invoice No.:   1000206728  
Matter No.:    210757.010100

Page 10

<u>Description of Professional Services Rendered</u>

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Brian E. Greer | 1.60 | 1,125.00 | 1,800.00 |
| Eric J. Howe | 2.10 | 1,050.00 | 2,205.00 |
| David B. Kurzweil | 33.40 | 1,540.00 | 51,436.00 |
| Dennis A. Meloro | 0.20 | 1,255.00 | 251.00 |
| Matthew A. Petrie | 39.00 | 870.00 | 33,930.00 |
| Tony W. Clark | 1.10 | 1,565.00 | 1,721.50 |
| Sandy Bratton | 19.50 | 435.00 | 8,482.50 |
| Totals: | 96.90 | 1,030.20 | $ 99,826.00 |

| | | |
|---|---|---|
| Invoice No.: | 1000206728 | Page 11 |
| Re: | Representing Board of Directors | |
| Matter No.: | 210757.010100 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**No expenses charged to this file**