UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RECEIVED
DEC 2 8 2022
Omni Agent Solutions

In re:                                    ) Chapter 11
                                          )
KABBAGE CANADA HOLDINGS, INC.,            ) Case No. 22-10952 (CTG)
                                          )
        Debtor.                           ) (Jointly Administered with
                                          ) Case No. 22-10951 (CTG))

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Kabbage Canada Holdings, Inc. Case No. 22-10952 (CTG) |
|---|---|
| Creditor Name and Address: | Paul Pietschner |
| Court Claim Number (if known): | No. 7 |
| Date Claim Filed: | 11/30/2022 |
| Total Amount of Claim Filed: | *See* Claim No. 7 and Rider attached thereto. |

This Withdrawal of Claim does not withdraw, or otherwise relate to, any other claim that Paul Pietschner has filed, or may file, against the above-referenced Debtor.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December 21, 2022          Signature: /s/ William C. Meyers
                                  William C. Meyers
                                  Principal, Goldberg Kohn Ltd.
                                  *Counsel to Claimant*

### DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.
**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.
**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

**Court, name of Debtor and Case Number:** Fill in the name of the federal judicial district where the bankruptcy was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.
**Information about Creditor:** Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.
**Information identifying the Claim that is to be withdrawn:** Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.
Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

13936821                                                                8464.001