# Exhibit B

# Summary and Description of AlixPartners' Expenses

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:       Expenses
Code:     20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 12/01/2022 | Airfare James Nelson 2022-12-01 BOS- LGA | 422.77 |
| 12/01/2022 | Meal - James Nelson - Dinner (away for client meetings) | 70.00 |
| 12/01/2022 | Meal - James Nelson - Breakfast (away for client meetings) | 10.00 |
| 12/01/2022 | Parking/Tolls James Nelson Engagement team meetings | 38.00 |
| 12/02/2022 | Taxi/Car Service James Nelson LGA to NYC | 64.73 |
| 12/02/2022 | Taxi/Car Service James Nelson NYC to LGA | 48.37 |
| 12/06/2022 | Airfare James Nelson 2022-12-06 BOS- JFK | 477.25 |
| 12/06/2022 | Meal - James Nelson - Breakfast (away for client meetings) | 10.00 |
| 12/06/2022 | Meal - James Nelson - Dinner (away for client meetings) | 38.22 |
| 12/06/2022 | Lodging James Nelson Sheraton NY-  2022-12-06 2022-12-07 | 331.69 |
| 12/07/2022 | Parking/Tolls James Nelson | 57.00 |
| 12/07/2022 | Taxi/Car Service James Nelson NYC to JFK | 89.10 |
| 12/07/2022 | Public Transportation James Nelson | 11.00 |
| 12/07/2022 | Taxi/Car Service James Nelson LGA to NYC | 70.69 |
| 12/10/2022 | Internet Access James Nelson | 49.95 |
| **Total Expenses** | | **1,788.77** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Client: 20006554P00002

| **Expenses** | **Amount** |
|---|---:|
| Airfare | 900.02 |
| Ground Transportation | 283.89 |
| Lodging | 331.69 |
| Meals | 128.22 |
| Parking & Tolls | 95.00 |
| Phone & Internet | 49.95 |
| **Total Expenses** | **USD  1,788.77** |