**Exhibit A**

# JONES DAY

**Atlanta Office**
1221 Peachtree Street, NE
Suite 400
Atlanta, GA  30361
**(404) 521-3939**
**Federal Identification Number:  34-0319085**

January 19, 2023                                                                                                                    102496
                                                                                                                      Invoice: 231600073

KServicing Corporation
925B Peachtree Street NE
Suite 1688
Atlanta, GA  30309
United States of America

For legal services rendered for the period through December 31, 2022:

|  | Hours |  | Amount |
|---|---:|---|---:|
| Case Administration | 0.40 |  | 170.00 |
| Department of Justice Investigations | 7.90 |  | 7,212.50 |
| Congressional Investigation | 1.60 |  | 2,040.00 |
| Fee Application Preparation | 8.20 |  | 8,520.00 |
| Total Fees | 18.10 | USD | 17,942.50 |

Disbursement & Charges Summary

| Consultants and Agents Fees | 7,093.75 |  |  |
|---|---:|---|---:|
|  |  | USD | 7,093.75 |
| **TOTAL** |  | **USD** | **25,036.25** |

**JONES DAY**

102496 Page: 2
January 19, 2023
KServicing Corporation Invoice: 231600073

Timekeeper/Fee Earner Summary – December 31, 2022

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| J B Ellman | Partner | 1991 | 0.20 | 1,300.00 | 260.00 |
| A E Lelling | Partner | 1996 | 5.10 | 1,275.00 | 6,502.50 |
| D J Merrett | Partner | 2007 | 7.20 | 1,100.00 | 7,920.00 |
| Total | | | 12.50 | | 14,682.50 |
| B N Wilhelm | Associate | 2017 | 4.40 | 625.00 | 2,750.00 |
| Total | | | 4.40 | | 2,750.00 |
| C L Smith | Paralegal | | 1.20 | 425.00 | 510.00 |
| Total | | | 1.20 | | 510.00 |
| **Total** | | | **18.10** | **USD** | **17,942.50** |

# JONES DAY

| | |
|---|---|
| 102496 | Page: 3 |
| | January 19, 2023 |
| KServicing Corporation | Invoice: 231600073 |

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

**Case Administration**

| 12/05/22 | C L Smith | 0.20 | 85.00 |
|---|---|---|---|

Review docket and circulate recently-filed documents to Merrett, Perez (.10); update case calendar (.10).

| 12/12/22 | C L Smith | 0.20 | 85.00 |
|---|---|---|---|

Review docket and circulate recently-filed documents to Merrett, Perez (.10); update case calendar (.10).

| | **Matter Total** | **0.40** | **USD** **170.00** |
|---|---|---|---|

**Department of Justice Investigations**

| 12/01/22 | A E Lelling | 0.20 | 255.00 |
|---|---|---|---|

Coordinate with Wilhelm and Rodriguez (McGuireWoods) on DOJ production issues.

| 12/05/22 | B N Wilhelm | 0.50 | 312.50 |
|---|---|---|---|

Analyze new civil investigative demand from DOJ Boston.

| 12/07/22 | A E Lelling | 0.50 | 637.50 |
|---|---|---|---|

Strategy call with Wilhelm and Hall regarding DOJ productions.

| 12/07/22 | B N Wilhelm | 0.50 | 312.50 |
|---|---|---|---|

Communicate with Lelling and Hall regarding new civil investigative demand from DOJ and ongoing settlement discussions.

| 12/08/22 | A E Lelling | 0.70 | 892.50 |
|---|---|---|---|

Review latest SBA draft agreement (.40), draft summary of notes on same (.30).

| 12/08/22 | B N Wilhelm | 0.60 | 375.00 |
|---|---|---|---|

Communicate with Hall, Arthur (Weil), Hwangpo (Weil), and Bentley (Weil) regarding DOJ settlement discussions and revised term sheet.

| 12/09/22 | B N Wilhelm | 0.30 | 187.50 |
|---|---|---|---|

Communicate with Hall regarding dissemination of Alvarez and Marsal report and applicability of confidentiality provisions.

| 12/09/22 | B N Wilhelm | 0.40 | 250.00 |
|---|---|---|---|

Communicate with Kafiti (KServicing) regarding distribution of Alvarez and Marsal report to Small Business Administration.

| 12/16/22 | A E Lelling | 1.70 | 2,167.50 |
|---|---|---|---|

Call with Wilhelm concerning strategic issues (.40); review newly-revised term sheet for DOJ settlement and relevant DOJ correspondence (.40); research on FTC and DOJ settlements specific to issue of global settlements (.50); review and comment on latest FRA slide deck (.40).

| 12/19/22 | A E Lelling | 0.40 | 510.00 |
|---|---|---|---|

Analyze latest FRA draft PowerPoint and SBA draft.

| 12/21/22 | B N Wilhelm | 0.80 | 500.00 |
|---|---|---|---|

Analyze revised DOJ term sheet from Weil team.

# JONES DAY

| | |
|---|---|
| 102496 | Page: 4 |
| | January 19, 2023 |
| KServicing Corporation | Invoice: 231600073 |

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| 12/28/22 | B N Wilhelm | 1.00 | | 625.00 |
| | Communicate with Kafiti (KServicing), Rodriguez and Pafford (McGuireWoods), and counsel for Cross River Bank regarding meeting with Small Business Administration. | | | |
| 12/28/22 | B N Wilhelm | 0.30 | | 187.50 |
| | Prepare for call with counsel for Cross River Bank regarding settlement discussions and status of conversations with Small Business Administration. | | | |
| | **Matter Total** | **7.90** | **USD** | **7,212.50** |

**Congressional Investigation**

| | | | | |
|---|---|---|---|---|
| 12/01/22 | A E Lelling | 1.60 | | 2,040.00 |
| | Review subcommittee report (.80), take notes on same (.30); correspondence with Loiseau (KServicing), Wilhelm, Hall on strategy in light of report (.50). | | | |
| | **Matter Total** | **1.60** | **USD** | **2,040.00** |

**Fee Application Preparation**

| | | | | |
|---|---|---|---|---|
| 12/01/22 | D J Merrett | 0.80 | | 880.00 |
| | Communicate with Hwangpo (Weil) regarding filing of first monthly fee application (.30); communicate with Smith regarding vendor invoice (.30); communicate with Lelling, Wilhelm regarding consultant fees (.20). | | | |
| 12/01/22 | C L Smith | 0.60 | | 255.00 |
| | Draft and revise Jones Day second monthly fee application (.40); call with Merrett regarding same (.10); emails with internal team regarding Jones Day November 2022 invoice matters (.10). | | | |
| 12/02/22 | D J Merrett | 1.30 | | 1,430.00 |
| | Review and revise October fee application (1.10); communicate with Hwangpo (Weil), Shapiro (RLF) regarding same (.20). | | | |
| 12/13/22 | D J Merrett | 1.90 | | 2,090.00 |
| | Review and revise November time detail (1.40); communicate with Lelling (.20), Clay (.20) regarding same; communicate with Smith regarding vendor invoice (.10). | | | |
| 12/13/22 | C L Smith | 0.20 | | 85.00 |
| | Review email from Merrett regarding November 2022 invoice matters (.10); emails with internal team regarding same (.10). | | | |
| 12/20/22 | D J Merrett | 1.20 | | 1,320.00 |
| | Review and revise November time entries (1.10); communicate with Clay regarding same (.10). | | | |
| 12/21/22 | J B Ellman | 0.20 | | 260.00 |
| | Conference with Merrett regarding bankruptcy professional issues. | | | |
| 12/21/22 | D J Merrett | 1.10 | | 1,210.00 |
| | Communicate with Hall (Hall Law) regarding invoice (.20); communicate with Arthur (Weil) (.20), Lelling (.10), Ellman (.20) regarding same; review and analyze ordinary course professional procedures in connection with same (.40). | | | |

# JONES DAY

102496   Page: 5
  January 19, 2023
KServicing Corporation   Invoice: 231600073

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 12/23/22 | D J Merrett | 0.20 | 220.00 |
| | Communicate with Lelling regarding October invoice. | | |
| 12/27/22 | D J Merrett | 0.20 | 220.00 |
| | Communicate with Clay regarding November invoice. | | |
| 12/28/22 | D J Merrett | 0.40 | 440.00 |
| | Communicate with Arthur (Weil) regarding invoice from other law firm (.30); communicate with Clay, Lelling regarding October payment (.10). | | |
| 12/30/22 | D J Merrett | 0.10 | 110.00 |
| | Communicate with Suarez (Weil) regarding November fee application. | | |
| | **Matter Total** | **8.20** | USD **8,520.00** |