**Exhibit B**

# JONES DAY

102496                                                                                                                                                 Page: 6
                                                                                                                                                          January 19, 2023

KServicing Corporation                                                                                                             Invoice: 231600073

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **Case Administration** | | | | |
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 01/17/23 | A E Lelling | NYC | 7,093.75 | |
| | Vendor: Forensic Risk Alliance, Inc; Invoice#: US125_0011; Date: 1/11/2023 (December 2022) | | | |
| **Consultants and Agents Fees Subtotal** | | | | **7,093.75** |
| | | | | |
| **Matter Total** | | | **USD** | **7,093.75** |