**<u>Exhibit C</u>**



**Forensic Risk Alliance Inc.**
**2550 M Street NW**
**Washington, DC 20037**
**United States**

**INVOICE TO:**

| | |
|---|---|
| Jones Day | KServicing Corp |
| Attn: Andrew E. Lelling | Att: Holly Loiseau |
| 100 High Street | 730 Peachtree Street NE, Suite 1100 |
| Boston, MA 02210-1781 | Atlanta, GA 30308 |

**SALES INVOICE:**

US125_0011

Wednesday, January 11, 2023

In case of query,

Tel: +1 (202) 627-6580

[areceivable@forensicrisk.com](mailto:areceivable@forensicrisk.com)

Service period: December 1 - 31, 2022

**PPP Loan Review**

**Consulting Summary**

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Stacy Fresch | 3.25 | 820.00 | 2,665.00 |
| Ash Klass | 2.00 | 660.00 | 1,320.00 |
| Ruth Ellen Pintilie | 3.00 | 660.00 | 1,980.00 |
| Yishi Huang | 1.75 | 525.00 | 918.75 |
| Anton Gubkin | 0.50 | 420.00 | 210.00 |
| **Total** | **10.50** | | **$7,093.75** |

**Grand Total** $7,093.75

| **TOTAL DUE WITHIN 30 DAYS** | **$7,093.75** |
|---|---|

Remit Funds To:

HSBC Bank USA, N.A.

452 Fifth Ave New York NY 10018

Account: Forensic Risk Alliance Inc.

Routing No: 021001088

Account No: 000287474 (US Dollar Account)

Swift: MRMDUS33

*NOTICE: This invoice is subject to FRA's standard terms and conditions of sale or to the terms and conditions contained in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 2% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.*

www.forensicrisk.com

UK | US | France | Switzerland| UAE