**Exhibit A**



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

January 17, 2023

KServicing Inc - 327

**Invoice Number: 11295**
Invoice Period: 12-01-2022 - 12-31-2022

Payment Terms: Upon Receipt

**RE: Balloting**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-07-2022 | Kim Steverson | Coordinate with IT Team regarding preparing for testing of E Ballot portal | 0.30 | 187.50 | 56.25 |
| 12-12-2022 | Michelle Ignacio | Prepare/create plan class reports | 0.50 | 175.00 | 87.50 |
| 12-12-2022 | Kim Steverson | Review draft Plan Class Report and coordinate with IT re updates | 0.40 | 187.50 | 75.00 |
| 12-14-2022 | Marina Khan | Review solicitation documents in preparation for upcoming solicitation | 0.80 | 155.00 | 124.00 |
| 12-14-2022 | Brittney Whitaker | Review solicitation documents in preparation for upcoming solicitation | 0.50 | 175.00 | 87.50 |
| 12-14-2022 | Brittney Whitaker | Review solicitation documents; create initial plan class report | 0.50 | 175.00 | 87.50 |
| 12-14-2022 | Katie Nownes | Review solicitation documents in preparation for upcoming solicitation | 0.50 | | No Charge |
| 12-14-2022 | Katie Nownes | Review solicitation documents; create initial plan class | 0.50 | | No Charge |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | report | | | |
| 12-14-2022 | Kim Steverson | Review plan and election documents in preparation of upcoming distribution election | 0.50 | 187.50 | 93.75 |
| 12-14-2022 | Kim Steverson | Review solicitation documents; create initial plan class report | 0.50 | 187.50 | 93.75 |
| 12-14-2022 | Jeriad Paul | Review solicitation documents in preparation for upcoming solicitation | 0.50 | 187.50 | 93.75 |
| 12-14-2022 | Kim Steverson | Review and revise Solicitation Order | 0.30 | 187.50 | 56.25 |
| 12-15-2022 | Kim Steverson | Review Plan, DS and proposed Solicitation Order and revise Plan Class Report | 1.60 | 187.50 | 300.00 |
| 12-15-2022 | Jeriad Paul | Review solicitation documents in preparation for upcoming solicitation | 0.60 | 187.50 | 112.50 |
| 12-15-2022 | Brittney Whitaker | Review solicitation documents in preparation of upcoming solicitation | 0.40 | 175.00 | 70.00 |
| 12-16-2022 | Jeriad Paul | Review Plan, DS and proposed Solicitation Order and begin drafting solicitation memo | 1.00 | 187.50 | 187.50 |
| 12-16-2022 | Kim Steverson | Review Plan, DS and proposed Solicitation Order and begin drafting solicitation memo | 1.00 | 187.50 | 187.50 |
| 12-18-2022 | Michelle Ignacio | Prepare/create plan class report - Incorporate requested updates to plan class parties and report, provide updated report to K Steverson @ Omni for review | 1.00 | 175.00 | 175.00 |
| 12-18-2022 | Kim Steverson | Prepare/create plan class report | 2.10 | 187.50 | 393.75 |
| 12-19-2022 | Kim Steverson | Review and revise Plan Class Report and coordinate with IT and Claims Team regarding revisions | 0.60 | 187.50 | 112.50 |
| 12-19-2022 | Kim Steverson | Review e-mail received and respond to T. Thoroddsen @ AP re objections to claims and effect on solicitation | 0.40 | 187.50 | 75.00 |
| 12-19-2022 | Michelle Ignacio | Prepare/create plan class report - Incorporate requested updates to plan class parties and report, provide updated report to K Steverson @ Omni for review | 0.70 | 175.00 | 122.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-19-2022 | Michelle Ignacio | Create and Upload custom eBallot forms for web application | 1.00 | 175.00 | 175.00 |
| 12-19-2022 | Michelle Ignacio | Prepare/create sample ballots for circulation to interested parties | 1.00 | 175.00 | 175.00 |
| 12-20-2022 | Michelle Ignacio | Prepare/create plan class report - Incorporate requested updates to plan class parties and report, provide updated report to K Steverson @ Omni for review | 0.40 | 175.00 | 70.00 |
| 12-20-2022 | Jennifer Lizakowski | Review and verify plan class reports | 2.30 | 150.00 | 345.00 |
| 12-20-2022 | Jennifer Lizakowski | Correspond with K. Steverson re: Plan Class Report | 0.10 | 150.00 | 15.00 |
| 12-20-2022 | Jennifer Lizakowski | Calls with K. Steverson re: Plan Class Report | 0.70 | 150.00 | 105.00 |
| 12-20-2022 | Kim Steverson | Review Plan and Disclosure Statement and revise memo regarding same | 0.80 | 187.50 | 150.00 |
| 12-21-2022 | Kim Steverson | Review and revise Plan Class Report and email same to counsel | 0.70 | 187.50 | 131.25 |
| 12-21-2022 | Michelle Ignacio | Prepare/create plan class report - Incorporate requested updates to plan class parties and report, provide updated report to K Steverson @ Omni for review | 0.50 | 175.00 | 87.50 |
| 12-21-2022 | Jennifer Lizakowski | Review and verify plan class reports | 0.60 | 150.00 | 90.00 |
| 12-21-2022 | Jennifer Lizakowski | Call with K. Steverson re: Plan Class Report | 0.20 | 150.00 | 30.00 |
| | | **Total** | | | **3,965.25** |

**Time Summary**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brittney Whitaker | 1.40 | 175.00 | 245.00 |
| Jennifer Lizakowski | 3.90 | 150.00 | 585.00 |
| Jeriad Paul | 2.10 | 187.50 | 393.75 |