IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
**In re** : Chapter 11
:
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*, : Case No. 22-10951 (CTG)
:
**Debtors.**[1] : (Jointly Administered)
:
: Obj. Deadline: February 13, 2023 at 4:00 p.m. (ET)
: Hearing Date: February 27, 2023 at 10:00 a.m. (ET)
------------------------------------------------------------ x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on January 30, 2023, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods and (II) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **February 13, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Motion, if required, will be held before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **February 27, 2023 at 10:00 a.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 30, 2023
      Wilmington, Delaware

                    */s/ Matthew P. Milana*
                    RICHARDS, LAYTON & FINGER, P.A.
                    Daniel J. DeFranceschi, Esq. (No. 2732)
                    Amanda R. Steele, Esq. (No. 5530)
                    Zachary I. Shapiro, Esq. (No. 5103)
                    Matthew P. Milana, Esq. (No. 6681)
                    One Rodney Square
                    920 North King Street
                    Wilmington, Delaware 19801
                    Telephone: (302) 651-7700
                    E-mail: defranceschi@rlf.com
                              steele@rlf.com
                              shapiro@rlf.com
                              milana@rlf.com

                    -and-

                    WEIL, GOTSHAL & MANGES LLP
                    Ray C. Schrock, Esq. (admitted *pro hac vice*)
                    Candace M. Arthur, Esq. (admitted *pro hac vice*)
                    Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
                    Chase A. Bentley, Esq. (admitted *pro hac vice*)
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone:   (212) 310-8000
                    E-mail:       ray.schrock@weil.com
                                      candace.arthur@weil.com
                                      natasha.hwangpo@weil.com
                                      chase.bentley@weil.com

                    *Attorneys for Debtors and Debtors in Possession*