UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                               :    Chapter 11
                                                    :
**KABBAGE, INC. d/b/a KSERVICING** *et al.*,        :    Case No. 22-10951 (CTG)
                                                    :
                                                    :
**Debtors.**[1]                                     :    (Jointly Administered)
------------------------------------------------------------ x

## DECLARATION OF TOMASITA L. SHERER
## ON BEHALF OF DENTONS US LLP REGARDING 2023 HOURLY RATES

I, Tomasita L. Sherer, hereby declare, pursuant to section 1746 of title 28 of the United States Code, that the following is true to the best of my knowledge, information, and belief:

1.  I am a Partner of Dentons US LLP located at 1221 Avenue of the Americas, New York, NY 10020-1089 (the "**Firm**"). The Firm has multiple locations across the United States, as well as around the world.

2.  This declaration (the "**Declaration**") is submitted as a supplement to the *Declaration And Disclosure Statement Of Tomasita L. Sherer On Behalf Of Dentons US LLP* [Docket No. 319] (the "**Dentons OCP Declaration**"). Capitalized terms used herein but not otherwise defined herein shall have the meanings ascribed to such terms in the Dentons OCP Declaration.

3.  Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services. No party has objected

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

to the Firm's employment, which is in accordance with the *Order Authorizing Debtors To Employ Professionals Used In Ordinary Course Of Business* [Docket No. 196].

4. This Declaration constitutes notice, as contemplated in the Dentons OCP Declaration, that effective as of January 1, 2023, the Firm's standard hourly rates (the "**2023 Hourly Rates**") have increased based upon the Firm's annual and customary firm-wide adjustments in the ordinary course of the Firm's business, and which are as follows:

(a) **Partners: $750.00 to $1,485.00;**

(b) **Senior Counsel: $1,130.00 to $1,130.00;**

(c) **Senior Managing Associates: $655.00 to $825.00;**

(d) **Managing Associates: $565.00 to $800.00;**

(e) **Associates: $480.00 to $570.00; and**

(f) **Paralegals: $375.00 to $525.00.**[2]

5. The Firm's hourly rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and professionals and to cover certain fixed and routine overhead expenses. The Firm's hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rate adjustments the Firm charges other comparable clients.

6. In accordance with § 330(a)(3)(F) of title 11 of the United States Code, §§ 101 *et seq.* (the "**Bankruptcy Code**"), the Firm represents that the 2023 Hourly Rates, as set forth herein, are reasonable based on customary compensation charged by practitioners of comparable skill in cases other than cases under the Bankruptcy Code, reflect economic and other conditions, and are consistent with rates charged elsewhere.

---

[2] As stated in the Dentons OCP Declaration, it is the Firm's practice to implement annual rate increases beginning in January of each year, the amounts listed herein are subject to change. To that end, the Firm will continue to file a notice of such annual rate increase in or about January of each year during which these chapter 11 cases are ongoing.

7. As set forth in the Dentons OCP Declaration, if the Firm should discover any facts bearing on the matters described in the Dentons OCP Declaration, the Firm will supplement the information contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 31, 2023
New York, New York

By: _____

Tomasita L. Sherer
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Phone: 212-768-6700
Email: tomasita.sherer@dentons.com