**Exhibit B**

KServicing, Inc. - Chapter 11
55894.0004
2023000274

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 12/15/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 125845; DATE: 12/12/2022 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT NOVEMBER 2022. | H060 | 41262470 | 69.00 |
| **SUBTOTAL DISB TYPE H060:** | | | | **$69.00** |
| 11/28/22 | Hwangpo, Natasha<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-97; DATE: 12/4/2022 - SEAMLESS MEALS EXPENSE BY NATASHA HWANGPO ON 2022-11-28 AT 6:28 PM | H080 | 41274795 | 20.00 |
| **SUBTOTAL DISB TYPE H080:** | | | | **$20.00** |
| 12/05/22 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: CREX5523582412051304; DATE: 12/5/2022 - AGENCY FEES, TICKET:8900841325001, NOV 06, 2022 - TO ATTEND HEARING IN WILMINGTON, DE | H160 | 41243201 | 40.00 |
| 12/05/22 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: CREX5523582412051304; DATE: 12/5/2022 - RAIL, TICKET:0010137817, NOV 06, 2022 - TO ATTEND HEARING IN WILMINGTON, DE - FROM/TO: STAMFORD, CT/WILMINGTON, DE | H160 | 41243200 | 356.00 |
| 12/21/22 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5615886912211309; DATE: 12/21/2022 - INFLIGHT INTERNET, DEC 12, 2022 | H160 | 41268507 | 17.00 |

KServicing, Inc. - Chapter 11
55894.0004
2023000274

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 12/21/22 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5615886912211309; DATE: 12/21/2022 - INFLIGHT INTERNET, DEC 16, 2022 | H160 | 41268506 | 29.95 |
| | **SUBTOTAL DISB TYPE H160:** | | | **$442.95** |
| 12/05/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725391; DATE: 11/23/2022 - TAXI CHARGES FOR 2022-11-23 INVOICE #172539121111427119 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-11-14 FROM: 767 5 AVE, MANHATTAN, NY TO: GREENVALE, NY RIDE TIME: 21:19 | H163 | 41244220 | 142.96 |
| 12/05/22 | Suarez, Ashley<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725391; DATE: 11/23/2022 - TAXI CHARGES FOR 2022-11-23 INVOICE #172539121111528309 ASHLEY SUAREZ G208 RIDE DATE: 2022-11-15 FROM: 767 5 AVE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 20:20 | H163 | 41244089 | 49.26 |
| 12/05/22 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725391; DATE: 11/23/2022 - TAXI CHARGES FOR 2022-11-23 INVOICE #172539121111731249 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-11-17 FROM: 767 5 AVE, MANHATTAN, NY TO: GREENVALE, NY RIDE TIME: 21:56 | H163 | 41244059 | 142.74 |
| 12/12/22 | Slack, Richard W.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1725872; DATE: 12/7/2022 - TAXI CHARGES FOR 2022-12-07 INVOICE #172587221112802957 RICHARD W SLACK 0255 RIDE DATE: 2022-11-28 FROM: 767 5 AVE, MANHATTAN, NY TO: RYE, NY RIDE TIME: 21:59 | H163 | 41255217 | 165.89 |
| | **SUBTOTAL DISB TYPE H163:** | | | **$500.85** |

KServicing, Inc. - Chapter 11
55894.0004
2023000274

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 12/14/22 | Slack, Richard W. <br> TRANSPORTATION - LOCAL MEETING <br> INVOICE#: CREX5599228512141304; DATE: 12/14/2022 - LOCAL PARKING, NOV 05, 2022 - PARKING AT OFFICE. | H165 | 41259787 | 72.00 |
| **SUBTOTAL DISB TYPE H165:** | | | | **$72.00** |
| 12/28/22 | WGM, Firm <br> DUPLICATING <br> 1026 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 12/22/2022 TO 12/22/2022 | S011 | 41275646 | 513.00 |
| **SUBTOTAL DISB TYPE S011:** | | | | **$513.00** |
| 12/13/22 | WGM, Firm <br> DUPLICATING <br> 28 PAGES SCANNED IN NEW YORK CITY BETWEEN 12/05/2022 TO 12/05/2022 | S016 | 41265470 | 2.80 |
| 12/27/22 | WGM, Firm <br> DUPLICATING <br> 2 PAGES SCANNED IN NEW YORK CITY BETWEEN 12/20/2022 TO 12/20/2022 | S016 | 41275363 | 0.20 |
| **SUBTOTAL DISB TYPE S016:** | | | | **$3.00** |
| 12/13/22 | Labate, Angelo G. <br> COMPUTERIZED RESEARCH <br> NY WESTLAW - LABATE,ANGELO 11/05/2022 TRANSACTIONS: 12 | S061 | 41258473 | 68.01 |
| 12/13/22 | Parker-Thompson, Destiney <br> COMPUTERIZED RESEARCH <br> NY WESTLAW - PARKER-THOMPSON,DESTINEY 11/10/2022 TRANSACTIONS: 25 | S061 | 41257630 | 305.25 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023000274

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 12/13/22 | Suarez, Ashley<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SUAREZ,ASHLEY 11/27/2022 TRANSACTIONS: 7 | S061 | 41257126 | 22.67 |
| 12/13/22 | Cazes, Catherine<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CAZES,CATHERINE 11/02/2022 TRANSACTIONS: 22 | S061 | 41258601 | 20.82 |
| 12/13/22 | Suarez, Ashley<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SUAREZ,ASHLEY 11/23/2022 TRANSACTIONS: 5 | S061 | 41258284 | 68.01 |
| 12/13/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - PARKER-THOMPSON,DESTINEY 11/11/2022 TRANSACTIONS: 3 | S061 | 41258049 | 52.72 |
| 12/20/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 11/10/2022 ACCOUNT 424YN6CXS | S061 | 41272143 | 26.44 |
| 12/20/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 11/10/2022 ACCOUNT 424YN6CXS | S061 | 41272147 | 94.79 |
| 12/20/22 | Greco, Maximiliano R.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - GRECO, MAXIMILIANO 11/14/2022 ACCOUNT 424YN6CXS | S061 | 41272737 | 5.99 |
| 12/20/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 11/10/2022 ACCOUNT 424YN6CXS | S061 | 41272638 | 839.66 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023000274

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 12/20/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 11/11/2022 ACCOUNT 424YN6CXS | S061 | 41272833 | 99.80 |
| 12/20/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 11/05/2022 ACCOUNT 424YN6CXS | S061 | 41272208 | 889.05 |
| 12/20/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 11/07/2022 ACCOUNT 424YN6CXS | S061 | 41272848 | 543.32 |
| 12/20/22 | Greco, Maximiliano R.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - GRECO, MAXIMILIANO 11/14/2022 ACCOUNT 424YN6CXS | S061 | 41272743 | 49.39 |
| 12/20/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 11/06/2022 ACCOUNT 424YN6CXS | S061 | 41272447 | 148.20 |
| 12/20/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 11/01/2022 ACCOUNT 424YN6CXS | S061 | 41272229 | 49.39 |
| 12/20/22 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - MCMILLAN, JILLIAN 11/16/2022 ACCOUNT 424YN6CXS | S061 | 41272756 | 142.20 |
| 12/20/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 11/09/2022 ACCOUNT 424YN6CXS | S061 | 41272595 | 246.98 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023000274

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 12/20/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 11/11/2022 ACCOUNT 424YN6CXS | S061 | 41272811 | 47.40 |
| 12/20/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 11/10/2022 ACCOUNT 424YN6CXS | S061 | 41272355 | 52.88 |
| 12/20/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 11/11/2022 ACCOUNT 424YN6CXS | S061 | 41272095 | 493.93 |
| 12/20/22 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>BLAW USAGE REPORT - NOVEMBER 2022; BARAHONA, PHILIP; 2 DOCKET SEARCH | S061 | 41271677 | 25.61 |
| 12/20/22 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 11/11/2022 ACCOUNT 424YN6CXS | S061 | 41272046 | 26.44 |
| 12/20/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 11/04/2022 ACCOUNT 424YN6CXS | S061 | 41272718 | 493.93 |
| 12/27/22 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - NOVEMBER 2022 | S061 | 41276150 | 27.60 |
| 12/27/22 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - NOVEMBER 2022 | S061 | 41275782 | 1.00 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023000274

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| | **SUBTOTAL DISB TYPE S061:** | | | **$4,841.48** |
| 12/07/22 | WGM, Firm<br>DUPLICATING<br>1058 PRINT(S) MADE IN NEW YORK BETWEEN 12/01/2022 TO 12/06/2022 | S117 | 41249977 | 105.80 |
| 12/14/22 | WGM, Firm<br>DUPLICATING<br>45 PRINT(S) MADE IN NEW YORK BETWEEN 12/12/2022 TO 12/12/2022 | S117 | 41265374 | 4.50 |
| 12/21/22 | WGM, Firm<br>DUPLICATING<br>64 PRINT(S) MADE IN NEW YORK BETWEEN 12/15/2022 TO 12/20/2022 | S117 | 41268873 | 6.40 |
| 12/28/22 | WGM, Firm<br>DUPLICATING<br>46 PRINT(S) MADE IN NEW YORK BETWEEN 12/22/2022 TO 12/22/2022 | S117 | 41275658 | 4.60 |
| | **SUBTOTAL DISB TYPE S117:** | | | **$121.30** |
| | **TOTAL DISBURSEMENTS** | | | **$6,583.58** |