**Exhibit B**



Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

Tax I.D. No.:  51-0226371

February 1, 2023
Invoice 676412

Page 1

Client #  767622
Matter #  225120

For disbursements incurred through December 31, 2022
relating to  Representation in a potential chapter 11 case

OTHER CHARGES:

| | |
|---|---|
| Court Reporter Services | $159.50 |
| Document Retrieval | $29.10 |
| Electronic Legal Research | $1,244.87 |
| Long distance telephone charges | $3.87 |
| Messenger and delivery service | $150.00 |
| Photocopying/Printing<br>0 @ $.10/pg / 74 @ $.10/pg. | $7.40 |
| Other Charges | $1,594.74 |

TOTAL DUE FOR THIS INVOICE **$1,594.74**

**TOTAL DUE FOR THIS MATTER** **$1,594.74**

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

February 1, 2023  
Invoice 676412  
Page 51  
Client #  767622

Client: Kabbage, Inc.

Matter: Representation in a potential chapter 11 case  
Case Administration  
Creditor Inquiries  
Meeting  
Executory Contracts/Unexpired Leases  
Plan of Reorganization/Disclosure Statement  
Use, Sale of Assets  
Cash Collateral/DIP Financing  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Employee Issue  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 11/10/22 | PARCELS INC: | | MESS |
| | Amount = | $150.00 | |
| 12/01/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 12/01/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 12/01/22 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 12/02/22 | RELIABLE WILMINGTON: | | CTRPT |
| | Amount = | $159.50 | |
| 12/02/22 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA 30308

February 1, 2023  
Invoice 676412  
Page 52  
Client # 767622

| Date | Description | | Code |
|---|---|---|---|
| 12/02/22 | PACER | | DOCRETRI EV |
| | Amount = $0.20 | | |
| 12/02/22 | PACER | | DOCRETRI EV |
| | Amount = $0.20 | | |
| 12/02/22 | PACER | | DOCRETRI EV |
| | Amount = $0.40 | | |
| 12/02/22 | PACER | | DOCRETRI EV |
| | Amount = $0.30 | | |
| 12/02/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 12/02/22 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 12/06/22 | 914437416441 Long Distance | | LD |
| | Amount = $0.11 | | |
| 12/06/22 | 918287244548 Long Distance | | LD |
| | Amount = $0.11 | | |
| 12/06/22 | 914149393870 Long Distance | | LD |
| | Amount = $0.11 | | |
| 12/06/22 | 912022629260 Long Distance | | LD |
| | Amount = $0.06 | | |
| 12/06/22 | 913175011312 Long Distance | | LD |
| | Amount = $0.06 | | |
| 12/06/22 | 914233830930 Long Distance | | LD |
| | Amount = $0.06 | | |
| 12/06/22 | 912064223618 Long Distance | | LD |
| | Amount = $0.06 | | |
| 12/06/22 | 912533070913 Long Distance | | LD |
| | Amount = $0.06 | | |
| 12/06/22 | 917203080879 Long Distance | | LD |
| | Amount = $0.06 | | |
| 12/06/22 | 918043898357 Long Distance | | LD |
| | Amount = $0.11 | | |
| 12/06/22 | 917176372340 Long Distance | | LD |
| | Amount = $0.39 | | |
| 12/06/22 | 915045152275 Long Distance | | LD |
| | Amount = $0.06 | | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | February 1, 2023<br>Invoice 676412<br>Page 53<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 12/06/22 | 914845536326 Long Distance | LD |
| | Amount =   $0.06 | |
| 12/06/22 | 914149393870 Long Distance | LD |
| | Amount =   $0.11 | |
| 12/06/22 | 917609083231 Long Distance | LD |
| | Amount =   $0.06 | |
| 12/06/22 | 917069228038 Long Distance | LD |
| | Amount =   $0.06 | |
| 12/06/22 | 919725201679 Long Distance | LD |
| | Amount =   $0.06 | |
| 12/06/22 | Printing | DUP |
| | Amount =   $1.80 | |
| 12/06/22 | Printing | DUP |
| | Amount =   $2.50 | |
| 12/06/22 | Printing | DUP |
| | Amount =   $0.20 | |
| 12/07/22 | 913175011312 Long Distance | LD |
| | Amount =   $0.06 | |
| 12/07/22 | 912064223618 Long Distance | LD |
| | Amount =   $0.06 | |
| 12/07/22 | 917203080879 Long Distance | LD |
| | Amount =   $0.06 | |
| 12/07/22 | 913175011312 Long Distance | LD |
| | Amount =   $0.06 | |
| 12/07/22 | 919145145665 Long Distance | LD |
| | Amount =   $0.11 | |
| 12/07/22 | 913237881024 Long Distance | LD |
| | Amount =   $0.06 | |
| 12/07/22 | 914845536326 Long Distance | LD |
| | Amount =   $0.11 | |
| 12/07/22 | Printing | DUP |
| | Amount =   $2.50 | |
| 12/08/22 | PACER | DOCRETRI EV |
| | Amount =   $0.60 | |
| 12/10/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =   $2.80 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | February 1, 2023<br>Invoice 676412<br>Page 54<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 12/10/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $0.20 | |
| 12/10/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/13/22 | 918329497075 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 913173845985 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 915164451439 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 915164451439 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 915103166587 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 917573031733 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 919414040370 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 919414040370 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 912054540839 Long Distance | LD |
| | Amount =  $0.11 | |
| 12/13/22 | 914042167693 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 914075807912 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 919174355565 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 919542327091 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/13/22 | 913107103356 Long Distance | LD |
| | Amount =  $0.17 | |
| 12/15/22 | 914147559210 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/15/22 | 912036447231 Long Distance | LD |
| | Amount =  $0.11 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | February 1, 2023<br>Invoice 676412<br>Page 55<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 12/15/22 | 912147963662 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/15/22 | 912164827963 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/15/22 | 914075859473 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/15/22 | 916317645578 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/15/22 | 919017790356 Long Distance | LD |
| | Amount =  $0.11 | |
| 12/15/22 | 917864891125 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/15/22 | 916622070750 Long Distance | LD |
| | Amount =  $0.06 | |
| 12/15/22 | 912513747544 Long Distance | LD |
| | Amount =  $0.11 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Law Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $2.80 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | February 1, 2023<br>Invoice 676412<br>Page 56<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 12/20/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $0.60 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $7.99 | |
| 12/20/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $1.40 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $1.30 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/20/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $3.50 | |
| 12/20/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | February 1, 2023<br>Invoice 676412<br>Page 57<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 12/20/22 | Docket Search | ELEGALRE~ |
| | Amount = $25.00 | |
| 12/20/22 | Document Retrieval (Electronic) | ELEGALRE~ |
| | Amount = $7.99 | |
| 12/20/22 | Document Retrieval (Electronic) | ELEGALRE~ |
| | Amount = $7.90 | |
| 12/20/22 | Document Retrieval (Electronic) | ELEGALRE~ |
| | Amount = $0.50 | |
| 12/20/22 | Docket Search | ELEGALRE~ |
| | Amount = $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE~ |
| | Amount = $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE~ |
| | Amount = $25.00 | |
| 12/20/22 | Docket Search | ELEGALRE~ |
| | Amount = $25.00 | |
| 12/20/22 | PACER | DOCRETRI~ |
| | Amount = $3.00 | |
| 12/20/22 | PACER | DOCRETRI~ |
| | Amount = $0.40 | |
| 12/21/22 | Document Retrieval (Electronic) | ELEGALRE~ |
| | Amount = $0.30 | |
| 12/21/22 | Document Retrieval (Electronic) | ELEGALRE~ |
| | Amount = $1.10 | |
| 12/21/22 | Document Retrieval (Electronic) | ELEGALRE~ |
| | Amount = $3.00 | |
| 12/21/22 | Docket Search | ELEGALRE~ |
| | Amount = $25.00 | |
| 12/21/22 | Document Retrieval (Electronic) | ELEGALRE~ |
| | Amount = $1.20 | |
| 12/21/22 | Docket Search | ELEGALRE~ |
| | Amount = $25.00 | |
| 12/21/22 | Document Retrieval (Electronic) | ELEGALRE~ |
| | Amount = $1.10 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA 30308 | | February 1, 2023<br>Invoice 676412<br>Page 58<br>Client # 767622 |

| Date | Description | | Code |
|---|---|---|---|
| 12/21/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 12/21/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 12/21/22 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $1.50 | |
| 12/21/22 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $0.80 | |
| 12/21/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 12/21/22 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $0.80 | |
| 12/21/22 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $6.00 | |
| 12/21/22 | PACER | | DOCRETRI |
| | Amount = | $2.70 | |
| 12/21/22 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/21/22 | Printing | | DUP |
| | Amount = | $0.40 | |
| 12/22/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 12/22/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 12/22/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 12/22/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 12/22/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 12/22/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 12/22/22 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |

| | | |
|---|---|---|
| Kabbage, Inc. | | February 1, 2023 |
| Attn: Holly Loiseau | | Invoice 676412 |
| KServicing, Inc. | | Page 59 |
| 730 Peachtree Street NE, Suite 470 | | |
| Atlanta GA  30308 | | Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 12/22/22 | PACER | DOCRETRI |
| | Amount =  $0.40 | |
| 12/22/22 | PACER | DOCRETRI |
| | Amount =  $3.00 | |
| 12/22/22 | PACER | DOCRETRI |
| | Amount =  $0.60 | |
| 12/22/22 | PACER | DOCRETRI |
| | Amount =  $0.60 | |
| 12/23/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $3.00 | |
| 12/23/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $6.00 | |
| 12/23/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $5.09 | |
| 12/25/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/26/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $6.00 | |
| 12/27/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/27/22 | Document Retrieval (Electronic) | ELEGALRE |
| | Amount =  $0.30 | |
| 12/27/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/27/22 | PACER | DOCRETRI |
| | Amount =  $0.50 | |
| 12/27/22 | PACER | DOCRETRI |
| | Amount =  $0.10 | |
| 12/27/22 | PACER | DOCRETRI |
| | Amount =  $0.10 | |
| 12/28/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |
| 12/28/22 | Docket Search | ELEGALRE |
| | Amount =  $25.00 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA 30308 | | February 1, 2023<br>Invoice 676412<br>Page 60<br>Client # 767622 |

| Date | Description | Code |
|---|---|---|
| 12/28/22 | Document Retrieval (Electronic)<br>Amount = $12.70 | ELEGALRE |
| 12/28/22 | Docket Search<br>Amount = $25.00 | ELEGALRE |
| 12/28/22 | Docket Search<br>Amount = $25.00 | ELEGALRE |
| 12/28/22 | PACER<br>Amount = $0.70 | DOCRETRI |
| 12/28/22 | PACER<br>Amount = $0.80 | DOCRETRI |
| 12/28/22 | PACER<br>Amount = $0.20 | DOCRETRI |
| 12/28/22 | PACER<br>Amount = $0.70 | DOCRETRI |
| 12/28/22 | PACER<br>Amount = $0.80 | DOCRETRI |
| 12/29/22 | Document Retrieval (Electronic)<br>Amount = $3.00 | ELEGALRE |
| 12/29/22 | Document Retrieval (Electronic)<br>Amount = $1.80 | ELEGALRE |
| 12/29/22 | Document Retrieval (Electronic)<br>Amount = $1.20 | ELEGALRE |
| 12/29/22 | Document Retrieval (Electronic)<br>Amount = $3.00 | ELEGALRE |
| 12/29/22 | PACER<br>Amount = $0.30 | DOCRETRI |

TOTALS FOR   767622          Kabbage, Inc.

Expenses    $1,594.74