IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 1, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period From December 1, 2022 Through December 31, 2022 [Docket No. 511]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of this filing was served on the following parties attached hereto as **Exhibit B** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: February 2, 2023

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 2nd day of February, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| The Debtors | Kabbage, Inc. d/b/a KServicing | Attn: Holly Loiseau, General Counsel<br>925B Peachtree St NE, Ste 383<br>Atlanta, GA 30309 | hloiseau@kservicecorp.com | Email |
| Counsel for the Debtors | Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFranceschi<br>Attn: Amanda R. Steele<br>Attn: Zachary I. Shapiro<br>One Rodney Square, 920 North King St<br>Wilmington, DE 19801 | defranceschi@rlf.com;<br>steele@rlf.com;<br>shapiro@rlf.com | Email |
| US Trustee | United States Trustee | Attn: Richard L. Schepacarter<br>Attn: Rosa Sierra-Fox<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov;<br>rosa.sierra@usdoj.gov | Email<br>First Class Mail |
| Counsel for the Debtors | Weil, Gotshal & Manges LLP | Attn: Candace M. Arthur<br>Attn: Natasha S. Hwangpo<br>Attn: Chase A. Bentley<br>767 Fifth Ave<br>New York, NY 10153 | candace.arthur@weil.com;<br>natasha.hwangpo@weil.com;<br>chase.bentley@weil.com | Email |

# **EXHIBIT B**

# Mailing Information for Case 22-10951-CTG

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Derek C. Abbott**   dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Ryan M. Bartley**   bankfilings@ycst.com
- **Kate R. Buck**   kbuck@mccarter.com
- **Anthony W. Clark**   Anthony.Clark@gtlaw.com, zerber@gtlaw.com
- **Scott D. Cousins**   scott.cousins@cousins-law.com
- **Daniel J. DeFranceschi**   defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Robert J. Dehney**   rdehney@mnat.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Kathleen G. Furr**   kfurr@bakerdonelson.com, smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com
- **Alastair Gesmundo**   Alastair.M.Gesmundo@usdoj.gov
- **Sean T. Greecher**   sgreecher@ycst.com
- **William A. Hazeltine**   Bankruptcy001@sha-llc.com
- **Scott D Jones**   scott.jones@cousins-law.com, kmccloskey@bayardlaw.com
- **David Bruce Kurzweil**   kurzweild@gtlaw.com, brattons@gtlaw.com;thompsonmich@gtlaw.com;wagnerje@gtlaw.com
- **Huiqi Liu**   liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com
- **Dennis A. Meloro**   melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Matthew P. Milana**   milana@rlf.com
- **John J. Monaghan**   bos-bankruptcy@hklaw.com
- **Erika Morabito**   emorabito@foley.com
- **Pauline K. Morgan**   pmorgan@ycst.com
- **Isaac Nesser**   isaacnesser@quinnemanuel.com
- **Matthew A Petrie**   petriem@gtlaw.com
- **Reliable Companies**   gmatthews@reliable-co.com
- **Richard L. Schepacarter**   richard.schepacarter@usdoj.gov
- **Lisa M. Schweitzer**   lschweitzer@cgsh.com, maofiling@cgsh.com
- **Zachary I Shapiro**   shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Rosa Sierra-Fox**   rosa.sierra@usdoj.gov, rosa.sierra-fox@usdoj.gov
- **Amanda R. Steele**   steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Gregory W. Werkheiser**   gwerkheiser@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Jonathan Michael Weyand**   jweyand@morrisnichols.com, rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Susheel Kirpalani**
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue
22nd Floor
NEW York, NY 10010

**AlixPartners, LLP**
,

**Candace Arthur**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Chase Bentley**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**James L. Bromley**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

**Kristin Corbett**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Greenberg Traurig, LLP**
,

**Brian E. Greer**
One Vanderbilt Avenue
New York, NY 10017

**Natasha S. Hwangpo**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Jones Day**
,

**Jacob Juneau**
,

**Richard C. Minott**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Omni Agent Solutions**
,

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Richards, Layton & Finger, P.A.**
,

**Elizabeth A. Ruocco**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Matthew R. Scheck**
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th St.
Suite 2010
Austin, TX 78701

**Ray C. Schrock**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

**Richard W. Slack**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Jeremy M. Sternberg**
Holland & Knight LLP
10 St. James Ave
11th Floor
Boston, MA 02116

**The Juneau Group, LLC**
,

**Theodore E. Tsekerides**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY

**Weil, Gotshal & Manges LLP**
,

# Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.