IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SECOND SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 3, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- Notice of (I) Approval of the Disclosure Statement of the Debtors (II) Establishment of Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approval of Special Electronic Noticing Procedures, (VI) Approval of Debtors' Proposed Cure Procedures for Unexpired Leases and Executory Contracts, and (VII) Granting Related Relief [Docket No. 471]

Dated: February 7, 2023

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 7th day of February, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| 360 Performance Fearless LLC, | 1711 Martin Luther King Jr Blvd | Killeen, TX 76543 | | First Class Mail |
| 82 Ventures LLC | 108 Rainbow Falls Ln | Weddington, NC 28104 | | First Class Mail |
| Abacus 247 LLC | 2990 E Northern Ave, Ste C103 | Phoenix, AZ 85028 | | First Class Mail |
| Abe Partners LLC | 1310 Wilderness Dr. | Austin, TX 78746 | | First Class Mail |
| Academic Foundation For International Cultural Exchange | 7242 La Jolla Blvd | La Jolla, CA 92037 | | First Class Mail |
| Adams Commercial Cleaning Inc. | 9522 Brookline Ave, Ste 113 | Baton Rouge, LA 70809 | | First Class Mail |
| Adana Properties LLC | 65 Seaman Ave | Cc | New York, NY 10034 | First Class Mail |
| Adelaida G. Asuncion | Address Redacted | | | First Class Mail |
| Ahmad R Hamidi | Address Redacted | | | First Class Mail |
| Aidachi Burgos Mieres | Address Redacted | | | First Class Mail |
| Alain Gongora | Address Redacted | | | First Class Mail |
| Alec Ounsworth, LLC | 8135 Germantown Ave, Apt 2F | 8135 Germantown Ave. | Philadelphia, PA 19118 | First Class Mail |
| Alexandra Tenney | Address Redacted | | | First Class Mail |
| Alexia First Choice Inc | 14055 Burdn Crst | 3B | Brairwood, NY 11435 | First Class Mail |
| Alexis Valladares | Address Redacted | | | First Class Mail |
| Ali Armas Camacho | Address Redacted | | | First Class Mail |
| All Construction & Remodeling Inc | 460 Ashland St | Hoffman Estates, IL 60169 | | First Class Mail |
| All Legal Look Now | 1515 Paul Russell Rd | 28 | Tallahassee, FL 32301 | First Class Mail |
| Amaury Perez | Address Redacted | | | First Class Mail |
| American Sealing, Inc. | 1245 Old Pylesville Road | Whiteford, MD 21160 | | First Class Mail |
| Amir Neeman Consulting LLC | 403 N Beauregard St | Apt 201 | Alexandria, VA 22312 | First Class Mail |
| Amuse Bouche | Address Redacted | | | First Class Mail |
| Amy Devenny Hairstyling | 46 Elm St | Los Gatos, CA 95030 | | First Class Mail |
| Anabel Alberto | Address Redacted | | | First Class Mail |
| Anesthesia Adjunct Services, LLC | 2604 Midway Rd | Decatur, GA 30030 | | First Class Mail |
| Angela Tornatore | Address Redacted | | | First Class Mail |
| Anvil Farms LLC | 4705 Windsor Drive | Garland, TX 75042 | | First Class Mail |
| Any Davila Sanchez | Address Redacted | | | First Class Mail |
| Apro & Associates | 3049 N Lasalle St | Indianapolis, IN 46218 | | First Class Mail |
| Arlet Sori Neira | Address Redacted | | | First Class Mail |
| Arnaldo Fernandez | Address Redacted | | | First Class Mail |
| Art & Clay, Inc. | 14667 Big Basin Way | Saratoga, CA 95070 | | First Class Mail |
| Ashley Harley | Address Redacted | | | First Class Mail |
| Aurora Tejeda | Address Redacted | | | First Class Mail |
| Autumn Moody | Address Redacted | | | First Class Mail |
| Benjamin Sanderson | Address Redacted | | | First Class Mail |
| Best Value Distributors, Inc | 101 W 84th St | Chicago, IL 60620 | | First Class Mail |
| Beyachance Photography | 924 Watson Way | Pflugerville, TX 78660 | | First Class Mail |
| Bf White Motor Co Odf Stanton Inc | 201 E Saint Anna St | Stanton, TX 79782 | | First Class Mail |
| Bio-Nutrition International, Inc | 559 D'Onofrio Dr. Ste. 15 | Madison, WI 53719 | | First Class Mail |
| Blackjack Secaucus, LLC | 146 Front St | Secaucus, NJ 07094 | | First Class Mail |
| Blue Planet Green Energy LLC | 312 Ronalds St | Iowa City, IA 52245 | | First Class Mail |
| Blumenfield Marketing Inc. | 100 Beard Sawmill Road | Suite 360 | Shelton, CT 06484 | First Class Mail |
| Bobby Tate | Address Redacted | | | First Class Mail |
| Boomers Blanchard Grinding Inc | 50681 Wing Dr | Shelby Twp, MI 48315 | | First Class Mail |
| Bowman Hair Care | 1487 Nw 38 St | Miami, FL 33142 | | First Class Mail |
| Brandfluence Inc, | 1035 Pleasant Ave | Mckeesport, PA 15133 | | First Class Mail |
| Brew & Beyond LLC | 52 Country Greens Drive | Bellport, NY 11713 | | First Class Mail |
| Brian Pittman | Address Redacted | | | First Class Mail |
| Brian Rhea | Address Redacted | | | First Class Mail |
| Brianna Shuler | Address Redacted | | | First Class Mail |
| Brushstroke Music | 572 W Arrow Hwy | San Dimas, CA 91773 | | First Class Mail |
| Bryan Torres Fernandez | Address Redacted | | | First Class Mail |
| Buildingvirtually.Com LLC | 930 E 54th St | Tacoma, WA 98404 | | First Class Mail |
| Buildsimhub Inc | 322 North Shore Dr. | Suite 200 | Pittsburgh, PA 15212 | First Class Mail |
| Byrnes Gould Pllc | 312 Main St | Suite 200 | Danville, VA 24541 | First Class Mail |
| C.Celinski Tuckpointing Corp. | 2650 Harrison St | Glenview, IL 60025 | | First Class Mail |
| Cadmate | 5457 Field Brook Ct. | Antioch, CA 94531 | | First Class Mail |
| Cafe Aimee LLC | 907 Lost Creek Circle | Stone Moutain, GA 30088 | | First Class Mail |
| Cafe Cubism Inc | 303 Peachtree Center Ave Ne | Atlanta, GA 30303 | | First Class Mail |
| Camp Green Inc. | 1652 West Texas St | Fairfield, CA 94533 | | First Class Mail |
| Campbell Connection | 330 Frost St | 1H | Brooklyn, NY 11222 | First Class Mail |
| Carlos Rios Lemoine | Address Redacted | | | First Class Mail |
| Carol J. Koonce Cpa Pllc | 12711 Poquoson Drive | Austin, TX 78727 | | First Class Mail |
| Catalyst Cooperative | 748 10th St | Boulder, CO 80302 | | First Class Mail |
| Ce Administrators | 1529 E 6th St | Coal Valley, IL 61240 | | First Class Mail |
| Cellular Lease Consultants, LLC | 6989 East Ln | S Haven, MI 49090 | | First Class Mail |
| Central Utah Enterprises | 1170 S 350 E | Provo, UT 84606 | | First Class Mail |
| Cesar Castaneda Morales | Address Redacted | | | First Class Mail |
| Cesar Moreno Rojas | Address Redacted | | | First Class Mail |
| Chase Hosea | Address Redacted | | | First Class Mail |
| Chem-Lo Pest Management | 16478 Sw 85 Place | Miami, FL 33193 | | First Class Mail |
| Christian A Cutrone | Address Redacted | | | First Class Mail |
| Cj Constructors, LLC | 16026 W Cortez St | Surprise, AZ 85379 | | First Class Mail |
| Clarks Home Inspection | 2118 Melody Drive | Franklin, TN 37067 | | First Class Mail |
| Commercial Vehicle Training Center | 2100 S Denver Ave | Unit C | Ft Lupton, CO 80621 | First Class Mail |
| Commonwealth Cleaning Services, Inc | 6015 West Broad St | Richmond, VA 23230 | | First Class Mail |
| Compass Consulting Engineers Pc | 10875 Dover St | 900 | Westminster, CO 80021 | First Class Mail |
| Correct Development LLC | Attn: Ernesto Ponce | 50 N Laura St, Ste 2500 | Jacksonville, FL 32202 | First Class Mail |
| Covington Contracting, LLC | 18 E Forest Ct | Conroe, TX 77384 | | First Class Mail |
| Crimson Inspection LLC | 590 Madison Ave | 21St Floor | New York, NY 10022 | First Class Mail |
| Cronus Private Investments | 951 Brickell Ave | Miami, FL 33131 | | First Class Mail |
| Cyber Inspekt, LLC | 3927 Chapel Oak Dr | Apex, NC 27502 | | First Class Mail |
| Cyra Solar, LLC | 8940 W Olive Ave | 162 | Peoria, AZ 85345 | First Class Mail |
| D.M.N. Construction Inc. | 8006 S. Neva Ave | Burbank, IL 60459 | | First Class Mail |
| Damjang, Inc. | 116 W 21st St | Ste 5 | Los Angeles, CA 90007 | First Class Mail |
| David Moreno | Address Redacted | | | First Class Mail |
| Dawgs All Day LLC | 1060 Broadway | Brooklyn, NY 11221 | | First Class Mail |
| Deanna Reagan | Address Redacted | | | First Class Mail |
| Decor Interior Remodeling Corp. | 4060 N Keystone Ave, Apt 2E | Chicago, IL 60641 | | First Class Mail |
| Denice Malpica | Address Redacted | | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Denol Construction, Inc. | 981 S Fairfield Ave | Elmhurst, IL 60126 | | First Class Mail |
| Design Build Profit, LLC | 331 Newman Springs Road | Red Bank, NJ 07701 | | First Class Mail |
| Devon Dunham Inc | 10 East Campbell St. | Edmond, OK 73034 | | First Class Mail |
| Diana Alvarez Mendez | Address Redacted | | | First Class Mail |
| Diana Jacques | Address Redacted | | | First Class Mail |
| Dickinson Interiors, Inc. | 13040 Louetta Road | 252 | Cypress, TX 77429 | First Class Mail |
| Diosy Reyes | Address Redacted | | | First Class Mail |
| Doextra Corporation | 717 Ne Castleton Ct | Ankeny, IA 50021 | | First Class Mail |
| Dominique Green | Address Redacted | | | First Class Mail |
| Doodletime Daycare Inc | 119 Dorchester Rd | Ronkonkoma, NY 11779 | | First Class Mail |
| E R & J Food & Liquor, Inc. | 654-58 East 67th St | Chicago, IL 60637 | | First Class Mail |
| Eagle Sun Corp. | 15525 Warwick Blvd. | 103 | Newport News, VA 23608 | First Class Mail |
| Eclipse Carpentry LLC | 1446 3rd Ave N | Fargo, ND 58102 | | First Class Mail |
| Elena Cervantes Rivero | Address Redacted | | | First Class Mail |
| Elite Rivers LLC | 100 Boston Turnpike, Ste 153 | Shrewsbury, MA 01545 | | First Class Mail |
| Emilio Guillen Serra | Address Redacted | | | First Class Mail |
| Engen And Kozojed And Associates Incorporated | Attn: Timothy Engen | 18300 Minnetonka Boulevard | Wayzata, MN 55391 | First Class Mail |
| Enrique Gomez Luciani | Address Redacted | | | First Class Mail |
| Epc Accounting & Bookkeeping Services, Inc | 12675 Nw 11 Place | Sunrise, FL 33323 | | First Class Mail |
| Esmery Lavadie | Address Redacted | | | First Class Mail |
| Ev Windows & Doors, Inc. | 9344 Knight Ave | Des Plaines, IL 60016 | | First Class Mail |
| Evx Corp. | 4949 District Blvd | Vernon, CA 90058 | | First Class Mail |
| Exit Santa Cruz, LLC | 41 Technology Dr. | Garner, NC 27529 | | First Class Mail |
| Expert Construction & Development, Inc | 9742 Southwest Hwy | Oak Lawn, IL 60453 | | First Class Mail |
| Fernando Pozuelo Villegas | Address Redacted | | | First Class Mail |
| Festival Properties LLC | 651 S Sutton Rd | Suite 264 | Streamwood, IL 60107 | First Class Mail |
| First Start Roofing | 5700 South Ashland | Chicago, IL 60636 | | First Class Mail |
| Fkrn Transportation Inc | 4509 Forest Ave | 1S | Brookfield, IL 60513 | First Class Mail |
| Flight Photo Agency LLC | 382 NE 191st St | Miami, FL 33179-3899 | | First Class Mail |
| Flynn LLC | 2921 Greenfield Ave | Los Angeles, CA 90064 | | First Class Mail |
| Foot Villa | 166 Hayward Place | Wallington, NJ 07057 | | First Class Mail |
| Fourzero LLC | 2829 Bird Ave | Suite 5-123 | Coconut Grove, FL 33133 | First Class Mail |
| Frank Bolivar Medina | Address Redacted | | | First Class Mail |
| Freedom To Choose Inc | 109 Melrose Ave | Suite E | Catonsville, MD 21228 | First Class Mail |
| G & R Fuel Corporation | 822 Clinton Ave | Newark, NJ 07108 | | First Class Mail |
| Garcia'S Landscape LLC | 912 Atlanta Hwy | Gainesville, GA 30501 | | First Class Mail |
| Gaviidae Consulting, LLC | 3445 Urbandale Lane N | Plymouth, MN 55447 | | First Class Mail |
| Gehring Insurance , Inc. | 4440 Pga Blvd | Suite 408 | Palm Beach Gardens, FL 33410 | First Class Mail |
| George Leblanc | Address Redacted | | | First Class Mail |
| Gerardo Aguilar Medina | Address Redacted | | | First Class Mail |
| Gilberto Deibis Lopez | Address Redacted | | | First Class Mail |
| Gizmac Accessories LLC | 4025 Spencer St | Suite 102 | Torrance, CA 90503 | First Class Mail |
| Glam2Go Beauty LLC | 2401 E 38th St | Cleveland, OH 44115 | | First Class Mail |
| Glenn O Klein | Address Redacted | | | First Class Mail |
| Goodwolf Feeding Company | 7715 Ne 33Rd Dr, Ste D | Portland, OR 97211 | | First Class Mail |
| Grand-Way Metal Finishing, Inc | 3055 Kashiwa St B | Torrance, CA 90505 | | First Class Mail |
| Greater Oshkosh Healthy Neighborhoods, Inc. | 100 N Main St. | Suite 103 | Oshkosh, WI 54901 | First Class Mail |
| Grindleservices | 160 Ridge Rd | Walworth, WI 53184 | | First Class Mail |
| Guardian Insurance LLC | 207 E Holly Ave | Suite 103 | Sterling, VA 20164 | First Class Mail |
| Gysel Bravo Sierra | Address Redacted | | | First Class Mail |
| Han & Kim Bakery LLC | 12895 Josey Ln | Ste 200 | Dallas, TX 75234 | First Class Mail |
| Harold Diaz Cangas | Address Redacted | | | First Class Mail |
| Hera X Hero LLC | 23871 Madison St | Torrance, CA 90505 | | First Class Mail |
| Hi-Fadez LLC | 544 Park Ave | 440 | Brooklyn, NY 11205 | First Class Mail |
| Hollywood Entertainment LLC | 118 Patrick Henry Drive | Elizabethton, TN 37643 | | First Class Mail |
| Huggins Expert Real Estate Team LLC | 307 N Goose Creek Blvd | 744 | Goose Creek, SC 29445 | First Class Mail |
| Ic Shop LLC | 5614 W Grand Parkway S, Ste 102 | Richmond, TX 77406 | | First Class Mail |
| Ilen Pis Perez | Address Redacted | | | First Class Mail |
| In Becky'S Care | 54 Heery Rd | Apt C | Newnan, GA 30263 | First Class Mail |
| Integrative Billing & Coding Services Corp. | 3603 Fawn Trail | Prairie Grove, IL 60012 | | First Class Mail |
| Irene Casas Chow | Address Redacted | | | First Class Mail |
| Iron Kettle Farm Inc | 419 Knobby Creek Trail | Rutherfordton, NC 28139 | | First Class Mail |
| Iron Kitchen Inc | 1727 Webster St | Alameda, CA 94501 | | First Class Mail |
| Isabel Rodriguez | Address Redacted | | | First Class Mail |
| Itravel Geithersburg LLC | 22446 Glenbow Way | Clarksburg, MD 20871 | | First Class Mail |
| Ja From The Ground Up | 2077 S Ironton Ct | Aurora, CO 80014 | | First Class Mail |
| Jaifitacademy | 1851 Dunlap Ave | E Point, GA 30344 | | First Class Mail |
| James Conner | Address Redacted | | | First Class Mail |
| Janice Hoffman | Address Redacted | | | First Class Mail |
| Janmel Beckham | Address Redacted | | | First Class Mail |
| Jason Lee | Address Redacted | | | First Class Mail |
| Javier Caballero Labanino | Address Redacted | | | First Class Mail |
| Jd Burse Trucking LLC | 6001 Sw 12th St | Apt 816 | Oklahoma City, OK 73128 | First Class Mail |
| Jeffrey Wain | Address Redacted | | | First Class Mail |
| Jerusalem, Inc | 1185 West Granada Blvd | Ste 5 | Ormond Beach, FL 32174 | First Class Mail |
| Jesus Avila | Address Redacted | | | First Class Mail |
| Jill Agnello | Address Redacted | | | First Class Mail |
| Joanne Donaldson | Address Redacted | | | First Class Mail |
| Jogip Investment Group, LLC | 1111 W Mockingbird Lane | Suite 520 | Dallas, TX 75247 | First Class Mail |
| Johnattan Pessolano | Address Redacted | | | First Class Mail |
| Johnson & Shinton, P.C. | 9651 Business Center Drive | Suite C | Rancho Cucamonga, CA 91730 | First Class Mail |
| Jorge Entralgo Melendez | Address Redacted | | | First Class Mail |
| Jose Antonio Jr Betancourt | Address Redacted | | | First Class Mail |
| Jose Uribe | Address Redacted | | | First Class Mail |
| Jose Yobe & Jorge Alem Partnership | 2686 Loma Vista Road | Ventura, CA 93003 | | First Class Mail |
| Joshua Killingsworth | Address Redacted | | | First Class Mail |
| Jp Electrical Power & Controls | 4634 Via La Quinta | Yorba Linda, CA 92886 | | First Class Mail |
| Justina L. Winfrey | Address Redacted | | | First Class Mail |

KABBAGE, INC. d/b/a KSERVICING, et al., (Case No. 22-10951)

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| K.O. Management, Inc. | 19217 Gunn Hwy | Odessa, FL 33556 | | First Class Mail |
| Kadra Masonry, Corp | 2918 N Lotus Ave | Chicago, IL 60641 | | First Class Mail |
| Kais Infinite Extrem Martial Arts LLC | 97-14 Liberty Ave | Ozone Pk, NY 11417 | | First Class Mail |
| Kaniyo Co | Address Redacted | | | First Class Mail |
| Karen Walker Edmunds | Address Redacted | | | First Class Mail |
| Kevin Cisnero Cordoves | Address Redacted | | | First Class Mail |
| Kevin Mendoza Perez | Address Redacted | | | First Class Mail |
| Kimberly Dalaskey | Address Redacted | | | First Class Mail |
| Kitchen Magician Inc. | 441 E. Broadway Ave. | Crystal Lake, IL 60014 | | First Class Mail |
| Klep Home Therapy Services Inc. | 1289 Chenille Cir | Weston, FL 33327 | | First Class Mail |
| L & I Maintenance Services Corp | 3000 Aplm Ave | 2 | Hialeah, FL 33012 | First Class Mail |
| L&C Landcare LLC | Attn: Luciano Paschoalini | 11 Germantown Road | Danbury, CT 06810 | First Class Mail |
| La Mancha Systems Corp | 4 Embarcadero Center 1400 | San Francisco, CA 94111 | | First Class Mail |
| Lara Brito | Address Redacted | | | First Class Mail |
| Laretha Spain | Address Redacted | | | First Class Mail |
| Law Office Of Xiomara Escalante-Sostre | 6609 Blanco Rd | San Antonio, TX 78216 | | First Class Mail |
| Le Chef Costumier, Inc. | 2152 N Lincoln St | Burbank, CA 91504 | | First Class Mail |
| Le Dang | Address Redacted | | | First Class Mail |
| Leal Development Inc | 11123 Katy Fwy | Houston, TX 77079 | | First Class Mail |
| Leena & Pinky Inc | 3656 Jodeco Road | Mcdonough, GA 30253 | | First Class Mail |
| Logictran | 1250 W Southwinds Blvd | Apt 110 | Vero Beach, FL 32963 | First Class Mail |
| Lollipop Station | Attn: Bill Edwards | 122 E Davis St, Ste A | Culpeper, VA 22701 | First Class Mail |
| Louis Walker | Address Redacted | | | First Class Mail |
| Lrm Corp | 309 Chapanoke Road | Raleigh, NC 27603 | | First Class Mail |
| Lto, LLC | 4006 Bessemer Super Hwy, Ste B | Bessemer, AL 35020 | | First Class Mail |
| M&M Tax & Financial Solution LLC | 1128 SW Golden Ave | Arcadia, FL 34266-4248 | | First Class Mail |
| Maddog Silver Etc | Attn: Vernon Patterson | 1601 Market St | Shreveport, LA 71101 | First Class Mail |
| Manuel Gonzalez Tenias | Address Redacted | | | First Class Mail |
| Marathon Consulting Group | 1008 Bart Circle | Thousand Oaks, CA 91360 | | First Class Mail |
| Maria Del Carmen Cabrera | Address Redacted | | | First Class Mail |
| Maria Morales | Address Redacted | | | First Class Mail |
| Marisleivy Aguilera Menendez | Address Redacted | | | First Class Mail |
| Mary Jenkins Story | Address Redacted | | | First Class Mail |
| Mary-Ella Green | Address Redacted | | | First Class Mail |
| Matthew Pelton | Address Redacted | | | First Class Mail |
| Max Trucking (Dba) Max Builder | 4803 Onita Dr | Arlington, TN 38002 | | First Class Mail |
| Mayra Aguero | Address Redacted | | | First Class Mail |
| Mbr Medical Beauty Research Usa | 8241 Lincoln Terrace Los Angeles | Los Angeles, CA 90069 | | First Class Mail |
| Melissa Duvall | Address Redacted | | | First Class Mail |
| Meyer Builders | 5810 Gate Post Road | Charlotte, NC 28211 | | First Class Mail |
| Meze Restaurant | 2437 18 th St Nw | Washington, DC 20009 | | First Class Mail |
| Mi Casa Tax Pro | 1656-H 5th Ave | Bay Shore, NY 11706 | | First Class Mail |
| Michael Beltran | Address Redacted | | | First Class Mail |
| Michael Salguero | Address Redacted | | | First Class Mail |
| Michelle Piper | Address Redacted | | | First Class Mail |
| Miguel Reyes Molina | Address Redacted | | | First Class Mail |
| Mildrey Dorta Rivero | Address Redacted | | | First Class Mail |
| Minding The Body Psychotherapy | 15 Village Plaza St | Suite 2B | S Orange, NJ 07079 | First Class Mail |
| Mirata Marketing | 17043 Aurora St | Omaha, NE 68136 | | First Class Mail |
| Mirella Vilaro | Address Redacted | | | First Class Mail |
| Misty Day Real Estate, LLC | 13265 Webster Ave. | Savage, MN 55378 | | First Class Mail |
| Modtique LLC | 21155 N 56th St | Apt 3140 | Phoenix, AZ 85054 | First Class Mail |
| Mountain State Analytics, LLC | 111 High St | Morgantown, WV 26505 | | First Class Mail |
| Mukesh Patel | Address Redacted | | | First Class Mail |
| Nairyn Hernandez Guanes | Address Redacted | | | First Class Mail |
| Naoulo Law Firm | 7000 Central Parkway | Atlanta, GA 30328 | | First Class Mail |
| Natasha Shetayh | Address Redacted | | | First Class Mail |
| Nelkys Labrador | Address Redacted | | | First Class Mail |
| Neurosoft Laboratories Inc | 7254 S Xenia Cir. | B | Centennial, CO 80112 | First Class Mail |
| New Jin Lin Inc | 350 Bloomfield Ave. | Montclair, NJ 07042 | | First Class Mail |
| New Panorama Musicale LLC | 53 Butler St | Trenton, NJ 08611 | | First Class Mail |
| Nexlevel Nola Construction & Consultants | 11303 Midpoint Drive | New Orleans, LA 70128 | | First Class Mail |
| Ng Brokerage Services | 708 Main St | Suite 6-140 | Houston, TX 77002 | First Class Mail |
| Nhon Vu | Address Redacted | | | First Class Mail |
| Nicole Gibb | Address Redacted | | | First Class Mail |
| Noah'S Machinery Moving LLC | 865 W 12th St | Ogden, UT 84404 | | First Class Mail |
| Nolvia Castillo Calix | Address Redacted | | | First Class Mail |
| Norbert Trucking Service, Inc | 121 Montclare Ln | Wood Dale, IL 60191 | | First Class Mail |
| Nordelis Alonso | Address Redacted | | | First Class Mail |
| Norma Rampello | Address Redacted | | | First Class Mail |
| Nu Leaf International Outreach Services, Inc | 2651 Poydras Streeet | New Orleans, LA 70119 | | First Class Mail |
| Nu Look Furniture Inc | 3433 Memorial Drive | Decatur, GA 30032 | | First Class Mail |
| Nuworld Lighting Solutions Inc | 150 Executive Drive Unit J | Edgewood, NY 11717 | | First Class Mail |
| Ob3 Holdings Inc. | 12759 Biggin Church Road South | Jacksonville, FL 32224 | | First Class Mail |
| Oc Remodeling Inc., | 23192 Alcalde Drive | Laguna Hills, CA 92653 | | First Class Mail |
| Ohs Construction LLC | 4811 Emerson Ave | Suite 105 | Palatine, IL 60067 | First Class Mail |
| Olga Lyubezhanin | Address Redacted | | | First Class Mail |
| On Point Fitness & Training LLC | 917 Ocean Rd Unit 3 | Point Pleasant, NJ 08742 | | First Class Mail |
| Ondrea Dignity Products Inc. | 1409 Plaza West R. | Ste D | Winston Salem, NC 27103 | First Class Mail |
| Orietta Guerra | Address Redacted | | | First Class Mail |
| Oscar Vilaro | Address Redacted | | | First Class Mail |
| Osmin'S Iron Inc | 20119 Labrador St | Chatsworth, CA 91311 | | First Class Mail |
| P & C Auto Group LLC | 1 Westbrook Corporate Ctr | Ste 300 | Westchester, IL 60154 | First Class Mail |
| Palcoy, Inc. | dba Haywood Pharmacy | 221 Paragon Pkwy., Suite 9 | Clyde, NC 28721 | First Class Mail |
| Papa'S Pet Project, Inc | Papa'S Pet Supply Store | 14 Manomet Point Road | Plymouth, MA 02360 | First Class Mail |
| Patrick Development Group LLC | 7311 Roosevelt Rd | Unit 3 | Forest Park, IL 60130 | First Class Mail |
| Paul Raller | Address Redacted | | | First Class Mail |
| Paula West | Address Redacted | | | First Class Mail |
| Peak 360 Services, Inc. | 2600S Park Rd | Aurora, CO 80014 | | First Class Mail |
| Pearson Logistics LLC | 5267 Mendenhall Park Pl | Memphis, TN 38115 | | First Class Mail |

**Exhibit A**
**Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Person First Services Inc. | 1333 Harris Drive | Waukesha, WI 53186 | | First Class Mail |
| Philip Michael Begosh | Address Redacted | | | First Class Mail |
| Philippus United Church Of Christ | 106 W. Mcmicken Ave | Cincinnati, OH 45202 | | First Class Mail |
| Post Material Handling Inc | 694 State Route 32 | Highland Mills, NY 10930 | | First Class Mail |
| Preferred Pharmacy Inc. | 3303 Harbor Blvd, Ste H7 | Costa Mesa, CA 92626 | | First Class Mail |
| Principled Approach Consulting LLC | 7610 Stoneridge Drive | Atlanta, GA 30328 | | First Class Mail |
| Pysa, Inc. | 1655 N Wells St | Chicago, IL 60614 | | First Class Mail |
| Qotient, Inc. | 84 W. Santa Clara St. | San Jose, CA 95113 | | First Class Mail |
| Quest Janitorial & Cleaning, LLC | 120 Heritage Pkwy | Suite A | Bluffton, SC 29910 | First Class Mail |
| Rachael P. Catalanotto, LLC | 2250 7th St | Mandeville, LA 70471 | | First Class Mail |
| Radiace Float + Wellness | 1760 S Brentwood | St Louis, MO 63144 | | First Class Mail |
| Ramon Viera | Address Redacted | | | First Class Mail |
| Ras Nyankanzi | Address Redacted | | | First Class Mail |
| Rb Consulting, Inc. | 5100 Buckeystown Pike | Ste 250 | Frederick, MD 21704 | First Class Mail |
| Rbd Limited Liabilty Company | 2140 S Delaware St | Suite 105 | Denver, CO 80223 | First Class Mail |
| Rcn Social | Address Redacted | | | First Class Mail |
| Renee K. Hanrahan, P.C. | 2977 120th St Ne | Cedar Rapids, IA 52404 | | First Class Mail |
| Ricardo Malpica | Address Redacted | | | First Class Mail |
| Richard Turner | Address Redacted | | | First Class Mail |
| Riggs Contracting Inc | 2 Maria Ct | Downingtown, PA 19335 | | First Class Mail |
| Rigoberto Moya Santana | Address Redacted | | | First Class Mail |
| Rmw Installations LLC | 1761 Vale Dr | Clermont, FL 34711 | | First Class Mail |
| Robert Luniewski Corporation | 859 Moonlight Dr | Woodbury, MN 55125 | | First Class Mail |
| Roger W Glazener | Address Redacted | | | First Class Mail |
| Rootex LLC. | 2752 Southwest 14th Drive | Gainesville, FL 32608 | | First Class Mail |
| Rxmso, LLC | 3303 Harbor Blvd, Ste D11 | Costa Mesa, CA 92626 | | First Class Mail |
| S Inter Heating & Cooling Inc | 5125 W. Cornelia Ave | Chicago, IL 60641 | | First Class Mail |
| Salesvenue Inc | 5305 Ne 121st Ave | Office Number 112 | Vancouver, WA 98682 | First Class Mail |
| Salt Breeze LLC | 5-05 Saddle River Rd | Fair Lawn, NJ 07410 | | First Class Mail |
| Salup Consulting | 9315 Alondra Blvd | 4 | Bellflower, CA 90706 | First Class Mail |
| Santiago Gonzalez Escorcia | Address Redacted | | | First Class Mail |
| Savage Henry Independent Times | 415 5th St | Eureka, CA 95501 | | First Class Mail |
| Savannah Presbytery Inc. | 3590 Darien Hwy. | Ste. 8 | Brunswick, GA 31525 | First Class Mail |
| Seaborne Travels & Leisure, LLC | 4050 Rosebay Way Sw | Conyers, GA 30094 | | First Class Mail |
| Seattle Sport Sciences, Inc. | 15320 Ne 92nd St. | Redmond, WA 98052 | | First Class Mail |
| Shafer Macrae & Ray, Cpas | Address Redacted | | | First Class Mail |
| Shamrock Services | 309 Saddlebrook Cir | Lewisville, NC 27023 | | First Class Mail |
| Shirley Hernandez | Address Redacted | | | First Class Mail |
| Sideways Brewing Comany | 62 Eade Rd | Etowah, NC 28729 | | First Class Mail |
| Silver Thistle Farm & Cheesery LLC | 5 Freedom Way | Unit C3 And C4 | E Lyme, CT 06333 | First Class Mail |
| Sivertsen Wealth Management LLC | 2018 Eastwood Road | Suit 104 | Wilmington, NC 28409 | First Class Mail |
| Smc Creative | 145 Oron Court | Lexington, SC 29072 | | First Class Mail |
| Smith Bailey Restoration | 2450 Eastgate Place | Snellville, GA 30078 | | First Class Mail |
| Speed Max Corp., | 1572 Sussex Turnpike, Unit F | Randolph, NJ 07869 | | First Class Mail |
| Spokane Children'S Theatre | 2727 N Madelia St | 5 | Spokane, WA 99207 | First Class Mail |
| Sr2 Inc | 574 East Mission Rd | Suite G1 | San Marcos, CA 92069 | First Class Mail |
| Ss Building LLC | 3520 Kurtz St | Suite C | San Diego, CA 92110 | First Class Mail |
| Stanmark Corp | 244 5th Ave, Ste E236 | New York, NY 10001 | | First Class Mail |
| Stealtix, LLC | 309 E 100 S | 203 | Salt Lake, UT 84111 | First Class Mail |
| Steven Irizarry LLC | 587 Fifth Ave | 5Th Fl | New York, NY 10017 | First Class Mail |
| Steven Lewis | Address Redacted | | | First Class Mail |
| Steven Winters Sole Proprietorship | 18 Pal Drive | Ocean, NJ 07712 | | First Class Mail |
| Sti Innovations, LLC | 534 Hygeia Ave | Encinitas, CA 92024 | | First Class Mail |
| Stone Village Productions Inc | 3601 Vista Pacifica | Unit 4 | Malibu, CA 90265 | First Class Mail |
| Stratus Investments LLC | 11220 Brassica Lane | King George, VA 22485 | | First Class Mail |
| Sunset Kubota | Attn: Marshal Lunt | 257 E 200 S Ste 525 | Salt Lake City, UT 84111 | First Class Mail |
| Swanson Water Treatment | 509 E Park Ave | Libertyville, IL 60048 | | First Class Mail |
| Swift Field Services, LLC | 4210 Wadsworth Blvd | 141 | Wheat Ridge, CO 80033 | First Class Mail |
| Tackle Industries | 17944 Jade Ave | Le Mars, IA 51031 | | First Class Mail |
| Tarpaulin LLC | 6 E Monroe St | Chicago, IL 60603 | | First Class Mail |
| Taxxpress & Accounting LLC | 3043 Gulfwind Drive | Land O Lakes, FL 34639 | | First Class Mail |
| The Center For Election Science | 1267 Willis St | Ste 200 | Redding, CA 96001 | First Class Mail |
| The L Group LLC | 3850 Coco Ave 14 | Los Angeles, CA 90008 | | First Class Mail |
| The Open Company LLC | 925B Peachtree St Ne | Unit 2081 | Atlanta, GA 30309 | First Class Mail |
| The Power Movers Of Mn Inc. | 3551 Commercial Dr Sw | Rochester, MN 55902 | | First Class Mail |
| The Pupper Club LLC | 603 South Los Angeles St | Los Angeles, CA 90014 | | First Class Mail |
| The Wayv LLC | 2306 Oak Ln | 222 | Grand Praire, TX 75051 | First Class Mail |
| Tiburon Group, LLC | 3808 Agualinda Blvd | Cape Coral, FL 33914 | | First Class Mail |
| Tidrick Tile Inc. | 3865 N Ann Ave | Fresno, CA 93727 | | First Class Mail |
| Today Concept Tomorrow Success Inc. | 190 Whitman Ave | Edison, NJ 08817 | | First Class Mail |
| Toni Gearhart | Address Redacted | | | First Class Mail |
| Tovah Feinberg | Address Redacted | | | First Class Mail |
| Trinity Fleet Service LLC | 2875 S 00Ew | Lagrange, IN 46761 | | First Class Mail |
| Triskelion Arts/Kick-Stand-Dance, Inc | 106 Calyer St | Brooklyn, NY 11222 | | First Class Mail |
| Tri-State Home Buyers & Investments LLC | 277 Windsor Road | Englewood, NJ 07631 | | First Class Mail |
| Tyler W. Zahn | Address Redacted | | | First Class Mail |
| Unique Tax Specialists | 2349 N Woods Ct | Canton, MI 48188 | | First Class Mail |
| Universal Cell LLC | 4301 34th Ave | Long Island City, NY 11101 | | First Class Mail |
| Unyq | 2193 Fillmore St | San Francisco, CA 94115 | | First Class Mail |
| Us 1 Intermodal LLC, | 614 Frelinghuysen Ave | Newark, NJ 07114 | | First Class Mail |
| Victor Arteaga Rodriguez | Address Redacted | | | First Class Mail |
| Vip Plus Inc | 146 Sea Cliff Ave | Glen Cove, NY 11542 | | First Class Mail |
| Viridian Geeks | 5805 State Bridge Rd | Johns Creek, GA 30097 | | First Class Mail |
| Water By Us, LLC. | 1546 Progress Road | Ellijay, GA 30540 | | First Class Mail |
| Waynes Lake Shore Cleaners | 340 Park Ave | Glencoe, IL 60022 | | First Class Mail |
| Whole Trading Inc | 6535 Lavender Bend Ln | Katy, TX 77494 | | First Class Mail |
| William D Rusch, Sole Proprietor | 10871 Nw 5 St. | Plantation, FL 33324 | | First Class Mail |
| Wilson Carpet & Air Duct Cleaning LLC | 880 Vaughn Ave | Toms River, NJ 08753 | | First Class Mail |
| With Cryo, LLC | 9393 N. 90th St., Ste 108B | Scottsdale, AZ 85258 | | First Class Mail |
| World Class Exotics Inc | 1618 Ohms Way | Costa Mesa, CA 92627 | | First Class Mail |
| Yaima Hernandez Izquierdo | Address Redacted | | | First Class Mail |

KABBAGE, INC. d/b/a KSERVICING, et al., (Case No. 22-10951)

**Exhibit A**
**Service List**

| Name | Address | | Method of Service |
|---|---|---|---|
| Yanko Ruiz | Address Redacted | | First Class Mail |
| Zak Distribution LLC | 5106 Hearthcreast Drive | Garland, TX 75044 | First Class Mail |