## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF THIRD SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 6, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of (I) Approval of the Disclosure Statement of the Debtors (II) Establishment of Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approval of Special Electronic Noticing Procedures, (VI) Approval of Debtors' Proposed Cure Procedures for Unexpired Leases and Executory Contracts, and (VII) Granting Related Relief [Docket No. 471]**

Dated: February 7, 2023

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 7th day of February, 20 23, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

## EXHIBIT A

**Exhibit A**

Service List

| Name | Address | | Method of Service |
|---|---|---|---|
| 540 Auto Repair | 9000 Ogden Ave | Brookfield, IL 60513 | First Class Mail |
| 970 Construction | Attn: Peter Witkamp | 1027 S 7th St | Grand Junction, CO 81501 | First Class Mail |
| A & E Partners, Ltd. (Dba) Sophi'S Cafe | 2036 E Pass Rd | Gulfport, MS 39507 | First Class Mail |
| Absolute Remodeling, Inc | 6320 Gaynelle Rd | Tinley Park, IL 60477 | First Class Mail |
| Acosta Construction | 3000 Sw 20th St. | Okc, OK 73108 | First Class Mail |
| Ad Runner Mobile Outdoor Advertising, Inc | 2555 Williams Rd | Lewisville, NC 27023 | First Class Mail |
| Adam Smith Dds | Address Redacted | | First Class Mail |
| Advertize.Net, Llc | 4267 E Ranch Gate Road | Anaheim, CA 92807 | First Class Mail |
| Aip Corp | 9133 Houndsbay Dr | Montgomery, AL 36117 | First Class Mail |
| Akan Energy, LLC | 13501 Ranch Road 12 | Wimberley, TX 78676 | First Class Mail |
| Alexis Delgado Romero | Address Redacted | | First Class Mail |
| Alfred Melchor | Address Redacted | | First Class Mail |
| Alissa R. Glickman, Phd | Address Redacted | | First Class Mail |
| All Home Repairs | 10256 Kartz Road | Greenville, MI 48838 | First Class Mail |
| Alliance Tax & Consulting Inc | 440 E Sample Rd, Ste 103 | Pompano Beach, FL 33064 | First Class Mail |
| Always Open Automotive Inc | 18 Talbot Ave | Dorchester, MA 02124 | First Class Mail |
| Amani Boutique | 140 Enfield St | Hartford, CT 06112 | First Class Mail |
| American Document Securities, Inc. | 565 Columbia Drive | Carrollton, GA 30117 | First Class Mail |
| American Metropolitan Environmental, Inc. | 2713 W. Esthner Ave | Wichita, KS 67213 | First Class Mail |
| Amir Zandinejad | Address Redacted | | First Class Mail |
| Amodeo & Amodeo Cpa | 85 Lincoln Blvd | Hauppauge, NY 11788 | First Class Mail |
| Andreas Vineyard'S, Inc | 17485 Hwy. 22 | Dallas, OR 97338 | First Class Mail |
| Angelyse Moron | Address Redacted | | First Class Mail |
| A-Plus Marine Construction & Restoration | 2021 Sw 70th Ave | Davie, FL 33317 | First Class Mail |
| Appleseeds Learning Center | 2933 Cherokee St | Kennesaw, GA 30144 | First Class Mail |
| Arlan Gibson | Address Redacted | | First Class Mail |
| Arnold Santana | Address Redacted | | First Class Mail |
| Artemis Technologies LLC | 980 N Federal Hwy, Ste 110 | Boca Raton, FL 33432 | First Class Mail |
| Arthur Simanovsky | Address Redacted | | First Class Mail |
| Ashley Johnson | Address Redacted | | First Class Mail |
| Astoria Auto Detail Center Corp | 4209 31st Ave | Astoria, NY 11103 | First Class Mail |
| Atlanta Style Bar | 300 Peachtree St Northeast | Suite Cs2 | Atlanta, GA 30308 | First Class Mail |
| Az Law Firm & Accounting Services | 14641 Gladebrook Drive | Suite 10 | Houston, TX 77068 | First Class Mail |
| B.R. Express, Inc. | 23 W 584 Walnut Ave | Roselle, IL 60172 | First Class Mail |
| Bar Nothin Capital LLC | 1077 N Hermitage | Chicago, IL 60622 | First Class Mail |
| Baruch Israel | Address Redacted | | First Class Mail |
| Beacon Partners Consulting | 4370 Starkey Road, Ste 4C | Roanoke, VA 24018 | First Class Mail |
| Bernie Atkinson | Address Redacted | | First Class Mail |
| Bluenyledirect LLC | 972 4 Mile Road | Grand Rapids, MI 49544 | First Class Mail |
| Brent White | Address Redacted | | First Class Mail |
| Brian Johnson | Address Redacted | | First Class Mail |
| Bryndza Trucking Corp. | 3824 Adesso Ln | Joliet, IL 60435 | First Class Mail |
| Buirchwood Construction | 5442 Columbia Dr S | Fresno, CA 93727 | First Class Mail |
| Cade Cooper | Address Redacted | | First Class Mail |
| Capehart & Washburn, Llc | 665-B East King St. | Boone, NC 28607 | First Class Mail |
| Carla Olmedo | Address Redacted | | First Class Mail |
| Carlos Hereu | Address Redacted | | First Class Mail |
| Carlos Mendoza | Address Redacted | | First Class Mail |
| Caroline Van Sickle | Address Redacted | | First Class Mail |
| Celestial Bodiez LLC | 14806 Mystic Bend Drive | Cypress, TX 77429 | First Class Mail |
| Ch Talent Agency LLC | 8545 W Warm Springs Rd A4 | 233 | Las Vegas, NV 89113 | First Class Mail |
| Charles Edward | Address Redacted | | First Class Mail |
| Christian Gordon | Address Redacted | | First Class Mail |
| Christ'S Church Of The Canyon, Inc | 925 Apple Ave | Wrightwood, CA 92397 | First Class Mail |
| Chronic Conditions Center, Inc. | Attn: Robert Kuhn | 3709 Strawberry Plains Rd, Ste D | Williamsburg, VA 23188 | First Class Mail |
| Church Law Office, LLC | 105 E Broadway St | Monticello, IN 47960 | First Class Mail |
| Cissy Schenk | Address Redacted | | First Class Mail |
| Colby Family Chiropractic LLC | 1009 Horizon Way | Manchester, CT 06042 | First Class Mail |
| Colorado Roof & Gutter | 2921 W 38th Ave | Ste 353 | Denver, CO 80211 | First Class Mail |
| Core North Country Inc, | 1511 Washington St | Watertown, NY 13601 | First Class Mail |
| Cradle Mountain Holdings, Inc. | 945 Nob Hill | Evergreen, CO 80439 | First Class Mail |
| Creative Perspectives P.A.W.C. Inc. | 4147 Fallwood Circle | Orlando, FL 32812 | First Class Mail |
| Crenshaw Collateral Lenders, Inc. | 4437 Crenshaw Blvd | Los Angeles, CA 90043 | First Class Mail |
| Crush60, LLC | 425 Wells | Delafield, WI 53018 | First Class Mail |
| Dablu A Transportation LLC | 8829 S Oglesby Ave | Chicago, IL 60617 | First Class Mail |
| Damian Ross Realty Inc. | 41 Sea Cliff Ave | Sea Cliff, NY 11579 | First Class Mail |
| Daniel Despaigne Alvarez | Address Redacted | | First Class Mail |
| Daniel Peshke | Address Redacted | | First Class Mail |
| Danielmark'S Brewing Company, LLC | 209 East 18th St | Cheyenne, WY 82001 | First Class Mail |
| Daryl'S Custom Woodshop | 8134 Carlton Ridge Dr | Land O Lakes, FL 34638 | First Class Mail |
| David A Escoto | Address Redacted | | First Class Mail |
| David Camp | Address Redacted | | First Class Mail |
| Davis Industrial & Space Consulting, Inc. | 470 Whitesides St | Layton, UT 84041-4360 | First Class Mail |
| Dean Plude | dba Picayune Technology | 211 Inside Road | Picayune, MS 39466 | First Class Mail |
| Dennis Perez | Address Redacted | | First Class Mail |
| Dexter Rogers | Address Redacted | | First Class Mail |
| Diana Montesinos Roque | Address Redacted | | First Class Mail |
| Division Tactical, LLC | 1754 Cherry Mountain Loop | Fredericksburg, TX 78624 | First Class Mail |
| Dominica Melenciano | Address Redacted | | First Class Mail |
| Doormat Industries LLC | 3299 White Castle Way | Decatur, GA 30034 | First Class Mail |
| Dora B. Grossman, Esq. Attorney At Law | Address Redacted | | First Class Mail |
| Dori L Walsh LLC | 2137 Ward Ave | La Crosse, WI 54601 | First Class Mail |
| Double Decker Deli, LLC. | 740 Arthur Godfrey Rd | Miami Beach, FL 33140 | First Class Mail |
| Dovid S Pollack | Address Redacted | | First Class Mail |
| Duffey Tree Care | 325 Cindy Dr | Brandon, FL 33510 | First Class Mail |
| Edward Martin | Address Redacted | | First Class Mail |
| Edwin Garcia Soto | Address Redacted | | First Class Mail |
| Electrical Masters Company Inc | 14531 Buffalo Speedway | A | Houston, TX 77045 | First Class Mail |
| Elevator Tech Services, LLC | 11409 Southwest 45th Court, Unit 112 | Hollywood, FL 33025 | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | Method of Service |
|---|---|---|---|
| Elite Side Inc | 407 S Nutwood St | Anaheim, CA 92804 | First Class Mail |
| Encephalodynamics, Inc | 4432 Nw 23rd Ave | Ste 1 | Gainesville, FL 32606 | First Class Mail |
| English Mart Inc | 1500 W English Rd | High Point, NC 27262 | First Class Mail |
| Eric Jordan | Address Redacted | | First Class Mail |
| Erika R Perez | Address Redacted | | First Class Mail |
| F Painting Inc | 2875 Buford Hwy | Ste B | Duluth, GA 30096 | First Class Mail |
| Fashion 63 | 2417 W 63rd St | Chicago, IL 60629 | First Class Mail |
| Felix Gonzalez Toledo | Address Redacted | | First Class Mail |
| First United Methodist Church | 850 16th St. | Modesto, CA 95354 | First Class Mail |
| Fractal Sports LLC | 8 Box Turtle Ln | Spring, TX 77380 | First Class Mail |
| G I S Inc. | Attn: Paul Geenty | 39 Hart Road | West Camp, NY 12490 | First Class Mail |
| George S. Trotter, Md, Pa | 2023 Myra St | Jacksonville, FL 32204 | First Class Mail |
| Giles Drywall | Address Redacted | | First Class Mail |
| Global Warming & Cooling, Inc. | 10250 Prospect Ave Space 87 | Santee, CA 92071 | First Class Mail |
| Glory To God Specialized LLC | 2818 N Mill Place | Bowling Green, KY 42104 | First Class Mail |
| Golden Mean Solutions, Inc. | 4344 Yates St | Denver, CO 80212 | First Class Mail |
| Granite Zone, Inc | 3251 N Orange | Chicago, IL 60634 | First Class Mail |
| Gray White Differentiation Pc | 2482 Ascot Drive | Florence, SC 29501 | First Class Mail |
| Green Book Travel LLC | 15054 West Polk St | Goodyear, AZ 85338 | First Class Mail |
| Greg Langdon | Address Redacted | | First Class Mail |
| Gregor Distribution Inc | 1C Terminal Way | Avenel, NJ 07001 | First Class Mail |
| Grizzard Land Surveying Inc | 429 A Main St | Oxford, AL 36203 | First Class Mail |
| H2 Services | 1506 Tanyard Hill Rd | Gaithersburg, MD 20879 | First Class Mail |
| Hdi Central, Inc. | 22919 Caroldale Ave | Carson, CA 90745 | First Class Mail |
| Herald Greaves | Address Redacted | | First Class Mail |
| Herpro Designs LLC | 103 Englar Road | Westminster, MD 21157 | First Class Mail |
| Holden Information Services | 9805B York Road | Suite 105 | Cockeysville, MD 21030 | First Class Mail |
| Holiday Lights & Magic Inc., | 610 S Lewis St | Glasgow, KY 42141 | First Class Mail |
| Hollis Tax Time Incorporated | 1369 Spruce Pl | Minneapolis, MN 55403 | First Class Mail |
| I Have A Dream Foundation | 322 8th Ave | Suite 202 | New York, NY 10001 | First Class Mail |
| I Home Public Adjuster LLC | 3125 Town Square Dr | Unit 106 | Rolling Meadows, IL 60008 | First Class Mail |
| Ideal Windows Inc. | 264 Harvey Ave | Wood Dale, IL 60191 | First Class Mail |
| Industrial Warehouse LLC | Attn: John Beatty | 3919 France Ave S | Minneapolis, MN 55416 | First Class Mail |
| Infocus Performance Solutions, LLC | 5639 Mahogany Court Northwest | Lilburn, GA 30047 | First Class Mail |
| Innotrade Construction LLC | 3220 S Oneida Way | Denver, CO 80224 | First Class Mail |
| Ironsides Transport LLC | 1246 W Sirmingo Way | Riverton, UT 84065 | First Class Mail |
| Isaily Martinez | Address Redacted | | First Class Mail |
| Itsdonated, LLC | 1736 Picasso Ave | Ste C | Davis, CA 95618 | First Class Mail |
| Ivette Moya Olivero | Address Redacted | | First Class Mail |
| J.R. Crider'S LLC | 16 Public Square South | Dahlonega, GA 30533 | First Class Mail |
| Jackabyte | 893 S Main St | 190 | Englewood, OH 45322 | First Class Mail |
| Jacky Paul | Address Redacted | | First Class Mail |
| Jade Roller Beauty LLC | 2715 Sarah St. | Floor One | Pittsburgh, PA 15203 | First Class Mail |
| Jaden Cox | Address Redacted | | First Class Mail |
| Janella Duncan Dba You Me & Hair | 2886 Garber Way | Woodbridge, VA 22192 | First Class Mail |
| Javier Hernandez | Address Redacted | | First Class Mail |
| Javier Labrador & Miah Elizabeth Labrador | Address Redacted | | First Class Mail |
| Jb Recruiting, LLC | 26500 Agoura Rd | Ste 102-395 | Calabasas, CA 91302 | First Class Mail |
| Jems Virtual LLC | 379 Grand Point Drive | Unit A | Hot Springs National Park, AR 71901 | First Class Mail |
| Jennco Maintenance Service Inc | 2838 N Menard Ave | Chicago, IL 60634 | First Class Mail |
| Jeremy Vines | Address Redacted | | First Class Mail |
| Jeremy Wells LLC | 19138 Elston Way | Estero, FL 33928 | First Class Mail |
| Jesus Rubalcaba & Monica Rubalcava | Address Redacted | | First Class Mail |
| Jg Transport Inc. | 6205 St Johns Wood | Williamsburg, VA 23188 | First Class Mail |
| Jimmy Bea Construction Co., LLC | 1627 Cole St | St. Louis, MO 63106 | First Class Mail |
| Jj'S Paintworks | 8517 W 79th Place | Arvada, CO 80005 | First Class Mail |
| Jlh-Slp Services | 23 Mary Ave | Dracut, MA 01826 | First Class Mail |
| John R. Guthrie | Address Redacted | | First Class Mail |
| John W Lipke Iv | Address Redacted | | First Class Mail |
| Jorge Stefano Gomez | Address Redacted | | First Class Mail |
| Jose Montesinos Alvarado | Address Redacted | | First Class Mail |
| Jose Murillo Rincon | Address Redacted | | First Class Mail |
| Joseph Meringolo | Address Redacted | | First Class Mail |
| Js Pokorny Company Inc | 7210 5th Ave | Kenosha, WI 53143 | First Class Mail |
| Julie Karnazes | Address Redacted | | First Class Mail |
| Kaapana, Robert | Address Redacted | | First Class Mail |
| Kallagher Business Solutions | 1313 C Curtis Corner Rd | Wakefield, RI 02879 | First Class Mail |
| Kareem Ward | Address Redacted | | First Class Mail |
| Kenna S. James | Address Redacted | | First Class Mail |
| Kenneth C Brown | Address Redacted | | First Class Mail |
| Khaos Hq, LLC | 6501 E Greenway Pkwy | Scottsdale, AZ 85254 | First Class Mail |
| Knull P.C. | 630 Ninth Ave, Ste 405 | New York, NY 10036 | First Class Mail |
| Laiko Productions LLC | 137 Bayard St | 5D | Brooklyn, NY 11222 | First Class Mail |
| Landstar Exteriors | 1047 E State Hwy 121 | Lewisville, TX 75057 | First Class Mail |
| Laundry Party LLC | 208 Race St | 16 | Holyoke, MA 01040 | First Class Mail |
| Law Offices Of Contaldi & Bai, LLC | 27 Warren St | Suite 302 | Hackensack, NJ 07601 | First Class Mail |
| Lawrence Rooney | Address Redacted | | First Class Mail |
| Leidis Escobar Rodriguez | Address Redacted | | First Class Mail |
| Limb Transportation Inc | 1106 W Hwy 199 | Rush Valley, UT 84069 | First Class Mail |
| Limited Island Funeral Services Inc | 13214 11th Ave | College Point, NY 11356 | First Class Mail |
| Lisa Collins | Address Redacted | | First Class Mail |
| Lisa Jones | Address Redacted | | First Class Mail |
| Lisa Moreno Young | Address Redacted | | First Class Mail |
| Lotgroup, LLC | 11759 Savona Way | Orlando, FL 32827 | First Class Mail |
| Lucille Stokes, Pt, Mba, Ocs | 161 Tanglewood Dr | Mabank, TX 75156 | First Class Mail |
| Lucious & Lucious LLC | 113 S Lafayette St | Unit A | Starkville, MS 39759 | First Class Mail |
| Luminous Logistics | 1538 Amy Joy Ct | Green Bay, WI 54313 | First Class Mail |
| Luna Sol Memories | 2349 Essex Ave | Deltona, FL 32738 | First Class Mail |
| Magpie Bridge LLC | 105 W Elm St | Rogers, AR 72756 | First Class Mail |
| Mahoney Paralegal Services | 1505 W Third | Apt 17 | Columbus, OH 43212 | First Class Mail |
| Maid Brigade | Address Redacted | | First Class Mail |

**Exhibit A**

Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Manor Cleaners | 2913 N Broadway | Chicago, IL 60657 | | First Class Mail |
| Marin Foster | Address Redacted | | | First Class Mail |
| Mary-Elizabeth Woolsey | Address Redacted | | | First Class Mail |
| Mdd Exteriors Inc | 36W780 Oak Rd | St Charles, IL 60175 | | First Class Mail |
| Mea Strategic Solutions | 5847 San Felipe St, Ste 1700 | Houston, TX 77057 | | First Class Mail |
| Medical Advantage Group LLC | 7100 W 20th Ave | Hialeah, FL 33016 | | First Class Mail |
| Metro Staffing & Labor Group LLC | 17356 W 12 Mile Rd, Ste 205 | Southfield, MI 48076 | | First Class Mail |
| Michael Minaya Garcia | Address Redacted | | | First Class Mail |
| Michelle Jin | Address Redacted | | | First Class Mail |
| Mika Transport | 410 E Elmwood Ave, Apt 307 | Burbank, CA 91501 | | First Class Mail |
| Mikas Inc. | 9356 Normandy Ave | Morton Grove, IL 60053 | | First Class Mail |
| Mitchell Krieger | Address Redacted | | | First Class Mail |
| Mlj Pizza, LLC | 17137 Harper Ave. | Detroit, MI 48224 | | First Class Mail |
| Modern Classic Transportation LLC | 127 Straight St | Ripley, WV 25271 | | First Class Mail |
| Motiv8 Performance Nutrition LLC | 22600 Lambert St | 807 | Lake Forest, CA 92630 | First Class Mail |
| Musemedia Galaxy Corporation | 2470 Camellia Ln Ne, Apt 2503 | Atlanta, GA 30324 | | First Class Mail |
| Naeema Bhuiya Dds | Address Redacted | | | First Class Mail |
| Nbz Apparel | 8796 Tyler | Mentor, OH 44060 | | First Class Mail |
| Nestgo Art Nails Spa | 1531E Nine Mile Road | Pensacola, FL 32514 | | First Class Mail |
| New Beginning Support | 57 S Highlander Drive | Hendersonville, NC 28792 | | First Class Mail |
| New Frontier Financial Inc | Attn: Martha Walters | 1202 Irish Mist Ct | Katy, TX 77450 | First Class Mail |
| New Lavanderia Blanca Inc | 5820 S Kedzie Ave | Chicago, IL 60629 | | First Class Mail |
| Nikkos Consulting LLC | 1606 Reynolds St | Brunswick, GA 31520 | | First Class Mail |
| Norma Luna | Address Redacted | | | First Class Mail |
| Null Construction | 2425 Ray Bluff Rd | Millington, TN 38053 | | First Class Mail |
| Ocean Av/It LLC | 304 Indian Trace | Weston, FL 33326 | | First Class Mail |
| Ocean Mind Corporation | 5728 Major Blvd | Suite608 | Orlando, FL 32819 | First Class Mail |
| Onsitecable | 13445 Point Pleasant Drive | Chantilly, VA 20151 | | First Class Mail |
| Oval Equity LLC | 10426 N. Florida Ave | Tampa, FL 33612 | | First Class Mail |
| Pabian Handyman Services Ltd | 4816 W Catalpa | Chicago, IL 60630 | | First Class Mail |
| Patrick Embry | Address Redacted | | | First Class Mail |
| Peop1E, LLC | 1154 E Silver Mesa Cir | Sandy, UT 84094 | | First Class Mail |
| Phil'S Kosher Catering | 24610 Harding St | Oak Park, MI 48237 | | First Class Mail |
| Pinnacle Structures LLC | 50 Evergreen Row | Armonk, NY 10504 | | First Class Mail |
| Pioneer Beverage Group | 12073 Golden Cactus Ct | Las Vegas, NV 89138 | | First Class Mail |
| Pioneer Valley Painting | 150 Manchester Terrace | Springfield, MA 01108 | | First Class Mail |
| Pnk Development Inc | 1901 Raymond Dr | Suite 15 | Northbrook, IL 60062 | First Class Mail |
| Pod Db Inc | 710 Rock Creek Church Road Nw | Washington, DC 20010 | | First Class Mail |
| Posit Partners LLC | 3569 Northpark Dr | Westminster, CO 80031 | | First Class Mail |
| Proud Holding LLC | 5925 E. Evans Ave | Suite 200 | Denver, CO 80222 | First Class Mail |
| Psychological Assessment Systems, Inc. | 5000 Windplay Dr. | Ste. 2 | El Dorado Hills, CA 95762 | First Class Mail |
| Qinc Usa Inc | 2040 Weaver Park Dr | Clearwater, FL 33765 | | First Class Mail |
| Qwik Pawn, Inc | 291 W Baseline St | San Bernardino, Ca 92410 | | First Class Mail |
| Ralordo LLC | 8619 N Main St | Helen, GA 30545 | | First Class Mail |
| Recovery Now Treatment Network Corp | 10790 Haydn Dr | Boca Raton, FL 33498 | | First Class Mail |
| Red Vulcan Investment Ptoperties, LLC | 9611 Brookdale Dr. | Ste. 100 Pmb 285 | Charlotte, NC 28215 | First Class Mail |
| Reeves Appraisal Corporation | 6700 S Florida Ave | Suite 23 | Lakeland, FL 33813 | First Class Mail |
| Refund Sniper | 961 Broadway | Ste 118 | Woodmere, NY 11598 | First Class Mail |
| Regal Rags Ltd | 3940 N. Miller Road | Scottsdale, AZ 85251 | | First Class Mail |
| Rem Sleep Solutions Inc | 355 West Crowther Ave | Placentia, CA 92870 | | First Class Mail |
| Reserved Realty, LLC | 680 Madison St | Brooklyn, NY 11223 | | First Class Mail |
| Resonate Relationship Clinic | 7381 West 133Rd St | Kansas City, MO 64113 | | First Class Mail |
| Rga Logistics | 3623 Old Charleston Rd | Johns Island, SC 29455 | | First Class Mail |
| Rhonda Thomas | Address Redacted | | | First Class Mail |
| Rhythm & Blues Transportation LLC | 91 Covington Ln | Palm Coast, FL 32137 | | First Class Mail |
| Ricardo Rincon Rangel | Address Redacted | | | First Class Mail |
| Richard Leslie | Address Redacted | | | First Class Mail |
| Rio Lerma Inc | 1100 N Hickory Blvd | Pleasant Hill, IA 50327 | | First Class Mail |
| Rmc Supply, Inc | 555 Spring Rd C10 | Moorpark, CA 93021 | | First Class Mail |
| Roadsend Farm, LLC | 7361 Baker Lane | Sebastopol, CA 95472 | | First Class Mail |
| Roberto Ortiz Perez | Address Redacted | | | First Class Mail |
| Rowe Management LLC | 6 Albany Ave | 2A | Brooklyn, NY 11216 | First Class Mail |
| S&E Property Management LLC | 315 Ashworth Dr | Waukee, IA 50263 | | First Class Mail |
| S. Roarke Security Services, LLC | 7366 Irvin Ave S | Cottage Grove, MN 55016 | | First Class Mail |
| Saili Rocio Montero | Address Redacted | | | First Class Mail |
| San Andresito Corp | 8307 37th Ave | Jackson Heights, NY 11372 | | First Class Mail |
| Sara Capistrant | Address Redacted | | | First Class Mail |
| Schwarner LLC | 5470 Kietzke Lane | Ste 300 | Reno, NV 89511 | First Class Mail |
| Seanivore Group LLC | 1920 Hillhurst Ave Ste. 1143 | Los Angeles, CA 90027 | | First Class Mail |
| Self Distributing International, Inc | 45 Ptarmigan Loop | Logan, UT 84321 | | First Class Mail |
| Separation Processes Inc | 3152 Lionshead Ave | Carlsbad, CA 92010 | | First Class Mail |
| Serene Offices, Inc. | 244 Biscayne Blvd. | 3509 N | Miami, FL 33132 | First Class Mail |
| Shaftner Corp | 207 N. Connecticut | Royal Oak, MI 48067 | | First Class Mail |
| Shalicia Cooper | Address Redacted | | | First Class Mail |
| Shellback Construction Group, LLC | Attn: Randall Guest | 1127 South Patrick Dr, Ste 18 | Satellite Beach, FL 32937 | First Class Mail |
| Shiroi Sushi Restaurant Inc | 9717 Milwaukee Ave | Glenview, IL 60025 | | First Class Mail |
| Signs & Wonders LLC | 98 Birch St | Watertown, CT 06795 | | First Class Mail |
| Sika Trading LLC | 22 Ivy Castle | Spring, TX 77382 | | First Class Mail |
| Sleur LLC | 216 Dellwood Dr Se | Smyrna, GA 30080 | | First Class Mail |
| Soaring Lens, Inc | 11104 Sparkleberry Drive | Ft Myers, FL 33913 | | First Class Mail |
| Sochamax | 5 Mission Rd | Bordentown, NJ 08505 | | First Class Mail |
| Solade Group Inc | 22342C El Paseo | Rancho Santa Margarita, CA 92688 | | First Class Mail |
| Solo Security Inc | 13 Fillmore Ct Unit 102 | Monroe, NY 10950 | | First Class Mail |
| Sound Towing & Recovery | 22840 Se 230th Pl | Maple Valley, WA 98038 | | First Class Mail |
| South-Med Services, Inc. | 15770 Sw 150 Ct | Miami, FL 33187 | | First Class Mail |
| State Jewelers & Loan Inc. | 9 N Wabash Ave | Chicago, IL 60602 | | First Class Mail |
| Stephanie Barksdale | Address Redacted | | | First Class Mail |
| Stewart Jewelry | 2212 Edgewater Dr. | Orlando, FL 32804 | | First Class Mail |
| Sumner Transport | 188 Remengton Ave | Gallatin, TN 37066 | | First Class Mail |
| Sun City Homes LLC | 49 Painted Feather Way | Las Vegas, NV 89135 | | First Class Mail |
| Swansons Contracting | 10571 Rocky Rd | Palo Cedro, CA 96073 | | First Class Mail |
| Tadpole LLC | 307 N Market St | Shreveport, LA 71107 | | First Class Mail |

**Exhibit A**
**Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Tarif Brown | Address Redacted | | | First Class Mail |
| Tatro, LLC | 2152 Aubin Ln | Baton Rouge, LA 70816 | | First Class Mail |
| Tennessee Hardwood Pellets | 515 N Popular | Kenton, TN 38233 | | First Class Mail |
| Terry Miller Floor Covering LLC | 22773 Falcon Ct | Goshen, IN 46528 | | First Class Mail |
| Text4Tech | 1033 S Stanley Ave Los | Los Angeles, CA 90019 | | First Class Mail |
| Thando Holdings | 100 Horizon Center Blvd | Hamilton, NJ 08691 | | First Class Mail |
| That Cuban Cigar Spot Inc | 1040 14th Ave | Homestead, FL 33033 | | First Class Mail |
| The Edge Recovery, LLC | 3000 Nw 101 Ln | Coral Springs, FL 33065 | | First Class Mail |
| The Work University | 8881 Creekwood Dr Nw | Canal Winchester, OH 43110 | | First Class Mail |
| Thomas J Thomsen | Address Redacted | | | First Class Mail |
| T-Lon Products, Inc. | 1110 Richards Road | Hartland, WI 53029 | | First Class Mail |
| Tokyo Grill Inc | 4478 Breton Rd | Kentwood, MI 49508 | | First Class Mail |
| Topnotch Tennis, LLC | 21008 Layton Ridge Drive | Laytonsville, MD 20882 | | First Class Mail |
| Total Athlete Sportz, | 6301 Teresa Ln | Rowlett, TX 75089-7500 | | First Class Mail |
| Totally Automotive Consulting | Attn: Rashawn Woodgett | 678 Washington Ave | Marietta, GA 30060 | First Class Mail |
| Train Master Model Trains | 601 E Main St | Buford, GA 30518 | | First Class Mail |
| Training U To Succeed Inc | 9803 Spring Cypress Rd | 100 | Houston, TX 77070 | First Class Mail |
| Transponder | 541 Willamette St, Ste 310 | Eugene, OR 97401 | | First Class Mail |
| Transportation Academy LLC | 2211 West Meadowview Rd, Ste 111 | Greensboro, NC 27407 | | First Class Mail |
| Trimble Electric Company LLC | 26 Ridgewood Drive | Mcdonald, PA 15057 | | First Class Mail |
| Typicare | 1114 Marcy Road | Harding, PA 18643 | | First Class Mail |
| Umbrla, Inc. | 3242 S Halladay St | Suite 100 | Santa Ana, CA 92614 | First Class Mail |
| Uncommon Things LLC | 12086 Elkwood Drive | Cincinnati, OH 45240 | | First Class Mail |
| Unique Impressions Promotional Products | 22170 Carissa Court | Woodland Hills, CA 91367 | | First Class Mail |
| Vais Roofing & Siding Inc | 501 Glenmore Pl | Roselle, IL 60172 | | First Class Mail |
| Via Logistics LLC | 100 Fitzhugh Ave Se | Grand Rapids, MI 49506 | | First Class Mail |
| Vint, LLC | 2027 Hart Rd | Lexington, KY 40502 | | First Class Mail |
| Vintage Underground | Address Redacted | | | First Class Mail |
| Virginia Hay Company LLC | 55 Mcgahey Lane | Mcgaheysville, VA 22840 | | First Class Mail |
| Vision Plumbing Co. | 5270 Fox Meadow Dr | Highlands Ranch, CO 80130 | | First Class Mail |
| W&Tr Construction Inc | 3727 Scott St | Schiller Park, IL 60176 | | First Class Mail |
| Waites Realty Group LLC | 301 Southern Sugar Ave | Moncks Corner, SC 29461 | | First Class Mail |
| Wardlaw Business Solutions, LLC | 1475 Sandbay Drive Sw | Unit 6301 | Atlanta, GA 30331 | First Class Mail |
| Web Guy X LLC, | 6309 Kennedy Blvd E | W New York, NJ 07093 | | First Class Mail |
| Wellness Program Services LLC / Dba Trusii | 12555 Orange Drive | Davie, FL 33330 | | First Class Mail |
| Wellspring Realty Associates LLC | 2737 Westport Ln | Conyers, GA 30094 | | First Class Mail |
| Wesley Maxi Cleaners Inc | 130 N Main St | Wheaton, IL 60187 | | First Class Mail |
| William C Alford | Address Redacted | | | First Class Mail |
| William Edmunds | Address Redacted | | | First Class Mail |
| Windowman Amor, Inc. | 206 Nw 10th Ave | Gainesville, FL 32601 | | First Class Mail |
| Ximo Usa Intl Trade Co., Ltd. | 40074 Kenilworth Way | Temecula, CA 92591 | | First Class Mail |
| Yamilka Torrez | Address Redacted | | | First Class Mail |
| Yasser Muniz | Address Redacted | | | First Class Mail |
| Yoel Peraza | Address Redacted | | | First Class Mail |
| Yosvani Perez | Address Redacted | | | First Class Mail |
| Yousel Valdez Herrera | Address Redacted | | | First Class Mail |
| Yris Jimenez | Address Redacted | | | First Class Mail |
| Yu Jabroni Inc | 925 N La Brea Ave 4th Fl | W Hollywood, CA 90038 | | First Class Mail |
| Yusimi Rivero | Address Redacted | | | First Class Mail |
| Zimmerman Electric Service Inc | 1202 W Beech | Chanute, KS 66720 | | First Class Mail |
| Zlm Realty, LLC | 3576 Valiant Ave Sw | Concord, NC 28027 | | First Class Mail |
| Zoetrope LLC | 355 Buena Vista Ave East | Apt 512W | San Francisco, CA 94117 | First Class Mail |
| Zoilo Garcia | Address Redacted | | | First Class Mail |