IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF FOURTH SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 7, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of (I) Approval of the Disclosure Statement of the Debtors (II) Establishment of Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approval of Special Electronic Noticing Procedures, (VI) Approval of Debtors' Proposed Cure Procedures for Unexpired Leases and Executory Contracts, and (VII) Granting Related Relief [Docket No. 471]**

Dated: February 8, 2023

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 7th day of February, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | | Method of Service |
|---|---|---|---|
| Donald Whitfield | Address Redacted | | First Class Mail |
| Duncans Auto | 40 Intervale Rd | Burlington, VT 05401 | First Class Mail |
| Feguenson Elancieux | Address Redacted | | First Class Mail |
| Golden Star Iron Works, Inc. | 1021 Main St | Hercules, CA 94547-2725 | First Class Mail |
| Humane Health Care Inc. | 7115 Pavilion Dr | Houston, TX 77083-6946 | First Class Mail |
| Kees Masonry Solutions, LLC | 821 Lee Ct | Brillion, WI 54110 | First Class Mail |
| Kenneth Rak | Address Redacted | | First Class Mail |
| Kevin Graybill | Address Redacted | | First Class Mail |
| Kote Mhitari | Address Redacted | | First Class Mail |
| Kriskay Professional Behavior Corp | 3164 NW 28th St | Miami, FL 39142 | First Class Mail |
| Kunwar Singh Goomer | Address Redacted | | First Class Mail |
| Kurisha Gandy | Address Redacted | | First Class Mail |
| Lance Littell | Address Redacted | | First Class Mail |
| Larisa Davidova | Address Redacted | | First Class Mail |
| Larry Dunn | Address Redacted | | First Class Mail |
| Larry Lamar Bullington Jr | Address Redacted | | First Class Mail |
| Latanya Jones | Address Redacted | | First Class Mail |
| Lawencia S. Lester | Address Redacted | | First Class Mail |
| Lazaro E Oramas Gutierrez | Address Redacted | | First Class Mail |
| Leah-Kate Lounsbury | Address Redacted | | First Class Mail |
| Lenne A Gapstur Pa | 251 Royal Palm Way, Ste 601 | Palm Beach, FL 33480 | First Class Mail |
| Lerana Talents LLC | 2670 S White Rd, Ste 125 | San Jose, CA 95148 | First Class Mail |
| Life Styles Senior Services | 3241 E Shea Blvd, Ste 1 | Phoenix, AZ 85028-3335 | First Class Mail |
| Lisa Petty | Address Redacted | | First Class Mail |
| Loan Luu | Address Redacted | | First Class Mail |
| Lolark Contractors Inc | 12726 Plateau Cir NW | Silverdale, WA 98383 | First Class Mail |
| Lori Matherne | Address Redacted | | First Class Mail |
| Lynchys Taverns Inc | P.O. Box 93 | Victory Mills, NY 12884 | First Class Mail |
| Mablehouse Hospice | 6405 The Trl | Stone Mtn, GA 30087 | First Class Mail |
| Mamunur Rashid | Address Redacted | | First Class Mail |
| Marc Cino | Address Redacted | | First Class Mail |
| Marcos Luke Rivera | Address Redacted | | First Class Mail |
| Marcus Green | Address Redacted | | First Class Mail |
| Marguerite K Shoop | Address Redacted | | First Class Mail |
| Maria Inoa | Address Redacted | | First Class Mail |
| Marie Graunke | Address Redacted | | First Class Mail |
| Marylyn Estrella | Address Redacted | | First Class Mail |
| Matt Milk | Address Redacted | | First Class Mail |
| Matthew Randall | Address Redacted | | First Class Mail |
| Maurice Commons | Address Redacted | | First Class Mail |
| Maxon Alexis | Address Redacted | | First Class Mail |
| Medi Caregivers | 1303 Parker Rd SE, Ste K | Conyers, GA 30094 | First Class Mail |
| Medina Tours (Dba) North Pacific Travel | 813 Seabury Dr | San Jose, CA 95136 | First Class Mail |
| Merchants Consulting | 2807 Breezy Meadow Ln | Corona, CA 92883 | First Class Mail |
| Merchants Payment Options Inc | 14637 Golf Rd | Orland Park, IL 60462-7433 | First Class Mail |
| Mexicorp, LLC | 4522 Trammel Fresno Rd, Apt 111 | Missouri City, TX 77459 | First Class Mail |
| Michael Ceuric | Address Redacted | | First Class Mail |
| Michael Schulte | Address Redacted | | First Class Mail |
| Michaeldulaney | Address Redacted | | First Class Mail |
| Mohammad M Parvez | Address Redacted | | First Class Mail |
| Mohammed Ezzahir | Address Redacted | | First Class Mail |
| Nhi Nguyen | Address Redacted | | First Class Mail |
| Niesha Smith | Address Redacted | | First Class Mail |
| Olivia Mandel | Address Redacted | | First Class Mail |
| Paellas At Your Place By Antonio LLC | 18 Bartlett Rd | Winthrop, MA 02152-2913 | First Class Mail |
| Partscube.Com LLC | 13606 Yellow Poplar Dr | Centreville, VA 20120 | First Class Mail |
| Paul James Relvas | Address Redacted | | First Class Mail |
| Paula Messineo | Address Redacted | | First Class Mail |
| Pauline Hinds | Address Redacted | | First Class Mail |
| Pauline West | Address Redacted | | First Class Mail |
| Petina Moving & Storage Inc | 22 Bunny Ln | E Setauket, NY 11733 | First Class Mail |
| Phuong Linh Thi Doan | Address Redacted | | First Class Mail |