**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re                                                                               :     Chapter 11
                                                                                         :
**KABBAGE, INC. d/b/a KSERVICING, *et al.*,**       :     Case No. 22-10951 (CTG)
                                                                                         :
                                                                                         :     (Jointly Administered)
**Debtors.**[1]                                                                :
                                                                                         :     Re: D.I. 466, 470 & 471
---------------------------------------------------------------- x

### NOTICE OF ADJOURNMENT OF CERTAIN DATES RELATED TO CONFIRMATION OF AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF KABBAGE, INC. (d/b/a KSERVICING) AND ITS AFFILIATED DEBTORS

PLEASE TAKE NOTICE that, on January 19, 2023, the United States Bankruptcy Court for the District of Delaware entered the *Order (I) Approving the Disclosure Statement of the Debtors, (II) Establishing Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approving Special Electronic Noticing Procedures, (VI) Approving Debtors' Proposed Cure Procedures for Unexpired Leases and Executory Contracts, and (VII) Granting Related Relief* [D.I. 470] (the "**Disclosure Statement Order**")[2], which, among other things, set certain dates and deadlines related to confirmation of the Plan [D.I. 466] (the "**Confirmation-Related Deadlines**").

PLEASE TAKE FURTHER NOTICE that, on January 20, 2023, the Debtors filed the *Notice of (I) Approval of the Disclosure Statement of the Debtors (II) Establishment of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Disclosure Statement Order.

*Solicitation, Voting, and Related Procedures, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Plan, (V) Approval of Special Electronic Noticing Procedures (VI) Approval of Debtors' Proposed Cure Procedures for Unexpired Leases and Executory Contracts, and (VII) Granting Related Relief* [D.I. 471], pursuant to which a hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") has been scheduled before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Third Floor, Courtroom 7, Wilmington, Delaware 19801, on **March 13, 2023 at 10:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, today, the Debtors are adjourning the following Confirmation-Related Deadlines set forth below (the "**Adjourned Deadlines**"):

| Deadline | Previous Date | Modified Date |
| --- | --- | --- |
| **Plan Supplement Filing Deadline** | **February 14, 2023** | **February 21, 2023** |
| **Voting Deadline** | **February 21, 2023 at 5:00 p.m. (Prevailing Eastern Time)** | **February 28, 2023 at 5:00 p.m. (Prevailing Eastern Time)** |
| **Plan Objection Deadline** | **February 21, 2023 at 4:00 p.m. (Prevailing Eastern Time)** | **February 28, 2023 at 4:00 p.m. (Prevailing Eastern Time)** |

PLEASE TAKE FURTHER NOTICE that, other than the Adjourned Deadlines, the Debtors are not, at this time, adjourning any other Confirmation-Related Deadlines or the date of the Confirmation Hearing.

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to (i) further adjourn the Adjourned Deadlines and/or (ii) adjourn the other Confirmation-Related Deadlines and the Confirmation Hearing.

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to obtain copies of the Disclosure Statement Order, the Disclosure Statement and the Plan should contact Omni Agent Solutions, the Debtors' solicitation agent, (i) in writing at Kabbage, Inc. d/b/a KServicing, et al., c/o Omni Agent Solutions, Solicitation Team, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, (ii) by email at kservicinginquiries@omniagnt.com, or (iii) by telephone at 866-956-2138 (U.S. & Canada toll free) or 747-226-5953 (international).  Interested parties may also review the Disclosure Statement Order, the Disclosure Statement and the Plan free of charge at www.omniagentsolutions.com/kservicing.

[*Remainder of page intentionally left blank*]

Dated: February 10, 2023
Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

*Attorneys for Debtors
and Debtors in Possession*

RLF1 28564888v.2