**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

---------------------------------------------------------- x
: 
In re                                                      :   Chapter 11
                                                           :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                  :   Case No. 22-10951 (CTG)
                                                           :
                                                           :   (Jointly Administered)
Debtors.[1]                                                :
                                                           :   Obj. Deadline: March 6, 2023 at 4:00 p.m. (ET)
                                                           :   Hearing: March 22, 2023 at 10:00 a.m. (ET)
---------------------------------------------------------- x

**FIRST INTERIM APPLICATION
OF WEIL, GOTSHAL & MANGES LLP FOR PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR PERIOD OCTOBER 3, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of Applicant | Weil, Gotshal & Manges LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 21, 2022 effective as of October 3, 2022 |
| Period for which compensation and reimbursement is sought | October 3, 2022 through December 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary | $4,626,527.25 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $19,412.54 |

This is a (n) ___ monthly   _X_ interim   ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

## SUMMARY OF MONTHLY FEE STATEMENT:

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Total Amount Paid to Date | | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees | Expenses | Fees (@ 20%) |
| 12/02/2022 (D.I. 321) | October 3, 2022 through October 31, 2022 | $1,520,554.50 | $1,741.12 | $1,216,443.60 | $1,741.12 | $1,216,443.60 | $1,741.12 | $304,110.90 |
| 12/29/2022 (D.I. 389) | November 1, 2022 through November 30, 2022 | $1,519,672.25 | $11,087.84 | $1,215,737.80 | $11,087.84 | $1,215,737.50 | $11,087.84 | $303,934.45 |
| 02/01/2023 (D.I. 510) | December 1, 2022 through December 31, 2022[2] | $1,586,300.50 | $6,583.58 | $1,269,040.40 | $6,583.58 | $0.00 | $0.00 | $317,260.10 |
| **Total:** | | **$4,626,527.25** | **$19,412.54** | **$3,701,221.80** | **$19,412.54** | **$2,432,181.10** | **$12,828.96** | **$925,305.45** |

Summary of Any Objections to Monthly Fee Application:  None.

Compensation Sought in this Application Not Yet Paid:  $2,200,929.43

---

[2] The objection deadline with respect to Weil's third monthly fee statement is February 21, 2023 at 4:00 p.m. (prevailing Eastern Time). Once the objection deadline has passed without objection, the Debtor will remit to Weil $1,269,040.40 in fees (80% of $1,586,300.50) and $6,583.58 in expenses.

WEIL:\99000949\6\55894.0003