**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,                :   Case No. 22-10951 (CTG)
                                                             :
                                                             :   (Jointly Administered)
Debtors.[1]                                                  :
                                                             :   Obj. Deadline: March 6, 2023 at 4:00 p.m. (ET)
                                                             :   Hearing: March 22, 2023 at 10:00 a.m. (ET)
------------------------------------------------------------ x

### NOTICE OF INTERIM FEE APPLICATION AND HEARING

PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP ( (the "**Applicant**") has today filed the attached *First Interim Fee Application of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period October 3, 2022 through December 31, 2022* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated October 21, 2022 [Docket No. 136] (the "**Interim Compensation Order**") and must be filed with the Clerk of the Court by no later than **March 6, 2023 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**") and served upon and received by: (i) the Debtors, c/o Kabbage, Inc. d/b/a KServicing, 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309 (Attn: Holly Loiseau, General Counsel (hloiseau@kservicecorp.com)); (ii) counsel for the Debtors, (a) Weil, Gotshal & Manges LLP,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

767 Fifth Avenue, New York, NY 10153 (Attn: Candace M. Arthur (candace.arthur@weil.com), Natasha S. Hwangpo (natasha.hwangpo@weil.com), and Chase A. Bentley (chase.bentley@weil.com)) and (b) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Daniel J. DeFranceschi (defranceschi@rlf.com), Amanda R. Steele (steele@rlf.com), and Zachary I. Shapiro (shapiro@rlf.com)); and (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: Richard L. Schepacarter (richard.schepacarter@usdoj.gov) and Rosa Sierra-Fox (rosa.sierra-fox@usdoj.gov)).

PLEASE TAKE FURTHER NOTICE that, a hearing with respect to the Application will be held before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, on **March 22, 2023 at 10:00 a.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT IF NO TIMELY OBJECTIONS ARE FILED TO THIS APPLICATION, THE COURT MAY ENTER AN ORDER GRANTING THIS APPLICATION WITHOUT A HEARING.

Dated: February 14, 2023
      Wilmington, Delaware

        */s/ Matthew P. Milana*
        RICHARDS, LAYTON & FINGER, P.A.
        Daniel J. DeFranceschi, Esq. (No. 2732)
        Amanda R. Steele, Esq. (No. 5530)
        Zachary I. Shapiro, Esq. (No. 5103)
        Matthew P. Milana, Esq. (No. 6681)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        E-mail: defranceschi@rlf.com
                steele@rlf.com
                shapiro@rlf.com
                milana@rlf.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ray C. Schrock, Esq. (admitted *pro hac vice*)
        Candace M. Arthur, Esq. (admitted *pro hac vice*)
        Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
        Chase A. Bentley, Esq. (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone:   (212) 310-8000
        E-mail:      ray.schrock@weil.com
                      candace.arthur@weil.com
                      natasha.hwangpo@weil.com
                      chase.bentley@weil.com

        *Attorneys for Debtors and Debtors in Possession*