**Exhibit A**
**SUMMARY COVER SHEET OF FIRST INTERIM FEE APPLICATION**

| | |
|---|---|
| Name of Applicant | Weil, Gotshal & Manges LLP |
| Name of Client | Kabbage, Inc. d/b/a KServicing and Affiliated Debtors |
| Time Period Covered by this Application | Start: October 3, 2022 End: December 31, 2022 |
| Total compensation sought this period | $4,626,527.25 |
| Total expenses sought this period | $19,412.54 |
| Petition date | October 3, 2022 |
| Retention date | October 21, 2022 effective as of October 3, 2022 |
| Date of order approving employment | October 21, 2022 |
| Total compensation approved by interim order to date | N/A |
| Total expenses approved by interim order to date | N/A |
| Total allowed compensation paid to date | N/A |
| Total allowed expenses paid to date | N/A |
| Blended rate in this application for all attorneys | $1,154.37 |
| Blended rate in this application for all timekeepers | $1,143.71 |
| Compensation sought and already paid pursuant to a monthly compensation order but not yet allowed | $2,432,181.10 |
| Expenses sought and already paid pursuant to a monthly compensation order but not yet allowed | $12,828.96 |
| Number of professionals included in this application | 33 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | 1 |
| If applicable, difference between fees budgeted and compensation sought for this period | $317,649.03 |
| Number of professionals billing fewer than 15 hours to the case during this period | 10 |
| Are any rates higher than those approved or disclosed at retention? | No |

Case Name: **Kabbage, Inc. d/b/a KServicing**
Case Number: **22-10951**
Applicant's Name: **Weil, Gotshal & Manges LLP**
Date of Application: **February 13, 2023**
Interim or Final: **Interim**