# Exhibit B

## COMPENSATION BY PROFESSIONAL
## OCTOBER 3, 2022 THROUGH DECEMBER 31, 2022

The attorneys who rendered professional services in this chapter 11 case during the Interim Fee Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[3] | HOURLY BILLING RATE[4] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Goldring, Stuart J. | Partner | Tax | 1984 | $1,950.00 | 9.90 | $19,305.00 |
| Slack, Richard W. | Partner | Litigation | 1987 | $1,495.00 | 135.30 | $202,273.50 |
| Slack, Richard W. | Partner | Litigation | 1987 | $747.50† | 2.70 | $2,018.25 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $1,395.00 | 161.10 | $224,734.50 |
| Schrock, Ray C. | Partner | Restructuring | 1998 | $1,950.00 | 35.40 | $69,030.00 |
| Westerman, Gavin | Partner | Corporate | 2004 | $1,525.00 | 2.10 | $3,202.50 |
| Arthur, Candace | Partner | Restructuring | 2010 | $1,495.00 | 259.50 | $387,952.50 |
| Hwangpo, Natasha | Partner | Restructuring | 2014 | $1,395.00 | 568.10 | $792,499.50 |
| Hwangpo, Natasha | Partner | Restructuring | 2014 | $697.50† | 3.00 | $2,092.50 |
| Magill, Amanda Graham | Partner | Tax | 2015 | $1,395.00 | 2.20 | $3,069.00 |
| Margolis, Steven M. | Counsel | Tax | 1990 | $1,300.00 | 14.40 | $18,720.00 |
| Bonk, Cameron Mae | Counsel | Litigation | 2016 | $1,250.00 | 366.80 | $458,500.00 |
| Friedman, Julie T. | Associate | Restructuring | 2003 | $695.00 | 30.60 | $21,267.00 |
| Hill, David F. | Associate | Litigation | 2017 | $1,200.00 | 4.60 | $5,520.00 |
| Ruocco, Elizabeth A. | Associate | Restructuring | 2017 | $1,165.00 | 349.00 | $406,585.00 |
| Bentley, Chase A. | Associate | Restructuring | 2018 | $1,200.00 | 453.80 | $544,560.00 |
| Diplas, Alexandros | Associate | Litigation | 2018 | $1,165.00 | 28.70 | $33,435.50 |
| Labate, Angelo G. | Associate | Litigation | 2019 | $1,130.00 | 22.50 | $25,425.00 |
| Ritholtz, Benjamin | Associate | Litigation | 2019 | $1,130.00 | 34.10 | $38,533.00 |
| Kaplowitz, Rachel | Associate | Litigation | 2020 | $1,075.00 | 32.70 | $35,152.50 |
| Parker-Thompson, Destiney | Associate | Restructuring | 2020 | $840.00 | 204.20 | $171,528.00 |
| McMillan, Jillian A. | Associate | Restructuring | 2021 | $1,075.00 | 313.20 | $336,690.00 |

---

[3] * – Not Yet Admitted to Practice

[4] † – Non-working travel is billed at 50% of regular hourly rates.

| | | | | | | |
|---|---|---|---|---|---|---|
| Ham, Arden | Associate | Restructuring | 2021 | $980.00 | 122.70 | $120,246.00 |
| Ollestad, Jordan Alexandra | Associate | Litigation | 2022 | $980.00 | 216.40 | $212,072.00 |
| Blankman, Alexandra | Associate | Litigation | 2022 | $840.00 | 25.70 | $21,588.00 |
| Cazes, Catherine | Associate | Litigation | 2022 | $840.00 | 109.70 | $92,148.00 |
| Suarez, Ashley | Associate | Restructuring | 2022 | $840.00 | 170.30 | $143,052.00 |
| Castillo, Lauren | Associate | Restructuring | * | $690.00 | 311.40 | $214,866.00 |
| **Total for Attorneys** | | | | | **3,990.10** | **$4,606,065.25** |

The paraprofessionals and other non-legal staff who rendered professional services in this chapter 11 case during the Interim Fee Period are:

| NAME OF PARAPROFESSIONAL AND OTHER NON-LEGAL STAFF | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lee, Kathleen Anne | Paralegal | Restructuring | $495.00 | 4.60 | $2,277.00 |
| Haiken, Lauren C. | Litigation Support | LSS | $435.00 | 4.50 | $1,957.50 |
| Jewett, Laura | Litigation Support | LSS | $415.00 | 4.00 | $1,660.00 |
| Dang, Thai | Litigation Support | LSS | $400.00 | 3.30 | $1,320.00 |
| Nudelman, Peter | Litigation Support | LSS | $400.00 | 20.60 | $8,240.00 |
| Peene, Travis J. | Paralegal | Restructuring | $290.00 | 2.00 | $580.00 |
| Mason, Kyle | Paralegal | Restructuring | $275.00 | 16.10 | $4,427.50 |
| **Total:** | | | | **55.10** | **$20,462.00** |

The total fees for the Interim Fee Period are:

| PROFESSIONALS | BLENDED RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,399.17 | 1,560.50 | $2,183,397.25 |
| Associates | $997.15 | 2,429.60 | $2,422,668.00 |
| Paraprofessional and other non-legal staff | $371.36 | 55.10 | $20,462.00 |
| **Blended Attorney Rate** | **$1,154.37** | | |
| **Total:** | | **4,045.20** | **$4,626,527.25** |