## Exhibit C
## COMPENSATION BY PROJECT CATEGORY
## OCTOBER 3, 2022 THROUGH DECEMBER 31, 2022

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| 001 | Administrative Expense Claims | 15.60 | $12,413.00 |
| 003 | AmEx Transaction Investigation | 231.40 | $247,083.00 |
| 005 | Automatic Stay | 24.20 | $24,129.00 |
| 006 | Bar Date and Claims Matters | 95.90 | $92,905.50 |
| 007 | Borrower Matters | 7.80 | $8,405.50 |
| 008 | Case Administration (WIP List & Case Calendar) | 71.40 | $66,818.50 |
| 009 | Chapter 11 Plan/Plan Confirmation/Implementation | 185.10 | $227,561.00 |
| 010 | Corporate Governance/Securities | 263.30 | $302,601.50 |
| 011 | Customer (incl. Partner Banks)/Vendor/Supplier Matters | 28.90 | $33,607.00 |
| 012 | Cash Management | 28.30 | $34,949.00 |
| 013 | Disclosure Statement/Solicitation/Voting | 353.50 | $392,619.00 |
| 014 | Employee Matters | 119.80 | $123,466.50 |
| 015 | Exclusivity | 30.80 | $24,802.50 |
| 016 | Executory Contracts/Leases/Real Prop/Other 365 Matters | 42.10 | $43,446.00 |
| 017 | General Case Strategy (incl Team and Client Calls) | 355.20 | $409,253.00 |
| 018 | Government Investigation Matters (excl. Settlements) | 7.10 | $8,540.00 |
| 019 | Hearings and Court Matters | 188.70 | $226,553.50 |
| 020 | Insurance and Letters of Credit Matters | 1.10 | $1,245.50 |
| 021 | Non-bankruptcy Litigation (incl. CUBI Dispute) | 1,038.90 | $1,242,887.50 |
| 022 | Non-working Travel | 5.70 | $4,110.75 |
| 024 | Regulatory Matters | 21.40 | $29,332.00 |
| 025 | Retention/Billing/Fee Applications: OCP | 26.90 | $28,955.50 |
| 026 | Retention/Fee Applications: Non-Weil Professionals | 118.80 | $117,576.00 |
| 027 | Retention/Fee Applications: Weil | 70.00 | $59,141.00 |
| 028 | Secured Creditors Issues/Meetings/Comms (excl. Settlements) | 131.80 | $165,942.00 |
| 029 | Settlements (including 9019 matters) | 428.70 | $509,636.00 |
| 030 | Schedules/Statement of Financial Affairs | 72.60 | $83,916.50 |
| 031 | Tax Matters | 14.20 | $21,442.00 |

| 032 | Unsecured Creditors Issues/Meetings/Comms/UCC (excl. stlmnts) | 19.40 | $24,271.50 |
|---|---|---|---|
| 033 | US Trustee/MORs/2015.3 Reports | 29.00 | $35,781.00 |
| 034 | Utility Matters/Adequate Assurance | 0.60 | $687.00 |
| 035 | Servicing Transfer | 17.00 | $22,449.50 |
| **TOTAL** | | **4,045.20** | **$4,626,527.25** |