**Exhibit D**

**EXPENSE SUMMARY**
**OCTOBER 3, 2022 THROUGH DECEMBER 31, 2022**

| EXPENSE CATEGORY | AMOUNT |
| --- | --- |
| Duplicating | $2,264.15 |
| Electronic Research | $11,093.02 |
| Meals | $220.00 |
| Transportation | $3,425.00 |
| Travel | $2,410.37 |
| **TOTAL** | **$19,412.54** |