**Exhibit F**

**BUDGET**
**OCTOBER 3, 2022 THROUGH DECEMBER 31, 2022**

| TASK CODE | PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 001 | Administrative Expense Claims | 10.00 | $10,758.72 | 15.60 | $12,413.00 |
| 002 | Adversary Proceedings | 15.00 | $16,100.38 | 0.00 | $0.00 |
| 003 | AmEx Transaction Investigation | 250.00 | $268,590.83 | 231.40 | $247,083.00 |
| 004 | Asset Disposition/363 Asset Sales | 10.00 | $10,683.33 | 0.00 | $0.00 |
| 005 | Automatic Stay | 10.00 | $10,683.33 | 24.20 | $24,129.00 |
| 006 | Bar Date and Claims Matters | 55.00 | $58,833.62 | 95.90 | $92,905.50 |
| 007 | Borrower Matters | 60.00 | $64,175.37 | 7.80 | $8,405.50 |
| 008 | Case Administration (WIP List & Case Calendar) | 200.00 | $214,420.33 | 71.40 | $66,818.50 |
| 009 | Chapter 11 Plan/Plan Confirmation/Implementation | 255.00 | $273,932.57 | 185.10 | $227,561.00 |
| 010 | Corporate Governance/Securities | 170.00 | $182,068.67 | 263.30 | $302,601.50 |
| 011 | Customer (incl. Partner Banks)/Vendor/Supplier Matters | 45.00 | $48,150.35 | 28.90 | $33,607.00 |
| 012 | Cash Management | 120.00 | $129,255.30 | 28.30 | $34,949.00 |
| 013 | Disclosure Statement/Solicitation/Voting | 310.00 | $332,690.80 | 353.50 | $392,619.00 |
| 014 | Employee Matters | 140.00 | $150,471.13 | 119.80 | $123,466.50 |
| 015 | Exclusivity | 35.00 | $37,843.97 | 30.80 | $24,802.50 |
| 016 | Executory Contracts/Leases/Real Prop/Other 365 Matters | 50.00 | $53,416.58 | 42.10 | $43,446.00 |
| 017 | General Case Strategy (incl Team and Client Calls) | 500.00 | $536,880.00 | 355.20 | $409,253.00 |
| 018 | Government Investigation Matters (excl. Settlements) | 25.00 | $26,783.72 | 7.10 | $8,540.00 |
| 019 | Hearings and Court Matters | 200.00 | $213,741.63 | 188.70 | $226,553.50 |
| 020 | Insurance and Letters of Credit Matters | 10.00 | $10,758.72 | 1.10 | $1,245.50 |
| 021 | Non-bankruptcy Litigation (incl. CUBI Dispute) | 450.00 | $483,010.67 | 1,038.90 | $1,242,887.50 |
| 022 | Non-working Travel | 20.00 | $21,517.43 | 5.70 | $4,110.75 |
| 023 | Reclamation / 503(b)(9) claims | 5.00 | $5,341.67 | 0.00 | $0.00 |
| 024 | Regulatory Matters | 40.00 | $42,884.03 | 21.40 | $29,332.00 |
| 025 | Retention/Billing/Fee Applications: OCP | 50.00 | $53,718.17 | 26.90 | $28,955.50 |
| 026 | Retention/Fee Applications: Non-Weil Professionals | 80.00 | $85,768.07 | 118.80 | $117,576.00 |
| 027 | Retention/Fee Applications: Weil | 30.00 | $32,351.53 | 70.00 | $59,141.00 |
| 028 | Secured Creditors Issues/Meetings/Comms (excl. Settlements) | 205.00 | $219,460.30 | 131.80 | $165,942.00 |
| 029 | Settlements (including 9019 matters) | 465.00 | $500,166.78 | 428.70 | $509,636.00 |
| 030 | Schedules/Statement of Financial Affairs | 100.00 | $106,983.87 | 72.60 | $83,916.50 |
| 031 | Tax Matters | 10.00 | $10,683.33 | 14.20 | $21,442.00 |
| 032 | Unsecured Creditors Issues/Meetings/Comms/UCC (excl. stlmnts) | 30.00 | $32,351.53 | 19.40 | $24,271.50 |
| 033 | US Trustee/MORs/2015.3 Reports | 55.00 | $59,059.82 | 29.00 | $35,781.00 |
| 034 | Utility Matters/Adequate Assurance | 5.00 | $5,341.67 | 0.60 | $687.00 |

| 035 | Servicing Transfer | 0.00 | $0.00 | 17.00 | $22,449.50 |
|---|---|---|---|---|---|
| **TOTAL** | | **4,095** | **$4,308,878.22** | **4,045.20** | **$4,626,527.25** |