**Exhibit G**

**STAFFING PLAN**
**OCTOBER 3, 2022 THROUGH DECEMBER 31, 2022**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS PROJECTED TO WORK ON MATTER DURING BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 8 | $1,400.00 |
| Counsel | 2 | $1,275.00 |
| Associates | 15 | $1,010.00 |
| Paralegals and Other Non-Legal Staff | 7 | $284.29 |