**Exhibit A - Compensation by Professional**
**October 3, 2022 through December 31, 2022**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice, department[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel J. DeFranceschi | Joined firm as associate in 1990. Director in 2000. Member of DE Bar since 1989. | $1,100 | 42.9 | $47,190.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Director in 2018. Member of DE Bar since 2010. | $875 | 204.7 | $179,112.50 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Director in 2019. Member of DE Bar since 2008. | $850 | 392.8 | $333,880.00 |
| Cory D. Kandestin | Joined firm as associate in 2007. Counsel in 2015. Member of DE Bar since 2007. | $750 | 23.8 | $17,850.00 |
| Matthew P. Milana | Joined firm as associate in 2022. Member of DE Bar since 2019. | $600 | 189.3 | $113,580.00 |
| Sarah E. Silveira | Joined firm as associate in 2018. Member of DE Bar since 2018. | $600 | 14.4 | $8,640.00 |
| Huiqi Vicky Liu | Joined firm as associate in 2020. Member of DE Bar since 2022. | $475 | 129.7 | $61,607.50 |
| James F. McCauley | Joined firm as associate in 2020. Member of the DE Bar since 2022. | $475 | 2.1 | $997.50 |
| Zachary J. Javorsky | Joined firm as associate in 2022. Member of the DE Bar since 2022. | $425 | 10.3 | $4,377.50 |
| Ashly L. Riches | Joined firm as associate in 2022. | $425 | 16.6 | $7,055.00 |

---

[1] Unless otherwise noted, the professionals listed are members of RLF's Bankruptcy and Corporate Restructuring Department.

RLF1 28441241v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice, department1 | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $315 | 16.8 | $5,292.00 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $315 | 140.5 | $44,257.50 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $315 | 17.9 | $5,638.50 |
| Sherry L. Pitman | Paralegal since 2021. Joined the firm in 2016. | $315 | 11.6 | $3,654.00 |
| Sean F. Quigley | MIS Department. Joined firm in 2021 | $295 | 0.2 | $59.00 |
| Sandra I. Roberts | Case Management Assistant since 2020. Joined the firm in 2019. | $155 | 1.7 | $263.50 |
| Daniel D. White | MIS Department. Joined firm in 2009. | $325 | 5.0 | $1,625.00 |
| **TOTAL** | | | **1,220.3** | **$835,079.50** |

| | |
|---|---|
| **Grand Total:** | **$835,079.50** |
| **Attorney Compensation:** | **$774,290.00** |
| **Total Attorney Hours:** | **1,026.6** |
| **Attorney Blended Rate:** | **$754.23** |