**Exhibit B - Compensation by Project Category**
**October 3, 2022 through December 31, 2022**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 75.9 | $44,050.00 |
| Creditor Inquiries (B) | 16.0 | $8,286.00 |
| Meetings (C) | 107.6 | $86,500.00 |
| Executory Contracts/Unexpired Leases (D) | 7.0 | $3,415.00 |
| Automatic Stay/Adequate Protection (E) | 2.8 | $2,087.50 |
| Plan of Re-Organization/Disclosure Statement (F) | 203.4 | $148,243.50 |
| Use, Sale, Lease of Assets (G) | 26.4 | $12,469.50 |
| Cash Collateral/DIP Financing (H) | 31.7 | $23,376.50 |
| Claims Administration (I) | 66.7 | $40,482.00 |
| Court Hearings (J) | 232.9 | $152,199.00 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 66.5 | $49,211.00 |
| Employee Issues (M) | 23.5 | $16,715.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 2.6 | $933.00 |
| Litigation/Adversary Proceedings (P) | 196.0 | $147,037.50 |
| RL&F Retention (Q-1) | 35.0 | $26,580.00 |
| Retention of Others (Q-2) | 64.3 | $39,591.50 |
| RL&F Fee Applications (R-1) | 33.5 | $18,648.50 |
| Fee Applications of Others (R-2) | 22.7 | $12,878.00 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 2.7 | $1,043.00 |
| Insurance (V) | 3.1 | $1,333.00 |
| **TOTAL** | **1,220.3** | **$835,079.50** |