## Exhibit C - Expense Summary
## October 3, 2022 through December 31, 2022

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $0.00 |
| Long Distance Telephone | *See previous fee applications* | $3.87 |
| Data Hosting | | $0.00 |
| In-House Reproduction (Duplication/Printing) | *See previous fee applications* | $259.00 |
| Outside Reproduction | *See previous fee applications* | $2,340.96 |
| Legal Research | *See previous fee applications* | $6,540.87 |
| Filing/Court Fees | *See previous fee applications* | $125.00 |
| Court Reporting | *See previous fee applications* | $1,464.25 |
| Travel Expenses | *See previous fee applications* | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | *See previous fee applications* | $179.48 |
| Postage | | $0.00 |
| Binding | | $0.00 |
| Business Meals | *See previous fee applications* | $1,416.50 |
| Document Retrieval | *See previous fee applications* | $490.80 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | *See previous fee applications* | $936.00 |
| Room Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| RL&F Service Corp. | | $0.00 |
| **TOTAL** | | **$13,756.73** |