## Exhibit D - Customary and Comparable Compensation Disclosures

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for preceding year (2021)[1] | Billed October 3, 2022 through December 31, 2022 |
| Director | $847.76 | $874.74 |
| Counsel | $658.26 | $750.00 |
| Associate | $490.55 | $541.55 |
| Paralegal | $256.70 | $315.00 |
| Aggregated | $630.30 | $684.32 |

---

[1] The billable rates for RL&F attorneys are adjusted on January 1 of each year.  The data in this column excludes 2021 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.