**Exhibit F**

**Summary of Fees/Hours Budgeted Compared with Fee/Hours Billed**

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Case Administration | 50 | 75.9 | $36,050.00 | $44,050.00 |
| Creditor Inquiries | 20 | 16.0 | $14,420.00 | $8,286.00 |
| Meetings | 100 | 107.6 | $72,100.00 | $86,500.00 |
| Executory Contracts/Unexpired Leases | 10 | 7.0 | $7,210.00 | $3,415.00 |
| Automatic Stay/Adequate Protection | 30 | 2.8 | $21,630.00 | $2,087.50 |
| Plan of Reorganization/Disclosure Statement | 200 | 203.4 | $144,200.00 | $148,243.50 |
| Use, Sale, Lease of Assets | 10 | 26.4 | $7,210.00 | $12,469.50 |
| Cash Collateral/DIP Financing | 50 | 31.7 | $36,050.00 | $23,376.50 |
| Claims Administration | 50 | 66.7 | $36,050.00 | $40,482.00 |
| Court Hearings | 250 | 232.9 | $180,250.00 | $152,199.00 |
| General Corporate/Real Estate | 5 | 0.0 | $3,605.00 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports | 80 | 66.5 | $57,680.00 | $49,211.00 |
| Employee Issues | 10 | 23.5 | $7,210.00 | $16,715.00 |
| Environmental | 10 | 0.0 | $7,210.00 | $0.00 |
| Tax Issues | 10 | 2.6 | $7,210.00 | $933.00 |
| Litigation/Adversary Proceedings | 200 | 196.0 | $144,200.00 | $147,037.50 |
| RL&F Retention | 50 | 35.0 | $36,050.00 | $26,580.00 |
| Retention of Others | 50 | 64.3 | $36,050.00 | $39,591.50 |
| RL&F Fee Applications | 15 | 33.5 | $10,815.00 | $18,648.50 |
| Fee Applications of Others | 15 | 22.7 | $10,815.00 | $12,878.00 |
| Vendor/Suppliers | 5 | 0.0 | $3,605.00 | $0.00 |
| Non-Working Travel | 0 | 0.0 | $0.00 | $0.00 |
| Utilities | 5 | 2.7 | $3,605.00 | $1,043.00 |
| Insurance | 5 | 3.1 | $3,605.00 | $1,333.00 |
| **TOTAL** | **1,230.0** | **1,220.3** | **$886,830.00** | **$835,079.50** |