**Exhibit G - Additional Information Related to Interim Fee Application**

| | |
|---|---|
| Are Rates in Interim Fee Application Higher than those Approved or Disclosed at Retention? | No. |
| Total Compensation Requested[1]: | $848,836.23 |
| Compensation Sought in this Interim Application Approved to Date Pursuant to the Interim Compensation Order: | $518,136.39 |
| Compensation Sought in this Interim Application Already Paid Pursuant to the Interim Compensation Order: | $518,136.39 |
| Compensation Sought in this Interim Application Not Yet Paid: | $330,699.84 |
| Number of Professionals Included in this Interim Application: | 17 |
| If Applicable, Number of Professionals in this Interim Application Not Included in Staffing Plan Approved by Client: | 7[2] |
| Difference Between Fees Budgeted and Compensation Sought for the Interim Compensation Period: | ($51,750.50) |

---

[1] Total compensation includes both fees of, and expenses incurred by, RL&F.

[2] These professionals were utilized to perform discrete, ancillary tasks that, in many instances, required special expertise.

RLF1 28441241v.1