**Exhibit A**

**Budget and Staffing Report**
**Greenberg Traurig, LLP**
**October 3, 2022 – December 31, 2022**
**(First Interim Period)**

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| KS001 | Case Administration | 30.00 | $29,310.00 |
| KS003 | Employment and Fee Applications | 40.00 | $39,080.00 |
| KS005 | Board and Corporate Governance | 200.00 | $195,400.00 |
| KS007 | Court Hearings | 25.00 | $24,425.00 |
| **Total:** | | **295** | **$288,215.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholders | 4 | $1,307.00 |
| Senior Counsel | 1 | $1,565.00 |
| Associates | 1 | $870.00 |
| Paralegals | 1 | $435.00 |