# Exhibit B

## Comparison of Fees and Hours Budgeted to Fees and Hours Billed During the First Interim Period
### Greenberg Traurig, LLP

| Task Code | Project Category | Estimated Hours | Actual Hours Billed | Estimated Fees | Actual Fees |
|---|---|---|---|---|---|
| KS001 | Case Administration | 30.00 | 22.8 | $29,310.00 | $17,416.00 |
| KS003 | Employment and Fee Applications | 40.00 | 57.3 | $39,080.00 | $43,670.00 |
| KS005 | Board and Corporate Governance | 200.00 | 97.4 | $195,400.00 | $104,857.50 |
| KS007 | Court Hearings | 25.00 | 50.8 | $24,425.00 | $57,153.00 |
| **Total:** | | 295 | **228.3** | **$288,215.00** | **$223,096.50** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Interim Period | Actual Number of Timekeepers During the Interim Period | Estimated Average Hourly Rate | Actual Blended Hourly Rate |
|---|---|---|---|---|
| Shareholders | 4 | 4 | $1,307.00 | $1,470.84 |
| Senior Counsel | 1 | 1 | $1,565.00 | $1,565.00 |
| Associates | 1 | 1 | $870.00 | $870.00 |
| Paralegals | 1 | 1 | $435.00 | $435.00 |