**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                     :

In re                            :           **Chapter 11**
                                       :

**KABBAGE, INC. d/b/a KSERVICING,** *et al.,*  :           **Case No. 22-10951 (CTG)**
                                       :
                                       :           **(Jointly Administered)**

Debtors.[1]                    :
                                       :
                                     :           **Obj. Deadline: March 6, 2023 at 4:00 p.m. (ET)**
------------------------------------------------------------ x   **Hearing: March 22, 2023 at 10:00 a.m. (ET)**

**FIRST INTERIM APPLICATION**
**OF OMNI AGENT SOLUTIONS FOR PAYMENT OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR PERIOD OCTOBER 3, 2022 THROUGH DECEMBER 31, 2022**

| | |
|---|---|
| Name of Applicant | Omni Agent Solutions |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 21, 2022, effective as of the Petition Date [D.I. #138] |
| Period for which compensation and reimbursement is sought | October 3, 2022 through December 31, 2022 |
| Amount of compensation sought as actual, reasonable, and necessary | $17,800.25 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a (n) ___ monthly  _X_  interim ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

### SUMMARY OF MONTHLY FEE APPLICATIONS FOR INTERIM PERIOD:

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| --- | --- | --- | --- | --- | --- | --- |
| 12/2/22 (D.I. 324) | October 3, 2022 through October 31, 2022 | $5,083.50 | $0.00 | $4,066.80 | $0.00 | $1,016.70 |
| 12/29/22 (D.I. 390) | November 1, 2022 through November 30, 2022 | $8,751.50 | $0.00 | $7,001.20 | $0.00 | $1,750.30 |
| 1/30/23 (D.I. 499) | December 1, 2022 through December 31, 2022 | $3,965.25 | $0.00 | $0.00[2] | $0.00 | $793.05 |
| **Total:** | | **$17,800.25** | **$0.00** | **$11,068.00** | **$0.00** | **$3,560.05** |

Summary of Any Objections to Monthly Fee Application:  N/A.

Compensation Sought in this Application Not Yet Paid:  $6,732.25

---

[2] Pending objection deadline of February 20, 2023 at 4:00 p.m. (prevailing Eastern Time) for the *Third Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period December 1, 2022 through December 31, 2022.*

Dated:    February 14, 2023
          New York, New York

                                    /s/ Paul H. Deutch
                                    Paul H. Deutch
                                    Omni Agent Solutions

                                    *Administrative Agent for Debtors and Debtors-in-Possession*