UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re                                           :   Chapter 11
                                                :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,       :   Case No. 22-10951 (CTG)
                                                :
Debtors.[1]                                     :   (Jointly Administered)
                                                :
                                                :   Re: Docket No. 527

---

### ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS AND PAUL PIETSCHNER DISALLOWING CERTAIN CLAIMS SOLELY FOR VOTING PURPOSES

Upon consideration of the *Stipulation By and Between the Debtors and Paul Pietschner Disallowing Certain Claims Solely for Voting Purposes* (the "**Stipulation**"),[2] a copy of which is attached hereto as **Exhibit 1**; and the Court having determined that the agreement set forth in the Stipulation is in the best interests of the Debtors, their estates, and creditors, and any parties in interest; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is hereby approved.

2. The Stipulation shall become effective immediately upon entry of this Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Stipulation.

RLF1 28594271v.1

3. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: February 15th, 2023
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**