UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                                            :    Chapter 11
                                                                 :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                        :    Case No. 22-10951 (CTG)
                                                                 :
                                                                 :
Debtors.[1]                                                      :    (Jointly Administered)
                                                                 :
                                                                 :    Re: Docket No. 491
---------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN MISCLASSIFIED CLAIMS**

The undersigned hereby certifies that Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have received no answer, objection or any other responsive pleading with respect to the *Debtors' First Omnibus Objection (Substantive) to Certain Misclassified Claims* [Docket No. 491] (the "**Objection**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on January 27, 2023. The undersigned further certifies that no answer, objection or other responsive pleading to the Objection has appeared on the Court's docket in the above-captioned chapter 11 cases. Pursuant to the *Notice of Omnibus Objection and Hearing* filed with the Objection, any objection or response to the relief requested in the Objection was to be filed and served no later than February 15, 2023 at 4:00 p.m. (prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28611736v.1

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: February 16, 2023
       Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
       candace.arthur@weil.com
       natasha.hwangpo@weil.com
       chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*