**Schedule 1**

**Misclassified Priority Claims**

RLF1 28611784V.1

**Misclassified Priority Claims**[1]
(Claims are listed alphabetically)

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Priority Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | Alicia Bryant | 11/18/2022 | 951-41 | Kabbage, Inc. d/b/a KServicing | $3,466.00 (P) | $0.00 (A) $0.00 (S) $0.00 (P) $3,466.00 (U) $3,466.00 (T) | Alicia Bryant filed a $3,466 priority claim pursuant to section 507(a)(4) of the Bankruptcy Code. No basis is asserted for the claim. *See* proof of claim no. 951-41. Based on a review of the Debtors' books and records, the Debtors have determined Alicia Bryant is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Alicia Bryant under section 507(a)(4) (the claim is not on account of wages) of the Bankruptcy Code. |
| 2 | AVDN Enterprise LLC | 12/30/2022 | 951-224 | Kabbage, Inc. d/b/a KServicing | $3,125.00 (P) | $0.00 (A) $0.00 (S) $0.00 (P) $3,125.00 (U) $3,125.00 (T) | AVDN Enterprise filed a $3,125 priority claim pursuant to an unspecified subsection of 507(a) of the Bankruptcy Code. The proof of claim asserts the "Paycheck Protection Program" as the basis for the claim. *See* proof of claim no. 951-224. Based on a review of the Debtors' books and records, the Debtors have determined AVDN Enterprise is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to AVDN Enterprise under section 507(a) of the Bankruptcy Code. |
| 3 | Charmaine Busch | 11/5/2022 | 951-27 | Kabbage, Inc. d/b/a KServicing | $25,500.00 (P) | $0.00 (A) $0.00 (S) $0.00 (P) $30,000.00 (U) $30,000.00 (T) | Charmaine Busch filed a proof of claim asserting a total claim of $30,000. The claimant asserts that $25,500 is entitled to priority pursuant to sections 507(a)(1)(A) and (a)(1)(B), 507(a)(4), 507(a)(7), and 507(a)(8) of the Bankruptcy Code. The proof of claim asserts "money loaned …" as the basis for the claim. *See* proof of claim no. 951-27. Based on a review of the Debtors' books and records, the Debtors have determined Charmaine Busch is a borrower of a Legacy Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Charmaine Busch under sections 507(a)(1)(A) (the claim is not on account of domestic support obligations) and (a)(1)(B) (the claim is not on account of domestic support obligations), 507(a)(4) (the claim is not on account of wages), 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services), 507(a)(8) (the claim is not on account of governmental units) of the Bankruptcy Code. |
| 4 | Corinthus Omari Pittman (Wellness Rehabilitation LLC) | 12/19/2022 | 951-218 | Kabbage, Inc. d/b/a KServicing | $20,833.00 (P) | $0.00 (A) $0.00 (S) $0.00 (P) $20,833.00 (U) $20,833.00 (T) | Wellness Rehabilitation filed a $20,833 priority claim pursuant to an unspecified subsection of 507(a) of the Bankruptcy Code. The proof of claim asserts the "Paycheck Protection Program" as the basis for the claim. *See* proof of claim no. 951-218. Based on a review of the Debtors' books and records, the Debtors have determined Wellness Rehabilitation is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Wellness Rehabilitation under section 507(a) of the Bankruptcy Code. Further, Wellness Rehabilitation does not provide any documentation in support of the claim. |
| 5 | Deborah A Mastrandrea | 11/15/2022 | 951-30 | Kabbage, Inc. d/b/a KServicing | $3,900.00 (P) | $0.00 (A) $0.00 (S) | Deborah A. Mastrandrea filed a $3,900 priority claim pursuant to section 507(a)(7) of the Bankruptcy Code. The proof of claim asserts "money loaned" as the basis for the |

---

[1] Certain of the Misclassified Priority Claims assert more than one incorrect classification status. This schedule lists only the misclassified priority amounts.

[2] (A) - Administrative, including 503(b)(9); (S) - Secured; (P) - Priority; (U) - Unsecured; (T) – Total.

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Priority Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | $0.00 (P)<br>$3,900.00 (U)<br>$3,900.00 (T) | claim. *See* proof of claim no. 951-30. Based on a review of the Debtors' books and records, the Debtors have determined Deborah A. Mastrandrea is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Deborah A. Mastrandrea under section 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services) of the Bankruptcy Code. Further, Deborah A. Mastrandrea does not provide any documentation in support of the claim. |
| 6 | Kelvin Foster | 01/23/2023 | 951-231 | Kabbage, Inc. d/b/a KServicing | $2,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$3,000.00 (U)<br>$3,000.00 (T) | Kelvin Foster filed a proof of claim asserting a total claim of $3,000. The claimant asserts that $2,000 is entitled to priority pursuant to section 507(a)(7) of the Bankruptcy Code. The proof of claim asserts "goods sold" as the basis for the claim. *See* proof of claim no. 951-231. Based on a review of the Debtors' books and records, the Debtors have determined Kelvin Foster is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Kelvin Foster under section 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services) of the Bankruptcy Code. Further, Kelvin Foster does not provide any documentation in support of the claim. |
| 7 | Lakeysha James | 01/17/2023 | 951-229 | Kabbage, Inc. d/b/a KServicing | $12,708.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$12,708.00 (U)<br>$12,708.00 (T) | Lakeysha James filed a $12,708 priority claim pursuant to section 507(a)(4) of the Bankruptcy Code. The proof of claim asserts "services performed" as the basis for the claim. *See* Proof of claim no. 951-229. Based on a review of the Debtors' books and records, the Debtors have determined Lakeysha James is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Lakeysha James under section 507(a)(4) (the claim is not on account of wages) of the Bankruptcy Code. |
| 8 | Lakina Evans | 10/29/2022 | 951-3 | Kabbage, Inc. d/b/a KServicing | $3,350.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$3,216.00 (U)<br>$3,216.00 (T) | Lakina Evans filed two proofs of claim, each asserting a total claim of $3,216.00. Notwithstanding the asserted total value of the claim, proof of claim no. 951-3 asserts a $3,350 priority claim pursuant to section 507(a)(7) of the Bankruptcy Code. No basis is asserted for the claim. *See* proof of claim no. 951-3. Based on a review of the Debtors' books and records, the Debtors have determined Lakina Evans is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Lakina Evans under section 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services) of the Bankruptcy Code. Further, Lakina Evans does not provide any documentation in support of the claim. |
| 9 | Lakina Evans | 10/29/2022 | 951-4 | Kabbage, Inc. d/b/a KServicing | $3,250.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$3,216.00 (U)<br>$3,216.00 (T) | Lakina Evans filed two proofs of claim, each asserting a total claim of $3,216.00. Notwithstanding the asserted total value of the claim, proof of claim no. 951-4 asserts a $3,250 priority claim pursuant to section 507(a)(7) of the Bankruptcy Code. No basis is asserted for the claim. *See* proof of claim no. 951-4. Based on a review of the Debtors' books and records, the Debtors have determined Lakina Evans is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Lakina Evans under section 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services) of the Bankruptcy Code. Further, Lakina Evans does not provide any documentation in support of the claim. |

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Priority Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 10 | Lauren Garber | 11/30/2022 | 951-153 | Kabbage, Inc. d/b/a KServicing | $17,700.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$17,700.00 (U)<br>$17,700.00 (T) | Lauren Garber filed a $17,700 priority claim pursuant to sections 507(a)(4) and 507(a)(5) of the Bankruptcy Code. The proof of claim form asserts "Paycheck Protection Program loan approved by [the] SBA" as the basis for the priority claim. *See* proof of claim form no. 951-153. Based on a review of the Debtors' books and records, the Debtors have determined Lauren Garber is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Lauren Garber under sections 507(a)(4) (the claim is not on account of wages) and 507(a)(5) (the claim is not on account of contributions to an employee benefit plan) of the Bankruptcy Code. |
| 11 | Michael Hamlin | 11/12/2022 | 955-2 | Kabbage Asset Funding 2019-A, LLC | $13,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$13,000.00 (U)<br>$13,000.00 (T) | Michael Hamlin filed a $13,000 priority claim pursuant to an unspecified subsection of section 507(a) of the Bankruptcy Code. The proof of claim asserts a "foreclosure with court agreement" as the basis for the claim. *See* proof of claim no. 955-2. Based on a review of the Debtors' books and records, the Debtors have determined Michael Hamlin is a borrower of a Legacy Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Michael Hamlin under section 507(a) of the Bankruptcy Code. Further, Michael Hamlin does not provide any documentation in support of the claim. |
| 12 | Michael R. Hamlin | 11/12/2022 | 951-25 | Kabbage, Inc. d/b/a KServicing | $500,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$500,000.00 (U)<br>$500,000.00 (T) | Michael R. Hamlin filed a $500,000 priority claim pursuant to an unspecified subsection of section 507(a) of the Bankruptcy Code. The proof of claim asserts a "lien against property that Kabbage, Inc must [have] purchased" as the basis for the claim. *See* proof of claim no. 951-25. Based on a review of the Debtors' books and records, the Debtors have determined Michael R. Hamlin is a borrower of a Legacy Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Michael R. Hamlin under section 507(a) of the Bankruptcy Code, and no record of the alleged lien. Further, Michael R. Hamlin does not provide any documentation in support of the claim. |
| 13 | Nicolas E. Feliz | 11/8/2022 | 951-23 | Kabbage, Inc. d/b/a KServicing | $886.49 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$886.49 (U)<br>$886.49 (T) | Nicolas E. Feliz filed an $866.49 priority claim pursuant to section of 507(a)(4) of the Bankruptcy Code. The proof of claim asserts "PPP loan paid by me to Kabbage on 08/2022 . . ." as the basis for the claim. *See* proof of claim no. 951-23. Based on a review of the Debtors' books and records, the Debtors have determined Nicolas E. Feliz is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Nicolas E. Feliz under section 507(a)(4) (the claim is not on account of wages) of the Bankruptcy Code. |
| 14 | Quyen Nguyen | 12/2/2022 | 951-194 | Kabbage, Inc. d/b/a KServicing | $3,270.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$3,349.27 (U)<br>$3,349.27 (T) | Quyen Nguyen filed a proof of claim asserting a total claim of $3,349.27. The claimant asserts that $3,270 is entitled to priority pursuant to section 507(a)(4) of the Bankruptcy Code. The proof of claim form asserts "services performed" as the basis for the claim. *See* proof of claim no. 951-194. Based on a review of the Debtors' books and records, the Debtors have determined Quyen Nguyen is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Quyen Nguyen under section 507(a)(4) (the claim is not on account of wages) of the Bankruptcy Code. |
| 15 | Rajesh Oza | 11/15/2022 | 951-24 | Kabbage, Inc. d/b/a KServicing | $2,800.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$2,800.00 (U) | Rajesh Oza filed a $2,800 priority claim pursuant to section 507(a)(7) of the Bankruptcy Code. No basis is asserted for the claim. *See* proof of claim no. 951-24. Based on a review of the Debtors' books and records, the Debtors have determined Rajesh Oza is a borrower of a PPP Loan that the Debtors service, and there are no |

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Priority Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| | | | | | | $2,800.00 (T) | amounts entitled to priority due and owing to Rajesh Oza under section 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services) of the Bankruptcy Code. Further, Rajesh Oza does not provide any documentation in support of the claim. |
| 16 | Randolph Redley | 11/30/2022 | 951-136 | Kabbage, Inc. d/b/a KServicing | $16,248.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$16,248.00 (U)<br>$16,248.00 (T) | Randolph Redley filed a $16,248 priority claim pursuant to an unspecified subsection of 507(a) of the Bankruptcy Code. The proof of claim asserts "PPP loan forgiveness" as the basis for the claim. *See* proof of claim no. 951-136. Based on a review of the Debtors' books and records, the Debtors have determined Randolph Redley is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Randolph Redley under section 507(a) of the Bankruptcy Code. |
| 17 | Robert Clifton | 11/30/2022 | 951-173 | Kabbage, Inc. d/b/a KServicing | $19,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$19,000.00 (U)<br>$19,000.00 (T) | Robert Clifton filed a $19,000 priority claim pursuant to section 507(a)(4) of the Bankruptcy Code. The proof of claim form asserts "bank account / my own money was fraudulently withdrawn" as the basis for the priority claim. *See* proof of claim no. 951-173. Based on a review of the Debtors' books and records, the Debtors have determined Robert Clifton is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Robert Clifton under section 507(a)(4) (the claim is not on account of wages) of the Bankruptcy Code. Further, the claim is in excess of the statutory limit under section 507(a)(4) of the Bankruptcy Code, and Robert Clifton does not provide any documentation in support of the claim. |
| 18 | SS Peter and Paul Orthodox Church EIN 06-6087116 | 12/3/2022 | 951-195 | Kabbage, Inc. d/b/a KServicing | $10,227.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$10,227.00 (U)<br>$10,227.00 (T) | The Orthodox Church filed a $10,227 priority claim pursuant to section 507(a)(4) of the Bankruptcy Code. The proof of claim asserts the "Paycheck Protection Program" as the basis for the claim. *See* proof of claim no. 951-195. Based on a review of the Debtors' books and records, the Debtors have determined the Orthodox Church is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to the Orthodox Church under section 507(a)(4) (the claim is not on account of wages) of the Bankruptcy Code. |
| 19 | Stewart Williams | 12/8/2022 | 951-213 | Kabbage, Inc. d/b/a KServicing | $30,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$20,000.00 (U)<br>$20,000.00 (T) | Stewart Williams filed a proof of claim asserting a total claim of $20,000. Notwithstanding the asserted total value of the claim, the claimant asserts that $30,000 is entitled to priority pursuant to sections 507(a)(1)(A) and (a)(1)(B), 507(a)(4), and 507(a)(7) of the Bankruptcy Code. The proof of claim asserts "they sent money to the wrong account, got it back and held it, after I got credits against the money they said time run out" as the basis for the claim. *See* proof of claim no. 951-213. Based on a review of the Debtors' books and records, the Debtors have determined that there are no amounts entitled to priority due and owing to Stewart Williams under sections 507(a)(1)(A) (the claim is not on account of domestic support obligations) and (a)(1)(B) (the claim is not on account of domestic support obligations), 507(a)(4) (the claim is not on account of wages), and 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services) of the Bankruptcy Code. Further, Stewart Williams does not provide any documentation in support of the claim, and the claim is in excess of the statutory limit under section 507(a)(7) of the Bankruptcy Code. |
| 20 | Summer Stegall | 11/24/2022 | 951-49 | Kabbage, Inc. d/b/a KServicing | $30,523.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P) | Summer Stegall filed a proof of claim asserting a total claim of $42,023.65. The claimant asserts that $30,523 is entitled to priority pursuant to sections 507(a)(1)(A) and (a)(1)(B), 507(a)(4), 507(a)(7), and 507(a)(8) of the Bankruptcy Code. The proof |

4

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Priority Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | $42,023.65 (U)<br>$42,023.65 (T) | of claim asserts "money loaned/personal injury" as the basis for the claim. *See* proof of claim no. 951-49. Based on a review of the Debtors' books and records, the Debtors have determined Summer Stegall is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Summer Stegall under sections 507(a)(1)(A) (the claim is not on account of domestic support obligations), 507(a)(4) (the claim is not on account of wages), 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services), and 507(a)(8) (the claim is not on account of governmental units) of the Bankruptcy Code. Further, the claim is in excess of the statutory limit under section 507(a)(7). |
| 21 | The Juneau Group, LLC | 11/28/2022 | 951-91 | Kabbage, Inc. d/b/a KServicing | $11,000,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$11,000,000.00 (U)<br>$11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 priority claims against each of the Debtor entities pursuant to sections 507(a)(4), 507(a)(7), 507(a)(8), and an unspecified subsection of 507(a) of the Bankruptcy Code. No basis is asserted for any of the claims. *See* proof of claim no. 951-91. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to the Juneau Group under sections 507(a)(4) (the claim is not on account of wages), 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services), and 507(a)(8) (the claim is not on account of governmental units) of the Bankruptcy Code. Further, the Juneau Group does not provide any documentation in support of the $11,000,000 claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 22 | The Juneau Group, LLC | 11/28/2022 | 955-4 | Kabbage Asset Funding 2019-A, LLC | $11,000,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$11,000,000.00 (U)<br>$11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 priority claims against each of the Debtor entities pursuant to sections 507(a)(4), 507(a)(7), 507(a)(8), and an unspecified subsection of 507(a) of the Bankruptcy Code. No basis is asserted for any of the claims. *See* proof of claim no. 955-4. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to the Juneau Group under sections 507(a)(4) (the claim is not on account of wages), 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services), and 507(a)(8) (the claim is not on account of governmental units) of the Bankruptcy Code. Further, the Juneau Group does not provide any documentation in support of the $11,000,000 claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 23 | The Juneau Group, LLC | 11/28/2022 | 952-2 | Kabbage Canada Holdings, LLC | $11,000,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$11,000,000.00 (U)<br>$11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 priority claims against each of the Debtor entities pursuant to sections 507(a)(4), 507(a)(7), 507(a)(8), and an unspecified subsection of 507(a) of the Bankruptcy Code. No basis is asserted for any of the claims. *See* proof of claim no. 952-2. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to the Juneau Group under sections 507(a)(4) (the claim is not on account of wages), 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services), and 507(a)(8) (the claim is not on account of governmental units) of the Bankruptcy Code. Further, the Juneau Group |

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Priority Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| | | | | | | | does not provide any documentation in support of the $11,000,000 claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 24 | The Juneau Group, LLC | 11/28/2022 | 953-2 | Kabbage Asset Securitization, LLC | $11,000,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$11,000,000.00 (U)<br>$11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 priority claims against each of the Debtor entities pursuant to sections 507(a)(4), 507(a)(7), 507(a)(8), and an unspecified subsection of 507(a) of the Bankruptcy Code. No basis is asserted for any of the claims. *See* proof of claim no. 953-2. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to the Juneau Group under sections 507(a)(4) (the claim is not on account of wages), 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services), and 507(a)(8) (the claim is not on account of governmental units) of the Bankruptcy Code. Further, the Juneau Group does not provide any documentation in support of the $11,000,000 claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 25 | The Juneau Group LLC | 11/28/2022 | 954-2 | Kabbage Asset Funding 2017-A, LLC | $11,000,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$11,000,000.00 (U)<br>$11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 priority claims against each of the Debtor entities pursuant to sections 507(a)(4), 507(a)(7), 507(a)(8), and an unspecified subsection of 507(a) of the Bankruptcy Code. No basis is asserted for any of the claims. *See* proof of claim no. 954-2. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to the Juneau Group under sections 507(a)(4) (the claim is not on account of wages), 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services), and 507(a)(8) (the claim is not on account of governmental units) of the Bankruptcy Code. Further, the Juneau Group does not provide any documentation in support of the $11,000,000 claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 26 | The Juneau Group LLC | 11/28/2022 | 956-2 | Kabbage Diameter, LLC | $11,000,000.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$11,000,000.00 (U)<br>$11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 priority claims against each of the Debtor entities pursuant to sections 507(a)(4), 507(a)(7), 507(a)(8), and an unspecified subsection of 507(a) of the Bankruptcy Code. No basis is asserted for any of the claims. *See* proof of claim no. 956-2. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to the Juneau Group under sections 507(a)(4) (the claim is not on account of wages), 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services), and 507(a)(8) (the claim is not on account of governmental units) of the Bankruptcy Code. Further, the Juneau Group does not provide any documentation in support of the $11,000,000 claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 27 | Valeria Sanders | 11/29/2022 | 951-108 | Kabbage, Inc. d/b/a KServicing | $17,378.00 (P) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$17,378.00 (U)<br>$17,378.00 (T) | Valeria Sanders filed a $17,378 priority claim pursuant to an unspecified subsection of section 507(a) of the Bankruptcy Code. The proof of claim asserts "money loaned but never received" as the basis for the priority claim. *See* proof of claim no. 951-108. Based on a review of the Debtors' books and records, the Debtors have determined Valeria Sanders is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Valeria Sanders under section 507(a) of |

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Priority Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| | | | | | | | the Bankruptcy Code. Further, Valeria Sanders does not provide any documentation in support of the claim. |
| 28 | Yanelys Gomez | 12/6/2022 | 951-205 | Kabbage, Inc. d/b/a KServicing | $3,600.00 (P) | $0.00 (A) $0.00 (S) $0.00 (P) $3,600.00 (U) $3,600.00 (T) | Yanelys Gomez filed a $3,600 priority claim pursuant to section 507(a)(4) of the Bankruptcy Code. The proof of claim asserts "loaned" as the basis for the claim. *See* proof of claim no. 951-205. Based on a review of the Debtors' books and records, the Debtors have determined Yanelys Gomez is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Yanelys Gomez under section 507(a)(4) (the claim is not on account of wages) of the Bankruptcy Code. Further, Yanelys Gomez does not provide any documentation in support of the claim. |

7