**Schedule 2**

**Misclassified Administrative Expense Claims**

**Misclassified Administrative Expense Claims**[1]
(Claims are listed alphabetically)

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Administrative Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | Best Sister Friends Catering and Events LLC | 11/25/2022 | 951-58 | Kabbage, Inc. d/b/a KServicing | $21,120.34 (A) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$21,120.34 (U)<br>$21,120.34 (T) | Best Sister filed a $21,120.34 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proof of claim asserts "money loaned" as the basis for the claim. *See* proof of claim no. 951-58. Based on a review of the Debtors' books and records, the Debtors have determined Best Sister is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Best Sister within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 2 | Carlos Aceves | 12/10/2022 | 951-215 | Kabbage, Inc. d/b/a KServicing | $1,549.00 (A) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$63,490.00 (U)<br>$63,490.00 (T) | Carlos Aceves filed a proof of claim asserting a total claim of $63,490. The claimant asserts that $1,549 is an administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proof of claim asserts "loan was approved f[or] $63,490 after months a deposit of $1,590" as the basis for the claim. *See* proof of claim no. 951-215. Based on a review of the Debtors' books and records, the Debtors have determined Carlos Aceves is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Carlos Aceves within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 3 | Charmaine Busch | 11/5/2022 | 951-27 | Kabbage, Inc. d/b/a KServicing | $30,000.00 (A) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$30,000.00 (U)<br>$30,000.00 (T) | Charmaine Busch filed a $30,000 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proof of claim asserts "money loaned . . ." as the basis for the claim. *See* proof of claim no. 951-27. Based on a review of the Debtors' books and records, the Debtors have determined Charmaine Busch is a borrower of a Legacy Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Charmaine Busch within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 4 | Deborah A Mastrandrea | 11/15/2022 | 951-30 | Kabbage, Inc. d/b/a KServicing | $3,900.00 (A) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$3,900.00 (U)<br>$3,900.00 (T) | Deborah A. Mastrandrea filed a $3,900 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proof of claim asserts "money loaned" as the basis for the claim. *See* proof of claim no. 951-30. Based on a review of the Debtors' books and records, the Debtors have determined Deborah A. Mastrandrea is a borrower of a PPP loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Deborah A. Mastrandrea within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. Further, Deborah A. Mastrandrea does not attach any documentation in support of the claim. |

---

[1] Certain of the Misclassified Administrative Expense Claims assert more than one incorrect classification status. This schedule lists only the misclassified administrative expense amounts.

[2] (A) - Administrative, including 503(b)(9); (S) - Secured; (P) - Priority; (U) - Unsecured; (T) – Total.

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Administrative Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 5 | George James Mallios, PC | 12/5/2022 | 951-196 | Kabbage, Inc. d/b/a KServicing | $209,816.08 (A) | $0.00 (A) $0.00 (S) $0.00 (P) $209,816.08 (U) $209,816.08 (T) | George Mallios filed three proofs of claim, each asserting a $209,816.08 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proofs of claim assert "failure to provide forgiveness" as the basis for the claim. *See* proof of claim no. 951-196. Based on a review of the Debtors' books and records, the Debtors have determined George Mallios is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from George Mallios within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 6 | George James Mallios, PC | 12/5/2022 | 951-207 | Kabbage, Inc. d/b/a KServicing | $209,816.08 (A) | $0.00 (A) $0.00 (S) $0.00 (P) $209,816.08 (U) $209,816.08 (T) | George Mallios filed three proofs of claim, each asserting a $209,816.08 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proofs of claim assert "failure to provide forgiveness" as the basis for the claim. *See* proof of claim no. 951-207. Based on a review of the Debtors' books and records, the Debtors have determined George Mallios is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from George Mallios within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 7 | George James Mallios, PC | 12/10/2022 | 951-216 | Kabbage, Inc. d/b/a KServicing | $209,816.08 (A) | $0.00 (A) $0.00 (S) $0.00 (P) $209,816.08 (U) $209,816.08 (T) | George Mallios filed three proofs of claim, each asserting a $209,816.08 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proofs of claim assert "failure to provide forgiveness" as the basis for the claim. *See* proof of claim no. 951-216. Based on a review of the Debtors' books and records, the Debtors have determined George Mallios is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from George Mallios within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 8 | Kelvin Foster | 01/23/2023 | 951-231 | Kabbage, Inc. d/b/a KServicing | $2,000.00 (A) | $0.00 (A) $0.00 (S) $0.00 (P) $3,000.00 (U) $3,000.00 (T) | Kelvin Foster filed a proof of claim asserting a total claim of $3,000. The claimant asserts that $2,000 is an administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proof of claim asserts "goods sold" as the basis for the claim. *See* proof of claim no. 951-231. Based on a review of the Debtors' books and records, the Debtors have determined Kelvin Foster is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Kelvin Foster within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 9 | Madel Carmen Hernandez dba TODO PARA TU PACHANG | 11/3/2022 | 951-15 | Kabbage, Inc. d/b/a KServicing | $32,000.00 (A) | $0.00 (A) $0.00 (S) $0.00 (P) $32,000.00 (U) $32,000.00 (T) | Madel Hernandez filed a $32,000 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proof of claim asserts "Loan" as the basis for the claim. *See* proof of claim no. 951-15. Based on a review of the Debtors' books and records, the Debtors have determined Madel Hernandez is a borrower of a Legacy Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Madel Hernandez within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |

2

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Administrative Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 10 | Paula Roach | 12/5/2022 | 951-208 | Kabbage, Inc. d/b/a KServicing | $112,770.00 (A) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$112,770.00 (U)<br>$112,770.00 (T) | Paula Roach filed three proofs of claim, each asserting a $112,770 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proofs of claim assert "failure to provide forgiveness" as the basis for the claim. *See* proof of claim no. 951-208. Based on a review of the Debtors' books and records, the Debtors have determined Paula Roach is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Paula Roach within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 11 | Paula Roach | 12/5/2022 | 951-210 | Kabbage, Inc. d/b/a KServicing | $112,770.00 (A) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$112,770.00 (U)<br>$112,770.00 (T) | Paula Roach filed three proofs of claim, each asserting a $112,770 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proofs of claim assert "failure to provide forgiveness" as the basis for the claim. *See* proof of claim no. 951-210. Based on a review of the Debtors' books and records, the Debtors have determined Paula Roach is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Paula Roach within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 12 | Paula Roach | 12/7/2022 | 951-214 | Kabbage, Inc. d/b/a KServicing | $112,770.00 (A) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$112,770.00 (U)<br>$112,770.00 (T) | Paula Roach filed three proofs of claim, each asserting a $112,770 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proofs of claim assert "failure to provide forgiveness" as the basis for the claim. *See* proof of claim no. 951-214. Based on a review of the Debtors' books and records, the Debtors have determined Paula Roach is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Paula Roach within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 13 | Randolph Redley | 11/30/2022 | 951-136 | Kabbage, Inc. d/b/a KServicing | $16,248.00 (A) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$16,248.00 (U)<br>$16,248.00 (T) | Randolph Redley filed a $16,248 administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code. The proof of claim asserts "SBA PPP loan forgiveness" as the basis for the claim. *See* proof of claim no. 951-136. Based on a review of the Debtors' books and records, the Debtors have determined Randolph Redley is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from Randolph Redley within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. |
| 14 | The Juneau Group, LLC | 11/28/2022 | 951-184 | Kabbage, Inc. d/b/a KServicing | $499,999.99 (A) | $0.00 (A)<br>$0.00 (S)<br>$0.00 (P)<br>$499,999.99 (U)<br>$499,999.99 (T) | The Juneau Group filed an administrative expense claim pursuant to section 503(b)(9) of the Bankruptcy Code, in the amount of $20,833 per month for the duration of the Chapter 11 Cases for an aggregate amount of $499,999.99. The proof of claim asserts "TIME" as the basis for the claim. *See* proof of claim no. 951-184. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, and there is no evidence of the Debtors receiving goods from the Juneau Group within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. Further, the Juneau Group does not attach any documentation in support of the $499,999.99 claim, and the total value of the Juneau Group's PPP Loan is only $2,223. |

3