**Schedule 3**

**Misclassified Secured Claims**

RLF1 28611784V.1

**Misclassified Secured Claims**[1]
(Claims are listed alphabetically)

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Secured Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | Anthony Dinish | 11/28/2022 | 951-185 | Kabbage, Inc. d/b/a KServicing | $0.00 (S) | $0.00 (A) $0.00 (S) $0.00 (P) $0.00 (U) $0.00 (T) | Anthony Dinish filed a secured claim for an unliquidated amount. The proof of claim asserts "chapter 11 bankruptcy" as the basis for the claim. *See* proof of claim no. 951-185. Based on a review of the Debtors' books and records, the Debtors have determined Anthony Dinish is a borrower of a PPP Loan that the Debtors service, and there is no basis for the claim's secured status under section 506 of the Bankruptcy Code. |
| 2 | Kadada, LLC | 1/5/2023 | 951-226 | Kabbage, Inc. d/b/a KServicing | $22,000.00 (S) | $0.00 (A) $0.00 (S) $0.00 (P) $22,000.00 (U) $22,000.00 (T) | Kadada filed a $22,000 secured claim. The proof of claim asserts "money loaned" as the basis for the claim. *See* proof of claim no. 951-226. Based on a review of the Debtors' books and records, the Debtors have determined Kadada is a borrower of a PPP Loan that the Debtors service, and there is no basis for the claim's secured status under section 506 of the Bankruptcy Code. |
| 3 | Michael R. Hamlin | 11/12/2022 | 951-25 | Kabbage, Inc. d/b/a KServicing | $500,000.00 (S) | $0.00 (A) $0.00 (S) $0.00 (P) $500,000.00 (U) $500,000.00 (T) | Michael R. Hamlin filed a $500,000 secured claim. The proof of claim asserts "a lien against property, that Kabbage Inc, must [have] purchased" as the basis for the claim. The claimant further asserts that the lien is against 13 River Street, Sanford, Maine, which is on file at the York County Registry of Deeds. *See* proof of claim no. 951-25. Based on a review of the Debtors' books and records, the Debtors have determined Michael R. Hamlin is a borrower of a Legacy Loan that the Debtors service, there is no evidence of the alleged lien, and no basis for the claim's secured status under section 506 of the Bankruptcy Code. |
| 4 | Summer Stegall | 11/24/2022 | 951-49 | Kabbage, Inc. d/b/a KServicing | $42,023.65 (S) | $0.00 (A) $0.00 (S) $0.00 (P) $42,023.65 (U) $42,023.65 (T) | Summer Stegall filed a filed a proof of claim asserting a total claim of $42,023.65, including a $42,023 secured claim. The proof of claim asserts "money loaned/personal injury" as the basis for the claim. *See* proof of claim no. 951-49. Based on a review of the Debtors' books and records, the Debtors have determined Summer Stegall is a borrower of a PPP Loan that the Debtors service, and there is no basis for the claim's secured status under section 506 of the Bankruptcy Code. |
| 5 | The Juneau Group, LLC | 11/28/2022 | 954-2 | Kabbage Asset Funding 2017-A, LLC | $11,000,000.00 (S) | $0.00 (A) $0.00 (S) $0.00 (P) $11,000,000.00 (U) $11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 secured claims against each of the Debtor entities. No basis for the claims is provided. *See* proof of claim no. 954-2. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, there is no evidence of the Juneau Group's claims, and no basis for the claims' secured status under section 506 of the Bankruptcy Code. Further, the Juneau Group provides no documentation in support of the claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |

---

[1] Certain of the Misclassified Secured Claims assert more than one incorrect classification status. This schedule lists only the misclassified secured amounts.

[2] (A) - Administrative, including 503(b)(9); (S) - Secured; (P) - Priority; (U) - Unsecured; (T) – Total.

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Secured Claim Amount | Modified Classification Status[2] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 6 | The Juneau Group LLC | 11/28/2022 | 956-2 | Kabbage Diameter, LLC | $11,000,000.00 (S) | $0.00 (A) $0.00 (S) $0.00 (P) $11,000,000.00 (U) $11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 secured claims against each of the Debtor entities. No basis for the claims is provided. *See* proof of claim no. 956-2. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, there is no evidence of the Juneau Group's claims, and no basis for the claims' secured status under section 506 of the Bankruptcy Code. Further, the Juneau Group provides no documentation in support of the claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 7 | The Juneau Group, LLC | 11/28/2022 | 951-91 | Kabbage, Inc. d/b/a KServicing | $11,000,000.00 (S) | $0.00 (A) $0.00 (S) $0.00 (P) $11,000,000.00 (U) $11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 secured claims against each of the Debtor entities. No basis for the claims is provided. *See* proof of claim no. 951-91. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, there is no evidence of the Juneau Group's claims, and no basis for the claims' secured status under section 506 of the Bankruptcy Code. Further, the Juneau Group provides no documentation in support of the claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 8 | The Juneau Group, LLC | 11/28/2022 | 955-4 | Kabbage Asset Funding 2019-A, LLC | $11,000,000.00 (S) | $0.00 (A) $0.00 (S)$0.00 (P) $11,000,000.00 (U) $11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 secured claims against each of the Debtor entities. No basis for the claims is provided. *See* proof of claim no. 955-4. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, there is no evidence of the Juneau Group's claims, and no basis for the claims' secured status under section 506 of the Bankruptcy Code. Further, the Juneau Group provides no documentation in support of the claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 9 | The Juneau Group, LLC | 11/28/2022 | 952-2 | Kabbage Canada Holdings, LLC | $11,000,000.00 (S) | $0.00 (A) $0.00 (S) $0.00 (P) $11,000,000.00 (U) $11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 secured claims against each of the Debtor entities. No basis for the claims is provided. *See* proof of claim no. 952-2. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, there is no evidence of the Juneau Group's claims, and no basis for the claims' secured status under section 506 of the Bankruptcy Code. Further, the Juneau Group provides no documentation in support of the claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |
| 10 | The Juneau Group, LLC | 11/28/2022 | 953-2 | Kabbage Asset Securitization, LLC | $11,000,000.00 (S) | $0.00 (A) $0.00 (S) $0.00 (P) $11,000,000.00 (U) $11,000,000.00 (T) | The Juneau Group filed identical $11,000,000 secured claims against each of the Debtor entities. No basis for the claims is provided. *See* proof of claim no. 953-2. Based on a review of the Debtors' books and records, the Debtors have determined the Juneau Group is a borrower of a PPP Loan that the Debtors service, there is no evidence of the Juneau Group's claims, and no basis for the claims' secured status under section 506 of the Bankruptcy Code. Further, the Juneau Group provides no documentation in support of the claims, and the total value of the Juneau Group's PPP Loan is only $2,223. |