# **Exhibit A**

| | |
|---|---|
| Daniel J. DeFranceschi | Ray C. Schrock |
| Matthew P. Milana | Candace M. Arthur |
| Zachary I Shapiro | Natasha S. Hwangpo |
| Amanda R. Steele | Chase A. Bentley |
| Richards, Layton & Finger | Weil, Gotshal & Manges LLP |
| One Rodney Square, P.O. Box 551 | 767 Fifth Avenue |
| Wilmington, DE 19899 | New York, New York 10153 |
| Email: defranceschi@rlf.com | Email: ray.schrock@weil.com |
| Email: milana@rlf.com | Email: candace.arthur@weil.com |
| Email: shapiro@rlf.com | Email: natasha.hwangpo@weil.com |
| | Email: chase.bentley@weil.com |
| | |
| Anthony W. Clark | David B. Kurzweil |
| Dennis A. Meloro | Matthew A. Petrie |
| Greenberg Traurig, LLP | Greenberg Traurig, LLP |
| The Nemours Building | Terminus 200 |
| 1007 North Orange Street, Suite 1200 | 3333 Piedmont Road, NE, Suite 2500 |
| Wilmington, DE 19801 | Atlanta, GA 30305 |
| Email: Anthony.Clark@gtlaw.com | Email: kurzweild@gtlaw.com |
| Email: melorod@gtlaw.com | Email: petriem@gtlaw.com |
| | |
| Scott D. Cousins, Esq. | Lisa M. Schweitzer, Esq. |
| Scott D. Jones, Esq. | Kristin Corbett, Esq. |
| Cousins Law LLC | Richard C. Minott, Esq. |
| Brandywine Plaza West | Cleary Gottlieb Steen & Hamilton LLP |
| 1521 Concord Pike, Suite 301 | One Liberty Plaza |
| Wilmington, DE 19801 | New York, NY 10006 |
| Phone: (302) 824-7081 | Email: lschweitzer@cgsh.com |
| Email: scott.cousins@cousins-law.com | kcorbett@cgsh.com |
| Email: scott.jones@cousins-law.com | rminott@cgsh.com |
| | |
| William A. Hazeltine, Esq. | John J. Monaghan, Esq. |
| Sullivan · Hazeltine · Allinson LLC | Holland & Knight LLP |
| 919 North Market Street, Suite 420 | 10 St. James Avenue, 11th Floor |
| Wilmington, DE 19801 | Boston, MA 02116 |
| Email: Bankruptcy001@sha-llc.com | Email: john.monaghan@hklaw.com |
| | |
| Susheel Kirpalani, Esq. | Matthew R. Scheck, Esq. |
| Quinn Emanuel Urquhart & Sullivan, LLP | Quinn Emanuel Urquhart & Sullivan, LLP |
| 51 Madison Avenue, 22nd Floor | 300 West 6th St, Suite 2010 |
| New York, NY 10010 | Austin, TX 78701 |
| Email: susheelkirpalani@quinnemanuel.com | Email: matthewscheck@quinnemanuel.com |

-3-

| | |
|---|---|
| Pauline K. Morgan Esq.<br>Sean T. Greecher, Esq.<br>Ryan M. Bartley, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>CM/ECF Noticing: bankfilings@ycst.com<br>Email: pmorgan@ycst.com<br>Email: sgreecher@ycst.com<br>Email: rbartley@ycst.com | Jonathan M. Weyand<br>Morris, Nichol, Arsht & Tunnel<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801<br>Email: dabbott@morrisnichols.com<br>Email: jweyand@morrisnichols.com |
| Gregory W. Werkheiser, Esq.<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>1313 N. Market St., Suite 1201<br>Wilmington, DE 19801<br>Email: gwerkheiser@beneschlaw.com | James L. Bromley<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, NY 10004-2498<br>Email: bromleyj@sullcrom.com |
| Alastair M. Gesmundo<br>U.S. Department of Justice Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Email: Alastair.M.Gesmundo@usdoj.gov | U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section<br>Attn.: Sarah Loucks, Esq.<br>Attn.: Alastair M. Gesmundo<br>1100 L Street, N.W., Room 7206<br>Washington, D.C. 20005<br>Email: Alastair.M.Gesmundo@usdoj.gov<br>Email: Sarah.E.Loucks@usdoj.gov |
| U.S. Attorney's Office for the District of Massachusetts<br>Attn.: Brian LaMacchia, AUSA<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br>Email: blamacchia@usdoj.gov | U.S. Attorney's Office for the Eastern District of Texas - Civil Division<br>Attn.: Betty Young, Esq.<br>550 Fannin, Suite 1250<br>Beaumont, Texas 77701<br>Email: byoung@usdoj.gov |
| Federal Trade Commission<br>Attn.: Marguerite Moeller<br>Attn.: Alan Bakowski<br>600 Pennsylvania Avenue NW<br>Washington, District of Columbia 20580<br>Email: mmoeller@ftc.gov<br>Email: abakowski@ftc.gov | Small Business Bureau<br>Attn.: Susan Streich<br>Attn.: Eric Benderson<br>409 3rd Street SW, Suite 7211<br>Washington, District of Columbia 20416<br>Email: susan.streich@sba.gov<br>Email: eric.benderson@sba.gov |