## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al*., | ) |
| | ) Case No. 22-10951 (CTG) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

### CERTIFICATE OF SERVICE

I, Rochelle Gumapac, hereby certify that that on February 21, 2023, the Objection of Lead Plaintiffs and Putative Class Members to Confirmation of Amended Joint Chapter 11 Plan of Kabbage, Inc. d/b/a KServicing and its Debtor Affiliates was served via email upon the parties listed on **Exhibit A** below and through the CM/ECF notification system to all duly registered parties thereto.

**WHITE AND WILLIAMS LLP**

*Rochelle Gumapac*

**ROCHELLE L. GUMAPAC (#4866)**
600 N. King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 467-4531
Facsimile: (302)467-4559
gumapacr@whiteandwilliams.com
Attorney for Lead Plaintiffs and Putative Class
Members

Dated: February 21, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937) (the "Company"); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.