## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) ) ) Chapter 11 ) |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | ) ) Case No. 22-10951 (CTG) ) |
| Debtors.[1] | ) ) (Jointly Administered) ) |

### **CERTIFICATE OF SERVICE**

    I, Rochelle Gumapac, hereby certify that that on February 21, 2023, the Objection of Lead Plaintiffs and Putative Class Members to Confirmation of Amended Joint Chapter 11 Plan of Kabbage, Inc. d/b/a KServicing and its Debtor Affiliates was served via email upon the parties listed on **Exhibit A** below and through the CM/ECF notification system to all duly registered parties thereto.

                                  **WHITE AND WILLIAMS LLP**

*/s/ Rochelle Gumapac*

**ROCHELLE L. GUMAPAC (#4866)**
600 N. King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 467-4531
Facsimile: (302)467-4559
gumapacr@whiteandwilliams.com
Attorney for Lead Plaintiffs and Putative Class Members

Dated: February 21, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937) (the "Company"); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

30320306v.1