# Exhibit A

| | |
|---|---|
| Daniel J. DeFranceschi<br>Matthew P. Milana<br>Zachary I Shapiro<br>Amanda R. Steele<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>Email: defranceschi@rlf.com<br>Email: milana@rlf.com<br>Email: shapiro@rlf.com | Ray C. Schrock<br>Candace M. Arthur<br>Natasha S. Hwangpo<br>Chase A. Bentley<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Email: ray.schrock@weil.com<br>Email: candace.arthur@weil.com<br>Email: natasha.hwangpo@weil.com<br>Email: chase.bentley@weil.com |
| Anthony W. Clark<br>Dennis A. Meloro<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Email: Anthony.Clark@gtlaw.com<br>Email: melorod@gtlaw.com | David B. Kurzweil<br>Matthew A. Petrie<br>Greenberg Traurig, LLP<br>Terminus 200<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305<br>Email: kurzweild@gtlaw.com<br>Email: petriem@gtlaw.com |
| Scott D. Cousins, Esq.<br>Scott D. Jones, Esq.<br>Cousins Law LLC<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801<br>Phone: (302) 824-7081<br>Email: scott.cousins@cousins-law.com<br>Email: scott.jones@cousins-law.com | Lisa M. Schweitzer, Esq.<br>Kristin Corbett, Esq.<br>Richard C. Minott, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Email: lschweitzer@cgsh.com<br>kcorbett@cgsh.com<br>rminott@cgsh.com |
| William A. Hazeltine, Esq.<br>Sullivan · Hazeltine · Allinson LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Email: Bankruptcy001@sha-llc.com | John J. Monaghan, Esq.<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>Email: john.monaghan@hklaw.com |
| Susheel Kirpalani, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Email: susheelkirpalani@quinnemanuel.com | Matthew R. Scheck, Esq.<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>300 West 6th St, Suite 2010<br>Austin, TX 78701<br>Email: matthewscheck@quinnemanuel.com |

30320306v.1

-3-

Pauline K. Morgan Esq.
Sean T. Greecher, Esq.
Ryan M. Bartley, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
CM/ECF Noticing: bankfilings@ycst.com
Email: pmorgan@ycst.com
Email: sgreecher@ycst.com
Email: rbartley@ycst.com

Jonathan M. Weyand
Morris, Nichol, Arsht & Tunnel
1201 North Market Street, 16th Floor
Wilmington, Delaware 19801
Email: dabbott@morrisnichols.com
Email: jweyand@morrisnichols.com

Gregory W. Werkheiser, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
1313 N. Market St., Suite 1201
Wilmington, DE 19801
Email: gwerkheiser@beneschlaw.com

James L. Bromley
Sullivan & Cromwell
125 Broad Street
New York, NY 10004-2498
Email: bromleyj@sullcrom.com

Alastair M. Gesmundo
U.S. Department of Justice Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Email: Alastair.M.Gesmundo@usdoj.gov

U.S. Department of Justice - Civil Division,
 Commercial Litigation Branch, Fraud
Section
Attn.: Sarah Loucks, Esq.
Attn.: Alastair M. Gesmundo
1100 L Street, N.W., Room 7206
Washington, D.C. 20005
Email: Alastair.M.Gesmundo@usdoj.gov
Email: Sarah.E.Loucks@usdoj.gov

U.S. Attorney's Office for the District of
 Massachusetts
Attn.: Brian LaMacchia, AUSA
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Email: blamacchia@usdoj.gov

U.S. Attorney's Office for the Eastern District
 of Texas - Civil Division
Attn.: Betty Young, Esq.
550 Fannin, Suite 1250
Beaumont, Texas 77701
Email: byoung@usdoj.gov

Federal Trade Commission
Attn.: Marguerite Moeller
Attn.: Alan Bakowski
600 Pennsylvania Avenue NW
Washington, District of Columbia 20580
Email: mmoeller@ftc.gov
Email: abakowski@ftc.gov

Small Business Bureau
Attn.: Susan Streich
Attn.: Eric Benderson
409 3rd Street SW, Suite 7211
Washington, District of Columbia 20416
Email: susan.streich@sba.gov
Email: eric.benderson@sba.gov

30320306v.1