**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                                         :    Chapter 11
                                                              :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                     :    Case No. 22-10951 (CTG)
                                                              :
                                                              :    (Jointly Administered)
Debtors.[1]                                                   :
------------------------------------------------------------ x    Re: D.I. 551 - 556

## CERTIFICATE OF SERVICE

I, Matthew P. Milana, hereby certify that on February 21, 2023, I caused copies of the **Monthly Operating Reports – January 2023** [Docket No. 551 - 556] to be served upon the parties identified below in the manner indicated:

*<u>Via Email</u>*

Richard Schepacarter
Rosa Sierra-Fox
Office of the United States Trustee
U. S. Department of Justice
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov;
        rosa.sierra-fox@usdoj.gov

                                              */s/ Matthew P. Milana*
                                              Matthew P. Milana (No. 6681)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28515222v.1