# Exhibit A

## Satisfied Claims

## Satisfied Claims

| # | Name of Claimant | Date File | Claim Number | Debtor Name | Claim Amount[1] | Reason for Satisfaction |
|---|---|---|---|---|---|---|
| 1 | Barbara R. Simon | 11/05/2022 | 951-17 | Kabbage, Inc. d/b/a KServicing | $0.00 (A)<br>$0.00 (S)<br>$10,609.56 (P)<br>$0.00 (U)<br>$10,609.56 (T) | The basis asserted for the claim is "payments made to the principal on PPP Loan, after notice of default filed and before forgiveness was issued." In support of the claim, the claimant attached an account statement reflecting a balance of $10,689.45. After a review of their books and records, the Debtors determined that the claimant was a borrower of a Paycheck Protection Program loan ("**PPP Loan**") serviced by the Debtors and the claimant made payments on behalf of her PPP Loan after the loan had been forgiven by the Small Business Administration. The Debtors issued a refund to the claimant via direct deposit on November 22, 2022 in the amount of $10,609.56 satisfying the claim in full. |
| 2 | Major, Lindsey & Africa, LLC | 11/30/2022 | 951-134 | Kabbage, Inc. d/b/a KServicing | $0.00 (A)<br>$0.00 (S)<br>$2,520.00 (P)<br>$0.00 (U)<br>$2,520.00 (T) | The basis asserted for the clam is "staffing services provided". On December 12, 2022, the Debtors paid the claimant $2,520.00 via direct deposit under the Wages Motion[2] satisfying the claim in full (ACH routing number 052001633). |
| 3 | Pennsylvania Department of Revenue | 12/28/2022 | 951-223 | Kabbage, Inc. d/b/a KServicing | $0.00 (A)<br>$0.00 (S)<br>$34,079.52 (P)<br>$0.00 (U)<br>$34,079.52 (T) | The basis asserted for the claim is "Taxes owed to the State of Pennsylvania". In support of the claim, the claimant filed supporting documentation showing the tax claim is for a corporate income tax and interest owed for the 2021 tax period. On December 15, 2022 the Debtors paid the claimant $33,554 via cashier's check (check no. 1000830490) and on January |

---

[1] (A) - Administrative, including 503(b)(9); (S) - Secured; (P) - Priority; (U) - Unsecured; (T) – Total.

[2] *See Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Obligations and (II) Granting Related Relief* (the "**Wages Motion**") [Docket No. 10]. The final order was entered on November 2, 2022 at Docket No. 194.

| # | Name of Claimant | Date File | Claim Number | Debtor Name | Claim Amount[1] | Reason for Satisfaction |
|---|---|---|---|---|---|---|
| | | | | | | 12, 2023, the Debtors paid the claimant an additional $525.52 via cashier's check (check no. 1000893035) satisfying the claim in full (Check numbers 1000830490 and 1000893035). |