**EXHIBIT A**

Assumption Schedule

## Assumption Schedule[1]

| Counterparty | Debtor | Contract Description | Proposed Cure Amount ($) | Unique ID |
|---|---|---|---|---|
| 730 Midtown SVP, LLC | Kabbage, Inc. d/b/a KServicing | Lease Agreement dated March 1, 2022 for Atlanta Office | $ – | 3210 |
| AIG Specialty Insurance Company | Kabbage, Inc. d/b/a KServicing | Cyber Liability Policy 01-772-15-46 | $ – | 3213 |
| Atlantic Speciality Insurance Company | Kabbage, Inc. d/b/a KServicing | Liability and Property Insurance Policy 712-00-86-50-0009 | $ – | 3222 |
| Berkshire Hathaway Specialty Insurance Company | Kabbage, Inc. d/b/a KServicing | First Side A DIC D/O Liability Policy 47-EPF-323700-01 | $ – | 3228 |
| Cobbs Allen Capital, LLC (Producer) | Kabbage, Inc. d/b/a KServicing | Excess Side A - D/O Policy AS5EX00271-221 | $ – | 3256 |
| Endurance American Insurance Company | Kabbage, Inc. d/b/a KServicing | Excess Cyber Liability Policy PVX30004806801 | $ – | 3281 |
| Everest Insurance | Kabbage, Inc. d/b/a KServicing | Excess Side A - D/O Policy AS5EX00271-221 | $ – | 3283 |
| Insperity PEO Services L.P. | Kabbage Asset Funding 2017-A LLC | Workforce Optimization Agreement by and between Insperity PEO Services L.P. and Kabbage Asset Funding 2017-A LLC signed November 16, 2020 | $ – | 3456 |
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | Liability and Property Insurance Policy 712-00-86-50-0009 | $ – | 3338 |
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | Cyber Liability Policy 01-772-15-46 | $ – | 3339 |
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | Excess Cyber Liability Policy PVX30004806801 | $ – | 3340 |

---

[1] This Assumption Schedule contains executory contracts and unexpired leases proposed to be assumed by the Debtors for use by the Wind Down Estates in both the PPP Transfer scenario and the Post-Effective Date Servicing scenario. In the event the Debtors elect to pursue the PPP Transfer scenario, the Debtors reserve the right to file a proposed assumption schedule identifying additional executory contracts and unexpired leases to be assumed and assigned to third parties, as applicable. Alternatively, in the event the Debtors elect to pursue the Post-Effective Date Servicing scenario, the Debtors reserve the right to file a proposed assumption schedule identifying additional executory contracts and unexpired leases to be assumed for the benefit of the Wind Down Estates. This Assumption Schedule is being filed for informational purposes. Counterparties to any contracts or leases that are proposed to be assumed pursuant to the Plan will receive separate notice of the deadline to object to such assumption and the related cure amount.

| Counterparty | Debtor | Contract Description | Proposed Cure Amount ($) | Unique ID |
|---|---|---|---|---|
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | D/O 2nd Layer Policy 02-778-00-05 | $ – | 3341 |
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | Attorney Liability Policy 02-778-00-04 | $ – | 3342 |
| MorganFranklin Consulting, LLC | Kabbage, Inc. d/b/a KServicing | Master Services Agreement dated October 5, 2020 and any Work Order or Amendments thereto | $ – | 3353 |
| National Union Fire Insurance Company of Pittsburgh, PA | Kabbage, Inc. d/b/a KServicing | D/O 2nd Layer Policy 02-778-00-05 | $ – | 3356 |
| National Union Fire Insurance Company of Pittsburgh, PA | Kabbage, Inc. d/b/a KServicing | Attorney Liability Policy 02-340-96-05 | $ – | 3357 |
| Okta | Kabbage, Inc. d/b/a KServicing | Service Agreement Order Form Q-371017 signed October 22, 2020 and Q-481140 signed October 8, 2021 and any Amendments or Addendums thereto | $ – | 3366 |
| Option 1 Partners LLC | Kabbage, Inc. d/b/a KServicing | Client Service Agreement effective July 9, 2021 and any Addendums, Amendments, or Rate Letters thereto | $ – | 3367 |
| QBE Insurance Corporation | Kabbage, Inc. d/b/a KServicing | Excess Side A-D/O Policy 130003257 | $ – | 3378 |
| ReliaQuest, LLC | Kabbage, Inc. d/b/a KServicing | Order #: Q-01509 effective February 1, 2022 | $ – | 3384 |
| Sage Intacct, Inc. f/k/a Intacct Corporation | Kabbage, Inc. d/b/a KServicing | Agreement dated September 17, 2014 and assigned by American Express Kabbage Inc. to Kabbage, Inc. and all Amendments, Addendums, Work Orders, Statements of Work | $ – | 3388 |
| Salesforce.com, Inc | Kabbage, Inc. d/b/a KServicing | Master Subscription Agreement dated June 6, 2020 and all Amendments, Addendums, and Order Forms | $ 15,445 | 3390 |
| Tableau Software, LLC | Kabbage, Inc. d/b/a KServicing | Tableau Order Number: 5428986 signed February 28, 2022 | $ 1,613 | 3403 |
| TrustArc USA | Kabbage, Inc. d/b/a KServicing | Quote and Order Quote Number QTE00057011 contract start date March 23, 2022 | $ – | 3413 |
| Vaco LLC | Kabbage, Inc. d/b/a KServicing | Client Services Agreement effective October 15, 2020 and any Addendums or Amendments thereto | $ – | 3422 |

3

| Counterparty | Debtor | Contract Description | Proposed Cure Amount ($) | Unique ID |
|---|---|---|---|---|
| XL Speciality Insurance Company | Kabbage, Inc. d/b/a KServicing | D/O 1st Layer Policy ELU170896-20 | $ – | 3447 |
| zendesk | Kabbage, Inc. d/b/a KServicing | Statement of Work dated February 24, 2021 and all Amendments, Addendums, and Service Orders therein | $ – | 3448 |

3