## **EXHIBIT D**

Selection of the Wind Down Officer

## **Selection of the Wind Down Officer**

In accordance with the terms of the Plan, the Wind Down Officer is selected by the Debtors, subject to the consent of the Reserve Bank, and in consultation with the United States Department of Justice, the SBA, and CRB.

As of the date of filing this Plan Supplement, the Debtors have, jointly with the Reserve Bank, commenced a process to identify the Wind Down Officer, including by narrowing the list of potential candidates and scheduling interviews with such candidates.  Prior to the date of the Confirmation Hearing, the Debtors intend to modify this Plan Supplement to disclose the identity of the Wind Down Officer in accordance with the Plan and section 1129(a)(5) of the Bankruptcy Code.