**Exhibit A**

**Contract Schedule**

## Contract Schedule

| Counterparty | Debtor | Contract Description | Proposed Cure Amount ($) | Unique ID |
|---|---|---|---|---|
| 730 Midtown SVP, LLC | Kabbage, Inc. d/b/a KServicing | Lease Agreement dated March 1, 2022 for Atlanta Office | $ – | 3210 |
| AIG Specialty Insurance Company | Kabbage, Inc. d/b/a KServicing | Cyber Liability Policy 01-772-15-46 | $ – | 3213 |
| Atlantic Speciality Insurance Company | Kabbage, Inc. d/b/a KServicing | Liability and Property Insurance Policy 712-00-86-50-0009 | $ – | 3222 |
| Berkshire Hathaway Specialty Insurance Company | Kabbage, Inc. d/b/a KServicing | First Side A DIC D/O Liability Policy 47-EPF-323700-01 | $ – | 3228 |
| Cobbs Allen Capital, LLC (Producer) | Kabbage, Inc. d/b/a KServicing | Excess Side A - D/O Policy AS5EX00271-221 | $ – | 3256 |
| Endurance American Insurance Company | Kabbage, Inc. d/b/a KServicing | Excess Cyber Liability Policy PVX30004806801 | $ – | 3281 |
| Everest Insurance | Kabbage, Inc. d/b/a KServicing | Excess Side A - D/O Policy AS5EX00271-221 | $ – | 3283 |
| Insperity PEO Services L.P. | Kabbage Asset Funding 2017-A LLC | Workforce Optimization Agreement by and between Insperity PEO Services L.P. and Kabbage Asset Funding 2017-A LLC signed November 16, 2020 | $ – | 3456 |
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | Liability and Property Insurance Policy 712-00-86-50-0009 | $ – | 3338 |
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | Cyber Liability Policy 01-772-15-46 | $ – | 3339 |
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | Excess Cyber Liability Policy PVX30004806801 | $ – | 3340 |
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | D/O 2nd Layer Policy 02-778-00-05 | $ – | 3341 |
| Marsh USA Inc. (Producer) | Kabbage, Inc. d/b/a KServicing | Attorney Liability Policy 02-778-00-04 | $ – | 3342 |
| MorganFranklin Consulting, LLC | Kabbage, Inc. d/b/a KServicing | Master Services Agreement dated October 5, 2020 and any Work Order or Amendments thereto | $ – | 3353 |

**Contract Schedule**

| Counterparty | Debtor | Contract Description | Proposed Cure Amount ($) | Unique ID |
|---|---|---|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | Kabbage, Inc. d/b/a KServicing | D/O 2nd Layer Policy 02-778-00-05 | $ – | 3356 |
| National Union Fire Insurance Company of Pittsburgh, PA | Kabbage, Inc. d/b/a KServicing | Attorney Liability Policy 02-340-96-05 | $ – | 3357 |
| Okta | Kabbage, Inc. d/b/a KServicing | Service Agreement Order Form Q-371017 signed October 22, 2020 and Q-481140 signed October 8, 2021 and any Amendments or Addendums thereto | $ – | 3366 |
| Option 1 Partners LLC | Kabbage, Inc. d/b/a KServicing | Client Service Agreement effective July 9, 2021 and any Addendums, Amendments, or Rate Letters thereto | $ – | 3367 |
| QBE Insurance Corporation | Kabbage, Inc. d/b/a KServicing | Excess Side A-D/O Policy 130003257 | $ – | 3378 |
| ReliaQuest, LLC | Kabbage, Inc. d/b/a KServicing | Order #: Q-01509 effective February 1, 2022 | $ – | 3384 |
| Sage Intacct, Inc. f/k/a Intacct Corporation | Kabbage, Inc. d/b/a KServicing | Agreement dated September 17, 2014 and assigned by American Express Kabbage Inc. to Kabbage, Inc. and all Amendments, Addendums, Work Orders, Statements of Work | $ – | 3388 |
| Salesforce.com, Inc | Kabbage, Inc. d/b/a KServicing | Master Subscription Agreement dated June 6, 2020 and all Amendments, Addendums, and Order Forms | $ 15,445 | 3390 |
| Tableau Software, LLC | Kabbage, Inc. d/b/a KServicing | Tableau Order Number: 5428986 signed February 28, 2022 | $ 1,613 | 3403 |
| TrustArc USA | Kabbage, Inc. d/b/a KServicing | Quote and Order Quote Number QTE00057011 contract start date March 23, 2022 | $ – | 3413 |
| Vaco LLC | Kabbage, Inc. d/b/a KServicing | Client Services Agreement effective October 15, 2020 and any Addendums or Amendments thereto | $ – | 3422 |
| XL Speciality Insurance Company | Kabbage, Inc. d/b/a KServicing | D/O 1st Layer Policy ELU170896-20 | $ – | 3447 |
| zendesk | Kabbage, Inc. d/b/a KServicing | Statement of Work dated February 24, 2021 and all Amendments, Addendums, and Service Orders therein | $ – | 3448 |