UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                              :    Chapter 11
                                                   :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,          :    Case No. 22-10951 (CTG)
                                                   :
                                                   :
Debtors.[1]                                        :    (Jointly Administered)
------------------------------------------------------------ x

NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR FEBRUARY 27, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

> **THE HEARING WILL BE HELD IN-PERSON IN JUDGE GOLDBLATT'S COURTROOM. ALL PARTIES, INCLUDING WITNESSES, ARE EXPECTED TO ATTEND IN PERSON UNLESS PERMITTED TO APPEAR VIA ZOOM.**
>
> **APPEARANCES AT IN-PERSON COURT PROCEEDINGS USING ZOOM ARE ALLOWED ONLY IN THE FOLLOWING CIRCUMSTANCES: (I) A PARTY WHO FILES A RESPONSIVE PLEADING INTENDS TO MAKE ONLY A LIMITED ARGUMENT; (II) A PARTY WHO HAS NOT SUBMITTED A PLEADING BUT IS INTERESTED IN OBSERVING THE HEARING; (III) A PARTY WHO HAS A GOOD FAITH HEALTH-RELATED REASON AND HAS OBTAINED PERMISSION FROM JUDGE GOLDBLATT'S CHAMBERS TO APPEAR REMOTELY, OR (IV) OTHER EXTENUATING CIRCUMSTANCES AS DETERMINED BY JUDGE GOLDBLATT.**
>
> **IF YOU INTEND TO APPEAR VIA ZOOM, YOU ARE REQUIRED TO REGISTER IN ADVANCE.**
>
> **PLEASE USE THE FOLLOWING ZOOM REGISTRATION LINK:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJItdeCsqjgpGnvoC9MH9Ww84106o8ayvS4

I.   **RESOLVED MATTERS:**

1.   Debtors' First Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 491 – filed January 27, 2023]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

   Objection/Response Deadline:  February 15, 2023 at 4:00 p.m. (ET)

   Objections/Responses Received:  None.

   Related Documents:

   i. Notice of Submission of Copies of Proofs of Claim Regarding Debtors' First Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 524 – filed February 13, 2023]

   ii. Certificate of No Objection Regarding Debtors' First Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 542 – filed February 16, 2023]

   iii. Order Granting Debtors' First Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 546 – entered February 17, 2023]

   Status: On February 17, 2023, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

2. Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods and (II) Granting Related Relief [Docket No. 503 – filed January 30, 2023]

   Objection/Response Deadline:  February 13, 2023 at 4:00 p.m. (ET)

   Objections/Responses Received:  None.

   Related Documents:

   i. Certificate of No Objection Regarding Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods and (II) Granting Related Relief [Docket No. 528 – filed February 14, 2023]

   ii. Order (I) Extending the Debtors' Exclusive Periods, and (II) Granting Related Relief [Docket No. 539 – entered February 15, 2023]

   Status: On February 15, 2023, the Court entered an order resolving this matter. Accordingly, a hearing with respect to this matter is no longer necessary.

**II.** **MATTER GOING FORWARD:**

3. Motion of The Juneau Group, LLC for Allowance of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(9) [Docket No. 345 – filed December 6, 2022]

   Objection/Response Deadline:  February 20, 2023 at 4:00 p.m. (ET)

Objections/Responses Received:

A.  Debtors' Objection to the Motion of the Juneau Group, LLC for Allowance of Administrative Expense Claim Pursuant to Section 503(b)(9) of the Bankruptcy Code [Docket No. 547 – filed February 17, 2023]

Related Documents:

i.  Motion of Continuance [Docket No. 421 – filed January 6, 2023]

Witness Information:

i.  The Debtors may offer the testimony by declaration, proffer or live testimony of Thora Thoroddsen, Director at AlixPartners, LLP.

Status: The hearing on this matter will go forward.

Dated: February 23, 2023
Wilmington, Delaware

/s/ *Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*