**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------- x
**In re**                                                             :     Chapter 11
                                                                       :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,   :     Case No. 22-10951 (CTG)
                                                                       :
                                                                       :
                      Debtors.[1]                              :     (Jointly Administered)
------------------------------------------------------------- x

**NOTICE OF RESCHEDULED HEARING**

PLEASE TAKE NOTICE that the hearing previously scheduled in the above-captioned chapter 11 cases for March 22, 2023 at 10:00 a.m. (ET) before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware (the "**Court**") has been rescheduled by the Court to **March 20, 2023 at 10:00 a.m. (ET)**. All matters previously scheduled to be heard on March 22, 2023 at 10:00 a.m. (ET) will now be heard at the omnibus hearing scheduled for **March 20, 2023 at 10:00 a.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28635938v.1

Dated: February 23, 2023
      Wilmington, Delaware

                                        /s/ *Matthew P. Milana*
                                        RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
         steele@rlf.com
         shapiro@rlf.com
         milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:       ray.schrock@weil.com
                candace.arthur@weil.com
                natasha.hwangpo@weil.com
                chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*