IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 22, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Potential Assumption and Cure Amounts in Connection with Contracts and Leases [Docket No. 566]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of this filing was served on the following parties attached hereto as **Exhibit B** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: February 23, 2023

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 23rd day of February, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 730 Midtown Spv, LLC | aka Lincoln Property Co | 1001 Woodward Ave, 5th Fl | Detroit, MI 48226 | | | amorrison@lpc.com | Email; First Class Mail |
| 730 Midtown SVP, LLC | Attn: John A Coury | 1001 Woodward Ave, Ste 500 | Detroit, MI 48226 | | | | First Class Mail |
| 730 Midtown SVP, LLC | Attn: Property Manager | 730 Peachtree St, Ste 670 | Atlanta, GA 30308 | | | | First Class Mail |
| AIG Specialty Insurance Co | 1271 Ave of the Americas, 37th Fl | New York, NY 10020-1304 | | | | | First Class Mail |
| American Express Kabbage Inc | Attn: Tara Rajani | 730 Peachtree St NE, Ste 1100 | Atlanta, GA 30308 | | | Tara.e.rajani@aexp.co | Email; First Class Mail |
| American Express Kabbage Inc | 730 Peachtree St NE, Ste 1100 | Atlanta, GA 30308 | | | | Tara.e.rajani@aexp.com | Email; First Class Mail |
| American Express Kabbage Inc | fka Alpha Kabbage, Inc | American Express Travel Related Services Legacy Company, Inc | 200 Vesey St | New York, NY 10285 | | | First Class Mail |
| American Express Kabbage Inc | fka Alpha Kabbage, Inc | Sullivan & Cromwell LLP | 125 Broad St | New York, NY 10004 | | | First Class Mail |
| American Express Kabbage, Inc | Attn: GCO, Matthew Heimann | 200 Vesey St | New York, NY 10285 | | | matthew.heimann@aexp.com | Email; First Class Mail |
| Apisero Inc | Attn: Venkat Mudupu | 1351 N Alma School Rd, Ste 150 | Chandler, AZ 85224 | | | info@apisero.com | Email; First Class Mail |
| Apisero Inc | 1351 N Alma School Rd, Ste 150 | Chandler, AZ 85224 | | | | | First Class Mail |
| Atlantic Speciality Insurance Co | 605 Hwy 169 N, Ste 800 | Plymouth, MN 55441 | | | | | First Class Mail |
| Automation Anywhere | Attn: General Counsel | 633 River Oaks Pkwy | San Jose, CA 95134 | | | legalnotices@automationanywhere.com | Email; First Class Mail |
| Berkshire Hathaway Specialty Insurance Co | Attn: Lizzie Marshall | 500 Northpark Town Center | 1100 Abernathy Rd NE, Ste 1200 | Atlanta, GA 30328 | | lizzie.marshall@bhspecialty.com; execandprofnotices@bhspecialty.com | Email; First Class Mail |
| Blackline Systems, Inc | 21300 Victory Blvd, 12th Fl | Woodland Hills, CA 91367 | | | | billing@blackline.com | Email; First Class Mail |
| Cloud Software Group, Inc | 851 W Cypress Creek Rd | Ft Lauderdale, FL 33309 | | | | | First Class Mail |
| Cobbs Allen Capital, LLC | dba CAC Specialty | Attn: Grantland Rice, IV | 115 Office Park Dr, Ste 200 | Birmingham, AL 35223 | | | First Class Mail |
| Cobbs Allen Capital, LLC (Producer) | 250 Fillmore St | Denver, CO 80206 | | | | | First Class Mail |
| Corporation Service Co | Attn: Independent Direct Services | 2711 Centerville Rd, Ste 400 | Wilmington, DE 19808 | | | | First Class Mail |
| Daniel Eidson | Address Redacted | | | | | | First Class Mail |
| David Walker | c/o Moore Colson | 600 Galleria Pkwy SE, Ste 600 | Atlanta, GA 30339 | | | | First Class Mail |
| David Walker | Address Redacted | | | | | | First Class Mail |
| David Walker | Address Redacted | | | | | | First Class Mail |
| Docusign Inc | 221 Main St, Ste 1000 | San Francisco, CA 94105 | | | | remittance@docusign.com | Email; First Class Mail |
| Donna Evans | Address Redacted | | | | | | First Class Mail |
| Endurance American Insurance Co | c/o Sompo Pro | 1221 Avenue of The Americas | New York, NY 10020 | | | | First Class Mail |
| Eric Hartz | Address Redacted | | | | | | First Class Mail |
| Everest Insurance | 100 Everest Way | Warren, NJ 07059 | | | | | First Class Mail |
| Experian Information Solutions Inc | Attn: General Counsel, Law Dept | 475 Anton Blvd | Costa Mesa, CA 92626 | | | | First Class Mail |
| Five9 Inc | 3001 Bishop Dr, Ste 350 | San Ramon, CA 94583-5005 | | | | billing@five9.com | Email; First Class Mail |
| Five9, Inc | Attn: Nancy Woods | 3001 Bishop Dr, Ste 350 | San Ramon, CA 94583-5005 | | | nancy.woods@five9.com | Email; First Class Mail |
| Holly Loiseau | Address Redacted | | | | | | First Class Mail |
| Ian Cox | c/o Libra Risk Management | 12 Howard Ave | Foxborough, MA 02035 | | | | First Class Mail |
| Inscribeai, Inc | PMB 2110 | 2093 Philadelphia Pike | Claymont, DE 19703-2424 | | | ronan@inscribe.ai | Email; First Class Mail |
| InscribeAI, Inc | PMB 2110 | 2093 Philadelphia Pike | Claymont, DE 19703-2424 | | | ryan@inscribe.ai | Email; First Class Mail |
| Insperity | Attn: General Counsel | 19001 Crescent Springs Dr | Kingwood, TX 77339-3802 | | | legalnotices@insperity.com | Email; First Class Mail |
| Insperity PEO Services LP | Attn: General Counsel | 19001 Crescent Springs Dr | Kingwood, TX 77339-3802 | | | | First Class Mail |
| John Hebert | c/o Corporation Service Co | 251 Little Falls Dr | Wilmington, DE 19808 | | | | First Class Mail |
| Jon Hebert | Address Redacted | | | | | | First Class Mail |
| Kim Withrow | Address Redacted | | | | | | First Class Mail |
| Laquisha Milner | Address Redacted | | | | | | First Class Mail |
| Lawrence X Taylor III | Address Redacted | | | | | | First Class Mail |
| LexisNexis Risk Solutions FL Inc | 1000 Alderman Dr | Alpharetta, GA 30005 | | | | | First Class Mail |
| ManageEngine | a Div of ZOHO Corp | 4141 Hacienda Dr | Pleasanton, CA 94588-8549 | | | | First Class Mail |
| Marsh USA Inc | Attn: Beth Sanders | 1560 Sawgrass Corporate Pkwy, Ste 300 | Sunrise, FL 33323 | | | beth.sanders@marsh.com | Email; First Class Mail |
| Marsh USA Inc | Attn: Charles Myron | 3031 N Rocky Point Dr W, Ste 700 | Tampa, FL 33607 | | | Charles.Myron@marsh.com | Email; First Class Mail |
| Marsh Usa Inc | 1166 Ave Of The Americas | New York, NY 10036 | | | | FiduciaryServiceRequest.US@Marsh.com | Email; First Class Mail |
| Marsh USA Inc (Producer) | 3560 Lenox Rd, Ste 2400 | Atlanta, GA 30326 | | | | | First Class Mail |
| Mastercard International Inc | 2000 Purchase St | Purchase, NY 10577 | | | | corporate_receivables@mastercard.com | Email; First Class Mail |
| MorganFranklin Consulting, LLC | 7900 Tysons One Pl, Ste 300 | McLean, VA 22012 | | | | lmoscowitz@vaco.com; Tim.Keefe@morganfranklin.com; jeffrey.henry@morganfranklin.com | Email; First Class Mail |
| MorganFranklin Consulting, LLC | Attn: Timothy Keefe | 7900 Tysons One Pl, Ste 300 | McLean, VA 22102 | | | tim.keefe@morganfranklin.com | Email; First Class Mail |
| MorganFranklin Consulting, LLC | 7900 Tysons One Pl, Ste 300 | McLean, VA 22012 | | | | | First Class Mail |
| National Union Fire Insurance Co of Pittsburgh, PA | 1271 Ave of the Americas, 37th Fl | New York, NY 10020-1304 | | | | | First Class Mail |
| OCL Financial Services LLC | 20225 Water Tower Blvd, 4th Fl | Brookfield, WI 53045 | | | | | First Class Mail |
| OCL Financial Services LLC | P.O. Box 860507 | Minneapolis, MN 55486-0507 | | | | | First Class Mail |
| OCL Financial Services LLC | P.O. Box 860704 | Minneapolis, MN 55486-0704 | | | | | First Class Mail |
| Okta, Inc | 100 1st St, 14th Fl | San Francisco, CA 94105 | | | | AR@Okta.com | Email; First Class Mail |
| Option 1 Partners LLC | 5815 Windward Pkwy, Ste 302 | Alpharetta, GA 30005 | | | | invoicing@option1partners.com | Email; First Class Mail |
| Option 1 Partners LLC | Attn: Jackie Flake | 5815 Windward Pkwy, Ste 302 | Alpharetta, GA 30005 | | | jackie@option1partners.com | Email; First Class Mail |
| QBE Insurance Corp | Attn: Underwriting | 55 Water St | New York, NY 10041 | | | Mackenzie.Parke@us.qbe.com; mlpladmin@us.qbe.com | Email; First Class Mail |
| ReliaQuest, LLC | Attn: Greg Farrell, Mark Rosenberg | 777 S Harbor Island Blvd | Tampa, FL 33602 | | | gfarrell@reliaquest.com; mrosenberg@reliaquest.com | Email; First Class Mail |
| Robin King Gregg | Address Redacted | | | | | | First Class Mail |
| Sage Intacct, Inc | fka Intacct Corp | 300 Park Ave, Ste 1400 | San Jose, CA 95110 | | | | First Class Mail |
| Salesforce | 1 Market St | San Francisco, CA 94105 | | | | | First Class Mail |
| Salesforce.Com, Inc | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab / Gaye Heck | 830 Menlo Ave, Ste 201 | Menlo Park, CA 94025 | | GHECK@BBSLAW.COM | Email; First Class Mail |
| Salesforce.com, Inc | Salesforce Tower | 415 Mission St, 3rd Fl | San Francisco, CA 94105 | | | | First Class Mail |
| Salim Kafiti | Address Redacted | | | | | | First Class Mail |
| Tableau Software, LLC | 1621 N 34th St | Seatle, WA 98103 | | | | | First Class Mail |
| Tableau Software, LLC | 415 Mission St, 3rd Fl | San Francisco, CA 94105 | | | | | First Class Mail |
| TransUnion Risk & Alternative Data Solutions, Inc | P.O. Box 209047 | Dallas, TX 75320-9047 | | | | | First Class Mail |
| Transunion Risk And Alternative Data Solutions | Attn: Steven Littman | 4530 Conference Way S | Boca Raton, FL 33431 | | | steven.littman@transunion.com | Email; First Class Mail |
| Trustarc Inc | 111 Sutter St, 6th Fl | San Francisco, CA 94104 | | | | | First Class Mail |
| TrustArc USA | Attn: Andy Nguyen | 2121 N California Blvd, Ste 290 | Walnut Creek, CA 94569 | | | | First Class Mail |
| Urs Technologies Solutions LLC | 1100 Green St, Ste 203 | Iselin, NJ 08830 | | | | anshuman@urstech.com | Email; First Class Mail |
| URS Technologies Solutions LLC | Attn: Kaustav Chatterjee, Mukesh Chamedia | 1100 Green St, Ste 203 | Iselin, NJ 08830 | | | mukesh@blucognition.com | Email; First Class Mail |
| Vaco LLC | 5501 Virginia Way, Ste 120 | Brentwood, TN 37027 | | | | Remit@vaco.com | Email; First Class Mail |
| Vaco LLC | Attn: Shannon Gwinner | 115 Perimeter Center Pl NE, Ste 950 | Atlanta, GA 30346 | | | sgwinner@vaco.com | Email; First Class Mail |
| XL Specialty Insurance Co | 100 Constitution Plz, 17th Fl | Hartford, CT 06103 | | | | proclaimnewnotices@axaxl.com | Email; First Class Mail |
| zendesk | 989 Market St | San Francscio, CA 94103 | | | | | First Class Mail |

# **EXHIBIT B**

# Mailing Information for Case 22-10951-CTG

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Derek C. Abbott**  dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Ryan M. Bartley**  bankfilings@ycst.com
- **Kate R. Buck**  kbuck@mccarter.com
- **Anthony W. Clark**  Anthony.Clark@gtlaw.com, zerber@gtlaw.com
- **Scott D. Cousins**  scott.cousins@cousins-law.com
- **Daniel J. DeFranceschi**  defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Robert J. Dehney**  rdehney@mnat.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Kathleen G. Furr**  kfurr@bakerdonelson.com, smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com
- **Alastair Gesmundo**  Alastair.M.Gesmundo@usdoj.gov
- **Sean T. Greecher**  sgreecher@ycst.com
- **Rochelle Gumapac**  gumapacr@whiteandwilliams.com
- **William A. Hazeltine**  Bankruptcy001@sha-llc.com
- **Scott D Jones**  scott.jones@cousins-law.com, kmccloskey@bayardlaw.com
- **David Bruce Kurzweil**  kurzweild@gtlaw.com, brattons@gtlaw.com;thompsonmich@gtlaw.com;wagnerje@gtlaw.com
- **Huiqi Liu**  liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com
- **Dennis A. Meloro**  melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Matthew P. Milana**  milana@rlf.com
- **John J. Monaghan**  bos-bankruptcy@hklaw.com
- **Erika Morabito**  emorabito@foley.com
- **Pauline K. Morgan**  pmorgan@ycst.com
- **Isaac Nesser**  isaacnesser@quinnemanuel.com
- **Matthew A Petrie**  petriem@gtlaw.com
- **Reliable Companies**  gmatthews@reliable-co.com
- **Richard L. Schepacarter**  richard.schepacarter@usdoj.gov
- **Lisa M. Schweitzer**  lschweitzer@cgsh.com, maofiling@cgsh.com
- **Zachary I Shapiro**  shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Rosa Sierra-Fox**  rosa.sierra@usdoj.gov, rosa.sierra-fox@usdoj.gov
- **Amanda R. Steele**  steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **U.S. Trustee**  USTPRegion03.WL.ECF@USDOJ.GOV
- **Gregory W. Werkheiser**  gwerkheiser@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Jonathan Michael Weyand**  jweyand@morrisnichols.com, rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Susheel Kirpalani**
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue
22nd Floor
NEW York, NY 10010

**AlixPartners, LLP**
,

**Candace Arthur**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Chase Bentley**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**James L. Bromley**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

**Kristin Corbett**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Greenberg Traurig, LLP**
,

**Brian E. Greer**
One Vanderbilt Avenue
New York, NY 10017

**Natasha S. Hwangpo**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Jones Day**
,

**Jacob Juneau**
,

**Richard C. Minott**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Omni Agent Solutions**
,

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Elizabeth A. Ruocco**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Matthew R. Scheck**
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th St.
Suite 2010
Austin, TX 78701

**Ray C. Schrock**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

**Richard W. Slack**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Jeremy M. Sternberg**
Holland & Knight LLP
10 St. James Ave
11th Floor
Boston, MA 02116

**The Juneau Group, LLC**
,

**Theodore E. Tsekerides**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY

**Weil, Gotshal & Manges LLP**
,

# Creditor List

Click the link above to produce a complete list of **creditors** only.

# List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.