IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 22, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- Notice of Filing of Supplement to The Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (D/B/A KServicing) and Its Affiliated Debtors without Exhibits [Docket No. 561]

Dated: February 22, 2023

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 22nd day of February, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# EXHIBIT A

**Exhibit A**
Service List

| Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Abbas Kadhum | Address Redacted | | | | | | First Class Mail |
| Abdelatti Bendehhane | Address Redacted | | | | | | First Class Mail |
| AIG Property Casualty, Inc | Attn: Kevin J Larner, Esq | 28 Liberty St, Fl 22 | New York, NY 10005 | | | kevin.larner@aig.com | Email; First Class Mail |
| Albert Togut, as Chapter 7 Trustee of Kossoff PLLC | c/o Togut, Segal & Segal LLP | Attn: Neil Berger, Esq | 1 Penn Plaza, Ste 3335 | New York, NY 10119 | | neilberger@teamtogut.com | Email; First Class Mail |
| Alech Consultants LLC | Attn: Samantha Alech | 18003 SW 13th St | Pembroke Pines, FL 33029 | | | hello@thatssmartbusiness.com | Email; First Class Mail |
| Ali Malk | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Allegis Group Holdings Inc | 7301 Pkwy Dr | Hanover, MD 21076 | | | | | First Class Mail |
| Alsyden LLC | Attn: Alisha Hurt | 19186 Mackay St | Detroit, MI 48234 | | | Leeproductionsdet@gmail.com | Email; First Class Mail |
| Alvarez & Marsal Disputes and Investigations LLC | Attn: Mark Kindy | 600 Madison Ave, 8th Fl | New York, NY 10022 | | | mkindy@alvarezandmarsal.com | Email; First Class Mail |
| American Express Kabbage, Inc | Attn: GCO, Matthew Heimann | 200 Vesey St | New York, NY 10285 | | | matthew.heimann@aexp.com | Email; First Class Mail |
| AMR Trucking LLC | 6424 W Ohio Ave | Milwaukee, WI 53219 | | | | assadhs@yahoo.com | Email; First Class Mail |
| Amy Zimmerman | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Amy Zimmerman | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| AREP II SA Hotel, LLC | Attn: Joseph Caruso | 1600 Market St, Ste 2600 | Philadelphia, PA 19103 | | | bk@ardengroup.com | Email; First Class Mail |
| Armaga VR, Incorporated | 2400 Sunrise Ct | Aurora, IL 60503 | | | | at@armagavr.com | Email; First Class Mail |
| Austral Salon, Inc | 2100 N Beltline Blvd | Columbia, SC 29204 | | | | cshealy@australsalon.com | Email; First Class Mail |
| Azba Habib | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Azba Habib | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Bais Medrash L'Torah | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Benchmark Construction, Inc | Attn: David Printz | 46448 Montgomery Pl | Sterling, VA 20165 | | | cindyprintz5@gmail.com | Email; First Class Mail |
| Best Sister Friends Catering and Events LLC | Attn: Karen Daley | 870 Terrace Mill Dr | Douglasville, GA 30134 | | | Karenvdaley@gmail.com | Email; First Class Mail |
| Betty Gaskins | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Biz2Credit Inc | c/o DLA Piper LLP (US) | Attn: C Kevin Kobbe | 6225 Smith Ave | Baltimore, MD 21209 | | kevin.kobbe@us.dlapiper.com | Email; First Class Mail |
| Biz2Credit Inc | One Penn Plz, Ste 3101 | New York, NY 10119 | | | | legal@biz2credit.com | Email; First Class Mail |
| Blue Star Cafe | c/o Blue Star Cafe LLC | 1619 N Farwell Ave | Milwaukee, WI 53202 | | | abdirizak.aden@yahoo.com | Email; First Class Mail |
| Bright Rainbow LLC | 3340 W Loomis Rd | Milwaukee, WI 53221 | | | | sabri.abdelhamid@yahoo.com | Email; First Class Mail |
| Bryan Stolle | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Bryan Stolle | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Carlos Sava | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Carlton Morgan and individuals similarly situated | c/o White and Williams LLP | Attn: Shane Heskin Esq | 1 Liberty Place | 650 Market St, Ste 1800 | Philadelphia, PA 19103 | heskins@whiteandwilliams.com | Email; First Class Mail |
| Catherine Canfield | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Christine L Hare | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Christine L Hare | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Christopher Pselos | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Clutter Control, LLC | 149 W Whiting Ave | Fullerton, CA 92832 | | | | jane@1800clutter.com | Email; First Class Mail |
| Cole Ratias | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Concrete Images Inc | Attn: Hani Selim | 1301 Main St | Venice, CA 90291 | | | office@concreteimages.com | Email; First Class Mail |
| Coram Deo Solutions - Stephen Hinson | 19904 W 94th Ln | Arvada, CO 80007 | | | | sthinson@gmail.com | Email; First Class Mail |
| CoreCard Software, Inc | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | Attn: Hailey V McNair | Monarch Plaza | 3414 Peachtree Rd NE, Ste 1500 | Atlanta, GA 30326 | hmcnair@bakerdonelson.com | Email; First Class Mail |
| CoreCard Software, Inc | Attn: Matt White | 1 Meca Way | Norcross, GA 30093 | | | matt@corecard.com | Email; First Class Mail |
| Corporation Service Company | 251 Little Falls Dr | Wilmington, DE 19808 | | | | joanne.smith@cscglobal.com | Email; First Class Mail |
| Creative Property Preservation Inc | Attn: Angela J Thompson | 223 Hickory Hollow Dr S | Jacksonville, FL 32225 | | | creativepropertypreservation@gmail.com | Email; First Class Mail |
| Cross River Bank | Attn: Arlen Gelbard | 2115 Linwood Ave, 3rd Fl | Fort Lee, NJ 07024 | | | agelbard@crossriver.com | Email; First Class Mail |
| Cross River Bank | c/o Quinn Emmanuel Urquhart & Sullivan, LLP | Attn: Matthew R Scheck | 300 W 6th St, Ste 2010 | Austin, TX 78701 | | matthewscheck@quinnemanuel.com | Email; First Class Mail |
| D & N Sizzle LLC (Natasha Palmer) | 713 NW 16th Ave | Pompano Beach, FL 33069 | | | | jazzema34@gmail.com | Email; First Class Mail |
| David Bonderman | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| David McGowan | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | | bbazian@goodwinlaw.com | Email; First Class Mail |
| David McGowan | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| David Shefsky | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Debt Settlement Info Bank | 11152 Westheimer Rd, Ste 933 | Houston, TX 77042 | | | | | First Class Mail |
| Deepesh Jain | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Deepesh Jain | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| DeJuan Ford (Edward Ford Services) | 49962 Cherry Hill Rd | Canton, MI 48187 | | | | dejuanford1@gmail.com | Email; First Class Mail |
| Dentons US LLP | Attn: Tomasita L Sherer | 1221 Avenue of the Americas | New York, NY 10020 | | | tomasita.sherer@dentons.com | Email; First Class Mail |
| Department of Treasury - Internal Revenue Service | 1352 Marrows Rd, Ste 204 | Newark, DE 19711-5445 | | | | michael.a.james@irs.gov | Email; First Class Mail |
| Department of Treasury - Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101 | | | | | First Class Mail |
| Donald G Butler | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Donald G Butler | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Durable Goods Inc | Attn: Hani Selim | 1301 Main St | Venice, CA 90291 | | | office@durablegoods.tv | Email; First Class Mail |
| Elite Service Group | 40 W 27th St, Fl 6 | New York, NY 10001 | | | | finance@cleanbyelite.com | Email; First Class Mail |
| Emad Ali | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| EMH of Larsen, Inc. | Attn: Peter J Culp | 6991 State Rd 76 | Neenah, WI 54956 | | | peterc@culp.law | Email; First Class Mail |
| Falah Hesnawi | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Federal Reserve Bank of San Francisco | 1 Liberty Plz | New York, NY 10006 | | | | | First Class Mail |
| Federal Reserve Bank of San Francisco | Lisa M. Schweitzer, Esq., Kristin Corbett, Esq. | Richard C. Minott, Esq. | CLEARY GOTTLIEB STEEN & HAMILTON LLP | One Liberty Plaza | New York, NY 10006 | | First Class Mail |
| Federal Reserve Bank of San Francisco | Pauline K. Morgan Esq., Sean T. Greecher, Esq. | Ryan M. Bartley, Esq. | YOUNG CONAWAY STARGATT & TAYLOR, LLP | 1000 North King Street | Wilmington, DE 19801 | | First Class Mail |
| Federal Trade Commission | Attn: Marguerite Moeller | 600 Pennsylvania Ave NW | Washington, DC 20580 | | | | First Class Mail |
| Fernando Bastidas | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| First Citizens Bank & Trust Company | Attn: Lisa Rasmussen | 155 Commerce Way | Portsmouth, NH 03801 | | | lisa.rasmussen@cit.com | Email; First Class Mail |
| five9 Inc | 3001 Bishop Dr, Ste 350 | San Ramon, CA 94583 | | | | | First Class Mail |
| Fortis Advisors, LLC, as agent | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 Eighth Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Fortis Advisors, LLC, as agent | Attn: Geoffrey Baldwin | 12526 High Bluff Dr, Ste 280 | San Diego, CA 92130 | | | notices@fortisrep.com | Email; First Class Mail |
| Franchise Tax Board | Bankruptcy Section MS A340 | P.O. Box 2952 | Sacramento, CA 95812 | | | | First Class Mail |
| Gardy Jean | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| George Pullen DBA Three Strand Designs | 5318 115th St SE | Everett, WA 98208 | | | | gepullen51@gmail.com | Email; First Class Mail |
| GexCon US, Inc | 271 Route 46 W, Ste C201 | Fairfield, NJ 07004 | | | | mstewart@peristewart.com | Email; First Class Mail |
| GexCon US, Inc | Peri & Stewart, LLC | 271 Route 46 West | Suite C201 | New Jersey | Fairfield,  NJ | mstewart@peristewart.com | Email; First Class Mail |
| Gina Lupino | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |

**Exhibit A**
Service List

| Name | | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Goodwin Procter LLP | Attn: Francis Kelleher | 100 Northern Ave | Boston, MA 02210 | | | FKelleher@goodwinlaw.com | Email First Class Mail |
| Google LLC | c/o White and Williams LLP | Attn: James Vandermark | 1650 Market St, Ste 1800 | Philadelphia, PA 19103 | | vamdermarkj@whiteandwilliams.com | Email First Class Mail |
| Google LLC | c/o White and Williams LLP | Attn: James Vandermark | 7 Times Sq, Ste 2900 | New York, NY 10036 | | vandermarkj@whiteandwilliams.com | Email First Class Mail |
| Google LLC | Dept 33654 | P.O. Box 3900 | San Francisco, CA 94139 | | | | First Class Mail |
| Hatton Property Management Inc, d/b/a Hatton Landscape | 13115 Schneider St | Cedar Lake, IN 46303 | | | | hattonlandscape@gmail.com | Email First Class Mail |
| Hatton Property Management Inc, d/b/a Hatton Landscape | c/o Carr Skadberg LLC | Attn: Isaac Carr | 57 Michigan Ave, Ste 101 | Valparaiso, IN 46383 | | isaac@ccsklaw.com | Email First Class Mail |
| Helen Panos | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Hexis Consulting LLC | N112W16298 Mequon Rd, Unit 349 | Germantown, WI 53022 | | | | rflaherty@hexisconsulting.com | Email First Class Mail |
| IFR Investment Inc | Attn: Faisal Farooqui | 7341 S 76th St | Franklin, WI 53132 | | | Hitech11144@yahoo.com | Email First Class Mail |
| Infinite Consulting Empire, LLC | Attn: Holly Hughes | 5995 Lanier Heights Cir | Buford, GA 30518 | | | hhughes20@icloud.com | Email First Class Mail |
| Infinite Consulting Empire, LLC | 122 Washington St, Ste 7 | Jefferson, GA 30549 | | | | holly.infiniteconsulting@gmail.com | Email First Class Mail |
| Jack Langerman | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| James Douglas | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email First Class Mail |
| James Douglas | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Jason Bellows | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Jason Bellows | Address Redacted | | | | | | First Class Mail |
| Jason R Carr | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Jennifer Holden | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Jennifer Holden | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Jennifer Pullen DBA Paramount Enterprises LLC | 2125 107th St SE, Unit B | Everett, WA 98205 | | | | japullen@hotmail.com | Email First Class Mail |
| Jessica R DiFonso | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| John Harris Co. Inc | Attn: John Harris | 13561 Hughes Pl | Dallas, TX 75240 | | | jharris53@msn.com | Email First Class Mail |
| Jonathan R Ebinger | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email First Class Mail |
| Jonathan R Ebinger | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Jonna Gaston | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Joshua Lebovics | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Joud Janna LLC | 1521 W Edgerton Ave, Apt M | Milwaukee, WI 53221 | | | | ramyayach00@gmail.com | Email First Class Mail |
| Karmic Currency Inc | 1160 99th St, Apt 3 | Bay Harbor Islands, FL 33154 | | | | sandy@karmiccurrency.com | Email First Class Mail |
| Kathryn J Sloe | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Kathryn Petralia | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email First Class Mail |
| Kathryn Petralia | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Katia Demeire | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Keisha Woods | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Keith W Berglund | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Kiwi Construction | 3438 County Rd, 3701 | Billard, TX 75757 | | | | mattkrisrogers@earthlink.net | Email First Class Mail |
| Ladonna Wiggins | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| LaKecia Jackson | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Lance Thompson / 365 SUN LLC | 515 15th Ave W | Palmetto, FL 34221 | | | | ilya@global.t-bird.edu | Email First Class Mail |
| Latasha Phillips | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Laura Goldberg | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email First Class Mail |
| Laura Goldberg | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Laurie Hodrick | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email First Class Mail |
| Laurie Hodrick | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| LeanCog, Inc | 2950 Buskirk Ave, Ste 300 | Walnut Creek, CA 94597 | | | | paul@leancog.com | Email First Class Mail |
| Leslie Scott Askins | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email First Class Mail |
| Leslie Scott Askins | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Lexington National Insurance Company, Assignee | P.O. Box 6098 | Lutherville, MD 21094 | | | | mark@lnic.com | Email First Class Mail |
| Lexington National Insurance Company, Assignee | Attn: Max Casal, Esq | 100 Spectrum Center Dr, Ste 600 | Irvine, CA 92618 | | | mcasal@shulmanbastian.com | Email First Class Mail |
| M&B 2017 LLC | 11414 W Silver Spring Dr | Milwaukee, WI 53225 | | | | themajd7@hotmail.com | Email First Class Mail |
| Madel Carmen Hernandez dba TODO PARA TU PACHANG | Attn: Madel Carmen Hernandez | 247 N Bluegrove Rd | Lancaster, TX 75146 | | | carmenhdz27@yahoo.com | Email First Class Mail |
| Majed Malak | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Major, Lindsey & Africa, LLC | c/o Allegis Group, Inc | Attn: Evelyn Kwak | 7301 Parkway Dr | Hanover, MD 21076 | | ekwak@allegisgroup.com | Email First Class Mail |
| Major, Lindsey & Africa, LLC | c/o Shook, Hardy & Bacon LLP | Attn: Mark Moedritzer | 2555 Grand Blvd | Kansas City, MO 64108 | | mmoedritzer@shb.com | Email First Class Mail |
| Marco Antonio Bell | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Marshun Scullark | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Medo Trucking LLC | Attn: Majid Mohammed | 7855 W Conventry Dr | Franklin, WI 53132 | | | medotrucking@yahoo.com | Email First Class Mail |
| Michael Rischer | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Mid-Ohio Business Solutions LLC | 53 E Main St | Lexington, OH 44904 | | | | Debbie@OhioFinancial.Lawyer | Email First Class Mail |
| Mohammed Abdulhadi | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Mohammed AL Musawi | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Mohammed Hameed | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Moore Colson | 600 Galleria Pkwy SE, Ste 600 | Atlanta, GA 30339 | | | | | First Class Mail |
| MWA Transportation LLC | 890 W Cardinal Cir | Oak Creek, WI 53154 | | | | mwa_transportation@yahoo.com | Email First Class Mail |
| Nanci J Rands | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Neuro Connections Occupational Therapy LLC | 7 Scotford St | Spring Valley, NY 10977 | | | | estherschachner@gmail.com | Email First Class Mail |
| New Wave Fitness, Inc | Attn: James Allred | 9948 Via de la Amistad, Ste MBTS | San Diego, CA 92154 | | | brendab.nwf@gmail.com | Email First Class Mail |
| New Wave Fitness, Inc | Attn: James Allred | 4106 Crest Ridge Dr | Irving, TX 75061 | | | brendab.nwf@gmail.com | Email First Class Mail |
| North Carolina Department of Revenue | P.O. Box 1168 | Raleigh, NC 27527 | | | | | First Class Mail |
| North Carolina Department of Revenue | Attn: Tabetha L Priest | 501 N Wilmington St | Raleigh, NC 27604 | | | | First Class Mail |
| Omar Ismaeel | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Oneal Bhambani | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email First Class Mail |
| Oneal Bhambani | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Paul Christensen | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Paul Johannsen | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Paul Pietschner | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |
| Paul Pietschner | Address Redacted | | | | | Email Address Redacted | Email First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| Paul Pietschner | c/o Bracker & Marcus LLC | Attn: Julie Keeton Bracker, Esq | 3355 Lenox Rd, Ste 660 | Atlanta, GA 30326 | | julie@fcacounsel.com | Email; First Class Mail |
| Paul Pietschner | c/o Goldberg Kohn Ltd | Attn: William C Meyers Esq | 55 E Monroe St, Ste 3300 | Chicago, IL 60603 | | william.meyers@goldbergkohn.com | Email; First Class Mail |
| Paul Pietschner | c/o Goldberg Kohn Ltd | Attn: William C Meyers, Esq | 55 E Monroe St, Ste 3300 | Chicago, IL 60603 | | william.meyers@goldbergkohn.com | Email; First Class Mail |
| Paula Roach | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Peter Steger | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Peter Steger | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Pia Hoyt LLC | Attn: J Heaton | 170 S Main St, Ste 1100 | Salt Lake City, UT 84101 | | | jheaton@piahoyt.com | Email; First Class Mail |
| Premier Building Inspections LLC | Attn: Bryan Oelhafen | W251 N8924 Crestwood Dr | Sussex, WI 53089 | | | boelhafen@outlook.com | Email; First Class Mail |
| Prime Painting and Finishing LLC | 7 Scotford St | Spring Valley, NY 10977 | | | | yossi940@yahoo.com | Email; First Class Mail |
| Process Street, Inc | Attn: Vinay Patankar | 201 Spear St, Ste 1100 PMB 3144 | San Francisco, CA 94105 | | | ashley@process.st | Email; First Class Mail |
| Rabniovich Sokolov Law Group LLC | 1700 Market St, Ste 1005 | Philadelphia, PA 19103 | | | | jason@rslawgroup.com | Email; First Class Mail |
| Rajesh Oza | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Rebecca Mendel | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Rebecca Mendel | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Red Cells LLC | 17132 Yellow Pine St | Wimauma, FL 33598 | | | | sorjawad@gmail.com | Email; First Class Mail |
| Richard Adam Zimmerman | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Richard Calanni, Tinton Falls Limousine, LLC | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Richard Calanni, Tinton Falls Limousine, LLC | President | 1 Old Farm Rd | Tinton Falls, NJ 07724-3272 | | | tintonfallslimousine@verizon.net | Email; First Class Mail |
| Robert Frohwein | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Robert Frohwein | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Rodolfo J Guzman | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Royal Auto Wholsale | Attn: Akram Abraham | 5661 S 23rd St | Milwaukee, WI 53221 | | | akremabrahem@gmail.com | Email; First Class Mail |
| Salam AL Hassan | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Salesforce,Com, Inc | c/o Bialson, Bergen & Schwab | Attn: Lawrence Schwab / Gaye Heck | 830 Menlo Ave, Ste 201 | Menlo Park, CA 94025 | | GHECK@BBSLAW.COM | Email; First Class Mail |
| Shapol Ibrahim | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Shelley Langhorne Robinson | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Small Business Administration | Attn: Susan Streich | 409 3rd St SW, Ste 7211 | Washington, DC 20416 | | | | First Class Mail |
| Spencer Robinson | c/o Goodwin Procter LLP | Attn: Barry Z Bazian | 620 8th Ave | New York, NY 10018 | | bbazian@goodwinlaw.com | Email; First Class Mail |
| Spencer Robinson | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Stephan and Stephan, Inc | Attn: Jeff Stephan | 4800 E Mountain View Rd | Paradise Valley, AZ 85253 | | | jeffstephan@outlook.com | Email; First Class Mail |
| Stericycle Inc | dba Shredit | 2355 Waukegan Rd | Bannockburn, IL 60015 | | | | First Class Mail |
| Steve W Smith | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Steve W Smith | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Summer Stegall | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Tatiana Bastidas | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| TCWC Kabbage LLC | c/o TCW Group | Attn: George Winn | 865 S Figueroa St, Ste 1800 | Los Angeles, CA 90017 | | CorporateActions@tcw.com | Email; First Class Mail |
| Terri M Roberts | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| The Nakiyama Company | Attn: Chris LaFontaine | 1161 Hyacinth Ave E | Saint Paul, MN 55106 | | | lafontaine.chris@gmail.com | Email; First Class Mail |
| Thomas Landers | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Thweatt Management Consultants | Attn: Steven Thweatt | 15064 Rosemary St | Thornton, CO 80602 | | | steven.thweatt@colorado.edu | Email; First Class Mail |
| Tiffany Packard | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Transunion Risk & Alternative Data Solutions | 4530 Conference Way S | Boca Raton, FL 33431 | | | | | First Class Mail |
| Tri-City Builders, Inc | c/o Ringstad & Sanders LLP | Attn: Christopher Minier, Esq | 4910 Birch St, Ste 120 | Newport Beach, CA 92660 | | todd@ringstadlaw.com | Email; First Class Mail |
| Tri-City Builders, Inc. | 935 S Oak Meadows Way | Anaheim, CA 92808 | | | | wsowski@tri-citybuilders.com | Email; First Class Mail |
| U.S. Rockets | Attn: Jerry Irvine | P.O. Box 1242 | Claremont, CA 91711 | | | 01rocket@gte.net | Email; First Class Mail |
| US Department of Justice | Attn: Sarah Loucks, Esq | 175 N St NE, Rm 10.1806 | Washington, DC 20002 | | | | First Class Mail |
| Vibration Institute | 1801 N Mills St, Ste A | Naperville, IL 60563 | | | | accounting@vi-institute.org | Email; First Class Mail |
| Vision Scape, LLC | Attn: Kyzer Cauthen | P.O. Box 4857 | Rock Hill, SC 29732 | | | kcauthen@visionscapegroup.com | Email; First Class Mail |
| Vision Scape, LLC | Attn: Kyzer Bruce Cauthen | 5105 Harmony Church Rd | Edgemoor, SC 29712 | | | | First Class Mail |
| Walid Natasheh | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Wendy Trainor | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Wisam Abd Ali | Address Redacted | | | | | Email Address Redacted | Email; First Class Mail |
| Yazin LLC | Attn: Saifuldeen Al Samaaraai | 6631 W Charles Ct | Franklin, WI 53132 | | | soldfish_2000@yahoo.com | Email; First Class Mail |
| Zion United Methodist Church | Attn: Travis Schneider | P.O. Box 155 | Danube, MN 56230 | | | travis_schneider@hotmail.com | Email; First Class Mail |