IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
**In re** : Chapter 11
: 
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*, : Case No. 22-10951 (CTG)
: 
**Debtors.**[1] : (Jointly Administered)
: 
: Obj. Deadline: March 3, 2023 at 4:00 p.m. (ET)
: Hearing Date: March 20, 2023 at 10:00 a.m. (ET)
------------------------------------------------------------ x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on February 24, 2023, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Production of Documents from Financial Technology Partners LP and FTP Securities LLC* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **March 3, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Motion, if required, will be held before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **March 20, 2023 at 10:00 a.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

2

**(prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

RLF1 28640019v.1

Dated: February 24, 2023
      Wilmington, Delaware

                              */s/ Matthew P. Milana*
                              RICHARDS, LAYTON & FINGER, P.A.
                              Daniel J. DeFranceschi, Esq. (No. 2732)
                              Amanda R. Steele, Esq. (No. 5530)
                              Zachary I. Shapiro, Esq. (No. 5103)
                              Matthew P. Milana, Esq. (No. 6681)
                              One Rodney Square
                              920 North King Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 651-7700
                              E-mail: defranceschi@rlf.com
                                        steele@rlf.com
                                        shapiro@rlf.com
                                        milana@rlf.com

                              -and-

                              WEIL, GOTSHAL & MANGES LLP
                              Ray C. Schrock, Esq. (admitted *pro hac vice*)
                              Candace M. Arthur, Esq. (admitted *pro hac vice*)
                              Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
                              Chase A. Bentley, Esq. (admitted *pro hac vice*)
                              767 Fifth Avenue
                              New York, New York 10153
                              Telephone:   (212) 310-8000
                              E-mail:       ray.schrock@weil.com
                                               candace.arthur@weil.com
                                               natasha.hwangpo@weil.com
                                               chase.bentley@weil.com

                              *Attorneys for Debtors and Debtors in Possession*