**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re : Chapter 11
 : 
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
 : 
Debtors.[1] : (Jointly Administered)
 : 
 : RE: D.I. __
 : 
 : 
------------------------------------------------------------ x

**ORDER GRANTING MOTION OF DEBTORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR PRODUCTION OF DOCUMENTS FROM FINANCIAL TECHNOLOGY PARTNERS LP AND FTP SECURITIES LLC**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**"), pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, directing FT Partners to produce the requested documents identified on **Exhibit B** to the Motion (the "**Document Requests**"), as more fully described in the Motion; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given to the Notice Parties and that no other or further notice is necessary; and upon the record herein and upon all of the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. FT Partners is hereby directed to produce for inspection and copying all non-privileged, responsive documents, whether now in their possession, custody and control, or subsequently obtained, as described in the Document Requests, and such documents must be produced within seven days of the date hereof at the offices of the Debtors' attorneys: Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attention: Theodore E. Tsekerides, Esq. (theodore.tsekerides@weil.com)).

3. This Order is without prejudice to the Debtors' rights to seek additional discovery from FT Partners or other parties, including, without limitation, requests based on any information that may be revealed as a result of the document production and the examination of one or more witnesses.

4. Any Bankruptcy Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

6.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.