# **<u>EXHIBIT 5</u>**

<mark>Case 22-10951-CTG    Doc 577-5    Filed 02/24/23    Page 2 of 5</mark>

**From:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>
**Sent:** Sunday, January 29, 2023 5:04 AM
**To:** Tsekerides, Theodore
**Subject:** Re: KServicing

We actually got a slug of documents on Friday.  We will get those reviewed and over to you on a rolling basis.

**Craig A. Wolfe**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6204 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

Cell:  (213) 514-3423

craig.wolfe@morganlewis.com | www.morganlewis.com

**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Subject:** Re: KServicing

The team is still collecting documents. They are busy on deals, so they don't have an army to dedicate to the project but are taking it very seriously. We should start producing next week.

**Craig A. Wolfe**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6204 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

Cell:  (213) 514-3423

craig.wolfe@morganlewis.com | www.morganlewis.com

**From:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>
**Sent:** Tuesday, January 10, 2023 3:22 PM
**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Subject:** RE: KServicing

Yes, I just got off a long call with the client to provide them with guidance on the production of documents. The plan is to produce on a rolling basis, so you guys start getting some materials. A litigation hold has also been implemented. I should have an update by Friday. Keep you posted and do not hesitate to contact me.

**Craig A. Wolfe**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6204 | Main:+1.212.309.6000 | Fax: +1.212.309.6001
Cell: (213) 514-3423
craig.wolfe@morganlewis.com | www.morganlewis.com
Assistant: Lisa Edwards | +1.212.309.6393 | lisa.edwards@morganlewis.com

**From:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Sent:** Tuesday, January 10, 2023 11:50 AM
**To:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>
**Subject:** KServicing

[EXTERNAL EMAIL]
Craig, any update on the response to our letter? Thanks very much

Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP
212-310-8218 Office
516-398-0510 Mobile

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly

prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.