# **EXHIBIT 6**

| | |
|---|---|
| **From:** | Tsekerides, Theodore |
| **Sent:** | Friday, February 3, 2023 11:59 AM |
| **To:** | Wolfe, Craig A. |
| **Cc:** | Bonk, Cameron; Shapiro@rlf.com; Ollestad, Jordan A. |
| **Subject:** | Re: KServicing |

Craig, I may have missed it but I don't believe we received the production that you indicated was going out yesterday. Please advise.

Thanks.

Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP
212-310-8218 Office
516-398-0510 Mobile

> On Feb 2, 2023, at 10:44 AM, theodore.tsekerides@weil.com wrote:
>
> Craig, we know that Goodwin was the deal counsel but they don't represent the company any longer. While we are separately seeking materials from them, whether other parties have documents does not preclude the Debtors from obtaining information from specific parties to ensure it has what it needs. I don't doubt that your client is not eager to produce documents but I'm sure it has responded to third party discovery before. Our requests are not unreasonable and relate to a specific transaction. I would also expect your client has files specific to this engagement that they could locate, and should have located by now, with not much difficulty. There is a growing frustration at the Debtors that your client is blowing this off, especially given that no documents have been received notwithstanding that our letter was sent on 12/15. My client has been patient with this but I am getting pressure to bring this before the court if no meaningful progress is made quickly. We look forward to your production that we expect to receive today but also must reserve all of the Debtors' rights.
>
> Thanks very much.
>
> Theodore E. Tsekerides
> Partner
> Weil, Gotshal & Manges LLP
> 212-310-8218 Office
> 516-398-0510 Mobile
>
>> On Feb 1, 2023, at 12:03 PM, Wolfe, Craig A. <craig.wolfe@morganlewis.com> wrote:
>>
>> Another quick update. I just got off a call with the FT Partners team on the document production. One issue that came up is that the business team said that the Company's deal counsel was Goodwin, which has virtually all the documents that are

1

responsive to your request.  Having not been otherwise involved with the Kabbage bankruptcy case or the underlying deal, I went to the Kabbage docket and searched the term "Goodwin" to see if they were hired as 327(e) or (a) counsel in the chapter 11.  I didn't see anything.  Perhaps ordinary course?  I suspect you are already fully aware of the involvement Goodwin and scope of available information, but I told the team I would raise it.  Their issues is that gathering and reviewing again all of this information is an expensive process and is distracting key personnel from critical transactions.  So again, I said I would raise it.  Tomorrow's production is being prepped now and each document will be bates stamped and will bear the following badge:  "CONFIDENTIAL – SUBJECT TO NDA."

**Craig A. Wolfe**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6204 | Main:+1.212.309.6000 | Fax: +1.212.309.6001

Cell: (213) 514-3423

craig.wolfe@morganlewis.com| www.morganlewis.com

[EXTERNAL EMAIL]

Craig, this is moving too slowly.  We need to start getting documents early this coming week to avoid us filing a 2004 motion.

Thanks

<image001.jpg>

**Theodore E. Tsekerides**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
theodore.tsekerides@weil.com
+1 212 310 8218 Direct
+1 516 398 0510 Mobile
+1 212 310 8007 Fax

---

**From:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>
**Sent:** Friday, January 13, 2023 5:09 PM
**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Subject:** Re: KServicing

The team is still collecting documents.  They are busy on deals, so they don't have an army to dedicate to the project but are taking it very seriously.  We should start producing next week.

**Craig A. Wolfe**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6204 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

Cell:  (213) 514-3423

craig.wolfe@morganlewis.com | www.morganlewis.com

**To:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>
**Subject:** RE: KServicing

[EXTERNAL EMAIL]
Craig, where do we stand? I'd like to avoid filing a motion but we need to get this going. We have a lot of stakeholders and they are pressing us.

Thanks very much.


<image001.jpg>

**Theodore E. Tsekerides**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
theodore.tsekerides@weil.com
+1 212 310 8218 Direct
+1 516 398 0510 Mobile
+1 212 310 8007 Fax


**From:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>
**Sent:** Tuesday, January 10, 2023 3:22 PM
**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Subject:** RE: KServicing

Yes, I just got off a long call with the client to provide them with guidance on the production of documents. The plan is to produce on a rolling basis, so you guys start getting some materials. A litigation hold has also been implemented. I should have an update by Friday. Keep you posted and do not hesitate to contact me.

**Craig A. Wolfe**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6204 | Main:+1.212.309.6000 | Fax: +1.212.309.6001
Cell: (213) 514-3423
craig.wolfe@morganlewis.com| www.morganlewis.com
Assistant: Lisa Edwards | +1.212.309.6393 | lisa.edwards@morganlewis.com


**From:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Sent:** Tuesday, January 10, 2023 11:50 AM
**To:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>
**Subject:** KServicing

[EXTERNAL EMAIL]
Craig, any update on the response to our letter? Thanks very much

Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP

4

212-310-8218 Office
516-398-0510 Mobile

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, [postmaster@weil.com](mailto:postmaster@weil.com), and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, [postmaster@weil.com](mailto:postmaster@weil.com), and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, [postmaster@weil.com](mailto:postmaster@weil.com), and destroy the original message. Thank you.