# **EXHIBIT 7**

| From: | Wolfe, Craig A. <craig.wolfe@morganlewis.com> |
|---|---|
| **Sent:** | Tuesday, February 7, 2023 12:29 PM |
| **To:** | Tsekerides, Theodore; Milner, Scott A. |
| **Cc:** | Craig, Jason Christopher; Ollestad, Jordan A. |
| **Subject:** | Re: Kabbage: FT Partners Production |

I will reach connect with the client and get back to you ASAP.

**Craig A. Wolfe**

**Morgan, Lewis & Bockius LLP**

101 Park Avenue | New York, NY 10178-0060

Direct: +1.212.309.6204 | Main: +1.212.309.6000 | Fax: +1.212.309.6001

Cell:  (213) 514-3423

craig.wolfe@morganlewis.com | www.morganlewis.com

Assistant: Lisa Edwards | +1.212.309.6393 | lisa.edwards@morganlewis.com



**From:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Sent:** Tuesday, February 7, 2023 9:01:11 AM
**To:** Milner, Scott A. <scott.milner@morganlewis.com>
**Cc:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>; Craig, Jason Christopher <jason.craig@morganlewis.com>;
Ollestad, Jordan A. <Jordan.Ollestad@weil.com>
**Subject:** Re: Kabbage: FT Partners Production

[EXTERNAL EMAIL]
Thanks.  We were able to download the documents.

Relatedly, we understand there was a data room set up for the transaction.  Can you confer with your client
about prioritizing production of the documents that were in that data room?  The Debtors are most interested in
obtaining those as soon as possible.

Thanks very much.

Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP
212-310-8218 Office
516-398-0510 Mobile


        On Feb 6, 2023, at 1:06 PM, Milner, Scott A. <scott.milner@morganlewis.com> wrote:



1

Got it. I will ask Jason to forward to Jordan.


**Scott A. Milner**

**Morgan, Lewis & Bockius LLP**

1701 Market Street | Philadelphia, PA19103-2921

Direct: +1.215.963.5016 | Main:+1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.610.283.4700

scott.milner@morganlewis.com| www.morganlewis.com

eData Case Manager: Tonya Peterkin | +1.215.963.5836 | tonya.peterkin@morganlewis.com

---

**From:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Sent:** Monday, February 6, 2023 1:04:59 PM
**To:** Milner, Scott A. <scott.milner@morganlewis.com>
**Cc:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>; Craig, Jason Christopher <jason.craig@morganlewis.com>; Ollestad, Jordan A. <Jordan.Ollestad@weil.com>
**Subject:** Re: Kabbage: FT Partners Production

[EXTERNAL EMAIL]
It was with activating account.  We can keep trying but i think if you sent to Jordan instead of me, she can handle trying to get in separately.

Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP
212-310-8218 Office
516-398-0510 Mobile


> On Feb 6, 2023, at 1:01 PM, Milner, Scott A. <scott.milner@morganlewis.com> wrote:
>
>
> Good afternoon. Can you kindly share your issue so we can assess the best way to transfer? Hoping Jason can troubleshoot with you.
>
> Thanks.
>
>
> **Scott A. Milner**
>
> **Morgan, Lewis & Bockius LLP**
>
> 1701 Market Street | Philadelphia, PA19103-2921
>
> Direct: +1.215.963.5016 | Main:+1.215.963.5000 | Fax: +1.215.963.5001 | Mobile: +1.610.283.4700

scott.milner@morganlewis.com| www.morganlewis.com

eData Case Manager: Tonya Peterkin | +1.215.963.5836 | tonya.peterkin@morganlewis.com

---

**From:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Sent:** Monday, February 6, 2023 12:57 PM
**To:** Milner, Scott A. <scott.milner@morganlewis.com>
**Cc:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>; Craig, Jason Christopher <jason.craig@morganlewis.com>; Ollestad, Jordan A. <Jordan.Ollestad@weil.com>
**Subject:** RE: Kabbage: FT Partners Production

[EXTERNAL EMAIL]
Scott, we've been having trouble downloading the materials.  Can you resend the link and send to Jordan Ollestad as well, who is on this email.

Thanks.


<image001.jpg>


**Theodore E. Tsekerides**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
theodore.tsekerides@weil.com
+1 212 310 8218 Direct
+1 516 398 0510 Mobile
+1 212 310 8007 Fax

---

**From:** Milner, Scott A. <scott.milner@morganlewis.com>
**Sent:** Friday, February 3, 2023 4:26 PM
**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Cc:** Wolfe, Craig A. <craig.wolfe@morganlewis.com>; Craig, Jason Christopher <jason.craig@morganlewis.com>
**Subject:** Kabbage: FT Partners Production

Mr. Tsekerides –

Good afternoon.  On behalf of FT Partners, my colleague (Jason Craig) will be sending you a production of documents via SFTP.  Additional information regarding the production is as follows:

- Bates Range: FT_Partners_00000001 - FT_Partners_00000915
- Encrypted password: H5^a*Yf

Please let us know if you have any questions.  Thanks.

**Scott A. Milner**

**Morgan, Lewis & Bockius LLP**

1701 Market Street | Philadelphia, PA 19103-2921

Direct: +1.215.963.5016 | Main: +1.215.963.5000 | Fax: +1.215.963.5001

scott.milner@morganlewis.com | www.morganlewis.com

Case Manager: Tonya Peterkin | +1.215.963.5836 | tonya.peterkin@morganlewis.com

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.