IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
KABBAGE, INC. d/b/a KSERVICING, et al.,                      :    Case No. 22-10951 (CTG)
                                                             :
         Debtors.¹                                           :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x
```

**CERTIFICATION OF COUNSEL REGARDING
SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 cases.

WHEREFORE, the above-captioned debtors and debtors in possession request that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Dated: February 24, 2023
      Wilmington, Delaware

              */s/ Matthew P. Milana*
              RICHARDS, LAYTON & FINGER, P.A.
              Daniel J. DeFranceschi, Esq. (No. 2732)
              Amanda R. Steele, Esq. (No. 5530)
              Zachary I. Shapiro, Esq. (No. 5103)
              Matthew P. Milana, Esq. (No. 6681)
              One Rodney Square
              920 North King Street
              Wilmington, Delaware 19801
              Telephone: (302) 651-7700
              E-mail: defranceschi@rlf.com
                      steele@rlf.com
                      shapiro@rlf.com
                      milana@rlf.com

              -and-

              WEIL, GOTSHAL & MANGES LLP
              Ray C. Schrock, Esq. (admitted *pro hac vice*)
              Candace M. Arthur, Esq. (admitted *pro hac vice*)
              Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
              Chase A. Bentley, Esq. (admitted *pro hac vice*)
              767 Fifth Avenue
              New York, New York 10153
              Telephone:    (212) 310-8000
              E-mail:        ray.schrock@weil.com
                            candace.arthur@weil.com
                            natasha.hwangpo@weil.com
                            chase.bentley@weil.com

              *Attorneys for Debtors*
              *and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                                        :

**In re**                                                   :          Chapter 11

**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,  :          Case No. 22-10951 (CTG)

              **Debtors.**                            :          **(Jointly Administered)**

---------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| April 13, 2023 at 10:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 3rd Floor, Courtroom 7<br>Wilmington, Delaware 19801 |