# SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 7

**CASE NUMBER:** 22-10951    **CASE NAME:** Kabbage, Inc.    **DATE:** 2/27/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| CHASE BENTLEY | WEIL, GOTSHAL, MANGES LLP | DEBTORS |
| RICHARD SLACK | " | " |
| NATASHA HWANGPO | " | " |
| ZACHARY SHAPIRO | RICHARDS, LAYTON, FINGER | " |

**Kabbage, Inc. Case No. 22-10951**
**Feb. 27, 2023 @ 10:00 AM**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | court | |
| Kyle | Mason | Debtors | |
| Derek | Abbott | American Express | Morris, Nichols, Arsht & Tunnell |
| Jonathan | Weyand | American Express | Morris, Nichols, Arsht & Tunnell |
| Dolan | Bortner | American Express | Sullivan & Cromwell LLP |
| James | Bromley | American Express | Sullivan & Cromwell LLP |
| Ray | Schrock | Kabbage, Inc. | Weil Gotshal & Manges LLP |
| Daniel | DeFranceschi | Kabbage, Inc. | RLF |
| Christine | Nell | SBA | |
| Richard | Schepacarter | Andrew R. Vara, U.S. Trustee | USDOJ-OUST |
| Matthew | Petrie | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| David | Kurzweil | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Cathy | Ta | Reorg | |
| Scott | Flaherty | Debtwire (Press) | |
| Matthew | Milana | Debtors | Richards, Layton & Finger, P.A. |