# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 2/27/2023
Case: 22−10951−CTG     Form ID: pdfgen     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
17821900     The Juneau Group, LLC     Attn: Jacob Juneau     2386A Rice Blvd, Unit 232     Houston, TX 77005

TOTAL: 1