IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
**In re** : **Chapter 11**
: 
**KABBAGE, INC. d/b/a KSERVICING**, *et al.*, : Case No. 22-10951 (CTG)
: 
Debtors.[1] : (Jointly Administered)
: 
: Re: Docket Nos. 340, 356 & 401
: 
: Hearing Date: March 20, 2023 at 10:00 a.m. (ET)
------------------------------------------------------------- x

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, on December 7, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [Docket No. 340] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE THAT, as set forth in the *Notice of Motion and Hearing* attached to the Motion, the deadline to file objections or responses to the relief requested in the Motion, if any, was **December 21, 2022 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE THAT, on December 21, 2022, Customers Bank filed the *Opposition of Customers Bank to Debtors' Motion for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

2

[Docket No. 356]. No other objections or responses were filed or received with respect to the Motion.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the *Notice of Adjourned Hearing to Consider Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [Docket No. 401], the hearing with respect to the Motion (the "**Hearing**") was adjourned to a date and time to be determined.

PLEASE TAKE FURTHER NOTICE THAT the Hearing will be held before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **March 20, 2023 at 10:00 a.m. (prevailing Eastern Time)**.

Dated: February 27, 2023
      Wilmington, Delaware

        */s/ Matthew P. Milana*
        RICHARDS, LAYTON & FINGER, P.A.
        Daniel J. DeFranceschi, Esq. (No. 2732)
        Amanda R. Steele, Esq. (No. 5530)
        Zachary I. Shapiro, Esq. (No. 5103)
        Matthew P. Milana, Esq. (No. 6681)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        E-mail: defranceschi@rlf.com
              steele@rlf.com
              shapiro@rlf.com
              milana@rlf.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ray C. Schrock, Esq. (admitted *pro hac vice*)
        Candace M. Arthur, Esq. (admitted *pro hac vice*)
        Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
        Chase A. Bentley, Esq. (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone:    (212) 310-8000
        E-mail:      ray.schrock@weil.com
                        candace.arthur@weil.com
                        natasha.hwangpo@weil.com
                        chase.bentley@weil.com

        *Attorneys for Debtors and Debtors in Possession*