## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2023, I electronically filed the foregoing *United States' Reservation of Rights and Limited Objection to Debtors' Amended Joint Chapter 11 Plan of Liquidation* with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                */s/Alastair M. Gesmundo*
                                                ALASTAIR M. GESMUNDO
                                                Commercial Litigation Branch
                                                Civil Division
                                                United States Department of Justice