# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Regarding Docket No. 594** |

## DECLARATION OF SERVICE

I, Heidi M. Coleman, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am an employee of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3. On February 28, 2023, I caused one copy of the *Joinder of Customers Bank in Limited Objection and Reservation of Rights of Cross River Bank to Confirmation of Debtors' Chapter 11 Plan* [D.I. 594] to be served via Electronic Mail on the parties listed on the attached Service List.

Date: February 28, 2023      By: */s/ Heidi M. Coleman*
   Wilmington, Delaware         Heidi M. Coleman, AACP, DCP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# SERVICE LIST

Ray C. Schrock
Candace M. Arthur
Natasha Hwangpo
Chase Bentley
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

Holly Loiseau, General Counsel
Kabbage, Inc. d/b/a KServicing
925B Peachtree Street NE, Suite 383
Atlanta, GA 30309
hloiseau@kservicecorp.com

Daniel J DeFranceschi
Amanda R. Steele
Zachary I. Shapiro
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com

Richard L Schepacarter
Rosa SierraFox
Office of the United States Trustee
844 King St, Ste 2207, Lockbox 35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov
rosa.sierra-fox@usdoj.gov