**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 345, 547** |

## ORDER DENYING MOTION TO ALLOW ADMINISTRATIVE CLAIM

The Juneau Group, LLC (the "Movant") has moved for the allowance of an administrative expense claim under 11 U.S.C. § 503(b)(9). [D.I. 345]. The debtors objected to the motion. [D.I. 547].[1] At the request of the Movant [D.I. 421], the motion was set for hearing on February 27, 2023 at 10:00 a.m.

Movant did not appear at the hearing. The debtors moved the admission into evidence of the declaration of Thora Thoroddsen [D.I. 547-1], a Director at AlixPartners, LLP, which is serving as financial advisor to the debtors. The declaration was admitted into evidence without objection.

Debtors point out that the Movant is a limited liability company that has filed its motion without counsel, and has instead appeared via its principal, Jacob Juneau. Debtors are correct that a corporate entity may not appear *pro se*, but only through licensed counsel.[2] On the other hand, an unincorporated sole proprietorship without

---

[1] The debtors in these cases are Kabbage, Inc. d/b/a KServicing; Kabbage Canada Holdings, LLC; Kabbage Asset Securitization LLC; Kabbage Asset Funding 2017-A LLC; Kabbage Asset Funding 2019-A LLC; and Kabbage Diameter, LLC. They are referred to collectively as the "debtors."

[2] *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-202 (1993).

a "separate existence" from the individual proprietor may appear through the proprietor, *pro se*.[3]  In view of the Court's disposition on the merits, however, the Court need not address this issue here.

Section 503(b)(9) provides for an administrative claim for the "value of any goods received by the debtor within 20 days before the date of the commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."  The motion recites that the goods it provided were "time."  [D.I. 345 ¶ 4].  Under applicable law, "time" is not a "good" that may give rise to an administrative claim under § 503(b)(9).[4]

In addition, the only evidence introduced at the hearing, the declaration of Thora Thoroddsen, indicates that the Juneau Group has not provided any goods or services to the debtors.  [D.I. 547-1].  The Juneau Group, which bears the burden of proof to establish its administrative claim, did not appear at the hearing and provided no evidence in support of its claim.[5]  It did not meet its burden at the hearing.  And perhaps more fundamentally, the motion on its face makes clear that it is not entitled to an administrative claim.[6]

---

[3] *Shulman v. Facebook.com*, 788 F. App'x 882, 885 (3d Cir. 2019).

[4] *See, e.g., See In re NE Opco, Inc.*, 501 B.R. 233, 240-41 (Bankr. D. Del. 2013) (while natural gas is a "good," electricity is a service that is not subject to a § 503(b)(9) claim); *In re Goody's Family Clothing, Inc.*, 401 B.R. 131, 133 (Bankr. D. Del. 2009) (adopting Uniform Commercial Code definition of the term "goods").

[5] *See Unidigital, Inc.* 262 B.R. 283, 288 (Bankr. D. Del. 2001) ("Claimants who seek payment ahead of other unsecured claims bear the burden of establishing that their claim qualifies for priority status.")

[6] Under Fed. R. Bankr. P. 9014, the Court may accordingly deem Fed. R. Bankr. P. 7012 applicable to this contested matter and deny the motion on the ground that the motion itself

The Motion to allow an administrative claim is accordingly DENIED.

Dated: February 27, 2023

                                            CRAIG T. GOLDBLATT
                                            UNITED STATES BANKRUPTCY JUDGE

---

fails to state a claim for the allowance of an administrative claim under the standard set forth in Fed. R. Civ. P. 12(b)(6).

United States Bankruptcy Court
District of Delaware

In re:  
Kabbage, Inc.  
    Debtor

Case No. 22-10951-CTG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 27, 2023      Form ID: pdfgen      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 17821900 | The Juneau Group, LLC, Attn: Jacob Juneau, 2386A Rice Blvd, Unit 232, Houston, TX 77005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alastair Gesmundo | on behalf of Interested Party United States of America Alastair.M.Gesmundo@usdoj.gov |
| Amanda R. Steele | on behalf of Debtor Kabbage Asset Funding 2017-A LLC steele@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Amanda R. Steele | on behalf of Debtor Kabbage Canada Holdings LLC steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Amanda R. Steele | on behalf of Debtor Kabbage Diameter LLC steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Amanda R. Steele | on behalf of Debtor Kabbage Asset Funding 2019-A LLC steele@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Amanda R. Steele | on behalf of Attorney Richards Layton & Finger, P.A. steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Amanda R. Steele | on behalf of Debtor Kabbage Asset Securitization LLC steele@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 27, 2023 | Form ID: pdfgen | Total Noticed: 1 |

Amanda R. Steele
    on behalf of Debtor Kabbage Inc. steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Anthony W. Clark
    on behalf of Interested Party Board of Directors of Kabbage Inc. Anthony.Clark@gtlaw.com, zerber@gtlaw.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Asset Securitization LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Canada Holdings LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Asset Funding 2017-A LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Inc. defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Diameter LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Kabbage Asset Funding 2019-A LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

David Bruce Kurzweil
    on behalf of Interested Party Board of Directors of Kabbage Inc. kurzweild@gtlaw.com, brattons@gtlaw.com;thompsonmich@gtlaw.com;wagnerje@gtlaw.com

Dennis A. Meloro
    on behalf of Interested Party Board of Directors of Kabbage Inc. melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com

Derek C. Abbott
    on behalf of Interested Party AMERICAN EXPRESS dabbott@morrisnichols.com derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Erika Morabito
    on behalf of Creditor Cross River Bank emorabito@foley.com

Gregory W. Werkheiser
    on behalf of Creditor Cross River Bank gwerkheiser@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Huiqi Liu
    on behalf of Debtor Kabbage Inc. liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com

Isaac Nesser
    on behalf of Creditor Cross River Bank isaacnesser@quinnemanuel.com

John J. Monaghan
    on behalf of Creditor Customers Bank bos-bankruptcy@hklaw.com

Jonathan Michael Weyand
    on behalf of Interested Party AMERICAN EXPRESS jweyand@morrisnichols.com rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Kate R. Buck
    on behalf of Creditor CoreCard Software Inc. kbuck@mccarter.com

Kathleen G. Furr
    on behalf of Creditor CoreCard Software Inc. kfurr@bakerdonelson.com, smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com

Lisa M. Schweitzer
    on behalf of Interested Party Federal Reserve Bank of San Francisco lschweitzer@cgsh.com maofiling@cgsh.com

Matthew A Petrie
    on behalf of Interested Party Board of Directors of Kabbage Inc. petriem@gtlaw.com

Matthew P. Milana
    on behalf of Debtor Kabbage Inc. milana@rlf.com

Pauline K. Morgan
    on behalf of Interested Party Federal Reserve Bank of San Francisco pmorgan@ycst.com

Reliable Companies
    gmatthews@reliable-co.com

Richard L. Schepacarter

| | |
|---|---|
| | on behalf of U.S. Trustee U.S. Trustee richard.schepacarter@usdoj.gov |
| Robert J. Dehney | on behalf of Interested Party Paul Pietschner rdehney@mnat.com robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Rochelle Gumapac | on behalf of Creditor Lead Plaintiffs and Putative Class Members gumapacr@whiteandwilliams.com |
| Rosa Sierra-Fox | on behalf of U.S. Trustee U.S. Trustee rosa.sierra@usdoj.gov rosa.sierra-fox@usdoj.gov |
| Ryan M. Bartley | on behalf of Interested Party Federal Reserve Bank of San Francisco bankfilings@ycst.com |
| Scott D Jones | on behalf of Creditor Insperity Inc. scott.jones@cousins-law.com, kmccloskey@bayardlaw.com |
| Scott D. Cousins | on behalf of Creditor Insperity Inc. scott.cousins@cousins-law.com |
| Sean T. Greecher | on behalf of Interested Party Federal Reserve Bank of San Francisco sgreecher@ycst.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | on behalf of Creditor Customers Bank Bankruptcy001@sha-llc.com |
| Zachary I Shapiro | on behalf of Debtor Kabbage Inc. shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Zachary I Shapiro | on behalf of Debtor Kabbage Canada Holdings LLC shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Zachary I Shapiro | on behalf of Debtor Kabbage Asset Funding 2017-A LLC shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Zachary I Shapiro | on behalf of Debtor Kabbage Asset Securitization LLC shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Zachary I Shapiro | on behalf of Debtor Kabbage Asset Funding 2019-A LLC shapiro@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Zachary I Shapiro | on behalf of Debtor Kabbage Diameter LLC shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |

TOTAL: 47