**Exhibit B**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 12/15/22 | McMillan, Jillian A. | H060 | 41262462 | 264.00 |
| | COMPUTERIZED RESEARCH | | | |
| | PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 125845; DATE: 12/12/2022 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT NOVEMBER 2022. | | | |
| 01/18/23 | McMillan, Jillian A. | H060 | 41304566 | 99.00 |
| | COMPUTERIZED RESEARCH | | | |
| | PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 126159; DATE: 1/18/2023 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT DECEMBER 2022. | | | |
| 01/23/23 | Parker-Thompson, Destiney | H060 | 41308358 | 217.80 |
| | COMPUTERIZED RESEARCH | | | |
| | PAYEE: PACER SERVICE CENTER (14135-03); INVOICE#: 7247773-Q42022; DATE: 01/04/2023 - DATABASE USAGE - PACER SERVICES - 10/01/2022 - 12/31/2022 - NEW YORK OFFICE | | | |

| | | | | |
|---|---|---|---|---|
| **SUBTOTAL DISB TYPE H060:** | | | | **$580.80** |

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 01/09/23 | Ollestad, Jordan Alexandra | H071 | 41293669 | 25.97 |
| | AIR COURIER/EXPRESS MAIL | | | |
| | PAYEE: FEDERAL EXPRESS (10793-03); INVOICE#: 799415728; DATE: 12/30/2022 - FEDEX INVOICE: 799415728 INVOICE DATE:221230TRACKING #: 392612327254 SHIPMENT DATE: 20221222 SENDER: JORDAN OLLESTAD WEIL GOTSHAL & MANGES, 767 FIFTH AVENUE, NEW YORK CITY, NY 10153 SHIP TO: CAMERON MAE BONK, 76 N 4TH ST APT 411, BROOKLYN, NY 11249 | | | |

KServicing, Inc. - Chapter 11
55894.0004
2023001854

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/09/23 | Ollestad, Jordan Alexandra | H071 | 41293740 | 25.97 |
| | AIR COURIER/EXPRESS MAIL | | | |
| | PAYEE: FEDERAL EXPRESS (10793-03); INVOICE#: 799415728; DATE: 12/30/2022 - FEDEX INVOICE: 799415728 INVOICE DATE:221230TRACKING #: 392612497632 SHIPMENT DATE: 20221222 SENDER: JORDAN OLLESTAD WEIL GOTSHAL & MANGES, 767 FIFTH AVENUE, NEW YORK CITY, NY 10153 SHIP TO: ALEDANDROS DIPLAS, JERSEY CITY, NJ 07302 | | | |

| | | | | |
|---|---|---|---|---|
| **SUBTOTAL DISB TYPE H071:** | | | | **$51.94** |

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/04/23 | Ollestad, Jordan Alexandra | H073 | 41311154 | 51.04 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1726952; DATE: 1/11/2023 - TAXI CHARGES FOR 2023-01-11 INVOICE #17269523010433079 JORDAN A OLLESTAD F412 RIDE DATE: 2023-01-04 FROM: 767 5 AVE, MANHATTAN, NY TO: , MANHATTAN, NY RIDE TIME: 20:28 | | | |
| 01/09/23 | Ollestad, Jordan Alexandra | H073 | 41293852 | 7.88 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: DELUXE DELIVERY SYSTEMS, INC. (29245-01); INVOICE#: 303337; DATE: 12/25/2022 - COURIER SERVICE DELUXE DELIVERY SYSTEMS ORDER #303337 12/23/2022 08:30 AM FROM : 767 5TH AVENUE NEW YORK NY TO : 301 EAST 66TH ST. NEW YORK NY | | | |

| | | | | |
|---|---|---|---|---|
| **SUBTOTAL DISB TYPE H073:** | | | | **$58.92** |

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/09/23 | Kleiner, Adena | H080 | 41309246 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-103; DATE: 1/15/2023 - SEAMLESS MEALS BY ADENA KLEINER ON 2023-01-09 | | | |
| 01/10/23 | Castillo, Lauren | H080 | 41309277 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-103; DATE: 1/15/2023 - SEAMLESS MEALS BY LAUREN CASTILLO ON 2023-01-09 | | | |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 01/10/23 | Kleiner, Adena<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-103; DATE: 1/15/2023 - SEAMLESS MEALS BY ADENA KLEINER ON 2023-01-10 | H080 | 41309193 | 20.00 |
| 01/12/23 | Ruocco, Elizabeth A.<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-103; DATE: 1/15/2023 - SEAMLESS MEALS BY ELIZABETH RUOCCO ON 2023-01-12 | H080 | 41309299 | 20.00 |
| 01/13/23 | Castillo, Lauren<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-103; DATE: 1/15/2023 - SEAMLESS MEALS BY LAUREN CASTILLO ON 2023-01-12 | H080 | 41309253 | 20.00 |
| 01/18/23 | Shah, Bastian<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-104; DATE: 1/22/2023 - SEAMLESS MEALS BY BASTIAN SHAH ON 2023-01-17 | H080 | 41324032 | 20.00 |
| 01/20/23 | Shah, Bastian<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-104; DATE: 1/22/2023 - SEAMLESS MEALS BY BASTIAN SHAH ON 2023-01-19 | H080 | 41323996 | 20.00 |
| 01/26/23 | Ollestad, Jordan Alexandra<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-105; DATE: 1/29/2023 - SEAMLESS MEALS EXPENSE BY JORDAN OLLESTAD ON 2023-01-25 | H080 | 41331834 | 20.00 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 01/31/23 | Kleiner, Adena | H080 | 41353596 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-106; DATE: 2/5/2023 - SEAMLESS MEALS EXPENSE BY ADENA KLEINER ON 2023-01-30 | | | |

| | | | | |
|------|------|------|------|------|
| **SUBTOTAL DISB TYPE H080:** | | | | **$180.00** |

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 01/16/23 | Ollestad, Jordan Alexandra | H084 | 41301780 | 12.98 |
| | TRAVEL | | | |
| | INVOICE#: CREX5648064501161304; DATE: 1/16/2023 - WILMINGTON, DE- BREAKFAST, JAN 06, 2023 | | | |
| 01/24/23 | Hwangpo, Natasha | H084 | 41310082 | 12.33 |
| | TRAVEL | | | |
| | INVOICE#: CREX5669350501241307; DATE: 1/24/2023 - BREAKFAST , JAN 18, 2023 | | | |
| 01/30/23 | Slack, Richard W. | H084 | 41316096 | 66.80 |
| | TRAVEL | | | |
| | INVOICE#: CREX5645319601301306; DATE: 1/30/2023 - LUNCH, JAN 06, 2023 - LUNCH WITH CLIENT. (3 PEOPLE) | | | |
| 01/30/23 | Ruocco, Elizabeth A. | H084 | 41316125 | 25.00 |
| | TRAVEL | | | |
| | INVOICE#: CREX5677884701301306; DATE: 1/30/2023 - BREAKFAST - JAN 19, 2023O | | | |
| 01/30/23 | Ruocco, Elizabeth A. | H084 | 41316128 | 15.64 |
| | TRAVEL | | | |
| | INVOICE#: CREX5677884701301306; DATE: 1/30/2023 - BREAKFAST - JAN 18, 2023 | | | |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/30/23 | Ruocco, Elizabeth A.<br>TRAVEL<br>INVOICE#: CREX5677884701301306; DATE: 1/30/2023 - LUNCH - JAN 18, 2023 | H084 | 41316127 | 13.80 |
| 01/30/23 | Ruocco, Elizabeth A.<br>TRAVEL<br>INVOICE#: CREX5677884701301306; DATE: 1/30/2023 - LUNCH - JAN 19, 2023 | H084 | 41316129 | 8.99 |
| 01/30/23 | McMillan, Jillian A.<br>TRAVEL<br>INVOICE#: CREX5677979101301306; DATE: 1/30/2023 - LUNCH, JAN 18, 2023 | H084 | 41316076 | 6.50 |
| 01/30/23 | McMillan, Jillian A.<br>TRAVEL<br>INVOICE#: CREX5677979101301306; DATE: 1/30/2023 - MCMILLAN, 1/26/23, DELAWARE- LUNCH, JAN 18, 2023 | H084 | 41316073 | 5.99 |
| 01/30/23 | McMillan, Jillian A.<br>TRAVEL<br>INVOICE#: CREX5677979101301306; DATE: 1/30/2023 - LUNCH, JAN 19, 2023 | H084 | 41316070 | 6.50 |
| 01/30/23 | McMillan, Jillian A.<br>TRAVEL<br>INVOICE#: CREX5677979101301306; DATE: 1/30/2023 - BREAKFAST, JAN 19, 2023 | H084 | 41316072 | 21.00 |

**SUBTOTAL DISB TYPE H084:**                                                                 **$195.53**

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 12/06/22 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: 100089; DATE: 12/1/2022 - TAXI CHARGES FOR 2022-12-01 INVOICE #1000898778<br>CHASE A BENTLEY G067 RIDE DATE: 2022-11-06 FROM: WILMINGTON, DE TO: WILMINGTON,<br>DE RIDE TIME: 13:20 | H160 | 41246439 | 19.77 |
| 12/06/22 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: 100089; DATE: 12/1/2022 - TAXI CHARGES FOR 2022-12-01 INVOICE #1000898781<br>CHASE A BENTLEY G067 RIDE DATE: 2022-11-07 FROM: WILMINGTON, DE TO: WILMINGTON,<br>DE RIDE TIME: 16:43 | H160 | 41246323 | 19.77 |
| 12/06/22 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: 100089; DATE: 12/1/2022 - TAXI CHARGES FOR 2022-12-01 INVOICE #1000898785<br>CHASE A BENTLEY G067 RIDE DATE: 2022-11-07 FROM: STAMFORD, CT TO: NEW CANAAN,<br>CT RIDE TIME: 19:45 | H160 | 41246360 | 34.57 |
| 01/12/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5646959101121311; DATE: 1/12/2023 - TICKET:0050748116865, JAN 06, 2023 -<br>ATTEND HEARING. - FROM/TO: WILMINGTON, DE/NY PENN | H160 | 41299313 | 168.00 |
| 01/12/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5646959101121311; DATE: 1/12/2023 - HOTEL ROOM AND TAX, JAN 05, 2023 -<br>ATTEND HEARING, CHECK IN 01/05/2023, CHECK OUT 01/06/2023 (1 NIGHT) | H160 | 41299311 | 328.90 |
| 01/12/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5646959101121311; DATE: 1/12/2023 - AGENCY FEES, TICKET:8900843311528 ,<br>JAN 05, 2023 | H160 | 41299314 | 40.00 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/12/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5646959101121311; DATE: 1/12/2023 - HOTEL ROOM AND TAX, JAN 05, 2023 - PAID FOR CLIENT'S HOTEL. (TAMICA WILLIAMS), CHECK IN 01/05/2023, CHECK OUT 01/06/2023 (1 NIGHT) | H160 | 41299312 | 328.90 |
| 01/12/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5646959101121311; DATE: 1/12/2023 - TICKET:0040010134340, JAN 05, 2023 - FROM/TO: NYPENN/WILMINGTON,DE | H160 | 41299315 | 131.00 |
| 01/16/23 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: CREX5644710401161304; DATE: 1/16/2023 RAIL, TICKET:EFBE30, JAN 05, 2023 - HEARING WAS CANCELED. - FROM/TO: PENN STATION, NY/WASHINGTON, DC | H160 | 41301768 | 77.00 |
| 01/16/23 | Ollestad, Jordan Alexandra<br>TRAVEL<br>INVOICE#: CREX5648064501161304; DATE: 1/16/2023 - RAIL, TICKET:0040679053112, JAN 05, 2023 - FROM/TO: NYPENN/WILMINGTON,DE | H160 | 41301779 | 287.00 |
| 01/16/23 | Ollestad, Jordan Alexandra<br>TRAVEL<br>INVOICE#: CREX5648064501161304; DATE: 1/16/2023 - OLLESTAD, J., 1/5-6/23, WILMINGTON, DE- TAXI - OUSIDE CITY, JAN 05, 2023 | H160 | 41301776 | 20.00 |
| 01/16/23 | Ollestad, Jordan Alexandra<br>TRAVEL<br>INVOICE#: CREX5648064501161304; DATE: 1/16/2023 - RAIL, TICKET:0050920208290, JAN 06, 2023 - FEE ADJUSTMENT FOR TICKET - FROM/TO: WILMINGTON, DE/NY PENN | H160 | 41301777 | 49.00 |

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 01/16/23 | Ollestad, Jordan Alexandra<br>TRAVEL<br>INVOICE#: CREX5648064501161304; DATE: 1/16/2023 - HOTEL ROOM AND TAX, JAN 05, 2023 ,<br>CHECK IN 01/05/2023, CHECK OUT 01/06/2023 (1 NIGHT) | H160 | 41301781 | 328.90 |
| 01/16/23 | Ollestad, Jordan Alexandra<br>TRAVEL<br>INVOICE#: CREX5648064501161304; DATE: 1/16/2023 - OLLESTAD, J., 1/5-6/23, WILMINGTON, DE-<br>TAXI - OUSIDE CITY, JAN 06, 2023 | H160 | 41301778 | 9.40 |
| 01/18/23 | Ham, Hyunjae<br>TRAVEL<br>INVOICE#: CREX5658741001181310; DATE: 1/18/2023 - RAIL, TICKET:0170719026586, JAN 17, 2023 -<br>FROM/TO: NY PENN TO WILMINGTON, DE | H160 | 41303464 | 296.00 |
| 01/23/23 | Ruocco, Elizabeth A.<br>TRAVEL<br>INVOICE#: CREX5664198001231311; DATE: 1/23/2023 - E. RUOCCO 1.18.23 TRAVEL EXP.- RAIL,<br>TICKET:0170749026606, JAN 18, 2023 - FROM/TO: NY PENN/WILMINGTON, DE | H160 | 41308620 | 296.00 |
| 01/24/23 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5669350501241307; DATE: 1/24/2023 - TAXI - JAN 18, 2023 | H160 | 41310084 | 20.00 |
| 01/24/23 | Hwangpo, Natasha<br>TRAVEL<br> INVOICE#: CREX5669350501241307; DATE: 1/24/2023 - RAIL, TICKET:019585022594, JAN 19, 2023<br>- FROM/TO: DELAWARE/NY | H160 | 41310083 | 99.00 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 01/24/23 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5669350501241307; DATE: 1/24/2023 - RAIL, TICKET:0170631066215, JAN 18, 2023 - FROM/TO: NY/DELAWARE | H160 | 41310085 | 216.00 |
| 01/25/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5672002001251303; DATE: 1/25/2023 - RAIL, TICKET:0170687070558, JAN 17, 2023 - ATTEND DISCLOSURE STATEMENT HEARING AMTRAK - FROM/TO: NY/WILMINGTON/NY | H160 | 41312348 | 267.00 |
| 01/25/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5672002001251303; DATE: 1/25/2023 - HOTEL ROOM AND TAX, JAN 20, 2023 - ATTEND DISCLOSURE , CHECK IN 01/18/2023, CHECK OUT 01/19/2023 (1 NIGHT) | H160 | 41312347 | 328.90 |
| 01/26/23 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5674711001261304; DATE: 1/26/2023 - HOTEL ROOM AND TAX, JAN 18, 2023 - CHECK IN 01/18/2023, CHECK OUT 01/19/2023 (1 NIGHT) | H160 | 41313379 | 328.90 |
| 01/30/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5645319601301306; DATE: 1/30/2023 - RAIL, TICKET:0944071155, JAN 05, 2023 - CHANGE OF RETURN TRAIN. - FROM/TO: WIL/STM | H160 | 41316094 | 93.00 |
| 01/30/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5645319601301306; DATE: 1/30/2023 - AGENCY FEES, TICKET:0942071155, JAN 05, 2023 | H160 | 41316095 | 40.00 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 01/30/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5645319601301306; DATE: 1/30/2023 - AGENCY FEES, TICKET:0010135404, JAN 05, 2023 - AGENCY FEE. | H160 | 41316091 | 40.00 |
| 01/30/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5645319601301306; DATE: 1/30/2023 - RAIL, TICKET:0946014325, JAN 06, 2023 - CHANGE FEE FOR RETURN TRIP FROM WILMINGTON TO STAMFORD. - FROM/TO: WIL/STM | H160 | 41316090 | 49.00 |
| 01/30/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5645319601301306; DATE: 1/30/2023 - RAIL, TICKET:0010135404, JAN 05, 2023 - ROUND TRIP AMTRAK BETWEEN STAMFORD, CT AND WILMINGTON, DE - FROM/TO: STM/WIL | H160 | 41316092 | 215.00 |
| 01/30/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5645319601301306; DATE: 1/30/2023 - HOTEL ROOM AND TAX, JAN 05, 2023 - CHECK IN 01/05/2023, CHECK OUT 01/06/2023 (1 NIGHT) | H160 | 41316093 | 328.90 |
| 01/30/23 | Ruocco, Elizabeth A.<br>TRAVEL<br>INVOICE#: CREX5677884701301306; DATE: 1/30/2023 - RAIL, TICKET:0190910046423, JAN 19, 2023 - FROM/TO: NY, PENN/WILMINGTON, DE | H160 | 41316130 | 20.00 |
| 01/30/23 | Ruocco, Elizabeth A.<br>TRAVEL<br>INVOICE#: CREX5677884701301306; DATE: 1/30/2023 - HOTEL ROOM AND TAX, JAN 19, 2023 -CHECK IN 01/18/2023, CHECK OUT 01/19/2023 (1 NIGHT) | H160 | 41316131 | 328.90 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 01/30/23 | McMillan, Jillian A.<br>TRAVEL<br>INVOICE#: CREX5677979101301306; DATE: 1/30/2023 - HOTEL ROOM AND TAX, JAN 19, 2023 -<br>CHECK IN 01/18/2023, CHECK OUT 01/19/2023 (1 NIGHT) | H160 | 41316071 | 328.90 |
| 01/30/23 | McMillan, Jillian A.<br>TRAVEL<br>INVOICE#: CREX5677979101301306; DATE: 1/30/2023 - RAIL, TICKET:0190920022778, JAN 18, 2023 -<br>FROM/TO: NY PENN TO WILMINGTON, DE | H160 | 41316075 | 384.00 |

**SUBTOTAL DISB TYPE H160:**                                                                                       **$5,521.71**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 01/04/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1726952; DATE: 1/11/2023 - TAXI CHARGES FOR 2023-01-11<br>INVOICE #17269523010433037 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-01-04 FROM: 767 5<br>AVE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 20:10 105 WHEATLEY ROAD | H163 | 41311151 | 160.02 |
| 01/04/23 | Slack, Richard W.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1726952; DATE: 1/11/2023 - TAXI CHARGES FOR 2023-01-11<br>INVOICE #17269523010433177 RICHARD W SLACK 0255 RIDE DATE: 2023-01-04 FROM: 767 5 AVE,<br>MANHATTAN, NY TO: RYE, NY RIDE TIME: 22:57 | H163 | 41311177 | 167.35 |
| 01/09/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1726341; DATE: 12/21/2022 - TAXI CHARGES FOR 2022-12-21<br>INVOICE #17263412121319461 CANDACE M. ARTHUR 5316 RIDE DATE: 2022-12-13 FROM: 767 5<br>AVE, MANHATTAN, NY TO: GREENVALE, NY RIDE TIME: 23:19 | H163 | 41292769 | 164.55 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 01/11/23 | Hill, David F. | H163 | 41298608 | 62.74 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | INVOICE#: CREX5647194201111307; DATE: 1/11/2023 - OVERTIME TAXI/CAR, JAN 09, 2023 - TAXI HOME FROM OFFICE. | | | |
| 01/18/23 | Kleiner, Adena | H163 | 41303494 | 21.02 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | INVOICE#: CREX5659746901181310; DATE: 1/18/2023 - OVERTIME TAXI/CAR, JAN 10, 2023 - TAXI | | | |
| 01/19/23 | Kleiner, Adena | H163 | 41305030 | 16.99 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | INVOICE#: CREX5660661201191303; DATE: 1/19/2023 - OVERTIME TAXI/CAR, JAN 09, 2023 | | | |
| 01/25/23 | Kleiner, Adena | H163 | 41312370 | 19.95 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | INVOICE#: CREX5673334401251303; DATE: 1/25/2023 - OVERTIME TAXI/CAR, JAN 23, 2023 | | | |
| 01/31/23 | Arthur, Candace | H163 | 41342886 | 144.36 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1727865; DATE: 2/8/2023 - TAXI CHARGES FOR 2023-02-08 INVOICE #17278653013118610 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-01-31 | | | |
| 01/31/23 | Kleiner, Adena | H163 | 41324840 | 16.90 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | INVOICE#: CREX5687991802011307; DATE: 2/1/2023 - OVERTIME TAXI/CAR, JAN 30, 2023 | | | |
| 01/31/23 | Arthur, Candace | H163 | 41323714 | 156.16 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1727350; DATE: 1/25/2023 - TAXI CHARGES FOR 2023-01-25 INVOICE #17273503011908860 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-01-19 | | | |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 01/31/23 | Arthur, Candace | H163 | 41323705 | 151.36 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1727350; DATE: 1/25/2023 - TAXI CHARGES FOR 2023-01-25 INVOICE #17273503011706532 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-01-17 | | | |

| | | | | |
|------|------|------|------|------|
| **SUBTOTAL DISB TYPE H163:** | | | | **$1,081.40** |

| | | | | |
|------|------|------|------|------|
| 12/15/22 | Hwangpo, Natasha | H165 | 41261490 | 24.30 |
| | TRANSPORTATION - LOCAL MEETING | | | |
| | INVOICE#: CREX5601746212151303; DATE: 12/15/2022 - LOCAL TAXI, DEC 08, 2022 | | | |
| 01/16/23 | Ollestad, Jordan Alexandra | H165 | 41301782 | 30.69 |
| | TRANSPORTATION - LOCAL MEETING | | | |
| | INVOICE#: CREX5648064501161304; DATE: 1/16/2023 - OLLESTAD, J., 1/5-6/23, WILMINGTON, DE- LOCAL TAXI, JAN 05, 2023 - UBER FROM HOME TO NY PENN | | | |
| 01/18/23 | Hwangpo, Natasha | H165 | 41303652 | 29.76 |
| | TRANSPORTATION - LOCAL MEETING | | | |
| | INVOICE#: CREX5658679001181310; DATE: 1/18/2023 - LOCAL TAXI, JAN 05, 2023 | | | |
| 01/30/23 | Ruocco, Elizabeth A. | H165 | 41316132 | 21.88 |
| | TRANSPORTATION - LOCAL MEETING | | | |
| | INVOICE#: CREX5677884701301306; DATE: 1/30/2023 - TAXI, JAN 19, 2023 - ATTENDED DELAWARE COURT HEARING. | | | |
| 01/30/23 | Ruocco, Elizabeth A. | H165 | 41316126 | 20.99 |
| | TRANSPORTATION - LOCAL MEETING | | | |
| | INVOICE#: CREX5677884701301306; DATE: 1/30/2023 - TAXI, JAN 18, 2023 - ATTENDED DELAWARE COURT HEARING. | | | |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 01/30/23 | Ruocco, Elizabeth A.<br>TRANSPORTATION - LOCAL MEETING<br>INVOICE#: CREX5677767801301306; DATE: 1/30/2023 - LOCAL TAXI, JAN 12, 2023 - TAXI HOME. | H165 | 41315885 | 29.88 |
| 01/30/23 | McMillan, Jillian A.<br>TRANSPORTATION - LOCAL MEETING<br>INVOICE#: CREX5677979101301306; DATE: 1/30/2023 - TAXI, JAN 18, 2023 - UBER FROM HOME TO PENN STATION. | H165 | 41316074 | 29.44 |
| 01/30/23 | McMillan, Jillian A.<br>TRANSPORTATION - LOCAL MEETING<br>INVOICE#: CREX5677979101301306; DATE: 1/30/2023 - TAXI, JAN 19, 2023 - UBER FROM PENN STATION TO HOME. | H165 | 41316077 | 34.44 |
| **SUBTOTAL DISB TYPE H165:** | | | | **$221.38** |
| 01/11/23 | WGM, Firm<br>DUPLICATING<br>2131 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 01/04/2023 TO 01/09/2023 | S011 | 41300319 | 1,065.50 |
| **SUBTOTAL DISB TYPE S011:** | | | | **$1,065.50** |
| 01/31/23 | WGM, Firm<br>DUPLICATING<br>23 PAGES SCANNED IN NEW YORK CITY BETWEEN 01/23/2023 TO 01/23/2023 | S016 | 41326102 | 2.30 |
| **SUBTOTAL DISB TYPE S016:** | | | | **$2.30** |
| 01/09/23 | WGM, Firm<br>DUPLICATING<br>112 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 01/04/2023 TO 01/04/2023 | S017 | 41292961 | 11.20 |

**Weil, Gotshal & Manges LLP**

---

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| **SUBTOTAL DISB TYPE S017:** | | | | **$11.20** |
| 12/13/22 | McMillan, Jillian A. COMPUTERIZED RESEARCH NY WESTLAW - MCMILLAN,JILLIAN 11/01/2022 TRANSACTIONS: 6 | S061 | 41258134 | 52.51 |
| 12/13/22 | McMillan, Jillian A. COMPUTERIZED RESEARCH NY WESTLAW - MCMILLAN,JILLIAN 11/04/2022 TRANSACTIONS: 26 | S061 | 41258755 | 211.20 |
| 12/13/22 | McMillan, Jillian A. COMPUTERIZED RESEARCH NY WESTLAW - MCMILLAN,JILLIAN 11/16/2022 TRANSACTIONS: 32 | S061 | 41257460 | 362.71 |
| 12/13/22 | McMillan, Jillian A. COMPUTERIZED RESEARCH NY WESTLAW - MCMILLAN,JILLIAN 11/23/2022 TRANSACTIONS: 10 | S061 | 41256980 | 90.68 |
| 12/13/22 | McMillan, Jillian A. COMPUTERIZED RESEARCH NY WESTLAW - MCMILLAN,JILLIAN 11/07/2022 TRANSACTIONS: 14 | S061 | 41258591 | 204.03 |
| 12/13/22 | McMillan, Jillian A. COMPUTERIZED RESEARCH NY WESTLAW - MCMILLAN,JILLIAN 11/29/2022 TRANSACTIONS: 5 | S061 | 41257469 | 68.64 |
| 12/13/22 | Ollestad, Jordan Alexandra COMPUTERIZED RESEARCH NY WESTLAW - OLLESTAD,JORDAN 11/09/2022 TRANSACTIONS: 8 | S061 | 41258479 | 20.82 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 12/13/22 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCMILLAN,JILLIAN 11/05/2022 TRANSACTIONS: 5 | S061 | 41258949 | 22.67 |
| 12/13/22 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - OLLESTAD,JORDAN 11/05/2022 TRANSACTIONS: 3 | S061 | 41259062 | 22.67 |
| 12/13/22 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCMILLAN,JILLIAN 11/17/2022 TRANSACTIONS: 10 | S061 | 41258896 | 90.68 |
| 12/13/22 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - OLLESTAD,JORDAN 11/04/2022 TRANSACTIONS: 27 | S061 | 41257224 | 90.99 |
| 12/20/22 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY LEXIS - OLLESTAD, JORDAN 11/05/2022 ACCOUNT 424YN6CXS | S061 | 41272185 | 49.39 |
| 12/27/22 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - NOVEMBER 2022 | S061 | 41276085 | 3.80 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/21/2022 ACCOUNT 424YN6CXS | S061 | 41294267 | 32.67 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/20/2022 ACCOUNT 424YN6CXS | S061 | 41294720 | 163.34 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 01/05/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 12/21/2022 ACCOUNT 424YN6CXS | S061 | 41294484 | 61.02 |
| 01/05/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 12/28/2022 ACCOUNT 424YN6CXS | S061 | 41294064 | 183.07 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/20/2022 ACCOUNT 424YN6CXS | S061 | 41294467 | 98.01 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/19/2022 ACCOUNT 424YN6CXS | S061 | 41294654 | 32.67 |
| 01/05/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 12/30/2022 ACCOUNT 424YN6CXS | S061 | 41294339 | 488.23 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/21/2022 ACCOUNT 424YN6CXS | S061 | 41294468 | 58.55 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/19/2022 ACCOUNT 424YN6CXS | S061 | 41294132 | 65.34 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/20/2022 ACCOUNT 424YN6CXS | S061 | 41294773 | 58.55 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/21/2022 ACCOUNT 424YN6CXS | S061 | 41294750 | 32.67 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/21/2022 ACCOUNT 424YN6CXS | S061 | 41294388 | 793.37 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/28/2022 ACCOUNT 424YN6CXS | S061 | 41294134 | 244.10 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/14/2022 ACCOUNT 424YN6CXS | S061 | 41294650 | 58.55 |
| 01/05/23 | White, Kenneth<br>COMPUTERIZED RESEARCH<br>NY LEXIS - WHITE, KENNETH 12/27/2022 ACCOUNT 424YN6CXS | S061 | 41294270 | 240.88 |
| 01/05/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 12/27/2022 ACCOUNT 424YN6CXS | S061 | 41294083 | 366.16 |
| 01/05/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 12/29/2022 ACCOUNT 424YN6CXS | S061 | 41294410 | 183.07 |
| 01/05/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 12/07/2022 ACCOUNT 424YN6CXS | S061 | 41294571 | 183.07 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| | **NAME** | | | |
| **DATE** | **DESCRIPTION** | **DISB TYPE** | **DISB ID#** | **AMOUNT** |
| 01/05/23 | DiDonato, Philip | S061 | 41294221 | 61.02 |
| | COMPUTERIZED RESEARCH | | | |
| | NY LEXIS - DIDONATO, PHILIP 12/06/2022 ACCOUNT 424YN6CXS | | | |
| 01/05/23 | Parker-Thompson, Destiney | S061 | 41294525 | 65.33 |
| | COMPUTERIZED RESEARCH | | | |
| | NY LEXIS - PARKER-THOMPSON, DESTINEY 12/19/2022 ACCOUNT 424YN6CXS | | | |
| 01/05/23 | Parker-Thompson, Destiney | S061 | 41294489 | 65.34 |
| | COMPUTERIZED RESEARCH | | | |
| | NY LEXIS - PARKER-THOMPSON, DESTINEY 12/29/2022 ACCOUNT 424YN6CXS | | | |
| 01/05/23 | Parker-Thompson, Destiney | S061 | 41294747 | 58.55 |
| | COMPUTERIZED RESEARCH | | | |
| | NY LEXIS - PARKER-THOMPSON, DESTINEY 12/19/2022 ACCOUNT 424YN6CXS | | | |
| 01/05/23 | Parker-Thompson, Destiney | S061 | 41294503 | 244.10 |
| | COMPUTERIZED RESEARCH | | | |
| | NY LEXIS - PARKER-THOMPSON, DESTINEY 12/14/2022 ACCOUNT 424YN6CXS | | | |
| 01/05/23 | DiDonato, Philip | S061 | 41294124 | 175.67 |
| | COMPUTERIZED RESEARCH | | | |
| | NY LEXIS - DIDONATO, PHILIP 12/06/2022 ACCOUNT 424YN6CXS | | | |
| 01/10/23 | Hill, David F. | S061 | 41296636 | 24.69 |
| | COMPUTERIZED RESEARCH | | | |
| | NY WESTLAW - HILL,DAVID 12/30/2022 TRANSACTIONS: 5 | | | |
| 01/10/23 | Ruocco, Elizabeth A. | S061 | 41296652 | 24.69 |
| | COMPUTERIZED RESEARCH | | | |
| | NY WESTLAW - RUOCCO,ELIZABETH 12/22/2022 TRANSACTIONS: 2 | | | |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

## ITEMIZED DISBURSEMENTS

|  | **NAME** |  |  |  |
|---|---|---|---|---|
| **DATE** | **DESCRIPTION** | **DISB TYPE** | **DISB ID#** | **AMOUNT** |
| 01/10/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - OLLESTAD,JORDAN 12/29/2022 TRANSACTIONS: 25 | S061 | 41296635 | 50.31 |
| 01/10/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CASTILLO,LAUREN 12/27/2022 TRANSACTIONS: 2 | S061 | 41296668 | 24.69 |
| 01/10/23 | Suarez, Ashley<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SUAREZ,ASHLEY 12/21/2022 TRANSACTIONS: 1 | S061 | 41296648 | 24.69 |
| 01/10/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - PARKER-THOMPSON,DESTINEY 12/14/2022 TRANSACTIONS: 1 | S061 | 41296672 | 24.69 |
| 01/10/23 | Suarez, Ashley<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SUAREZ,ASHLEY 12/20/2022 TRANSACTIONS: 11 | S061 | 41296647 | 123.47 |
| 01/10/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - PARKER-THOMPSON,DESTINEY 12/06/2022 TRANSACTIONS: 3 | S061 | 41296680 | 59.84 |
| 01/10/23 | Blankman, Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - BLANKMAN,ALEXANDRA 12/16/2022 TRANSACTIONS: 16 | S061 | 41296643 | 98.78 |
| 01/10/23 | Ruocco, Elizabeth A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - RUOCCO,ELIZABETH 12/14/2022 TRANSACTIONS: 8 | S061 | 41296667 | 24.69 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 01/19/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - DECEMBER 2022 | S061 | 41306561 | 3.80 |
| 01/19/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - DECEMBER 2022 | S061 | 41306612 | 27.00 |
| 01/19/23 | Cazes, Catherine<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - DECEMBER 2022 | S061 | 41306792 | 2.40 |
| 01/19/23 | Hill, David F.<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - DECEMBER 2022 | S061 | 41307005 | 3.50 |
| 01/19/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - DECEMBER 2022 | S061 | 41306720 | 2.80 |
| 01/19/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - DECEMBER 2022 | S061 | 41306904 | 16.70 |
| 01/19/23 | Bonk, Cameron Mae<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - DECEMBER 2022 | S061 | 41306965 | 0.40 |

**SUBTOTAL DISB TYPE S061:** **$5,841.26**

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023001854

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 01/04/23 | WGM, Firm<br>DUPLICATING<br>49 PRINT(S) MADE IN NEW YORK BETWEEN 01/03/2023 TO 01/03/2023 | S117 | 41291050 | 4.90 |
| 01/11/23 | WGM, Firm<br>DUPLICATING<br>56 PRINT(S) MADE IN NEW YORK BETWEEN 01/04/2023 TO 01/09/2023 | S117 | 41300238 | 5.60 |
| 01/18/23 | WGM, Firm<br>DUPLICATING<br>86 PRINT(S) MADE IN NEW YORK BETWEEN 01/17/2023 TO 01/17/2023 | S117 | 41313551 | 8.60 |
| 01/25/23 | WGM, Firm<br>DUPLICATING<br>42 PRINT(S) MADE IN NEW YORK BETWEEN 01/23/2023 TO 01/23/2023 | S117 | 41313943 | 4.20 |

**SUBTOTAL DISB TYPE S117:**                    **$23.30**

**TOTAL DISBURSEMENTS**                    **$14,835.24**