# Exhibit B

# Summary and Description of AlixPartners' Expenses

# AlixPartners

Kabbage, Inc. d/b/a Kservicing  
925B Peachtree Street NE  
Suite 383  
Atlanta, GA  30309

Re:     Expenses  
Code:   20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 01/10/2023 | Internet Access James Nelson | 49.95 |
| 01/15/2023 | Airfare James Nelson 2023-01-18 Boston, MA - Philadelphia, PA (attend Court hearing) | 462.98 |
| 01/18/2023 | Lodging James Nelson - Hotel DuPont - Wilmington, DE 2023-01-18 2023-01-19 | 350.00 |
| 01/18/2023 | Taxi/Car Service James Nelson Home to Airport (attend Court hearing) | 45.14 |
| 01/18/2023 | Taxi/Car Service James Nelson Philadelphia, PA to Wilmington (attend Court hearing), DE | 53.21 |
| 01/19/2023 | Individual Meal - James Nelson - Breakfast | 10.00 |
| 01/19/2023 | Taxi/Car Service James Nelson Wilmington, DE to Philadelphia, PA (return from Court hearing) | 74.37 |
| 01/19/2023 | Taxi/Car Service James Nelson Airport to Home (return from Court hearing) | 47.51 |
| 01/20/2023 | Individual Meal - James Nelson - Dinner | 50.00 |
| **Total Expenses** | | **1,143.16** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Client: 20006554P00002

| **Expenses** | **Amount** |
|---|---:|
| Airfare | 462.98 |
| Ground Transportation | 220.23 |
| Lodging | 350.00 |
| Meals | 60.00 |
| Phone & Internet | 49.95 |
| **Total Expenses** | **USD   1,143.16** |