**Exhibit A**



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

February 14, 2023

KServicing Inc - 327

**Invoice Number: 11367**
Invoice Period: 01-01-2023 - 01-31-2023

Payment Terms: Upon Receipt

**RE: Balloting**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-03-2023 | Kim Steverson | Coordinate with IT Team regarding testing e-Balloting portal | 0.40 | 187.50 | 75.00 |
| 01-03-2023 | Kim Steverson | Review revised proposed order on Disclosure Statement and coordinate with Solicitation Team and IT Support re updating ballots and testing | 0.80 | 187.50 | 150.00 |
| 01-03-2023 | Jeriad Paul | Coordinate eBalloting portal testing | 0.20 | 187.50 | 37.50 |
| 01-03-2023 | Kimberly McDermott | Perform development testing re eBalloting portal | 1.60 | 90.00 | 144.00 |
| 01-03-2023 | Max Meisler | Perform development testing re eBalloting portal | 0.90 | 140.00 | 126.00 |
| 01-03-2023 | Paul Story | Perform testing on custom e-Balloting portal | 4.00 | 139.50 | 558.00 |
| 01-04-2023 | Jeriad Paul | Review plan and election documents in preparation of upcoming Solicitation | 0.70 | 187.50 | 131.25 |
| 01-04-2023 | Michelle Ignacio | Prepare & format Word versions of ballots | 0.50 | 175.00 | 87.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-05-2023 | Michelle Ignacio | Prepare & format Word versions of ballots for eBalloting and printing for service | 2.00 | 175.00 | 350.00 |
| 01-05-2023 | Kim Steverson | Review sample ballots and email D. Hunter-Thompson @ Weil re code errors on draft ballots | 0.20 | 187.50 | 37.50 |
| 01-06-2023 | Kim Steverson | Review and revise updated Plan Class Report | 1.60 | 187.50 | 300.00 |
| 01-06-2023 | Kim Steverson | Coordinate with Claims and IT Teams regarding updated Plan Class Report | 0.70 | 187.50 | 131.25 |
| 01-06-2023 | Kim Steverson | Conference call with B. Whitaker, M. Ignacio, P. Story re eBalloting development | 0.30 | 187.50 | 56.25 |
| 01-06-2023 | Brittney Whitaker | QC and test re eBalloting portal | 0.30 | 175.00 | 52.50 |
| 01-06-2023 | Michelle Ignacio | Call with Kim Steverson, Paul Story, Angela Nownes, et al @ Omni re KServicing e-Balloting Call | 0.30 | 175.00 | 52.50 |
| 01-06-2023 | Michelle Ignacio | Incorporate changes and provide updated plan class report | 1.40 | 175.00 | 245.00 |
| 01-06-2023 | Michelle Ignacio | Update ballot table and send report for eBallot Testing | 0.30 | 175.00 | 52.50 |
| 01-06-2023 | Paul Story | Performing Implementation and associated verification | 2.00 | 139.50 | 279.00 |
| 01-06-2023 | Paul Story | Meet with Kim, Brittney, Michelle, et al re KServicing e-Balloting dates/requirements | 0.50 | 139.50 | 69.75 |
| 01-06-2023 | Brittney Whitaker | Conference call with K.Steverson, M. Ignacio, P. Story re eBalloting development | 0.50 | 175.00 | 87.50 |
| 01-06-2023 | Kim Steverson | Call with D. Hunter Thompson @ Weil to review draft plan class report | 1.50 | 187.50 | 281.25 |
| 01-09-2023 | Michelle Ignacio | Incorporate changes and provide updated plan class report | 0.60 | 175.00 | 105.00 |
| 01-09-2023 | Kim Steverson | Review and revise updated Plan Class Report | 2.10 | 187.50 | 393.75 |
| 01-10-2023 | Kim Steverson | Review and verify claims re plan class assignments | 2.00 | 187.50 | 375.00 |
| 01-10-2023 | Kim Steverson | Revise plan class report and transmit same to counsel | 0.80 | 187.50 | 150.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-10-2023 | Kim Steverson | Review sample ballots and provide comments to same | 0.20 | 187.50 | 37.50 |
| 01-10-2023 | Kim Steverson | Confer with IT re ballot portal testing | 0.60 | 187.50 | 112.50 |
| 01-10-2023 | Kim Steverson | Review e-mail received and respond to D. Parker-Thompson @ Weil re updated ballots | 0.20 | 187.50 | 37.50 |
| 01-10-2023 | Michelle Ignacio | Incorporate changes and provide updated plan class report | 0.50 | 175.00 | 87.50 |
| 01-11-2023 | Paul Story | Perform testing on custom e-Balloting portal | 2.00 | 139.50 | 279.00 |
| 01-12-2023 | Kim Steverson | Confer with IT re ballot portal updates and testing | 0.80 | 187.50 | 150.00 |
| 01-12-2023 | Paul Story | Perform system / integration testing | 1.00 | 139.50 | 139.50 |
| 01-12-2023 | Michelle Ignacio | Update e-Ballot data & PDF file transfer application set up | 0.50 | 175.00 | 87.50 |
| 01-13-2023 | Paul Story | Review, test, and provide comments on customized e-Balloting website | 1.00 | 139.50 | 139.50 |
| 01-13-2023 | Kim Steverson | Review file and update solicitation memo | 1.20 | 187.50 | 225.00 |
| 01-16-2023 | Kim Steverson | Continue drafting and revising solicitation memo | 0.80 | 187.50 | 150.00 |
| 01-16-2023 | Kim Steverson | Review Plan Class Report and related documents and prepare for call with Weil and RLF Teams | 0.40 | 187.50 | 75.00 |
| 01-16-2023 | Kim Steverson | Review claims and revise Plan Class Report | 3.10 | 187.50 | 581.25 |
| 01-16-2023 | Kim Steverson | Coordinate with IT Team re updates to ballots and portal preparation for email service to Borrowers | 1.00 | 187.50 | 187.50 |
| 01-16-2023 | Jeriad Paul | Call with C. Bentley, E. Ruocco, D. Parker-Thompson @ Weil; A. Steele @ RLF; K. Steverson, B. Whitaker @ Omni re Plan Class Report | 1.00 | 187.50 | 187.50 |
| 01-16-2023 | Michelle Ignacio | Perform e-Ballot & service ballot PDF file updates | 1.00 | 175.00 | 175.00 |
| 01-16-2023 | Michelle Ignacio | Update plan class report | 0.50 | 175.00 | 87.50 |
| 01-16-2023 | Paul Story | Create Requirements / perform analysis | 3.00 | 139.50 | 418.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-16-2023 | Kim Steverson | Call with C. Bentley, E. Ruocco, D. Parker-Thompson @ Weil; A. Steele @ RLF; J. Paul, B. Whitaker @ Omni re Plan Class Report | 1.00 | 187.50 | 187.50 |
| 01-16-2023 | Brittney Whitaker | Call with C. Bentley, E. Ruocco, D. Parker-Thompson @ Weil; A. Steele @ RLF; J. Paul, K. Steverson @ Omni re Plan Class Report | 1.00 | 175.00 | 175.00 |
| 01-16-2023 | Jeriad Paul | Review claims and plan class report | 0.30 | 187.50 | 56.25 |
| 01-17-2023 | Kim Steverson | QC development testing re eBalloting portal | 1.00 | 187.50 | 187.50 |
| 01-17-2023 | Michelle Ignacio | Compare borrower files to ballot parties table for solicitation service, provide updated files for Data Management, Case Management review | 1.50 | 175.00 | 262.50 |
| 01-17-2023 | Jennifer Lizakowski | Call with K. Steverson re review of and verify claims for plan class assignments | 0.60 | 150.00 | 90.00 |
| 01-17-2023 | Paul Story | Update Code and testing requirement, deploy to staging | 6.00 | 139.50 | 837.00 |
| 01-17-2023 | Michelle Ignacio | Call with Yelena Bederman, Kim Steverson, Jeff Canaber @ Omni re: KServicing - Email Service Discussion | 0.30 | 175.00 | 52.50 |
| 01-17-2023 | Kim Steverson | Emails to E. Ruocco @ Weil re service numbers for Disclosure Statement Notice | 0.60 | 187.50 | 112.50 |
| 01-17-2023 | Kim Steverson | Review file and work on counsel's requests for service counts for Notice of Disclosure Statement | 0.30 | 187.50 | 56.25 |
| 01-17-2023 | Kim Steverson | Email to E. Ruocco @ Weil re parties in Class 7 - Subordinated Securities | 0.20 | 187.50 | 37.50 |
| 01-17-2023 | Kim Steverson | Email to E. Ruocco @ Weil re Plan Class Report | 0.20 | 187.50 | 37.50 |
| 01-17-2023 | Kim Steverson | Review and revise Plan Class Report | 1.50 | 187.50 | 281.25 |
| 01-17-2023 | Kim Steverson | Review e-mail received and respond to D. Parker-Thompson @ Weil requesting updated form of ballots | 0.20 | 187.50 | 37.50 |
| 01-17-2023 | Kim Steverson | Coordinate with Quality Control Team regarding review of Plan Class Report | 0.40 | 187.50 | 75.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-17-2023 | Kim Steverson | Coordinate with IT Team re E-Ballot portal updates | 0.50 | 187.50 | 93.75 |
| 01-18-2023 | Michelle Ignacio | Update plan class report | 0.50 | 175.00 | 87.50 |
| 01-18-2023 | Michelle Ignacio | Prepare new e-Ballot & service ballot PDF file versions for applications | 2.00 | 175.00 | 350.00 |
| 01-18-2023 | Jennifer Lizakowski | Call with K. Steverson re review of and verify claims for plan class assignments | 0.40 | 150.00 | 60.00 |
| 01-18-2023 | Jennifer Lizakowski | Correspond with K. Steverson re: Plan Class Report | 0.10 | 150.00 | 15.00 |
| 01-18-2023 | Luis Solorzano | Review plan and election documents in preparation of upcoming distribution election | 1.10 | 187.50 | 206.25 |
| 01-18-2023 | Kim Steverson | Call with B. Whitaker re solicitation preparations | 0.40 | 187.50 | 75.00 |
| 01-18-2023 | Jennifer Lizakowski | Perform QC on Plan Class report | 1.40 | 150.00 | 210.00 |
| 01-18-2023 | Brittney Whitaker | Perform QC development testing re eBalloting portal | 1.40 | 175.00 | 245.00 |
| 01-18-2023 | Brittney Whitaker | Call with K. Steverson re solicitation preparations | 0.40 | 175.00 | 70.00 |
| 01-18-2023 | Kim Steverson | E-mail D. Parker-Thompson @ Weil regarding request for updated ballots | 0.20 | 187.50 | 37.50 |
| 01-18-2023 | Kim Steverson | Coordinate with IT and Case Management Teams re QC development testing re eBalloting portal | 1.00 | 187.50 | 187.50 |
| 01-18-2023 | Kim Steverson | Confer with Quality Control Team regarding solicitation | 0.20 | 187.50 | 37.50 |
| 01-18-2023 | Kim Steverson | Coordinate and confer with QC Team re updates to Plan Class Report | 1.00 | 187.50 | 187.50 |
| 01-18-2023 | Kim Steverson | Coordinate with Data Management Team regarding service list | 0.30 | 187.50 | 56.25 |
| 01-18-2023 | Kim Steverson | Review revised Plan Class Report and circulate same to counsel | 0.80 | 187.50 | 150.00 |
| 01-18-2023 | Paul Story | Perform system / integration testing | 4.00 | 139.50 | 558.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-19-2023 | Paul Story | Perform system / integration testing | 4.00 | 139.50 | 558.00 |
| 01-19-2023 | Kim Steverson | Coordinate with IT and Case Management Teams re QC development testing re eBalloting portal | 1.40 | 187.50 | 262.50 |
| 01-19-2023 | Kim Steverson | Review updated Plan, Disclosure Statement and Order | 0.60 | 187.50 | 112.50 |
| 01-19-2023 | Kim Steverson | Emails with Weil and RLF Team re revisions to ballots and Plan Class Report | 1.20 | 187.50 | 225.00 |
| 01-19-2023 | Kim Steverson | Coordinate with IT, Noticing and Claims Teams regarding solicitation | 5.60 | 187.50 | 1,050.00 |
| 01-19-2023 | Michelle Ignacio | Calls with Kim Steverson @ Omni re Solicitation Service | 0.30 | 175.00 | 52.50 |
| 01-19-2023 | Kim Steverson | Call with Weil and RLF Teams re solicitation, ballots and timing | 1.00 | 187.50 | 187.50 |
| 01-19-2023 | Michelle Ignacio | Update plan class report | 0.50 | 175.00 | 87.50 |
| 01-19-2023 | Michelle Ignacio | Prepare/create sample ballots for circulation to interested parties | 1.50 | 175.00 | 262.50 |
| 01-19-2023 | Kim Steverson | Call with B. Whitaker re solicitation preparations | 0.40 | 187.50 | 75.00 |
| 01-19-2023 | Brittney Whitaker | Call with K. Steverson re solicitation preparations | 0.40 | 175.00 | 70.00 |
| 01-19-2023 | Brittney Whitaker | QC development testing re eBalloting portal | 0.30 | 175.00 | 52.50 |
| 01-19-2023 | Tara Saldajeno | Review, test, and provide comments on customized e-Balloting website | 0.50 | 95.00 | 47.50 |
| 01-20-2023 | Brittney Whitaker | Calls with K. Steverson re solicitation preparations | 0.60 | 175.00 | 105.00 |
| 01-20-2023 | Kim Steverson | Calls with B. Whitaker re solicitation preparations | 0.60 | 187.50 | 112.50 |
| 01-20-2023 | Kim Steverson | Coordinate with IT and Case Management Teams re QC development testing re eBalloting portal | 1.00 | 187.50 | 187.50 |
| 01-20-2023 | Kim Steverson | Emails with Weil and RLF Team re revisions to ballots and Plan Class Report | 0.60 | 187.50 | 112.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-20-2023 | Paul Story | Perform system / integration testing | 8.00 | 139.50 | 1,116.00 |
| 01-20-2023 | Michelle Ignacio | Prepare/create sample ballots for circulation to interested parties | 2.00 | 175.00 | 350.00 |
| 01-20-2023 | Michelle Ignacio | Create versions of final ballots for service and e-balloting, updates to code and forms to incorporate additional client changes | 3.50 | 175.00 | 612.50 |
| 01-20-2023 | Kim Steverson | Coordinate with IT, Noticing and Claims Teams regarding solicitation | 8.50 | 187.50 | 1,593.75 |
| 01-20-2023 | Brittney Whitaker | Coordinate and supervise creation of USBs for solicitation service | 0.70 | 175.00 | 122.50 |
| 01-23-2023 | Brittney Whitaker | Perform QC development testing re eBalloting portal | 0.40 | 175.00 | 70.00 |
| 01-23-2023 | Tara Saldajeno | Review, test, and provide comments on customized e-Balloting website | 1.00 | 95.00 | 95.00 |
| 01-23-2023 | Kim Steverson | E-mails to Weil and RLF teams regarding status of solicitation and publication of Notice of Confirmation Hearing | 0.60 | 187.50 | 112.50 |
| 01-23-2023 | Kim Steverson | Coordinate with Miller Advertising re publication of Confirmation Hearing Notice | 0.40 | 187.50 | 75.00 |
| 01-23-2023 | Kim Steverson | Review e-mail received and respond to L. Castillo @ Weil re solicitation dates | 0.20 | 187.50 | 37.50 |
| 01-23-2023 | Luis Solorzano | Review and verify noticing instruction, service list, and service documents to direct and supervise fulfillment team | 2.50 | 187.50 | 468.75 |
| 01-23-2023 | Paul Story | Perform implementation and associated verification | 8.00 | 139.50 | 1,116.00 |
| 01-23-2023 | Kim Steverson | Coordinate with Miller regarding publication of Notice of Confirmation Hearing | 0.40 | 187.50 | 75.00 |
| 01-23-2023 | Michelle Ignacio | Generate ballots & service lists for QC Review, incorporate updates & changes requested | 4.00 | 175.00 | 700.00 |
| 01-23-2023 | Kim Steverson | Coordinate with IT, Noticing and Claims Teams regarding solicitation | 5.50 | 187.50 | 1,031.25 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-23-2023 | Michelle Ignacio | Development of forms, code for custom voting fields tabulation | 0.70 | 175.00 | 122.50 |
| 01-24-2023 | Michelle Ignacio | Development of forms, code for custom voting fields tabulation, reprinting | 1.30 | 175.00 | 227.50 |
| 01-24-2023 | Luis Solorzano | Review and verify noticing instruction, service list, and service documents to direct and supervise fulfillment team | 1.50 | 187.50 | 281.25 |
| 01-24-2023 | Kim Steverson | Review e-mail received and respond to Z. Shapiro @ RLF re Class 3 ballots | 0.20 | 187.50 | 37.50 |
| 01-24-2023 | Kim Steverson | Coordinate with Miller Advertising re publication of Confirmation Hearing Notice | 0.20 | 187.50 | 37.50 |
| 01-24-2023 | Paul Story | Perform implementation and associated verification | 8.00 | 139.50 | 1,116.00 |
| 01-24-2023 | Michelle Ignacio | Generate updated Class 3 ballots for service | 0.70 | 175.00 | 122.50 |
| 01-24-2023 | Tara Saldajeno | Prepare and setup solicitation online balloting portal | 1.00 | 95.00 | 95.00 |
| 01-24-2023 | Kim Steverson | Coordinate with IT re eBalloting portal | 2.10 | 187.50 | 393.75 |
| 01-25-2023 | Paul Story | Perform system / integration testing | 1.00 | 139.50 | 139.50 |
| 01-27-2023 | Paul Story | Perform system / integration testing | 3.00 | 139.50 | 418.50 |
| 01-27-2023 | Jeriad Paul | Review and test E-Ballot site in staging for accuracy | 0.60 | 187.50 | 112.50 |
| 01-30-2023 | David Neece | Update e-balloting application and code. | 1.50 | 139.50 | 209.25 |
| 01-30-2023 | Kim Steverson | Review and test E-Ballot site in production for accuracy | 0.70 | 187.50 | 131.25 |
| 01-30-2023 | Paul Story | Perform system / integration testing | 4.00 | 139.50 | 558.00 |
| 01-30-2023 | Jeriad Paul | Review and test E-Ballot site in production for accuracy | 0.90 | 187.50 | 168.75 |
| 01-30-2023 | Jeriad Paul | Review plan and election documents in preparation receiving ballots | 0.90 | 187.50 | 168.75 |
| 01-31-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-31-2023 | Emma Guandique | Conference call with J Paul, Re KServicing Ballots | 0.40 | 100.00 | 40.00 |
| 01-31-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.20 | 187.50 | 37.50 |
| 01-31-2023 | Kim Steverson | Coordinate with IT Team regarding E-Ballot portal | 0.30 | 187.50 | 56.25 |
| 01-31-2023 | Emma Guandique | Process incoming ballots | 0.60 | 100.00 | 60.00 |
| 01-31-2023 | Ashley Dionisio | Process incoming ballots | 0.20 | 130.00 | 26.00 |
| 01-31-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |
| 01-31-2023 | Jeriad Paul | Perform QC on Class 4 tabulation report | 0.10 | 187.50 | 18.75 |
| 01-31-2023 | Brittney Whitaker | Prepare/distribute ballot tabulation reports to interested parties | 0.10 | 175.00 | 17.50 |
| 01-31-2023 | Brittney Whitaker | Verify processed ballots | 0.20 | 175.00 | 35.00 |
| | | **Total** | | | 28,394.25 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Ashley Dionisio | 0.20 | 130.00 | 26.00 |
| Brittney Whitaker | 6.30 | 175.00 | 1,102.50 |
| David Neece | 1.50 | 139.50 | 209.25 |
| Emma Guandique | 1.10 | 100.00 | 110.00 |
| Jennifer Lizakowski | 2.50 | 150.00 | 375.00 |
| Jeriad Paul | 5.00 | 187.50 | 937.50 |
| Kim Steverson | 60.00 | 187.50 | 11,250.00 |
| Kimberly McDermott | 1.60 | 90.00 | 144.00 |
| Luis Solorzano | 5.10 | 187.50 | 956.25 |
| Max Meisler | 0.90 | 140.00 | 126.00 |
| Michelle Ignacio | 26.40 | 175.00 | 4,620.00 |
| Paul Story | 59.50 | 139.50 | 8,300.25 |
| Tara Saldajeno | 2.50 | 95.00 | 237.50 |
| **Total** | | | 28,394.25 |

Total for this Invoice    28,394.25

Invoice Number: 11367            We appreciate your business            Page 10 of 12