**Exhibit A**

**Detailed Description of Services**

**GT GreenbergTraurig**

|  |  |  |
|--|--|--|
| Invoice No. | : | 1000236678 |
| File No. | : | 210757.010100 |
| Bill Date | : | February 23, 2023 |

Kabbage, Inc.
925B Peachtree Street, NE
Suite 383
FULTON-GA
Tax ID / EIN: 36-4973937
Atlanta, GA  30309

# INVOICE

Re:   Representing Board of Directors

Legal Services through January 31, 2023:

| | | |
|---|---|---:|
| Employment and Fee Applications: | $ | 3,642.50 |
| Board Governance: | $ | 29,077.50 |
| Plan and Disclosure Statement: | $ | 32,292.00 |
| Court Hearings: | $ | 6,905.50 |
| Total Fees: | $ | 71,917.50 |
| **Current Invoice**: | **$** | **71,917.50** |
| Previous Balance (see attached statement): | $ | 44,619.30 |
| **Total Amount Due:** | **$** | **116,536.80** |

DVK:SC
Tax ID:  13-3613083

**GT** GreenbergTraurig

|  |  |
|---|---|
| Invoice No. : | 1000236678 |
| File No.    : | 210757.010100 |

Note: Payment is Due 30 Days from Date of Invoice

> **FOR YOUR CONVENIENCE,
> PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
> FOR FEES & COSTS ARE AS FOLLOWS:**

**For Wire Instructions:**
Bank:              WELLS FARGO BANK
ABA #:             121000248

**For ACH Instructions:**
Bank:              WELLS FARGO BANK
ABA#               063107513

CREDIT TO:         GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:         2000014648663

**PLEASE REFERENCE:**

| **CLIENT NAME:** | KSERVICING |
|---|---|
| **FILE NUMBER:** | 210757.010100 |
| **INVOICE NUMBER:** | 1000236678* |
| **BILLING PROFESSIONAL:** | David B. Kurzweil |

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact <u>acct-cashreceipts@gtlaw.com</u> for any payment related questions.

DVK:SC
Tax ID: 13-3613083

**GT GreenbergTraurig**

Invoice No. : 1000236678
File No.   : 210757.010100

## Account Statement

| <u>Date</u> | <u>Invoice #</u> | <u>Fees Due</u> | <u>Expenses Due</u> | <u>Other Due</u> | <u>Total Due</u> |
|---|---|---|---|---|---|
| 11/07/22 | 1000134782 | 16,920.80 | 0.00 | 0.00 | 16,920.80 |
| 12/29/22 | 1000183408 | 7,733.30 | 0.00 | 0.00 | 7,733.30 |
| 01/27/23 | 1000206728 | 19,965.20 | 0.00 | 0.00 | 19,965.20 |
| Totals: | | $ 44,619.30 | $ 0.00 | $ 0.00 | $ 44,619.30 |

DVK:SC
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

| | | Page 1 |
|---|---|---|
| Invoice No.: | 1000236678 | |
| Matter No.: | 210757.010100 | |

Description of Professional Services Rendered:

TASK CODE:     KS003     EMPLOYMENT AND FEE APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/05/23 | Sandy Bratton | Attention to fee application issues (.2); confer with D. Kurzweil regarding same (.1) | 0.30 | 130.50 |
| 01/19/23 | Sandy Bratton | Work on third monthly fee application | 0.80 | 348.00 |
| 01/26/23 | Sandy Bratton | Work on third monthly fee application; confer with M. Petrie and D. Kurzweil regarding same | 0.70 | 304.50 |
| 01/27/23 | Sandy Bratton | Work on third monthly fee application; confer with M. Petrie and D. Meloro regarding same | 2.40 | 1,044.00 |
| 01/27/23 | David B. Kurzweil | Review and comment on fee application | 0.20 | 308.00 |
| 01/27/23 | Matthew A. Petrie | Attention to December fee application | 0.50 | 435.00 |
| 01/28/23 | Dennis A. Meloro | Review and comment on GT third monthly fee application | 0.30 | 376.50 |
| 01/30/23 | Matthew A. Petrie | Revise December fee application | 0.80 | 696.00 |
| | | Total Hours: | 6.00 | |
| | | Total Amount: | | $ 3,642.50 |

TIMEKEEPER SUMMARY FOR TASK CODE KS003,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 0.20 | 1,540.00 | 308.00 |
| Dennis A. Meloro | 0.30 | 1,255.00 | 376.50 |
| Matthew A. Petrie | 1.30 | 870.00 | 1,131.00 |
| Sandy Bratton | 4.20 | 435.00 | 1,827.00 |
| Totals: | 6.00 | 607.08 | $ 3,642.50 |

| Invoice No.: | 1000236678 | | | Page 2 |
|---|---|---|---|---|
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:     KS005     BOARD GOVERNANCE

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/02/23 | Sandy Bratton | Review email received from Weil team regarding CUBI Motions, issues and action steps | 0.20 | 87.00 |
| 01/03/23 | Sandy Bratton | Review minutes of previous meetings to be approved by Board of Directors; confer with M. Petrie regarding same | 0.30 | 130.50 |
| 01/03/23 | Sandy Bratton | Review status of CUBI negotiations and prepare for hearing on Motion to Compel Compliance with Settlement Agreement; confer with M. Petrie regarding same | 0.20 | 87.00 |
| 01/03/23 | Nathan P. Emeritz | Analyze and confer regarding board minutes and related Delaware law issues | 0.50 | 450.00 |
| 01/03/23 | Connor Q. Lynch | Review correspondence regarding board minute approval; conference with N. Emeritz regarding same | 0.30 | 184.50 |
| 01/03/23 | Matthew A. Petrie | Analyze corporate governance issues regarding required approvals and correspondence with N. Emeritz and C. Lynch regarding same (.6); correspondence with company counsel regarding board approvals (.3) | 0.90 | 783.00 |
| 01/04/23 | Sandy Bratton | Review multiple monthly fee applications, Amended Chapter 11 Plan and Disclosure Statement, Notices, Orders, Agenda and other pleadings and update case records (.8); update case calendar and Calendar of Events regarding same (.7) | 1.50 | 652.50 |
| 01/04/23 | Sandy Bratton | Review Cost-Per-Loan Analysis received from Weil team; prepare for call with Weil regarding same | 0.40 | 174.00 |
| 01/04/23 | David B. Kurzweil | Provide budget update to Alix Partners (.1); review of company information (.2); review of scheduled hearing dates and issues for plan confirmation (.2); review of update of Alix Partners information for board meeting (.5) | 1.00 | 1,540.00 |
| 01/05/23 | Sandy Bratton | Participate in Board call with Weil and AlixPartners, D. Kurzweil and M. Petrie regarding cost-per-loan analysis review (1.1); attention to Board meeting scheduling (.2) | 1.30 | 565.50 |
| 01/05/23 | Sandy Bratton | Review docket and recently filed pleadings and update case records (.3); update case calendar and Calendar of Events Summary (.2) | 0.50 | 217.50 |
| 01/06/23 | Sandy Bratton | Review emails regarding Federal Reserve comments to Plan; confer with D. Kurzweil | 0.20 | 87.00 |

| Invoice No.: | 1000236678 | | | | Page 3 |
|---|---|---|---|---|---|
| Matter No.: | 210757.010100 | | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/23 | Sandy Bratton | regarding same Review email from Weil regarding milestone markers, material events and pending issues and emails with numerous Board members and teams regarding same (.3); participate in conference call with Board of Directors regarding status of pending issues (1.0) | 1.30 | 565.50 |
| 01/09/23 | David B. Kurzweil | Preparation for and conference with board regarding status and further handling | 1.20 | 1,848.00 |
| 01/09/23 | Matthew A. Petrie | Review presentation materials in preparation for board meeting (.3); attend board meeting with company and counsel regarding status of pending matters (.9) | 1.20 | 1,044.00 |
| 01/10/23 | Sandy Bratton | Review docket and recently filed orders and update case records | 0.10 | 43.50 |
| 01/11/23 | Sandy Bratton | Review of objections to Disclosure Statement and email from Weil regarding same (.3); review of amended Chapter 11 Plan and email from Weil regarding same (.2) | 0.50 | 217.50 |
| 01/12/23 | Sandy Bratton | Review CRB objection to Disclosure Statement and email from Weil with comments regarding same (.3); review further amended Chapter 11 Plan and email from Weil regarding same (.2) | 0.50 | 217.50 |
| 01/13/23 | Sandy Bratton | Review multiple pleadings and update case records (.3); update case calendar and Calendar of Events regarding same (.2) | 0.50 | 217.50 |
| 01/13/23 | David B. Kurzweil | Review of emails regarding status | 0.30 | 462.00 |
| 01/14/23 | David B. Kurzweil | Preparation for and conference with Weil regarding board issues (.6); review of materials for board meeting (.5) | 1.10 | 1,694.00 |
| 01/14/23 | Matthew A. Petrie | Review board presentation materials prepared by company (.9); attention to approval of minutes (.4) | 1.30 | 1,131.00 |
| 01/15/23 | Sandy Bratton | Participate in conference call with Board of Directors regarding status of pending issues | 1.10 | 478.50 |
| 01/15/23 | David B. Kurzweil | Review of board minutes (.3); preparation for and attend board meeting (1.4); conference with board members (.3); emails regarding board meeting (.3) | 2.30 | 3,542.00 |
| 01/15/23 | Matthew A. Petrie | Conference with board and company counsel regarding revised plan and disclosure statement | 0.90 | 783.00 |
| 01/17/23 | Sandy Bratton | Review multiple certificates, notices, orders and motions and update case records (.3); update case calendar and Summary of Calendar of Events (.3) | 0.60 | 261.00 |
| 01/17/23 | David B. Kurzweil | Conference with company counsel regarding status and further handling of legal research | 0.50 | 770.00 |
| 01/18/23 | Sandy Bratton | Assist with preparation for hearing | 0.70 | 304.50 |

| Invoice No.: | 1000236678 | | | | Page 4 |
|---|---|---|---|---|---|
| Matter No.: | 210757.010100 | | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/18/23 | Sandy Bratton | Review multiple pleading and orders and update case records (.3); update case calendar and Summary of Calendar of Events (.2) | 0.50 | 217.50 |
| 01/18/23 | Matthew A. Petrie | Review drafts of board minutes from prior meetings | 0.50 | 435.00 |
| 01/20/23 | David B. Kurzweil | Review of board meeting minutes (.3); review of emails from Weil (.2) | 0.50 | 770.00 |
| 01/23/23 | Sandy Bratton | Review "Weekly Look Ahead" report received from Weil (.1); review updated Cost-Per-Loan Analysis received from Weil (.1) | 0.20 | 87.00 |
| 01/24/23 | Sandy Bratton | Review pleadings and update case records | 0.10 | 43.50 |
| 01/24/23 | Matthew A. Petrie | Attention to approval of minutes | 0.70 | 609.00 |
| 01/25/23 | Sandy Bratton | Attention to Cost-Per-Loan Analysis received from Weil team (.2); attention to Board meeting minute drafts prepared by Weil (.1); confer with D. Kurzweil and M. Petrie regarding same (.1) | 0.40 | 174.00 |
| 01/25/23 | David B. Kurzweil | Review of board minutes | 0.30 | 462.00 |
| 01/25/23 | Matthew A. Petrie | Attention to approval of board minutes | 0.40 | 348.00 |
| 01/26/23 | Sandy Bratton | Review multiple pleadings including amended Plan and Disclosure Statement and update case records | 0.40 | 174.00 |
| 01/26/23 | Sandy Bratton | Participate in Board call D. Kurzweil and M. Petrie (.5); participate in Board call with Weil and AlixPartners, D. Kurzweil and M. Petrie regarding cost-per-loan analysis review, stakeholder and loan servicing issues and strategy (.8) | 1.30 | 565.50 |
| 01/26/23 | David B. Kurzweil | Conference with board members (.5); preparation for and participate in board meeting (1.0); review of board materials (.4) | 1.90 | 2,926.00 |
| 01/26/23 | Matthew A. Petrie | Attend pre-conference with board regarding status and open issues (.5); attend meeting of board with company counsel (.8) | 1.30 | 1,131.00 |
| 01/27/23 | Sandy Bratton | Continued review multiple pleadings including amended Plan and Disclosure Statement, Certificate of Counsel, Orders, Hearing Notice, and Monthly Operating Reports and update case records (.7); update case calendar and Calendar of Events regarding same (.5) | 1.20 | 522.00 |
| 01/27/23 | David B. Kurzweil | Review of case calendar regarding hearings for confirmation (.2); review of Voya representative issues and board resolution (.3) | 0.50 | 770.00 |
| 01/30/23 | Matthew A. Petrie | Attention to unanimous written consent regarding 401(k) plan administration (.3); review board update of material restructuring matters and status of same | 1.50 | 1,305.00 |

| | |
|---|---|
| Invoice No.: 1000236678 | Page 5 |
| Matter No.: 210757.010100 | |

Description of Professional Services Rendered

(.7); review draft minutes of board meetings (.5)

|  |  |
|---|---|
| Total Hours: | 33.10 |
| Total Amount: | $ 29,077.50 |

TIMEKEEPER SUMMARY FOR TASK CODE KS005,

    BOARD GOVERNANCE

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| Nathan P. Emeritz | 0.50 | 900.00 | 450.00 |
| David B. Kurzweil | 9.60 | 1,540.00 | 14,784.00 |
| Connor Q. Lynch | 0.30 | 615.00 | 184.50 |
| Matthew A. Petrie | 8.70 | 870.00 | 7,569.00 |
| Sandy Bratton | 14.00 | 435.00 | 6,090.00 |
| Totals: | 33.10 | 878.47 | $ 29,077.50 |

| Invoice No.: | 1000236678 | | | Page 6 |
|---|---|---|---|---|
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:    KS006    PLAN AND DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/02/23 | David B. Kurzweil | Review of issues and status of portfolio loan analysis (.7); review of emails regarding status (.3); review and comment on board minutes (.3); review of plan comments from CRB (.4); review of revisions to plan and disclosure statement (.9); review and comment on CUBI (.4) | 3.00 | 4,620.00 |
| 01/03/23 | David B. Kurzweil | Review of CUBI issues (.3); review of company documents for board (.5); review and comment on chapter 11 plan (.8) | 1.60 | 2,464.00 |
| 01/03/23 | Matthew A. Petrie | Attention to requests for additional information regarding disclosure statement and review corporate records regarding same (1.5); correspondence regarding analysis of revisions to plan (.7) | 2.20 | 1,914.00 |
| 01/05/23 | David B. Kurzweil | Review and comment on chapter 11 plan (.8); review of emails and bankruptcy pleadings from Weil (.4); conference with directors (.3) | 1.50 | 2,310.00 |
| 01/05/23 | Matthew A. Petrie | Review and analyze post-emergence analysis (.4); attend board call regarding same (1.0); review and analyze Federal Reserve comments to plan and disclosure statement (1.5); attention to inquiries of board members regarding additional disclosures (.5) | 3.40 | 2,958.00 |
| 01/06/23 | David B. Kurzweil | Review of documents and email to board regarding plan and reorganization and status (.5); review of update from Weil regarding status (.3); review of emails regarding open case issues (.3) | 1.10 | 1,694.00 |
| 01/06/23 | Matthew A. Petrie | Attention to Reserve Bank comments to plan and disclosure statement and correspondence with D. Kurzweil regarding analysis of same (1.8); review nondischargeability stipulations (.2); review additional plan comments from shareholder interests regarding plan releases (.5); attention to director disclosures (.7) | 3.20 | 2,784.00 |
| 01/09/23 | Matthew A. Petrie | Attention to director disclosures | 0.60 | 522.00 |
| 01/10/23 | David B. Kurzweil | Review of federal reserve comments to plan of reorganization | 0.40 | 616.00 |
| 01/10/23 | Matthew A. Petrie | Review and analyze additional comments to plan and disclosure statement by the Reserve Bank | 1.00 | 870.00 |
| 01/11/23 | David B. Kurzweil | Review of objections to disclosure | 0.30 | 462.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000236678 | | | Page 7 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | statement | | |
| 01/11/23 | Matthew A. Petrie | Correspondence regarding review and analysis of objections to disclosure statement | 0.60 | 522.00 |
| 01/12/23 | David B. Kurzweil | Review of disclosure statement objections and emails to board regarding same | 0.60 | 924.00 |
| 01/12/23 | Matthew A. Petrie | Analyze further revised plan (1.0); correspondence with D. Kurzweil regarding status and analysis of open issues (.4); analyze objection to disclosure statement filed by Cross River Bank and correspondence with D. Kurzweil regarding same (1.3) | 2.70 | 2,349.00 |
| 01/14/23 | Matthew A. Petrie | Conference with Weil regarding revised plan and disclosure statement | 0.40 | 348.00 |
| 01/15/23 | Matthew A. Petrie | Review revised plan circulated by Weil team in preparation for board meeting | 0.60 | 522.00 |
| 01/16/23 | David B. Kurzweil | Review and comment on chapter 11 plan | 0.50 | 770.00 |
| 01/17/23 | Matthew A. Petrie | Review and analyze additional comments to plan and disclosure statement from the Reserve Bank (.8); conference with company regarding disclosure matters (.6) | 1.40 | 1,218.00 |
| 01/18/23 | David B. Kurzweil | Review of objections to disclosure statement and issues for hearing (.4); review of board minutes (.3) | 0.70 | 1,078.00 |
| 01/18/23 | Matthew A. Petrie | Review revised plan and disclosure statement as filed | 0.80 | 696.00 |
| 01/19/23 | Matthew A. Petrie | Review further revised plan and disclosure statement in preparation for disclosure statement hearing | 0.60 | 522.00 |
| 01/24/23 | David B. Kurzweil | Review of cost per loan analysis and issues for plan confirmation | 1.10 | 1,694.00 |
| 01/25/23 | Matthew A. Petrie | Review updated cost-per-loan analysis in connection with plan and winddown | 0.50 | 435.00 |

Total Hours: 28.80

Total Amount: $ 32,292.00

TIMEKEEPER SUMMARY FOR TASK CODE KS006,

PLAN AND DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 10.80 | 1,540.00 | 16,632.00 |
| Matthew A. Petrie | 18.00 | 870.00 | 15,660.00 |
| Totals: | 28.80 | 1,121.25 | $ 32,292.00 |

| Invoice No.: | 1000236678 | Page 8 |
| Matter No.: | 210757.010100 | |

<u>Description of Professional Services Rendered</u>

TASK CODE:    KS007    COURT HEARINGS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 01/05/23 | Sandy Bratton | Review declarations, exhibits and witness lists filed and preparation for hearing on Motion to Compel | 0.30 | 130.50 |
| 01/05/23 | Matthew A. Petrie | Review additional pleadings and analysis regarding settlement with Customers Bank | 1.20 | 1,044.00 |
| 01/06/23 | Sandy Bratton | Review hearing agenda and cancellation and update case records | 0.20 | 87.00 |
| 01/19/23 | David B. Kurzweil | Preparation for and attend hearing on disclosure statement (2.3); review of pleadings (.2); review of revisions to disclosure statement and chapter 11 plan (.6) | 3.10 | 4,774.00 |
| 01/19/23 | Matthew A. Petrie | Attend hearing on approval of disclosure statement | 1.00 | 870.00 |

|  |  | Total Hours: | 5.80 |  |
|---|---|---|---|---|
|  |  | Total Amount: |  | $ 6,905.50 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE KS007</u>,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 3.10 | 1,540.00 | 4,774.00 |
| Matthew A. Petrie | 2.20 | 870.00 | 1,914.00 |
| Sandy Bratton | 0.50 | 435.00 | 217.50 |
| Totals: | 5.80 | 1,190.60 | $ 6,905.50 |

Invoice No.:   1000236678  
Matter No.:    210757.010100

Page 9

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nathan P. Emeritz | 0.50 | 900.00 | 450.00 |
| David B. Kurzweil | 23.70 | 1,540.00 | 36,498.00 |
| Dennis A. Meloro | 0.30 | 1,255.00 | 376.50 |
| Connor Q. Lynch | 0.30 | 615.00 | 184.50 |
| Matthew A. Petrie | 30.20 | 870.00 | 26,274.00 |
| Sandy Bratton | 18.70 | 435.00 | 8,134.50 |
| Totals: | 73.70 | 975.81 | $ 71,917.50 |

| | | |
|---|---|---|
| Invoice No.: | 1000236678 | Page 10 |
| Re: | Representing Board of Directors | |
| Matter No.: | 210757.010100 | |

Description of Expenses Billed:

<u>DATE</u>     <u>DESCRIPTION</u>                                                              <u>AMOUNT</u>

**No expenses charged to this file**