**Exhibit A**

# JONES DAY

**Atlanta Office**
1221 Peachtree Street, NE
Suite 400
Atlanta, GA  30361
**(404) 521-3939**
**Federal Identification Number:  34-0319085**

February 16, 2023                                                                                                                   102496
                                                                                                                      Invoice: 231600696

KServicing Corporation
925B Peachtree Street NE
Suite 1688
Atlanta, GA  30309
United States of America

For legal services rendered for the period through January 31, 2023:

|  | Hours |  | Amount |
|---|---:|---|---:|
| Case Administration | 0.70 |  | 332.50 |
| Department of Justice Investigations | 1.00 |  | 725.00 |
| Fee Application Preparation | 11.90 |  | 11,407.50 |
| Total Fees | 13.60 | USD | 12,465.00 |

Disbursement &amp; Charges Summary

| | | |
|---|---:|---:|
| Consultants and Agents Fees | 10,866.25 | |
| Hosting Charges | 5,437.80 | |
| | USD | 16,304.05 |
| **TOTAL** | USD | **28,769.05** |

# JONES DAY

102496                                                                                                                                             Page: 2

                                                                                                                                                    February 16, 2023

KServicing Corporation                                                                                     Invoice: 231600696

### Timekeeper/Fee Earner Summary – January 31, 2023

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| A E Lelling | Partner | 1996 | 0.50 | 1,400.00 | 700.00 |
| D J Merrett | Partner | 2007 | 7.30 | 1,200.00 | 8,760.00 |
| Total | | | 7.80 | | 9,460.00 |
| B N Wilhelm | Associate | 2017 | 1.00 | 725.00 | 725.00 |
| Total | | | 1.00 | | 725.00 |
| C L Smith | Paralegal | | 4.80 | 475.00 | 2,280.00 |
| Total | | | 4.80 | | 2,280.00 |
| **Total** | | | **13.60** | **USD** | **12,465.00** |

# JONES DAY

102496                                Page: 3
February 16, 2023
KServicing Corporation             Invoice: 231600696

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| **Case Administration** | | | |
| 01/03/23 | C L Smith | 0.10 | 47.50 |
| | Review docket and circulate recently-filed documents to Merrett, Perez. | | |
| 01/09/23 | C L Smith | 0.10 | 47.50 |
| | Review and distribute docket to Merrett, Perez. | | |
| 01/17/23 | C L Smith | 0.10 | 47.50 |
| | Review and distribute docket to Merrett, Perez. | | |
| 01/23/23 | C L Smith | 0.20 | 95.00 |
| | Review and distribute docket to Merrett, Perez (.10); obtain recently-filed documents and update electronic file management system with same (.10). | | |
| 01/30/23 | C L Smith | 0.20 | 95.00 |
| | Review and distribute docket to Merrett, Perez (.10); obtain recently-filed documents and update electronic file management system with same (.10). | | |
| | **Matter Total** | **0.70**   USD | **332.50** |
| **Department of Justice Investigations** | | | |
| 01/19/23 | B N Wilhelm | 1.00 | 725.00 |
| | Communicate with Kafiti (KServicing), Rodriguez (McGuireWoods), Klass (Forensic Risk Alliance), and Hall (Jamila Hall Law) regarding discussions with Cross River Bank about potential Small Business Administration settlement. | | |
| | **Matter Total** | **1.00**   USD | **725.00** |
| **Fee Application Preparation** | | | |
| 01/03/23 | A E Lelling | 0.50 | 700.00 |
| | Review and revise November fee application. | | |
| 01/03/23 | D J Merrett | 1.10 | 1,320.00 |
| | Communicate with Lelling regarding November fee application (.20); review and revise same (.40); communicate with Suarez (Weil) regarding same (.20); communicate with Lelling, Clay regarding fee estimate request from Katsigeorgis (Alix) (.30). | | |
| 01/05/23 | D J Merrett | 0.50 | 600.00 |
| | Communicate with Lelling regarding first quarter fee estimate for debtor (.20); review and analyze historic fees in connection with same (.30). | | |
| 01/11/23 | D J Merrett | 2.40 | 2,880.00 |
| | Review December time detail for compliance with US trustee guidelines (2.30); communicate with Clay regarding same (.10). | | |

# JONES DAY

102496                  Page: 4
February 16, 2023
KServicing Corporation          Invoice: 231600696

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 01/12/23 | D J Merrett | 0.30 | 360.00 |
| | Communicate with Lelling regarding Alix Partners fee estimate request. | | |
| 01/18/23 | D J Merrett | 0.40 | 480.00 |
| | Communicate with Clay regarding December invoice (.10); review same (.30). | | |
| 01/19/23 | D J Merrett | 0.40 | 480.00 |
| | Communicate with Smith regarding December invoice (.20); review time detail revisions in connection with same (.20). | | |
| 01/19/23 | C L Smith | 0.90 | 427.50 |
| | Emails with Merrett regarding Jones Day monthly fee application for December 2022 (.10); draft and revise same (.40); call with Merrett regarding same and interim fee application (.20); emails with Clay regarding comments to December 2022 invoice (.10); further revise monthly fee application (.10). | | |
| 01/23/23 | C L Smith | 1.10 | 522.50 |
| | Draft and revise Jones Day interim fee application. | | |
| 01/24/23 | D J Merrett | 2.20 | 2,640.00 |
| | Review and revise third monthly fee application (1.10); communicate with Suarez (Weil) regarding same (.20); communicate with Clay regarding 2023 rates (.20); draft notice to US Trustee regarding same (.50); communicate with Milana (RLF) regarding responses to second monthly fee application (.20). | | |
| 01/24/23 | C L Smith | 0.40 | 190.00 |
| | Draft and revise Jones Day interim fee application (.20); communicate with Merrett regarding December 2022 invoice (.10); draft email to Clay regarding information needed for interim fee application (.10). | | |
| 01/25/23 | C L Smith | 1.70 | 807.50 |
| | Research regarding Jones Day interim fee application (.10); revise same (.10); review information for interim fee application from Clay (.10); further draft and revise same (1.20); communicate with Merrett regarding same (.10); draft email to Merrett regarding interim fee application (.10). | | |
| **Matter Total** | | **11.90** | USD **11,407.50** |