## Exhibit B

# JONES DAY

102496

KServicing Corporation

Page: 5
February 16, 2023
Invoice: 231600696

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **Case Administration** | | | | |
| **HOSTING CHARGES** | | | | |
| 01/18/23 | D A Doell | ATL | 5,437.80 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100270921; Date: 1/5/2023 | | | |
| **Hosting Charges Subtotal** | | | | **5,437.80** |
| | | | | |
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 01/31/23 | A E Lelling | NYC | 10,866.25 | |
| | Vendor: Forensic Risk Alliance, Inc; Invoice#: US125_0012; Date: 2/9/2023 for professional services rendered - November 2022. | | | |
| **Consultants and Agents Fees Subtotal** | | | | **10,866.25** |
| | | | | |
| **Total** | | | **USD** | **16,304.05** |