IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re : Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
:
Debtors.[1] : (Jointly Administered)
:
: Re: Docket No. 26
------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ELIZABETH A. RUOCCO

PLEASE TAKE NOTICE that counsel to Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby gives notice of the withdrawal of the appearance of Elizabeth A. Ruocco of Weil, Gotshal & Manges LLP, effective immediately.

PLEASE TAKE FURTHER NOTICE that the Debtors also request that Elizabeth A. Ruocco be removed from all service lists, including the Court's CM/ECF electronic notification list effective immediately.

PLEASE TAKE FURTHER NOTICE that the representation of the Debtors by all of the other attorneys of record of Weil, Gotshal & Manges LLP and by all of the attorneys of record of Richards, Layton & Finger, P.A., in these cases is unaffected by this notice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28677648v.1

Dated: March 3, 2023
      Wilmington, Delaware

            */s/ Huiqi Liu*
            RICHARDS, LAYTON & FINGER, P.A.
            Daniel J. DeFranceschi (No. 2732)
            Amanda R. Steele (No. 5530)
            Zachary I. Shapiro (No. 5103)
            Matthew P. Milana (No. 6681)
            Huiqi Liu (No. 6850)
            One Rodney Square
            920 North King Street
            Wilmington, Delaware 19801
            Telephone: (302) 651-7700
            E-mail: defranceschi@rlf.com
                      steele@rlf.com
                      shapiro@rlf.com
                      milana@rlf.com
                      liu@rlf.com

            -and-

            WEIL, GOTSHAL & MANGES LLP
            Ray C. Schrock (admitted *pro hac vice*)
            Candace M. Arthur (admitted *pro hac vice*)
            Natasha S. Hwangpo (admitted *pro hac vice*)
            Chase A. Bentley (admitted *pro hac vice*)
            767 Fifth Avenue
            New York, New York 10153
            Telephone:   (212) 310-8000
            E-mail:       ray.schrock@weil.com
                              candace.arthur@weil.com
                              natasha.hwangpo@weil.com
                              chase.bentley@weil.com

            *Attorneys for Debtors and Debtors in Possession*