## CERTIFICATE OF SERVICE

I, Scott D. Jones, hereby certify that on March 6, 2023, I caused a copy of the **Limited Objection of Insperity PEO Services, L.P. to the Assumption of the Service Agreement with the Debtors** to be served via CM/ECF and electronic mail on the below Service List.

## SERVICE LIST

| RICHARDS, LAYTON & FINGER | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| Daniel J. DeFranceschi, Esq. | Ray C. Schrock, Esq. |
| Amanda R. Steele, Esq. | Candace M. Arthur, Esq. |
| Zachary I Shapiro, Esq. | Natasha S. Hwangpo, Esq. |
| Matthew P. Milana, Esq. | Chase A. Bentley, Esq. |
| One Rodney Square, P.O. Box 551 | 767 Fifth Avenue |
| Wilmington, DE 19899 | New York, New York 10153 |
| Email: defranceschi@rlf.com | Email: ray.schrock@weil.com |
| Email: steele@rlf.com | Email: candace.arthur@weil.com |
| Email: shapiro@rlf.com | Email: natasha.hwangpo@weil.com |
| Email: milana@rlf.com | Email: chase.bentley@weil.com |

Dated: March 6, 2023                                    */s/ Scott D. Jones*
                                                                        Scott D. Jones (No. 6672)