# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                          :
In re                                     :          **Chapter 11**
                                          :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.,*      :          **Case No. 22-10951 (CTG)**
                                          :
Debtors.[1]                               :          **(Jointly Administered)**
                                          :
                                          :
---------------------------------------------------------------- x

### DECLARATION OF JEREMY STERNBERG IN SUPPORT OF MOTION OF CUSTOMERS BANK PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR PRODUCTION OF DOCUMENTS AND TESTIMONY FROM DEBTORS

Pursuant to 28 U.S.C. § 1746, I, Jeremy Sternberg, hereby declare under penalty of perjury as follows:

      1.      I am a partner at Holland & Knight LLP and counsel for Customers Bank in the above captioned cases.  I am admitted pro hac vice to the Court for these cases.  I submit this declaration on behalf of Customers Bank in support of the *Motion of Customers Bank Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Production of Documents and Testimony from Debtors* (the "**Motion**").[2]

      2.      Attached hereto as Exhibit 1 is a true and correct copy of a January 18, 2023 letter from me to Debtors' counsel.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A).
[2]  All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

3.      Attached hereto as Exhibit 2 is a true and accurate copy of a January 26, 2023 email communication to the Debtor's counsel including a transition plan and a draft borrower letter.

4.      Attached hereto as Exhibit 3 is a true and accurate copy of a draft set of transition FAQs provided by me to the Debtor's counsel on January 27, 2023.

5.      Attached hereto as Exhibit 4 is a true and accurate copy of a January 31, 2023 email exchange between me and the Debtor's counsel.

6.      Attached hereto as Exhibit 5 is a true and accurate copy of a February 22, 2023 email from me to Debtor's counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 6, 2023
          Boston, Massachusetts

                    */s/Jeremy Sternberg*_____
                    Jeremy Sternberg

2

# **Exhibit 1**

# Holland & Knight

10 St. James Avenue | Boston, MA 02116 | T 617.523.2700 | F 617.523.6850
Holland & Knight LLP | www.hklaw.com

Jeremy M. Sternberg
+1 617-854-1476
Jeremy.Sternberg@hklaw.com

January 18, 2023

*Via E-mail*

Candace Arthur
Chase Bentley
Richard Slack
Theodore Tsekerides
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

   Re: Kabbage, Inc./Customers Bank

Dear Counsel:

   Pursuant to the Court's Order dated November 9, 2022 entering the Settlement Agreement between the Parties, Kabbage has certain servicing obligations to Customers Bank. In an effort to obtain the servicing information it needs and to which it is entitled to by the terms of the Settlement Agreement, on October 24, 2022, Customers Bank made a request in writing (to Donna Evans and Chioma Ajagba) for the following information:

1. ACH and payment information for all loans with a remaining balance (positive and negative), including:

   - ACH Fields needed
     - Bank Account Holder Name
     - Drafting Bank
     - Routing Number
     - Bank Account Number
     - Payment Amount
       - Draft Amount
     - Payment Frequency
     - Account Type: Checking/Savings
     - Draft Date

Atlanta | Austin | Boston | Century City | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth
Houston | Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

Algiers | Bogotá | London | Mexico City | Monterrey

Candace Arthur
Chase Bentley
Richard Slack
Theodore Tsekerides
January 18, 2023
Page 2

2. Fraud information – all documentation and data collected associated with loans with an outstanding balance that have a suspected or confirmed fraud indicator (per the CB Portfolio report and/or SBA Hold Code 50/51)

3. Extract of all data in the Biz2Credit platform for all borrower forgiveness applications (for all loans submitted to lender and in process with the SBA)

To date, Customers Bank has not received any of this vital information. Please advise whether Kabbage will provide this information voluntarily on or before January 20, 2023, which is nearly a full three months after the written request.

Very truly yours,

HOLLAND & KNIGHT LLP

/s/Jeremy M.. Sternberg
Jeremy M. Sternberg

cc: John Monaghan

#183566291_v1

# **Exhibit 2**

**Ruprecht, Sarah (BOS - X75838)**

| | |
|---|---|
| **From:** | Sternberg, Jeremy M (BOS - X71476) |
| **Sent:** | Thursday, January 26, 2023 8:57 PM |
| **To:** | Arthur, Candace M. |
| **Cc:** | Slack, Richard; Bentley, Chase; Hwangpo, Natasha; Tsekerides, Theodore; Monaghan, John (BOS - X75834) |
| **Subject:** | RE: Kabbage/Customers Bank |
| **Attachments:** | Draft Borrower Letter 1.26.23.pdf |

Dear All,
Good talking to you today.  In furtherance of the orderly transition we discussed, below is the current iteration of CB's transition plan (I will forward the referenced attachments once I receive them, other than the draft borrower communication which is attached as a pdf).

Please send along the AMEX information request that you mentioned on today's call so that CB can evaluate and add any necessary information.

We will circulate tomorrow morning some proposed times for a team call on Monday to discuss both the November remittance issue and the servicing transition issues.  In the meantime, John and I are also available for a call tomorrow to discuss any of the service transition data or operations issues.
Regards,
Jeremy

**\*\*\*\*\*\*\*\*\*\***

**As of 2/1/23, KServicing to:**
- Discontinue sending affirmative communications to borrowers - including billing and statements
- Respond to borrower inquires resulting from the borrower notice in line with the **attached FAQs**.
- Redirect borrowers with additional questions to ppp-servicing@customersbank or 1(800) 931-4480.
- Stop collecting borrower payments and forward payments received to:

  Customers Bank - Loan Ops
  40 General Warren Blvd Suite 200
  Malvern, PA 19355
- Discontinue processing new Guaranty and Forgiveness applications
- Close the Synovus CUBI PPP bank account, submit any funds remaining in the account to Customers Bank with a supporting bank reconciliation consistent with our normal servicing reports.

**Continue:**
- Processing and submission to the SBA forgiveness applications already received from borrowers (**see attachment to confirm population**)
- Submission of returns due to the SBA outstanding as of 10/3/2022 as itemized in 11/4/22 excel spreadsheet provided by KServicing.
- All service reporting, including February submission of the 1502 report for January, daily LSR, Supplemental and Portfolio, and remittance report until in process loans are resolved or some agreed upon date.
- Work with CB operations to research and resolve data discrepancies.
- Weekly operations meeting through final transition of loans to Customers Bank.

**Borrower Communication:**

- Customers Bank will send a communications on 1/31/23 to borrowers (**attached**). Borrowers can be directed to email Customers Bank at ppp-servicing@customersbank.com or 1(800) 931-4480.
- KServicing to respond to borrower inquiries on loans that are in process, other can be redirected to CB.

---

**From:** Sternberg, Jeremy M (BOS - X71476)
**Sent:** Wednesday, January 25, 2023 9:59 PM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Cc:** Slack, Richard <richard.slack@weil.com>; Bentley, Chase <Chase.Bentley@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>
**Subject:** Kabbage/Customers Bank

Candace,
John (primarily) and I have some bankruptcy proceeding related issues we wanted to discuss sooner than later with you and your team. Let us know if you have a few minutes tomorrow, ideally, or Friday. Some of them are somewhat time sensitive and could lend themselves to collaboration.
Regards,
Jeremy

**Jeremy Sternberg | Holland & Knight**
Partner
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone 617.854.1476 | Fax 617.523.6850
jeremy.sternberg@hklaw.com | www.hklaw.com

DRAFT 1/26/23

**1/31/23**

**SBA Loan #**: xxxxxxx

We know the past year has brought many unknowns including your PPP loan status. As you may recall, Customers Bank is the lender of your PPP loan.  Customers Bank is assuming servicing of your loan from Kabbage, Inc. d/b/a KServicing.

**What you need to know**
Kabbage, Inc. d/b/a KServicing filed for bankruptcy in October 2022. Customers Bank, as one of the nation's top PPP lenders focused on small business lending, is assuming servicing of all of our loans previously serviced by Kabbage, Inc. d/b/a KServicing, including your loan. We are committed to providing a complete offering of financial services to our PPP customers, so that you receive the service you need to keep advancing your business.

**What to Expect**
Our records indicate that you have a remaining balance on your loan. To ensure you don't miss a payment, all borrowers are required to confirm billing & contact information at this link.

If you haven't already applied for forgiveness, or if your application is currently in process, we will be sending you additional details and outlining remaining steps in a future communication.

**Contact Us**
Please feel free to contact us at any point should you have any questions regarding your account or status.

Customers Bank Care Center
**Hours**: Monday - Friday 8:00 a.m. – 8 p.m. (EST)
**Tel**: 855-123-1234
**E-mail**: ppp-servicing@customersbank.com

We look forward to working with you as we continue to service your account.

Best,
**Customers Bank**

# **Exhibit 3**



**Kabbage, Inc. d/b/a KServicing Transition FAQ's**
**Updated:** 1/24/23

<span style="color:red">**Not for distribution**</span>

## What happened to Kabbage, Inc. d/b/a KServicing?

- Kabbage, Inc. was bought by American Express.  d/b/a KServicing was created to continue servicing responsibilities for the PPP loan portfolio.

## What is the difference between Kabbage, Inc. and d/b/a KServicing?

- They are the same.

## Who is Customers Bank and who authorized you now to service my loan?

- Customers Bank has always been the lender of your PPP loan.  Your Note and any outstanding debt for your PPP loan is with Customers Bank.  Kabbage, Inc. d/b/a KServicing was servicing your loan on behalf of Customers Bank.  We are now assuming the servicing function of your loan.

## Why hasn't Kabbage, Inc. d/b/a KServicing informed me?

- As your lender, we have informed all borrowers of this transition. We are working with K/Servicing throughout this transition to minimize any borrower impact.

## Who is protecting my personal loan information that now resides with both you and Kabbage, Inc. d/b/a KServicing?

- For more details about our privacy policies and how we collect, protect, and use information, please visit <mark><insert address></mark>.

## (For those borrowers already making loan payments) Will my ACH information automatically be set up on your end so my monthly payments can be made automatically? Or do I need to do anything?

- Since your payment now needs to be made through Customers Bank, we do need you to authorize and provide that information. You can go to <mark><insert address></mark> to provide updated information.

## How do I contact you when I have any loan-related questions?

- Borrowers can contact [ppp-servicing@customersbank.com](mailto:ppp-servicing@customersbank.com) or call 1 (800) 931-4480 Monday – Friday  8:00 AM – 8:00 PM Eastern Standard time.



**Kabbage, Inc. d/b/a KServicing Transition FAQ's**
**Updated:** 1/24/23
## Since I have already been making PPP loan payments, how can I be sure that my prior payment information is correct?

- Ensuring the accuracy of your payment information is very important to us. As we receive this data from Kabbage, Inc. d/b/a KServicing, we will thoroughly reconcile it to payments you have already made. If you have any questions, please contact us once you get your billing statement.

## When will I receive my first billing statement?

- We are working to transfer your loan information and set up your account on our system. You will receive your first Customers Bank billing statement shortly after that has been completed. More information will be provided as we finalize those dates.

## Where can I send payment?

- To streamline your payment process and ensure your payment is applied on time, we encourage you to go to <insert address> to provide your most up to date ACH information. If you prefer to mail in a check, that payment can be mailed to:

  CUSTOMERS BANK – LOAN OPS
  40 General Warren Blvd., STE 200
  Malvern, PA 19355-1251

## If I still have loan forgiveness questions including how to apply, who should I contact about it?

- We are in the process of setting your loan up to handle forgiveness. Information will be sent out shortly with instructions on how to process your application. If you've already applied, we will provide updates on the status of your application.

## I already submitted a forgiveness application, what is happening with that?

- We are working with K/Servicing to complete processing of your application. We will contact you if any additional information is needed from you regarding your application.

# **Exhibit 4**

**Ruprecht, Sarah (BOS - X75838)**

| | |
|---|---|
| **From:** | Arthur, Candace M. <Candace.Arthur@weil.com> |
| **Sent:** | Tuesday, January 31, 2023 5:56 PM |
| **To:** | Sternberg, Jeremy M (BOS - X71476) |
| **Subject:** | RE: |

*[External email]*
Jeremy – apologies that it has taken the day to get feedback. The proposal was actually very well received and there were a number of components the company liked and thought were necessary to for a clean transition.  The benefits of "pausing" were certainly among the appreciated factors.  As I suspected though the turnaround was met with hesitation and the challenges of doing something like this on short notice didn't feel prudent. I think there is alignment on the key points and for the concepts that the company is working through to avoid hiccups it could be a good idea for the right fin ops people to talk and have a solution in place. I know it isn't 2/1 that your clients hoped but would they be willing to have the plan in place for 3/1 start?



Candace M. Arthur
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

**From:** Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>
**Sent:** Tuesday, January 31, 2023 5:39 PM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Subject:**

Candace,
Please let me know where we stand on the transition issues we discussed this morning.
Regards,
Jeremy

**Jeremy Sternberg** | **Holland & Knight**
Partner
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone 617.854.1476 | Fax 617.523.6850
jeremy.sternberg@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is

addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

# <u>Exhibit 5</u>

**Ruprecht, Sarah (BOS - X75838)**

| | |
|---|---|
| **From:** | Sternberg, Jeremy M (BOS - X71476) |
| **Sent:** | Wednesday, February 22, 2023 4:01 PM |
| **To:** | Arthur, Candace M.; Monaghan, John (BOS - X75834) |
| **Cc:** | Slack, Richard; Schrock, Ray; Tsekerides, Theodore; Bonk, Cameron; Hwangpo, Natasha |
| **Subject:** | RE: KServicing-/Customers Bank- Correspondence |

Candace and team,

It is now a week until March 1 and Kabbage has not shared any of the information needed to effect the limited cutover that we have discussed on March 1 (stopping borrower collections and new forgiveness applications), let alone the information required for a full transition some time later despite the many requests for information and invitations to meet by Customers Bank.

Much time has passed since our last joint meeting on the transition issues (at which time we discussed among other things the attached set of narrowed requests), and our subsequent requests for detail about borrower communications, connection between the IT teams on the cloud based loan files, comments on the draft borrower communication and FAQs, and more have not resulted in any meaningful responses.

John and I will call you later to conference our motion for a 2004 examination and associated documents relative to servicing transition issues.  We intend to file the motion in the next few days absent some tangible solution achieved by conferencing the matter.

Regards,
Jeremy

**Jeremy Sternberg** | **Holland & Knight**
Partner
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone 617.854.1476 | Fax 617.523.6850
jeremy.sternberg@hklaw.com | www.hklaw.com

---

**From:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Sent:** Monday, February 20, 2023 6:20 PM
**To:** Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>; Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>
**Cc:** Slack, Richard <richard.slack@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Bonk, Cameron <Cameron.Bonk@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>
**Subject:** RE: KServicing-/Customers Bank- Correspondence

*[External email]*
Jeremy

Slight clarification on the below (which doesn't change the outcome), the borrowers are not utilizing an "auto-debit" function but virtually **all** pay using the portal. With AmEx's assistance the company can block the payment function on the portal at the appropriate time.

Best
Candace



**Candace M. Arthur**
Partner
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

---

**From:** Arthur, Candace M.
**Sent:** Monday, February 20, 2023 12:19 PM
**To:** 'Sternberg, Jeremy M (BOS - X71476)' <Jeremy.Sternberg@hklaw.com>; Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>
**Cc:** Slack, Richard <richard.slack@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Bonk, Cameron <Cameron.Bonk@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>
**Subject:** RE: KServicing-/Customers Bank- Correspondence

Jeremy

The Company/Alix Partners have confirmed that over 90% of the ACH borrower payments are initiated by KS since those borrowers have KS permission to auto-debit.  As a result, in preparation for a transfer cutoff the Company would refrain from sending Synovus the ACH batch instruction file prior to the designated date.   For the nominal balance of borrower initiated payments KS can instruct Synovus to block all-go-forward external deposits to be effective on the designated cutoff date.  Synovus should have a few weeks advance notice to make sure they are prepared/ready.

Best
Candace



**Candace M. Arthur**
Partner
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

---

**From:** Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>
**Sent:** Monday, February 20, 2023 10:46 AM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>; Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>
**Cc:** Slack, Richard <richard.slack@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Bonk, Cameron <Cameron.Bonk@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>
**Subject:** RE: KServicing-/Customers Bank- Correspondence

Candace,
Hope you are enjoying the long weekend.

Any updates your team can provide on the Synovus and ACH information you conveyed below would be of great interest to the Bank.  If there is anything further the Bank can do to assist KS with the transition, please let us know.

Regards,
Jeremy

---

**From:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Sent:** Friday, February 10, 2023 5:06 PM
**To:** Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>; Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>
**Cc:** Slack, Richard <richard.slack@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Bonk, Cameron <Cameron.Bonk@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>
**Subject:** RE: KServicing-/Customers Bank- Correspondence

*[External email]*
Appreciate it.

You can convey to your client that AlixPartners has been tasked with obtaining options from Synovus as to what features can be used on the account to minimize leakage and the issues Alyssa raised. We will get the landscape of options and revert.

Second update – American Express gave direction yesterday evening as to where the ACH information Melissa requested can be located. The Company is looking into this so hopefully that task will be completed sooner than later.



**Candace M. Arthur**
Partner
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

---

**From:** Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>
**Sent:** Friday, February 10, 2023 4:49 PM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>; Slack, Richard <richard.slack@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Bonk, Cameron <Cameron.Bonk@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>
**Cc:** Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>
**Subject:** RE: KServicing-/Customers Bank- Correspondence

Let's discuss at noon on Monday (with Alyssa White and others on our team) the settlement reconciliation issues you want to talk about.

---

**From:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Sent:** Wednesday, February 8, 2023 11:36 AM

3

**To:** Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>
**Cc:** Bonk, Cameron <Cameron.Bonk@weil.com>; Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Slack, Richard <richard.slack@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>
**Subject:** RE: KServicing-/Customers Bank- Correspondence

*[External email]*
Thank you!



Candace M. Arthur
Partner
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

---

**From:** Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>
**Sent:** Wednesday, February 8, 2023 11:35 AM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Cc:** Bonk, Cameron <Cameron.Bonk@weil.com>; Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Slack, Richard <richard.slack@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>
**Subject:** RE: KServicing-/Customers Bank- Correspondence

Candace,
We stand ready to meet and work through all the issues (transition, remittance, reconciliation). We are available to meet on all of it between noon and 2 on Friday. Please let us know your team's availability in that window.
Regards,
Jeremy

**Jeremy Sternberg | Holland & Knight**
Partner
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone 617.854.1476 | Fax 617.523.6850
jeremy.sternberg@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Sent:** Wednesday, February 8, 2023 6:08 AM
**To:** Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>
**Cc:** Bonk, Cameron <Cameron.Bonk@weil.com>; Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>; Tsekerides, Theodore <theodore.tsekerides@weil.com>; Slack, Richard <richard.slack@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>
**Subject:** Re: KServicing-/Customers Bank- Correspondence

*[External email]*

Acknowledging receipt. Formal response will be provided; however, given your scheduling conflicts set forth, please let us know of your client's availability to meet this week. Based on the statements you made that the information is already available to KServicing and your client is prepared to identify and walk through the pending issues it should be a meeting we can quickly have and dispense of.  Resolving this matter to conclusion and mitigating, if possible, the continued related legal expenses is of utmost priority to the Debtors and other stakeholders. Please ensure it is a priority for your client.


**Candace M. Arthur**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax


On Feb 3, 2023, at 11:40 AM, Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com> wrote:


Please see attached correspondence.

**Jeremy Sternberg | Holland & Knight**
Partner
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone 617.854.1476 | Fax 617.523.6850
jeremy.sternberg@hklaw.com | www.hklaw.com

---

**From:** Bonk, Cameron <Cameron.Bonk@weil.com>
**Sent:** Monday, January 30, 2023 12:05 PM
**To:** Sternberg, Jeremy M (BOS - X71476) <Jeremy.Sternberg@hklaw.com>; Monaghan, John (BOS - X75834) <john.monaghan@hklaw.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Slack, Richard <richard.slack@weil.com>; Arthur, Candace M. <Candace.Arthur@weil.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Schrock, Ray <Ray.Schrock@weil.com>
**Subject:** KServicing-/Customers Bank- Correspondence

*[External email]*
Counsel:

Please see the attached correspondence.

Regards,


<image001.jpg>

**Cameron Mae Bonk**

*(She/Her/Hers)*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Cameron.Bonk@weil.com
+1 212 310 8542 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

<Customers-Kabbage - Letter to R Slack 02.03.2023.pdf>

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.