# **EXHIBIT F**

## **Rejection Schedule**

Rejection Schedule

| Counterparty | Debtor | Contract Description | Unique ID |
|---|---|---|---|
| American Express Kabbage Inc, f/k/a Alpha Kabbage, Inc. | Kabbage, Inc. d/b/a KServicing | Transition Services Agreement by and between Alpha Kabbage, Inc. and Kabbage, Inc. and all Amendments, Addendums and Change Orders thereto | 3216 |
| American Express Kabbage Inc, f/k/a Alpha Kabbage, Inc. | Kabbage, Inc. d/b/a KServicing | Transition Services Agreement by and between Alpha Kabbage, Inc. and Kabbage, Inc. and all Amendments, Addendums and Change Orders thereto | 3217 |
| Apisero Inc | Kabbage, Inc. d/b/a KServicing | MSA related to Mulesoft services | 3218 |
| Automation Anywhere | Kabbage, Inc. d/b/a KServicing | Cloud Automation Agreement Order Form Q-154064-1 and Q-154065-1 | 3223 |
| Biz2Credit Inc | Kabbage, Inc. d/b/a KServicing | Software Licensing Agreement dated April 28, 2021 and any amendments thereto | 3232 |
| CBIZ MHM, LLC | Kabbage, Inc. d/b/a KServicing | Agreement to Provide Verification Services, dated June 18, 2019, by and between CBIZ MHM, LLC, Kabbage Inc. and Kabbage Asset Funding 2019-A LLC, as amended by that certain Amendment No.1 dated June 2, 2020 | 3240 |
| CBIZ MHM, LLC | Kabbage, Inc. d/b/a KServicing | Agreement to Provide Administrator Agent Services, dated March 15, 2019, by and between CBIZ MHM, LLC, Kabbage Inc. and Kabbage Asset Securitization LLC | 3241 |
| CBIZ MHM, LLC | Kabbage Asset Securitization LLC | Agreement to Provide Administrator Agent Services, dated March 15, 2019, by and between CBIZ MHM, LLC, Kabbage Inc. and Kabbage Asset Securitization LLC | 3453 |
| CBIZ MHM, LLC | Kabbage Diameter, LLC | Agreement to Provide Verification Services, dated June 18, 2019, by and between CBIZ MHM, LLC, Kabbage Inc. and Kabbage Asset Funding 2019-A LLC, as amended by that certain Amendment No.1 dated June 2, 2020 | 3457 |
| Corecard Software, Inc | Kabbage, Inc. d/b/a KServicing | Professional Services Agreement CT 101111 Extending Loan Maturity with New Payment Schedule September 16, 2022 and any current agreement associated with this or any existing PSA | 3259 |
| Corecard Software, Inc | Kabbage, Inc. d/b/a KServicing | Master Loop Processing Agreement dated February 6, 2020 and any Amendments or Addendums thereto | 3260 |
| Depot.com, LLC | Kabbage, Inc. d/b/a KServicing | Master Services Agreement, dated January12, 2015, by and between loan Depot.com, LLC and Orchard Electronic Markets, LLC and assigned to Kabbage, Inc. pursuant to Contract Assignment Agreement dated May 7, 2018 | 3277 |
| Five9 Inc | Kabbage, Inc. d/b/a KServicing | Master Services Agreement effective December 4, 2020 and any Amendment, Addendums or Service Orders thereto | 3294 |
| InscribeAI, Inc | Kabbage, Inc. d/b/a KServicing | SAAS Services Agreement effective November 5, 2021 | 3310 |
| KLDiscovery Ontrack, LLC d/b/a KLDiscovery | Kabbage, Inc. d/b/a KServicing | Statement of Work 7506706 dated March 30, 2021 | 3315 |
| KLDiscovery Ontrack, LLC d/b/a KLDiscovery | Kabbage, Inc. d/b/a KServicing | Statement of Work 7506707 dated March 30, 2021 | 3316 |
| KLDiscovery Ontrack, LLC d/b/a KLDiscovery | Kabbage, Inc. d/b/a KServicing | Work Order SO# 7529582 dated April 20, 2022 | 3317 |
| LexisNexis Risk Solutions FL Inc | Kabbage, Inc. d/b/a KServicing | Step Agreement dated October 16, 2020 | 3323 |
| Lexolution, LLC | Kabbage, Inc. d/b/a KServicing | Statement of Work dated July 6, 2021 | 3324 |
| Marlette Funding, LLC | Kabbage, Inc. d/b/a KServicing | Customer Contract acquired by and through the Asset Purchase Agreement dated as of April 20, 2018 (the "Agreement") by and among Orchard App, Inc. and Kabbage, Inc. | 3332 |
| Marlette Funding, LLC | Kabbage, Inc. d/b/a KServicing | Master Services Agreement, dated June 14, 2014, by and between Marlette Funding, LLC and Orchard Electronic Markets, LLC and assigned to Kabbage, Inc. pursuant to Contract Assignment Agreement dated May 7, 2018 | 3333 |

## Rejection Schedule

| Counterparty | Debtor | Contract Description | Unique ID |
|---|---|---|---|
| Marqeta, Inc. | Kabbage, Inc. d/b/a KServicing | Master Services Agreement, dated as of March 20, 2015, by and between Marqeta, Inc. and Kabbage, Inc., as amended by the Program Addendum (Kabbage) dated as of October 6, 2015, as amended by Amendment No. 1 to Master Services Agreement | 3334 |
| Marqeta, Inc. | Kabbage, Inc. d/b/a KServicing | Master Services Agreement, dated as of March 18, 2020, by and between Marqeta, Inc. and Kabbage, Inc. (as amended). | 3336 |
| MasterCard International Incorporated | Kabbage, Inc. d/b/a KServicing | Small Business Credit Co-Brand Agreement, dated as of February 27, 2020, by and between Kabbage, Inc. and MasterCard International Incorporated | 3343 |
| MasterCard International Incorporated | Kabbage, Inc. d/b/a KServicing | Small Business Decision Enhancer, dated as of December 21, 2018, by and between Kabbage, Inc. and Mastercard International Incorporated, as amended by Amendment, dated as of February 26, 2020 | 3344 |
| MasterCard International Incorporated | Kabbage, Inc. d/b/a KServicing | Partner Referral Program Letter Agreement, dated as of October 20, 2014, by and between MasterCard International Incorporated and Kabbage, Inc | 3345 |
| MasterCard International Incorporated | Kabbage, Inc. d/b/a KServicing | Business Indices Data Evaluation and Prototyping Agreement, dated as of June 24, 2013, by and between MasterCard International Incorporated and Kabbage, Inc. | 3346 |
| MasterCard International Incorporated | Kabbage, Inc. d/b/a KServicing | Data Evaluation Agreement, dated as of November 15, 2017, by and between and MasterCard International Incorporated Kabbage, Inc. (as amended) | 3347 |
| MasterCard International Incorporated | Kabbage, Inc. d/b/a KServicing | Small Business Decision Enhancer Statement of Work, dated as of December 21, 2018, by and between MasterCard Services International Incorporated and Kabbage, Inc. (as amended) | 3348 |
| MasterCard International Incorporated | Kabbage, Inc. d/b/a KServicing | Letter Agreement regarding Mastercard/Kabbage Partner Referral Program sign October 20, 2014 | 3349 |
| MasterCard International Incorporated | Kabbage, Inc. d/b/a KServicing | Letter Agreement regarding Mastercard/Kabbage Pilot Program dated February 16, 2014 | 3350 |
| Retail Capital LLC d/b/a Credibly | Kabbage, Inc. d/b/a KServicing | Customer Contract acquired by and through the Asset Purchase Agreement dated as of April 20, 2018 (the "Agreement") by and among Orchard App, Inc. and Kabbage, Inc. | 3385 |
| Retail Capital LLC dba Credibly | Kabbage, Inc. d/b/a KServicing | Master Services Agreement, dated January 22, 2016, by and between Retail Capital LLC dba Credibly and Orchard Electronic Markets, LLC and assigned to Kabbage, Inc. pursuant to Contract Assignment Agreement dated May 7, 2018 | 3386 |
| Salesforce.com, Inc | Kabbage, Inc. d/b/a KServicing | Master Subscription Agreement dated June 6, 2020 and all Amendments, Addendums, and Order Forms | 3390 |
| Salesforce.com, Inc | Kabbage, Inc. d/b/a KServicing | MSA 12/12/11 | 3473 |
| Salesforce.com, Inc | Kabbage, Inc. d/b/a KServicing | MSA 12/12/11 | 3474 |
| Salesforce.com, Inc | Kabbage, Inc. d/b/a KServicing | salesforce-msa- 06062020-04112021 (TABLEAU) | 3475 |
| Salesforce.com, Inc | Kabbage, Inc. d/b/a KServicing | salesforce-msa- 06062020-04112021 (TABLEAU) | 3476 |
| Swift Financial Corporation | Kabbage, Inc. d/b/a KServicing | Customer Contract acquired by and through the Asset Purchase Agreement dated as of April 20, 2018 (the "Agreement") by and among Orchard App, Inc. and Kabbage, Inc. | 3401 |
| Swift Financial Corporation | Kabbage, Inc. d/b/a KServicing | Master Services Agreement, dated November 24, 2015, by and between Swift Financial Corporation and Orchard Electronic Markets, LLC and assigned to Kabbage, Inc. pursuant to Contract Assignment Agreement dated May 7, 2018 | 3402 |
| Tableau Software, LLC | Kabbage, Inc. d/b/a KServicing | Tableau Order Number: 5428986 signed February 28, 2022 | 3403 |
| TransUnion Risk & Alternative Data Solutions, Inc | Kabbage, Inc. d/b/a KServicing | Subscriber Agreement signed October 21, 2014 and any Amendments, Addendums, or Supplements thereto | 3410 |

Rejection Schedule

| Counterparty | Debtor | Contract Description | Unique ID |
|---|---|---|---|
| URS Technologies Solutions LLC | Kabbage, Inc. d/b/a KServicing | Master Service Agreement dated September 28, 2017 and any Amendments thereto and all Statements of Work under this Agreement | 3420 |
| URS Technologies Solutions LLC | Kabbage, Inc. d/b/a KServicing | Data Processing Addendum effective January 28, 2020 and all Statements of Work under this Agreement | 3421 |
| Visa U.S.A., Inc. | Kabbage, Inc. d/b/a KServicing | Visa Direct Incentive Agreement, dated August 13, 2018, between Visa U.S.A., Inc. and Kabbage, Inc. | 3432 |
| Xcellence, Inc. d/b/a Xact Data Discovery | Kabbage, Inc. d/b/a KServicing | Statement of Work dated March 28, 2022 | 3446 |