## Exhibit A

**Contract Schedule**

**Assumption Schedule**

| Counterparty | Debtor | Contract Description | Proposed Cure Amount ($) | Unique ID |
|---|---|---|---|---|
| Amazon Web Services | Kabbage, Inc. d/b/a KServicing | Financial Services Addendum: Mexico, by and between Amazon Web Services, Inc. and Kabbage, Inc., dated January 25, 2018 | $  – | 3468 |
| Amazon Web Services | Kabbage, Inc. d/b/a KServicing | AWS Customer Agreement, by and between Amazon Web Services, Inc. and Kabbage, Inc., dated January 25, 2018, as updated from time to time | $  – | 3469 |
| Blackline Systems, Inc | Kabbage, Inc. d/b/a KServicing | Master Subscription Agreement and Order dated March 31, 2017 and any additional Orders thereafter | $  – | 3234 |
| Cloud Software Group, Inc. | Kabbage, Inc. d/b/a KServicing | Order Form Effective Date: February 9, 2023 | $  – | 3470 |
| DocuSign, Inc | Kabbage, Inc. d/b/a KServicing | Order Form Q-00736572 effective February 2, 2022 | $  – | 3278 |
| Dynamic Recovery Solutions, LLC | Kabbage, Inc. d/b/a KServicing | Master Services Agreement dated February 18, 2020 and any Amendments or Addendums thereto | $  – | 3280 |
| Experian Information Solutions Inc | Kabbage, Inc. d/b/a KServicing | Experian Product and Services agreement signed May 9, 2012 and any Addenda thereto, including those executed by the parties in January 2023 | $  – | 3471 |
| ManageEngine (A Division of ZOHO Corporation) | Kabbage, Inc. d/b/a KServicing | Annual Subscription Fee for ManageEngine ADManager Plus Professional Edition | $  – | 3472 |
| OCL Financial Services LLC | Kabbage, Inc. d/b/a KServicing | OnCourse Learning Service Agreement dated December 1, 2021 and any Amendments thereto | $  – | 3364 |