# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Regarding Docket No. 608** |

## DECLARATION OF SERVICE

I, William A. Hazeltine, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am a member of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3. On March 6, 2023, I caused one copy of the following to be served via First Class U.S. Mail on the parties listed on the attached Service List:

- Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination.

| | | | |
|---|---|---|---|
| Date: | March 7, 2023 | By: | */s/ William A. Hazeltine* |
| | Wilmington, Delaware | | William A. Hazeltine (No. 3294) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# SERVICE LIST

| | |
|---|---|
| Cross River Bank<br>Attn: Arlen Gelbard, Esq, General Counsel<br>Fort Lee, NJ 07024<br>agelbard@crossriverbank.com | US Department of Justice<br>Attn: Alastair M Gesmundo<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>Alastair.M.Gesmundo@usdoj.gov |
| Greenberg Traurig, LLP<br>Attn: Anthony W Clark<br>The Nemours Bldg<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801<br>Anthony.Clark@gtlaw.com | Federal Reserve Bank of San Francisco<br>Attn: Avery Belka<br>San Francisco, CA 94105<br>Avery.Belka@sf.frb.org |
| RSM US LLP<br>Attn: Ben Brockman<br>Chicago, IL 60606<br>ben.brockman@rsmus.com | Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Susheel Kirpalani<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com |
| US Attorney's Office<br>ED of Texas, Civil Division<br>550 Fannin St, Ste 1250<br>Baeumont, TX 77701<br>Betty.Young@usdoj.gov | Federal Reserve Bank of San Francisco<br>Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105<br>Braden.Parker@sf.frb.org;<br>wallace.young@sf.frb.org |
| Amazon Web Services<br>c/o K&L Gates/Brian Peterson<br>Seattle, WA 98104<br>brian.peterson@klgates.com | Sullivan & Cromwell LLP<br>Attn: James L Bromley<br>New York, NY 10004-2498<br>bromleyj@sullcrom.com |
| Fortis Advisors<br>Attn: Courtney Nothaus<br>San Diego, CA 92130<br>cnothaus@fortisrep.com | Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C Abbott<br>1201 N Market St, 16th Fl<br>Wilmington, DE 19801<br>dabbott@morrisnichols.com |
| KLDiscovery Ontrack, LLC<br>Attn: Dale Drury<br>McLean, VA 22102<br>dale.drury@kldiscovery.com | Goodwin Procter LLP<br>Attn: Dondi Dancy<br>Redwood City, CA 94063<br>ddancy@goodwinlaw.com |

# SERVICE LIST

Richards, Layton & Finger, PA
Attn: Daniel J DeFranceschi
1 Rodney Sq
920 N King St
Wilmington, DE 19801
defranceschi@rlf.com

US Small Business Administration
Attn: Edward Ledford, Deputy Director
409 3rd St SW, 8th Fl
Washington, DC 20416
edward.ledford@sba.gov

Small Business Administration
Attn: Eric S Benderson
Attn: Susan Streich
409 3rd St SW, Ste 7211
Washington, DC 20416
eric.benderson@sba.gov

Greenberg Traurig, LLP
Attn: Brian E Greer
New York, NY 10017
greerb@gtlaw.com

Libra Risk Management
Attn: Ian Cox
Foxborough, MA 02035
icox@kservicecorp.com

Corporation Service Company
Attn: Jessica Mullenix Woodward
Wilmington, DE 19808
jessica.woodward@cscgfm.com;
UCCSPREP@cscglobal.com

Customers Bank
Attn: Jennifer Petsu
West Reading, PA 19611
jpetsu@customersbank.com;
asachs@customersbank.com

US Attorney's Office
District of Massachusetts, Civil Division
1 Courthouse Way, Ste 9200
Boston, MA 02210
Diane.Seol@usdoj.gov

Lanier Parking Solutions I, LLC
dba Reef Parking
730 Peachtree St, Box 35
Atlanta, GA 30308
elliott.roby@reefparking.com

Cross River Bank
Attn: Gilles Gade & Arlen Gelbard
400 Kelby St
Ft Lee, NJ 07024
ggade@crossriverbank.com

Benesch, Friedlander, Coplan & Aronoff, LLP
Attn: Gregory W Werkheiser
Wilmington, DE 19801
gwerkheiser@beneschlaw.com

Option 1 Partners LLC
Attn: Jackie Flake
Alpharetta, GA 30005
jackie@option1partners.com

MorganFranklin Consulting, LLC
Attn: Timothy Keefe
McLean, VA 22102
tim.keefe@morganfranklin.com

Box, Inc
Attn: David Leeb, Jason Silapachai
Redwood City, CA 94063
jsilapachai@box.com

# SERVICE LIST

Vital Outsourcing Services Inc
Attn: Ken Braddock
Berkeley Lake, GA 30092
kbraddock@vitasolutions.net

Goodwin Procter LLP
Attn: Kimberly Larie
Boston, MA 02210
KLarie@goodwinkaw.com

Greenberg Traurig, LLP
Attn: David B Kurzweil
Terminus 200
3333 Piedmont Rd, NE, Ste 2500
Atlanta, GA 30305
kurzweild@gtlaw.com

Celtic Bank Corp
Attn: Leslie K Rinaldi, General Counsel
Salt Lake City, UT 84111
lrinaldi@celticbank.com

Transunion Risk And Alternative Data Solutions
Attn: Steven Littman
Boca Raton, FL 33431
steven.littman@transunion.com

Small Business Administration
Attn: Susan Streich, Eric Benderson
Washington, DC 20416
susan.streich@sba.gov;
eric.benderson@sba.gov

Federal Reserve Bank of San Francisco
c/o Cleary Gottlieb
1 Liberty Plz
New York, NY 10006
lschweitzer@cgsh.com

Major, Lindsey & Africa/Allegis Group Holdings Inc
Attn: Michael A Albino
Hanover, MD 21076
malbino@mlaglobal.com

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Matthew R Scheck
Austin, TX 78701
matthewscheck@quinnemanuel.com

Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy
c/o The Finley Firm, PC
Piedmont Ctr, Bldg 14
3525 Piedmont Rd, Ste 230
Atlanta, GA 30305
mgibson@thefinleyfirm.com

Federal Trade Commission
Attn: Marguerite Moeller
Atlanta, GA 30303
mmoeller@ftc.gov

Federal Trade Commission
Attn: Alan Babowski
Washington, DC 20580
abakowski@ftc.gov


# SERVICE LIST

URS Technologies Solutions LLC
Attn: Mukesh Chamedia
Iselin, NJ 08830
mukesh@blucognition.com

Young Conaway Stargatt & Taylor, LLP
Attn: Pauline K Morgan
1000 N King St
Wilmington, DE 19801
pmorgan@ycst.com

American Express Kabbage Inc
Attn: Tara Rajani
Atlanta, GA 30308
Tara.e.rajani@aexp.co

Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy
c/o White & Williams, LLP
1650 Market St
1 Liberty Pl, Ste 1800
Philadelphia, PA 19103
properj@whiteandwilliams.com;
heskins@whiteandwilliams.com

Weil, Gotshal & Manges LLP
Attn: Ray C Schrock
Candace M. Arthur
New York, NY 10153
ray.schrock@weil.com
candace.arthur@weil.com

United States Trustee
Attn: Richard L Schepacarter
844 King St, Ste 2207
Lockbox 35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

Thomas E Austin Jr, LLC
Attn: Thomas E Austin Jr
Atlanta, GA 30324
taustin@taustinlaw.com

US Department of Justice
Civil Division, Commercial Litigation Branch, Fraud Section
175 N St NE, Rm 10.1806
Washington, DC 20002
Sarah.E.Loucks@usdoj.gov;
Alastair.M.Gesmundo@usdoj.gov

US Attorney's office for the District of Massachusetts
Attn: Brian LaMacchia
Boston, MA 02210
brian.lamacchia@usdoj.gov

Cousins Law LLC
Attn: Scott D Cousins
Brandywine Plz W
1521 Concord Pike, Ste 301
Wilmington, DE 19801
scott.cousins@cousins-law.com

# SERVICE LIST

Vaco LLC
Attn: Shannon Gwinner
Atlanta, GA 30346
sgwinner@vaco.com

Moore Colson
Attn: Sarah Parker
Atlanta, GA 30339
sparker@moorecolson.com

Federal Reserve Bank of Minneapolis
Attn: Tavis J Morello
Minneapolis, MN 55401
Tavis.Morello@mpls.frb.org