**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 7, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Supplemental Notice of Potential Assumption and Cure Amounts in Connection With Contracts and Leases [Docket No. 612]**

Dated: March 8, 2023

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 8th day of March, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Carolyn K Cashman
Notary Public

> CAROLYN K. CASHMAN
> Notary Public - California
> Los Angeles County
> Commission # 2396732
> My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

## <u>EXHIBIT A</u>

**Exhibit A**
**Service List**

| Name | Address | Email | Method of Service |
|------|---------|-------|-------------------|
| Amazon Web Services | c/o K&L Gates/Brian Peterson<br>925 Fourth Ave, Ste 2900<br>Seattle, WA 98104 | brian.peterson@klgates.com | Email<br>First Class Mail |
| Blackline Systems, Inc | 21300 Victory Blvd, 12th Fl<br>Woodland Hills, CA 91367 | billing@blackline.com | Email<br>First Class Mail |
| Cloud Software Group, Inc | 851 W Cypress Creek Rd<br>Ft Lauderdale, FL 33309 | | First Class Mail |
| Docusign Inc | 221 Main St, Ste 1000<br>San Francisco, CA 94105 | remittance@docusign.com | Email<br>First Class Mail |
| DocuSign, Inc | 221 Main St, Ste 1550<br>San Francisco, CA 94105 | | First Class Mail |
| Dynamic Recovery Solutions LLC | 135 Interstate Blvd, Ste 6<br>Greenville, SC 29615 | jasonh@gotodrs.com | Email<br>First Class Mail |
| Experian | Attn: General Counsel, Law Dept<br>475 Anton Blvd<br>Costa Mesa, CA 92626 | | First Class Mail |
| Experian Information Solutions Inc | P.O. Box 881971<br>Los Angeles, CA 90088-6133 | | First Class Mail |
| ManageEngine | a Div of ZOHO Corp<br>4141 Hacienda Dr<br>Pleasanton, CA 94588-8549 | | First Class Mail |
| OCL Financial Services LLC | 20225 Water Tower Blvd, 4th Fl<br>Brookfield, WI 53045 | | First Class Mail |
| OCL Financial Services LLC | P.O. Box 860507<br>Minneapolis, MN 55486-0507 | | First Class Mail |
| OCL Financial Services LLC | P.O. Box 860704<br>Minneapolis, MN 55486-0704 | | First Class Mail |