IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

    I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 7, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Rejection of Certain Agreements Pursuant to the Plan [Docket No. 613]**

Dated: March 8, 2023

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 8th day of March, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| American Express Kabbage Inc | fka Alpha Kabbage, Inc<br>Sullivan & Cromwell LLP<br>125 Broad St<br>New York, NY 10004 | | First Class Mail |
| American Express Kabbage Inc | fka Alpha Kabbage, Inc<br>American Express Travel Related Services<br>Legacy Company, Inc<br>200 Vesey St<br>New York, NY 10285 | | First Class Mail |
| American Express Kabbage, Inc | Attn: GCO, Matthew Heimann<br>200 Vesey St<br>New York, NY 10285 | matthew.heimann@aexp.com | Email<br>First Class Mail |
| Apisero Inc | Attn: Venkat Mudupu<br>1351 N Alma School Rd, Ste 150<br>Chandler, AZ 85224 | info@apisero.com | Email<br>First Class Mail |
| Automation Anywhere | Attn: General Counsel<br>633 River Oaks Pkwy<br>San Jose, CA 95134 | legalnotices@automationanywhere.com | Email<br>First Class Mail |
| Biz2Credit Inc | c/o DLA Piper LLP (US)<br>Attn: C Kevin Kobbe<br>6225 Smith Ave<br>Baltimore, MD 21209 | kevin.kobbe@us.dlapiper.com | Email<br>First Class Mail |
| Biz2Credit Inc | One Penn Plz, Ste 3101<br>New York, NY 10119 | legal@biz2credit.com | Email<br>First Class Mail |
| Biz2Credit Inc | 1 Penn Plz, Ste 4530<br>New York, NY 10119 | | First Class Mail |
| CBIZ MHM, LLC | Attn: M Michael Aquino<br>401 Plymouth Rd, Ste 200<br>Plymouth Meeting, PA 19462 | | First Class Mail |
| CoreCard Software, Inc | c/o Baker, Donelson, Bearman, Caldwell &<br>Berkowitz, P.C.<br>Attn: Hailey V McNair<br>Monarch Plaza<br>3414 Peachtree Rd NE, Ste 1500<br>Atlanta, GA 30326 | hmcnair@bakerdonelson.com | Email<br>First Class Mail |
| Corecard Software, Inc | 1 Meca Way<br>Norcross, GA 30093 | kim@intelsys.com | Email<br>First Class Mail |
| CoreCard Software, Inc | Attn: Matt White<br>1 Meca Way<br>Norcross, GA 30093 | matt@corecard.com | Email<br>First Class Mail |
| Five9 Inc | 3001 Bishop Dr, Ste 350<br>San Ramon, CA 94583-5005 | billing@five9.com | Email<br>First Class Mail |
| Five9, Inc | Attn: Nancy Woods<br>3001 Bishop Dr, Ste 350<br>San Ramon, CA 94583-5005 | nancy.woods@five9.com | Email<br>First Class Mail |
| Inscribeai, Inc | PMB 2110<br>2093 Philadelphia Pike<br>Claymont, DE 19703-2424 | ronan@inscribe.ai | Email<br>First Class Mail |
| InscribeAI, Inc | PMB 2110<br>2093 Philadelphia Pike<br>Claymont, DE 19703-2424 | ryan@inscribe.ai | Email<br>First Class Mail |
| LexisNexis Risk Solutions FL Inc | 1000 Alderman Dr<br>Alpharetta, GA 30005 | | First Class Mail |
| Lexolution, LLC | 75 Broad St, Ste 610<br>New York, NY 10004 | | First Class Mail |
| Marlette Funding, LLC | 3419 Silverside Rd<br>Wilmington, DE 19810 | | First Class Mail |
| Marqeta Inc | Attn: Finance Dept<br>180 Grand Ave, 5th Fl<br>Oakland, CA 94612 | accounting@marqeta.com | Email<br>First Class Mail |
| Marqeta, Inc | Gizelle Barany, General Counsel<br>6201-B Doyle St<br>Emeryville, CA 94608 | | First Class Mail |
| Marqeta, Inc | Omri Dahan, Chief Revenue Officer<br>6201-B Doyle St<br>Emeryville, CA 94608 | | First Class Mail |
| Mastercard International Inc | 2000 Purchase St<br>Purchase, NY 10577 | corporate_receivables@mastercard.com | Email<br>First Class Mail |

**Exhibit A**
Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Retail Capital LLC | dba Credibly<br>25200 Telegraph Rd, Ste 350<br>Southfield, MI 48033 | | First Class Mail |
| Salesforce | 1 Market St<br>San Francisco, CA 94105 | | First Class Mail |
| Salesforce.Com, Inc | c/o Bialson, Bergen & Schwab<br>Attn: Lawrence Schwab / Gaye Heck<br>830 Menlo Ave, Ste 201<br>Menlo Park, CA 94025 | GHECK@BBSLAW.COM | Email<br>First Class Mail |
| Salesforce.com, Inc | Salesforce Tower<br>415 Mission St, 3rd Fl<br>San Francisco, CA 94105 | | First Class Mail |
| Swift Financial Corp | 3505 Silverside Rd<br>Wilmington, DE 19810 | | First Class Mail |
| Tableau Software, LLC | 1621 N 34th St<br>Seattle, WA 98103 | | First Class Mail |
| Tableau Software, LLC | 415 Mission St, 3rd Fl<br>San Francisco, CA 94105 | | First Class Mail |
| TransUnion Risk & Alternative Data Solutions, Inc | P.O. Box 209047<br>Dallas, TX 75320-9047 | | First Class Mail |
| Urs Technologies Solutions LLC | 1100 Green St, Ste 203<br>Iselin, NJ 08830 | anshuman@urstech.com | Email<br>First Class Mail |
| Visa USA, Inc | 900 Metro Center Blvd<br>Foster City, CA 94404 | | First Class Mail |
| Xcellence, Inc | dba Xact Data Discovery, a Consilio Co<br>5800 Foxridge Dr, Ste 406<br>Mission, KS 66202 | | First Class Mail |