**Exhibit A**

RLF1 28686156v.1