# EXHIBIT 1

| | |
|---|---|
| **From:** | Arthur, Candace M. <Candace.Arthur@weil.com> |
| **Sent:** | Thursday, December 8, 2022 4:35 PM |
| **To:** | Matthew Scheck |
| **Cc:** | Hwangpo, Natasha; Isaac Nesser |
| **Subject:** | Re: Kabbage/Cross River -- Servicing Files |

**[EXTERNAL EMAIL from candace.arthur@weil.com]**

Acknowledging receipt of the below.

**Candace M. Arthur**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

> On Dec 8, 2022, at 6:25 PM, Matthew Scheck <matthewscheck@quinnemanuel.com> wrote:
>
> Candace/Natasha,
>
> During our call on Monday, we requested that Kabbage provide us with Cross River's loan and servicing files. We wanted to follow up with additional specificity. We request that by December 16, 2022 Kabbage produce a copy of the Servicing Files as the term "Servicing File" is defined in the LPA (pursuant to the September 17, 2020 Letter Agreement) and SSA for all loans governed by those agreements.
>
> Please note, that the Servicing Files include "with respect to any [Loan (as defined under the LPA) or Asset (as defined under the SSA)], the documents, files and records held or maintained by or on behalf of [Cross River] pertaining specifically to such [Loan or Asset] or the servicing thereof, including, without limitation, computer files, data tapes, books, records, electronic copies of documents, notes and [Loan Files (as defined under the LPA) and Asset Files (as defined under the SSA)] relating to such [Loan or Asset]." As ownership of these Servicing Files vests in Cross River, and Kabbage retains them in a custodial capacity only, Cross River expects that they be made available to us promptly. While Cross River requests digital copies of the entirety of each Servicing File, please prioritize any material provided by borrowers at origination or later, and all material relating to fraud, including reports, notes, flags, flag explanations, and any other information pertaining to suspected or actual fraud, regardless of the platform on which the material is maintained, e.g., Kore, CoreCard, salesforce, bluecognition, a centralized database, etc. Note, notwithstanding Cross River's request for a digital copy of its Servicing Files from Kabbage, Cross River understands that Kabbage is continuing, and will continue, to service Cross River's loans and maintain full and complete loan files at all times.

Please notify us by December 12, 2022 whether Kabbage will produce this material voluntarily and meet our requested timeline. If not, please let us know your next availability to meet and confer regarding this request.

Best,

Matt

Matthew Scheck
Partner
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th St., Suite 2010
Austin, TX 78701
737-667-6102 Direct
310-883-5437 Mobile
213-443-3100 Fax
matthewscheck@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.