IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Related Document No. 594**

## CUSTOMER BANK'S EXHIBIT LIST FOR THE
## MARCH 13, 2023 CONFIRMATION HEARING AT 10:00 A.M.

Customers Bank ("Customers Bank") hereby discloses the exhibits that it may rely on at the March 13, 2023 hearing in support of its *Joinder of Customers Bank in Limited Objection and Reservation of Rights of Cross River Bank to Confirmation of Debtors' Chapter 11 Plan* [DI 594].

**EXHIBITS**:

| No. | Document Description |
|---|---|
| 1 | January 18, 2023 letter from Jeremy Sternberg to Debtors' counsel |
| 2 | January 26, 2023 email communication to the Debtor's counsel including a transition plan and a draft borrower letter |
| 3 | Draft set of transition FAQs provided by Jeremy Sternberg to the Debtor's counsel on January 27, 2023 |
| 4 | January 31, 2023 email exchange between Jeremy Sternberg and the Debtor's counsel |
| 5 | February 22, 2023 email from Jeremy Sternberg to Debtor's counsel |

These exhibits are attached to the *Declaration of Jeremy Sternberg in Support of Motion of Customers Bank Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Production of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

*Documents and Testimony From Debtors*, designated as Exhibit B to the *Motion for an Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents and Materials and Appearance for Oral Examination* (the "Motion") [DI 608].

Dated: March 9, 2023　　　　　　　　　**SULLIVAN · HAZELTINE · ALLINSON LLC**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　*/s/ William D. Sullivan*
　　　　　　　　　　　　　　　　　　　William D. Sullivan (No. 2820)
　　　　　　　　　　　　　　　　　　　William A. Hazeltine (No. 3294)
　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 420
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　Tel: (302) 428-8191
　　　　　　　　　　　　　　　　　　　Fax: (302) 428-8195
　　　　　　　　　　　　　　　　　　　Email:  bsullivan@sha-llc.com
　　　　　　　　　　　　　　　　　　　　　　　　whazeltine@sha-llc.com

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　**HOLLAND & KNIGHT LLP**
　　　　　　　　　　　　　　　　　　　John J. Monaghan (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Jeremy M. Sternberg (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Lynne B. Xerras p
　　　　　　　　　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　Telephone: 617-523-2700
　　　　　　　　　　　　　　　　　　　Facsimile: 617-523-685
　　　　　　　　　　　　　　　　　　　john.monaghan@hklaw.com
　　　　　　　　　　　　　　　　　　　jeremy.sternberg@hkaw.com
　　　　　　　　　　　　　　　　　　　lynne.xerras@hklaw.com

　　　　　　　　　　　　　　　　　　　*Counsel to Customers Bank*