**CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that on the 9th day of March 2023, a copy of the foregoing *Customer Bank's Exhibit List for the March 13, 2023 Confirmation Hearing at 10:00 A.M.* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b).

| | |
|---|---|
| March 9, 2023 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |