IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                      :

**In re**                                            :        **Chapter 11**

                                                      :

                                                      :        **Case No. 22-10951 (CTG)**

**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,    :

                                                      :        **(Jointly Administered)**

                                                      :

**Debtors.**[1]                                 :        Re: Docket No. 627

                                                      :
------------------------------------------------------------ x

## NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER

**PLEASE TAKE NOTICE** that, on March 9, 2023, Kabbage, Inc. (d/b/a KServicing) and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and Its Affiliated Debtors* [Docket No. 627] (including all exhibits and supplements thereto, and as modified or amended from time to time, the "**Plan**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a proposed form of order confirming the Plan, a copy of which is attached hereto as **Exhibit A** (the "**Proposed Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Plan and entry of the Proposed Confirmation Order has been scheduled for **March 13, 2023 at 10:00 a.m. (ET)** (the "**Hearing**") before the Honorable Craig T. Goldblatt, United States

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Bankruptcy Judge for the District of Delaware, 824 North Market Street, Third Floor, Courtroom 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present the Proposed Confirmation Order, substantially in the form attached hereto, to the Court at the Hearing. To the extent the Debtors make revisions to the Proposed Confirmation Order, the Debtors intend to submit a revised form of order to the Court prior to or at the Hearing.

[*Remainder of page intentionally left blank*]

Dated: March 9, 2023
      Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:       ray.schrock@weil.com
                candace.arthur@weil.com
                natasha.hwangpo@weil.com
                chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*