**EXHIBIT D**

**Identity of the Wind Down Officer**

**Identity of the Wind Down Officer**

In accordance with the terms of the Plan, the Wind Down Officer is selected by the Debtors, subject to the consent of the Reserve Bank, and in consultation with the United States Department of Justice, the Small Business Administration, and Cross River Bank.

NOTICE IS HEREBY GIVEN that, in accordance with the foregoing, the identity and affiliations of, and relevant disclosures with respect to the Wind Down Officer are as follows:

Name and Contact Information:

Jeremiah Foster
6750 E Camelback Road, Suite 103
Scottsdale, AZ 85251
(602) 315-7104
jfoster@resolutecommercial.com

Compensation:  The Wind Down Officer shall receive a monthly fee of $30,000/month for the duration of his service as the Wind Down Officer.  To the extent Resolute is hired as the Wind Down Officer's financial advisors, rates range from $375 - $575 per hour plus an administrative fee of 3% of total hourly billings per period.

Relevant Experience, Disclosures, and Affiliations:

Mr. Foster will serve as the Wind Down Officer pursuant to the Plan.

As President and Founder of Resolute, on a day-to-day basis Mr. Foster advises creditors, equity holders, and enterprises in their navigation of the many phases of a turnaround, restructure, or crisis management plan. Mr. Foster has been appointed as a chief restructuring officer, interim chief executive officer, trustee, receiver, special master, and liquidating trustee in over 100 matters, and has personally been involved in the sale of more than $1 billion of going concern and real estate transactions.  A copy of Mr. Foster's curriculum vitae is attached here as Exhibit D-1.

Mr. Foster is independent and "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code, and holds no connections to or adverse interests in the Debtors or any other party in interest that would prejudice his ability to exercise his fiduciary and operational duties as the Debtors' Wind Down Officer.

**Exhibit D-1**

**Wind Down Officer Curriculum Vitae**

# RESOLUTE

## problems solved.



**JEREMIAH FOSTER**
President & Founder

**EDUCATION**
Bachelors of Science,
Engineering
University of Arizona

## SUMMARY
Since founding Resolute in 2008, Jeremiah Foster has taken the lead regarding business development and corporate strategy for the firm. His day to day functions include overseeing various aspects of the business, leading the firms' team of industry experts, and advising creditors, equity holders and enterprises in their navigation of many phases of a turnaround, restructure or crisis management plan. To date, Mr. Foster has been appointed as CRO, Interim CEO, Trustee, Receiver, Special Master, or Liquidating Trustee in over 100 matters and has personally been involved in the sale of more than $1B of going concern and real estate transactions. Mr. Foster is actively involved in his community and holds a Bachelor of Science degree in Engineering from the University of Arizona.

**INDUSTRY EXPERIENCE**
• Manufacturing
• Real Estate
• Hotels
• Retail Sales
• Hospitality
• Construction
• Fuel and Petroleum
• Consumer Products
• For Profit Education
• Financial Services

## COURT APPOINTMENTS
### Federal
• Liquidating Trustee for MDIG Liquidating Trust (Arizona)
• Liquidating Trustee for Silverado Stages, Inc. Liquidating Trust (Arizona)
• Financial Advisor to Debtor for Chapter 11 Plan of Reorganization for an internet marketplace company
• Chapter 11 Trustee, U.S. Bankruptcy Court v. Los Dos Molinos Cafe Y Cantina, LLC, Case No. 2:17-bk-07095-PS
• Financial Advisor to law firm to conduct a Chapter 11 Plan of Reorganization feasibility analysis for an alternative fuel company
• Liquidating Trustee for Shoot the Moon, LLC liquidating trust
• Chapter 11 Trustee, U.S. Bankruptcy Court v. Shoot The Moon, LLC, CV 15-60979-11, 2015
• Financial Advisor for Debtors, U.S. Bankruptcy Court v. Industrial Ride Shop, LLC; Industrial Skate and Boards, Inc., Case No. 2:16-bk-14176-BKM; Case No. 2:16-bk-14389-BKM
• Financial Advisor to Florence Hospital for real estate matters, Case No. 4:13-bk-03201

**AWARDS**
2022 - Phoenix Titan 100

2021 - Resolute named to *Inc.* 5000 List

2010, 2011, 2012, 2013 - AZRE People to Know in Commercial Real Estate

2008 - AZRE magazine RED Award - Rookie of the Year, State of AZ

2008 - Junior Achievement Bronze Leadership Award

## Superior

- YAT USA, INC v. QC LCB, INC - Maricopa County Superior Court; Receiver, 2023
- First Citizens Bank & Trust v. Ridgeline 20221 N. 29th Ave. Property LLC - Maricopa County Superior Court; Receiver 2022
- Arizona Bank & Trust v. St. Albert Care Home, LLC, et al. - Maricopa County Superior Court; Receiver, 2021
- BBVA USA v. Fortis Networks, Inc, et al. - Maricopa County Superior Court; Receiver, 2021
- Pacific Western Bank v. Don Bremmer, et al. - Maricopa County Superior Court; Receiver, 2020
- First International Bank & Trust v. CEL Services Group, Inc. - Maricopa County Superior Court; Receiver, 2020
- Phoenix-Mesa Gateway Airport Authority v. Warrior Enterprises -Maricopa County Superior Court, Arizona; Receiver, 2020
- Big Elk Funding LLC v. Total Marketing Concepts - Seminole County Superior Court, Florida; Receiver, 2019
- Wells Fargo Bank v. Gladhart Family Medicine, LP - Maricopa County Superior Court; Receiver, 2019
- AZ 3-16 Fund LLC v. Boss Real Estate Holdings, LLC - Maricopa County Superior Court; Receiver; 2018
- Enterprise Bank & Trust v. Impala Bob's, Inc.  - Maricopa County Superior Court; Receiver; 2018
- Indigo-DLI Holdings I, LLC v. New Vision Health LLC, and Gilbert Hospital, LLC, and Florence Hospital at Anthem, LLC - Maricopa County Superior Court; Receiver; 2018
- Bank of America v. A Sober Way Home, Inc. - Maricopa County Superior Court; Receiver, 2018
- Dean M. Barlow v. Barlow Company, Inc. - Maricopa County Superior Court; Financial Advisor, 2016
- C. Dwayne Walker v. W B Contracting, Inc. - Apache County Superior Court; Receiver, 2015
- Jerry Workman, et al. v. Mohit Asnani, et al. - Maricopa County Superior Court; Special Master, 2015
- ClinTrico LLC v. Advanced Research LLC - Maricopa County Superior Court; Receiver, 2014
- Wells Fargo Bank v. Meyer & Lundahl Manufacturing Co. - Maricopa County Superior Court; Receiver, 2014
- Western Alliance Bank v. Architectural Traditions LLC - Pima County Superior Court; Receiver, 2014
- Bank of Montreal v. High-Tech Institute, Inc. - Maricopa County Superior Court; Receiver, 2014
- Monarch Capital Corporation v. For The Earth Corporation, et al. - Maricopa County Superior Court; Receiver, 2014
- General Electrical Capital Business Asset Funding v. Two Brother VIII, Inc. - Maricopa County Superior Court; Receiver, 2014
- General Electrical Capital Business Asset Funding v. Two Brother II, Inc. - Maricopa County Superior Court; Receiver, 2014
- Wells Fargo Bank National Association v. Cactus Rose Construction Inc. - Maricopa County Superior Court; Receiver, 2014
- Beal Bank Nevada v. Central Court West Associates, et al. - Clark County Superior Court; Receiver, 2013
- Enterprise Bank & Trust v. Byung T. Park & OK C. Park - Pima County Superior Court; Receiver, 2013
- Diversified Funding Group LLC v. Group Three Properties, et al. - Maricopa County Superior Court; Receiver, 2012
- Wells Fargo Bank v. Kingman Place Apartments LLC - Mohave County Superior Court; Receiver, 2012
- NY Credit Funding LLC v. Montecito Ventana LLC, et al. - Pima County Superior Court; Receiver, 2012
- Enterprise Bank & Trust v. Americana Nogales LLC, et al. - Santa Cruz Superior Court; Receiver, 2012
- Alliance Bank of Arizona v. MSJ Investment Properties LLC, et al. - Pima County Superior Court; Receiver, 2012

## ASSIGNMENT FOR THE BENEFIT OF CREDITORS

- Assignee for Haus - Operated Sonoma County Apertif producer company for 90 days to effectuate sale of going concern. Duties include facilitating continued order fulfillment for Direct-to-Consumer brand.
- Assignee for The Renewal Workshop - Engaged to provide orderly DE winddown for manufacturer in the textile industry. Enterprise located in the US and EU with $20MM VC/PE backers. Oversaw the transfer of select assets (IP & FFE) to be sold to European company.
- Assignee for Fast AF - Engaged to provide orderly winddown for online checkout provider in California once valued at $580MM. Duties include assessment of company financials and records, review of company contracts, and assessment of contingent liabilities.

## OUT OF COURT RESTRUCTURING / INTERIM MANAGEMENT

- Appointed as CRO for Santa Cruz Valley Regional Hospital. Responsbile for building and executing a strategy to navigate from active patient care to full decommissioning of enterprise from facility in less than 90 days, managing all regulartory requirements related to facility health services and personnel and collecting out A/R and work with Investment Banker to find asset buyer.
- Served as CRO for $75MM concrete and framing contractor located in Las Vegas, NV. Responsible for tracking financial performance, job costing, project-specific profitability and identification of cost reduction and operations improvement opportunities under restructuring or liquidation.
- Hired as CRA for $65MM commercial laundry company based in Las Vegas, NV. to build strategy to stabilize opeations, become primary liasion wih lenders and stakeholders, support sale to third party and negotiate repayment of capital stack.
- Served as Financial Advisor for multi-state Restaurant Franchisor with 3 distinct concepts in 90 locations. Responsible for evaluating monthly and quarterly financial reporting; as well as advising and assisting in crucial fiscal matters including projected income statements, cash flows, and financial covenant levels.
- Served as Interim President and CRO for large independent Produce Distributor with headquarters in Phoenix, Arizona. Was responsible for stabilizing operations, finding creative ways to unlock assets on balance sheet and ultimately execute the restructuring of the company.  Resolute worked with an industry specific Investment Banker to successfully create options for existing ownership to consider.
- Served as Financial Advisor to International Manufacturer and Distributor of specialty retail products for coffee and tea headquartered in Seattle, Washington. The company brought product to market under several brands in the following sales channels: e-commerce, big box retailers, and specialty retailers. Resolute worked to streamline operations, focus sales strategies and restructure overall capital stack to execute a defined turnaround plan.

## SPEECHES AND PUBLICATIONS

Presenter - Arizona Society of CPAs, October 2022 | *Assignment of the Benefit of Creditors - The Bankruptcy Alternative You've Likely Never Heard Of*

Presenter – Arizona Society of CPAs, September 2021  | *Palliative Care for Terminal Enterprises*

Panel Member – Beverly Hills Bar Association, May 2019 | *Closing a Business with Consumer Protected or Patient Confidential Information & IP*

## PROFESSIONAL EXPERIENCE

- Resolute - Principal and Founder 2008 - Present
- Insight Land & Investments 2005 - 2008
- Propaganda Communications, Inc. 2002 - Present
- Mobility Electronics 1996 - 2002

## EDUCATION
Bachelors of Science, Engineering, University of Arizona

## COMMUNITY INVOLVEMENT
### Current
Executive Board Member, Special Olympics of Arizona
Chair of Finance Committee, Special Olympics of Arizona
Emeritus Board Member, Junior Achievement of Arizona

### Prior
- Chairman of the Board and Member of the State and Central Executive Committees for Junior Achievement of Arizona
- Member Board of Directors, Entrepreneurs' Organization of Arizona
- Board Member, Christ Church School
- Board Member, Scottsdale Public Art Advisory Board
- Founding Member, One 5 Foundation
- Member, Arizona Town Hall
- Member, Downtown Scottsdale Town Hall



jfoster@resolutecommercial.com
(602) 315 7104
resolutecommercial.com

Headquarters
6750 E Camelback Road, Suite 103
Scottsdale, AZ 85251