**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re                                                                       :   Chapter 11
                                                                                 :
**KABBAGE, INC. d/b/a KSERVICING, *et al.*,**   :   Case No. 22-10951 (CTG)
                                                                                 :
                                                                                 :   (Jointly Administered)
                                                                                 :
            **Debtors.**[1]                                              :
                                                                                 :   Re: Docket No. 629
---------------------------------------------------------- x

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on March 9, 2023, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Notice of Filing of Proposed Confirmation Order* [Docket No. 629] (the "**Notice**").

PLEASE TAKE FURTHER NOTICE that the Debtors withdraw the Notice without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28710181v.1

Dated: March 9, 2023
      Wilmington, Delaware

      */s/ Matthew P. Milana*
      RICHARDS, LAYTON & FINGER, P.A.
      Daniel J. DeFranceschi, Esq. (No. 2732)
      Amanda R. Steele, Esq. (No. 5530)
      Zachary I. Shapiro, Esq. (No. 5103)
      Matthew P. Milana, Esq. (No. 6681)
      One Rodney Square
      920 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 651-7700
      E-mail: defranceschi@rlf.com
             steele@rlf.com
             shapiro@rlf.com
             milana@rlf.com

      -and-

      WEIL, GOTSHAL & MANGES LLP
      Ray C. Schrock, Esq. (admitted *pro hac vice*)
      Candace M. Arthur, Esq. (admitted *pro hac vice*)
      Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
      Chase A. Bentley, Esq. (admitted *pro hac vice*)
      767 Fifth Avenue
      New York, New York 10153
      Telephone:   (212) 310-8000
      E-mail:   ray.schrock@weil.com
             candace.arthur@weil.com
             natasha.hwangpo@weil.com
             chase.bentley@weil.com

      *Attorneys for Debtors and Debtors in Possession*