**Exhibit A**

**Voting Tabulation Report**

Case 22-10951-CTG    Doc 635-1    Filed 03/09/23    Page 1 of 13

**Voting Tabulation Report**

| Class | Debtor / Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 3 | KABBAGE, INC. D/B/A KSERVICING<br><br>Reserve Bank Claims | 1<br><br>100.00% | 0<br><br>0.00% | $536,450,940.00<br><br>100.00% | $0.00<br><br>0.00% | Accepted |
| 4 | KABBAGE, INC. D/B/A KSERVICING<br><br>General Unsecured Claims | 18<br><br>39.13% | 24<br><br>52.17% | $504,957.42<br><br>33.70% | $993,562.25<br><br>66.30% | Rejected |
| 3 | KABBAGE CANADA HOLDINGS, LLC<br><br>Reserve Bank Claims | 1<br><br>100.00% | 0<br><br>0.00% | $1.00<br><br>100.00% | $0.00<br><br>0.00% | Accepted |
| 3 | KABBAGE ASSET SECURITIZATION, LLC<br><br>Reserve Bank Claims | 1<br><br>100.00% | 0<br><br>0.00% | $1.00<br><br>100.00% | $0.00<br><br>0.00% | Accepted |
| 3 | KABBAGE ASSET FUNDING 2017-A, LLC<br><br>Reserve Bank Claims | 1<br><br>100.00% | 0<br><br>0.00% | $1.00<br><br>100.00% | $0.00<br><br>0.00% | Accepted |
| 3 | KABBAGE ASSET FUNDING 2019-A, LLC | 1 | 0 | $1.00 | $0.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Reserve Bank Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | **Accepted** |
| 3 | KABBAGE DIAMETER, LLC | 1 | 0 | $1.00 | $0.00 | **Accepted** |
| | Reserve Bank Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** | |

## Class 3 Ballot Report

**Class Summary**  Voting Outcome: Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Abstain | Invalid |
|---|---|---|---|---|---|---|
| # Votes: | 1 | 1 | 1 | 0 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |  |
| Amt: |  | $536,450,940.00 | $536,450,940.00 | $0.00 |  |  |
| Amt %: |  |  | 100.00% | 0.00% |  |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| FEDERAL RESERVE BANK OF SAN FRANCISCO | 5793 |  | 3/2/2023 | $536,450,940.00 | $536,450,940.00 | Accept | ☐ |  |

## Class Summary   Voting Outcome: Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Abstain | Invalid |
|---|---|---|---|---|---|---|
| # Votes: | 1 | 1 | 1 | 0 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |  |
| Amt: |  | $1.00 | $1.00 | $0.00 |  |  |
| Amt %: |  |  | 100.00% | 0.00% |  |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| FEDERAL RESERVE BANK OF SAN FRANCISCO | 5794 |  | 3/2/2023 | $1.00 | $1.00 | Accept | ☐ |  |

## Class Summary   Voting Outcome: Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Abstain | Invalid |
|---|---|---|---|---|---|---|
| # Votes: | 1 | 1 | 1 | 0 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |  |
| Amt: |  | $1.00 | $1.00 | $0.00 |  |  |
| Amt %: |  |  | 100.00% | 0.00% |  |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| FEDERAL RESERVE BANK OF SAN FRANCISCO | 5795 |  | 3/2/2023 | $1.00 | $1.00 | Accept | ☐ |  |

5

## Class Summary     Voting Outcome:   Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Abstain | Invalid |
|---|---|---|---|---|---|---|
| # Votes: | 1 | 1 | 1 | 0 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |  |
| Amt: |  | $1.00 | $1.00 | $0.00 |  |  |
| Amt %: |  |  | 100.00% | 0.00% |  |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| FEDERAL RESERVE BANK OF SAN FRANCISCO | 5796 |  | 3/2/2023 | $1.00 | $1.00 | Accept | ☐ |  |

## Class Summary     Voting Outcome: Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Abstain | Invalid |
|---|---|---|---|---|---|---|
| # Votes: | 1 | 1 | 1 | 0 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |  |
| Amt: |  | $1.00 | $1.00 | $0.00 |  |  |
| Amt %: |  |  | 100.00% | 0.00% |  |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| FEDERAL RESERVE BANK OF SAN FRANCISCO | 5797 |  | 3/2/2023 | $1.00 | $1.00 | Accept | ☐ |  |

**Class Summary**   **Voting Outcome:** Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Abstain | Invalid |
|---|---|---|---|---|---|---|
| **# Votes:** | 1 | 1 | 1 | 0 | 0 | 0 |
| **Vote %:** |  |  | 100.00% | 0.00% |  |  |
| **Amt:** |  | $1.00 | $1.00 | $0.00 |  |  |
| **Amt %:** |  |  | 100.00% | 0.00% |  |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| FEDERAL RESERVE BANK OF SAN FRANCISCO | 5798 |  | 3/2/2023 | $1.00 | $1.00 | Accept | ☐ |  |

8

## Class 4 Ballot Report

**Class Summary**  Voting Outcome: **Rejected**

|  | Total Received | Total Valid | Accepted | Rejected | Abstain | Invalid |
|---|---|---|---|---|---|---|
| # Votes: | 54 | 46 | 18 | 24 | 4 | 8 |
| Vote %: |  |  | 39.13% | 52.17% |  |  |
| Amt: |  | $1,498,519.67 | $504,957.42 | $993,562.25 |  |  |
| Amt %: |  |  | 33.70% | 66.30% |  |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| JACK LANGERMAN | 5568 | C110 | 2/28/2023 | $30,833.00 | $0.00 | Invalid | ✔ | Late filed Ballot |
| GOOGLE LLC | 5767 | C128 | 2/28/2023 | $196,920.89 | $196,920.89 | Abstain | ✔ |  |
| PAUL PIETSCHNER | 5619 | C174 | 2/28/2023 | $1.00 | $1.00 | Reject | ✔ |  |
| AMERICAN EXPRESS KABBAGE, INC | 5435 | C131 | 2/28/2023 | $236,457.00 | $236,457.00 | Abstain | ✔ |  |
| CROSS RIVER BANK | 5449 | C155 | 2/28/2023 | $1.00 | $1.00 | Reject | ✔ | Claimant identified $572,128,254.92 as Voting Amount of Claim on Ballot, tabulated as $1.00 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| ALSYDEN LLC | 5456 | C159 | 2/28/2023 | $23,777.00 | $23,777.00 | Reject | ✔ | Claimant did not identify a Voting Amount of Claim on Ballot, tabulated as $23,777.00 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| CORAM DEO SOLUTIONS - STEPHEN HINSON | 5460 | C163 | 2/28/2023 | $8,505.00 | $8,505.00 | Reject | ✔ |  |
| MICHAEL RISCHER | 5606 | C140 | 2/28/2023 | $12,541.00 | $12,541.00 | Reject | ✔ |  |
| DURABLE GOODS INC | 5446 | C150 | 2/27/2023 | $50,398.43 | $50,398.43 | Reject | ✔ |  |
| CONCRETE IMAGES INC | 5447 | C148 | 2/27/2023 | $51,062.34 | $51,062.34 | Reject | ✔ |  |
| CREATIVE PROPERTY PRESERVATION INC | 5404 | C74 | 2/27/2023 | $273,750.00 | $273,750.00 | Reject | ✔ |  |
| RICHARD ADAM ZIMMERMAN | 6811 | C51 | 2/27/2023 | $14,094.60 | $14,094.60 | Reject | ✔ |  |
| GEXCON US, INC | 5739 | C12 | 2/24/2023 | $21,695.95 | $21,695.95 | Abstain | ✔ |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| ALECH CONSULTANTS LLC | 5808 | | 2/24/2023 | $13,501.43 | $13,501.43 | Reject | ✔ | Claimant identified $13,501.42 as Voting Amount of Claim on Ballot, tabulated as $13,501.43 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| LANCE THOMPSON / 365 SUN LLC | 5434 | C129 | 2/24/2023 | $12,500.00 | $12,500.00 | Reject | ✔ | |
| STEVE W SMITH | 5519 | C47 | 2/23/2023 | $20,721.00 | $20,721.00 | Accept | ✔ | |
| JENNIFER PULLEN DBA PARAMOUNT ENTERPRISES LLC | 5424 | C100 | 2/21/2023 | $21,094.36 | $21,094.36 | Reject | ✔ | |
| BENCHMARK CONSTRUCTION, INC | 5461 | C164 | 2/21/2023 | $122,215.00 | $122,215.00 | Reject | ✔ | Claimant identified $110,000.00 as Voting Amount of Claim on Ballot, tabulated as $122,215.00 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| TRI-CITY BUILDERS, INC | 5452 | C158 | 2/21/2023 | $333,940.74 | $333,940.74 | Abstain | ✔ | |
| JENNIFER HOLDEN | 5615 | C160 | 2/21/2023 | $40,312.00 | $40,312.00 | Reject | ✔ | |
| JASON R CARR | 5524 | C50 | 2/21/2023 | $11,600.00 | $11,600.00 | Reject | ✔ | Claimant identified $29,992.00 as Voting Amount of Claim on Ballot, tabulated as $11,600.00 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| GINA LUPINO | 5807 | | 2/21/2023 | $4,500.00 | $4,500.00 | Reject | ✔ | |
| GEORGE PULLEN DBA THREE STRAND DESIGNS | 5426 | C104 | 2/21/2023 | $21,225.03 | $21,225.03 | Reject | ✔ | |
| MARCO ANTONIO BELL | 5612 | C154 | 2/21/2023 | $45,076.86 | $45,076.86 | Reject | ✔ | |
| SHELLEY LANGHORNE ROBINSON | 5495 | C19 | 2/21/2023 | $1,000.00 | $1,000.00 | Accept | ☐ | |
| ARMAGA VR, INCORPORATED | 5430 | C117 | 2/20/2023 | $100,000.00 | $100,000.00 | Reject | ✔ | |
| CATHERINE CANFIELD | 5517 | C44 | 2/20/2023 | $20,833.00 | $20,833.00 | Reject | ✔ | Claimant identified $30,833.00 as Voting Amount of Claim on Ballot, tabulated as $20,833.00 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| KATHRYN J SLOE | 5618 | C165 | 2/20/2023 | $5,473.08 | $5,473.08 | Reject | ✔ | |
| INFINITE CONSULTING EMPIRE, LLC | 5805 | | 2/20/2023 | $124,308.00 | $124,308.00 | Reject | ✔ | |
| NANCI J RANDS | 5609 | C147 | 2/20/2023 | $30,833.00 | $30,833.00 | Accept | ☐ | |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| LAKECIA JACKSON | 5602 | C135 | 2/20/2023 | $1,500.00 | $1,500.00 | Accept | | Claimant identified $1,000.00 as Voting Amount of Claim on Ballot, tabulated as $1,500.00 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| RICHARD CALANNI, TINTON FALLS LIMOUSINE, LLC | 5779 | C183 | 2/20/2023 | $11,724.00 | $11,724.00 | Reject | ✔ | |
| CHRISTINE L HARE | 5554 | C93 | 2/19/2023 | $4,818.77 | $4,818.77 | Accept | ☐ | |
| RICHARD ADAM ZIMMERMAN | 5525 | C51 | 2/18/2023 | $14,094.60 | $0.00 | Invalid | | Superseded by Ballot 6811 |
| VIBRATION INSTITUTE | 5378 | C21 | 2/17/2023 | $77,533.35 | $77,533.35 | Accept | ✔ | |
| JASON BELLOWS | 5611 | C151 | 2/17/2023 | $6,400.00 | $6,400.00 | Accept | ☐ | |
| PAUL JOHANNSEN | 5558 | C96 | 2/14/2023 | $22,039.00 | $22,039.00 | Accept | ☐ | |
| MARSHUN SCULLARK | 5631 | C186 | 2/13/2023 | $19,619.00 | $19,619.00 | Accept | ☐ | |
| INFINITE CONSULTING EMPIRE, LLC | 5774 | C167 | 2/12/2023 | $124,308.00 | $0.00 | Invalid | | Superseded by Ballot 5805 |
| PIA HOYT LLC | 5422 | C97 | 2/8/2023 | $153,575.76 | $153,575.76 | Accept | ✔ | |
| AUSTRAL SALON, INC | 5399 | C61 | 2/8/2023 | $92,034.79 | $92,034.79 | Accept | ☐ | |
| ALECH CONSULTANTS LLC | 5440 | C138 | 2/7/2023 | $13,501.43 | $0.00 | Invalid | | Superseded by Ballot 5808 |
| GINA LUPINO | 5617 | C168 | 2/6/2023 | $4,500.00 | $0.00 | Invalid | | Superseded by Ballot 5807 |
| CHRISTOPHER PSELOS | 5492 | C10 | 2/6/2023 | $2,803.00 | $0.00 | Invalid | | Ballot was not signed |
| PREMIER BUILDING INSPECTIONS LLC | 5379 | C26 | 2/6/2023 | $14,000.00 | $0.00 | Invalid | | Ballot does not indicate acceptance or rejection of Plan |
| BEST SISTER FRIENDS CATERING AND EVENTS LLC | 5396 | C58 | 2/6/2023 | $21,120.34 | $0.00 | Invalid | | Ballot does not indicate acceptance or rejection of Plan |
| MADEL CARMEN HERNANDEZ DBA TODO PARA TU PACHANG | 5374 | C15 | 2/3/2023 | $32,000.00 | $32,000.00 | Accept | ☐ | |
| THWEATT MANAGEMENT CONSULTANTS | 5407 | C77 | 2/3/2023 | $5,069.12 | $5,069.12 | Reject | | Claimant identified $5,000.00 as Voting Amount of Claim on Ballot, tabulated as $5,069.12 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| JONNA GASTON | 5557 | C94 | 2/3/2023 | $400.00 | $400.00 | Accept | ☐ | |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|
| LATASHA PHILLIPS | 5559 | C99 | 2/3/2023 | $1.00 | $1.00 | Accept | | Claimant identified $5,000.00 as Voting Amount of Claim on Ballot, tabulated as $1.00 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| SUMMER STEGALL | 5522 | C49 | 2/1/2023 | $11,500.65 | $11,500.65 | Accept | ☐ | |
| ZION UNITED METHODIST CHURCH | 5372 | C14 | 1/31/2023 | $9,642.64 | $9,642.64 | Accept | ☐ | |
| KATIA DEMEIRE | 5491 | C7 | 1/31/2023 | $21,337.46 | $21,337.46 | Accept | | Claimant identified $20,833.00 as Voting Amount of Claim on Ballot, tabulated as $21,337.46 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |
| RAJESH OZA | 5499 | C24 | 1/30/2023 | $1.00 | $1.00 | Accept | | Claimant identified $22,000.00 as Voting Amount of Claim on Ballot, tabulated as $1.00 for voting purposes pursuant to the tabulation procedures and voting procedures approved by the Disclosure Statement Order. |