## Exhibit B

**Claims Disallowed Solely For Voting Purposes Pursuant to Stipulations with the Debtors**

The Debtors entered into stipulations with the following holders of Claims in Class 4 disallowing the claims identified solely for voting purposes:

| CLAIMANT | DEBTOR(S) | CLAIM NO. |
|---|---|---|
| Azba Habib | Kabbage Canada Holdings, LLC | 952-3 |
| Corporation Service Company | Kabbage Asset Funding 2019-A LLC | 955-1 |
| Deepesh Jain | Kabbage Asset Funding 2017-A LLC | 954-5 |
| | Kabbage Asset Funding 2019-A LLC | 955-7 |
| James Douglas | Kabbage Diameter, LLC | 956-3 |
| Leslie Scott Askins | Kabbage Canada Holdings, LLC | 952-5 |
| | Kabbage Asset Securitization | 953-3 |
| | Kabbage Asset Funding 2017-A LLC | 954-3 |
| | Kabbage Asset Funding 2019-A LLC | 955-5 and 955-9 |
| | Kabbage Diameter, LLC | 956-5 |
| Kathryn Petralia | Kabbage Canada Holdings, LLC | 952-4 |
| Paul Pietschner | Kabbage Canada Holdings, LLC | 952-8 |
| | Kabbage Asset Securitization | 953-6 |
| | Kabbage Asset Funding 2017-A LLC | 954-7 |
| | Kabbage Asset Funding 2019-A LLC | 955-10 |
| | Kabbage Diameter, LLC | 956-7 |
| Robert Frohwein | Kabbage Canada Holdings, LLC | 952-6 |
| | Kabbage Asset Securitization | 953-4 |
| | Kabbage Asset Funding 2017-A LLC | 954-4 |
| | Kabbage Asset Funding 2019-A LLC | 955-6 |
| | Kabbage Diameter, LLC | 956-4 |