**<u>Exhibit C</u>**

**Invalid Ballot Report**

**<u>Invalid Ballot Report</u>**

## Invalid Ballots Report

| Creditor | Plan Class | Ballot ID | Clm Sch | Date Received | Reason Invalid |
|---|---|---|---|---|---|
| CHRISTOPHER PSELOS | 4 | 5492 | C10 | 2/6/2023 | Ballot was not signed |
| BEST SISTER FRIENDS CATERING AND EVENTS LLC | 4 | 5396 | C58 | 2/6/2023 | Ballot does not indicate acceptance or rejection of Plan |
| PREMIER BUILDING INSPECTIONS LLC | 4 | 5379 | C26 | 2/6/2023 | Ballot does not indicate acceptance or rejection of Plan |
| GINA LUPINO | 4 | 5617 | C168 | 2/6/2023 | Superseded by Ballot 5807 |
| ALECH CONSULTANTS LLC | 4 | 5440 | C138 | 2/7/2023 | Superseded by Ballot 5808 |
| INFINITE CONSULTING EMPIRE, LLC | 4 | 5774 | C167 | 2/12/2023 | Superseded by Ballot 5805 |
| RICHARD ADAM ZIMMERMAN | 4 | 5525 | C51 | 2/18/2023 | Superseded by Ballot 6811 |
| JACK LANGERMAN | 4 | 5568 | C110 | 2/28/2023 | Late filed Ballot |