**Exhibit D**

**Opt-Out Report**

# Opt-Out Report

## Opt Out Results

| Creditor | Date Received |
|---|---|
| PIA HOYT LLC | 2/8/2023 |
| VIBRATION INSTITUTE | 2/17/2023 |
| RICHARD CALANNI, TINTON FALLS LIMOUSINE, LLC | 2/20/2023 |
| INFINITE CONSULTING EMPIRE, LLC | 2/20/2023 |
| KATHRYN J SLOE | 2/20/2023 |
| CATHERINE CANFIELD | 2/20/2023 |
| ARMAGA VR, INCORPORATED | 2/20/2023 |
| DONALD G. BUTLER | 2/21/2023 |
| DAVID MCGOWAN | 2/21/2023 |
| ROBERT FROHWEIN | 2/21/2023 |
| BRYAN STOLLE | 2/21/2023 |
| LESLIE SCOTT ASKINS | 2/21/2023 |
| LAURIE HODRICK | 2/21/2023 |
| KATHRYN PETRALIA | 2/21/2023 |
| AZBA HABIB | 2/21/2023 |
| DEEPESH JAIN | 2/21/2023 |
| JAMES DOUGLAS | 2/21/2023 |
| MARCO ANTONIO BELL | 2/21/2023 |
| GEORGE PULLEN DBA THREE STRAND DESIGNS | 2/21/2023 |
| GINA LUPINO | 2/21/2023 |
| JASON R CARR | 2/21/2023 |
| VICKI LEMASTER | 2/21/2023 |
| EDWARD FORD SERVICES LLC | 2/21/2023 |
| CARLTON MORGAN | 2/21/2023 |
| 365 SUN LLC | 2/21/2023 |

## Opt Out Results

| Creditor | Date Received |
|---|---|
| JENNIFER HOLDEN | 2/21/2023 |
| CANDICE WORTHY | 2/21/2023 |
| TRI-CITY BUILDERS, INC | 2/21/2023 |
| BENCHMARK CONSTRUCTION, INC | 2/21/2023 |
| JENNIFER PULLEN DBA PARAMOUNT ENTERPRISES LLC | 2/21/2023 |
| STEVE W SMITH | 2/23/2023 |
| AMY ZIMMERMAN | 2/24/2023 |
| LAURA GOLDBERG | 2/24/2023 |
| REBECCA MENDEL | 2/24/2023 |
| PETER STEGER | 2/24/2023 |
| SPENCER ROBINSON | 2/24/2023 |
| JONATHAN R. EBINGER | 2/24/2023 |
| ONEAL BHAMBANI | 2/24/2023 |
| FORTIS ADVISORS, LLC AS THE AGENT OF THE TARGET COMPANY SECURITYHOLDERS (AS SUCH TERM IS DEFINED IN THAT CERTAIN AGREEMENT AND PLAN OF MERGER DATED AS OF AUGUST 16, 2020) | 2/24/2023 |
| ALECH CONSULTANTS LLC | 2/24/2023 |
| LANCE THOMPSON / 365 SUN LLC | 2/24/2023 |
| GEXCON US, INC | 2/24/2023 |
| RICHARD ADAM ZIMMERMAN | 2/27/2023 |
| CREATIVE PROPERTY PRESERVATION INC | 2/27/2023 |
| CONCRETE IMAGES INC | 2/27/2023 |
| DURABLE GOODS INC | 2/27/2023 |
| PAUL PIETSCHNER | 2/28/2023 |
| MICHAEL RISCHER | 2/28/2023 |
| UNITED STATES OF AMERICA, INCLUDING BUT NOT LIMITED TO THE U.S. SMALL BUSINESS ADMINISTRATION CORAM DEO SOLUTIONS - STEPHEN HINSON | 2/28/2023 |
| ALSYDEN LLC | 2/28/2023 |
| CROSS RIVER BANK | 2/28/2023 |
| AMERICAN EXPRESS KABBAGE, INC | 2/28/2023 |

## Opt Out Results

| Creditor | Date Received |
|---|---|
| GOOGLE LLC | 2/28/2023 |
| JACK LANGERMAN | 2/28/2023 |