## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------ x
                            :

In re                            :     **Chapter 11**
                            :

**KABBAGE, INC. d/b/a KSERVICING**, *et al.*,   :     **Case No. 22-10951 (CTG)**
                            :
                            :

            **Debtors.**[1]          :     **(Jointly Administered)**
------------------------------------------------------------ x     Re: Docket No. 627

## DEBTORS' WITNESS LIST FOR MARCH 13, 2023 CONFIRMATION HEARING

On March 9, 2023, Kabbage, Inc. (d/b/a KServicing) and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and Its Affiliated Debtors* [Docket No. 627] (including all exhibits and supplements thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**") with the United States Bankruptcy Court for the District of Delaware.

The hearing to consider confirmation of the Plan is scheduled for March 13, 2023 at 10:00 a.m. (ET) (the "**Hearing**").

The Debtors are filing this witness list (this "**Witness List**") in compliance with the *Chambers Procedures for Judge Craig T. Goldblatt*. The Debtors hereby identify the following individuals that they may call as witnesses at the Hearing:

       1.     Laquisha Milner, the Debtors' President and Chief Executive Officer; the scope of Ms. Milner's testimony would be in support of the Plan;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

2.      Salim Kafiti, the Debtors' Deputy General Counsel; the scope of Mr. Kafiti's testimony would be in support of the Plan;

3.      Deborah Rieger-Paganis, a Managing Director at AlixPartners; the scope of Ms. Rieger-Paganis' testimony would be in support of the Plan;

4.      Kim D. Steverson, a Vice President at Omni Agent Solutions, Inc.; the scope of Ms. Steverson's testimony would be regarding solicitation and tabulation of votes on the Plan;

5.      Any rebuttal and/or impeachment witnesses;

6.      Any witnesses designated by any other party; and

7.      Any witnesses necessary to establish the admissibility of any document.

The Debtors reserve their right to amend and/or supplement this Witness List at any time prior to the Hearing.

*[Remainder of page intentionally left blank]*

2

Dated: March 9, 2023
      Wilmington, Delaware

*/s/ Matthew P. Milana*

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Richard W. Slack (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
E-mail:      ray.schrock@weil.com
        candace.arthur@weil.com
        theodore.tsekerides@weil.com
        richard.slack@weil.com
        natasha.hwangpo@weil.com
        chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

3