**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re                                                                         :    Chapter 11
                                                                                 :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,    :    Case No. 22-10951 (CTG)
                                                                                 :
                                                                                 :
Debtors.[1]                                                            :    **(Jointly Administered)**
------------------------------------------------------------ x    Re: Docket No. 627

## DEBTORS' EXHIBIT LIST FOR MARCH 13, 2023 CONFIRMATION HEARING

On March 9, 2023, Kabbage, Inc. (d/b/a KServicing) and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and Its Affiliated Debtors* [Docket No. 627] (including all exhibits and supplements thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**") with the United States Bankruptcy Court for the District of Delaware.

The hearing to consider confirmation of the Plan is scheduled for March 13, 2023 at 10:00 a.m. (ET) (the "**Hearing**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

The Debtors respectfully submit the attached *Exhibit List* to be considered at the Hearing. The Debtors reserve the right to introduce at the Hearing documents that are part of the record of the above-captioned chapter 11 cases, including pleadings and other documents filed on the docket, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment.

| **EXHIBIT LIST** ||
|---|---|
| **Exhibit No.** | **Document Description** |
| A | December Workplan |
| B | Transition Plan |
| C | Data Document Inventory Overview |

RLF1 28696757v.1

Dated: March 9, 2023
      Wilmington, Delaware

/s/ *Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
      steele@rlf.com
      shapiro@rlf.com
      milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Richard W. Slack (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
      candace.arthur@weil.com
      theodore.tsekerides@weil.com
      richard.slack@weil.com
      natasha.hwangpo@weil.com
      chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*