## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| **KABBAGE, INC. d/b/a KSERVICING, et al.,** | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |
|  | **RE: Docket Nos. 622, 623, 624, 625** |

### NOTICE OF SERVICE

I, Gregory W. Werkheiser, hereby certify that on March 8, 2023, (i) *Joint Motion of Cross River Bank and Customers Bank for an Order, Pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004, and Local Bankruptcy Rule 2004-1, Authorizing and Directing the Examination of American Express Kabbage Inc.* (Dkt. No. 622); (ii) *Declaration of Isaac Nesser in Support of Joint Motion of Cross River Bank and Customers Bank for an Order, Pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004, and Local Bankruptcy Rule 2004-1, Authorizing and Directing the Examination of American Express Kabbage Inc.* (Dkt. No. 623); (iii) *Notice of Motion and Hearing* (Dkt. No. 624); and (iv) *Joint Motion of Cross River Bank and Customers Bank for Entry of an Order Shortening Notice and Objection Periods for Joint Motion of Cross River Bank and Customers Bank for an Order, Pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004, and Local Bankruptcy Rule 2004-1, Authorizing and Directing the Examination of American Express Kabbage Inc.* (Dkt. No. 625) were served via CM/ECF on all parties registered to receive notices in this case and on the parties listed below via email:

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A) (collectively, the "Debtors").

Rosa Sierra-Fox
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
rosa.sierra@usdoj.gov

William A. Hazeltine, Esq.
SULLIVAN HAZELTINE ALLINSON LLC
919 North Market Street
Suite 420
Wilmington, DE 19801
whazeltine@sha-llc.com

Ray C. Schrock, Esq.
Candace Arthur, Esq.
Natasha S. Hwangpo, Esq.
Chase Bentley, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153-0119
ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

Amanda R. Steele, Esq.
Zachary I. Shapiro, Esq.
Matthew P. Milana, Esq.
Daniel J. DeFranceschi, Esq.
RICHARDS, LAYTON AND FINGER
920 N. King Street
Wilmington, DE 19801
steele@rlf.com
Shapiro@rlf.com
milana@rlf.com
defranceschi@rlf.com

John J. Monaghan, Esq.
Jeremy M. Sternberg, Esq.
Lynne B. Xerras
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
john.monaghan@hklaw.com
jeremy.sternberg@hklaw.com
lynn.xerras@hklaw.com

Derek C. Abbott, Esq.
Jonathan M. Weyand, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL
LLP
1201 North Market Street
16th Floor
Wilmington, DE 19801
dabbott@morrisnichols.com
jweyand@morrisnichols.com

James L. Bromley, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
bromleyj@sullcrom.com

Amanda Flug Davidoff, Esq.
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.Suite 700
Washington, DC 20006-5215
davidoffa@sullcrom.com

*[Signature block on following page.]*

Dated: March 9, 2023

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (No. 3553)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
gwerkheiser@beneschlaw.com


-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani (admitted *pro hac vice*)
Isaac Nesser (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
susheelkirpalani@quinnemanuel.com
isaacnesser@quinnemanuel.com

Erika Morabito (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
erikamorabito@quinnemanuel.com

Matthew R. Scheck (admitted *pro hac vice*)
300 West 6th Street, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
matthewscheck@quinnemanuel.com


*Counsel to Cross River Bank*