# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**KABBAGE, INC.** d/b/a **KSERVICING,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered)<br><br>Re: ECF 622 |

**ORDER DENYING MOTION TO SHORTEN NOTICE AND OBJECTION PERIODS FOR JOINT MOTION OF CROSS RIVER BANK AND CUSTOMERS BANK FOR AN ORDER, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2004, AND LOCAL BANKRUPTCY RULE 2004-1, AUTHORIZING AND DIRECTING THE EXAMINATION OF AMERICAN EXPRESS KABBAGE INC.**

Upon the motion (the "Motion")[2] of Cross River Bank and Customers Bank, for the entry of an order shortening the notice and objection periods for the Examination Motion, all as more fully described in the Motion; and the Court having jurisdiction to consider and authority to resolve the Motion pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; and upon all of the proceedings had before the Court,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is DENIED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A) (collectively, the "Debtors").

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

2

2. The Examination Motion shall be heard at the hearing on **March 22, 2023 at 1:00 p.m. (Eastern Time)**.

3. Objections, if any, to the relief requested in the Examination Motion shall be field and served no later than **March 15, 2023 at 4:00 p.m. (Eastern Time)**.

4. Cross River and Customers Bank may (but are not required) to file a joint reply in further support of the Examination Motion on or before **March 17, 2023, at 12:00 noon (Eastern Time)**.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: March 10th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**