# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| **KABBAGE, INC. d/b/a KSERVICING, et al.,** | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Dkt. Nos. 592 & 627** |

### CROSS RIVER BANK'S WITNESS LIST FOR THE MARCH 13, 2023 CONFIRMATION HEARING AT 10:00 A.M.

Cross River Bank ("Cross River") hereby identifies the following individuals it may call as witnesses at the March 13, 2023 hearing ("Hearing") in support of its *Limited Objection and Reservation of Rights of Cross River Bank to Confirmation of Debtors' Chapter 11 Plan* [ECF 592].

1. Any rebuttal and/or impeachment witnesses;

2. Any witnesses designated by any other party; and

3. Any witnesses necessary to establish the admissibility of any document.

Cross River reserves the right to amend and/or supplement this Witness List at any time prior to the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A) (collectively, the "Debtors").

21737666

| | |
|---|---|
| Dated: March 10, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br>*/s/ Gregory W. Werkheiser*<br>Gregory W. Werkheiser (No. 3553)<br>1313 N. Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>gwerkheiser@beneschlaw.com<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>Susheel Kirpalani (admitted *pro hac vice*)<br>Isaac Nesser (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>susheelkirpalani@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br><br>Erika Morabito (admitted *pro hac vice*)<br>1300 I Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>erikamorabito@quinnemanuel.com<br><br>Matthew R. Scheck (admitted *pro hac vice*)<br>300 West 6th Street, Suite 2010<br>Austin, TX 78701<br>Telephone: (737) 667-6100<br>matthewscheck@quinnemanuel.com<br><br>*Counsel to Cross River Bank* |