**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>**KABBAGE, INC. d/b/a KSERVICING, et al.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered)<br><br>**RE: Docket Nos. 649, 650** |

**CERTIFICATE OF SERVICE**

I, Gregory W. Werkheiser, hereby certify that on March 10, 2023, (i) *Cross River Bank's Witness List for the March 13, 2023 Confirmation Hearing at 10:00 A.M.* (Dkt. No. 649); and (ii) *Cross River Bank's Exhibit List for the March 13, 2023 Confirmation Hearing at 10:00 A.M.* (Dkt. No. 650) were served via CM/ECF on all parties registered to receive notices in this case and on the parties listed below via email:

Richard L. Schepacarter
Rosa Sierra-Fox
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
richard.schepacarter@usdoj.gov
rosa.sierra@usdoj.gov

Rochelle L. Gumapac, Esq.
WHITE AND WILLIAMS LLP
600 N. King Street, Suite 800
Wilmington, DE 19801
gumapacr@whiteandwilliams.com

Ray C. Schrock, Esq.
Candace Arthur, Esq.
Natasha S. Hwangpo, Esq.
Chase Bentley, Esq.
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153-0119
ray.schrock@weil.com

Amanda R. Steele, Esq.
Zachary I. Shapiro, Esq.
Matthew P. Milana, Esq.
Daniel J. DeFranceschi, Esq.
RICHARDS, LAYTON AND FINGER
920 N. King Street
Wilmington, DE 19801
steele@rlf.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A) (collectively, the "Debtors").

candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

Shapiro@rlf.com
milana@rlf.com
defranceschi@rlf.com

Pauline K. Morgan, Esq.
Sean T. Greecher, Esq.
Ryan M. Bartley, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
pmorgan@ycst.com
sgreecher@ycst.com
rbartley@ycst.com

Lisa M. Schweitzer, Esq.
Kristin Corbett, Esq.
Richard C. Minott, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
lschweitzer@cgsh.com
kcorbett@cgsh.com
rminott@cgsh.com

Derek C. Abbott, Esq.
Jonathan M. Weyand, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
16th Floor
Wilmington, DE 19801
dabbott@morrisnichols.com
jweyand@morrisnichols.com

James L. Bromley, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
bromleyj@sullcrom.com

Randall L. Klein, Esq.
William C. Meyers, Esq.
Prisca M. Kim, Esq.
GOLDBERG KOHN LTD
55 East Monroe, Suite 3300
Chicago, Illinois 60603
randall.klein@goldbergkohn.com
prisca.kim@goldbergkohn.com
william.meyers@goldbergkohn.com

Robert J. Dehney, Esq.
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
rdehney@morrisnichols.com

Alastair M. Gesmundo, Esq.
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
alastair.m.gesmundo@usdoj.gov

[*Signature block on following page.*]

Dated: March 10, 2023

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (No. 3553)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
gwerkheiser@beneschlaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani (admitted *pro hac vice*)
Isaac Nesser (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
susheelkirpalani@quinnemanuel.com
isaacnesser@quinnemanuel.com

Erika Morabito (admitted *pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
erikamorabito@quinnemanuel.com

Matthew R. Scheck (admitted *pro hac vice*)
300 West 6th Street, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
matthewscheck@quinnemanuel.com

*Counsel to Cross River Bank*