**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | ) Case No. 22-10951 (CTG) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**BANKRUPTCY RULE 2019 DISCLOSURE STATEMENT**
**BY WHITE AND WILLIAMS LLP**

In accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, White and Williams LLP ("**WW**") hereby states that is has been employed to represent certain creditors related to their claims for the forgiveness of loans received through the Paycheck Protection Program ("**PPP**"), including those identified on Schedule 1 attached hereto.

        **WHITE AND WILLIAMS LLP**

        */s/ Rochelle Gumapac*

        **ROCHELLE L. GUMAPAC (#4866)**
        600 N. King Street, Suite 800
        Wilmington, DE 19801
        Telephone: (302) 467-4531
        Facsimile: (302)467-4559
        gumapacr@whiteandwilliams.com
        Attorney for Lead Plaintiffs and Putative Class Members

Dated March 13, 2023

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937) (the "Company"); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

30401697v.1

## SCHEDULE 1

(Creditors Represented)

|  | Name | Address | Nature of Interest | Approx. Amount |
|---|---|---|---|---|
| 1 | Jason Car | Available Upon Request | Claims related to PPP loan forgiveness | $11,600.00 |
| 2 | Vicki Le Master | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 3 | Edward "Dejuan" Ford | 49962 Cherry Hill Rd. Canton, MI 48187 | Claims related to PPP loan forgiveness | $24,200.00 |
| 4 | Carlton Morgan | Available Upon Request | Claims related to PPP loan forgiveness | $5,000,000.00 |
| 5 | Candice Worthy | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 6 | Lance Thompson | 515 15th Ave. W. Palmetto, FL 34221 | Claims related to PPP loan forgiveness | $12,500.00 |
| 7 | Concrete Images Inc. | 1301 Main St. Venice, CA 90291 | Claims related to PPP loan forgiveness | $51,062.34 |
| 8 | Durable Goods Inc. | 1301 Main St. Venice, CA 90291 | Claims related to PPP loan forgiveness | $50,398.43 |
| 9 | Helen Panos | Available Upon Request | Claims related to PPP loan forgiveness | $78,796.00 |
| 10 | Nanci Rands | Available Upon Request | Claims related to PPP loan forgiveness | $30,833.00 |
| 11 | Cliff Singer | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 12 | Alex Hoffman | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 13 | Kyzer Cauthen | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 14 | Marco Bell | Available Upon Request | Claims related to PPP loan forgiveness | $45,076.86 |
| 15 | Crystal Cook | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 16 | Paul Mackinaw | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 17 | Jennifer Pullen | 2125 107th St. S.E. #B Everett, WA 98205 | Claims related to PPP loan forgiveness | $21,094.36 |
| 18 | Alech Consultants LLC | 18003 SW 13th St. Pembroke Pines, FL 33029 | Claims related to PPP loan forgiveness | $13,501.43 |
| 19 | Boimah "Archie Thompson" | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 20 | Carl Bartholomaei | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 21 | George Erwin Pullen | 5318 115th Street S.E. Everett, WA 98208 | Claims related to PPP loan forgiveness | $21,225.03 |
| 22 | Denise Wilson | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 23 | Holly Hughes | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 24 | John Harris Co. Inc. | 13561 Hughes Place Dallas, TX 75240 | Claims related to PPP loan forgiveness | $16,654.00 |

-3-

| 25 | Gina Lupino | Available Upon Request | Claims related to PPP loan forgiveness | $4,500.00 |
|---|---|---|---|---|
| 26 | Carlos Sava | Available Upon Request | Claims related to PPP loan forgiveness | 27,337.46 |
| 27 | Matthew Kilmurry | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 28 | Robert "Russ" Edwards | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 29 | Rachel Simons | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 30 | Sandy Fernandez | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 31 | Chris LaFontaine | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 32 | Catherine Canfield | Available Upon Request | Claims related to PPP loan forgiveness | $20,833.00 |
| 33 | Eugene Kasapis | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 34 | Terry Davis | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 35 | Emerson Raygor | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 36 | Natasha Palmer | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 37 | Rasean Miller | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 38 | Stephen Hinson | 19904 W. 94th Ln. Arvada, CO 80007 | Claims related to PPP loan forgiveness | $8,505.00 |
| 39 | Jennifer Holden | Available Upon Request | Claims related to PPP loan forgiveness | $40,312.00 |
| 40 | Ina McGuiness | Available Upon Request | Claims related to PPP loan forgiveness | $16,750.00 |
| 41 | Lisa Rodosta | Available Upon Request | Claims related to PPP loan forgiveness | TBD |
| 42 | Crystal Rischer | Available Upon Request | Claims related to PPP loan forgiveness | $12,541.00 |
| 43 | Michael Rischer | Available Upon Request | Claims related to PPP loan forgiveness | $12,541.00 |
| 44 | Creative Property Preservation Inc. | 223 Hickory Hollow Dr. S. Jacksonville, FL 32225 | Claims related to PPP loan forgiveness | $273,750.00 |
| 45 | Hexis Consulting LLC | Mequon Rd., #349 Germantown, WI 53022 | Claims related to PPP loan forgiveness | $5,982.81 |
| 46 | Cindy Printz | Available Upon Request | Claims related to PPP loan forgiveness | TBD |

30401697v.1