# **CERTIFICATE OF SERVICE**

     I, Rochelle L. Gumapac, Esquire, here do certify that on March 13, 2023, a copy of the Bankruptcy Rule 2019 Disclosure Statement by White and Williams LLP was served by CM/ECF upon all counsel of record.

**WHITE AND WILLIAMS LLP**

*/s/ Rochelle L. Gumapac*
**ROCHELLE L. GUMAPAC (#4866)**
600 N. King Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 467-4531
Facsimile: (302)467-4559
gumapacr@whiteandwilliams.com
Attorney for Lead Plaintiffs and Putative Class Members

Dated March 13, 2023

30403017v.1