# SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 7

**CASE NUMBER:** 21-10951   **CASE NAME:** Kabbage, Inc.   **DATE:** 3/13/2023 (12:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Scheck | Quinn Emanuel | Cross River Bank |
| Robert Loeffler | " " | " |
| Corey Werkheiser | Benesch | " |
| Jeremy Sternberg | ~~Customers Ban~~ Holland and Knight | Customers Bank |
| John Monaghan | Holland and Knight | " " |
| Bill Sullivan | Sullivan Hazeltine | " " |
| Bill Hazeltine | Sullivan Hazeltine | " " |
| Rosa S Fox | US Trustee | US Trustee |
| Toyia Haines | US Trustee | US Trustee |

# WITNESS SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 7

**CASE NUMBER:** 21-10951    **CASE NAME:** Kabbage, Inc.    **DATE:** 3/13/2023 (12:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ALASTAIR GESMUNDO | U.S. DEPARTMENT OF JUSTICE | UNITED STATES, INCLUDING THE SBA |
| Candace Arthur | Weil, Gotshal | Debtors |
| Natasha Hwangpo | " " | |
| Chase Bentley | " " | |
| Richard Slack | " " | |
| Ted Tsekerides | " " | |
| Zach Shapiro | Richards Layton | |
| Amanda Steele | " " | " " |
| Matt Milana | " " | " " |
| Lisa Schweitzer | Cleary, Gottlieb, Steen & Hamilton | Federal Reserve Bank |
| Richard Minott | | |
| Alexandra Lotty | | |
| Pauline Morgan | Young Conaway | |
| Sean Greecher | | |

**Kabbage, Inc. - 22-10951**
**March 13, 2023 - 1:00PM**
**Confirmation Hearing**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Derek | Abbott | American Express | Morris, Nichols, Arsht & Tunnell LLP |
| Richard | Archer | Law360 | |
| Robert | Atras | United States (IRS) | DOJ |
| James | Bailey | Vaco & Morgan Franklin | Bradley |
| Jay | Bender | Vaco and Morgan Franklin | Bradley |
| Eric | Benderson | U.S. Small Business Administration | |
| Eric | Benderson | Small Business Administration | Small Business Administration |
| Dolan | Bortner | American Express | Sullivan & Cromwell LLP |
| Sandy | Bratton | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| James | Bromley | American Exrpess | Sullivan & Cromwell LLP |
| Daniel | DeFranceschi | Kabbage, Inc. | RLF |
| Arlen | Gelbard | Cross River Bank | |
| Frayda | Ginsburg | Cross River Bank | |
| Judge | Goldblatt | Court | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Rochelle | Gumapac | Lead Plaintiffs and Putative Class Members | White and Williams |
| Taylor | Harrison | Debtwire | |
| Scott | Jones | Insperity | Cousins Law LLC |
| Tim | K | KS | |
| Kevin | Kobbe | Biz2Credit Inc. | DLA Piper LLP (US) |
| David | Kurzweil | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| Huiqi (Vicky) | Liu | Debtors | Richards, Layton & Finger |
| Kyle | Mason | Interested Party | |
| Jeremy | Mauser | Federal Reserve Bank | Cleary Gottlieb Steen & Hamilton |
| Stanton | McManus | United States | |
| William | Meyers | Paul Pietschner | Goldberg Kohn Ltd. |
| Alison | Miller | Debtors | Omni Agent Solutions |
| Meredith | Mitnick | Various interested parties | Goodwin Procter LLP |
| Christine | Nell | U.S. Small Business Administration | |
| D. | Parker-Thompson | None | |
| Matthew | Petrie | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| Vanessa | Piccioni | SBA/OCA | US Small Business Administration |
| Katharine | Ross | Federal Reserve Bank | Cleary Gottlieb Steen & Hamilton |
| Emily | Rothkin | Customers Bank | Holland & Knight |
| Richard | Schepacarter | Andrew R. Vara, US Trsutee | USDOJ-OUST |
| Ray | Schrock | Debtors | Weil, Gotshal & Manges LLP |
| Christopher | Stauble | Debtors | Weil, Gotshal & Manges LLP |
| Kim | Steverson | Debtors' Claims and Noticing Agent | Omni Agent Solutions |
| Vince | Sullivan | Law360 | |
| Cathy | Ta | Reorg | |
| Lawrence | Taylor | Board of Directors of Kabbage, Inc. d/b/a KServicing | Board of Directors of Kabbage, Inc. d/b/a KServicing |
| Jonathan | Weyand | American Express | Morris, Nichols, Arsht & Tunnell LLP |
| Alex | Wolf | Bloomberg | |
| Demi | Yeager | court | |
| Becky | Yerak | Wall Street Journal | News Corp |
| Kandace | Zelaya | U.S. Small Business Administration | |