# **EXHIBIT C**

								Donna Evans <devans@kservicecorp.com>

## KServicing Update #4 (last one)
2 messages

**Donna Evans** <devans@kservicecorp.com>										Fri, Nov 4, 2022 at 7:49 PM
To: "White, Alyssa A" <awhite@customersbank.com>, "Vervlied, Michele L" <mvervlied@customersbank.com>
Cc: "Sachs, Andrew" <asachs@customersbank.com>, Sal Kafiti <skafiti@kservicecorp.com>

Michele/Alyssa,

Attached is the remittance report.

This is the last file that had been outlined for delivery today.

Let us know if questions--

--donna

--
**Donna Robinson Evans**
Sr. Operations Director, KServicing
730 Peachtree St., Suite 470
Atlanta, GA 30308
https://www.kservicing.com/

 **Customers Bank remittance file Kservice 10.03.22_11.4.22.xlsx**
2467K

**Vervlied, Michele L** <mvervlied@customersbank.com>									Fri, Nov 4, 2022 at 8:08 PM
To: Donna Evans <devans@kservicecorp.com>, "White, Alyssa A" <awhite@customersbank.com>
Cc: "Sachs, Andrew" <asachs@customersbank.com>, Sal Kafiti <skafiti@kservicecorp.com>

Thanks Donna. Received.

Michele L Vervlied
EVP, Director of Government Guaranteed Lending
Phoenixville, PA
(Cell) 484-985-5230

**From:** Donna Evans <devans@kservicecorp.com>
**Sent:** Friday, November 4, 2022 7:49:17 PM
**To:** White, Alyssa A <awhite@customersbank.com>; Vervlied, Michele L <mvervlied@customersbank.com>
**Cc:** Sachs, Andrew <asachs@customersbank.com>; Sal Kafiti <skafiti@kservicecorp.com>
**Subject:** KServicing Update #4 (last one)

**PLEASE NOTE: This email is not from a Customers Bank address.**
**Do not click on suspicious links. Do not give out personal or bank information to unknown senders.**

Michele/Alyssa,

[Quoted text hidden]

Notice of Confidentiality:

This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.