# **EXHIBIT D**

# SETTLEMENT PAYMENT CALCULATION

|  | CUBI | KSERVICING |
|---|---:|---:|
| Returned/Cancelled Loans | $3,617,304 | $3,617,304 |
| Returned/Cancelled Loans in Remittance Report | ($426,258) | ($426,258) |
| Additional Loans not Disbursed (per Danny) | $35,899 | $35,899 |
| **Adjusted Returned/Canceled Loans** | **$3,226,945** | **$3,226,945** |
| Borrower Principal Repayments and Returns per Remittance File | $25,578,633 | $24,022,977 |
| Interest Collected | $1,030,328 | $1,030,328 |
| Reported Remittance Account Variance | $497,900 | $497,900 |
| **Total Borrower Remittance Payments (P&I)** | **$27,106,862** | **$25,551,205** |
| Adjusted Returned/Cancelled Loans | $3,226,945 | $3,226,945 |
| Total Borrower Remittance Payments (P&I) | $27,106,862 | $25,551,205 |
| Fees Owed to SBA (Borrower Overpayments) | ($1,150,513) | ($1,150,513) |
| **Disputed KServicing Remittance Holdbacks** | **$29,183,294** | **$27,627,637** |
| **Disputed KServicing Fee Holdbacks** | **$8,317,023** | **$8,317,023** |
| Disputed KServicing Remittance Holdbacks | $29,183,294 | $27,627,637 |
| Disputed KServicing Fee Holdbacks | $8,317,023 | $8,317,023 |
| **Disputed KServicing Holdbacks** | **$37,500,317** | **$35,944,660** |
| Negotiated Receivable | $58,000,000 | $58,000,000 |
| Disputed KServicing Holdbacks | ($37,500,317) | ($35,944,660) |
| **Settlement Payment** | **$20,499,683** | **$22,055,340** |

| | | |
|---|---:|---:|
| Rec'd from CUBI 11/14 | $19,469,355 | |
| Rec'd from CUBI 11/16 | $1,030,328 | |
| | $20,499,683 | |
| **Still owed by CUBI** | **$1,555,656** | |