UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re                                                      :    Chapter 11
                                                           :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                  :    Case No. 22-10951 (CTG)
                                                           :
                                                           :
Debtors.[1]                                                :    (Jointly Administered)
                                                           :
                                                           :    Re: Docket Nos. 530, 531, 532, 533, 534 & 535
---------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING FIRST OMNIBUS ORDER
AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies as follows:

1. In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered October 21, 2022 [Docket No. 136] (the "**Interim Compensation Order**"), those professionals listed on **Exhibit A** attached hereto (each, an "**Applicant**" and collectively, the "**Applicants**") filed their respective interim fee applications [Docket Nos. 530, 531, 532, 533, 534 and 535] (the "**Interim Applications**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Pursuant to the Interim Applications, objections to each of the Interim Applications, if any, were to be filed and served no later than the objection deadline set forth on each of the Interim Applications in accordance with the Interim Compensation Order (as applicable, the "**Objection Deadline**"), the last of which expired on March 6, 2023. The

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28682579v.1

Applicants received no objections or responses to the Interim Applications prior to the applicable Objection Deadline.  The hearing to consider approval of the Interim Applications is currently scheduled for March 20, 2023 at 10:00 a.m. (Eastern Time).

3. As there are no objections to the approval of the Interim Applications, counsel to the above-captioned debtors and debtors in possession (the "**Debtors**") prepared a proposed form of omnibus order (the "**Proposed Order**") approving the Interim Applications.  A copy of the Proposed Order is attached hereto as **Exhibit A**.

4. The Proposed Order has been circulated to each Applicant and the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").  The Applicants have agreed to entry of the Proposed Order, and the U.S. Trustee does not object to the entry of the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Proposed Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

*(Remainder of Page Intentionally Left Blank)*

Dated: March 14, 2023
Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

*Attorneys for Debtors
and Debtors in Possession*