**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------ x | : | **Chapter 11** |
| **In re** | : | |
| | : | **Case No. 22-10951 (CTG)** |
| **KABBAGE, INC. d/b/a KSERVICING,** *et al.*, | : | |
| | : | **(Jointly Administered)** |
| | : | |
| **Debtors.**[1] | : | Re: Docket No. 196 |
| ------------------------------------------------------ x | | |

**NOTICE OF INCREASE IN ORDINARY COURSE PROFESSIONAL**
**MONTHLY FEE CAP WITH RESPECT TO MCGUIREWOODS LLP**

**PLEASE TAKE NOTICE** that, pursuant to the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business* [Docket No. 196] (the "**OCP Order**")[2] and the OCP Procedures approved thereunder, Kabbage, Inc. (d/b/a KServicing) and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have obtained the agreement of the Reviewing Parties[3] to increase the Monthly Fee Cap of McGuireWoods LLP, a Tier 2 Ordinary Course Professional, from $50,000 to $55,000 (the "**Increased Monthly Fee Cap**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, the Increased Monthly Fee Cap is deemed approved upon the filing of this notice, without further action by the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the OCP Order.

[3] The term "Reviewing Parties" is defined in the OCP Order to include the U.S. Trustee and the Creditors' Committee, if any; however, no Creditors' Committee has been appointed in these chapter 11 cases. Accordingly, the U.S. Trustee is the only Reviewing Party.

Dated: March 14, 2023
Wilmington, Delaware

/s/ *Huiqi Liu*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
Huiqi Liu (No. 6850)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com
liu@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
E-mail:    ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*

RLF1 28733891v.1