UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | : | Case No. 22-10951 (CTG) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

---

**REQUEST FOR NOTICES**

Please take notice that FIRST CITIZENS BANK & TRUST COMPANY, successor by merger to CIT BANK, N.A ("First-Citizens"), a creditor and party-in-interest in the above-captioned case, files a Request for Notices and requests to be added to the master mailing list. First-Citizens hereby requests that notice of all matters which may come before the Court be served upon the following address:

Kenneth D. Peters
Counsel First-Citizens Bank & Trust Company
Dressler | Peters, LLC
101 West Grand Ave., Suite 404
Chicago, IL 60654
Phone: (312) 602-7360
Fax:     (312) 637-9378
Email: kpeters@dresslerpeters.com

The following requests includes the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001 and 9007, and also includes, without limitation, notice of orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought before this Court in this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

        FIRST CITIZENS BANK & TRUST COMPANY,
        successor by merger to CIT BANK, N.A


    By: /s/ Kenneth D. Peters
       Kenneth D. Peters (ARDC# 6186034)
       Dressler | Peters, LLC
       101 West Grand Ave., Suite 404
       Chicago, IL 60654
       Phone: (312) 602-7360
       Fax: (312) 637-9378
       Email: kpeters@dresslerpeters.com


## **CERTIFICATE OF SERVICE**

I, Rachel McCandless, hereby certify that I have served a copy of the foregoing Request for Notices by ECF Notice of Electronic Filing this 15th day of March, 2023.


        /s/ Rachel McCandless
        Rachel McCandless
        Paralegal
        Dressler | Peters, LLC