**<u>Exhibit 1</u>**



NEWS DETAILS

Sign Up for American Express News

**< VIEW ALL NEWS**

# American Express to Acquire Kabbage

August 17, 2020 | US

*Acquisition Will Expand American Express' Digital Cash Flow Management Offerings for Small Businesses*

NEW YORK --(BUSINESS WIRE)-- American Express ( **NYSE: AXP** ) today announced that it has entered into an agreement to acquire substantially all of Kabbage , a leading financial technology company providing cash flow management solutions to small businesses in the U.S. The transaction represents an important step toward American Express' goal of being an essential partner to small businesses through a broad range of payment, cash flow and financial management tools.

Under the terms of the agreement, American Express will acquire Kabbage's team and its full suite of financial technology products, data platform and IP built for small businesses. Kabbage's products include access to flexible lines of credit, online bill payment, cash flow visualization tools, e-gift certificates, and the ability to centralize funds through the company's recently launched business checking account. This product suite is integrated into a single online platform that uses real-time data processing to help small businesses better understand, forecast and manage their cash flow.

With the addition of Kabbage's technology, products and people, American Express plans to offer a broader set of cash flow management tools and working capital products to its millions of small business customers in the U.S.

"For several years, American Express has been expanding beyond our industry-leading commercial card products to offer our business customers a growing set of payment and working capital solutions," said Anna Marrs , President of Global Commercial Services at American Express . "This acquisition accelerates our plans to offer U.S. small businesses an easy and efficient way to manage their payments and cash flow digitally in one place, which is more critical than ever in today's environment. By bringing together Kabbage's innovative technology and talented team with our broad distribution capabilities and over 60 years of experience backing small businesses, we can better help our customers successfully emerge from this challenging period and beyond."

"At Kabbage, we have always made the success of America's small businesses our primary objective," said Kabbage CEO and co-founder, Rob Frohwein . "We have built a technology and data platform that provides them with the kind of capabilities and insights often reserved for larger businesses. By joining American Express , we can help more small businesses succeed with a fully digital suite of financial products to help them run and grow their companies."

The acquisition is expected to close later this year, subject to customary closing conditions. Kabbage's pre-existing loan portfolio is not included in the purchase agreement.

**ABOUT AMERICAN EXPRESS**

American Express is a globally integrated payments company, providing customers with access to products, insights, and experiences that enrich lives and build business success. Learn more at americanexpress.com and connect with us on facebook.com/americanexpress , instagram.com/americanexpress , linkedin.com/company/american-express , twitter.com/americanexpress , and youtube.com/americanexpress .

Key links to products, services and corporate responsibility information: charge and credit cards , business credit cards , travel services , gift cards , prepaid cards , merchant services , Accertify , InAuth , corporate card , business travel , and corporate responsibility .

**ABOUT Kabbage**

Kabbage, Inc. , headquartered in Atlanta , is a data and technology company providing small business cash flow solutions. Its suite of products includes Kabbage Checking TM , providing small businesses a new way to bank; Kabbage Payments TM , helping small businesses get paid and access the money they earn faster; Kabbage Insights TM , calculating small businesses' real-time cash flow; and Kabbage Funding TM providing access to flexible lines of credit up to $250,000 in minutes. Kabbage is a 2020 CNBC Disruptor 50 and is funded and backed by leading investors, including the SoftBank Vision Fund , BlueRun Ventures , Thomvest Ventures , and others. For complete product details and disclosures, please visit www.kabbage.com .



Log In

Home          Newsroom                              Investors     Careers

; expectations regarding the

limited to, the parties' ability to satisfy the closing conditions and consummate the transaction, the underlying assumptions related to the transaction proving to be inaccurate or unrealized, and the company's ability to integrate Kabbage and leverage its capabilities. A further description of these and other risks and uncertainties can be found in American Express' Annual Report on Form 10-K for the year ended December 31, 2019 and its other reports filed with the SEC .

View source version on businesswire.com : https://www.businesswire.com/news/home/20200817005350/en/

**AMERICAN EXPRESS**
Felicia Mowll
212-640-1709
Felicia.A.Mowll@aexp.com

Source: American Express

**< VIEW ALL NEWS**

> About

> Products & Services

> Links You May Like

> Additional Information



🇺🇸 United States  Change Country

    

Terms of Service  |  Privacy Center  |  AdChoices  |  Security Center

Card Agreements  |  Servicemember Benefits  |  Site Map

All users of our online services are subject to our Privacy Statement and agree to be bound by the Terms of Service. Please review.

© 2023 American Express. All rights reserved

Powered By Q4 Inc. 5.90.0.6