**Exhibit 2**

**From:** Regina Sorin <Regina.Sorin@aexp.com>
**Sent:** Wednesday, December 14, 2022 6:45 PM
**To:** Sal Kafiti
**Subject:** RE: Question

Hi Sal – 2:00 pm on Friday works for me. I can send a calendar invite a bit later.

REGINA SORIN | VP AND SENIOR M&A COUNSEL
GENERAL COUNSEL'S ORGANIZATION
AMERICAN EXPRESS
M: 440.554.3359 | E: regina.sorin@aexp.com

**From:** Sal Kafiti <skafiti@kservicecorp.com>
**Sent:** Wednesday, December 14, 2022 1:45 PM
**To:** Regina Sorin <Regina.Sorin@aexp.com>
**Subject:** [External] Re: Question

OK sounds good. I have nothing booked after 11 on Friday except a workout over lunch!

Want to talk at 2:00? If you have a preferred time just let me know and I can make it work.

-Sal

**From:** Regina Sorin <Regina.Sorin@aexp.com>
**Date:** Wednesday, December 14, 2022 at 1:33 PM
**To:** Sal Kafiti <skafiti@kservicecorp.com>
**Subject:** Re: Question

Hi Sal - Today is challenging, but I'm also very open Friday after 11 am.

**From:** Sal Kafiti <skafiti@kservicecorp.com>
**Sent:** Wednesday, December 14, 2022 1:03:42 PM
**To:** Regina Sorin <Regina.Sorin@aexp.com>
**Subject:** [External] Question

Hi Regina – I'd like to connect with you to present an idea for you to consider. Please let me know if you have time this week for a short call.

I have a pretty clear calendar today or Friday; Thursday would be more difficult for me.

Many Thanks,
Sal

**Salim Kafiti**
Deputy General Counsel
Email: skafiti@kservicecorp.com
Pronouns: He/Him/His

1



www.kservicing.com [isolate.menlosecurity.com]

Notice of Confidentiality: This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.

American Express made the following annotations

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant

Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent contenir des renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.

Notice of Confidentiality: This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.