**Exhibit 3**

| | |
|---|---|
| **From:** | Sal Kafiti <skafiti@kservicecorp.com> |
| **Sent:** | Tuesday, December 20, 2022 9:13 AM |
| **To:** | Regina Sorin |
| **Subject:** | [External] Re: Following up on Friday's conversation |

OK that sounds good. I'll let them know.

Get Outlook for iOS [isolate.menlosecurity.com]

---

**From:** Regina Sorin <Regina.Sorin@aexp.com>
**Sent:** Tuesday, December 20, 2022 8:39:43 AM
**To:** Sal Kafiti <skafiti@kservicecorp.com>
**Subject:** RE: Following up on Friday's conversation

Hi Sal,

I've also been discussing general approach with S&C, as we discussed, and S&C will reach out to Weil to discuss this all more holistically.

Best,
Regina

REGINA SORIN  |  VP AND SENIOR M&A COUNSEL
GENERAL COUNSEL'S ORGANIZATION
AMERICAN EXPRESS
M: 440.554.3359  |  E: regina.sorin@aexp.com

**From:** Sal Kafiti <skafiti@kservicecorp.com>
**Sent:** Monday, December 19, 2022 4:35 PM
**To:** Regina Sorin <Regina.Sorin@aexp.com>
**Subject:** [External] Following up on Friday's conversation

Regina – I followed up internally after our discussion on Friday.  K-Servicing is OK with providing you a scenario matrix and some more detailed portfolio information per your request to kickstart some discussion about future servicing options.  We will get started on that this week.  We also are OK conceptually with signing an NDA to protect the discussions from disclosure and thought it might make the most sense if AmEx/S&C circulated something first that you think would provide the scope of protection you are looking for in this context.  Are you/S&C OK with taking the first draft of the NDA?

Many Thanks,
Sal

**Salim Kafiti**
Deputy General Counsel
Email:  skafiti@kservicecorp.com
Pronouns:  He/Him/His



www.kservicing.com [isolate.menlosecurity.com]

Notice of Confidentiality: This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.

American Express made the following annotations

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant

Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent contenir des renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.

Notice of Confidentiality: This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.