**Exhibit 4**

| | |
|---|---|
| **From:** | Regina Sorin <Regina.Sorin@aexp.com> |
| **Sent:** | Tuesday, January 31, 2023 3:17 PM |
| **To:** | Sal Kafiti |
| **Subject:** | RE: Quick question for you |

Sure, I'm free for the next hour if that works? You can call my cell – 440.554.3359.

REGINA SORIN  |  VP AND SENIOR M&A COUNSEL
GENERAL COUNSEL'S ORGANIZATION
AMERICAN EXPRESS
M: 440.554.3359  |  E: regina.sorin@aexp.com

**From:** Sal Kafiti <skafiti@kservicecorp.com>
**Sent:** Tuesday, January 31, 2023 3:01 PM
**To:** Regina Sorin <Regina.Sorin@aexp.com>
**Subject:** [External] Quick question for you

Regina – let me know if you have a few minutes to connect. I have a quick question about data that I don't think necessarily has to go through Weil and Sullivan.

Notice of Confidentiality: This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.