**Exhibit 5**

| **From:** | Regina Sorin <Regina.Sorin@aexp.com> |
| **Sent:** | Thursday, February 2, 2023 11:48 AM |
| **To:** | Sal Kafiti |
| **Subject:** | RE: Quick question for you |

Yes, please let me know.  We'd think about Customers Bank data in the same way, but would want to discuss further any transfer of Kabbage direct loan data, as that is technically owned by Amex.

**REGINA SORIN**  |  VP AND SENIOR M&A COUNSEL
GENERAL COUNSEL'S ORGANIZATION
AMERICAN EXPRESS
M: 440.554.3359  |  E: regina.sorin@aexp.com

**From:** Sal Kafiti <skafiti@kservicecorp.com>
**Sent:** Thursday, February 2, 2023 11:32 AM
**To:** Regina Sorin <Regina.Sorin@aexp.com>
**Subject:** [External] Re: Quick question for you

Thank you, Regina.  I will confirm the encryption point you note below.  The testing for data accuracy is already part of the workflow plan.

I really appreciate the quick response.  If this same S3 solution is of interest to Customers Bank or other potential successor servicers, I will let you know.

Many Thanks,
Sal

**Salim Kafiti**
Deputy General Counsel
Email:  skafiti@kservicecorp.com
Pronouns:  He/Him/His



www.kservicing.com [kabbage.com]

**From:** Regina Sorin <Regina.Sorin@aexp.com>
**Date:** Thursday, February 2, 2023 at 11:21 AM
**To:** skafiti@kservicecorp.com <skafiti@kservicecorp.com>
**Subject:** RE: Quick question for you

Hi Sal,

I'm confirming that Amex is comfortable with K Servicing partitioning the CRB loan files and other CRB loan data in the S3 container and making a copy for CRB, as we discussed.  We would just ask that you all perform sufficient testing to

confirm that the query you run doesn't inadvertently capture any non-CRB loan data in the container, and that you ensure that the data transmission was encrypted at two levels – at transmission level and at file or field level.

Best,
Regina

REGINA SORIN | VP AND SENIOR M&A COUNSEL
GENERAL COUNSEL'S ORGANIZATION
AMERICAN EXPRESS
M: 440.554.3359 | E: regina.sorin@aexp.com

**From:** Sal Kafiti <skafiti@kservicecorp.com>
**Sent:** Tuesday, January 31, 2023 3:01 PM
**To:** Regina Sorin <Regina.Sorin@aexp.com>
**Subject:** [External] Quick question for you

Regina – let me know if you have a few minutes to connect.  I have a quick question about data that I don't think necessarily has to go through Weil and Sullivan.

Notice of Confidentiality: This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.
American Express made the following annotations

---

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant

Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent contenir des renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.

---

Notice of Confidentiality: This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you.