**Exhibit 1**

| | |
|---|---|
| **From:** | Bromley, James L. |
| **Sent:** | Wednesday, January 4, 2023 10:33 AM |
| **To:** | Tsekerides, Theodore |
| **Cc:** | Mehta, Suniti N.; Davidoff, Amanda Flug |
| **Subject:** | KServicing/Amex |

Ted,

Hope you enjoyed the holidays. We understand that KServicing has approached American Express about options for ongoing loan servicing following bankruptcy. It would be helpful to find a time to discuss the current status of your investigation with respect to the bankruptcy and American Express, in order to facilitate a conversation about options for loan servicing and American Express's role. Please let us know if you have availability this week or early next week to discuss.

Best regards,

Jim


James L. Bromley
Sullivan & Cromwell LLP | 125 Broad Street |
New York, NY 10004-2498
T: (212) 558-4923 | F: (212) 291-3588 | C: (973) 901-6898
bromleyj@sullcrom.com | http://www.sullcrom.com