**Exhibit 5**

| | |
|---|---|
| **From:** | Mehta, Suniti N. |
| **Sent:** | Thursday, January 19, 2023 5:59 PM |
| **To:** | Tsekerides, Theodore; Arthur, Candace M. |
| **Cc:** | Bromley, James L.; Davidoff, Amanda Flug; Hwangpo, Natasha; Bentley, Chase; Ollestad, Jordan; Trinity Litigation |
| **Subject:** | RE: KServicing/Amex |

Ted, Candace,

Thank you for sharing these requests. As we've discussed, American Express is open to discussing its role in assisting KServicing with its transition plans, including the requests that you have outlined. We do not believe that all of the documentation, access, and resources that have been requested constitute information within the scope of examination under Bankruptcy Rule 2004 or that American Express is obligated under the TSA to provide all of the requested documentation, access, and resources. However, we agree that it is in the best interests of the parties to work cooperatively and that it would be helpful to meet and confer on the requests. American Express requires more information to understand what is being requested and the ultimate goal with respect to transitioning servicing. Some of these requests may require weeks or months of development or other work to accomplish and so should be discussed in the context of KServicing's broader transition plans. Based on such discussions between the parties, a more comprehensive transition plan can be developed. In addition, to the extent that the requests seek documentation that has not previously been provided to KServicing in response to prior requests, American Express will require time to investigate whether such documentation exists. In light of the steps required to scope and respond to the requests, at this time American Express cannot commit to providing all of the documentation, access, and resources requested by February 17, 2023 but is willing to discuss a realistic timeframe for assisting KServicing.

Please let us know when you are available to discuss the requests next week.

Thanks,
Suni

Suniti N. Mehta
T: (212) 558-4083 | F: (212) 558-3588
mehtas@sullcrom.com

**From:** Tsekerides, Theodore
**Sent:** Friday, January 13, 2023 4:37 PM
**To:** Mehta, Suniti N. ; Arthur, Candace M.
**Cc:** Bromley, James L. ; Davidoff, Amanda Flug ; Hwangpo, Natasha ; Bentley, Chase ; Ollestad, Jordan ; Trinity Litigation
**Subject:** [EXTERNAL] RE: KServicing/Amex

Please see the attached letter and schedule listing the requests. Let's discuss next week.

Thanks very much.



**Theodore E. Tsekerides**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
theodore.tsekerides@weil.com
+1 212 310 8218 Direct
+1 516 398 0510 Mobile
+1 212 310 8007 Fax

---

**From:** Mehta, Suniti N. <mehtas@sullcrom.com>
**Sent:** Wednesday, January 11, 2023 2:41 PM
**To:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Arthur, Candace M. <Candace.Arthur@weil.com>
**Cc:** Bromley, James L. <bromleyj@sullcrom.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Bentley, Chase <Chase.Bentley@weil.com>; Ollestad, Jordan <Jordan.Ollestad@weil.com>
**Subject:** RE: KServicing/Amex

Ted, Candace,

American Express consents to sharing the Merger Agreement, TSA, and Transfer, Assignment and Assumption Agreement with Cross River Bank.

We will come back to you on the draft protective order as soon as possible. As discussed on Friday, it would be helpful to see the list of requests that we discussed, including details about the data transfer that KServicing is interested in pursuing.

Thanks,
Suni

Suniti N. Mehta
T: (212) 558-4083 | F: (212) 558-3588
mehtas@sullcrom.com

---

**From:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Sent:** Wednesday, January 11, 2023 8:27 AM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Cc:** Bromley, James L. <bromleyj@sullcrom.com>; Mehta, Suniti N. <mehtas@sullcrom.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Bentley, Chase <Chase.Bentley@weil.com>; Ollestad, Jordan <Jordan.Ollestad@weil.com>
**Subject:** [EXTERNAL] Re: KServicing/Amex

Actually, upon further review, the only agreement of these 3 that requires Amex's consent is the TSA.

Jim, please let us know about the TSA and also let us know if there were any comments on the proposed protective order we sent around a while back.

Thanks very much.

Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP
212-310-8218 Office

2

516-398-0510 Mobile

On Jan 10, 2023, at 7:47 PM, Arthur, Candace M. <Candace.Arthur@weil.com> wrote:

Jim, Suniti, and Amanda

We wanted to see if you had a chance to speak to your client regarding our request for consent to share the following documents with Cross River Bank:

1. The Transition Services Agreement;
2. Agreement and Plan of Merger among American Express Travel Related Services Company, Inc., Green Acquisition Merger Sub, Inc., Kabbage, Inc., Alpha Kabbage, Inc., and Fortis Advisors, LLC, dated August 16, 2020, including all exhibits and schedules thereto, as may be amended from time to time;
3. The Transfer, Assignment and Assumption Agreement between Kabbage, LLC and Alpha Kabbage;

Please advise. Subject to obtaining the requested consent we would like to provide Cross River with the documents before their 4pm deadline to object to the Disclosure Statement.

Best
Candace


**Candace M. Arthur**
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

**From:** Bromley, James L. <bromleyj@sullcrom.com>
**Sent:** Friday, January 6, 2023 1:03 PM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Mehta, Suniti N. <mehtas@sullcrom.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Bentley, Chase <Chase.Bentley@weil.com>
**Subject:** RE: [EXTERNAL] Re: KServicing/Amex

I can speak between 2:30 and 4


James L. Bromley
T: (212) 558-4923 | F: (212) 291-3588 | C: (973) 901-6898
bromleyj@sullcrom.com

**From:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Sent:** Friday, January 6, 2023 12:24 PM

3

**To:** Bromley, James L. <bromleyj@sullcrom.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Mehta, Suniti N. <mehtas@sullcrom.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Bentley, Chase <Chase.Bentley@weil.com>
**Subject:** RE: [EXTERNAL] Re: KServicing/Amex

Jim

Thank you for the flexibility. Would this afternoon work for you? Perhaps between 2-4?


**Candace M. Arthur**
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

**From:** Bromley, James L. <bromleyj@sullcrom.com>
**Sent:** Thursday, January 5, 2023 6:06 PM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>; Mehta, Suniti N. <mehtas@sullcrom.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Hwangpo, Natasha <Natasha.Hwangpo@weil.com>; Bentley, Chase <Chase.Bentley@weil.com>
**Subject:** RE: [EXTERNAL] Re: KServicing/Amex

Sure


**From:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Date:** Thursday, Jan 05, 2023 at 5:31 PM
**To:** Bromley, James L. <bromleyj@sullcrom.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>, Mehta, Suniti N. <mehtas@sullcrom.com>, Davidoff, Amanda Flug <davidoffa@sullcrom.com>, Hwangpo, Natasha <Natasha.Hwangpo@weil.com>, Bentley, Chase <Chase.Bentley@weil.com>
**Subject:** Re: [EXTERNAL] Re: KServicing/Amex

Jim

We are in striking distance of resolving a contested matter that is scheduled for hearing tomorrow. Is it possible to reschedule our call for tomorrow?


**Candace M. Arthur**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

4

candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

On Jan 4, 2023, at 9:38 PM, Bromley, James L. <bromleyj@sullcrom.com> wrote:

Ok

---

**From:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Date:** Wednesday, Jan 04, 2023 at 9:32 PM
**To:** Bromley, James L. <bromleyj@sullcrom.com>
**Cc:** Tsekerides, Theodore <theodore.tsekerides@weil.com>, Mehta, Suniti N. <mehtas@sullcrom.com>, Davidoff, Amanda Flug <davidoffa@sullcrom.com>, Hwangpo, Natasha <Natasha.Hwangpo@weil.com>, Bentley, Chase <Chase.Bentley@weil.com>
**Subject:** Re: [EXTERNAL] Re: KServicing/Amex

Jim

Let's shoot for 6:30. We will circulate a dial-in.

**Candace M. Arthur**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

On Jan 4, 2023, at 11:36 AM, Bromley, James L. <bromleyj@sullcrom.com> wrote:

Ted,
Thanks for getting back to me so quickly. I am in depositions tomorrow until 5:30. I can talk after that if it works for you.
Jim

---

**From:** Tsekerides, Theodore <theodore.tsekerides@weil.com>
**Date:** Wednesday, Jan 04, 2023 at 11:09 AM
**To:** Bromley, James L. <bromleyj@sullcrom.com>
**Cc:** Mehta, Suniti N. <mehtas@sullcrom.com>, Davidoff, Amanda Flug <davidoffa@sullcrom.com>, Arthur, Candace M. <Candace.Arthur@weil.com>, Hwangpo, Natasha

<Natasha.Hwangpo@weil.com>, Bentley, Chase <Chase.Bentley@weil.com>
**Subject:** [EXTERNAL] Re: KServicing/Amex

Thanks Jim. We agree it would make a lot of sense to discuss. Would you happen to have any availability tomorrow?

Much appreciated.


Theodore E. Tsekerides
Partner
Weil, Gotshal & Manges LLP
212-310-8218 Office
516-398-0510 Mobile

> On Jan 4, 2023, at 10:33 AM, Bromley, James L. <bromleyj@sullcrom.com> wrote:
>
>
> Ted,
>
> Hope you enjoyed the holidays. We understand that KServicing has approached American Express about options for ongoing loan servicing following bankruptcy. It would be helpful to find a time to discuss the current status of your investigation with respect to the bankruptcy and American Express, in order to facilitate a conversation about options for loan servicing and American Express's role. Please let us know if you have availability this week or early next week to discuss.
>
> Best regards,
>
> Jim
>
>
> **James L. Bromley**
> Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004-2498
> T: (212) 558-4923 | F: (212) 291-3588 | C: (973) 901-6898
> bromleyj@sullcrom.com |
> http://www.sullcrom.com
>
>
> ---
>
> This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

**\*\*This is an external message from:**
theodore.tsekerides@weil.com **\*\***

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.