**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | : | Case No. 22-10951 (CTG) |
| Debtors.[1] | : | (Jointly Administered) |
| | : | Re: Docket Nos. 340, 356 & 670 |

## DEBTORS' WITNESS LIST FOR MARCH 20, 2023 HEARING

On December 7, 2022, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [Docket No. 340] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware. On December 21, 2022, Customers Bank filed in response the *Opposition of Customers Bank to Debtors' Motion for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [Docket No. 356] (the "**Objection**"). On March 13, 2023, the Debtors filed the *Debtors' Reply in Further Support of Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [Docket No. 670] (the "**Reply**"). The hearing on the Motion is scheduled for March 20, 2023 at 10:00 a.m. (ET) (the "**Hearing**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28745702V.1

The Debtors are filing this witness list (this "**Witness List**") in compliance with the *Chambers Procedures for Judge Craig T. Goldblatt*. The Debtors hereby identify the following individuals that they may call as witnesses:

1. Tamica M. Williams, the Debtors' Corporate Controller — the scope of Ms. Williams testimony would be in support of the Motion and the Reply;

2. Donna R. Evans, the Debtors' Vice President of Operations — the scope of Ms. Evans testimony would be in support of the Motion and the Reply;

3. Alyssa White, Senior VP for Customers Bank — the scope of Ms. White's testimony would be in connection with the Settlement Payment owed to the Debtors;

4. Any rebuttal and/or impeachment witnesses;

5. Any witnesses designated by any other party; and

6. Any witnesses necessary to establish the admissibility of any document.

The Debtors reserve their right to amend and/or supplement this Witness List at any time prior to the Hearing.

[*Remainder of page intentionally left blank*]

Dated: March 16, 2023
Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Theodore E. Tsekerides (admitted *pro hac vice*)
Richard W. Slack (admitted *pro hac vice*)
Natasha S. Hwangpo (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
E-mail:    ray.schrock@weil.com
candace.arthur@weil.com
theodore.tsekerides@weil.com
richard.slack@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*