# **Exhibit A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re                                                      :   Chapter 11
                                                           :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                  :   Case No. 22-10951 (CTG)
                                                           :
                                                           :
           Debtors.[1]                                     :   (Jointly Administered)
---------------------------------------------------------- x

### INDEX OF INTERIM FEE APPLICATIONS SCHEDULED FOR HEARING ON MARCH 20, 2023 AT 10:00 A.M. (ET)

1.  First Interim Fee Application of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period October 3, 2022 through December 31, 2022 [Docket No. 530 – filed February 14, 2023]

    <u>Objection Deadline</u>:   March 6, 2023 at 4:00 p.m. (ET)

    <u>Objections/Responses Received</u>:   None.

    <u>Related Documents</u>:

    i.   First Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period October 3, 2022 through October 31, 2022 [Docket No. 321 – filed December 2, 2022]

    ii.  Certificate of No Objection Regarding the First Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period October 3, 2022 through October 31, 2022 (No Order Required) [Docket No. 373 – filed December 27, 2022]

    iii. Second Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period November 1, 2022 through November 30, 2022 [Docket No. 389 – filed December 29, 2022]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28640673v.1

    iv.    Certificate of No Objection Regarding the Second Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period November 1, 2022 through November 30, 2022 (No Order Required) [Docket No. 473 – filed January 20, 2023]

    v.    Third Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period December 1, 2022 through December 31, 2022 [Docket No. 510 – filed February 1, 2023]

    vi.    Certificate of No Objection Regarding the Third Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period December 1, 2022 through December 31, 2022 (No Order Required) [Docket No. 569 – filed February 22, 2023]

2.    First Interim Fee Application Request of Richards, Layton & Finger, P.A. [Docket No. 531 – filed February 14, 2023]

    Objection Deadline:    March 6, 2023 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Related Documents:

    i.    First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from October 3, 2022 through October 31, 2022 [Docket No. 327 – filed December 2, 2022]

    ii.    Certificate of No Objection Regarding the First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from October 3, 2022 through October 31, 2022 (No Order Required) [Docket No. 378 – filed December 27, 2022]

    iii.    Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 1, 2022 through November 30, 2022 [Docket No. 407 – filed January 4, 2023]

    iv.    Certificate of No Objection Regarding the Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from November 1, 2022 through November 30, 2022 (No Order Required) [Docket No. 487 – filed January 25, 2023]

    v.    Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from December 1, 2022 through December 31, 2022 [Docket No. 511 – filed February 1, 2023]

    vi.    Certificate of No Objection Regarding the Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from December 1, 2022 through December 31, 2022 (No Order Required) [Docket No. 570 – filed February 22, 2023]

3.    First Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 3, 2022 through December 31, 2022 [Docket No. 532 – filed February 14, 2023]

    Objection Deadline:    March 6, 2023 at 4:00 p.m. (ET)

    Objections/Responses Received:    None.

    Related Documents:

    i.    First Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 3, 2022 through October 31, 2022 [Docket No. 323 – filed December 2, 2022]

    ii.    Certificate of No Objection Regarding the First Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from October 3, 2022 through October 31, 2022 (No Order Required) [Docket No. 374 – filed December 27, 2022]

    iii.    Second Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2022 through November 30, 2022 [Docket No. 391 – filed December 29, 2022]

    iv.    Certificate of No Objection Regarding the Second Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2022 through November 30, 2022 (No Order Required) [Docket No. 475 – filed January 20, 2023]

    v.    Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2022 through December 31, 2022 [Docket No. 496 – filed January 30, 2023]

    vi.    Certificate of No Objection Regarding the Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2022 through December 31, 2022 (No Order Required) [Docket No. 565 – filed February 22, 2023]

4. First Interim Fee Application of Greenberg Traurig, LLP, Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 3, 2022 through December 31, 2022 [Docket No. 533 – filed February 14, 2023]

Objection Deadline:   March 6, 2023 at 4:00 p.m. (ET)

Objections/Responses Received:   None.

Related Documents:

    i.    First Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 3, 2022 through October 31, 2022 [Docket No. 326 – filed December 2, 2022]

    ii.    Certificate of No Objection Regarding the First Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 3, 2022 through October 31, 2022 (No Order Required) [Docket No. 377 – filed December 27, 2022]

    iii.    Second Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2022 through November 30, 2022 [Docket No. 392 – filed December 29, 2022]

    iv.    Certificate of No Objection Regarding the Second Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2022 through November 30, 2022 (No Order Required) [Docket No. 476 – filed January 20, 2023]

    v.    Third Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from December 1, 2022 through December 31, 2022 [Docket No. 494 – filed January 30, 2023]

    vi.    Certificate of No Objection Regarding the Third Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from December 1, 2022 through December 31, 2022 (No Order Required) [Docket No. 564 – filed February 22, 2023]

5.    First Interim Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors for the Period from October 3, 2022 through December 31, 2022 [Docket No. 534 – filed February 14, 2023]

    <u>Objection Deadline</u>:    March 6, 2023 at 4:00 p.m. (ET)

    <u>Objections/Responses Received</u>:    None.

    <u>Related Documents</u>:

    i.    First Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from the Petition Date through October 31, 2022 [Docket No. 325 – filed December 2, 2022]

    ii.    Certificate of No Objection Regarding the First Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from the Petition Date through October 31, 2022 (No Order Required) [Docket No. 376 – filed December 27, 2022]

    iii.    Second Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from November 1, 2022 through November 30, 2022 [Docket No. 400 – filed January 3, 2023]

    iv.    Certificate of No Objection Regarding the Second Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from November 1, 2022 through November 30, 2022 (No Order Required) [Docket No. 486 – filed January 24, 2023]

RLF1 28640673v.1

    v.    Third Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from December 1, 2022 through December 31, 2022 [Docket No. 498 – filed January 30, 2023]

    vi.    Certificate of No Objection Regarding the Third Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from December 1, 2022 through December 31, 2022 (No Order Required) [Docket No. 567 – filed February 22, 2023]

6.    First Interim Application of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period October 3, 2022 through December 31, 2022 [Docket No. 535 – filed February 14, 2023]

    Objection Deadline:   March 6, 2023 at 4:00 p.m. (ET)

    Objections/Responses Received:   None.

    Related Documents:

    i.    First Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period October 3, 2022 through October 31, 2022 [Docket No. 324 – filed December 2, 2022]

    ii.    Certificate of No Objection Regarding the First Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period October 3, 2022 through October 31, 2022 (No Order Required) [Docket No. 375 – filed December 27, 2022]

    iii.    Second Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period November 1, 2022 through November 30, 2022 [Docket No. 390 – filed December 29, 2022]

    iv.    Certificate of No Objection Regarding the Second Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period November 1, 2022 through November 30, 2022 (No Order Required) [Docket No. 474 – filed January 20, 2023]

    v.    Third Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period December 1, 2022 through December 31, 2022 [Docket No. 499 – filed January 30, 2023]

    vi.    Certificate of No Objection Regarding the Third Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period December 1, 2022 through December 31, 2022 (No Order Required) [Docket No. 568 – filed February 22, 2023]