IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**WITNESS LIST OF CUSTOMERS BANK FOR**
**MARCH 20, 2023 HEARING AT 10:00 A.M.**

In connection with the *Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [D.I. 340] and set to be heard by the Court on March 20, 2023 (the "Hearing"), Customers Bank respectfully submits the Witness List below in compliance with the Chambers Procedures for Judge Craig T. Goldblatt.

**Witness List**

1. Alyssa White, Customers Bank's Senior Vice President: the scope of Ms. White's testimony will be the reconciliation process to determine the Settlement Amount in accordance with the Settlement Agreement between Customers Bank and KServicing;

2. Tamika M. Williams, Corporate Controller of Kabbage, Inc.: the scope of Ms. Williams' testimony will be the reconciliation process to determine the Settlement Amount in accordance with the Settlement Agreement between Customers Bank and KServicing;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

3.  Donna R. Evans, Vice-President of Kabbage, Inc.: the scope of Ms. Williams' testimony will be the reconciliation process to determine the Settlement Amount in accordance with the Settlement Agreement between Customers Bank and KServicing;

4.  Any rebuttal and/or impeachment witnesses;

5.  Any witnesses designated by any other party; and

6.  Any witnesses necessary to authenticate any document.

Customers Bank reserves its right to amend and/or supplement this Witness List at any time prior to the Hearing.

Dated: March 16, 2023
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/William A. Hazeltine*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

and

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Jeremy M. Sternberg (admitted *pro hac vice*)
Lynne B. Xerras (*pro hac vice forthcoming*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-685
john.monaghan@hklaw.com
jeremy.sternberg@hkaw.com
lynne.xerras@hklaw.com

*Counsel to Customers Bank*