# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## EXHIBIT LIST OF CUSTOMERS BANK FOR
## MARCH 20, 2023 HEARING AT 10:00 A.M.

In connection with the *Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* [D.I. 340] and set to be heard by the Court on March 20, 2023 (the "Hearing"), Customers Bank respectfully submits the *Exhibit List* below to be considered at the Hearing.  Customers Bank reserves the right to introduce at the Hearing documents that are part of the record of the above-captioned chapter 11 cases, including pleadings and other documents filed on the docket, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other part, or for impeachment.

## EXHIBITS:

| No. | Document Description |
|---|---|
| 1 | Reconciliation Summary provided by Customers Bank to KServicing representing Customers Bank's calculation of the Settlement Payment at the end of the reconciliation period, or November 9, 2022 |
| 2 | Email from Donna Evans, dated November 4, 2022 re: KServing Update # 1 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

| No. | Document Description |
|---|---|
| 3 | Email from Donna Evans, dated November 4, 2022 re KServing Update # 3, includes Synovus bank statements |
| 4 | K Servicing Synovus borrower repayment account analysis, dated October 3, 2022 |
| 5 | Email from Donna Evans, dated November 4, 2022 re KServing Update # 2 |
| 6 | Email from Michele L Vervlied, dated August 28, 2021 re: ACH cancelled |
| 7 | Email from Donna Evans, dated November 4, 2022 re KServing Update # 5 |
| 8 | Email from Jeremy Sternberg, dated November 3, 2022 re CUBI/KS Reconciliation Efforts |
| 9 | Email from Candace M. Arthur, November 9, 2022 re request for information |
| 10 | Email from Donna Evans, dated November 14, 2022 re KServicing Follow up: Updated cancelled loan analysis |
| 11 | Email chain involving Customers Bank and KServicing re Kabbage – SBA inquiry |
| 12 | Glossary of ACH Return Codes |
| 13 | KGB Settlement Analysis |
| 14 | Email from Donna Evans dated November 9, 2022 attaching Trial Balance |

Exhibits 1 through 12 are attached to the *Notice of Filing Proposed Redacted Version of the Declaration of Alyssa White in Support of Opposition of Customer's Bank to Debtor's Motion for an Order Enforcing the Settlement Order and Settlement Agreement Between KServicing and Customers Bank* [DI 370].

Dated: March 16, 2023  
       Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William A. Hazeltine*  
William D. Sullivan (No. 2820)  
William A. Hazeltine (No. 3294)  
919 North Market Street, Suite 420  
Wilmington, DE  19801  
Tel: (302) 428-8191  
Email: bsullivan@sha-llc.com  
       whazeltine@sha-llc.com

and

**HOLLAND & KNIGHT LLP**
John J. Monaghan (admitted *pro hac vice*)
Jeremy M. Sternberg (admitted *pro hac vice*)
Lynne B. Xerras (*pro hac vice forthcoming*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-685
john.monaghan@hklaw.com
jeremy.sternberg@hkaw.com
lynne.xerras@hklaw.com

*Counsel to Customers Bank*