# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | ) | Case No. 22-10951 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Regarding Docket Nos. 690 and 692** |

## DECLARATION OF SERVICE

I, William A. Hazeltine, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am a member of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3. On March 16, 2023, I caused one copy of the following to be served via Electronic Mail on the parties listed on the attached Service List:

- *Witness List of Customers Bank for March 20, 2023 Hearing at 10:00 A.M.* [DI 690]; and

- *Exhibit List of Customers Bank for March 20, 2023 Hearing at 10:00 A.M.* [DI 692]

Date: March 17, 2023     By:    */s/ William A. Hazeltine*
Wilmington, Delaware            William A. Hazeltine (No. 3294)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**SERVICE LIST**

Ray C. Schrock, Esq.
Candace M. Arthur, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ray.schrock@weil.com
candace.arthur@weil.com

Daniel J DeFranceschi, Esq.
Zachary I. Shapiro, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
defranceschi@rlf.com
shapiro@rlf.com