# SIGN-IN SHEET

**JUDGE**: Goldblatt    **COURTROOM**: 7

**CASE NUMBER**: 22-10951    **CASE NAME**: Kabbage, Inc.    **DATE**: 3/20/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Candace Arthur | Weil Gotshal | Debtors |
| Ted Tsekerides | | |
| Richard Slack | | |
| Cameron Bank | | |
| Zeal Shapiro | Richards Layton | |
| Amanda Steele | | |
| Matt Milana | | |
| William Sullivan | Sullivan Hazeltine Atkinson LLC | Customers Bank |
| William Hazeltine | | |
| John Monaghan | Holland + Knight | |
| Jeremy Sternberg | | |

**Kabbage, Inc. Case No. 22-10951**
**March 20, 2023 @ 10:00 AM**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Kyle | Mason | Debtors | Weil, Gotshal & Manges LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Christine | Nell | U.S. Small Business Administration | |
| Sean | Greecher | Federal Reserve Bank of San Francisco | YCST |
| Lisa | Schweitzer | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Alix | Lotty | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Richard | Minott | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Gaitana | Jaramillo | n/a | Reorg Research |
| Emily | Rothkin | Customers Bank | |
| David | Kurzweil | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| Matthew | Petrie | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| James | Bailey | Vaco and Morgan Franklin | Bradley |
| Taylor | Harrison | Debtwire | |
| Dan | DeFranceschi | Kabbage, Inc. | RLF |
| Ray | Schrock | Kabbage, Inc. | Weil, Gotshal & Manges LLP |
| Natasha | Hwangpo | Debtors | Weil, Gotshal & Manges LLP |
| Cameron | Bonk | Debtors | Weil, Gotshal & Manges LLP |
| Sean | Quigley | Debtors | Richards, Layton & Finger, P.A. |