# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **KABBAGE, INC. d/b/a KSERVICING,** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 22-10951 (CTG) <br><br> (Jointly Administered) <br><br> **Re D.I. 683, 684, and 685** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on March 15, 2023, the undersigned counsel caused a copy of the following documents to be served via CM/ECF on all parties registered to receive notices in this case and in the manner indicated and upon the parties identified on **Exhibit A**: (i) *Objection of American Express to Joint Motion of Cross River Bank and Customers Bank for an Order Authorizing Rule 2004 Examination* (D.I. 683); (ii) *Declaration of Regina Sorin in Support of Objection of American Express to Joint Motion of Cross River Bank and Customers Bank for an Order Authorizing Rule 2004 Examination* (D.I. 684); and (iii) *Declaration of Amanda Flug Davidoff in Support of Objection of American Express to Joint Motion of Cross River Bank and Customers Bank for an Order Authorizing Rule 2004 Examination* (D.I. 685).

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Virtual Cloud Technologies, Inc. (2421), AVCtechnologies USA, Inc. (8886), and Kandy Communications LLC (5853). The Debtors' corporate headquarters is 1720 Peachtree Road, Suite 629, Atlanta, Georgia 30309.

Dated: March 15, 2023
      Wilmington, Delaware

                      Respectfully, submitted,

                      **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
                      */s/ Jonathan M. Weyand*
                      Derek C. Abbott (No. 3376)
                      Jonathan M. Weyand (No. 6959)
                      1201 North Market Street, 16thFloor
                      P.O. Box 1347
                      Wilmington, Delaware 19899-1347
                      Telephone: (302) 658-9200
                      Email: dabbott@morrisnichols.com
                               jweyand@morrisnichols.com

                      -and-

                      **SULLIVAN & CROMWELL LLP**

                      James L. Bromley (admitted *pro hac vice*)
                      125 Broad Street
                      New York, NY 10004-2498
                      Telephone: (212) 558-4000
                      Email: bromleyj@sullcrom.com

                      Amanda Flug Davidoff (admitted *pro hac vice*)
                      1700 New York Avenue, N.W. Suite 700
                      Washington, D.C. 20006-5215
                      Telephone: (202) 956-7500
                      Email: davidoffa@sullcrom.com

                      *Counsel to American Express*