# **Exhibit A**

***VIA EMAIL***

Rosa Sierra-Fox
**OFFICE OF THE UNITED STATES TRUSTEE**
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
rosa.sierra@usdoj.gov

Ray C. Schrock, Esq.
Candace Arthur, Esq.
Natasha S. Hwangpo, Esq.
Chase Bentley, Esq.
**WEIL, GOTSHAL & MANGES, LLP**
767 Fifth Avenue
New York, NY 10153-0119
ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

John J. Monaghan, Esq.
Jeremy M. Sternberg, Esq.
Lynne B. Xerras
**HOLLAND & KNIGHT LLP**
10 St. James Avenue, 11th Floor
Boston, MA 02116
john.monaghan@hklaw.com
jeremy.sternberg@hklaw.com
lynn.xerras@hklaw.com

Gregory W. Werkheiser
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
gwerkheiser@beneschlaw.com

William A. Hazeltine, Esq.
**SULLIVAN HAZELTINE ALLINSON LLC**
919 North Market Street
Suite 420
Wilmington, DE 19801
whazeltine@sha-llc.com

Amanda R. Steele, Esq.
Zachary I. Shapiro, Esq.
Matthew P. Milana, Esq.
Daniel J. DeFranceschi, Esq.
**RICHARDS, LAYTON AND FINGER**
920 N. King Street
Wilmington, DE 19801
steele@rlf.com
shapiro@rlf.com
milana@rlf.com
defranceschi@rlf.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Isaac Nesser
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
susheelkirpalani@quinnemanuel.com
isaacnesser@quinnemanuel.com

Erika Morabito
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
erikamorabito@quinnemanuel.com

Matthew R. Scheck
300 West 6th Street, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
matthewscheck@quinnemanuel.com