Kabbage Inc.
22-10951

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Ray | Schrock | Kabbage, Inc. | Weil Gotshal & Manges LLP |
| Daniel | DeFranceschi | Kabbage, Inc. | RLF |
| William | Hazeltine | Customers Bank | Sullivan Hazeltine Allinson LLC |
| Derek | Abbott | American Express Company | Morris, Nichols, Arsht & Tunnell LLP |
| William | Sullivan | Customers Bank | Sullivan Hazeltine Allinson LLC |
| Kyle | Mason | Debtors | |
| Sean | Greecher | Federal Reserve Bank of San Francisco | YCST |
| Lisa | Schweitzer | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Alix | Lotty | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Richard | Minott | Federal Reserve Bank of San Francisco | Cleary Gottlieb |
| Christine | Nell | SBA | |
| Amanda | Steele | Debtors | Richards, Layton & Finger, P.A. |
| Jeremy | Sternberg | Customers Bank | Holland & Knight LLP |
| Richard | Schepacarter | Andrew R. Vara, US Trustee | USDOJ-OUST |
| John | Monaghan | Customers Bank | Holland & Knight LLP |
| Cathy | Ta | Reorg | |
| Matthew | Petrie | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| David | Kurzweil | Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| Dolan | Bortner | American Express Kabbage Inc. | Sullivan & Cromwell LLP |
| Emily | Rothkin | Customers Bank | Holland & Knight LLP |
| Huiqi | Liu | Debtors | Richards, Layton & Finger |
| Scott | Flaherty | Debtwire/press outlet | |
| Zach | Shapiro | Debtors | Richards, Layton & Finger, P.A. |
| Becky | Yerak | Wall Street Journal | News Corp |
| Uday | Gorrepati | N/A (ABI Project) | |
| Matthew | Milana | Debtors | Richards, Layton & Finger, P.A. |
| Lauren | Castillo | Debtors | |
| Kathleen | St. John | Customers Bank | Holland & Knight LLP |
| | | | |
| | | | |