**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re | : | Chapter 11 |
| | : | |
| **KABBAGE, INC. d/b/a KSERVICING,** *et al.*, | : | Case No. 22-10951 (CTG) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.**[1] | : | |
| ------------------------------------------------------------ x | | Re: Docket No. 602 |

**CERTIFICATE OF NO OBJECTION REGARDING THE FOURTH MONTHLY FEE STATEMENT OF OMNI AGENT SOLUTIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD JANUARY 1, 2023 THROUGH JANUARY 31, 2023 (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading with respect to the fourth monthly fee application for compensation and reimbursement of expenses (the "**Monthly Application**") of Omni Agent Solutions (the "**Applicant**"). The Monthly Application was filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on March 3, 2023. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Monthly Application appears thereon. Pursuant to the *Notice of Fee Application* that was attached to the Monthly Application, objections to the Monthly Application were to be filed and served no later than March 23, 2023 at 4:00 p.m. (ET).

The Monthly Application was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered October 21, 2022 [Docket No. 136] (the "**Interim Compensation Order**"). Pursuant to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Interim Compensation Order, the above-captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Application upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

Dated: March 24, 2023
       Wilmington, Delaware

/s/ *Huiqi Liu*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
Huiqi Liu, Esq. (No. 6850)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com
       liu@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
       candace.arthur@weil.com
       natasha.hwangpo@weil.com
       chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

RLF1 28775285v.1

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% |
|---|---|---|---|---|---|---|
| Omni Agent Solutions (Administrative Agent for the Debtors and Debtors in Possession) | 1/1/23 – 1/31/23<br><br>3/3/23<br><br>Docket No. 602 | $28,394.25 | $0.00 | 3/23/23 | $22,715.40 | $0.00 |