UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                    :    Case No. 22-10951 (CTG)
                                                             :
                                                             :
Debtors.[1]                                                  :    (Jointly Administered)
------------------------------------------------------------ x

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR MARCH 29, 2023 AT 2:00 P.M. (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.**

I.   **ADJOURNED MATTER:**

1.   Joint Motion of Cross River Bank and Customers Bank for an Order, Pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004, and Local Bankruptcy Rule 2004-1, Authorizing and Directing the Examination of American Express Kabbage Inc. [Docket No. 622 – filed March 8, 2023]

     Objection/Response Deadline:        March 15, 2023 at 4:00 p.m. (ET)

     Objections/Responses Received:

     A.   Objection of American Express to Joint Motion of Cross River Bank and Customers Bank for an Order Authorizing Rule 2004 Examination [Docket No. 683 – filed March 15, 2023]

          i.   Declaration of Regina Sorin in Support of Objection of American Express to Joint Motion of Cross River Bank and Customers Bank for an Order Authorizing Rule 2004 Examination [Docket No. 684 – filed March 15, 2023]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

| | |
|---|---|
| ii. | Declaration of Amanda Flug Davidoff in Support of Objection of American Express to Joint Motion of Cross River Bank and Customers Bank for an Order Authorizing Rule 2004 Examination [Docket No. 685 – filed March 15, 2023] |

Related Documents:

| | |
|---|---|
| i. | Declaration of Isaac Nesser in Support of Joint Motion of Cross River Bank and Customers Bank for an Order, Pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004, and Local Bankruptcy Rule 2004-1, Authorizing and Directing the Examination of American Express Kabbage, Inc. [Docket No. 623 – filed March 8, 2023] |
| ii. | Reply to Objection of American Express to Joint Motion of Cross River Bank and Customers Bank for an Order Authorizing Rule 2004 Examination [Docket No. 699 – filed March 17, 2023] |
| iii. | Third Amended Notice of Motion and Hearing [Docket No. 707 – filed March 20, 2023] |

Status: The hearing on this matter has been adjourned to April 4, 2023 at 9:30 a.m. (ET).

Dated: March 27, 2023
      Wilmington, Delaware

                */s/ Matthew P. Milana*
                RICHARDS, LAYTON & FINGER, P.A.
                Daniel J. DeFranceschi, Esq. (No. 2732)
                Amanda R. Steele, Esq. (No. 5530)
                Zachary I. Shapiro, Esq. (No. 5103)
                Matthew P. Milana, Esq. (No. 6681)
                One Rodney Square
                920 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 651-7700
                E-mail: defranceschi@rlf.com
                            steele@rlf.com
                            shapiro@rlf.com
                            milana@rlf.com

                -and-

                WEIL, GOTSHAL & MANGES LLP
                Ray C. Schrock, Esq. (admitted *pro hac vice*)
                Candace M. Arthur, Esq. (admitted *pro hac vice*)
                Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
                Chase A. Bentley, Esq. (admitted *pro hac vice*)
                767 Fifth Avenue
                New York, New York 10153
                Telephone:    (212) 310-8000
                E-mail:    ray.schrock@weil.com
                            candace.arthur@weil.com
                            natasha.hwangpo@weil.com
                            chase.bentley@weil.com

                *Attorneys for Debtors*
                *and Debtors in Possession*

RLF1 28756127v.1