# **EXHIBIT 1**

**Revised Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
**In re** : Chapter 11
:
**KABBAGE, INC. d/b/a KSERVICING, *et al.*,** : Case No. 22-10951 (CTG)
:
Debtors.[1] : (Jointly Administered)
:
: Re: Docket Nos. 340-342, 356, 358, 359,
: 670, 671, 672
:
------------------------------------------------------------ x

### ORDER ENFORCING THE SETTLEMENT ORDER AND THE SETTLEMENT AGREEMENT BETWEEN KSERVICING AND CUSTOMERS BANK

Upon the motion[2] of the above-captioned debtors and debtors-in-possession (the "**Debtors**") for entry of an order, pursuant to Section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), among other things, enforcing the Court's Order *Authorizing and Approving the Settlement Agreement Between KServicing and Customers Bank and Granting Related Relief* [Docket No. 232] (the "**Settlement Order**") and the Settlement Agreement; and in consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the *Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank*, (Dec. 7, 2022) ("**Motion**") [Docket No. 340] and *Debtors' Reply in Further Support of Motion of Debtors for Entry of an Order Enforcing the Settlement Order and the Settlement Agreement Between KServicing and Customers Bank* ("**Reply**") [Docket No. 670].

§ 157(b)(2); and the Debtors and Customers Bank ("**CB**") having consented to entry of a final order by this Court under Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and the opportunity for a hearing on the Motion having been given; and the Court having held an evidentiary hearing on March 20, 2023; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. For the reasons set forth in the decision read into the record by this Court on March 22, 2023, the Motion is GRANTED as set forth herein. All other aspects of that Motion have been withdrawn and are no longer controverted as set forth on the record at the Motion hearing on March 20, 2023.

2. CB is hereby found and adjudged to owe the amount of $1,555,656.00 to the Debtors as further payment of the Settlement Payment under the Settlement Order, and the total Settlement Payment is therefore determined to be $22,055,340.00.

3. CB is directed to and shall, within three (3) business days of entry of this Order, pay $1,555,656.00 to the Debtors in accordance with payment instructions to be provided by the Debtors.

4. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.