# **CERTIFICATE OF SERVICE**

I, Gregory W. Werkheiser, hereby certify that on March 28, 2023, the foregoing *Fourth Amended Notice of Motion and Hearing* was served via CM/ECF on all parties registered to receive notices in this case and on the parties listed below via email:

| | |
|---|---|
| Rosa Sierra-Fox<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>rosa.sierra@usdoj.gov | William A. Hazeltine, Esq.<br>SULLIVAN HAZELTINE ALLINSON LLC<br>919 North Market Street<br>Suite 420<br>Wilmington, DE 19801<br>whazeltine@sha-llc.com |
| Ray C. Schrock, Esq.<br>Candace Arthur, Esq.<br>Natasha S. Hwangpo, Esq.<br>Chase Bentley, Esq.<br>WEIL, GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>ray.schrock@weil.com<br>candace.arthur@weil.com<br>natasha.hwangpo@weil.com<br>chase.bentley@weil.com | Amanda R. Steele, Esq.<br>Zachary I. Shapiro, Esq.<br>Matthew P. Milana, Esq.<br>Daniel J. DeFranceschi, Esq.<br>RICHARDS, LAYTON AND FINGER<br>920 N. King Street<br>Wilmington, DE 19801<br>steele@rlf.com<br>Shapiro@rlf.com<br>milana@rlf.com<br>defranceschi@rlf.com |
| John J. Monaghan, Esq.<br>Jeremy M. Sternberg, Esq.<br>Lynne B. Xerras<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116<br>john.monaghan@hklaw.com<br>jeremy.sternberg@hklaw.com<br>lynn.xerras@hklaw.com | Derek C. Abbott, Esq.<br>Jonathan M. Weyand, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>16th Floor<br>Wilmington, DE 19801<br>dabbott@morrisnichols.com<br>jweyand@morrisnichols.com |
| James L. Bromley, Esq.<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br>bromleyj@sullcrom.com | Amanda Flug Davidoff, Esq.<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W. Suite 700<br>Washington, DC 20006-5215<br>davidoffa@sullcrom.com |

    */s/ Gregory W. Werkheiser*
    Gregory W. Werkheiser (No. 3553)