# Exhibit B

# Summary and Description of AlixPartners' Expenses

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:       Expenses
Code:    20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 02/05/2023 | Airfare James Nelson 2023-02-07 BOS- JFK (engagement team meetings) | $ 477.85 |
| 02/07/2023 | Taxi/Car Service James Nelson LGA to NYC (engagement team | 72.55 |
| 02/07/2023 | Taxi/Car Service James Nelson Home to Airport (engagement team meetings) | 48.14 |
| 02/07/2023 | Lodging James Nelson Hyatt Hotels - New York, NY  2023-02-07 2023-02-09 (engagement team meetings) | 739.10 |
| 02/07/2023 | Individual - James Nelson - Breakfast (engagement team meetings) | 10.94 |
| 02/08/2023 | Individual - James Nelson - Dinner (engagement team meetings) | 15.24 |
| 02/08/2023 | Individual - James Nelson - Breakfast (engagement team meetings) | 10.00 |
| 02/09/2023 | Taxi/Car Service James Nelson NYC to LGA (engagement team | 93.33 |
| 02/09/2023 | Taxi/Car Service James Nelson Airport to Home (engagement team meetings) | 51.48 |
| 02/10/2023 | Internet Access James Nelson | 49.95 |
| 02/13/2023 | Airfare James Nelson 2023-02-15 BOS- JFK (engagement team meetings) | 419.85 |
| 02/15/2023 | Taxi/Car Service James Nelson Home to Airport (engagement team meetings) | 46.88 |
| 02/15/2023 | Taxi/Car Service James Nelson Airport to NYC (engagement team meetings) | 75.80 |
| 02/15/2023 | Lodging James Nelson Hyatt Hotels - New York, NY  2023-02-15 2023-02-17 (engagement team meetings) | 739.10 |
| 02/15/2023 | Individual - James Nelson - Dinner (engagement team meetings) | 53.57 |
| 02/16/2023 | Group - Engagement Team James Nelson - Dinner - John Katsigeorgis; Anthony Perrella; James Nelson; Nicholas Lobiondo (engagement team meetings) | 320.00 |
| 02/16/2023 | Individual - James Nelson - Breakfast(engagement team meetings) | 10.00 |

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:      Expenses
Code:   20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 02/17/2023 | Taxi/Car Service James Nelson NYC to Airport (engagement team meetings) | 68.64 |
| 02/17/2023 | Taxi/Car Service James Nelson Airport to Home (engagement team meetings) | 48.54 |
| 02/21/2023 | Airfare Thora Thoroddsen 2023-02-26 MCO- PHL (attend Court hearing) | 626.90 |
| 02/26/2023 | Taxi/Car Service Thora Thoroddsen Home to MCO airport (away - attend Court hearing) | 150.00 |
| 02/26/2023 | Lodging Thora Thoroddsen Hotel DuPont - Wilmington, DE 2023-02-26 2023-02-27 (away - attend Court hearing) | 328.90 |
| 02/26/2023 | Individual - Thora Thoroddsen - Dinner  (away - attend Court hearing) | 14.00 |
| 02/27/2023 | Taxi/Car Service Thora Thoroddsen Airport to Hotel  (away - attend Court hearing) | 74.30 |
| **Total Expenses** | | **$ 4,545.06** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Client: 20006554P00002

| **Expenses** | **Amount** |
|---|---:|
| Airfare | 1,524.60 |
| Ground Transportation | 729.66 |
| Lodging | 1,807.10 |
| Meals | 433.75 |
| Phone & Internet | 49.95 |
| **Total Expenses** | **USD    4,545.06** |