**Exhibit A**



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

March 14, 2023

KServicing Inc - 327

**Invoice Number: 11473**
Invoice Period: 02-01-2023 - 02-28-2023

Payment Terms: Upon Receipt

**RE: Balloting**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-01-2023 | Emma Guandique | Process incoming ballots | 0.20 | 100.00 | 20.00 |
| 02-01-2023 | Jennifer Lizakowski | Correspond with K. Steverson re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-01-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.20 | 150.00 | 30.00 |
| 02-01-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.30 | 150.00 | 45.00 |
| 02-01-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.20 | 187.50 | 37.50 |
| 02-01-2023 | Jeriad Paul | Perform QC on Class 4 tabulation report | 0.10 | 187.50 | 18.75 |
| 02-01-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |
| 02-01-2023 | Ashley Dionisio | Process incoming ballots | 0.10 | 130.00 | 13.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-01-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-01-2023 | Kim Steverson | Coordinate with Solicitation Team regarding pending voting stipulations | 0.20 | 187.50 | 37.50 |
| 02-01-2023 | Jeriad Paul | Coordinate with Case Management re pending voting stipulations | 0.20 | 187.50 | 37.50 |
| 02-01-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-02-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-02-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-02-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-02-2023 | Jeriad Paul | Perform QC on Class 4 tabulation report | 0.10 | 187.50 | 18.75 |
| 02-02-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-02-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-03-2023 | Jeriad Paul | Perform QC on Class 4 tabulation report | 0.10 | 187.50 | 18.75 |
| 02-03-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-03-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-03-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-03-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-03-2023 | Jeriad Paul | Confer with ballot processing team re ballots received | 0.10 | 187.50 | 18.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and entered | | | |
| 02-06-2023 | Jeriad Paul | Confer with Quality Assurance team @ Omni re Class 4 Tabulation report | 0.20 | 187.50 | 37.50 |
| 02-06-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-06-2023 | Jeriad Paul | Call w N. Panameno @ Omni re claimant solicitation inquiries re ballot submission | 0.20 | 187.50 | 37.50 |
| 02-06-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.20 | 187.50 | 37.50 |
| 02-06-2023 | Broderick Whitaker | Call with Client Support @ Omni re ballot submission | 0.30 | 75.00 | 22.50 |
| 02-06-2023 | Nathan Panameno | Call w J. Paul @ Omni re claimant solicitation inquiries re ballot submission | 0.20 | 150.00 | 30.00 |
| 02-06-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.70 | 150.00 | 105.00 |
| 02-06-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-06-2023 | Jennifer Lizakowski | Correspond with K. Nownes re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-06-2023 | Jennifer Lizakowski | Correspond with R. Zepeda re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-06-2023 | Nathan Panameno | Email B. Whitaker @ Omni re claimant ballot inquiries | 0.10 | 150.00 | 15.00 |
| 02-06-2023 | Jennifer Lizakowski | Correspond with J. Paul re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-06-2023 | Reina Zepeda | Prepare ballot tabulation reports | 0.40 | 120.00 | 48.00 |
| 02-06-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-06-2023 | Jeriad Paul | Review e-mail received and respond to Z. Shapiro @ RLF re ballots received | 0.20 | 187.50 | 37.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-06-2023 | Emma Guandique | Process incoming ballots | 0.20 | 100.00 | 20.00 |
| 02-06-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-07-2023 | Ashley Dionisio | Process incoming ballots | 0.20 | 130.00 | 26.00 |
| 02-07-2023 | Nathan Panameno | Call with M. Verrett and D. Mulligan @ Omni re claimant process for submitting ballots | 0.30 | 150.00 | 45.00 |
| 02-07-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.30 | 150.00 | 45.00 |
| 02-07-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-07-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-07-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-07-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.30 | 187.50 | 56.25 |
| 02-07-2023 | Jeriad Paul | Review e-mail received and respond to Z. Shapiro @ RLF re ballots received | 0.20 | 187.50 | 37.50 |
| 02-07-2023 | Emma Guandique | Process incoming ballots | 0.40 | 100.00 | 40.00 |
| 02-07-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-07-2023 | Sejal Kelly | Coordinate response to ballot inquiry | 0.20 | 187.50 | 37.50 |
| 02-08-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-08-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-08-2023 | Emma Guandique | Process incoming ballots | 0.30 | 100.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-08-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-08-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.30 | 187.50 | 56.25 |
| 02-08-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-08-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-09-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-09-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-09-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-09-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-09-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-10-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-10-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-10-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-10-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-10-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-13-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-13-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-13-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-13-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-13-2023 | Emma Guandique | Process incoming ballots | 0.20 | 100.00 | 20.00 |
| 02-13-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-13-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-14-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-14-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |
| 02-14-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-14-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-14-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-14-2023 | Carey Steinberg | Process incoming ballots | 0.20 | 100.00 | 20.00 |
| 02-14-2023 | Emma Guandique | Process incoming ballots | 0.20 | 100.00 | 20.00 |
| 02-14-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-15-2023 | Brittney Whitaker | Review voting stipulation in preparation of voting declaration | 0.30 | 175.00 | 52.50 |
| 02-15-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-15-2023 | Ashley Dionisio | Process incoming ballots | 0.10 | 130.00 | 13.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-15-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-15-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-15-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-15-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |
| 02-15-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-15-2023 | Emma Guandique | Process incoming ballots | 0.20 | 100.00 | 20.00 |
| 02-16-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-16-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-16-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-16-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-16-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-17-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-17-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-17-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |
| 02-17-2023 | Ashley Dionisio | Process incoming ballots | 0.20 | 130.00 | 26.00 |
| 02-17-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.20 | 150.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-17-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-17-2023 | Emma Guandique | Process incoming ballots | 0.40 | 100.00 | 40.00 |
| 02-17-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-20-2023 | Nathan Panameno | Coordinate KServicing Client Support documents and workflow | 0.60 | 150.00 | 90.00 |
| 02-20-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.20 | 150.00 | 30.00 |
| 02-20-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-20-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |
| 02-20-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-20-2023 | Ashley Dionisio | Process incoming ballots | 0.30 | 130.00 | 39.00 |
| 02-20-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.20 | 100.00 | 20.00 |
| 02-20-2023 | Emma Guandique | Process incoming ballots | 0.90 | 100.00 | 90.00 |
| 02-20-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-21-2023 | Kim Steverson | Review Notice of Satisfaction of Claims and coordinate with Claims and Balloting Teams regarding same | 0.30 | 187.50 | 56.25 |
| 02-21-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.30 | 187.50 | 56.25 |
| 02-21-2023 | Kim Steverson | Coordinate with Client Support Team regarding ballot requests | 0.80 | 187.50 | 150.00 |
| 02-21-2023 | Jeriad Paul | Confer with ballot processing team re ballots received | 0.10 | 187.50 | 18.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and entered | | | |
| 02-21-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-21-2023 | Kim Steverson | Confer with Claims and Balloting Team regarding Ballot Report | 0.20 | 187.50 | 37.50 |
| 02-21-2023 | Cindy Sloop | Scan incoming ballots | 0.10 | 90.00 | 9.00 |
| 02-21-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.60 | 150.00 | 90.00 |
| 02-21-2023 | Jennifer Lizakowski | Correspond with B. Whitaker re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-21-2023 | Emma Guandique | Process incoming ballots | 2.10 | 100.00 | 210.00 |
| 02-21-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.30 | 100.00 | 30.00 |
| 02-21-2023 | Kim Steverson | Review file and email M. Milana re request for ballot | 0.40 | 187.50 | 75.00 |
| 02-21-2023 | Nathan Panameno | Review and respond to creditor email inquiries/calls and update work flow log re: same | 0.40 | 150.00 | 60.00 |
| 02-21-2023 | Nathan Panameno | Re-create and send ballot to creditor or representative party | 0.50 | 150.00 | 75.00 |
| 02-21-2023 | Nathan Panameno | Coordinate KServicing Client Support documents and workflow | 0.20 | 150.00 | 30.00 |
| 02-21-2023 | Ashley Dionisio | Process incoming ballots | 0.30 | 130.00 | 39.00 |
| 02-21-2023 | Nathan Panameno | Review e-mail received and respond to C. Steinberg @ Omni re ballot requests | 0.10 | 150.00 | 15.00 |
| 02-21-2023 | Jeriad Paul | Confer with K. Steverson @ Omni re tabulation report | 0.20 | 187.50 | 37.50 |
| 02-21-2023 | Kim Steverson | Confer with J. Paul @ Omni re tabulation report | 0.20 | 187.50 | 37.50 |
| 02-21-2023 | Nathan Panameno | Review e-mail received and respond to K. Steverson @ Omni re ballot submission | 0.10 | 150.00 | 15.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-22-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.40 | 150.00 | 60.00 |
| 02-22-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-22-2023 | Emma Guandique | Process incoming ballots | 0.20 | 100.00 | 20.00 |
| 02-22-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.20 | 100.00 | 20.00 |
| 02-22-2023 | Emma Guandique | Verify processed ballots | 0.90 | 100.00 | 90.00 |
| 02-22-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-22-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-23-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-23-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.10 | 100.00 | 10.00 |
| 02-23-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |
| 02-23-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-23-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-23-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-24-2023 | Ashley Dionisio | Process incoming ballots | 0.40 | 130.00 | 52.00 |
| 02-24-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-24-2023 | Emma | Process incoming ballots | 4.40 | 100.00 | 440.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Guandique | | | | |
| 02-24-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.60 | 100.00 | 60.00 |
| 02-24-2023 | Kim Steverson | Coordinate with Tabulation Team regarding opt out report and balloting | 1.40 | 187.50 | 262.50 |
| 02-24-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |
| 02-24-2023 | Ashley Dionisio | Scan incoming ballots | 0.10 | 130.00 | 13.00 |
| 02-24-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-24-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.30 | 150.00 | 45.00 |
| 02-24-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-24-2023 | Michelle Ignacio | Assist with solicitation opt out report issues, inquiries | 1.00 | 175.00 | 175.00 |
| 02-24-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-24-2023 | Kim Steverson | Review D&O Voting Stipulations and coordinate with Tabulation Team regarding same | 0.70 | 187.50 | 131.25 |
| 02-27-2023 | Kim Steverson | Email Weil and RLF Teams regarding extension of Plan Objection and Voting deadlines | 0.20 | 187.50 | 37.50 |
| 02-27-2023 | Kim Steverson | Review file and email J. McMillan @ Weil re affidavits of service for solicitation | 0.40 | 187.50 | 75.00 |
| 02-27-2023 | Kim Steverson | Review ballots, tabulation reports and voting stipulations and coordinate with Balloting Team regarding same | 1.40 | 187.50 | 262.50 |
| 02-27-2023 | Kim Steverson | Call with A. Suarez @ Weil re voting report | 0.20 | 187.50 | 37.50 |
| 02-27-2023 | Emma Guandique | Process incoming ballots | 0.40 | 100.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-27-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.20 | 100.00 | 20.00 |
| 02-27-2023 | Kim Steverson | Email Weil and RLF Teams regarding voting reports | 0.40 | 187.50 | 75.00 |
| 02-27-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.10 | 187.50 | 18.75 |
| 02-27-2023 | Jeriad Paul | Confer with Case Management re tabulation results and trends | 0.20 | 187.50 | 37.50 |
| 02-27-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.10 | 187.50 | 18.75 |
| 02-27-2023 | Ashley Dionisio | Process incoming ballots | 0.30 | 130.00 | 39.00 |
| 02-27-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.20 | 150.00 | 30.00 |
| 02-27-2023 | Jennifer Lizakowski | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |
| 02-27-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.10 | 187.50 | 18.75 |
| 02-27-2023 | Jeriad Paul | Review stipulations and coordinate processing re: same | 0.20 | 187.50 | 37.50 |
| 02-28-2023 | Jeriad Paul | Review stipulations and coordinate processing re: same | 0.40 | 187.50 | 75.00 |
| 02-28-2023 | Kim Steverson | Review ballots and tabulation reports and coordinate with Balloting Team regarding revisions to same | 1.20 | 187.50 | 225.00 |
| 02-28-2023 | Kim Steverson | Email J. McMillan @ Weil re U.S. Government Opt Out | 0.40 | 187.50 | 75.00 |
| 02-28-2023 | Jeriad Paul | Perform QC on Opt Out Report | 0.30 | 187.50 | 56.25 |
| 02-28-2023 | Jennifer Lizakowski | Call with K. Steverson, J. Paul, and E. Guandique re: Ballot Report | 0.80 | 150.00 | 120.00 |
| 02-28-2023 | Jennifer Lizakowski | Perform QC on Ballot Report | 0.50 | 150.00 | 75.00 |
| 02-28-2023 | Jennifer | Correspond with E. Guandique re: Ballot Report | 0.10 | 150.00 | 15.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Lizakowski | | | | |
| 02-28-2023 | Emma Guandique | Process incoming ballots | 4.20 | 100.00 | 420.00 |
| 02-28-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.30 | 100.00 | 30.00 |
| 02-28-2023 | Ashley Dionisio | Process incoming ballots | 0.20 | 130.00 | 26.00 |
| 02-28-2023 | Jeriad Paul | Perform QC on Class 4 ballots | 0.40 | 187.50 | 75.00 |
| 02-28-2023 | Jeriad Paul | Confer with ballot processing team re ballots received and entered | 0.30 | 187.50 | 56.25 |
| 02-28-2023 | Jeriad Paul | Confer with Case Management re tabulation results | 0.20 | 187.50 | 37.50 |
| 02-28-2023 | Jeriad Paul | Email tabulation report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.20 | 187.50 | 37.50 |
| | | Total | | | 7,455.50 |

**Time Summary**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Ashley Dionisio | 2.20 | 130.00 | 286.00 |
| Brittney Whitaker | 0.30 | 175.00 | 52.50 |
| Broderick Whitaker | 0.30 | 75.00 | 22.50 |
| Carey Steinberg | 0.20 | 100.00 | 20.00 |
| Cindy Sloop | 0.10 | 90.00 | 9.00 |
| Emma Guandique | 18.40 | 100.00 | 1,840.00 |
| Jennifer Lizakowski | 8.10 | 150.00 | 1,215.00 |
| Jeriad Paul | 9.60 | 187.50 | 1,800.00 |
| Kim Steverson | 8.40 | 187.50 | 1,575.00 |
| Michelle Ignacio | 1.00 | 175.00 | 175.00 |
| Nathan Panameno | 2.50 | 150.00 | 375.00 |
| Reina Zepeda | 0.40 | 120.00 | 48.00 |
| Sejal Kelly | 0.20 | 187.50 | 37.50 |
| Total | | | 7,455.50 |

| | |
|---|---|
| **Total for this Invoice** | 7,455.50 |
| **Previous Balance** | 31,954.30 |
| **Total Amount to Pay** | 39,409.80 |

Invoice Number: 11473              We appreciate your business              Page 14 of 15