**<u>Exhibit B</u>**

Weil, Gotshal & Manges LLP

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/08/23 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 126804; DATE: 2/7/2023 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT JANUARY 2023. | H060 | 41334828 | 18.00 |
| **SUBTOTAL DISB TYPE H060:** | | | | **$18.00** |
| 01/30/23 | Shah, Bastian<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-106; DATE: 2/5/2023 - SEAMLESS MEALS EXPENSE BY BASTIAN SHAH ON 2023-01-30 AT 6:52 PM | H080 | 41353547 | 20.00 |
| 02/03/23 | Shah, Bastian<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-106; DATE: 2/5/2023 - SEAMLESS MEALS EXPENSE BY BASTIAN SHAH ON 2023-02-02 AT 7:00 PM | H080 | 41353679 | 20.00 |
| 02/03/23 | Westerman, Gavin<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-106; DATE: 2/5/2023 - SEAMLESS MEALS EXPENSE BY GAVIN WESTERMAN ON 2023-02-02 AT 7:29 PM | H080 | 41353704 | 20.00 |
| 02/08/23 | Castillo, Lauren<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-107; DATE: 2/12/2023 - SEAMLESS MEALS BY LAUREN CASTILLO ON 2/7/2023 AT 7:48 PM | H080 | 41353816 | 20.00 |
| 02/14/23 | Castillo, Lauren<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-108; DATE: 2/19/2023 - SEAMLESS MEALS BY LAUREN CASTILLO ON 2023-02-13 AT 7:26 PM | H080 | 41368398 | 20.00 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/18/23 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-108; DATE: 2/19/2023 - SEAMLESS MEALS BY TAYLOR JONES ON 2023-02-18 AT 6:34 PM | H080 | 41368416 | 20.00 |
| 02/20/23 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-108; DATE: 2/19/2023 - SEAMLESS MEALS BY TAYLOR JONES ON 2023-02-19 AT 7:22 PM | H080 | 41368377 | 20.00 |
| 02/23/23 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-109; DATE: 2/26/2023 - SEAMLESS MEALS EXPENSEBY TAYLOR JONES ON 2023-02-22 AT 7:26 PM | H080 | 41371022 | 20.00 |
| 02/24/23 | Bertens, Erin<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-109; DATE: 2/26/2023 - SEAMLESS MEALS EXPENSE PBY ERIN BERTENS ON 2023-02-23 AT 8:16 PM | H080 | 41371044 | 20.00 |
| 02/24/23 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-109; DATE: 2/26/2023 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2023-02-23 AT 9:22 PM | H080 | 41371094 | 20.00 |
| **SUBTOTAL DISB TYPE H080:** | | | | **$200.00** |
| 02/28/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5746832003011305; DATE: 3/1/2023 - DINNER, FEB 26, 2023 | H084 | 41357560 | 56.40 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/28/23 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5746025803011305; DATE: 3/1/2023 - BREAKFAST - FEB 27, 2023 - | H084 | 41357634 | 18.83 |
| | **SUBTOTAL DISB TYPE H084:** | | | **$75.23** |
| 02/15/23 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5717737402151301; DATE: 2/15/2023 - IN-FLIGHT WIFI, 2/8/23 | H160 | 41343974 | 8.00 |
| 02/28/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5746832003011305; DATE: 3/1/2023 - AGENCY FEES, TICKET:055001019514, FEB 26, 2023 | H160 | 41357558 | 40.00 |
| 02/28/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5746832003011305; DATE: 3/1/2023 - WILMINGTON, DE- RAIL, , TICKET:0580920048957, FEB 27, 2023 - AMTRAK TRAIN CHANGE FEE. - FROM/TO: WILMINGTON, DE/STAMFORD, CT | H160 | 41357562 | 25.00 |
| 02/28/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5746832003011305; DATE: 3/1/2023 - HOTEL ROOM AND TAX, FEB 26, 2023 - HOTEL IN WILMINGTON., CHECK IN 02/26/2023, CHECK OUT 02/27/2023 | H160 | 41357561 | 328.90 |
| 02/28/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5746832003011305; DATE: 3/1/2023 - RAIL, TICKET:0550010109514, FEB 26, 2023 - ROUND TRIP AMTRAK FARE TO WILMINGTON, DE - FROM/TO: STAMFORD, CT/WILMINGTON, DE | H160 | 41357559 | 378.00 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/28/23 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5746025803011305; DATE: 3/1/2023 - RAIL, , TICKET:0580920045235, FEB 27, 2023 - WILMINGTON - FROM/TO: NY/WILMINGTON | H160 | 41357633 | 294.00 |
| | **SUBTOTAL DISB TYPE H160:** | | | **$1,073.90** |
| 02/02/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1727865; DATE: 2/8/2023 - TAXI CHARGES FOR 2023-02-08 INVOICE #17278653020220174 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-02-02 FROM: GLEN HEAD, NY TO: 767 5 AVE, MANHATTAN, NY RIDE TIME: 08:56 | H163 | 41343011 | 151.36 |
| 02/07/23 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: UBER TECHNOLOGIES, INC (47404-01); INVOICE#: 100091; DATE: 2/1/2023 - TAXI CHARGES FOR 2023-02-01 INVOICE #100091 STATEMENT #DB90739161 NATASHA HWANGPO E779 RIDE DATE: 2023-01-18 FROM: NEW YORK, NY TO: 351 W 31ST ST, NEW YORK, NY RIDE TIME: 08:27 | H163 | 41332795 | 41.32 |
| 02/07/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1727616; DATE: 2/1/2023 - TAXI CHARGES FOR 2023-02-01 INVOICE #17276163012614393 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-01-26 | H163 | 41334363 | 151.36 |
| 02/07/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1727616; DATE: 2/1/2023 - TAXI CHARGES FOR 2023-02-01 INVOICE #17276163012311205 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-01-23 FROM: GLEN HEAD, NY TO: 767 5 AVE, MANHATTAN, NY RIDE TIME: 11:02 | H163 | 41334270 | 175.92 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/21/23 | Slack, Richard W. | H163 | 41350849 | 186.09 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1728075; DATE: 2/15/2023 - TAXI CHARGES FOR 2023-02-15 INVOICE #172807530206234 34 RICHARD W SLACK 0255 RIDE DATE: 2023-02-06 FROM: 767 5 AVE, MANHATTAN, NY TO: RYE, NY RIDE TIME: 21:33 | | | |
| 02/21/23 | Slack, Richard W. | H163 | 41350875 | 164.83 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1728075; DATE: 2/15/2023 - TAXI CHARGES FOR 2023-02-15 INVOICE #172807530209267 67 RICHARD W SLACK 0255 RIDE DATE: 2023-02-09 | | | |
| 02/21/23 | Arthur, Candace | H163 | 41350953 | 155.04 |
| | TRANSPORTATION - LEGAL/OVERTIME | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1728075; DATE: 2/15/2023 - TAXI CHARGES FOR 2023-02-15 INVOICE #172807530206233 75 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-02-06 FROM: 767 5 AVE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 20:20 | | | |
| **SUBTOTAL DISB TYPE H163:** | | | | **$1,025.92** |
| 02/15/23 | Hwangpo, Natasha | H165 | 41343990 | 29.50 |
| | TRANSPORTATION - LOCAL MEETING | | | |
| | INVOICE#: CREX5717709702151301; DATE: 2/15/2023 - LOCAL TAXI, FEB 06, 2023 | | | |
| 02/27/23 | Bertens, Erin | H165 | 41354996 | 11.96 |
| | TRANSPORTATION - LOCAL MEETING | | | |
| | INVOICE#: CREX5738197602271302; DATE: 2/27/2023 - LOCAL TAXI, FEB 23, 2023 - UBER FROM WGM TO HOME | | | |
| 02/28/23 | Slack, Richard W. | H165 | 41357563 | 17.00 |
| | TRANSPORTATION - LOCAL MEETING | | | |
| | INVOICE#: CREX5746832003011305; DATE: 3/1/2023 - WILMINGTON, DE- LOCAL TAXI, FEB 27, 2023 - TAXI FROM HOTEL TO TRAIN STATION. | | | |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| | **SUBTOTAL DISB TYPE H165:** | | | **$58.46** |
| 02/07/23 | WGM, Firm<br>DUPLICATING<br>1 PAGES SCANNED IN NEW YORK CITY BETWEEN 01/30/2023 TO 01/30/2023 | S016 | 41367296 | 0.10 |
| 02/14/23 | WGM, Firm<br>DUPLICATING<br>7 PAGES SCANNED IN NEW YORK CITY BETWEEN 02/07/2023 TO 02/07/2023 | S016 | 41354284 | 0.70 |
| 02/21/23 | WGM, Firm<br>DUPLICATING<br>54 PAGES SCANNED IN NEW YORK CITY BETWEEN 02/13/2023 TO 02/16/2023 | S016 | 41351845 | 5.40 |
| | **SUBTOTAL DISB TYPE S016:** | | | **$6.20** |
| 02/06/23 | WGM, Firm<br>DUPLICATING<br>1 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 01/30/2023 TO 01/30/2023 | S017 | 41367642 | 0.10 |
| | **SUBTOTAL DISB TYPE S017:** | | | **$0.10** |
| 02/01/23 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - FEBRUARY 2023 | S061 | 41397506 | 9.90 |
| 02/01/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - PARKER-THOMPSON,DESTINEY 02/01/2023 TRANSACTIONS: 9 | S061 | 41395643 | 160.22 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/07/23 | Chan, Herbert<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CHAN,HERBERT 01/17/2023 TRANSACTIONS: 35 | S061 | 41338102 | 223.95 |
| 02/07/23 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCMILLAN,JILLIAN 01/16/2023 TRANSACTIONS: 44 | S061 | 41338182 | 640.93 |
| 02/07/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CASTILLO,LAUREN 01/19/2023 TRANSACTIONS: 1 | S061 | 41336407 | 24.35 |
| 02/07/23 | Cummings, Kyle<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - ZORATTI CUMMINGS,KYLE 01/13/2023 TRANSACTIONS: 15 | S061 | 41338167 | 64.57 |
| 02/07/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - OLLESTAD,JORDAN 01/19/2023 TRANSACTIONS: 5 | S061 | 41338376 | 49.62 |
| 02/07/23 | Cazes, Catherine<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CAZES,CATHERINE 01/25/2023 TRANSACTIONS: 4 | S061 | 41337823 | 95.38 |
| 02/07/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - PARKER-THOMPSON,DESTINEY 01/14/2023 TRANSACTIONS: 12 | S061 | 41337861 | 251.25 |
| 02/07/23 | Cummings, Kyle<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - ZORATTI CUMMINGS,KYLE 01/12/2023 TRANSACTIONS: 87 | S061 | 41336927 | 629.49 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/07/23 | Ruocco, Elizabeth A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - RUOCCO,ELIZABETH 01/16/2023 TRANSACTIONS: 2 | S061 | 41336420 | 24.35 |
| 02/07/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - PARKER-THOMPSON,DESTINEY 01/16/2023 TRANSACTIONS: 2 | S061 | 41337991 | 7.70 |
| 02/07/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HAM,ARDEN 01/12/2023 TRANSACTIONS: 15 | S061 | 41336578 | 24.35 |
| 02/07/23 | Gilchrist, Roy W.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - GILCHRIST,ROY 01/17/2023 TRANSACTIONS: 16 | S061 | 41337562 | 48.71 |
| 02/07/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HAM,ARDEN 01/10/2023 TRANSACTIONS: 4 | S061 | 41337504 | 73.06 |
| 02/07/23 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCMILLAN,JILLIAN 01/15/2023 TRANSACTIONS: 7 | S061 | 41336581 | 170.48 |
| 02/07/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - OLLESTAD,JORDAN 01/24/2023 TRANSACTIONS: 7 | S061 | 41337913 | 17.33 |
| 02/07/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - ESPITIA,SADYS 01/16/2023 TRANSACTIONS: 2 | S061 | 41337217 | 53.67 |

Weil, Gotshal & Manges LLP

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/07/23 | Ruocco, Elizabeth A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - RUOCCO,ELIZABETH 01/15/2023 TRANSACTIONS: 11 | S061 | 41336693 | 121.77 |
| 02/07/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HAM,ARDEN 01/31/2023 TRANSACTIONS: 6 | S061 | 41337716 | 73.06 |
| 02/07/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HAM,ARDEN 01/15/2023 TRANSACTIONS: 18 | S061 | 41337264 | 170.48 |
| 02/07/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HAM,ARDEN 01/14/2023 TRANSACTIONS: 18 | S061 | 41336261 | 121.77 |
| 02/07/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - PARKER-THOMPSON,DESTINEY 01/24/2023 TRANSACTIONS: 1 | S061 | 41338171 | 24.35 |
| 02/07/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HAM,ARDEN 01/09/2023 TRANSACTIONS: 1 | S061 | 41337877 | 24.35 |
| 02/07/23 | Hwangpo, Natasha<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HWANGPO,NATASHA 01/15/2023 TRANSACTIONS: 12 | S061 | 41336720 | 212.51 |
| 02/07/23 | Cazes, Catherine<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CAZES,CATHERINE 01/17/2023 TRANSACTIONS: 36 | S061 | 41337416 | 358.30 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/07/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HAM,ARDEN 01/16/2023 TRANSACTIONS: 13 | S061 | 41336122 | 121.77 |
| 02/07/23 | Hwangpo, Natasha<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HWANGPO,NATASHA 01/16/2023 TRANSACTIONS: 29 | S061 | 41336576 | 352.98 |
| 02/14/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>BLAW USAGE REPORT - JANUARY 2023; JJENKINS138; 10 DOCKET SEARCH | S061 | 41343460 | 103.90 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/14/2023 ACCOUNT 424YN6CXS | S061 | 41348882 | 43.13 |
| 02/15/23 | Gilchrist, Roy W.<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - JANUARY 2023 | S061 | 41346693 | 131.30 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/13/2023 ACCOUNT 424YN6CXS | S061 | 41348050 | 24.06 |
| 02/15/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 01/05/2023 ACCOUNT 424YN6CXS | S061 | 41348328 | 44.97 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/10/2023 ACCOUNT 424YN6CXS | S061 | 41348598 | 359.62 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/16/2023 ACCOUNT 424YN6CXS | S061 | 41348191 | 24.06 |
| 02/15/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - JANUARY 2023 | S061 | 41346944 | 7.00 |
| 02/15/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - JANUARY 2023 | S061 | 41347028 | 72.90 |
| 02/15/23 | Chan, Herbert<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - JANUARY 2023 | S061 | 41346738 | 43.30 |
| 02/15/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 01/04/2023 ACCOUNT 424YN6CXS | S061 | 41348722 | 44.97 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/24/2023 ACCOUNT 424YN6CXS | S061 | 41348336 | 44.96 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/13/2023 ACCOUNT 424YN6CXS | S061 | 41348276 | 764.18 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/12/2023 ACCOUNT 424YN6CXS | S061 | 41348538 | 388.22 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/11/2023 ACCOUNT 424YN6CXS | S061 | 41348268 | 179.80 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/10/2023 ACCOUNT 424YN6CXS | S061 | 41348742 | 96.26 |
| 02/15/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 01/17/2023 ACCOUNT 424YN6CXS | S061 | 41348953 | 134.86 |
| 02/15/23 | Ruocco, Elizabeth A.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - RUOCCO, ELIZABETH 01/15/2023 ACCOUNT 424YN6CXS | S061 | 41348243 | 43.13 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/10/2023 ACCOUNT 424YN6CXS | S061 | 41348026 | 43.13 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/12/2023 ACCOUNT 424YN6CXS | S061 | 41348325 | 24.06 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/12/2023 ACCOUNT 424YN6CXS | S061 | 41348996 | 719.23 |
| 02/15/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 01/18/2023 ACCOUNT 424YN6CXS | S061 | 41348416 | 89.91 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/16/2023 ACCOUNT 424YN6CXS | S061 | 41348570 | 129.39 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/14/2023 ACCOUNT 424YN6CXS | S061 | 41348270 | 24.06 |
| 02/15/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 01/19/2023 ACCOUNT 424YN6CXS | S061 | 41348524 | 45.42 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - JANUARY 2023 | S061 | 41346657 | 142.70 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/16/2023 ACCOUNT 424YN6CXS | S061 | 41348226 | 449.52 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/13/2023 ACCOUNT 424YN6CXS | S061 | 41348739 | 43.13 |
| 02/15/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 01/19/2023 ACCOUNT 424YN6CXS | S061 | 41348839 | 134.86 |
| 02/15/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - JANUARY 2023 | S061 | 41346777 | 24.00 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/17/2023 ACCOUNT 424YN6CXS | S061 | 41348265 | 24.06 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/17/2023 ACCOUNT 424YN6CXS | S061 | 41348798 | 764.18 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/14/2023 ACCOUNT 424YN6CXS | S061 | 41348439 | 72.20 |
| 02/15/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 01/19/2023 ACCOUNT 424YN6CXS | S061 | 41348139 | 90.81 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/15/2023 ACCOUNT 424YN6CXS | S061 | 41348769 | 269.72 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/14/2023 ACCOUNT 424YN6CXS | S061 | 41348740 | 943.99 |
| 02/15/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - JANUARY 2023 | S061 | 41346786 | 7.60 |
| 02/15/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>INTELLIGIZE USAGE REPORT - JANUARY 2023 | S061 | 41347672 | 19.46 |

KServicing, Inc. - Chapter 11
55894.0004
2023002874

### ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 02/15/23 | Jenkins, Jazzmine<br>COMPUTERIZED RESEARCH<br>NY LEXIS - JENKINS, JAZZMINE 01/24/2023 ACCOUNT 424YN6CXS | S061 | 41348544 | 44.96 |
| 02/15/23 | Wong, Sandra<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - JANUARY 2023 | S061 | 41346680 | 123.10 |
| 02/15/23 | Parker-Thompson, Destiney<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PARKER-THOMPSON, DESTINEY 01/11/2023 ACCOUNT 424YN6CXS | S061 | 41348687 | 24.06 |
| | **SUBTOTAL DISB TYPE S061:** | | | **$10,954.82** |
| 02/01/23 | WGM, Firm<br>DUPLICATING<br>42 PRINT(S) MADE IN NEW YORK BETWEEN 01/30/2023 TO 01/30/2023 | S117 | 41368004 | 4.20 |
| 02/08/23 | WGM, Firm<br>DUPLICATING<br>36 PRINT(S) MADE IN NEW YORK BETWEEN 02/06/2023 TO 02/06/2023 | S117 | 41367476 | 3.60 |
| 02/15/23 | WGM, Firm<br>DUPLICATING<br>60 PRINT(S) MADE IN NEW YORK BETWEEN 02/13/2023 TO 02/13/2023 | S117 | 41367056 | 6.00 |
| | **SUBTOTAL DISB TYPE S117:** | | | **$13.80** |
| | **TOTAL DISBURSEMENTS** | | | **$13,426.43** |