**Exhibit A**

# JONES DAY

**Atlanta Office**
1221 Peachtree Street, NE
Suite 400
Atlanta, GA 30361
**(404) 521-3939**
**Federal Identification Number: 34-0319085**

March 22, 2023                                                                                                              102496
                                                                                                               Invoice: 231601203

KServicing Corporation
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309
United States of America

For legal services rendered for the period through February 28, 2023:

|  | Hours | | Amount |
|---|---:|---|---:|
| Case Administration | 0.80 | | 380.00 |
| Department of Justice Investigations | 1.80 | | 2,250.00 |
| Professional Retention/Fee Issues | 3.40 | | 4,080.00 |
| Fee Application Preparation | 9.30 | | 9,130.00 |
| Total Fees | 15.30 | USD | 15,840.00 |

### Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Consultants and Agents Fees | 6,641.25 | | |
| Hosting Charges | 16,883.77 | | |
| | | USD | 23,525.02 |
| **TOTAL** | | **USD** | **39,365.02** |

## JONES DAY

102496                                                                                                                             Page: 2
March 22, 2023
KServicing Corporation                                                                              Invoice: 231601203

Timekeeper/Fee Earner Summary – February 28, 2023

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A E Lelling | Partner | 1996 | 1.40 | 1,400.00 | 1,960.00 |
| D J Merrett | Partner | 2007 | 9.90 | 1,200.00 | 11,880.00 |
| Total | | | 11.30 | | 13,840.00 |
| B N Wilhelm | Associate | 2017 | 0.40 | 725.00 | 290.00 |
| Total | | | 0.40 | | 290.00 |
| C L Smith | Paralegal | | 3.60 | 475.00 | 1,710.00 |
| Total | | | 3.60 | | 1,710.00 |
| **Total** | | | **15.30** | **USD** | **15,840.00** |

# JONES DAY

102496                                                           Page: 3
March 22, 2023
KServicing Corporation                   Invoice: 231601203

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

**Case Administration**

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 02/06/23 | C L Smith | 0.20 | 95.00 |
| | Review and distribute docket (.10); obtain recently-filed documents and update electronic file management system with same (.10). | | |
| 02/13/23 | C L Smith | 0.20 | 95.00 |
| | Review and distribute docket (.10); obtain recently-filed documents and update electronic file management system with same (.10). | | |
| 02/21/23 | C L Smith | 0.20 | 95.00 |
| | Review and distribute docket (.10); obtain recently filed documents and update electronic file management system with same (.10). | | |
| 02/27/23 | C L Smith | 0.20 | 95.00 |
| | Review and distribute docket (.10); obtain recently filed documents and update electronic file management system with same (.10). | | |
| | **Matter Total** | **0.80**   USD | **380.00** |

**Department of Justice Investigations**

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 02/08/23 | A E Lelling | 0.50 | 700.00 |
| | Correspondence with Wilhelm and Hall about DOJ settlement offer (.20); review of prior correspondence on DOJ settlements (.30). | | |
| 02/09/23 | B N Wilhelm | 0.40 | 290.00 |
| | Call with Arthur, Hwangpo, and Bentley (Weil) regarding updates in Department of Justice settlement discussions. | | |
| 02/27/23 | A E Lelling | 0.90 | 1,260.00 |
| | Prepare for conference call with Wilhelm, Hall, Kelkar and Loiseau (KServicing) concerning production of Kabbage email in government investigation (.40); conference call with Wilhelm, Hall, Kelkar and Loiseau concerning production of Kabbage email in government investigation (.30); follow up communications with Wilhelm concerning approach to searching for email (.20). | | |
| | **Matter Total** | **1.80**   USD | **2,250.00** |

**Professional Retention/Fee Issues**

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 02/03/23 | D J Merrett | 1.60 | 1,920.00 |
| | Communicate with Lelling regarding budget requests from debtor (.30); communicate with Wilhelm regarding same (.20); communicate with Katsigeorgis (Alix) regarding same (.30); review and analyze fee applications in connection with same (.80). | | |
| 02/13/23 | D J Merrett | 1.30 | 1,560.00 |
| | Draft and revise budget and staffing plan (1.10); communicate with Katsigeorgis regarding same (.20). | | |

# JONES DAY

102496                                                        Page: 4

March 22, 2023

KServicing Corporation              Invoice: 231601203

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| 02/17/23 | D J Merrett | 0.50 | | 600.00 |
| | Communicate with Clay regarding February fees (.30); communicate with Katsigeorgis (Alix) regarding same (.20). | | | |
| | **Matter Total** | **3.40** | **USD** | **4,080.00** |

**Fee Application Preparation**

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| 02/01/23 | D J Merrett | 0.40 | | 480.00 |
| | Communicate with Lelling (.20), Katsigeorgis (Alix) (.20) regarding fee budgeting issues. | | | |
| 02/02/23 | D J Merrett | 0.70 | | 840.00 |
| | Review and analyze January invoice in response to budget inquiry from Katsigeorgis (Alix) (.40); communicate with Lelling regarding same (.30). | | | |
| 02/06/23 | D J Merrett | 0.40 | | 480.00 |
| | Communicate with Perrella (Alix) regarding final budget for first interim fee period (.20); communicate with Smith regarding first interim fee application (.20). | | | |
| 02/06/23 | C L Smith | 1.70 | | 807.50 |
| | Revise Jones Day first interim fee application (.10); draft email to Merrett (JD) regarding same (.10); call with Merrett regarding Jones Day first interim fee application (.10); further draft and revise same (1.30); draft email to Merrett regarding same (.10). | | | |
| 02/09/23 | D J Merrett | 0.50 | | 600.00 |
| | Communicate with Clay regarding first interim fee application (.20); communicate with Katsigeorgis (Alix) regarding discovery vendor (.10); review fee applications in connection with same (.20). | | | |
| 02/10/23 | D J Merrett | 1.50 | | 1,800.00 |
| | Review and revise first interim fee application (1.10); communicate with Clay (.20), McMillan (Weil) (.20) regarding same. | | | |
| 02/13/23 | D J Merrett | 0.70 | | 840.00 |
| | Review and revise January fee application (.50); communicate with Clay regarding same (.20). | | | |
| 02/16/23 | D J Merrett | 0.90 | | 1,080.00 |
| | Review and analyze January invoice (.80); communicate with Clay regarding same (.10). | | | |
| 02/16/23 | C L Smith | 0.80 | | 380.00 |
| | Communications with Merrett regarding Jones Day fourth monthly fee application and comments to January invoice (.20); draft and fourth monthly fee application (.60). | | | |
| 02/17/23 | C L Smith | 0.30 | | 142.50 |
| | Review information from Clay for fourth monthly fee application (.10); revise same (.10); draft email to Merrett regarding same (.10). | | | |
| 02/28/23 | D J Merrett | 1.40 | | 1,680.00 |
| | Review and revise January monthly fee application (1.10); communicate with Smith (.10), McMillan (Weil) (.20) regarding same. | | | |
| | **Matter Total** | **9.30** | **USD** | **9,130.00** |