**<u>Exhibit B</u>**

# JONES DAY

102496                                                                                                                Page: 6
March 22, 2023
KServicing Corporation                                                            Invoice: 231601203

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **DOJ Investigations** | | | | |
| **HOSTING CHARGES** | | | | |
| 02/14/23 | D A Doell | ATL | 4,876.20 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100274146; Date: 2/3/2023 | | | |
| 02/17/23 | D A Doell | ATL | 5,672.46 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100266193; Date: 12/5/2022 | | | |
| 02/17/23 | D A Doell | ATL | 6,042.03 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100262165; Date: 11/3/2022 | | | |
| 02/24/23 | D A Doell | ATL | 69.82 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD058134; Date: 9/30/2022 | | | |
| 02/24/23 | D A Doell | ATL | 76.03 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD065884; Date: 12/31/2022 | | | |
| 02/24/23 | D A Doell | ATL | 70.51 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD062193001; Date: 10/31/2022 | | | |
| 02/28/23 | B N Wilhelm | CLE | 76.72 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD069371; Date: 2/28/2023 - User Access, Active Hosting | | | |
| **Hosting Charges Subtotal** | | | | 16,883.77 |
| **Matter Total** | | | USD | 16,883.77 |
| **Case Administration** | | | | |
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 03/20/23 | A E Lelling | NYC | 6,641.25 | |
| | Vendor: Forensic Risk Alliance, Inc; Invoice#: US125_0013; Date: 3/10/2023 (February 2023) | | | |
| **Consultants and Agents Fees Subtotal** | | | | 6,641.25 |
| **Matter Total** | | | USD | 6,641.25 |