## Exhibit A

**Detailed Description of Services**

**GT** GreenbergTraurig

Invoice No. :  1000252407
File No.     :  210757.010100
Bill Date    :  March 17, 2023

Kabbage, Inc.
925B Peachtree Street, NE
Suite 383
FULTON-GA
Tax ID / EIN: 36-4973937
Atlanta, GA  30309

## **INVOICE**

Re:   Representing Board of Directors

Legal Services through February 28, 2023:

| | | |
|---|---|---:|
| Employment and Fee Applications: | $ | 14,327.00 |
| Board Governance: | $ | 44,176.00 |
| Plan and Disclosure Statement: | $ | 12,591.50 |
| Court Hearings: | $ | 636.00 |
| | | |
| Total Fees: | $ | 71,730.50 |
| **Current Invoice**: | **$** | **71,730.50** |
| | | |
| Previous Balance (see attached statement): | $ | 116,536.80 |
| **Total Amount Due:** | **$** | **188,267.30** |

DVK:SC
Tax ID:  13-3613083

**GT** GreenbergTraurig

Invoice No. :   1000252407
File No.      :   210757.010100

**Note:  Payment is Due 30 Days from Date of Invoice**

---

*FOR YOUR CONVENIENCE,*
*PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
*FOR FEES & COSTS ARE AS FOLLOWS:*

---

**For Wire Instructions:**
Bank:                  WELLS FARGO BANK
ABA #:                 121000248

**For ACH Instructions:**
Bank:                  WELLS FARGO BANK
ABA#                   063107513

CREDIT TO:             GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:             2000014648663
**PLEASE**
**REFERENCE:**         **CLIENT NAME:**        **KSERVICING**
                       **FILE NUMBER:**        **210757.010100**
                       **INVOICE NUMBER:**     **1000252407***
                       **BILLING**
                       **PROFESSIONAL:**       **David B. Kurzweil**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

DVK:SC
Tax ID:  13-3613083

**GT** GreenbergTraurig

Invoice No. :   1000252407
File No.      :   210757.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|---------:|-------------:|----------:|----------:|
| 11/07/22 | 1000134782 | 16,920.80 | 0.00 | 0.00 | 16,920.80 |
| 12/29/22 | 1000183408 | 7,733.30 | 0.00 | 0.00 | 7,733.30 |
| 01/27/23 | 1000206728 | 19,965.20 | 0.00 | 0.00 | 19,965.20 |
| 02/23/23 | 1000236678 | 71,917.50 | 0.00 | 0.00 | 71,917.50 |
| | Totals:  $ | 116,536.80 | $    0.00 | $    0.00 | $   116,536.80 |

DVK:SC
Tax ID:  13-3613083

Invoice No.:      1000252407                                                                    Page  1
Matter No.:       210757.010100


## Description of Professional Services Rendered:


TASK CODE:          KS003          EMPLOYMENT AND FEE APPLICATIONS


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/23 | Sandy Bratton | Work on First Interim Fee Application | 1.40 | 609.00 |
| 02/03/23 | Sandy Bratton | Review Orders and Applications relating to notification requirements of rate increases and Court filings that may be required (.7); confer with D. Kurzweil regarding same (.1) | 0.80 | 348.00 |
| 02/03/23 | Matthew A. Petrie | Attention to interim compensation procedures | 0.50 | 435.00 |
| 02/07/23 | Sandy Bratton | Continue work on First Interim Fee Application; confer with D. Kurzweil and M. Petrie regarding same | 0.90 | 391.50 |
| 02/07/23 | Matthew A. Petrie | Attention to interim fee application | 0.50 | 435.00 |
| 02/08/23 | Sandy Bratton | Continue work on First Interim Fee Application; confer with M. Petrie regarding same | 2.30 | 1,000.50 |
| 02/09/23 | Sandy Bratton | Continue work on First Interim Fee Application; confer with M. Petrie and D. Kurzweil regarding same | 3.30 | 1,435.50 |
| 02/09/23 | Matthew A. Petrie | Attention to interim fee application | 0.40 | 348.00 |
| 02/10/23 | Sandy Bratton | Continue work on First Interim Fee Application; confer with D. Meloro regarding same | 1.90 | 826.50 |
| 02/10/23 | Dennis A. Meloro | Discussions with S. Bratton regarding interim fee application | 0.50 | 627.50 |
| 02/10/23 | Dennis A. Meloro | Review draft GT first interim fee application | 0.10 | 125.50 |
| 02/10/23 | Matthew A. Petrie | Attention to interim fee application | 0.80 | 696.00 |
| 02/13/23 | Sandy Bratton | Continue work on First Interim Fee Application; confer with D. Meloro and M. Petrie regarding same | 3.90 | 1,696.50 |
| 02/13/23 | Dennis A. Meloro | Review and comment on GT first interim fee application (.5); call with D. Kurzweil and M. Petrie regarding same (.1) | 0.60 | 753.00 |
| 02/13/23 | Matthew A. Petrie | Review and revise interim fee application | 1.30 | 1,131.00 |
| 02/14/23 | Sandy Bratton | Continue work on First Interim Fee Application; confer with D. Meloro, M. Petrie and Debtors' local counsel regarding filing of same with Court | 0.40 | 174.00 |
| 02/14/23 | Dennis A. Meloro | Further review/comment on GT first interim fee application for filing | 0.30 | 376.50 |
| 02/14/23 | Matthew A. Petrie | Revise and finalize first interim fee application | 0.70 | 609.00 |
| 02/21/23 | Sandy Bratton | Prepare Fourth Monthly Fee Application for Greenberg Traurig | 0.80 | 348.00 |
| 02/22/23 | Sandy Bratton | Emails with GT and Weil teams regarding filing of Certificate of No Objection for | 0.10 | 43.50 |

Invoice No.:     1000252407                                                                    Page 2
Matter No.:      210757.010100

Description of Professional Services Rendered

|  |  | Third Monthly Fee Application |  |  |
|---|---|---|---|---|
| 02/22/23 | Matthew A. Petrie | Attention to monthly fee application | 0.30 | 261.00 |
| 02/24/23 | Sandy Bratton | Draft fourth monthly fee application | 0.80 | 348.00 |
| 02/24/23 | David B. Kurzweil | Review and comment on monthly fee application | 0.20 | 308.00 |
| 02/27/23 | Sandy Bratton | Continued work on Fourth Monthly Fee Application | 0.70 | 304.50 |
| 02/27/23 | Matthew A. Petrie | Review and revise January monthly fee application | 0.60 | 522.00 |
| 02/28/23 | Sandy Bratton | Continued work on Fourth Monthly Fee Application | 0.40 | 174.00 |

Total Hours:          24.50

Total Amount:      $ 14,327.00

TIMEKEEPER SUMMARY FOR TASK CODE KS003,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 0.20 | 1,540.00 | 308.00 |
| Dennis A. Meloro | 1.50 | 1,255.00 | 1,882.50 |
| Matthew A. Petrie | 5.10 | 870.00 | 4,437.00 |
| Sandy Bratton | 17.70 | 435.00 | 7,699.50 |
| Totals: | 24.50 | 584.78 | $        14,327.00 |

Invoice No.:    1000252407                                                                Page 3
Matter No.:    210757.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:    KS005    BOARD GOVERNANCE

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 02/02/23 | Sandy Bratton | Review emails from L. Milner regarding Weil update and Board call scheduling | 0.20 | 87.00 |
| 02/02/23 | David B. Kurzweil | Review of emails regarding status and further handling | 0.30 | 462.00 |
| 02/03/23 | Sandy Bratton | Review numerous recently filed objections, declarations, applications and miscellaneous pleadings and update case records (.6); update case calendar and Calendar of Events Summary (.3) | 0.90 | 391.50 |
| 02/03/23 | David B. Kurzweil | Review of objections to claims and status | 0.30 | 462.00 |
| 02/03/23 | Matthew A. Petrie | Review objection to Juneau Group motion for allowance of administrative claim | 0.30 | 261.00 |
| 02/06/23 | Sandy Bratton | Review Weekly Look Ahead report, draft Wind Down Agreement, draft Non-Exclusive Causes of Action provided by Weil team and emails from Weil team regarding same (.4); review recap of call with AmEx provided by Weil team (.2); work on planning regarding interviewing of candidates for wind down officer (.1) | 0.70 | 304.50 |
| 02/06/23 | Matthew A. Petrie | Attention to status of open matters for confirmation and correspondence with board regarding same | 1.20 | 1,044.00 |
| 02/06/23 | Matthew A. Petrie | Attention to approval of board meeting minutes | 0.30 | 261.00 |
| 02/07/23 | Sandy Bratton | Review email from Weil team regarding potential wind down officer candidates | 0.20 | 87.00 |
| 02/07/23 | David B. Kurzweil | Review of wind down officer information time line (.4); review of pleadings and status (.3) | 0.70 | 1,078.00 |
| 02/08/23 | Sandy Bratton | Review email from Weil team regarding update on conversations with Department of Justice | 0.20 | 87.00 |
| 02/08/23 | Sandy Bratton | Emails from L. Milner and D. Kurzweil regarding wind down officer issues | 0.10 | 43.50 |
| 02/08/23 | Sandy Bratton | Participate in conference call with Board members and GT team regarding wind down officer and strategy for further handling | 1.00 | 435.00 |
| 02/08/23 | Sandy Bratton | Review emails and prepare for weekly Board meeting | 0.30 | 130.50 |
| 02/08/23 | David B. Kurzweil | Preparation for and participate in board meeting (1.2); conference with Weil (.5); review of wind down budget (.3); email to board (.1); review of board minutes (.3) | 2.40 | 3,696.00 |
| 02/08/23 | Matthew A. Petrie | Conference with debtors' counsel regarding status of open matters (.5); conference with | 1.50 | 1,305.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000252407 | | | Page 4 |
| Matter No.: | 210757.010100 | | | |

<u>Description of Professional Services Rendered</u>

| | | | | |
|---|---|---|---|---|
| | | board regarding winddown (1.0) | | |
| 02/09/23 | Sandy Bratton | Participate in conference call with Board members and teams from Debtor, GT, Weil Gotshal and AlixPartners regarding pending issues and strategy for further handling | 1.00 | 435.00 |
| 02/09/23 | Sandy Bratton | Review of Board presentation deck received from Weil team and prepare for Board meeting | 0.30 | 130.50 |
| 02/09/23 | David B. Kurzweil | Review of objection of claim for voting purposes (.3); review of materials for board meeting (.4); preparation for and participate in board meeting (1.0) | 1.70 | 2,618.00 |
| 02/09/23 | Matthew A. Petrie | Review board deck in preparation for board meeting (.4); attend board meeting with debtors' counsel regarding confirmation and wind down status update (1.0) | 1.40 | 1,218.00 |
| 02/10/23 | Sandy Bratton | Review emails from Weil team regarding voting deadline and loan servicing transition work plan issues | 0.30 | 130.50 |
| 02/10/23 | David B. Kurzweil | Review of emails and issues for moving voting deadline | 0.20 | 308.00 |
| 02/10/23 | Matthew A. Petrie | Attention to approval of board minutes | 0.50 | 435.00 |
| 02/12/23 | David B. Kurzweil | Review and comment on loan transition agreement and email to client | 0.40 | 616.00 |
| 02/13/23 | Sandy Bratton | Review cash collateral budget, 4-month wind down budget and draft Loan Transfer Agreement received from Weil team (.3); emails with Weil team, Directors and GT team regarding same (.2) | 0.50 | 217.50 |
| 02/13/23 | David B. Kurzweil | Review of board minutes (.1); email regarding plan agreement (.2); review and comment on open issues (.2) | 0.50 | 770.00 |
| 02/13/23 | Matthew A. Petrie | Review loan transfer agreement | 0.50 | 435.00 |
| 02/14/23 | Sandy Bratton | Review of materials prepared by Weil team in preparation for weekly Board meeting | 0.30 | 130.50 |
| 02/14/23 | David B. Kurzweil | Review of board minutes | 0.20 | 308.00 |
| 02/14/23 | Matthew A. Petrie | Review draft claim objections (.3); attention to approval of minutes (.4); review board materials in preparation for board meeting (.8) | 1.50 | 1,305.00 |
| 02/15/23 | David B. Kurzweil | Review of board minutes (.1); review of pleadings (.1); review and comment on loan transfer agreement (.3); conference with board members (.3) | 0.80 | 1,232.00 |
| 02/15/23 | Matthew A. Petrie | Attention to approval of board minutes (.2); analysis of draft loan transfer agreement (.5) | 0.70 | 609.00 |
| 02/16/23 | Sandy Bratton | Participate in conference call with Board members and teams from Debtor, GT, Weil Gotshal and AlixPartners regarding pending plan confirmation and wind down issues and strategy for further handling | 1.00 | 435.00 |

Invoice No.:      1000252407                                                    Page 5
Matter No.:       210757.010100

<u>Description of Professional Services Rendered</u>

| | | | | |
|---|---|---|---|---|
| 02/16/23 | Sandy Bratton | Participate in conference call with Board members and teams from GT and Weil Gotshal regarding wind down issues | 1.00 | 435.00 |
| 02/16/23 | Sandy Bratton | Review discussion materials received from Weil in preparation for Board call | 0.20 | 87.00 |
| 02/16/23 | David B. Kurzweil | Preparation for and conference with board and Weil (1.0); conference with board members (.5) | 1.50 | 2,310.00 |
| 02/16/23 | Matthew A. Petrie | Review revised transfer agreement and Reserve Bank comments to same (.4); review board discussion materials in preparation for meeting (.3); attend board meeting with debtors' counsel (1.1) | 1.80 | 1,566.00 |
| 02/17/23 | Sandy Bratton | Email from Weil regarding wind down officer and plan supplement issues | 0.20 | 87.00 |
| 02/20/23 | David B. Kurzweil | Review of emails regarding status and wind down officer (.3); review of material from Weil (.3) | 0.60 | 924.00 |
| 02/21/23 | Sandy Bratton | Multiple emails with Board members regarding wind down officer selection and email from Weil team regarding weekly report and proposed Board discussion materials for next Board meeting | 0.40 | 174.00 |
| 02/21/23 | Sandy Bratton | Review numerous recently filed objections, declarations, applications and miscellaneous pleadings and update case records | 0.40 | 174.00 |
| 02/21/23 | David B. Kurzweil | Review of board materials from Weil (.3); review of board materials (.1); review of plan objections (.1); review of wind down agreement (.3) | 0.80 | 1,232.00 |
| 02/21/23 | Matthew A. Petrie | Review objection to confirmation filed by putative class plaintiffs | 0.40 | 348.00 |
| 02/22/23 | Sandy Bratton | Review numerous recently filed certificates of no objection and miscellaneous pleadings and update case records (.2); update case calendar (.1) | 0.30 | 130.50 |
| 02/22/23 | Sandy Bratton | Numerous emails between Board members and Weil team regarding selection of wind down officer | 0.40 | 174.00 |
| 02/22/23 | David B. Kurzweil | Review of class action claims objection (.2); review of emails and issues for Fed Bank revisions (.3) | 0.50 | 770.00 |
| 02/22/23 | Matthew A. Petrie | Review revised plan supplement documents to be filed (.7); attention to board meeting minutes (.2); review board discussion materials in preparation for weekly board meeting (.5) | 1.40 | 1,218.00 |
| 02/23/23 | Sandy Bratton | Participate in follow up conference call with Board members and GT team regarding wind down officer candidates and process for selection of same | 0.50 | 217.50 |
| 02/23/23 | Sandy Bratton | Participate in conference call with wind | 0.50 | 217.50 |

Invoice No.:     1000252407                                                                         Page 6
Matter No.:      210757.010100

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | down officer candidate S. Victor, Board members, and teams from Weil, GT and counsel to the Federal Reserve | | |
| 02/23/23 | Sandy Bratton | Participate in conference call with wind down officer candidate J. Foster, Board members, and teams from Weil, GT and counsel to the Federal Reserve | 0.50 | 217.50 |
| 02/23/23 | Sandy Bratton | Review numerous recently filed fee applications and miscellaneous pleadings and update case records (.4); update case calendar (.3); update Case Summary (.4) | 1.10 | 478.50 |
| 02/23/23 | David B. Kurzweil | Review of open issues list for plan confirmation (.2); conference with board members (.4); conference with proposed wind down officers (1.0); participate in board conference call (.4); review of release issues and proposed language (.4); review of CUBI status (.3); review of emails regarding status (.2) | 2.90 | 4,466.00 |
| 02/24/23 | Sandy Bratton | Participate in follow up conference call with Board members regarding wind down officer candidates and process for selection of same | 0.50 | 217.50 |
| 02/24/23 | Sandy Bratton | Participate in conference call with wind down officer candidate C. Jalbert, Board members, and teams from Weil, GT and counsel to the Federal Reserve | 0.50 | 217.50 |
| 02/24/23 | David B. Kurzweil | Review of loan transfer agreement (.3); review of effective date analysis prepared by Alix (.3) | 0.60 | 924.00 |
| 02/24/23 | David B. Kurzweil | Conference with board members (.5); conference with wind down officers (.5); review of board minutes (.2) | 1.20 | 1,848.00 |
| 02/27/23 | Sandy Bratton | Participate in conference call with wind down officer candidate J. Dubel, Board members, and teams from Weil, GT and counsel to the Federal Reserve | 0.50 | 217.50 |
| 02/27/23 | Sandy Bratton | Participate in follow up conference call with Board members and GT team regarding wind down officer candidates and process for selection of same | 0.80 | 348.00 |
| 02/27/23 | David B. Kurzweil | Participate in conference call with wind down officer (.5); participate in board conference call (.8); review of emails (.3); review of updated wind down agreement (.3) | 1.90 | 2,926.00 |
| 02/27/23 | Matthew A. Petrie | Conference with board and company counsel regarding wind down officer and budget | 0.70 | 609.00 |
| 02/28/23 | Sandy Bratton | Review numerous recently filed Plan objections and miscellaneous pleadings and update case records | 0.40 | 174.00 |

Invoice No.:      1000252407                                                    Page  7
Matter No.:      210757.010100

Description of Professional Services Rendered

Total Hours:        44.90

Total Amount:      $ 44,176.00

TIMEKEEPER SUMMARY FOR TASK CODE KS005,

BOARD GOVERNANCE

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 17.50 | 1,540.00 | 26,950.00 |
| Matthew A. Petrie | 12.20 | 870.00 | 10,614.00 |
| Sandy Bratton | 15.20 | 435.00 | 6,612.00 |
| Totals: | 44.90 | 983.88 | $    44,176.00 |

Invoice No.:     1000252407                                                        Page 8
Matter No.:      210757.010100

Description of Professional Services Rendered

TASK CODE:        KS006        PLAN AND DISCLOSURE STATEMENT

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/03/23 | Matthew A. Petrie | Review winddown agreement and causes of action and plan supplement documents | 1.00 | 870.00 |
| 02/06/23 | David B. Kurzweil | Review of board update and status from Weil (.3); review of plan supplement status and issues with documents (.6); email to board regarding status (.2) | 1.10 | 1,694.00 |
| 02/08/23 | David B. Kurzweil | Review of status and emails relating to counterparties regarding plan confirmation | 0.30 | 462.00 |
| 02/09/23 | Matthew A. Petrie | Review draft objections to claims for voting purposes | 0.30 | 261.00 |
| 02/13/23 | David B. Kurzweil | Review of cash collateral and wind down budget | 0.70 | 1,078.00 |
| 02/14/23 | Matthew A. Petrie | Review revised plan supplement | 0.60 | 522.00 |
| 02/17/23 | David B. Kurzweil | Review of issues and emails relating to wind down officer and plan confirmations | 0.30 | 462.00 |
| 02/23/23 | Sandy Bratton | Confer with GT team regarding Plan release language (.3); review proposed Plan release provisions for Declaration and Order and confer with Weil and GT team regarding same (.4) | 0.70 | 304.50 |
| 02/23/23 | Eric J. Howe | Review and analyze plan and release issue; call with D. Kurzweil and M. Petrie to discuss same | 0.50 | 525.00 |
| 02/23/23 | Matthew A. Petrie | Analysis of Federal Reserve comments to plan; conference with D. Kurzweil and E. Howe regarding same | 0.70 | 609.00 |
| 02/28/23 | Sandy Bratton | Participate in conference call with Weil, Richards Layton and GT teams regarding Plan releases | 0.50 | 217.50 |
| 02/28/23 | Sandy Bratton | Review and analyze Plan release provisions, prepare summary of same and confer with GT team regarding same | 2.10 | 913.50 |
| 02/28/23 | Eric J. Howe | Call with M. Petrie regarding plan confirmation issues (.2); call with Weil and Young Conway teams regarding same (.4) | 0.60 | 630.00 |
| 02/28/23 | David B. Kurzweil | Conference with board members (.3); conference with Weil regarding plan status (.5); review of requested revisions to Plan language by Fed (.3) | 1.10 | 1,694.00 |
| 02/28/23 | Matthew A. Petrie | Attention to plan release revisions (.3); conference with company counsel regarding same (.4); correspondence with D. Kurzweil and S. Bratton regarding analysis of same (.8) | 1.50 | 1,305.00 |
| 02/28/23 | Matthew A. Petrie | Analyze objections to plan confirmation | 1.20 | 1,044.00 |

Total Hours:            13.20

| Invoice No.: | 1000252407 | Page 9 |
| Matter No.: | 210757.010100 | |

Description of Professional Services Rendered

Total Amount:    $ 12,591.50

TIMEKEEPER SUMMARY FOR TASK CODE KS006,

PLAN AND DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Eric J. Howe | 1.10 | 1,050.00 | 1,155.00 |
| David B. Kurzweil | 3.50 | 1,540.00 | 5,390.00 |
| Matthew A. Petrie | 5.30 | 870.00 | 4,611.00 |
| Sandy Bratton | 3.30 | 435.00 | 1,435.50 |
| Totals: | 13.20 | 953.90 | $    12,591.50 |

Invoice No.:        1000252407
Matter No.:        210757.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        KS007        COURT HEARINGS

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 02/27/23 | David B. Kurzweil | Participate in hearing on objection to claims | 0.30 | 462.00 |
| 02/27/23 | Matthew A. Petrie | Attend hearing on Juneau Group motion for allowance and payment of administrative expense | 0.20 | 174.00 |
| | | Total Hours: | 0.50 | |
| | | Total Amount: | | $ 636.00 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE KS007,</u>

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| David B. Kurzweil | 0.30 | 1,540.00 | 462.00 |
| Matthew A. Petrie | 0.20 | 870.00 | 174.00 |
| Totals: | 0.50 | 1,272.00 | $   636.00 |

Invoice No.:      1000252407                                                   Page  11
Matter No.:      210757.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Eric J. Howe | 1.10 | 1,050.00 | 1,155.00 |
| David B. Kurzweil | 21.50 | 1,540.00 | 33,110.00 |
| Dennis A. Meloro | 1.50 | 1,255.00 | 1,882.50 |
| Matthew A. Petrie | 22.80 | 870.00 | 19,836.00 |
| Sandy Bratton | 36.20 | 435.00 | 15,747.00 |
| Totals: | 83.10 | 863.18 | $   71,730.50 |

Invoice No.:      1000252407                                                    Page  12
Re:               Representing Board of Directors
Matter No.:       210757.010100

<u>Description of Expenses Billed</u>:

<u>DATE</u>          <u>DESCRIPTION</u>                                          <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**