**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re                                                     :     Chapter 11
                                                     :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                 :     Case No. 22-10951 (CTG)
                                                     :
                                                     :
Debtors.[1]                                               :     (Jointly Administered)
                                                     :
                                                     :     Re: Docket Nos. 530, 531, 532, 533, 534, 535 & 675
---------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING REVISED FIRST OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies as follows:

1.  In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered October 21, 2022 [Docket No. 136] (the "**Interim Compensation Order**"), those professionals listed on **Exhibit A** attached hereto (each, an "**Applicant**" and collectively, the "**Applicants**") filed their respective interim fee applications [Docket Nos. 530, 531, 532, 533, 534 and 535] (the "**Interim Applications**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2.  On March 14, 2023, the Debtors filed the *Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* [Docket No. 675]. Attached thereto as Exhibit A was a proposed order approving the Interim Applications (the "**Proposed Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

2

3. Following the submission of the Proposed Order, the Court made certain comments with respect to the Interim Application of Richards, Layton & Finger, P.A. ("**RL&F**"). The comments made by the Court were resolved by agreed upon reductions by RL&F, which are reflected in a revised form of the Proposed Order (the "**Revised Order**"). A copy of the Revised Order is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Revised Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

*(Remainder of Page Intentionally Left Blank)*

Dated: March 30, 2023
      Wilmington, Delaware

*/s/ Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
       candace.arthur@weil.com
       natasha.hwangpo@weil.com
       chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*