# **EXHIBIT B**

**Blackline**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                    :    Case No. 22-10951 (CTG)
                                                             :
                                                             :
Debtors.[1]                                                  :    (Jointly Administered)
                                                             :
                                                             :    Re: Docket Nos. 530, 531, 532, 533, 534 & 535
------------------------------------------------------------ x

**FIRST OMNIBUS ORDER AWARDING INTERIM
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

Upon consideration of the interim applications (each an "**Interim Application**" and, collectively, the "**Interim Applications**") of those professionals listed on **Exhibit A** attached hereto (each an "**Applicant**" and, collectively, the "**Applicants**") for the interim allowance of certain fees, including all holdbacks, and expenses incurred for professional services rendered during the period set forth on each Interim Application listed on **Exhibit A** hereto (the "**Compensation Period**"), filed pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered October 21, 2022 [Docket No. 136] (the "**Interim Compensation Order**"), and the Court having reviewed the Interim Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Interim Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

on the Interim Applications; and upon the full record of all proceedings in these cases; and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED THAT:**

1. Each Interim Application is granted and approved as set forth herein.

2. Each of the Applicants is allowed compensation for services rendered during the Compensation Period and reimbursement for actual and necessary expenses incurred during the Compensation Period in the amounts set forth on **Exhibit A** hereto, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the above-captioned debtors and debtors-in-possession are authorized and directed to pay each of the Applicants one-hundred percent (100%) of the fees and one-hundred percent (100%) of the expenses listed on **Exhibit A** hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Period.

4. This Order shall be deemed a separate order with respect to each of the Interim Applications. Any stay of this Order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Applicants.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

RLF1 28682518v.1

**Exhibit A**
**In re: Kabbage, Inc. d/b/a KServicing, *et al.***
**Case No. 22-10951 (CTG)**
**First Interim Fee Period**

| Name of Professional / Docket No. of Application | Firm's Role in Case | Compensation Period (Interim Period) | Fees Requested (Interim Period) | Expenses Requested (Interim Period) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP/ Docket No. 530 | Counsel to the Debtors | 10/3/22 – 12/31/22 | $4,626,527.25 | $19,412.54 | $4,626,527.25 | $19,412.54 |
| Richards, Layton & Finger, P.A./ Docket No. 531 | Counsel to the Debtors | 10/3/22 – 12/31/22 | $835,079.50 | $13,756.73 | ~~$835,079.50~~ $834,654.50[1] | $13,756.73 |
| AlixPartners, LLP/ Docket No. 532 | Financial Advisor to the Debtors | 10/3/22 – 12/31/22 | $1,955,331.75 | $10,120.46 | $1,955,331.75 | $10,120.46 |
| Greenberg Traurig, LLP/ Docket No. 533 | Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing | 10/3/22 – 12/31/22 | $223,096.50 | $411.25 | $223,096.50 | $411.25 |
| Jones Day/ Docket No. 534 | Special Counsel to the Debtors | 10/3/22 – 12/31/22 | $188,987.50 | $153,582.18 | $188,987.50 | $153,582.18 |
| Omni Agent Solutions, Inc./ Docket No. 535 | Administrative Agent for the Debtors | 10/3/22 – 12/31/22 | $17,800.25 | $0.00 | $17,800.25 | $0.00 |

---

[1] This amount reflects an agreed reduction of $425.00 to reflect certain comments from the Court to the Interim Application.

RLF1 28682518v.1