**Exhibit A**
*In re: Kabbage, Inc. d/b/a KServicing, et al.*
Case No. 22-10951 (CTG)
**First Interim Fee Period**

| Name of Professional / Docket No. of Application | Firm's Role in Case | Compensation Period (Interim Period) | Fees Requested (Interim Period) | Expenses Requested (Interim Period) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| **Weil, Gotshal & Manges LLP/ Docket No. 530** | Counsel to the Debtors | 10/3/22 – 12/31/22 | $4,626,527.25 | $19,412.54 | $4,626,527.25 | $19,412.54 |
| **Richards, Layton & Finger, P.A./ Docket No. 531** | Counsel to the Debtors | 10/3/22 – 12/31/22 | $835,079.50 | $13,756.73 | $834,654.50[1] | $13,756.73 |
| **AlixPartners, LLP/ Docket No. 532** | Financial Advisor to the Debtors | 10/3/22 – 12/31/22 | $1,955,331.75 | $10,120.46 | $1,955,331.75 | $10,120.46 |
| **Greenberg Traurig, LLP/ Docket No. 533** | Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing | 10/3/22 – 12/31/22 | $223,096.50 | $411.25 | $223,096.50 | $411.25 |
| **Jones Day/ Docket No. 534** | Special Counsel to the Debtors | 10/3/22 – 12/31/22 | $188,987.50 | $153,582.18 | $188,987.50 | $153,582.18 |
| **Omni Agent Solutions, Inc./ Docket No. 535** | Administrative Agent for the Debtors | 10/3/22 – 12/31/22 | $17,800.25 | $0.00 | $17,800.25 | $0.00 |

---

[1] This amount reflects an agreed reduction of $425.00 to reflect certain comments from the Court to the Interim Application.