**Schedule 1**

**Misclassified Claims**

**Misclassified Claims**
(Claims are listed alphabetically)

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Claim Amount | Modified Classification Status[1] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 1 | Ayesha Salahuddin | 01/30/2023 | 951-232 | Kabbage, Inc. d/b/a KServicing | $114,350.00 (P)<br>$140,000.00 (A)<br>$14,000.00 (S)<br>$0.00 (U) | $0.00 (P)<br>$0.00 (A)<br>$0.00 (S)<br>$14,000.00 (U)[2] | Ayesha Salahuddin asserted a total claim of $14,000. Notwithstanding the total amount of the claim set forth on the proof of claim, the claimant asserts that: (i) $114,350 is entitled to priority pursuant to sections 507(a)(7), 507(a)(8), and an unspecified subsection of 507(a) of the Bankruptcy Code; (ii) $140,000 is entitled to administrative expense status pursuant to section 503(b)(9) of the Bankruptcy Code; and (iii) $14,000 is secured. The proof of claim asserts "Money loaned, services performed" as the basis for the claim. *See* proof of claim no. 951-232. Based on a review of the Debtors' books and records, the Debtors have determined Ayesha Salahuddin is a borrower of a Paycheck Protection Program loan ("**PPP Loan**") that the Debtors service, and that there are no amounts entitled to priority due and owing to Ayesha Salahuddin under sections 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services), 507(a)(8) (the claim is not on account of governmental units), or any other section of 507(a) of the Bankruptcy Code.<br><br>In addition, the Debtors have determined there is no evidence of the Debtors receiving goods from Ayesha Salahuddin within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code, and that there is no basis for the claim's secured status under section 506 of the Bankruptcy Code. Accordingly, Ayesha Salahuddin's claim should be reclassified as a general unsecured claim. |
| 2 | Nella's Seafood Lounge & Co Inc | 02/22/2023 | 951-239 | Kabbage, Inc. d/b/a KServicing | $20,833.00 (P)<br>$0.00 (U) | $0.00 (P)<br>$20,833.00 (U) | Nella's Seafood Lounge & Co Inc ("**Nella's Seafood**") filed a $20,833 claim asserting that the entire amount is entitled to priority pursuant to an unspecified subsection of 507(a) of the Bankruptcy Code. The proof of claim asserts "PPP Loan forgiveness" as the basis for the claim. *See* proof of claim no. 951-239. Based on a review of the Debtors' books and records, the Debtors have determined Nella's Seafood is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Nella's Seafood under section 507(a) of the Bankruptcy Code. Accordingly, Nella's Seafood's priority claim should be reclassified as a general unsecured claim. |

[1] (A) - Administrative, including 503(b)(9); (S) - Secured; (P) - Priority; (U) - Unsecured; (T) – Total.

[2] The amount reflected herein is the total claim amount asserted on the proof of claim notwithstanding any inconsistencies contained in such proof of claim.

RLF1 28816238V.1

| # | Claimant Name | Date Claim Filed | Claim No. | Debtor Name | Misclassified Claim Amount | Modified Classification Status[1] | Reason for Reclassification |
|---|---|---|---|---|---|---|---|
| 3 | Quang Ho | 02/13/2023 | 951-235 | Kabbage, Inc. d/b/a KServicing | Undetermined (P) $2,500.00 (A) Undetermined (U) | $0.00 (P) $0.00 (S) $7,000.00 (U) | Quang Ho filed a total claim of $7,000 asserting that: (i) an undetermined amount is entitled to priority pursuant to sections 507(a)(4) and 507(a)(7) of the Bankruptcy Code, and (ii) $2,500 is entitled to administrative expense status pursuant to section 503(b)(9) of the Bankruptcy Code. The proof of claim asserts "Goods Sold, Lease" as the basis for the claim. *See* proof of claim no. 951-235. Based on a review of the Debtors' books and records, the Debtors have determined Quang Ho is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Quang Ho under sections 507(a)(4) (the claim is not on account of wages) and 507(a)(7) (the claim is not on account of a deposit in connection with the purchase, lease, or rental of property or purchase of services) of the Bankruptcy Code, or any record of the alleged lease. The Debtors have also determined that there is no evidence of the Debtors receiving goods from Quang Ho within the twenty days prior to the Petition Date, in the ordinary course, as required by section 503(b)(9) of the Bankruptcy Code. Accordingly, Quang Ho's claim should be reclassified as a general unsecured claim. |
| 4 | Studio Forte Spa Salon | 02/22/2023 | 951-238 | Kabbage, Inc. d/b/a KServicing | $20,833.00 (P) $0.00 (U) | $0.00 (P) $20,833.00 (U) | Studio Forte Spa Salon ("**Studio Forte**") filed a $20,833 claim asserting that the entire amount is entitled to priority pursuant to an unspecified subsection of 507(a) of the Bankruptcy Code. The proof of claim asserts "PPP Loan forgiveness that was applied for" as the basis for the claim. *See* proof of claim no. 951-238. Based on a review of the Debtors' books and records, the Debtors have determined Studio Forte is a borrower of a PPP Loan that the Debtors service, and there are no amounts entitled to priority due and owing to Studio Forte under section 507(a) of the Bankruptcy Code. Accordingly, Studio Forte's claim should be reclassified as a general unsecured claim. |
| 5 | Summer Stegall | 02/06/2023 | 951-234 | Kabbage, Inc. d/b/a KServicing | $12,023.63 (P) $30,000.00 (S) $0.00 (U) | $0.00 (P) $0.00 (S) $42,023.65 (U) | Summer Stegall filed a $42,023.65 claim asserting that: (i) $12,023.63 is entitled to priority pursuant to section 507(a)(8) of the Bankruptcy Code and (ii) $30,000 is secured. The proof of claim asserts "Money loaned/personal injury/lose of business" as the basis for the claim. *See* proof of claim no. 951-234. Based on a review of the Debtors' books and records, the Debtors have determined Summer Stegall is a borrower of a PPP Loan that the Debtors service, and that there are no amounts entitled to priority due and owing to Summer Stegall under section 507(a)(8) (the claim is not on account of governmental units) of the Bankruptcy Code. In addition, the Debtors have determined that there is no basis for the claim's secured status under section 506 of the Bankruptcy Code. Accordingly, Summer Stegall's claim should be reclassified as a general unsecured claim |