UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
                                                             :   Case No. 22-10951 (CTG)
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                    :
                                                             :   (Jointly Administered)
    Debtors.[1]                                              :
                                                             :
                                                             :   Re: Docket No. 721
------------------------------------------------------------ x

## NOTICE OF FILING OF REVISED EXHIBIT TO LOAN TRANSFER AGREEMENT

PLEASE TAKE NOTICE THAT on March 23, 2023, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Loan Transfer Agreement Between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to Take All Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief* [Docket No. 721] (the "**Motion**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A proposed form of order granting the relief requested in the Motion was attached to the Motion as Exhibit A thereto (the "**Proposed Order**"). Attached to the Proposed Order as Exhibit 1 thereto was the Loan Transfer Agreement. Attached to the Loan

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms that are used herein and not otherwise defined shall have the meanings given to them in the Motion.

RLF1 28808016v.1

Transfer Agreement as <u>Exhibit A</u> thereto was the schedule of Transferred Loans (the "**Original Schedule**").

PLEASE TAKE FURTHER NOTICE THAT the Motion and the Loan Transfer Agreement contemplate that the Original Schedule may be amended in accordance with the terms of the Loan Transfer Agreement prior to the Closing Date (as defined in the Loan Transfer Agreement).

PLEASE TAKE FURTHER NOTICE THAT the Original Schedule has been modified to include the additional Transferred Loans identified on **<u>Exhibit 1</u>** hereto (the "**Additional Transferred Loans**"). The Original Schedule, as modified to include the Additional Transferred Loans, is attached hereto as **<u>Exhibit 2</u>** (the "**Revised Schedule**"). The Revised Schedule amends and supersedes the Original Schedule and, by the filing of this notice, is incorporated into the Motion and the Loan Transfer Agreement as if set forth therein in full.

PLEASE TAKE FURTHER NOTICE THAT the hearing with respect to the Motion is currently scheduled for **April 13, 2023 at 10:00 a.m. (prevailing Eastern Time)** before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT the Debtors reserve the right to amend, modify, or supplement the Revised Schedule. To the extent that the Debtors make further revisions to the Revised Schedule, the Debtors will file a further revised schedule with the Court.

[*Remainder of page intentionally left blank*]

Dated: April 5, 2023
Wilmington, Delaware

*/s/ Huiqi Liu*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
Huiqi Liu, Esq. (No. 6850)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com
liu@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
E-mail:    ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*