**<u>EXHIBIT 1</u>**

**Additional Transferred Loans**

| Lending Institution's Loan Number | 10-Digit SBA Loan Number | Origination Date | Maturity Date |
|---|---|---|---|
| 7942341 | 3584057909 | 6/15/2020 | 6/15/2025 |
| 8339386 | 2169948104 | 7/16/2020 | 7/16/2025 |
| 8758660 | 5469088210 | 8/12/2020 | 8/12/2025 |