IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on March 27, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Loan Transfer Agreement Between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to Take All Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 721]**

- **Declaration of Salim Kafiti in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Loan Transfer Agreement Between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to Take All Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 722]**

Dated: March 29, 2023

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 29th day of March, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | Method of Service |
|---|---|---|---|
| AVENTURA ELEVATOR CORP | 11130 GRIFFING BLVD | BISCAYNE PARK, FL 33161 | First Class Mail |
| CHRISTOPHER VALENTA | Address Redacted | | First Class Mail |
| CJ NEWMARK ENTERPRISES LLC | 301 E 11TH ST | SAN JUAN, TX 78589 | First Class Mail |
| COBEY T FARMER | Address Redacted | | First Class Mail |
| ELIEZER GUANIPA | Address Redacted | | First Class Mail |
| GRANDE DUNES CAPITAL PARTNERS, L.P. | 50 FOREST ST, SUITE 925 | STAMFORD, CT 6901 | First Class Mail |
| HOLNESS CONSULTING INC | 4325 W SUNRISE BLVD | PLANTATION, FL 33313 | First Class Mail |
| HYATTSVILLE DAY CARE | 6606 24TH AVENUE | HYATTSVILLE, MD 20782 | First Class Mail |
| KOS DIVA FLOWER INC | 1077 WILLIS AVE | ALBERTSON, NY 11507 | First Class Mail |
| LANE SIX ENTERTAINMENT | 154 ROCK HILL RD | CLIFTON, NJ 7013 | First Class Mail |
| MARISTELLA CONSULTING | 3023 RODMAN STREET NW | WASHINGTON, DC 20008 | First Class Mail |
| MY BUDGET HOSTING LLC | 4898 DINKIRK ST | DENVER, CO 80249 | First Class Mail |
| NEXT LEVEL FINANCIAL SERVICES INC | 1799 STUMPF BLVD, BLDG 7 STE 2C | GRETNA, LA 70056 | First Class Mail |
| PALMETTO PROPERTIES MANAGEMENT | 5201 COUNTRY LANE | TIMMONSVILLE, SC 29161 | First Class Mail |
| PROPEL OPPORTUNITY FUND INC. | 830 MULBERRY STREET | MACON, GA 31201 | First Class Mail |
| RAZA BEGG | Address Redacted | | First Class Mail |
| ROOFING CONNECTIONS LLC | 845 W 75 ST, 406 | HIALEAH, FL 33014 | First Class Mail |
| SAFE HAULIN MANAGEMENT SERVICES, LLC | 202 COUNTY FARM RD | LUMBERTON, MS 39455 | First Class Mail |
| SHAKREEAH WILLIAMS | Address Redacted | | First Class Mail |
| TIFFANY O COSMETICS | 3301 AZALEA GARDEN DR, 3301 | DUNWOODY, GA 30338 | First Class Mail |
| TOP FREIGHT DISPATCH LLC | 804 TREELODGE PKWY | SANDY SPRINGS, GA 30350 | First Class Mail |
| WALL STREET CAPITAL GROUP, LLC | 50 FOREST ST, SUITE 925 | STAMFORD, CT 6901 | First Class Mail |

KABBAGE, INC. d/b/a KSERVICING, et al., (Case No. 22-10951)