IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**KABBAGE, INC. d/b/a KSERVICING, et al.,**<br><br>Debtors.[1] | Chapter 11<br>Case No. 22-10951 (CTG)<br>(Jointly Administered)<br><br>**Hearing Date:**<br>  April 25, 2023, at 1:00 p.m. ET<br>**Objection Deadline:**<br>  March 15, 2023, at 4:00 p.m. ET<br><br>Re: Dkt. Nos. 622, 624, 648, 652, 707, 735 & 749 |

## SIXTH AMENDED NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on March 8, 2023, Cross River Bank and Customers Bank (together, "Movants"), filed the *Joint Motion of Cross River Bank and Customers Bank for an Order, Pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2004, and Local Bankruptcy Rule 2004-1, Authorizing and Directing the Examination of American Express Kabbage Inc.* (the "Motion") (Dkt. No. 622) with the United States Bankruptcy Court for the District of Delaware (the "Court").

*[Continued next page]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A) (collectively, the "Debtors").

22686272

PLEASE TAKE FURTHER NOTICE that the hearing concerning the Motion has been rescheduled to **April 25, 2023, at 1:00 p.m. (prevailing Eastern Time)**. The hearing will be held before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801.

Dated: April 10, 2023  
       Wilmington, Delaware

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Gregory W. Werkheiser*  
Gregory W. Werkheiser (No. 3553)  
1313 N. Market Street, Suite 1201  
Wilmington, Delaware 19801  
Telephone: (302) 442-7010  
Facsimile: (302) 442-7012  
gwerkheiser@beneschlaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Susheel Kirpalani (admitted *pro hac vice*)  
Isaac Nesser (admitted *pro hac vice*)  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  
Telephone:  (212) 849-7000  
susheelkirpalani@quinnemanuel.com  
isaacnesser@quinnemanuel.com

Erika Morabito (admitted *pro hac vice*)  
1300 I Street NW, Suite 900  
Washington, D.C. 20005  
Telephone: (202) 538-8000  
erikamorabito@quinnemanuel.com

Matthew R. Scheck (admitted *pro hac vice*)  
300 West 6th Street, Suite 2010  
Austin, TX 78701  
Telephone: (737) 667-6100  
matthewscheck@quinnemanuel.com

*Counsel to Cross River Bank*