UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re                                                      :    Chapter 11
                                                           :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                  :    Case No. 22-10951 (CTG)
                                                           :
                                                           :
Debtors.[1]                                                :    (Jointly Administered)
---------------------------------------------------------- x

NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR APRIL 13, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

**I.    RESOLVED MATTERS:**

1.  Debtors' Second Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 679 – filed March 14, 2023]

    Objection/Response Deadline:        April 3, 2023 at 4:00 p.m. (ET)

    Objections/Responses Received:      None.

    Related Documents:

    i.  Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Second Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 743 – filed March 30, 2023]

    ii. Certificate of No Objection Regarding Debtors' Second Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 752 – filed April 4, 2023]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

  iii. Order Granting Debtors' Second Omnibus Objection (Substantive) to Certain Misclassified Claims [Docket No. 753 – entered April 5, 2023]

  Status: On April 5, 2023, the Court entered an order resolving this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

2. Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Loan Transfer Agreement Between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to Take All Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 721 – filed March 23, 2023]

  Objection/Response Deadline: April 6, 2023 at 4:00 p.m. (ET)

  Objections/Responses Received: None.

  Related Documents:

  i. Declaration of Salim Kafiti in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Loan Transfer Agreement Between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to Take All Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 722 – filed March 23, 2023]

  ii. Notice of Filing of Revised Exhibit to Loan Transfer Agreement [Docket No. 754 – filed April 5, 2023]

  iii. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Loan Transfer Agreement Between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to Take All Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 763 – filed April 11, 2023]

  iv. Order (I) Authorizing and Approving the Loan Transfer Agreement Between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to Take All Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 764 – filed April 11, 2023]

  Status: On April 11, 2023, the Court entered an order resolving this matter.  Accordingly, a hearing with respect to this matter is no longer necessary.

RLF1 28814702v.1

Dated: April 11, 2023
      Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
      steele@rlf.com
      shapiro@rlf.com
      milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
      candace.arthur@weil.com
      natasha.hwangpo@weil.com
      chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*