## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF THIRD SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 6, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Loan Transfer Agreement Between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to Take All Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 721]**

- **Declaration of Salim Kafiti in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Loan Transfer Agreement Between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to Take All Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 722]**

Dated: April 11, 2023

_____
Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 11th day of April, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# EXHIBIT A

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| 1M REAL ESTATE SERVICES LLC | 1018 LANDVIEW CT | ORLANDO, FL 32828 | | First Class Mail |
| 2341 ENTERTAINMENT LLC | 420 CHIMNEY ROCK DRIVE | RUSKIN, FL 33570 | | First Class Mail |
| 8 WINDERMERE WAY, LLC | 815 RIOMAR DRIVE | VERO BEACH, FL 32963 | | First Class Mail |
| A FRONTLINE CREATION LLC | 825 PRESTON LANDING CIR | LITHIA SPRINGS, GA 30122 | | First Class Mail |
| A TASTE OF HEAVEN | 1318 COLLIER POINT LANE | FRESNO, TX 77545 | | First Class Mail |
| A2O INVESTORS LLC | 660 BEACHLAND BOULEVARD SUITE 206 | VERO BEACH, FL 32963 | | First Class Mail |
| AARON WRIGHT | ADDRESS REDACTED | | | First Class Mail |
| ABDIRIZAK ABDULLE | ADDRESS REDACTED | | | First Class Mail |
| ABDULWALI AHMED | ADDRESS REDACTED | | | First Class Mail |
| ABEL GONZALEZ | ADDRESS REDACTED | | | First Class Mail |
| ABRAHAM JESUS MUNGUIA | ADDRESS REDACTED | | | First Class Mail |
| AC BUSY BEE BOOKEEPING | 10502 SAGEPARK LANE | HOUSTON, TX 77089 | | First Class Mail |
| ADAMS GRAIN | ADDRESS REDACTED | | | First Class Mail |
| ADEMOLA AINA | ADDRESS REDACTED | | | First Class Mail |
| ADRIANA GONZALEZ | ADDRESS REDACTED | | | First Class Mail |
| AGNUS MINISTRIES USA | 1718 CHURCH STREET | SUITE 331763 | NASHVILLE, TN 37203 | First Class Mail |
| AINGEAL ANESTHESIA, LLC | 1982 BAYWOOD PLACE | SARASOTA, FL 34231 | | First Class Mail |
| AIRVEST LLC | 1144 SPANISH LACE LN | VERO BEACH, FL 32963 | | First Class Mail |
| AJC AND COMPANY LLC | 1571 CALN MEETING HOUSE ROAD | DOWNINGTOWN, PA 19335 | | First Class Mail |
| AKELAH DANIELS | ADDRESS REDACTED | | | First Class Mail |
| AL CANNON | ADDRESS REDACTED | | | First Class Mail |
| ALBERT'S REMODELING , LLC | 2241 PINEHURST ST | SARASOTA, FL 34231 | | First Class Mail |
| ALEEM AUTO SALES LLC | 445 WINDY HILL RD | SUITE 226 | MARIETTA, GA 30060 | First Class Mail |
| ALIMENTARI, LLC | 6220 N HIGHWAY A1A | VERO BEACH, FL 32963 | | First Class Mail |
| ALL POINT HOME SERVICE LLC | 1850 COTILLION DR | SUITE 4124 | ATLANTA, GA 30338 | First Class Mail |
| ALL THINGS BUSINESS | 2004 JUNIOR DEPUTY ROAD B | LITTLE ROCK, AR 72205 | | First Class Mail |
| ALTERNATIVE APPLIANCE SOLUTIONS INC | 926 W SUNRISE BLVD | FORT LAUDERDALE, FL 33311 | | First Class Mail |
| ALTON JACKSON | ADDRESS REDACTED | | | First Class Mail |
| AMERIFIRST FLOORS, INC | 9391 DAVIS AVENUE | LAUREL, MD 20723 | | First Class Mail |
| AMICKA'S PROFESSIONAL TAX | 4536 HALLS MILL RD | APT 25 | MOBILE, AL 36693 | First Class Mail |
| AMIR NIAMAT | ADDRESS REDACTED | | | First Class Mail |
| ANA A ALCALA | ADDRESS REDACTED | | | First Class Mail |
| ANAMARIA DOBBS | ADDRESS REDACTED | | | First Class Mail |
| ANDERSEN REALTY MANAGEMENT, LLC | 13 CACHE CAY DRIVE | VERO BEACH, FL 32963 | | First Class Mail |
| ANDREW PITTMAN | ADDRESS REDACTED | | | First Class Mail |
| ANGEL ARCE MUSIC INC | 12831 SW 62 LN | MIAMI, FL 33183 | | First Class Mail |
| ANGELA COHEN | ADDRESS REDACTED | | | First Class Mail |
| ANGELA PRISCILLA HOWARD | ADDRESS REDACTED | | | First Class Mail |
| ANGELICA PEREZ | ADDRESS REDACTED | | | First Class Mail |
| ANN MARIE FRANCIS | ADDRESS REDACTED | | | First Class Mail |
| ANNA ROGERS | ADDRESS REDACTED | | | First Class Mail |
| ANTHONY BOWENS | ADDRESS REDACTED | | | First Class Mail |
| ANTHONY DINISH | ADDRESS REDACTED | | | First Class Mail |
| ANTOINE GRIFFIN | ADDRESS REDACTED | | | First Class Mail |
| ANTONIO HUDSON | ADDRESS REDACTED | | | First Class Mail |
| ANTONIO PERRY | ADDRESS REDACTED | | | First Class Mail |
| APRIL HARRIS | ADDRESS REDACTED | | | First Class Mail |
| APRIL KING | ADDRESS REDACTED | | | First Class Mail |
| ARCHIE CUTHBERT | ADDRESS REDACTED | | | First Class Mail |
| ARICRILEY | 5801 RIVERDALE RD | SUITE 41G | ATLANTA, GA 30349 | First Class Mail |
| ARMAN RAS LLC | 12966 CATS CLAW LANE | ORLANDO, FL 32828 | | First Class Mail |
| ATAVIA ARMSTRONG | ADDRESS REDACTED | | | First Class Mail |
| ATG REALTY, LLC | 14155 POPCORN TREE CT | ORLANDO, FL 32828 | | First Class Mail |
| ATLANTA CIGAR WEEK LLC | 245 N HIGHLAND AVENUE NE | SUITE 230-176 | ATLANTA, GA 30307 | First Class Mail |
| ATLANTABEAUTYSNOB | 11TH ST NW | SUITE 1209 | ATLANTA, GA 30318 | First Class Mail |
| AUDRIANNA DAVIS | ADDRESS REDACTED | | | First Class Mail |
| BAR BANGERS LLC | 29400 SW 152ND AVE | HOMESTEAD, FL 33033 | | First Class Mail |
| BASIC CONSTRUCTION LLC | 733 FOUNDERS ROAD | LEXINGTON, SC 29073 | | First Class Mail |
| BCVU, LLC | 846 RIOMAR DRIVE | VERO BEACH, FL 32963 | | First Class Mail |
| BELLEZA BROS LANDSCAPING CORP | 328 E MARKET ST | LONG BEACH, NY 11561 | | First Class Mail |
| BENITO GARZA JR | ADDRESS REDACTED | | | First Class Mail |
| BIGTOYSPORTS | 3900 VITRUVIAN WAY 337 | ADDISON, TX 75001 | | First Class Mail |
| BILAN WOOD | ADDRESS REDACTED | | | First Class Mail |
| BLANQUITA RESTAURANT CORP | 2647 BRIGGS AVENUE | BRONX, NY 10458 | | First Class Mail |
| BLU EAGLE FLOORING INC | 434 SW 12TH AVENUE | DEERFIELD BEACH, FL 33442 | | First Class Mail |
| BRANDI ARMSTRONG | ADDRESS REDACTED | | | First Class Mail |
| BRANDON AUTRY | ADDRESS REDACTED | | | First Class Mail |
| BRENDA FRANCIS | ADDRESS REDACTED | | | First Class Mail |
| BRIANNA N GARCIA | ADDRESS REDACTED | | | First Class Mail |
| BRIAN'S AUTOMOTIVE LLC | 1702 W FIG STREET | TAMPA, FL 33606 | | First Class Mail |
| BRITTANY COLBERT | ADDRESS REDACTED | | | First Class Mail |
| BVC CONSULTING INC. | 168-12 116TH AVE | JAMAICA, NY 11434 | | First Class Mail |
| C3 TRUCKING LLC | 34 HEBRON DRIVE | MIDDLE RIVER, MD 21220 | | First Class Mail |
| CARLOS ALEMAN | ADDRESS REDACTED | | | First Class Mail |
| CHANTE WATSON | ADDRESS REDACTED | | | First Class Mail |
| CHANTEY FREEMAN | ADDRESS REDACTED | | | First Class Mail |
| CHARLES JACKSON JR | ADDRESS REDACTED | | | First Class Mail |
| CHARLOTTE TERRY LLC | 965 BEACHCOMBER LANE | VERO BEACH, FL 32963 | | First Class Mail |
| CHARMEKIA PERTILLO | ADDRESS REDACTED | | | First Class Mail |
| CHAUNCEY SMITH | ADDRESS REDACTED | | | First Class Mail |
| CHIDI | 1045 GLASSHOUSE ST | BEAUMONT, TX 77703 | | First Class Mail |
| CHIEF PROPERTY INC | 8 WATER ST | OSSINING, NY 10562 | | First Class Mail |

**Exhibit A**
**Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| CHRISTINE SAMUELS | ADDRESS REDACTED | | | First Class Mail |
| CJ'S ADULT FASHION | 201 HOLLY DR | C2 | ALBANY, GA 31705 | First Class Mail |
| COMFORT CENTRAL COOLING AND HEATING LLC | 25 JUNIPER CT | STE C | COVINGTON, GA 30016 | First Class Mail |
| COMMUNICATION LINES 220 LLC | 636 HUDSON ST | HOBOKEN, NJ 07030 | | First Class Mail |
| CORKSCREW TRADING LLC | 740 LAGOON ROAD | VERO BEACH, FL 32963 | | First Class Mail |
| COSMO BEAUTY BAR | 1911 9TH ST NW | WASHINGTON, DC 20001 | | First Class Mail |
| CRYSTAL'S FITNESS LLC | 713 ASHLEY LAKES DRIVE | NORCROSS, GA 30092 | | First Class Mail |
| CYCRON NELSON | ADDRESS REDACTED | | | First Class Mail |
| CYRISE GRAVES-GAMBLE | ADDRESS REDACTED | | | First Class Mail |
| D.E.A.L. STUDY CLUB INC | 825 MEADOWS ROAD | SUITE 121 | BOCA RATON, FL 33486 | First Class Mail |
| DANIELLE GRANT | ADDRESS REDACTED | | | First Class Mail |
| DANIELLIA JOHNSON | ADDRESS REDACTED | | | First Class Mail |
| DARRYL TAN | ADDRESS REDACTED | | | First Class Mail |
| DAUGRY JORGE | ADDRESS REDACTED | | | First Class Mail |
| DAWANNA JACK | ADDRESS REDACTED | | | First Class Mail |
| DDK PORTRAITS, LLC | 1455 CORONA LANE | VERO BEACH, FL 32963 | | First Class Mail |
| DEBONAIR NAILS & SPA INC | 6700 CONROY WINDERMERE ROAD | 115 | ORLANDO, FL 32835 | First Class Mail |
| DEBONEY GAINER | ADDRESS REDACTED | | | First Class Mail |
| DEIDRE HUGHES | ADDRESS REDACTED | | | First Class Mail |
| DERRICA BUSH | ADDRESS REDACTED | | | First Class Mail |
| DETWILER CHIPPING | ADDRESS REDACTED | | | First Class Mail |
| DEVIKA PYRON | ADDRESS REDACTED | | | First Class Mail |
| DIAMOND SHINE LLC | 170 NORTH ROAD | EAST WINDSOR, CT 06088 | | First Class Mail |
| DIEUNOR LUCCIN | ADDRESS REDACTED | | | First Class Mail |
| DIEUVENS TERNIER | ADDRESS REDACTED | | | First Class Mail |
| DKK TRUCKING | 223 TERRY BROOK RD | TERRY, MS 39170 | | First Class Mail |
| D'MAR CREATIONS LLC | 1205 HAVENSTONE WALK | LAWRENCEVILLE, GA 30045 | | First Class Mail |
| DMTCT LLC | 1339 S CENTRAL PARK AVE | 3N | CHICAGO, IL 60623 | First Class Mail |
| DOMINION HR CONSULTING | 2115 CAMBRIDGE BAY DR | PEARLAND, TX 77584 | | First Class Mail |
| DONNIKA CARRIER | ADDRESS REDACTED | | | First Class Mail |
| DOOR TO DOOR TRANSPORT | 2812 BOARDWALK | FLORENCE, SC 29505 | | First Class Mail |
| DRELIN DEWBERRY | ADDRESS REDACTED | | | First Class Mail |
| DWAYNE EIGNER | ADDRESS REDACTED | | | First Class Mail |
| DYLAN LAMBERT | ADDRESS REDACTED | | | First Class Mail |
| EBONY FRANKLIN | ADDRESS REDACTED | | | First Class Mail |
| EDMOND HARRISON | ADDRESS REDACTED | | | First Class Mail |
| EDUCATOR PLUS LLC | 9913 ASHBURN LAKE DRIVE | TAMPA, FL 33610 | | First Class Mail |
| EDWIN MENA TREMINIO | ADDRESS REDACTED | | | First Class Mail |
| EJA ROAD SERVICES LLC | 2308 N 56TH ST | TAMPA, FL 33619 | | First Class Mail |
| ELBERT SHULER JR | ADDRESS REDACTED | | | First Class Mail |
| ELDERLY CARE OF TEXAS | 7646 CHASECREEK DR | MISSOURI CITY, TX 77489 | | First Class Mail |
| ELITE HVAC APPLIANCE & MORE LLC | 3776 DILLARD ST | POWDER SPRINGS, GA 30127 | | First Class Mail |
| ERIC PRESTON | ADDRESS REDACTED | | | First Class Mail |
| ERRICK JACK | ADDRESS REDACTED | | | First Class Mail |
| ESPECIALLY FOR YOU TAXES | 2204 WYNNTON RD | COLUMBUS, GA 31906 | | First Class Mail |
| ESTHER LUNCH BASKET | 8332 VERNON DRIVE | FORT MYERS, FL 33907 | | First Class Mail |
| EVY ENTERPRISES INC | 1077 NORTH AVE | 238 | ELIZABETH, NJ 07201 | First Class Mail |
| FELIX VAZQUEZ | ADDRESS REDACTED | | | First Class Mail |
| FENCE ME INN | 26616 GRANDE POPLAR COURT | PLAINFIELD, IL 60585 | | First Class Mail |
| FERNANDO RICARDO | ADDRESS REDACTED | | | First Class Mail |
| FIRST CHOICE AUTOMOTIVE CORP | 1318 RANDALL AVE | BRONX, NY 10474 | | First Class Mail |
| FLY CAB | 1140 WINDWAY CIRCLE | KISSIMMEE, FL 34744 | | First Class Mail |
| FOURLIFE ENTERTAINMENT, INC | 149 NW 71ST | MIAMI, FL 33150 | | First Class Mail |
| FRANCIS FERMIN COLON | ADDRESS REDACTED | | | First Class Mail |
| FRANKIE L WATTS JR | ADDRESS REDACTED | | | First Class Mail |
| FRED ADEGOKE | ADDRESS REDACTED | | | First Class Mail |
| FREDCISA ALLEN | ADDRESS REDACTED | | | First Class Mail |
| GABRIEL O'NEAL | ADDRESS REDACTED | | | First Class Mail |
| GARTISHA DOXIE | ADDRESS REDACTED | | | First Class Mail |
| GAZEBO RESTAURANT | 58 JEFFERSONAVE | ELIZABETH, NJ 07201 | | First Class Mail |
| GENO EVANS | ADDRESS REDACTED | | | First Class Mail |
| GEOFFROY DOVONOU | ADDRESS REDACTED | | | First Class Mail |
| GEORGE NELSON | ADDRESS REDACTED | | | First Class Mail |
| GLOBAL INVESTMENT LOGISTICS LLC | 8630 GUILFORD ROAD | M176 | COLUMBIA, MD 21045 | First Class Mail |
| GREAT TRADE LLC | 5412 BLUEBELL DR | CLEVELAND, OH 44124 | | First Class Mail |
| GREGORY REED-FIELDS | ADDRESS REDACTED | | | First Class Mail |
| H&H INVESTMENTS OF SOUTH FLORIDA LLC | 1251 NE 209TH TERRACE | MIAMI, FL 33179 | | First Class Mail |
| HAJA | 2328 CAMPBELLTON ROAD | W-3 | ATLANTA, GA 30311 | First Class Mail |
| HANG H BUI | ADDRESS REDACTED | | | First Class Mail |
| HARRISON GROVE | ADDRESS REDACTED | | | First Class Mail |
| HASHIM WOODS | ADDRESS REDACTED | | | First Class Mail |
| HEARTSTRINGS STUDIOS LLC | 7 HICKORY HILLS BLVD | LAKE DALLAS, TX 75065 | | First Class Mail |
| HEATHER HOUSE, LLC | 121 BEACHSIDE DRIVE | VERO BEACH, FL 32963 | | First Class Mail |
| HEAVY ON THE BEAUTY | 2238 RAMSEY DR | DECATUR, IL 62526 | | First Class Mail |
| HECTOR GONGORA | ADDRESS REDACTED | | | First Class Mail |
| HENRY & LINDA, LLC | 7335 ROUNTREE DR | RIVERDALE, GA 30274 | | First Class Mail |
| HL COSMETICS | 761 MOROSGO DRIVE | ATLANTA, GA 30324 | | First Class Mail |
| HOMECARE AT BELLEVIEW LLC | 9934 SE 64TH AVENUE | BELLEVIEW, FL 34420 | | First Class Mail |
| HUAILIN ZHANG | ADDRESS REDACTED | | | First Class Mail |
| HUY Q VU | ADDRESS REDACTED | | | First Class Mail |
| IBARRIA BIG CHICKENS | 2015 SW 133RD CT | MIAMI, FL 33175 | | First Class Mail |
| IBRAHIM THOMAS | ADDRESS REDACTED | | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|------|---------|--|--|-------------------|
| ICANDY HAUS LLC | 176 LONDON DRIVE | SMYRNA, DE 19977 | | First Class Mail |
| IMPERIAL CLEANING SERVICE LLC | 1653 JANIS DR | MEMPHIS, TN 38116 | | First Class Mail |
| IMR CONTRACTING CORP | 40 SW 13TH ST | 301 | MIAMI, FL 33130 | First Class Mail |
| INDIA EDWARDS | ADDRESS REDACTED | | | First Class Mail |
| INDIAN RIVER REAL ESTATE, LLC | 4731 NORTH A1A SUITE 215 | VER BEACH, FL 32963 | | First Class Mail |
| INTL LOGISTICS CORP | 150 E PALMETTO PARK RD | SUITE 800 | BOCA RATON, FL 33432 | First Class Mail |
| IRIS D OWENS | ADDRESS REDACTED | | | First Class Mail |
| IVAN HAWKINS JR | ADDRESS REDACTED | | | First Class Mail |
| IVON HASSAN | ADDRESS REDACTED | | | First Class Mail |
| IYOBOR UMWENI | ADDRESS REDACTED | | | First Class Mail |
| JACQUELINE HAGGINS | ADDRESS REDACTED | | | First Class Mail |
| JACQUEZ BUTLER | ADDRESS REDACTED | | | First Class Mail |
| JAMES POOLE | ADDRESS REDACTED | | | First Class Mail |
| JAMES SESAY | ADDRESS REDACTED | | | First Class Mail |
| JANELLE EASTMAN | ADDRESS REDACTED | | | First Class Mail |
| JANELYS GARCIA DE JESUS | ADDRESS REDACTED | | | First Class Mail |
| JANET HOLMES | ADDRESS REDACTED | | | First Class Mail |
| JANITA MORRIS | ADDRESS REDACTED | | | First Class Mail |
| JAY MORRISON ELLENBY | ADDRESS REDACTED | | | First Class Mail |
| JAYE ANTONIO PRODUCTIONS | 8101 SOLANO AVE | 304 | HOLLYWOOD, FL 33024 | First Class Mail |
| JEAN DESAUGUSTE | ADDRESS REDACTED | | | First Class Mail |
| JEAN PAUL JF | ADDRESS REDACTED | | | First Class Mail |
| JENNIFER JENKINS | ADDRESS REDACTED | | | First Class Mail |
| JEREMY GREENE | ADDRESS REDACTED | | | First Class Mail |
| JERMALE WASHINGTON | ADDRESS REDACTED | | | First Class Mail |
| JESSICA L BROWN | ADDRESS REDACTED | | | First Class Mail |
| JESUS GARZA TORRES | ADDRESS REDACTED | | | First Class Mail |
| JESUS HERNANDEZ | ADDRESS REDACTED | | | First Class Mail |
| JILL COSTELLO | ADDRESS REDACTED | | | First Class Mail |
| JIMMIE J FLETCHER JR | ADDRESS REDACTED | | | First Class Mail |
| JKS AUTO SERVICES INC | 3006 BORDENTOWN AVE. | PARLIN, NJ 08859 | | First Class Mail |
| JOANNIE CORDER | ADDRESS REDACTED | | | First Class Mail |
| JOEL VALDES SINABELES | ADDRESS REDACTED | | | First Class Mail |
| JOHANNESS TWINAWE | ADDRESS REDACTED | | | First Class Mail |
| JOHANNI SANTIAGO | ADDRESS REDACTED | | | First Class Mail |
| JOHN TILSON | ADDRESS REDACTED | | | First Class Mail |
| JOSE CARBALLO MORAN | ADDRESS REDACTED | | | First Class Mail |
| JOSEPH BAILEY | ADDRESS REDACTED | | | First Class Mail |
| JULEIMY ACOSTA GARCIA | ADDRESS REDACTED | | | First Class Mail |
| JUST BEY COLLECTIONS | 4156 FIZER AVE | MEMPHIS, TN 38111 | | First Class Mail |
| JUST FOR KIDS FAMILY DAYCARE | 738 N KENWOOD AVE | BALTIMORE, MD 21205 | | First Class Mail |
| KARLA BEATRIZ GONZALEZ | ADDRESS REDACTED | | | First Class Mail |
| KARLA GOMEZ URBINA | ADDRESS REDACTED | | | First Class Mail |
| KATORIA LEONARD | ADDRESS REDACTED | | | First Class Mail |
| KATRINA STAGES REALTY LLC | 9555 E MAIDEN CT | VERO BEACH, FL 32963 | | First Class Mail |
| KAYLA BROYLES | ADDRESS REDACTED | | | First Class Mail |
| KEA GENERAL CONSTRUCTION SERVICES, LLC | 10875 SW 112 AVE | 316 | MIAMI, FL 33176 | First Class Mail |
| KEANNA LEE | ADDRESS REDACTED | | | First Class Mail |
| KEISHA S. TAYLOR | ADDRESS REDACTED | | | First Class Mail |
| KEITH HUSSEY JR | ADDRESS REDACTED | | | First Class Mail |
| KENDALL MCGRIFF | ADDRESS REDACTED | | | First Class Mail |
| KENNETH MCCOY | ADDRESS REDACTED | | | First Class Mail |
| KEVIN BALL | ADDRESS REDACTED | | | First Class Mail |
| KIANA STREET | ADDRESS REDACTED | | | First Class Mail |
| KIMBERLY SMITH | ADDRESS REDACTED | | | First Class Mail |
| KIMBERLY TODD | ADDRESS REDACTED | | | First Class Mail |
| KIRK ANDRE HASSOCK | ADDRESS REDACTED | | | First Class Mail |
| KUTTIN KORNERS | ADDRESS REDACTED | | | First Class Mail |
| KYMM BARNETT-SMITH | ADDRESS REDACTED | | | First Class Mail |
| LADEL GARRON | ADDRESS REDACTED | | | First Class Mail |
| LAKESHA MORGAN | ADDRESS REDACTED | | | First Class Mail |
| LANDRY H HOOKS | ADDRESS REDACTED | | | First Class Mail |
| LATASIA LEWIS | ADDRESS REDACTED | | | First Class Mail |
| LATESA BOOKER COX | ADDRESS REDACTED | | | First Class Mail |
| LATESHA WILLIAMS | ADDRESS REDACTED | | | First Class Mail |
| LATOYA BRADLEY | ADDRESS REDACTED | | | First Class Mail |
| LATOYA WHITFIELD | ADDRESS REDACTED | | | First Class Mail |
| LAURENCE C ANDREWS | ADDRESS REDACTED | | | First Class Mail |
| LENEAR HARRIS | ADDRESS REDACTED | | | First Class Mail |
| LESLIE MAXEY | ADDRESS REDACTED | | | First Class Mail |
| LETS KEEP IT MOVING | 412 7TH STREET | KENTWOOD, LA 70444 | | First Class Mail |
| LILIANE SAINT HILAIRE HOME HEALTH CARE | 241 SW BEDFORD ROAD | PORT ST LUCIE, FL 34953 | | First Class Mail |
| LIMELIGHT STRATEGIES LLC | 218 N. CARMEL COURT | VERO BEACH, FL 32963 | | First Class Mail |
| LONNIE JORDAN | ADDRESS REDACTED | | | First Class Mail |
| LONNIE MATASKA | ADDRESS REDACTED | | | First Class Mail |
| LOUDOUN INNOVATION, LLC | 41861 RASPBERRY DRIVE | LEESBURG, VA 20176 | | First Class Mail |
| LOUIS SAMUELS | ADDRESS REDACTED | | | First Class Mail |
| LR CONTAINER TRANSPORT INC | 9055 SW 27 AVE | MIAMI, FL 33165 | | First Class Mail |
| LUCIA CABRERA | ADDRESS REDACTED | | | First Class Mail |
| LUIS E. GONZALEZ | ADDRESS REDACTED | | | First Class Mail |
| LUZ TUBERQUIA | ADDRESS REDACTED | | | First Class Mail |
| LYNKS WIRELESS SERVICES LLC | 854 STUYVESSANT AVE | IRVINGTON, NJ 07111 | | First Class Mail |

**Exhibit A**
**Service List**

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| LYNN ROBERTS ENTERPRISE | 1212 WOODWIND DRIVE | ROCKMART, GA 30153 | | First Class Mail |
| MAAT HOLDINGS | 28 MAY AVE | BROCKTON, MA 02301 | | First Class Mail |
| MAGIC R LLC | 599 DREAM ISLAND ROAD STE35 | LONGBOAT KEY, FL 34228 | | First Class Mail |
| MALL DRIVE PROPERTIES, LLC | 3605 FAIR OAKS PL | LONGBOAT KEY, FL 34228 | | First Class Mail |
| MANNY HALL & ASSOCIATES LLC | 923 STUART DR | SOUTH EUCLID, OH 44121 | | First Class Mail |
| MANOUCHECA EUGENE | ADDRESS REDACTED | | | First Class Mail |
| MARCUS WATTS | ADDRESS REDACTED | | | First Class Mail |
| MARIE FRANCOIS | ADDRESS REDACTED | | | First Class Mail |
| MARK NEVEL | ADDRESS REDACTED | | | First Class Mail |
| MARLENE CEPEDA | ADDRESS REDACTED | | | First Class Mail |
| MARTIN C. JACKSON SR. | ADDRESS REDACTED | | | First Class Mail |
| MAURICE DEAS | ADDRESS REDACTED | | | First Class Mail |
| MAYOMI SEABROOKS | ADDRESS REDACTED | | | First Class Mail |
| MCX EXPRESS LLC | 5291 WOOD LILLY CT | COLUMBUS, OH 43230 | | First Class Mail |
| MELISSA STEWART | ADDRESS REDACTED | | | First Class Mail |
| MIAMI BLISS ASSOCIATION | 2560 W RUGBY AVE | EAST POINT, GA 30344 | | First Class Mail |
| MICHAEL STOPPERICH | ADDRESS REDACTED | | | First Class Mail |
| MICHEAL EXANTUS | ADDRESS REDACTED | | | First Class Mail |
| MICHEAL MILLER | ADDRESS REDACTED | | | First Class Mail |
| MICHELLE GLOVER | ADDRESS REDACTED | | | First Class Mail |
| MID FLORIDA GLASS WORKS, INC. | 1405 REGAL ROAD | CLEARWATER, FL 33756 | | First Class Mail |
| MIGUEL MARTINEZ GONZALEZ | ADDRESS REDACTED | | | First Class Mail |
| MIKAHYALAH S SCOTT | ADDRESS REDACTED | | | First Class Mail |
| MOLLY'S ORCHARDS LLC | 5404 ASHURST ST | INDIANAPOLIS, IN 46220 | | First Class Mail |
| MONTERRUS THOMAS | ADDRESS REDACTED | | | First Class Mail |
| MONTIETTE MCGLOWN | ADDRESS REDACTED | | | First Class Mail |
| MR CHICKEN LLC | 18422 CANYON OAK DR | NOBLESVILLE, IN 46062 | | First Class Mail |
| MULTIOLE LLC | 9100 MAYFLOWER AVE | EL PASO, TX 79925 | | First Class Mail |
| N.E.S.S CARRIERS LLC | 11152 NW 11TH AVE | MIAMI, FL 33168 | | First Class Mail |
| NETWORK LOGISTICAL SOLUTIONS | 17328 RAYBORN COURT | BROWNSTOWN, MI 48174 | | First Class Mail |
| NEW DESTINY OUTREACH MINISTRIES | 6227 GREAT OAKS DR | HOUSTON, TX 77050 | | First Class Mail |
| NICHOLAS CLARK | ADDRESS REDACTED | | | First Class Mail |
| NO. 29 HAIR LABEL LLC | 6125 ROSWELL RD | UNIT 617 | ATLANTA, GA 30328 | First Class Mail |
| OCEAN CATCH LLC | 769 NE 79TH STREET | MIAMIM, FL 33138 | | First Class Mail |
| OCEANDA LLC | 233 SOUTH FEDERAL HIGHWAY | BOCA RATON, FL 33432 | | First Class Mail |
| ODALIS DEVEAUX | ADDRESS REDACTED | | | First Class Mail |
| OLGA VALERINO | ADDRESS REDACTED | | | First Class Mail |
| OLIVER MCKENZIE | ADDRESS REDACTED | | | First Class Mail |
| ORA FARLOW | ADDRESS REDACTED | | | First Class Mail |
| OSMA ABDALA | ADDRESS REDACTED | | | First Class Mail |
| P ELECTRIC SERVICES | 203 SENSENY GLEN DR | WINCHESTER, VA 22602 | | First Class Mail |
| PARIS JONES | ADDRESS REDACTED | | | First Class Mail |
| PATRICIA BERNAZA SANCHEZ | ADDRESS REDACTED | | | First Class Mail |
| PAUL TRANSPORTATION | 403 PINE ST | ORLANDO, FL 32824 | | First Class Mail |
| PAULINE RESTAURANT | 2130 BUCHANANA BAY CIR | 101 | ORLANDO, FL 32839 | First Class Mail |
| PAUL'S HOME IMPROVEMENT | 17 SENECA RD | PLAINVILLE, CT 06062 | | First Class Mail |
| PCK WIRELESS SALES AND REPAIR SERVICES | 2702 JEFFERSON ST | 300 | AUSTELL, GA 30168 | First Class Mail |
| PEDRO TORRES | ADDRESS REDACTED | | | First Class Mail |
| PERMONT CORP | 7281 NW 12 ST | MIAMI, FL 33126 | | First Class Mail |
| PHUC VO | ADDRESS REDACTED | | | First Class Mail |
| PREMEIR POOL SERVICE | 155 MEADOWLARK CIR | GEORGETOWN, TX 78626 | | First Class Mail |
| PREWITT RENTAL PROPERTIES LLC | 2626 7TH STREET | TUSCALOOSA, AL 35401 | | First Class Mail |
| PRINCESS INTERNATIONAL DISTRIBUTION INC | 1033 NORTH BROAD STREET | ELIZABETH, NJ 07208 | | First Class Mail |
| PRISCILLA OHENE | ADDRESS REDACTED | | | First Class Mail |
| PRISCILLA RANSOM | ADDRESS REDACTED | | | First Class Mail |
| QUARDRA DEWBERRY JOHNSON | ADDRESS REDACTED | | | First Class Mail |
| QUICK CORNER GIFTS | 5036 W THOMAS RD | PHOENIX, AZ 85031 | | First Class Mail |
| QUINCY WADE | ADDRESS REDACTED | | | First Class Mail |
| RACHEL MONTEGA | ADDRESS REDACTED | | | First Class Mail |
| RADIO GRIND | 618 S. ALEXANDER CREEK ROAD | NEWNAN, GA 30263 | | First Class Mail |
| RAMON SANTIAGO | ADDRESS REDACTED | | | First Class Mail |
| RASHAD EUGENE | ADDRESS REDACTED | | | First Class Mail |
| RAY ELECTRIC | ADDRESS REDACTED | | | First Class Mail |
| RAYSEL HERNANDEZ | ADDRESS REDACTED | | | First Class Mail |
| REGINALD MONDE | ADDRESS REDACTED | | | First Class Mail |
| RENA'S CREATIONS | 4615 LAPALOMA LANE | OLIVE BRANCH, MS 38654 | | First Class Mail |
| RENEE REYNOLDS | ADDRESS REDACTED | | | First Class Mail |
| RENT SONS | 62 BOGARD STREET | APT A | CHARLESTON, SC 29403 | First Class Mail |
| REYNA E TREVINO | ADDRESS REDACTED | | | First Class Mail |
| RICHARD SMITH | ADDRESS REDACTED | | | First Class Mail |
| RICKY A ISREAL | ADDRESS REDACTED | | | First Class Mail |
| RITTER WHEAT CLUB | 21 SECOND STREET | BARNEGAT, NJ 08005 | | First Class Mail |
| ROBERT HANSEN | ADDRESS REDACTED | | | First Class Mail |
| RONNIE SPARKS | ADDRESS REDACTED | | | First Class Mail |
| ROOSEVELT D KNIGHT III | ADDRESS REDACTED | | | First Class Mail |
| ROOSEVELT FORD | ADDRESS REDACTED | | | First Class Mail |
| ROSES FAMILY CARE SOLUTION | 60 CITRUS RIDGE CT | HAINES CITY, FL 33844 | | First Class Mail |
| ROSLYN LIGON | ADDRESS REDACTED | | | First Class Mail |
| ROXANNA KING | ADDRESS REDACTED | | | First Class Mail |
| ROYALBBUNDLES LLC | 1212 N. CHARLES STREET | BALTIMORE, MD 21201 | | First Class Mail |
| RUBY BALDIOSEDA | ADDRESS REDACTED | | | First Class Mail |
| SAM TEAH | ADDRESS REDACTED | | | First Class Mail |

**Exhibit A**
**Service List**

| Name | Address | | | Method of Service |
|------|---------|---|---|-------------------|
| SAMANTHA N HASSALL | ADDRESS REDACTED | | | First Class Mail |
| SCADENCE A BUSINESS SERVICE LLC | 7901 SILVERTHORN DR | JONESBORO, GA 30236 | | First Class Mail |
| SENEXUS COMPANIES LLC | 17809 NE MARINE DR. D-5 | PORTLAND, OR 97230 | | First Class Mail |
| SERENA IVEY | ADDRESS REDACTED | | | First Class Mail |
| SHADANTI BURGESS | ADDRESS REDACTED | | | First Class Mail |
| SHANGHAI G.X. INC | 533 BOSTON POST ROAD | ORANGE, CT 06477 | | First Class Mail |
| SHANIECE ROSS | ADDRESS REDACTED | | | First Class Mail |
| SHANNON GRIFFIN | ADDRESS REDACTED | | | First Class Mail |
| SHARONDA JERNIGAN | ADDRESS REDACTED | | | First Class Mail |
| SHAWN GREINER | ADDRESS REDACTED | | | First Class Mail |
| SHEMIKA SINGLETON | ADDRESS REDACTED | | | First Class Mail |
| SHERKITA MOORE | ADDRESS REDACTED | | | First Class Mail |
| SHIRELLE NEVEL | ADDRESS REDACTED | | | First Class Mail |
| SHIRMIKA MAINES | ADDRESS REDACTED | | | First Class Mail |
| SKYE GIBSON | ADDRESS REDACTED | | | First Class Mail |
| SMOKE ON THE WATER LLC | 646 COBBLESTONE ROAD | UNIT B | AVON, IN 46123 | First Class Mail |
| SMOOTH FUSION | 6020 HILLANDALE DR | COLLEGE PARK, GA 30349 | | First Class Mail |
| SNELL CATERING LLC | 2813 PIONEER ROAD | ORLANDO, FL 32808 | | First Class Mail |
| SOUL BELLE, L3C | 1701 ELIZARDI BLVD | NEW ORLEANS, LA 70114 | | First Class Mail |
| STACY WILLIAMS | ADDRESS REDACTED | | | First Class Mail |
| STRAWBERRY JOSEPH SCHREMPP | ADDRESS REDACTED | | | First Class Mail |
| STRICTLY WINGS WPB INC. | 4875 OKEECHOBEE BLVD | WEST PALM BEACH, FL 33417 | | First Class Mail |
| SUMMER BREEZE HOMECARE LLC | 5645 CORAL RIDGE DRIVE | SUITE 294 | CORAL SPRINGS, FL 33076 | First Class Mail |
| SUZIE BISCHOF | ADDRESS REDACTED | | | First Class Mail |
| SWEET SERENITY | 5859 FOLKSTONE LANE | ORLANDO, FL 32822 | | First Class Mail |
| SZYMANSKI PLANTS | ADDRESS REDACTED | | | First Class Mail |
| T & T TRUCKING | 861 DEER RUN DR | SARALAND, AL 36571 | | First Class Mail |
| TALOR CASTILLE-LANE | ADDRESS REDACTED | | | First Class Mail |
| TAQUIRA FISHER | ADDRESS REDACTED | | | First Class Mail |
| TARA BAIR | ADDRESS REDACTED | | | First Class Mail |
| TAVARIOUS ALLWOOD | ADDRESS REDACTED | | | First Class Mail |
| TEAM PETERSON ENTERPRISE LLC | 7405 S SWOOP ST | TAMPA, FL 33616 | | First Class Mail |
| TENNISON CONTRACTORS LLC | 118 FORREST AVE | NORRISTOWN, PA 19401 | | First Class Mail |
| TERRANCE WRIGHT | ADDRESS REDACTED | | | First Class Mail |
| TERRICENA KITTLES | ADDRESS REDACTED | | | First Class Mail |
| TERRY WAYNE MATTHEWS | ADDRESS REDACTED | | | First Class Mail |
| THE AGENCY MARKETING CONSULTANTS GROUP | 6 SOUTH 2ND STREET SUITE 308 | YAKIMA, WA 98901 | | First Class Mail |
| THE BODY TAILOR LLC. | 77 BAKER RD | SHUTESBURY, MA 01072 | | First Class Mail |
| THE LAW OFFICE OF MARQUITA N MOYE | 504 BRUMMEL COURT NW | WASHINGTON, DC 20012 | | First Class Mail |
| THEMIS NATURAL PRODUCTION LLC | 221 NW BENTLEY CIRCLE | PORT ST LUCIE, FL 34986 | | First Class Mail |
| THU HA TRAN | ADDRESS REDACTED | | | First Class Mail |
| THU NGUYEN | ADDRESS REDACTED | | | First Class Mail |
| TJF | 2066 SAWGRASS DRIVE | HAMPTON, GA 30228 | | First Class Mail |
| TOMEKIA D PIERCE | ADDRESS REDACTED | | | First Class Mail |
| TONY MOORE JR | ADDRESS REDACTED | | | First Class Mail |
| TORQUE POWER EQUIPMENT REPAIRS | 1000 HARRISON AVE | SUITE102 | ARLINGTON, TX 76011 | First Class Mail |
| TRACY HUDDLESTON | ADDRESS REDACTED | | | First Class Mail |
| TRANSITIONAL CARE MEDICAL ASSOCIATES LLC | 12959 PALMS WEST DR | 110 | LOXAHATCHEE, FL 33470 | First Class Mail |
| TRINESE JACK | ADDRESS REDACTED | | | First Class Mail |
| TYLESHIA SMITH | ADDRESS REDACTED | | | First Class Mail |
| VANNIEL MITCHELL | ADDRESS REDACTED | | | First Class Mail |
| VENCE MCNARY | ADDRESS REDACTED | | | First Class Mail |
| VERONICA CRUZ | ADDRESS REDACTED | | | First Class Mail |
| VETY FOOD CATERING | 1115 NEWLAKE DR | BOYTON BEACH, FL 33426 | | First Class Mail |
| VICTOR S NUNEZ VARGAS | ADDRESS REDACTED | | | First Class Mail |
| VY NGUYEN | ADDRESS REDACTED | | | First Class Mail |
| WATLEY PHOTOGRAPHY AND CUSTOM CREATIONS | 106 NIXON AVE SW | ROME, GA 30161 | | First Class Mail |
| WE ACCOUNTAX INC. | 681 W BRIARCLIFF RD | BOLINGBROOK, IL 60440 | | First Class Mail |
| WE DO CARE WDC LLC | 20314 LONE STAR OAK CT | CYPRESS, TX 77433 | | First Class Mail |
| WEBER & PULLIN LLP | 7600 JERICHO TURNPIKE | WOODBURY, NY 11797 | | First Class Mail |
| WILLIAM CUCUMBER | ADDRESS REDACTED | | | First Class Mail |
| WILLIAM DORON | ADDRESS REDACTED | | | First Class Mail |
| WILLIAM HELTON | ADDRESS REDACTED | | | First Class Mail |
| WILLIAM MICHAEL LEEB | ADDRESS REDACTED | | | First Class Mail |
| WL INTERNATIONAL INC | 53 SONATA ST. | FREEPORT, FL 32439 | | First Class Mail |
| YADIRA DURAN | ADDRESS REDACTED | | | First Class Mail |
| YALIUSKA LEON | ADDRESS REDACTED | | | First Class Mail |
| YANDRY RODRIGUEZ | ADDRESS REDACTED | | | First Class Mail |
| YAYACO | 936 OPA LOCKA BLVD 3 | OPA LOCKA, FL 33054 | | First Class Mail |
| YELLOW TRADING&TRANSPORT LLC | 11469 207TH STREET | CAMBRIA HEIGHTS, NY 11411 | | First Class Mail |
| YINET OLAZABAL MORALES | ADDRESS REDACTED | | | First Class Mail |
| YOSMEL GARCERAN RODRIGUEZ | ADDRESS REDACTED | | | First Class Mail |
| YUJAY LLC | 2803 RIVERSIDE PKWY APT 2205 | 2205 | GRAND PRAIRIE, TX 75050 | First Class Mail |
| ZACHARY HOFFMAN | ADDRESS REDACTED | | | First Class Mail |
| ZAHORSKY GOLD CORN | ADDRESS REDACTED | | | First Class Mail |