**Exhibit B**



Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

Tax I.D. No.: 51-0226371

April 11, 2023
Invoice 683932

Page 1

Client #  767622
Matter # 225120

For disbursements incurred through February 28, 2023

relating to  Representation in a potential chapter 11 case

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $152.93 |
| Court Reporter Services | $65.25 |
| Document Retrieval | $87.00 |
| Electronic Legal Research | $2,569.30 |
| Long distance telephone charges | $0.73 |
| Messenger and delivery service | $579.32 |
| Overtime | $270.00 |
| Photocopying/Printing - outside vendor | $51.75 |
| Photocopying/Printing<br>0 @ $.10/pg / 156 @ $.10/pg. | $15.60 |
| RL&F Service Corp | $110.00 |
| Other Charges | $3,901.88 |
| **TOTAL DUE FOR THIS INVOICE** | **$3,901.88** |

■ ■ ■

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

April 11, 2023  
Invoice 683932  
Page 2  
Client #  767622

Matter # 225120

---

**TOTAL DUE FOR THIS MATTER**                                                   **$3,901.88**

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA 30308

April 11, 2023  
Invoice 683932  
Page 51  
Client # 767622

Client: Kabbage, Inc.

Matter: Representation in a potential chapter 11 case  
Case Administration  
Creditor Inquiries  
Meeting  
Executory Contracts/Unexpired Leases  
Plan of Reorganization/Disclosure Statement  
Use, Sale of Assets  
Cash Collateral/DIP Financing  
Claims Administration  
Court Hearings  
General Corporate/Real Estate  
Schedules/SOFA/U.S. Trustee Reports  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 02/01/23 | 918503488233 Long Distance | | LD |
| | Amount = | $0.06 | |
| 02/01/23 | 919173481251 Long Distance | | LD |
| | Amount = | $0.11 | |
| 02/01/23 | 913035072785 Long Distance | | LD |
| | Amount = | $0.11 | |
| 02/01/23 | 915713558160 Long Distance | | LD |
| | Amount = | $0.17 | |
| 02/01/23 | 918133404641 Long Distance | | LD |
| | Amount = | $0.11 | |
| 02/01/23 | 917862858409 Long Distance | | LD |
| | Amount = | $0.11 | |
| 02/06/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA 30308

April 11, 2023  
Invoice 683932  
Page 52  

Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 02/06/23 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 02/06/23 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/06/23 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/06/23 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/06/23 | Westlaw | | ELEGALRE |
| | Amount = | $180.60 | |
| 02/07/23 | 912123108715 Long Distance | | LD |
| | Amount = | $0.06 | |
| 02/10/23 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/13/23 | SECRETARIAL OT THRU 2/15/23 | | OT |
| | Amount = | $270.00 | |
| 02/14/23 | PACER | | DOCRETRI |
| | Amount = | $0.60 | |
| 02/14/23 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 02/14/23 | Printing | | DUP |
| | Amount = | $3.30 | |
| 02/15/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 02/15/23 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 02/15/23 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 02/15/23 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 02/15/23 | PACER | | DOCRETRI |
| | Amount = | $2.80 | |
| 02/15/23 | PACER | | DOCRETRI |
| | Amount = | $2.50 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | April 11, 2023<br>Invoice 683932<br>Page 53<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 02/15/23 | PACER<br>Amount = $3.00 | DOCRETRI |
| 02/15/23 | PACER<br>Amount = $2.70 | DOCRETRI |
| 02/15/23 | PACER<br>Amount = $2.70 | DOCRETRI |
| 02/15/23 | PACER<br>Amount = $3.00 | DOCRETRI |
| 02/16/23 | Docket Search<br>Amount = $25.00 | ELEGALRE |
| 02/16/23 | Docket Search<br>Amount = $25.00 | ELEGALRE |
| 02/16/23 | Printing<br>Amount = $2.80 | DUP |
| 02/16/23 | Short Good Standing Certificate - 1: RL&F Service Corp<br>Amount = $110.00 | RLFSC |
| 02/17/23 | Docket Search<br>Amount = $25.00 | ELEGALRE |
| 02/17/23 | Docket Search<br>Amount = $25.00 | ELEGALRE |
| 02/17/23 | Docket Search<br>Amount = $25.00 | ELEGALRE |
| 02/17/23 | Docket Search<br>Amount = $25.00 | ELEGALRE |
| 02/17/23 | PACER<br>Amount = $2.50 | DOCRETRI |
| 02/17/23 | PACER<br>Amount = $2.10 | DOCRETRI |
| 02/17/23 | PACER<br>Amount = $3.00 | DOCRETRI |
| 02/17/23 | PACER<br>Amount = $0.30 | DOCRETRI |
| 02/17/23 | PACER<br>Amount = $0.40 | DOCRETRI |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

April 11, 2023  
Invoice 683932  
Page 54

Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 02/17/23 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 02/17/23 | PACER | | DOCRETRI |
| | Amount = | $2.10 | |
| 02/17/23 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/17/23 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 02/21/23 | Docket Search | | ELEGALRE |
| | Amount = | $50.00 | |
| 02/21/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 02/21/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 02/21/23 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 02/21/23 | PACER | | DOCRETRI |
| | Amount = | $2.50 | |
| 02/21/23 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/21/23 | PACER | | DOCRETRI |
| | Amount = | $0.60 | |
| 02/21/23 | PACER | | DOCRETRI |
| | Amount = | $2.50 | |
| 02/21/23 | PACER | | DOCRETRI |
| | Amount = | $1.60 | |
| 02/21/23 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 02/21/23 | PACER | | DOCRETRI |
| | Amount = | $1.30 | |
| 02/21/23 | PACER | | DOCRETRI |
| | Amount = | $2.50 | |
| 02/22/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

April 11, 2023  
Invoice 683932  
Page 55  
Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 02/22/23 | PACER | Amount = $2.50 | DOCRETRI |
| 02/22/23 | PACER | Amount = $0.80 | DOCRETRI |
| 02/22/23 | PACER | Amount = $0.90 | DOCRETRI |
| 02/22/23 | PACER | Amount = $2.60 | DOCRETRI |
| 02/22/23 | PACER | Amount = $1.50 | DOCRETRI |
| 02/22/23 | PACER | Amount = $0.30 | DOCRETRI |
| 02/22/23 | PACER | Amount = $3.00 | DOCRETRI |
| 02/22/23 | PACER | Amount = $1.70 | DOCRETRI |
| 02/22/23 | PACER | Amount = $1.30 | DOCRETRI |
| 02/22/23 | PACER | Amount = $1.10 | DOCRETRI |
| 02/22/23 | PACER | Amount = $1.50 | DOCRETRI |
| 02/22/23 | Printing | Amount = $0.10 | DUP |
| 02/22/23 | Printing | Amount = $0.10 | DUP |
| 02/22/23 | Westlaw | Amount = $180.60 | ELEGALRE |
| 02/23/23 | Docket Search | Amount = $25.00 | ELEGALRE |
| 02/23/23 | Docket Search | Amount = $25.00 | ELEGALRE |
| 02/23/23 | Docket Search | Amount = $25.00 | ELEGALRE |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | April 11, 2023<br>Invoice 683932<br>Page 56<br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 02/23/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 02/23/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 02/23/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 02/23/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 02/23/23 | PACER | | DOCRETRI |
| | Amount = | $2.90 | |
| 02/23/23 | PACER | | DOCRETRI |
| | Amount = | $2.80 | |
| 02/23/23 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 02/23/23 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 02/23/23 | Printing | | DUP |
| | Amount = | $0.40 | |
| 02/23/23 | Printing | | DUP |
| | Amount = | $0.10 | |
| 02/23/23 | Westlaw | | ELEGALRE |
| | Amount = | $722.40 | |
| 02/24/23 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $1.60 | |
| 02/24/23 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $1.20 | |
| 02/24/23 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $0.30 | |
| 02/24/23 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $0.20 | |
| 02/24/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 02/24/23 | Document Retrieval (Electronic) | | ELEGALRE |
| | Amount = | $3.40 | |

| | | | |
|---|---|---|---|
| Kabbage, Inc. | | | April 11, 2023 |
| Attn: Holly Loiseau | | | Invoice 683932 |
| KServicing, Inc. | | | Page 57 |
| 730 Peachtree Street NE, Suite 470 | | | |
| Atlanta GA  30308 | | | Client #  767622 |

| Date | Description | Amount | Code |
|---|---|---|---|
| 02/24/23 | Document Retrieval (Electronic) | Amount = $1.00 | ELEGALRE |
| 02/24/23 | Docket Search | Amount = $25.00 | ELEGALRE |
| 02/24/23 | Docket Search | Amount = $25.00 | ELEGALRE |
| 02/26/23 | PARCELS INC: | Amount = $51.75 | DUPOUT |
| 02/26/23 | PACER | Amount = $0.40 | DOCRETRI |
| 02/27/23 | JAYALAXMI LLC: Breakfast for Hearing #37396 | Amount = $152.93 | MEALSCL |
| 02/27/23 | Messenger and delivery | Amount = $31.50 | MESS |
| 02/27/23 | Messenger and delivery | Amount = $258.16 | MESS |
| 02/27/23 | Messenger and delivery | Amount = $31.50 | MESS |
| 02/27/23 | Messenger and delivery | Amount = $258.16 | MESS |
| 02/27/23 | Printing | Amount = $0.40 | DUP |
| 02/27/23 | Printing | Amount = $2.40 | DUP |
| 02/27/23 | Printing | Amount = $1.40 | DUP |
| 02/27/23 | Printing | Amount = $0.20 | DUP |
| 02/27/23 | Printing | Amount = $1.50 | DUP |
| 02/27/23 | Printing | Amount = $1.40 | DUP |
| 02/27/23 | Printing | Amount = $1.50 | DUP |
| 02/27/23 | Westlaw | Amount = $361.20 | ELEGALRE |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | April 11, 2023<br>Invoice 683932<br>Page 58<br>Client #  767622 |

| | | | |
|---|---|---|---|
| 02/28/23 | RELIABLE WILMINGTON: WL109567 | | CTRPT |
| | Amount = $65.25 | | |
| 02/28/23 | PACER | | DOCRETRIEV |
| | Amount = $1.70 | | |
| 02/28/23 | Westlaw | | ELEGALRES |
| | Amount = $541.80 | | |

TOTALS FOR   767622          Kabbage, Inc.

Expenses     $3,901.88