IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 17, 2023, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- Order (I) Authorizing and Approving the Loan Transfer Agreement between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to take all Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 764]

Dated: April 18, 2023

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angele    }

Subscribed and sworn to (or affirmed) before me on this 18TH day of April, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | | Method of Service |
|---|---|---|---|
| 3 SAM'S JEWELRY INC | 376 GEORGE STREET | NEW BRUNSWICK, NJ 8901 | First Class Mail |
| ABSOLUTE AUTO TRANSPORT AND TOWING LLC | 45 SYCAMORE DRIVE | READING, PA 19606 | First Class Mail |
| AFFORDABLE ASSETS | 4726 MCRAVEN ROAD | JACKSON, MS 39204 | First Class Mail |
| ALBERTO BUSTAMANTE | Address Redacted | | First Class Mail |
| ALEXIS ALTMAN | Address Redacted | | First Class Mail |
| ALEXUS CARTER | Address Redacted | | First Class Mail |
| ALISHA IRELAND | Address Redacted | | First Class Mail |
| ALVIN DOKES | Address Redacted | | First Class Mail |
| AMANDA COKER | Address Redacted | | First Class Mail |
| AMENAIDA PRIETO | Address Redacted | | First Class Mail |
| ANB CLEANING SERVICES LLC | 1217 FOX RUN PLACE | WOODBRIDGE, VA 22191 | First Class Mail |
| ANDREW CODRINGTON | Address Redacted | | First Class Mail |
| ANGELA IRFAN | Address Redacted | | First Class Mail |
| ANTHONY JAMES DAVIS | Address Redacted | | First Class Mail |
| ARMANDO DAVID GARCIA CONTRERAS | Address Redacted | | First Class Mail |
| ARVINESHA FRAZIER | Address Redacted | | First Class Mail |
| BELA ENTERPRISE LLC | 11442 S. WALLACE ST | CHICAGO, IL 60628 | First Class Mail |
| BJOURN HERMANSEN | Address Redacted | | First Class Mail |
| BOTIR IBRAGIMOV | Address Redacted | | First Class Mail |
| BRIGHT FUTURES | 7308 S. PAXTON AVE | CHICAGO, IL 60649 | First Class Mail |
| BRODY DEEP STUMP REMOVING LLC | 11 RONNIE ROAD | WAYNE, NJ 7470 | First Class Mail |
| BURKI EGGS | Address Redacted | | First Class Mail |
| BYRD INNOVATIONS LLC | 3778 NW 16TH ST | LAUDERHILL, FL 33311 | First Class Mail |
| CARLOS FROILAN CARDENAS GALIANO | Address Redacted | | First Class Mail |
| CHARLINE SMART | Address Redacted | | First Class Mail |
| CHRISTINA DAHDAL | Address Redacted | | First Class Mail |
| CHRISTINA JOHNSON | Address Redacted | | First Class Mail |
| CLAIRE COLE PACKING | 16 CLARENCE DR | MANAHAWKIN, NJ 8050 | First Class Mail |
| COLBY COBB GOLF | Address Redacted | | First Class Mail |
| DANYELLE BROWN | Address Redacted | | First Class Mail |
| DEMEE DESIGNS | 527 WEST 11TH STREET | ROME, GA 30165 | First Class Mail |
| DIANTE JOHNSON | Address Redacted | | First Class Mail |
| DIO HOME HEALTH ASSISTANCE | 7361 BEACON HILL LOOP, APT1 | ORLANDO, FL 32818 | First Class Mail |
| DRY PEA AND BEAN GRAINGER | 226 EAST 87TH STREET | NEW YORK, NY 10128 | First Class Mail |
| DUMBO INDUSTRIES III LLC | 1288 CONEY ISLAND AVE, UNIT 300593 | BROOKLYN, NY 11230-7929 | First Class Mail |
| DWIGHT MONROE | Address Redacted | | First Class Mail |
| ELIZABETH GONZALES | Address Redacted | | First Class Mail |
| ENGELBERT USECHE | Address Redacted | | First Class Mail |
| ESTER SOHAIL | Address Redacted | | First Class Mail |
| FELICITE RICHARDSON | Address Redacted | | First Class Mail |
| FIYINFOLUWA SOMORIN | Address Redacted | | First Class Mail |
| FRANK MCKEITHEN | Address Redacted | | First Class Mail |
| FREEDOM TAX SERVICE LLC | 3195 LAWRENCEVILLE HWY | LAWRENCEVILLE, GA 30044 | First Class Mail |
| GLADISSE PIERRE | Address Redacted | | First Class Mail |
| HIEU NGUYEN | Address Redacted | | First Class Mail |
| HUONG DAO | Address Redacted | | First Class Mail |
| JACKSON MARTIN | Address Redacted | | First Class Mail |
| JASMON RHYMES | Address Redacted | | First Class Mail |
| JERRICA HINTON | Address Redacted | | First Class Mail |
| JOHNNY GEFFRARD | Address Redacted | | First Class Mail |
| JOSE CAMPOS | Address Redacted | | First Class Mail |
| JR PARKING | 120 W. OAKLEY ST | JACKSON, MS 39202 | First Class Mail |
| KENNY D TRAN | Address Redacted | | First Class Mail |
| KENTREL WILLIAMS | Address Redacted | | First Class Mail |
| KIMBERLY WILSON | Address Redacted | | First Class Mail |
| KING OF BLING | 4060 HERSCHEL RD APT B8 | COLLEGE PARK, GA 30337 | First Class Mail |
| KINGEN APPLE | Address Redacted | | First Class Mail |
| KNIGHT KUSTOMS | 1301 EAST EMPIRE AVENUE | BENTON HARBOR, MI 49022 | First Class Mail |
| KRASTYU GLAVTHCEV | Address Redacted | | First Class Mail |
| LEGACY BUILDERS 34 | 313 PLEASANT CREEK COURT | LEXINGTON, SC 29073 | First Class Mail |
| LUIS A CISNEROS | Address Redacted | | First Class Mail |
| MARCUS KELLY | Address Redacted | | First Class Mail |
| MARIA ATENCIO | Address Redacted | | First Class Mail |
| MARIA E TRUJILLO | Address Redacted | | First Class Mail |
| MARIE LOURDES MALBRANCHE | Address Redacted | | First Class Mail |
| MELION CONCRETE | Address Redacted | | First Class Mail |
| MERCEDES MILLER | Address Redacted | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | Method of Service |
|---|---|---|---|
| MICHAEL KARIUKI | Address Redacted | | First Class Mail |
| MICHELLE ASHLEY | Address Redacted | | First Class Mail |
| MILLER POTATO | Address Redacted | | First Class Mail |
| MINH PHAN | Address Redacted | | First Class Mail |
| MISTER DIRTY CLEANING SERVICE | 8 FRANKLIN STREET | ROME, GA 30165 | First Class Mail |
| NAIMAH MAHDI | Address Redacted | | First Class Mail |
| NBALLOU BANGOURA | Address Redacted | | First Class Mail |
| NGOC T BUI | Address Redacted | | First Class Mail |
| NIMIME05 CORP | 1642 NE 9 DRIVE | HOMESTEAD, FL 33033 | First Class Mail |
| PARIS LE MODE BOUTIQUE L.L.C | 4657 CREEKSIDE CV | COLLEGE PARK, GA 30349 | First Class Mail |
| PATSY RUTH LANDSCAPING CORPORATION | 9825 HOXIE | CHICAGO, IL 60617 | First Class Mail |
| PERFECT ROOFING LLC | 835 BRAMLETT WAY | POWDER SPRINGS, GA 30127 | First Class Mail |
| RAMIRO OBREGON | Address Redacted | | First Class Mail |
| RHONDA HOWARD | Address Redacted | | First Class Mail |
| RICHARDSON MEZIDOR | Address Redacted | | First Class Mail |
| RITA P QUEVEDO | Address Redacted | | First Class Mail |
| ROSHANAK MORADI | Address Redacted | | First Class Mail |
| SAMUEL SMILEY | Address Redacted | | First Class Mail |
| SANETTE RIGAUD | Address Redacted | | First Class Mail |
| SHABINA GILL | Address Redacted | | First Class Mail |
| SHAMEKA MCCRAY | Address Redacted | | First Class Mail |
| SHANTRICE MILLER | Address Redacted | | First Class Mail |
| SHELDON EGGS | Address Redacted | | First Class Mail |
| SOPHIA WALLACE | Address Redacted | | First Class Mail |
| SPARKLE CLEANING AND VENDING LLC | 39 BRISBANE DR | FOUNTAIN INN, SC 29644 | First Class Mail |
| SQUEAKY CLEANING SERVICE | 1422 WILLIAM TRACE | BAYTOWN, TX 77523 | First Class Mail |
| STACIE WILDS | Address Redacted | | First Class Mail |
| STARLA FELDER | Address Redacted | | First Class Mail |
| TENTACLES | 4804 DANVILLE RD | BRANDYWINE, MD 20613 | First Class Mail |
| TIMOTHY WILLIAMS | Address Redacted | | First Class Mail |
| TREND INFINITY LLC | 2875 CRESCENT PKWY | ATLANTA, GA 30339 | First Class Mail |
| TRESHAWNTE HODGE | Address Redacted | | First Class Mail |
| UYEN NGUYEN | Address Redacted | | First Class Mail |
| VERNELL RAY | Address Redacted | | First Class Mail |
| VICTOR ORTIZ | Address Redacted | | First Class Mail |
| VICTORIA BRAZIL | Address Redacted | | First Class Mail |
| VINAY SONI | Address Redacted | | First Class Mail |
| VOGUE OBSESSION ETC | 805 E BELT LINES RD | DESOTO, TX 75115 | First Class Mail |
| WALTER SMITH | Address Redacted | | First Class Mail |
| WILBERT DEGREE | Address Redacted | | First Class Mail |
| YAILIM OLIVERA | Address Redacted | | First Class Mail |
| YUSHICA BASS MASON | Address Redacted | | First Class Mail |
| ZIMAH GOODWIN | Address Redacted | | First Class Mail |

KABBAGE, INC. d/b/a KSERVICING, et al., (Case No. 22-10951)