## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SECOND SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 21, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Order (I) Authorizing and Approving the Loan Transfer Agreement between KServicing, Lendistry SBLC, LLC, and the Federal Reserve Bank of San Francisco; (II) Authorizing Debtors to take all Actions to Facilitate Transfer of Certain Servicing Rights and Obligations; and (III) Granting Related Relief [Docket No. 764]**

Dated: April 25, 2023

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 25th day of April, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# EXHIBIT A

**Exhibit A**
Service List

| Name | Address | | Method of Service |
|------|---------|--|-------------------|
| 1M REAL ESTATE SERVICES LLC | 1018 LANDVIEW CT | ORLANDO, FL 32828 | First Class Mail |
| 8 WINDERMERE WAY, LLC | 815 RIOMAR DRIVE | VERO BEACH, FL 32963 | First Class Mail |
| A FRONTLINE CREATION LLC | 825 PRESTON LANDING CIR | LITHIA SPRINGS, GA 30122 | First Class Mail |
| A TASTE OF HEAVEN | 1318 COLLIER POINT LANE | FRESNO, TX 77545 | First Class Mail |
| A2O INVESTORS LLC | 660 BEACHLAND BOULEVARD SUITE 206 | VERO BEACH, FL 32963 | First Class Mail |
| AARON WRIGHT | ADDRESS REDACTED | | First Class Mail |
| AB-BAKR ISLAMIC CENTER OF WASHINGTON | 14101 TUKWILA INTERNATIONAL BLVD SOUTH | TUKWILA, WA 98168 | First Class Mail |
| ABDIRIZAK ABDULLE | ADDRESS REDACTED | | First Class Mail |
| ABDULWALI AHMED | ADDRESS REDACTED | | First Class Mail |
| ABNER ROBLES | ADDRESS REDACTED | | First Class Mail |
| ADEMOLA AINA | ADDRESS REDACTED | | First Class Mail |
| ADRIANA GONZALEZ | ADDRESS REDACTED | | First Class Mail |
| AGNUS MINISTRIES USA | 1718 CHURCH STREET, SUITE 331763 | NASHVILLE, TN 37203 | First Class Mail |
| AINGEAL ANESTHESIA, LLC | 1982 BAYWOOD PLACE | SARASOTA, FL 34231 | First Class Mail |
| AIRVEST LLC | 1144 SPANISH LACE LN | VERO BEACH, FL 32963 | First Class Mail |
| AKELAH DANIELS | ADDRESS REDACTED | | First Class Mail |
| ALBERT'S REMODELING , LLC | 2241 PINEHURST ST | SARASOTA, FL 34231 | First Class Mail |
| ALEEM AUTO SALES LLC | 445 WINDY HILL RD, SUITE 226 | MARIETTA, GA 30060 | First Class Mail |
| ALEJANDRA GAVIRIA | ADDRESS REDACTED | | First Class Mail |
| ALIMENTARI, LLC | 6220 N HIGHWAY A1A | VERO BEACH, FL 32963 | First Class Mail |
| ALL POINT HOME SERVICE LLC | 1850 COTILLION DR, SUITE 4124 | ATLANTA, GA 30338 | First Class Mail |
| ALL THINGS BUSINESS | 2004 JUNIOR DEPUTY ROAD B | LITTLE ROCK, AR 72205 | First Class Mail |
| ALRITE PACKAGING INC | 1524 46TH STREET | BROOKLYN, NY 11219 | First Class Mail |
| ALTERNATIVE APPLIANCE SOLUTIONS INC | 926 W SUNRISE BLVD | FORT LAUDERDALE, FL 33311 | First Class Mail |
| ANDERSEN REALTY MANAGEMENT, LLC | 13 CACHE CAY DRIVE | VERO BEACH, FL 32963 | First Class Mail |
| ANDREA PENNINGTON | ADDRESS REDACTED | | First Class Mail |
| ANDREW PITTMAN | ADDRESS REDACTED | | First Class Mail |
| ANGEL ARCE MUSIC INC | 12831 SW 62 LN | MIAMI, FL 33183 | First Class Mail |
| ANGELA COHEN | ADDRESS REDACTED | | First Class Mail |
| ANGELICA PEREZ | ADDRESS REDACTED | | First Class Mail |
| ANGELS HOUSE OF LITTLE ANGELS | 929 23RD AVE | BELLWOOD, IL 60104 | First Class Mail |
| ANN MARIE FRANCIS | ADDRESS REDACTED | | First Class Mail |
| ANNA ROGERS | ADDRESS REDACTED | | First Class Mail |
| ANTHONY BRIDGEFORTH | ADDRESS REDACTED | | First Class Mail |
| ANTHONY DINISH | ADDRESS REDACTED | | First Class Mail |
| ANTOINE GRIFFIN | ADDRESS REDACTED | | First Class Mail |
| APRIL HARRIS | ADDRESS REDACTED | | First Class Mail |
| ARICRILEY | 5801 RIVERDALE RD, SUITE 41G | ATLANTA, GA 30349 | First Class Mail |
| ARIEL HERNANDEZ | ADDRESS REDACTED | | First Class Mail |
| ARMAN RAS LLC | 12966 CATS CLAW LANE | ORLANDO, FL 32828 | First Class Mail |
| ASM DINING SERVICE | 1486 FELIX AVE | MEMPHIS, TN 38114 | First Class Mail |
| ATAVIA ARMSTRONG | ADDRESS REDACTED | | First Class Mail |
| ATG REALTY, LLC | 14155 POPCORN TREE CT | ORLANDO, FL 32828 | First Class Mail |
| ATLANTABEAUTYSNOB | 11TH ST NW, SUITE 1209 | ATLANTA, GA 30318 | First Class Mail |
| AUDRIANNA DAVIS | ADDRESS REDACTED | | First Class Mail |
| BAR BANGERS LLC | 29400 SW 152ND AVE | HOMESTEAD, FL 33033 | First Class Mail |
| BCVU, LLC | 846 RIOMAR DRIVE | VERO BEACH, FL 32963 | First Class Mail |
| BELLEZA BROS LANDSCAPING CORP | 328 E MARKET ST | LONG BEACH, NY 11561 | First Class Mail |
| BILAN WOOD | ADDRESS REDACTED | | First Class Mail |
| BLANQUITA RESTAURANT CORP | 2647 BRIGGS AVENUE | BRONX, NY 10458 | First Class Mail |
| BLU EAGLE FLOORING INC | 434 SW 12TH AVENUE | DEERFIELD BEACH, FL 33442 | First Class Mail |
| BOUTIQUE BOUTIQUE, INC. | 53 PAGE AVENUE | STATEN ISLAND, NY 10309 | First Class Mail |
| BRANDI ARMSTRONG | ADDRESS REDACTED | | First Class Mail |
| BRANDI WIMBERLY | ADDRESS REDACTED | | First Class Mail |
| BRENDA FRANCIS | ADDRESS REDACTED | | First Class Mail |
| BRIAN'S AUTOMOTIVE LLC | 1702 W FIG STREET | TAMPA, FL 33606 | First Class Mail |
| BVC CONSULTING INC. | 168-12 116TH AVE | JAMAICA, NY 11434 | First Class Mail |
| C3 TRUCKING LLC | 34 HEBRON DRIVE | MIDDLE RIVER, MD 21220 | First Class Mail |
| CAMILO PALOMINO | ADDRESS REDACTED | | First Class Mail |
| CARLOS ESTRADA | ADDRESS REDACTED | | First Class Mail |
| CARLOS LUIS ZULETA | ADDRESS REDACTED | | First Class Mail |
| CARLOS VALINO | ADDRESS REDACTED | | First Class Mail |
| CASPER CONTENT GROUP INC | 109 OLD HYDE RD | WESTON, CT 6883 | First Class Mail |
| CHALANDREA SCOTT | ADDRESS REDACTED | | First Class Mail |
| CHARLES JACKSON JR | ADDRESS REDACTED | | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | Method of Service |
|---|---|---|---|
| CHARLOTTE TERRY LLC | 965 BEACHCOMBER LANE | VERO BEACH, FL 32963 | First Class Mail |
| CHARMEKIA PERTILLO | ADDRESS REDACTED | | First Class Mail |
| CHAU TRAN | ADDRESS REDACTED | | First Class Mail |
| CHIEF PROPERTY INC | 8 WATER ST | OSSINING, NY 10562 | First Class Mail |
| CHRISTINE SAMUELS | ADDRESS REDACTED | | First Class Mail |
| CHRISTY D PHOTOGRAPHY | ADDRESS REDACTED | | First Class Mail |
| CINDY LOPEZ | ADDRESS REDACTED | | First Class Mail |
| COOPERWORKS, INC. | 1451 LIBERTY GROVE RD | ALPHARETTA, GA 30004 | First Class Mail |
| CORKSCREW TRADING LLC | 740 LAGOON ROAD | VERO BEACH, FL 32963 | First Class Mail |
| CRYSTAL ODELL | ADDRESS REDACTED | | First Class Mail |
| CRYSTAL'S FITNESS LLC | 713 ASHLEY LAKES DRIVE | NORCROSS, GA 30092 | First Class Mail |
| CYBEROPTICZ | 3824 TROTTER RD | COLUMBIA, SC 29209 | First Class Mail |
| DANAY GARCIA JULIN | ADDRESS REDACTED | | First Class Mail |
| DANIELLE GRANT | ADDRESS REDACTED | | First Class Mail |
| DANIELLIA JOHNSON | ADDRESS REDACTED | | First Class Mail |
| DARRYL TAN | ADDRESS REDACTED | | First Class Mail |
| DAUGRY JORGE | ADDRESS REDACTED | | First Class Mail |
| DAYQUON BONDS | ADDRESS REDACTED | | First Class Mail |
| DDK PORTRAITS, LLC | 1455 CORONA LANE | VERO BEACH, FL 32963 | First Class Mail |
| DE BIEN DELIVERY CORP | 12273 SW 18TH TER | MIAMI, FL 33175 | First Class Mail |
| DEIDRE HUGHES | ADDRESS REDACTED | | First Class Mail |
| DEMONTE COOK | ADDRESS REDACTED | | First Class Mail |
| DERRICA BUSH | ADDRESS REDACTED | | First Class Mail |
| DIAMOND SHINE LLC | 170 NORTH ROAD | EAST WINDSOR, CT 6088 | First Class Mail |
| DIEUVENS TERNIER | ADDRESS REDACTED | | First Class Mail |
| DJ DREW SKI | ADDRESS REDACTED | | First Class Mail |
| DKK TRUCKING | 223 TERRY BROOK RD | TERRY, MS 39170 | First Class Mail |
| D'MAR CREATIONS LLC | 1205 HAVENSTONE WALK | LAWRENCEVILLE, GA 30045 | First Class Mail |
| D'OCCASION LTD | 268 SUUMERFERN LANE | COLUMBUS, OH 43213 | First Class Mail |
| DOLORES TAYLOR | ADDRESS REDACTED | | First Class Mail |
| DOMINION HR CONSULTING | 2115 CAMBRIDGE BAY DR | PEARLAND, TX 77584 | First Class Mail |
| DONIS CHAVARRIA | ADDRESS REDACTED | | First Class Mail |
| DONNIKA CARRIER | ADDRESS REDACTED | | First Class Mail |
| DRELIN DEWBERRY | ADDRESS REDACTED | | First Class Mail |
| DYLAN LAMBERT | ADDRESS REDACTED | | First Class Mail |
| EBONY FRANKLIN | ADDRESS REDACTED | | First Class Mail |
| EDISON G CARDOSO LANDSCAPING | 51 MANHATTAN AVENUE | WESTBURY, NY 11590 | First Class Mail |
| EDMOND HARRISON | ADDRESS REDACTED | | First Class Mail |
| EDUCATOR PLUS LLC | 9913 ASHBURN LAKE DRIVE | TAMPA, FL 33610 | First Class Mail |
| EJA ROAD SERVICES LLC | 2308 N 56TH ST | TAMPA, FL 33619 | First Class Mail |
| ELBERT SHULER JR | ADDRESS REDACTED | | First Class Mail |
| ELDERLY CARE OF TEXAS | 7646 CHASECREEK DR | MISSOURI CITY, TX 77489 | First Class Mail |
| ELITE HVAC APPLIANCE & MORE LLC | 3776 DILLARD ST | POWDER SPRINGS, GA 30127 | First Class Mail |
| EMI SYSTEMS | 1377 FM 697 | SHERMAN, TX 75090 | First Class Mail |
| ERIK FERNALD | ADDRESS REDACTED | | First Class Mail |
| ESILDA MERCADO | ADDRESS REDACTED | | First Class Mail |
| EVY ENTERPRISES INC | 1077 NORTH AVE, 238 | ELIZABETH, NJ 7201 | First Class Mail |
| FERNANDO RICARDO | ADDRESS REDACTED | | First Class Mail |
| FIRST CHOICE AUTOMOTIVE CORP | 1318 RANDALL AVE | BRONX, NY 10474 | First Class Mail |
| FLY CAB | 1140 WINDWAY CIRCLE | KISSIMMEE, FL 34744 | First Class Mail |
| FOURLIFE ENTERTAINMENT, INC | 149 NW 71ST | MIAMI, FL 33150 | First Class Mail |
| FRANCIS FERMIN COLON | ADDRESS REDACTED | | First Class Mail |
| GAZEBO RESTAURANT | 58 JEFFERSONAVE | ELIZABETH, NJ 7201 | First Class Mail |
| GENO EVANS | ADDRESS REDACTED | | First Class Mail |
| GEOFFROY DOVONOU | ADDRESS REDACTED | | First Class Mail |
| GEORGE ALEMANE | ADDRESS REDACTED | | First Class Mail |
| GEORGINA GROUP FAMILY DAYCARE | 63 CARYL AVE, 1 | YONKERS, NY 10705 | First Class Mail |
| GI AMERICA INC | 3600 N WICKHAM RD, STE 106 | MELBOURNE, FL 32935 | First Class Mail |
| GLOBAL INVESTMENT LOGISTICS LLC | 8630 GUILFORD ROAD, M176 | COLUMBIA, MD 21045 | First Class Mail |
| GREAT TRADE LLC | 5412 BLUEBELL DR | CLEVELAND, OH 44124 | First Class Mail |
| GREGORY REED-FIELDS | ADDRESS REDACTED | | First Class Mail |
| H&H INVESTMENTS OF SOUTH FLORIDA LLC | 1251 NE 209TH TERRACE | MIAMI, FL 33179 | First Class Mail |
| HAJA | 2328 CAMPBELLTON ROAD, W-3 | ATLANTA, GA 30311 | First Class Mail |
| HAMILTON CATERING SERVICE | 105 KNIGHT ST | MINDEN, LA 71055 | First Class Mail |
| HAPPY AND SMILE HOME CARE LLC | 1176 S NORFOLK ST | AURORA, CO 80017 | First Class Mail |
| HEATHER HOUSE, LLC | 121 BEACHSIDE DRIVE | VERO BEACH, FL 32963 | First Class Mail |
| HEAVY ON THE BEAUTY | 2238 RAMSEY DR | DECATUR, IL 62526 | First Class Mail |

**Exhibit A**
Service List

| Name | Address | | Method of Service |
|------|---------|--|-------------------|
| HECTOR GONGORA | ADDRESS REDACTED | | First Class Mail |
| HENRY & LINDA, LLC | 7335 ROUNTREE DR | RIVERDALE, GA 30274 | First Class Mail |
| HEYIDAR HUSSEN | ADDRESS REDACTED | | First Class Mail |
| HUAILIN ZHANG | ADDRESS REDACTED | | First Class Mail |
| ICANDY HAUS LLC | 176 LONDON DRIVE | SMYRNA, DE 19977 | First Class Mail |
| IDALIA RIOS | ADDRESS REDACTED | | First Class Mail |
| IMR CONTRACTING CORP | 40 SW 13TH ST, 301 | MIAMI, FL 33130 | First Class Mail |
| INDIA EDWARDS | ADDRESS REDACTED | | First Class Mail |
| INDIAN RIVER REAL ESTATE, LLC | 4731 NORTH A1A SUITE 215 | VER BEACH, FL 32963 | First Class Mail |
| INTL LOGISTICS CORP | 150 E PALMETTO PARK RD, SUITE 800 | BOCA RATON, FL 33432 | First Class Mail |
| ISMAEL PEREZ | ADDRESS REDACTED | | First Class Mail |
| IVAN HAWKINS JR | ADDRESS REDACTED | | First Class Mail |
| JACQUEZ BUTLER | ADDRESS REDACTED | | First Class Mail |
| JAMES POOLE | ADDRESS REDACTED | | First Class Mail |
| JANET HOLMES | ADDRESS REDACTED | | First Class Mail |
| JAY MORRISON ELLENBY | ADDRESS REDACTED | | First Class Mail |
| JAYE ANTONIO PRODUCTIONS | 8101 SOLANO AVE, 304 | HOLLYWOOD, FL 33024 | First Class Mail |
| JD LANDSCAPING, INC. | 429 THOMPKINS STREET | ORANGE, NJ 7050 | First Class Mail |
| JENNIFER JENKINS | ADDRESS REDACTED | | First Class Mail |
| JESSICA L BROWN | ADDRESS REDACTED | | First Class Mail |
| JESUS HERNANDEZ | ADDRESS REDACTED | | First Class Mail |
| JILL COSTELLO | ADDRESS REDACTED | | First Class Mail |
| JIMMIE J FLETCHER JR | ADDRESS REDACTED | | First Class Mail |
| JOEL VALDES SINABELES | ADDRESS REDACTED | | First Class Mail |
| JOHANNI SANTIAGO | ADDRESS REDACTED | | First Class Mail |
| JOHN CAMERON | ADDRESS REDACTED | | First Class Mail |
| JONATHAN WESTON | ADDRESS REDACTED | | First Class Mail |
| JOSE A ZABALA | ADDRESS REDACTED | | First Class Mail |
| JOSE R. FERNANDEZ PENATE | ADDRESS REDACTED | | First Class Mail |
| JOYCE WILLIAMS COPYWRITING | BOX 694 | KIMBERTON, PA 19442 | First Class Mail |
| JS JURNEE | 636 NE 83RD TER | MIAMI, FL 33138 | First Class Mail |
| JULEIMY ACOSTA GARCIA | ADDRESS REDACTED | | First Class Mail |
| JUST BEY COLLECTIONS | 4156 FIZER AVE | MEMPHIS, TN 38111 | First Class Mail |
| KAREN I PAULINO | ADDRESS REDACTED | | First Class Mail |
| KARINA GILLIGAN | ADDRESS REDACTED | | First Class Mail |
| KARLA GOMEZ URBINA | ADDRESS REDACTED | | First Class Mail |
| KATRINA STAGES REALTY LLC | 9555 E MAIDEN CT | VERO BEACH, FL 32963 | First Class Mail |
| KEA GENERAL CONSTRUCTION SERVICES, LLC | 10875 SW 112 AVE, 316 | MIAMI, FL 33176 | First Class Mail |
| KEANNA LEE | ADDRESS REDACTED | | First Class Mail |
| KEITH HUSSEY JR | ADDRESS REDACTED | | First Class Mail |
| KENDALL MCGRIFF | ADDRESS REDACTED | | First Class Mail |
| KEVIN BALL | ADDRESS REDACTED | | First Class Mail |
| KEVIN WILLIAM MCGLINCHEY | ADDRESS REDACTED | | First Class Mail |
| KEVIS EASTMAN | ADDRESS REDACTED | | First Class Mail |
| KIARA THOMAS | ADDRESS REDACTED | | First Class Mail |
| KIMBERLY TODD | ADDRESS REDACTED | | First Class Mail |
| KIMOTHY MODICAN | ADDRESS REDACTED | | First Class Mail |
| KIRK ANDRE HASSOCK | ADDRESS REDACTED | | First Class Mail |
| KYMM BARNETT-SMITH | ADDRESS REDACTED | | First Class Mail |
| L.C. NAILS | 929 1-2 CHILLICOTHE STREET | PORTSMOUTH, OH 45662 | First Class Mail |
| LADEL GARRON | ADDRESS REDACTED | | First Class Mail |
| LAKESHA MORGAN | ADDRESS REDACTED | | First Class Mail |
| LANDRY H HOOKS | ADDRESS REDACTED | | First Class Mail |
| LASHAWN HUNTER | ADDRESS REDACTED | | First Class Mail |
| LATESA BOOKER COX | ADDRESS REDACTED | | First Class Mail |
| LATICIA JACKSON | ADDRESS REDACTED | | First Class Mail |
| LATOYA BRADLEY | ADDRESS REDACTED | | First Class Mail |
| LATOYA WHITFIELD | ADDRESS REDACTED | | First Class Mail |
| LAURENCE C ANDREWS | ADDRESS REDACTED | | First Class Mail |
| LAVECE DAVIS | ADDRESS REDACTED | | First Class Mail |
| LAWSONS TRANSPORTATION SERVICES LLC | 8611 WENDY ST | CLINTON, MD 20735 | First Class Mail |
| LAZARA RUIZ MARTINEZ | ADDRESS REDACTED | | First Class Mail |
| LEMARIO JONES | ADDRESS REDACTED | | First Class Mail |
| LENEAR HARRIS | ADDRESS REDACTED | | First Class Mail |
| LEONEL ANTONIO GARCIA BELLO | ADDRESS REDACTED | | First Class Mail |
| LESLIE MAXEY | ADDRESS REDACTED | | First Class Mail |
| LETS KEEP IT MOVING | 412 7TH STREET | KENTWOOD, LA 70444 | First Class Mail |

**Exhibit A**
**Service List**

| Name | Address | | Method of Service |
|------|---------|---|-------------------|
| LIDIA EIRANOVA | ADDRESS REDACTED | | First Class Mail |
| LIMELIGHT STRATEGIES LLC | 218 N. CARMEL COURT | VERO BEACH, FL 32963 | First Class Mail |
| LISET PORRERO | ADDRESS REDACTED | | First Class Mail |
| LONNIE JORDAN | ADDRESS REDACTED | | First Class Mail |
| LONNIE MATASKA | ADDRESS REDACTED | | First Class Mail |
| LOS MOROCHOS GROCERY STORE INC | 1973 WALTON AVE | BRONX, NY 10453 | First Class Mail |
| LOUIS SAMUELS | ADDRESS REDACTED | | First Class Mail |
| LUIS E. GONZALEZ | ADDRESS REDACTED | | First Class Mail |
| LYNKS WIRELESS SERVICES LLC | 854 STUYVESSANT AVE | IRVINGTON, NJ 7111 | First Class Mail |
| LYNN ROBERTS ENTERPRISE | 1212 WOODWIND DRIVE | ROCKMART, GA 30153 | First Class Mail |
| MAGIC R LLC | 599 DREAM ISLAND ROAD STE35 | LONGBOAT KEY, FL 34228 | First Class Mail |
| MAHMOUD ENTERPRISE | 3816 WATER DROP CT | BURTONSVILLE, MD 20866 | First Class Mail |
| MALL DRIVE PROPERTIES, LLC | 3605 FAIR OAKS PL | LONGBOAT KEY, FL 34228 | First Class Mail |
| MANNY HALL & ASSOCIATES LLC | 923 STUART DR | SOUTH EUCLID, OH 44121 | First Class Mail |
| MANOUCHECA EUGENE | ADDRESS REDACTED | | First Class Mail |
| MARCUS WATTS | ADDRESS REDACTED | | First Class Mail |
| MARGGI TORRES | ADDRESS REDACTED | | First Class Mail |
| MARIA FERNANDEZ | ADDRESS REDACTED | | First Class Mail |
| MARIA M HERNANDEZ | ADDRESS REDACTED | | First Class Mail |
| MARIE FRANCOIS | ADDRESS REDACTED | | First Class Mail |
| MARLON SEGISMUNDO | ADDRESS REDACTED | | First Class Mail |
| MAYOMI SEABROOKS | ADDRESS REDACTED | | First Class Mail |
| MCX EXPRESS LLC | 5291 WOOD LILLY CT | COLUMBUS, OH 43230 | First Class Mail |
| MICHAEL STOPPERICH | ADDRESS REDACTED | | First Class Mail |
| MID FLORIDA GLASS WORKS, INC. | 1405 REGAL ROAD | CLEARWATER, FL 33756 | First Class Mail |
| MIGUEL MARTINEZ GONZALEZ | ADDRESS REDACTED | | First Class Mail |
| MIKAHYALAH S SCOTT | ADDRESS REDACTED | | First Class Mail |
| MILAGROS BERRIOS | ADDRESS REDACTED | | First Class Mail |
| MULTIOLE LLC | 9100 MAYFLOWER AVE | EL PASO, TX 79925 | First Class Mail |
| MUSTAFA KARCI | ADDRESS REDACTED | | First Class Mail |
| MY LUU | ADDRESS REDACTED | | First Class Mail |
| NATIONAL ASSOCIATION OF CHARTERED BOOKKEEPERS | 3600 N WICKHAM RD, STE 106 | MELBOURNE, FL 32935 | First Class Mail |
| NEICEY CHILDCARE | ADDRESS REDACTED | | First Class Mail |
| NELSON MACHADO | ADDRESS REDACTED | | First Class Mail |
| NELYARIS FAIRFOOT | ADDRESS REDACTED | | First Class Mail |
| NO. 29 HAIR LABEL LLC | 6125 ROSWELL RD, UNIT 617 | ATLANTA, GA 30328 | First Class Mail |
| NORTHEAST OHIO CONTRACTORS LLC | 3555 W 69TH ST | CLEVELAND, OH 44102 | First Class Mail |
| ODALIS DEVEAUX | ADDRESS REDACTED | | First Class Mail |
| OMAR ADDOW | ADDRESS REDACTED | | First Class Mail |
| ORA FARLOW | ADDRESS REDACTED | | First Class Mail |
| OSMA ABDALA | ADDRESS REDACTED | | First Class Mail |
| PAUL MARCEL ALVAREZ MARCOS | ADDRESS REDACTED | | First Class Mail |
| PAUL TRANSPORTATION | ADDRESS REDACTED | | First Class Mail |
| PAULINE RESTAURANT | 2130 BUCHANANA BAY CIR, 101 | ORLANDO, FL 32839 | First Class Mail |
| PEDRO TORRES | ADDRESS REDACTED | | First Class Mail |
| PERCY KEYES | ADDRESS REDACTED | | First Class Mail |
| PERMONT CORP | 7281 NW 12 ST | MIAMI, FL 33126 | First Class Mail |
| PG CONSULTING TEAM | 388 SE 2ND AVE, B | DELRAY BEACH, FL 33483 | First Class Mail |
| PHORJAYS LLC | 673 BELMONT AVE | BROOKLYN, NY 11207 | First Class Mail |
| PRABHGUN SINGH | ADDRESS REDACTED | | First Class Mail |
| PREMEIR POOL SERVICE | 155 MEADOWLARK CIR | GEORGETOWN, TX 78626 | First Class Mail |
| PRINCESS INTERNATIONAL DISTRIBUTION INC | 1033 NORTH BROAD STREET | ELIZABETH, NJ 7208 | First Class Mail |
| PRISCILLA OHENE | ADDRESS REDACTED | | First Class Mail |
| RACHEL MONTEGA | ADDRESS REDACTED | | First Class Mail |
| RADIO GRIND | 618 S. ALEXANDER CREEK ROAD | NEWNAN, GA 30263 | First Class Mail |
| RANDA ABU ZAINEH | ADDRESS REDACTED | | First Class Mail |
| RAYAGNEWINDE E NIKIEMA | ADDRESS REDACTED | | First Class Mail |
| RAYSEL HERNANDEZ | ADDRESS REDACTED | | First Class Mail |
| REGINALD MONDE | ADDRESS REDACTED | | First Class Mail |
| RENT SONS | 62 BOGARD STREET, APT A | CHARLESTON, SC 29403 | First Class Mail |
| RICHARD SMITH | ADDRESS REDACTED | | First Class Mail |
| RICKY A ISREAL | ADDRESS REDACTED | | First Class Mail |
| ROBERTO VAZQUEZ | ADDRESS REDACTED | | First Class Mail |
| RODGER HOSKING CONSULTING INC | 85 A HAWTHORNE AVENUE | PARK RIDGE, NJ 7656 | First Class Mail |
| ROOSEVELT D KNIGHT III | ADDRESS REDACTED | | First Class Mail |
| ROYALBBUNDLES LLC | 1212 N. CHARLES STREET | BALTIMORE, MD 21201 | First Class Mail |

**Exhibit A**
**Service List**

| Name | Address | | Method of Service |
|------|---------|--|------------------|
| S & M UNLIMITED LLC | 3709 MEADOWLARK DRIVE | GULFPORT, MS 39501 | First Class Mail |
| SAMANTHA N HASSALL | ADDRESS REDACTED | | First Class Mail |
| SCADENCE A BUSINESS SERVICE LLC | 7901 SILVERTHORN DR | JONESBORO, GA 30236 | First Class Mail |
| SENEXUS COMPANIES LLC | 17809 NE MARINE DR. D-5 | PORTLAND, OR 97230 | First Class Mail |
| SHANIECE ROSS | ADDRESS REDACTED | | First Class Mail |
| SHANNON GRIFFIN | ADDRESS REDACTED | | First Class Mail |
| SHARMEIN ROBINSON | ADDRESS REDACTED | | First Class Mail |
| SHARONDA JERNIGAN | ADDRESS REDACTED | | First Class Mail |
| SHELDON ENGLISH | ADDRESS REDACTED | | First Class Mail |
| SHEMIKA SINGLETON | ADDRESS REDACTED | | First Class Mail |
| SHERKITA MOORE | ADDRESS REDACTED | | First Class Mail |
| SHIRL ROGERS | ADDRESS REDACTED | | First Class Mail |
| SHIRMIKA MAINES | ADDRESS REDACTED | | First Class Mail |
| SNYBEN ASSOCIATES LLC | 806 HILLSBORO DRIVE | SILVER SPRING, MD 20902 | First Class Mail |
| SOLIU ODEBIYI | ADDRESS REDACTED | | First Class Mail |
| SOUL BELLE, L3C | 1701 ELIZARDI BLVD | NEW ORLEANS, LA 70114 | First Class Mail |
| STEPHANIE DAVIS | ADDRESS REDACTED | | First Class Mail |
| STRICTLY WINGS WPB INC. | 4875 OKEECHOBEE BLVD | WEST PALM BEACH, FL 33417 | First Class Mail |
| SUMMER BREEZE HOMECARE LLC | 5645 CORAL RIDGE DRIVE, SUITE 294 | CORAL SPRINGS, FL 33076 | First Class Mail |
| SUNDAY OLAITAN | ADDRESS REDACTED | | First Class Mail |
| SWEET SERENITY | 5859 FOLKSTONE LANE | ORLANDO, FL 32822 | First Class Mail |
| T & T TRUCKING | 861 DEER RUN DR | SARALAND, AL 36571 | First Class Mail |
| TANIA MEDIAVILLA | ADDRESS REDACTED | | First Class Mail |
| TAQUIRA FISHER | ADDRESS REDACTED | | First Class Mail |
| TARA BAIR | ADDRESS REDACTED | | First Class Mail |
| TELICIA JOHNSON | ADDRESS REDACTED | | First Class Mail |
| TENNISON CONTRACTORS LLC | 118 FORREST AVE | NORRISTOWN, PA 19401 | First Class Mail |
| TERRY WAYNE MATTHEWS | ADDRESS REDACTED | | First Class Mail |
| THE AGENCY MARKETING CONSULTANTS GROUP | 6 SOUTH 2ND STREET SUITE 308 | YAKIMA, WA 98901 | First Class Mail |
| THE BODY TAILOR LLC. | 77 BAKER RD | SHUTESBURY, MA 1072 | First Class Mail |
| THU HA TRAN | ADDRESS REDACTED | | First Class Mail |
| TIMOTHY JACKSON | ADDRESS REDACTED | | First Class Mail |
| TJF | 2066 SAWGRASS DRIVE | HAMPTON, GA 30228 | First Class Mail |
| TOMMY A GLASPER | ADDRESS REDACTED | | First Class Mail |
| TORQUE POWER EQUIPMENT REPAIRS | 1000 HARRISON AVE, SUITE102 | ARLINGTON, TX 76011 | First Class Mail |
| TRACY HUDDLESTON | ADDRESS REDACTED | | First Class Mail |
| TRANSITIONAL CARE MEDICAL ASSOCIATES LLC | 12959 PALMS WEST DR, 110 | LOXAHATCHEE, FL 33470 | First Class Mail |
| TRUDY PEARSON | ADDRESS REDACTED | | First Class Mail |
| TYLESHIA SMITH | ADDRESS REDACTED | | First Class Mail |
| VANESSA CLARK | ADDRESS REDACTED | | First Class Mail |
| VANNIEL MITCHELL | ADDRESS REDACTED | | First Class Mail |
| VERONICA CRUZ | ADDRESS REDACTED | | First Class Mail |
| VICTOR S NUNEZ VARGAS | ADDRESS REDACTED | | First Class Mail |
| VY NGUYEN | ADDRESS REDACTED | | First Class Mail |
| WARRIOR TRAINING AND FITNESS LLC | 143 WILLIAMS ST | TAUNTON, MA 2780 | First Class Mail |
| WE ACCOUNTAX INC. | 681 W BRIARCLIFF RD | BOLINGBROOK, IL 60440 | First Class Mail |
| WEBER & PULLIN LLP | 7600 JERICHO TURNPIKE | WOODBURY, NY 11797 | First Class Mail |
| WILLIAM DORON | ADDRESS REDACTED | | First Class Mail |
| WILLIAM HELTON | ADDRESS REDACTED | | First Class Mail |
| WILLIAM MICHAEL LEEB | ADDRESS REDACTED | | First Class Mail |
| WILLIAMS AUTO & LAWN CARE | 1001 CLAXTON AVE | ANNISTON, AL 36201 | First Class Mail |
| WL INTERNATIONAL INC | 53 SONATA ST. | FREEPORT, FL 32439 | First Class Mail |
| YADIRA DURAN | ADDRESS REDACTED | | First Class Mail |
| YAILYN PEREZ | ADDRESS REDACTED | | First Class Mail |
| YANDRY RODRIGUEZ | ADDRESS REDACTED | | First Class Mail |
| YANISLEY GONZALEZ | ADDRESS REDACTED | | First Class Mail |
| YINET OLAZABAL MORALES | ADDRESS REDACTED | | First Class Mail |
| YISEL PEREZ | ADDRESS REDACTED | | First Class Mail |
| YOHANNES T FESSHAYE | ADDRESS REDACTED | | First Class Mail |
| YUJAY LLC | 2803 RIVERSIDE PKWY APT 2205, 2205 | GRAND PRAIRIE, TX 75050 | First Class Mail |
| ZACHARY HOFFMAN | ADDRESS REDACTED | | First Class Mail |