IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 25, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Order Authorizing the Debtors to Exceed the Page Limit Requirement with Respect to the Debtors' Confirmation Brief [Docket No. 790]**

Pursuant to Local Rule 5005-4(c)(ii) of the United States Bankruptcy Court – District of Delaware, notice of this filing was served on the following parties attached hereto as **Exhibit C** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: April 26, 2023

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 26th day of April, 2023, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a/ KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest Unsecured Claims (Consolidated) | Amazon Webservices | c/o K&L Gates<br>Attn: Brian Peterson<br>925 Fourth Ave, Ste 2900<br>Seattle, WA 98104 | brian.peterson@klgates.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | American Express Kabbage Inc. | Attn: Tara Ralani, Senior Manager<br>730 Peachtree St NE , #1100<br>Atlanta, GA 30308 | Tara.e.rajani@aexp.co | Email<br>First Class Mail |
| NOA - Counsel for CoreCard Software, Inc | Baker Donelson | Attn: Kathleen G Furr<br>3414 Peachtree Rd NE, Ste 1500<br>Atlanta, GA 30326 | kfurr@bakerdonelson.com | Email |
| NOA - Counsel for Cross River Bank | Benesch, Friedlander, Coplan & Aronoff, LLP | Attn: Gregory W. Werkheiser<br>1313 N. Market St., Ste 1201<br>Wilmington, DE 19801 | gwerkheiser@beneschlaw.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Biz2X LLC | Attn: Shweta Mohan<br>One Penn Plaza, Ste 4530<br>New York, NY 10119 | shweta.mohan@biz2credit.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Box, Inc. | Attn: David Leeb, Chief Legal Officer<br>Attn: Jason Silapachai<br>900 Jefferson Ave<br>Redwood City, CA 94063 | jsilapachai@box.com | Email<br>First Class Mail |
| Matrix | Celtic Bank Corporation | Leslie K. Rinaldi<br>General Counsel<br>268 S. State Street, Ste. 300<br>Salt Lake City, UT 84111 | lrinaldi@celticbank.com | Email<br>First Class Mail |
| Federal Reserve Bank | Cleary Gottlieb | Attn: Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com | Email<br>First Class Mail |
| NOA - Counsel to the Federal Reserve Bank of San Francisco | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M. Schweitzer<br>Attn: Kristin Corbett<br>Attn: Richard Minott<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com<br>kcorbett@cgsh.com;<br>rminott@cgsh.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Corporation Service Company | Attn: Kevin Hunter<br>Attn: Jessica Mullenix Woodward<br>251 Little Falls Dr<br>Wilmington, DE 19808 | UCCSPREP@cscglobal.com<br>jessica.woodward@cscgfm.com | Email<br>First Class Mail |
| NOA - Counsel to Insperity, Inc. | Cousins Law LLC | Attn: Scott D. Cousins<br>Attn: Scott D. Jones<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 301<br>Wilmington, DE 19801 | scott.cousins@cousins-law.com<br>scott.jones@cousins-law.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Cross River Bank | Attn: Arlen Gelbard, General Counsel<br>400 Kelby St<br>Fort Lee, NJ 07024 | agelbard@crossriverbank.com | Email<br>First Class Mail |
| Cross River Bank | Cross River Bank | Attn: Gilles Gade, President<br>Attn: Frayda Ginsburg<br>400 Kelby St<br>Fort Lee, NJ 07024 | ggade@crossriverbank.com<br>fginsburg@crossriver.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Jennifer Petsu<br>Attn: Andrew Sachs<br>701 Reading Ave<br>West Reading, PA 19611 | jpetsu@customersbank.com<br>asachs@customersbank.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Customers Bank | Attn: Sam Sidhu, COO<br>1015 Penn Ave, Ste 103<br>Wyomissing, PA 19610 | ssidhu@customersbank.com | Email<br>First Class Mail |
| Customers Bank | Customers Bank | Attn: Andrew Sachs<br>Attn: Sam SidhuCOO & General Counsel<br>701 Reading Ave<br>West Reading, PA 19611 | ssidhu@customersbank.com<br>asachs@customersbank.com | Email<br>First Class Mail |
| Taxing Authorities | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 French St<br>Wilmington, DE 19801 | | First Class Mail |
| Taxing Authorities | Delaware Division of Revenue/Bankruptcy Service | Attn: Bankruptcy Administrator<br>Carvel State Building<br>820 N French St, 8th Fl<br>Wilmington, DE 19801 | | First Class Mail |
| Taxing Authorities | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| Federal Reserve Bank | Federal Reserve Bank of Minneapolis | Attn: Tavis J. Morello<br>90 Hennepin Ave<br>Minneapolis, MN 55401 | Tavis.Morello@mpls.frb.org | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105 | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | Attn: Credit Risk Management<br>Attn: Braden Parker<br>Attn: Wallace Young<br>101 Market St, MS 830<br>San Francisco, CA 94105 | Braden.Parker@sf.frb.org;<br>wallace.young@sf.frb.org | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Reserve Bank of San Francisco | c/o Cleary Gottlieb<br>Counsel to Federal Reserve<br>Attn: Lisa Schweitzer<br>One Liberty Plaza<br>New York, NY 10006 | lschweitzer@cgsh.com | Email<br>First Class Mail |
| Federal Reserve Bank | Federal Reserve Bank of San Francisco | Attn: Avery Belka<br>101 Market St<br>San Francisco, CA 94105 | Avery.Belka@sf.frb.org | Email<br>First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Government Agencies | Federal Trade Commission | Attn: Marguerite Moeller<br>Attn: Michael Boutros<br>Attn: Hans Clausen<br>Attn: Alan Bakowski<br>225 Peachtree St, Ste 1500<br>Atlanta, GA 30303 | mmoeller@ftc.gov<br>mboutros@ftc.gov<br>hclausen@ftc.gov<br>abakowski@ftc.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Federal Trade Commission | Attn: Marguerite Moeller<br>Attn: Alan Bakowski<br>600 Pennsylvania Ave NW<br>Washington, DC 20580 | mmoeller@ftc.gov<br>abakowski@ftc.gov | Email<br>First Class Mail |
| *NOA - Counsel to First Citizens Bank & Trust Company | First-Citizens Bank & Trust Company | c/o Dressler Peters, LLC<br>Attn: Kenneth D Peters<br>101 W Grand Ave, Ste 404<br>Chicago, IL 60654 | kpeters@dresslerpeters.com | Email |
| Advisor to Shareholders | Fortis Advisors | Attn: Courtney Nothaus, Associate, Compliance & Client Relations<br>12526 High Bluff Dr #280<br>San Diego, CA 92130 | Email Address Redacted | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Goodwin Procter LLP | Attn:  Dondi Dancy<br>601 Marshall St<br>Redwood City, CA 94063 | ddancy@goodwinlaw.com | Email<br>First Class Mail |
| Advisor to Shareholders | Goodwin Procter LLP | Attn: Kimberly Larie<br>Attn: Nathan Hagler<br>Attn: Adam Slusky<br>100 Northern Ave<br>Boston, MA 02210 | KLarie@goodwin.com<br>NHagler@goodwin.com<br>ASlutsky@goodwin.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Google LLC | Attn:  Kent Walker, Chief Legal Officer<br>Attn:  Cody Bowlay<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 |  | First Class Mail |
| NOA - Counsel to The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: Anthony W. Clark<br>Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | Anthony.Clark@gtlaw.com<br>melorod@gtlaw.com | Email |
| NOA - Counsel to The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: Brian E. Greer<br>One Vanderbilt Avenue<br>New York, NY 10017 | greerb@gtlaw.com | Email |
| NOA - Counsel to The Board of Directors of Kabbage, Inc. d/b/a Kservicing | Greenberg Traurig, LLP | Attn: David B. Kurzweil<br>Attn: Matthew A. Petrie<br>Terminus 200<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, GA 30305 | kurzweild@gtlaw.com<br>petriem@gtlaw.com | Email |
| NOA - Counsel to Customer Bank | Holland & Knight LLP | Attn: John J. Monaghan<br>10 St. James Ave., 11th Fl<br>Boston, MA 02116 | john.monaghan@hklaw.com | Email |
| Internal Revenue Service | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-73<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) |  | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan¸ 365 Sun LLC, and Candice Worthy, individually and as putative plaintiffs on behalf of the proposed class | c/o The Finley Firm, P.C.<br>Attn: MaryBeth V. Gibson, Esq.<br>Piedmont Center, 3535 Piedmont Rd<br>Bldg 14, Ste 230<br>Atlanta, GA 30305 | MGibson@thefinleyfirm.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan¸ 365 Sun LLC, and Candice Worthy, individually individually and as putative plaintiffs on behalf of the proposed class | c/o White & Williams, LLP<br>Attn:  Shane R. Heskins, Esq.<br>Attn: Justin E. Proper, Esq.<br>1650 Market St<br>One Liberty Pl, Ste 1800<br>Philadelphia, PA 19103 | heskins@whiteandwilliams.com<br>properj@whiteandwilliams.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | KLDiscovery Ontrack, LLC | Attn:  Dale Drury<br>8201 Greensboro Dr, Ste 300<br>McLean, VA 22102 | Dale.Drury@kldiscovery.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Lanier Parking Solutions I, LLC  d/b/a Reef Parking | Attn: Elliot Roby<br>730 Peachtree St, Mailbox #35<br>Atlanta, GA 30308 | Elliott.roby@reefparking.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Libra Risk Management | Attn:  Ian Cox<br>12 Howard Ave<br>Foxborough, MA 02035 | icox@kservicecorp.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Major, Linsey & Africa / Allegis Group Holdings Inc. | Attn:  Michael A. Albino, Practice Lead<br>7301 Parkway Dr<br>Hanover, MD 21076 | malbino@mlaglobal.com | Email<br>First Class Mail |
| NOA - Counsel for CoreCard Software, Inc | McCarter & English, LLP | Attn: Kate R Buck<br>405 N King St, 8th Fl<br>Wilmington, DE 19801 | kbuck@mccarter.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Microsoft | Attn: Hossein Nowbar, General Counsel<br>One Microsoft Way<br>Redmond, WA 98052 |  | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Moore Colson | Attn:  Sarah Parker<br>600 Galleria Pkwy SE, Ste 600<br>Atlanta, GA 30339 | Sparker@moorecolson.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | MorganFranklin Consulting, LLC | Attn:  Timothy Keefe<br>7900 Tysons One Pl, Ste 300<br>McLean, VA 22102 | tim.keefe@morganfranklin.com | Email<br>First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| NOA - Counsel for American Express | Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C Abbott<br>Attn: Jonathan M Weyand<br>1201 N Market St, 16th Fl<br>Wilmington, DE 19801 | dabbott@morrisnichols.com<br>jweyand@morrisnichols.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Option 1 Partners LLC | Attn: Jackie Flake<br>5815 Windward Parkway, Ste 302<br>Alpharetta, GA 30005 | jackie@option1partners.com | Email<br>First Class Mail |
| NOA - Counsel for Cross River Bank | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani<br>51 Madison Ave, 22nd Fl<br>New York, NY 10010 | susheelkirpalani@quinnemanuel.com | Email |
| NOA - Counsel for Cross River Bank | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Matthew R. Scheck<br>300 W 6th St, Ste 2010<br>Austin, TX 78701 | matthewscheck@quinnemanuel.com | Email |
| Debtors' Counsel | Richards, Layton & Finger, PA | Attn: Daniel J. DeFranceschi<br>Attn: Amanda R. Steele<br>Attn: Zachary I. Shapiro<br>Attn: Matthew P. Milana<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | defranceschi@rlf.com<br>steele@rlf.com<br>shapiro@rlf.com<br>milana@rlf.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | RSM US LLP | Attn: Ben Brockman<br>30 South Wacker Drive, Ste 3300<br>Chicago, IL 60606 | Ben.Brockman@rsmus.com | Email<br>First Class Mail |
| Government Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission | New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | First Class Mail |
| Securities and Exchange Commission | Securities & Exchange Commission | New York Regional Office<br>Attn: Antonia Apps<br>100 Pearl St., Suite 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Slack Technologies, LLC | Attn: David Schellhase, General Counsel<br>500 Howard St<br>San Francisco, CA 94105 | | First Class Mail |
| Government Agencies | Small Business Administration | 409 3rd St SW<br>Washington, D.C. 20416 | | First Class Mail |
| Government Agencies | Small Business Administration | Attn: Susan Streich<br>Attn: Christine Nell<br>Attn: Eric S. Benderson<br>409 3rd St SW, Ste 7211<br>Washington, D.C. 20416 | susan.streich@sba.gov<br>christine.nell@sba.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Small Business Bureau | Attn: Susan Streich<br>Attn: Eric Benderson<br>409 3rd St SW, Ste 7211<br>Washington, DC 20002 | susan.streich@sba.gov<br>eric.benderson@sba.gov | Email<br>First Class Mail |
| Attorneys General | State of Delaware Attorney General | Office of the Attorney General<br>Attn: Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801 | | First Class Mail |
| NOA - Counsel for American Express | Sullivan & Cromwell LLP | Attn: James L Bromley<br>125 Broad St<br>New York, NY 10004-2498 | bromleyj@sullcrom.com | Email |
| NOA - Counsel to Customer Bank | Sullivan Hazeltine Allinson LLC | Attn: William A. Hazeltine<br>919 N Market St, Ste 420<br>Wilmington, DE 19801 | whazeltine@sha-llc.com | Email |
| 30 Largest Unsecured Claims (Consolidated) | Thomas E. Austin Jr., LLC | Attn: Thomas E. Austin Jr<br>2625 Piedmont Rd NE, Ste 56-330<br>Atlanta, GA 30324 | taustin@taustinlaw.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | TKCG, Inc. | Attn: Lisa Williams, Executive VP<br>981 Joseph Lowery Blvd NW, Ste 100<br>Atlanta, GA 30318 | williams@trevelinokeller.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Transunion Risk And Alternative Data Solutions | Attn: Steven Littman<br>4530 Conference Way South<br>Boca Raton, FL 33431 | steven.littman@transunion.com | Email<br>First Class Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Diane Seol<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Diane.Seol@usdoj.gov | Email<br>First Class Mail |
| US Attorney | U.S. Attorney's Office | Eastern District of Texas, Civil Division<br>Attn: Betty Young<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | Betty.Young@usdoj.gov | Email<br>First Class Mail |
| US Attorney | U.S. Attorney's Office | District of Massachusetts, Civil Division<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | Brian.LaMacchia@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the District of Massachusetts | Attn: Sarah Loucks, Esq.<br>Attn: Brian LaMacchia<br>One Courthouse Way, Ste 9200<br>Boston, MA 02210 | sarah.e.loucks@usdoj.gov<br>brian.lamacchia@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Attorney's Office for the Eastern District of Texas Civil Division | Attn: Betty Young, Esq.<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701 | betty.young@usdoj.gov | Email<br>First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Government Agencies | U.S. Department of Justice | Civil Division, Commercial Litigation Branch, Fraud Section<br>Attn: Sarah Loucks<br>175 N Street NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov | Email<br>First Class Mail |
| NOA - Counsel for the United States of America | U.S. Department of Justice | Attn: Alastair M. Gesmundo<br>P.O. Box 875<br>Civil Division<br>Ben Franklin Station<br>Washington, D.C. 20044 | Alastair.M.Gesmundo@usdoj.gov | Email |
| 30 Largest Unsecured Claims (Consolidated) | U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section | Attn: Sarah Loucks, Esq.<br>Attn: Alastair M. Gesmundo<br>175 N St NE, Room 10.1806<br>Washington, DC 20002 | Sarah.E.Loucks@usdoj.gov<br>Alastair.M.Gesmundo@usdoj.gov | Email<br>First Class Mail |
| Government Agencies | U.S. Small Business Administration | Attn: Edward Ledford, Deputy Director, Office of Credit Risk Management<br>409 Third St SW, 8th Fl<br>Washington, DC 20416 | edward.ledford@sba.gov | Email<br>First Class Mail |
| Attorneys General | United States Attorney General | Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, D.C. 20530 | | First Class Mail |
| US Trustee | United States Trustee | Attn: Richard L. Schepacarter<br>Attn: Rosa Sierra-Fox<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | richard.schepacarter@usdoj.gov;<br>rosa.sierra-fox@usdoj.gov | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | URS Technologies Solutions LLC | Attn: Mukesh Chamedia<br>1100 Green St, Ste 203<br>Iselin, NJ 08830 | mukesh@blucognition.com | Email<br>First Class Mail |
| US Attorney | US Attorney for the District of Delaware | Attn: David C. Weiss<br>Hercules Bldg<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Vaco LLC | Attn: Shannon Gwinner<br>115 Perimeter Center Place NE, Ste 950<br>Atlanta, GA 30346 | sgwinner@vaco.com | Email<br>First Class Mail |
| 30 Largest Unsecured Claims (Consolidated) | Vital Outsourcing Services Inc. | Attn: Ken Braddock<br>4775 Peachtree Industrial Blvd, Ste 310<br>Berkley Lake, GA 30092 | kbraddock@vitasolutions.net | Email<br>First Class Mail |
| Debtors' Counsel | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock<br>Atttn: Natasha S. Hwangpo<br>Attn: Chase A. Bentley<br>767 Fifth Ave<br>New York, NY 10153 | ray.schrock@weil.com;<br>natasha.hwangpo@weil.com;<br>chase.bentley@weil.com | Email |
| Government Agencies | Wilmington Savings Fund Society, FSB | As the Trustee of Small Business Loan Asset Trust<br>500 Delaware Ave, 11th Fl<br>Wilmington, DE 19801 | | First Class Mail |
| NOA - Counsel to the Federal Reserve Bank of San Francisco | Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K. Morgan<br>Attn: Sean Greecher<br>Attn: Ryan M. Bartley<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>sgreecher@ycst.com;<br>rbartley@ycst.com | Email |
| Federal Reserve Bank | Young Conaway Stargatt & Taylor, LLP. | Attn: Pauline K. Morgan<br>Attn: Ryan M. Bartley<br>Attn: Sean T. Greecher<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | pmorgan@ycst.com<br>rbartley@ycst.com<br>sgreecher@ycst.com | Email<br>First Class Mail |

## **EXHIBIT B**

**Exhibit B**
**Service List**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| Counsel for Paul Pietschner | Goldberg Kohn LTD | Randall L. Klein | randall.klein@goldbergkohn.com | Email |
| Counsel for Paul Pietschner | Goldberg Kohn LTD | William C. Meyers | prisca.kim@goldbergkohn.com | Email |
| Counsel for Paul Pietschner | Goldberg Kohn LTD | Prisca M. Kim | william.meyers@goldbergkohn.com | Email |
| Counsel for Paul Pietschner | Morris Nichols Arsht & Tunnell | Robert J. Dehney | rdehney@morrisnichols.com | Email |
| Counsel for Lead Plaintiffs and Putative Class Members | White and Williams LLP | Rochelle L. Gumapac | gumapacr@whiteandwilliams.com | Email |

# **EXHIBIT C**

Case 22-10951-CTG    Doc 794    Filed 04/26/23    Page 9 of 13

# Mailing Information for Case 22-10951-CTG

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Derek C. Abbott**   dabbott@morrisnichols.com, derek-abbott-1155@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Ryan M. Bartley**   bankfilings@ycst.com
- **Kate R. Buck**   kbuck@mccarter.com
- **Anthony W. Clark**   Anthony.Clark@gtlaw.com, zerber@gtlaw.com
- **Scott D. Cousins**   scott.cousins@cousins-law.com
- **Daniel J. DeFranceschi**   defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Robert J. Dehney**   rdehney@mnat.com, robert-dehney-4464@ecf.pacerpro.com;brendan-cornely-7012@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Kathleen G. Furr**   kfurr@bakerdonelson.com, smeadows@bakerdonelson.com;ali.lowe@bakerdonelson.com
- **Alastair Gesmundo**   Alastair.M.Gesmundo@usdoj.gov
- **Sean T. Greecher**   sgreecher@ycst.com
- **Rochelle Gumapac**   gumapacr@whiteandwilliams.com
- **William A. Hazeltine**   Bankruptcy001@sha-llc.com
- **Scott D Jones**   scott.jones@cousins-law.com, kmccloskey@bayardlaw.com
- **David Bruce Kurzweil**   kurzweild@gtlaw.com, brattons@gtlaw.com;thompsonmich@gtlaw.com;wagnerje@gtlaw.com
- **Huiqi Liu**   liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com
- **Dennis A. Meloro**   melorod@gtlaw.com, bankruptcydel@gtlaw.com;melorod@gtlaw.com;dennis-meloro-3182@ecf.pacerpro.com
- **Matthew P. Milana**   milana@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **John J. Monaghan**   bos-bankruptcy@hklaw.com
- **Erika Morabito**   emorabito@foley.com
- **Pauline K. Morgan**   pmorgan@ycst.com
- **Isaac Nesser**   isaacnesser@quinnemanuel.com
- **Kenneth Peters**   kpeters@dresslerpeters.com, rmccandless@dresslerpeters.com
- **Matthew A Petrie**   petriem@gtlaw.com
- **Reliable Companies**   gmatthews@reliable-co.com
- **Richard L. Schepacarter**   richard.schepacarter@usdoj.gov
- **Lisa M. Schweitzer**   lschweitzer@cgsh.com, maofiling@cgsh.com
- **Zachary I Shapiro**   shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **Rosa Sierra-Fox**   rosa.sierra@usdoj.gov, rosa.sierra-fox@usdoj.gov
- **Amanda R. Steele**   steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- **William D. Sullivan**   wdsecfnotices@sha-llc.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Gregory W. Werkheiser**   gwerkheiser@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Jonathan Michael Weyand**   jweyand@morrisnichols.com, rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Susheel Kirpalani**
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Avenue
22nd Floor
NEW York, NY 10010

**AlixPartners, LLP**
,

**Candace Arthur**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Chase Bentley**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**James L. Bromley**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

**Kristin Corbett**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Amanda Flug Davidoff**
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006-5215

**Greenberg Traurig, LLP**
,

**Brian E. Greer**
One Vanderbilt Avenue
New York, NY 10017

**Natasha S. Hwangpo**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Jones Day**
,

**Jacob Juneau**

,

**Robert F. Longtin**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010

**William C. Meyers**
Goldberg Kohn Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603

**Richard C. Minott**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Omni Agent Solutions**

,

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Matthew R. Scheck**
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th St.
Suite 2010
Austin, TX 78701

**Ray C. Schrock**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

**Richard W. Slack**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Jeremy M. Sternberg**
Holland & Knight LLP
10 St. James Ave
11th Floor
Boston, MA 02116

**The Juneau Group, LLC**

,

**Theodore E. Tsekerides**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY

**Weil, Gotshal & Manges LLP**

,

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.