IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
: 
In re : Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
:
Debtors.[1] : (Jointly Administered)
:
: Obj. Deadline: May 16, 2023 at 4:00 p.m. (ET)
: Hearing Date: May 25, 2023 at 10:00 a.m. (ET)
--------------------------------------------------------------- x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on May 2, 2023, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Motion for an Order (I) Further Extending the Deadline by Which the Debtors May Remove Civil Actions, and (II) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **May 16, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Motion, if required, will be held before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **May 25, 2023 at 10:00 a.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

2

**(prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

RLF1 28928030v.1

Dated: May 2, 2023
Wilmington, Delaware

        */s/ Matthew P. Milana*
        RICHARDS, LAYTON & FINGER, P.A.
        Daniel J. DeFranceschi, Esq. (No. 2732)
        Amanda R. Steele, Esq. (No. 5530)
        Zachary I. Shapiro, Esq. (No. 5103)
        Matthew P. Milana, Esq. (No. 6681)
        One Rodney Square
        920 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 651-7700
        E-mail: defranceschi@rlf.com
                steele@rlf.com
                shapiro@rlf.com
                milana@rlf.com

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Ray C. Schrock, Esq. (admitted *pro hac vice*)
        Candace M. Arthur, Esq. (admitted *pro hac vice*)
        Natasha S. Hwangpo, Esq. (admitted *pro hac vice*)
        Chase A. Bentley, Esq. (admitted *pro hac vice*)
        767 Fifth Avenue
        New York, New York 10153
        Telephone:   (212) 310-8000
        E-mail:   ray.schrock@weil.com
                candace.arthur@weil.com
                natasha.hwangpo@weil.com
                chase.bentley@weil.com

        *Attorneys for Debtors and Debtors in Possession*

RLF1 28928030v.1