## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2023, I electronically filed the foregoing *Certification of Counsel Submitting Proposed Order Approving Stipulation* with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Alastair M. Gesmundo*
ALASTAIR M. GESMUNDO
Commercial Litigation Branch
Civil Division
United States Department of Justice