**Exhibit A**



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

April 13, 2023

KServicing Inc - 327

**Invoice Number: 11547**
Invoice Period: 03-01-2023 - 03-31-2023

Payment Terms: Upon Receipt

**RE: Balloting**

## Balloting

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-01-2023 | Michelle Ignacio | Create Invalid Ballots report | 1.00 | 175.00 | 175.00 |
| 03-01-2023 | Michelle Ignacio | Prepare ballot tabulation report | 1.00 | 175.00 | 175.00 |
| 03-01-2023 | Jeriad Paul | Review comments re Opt Out and Invalid ballots reports and coordinate with Case Management and IT Team regarding same | 1.20 | 187.50 | 225.00 |
| 03-01-2023 | Kim Steverson | Review comments re Opt Out and Invalid ballots reports and coordinate with Solicitation and Balloting Team and IT Team regarding same | 1.20 | 187.50 | 225.00 |
| 03-01-2023 | Kim Steverson | Email L. Castillo @ Weil re balloting inquiry | 0.20 | 187.50 | 37.50 |
| 03-01-2023 | Kim Steverson | Review Disclosure Statement Order and coordinate with Balloting and IT Teams regarding reports for voting certification | 0.40 | 187.50 | 75.00 |
| 03-01-2023 | Jeriad Paul | Review e-mail received and respond to IT @ Omni re Opt Out Report by Debtor | 0.10 | 187.50 | 18.75 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-01-2023 | Jeriad Paul | Review e-mail received and respond to IT @ Omni re Invalid Ballot Report | 0.10 | 187.50 | 18.75 |
| 03-01-2023 | Jeriad Paul | Review e-mail received and respond to IT @ Omni re creation of Tabulation Report Summary | 0.10 | 187.50 | 18.75 |
| 03-01-2023 | Jeriad Paul | Email tabulation reports to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.20 | 187.50 | 37.50 |
| 03-01-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.20 | 100.00 | 20.00 |
| 03-01-2023 | Michelle Ignacio | Create Opt Out forms report | 1.00 | 175.00 | 175.00 |
| 03-01-2023 | Jeriad Paul | Review Disclosure Statement Order and coordinate with Case Management and IT Teams regarding reports for voting certification | 0.40 | 187.50 | 75.00 |
| 03-02-2023 | Kim Steverson | Email N. Hwangpo @ Weil re Tabulation Reports | 0.20 | 187.50 | 37.50 |
| 03-02-2023 | Kim Steverson | Coordinate with Balloting Team re updating ballot report and summary | 0.50 | 187.50 | 93.75 |
| 03-02-2023 | Carolyn Cashman | Verify processed ballots | 0.20 | 150.00 | 30.00 |
| 03-02-2023 | Paula Gray | Process incoming ballots | 0.40 | 100.00 | 40.00 |
| 03-02-2023 | Ashley Dionisio | Process incoming ballots | 0.30 | 130.00 | 39.00 |
| 03-02-2023 | Paula Gray | Prepare ballot tabulation reports | 0.20 | 100.00 | 20.00 |
| 03-02-2023 | Paula Gray | Create and distribute ballot tabulation reports to interested parties | 0.10 | 100.00 | 10.00 |
| 03-02-2023 | Michelle Ignacio | Prepare summary tabulation report | 0.20 | 175.00 | 35.00 |
| 03-02-2023 | Jennifer Lizakowski | Correspond with P. Gray re: Ballot Report | 0.20 | 150.00 | 30.00 |
| 03-02-2023 | Jennifer Lizakowski | Perform QC on Ballot Reports | 0.60 | 150.00 | 90.00 |
| 03-02-2023 | Jennifer | Call with J. Paul and K. Steverson re: Ballot Report | 0.20 | 150.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Lizakowski | | | | |
| 03-02-2023 | Kim Steverson | Review file and Draft Voting Certification | 3.10 | 187.50 | 581.25 |
| 03-02-2023 | Kim Steverson | Email Weil and RLF Teams regarding required information and exhibits to Voting Certification | 0.60 | 187.50 | 112.50 |
| 03-02-2023 | Jeriad Paul | Coordinate with Case Management re updating ballot report and summary | 0.50 | 187.50 | 93.75 |
| 03-03-2023 | Kim Steverson | Review and extensively revise Voting Certification | 2.60 | 187.50 | 487.50 |
| 03-03-2023 | Jeriad Paul | Email revised Opt-Out report to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF | 0.20 | 187.50 | 37.50 |
| 03-03-2023 | Jeriad Paul | Email to T. Thoroddsen @ AP; N. Hwangpo, C. Aurther @ Weil; Z. Shapiro @ RLF re Tabulation Summary, Invalid Ballots and Opt-Out Report | 0.20 | 187.50 | 37.50 |
| 03-03-2023 | Kim Steverson | Meet with A. Miller to review draft Voting Certification | 0.40 | 187.50 | 75.00 |
| 03-06-2023 | Jeriad Paul | Prepare/distribute ballot tabulation reports to interested parties | 0.60 | 187.50 | 112.50 |
| 03-07-2023 | Javon Couch | Update documentation tracker for files & email sent by K. Steverson re revised voting declaration | 0.10 | 130.00 | 13.00 |
| 03-07-2023 | Emma Guandique | Prepare ballot tabulation reports | 1.70 | 100.00 | 170.00 |
| 03-07-2023 | Jeriad Paul | Prepare/distribute ballot tabulation reports to interested parties | 1.30 | 187.50 | 243.75 |
| 03-07-2023 | Kim Steverson | Review and revise voting declaration incorporating counsel's comments | 1.30 | 187.50 | 243.75 |
| 03-07-2023 | Kim Steverson | Review ballot reports and oordinate with Solicitation and Balloting Team regarding updating and revisions to same | 1.00 | 187.50 | 187.50 |
| 03-08-2023 | Michelle Ignacio | Prepare and revise customized tabulation report | 0.50 | 175.00 | 87.50 |
| 03-08-2023 | Emma Guandique | Process incoming ballots | 0.30 | 100.00 | 30.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-08-2023 | Emma Guandique | Prepare ballot tabulation reports | 0.20 | 100.00 | 20.00 |
| 03-08-2023 | Jeriad Paul | Prepare/distribute ballot tabulation reports to interested parties | 0.80 | 187.50 | 150.00 |
| 03-08-2023 | Jeriad Paul | Review e-mails received and respond to L. Castillo @ Weil re Voting Declaration exhibits | 0.40 | 187.50 | 75.00 |
| 03-08-2023 | Kim Steverson | Coordinate with Solicitation and Balloting Team regarding updates to exhibits to Voting Declaration | 1.00 | 187.50 | 187.50 |
| 03-08-2023 | Kim Steverson | Email A. Steele @ RLF re Confirmation Hearing | 0.20 | 187.50 | 37.50 |
| 03-09-2023 | Javon Couch | Update documentation tracker for files & email received from L. Castillo re voting declaration revised draft | 0.10 | 130.00 | 13.00 |
| 03-09-2023 | Kim Steverson | Email L. Castillo @ Weil regarding Voting Declaration | 0.20 | 187.50 | 37.50 |
| 03-09-2023 | Kim Steverson | Review Voting Declaration and Exhibits | 0.50 | 187.50 | 93.75 |
| 03-10-2023 | Kim Steverson | Register for appearance at Confirmation Hearing | 0.20 | 187.50 | 37.50 |
| 03-10-2023 | Kim Steverson | Email A. Steele @ RLF re appearance at confirmation hearing | 0.20 | 187.50 | 37.50 |
| 03-13-2023 | Kim Steverson | Prepare for and attend confirmation hearing | 2.00 | 187.50 | 375.00 |
| 03-15-2023 | Kim Steverson | Review Confirmation Order and Letter Ruling | 0.30 | 187.50 | 56.25 |
| 03-20-2023 | David Neece | Update case site regarding e-balloting application | 0.30 | 139.50 | 41.85 |
| | | | **Total** | | 5,406.85 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Ashley Dionisio | 0.30 | 130.00 | 39.00 |
| Carolyn Cashman | 0.20 | 150.00 | 30.00 |
| David Neece | 0.30 | 139.50 | 41.85 |
| Emma Guandique | 2.40 | 100.00 | 240.00 |
| Javon Couch | 0.20 | 130.00 | 26.00 |
| Jennifer Lizakowski | 1.00 | 150.00 | 150.00 |
| Jeriad Paul | 6.10 | 187.50 | 1,143.75 |

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Kim Steverson | 16.10 | 187.50 | 3,018.75 |
| Michelle Ignacio | 3.70 | 175.00 | 647.50 |
| Paula Gray | 0.70 | 100.00 | 70.00 |
| **Total** | | | 5,406.85 |

| | |
|---|---|
| **Total for this Invoice** | 5,406.85 |
| **Previous Balance** | 13,134.35 |
| **Total Amount to Pay** | 18,541.20 |