**Exhibit A**

# JONES DAY

**Atlanta Office**
1221 Peachtree Street, NE
Suite 400
Atlanta, GA  30361
**(404) 521-3939**
**Federal Identification Number:  34-0319085**

April 25, 2023                                                                                                                         102496
                                                                                                                          Invoice: 231602021

KServicing Corporation
925B Peachtree Street NE
Suite 1688
Atlanta, GA  30309
United States of America

For legal services rendered for the period through March 31, 2023:

|  | Hours |  | Amount |
|---|---:|---|---:|
| Case Administration | 0.70 |  | 332.50 |
| Department of Justice Investigations | 37.80 |  | 34,357.50 |
| Professional Retention/Fee Issues | 2.20 |  | 2,567.50 |
| Fee Application Preparation | 4.00 |  | 3,495.00 |
| Total Fees | 44.70 | USD | 40,752.50 |

### Disbursement & Charges Summary

| | | | |
|---|---:|---|---:|
| Consultants and Agents Fees | 5,928.75 | | |
| Hosting Charges | 4,952.92 | | |
| | | USD | 10,881.67 |
| **TOTAL** | | **USD** | **51,634.17** |

# JONES DAY

102496                                                                     Page: 2
April 25, 2023
KServicing Corporation                  Invoice: 231602021

Timekeeper/Fee Earner Summary – March 31, 2023

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| A E Lelling | Partner | 1996 | 10.30 | 1,400.00 | 14,420.00 |
| D J Merrett | Partner | 2007 | 4.30 | 1,200.00 | 5,160.00 |
| Total | | | 14.60 | | 19,580.00 |
| B N Wilhelm | Associate | 2017 | 27.50 | 725.00 | 19,937.50 |
| Total | | | 27.50 | | 19,937.50 |
| C L Smith | Paralegal | | 2.60 | 475.00 | 1,235.00 |
| Total | | | 2.60 | | 1,235.00 |
| **Total** | | | **44.70** | **USD** | **40,752.50** |

# JONES DAY

102496                                                                                                                                             Page: 3
April 25, 2023
KServicing Corporation                                                                               Invoice: 231602021

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

**Case Administration**

| | | | |
|---|---|---|---|
| 03/06/23 | C L Smith | 0.20 | 95.00 |

Review and distribute docket (.10); obtain recently filed documents and update electronic file management system with same (.10).

| 03/13/23 | C L Smith | 0.20 | 95.00 |
|---|---|---|---|

Review and distribute docket (.10); obtain recently filed documents and update electronic file management system with same (.10).

| 03/20/23 | C L Smith | 0.20 | 95.00 |
|---|---|---|---|

Review and distribute docket (.10); obtain recently filed documents and update electronic file management system with same (.10).

| 03/27/23 | C L Smith | 0.10 | 47.50 |
|---|---|---|---|

Review and distribute docket.

| | **Matter Total** | **0.70**     USD | **332.50** |
|---|---|---|---|

**Department of Justice Investigations**

| 03/01/23 | A E Lelling | 0.70 | 980.00 |
|---|---|---|---|

Analyze petition to enforce CID (.40); communicate with Wilhelm concerning same (.30).

| 03/20/23 | B N Wilhelm | 0.70 | 507.50 |
|---|---|---|---|

Communicate with Lelling and Hall (Jamila Hall Law) regarding response to civil investigative demand.

| 03/21/23 | A E Lelling | 0.60 | 840.00 |
|---|---|---|---|

Review CID in Boston matter and court order related to CID (.20); research on CID issues (.40).

| 03/22/23 | A E Lelling | 2.10 | 2,940.00 |
|---|---|---|---|

Call with Demitrack concerning production issues (.30); call with Willhelm regarding production issues (.30); conference call with Department of Justice lawyers, Arthur (Weil), Hall, Wilhelm, concerning production issues (.60); follow up call with Wilhelm concerning production issues (.40); follow up email to Hall, Wilhelm and Arthur concerning production issues (.50).

| 03/22/23 | B N Wilhelm | 1.80 | 1,305.00 |
|---|---|---|---|

Communicate with Lelling regarding status of civil investigative demand response and pending court order (0.5); call with Arthur and Hwangpo (Weil), LaMacchia, Loucks, and Seol (DOJ), Hall (Jamila Hall Law) and Lelling regarding response to civil investigative demand (0.5); analyze civil investigative demand interrogatories (0.3); call with Arthur and Hwangpo (Weil), Loiseau (KServicing), and Hall (Jamila Hall Law) regarding strategy of response to DOJ (0.5).

| 03/23/23 | A E Lelling | 1.10 | 1,540.00 |
|---|---|---|---|

Coordinate with Wilhelm concerning CID production issues (.30); review and analyze CID, related court order and related correspondence (.40); correspondence with Wilhelm and Hall concerning production issues (.30).

| 03/23/23 | B N Wilhelm | 1.60 | 1,160.00 |
|---|---|---|---|

Research case law regarding interaction of attorney-client privilege and Rule 408.

# JONES DAY

102496                                                                                                        Page: 4
April 25, 2023
KServicing Corporation                          Invoice: 231602021

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 03/24/23 | B N Wilhelm | 1.60 | 1,160.00 |

Strategize with Lelling and Hall (Jamila Hall Law) regarding response to civil investigative demand (0.7); communicate with Pintilie, Fresch, and Klass (Forensic Risk Alliance) regarding updated loan list (0.4); call with Arthur and Hwangpo (Weil), Hall (Jamila Hall Law), and LaMacchia, Loucks, Seol, and Gesmundo (DOJ) regarding settlement discussions (0.5).

| 03/27/23 | A E Lelling | 1.60 | 2,240.00 |
|---|---|---|---|

Prepare for (.40) and participate in (.50) call with Hall, Wilhelm, Loiseau, Hwangpo and Arthur concerning DOJ settlement process and document requests; follow up email with Wilhelm and Hall concerning production issues (.30); call with Wilhelm concerning production issues (.40).

| 03/28/23 | B N Wilhelm | 2.70 | 1,957.50 |
|---|---|---|---|

Call with Arthur and Hwangpo (Weil), Lelling, Hall (Jamila Hall Law), and Loiseau (KServicing) regarding DOJ settlement discussions and term sheet (0.5); communicate with Hall (Jamila Hall Law) and Lelling regarding strategy for civil investigative demand response (0.5); begin outlining civil investigative demand response (1.7).

| 03/28/23 | B N Wilhelm | 0.50 | 362.50 |
|---|---|---|---|

Call with Kelkar (Dentons) and DOJ regarding preparation of KServicing witness for testimony in criminal trial.

| 03/29/23 | A E Lelling | 2.30 | 3,220.00 |
|---|---|---|---|

Review and comment on DOJ term sheet drafts, proposals regarding SBA, and proposals regarding CID responses (1.80); responses to Wilhelm concerning government responses (.50).

| 03/29/23 | B N Wilhelm | 6.30 | 4,567.50 |
|---|---|---|---|

Draft detailed response to civil investigative demand outlining history related to document request and responding to interrogatories (5.8); communicate with Pintilie, Fresch, and Klass (Forensic Risk Alliance) regarding follow-up questions on loan list (0.5).

| 03/30/23 | A E Lelling | 1.90 | 2,660.00 |
|---|---|---|---|

Call with Wilhelm concerning CID responses to DOJ (.60); revise draft letter and interrogatory response to DOJ (1.30).

| 03/30/23 | B N Wilhelm | 6.50 | 4,712.50 |
|---|---|---|---|

Call with Loucks, LaMacchia, Seol, and Gesmundo (DOJ), Arthur and Hwangpo (Weil), Hall (Jamila Hall Law), and Lelling regarding status of settlement discussions (0.5); participate in settlement conference with DOJ (3.8); draft appendix to civil investigative demand response letter detailing loan list (2.2).

| 03/30/23 | B N Wilhelm | 1.00 | 725.00 |
|---|---|---|---|

Communicate with Lelling and Hall (Jamila Hall Law) regarding issues from DOJ settlement conference.

| 03/31/23 | B N Wilhelm | 4.80 | 3,480.00 |
|---|---|---|---|

Finalize letter response to DOJ civil investigative demand and appendix (1.2); analyze communications from Loucks, LaMacchia, and Seol (DOJ) in response to CID response (0.8); revise draft DOJ term sheet based on communications with Loiseau (KServicing) and Hall (Jamila Hall Law) (2.8).

|  | **Matter Total** | **37.80** | **USD**     **34,357.50** |
|---|---|---|---|

**Professional Retention/Fee Issues**

# JONES DAY

102496                                                                              Page: 5

April 25, 2023

KServicing Corporation                            Invoice: 231602021

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| 03/01/23 | D J Merrett | 0.20 | | 240.00 |
| | Communicate with Perrella (Alix) regarding February fee estimate. | | | |
| 03/02/23 | C L Smith | 0.10 | | 47.50 |
| | Emails with Raymond, Clay regarding receipt of payment and related matters. | | | |
| 03/09/23 | D J Merrett | 0.60 | | 720.00 |
| | Communicate with Milana (RLF) regarding fee issues (.20); communicate with Perrella (Alix) regarding budget (.20); review summary of same (.20). | | | |
| 03/20/23 | D J Merrett | 1.30 | | 1,560.00 |
| | Review and revise budget and staffing plan (1.10); communicate with Perrella (Alix) regarding same (.20). | | | |
| | **Matter Total** | **2.20** | **USD** | **2,567.50** |

**Fee Application Preparation**

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| 03/06/23 | D J Merrett | 0.40 | | 480.00 |
| | Communicate with Shapiro (RLF) regarding docketing of fourth monthly fee application (.20); communicate with Smith regarding same (.20). | | | |
| 03/20/23 | C L Smith | 0.10 | | 47.50 |
| | Emails with Clay, Merrett regarding Jones Day February 2023 invoice matters. | | | |
| 03/22/23 | C L Smith | 1.10 | | 522.50 |
| | Review and comment on invoice for privilege and compliance (.10); communications with Merrett regarding monthly application (.20); review confirmation order in connection with same (.10); draft monthly application (.70). | | | |
| 03/24/23 | D J Merrett | 1.20 | | 1,440.00 |
| | Review and revise February fee application (1.10); communicate with Lelling regarding same (.10). | | | |
| 03/24/23 | C L Smith | 0.40 | | 190.00 |
| | Revise monthly application (.20); draft email to Merrett regarding same (.10); emails with Clay regarding information for monthly application (.10). | | | |
| 03/27/23 | D J Merrett | 0.60 | | 720.00 |
| | Finalize February fee application (.40); communicate with Shapiro (RLF) regarding same (.20). | | | |
| 03/27/23 | C L Smith | 0.20 | | 95.00 |
| | Communications with Clay regarding information for monthly application (.10); review same (.10). | | | |
| | **Matter Total** | **4.00** | **USD** | **3,495.00** |