## Exhibit B

# JONES DAY

102496

KServicing Corporation

Page: 6
April 25, 2023
Invoice: 231602021

Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|---------------------------|----------|--------|-------|
| **DOJ Investigations** | | | | |
| **HOSTING CHARGES** | | | | |
| 03/10/23 | D A Doell | ATL | 4,876.20 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100278803; Date: 3/6/2023 | | | |
| 03/31/23 | D A Doell | ATL | 76.72 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD071054; Date: 3/31/2023 | | | |
| **Hosting Charges Subtotal** | | | | **4,952.92** |
| | **Matter Total** | | **USD** | **4,952.92** |
| **Case Administration** | | | | |
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 04/14/23 | A E Lelling | NYC | 5,928.75 | |
| | Vendor: Forensic Risk Alliance, Inc; Invoice#: US125_0014; Date: 4/10/2023 (March 2023) | | | |
| **Consultants and Agents Fees Subtotal** | | | | **5,928.75** |
| | **Matter Total** | | **USD** | **5,928.75** |