**<u>Exhibit C</u>**



**Forensic Risk Alliance Inc.**
**2550 M Street NW**
**Washington, DC 20037**
**United States**

**INVOICE TO:**

| | | |
|---|---|---|
| Jones Day | KServicing Corp | **SALES INVOICE:** |
| Attn: Andrew E. Lelling | Att: Holly Loiseau | US125_0014 |
| 100 High Street | 730 Peachtree Street NE, Suite 1100 | Monday, April 10, 2023 |
| Boston, MA 02210-1781 | Atlanta, GA 30308 | In case of query, |
| | | Tel: +1 (202) 627-6580 |
| Service period: March 1 - 31, 2023 | | areceivable@forensicrisk.com |

**PPP Loan Review**
**Consulting Summary**

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Ash Klass | 1.50 | 720.00 | 1,080.00 |
| Ruth Ellen Pintilie | 6.75 | 660.00 | 4,455.00 |
| Yishi Huang | 0.75 | 525.00 | 393.75 |
| **Total** | **9.00** | | **$5,928.75** |

**Grand Total** $5,928.75

**TOTAL DUE WITHIN 30 DAYS** $5,928.75

Remit Funds To:
HSBC Bank USA, N.A.
452 Fifth Ave New York NY 10018
Account: Forensic Risk Alliance Inc.
Routing No: 021001088
Account No: 000287474 (US Dollar Account)
Swift: MRMDUS33

*NOTICE: This invoice is subject to FRA's standard terms and conditions of sale or to the terms and conditions contained in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 2% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.*

www.forensicrisk.com
UK | US | France | Switzerland | UAE