## Exhibit B

**Summary and Description of AlixPartners' Expenses**

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:         Expenses
Code:       20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 03/08/2023 | Lodging - Delaware - Deborah Rieger-Paganis | $ 375.00 |
| 03/08/2023 | Airfare - Thora Thoroddsen 2023-03-12 MCO- PHL | 617.73 |
| 03/09/2023 | Postage/Messenger/Couri-FedEx | 71.40 |
| 03/09/2023 | Airfare - James Nelson 2023-03-12 BOS- BWI | 308.87 |
| 03/10/2023 | Train - Deborah Rieger-Paganis - Wilmington, DE | 345.00 |
| 03/10/2023 | Internet Access James Nelson | 49.95 |
| 03/12/2023 | Individual Meal  Deborah Rieger-Paganis - Lunch | 35.00 |
| 03/12/2023 | Individual Meal  Deborah Rieger-Paganis - Lunch | 11.61 |
| 03/12/2023 | Individual Meal  Deborah Rieger-Paganis - Dinner | 75.00 |
| 03/12/2023 | Taxi/Car Service Deborah Rieger-Paganis Train station to Hotel | 8.05 |
| 03/12/2023 | Individual Meal  James Nelson - Breakfast | 10.00 |
| 03/12/2023 | Individual Meal  James Nelson - Lunch | 24.75 |
| 03/12/2023 | Taxi/Car Service James Nelson Home to Airport | 43.21 |
| 03/12/2023 | Train James Nelson - Wilmington, DE | 126.00 |
| 03/12/2023 | Travel Agency Fee James Nelson | 9.00 |
| 03/12/2023 | Lodging Thora Thoroddsen - Hotel DuPont - Wilmington, DE  2023-03-12 2023-03-13 | 328.90 |
| 03/12/2023 | Taxi/Car Service Thora Thoroddsen Home to MCO Airport | 150.00 |
| 03/12/2023 | Taxi/Car Service Thora Thoroddsen Phl Airport to Hotel | 110.36 |
| 03/13/2023 | Train Deborah Rieger-Paganis - CRT | 58.00 |
| 03/13/2023 | Train Deborah Rieger-Paganis - NYP | 44.00 |
| 03/13/2023 | Lodging James Nelson - Travel Reservations, Seattle, WA 2023-03-13 2023-03-14 | 395.51 |
| 03/13/2023 | Individual Meal  James Nelson - Dinner | 78.85 |
| 03/13/2023 | Individual Meal  James Nelson - Breakfast | 10.00 |
| 03/13/2023 | Taxi/Car Service James Nelson Wilmington to Phladelphia Airport | 73.04 |
| 03/13/2023 | Airfare James Nelson 2023-03-13 PHL- BOS | 304.96 |
| 03/14/2023 | Taxi/Car Service James Nelson Bos Airport to Home | 80.78 |

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:         Expenses
Code:       20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 03/20/2023 | Airfare James Nelson 2023-03-21 BOS- JFK | 419.25 |
| 03/21/2023 | Lodging James Nelson - The Park Lane Hotel - New York, NY 2023-03-21 2023-03-23 | 1,100.00 |
| 03/21/2023 | Group Meal  -  James Nelson - Dinner - Nicholas Lobiondo; James Nelson; Anthony Perrella | 192.31 |
| 03/21/2023 | Taxi/Car Service James Nelson Home to Bos Airport | 47.00 |
| 03/21/2023 | Public Transportation James Nelson | 20.00 |
| 03/22/2023 | Individual Meal  James Nelson - Breakfast | 10.00 |
| 03/22/2023 | Taxi/Car Service James Nelson Airport to NYC | 58.23 |
| 03/23/2023 | Individual Meal  James Nelson - Dinner | 75.00 |
| 03/23/2023 | Taxi/Car Service James Nelson Airport to Home | 67.54 |
| 03/23/2023 | Taxi/Car Service James Nelson NYC to Airport | 79.64 |
| **Total Expenses** | | **$ 5,813.94** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Client: 20006554P00002

| Expenses | Amount |
|---|---:|
| Airfare | 1,659.81 |
| Ground Transportation | 1,310.85 |
| Lodging | 2,199.41 |
| Meals | 522.52 |
| Phone & Internet | 49.95 |
| Postage & Courier | 71.40 |
| **Total Expenses** | **USD 5,813.94** |