# Exhibit C

## Certification of Deborah Rieger-Paganis

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING *et. al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## CERTIFICATION OF DEBORAH RIEGER-PAGANIS

I, Deborah Rieger-Paganis, declare under the penalty of perjury as follows:

1. I am a Partner and Managing Director at AlixPartners, LLP ("AlixPartners"), with offices at 909 Third Avenue, 28th Floor, New York, New York 10022. AlixPartners serves as financial advisor to the above-captioned debtors (the "Debtors").

2. I have reviewed the *Sixth Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023* (the "Application").

3. I have reviewed Rule 2016-2 of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* ("Local Rule") and submit that the Application substantially complies with such Local Rule.

4. To the best of my knowledge, information and belief formed after reasonable inquiry,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

1

the Application complies with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines").

5. AlixPartners' fees and out-of-pocket expenses are billed in accordance with the billing practices described below, and except as otherwise indicated therein fall within the U.S. Trustee Guidelines. Except to the extent prohibited by the U.S. Trustee Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by AlixPartners' clients.

6. With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

1. Does not make a profit;
2. Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and
3. Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by AlixPartners to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: May 8, 2023

                                              */s/ Deborah Rieger-Paganis*
                                              By: Deborah Rieger-Paganis
                                                 Partner & Managing Director