**Exhibit A**

**Detailed Description of Services**

# GT GreenbergTraurig

|  |  |
|---|---|
| Invoice No. : | 1000283534 |
| File No. : | 210757.010100 |
| Bill Date : | April 20, 2023 |

Kabbage, Inc.
925B Peachtree Street, NE
Suite 383
FULTON-GA
Tax ID / EIN: 36-4973937
Atlanta, GA  30309

# INVOICE

Re:   Representing Board of Directors

<u>Legal Services through March 31, 2023</u>:

| | | |
|---:|---|---:|
| Employment and Fee Applications: | $ | 3,771.50 |
| Board Governance: | $ | 28,463.00 |
| Plan and Disclosure Statement: | $ | 15,633.00 |
| Court Hearings: | $ | 10,150.50 |
| Total Fees: | $ | 58,018.00 |
| **Current Invoice**: | **$** | **58,018.00** |
| Previous Balance (see attached statement): | $ | 86,114.00 |
| **Total Amount Due:** | **$** | **144,132.00** |

DVK:SC
Tax ID:  13-3613083

**GT GreenbergTraurig**

|  |  |
|---|---|
| Invoice No. : | 1000283534 |
| File No. : | 210757.010100 |

**Note: Payment is Due 30 Days from Date of Invoice**

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:              WELLS FARGO BANK
ABA #:             121000248

**For ACH Instructions:**
Bank:              WELLS FARGO BANK
ABA#               063107513

CREDIT TO:         GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:         2000014648663

**PLEASE REFERENCE:**

| | |
|---|---|
| **CLIENT NAME:** | KSERVICING |
| **FILE NUMBER:** | 210757.010100 |
| **INVOICE NUMBER:** | 1000283534* |
| **BILLING PROFESSIONAL:** | David B. Kurzweil |

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

DVK:SC
Tax ID:  13-3613083

**GT GreenbergTraurig**

Invoice No. : 1000283534
File No.     : 210757.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---|---|---|---|
| 02/23/23 | 1000236678 | 14,383.50 | 0.00 | 0.00 | 14,383.50 |
| 03/17/23 | 1000252407 | 71,730.50 | 0.00 | 0.00 | 71,730.50 |
| | Totals: | $ 86,114.00 | $ 0.00 | $ 0.00 | $ 86,114.00 |

DVK:SC
Tax ID: 13-3613083

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000283534 | | | Page 1 |
| Matter No.: | 210757.010100 | | | |

## Description of Professional Services Rendered:

TASK CODE:    KS003    EMPLOYMENT AND FEE APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/23 | Dennis A. Meloro | Review and comment on GT January fee application | 0.30 | 376.50 |
| 03/02/23 | Sandy Bratton | Finalize Fourth Monthly Fee Application (.4); attention to emails with GT team and Weil team regarding same (.2) | 0.60 | 261.00 |
| 03/02/23 | David B. Kurzweil | Work on fee application | 0.20 | 308.00 |
| 03/08/23 | Sandy Bratton | Attention to First Interim Fee Order and emails with Weil and GT Teams regarding same | 0.20 | 87.00 |
| 03/08/23 | Dennis A. Meloro | Review draft first omnibus interim fee order | 0.10 | 125.50 |
| 03/15/23 | Sandy Bratton | Attention to preparation of Monthly Fee Application | 0.20 | 87.00 |
| 03/16/23 | Sandy Bratton | Prepare Fifth Monthly Fee Application | 0.90 | 391.50 |
| 03/17/23 | Sandy Bratton | Attention to preparation of Fifth Monthly Fee Application | 0.90 | 391.50 |
| 03/20/23 | Sandy Bratton | Work on preparation of Fifth Monthly Fee Application | 0.30 | 130.50 |
| 03/20/23 | David B. Kurzweil | Review and comment on fee request | 0.20 | 308.00 |
| 03/20/23 | Matthew A. Petrie | Review and revise February fee application | 0.90 | 783.00 |
| 03/21/23 | Sandy Bratton | Continued work on preparation of Fifth Monthly Fee Application (.2); confer with M. Petrie regarding same (.1) | 0.30 | 130.50 |
| 03/28/23 | Sandy Bratton | Continued work on preparation of Fifth Monthly Fee Application (.2); confer with M. Petrie regarding same (.1) | 0.30 | 130.50 |
| 03/28/23 | Matthew A. Petrie | Finalize February fee application | 0.30 | 261.00 |

Total Hours:    5.70

Total Amount:    $ 3,771.50

| | | |
|---|---|---|
| Invoice No.: 1000283534 | | Page 2 |
| Matter No.: 210757.010100 | | |

Description of Professional Services Rendered

<u>TIMEKEEPER SUMMARY FOR TASK CODE KS003</u>,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 0.40 | 1,540.00 | 616.00 |
| Dennis A. Meloro | 0.40 | 1,255.00 | 502.00 |
| Matthew A. Petrie | 1.20 | 870.00 | 1,044.00 |
| Sandy Bratton | 3.70 | 435.00 | 1,609.50 |
| Totals: | 5.70 | 661.67 | $ 3,771.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000283534 | | | Page 3 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:        KS005        BOARD GOVERNANCE

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/23 | Sandy Bratton | Attention to emails between Weil team, GT team and Board Members regarding wind down officer selection issues | 0.20 | 87.00 |
| 03/01/23 | Sandy Bratton | Review numerous recently filed motions, notices, orders and objections update case records (.3); update case calendar (.3); update case summary (.2) | 0.80 | 348.00 |
| 03/01/23 | Matthew A. Petrie | Review minutes of Board meetings | 0.20 | 174.00 |
| 03/02/23 | Sandy Bratton | Participate in follow up conference call with Board members, Weil team and GT team regarding wind down officer candidate selection process and Plan objections | 1.10 | 478.50 |
| 03/02/23 | Sandy Bratton | Participate in second conference call with wind down officer candidate J. Dubel, Board members, and teams from Weil, GT and counsel to the Federal Reserve | 0.60 | 261.00 |
| 03/02/23 | Sandy Bratton | Participate in conference call with Board members and GT team in preparation for call with Weil and other company professionals regarding wind down officer and Plan confirmation issues | 0.60 | 261.00 |
| 03/02/23 | Sandy Bratton | Review wind down officer candidate materials and fee comparison materials received from Weil team | 0.20 | 87.00 |
| 03/02/23 | David B. Kurzweil | Conference with Board members (.5); participate in wind down interviews (.5); preparation for and participate in Board meeting (1.0); conference with Board members (.6); review of emails (.3) | 2.90 | 4,466.00 |
| 03/02/23 | Matthew A. Petrie | Review Board materials in preparation for Board meeting (.6); pre-conference with Board (.5); attend Board meeting with company counsel (1.1) | 2.20 | 1,914.00 |
| 03/03/23 | Sandy Bratton | Review Fee Applications filed with Court and update case records (.2); update case calendar (.1) | 0.30 | 130.50 |
| 03/03/23 | Sandy Bratton | Attention to emails with Weil team, and Company representatives regarding contract with American Express | 0.20 | 87.00 |
| 03/03/23 | Sandy Bratton | Emails with Weil team and Board regarding wind down officer interviews | 0.10 | 43.50 |
| 03/06/23 | Sandy Bratton | Participate in follow-up conference call with wind down officer candidate C. Jalbert, Board members, and teams from Weil, GT and counsel to the Federal Reserve | 0.50 | 217.50 |

| Invoice No.: | 1000283534 | | | Page 4 |
|---|---|---|---|---|
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/06/23 | Sandy Bratton | Attention to emails with Board and Weil team regarding interviews with wind down officer candidates | 0.10 | 43.50 |
| 03/06/23 | Sandy Bratton | Participate in follow-up conference call with wind down officer candidate J. Foster, Board members, and teams from Weil, GT and counsel to the Federal Reserve | 0.50 | 217.50 |
| 03/06/23 | David B. Kurzweil | Participate in conference call with Board and Federal Reserve Bank and Jerry Foster (.5); participate in conference call with Board, Federal Reserve Bank and Craig Jalbert (.5); review of emails regarding status (.3) | 1.30 | 2,002.00 |
| 03/08/23 | David B. Kurzweil | Review of fee order (.1); review of Board minutes (.2) | 0.30 | 462.00 |
| 03/08/23 | Matthew A. Petrie | Attention to responses to confirmation objections | 0.70 | 609.00 |
| 03/09/23 | Sandy Bratton | Attention to emails with Board members, Weil team and GT team regarding Board meeting schedule and wind down officer selection | 0.20 | 87.00 |
| 03/09/23 | Sandy Bratton | Review numerous motions, supplements, declaration, exhibits and notices filed with Court and update case records (.6); update case calendar (.3) | 0.90 | 391.50 |
| 03/09/23 | David B. Kurzweil | Conference with Board members | 0.40 | 616.00 |
| 03/09/23 | Matthew A. Petrie | Review documents filed in support of confirmation | 2.50 | 2,175.00 |
| 03/13/23 | Sandy Bratton | Review numerous notices, orders and other pleadings filed with Court and update case records (.2); update case calendar (.1) | 0.30 | 130.50 |
| 03/14/23 | Sandy Bratton | Review numerous notices, orders and other pleadings filed with Court and update case records (.2); update case calendar and Summary of Calendar Events (.3) | 0.50 | 217.50 |
| 03/14/23 | Matthew A. Petrie | Attention to Board minutes | 0.30 | 261.00 |
| 03/15/23 | Sandy Bratton | Review numerous notices, orders and other pleadings filed with Court and update case records (.5); update case calendar and Summary of Calendar Events (.3) | 0.80 | 348.00 |
| 03/15/23 | David B. Kurzweil | Review of Board materials (.3); preparation for Board meeting (.2) | 0.50 | 770.00 |
| 03/16/23 | Sandy Bratton | Participate in Board meeting with teams from Weil and GT and company representatives regarding requirements for Effective Date of Plan and related issues | 0.50 | 217.50 |
| 03/16/23 | Sandy Bratton | Review Agenda and Board Discussion Material received from Weil team in preparation for Board meeting | 0.20 | 87.00 |
| 03/16/23 | David B. Kurzweil | Preparation for and attend Board meeting (.7); review of Board minutes (.1) | 0.80 | 1,232.00 |
| 03/16/23 | Matthew A. Petrie | Review Board materials in preparation for Board meeting (.3); attend Board meeting | 0.90 | 783.00 |

| Invoice No.: | 1000283534 | | | Page 5 |
|---|---|---|---|---|
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/17/23 | Sandy Bratton | (.6) Review numerous notices, orders and other pleadings filed with Court and update case records (.9); update case calendar and Summary of Calendar Events (.7) | 1.60 | 696.00 |
| 03/20/23 | Sandy Bratton | Review proposed minutes from Board of Directors call for March 2, 2023 | 0.20 | 87.00 |
| 03/20/23 | David B. Kurzweil | Review of Board minutes | 0.10 | 154.00 |
| 03/21/23 | Sandy Bratton | Review numerous notices and other pleadings filed with Court and update case records (.2); update case calendar and Summary of Calendar Events (.2) | 0.40 | 174.00 |
| 03/21/23 | Sandy Bratton | Review Board Discussion Materials received from Weil team in preparation for call with Board of Directors | 0.20 | 87.00 |
| 03/21/23 | David B. Kurzweil | Review of emails regarding status (.2); review of Board materials (.3) | 0.50 | 770.00 |
| 03/21/23 | Matthew A. Petrie | Attention to approval of Board minutes | 0.50 | 435.00 |
| 03/22/23 | Sandy Bratton | Attention to emails from Weil and Board members regarding CUBI dispute ruling | 0.10 | 43.50 |
| 03/22/23 | Matthew A. Petrie | Attention to draft of minutes of prior Board meetings | 0.30 | 261.00 |
| 03/24/23 | Sandy Bratton | Review numerous reports, certificates of no objection and other pleadings filed with Court and update case records (.3); update case calendar and Summary of Calendar Events (.2) | 0.50 | 217.50 |
| 03/24/23 | David B. Kurzweil | Conference with Board members | 0.20 | 308.00 |
| 03/29/23 | Sandy Bratton | Review of numerous applications, certificates of no objection and other pleadings filed with Court and update case records (.3); update case calendar and Summary of Calendar Events (.2); review of Board discussion materials and updated received from Weil team in preparation for upcoming Board meeting (.2); confer with Debtors' counsel regarding changes to hearing dates (.1) | 0.80 | 348.00 |
| 03/29/23 | David B. Kurzweil | Review of Board materials and preparation for Board meeting (.8); conference with Board members (.3) | 1.10 | 1,694.00 |
| 03/30/23 | Sandy Bratton | Participate in call with Board, corporate counsel and GT team regarding pending settlement and confirmation effective date issues | 0.60 | 261.00 |
| 03/30/23 | Sandy Bratton | Participate in call with Board, Company, Weil and GT Teams regarding pending settlement and confirmation effective date issues | 0.50 | 217.50 |
| 03/30/23 | Sandy Bratton | Review of numerous fee applications and other pleadings filed with Court and update case records (.4); update case calendar and Summary of Calendar Events (.2); prepare | 0.90 | 391.50 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000283534 | | | Page 6 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/30/23 | David B. Kurzweil | for Board meetings (.3) Preparation for and conference with Board (.6); conference with Board and Weil (.7); review of emails (.1) | 1.40 | 2,156.00 |
| 03/30/23 | Matthew A. Petrie | Attend planning meeting with Board (.5); attend Board meeting with company advisors regarding Plan status and updates (.6) | 1.10 | 957.00 |

Total Hours: 32.60

Total Amount: $ 28,463.00


TIMEKEEPER SUMMARY FOR TASK CODE KS005,

BOARD GOVERNANCE

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 9.50 | 1,540.00 | 14,630.00 |
| Matthew A. Petrie | 8.70 | 870.00 | 7,569.00 |
| Sandy Bratton | 14.40 | 435.00 | 6,264.00 |
| Totals: | 32.60 | 873.10 | $ 28,463.00 |

| Invoice No.: | 1000283534 | Page 7 |
|---|---|---|
| Matter No.: | 210757.010100 | |

<u>Description of Professional Services Rendered</u>

TASK CODE:    KS006    PLAN AND DISCLOSURE STATEMENT

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 03/01/23 | Sandy Bratton | Attention to emails with Board and GT team regarding Plan approval issues | 0.10 | 43.50 |
| 03/01/23 | David B. Kurzweil | Review of Plan objections (.5); review of reported claims (.2); review of emails (.1) | 0.80 | 1,232.00 |
| 03/02/23 | Sandy Bratton | Review Plan confirmation objection summary prepared by Weil team | 0.30 | 130.50 |
| 03/02/23 | David B. Kurzweil | Review of issues and Plan confirmation status | 0.40 | 616.00 |
| 03/03/23 | Sandy Bratton | Review emails from Weil team, revisions to Chapter 11 Plan and proposed Confirmation Order | 0.60 | 261.00 |
| 03/03/23 | David B. Kurzweil | Review of emails regarding Plan status (.3); review of revised Chapter 11 Plan (.5) | 0.80 | 1,232.00 |
| 03/03/23 | Matthew A. Petrie | Attention to revised Plan (.4); review draft confirmation order (1.0) | 1.40 | 1,218.00 |
| 03/07/23 | Sandy Bratton | Attention to numerous emails between Weil team, GT team and Company representatives regarding revisions to Chapter 11 Plan and proposed Confirmation Order | 0.20 | 87.00 |
| 03/07/23 | David B. Kurzweil | Review of comments and revisions to Chapter 11 Plan (.4); review of Chapter 11 Plan confirmation brief (.3); review of claims objections (.1) | 0.80 | 1,232.00 |
| 03/10/23 | David B. Kurzweil | Review of documents and issues for Plan confirmation | 1.60 | 2,464.00 |
| 03/13/23 | David B. Kurzweil | Review of pleadings and attend Chapter 11 confirmation hearing (2.5); conference with Board members (.3); review of emails (.2); review of Board materials (.2) | 3.20 | 4,928.00 |
| 03/13/23 | Matthew A. Petrie | Review revised confirmation documents | 0.70 | 609.00 |
| 03/21/23 | David B. Kurzweil | Review of loan transfer agreement | 0.40 | 616.00 |
| 03/21/23 | Matthew A. Petrie | Review final draft of loan transfer agreement | 0.40 | 348.00 |
| 03/22/23 | David B. Kurzweil | Review of revisions to loan transfer agreement for effective date and related emails | 0.40 | 616.00 |
| | | Total Hours: | 12.10 | |
| | | Total Amount: | | $ 15,633.00 |

| Invoice No.: | 1000283534 | | | Page 8 |
|---|---|---|---|---|
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE KS006,

PLAN AND DISCLOSURE STATEMENT

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 8.40 | 1,540.00 | 12,936.00 |
| Matthew A. Petrie | 2.50 | 870.00 | 2,175.00 |
| Sandy Bratton | 1.20 | 435.00 | 522.00 |
| Totals: | 12.10 | 1,291.98 | $ 15,633.00 |

| Invoice No.: | 1000283534 | Page 9 |
|---|---|---|
| Matter No.: | 210757.010100 | |

Description of Professional Services Rendered

TASK CODE:  KS007  COURT HEARINGS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/09/23 | Sandy Bratton | Attention to registration and preparation for Plan confirmation hearing to be held on March 13, 2023 (.7); emails with Board members regarding same (.2) | 0.90 | 391.50 |
| 03/10/23 | Sandy Bratton | Prepare for Plan Confirmation Hearing (.5); emails with Board members regarding same (.1) | 0.60 | 261.00 |
| 03/13/23 | Sandy Bratton | Preparation for Plan Confirmation Hearing (1.3); participate in Plan Confirmation Hearing and record notes regarding same (1.1) | 2.40 | 1,044.00 |
| 03/13/23 | Matthew A. Petrie | Attend confirmation hearing | 1.10 | 957.00 |
| 03/17/23 | Sandy Bratton | Assist with preparation for Omnibus Hearing | 0.90 | 391.50 |
| 03/20/23 | David B. Kurzweil | Attend hearing on CUBI issues and settlement (1.6); review of emails (.2) | 1.80 | 2,772.00 |
| 03/20/23 | Matthew A. Petrie | Attend hearing on Customers Bank settlement dispute | 4.30 | 3,741.00 |
| 03/21/23 | Sandy Bratton | Assist with preparation for March 22, 2023 hearing on bench ruling regarding CUBI settlement | 0.30 | 130.50 |
| 03/22/23 | David B. Kurzweil | Attend court hearing on CUBI settlement | 0.30 | 462.00 |

Total Hours: 12.60

Total Amount: $ 10,150.50

TIMEKEEPER SUMMARY FOR TASK CODE KS007,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 2.10 | 1,540.00 | 3,234.00 |
| Matthew A. Petrie | 5.40 | 870.00 | 4,698.00 |
| Sandy Bratton | 5.10 | 435.00 | 2,218.50 |
| Totals: | 12.60 | 805.60 | $ 10,150.50 |

Invoice No.:    1000283534 Page 10
Matter No.:    210757.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 20.40 | 1,540.00 | 31,416.00 |
| Dennis A. Meloro | 0.40 | 1,255.00 | 502.00 |
| Matthew A. Petrie | 17.80 | 870.00 | 15,486.00 |
| Sandy Bratton | 24.40 | 435.00 | 10,614.00 |
| Totals: | 63.00 | 920.92 | $ 58,018.00 |

| | | |
|---|---|---|
| Invoice No.: | 1000283534 | Page 11 |
| Re: | Representing Board of Directors | |
| Matter No.: | 210757.010100 | |

<u>Description of Expenses Billed</u>:

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|---|---|---|

**<u>No expenses charged to this file</u>**