**<u>Exhibit B</u>**

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

**ITEMIZED DISBURSEMENTS**

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 02/01/23 | McMillan, Jillian A. | H060 | 41389301 | 251.00 |
| | COMPUTERIZED RESEARCH | | | |
| | PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 127334; DATE: 3/15/2023 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT FEBRUARY 2023. | | | |

**SUBTOTAL DISB TYPE H060:** **$251.00**

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 03/10/23 | Arthur, Candace | H073 | 41396470 | 161.87 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1729228; DATE: 3/22/2023 - TAXI CHARGES FOR 2023-03-22 INVOICE #17292283031015436 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-03-10 FROM: 767 5 AVE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 21:41 | | | |
| 03/31/23 | Bonk, Cameron Mae | H073 | 41406269 | 78.47 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 6038920; DATE: 3/24/2023 - TAXI CHARGES FOR 2023-03-24 INVOICE #6038920174661 CAMERON M BONK A194 RIDE DATE: 2023-03-17 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: BROOKLYN, NY RIDE TIME: 17:43 | | | |
| 03/31/23 | Slack, Richard W. | H073 | 41406272 | 171.29 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 6038920; DATE: 3/24/2023 - TAXI CHARGES FOR 2023-03-24 INVOICE #6038920166795 RICHARD W SLACK 0255 RIDE DATE: 2023-03-16 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: RYE, NY RIDE TIME: 20:21 | | | |
| 03/31/23 | Tsekerides, Theodore E. | H073 | 41408331 | 184.10 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1729478; DATE: 3/29/2023 - TAXI CHARGES FOR 2023-03-29 INVOICE #17294783031721002 THEODORE E TSEKERIDES 0543 RIDE DATE: 2023-03-17 FROM: 767 5 AVE, MANHATTAN, NY TO: COLD SPRING HARBOR, NY RIDE TIME: 17:32 | | | |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 03/31/23 | Slack, Richard W. | H073 | 41408344 | 172.20 |
| | FIRM MESSENGER SERVICE | | | |
| | PAYEE: XYZ (37976-01); INVOICE#: 1729478; DATE: 3/29/2023 - TAXI CHARGES FOR 2023-03-29 INVOICE #17294783031720997 RICHARD W. SLACK 0255 RIDE DATE: 2023-03-17 FROM: 767 5 AVE , MANHATTAN, NY TO: RYE, NY RIDE TIME: 17:21 | | | |

| | | | | |
|------|------|------|------|------|
| **SUBTOTAL DISB TYPE H073:** | | | | **$767.93** |

| DATE | DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 03/01/23 | Jones, Taylor | H080 | 41382326 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-110; DATE: 3/5/2023 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2023-02-28 AT 8:17 PM | | | |
| 03/01/23 | Suarez, Ashley | H080 | 41382198 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-110; DATE: 3/5/2023 - SEAMLESS MEALS EXPENSE BY ASHLEY SUAREZ ON 2023-02-28 AT 7:04 PM | | | |
| 03/03/23 | Jones, Taylor | H080 | 41382374 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-110; DATE: 3/5/2023 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2023-03-02 AT 9:38 PM | | | |
| 03/04/23 | Jones, Taylor | H080 | 41382377 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-110; DATE: 3/5/2023 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2023-03-04 AT 6:39 PM | | | |
| 03/04/23 | Jones, Taylor | H080 | 41382286 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-110; DATE: 3/5/2023 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2023-03-03 AT 8:29 PM | | | |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 03/06/23 | Jones, Taylor | H080 | 41382250 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-110; DATE: 3/5/2023 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2023-03-05 AT 8:32 PM | | | |
| 03/07/23 | Suarez, Ashley | H080 | 41385921 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-111; DATE: 3/12/2023 - SEAMLESS MEALS EXPENSE BY ASHLEY SUAREZ ON 2023-03-06 AT 7:47 PM | | | |
| 03/07/23 | Ollestad, Jordan Alexandra | H080 | 41385800 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-111; DATE: 3/12/2023 - SEAMLESS MEALS EXPENSE BY JORDAN OLLESTAD ON 2023-03-06 AT 7:56 PM | | | |
| 03/07/23 | Wong, Sandra | H080 | 41385966 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-111; DATE: 3/12/2023 - SEAMLESS MEALS EXPENSE BY SANDRA WONG ON 2023-03-07 AT 6:59 PM | | | |
| 03/09/23 | Jones, Taylor | H080 | 41385911 | 20.00 |
| | MEALS - LEGAL O/T | | | |
| | INVOICE#: WYVHL8-L1-111; DATE: 3/12/2023 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2023-03-08 AT 9:45 PM | | | |
| **SUBTOTAL DISB TYPE H080:** | | | | **$200.00** |
| 03/08/23 | Bentley, Chase A. | H084 | 41371603 | 31.37 |
| | TRAVEL | | | |
| | INVOICE#: CREX5762602103081311; DATE: 3/8/2023 - DINNER , MAR 06, 2023 | | | |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| | **SUBTOTAL DISB TYPE H084:** | | | **$31.37** |
| 03/06/23 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: CREX5750091303061313; DATE: 3/6/2023 - WILMINGTON, DE- TAXI - OUSIDE CITY, FEB 27, 2023 - HEARING | H160 | 41369383 | 15.00 |
| 03/06/23 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: CREX5750091303061313; DATE: 3/6/2023 - WILMINGTON, DE- RAIL TICKET:0550742007390, FEB 27, 2023 - HEARING - FROM/TO: STAMFORD, CT/WILMINGTON, DE | H160 | 41369381 | 332.00 |
| 03/06/23 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: CREX5750091303061313; DATE: 3/6/2023 - RAIL TICKET:0580920046126, FEB 27, 2023 - HEARING - FROM/TO: WILMINGTON, DE/STAMFORD, CT | H160 | 41369382 | 184.00 |
| 03/06/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5554783803061313; DATE: 3/6/2023 - HOTEL ROOM AND TAX, NOV 06, 2022 - HOTEL IN WILMINGTON., CHECK IN 11/06/2022, CHECK OUT 11/07/2022 (1 NIGHT) | H160 | 41369050 | 328.90 |
| 03/06/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5554783803061313; DATE: 3/6/2023 - RAIL TICKET:3090723038210, NOV 06, 2022 - ROUND TRIP AMTRAK BETWEEN NY AND WILMINGTON, DE FOR COURT HEARING. - FROM/TO: NY/WILMINGTON DE | H160 | 41369049 | 326.00 |
| 03/15/23 | Jones, Taylor<br>TRAVEL<br>INVOICE#: CREX5779767503151306; DATE: 3/15/2023 - RAIL TICKET:0720908062584, MAR 13, 2023 - AMTRAK - FROM/TO: WILMINGTON, DE TO NEW YORK, NY | H160 | 41382692 | 315.00 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 03/15/23 | Jones, Taylor<br>TRAVEL<br>INVOICE#: CREX5779803103151306; DATE: 3/15/2023 - HOTEL ROOM AND TAX, MAR 13, 2023 -<br>CHECK IN 03/12/2023, CHECK OUT 03/13/2023 (1 NIGHT) | H160 | 41382639 | 328.90 |
| 03/16/23 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: CREX5781426403161307; DATE: 3/16/2023 - WILMINGTON, DE- RAIL<br>TICKET:0650654011610, MAR 11, 2023 - FROM/TO: STAMFORD, CT/WILMINGTON, DE (RT) | H160 | 41383276 | 427.00 |
| 03/16/23 | Bentley, Chase A.<br>TRAVEL<br>INVOICE#: CREX5781426403161307; DATE: 3/16/2023 - BENTLEY C., 3/11/23-3/13/23 - PARKING<br>MAR 11, 2023 | H160 | 41383275 | 21.00 |
| 03/20/23 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5785897303201307; DATE: 3/20/2023 - RAIL TICKET:0650655010231, MAR 06, 2023<br>- WILMINGTON - FROM/TO: NY/WILMINGTON | H160 | 41386372 | 391.00 |
| 03/20/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5777849903201307; DATE: 3/20/2023 - AGENCY FEES, TICKET:8900846507609,<br>MAR 08, 2023 | H160 | 41386520 | 40.00 |
| 03/20/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5777849903201307; DATE: 3/20/2023 - HOTEL ROOM AND TAX, MAR 14, 2023 -<br>TWO NIGHT STAY AT HOTEL DUPONT WILMINGTON FOR NATASHA HWANGPO CHECK IN<br>03/11/2023, CHECK OUT 03/13/2023 (2 NIGHTS) | H160 | 41386524 | 657.80 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 03/20/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5777849903201307; DATE: 3/20/2023 - RAIL TICKET:0010038511, MAR 08, 2023 - FROM/TO: NY/WILMINGTON/NY | H160 | 41386522 | 293.00 |
| 03/20/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5777849903201307; DATE: 3/20/2023 - RAIL TICKET:0725855050979, MAR 13, 2023 - AMTRAK TICKET CHANGE - CHANGE IN FEE - FROM/TO: NY/WILMINGTON/NY | H160 | 41386523 | 63.00 |
| 03/20/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5777849903201307; DATE: 3/20/2023 - HOTEL ROOM AND TAX, MAR 14, 2023 - ATTEND KSERVICING CONTESTED HEARING (DELAWARE) - CHECK IN 03/11/2023, CHECK OUT 03/13/2023 (2 NIGHTS) | H160 | 41386521 | 657.80 |
| 03/21/23 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: CREX5788929303211307; DATE: 3/21/2023 - 3/13- TAXI - MAR 13, 2023 - TAXI - CONFIRMATION HEARING | H160 | 41387756 | 39.70 |
| 03/22/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5792588403221310; DATE: 3/22/2023 - RAIL TICKET:0790920094238, MAR 19, 2023 - FROM/TO: NY/WILMINGTON/NY | H160 | 41389947 | 407.00 |
| 03/22/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: CREX5792588403221310; DATE: 3/22/2023 - HOTEL ROOM AND TAX, MAR 19, 2023 - OVERNIGHT STAY - CHECK IN 03/19/2023, CHECK OUT 03/20/2023 (1 NIGHT) | H160 | 41389948 | 294.76 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795406003231307; DATE: 3/23/2023 - WILMINGTON, DE- RAIL,<br>TICKET:0010065706, MAR 06, 2023 - FROM/TO: NYPENN/WILMINGTON,DE | H160 | 41391080 | 271.00 |
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795406003231307; DATE: 3/23/2023 - HOTEL ROOM AND TAX, MAR 13, 2023 -<br>CHECK IN 03/12/2023, CHECK OUT 03/13/2023 (1 NIGHT) | H160 | 41391081 | 328.90 |
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795406003231307; DATE: 3/23/2023 - AGENCY FEES, TICKET:0010065706, MAR<br>07, 2023 | H160 | 41391083 | 40.00 |
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795406003231307; DATE: 3/23/2023 - RAIL TICKET:0945046517, MAR 13, 2023 -<br>TICKET ADJUSTMENT - FROM/TO: NYPENN/WILMINGTON,DE | H160 | 41391082 | 74.00 |
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795406003231307; DATE: 3/23/2023 - AGENCY FEES, TICKET:8900846726340,<br>MAR 07, 2023 | H160 | 41391084 | 40.00 |
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795312203231307; DATE: 3/23/2023 - HOTEL ROOM AND TAX, MAR 21, 2023 -<br>CHECK IN 03/19/2023, CHECK OUT 03/20/2023 (1 NIGHT) | H160 | 41391107 | 394.90 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795312203231307; DATE: 3/23/2023 - AGENCY FEES, TICKET:8900847035698 ,<br>MAR 15, 2023 | H160 | 41391110 | 40.00 |
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795312203231307; DATE: 3/23/2023 - AGENCY FEES TICKET:8900846868677,<br>MAR 14, 2023 | H160 | 41391109 | 40.00 |
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795312203231307; DATE: 3/23/2023 - WILMINGTON, DE- RAIL<br>TICKET:0010129089 , MAR 20, 2023 - TICKET ADJUSTMENT - FROM/TO:<br>NYPENN/WILMINGTON,DE | H160 | 41391106 | 63.00 |
| 03/23/23 | Tsekerides, Theodore E.<br>TRAVEL<br>INVOICE#: CREX5795312203231307; DATE: 3/23/2023 - RAIL TICKET:0010129089, MAR 15, 2023 -<br>FROM/TO: NYPENN/WILMINGTON,DE | H160 | 41391108 | 325.00 |
| 03/28/23 | Castillo, Lauren<br>TRAVEL<br>INVOICE#: CREX5804255103281301; DATE: 3/28/2023 - AGENCY FEES, TICKET:8900846633771,<br>MAR 13, 2023 | H160 | 41398572 | 40.00 |
| 03/28/23 | Castillo, Lauren<br>TRAVEL<br>INVOICE#: CREX5804255103281301; DATE: 3/28/2023 - RAIL TICKET:0010115020, MAR 13, 2023 -<br>FROM/TO: PENN STATION/WILMINGTON DE | H160 | 41398574 | 264.00 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 03/28/23 | Castillo, Lauren<br>TRAVEL<br>INVOICE#: CREX5804255103281301; DATE: 3/28/2023 - AGENCY FEES, TICKET:8900846726326, MAR 13, 2023 - KSERVICING CONFIRMATION HEARING. | H160 | 41398571 | 40.00 |
| 03/28/23 | Castillo, Lauren<br>TRAVEL<br>INVOICE#: CREX5804255103281301; DATE: 3/28/2023 - RAIL TICKET:0940063863, MAR 13, 2023 - FROM/TO: PENN STATION/WILMINGTON DE | H160 | 41398573 | 62.00 |
| 03/29/23 | Hwangpo, Natasha<br>TRAVEL<br>INVOICE#: 100092; DATE: 3/1/2023 - TAXI CHARGES FOR 2023-03-01 INVOICE #100092 STATEMENT #AD217C9362 NATASHA HWANGPO E779 RIDE DATE: 2023-02-27 FROM: WILMINGTON, DE TO: WILMINGTON, DE RIDE TIME: 08:54 | H160 | 41404564 | 11.52 |

| **SUBTOTAL DISB TYPE H160:** | | | | **$7,156.18** |
|---|---|---|---|---|

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 03/10/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1728737; DATE: 3/8/2023 - TAXI CHARGES FOR 2023-03-08 INVOICE #17287373030106773 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-03-01 FROM: GLEN HEAD, NY TO: 767 5 AVE, MANHATTAN, NY RIDE TIME: 08:34 | H163 | 41376615 | 151.74 |
| 03/10/23 | Suarez, Ashley<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1728737; DATE: 3/8/2023 - TAXI CHARGES FOR 2023-03-08 INVOICE #17287373022806477 ASHLEY SUAREZ G208 RIDE DATE: 2023-02-28 FROM: 767 5 AVE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 20:57 | H163 | 41376473 | 47.52 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 03/10/23 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1728737; DATE: 3/8/2023 - TAXI CHARGES FOR 2023-03-08<br>INVOICE #17287373022704887 NATASHA HWANGPO E779 RIDE DATE: 2023-02-27 FROM:<br>MANHATTAN, NY TO: 767 5 AVE, MANHATTAN, NY RIDE TIME: 12:35 | H163 | 41376550 | 45.18 |
| 03/12/23 | Slack, Richard W.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1729228; DATE: 3/22/2023 - TAXI CHARGES FOR 2023-03-22<br>INVOICE #17292283030914409 RICHARD W SLACK 0255 RIDE DATE: 2023-03-12 FROM: 365<br>GRACE CHURCH STREET, RYE, NY TO: MANHATTAN, NY RIDE TIME: 06:22 | H163 | 41396495 | 158.42 |
| 03/13/23 | Slack, Richard W.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1729228; DATE: 3/22/2023 - TAXI CHARGES FOR 2023-03-22<br>INVOICE #17292283031316816 RICHARD W SLACK 0255 RIDE DATE: 2023-03-13 FROM: 100<br>STATION PLACE, STAMFORD, CT TO: RYE, NY RIDE TIME: 16:11 | H163 | 41396479 | 241.24 |
| 03/13/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1729228; DATE: 3/22/2023 - TAXI CHARGES FOR 2023-03-22<br>INVOICE #17292283031316743 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-03-13 FROM: 350 W<br>33 ST, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 16:19 | H163 | 41396539 | 159.77 |
| 03/14/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1729228; DATE: 3/22/2023 - TAXI CHARGES FOR 2023-03-22<br>INVOICE #17292283031418088 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-03-14 FROM: 767 5<br>AVE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 21:29 | H163 | 41396519 | 172.69 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 03/15/23 | Jones, Taylor<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5779781303151306; DATE: 3/15/2023 - LOCAL TAXI, MAR 12, 2023 | H163 | 41382625 | 6.92 |
| 03/15/23 | Jones, Taylor<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5779781303151306; DATE: 3/15/2023 - MARCH 13, 2023- LOCAL TAXI, MAR 04, 2023 | H163 | 41382624 | 30.99 |
| 03/15/23 | Jones, Taylor<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5779781303151306; DATE: 3/15/2023 - LOCAL TAXI, MAR 06, 2023 | H163 | 41382626 | 21.06 |
| 03/15/23 | Jones, Taylor<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5779781303151306; DATE: 3/15/2023 - MARCH 13, 2023- LOCAL TAXI, MAR 13, 2023 | H163 | 41382621 | 7.97 |
| 03/15/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1729228; DATE: 3/22/2023 - TAXI CHARGES FOR 2023-03-22 INVOICE #17292283031519261 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-03-15 FROM: 767 5 AVE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 21:28 | H163 | 41396528 | 155.07 |
| 03/15/23 | Jones, Taylor<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5779781303151306; DATE: 3/15/2023 - MARCH 13, 2023- LOCAL TAXI, MAR 12, 2023 | H163 | 41382622 | 54.74 |

KServicing, Inc. - Chapter 11
55894.0004
2023004561

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| 03/15/23 | Jones, Taylor<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5779781303151306; DATE: 3/15/2023 - MARCH 13, 2023- LOCAL TAXI, MAR 09, 2023 | H163 | 41382623 | 19.35 |
| 03/15/23 | Jones, Taylor<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: TAYLOR JONES (H961); INVOICE#: CREX5779781303151306; DATE: 3/15/2023 - LOCAL TAXI, MAR 13, 2023 | H163 | 41382627 | 43.98 |
| 03/16/23 | Cazes, Catherine<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5779987403161307; DATE: 3/16/2023 - LOCAL TAXI, MAR 15, 2023 | H163 | 41383258 | 29.96 |
| 03/16/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: SKYLINE CREDIT SERVICES LLC (12217-02); INVOICE#: 6035376; DATE: 3/10/2023 - TAXI CHARGES FOR 2023-03-10 INVOICE #6035376154310 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-02-27 FROM: 767 5TH AVENUE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 21:18 | H163 | 41383543 | 133.02 |
| 03/17/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1728971; DATE: 3/15/2023 - TAXI CHARGES FOR 2023-03-15 INVOICE #17289713030712523 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-03-07 FROM: 767 5 AVE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 22:57 | H163 | 41385605 | 172.69 |
| 03/17/23 | Suarez, Ashley<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1728971; DATE: 3/15/2023 - TAXI CHARGES FOR 2023-03-15 INVOICE #17289713030611146 ASHLEY SUAREZ G208 RIDE DATE: 2023-03-06 FROM: 767 5 AVE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 20:04 | H163 | 41385552 | 47.52 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|--------------------|-----------|----------|--------|
| 03/17/23 | Suarez, Ashley<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1728971; DATE: 3/15/2023 - TAXI CHARGES FOR 2023-03-15 INVOICE #17289713030712480 ASHLEY SUAREZ G208 RIDE DATE: 2023-03-07 FROM: 767 5 AVE, MANHATTAN, NY TO: MANHATTAN, NY RIDE TIME: 21:59 | H163 | 41385544 | 47.52 |
| 03/17/23 | Slack, Richard W.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1728971; DATE: 3/15/2023 - TAXI CHARGES FOR 2023-03-15 INVOICE #17289713030712488 RICHARD W SLACK 0255 RIDE DATE: 2023-03-07 FROM: 767 5 AVE, MANHATTAN, NY TO: RYE, NY RIDE TIME: 22:10 | H163 | 41385566 | 168.87 |
| 03/19/23 | Slack, Richard W.<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1729228; DATE: 3/22/2023 - TAXI CHARGES FOR 2023-03-22 INVOICE #17292283031620003 RICHARD W SLACK 0255 RIDE DATE: 2023-03-19 FROM: RYE, NY TO: 350 W 33 ST, MANHATTAN, NY RIDE TIME: 07:25 | H163 | 41396395 | 168.13 |
| 03/24/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1729227; DATE: 3/22/2023 - TAXI CHARGES FOR 2023-03-22 INVOICE #17292273031115682 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-03-11 FROM: GLEN HEAD, NY TO: 7TH AVE & W 33RD ST, MANHATTAN, NY RIDE TIME: 15:00 | H163 | 41396388 | 179.34 |
| 03/29/23 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: 100092; DATE: 3/1/2023 - TAXI CHARGES FOR 2023-03-01 INVOICE #100092 STATEMENT #AD217C9361 NATASHA HWANGPO E779 RIDE DATE: 2023-02-27 FROM: NEW YORK, NY TO: NEW YORK, NY RIDE TIME: 05:52 | H163 | 41404543 | 25.67 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|------|------|------|
| 03/29/23 | Bentley, Chase A.<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: 100092; DATE: 3/1/2023 - TAXI CHARGES FOR 2023-03-01 INVOICE #100092 STATEMENT #AD217C9281 CHASE A BENTLEY G067 RIDE DATE: 2023-02-07 FROM: NEW YORK, NY TO: NEW CANAAN, CT RIDE TIME: 21:15 | H163 | 41404538 | 240.21 |
| 03/30/23 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5810933803301436; DATE: 3/30/2023 - NATASHA HWANGPO, OT TAXI, 3/23/23- LOCAL TAXI, MAR 29, 2023 - OT TAXI | H163 | 41404991 | 29.78 |
| 03/31/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1729477; DATE: 3/29/2023 - TAXI CHARGES FOR 2023-03-29 INVOICE #17294773031921689 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-03-19 FROM: GLEN HEAD, NY TO: 447 8 AVE, MANHATTAN, NY RIDE TIME: 13:20 | H163 | 41406303 | 162.94 |
| 03/31/23 | Arthur, Candace<br>TRANSPORTATION - LEGAL/OVERTIME<br>PAYEE: XYZ (37976-01); INVOICE#: 1729478; DATE: 3/29/2023 - TAXI CHARGES FOR 2023-03-29 INVOICE #17294783032022522 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-03-20 FROM: 447 8 AVE, MANHATTAN, NY TO: GLEN HEAD, NY RIDE TIME: 17:33 | H163 | 41408250 | 155.07 |
| **SUBTOTAL DISB TYPE H163:** | | | | **$2,877.36** |
| 03/15/23 | Ollestad, Jordan Alexandra<br>DUPLICATING<br>25 DUPLICATING - COLOR COPIES IN NEW YORK CITY ON 03/10/2023 02:24AM FROM UNIT 15 | S010 | 41392924 | 12.50 |
| 03/15/23 | Ollestad, Jordan Alexandra<br>DUPLICATING<br>545 DUPLICATING - COLOR COPIES IN NEW YORK CITY ON 03/10/2023 02:24AM FROM UNIT 15 | S010 | 41392974 | 272.50 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| | **SUBTOTAL DISB TYPE S010:** | | | **$285.00** |
| 03/01/23 | WGM, Firm<br>DUPLICATING<br>196 COLOR PRINT(S) MADE IN NEW YORK BETWEEN 02/22/2023 TO 02/28/2023 | S011 | 41368708 | 98.00 |
| 03/22/23 | Ollestad, Jordan Alexandra<br>DUPLICATING<br>1311 PRINTING - COLOR IN NEW YORK CITY ON 03/16/2023 03:03AM FROM UNIT 15 | S011 | 41391361 | 655.50 |
| | **SUBTOTAL DISB TYPE S011:** | | | **$753.50** |
| 03/07/23 | WGM, Firm<br>DUPLICATING<br>61 PAGES SCANNED IN NEW YORK CITY BETWEEN 02/27/2023 TO 02/27/2023 | S016 | 41373128 | 6.10 |
| 03/14/23 | WGM, Firm<br>DUPLICATING<br>44 PAGES SCANNED IN NEW YORK CITY BETWEEN 03/07/2023 TO 03/09/2023 | S016 | 41393089 | 4.40 |
| 03/21/23 | WGM, Firm<br>DUPLICATING<br>25 PAGES SCANNED IN NEW YORK CITY BETWEEN 03/13/2023 TO 03/15/2023 | S016 | 41392124 | 2.50 |
| | **SUBTOTAL DISB TYPE S016:** | | | **$13.00** |
| 03/13/23 | WGM, Firm<br>DUPLICATING<br>4026 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 03/06/2023 TO 03/10/2023 | S017 | 41392219 | 402.60 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 03/20/23 | WGM, Firm | S017 | 41392322 | 61.70 |
| | DUPLICATING | | | |
| | 617 PHOTOCOPY(S) MADE IN NEW YORK CITY BETWEEN 03/17/2023 TO 03/17/2023 | | | |

| | | | | |
|--|--|--|--|--|
| **SUBTOTAL DISB TYPE S017:** | | | | **$464.30** |

| 03/15/23 | Ollestad, Jordan Alexandra | S018 | 41392854 | 1.70 |
|------|------------------|-----------|----------|--------|
| | DOCUMENT BINDING | | | |
| | 1 DOCUMENT BINDING IN NEW YORK CITY ON 03/10/2023 02:24AM FROM UNIT 15 | | | |

| | | | | |
|--|--|--|--|--|
| **SUBTOTAL DISB TYPE S018:** | | | | **$1.70** |

| 03/22/23 | Cazes, Catherine | S019 | 41391396 | 9.00 |
|------|------------------|-----------|----------|--------|
| | 3 RING BINDER 1" TO 3" | | | |
| | 3 3 RING BINDER 1" TO 3" IN NEW YORK CITY ON 03/17/2023 16:13PM FROM UNIT 12 | | | |
| 03/22/23 | Cazes, Catherine | S019 | 41391384 | 18.00 |
| | 3 RING BINDER 1" TO 3" | | | |
| | 6 3 RING BINDER 1" TO 3" IN NEW YORK CITY ON 03/17/2023 16:48PM FROM UNIT 15 | | | |
| 03/22/23 | Cazes, Catherine | S019 | 41391355 | 18.00 |
| | 3 RING BINDER 1" TO 3" | | | |
| | 6 3 RING BINDER 1" TO 3" IN NEW YORK CITY ON 03/17/2023 16:51PM FROM UNIT 15 | | | |

| | | | | |
|--|--|--|--|--|
| **SUBTOTAL DISB TYPE S019:** | | | | **$45.00** |

| 03/08/23 | Mason, Kyle | S020 | 41375878 | 24.00 |
|------|------------------|-----------|----------|--------|
| | 3 RING BINDER 4" | | | |
| | 3 3 RING BINDER 4" IN NEW YORK CITY ON 03/06/2023 14:44PM FROM UNIT 15 | | | |

KServicing, Inc. - Chapter 11
55894.0004
2023004561

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|---------------------|-----------|----------|--------|
| **SUBTOTAL DISB TYPE S020:** | | | | **$24.00** |
| 02/17/23 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCMILLAN,JILLIAN 02/17/2023 TRANSACTIONS: 7 | S061 | 41395517 | 201.50 |
| 02/28/23 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCMILLAN,JILLIAN 02/28/2023 TRANSACTIONS: 2 | S061 | 41395502 | 28.79 |
| 03/16/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 02/17/2023 ACCOUNT 424YN6CXS | S061 | 41383985 | 156.80 |
| 03/16/23 | Jenkins, Jazzmine<br>COMPUTERIZED RESEARCH<br>NY LEXIS - JENKINS, JAZZMINE 02/09/2023 ACCOUNT 424YN6CXS | S061 | 41383977 | 27.98 |
| 03/16/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 02/01/2023 ACCOUNT 424YN6CXS | S061 | 41384784 | 470.41 |
| 03/16/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 02/26/2023 ACCOUNT 424YN6CXS | S061 | 41384511 | 52.27 |
| 03/16/23 | Jenkins, Jazzmine<br>COMPUTERIZED RESEARCH<br>NY LEXIS - JENKINS, JAZZMINE 02/09/2023 ACCOUNT 424YN6CXS | S061 | 41384660 | 104.54 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 03/16/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 02/02/2023 ACCOUNT 424YN6CXS | S061 | 41384483 | 156.80 |
| 03/16/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 02/09/2023 ACCOUNT 424YN6CXS | S061 | 41384482 | 418.15 |
| 03/16/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 02/28/2023 ACCOUNT 424YN6CXS | S061 | 41384719 | 470.40 |
| 03/16/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 02/03/2023 ACCOUNT 424YN6CXS | S061 | 41384717 | 52.27 |
| 03/16/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY LEXIS - HAM, ARDEN 02/01/2023 ACCOUNT 424YN6CXS | S061 | 41384214 | 52.27 |
| 03/20/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 02/23/2023 TRANSACTIONS: 1 | S061 | 41395736 | 28.79 |
| 03/20/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HAM,ARDEN 02/01/2023 TRANSACTIONS: 19 | S061 | 41395531 | 237.20 |
| 03/20/23 | Suarez, Ashley<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SUAREZ,ASHLEY 02/23/2023 TRANSACTIONS: 16 | S061 | 41395518 | 172.71 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------|-----------|----------|--------|
| 03/20/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 02/07/2023 TRANSACTIONS: 12 | S061 | 41395653 | 95.06 |
| 03/20/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 02/28/2023 TRANSACTIONS: 11 | S061 | 41395735 | 8.70 |
| 03/20/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CASTILLO,LAUREN 02/03/2023 TRANSACTIONS: 1 | S061 | 41395598 | 28.79 |
| 03/20/23 | Ham, Hyunjae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HAM,ARDEN 02/02/2023 TRANSACTIONS: 16 | S061 | 41395590 | 172.71 |
| 03/20/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 02/16/2023 TRANSACTIONS: 4 | S061 | 41395644 | 8.70 |
| 03/20/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - OLLESTAD,JORDAN 02/24/2023 TRANSACTIONS: 1 | S061 | 41395489 | 28.79 |
| 03/20/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - CASTILLO,LAUREN 02/02/2023 TRANSACTIONS: 9 | S061 | 41395591 | 86.36 |
| 03/23/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - FEBRUARY 2023 | S061 | 41397638 | 14.30 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 03/23/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - FEBRUARY 2023 | S061 | 41397825 | 13.80 |
| 03/23/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - FEBRUARY 2023 | S061 | 41397536 | 9.00 |
| 03/23/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - FEBRUARY 2023 | S061 | 41397479 | 1.10 |
| 03/23/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - FEBRUARY 2023 | S061 | 41397841 | 52.50 |
| **SUBTOTAL DISB TYPE S061:** | | | | **$3,150.69** |
| 03/01/23 | WGM, Firm<br>DUPLICATING<br>180 PRINT(S) MADE IN NEW YORK BETWEEN 02/22/2023 TO 02/28/2023 | S117 | 41368610 | 18.00 |
| 03/08/23 | WGM, Firm<br>DUPLICATING<br>166 PRINT(S) MADE IN NEW YORK BETWEEN 03/06/2023 TO 03/06/2023 | S117 | 41373264 | 16.60 |
| 03/09/23 | Barker, Katherine M.<br>DUPLICATING<br>4 PRINT(S) MADE IN DALLAS 03/09/2023 8:33AM BY KITTY BARKER (8677) FOR KITTY BARKER (8677) | S117 | 41410404 | 0.40 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023004561

### ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|------|------------------|-----------|----------|--------|
| 03/15/23 | WGM, Firm | S117 | 41393317 | 36.20 |
| | DUPLICATING | | | |
| | 362 PRINT(S) MADE IN NEW YORK BETWEEN 03/08/2023 TO 03/09/2023 | | | |
| 03/22/23 | WGM, Firm | S117 | 41391496 | 5.40 |
| | DUPLICATING | | | |
| | 54 PRINT(S) MADE IN NEW YORK BETWEEN 03/15/2023 TO 03/15/2023 | | | |
| 03/29/23 | WGM, Firm | S117 | 41407184 | 14.20 |
| | DUPLICATING | | | |
| | 142 PRINT(S) MADE IN NEW YORK BETWEEN 03/23/2023 TO 03/27/2023 | | | |
| **SUBTOTAL DISB TYPE S117:** | | | | **$90.80** |
| 03/15/23 | Peene, Travis J. | S220 | 41392904 | 15.00 |
| | 3 RING BINDER 5" | | | |
| | 1 BINDING 3 RING (5") IN NEW YORK CITY ON 03/10/2023 21:02PM FROM UNIT 12 | | | |
| **SUBTOTAL DISB TYPE S220:** | | | | **$15.00** |
| **TOTAL DISBURSEMENTS** | | | | **$16,126.83** |