**Exhibit B**



Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

Tax I.D. No.:  51-0226371

May 15, 2023
Invoice 688467

Page 1
Client #  767622
Matter #  225120

For disbursements incurred through March 31, 2023

relating to  Representation in a potential chapter 11 case

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $3,308.46 |
| Court Reporter Services | $2,001.00 |
| Document Retrieval | $145.60 |
| Electronic Legal Research | $3,680.40 |
| Equipment Rental | $2,661.72 |
| Messenger and delivery service | $745.20 |
| Photocopying/Printing - outside vendor | $6,393.60 |
| Photocopying/Printing<br>0 @ $.10/pg / 3,378 @ $.10/pg. | $337.80 |
| Other Charges | $19,273.78 |

**TOTAL DUE FOR THIS INVOICE**   **$19,273.78**

**TOTAL DUE FOR THIS MATTER**   **$19,273.78**

■ ■ ■

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

May 15, 2023  
Invoice 688467  
Page 68  
Client #  767622

Client: Kabbage, Inc.

Matter: Representation in a potential chapter 11 case  
Case Administration  
Creditor Inquiries  
Meeting  
Executory Contracts/Unexpired Leases  
Plan of Reorganization/Disclosure Statement  
Use, Sale of Assets  
Cash Collateral/DIP Financing  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 01/06/23 | PACER | | DOCRETRIEV |
| | Amount = | $2.50 | |
| 02/23/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 02/23/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 02/24/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.80 | |
| 02/24/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 02/24/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 02/28/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA 30308

May 15, 2023  
Invoice 688467  
Page 69  
Client # 767622

| Date | Description | | Code |
|---|---|---|---|
| 02/28/23 | PACER | | DOCRETRI |
| | Amount = $0.90 | | |
| 02/28/23 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 02/28/23 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 03/01/23 | Printing | | DUP |
| | Amount = $2.80 | | |
| 03/01/23 | Westlaw | | ELEGALRE |
| | Amount = $1,264.20 | | |
| 03/02/23 | PACER | | DOCRETRI |
| | Amount = $1.60 | | |
| 03/02/23 | Printing | | DUP |
| | Amount = $0.10 | | |
| 03/02/23 | Westlaw | | ELEGALRE |
| | Amount = $541.80 | | |
| 03/03/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 03/03/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 03/03/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 03/03/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 03/03/23 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 03/03/23 | Printing | | DUP |
| | Amount = $0.90 | | |
| 03/03/23 | Printing | | DUP |
| | Amount = $1.10 | | |
| 03/03/23 | Printing | | DUP |
| | Amount = $0.40 | | |
| 03/03/23 | Printing | | DUP |
| | Amount = $0.60 | | |
| 03/03/23 | Printing | | DUP |
| | Amount = $0.20 | | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

May 15, 2023  
Invoice 688467  
Page 70  
Client #  767622

| Date | Description | | |
|---|---|---|---|
| 03/03/23 | Printing | | DUP |
| | Amount = | $1.20 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $0.50 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $0.40 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $0.40 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $1.70 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $0.50 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $2.50 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $0.80 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $5.10 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $1.20 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $0.90 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $1.30 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $1.60 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $11.90 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $5.50 | |
| 03/03/23 | Printing | | DUP |
| | Amount = | $9.10 | |

Kabbage, Inc.  May 15, 2023
Attn:  Holly Loiseau  Invoice 688467
KServicing, Inc.  Page 71
730 Peachtree Street NE, Suite 470
Atlanta GA  30308  Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 03/03/23 | Westlaw | | ELEGALRE |
| | Amount = | $1,318.80 | |
| 03/05/23 | Westlaw | | ELEGALRE |
| | Amount = | $180.60 | |
| 03/06/23 | Printing | | DUP |
| | Amount = | $6.00 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $1.70 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $1.50 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $4.30 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $4.40 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $5.90 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $3.40 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 03/07/23 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 03/08/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 03/08/23 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |

Kabbage, Inc.  
Attn:  Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

May 15, 2023  
Invoice 688467  
Page 72  

Client #  767622

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/08/23 | Docket Search | Amount = $25.00 | ELEGALRE~ |
| 03/08/23 | Docket Search | Amount = $25.00 | ELEGALRE~ |
| 03/08/23 | Docket Search | Amount = $25.00 | ELEGALRE~ |
| 03/08/23 | Docket Search | Amount = $25.00 | ELEGALRE~ |
| 03/08/23 | Docket Search | Amount = $25.00 | ELEGALRE~ |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $1.00 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $2.40 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $3.00 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $3.00 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI~ |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI~ |

| | | | |
|---|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | | May 15, 2023<br>Invoice 688467<br>Page 73<br>Client #  767622 |

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $3.00 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $2.80 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.30 | DOCRETRI EV |
| 03/08/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 03/08/23 | Printing | Amount = $0.10 | DUP |

| | | |
|---|---|---|
| Kabbage, Inc. | | May 15, 2023 |
| Attn: Holly Loiseau | | Invoice 688467 |
| KServicing, Inc. | | Page 74 |
| 730 Peachtree Street NE, Suite 470 | | |
| Atlanta GA  30308 | | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 03/09/23 | PACER | | DOCRETRIEV |
| | Amount = $0.20 | | |
| 03/09/23 | Printing | | DUP |
| | Amount = $0.20 | | |
| 03/09/23 | Printing | | DUP |
| | Amount = $0.20 | | |
| 03/09/23 | Printing | | DUP |
| | Amount = $12.20 | | |
| 03/10/23 | PARCELS INC: | | DUPOUT |
| | Amount = $310.95 | | |
| 03/10/23 | PARCELS INC: | | DUPOUT |
| | Amount = $198.00 | | |
| 03/10/23 | PARCELS INC: | | DUPOUT |
| | Amount = $115.50 | | |
| 03/10/23 | PARCELS INC: | | DUPOUT |
| | Amount = $447.00 | | |
| 03/10/23 | PARCELS INC: | | DUPOUT |
| | Amount = $620.90 | | |
| 03/10/23 | PARCELS INC: | | DUPOUT |
| | Amount = $803.00 | | |
| 03/10/23 | THE MEAT HOUSE CHADDS FORD: Dinner for Trial Group Order #MHM15878 | | MEALSCL |
| | Amount = $484.94 | | |
| 03/10/23 | Docket Search | | ELEGALRE |
| | Amount = $50.00 | | |
| 03/10/23 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 03/10/23 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 03/10/23 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 03/10/23 | Docket Search | | ELEGALRE |
| | Amount = $25.00 | | |
| 03/10/23 | Docket Search | | ELEGALRE |
| | Amount = $50.00 | | |
| 03/10/23 | PACER | | DOCRETRIEV |
| | Amount = $1.30 | | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

May 15, 2023  
Invoice 688467  
Page 75  
Client #  767622

| Date | Type | | Description |
|---|---|---|---|
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $1.30 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $0.50 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $0.90 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $0.30 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $3.00 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $2.70 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $3.00 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $3.00 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $1.70 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $1.00 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $1.20 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $3.00 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $0.30 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $0.60 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $0.60 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $0.20 | |
| 03/10/23 | PACER | | DOCRETRI EV |
| | | Amount = $0.20 | |

| | | |
|---|---|---|
| Kabbage, Inc. | | May 15, 2023 |
| Attn: Holly Loiseau | | Invoice 688467 |
| KServicing, Inc. | | Page 76 |
| 730 Peachtree Street NE, Suite 470 | | |
| Atlanta GA 30308 | | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 03/11/23 | PARCELS INC: | | DUPOUT |
| | Amount = | $67.95 | |
| 03/11/23 | PARCELS INC: | | DUPOUT |
| | Amount = | $414.60 | |
| 03/12/23 | JAYALAXMI LLC: Breakfast for Clients - #37416 | | MEALSCL |
| | Amount = | $453.42 | |
| 03/12/23 | Messenger and delivery | | MESS |
| | Amount = | $72.25 | |
| 03/12/23 | Messenger and delivery | | MESS |
| | Amount = | $118.62 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $1.00 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $0.50 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $3.00 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $3.00 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $4.40 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $1.80 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $1.20 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $1.90 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $1.20 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $7.50 | |

| | | |
|---|---|---|
| Kabbage, Inc. | | May 15, 2023 |
| Attn: Holly Loiseau | | Invoice 688467 |
| KServicing, Inc. | | Page 77 |
| 730 Peachtree Street NE, Suite 470 | | |
| Atlanta GA  30308 | | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 03/12/23 | Printing | | DUP |
| | Amount = | $12.80 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $0.90 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $0.30 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $2.80 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $15.00 | |
| 03/12/23 | Printing | | DUP |
| | Amount = | $6.00 | |
| 03/13/23 | JAYALAXMI LLC: Breakfast for Trial #37417 | | MEALSCL |
| | Amount = | $246.77 | |
| 03/13/23 | AMERICAN EXPRESS: Panera Bread ZIS Lunch for clients | | MEALSCL |
| | Amount = | $287.53 | |
| 03/13/23 | PARCELS INC: | | MESS |
| | Amount = | $81.00 | |
| 03/13/23 | PARCELS INC: | | MESS |
| | Amount = | $81.00 | |
| 03/13/23 | ZACHARY I. SHAPIRO: Dinner with Weil | | MEALSCL |
| | Amount = | $450.00 | |
| 03/13/23 | WEIL GOTSHAL & MANGES LLP - Messenger and delivery | | MESS |
| | Amount = | $28.51 | |
| 03/13/23 | PACER | | DOCRETRI |
| | Amount = | $2.80 | |
| 03/13/23 | PACER | | DOCRETRI |
| | Amount = | $2.80 | |
| 03/13/23 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 03/13/23 | PACER | | DOCRETRI |
| | Amount = | $2.80 | |

| Kabbage, Inc. | May 15, 2023 |
| --- | --- |
| Attn: Holly Loiseau | Invoice 688467 |
| KServicing, Inc. | Page 78 |
| 730 Peachtree Street NE, Suite 470 | |
| Atlanta GA  30308 | Client #  767622 |

| Date | Description | | Code |
| --- | --- | --- | --- |
| 03/13/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.30 | |
| 03/13/23 | PACER | | DOCRETRIEV |
| | Amount = | $3.00 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $61.00 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $2.00 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $6.00 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $18.30 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $1.20 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $2.00 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $27.00 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $6.40 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $0.50 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/13/23 | Printing | | DUP |
| | Amount = | $0.40 | |

| | | | |
|---|---|---|---|
| Kabbage, Inc. | | | May 15, 2023 |
| Attn: Holly Loiseau | | | Invoice 688467 |
| KServicing, Inc. | | | Page 79 |
| 730 Peachtree Street NE, Suite 470 | | | |
| Atlanta GA  30308 | | | Client #  767622 |

| Date | Description | Amount | Code |
|---|---|---|---|
| 03/13/23 | Printing | Amount = $0.10 | DUP |
| 03/14/23 | PACER | Amount = $2.90 | DOCRETRI EV |
| 03/14/23 | PACER | Amount = $2.90 | DOCRETRI EV |
| 03/14/23 | PACER | Amount = $2.50 | DOCRETRI EV |
| 03/14/23 | PACER | Amount = $3.00 | DOCRETRI EV |
| 03/14/23 | PACER | Amount = $2.80 | DOCRETRI EV |
| 03/14/23 | PACER | Amount = $0.90 | DOCRETRI EV |
| 03/14/23 | PACER | Amount = $1.20 | DOCRETRI EV |
| 03/14/23 | PACER | Amount = $0.20 | DOCRETRI EV |
| 03/14/23 | PACER | Amount = $0.50 | DOCRETRI EV |
| 03/14/23 | PACER | Amount = $2.90 | DOCRETRI EV |
| 03/15/23 | RELIABLE WILMINGTON: Amount = $449.50 | | CTRPT |
| 03/15/23 | PACER | Amount = $3.00 | DOCRETRI EV |
| 03/15/23 | PACER | Amount = $0.20 | DOCRETRI EV |
| 03/15/23 | PACER | Amount = $0.90 | DOCRETRI EV |
| 03/16/23 | AQUIPT: Monitors for co-cousel use for confirmation hearing 3/13/23 - Inv#122451  Amount = $2,661.72 | | EQUIPREN T |
| 03/16/23 | PACER | Amount = $3.00 | DOCRETRI EV |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | May 15, 2023<br>Invoice 688467<br>Page 80<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 03/16/23 | PACER | DOCRETRI |
| | Amount = $3.00 | |
| 03/16/23 | PACER | DOCRETRI |
| | Amount = $0.60 | |
| 03/17/23 | PARCELS INC: Production center services - #1014778 | DUPOUT |
| | Amount = $132.90 | |
| 03/17/23 | PARCELS INC: Production center services - #1014347 | DUPOUT |
| | Amount = $576.00 | |
| 03/17/23 | PARCELS INC: Production center services - #1014078 | DUPOUT |
| | Amount = $556.20 | |
| 03/17/23 | PARCELS INC: Production center services - #1014111 | DUPOUT |
| | Amount = $326.40 | |
| 03/17/23 | PACER | DOCRETRI |
| | Amount = $3.00 | |
| 03/17/23 | PACER | DOCRETRI |
| | Amount = $3.00 | |
| 03/17/23 | PACER | DOCRETRI |
| | Amount = $0.30 | |
| 03/17/23 | PACER | DOCRETRI |
| | Amount = $0.40 | |
| 03/17/23 | PACER | DOCRETRI |
| | Amount = $1.00 | |
| 03/17/23 | Printing | DUP |
| | Amount = $0.10 | |
| 03/19/23 | PARCELS INC: Production center services - #1014635 | DUPOUT |
| | Amount = $990.00 | |
| 03/19/23 | PARCELS INC: Production center services - #1014079 | DUPOUT |
| | Amount = $534.90 | |
| 03/19/23 | AMANDA STEELE: Starbucks coffee for co-counsel and clients | MEALSCL |
| | Amount = $36.96 | |

| | | | |
|---|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA 30308 | | | May 15, 2023<br>Invoice 688467<br>Page 81<br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 03/19/23 | ZACHARY I. SHAPIRO: Reimbursement for Additional dinner for co-counsel and clients - Zachary Shapiro | | MEALSCL |
| | Amount = | $181.32 | |
| 03/19/23 | Messenger and delivery | | MESS |
| | Amount = | $75.25 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $3.60 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $4.20 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $1.80 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $1.40 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $1.50 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $0.30 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $1.80 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $3.00 | |
| 03/19/23 | Printing | | DUP |
| | Amount = | $6.00 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn:  Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | May 15, 2023<br>Invoice 688467<br>Page 82<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 03/19/23 | Printing | DUP |
| | Amount =   $0.60 | |
| 03/19/23 | Printing | DUP |
| | Amount =   $0.10 | |
| 03/19/23 | Printing | DUP |
| | Amount =   $2.40 | |
| 03/19/23 | Printing | DUP |
| | Amount =   $0.50 | |
| 03/19/23 | Printing | DUP |
| | Amount =   $0.60 | |
| 03/19/23 | Printing | DUP |
| | Amount =   $0.50 | |
| 03/19/23 | Printing | DUP |
| | Amount =   $2.00 | |
| 03/19/23 | Printing | DUP |
| | Amount =   $0.70 | |
| 03/19/23 | Printing | DUP |
| | Amount =   $0.40 | |
| 03/19/23 | Printing | DUP |
| | Amount =   $0.80 | |
| 03/20/23 | RODNEY GRILLE: Food Service for March 23 | MEALSCL |
| | Amount =   $16.50 | |
| 03/20/23 | AMERICAN EXPRESS: Delaware Duck Cafe & Catering ZIS Lunch for clients | MEALSCL |
| | Amount =   $299.99 | |
| 03/20/23 | AMERICAN EXPRESS: Panera Bread ZIS Lunch for clients | MEALSCL |
| | Amount =   $307.40 | |
| 03/20/23 | AMERICAN EXPRESS: Brio Italian Grill ZIS dinner for clients | MEALSCL |
| | Amount =   $416.40 | |
| 03/20/23 | AMERICAN EXPRESS: Brio Italian Grill ZIS dinner for clients | MEALSCL |
| | Amount =   ($69.40) | |
| 03/20/23 | PARCELS INC: Courier Services - #1014104 | MESS |
| | Amount =   $88.00 | |

Kabbage, Inc.  
Attn:  Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308  

May 15, 2023  
Invoice 688467  
Page 83  
Client #  767622  

| Date | Description | Code |
|---|---|---|
| 03/20/23 | PARCELS INC: Courier services - #1014106 | MESS |
| | Amount =  $88.00 | |
| 03/20/23 | JAYALAXMI LLC: Coffee service for clients - #37440 | MEALSCL |
| | Amount =  $43.45 | |
| 03/20/23 | WEIL GOTSHAL & MANGES LLP - Messenger and delivery | MESS |
| | Amount =  $29.82 | |
| 03/20/23 | Messenger and delivery | MESS |
| | Amount =  $53.75 | |
| 03/20/23 | PACER | DOCRETRIEV |
| | Amount =  $2.90 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $4.80 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $0.20 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $2.20 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $4.80 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $0.60 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $2.20 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $11.10 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $0.20 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $0.20 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $1.70 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $2.80 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $2.00 | |
| 03/20/23 | Printing | DUP |
| | Amount =  $0.50 | |

Kabbage, Inc.            May 15, 2023
Attn: Holly Loiseau       Invoice 688467
KServicing, Inc.          Page 84
730 Peachtree Street NE, Suite 470
Atlanta GA 30308         Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 03/20/23 | Printing | | DUP |
| | Amount = | $0.50 | |
| 03/20/23 | Printing | | DUP |
| | Amount = | $4.80 | |
| 03/20/23 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/20/23 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/20/23 | Printing | | DUP |
| | Amount = | $1.00 | |
| 03/20/23 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/20/23 | Printing | | DUP |
| | Amount = | $1.20 | |
| 03/20/23 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/21/23 | AMERICAN EXPRESS: Panera Bread ZIS breakfast for clients | | MEALSCL |
| | Amount = | $153.18 | |
| 03/21/23 | PACER | | DOCRETRIEV |
| | Amount = | $2.80 | |
| 03/21/23 | PACER | | DOCRETRIEV |
| | Amount = | $1.90 | |
| 03/22/23 | RELIABLE WILMINGTON: #WL109859 | | CTRPT |
| | Amount = | $1,428.25 | |
| 03/23/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 03/24/23 | RELIABLE WILMINGTON: #WL109917 | | CTRPT |
| | Amount = | $123.25 | |
| 03/24/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.40 | |
| 03/28/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 03/28/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | May 15, 2023<br>Invoice 688467<br>Page 85<br>Client #  767622 |

| Date | Description | Code |
|---|---|---|
| 03/29/23 | PARCELS INC: Production Center Services - #1015550 | DUPOUT |
| | Amount =   $299.30 | |
| 03/29/23 | PARCELS INC: Courier Center Services - #1015590 | MESS |
| | Amount =   $29.00 | |
| 03/29/23 | PACER | DOCRETRI |
| | Amount =   $0.20 | |
| 03/29/23 | PACER | DOCRETRI |
| | Amount =   $0.10 | |
| 03/31/23 | PACER | DOCRETRI |
| | Amount =   $0.20 | |

TOTALS FOR   767622          Kabbage, Inc.

Expenses    $19,273.78