UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re                                                      :  Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                  :  Case No. 22-10951 (CTG)
:
:  (Jointly Administered)
Debtors.[1]                                                :
:
:  Obj. Deadline: June 5, 2023 at 4:00 p.m. (ET)
:  Hearing Date: June 22, 2023 at 10:00 a.m. (ET)
---------------------------------------------------------- x

## SECOND INTERIM APPLICATION OF OMNI AGENT SOLUTIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD JANUARY 1, 2023 THROUGH MARCH 31, 2023

| | |
|---|---|
| Name of Applicant | Omni Agent Solutions |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 21, 2022, effective as of the Petition Date [Dkt. #138] |
| Period for which compensation and reimbursement is sought | January 1, 2023 through March 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary | $41,256.60 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a (n) ___ monthly  _X_ interim  ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**SUMMARY OF MONTHLY FEE APPLICATIONS FOR INTERIM PERIOD:**

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 3/3/23 (D.I. 602) | January 1, 2023 through January 31, 2023 | $28,394.25 | $0.00 | $22,715.40 | $0.00 | $5,678.85 |
| 3/29/23 (D.I. 737) | February 1, 2023 through February 28, 2023 | $7,455.50 | $0.00 | $5,964.40 | $0.00 | $1,491.10 |
| 5/8/23 (D.I. 807) | March 1, 2023 through March 31, 2023 | $5,406.85 | $0.00 | $0.00 | $0.00 | $4,325.48 |
| Total: | | **$41,256.60** | **$0.00** | **$28,679.80** | **$0.00** | **$11,495.43** |

Summary of Any Objections to Monthly Fee Application:[1]  N/A.

Compensation Sought in this Application Not Yet Paid:  $12,576.20

---

[1] The objection deadline relating to the *Sixth Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023* has not yet passed.

Dated:    May 15, 2023
          New York, New York

/s/ Paul H. Deutch
Paul H. Deutch
Omni Agent Solutions

*Administrative Agent for Debtors and Debtors-in-Possession*