**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | : | Case No. 22-10951 (CTG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.[1] | : | |
| | : | Obj. Deadline: June 5, 2023 at 4:00 p.m. (ET) |
| | : | Hearing Date: June 22, 2023 at 10:00 a.m. (ET) |

**SUMMARY OF SECOND INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP, SPECIAL COUNSEL TO THE BOARD OF DIRECTORS OF KABBAGE, INC. D/B/A KSERVICING FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of Applicant: | Greenberg Traurig, LLP |
| Authorized to Provide Professional Services to: | Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing |
| Date of Retention: | November 2, 2022 (*nunc pro tunc* to October 3, 2022) |
| Period for Which Compensation and Reimbursement sought | January 1, 2023 through March 31, 2023 (Second Interim Period) |
| Total compensation sought this period | $201,666.00 |
| Total expense reimbursement sought this period: | $0.00 |
| Total compensation allowed by interim order to date: | $223,096.50 |
| Total expenses allowed by interim order to date: | $411.25 |
| Total allowed compensation paid to date: | $338,014.90 |
| Total allowed expenses paid to date: | $411.25 |
| Blended rate in this application for all attorneys: | $1,189.83 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

| | |
|---|---|
| Blended rate in this application for all timekeepers: | $917.50 |
| Compensation sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $114,918.40 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this application: | 7 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | 2 |
| If applicable, difference between fees budgeted and compensation sought for this period: | $71,209.00 less than budgeted |
| Number of professionals billing fewer than 15 hours to the case during this period: | 4 |
| Are any rates higher than those approved and disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application. | No |

This is a(n):  __ Monthly            X  Interim            __ Final Application

This Application does not include any hours incurred in connection with preparation of this Application.

**SUMMARY OF MONTHLY FEE APPLICATIONS
FOR THE SECOND INTERIM PERIOD**

| APPLICATION | FEES REQUESTED | EXPENSES REQUESTED | FEES APPROVED | EXPENSES APPROVED | TOTAL OWED |
|---|---|---|---|---|---|
| Fourth Monthly 1/1/23–1/31/23 D.I. 603, Filed 3/3/23<br><br>CNO: D.I. 727, Filed 3/24/23 | $71,917.50 | $0.00 | $57,534.00 | $0.00 | $14,383.50 |
| Fifth Monthly 2/1/23 – 2/28/23 D.I. 741, Filed 3/29/23<br><br>CNO: D.I. 776, Filed 4/19/23 | $71,730.50 | $0.00 | $57,384.40 | $0.00 | $14,346.10 |
| Sixth Monthly 3/1/23 – 3/31/23 D.I. 810, Filed 5/8/23<br><br>CNO: Deadline to object to Sixth Monthly Fee Application is 5/30/23 at 4:00 pm ET | $58,018.00 | $0.00 | $0.00* | $0.00* | $0.00* |
| **TOTALS:** | $201,666.00 | $0.00 | $114,918.40 | $0.00 | **$28,729.60*** |

Summary of Any Objections to Monthly Fee Application: None.

Compensation Sought in this Application Not Yet Paid: $86,747.60

\* Deadline to Object to Sixth Monthly Fee Application is 5/30/23 at 4:00 pm ET.

**Compensation By Individual**

| Name of Professional | Position; Date of Bar Admission; Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Nathan P. Emeritz | Shareholder; Member of Delaware Bar since 2009. Area of expertise: Corporate | $900.00 | 0.5 | $450.00 |
| Eric J. Howe | Shareholder; Member of the Illinois Bar since 2007; Member of Minnesota Bar since 2013. Area of expertise: Restructuring and Bankruptcy | $1,050.00 | 1.1 | $1,155.00 |
| David B. Kurzweil | Shareholder; Member of Georgia Bar since 1987; Member of New York Bar since 2012. Area of expertise: Restructuring and Bankruptcy | $1,540.00 | 65.6 | $101,024.00 |
| Connor Q. Lynch | Associate; Member of Delaware Bar since 2017. Area of expertise: Corporate | $615.00 | 0.3 | $184.50 |
| Dennis A. Meloro | Shareholder; Member of Delaware Bar since 2003. Area of expertise: Restructuring and Bankruptcy | $1,255.00 | 2.2 | $2,761.00 |
| Matthew A. Petrie | Associate; Member of Florida Bar since 2007; Member of Georgia Bar since 2020. Area of expertise: Restructuring and Bankruptcy | $870.00 | 70.8 | $61,596.00 |
| Sandy Bratton | Paralegal; 27 years of experience. | $435.00 | 79.3 | $34,495.50 |
| **Total:** | | | **219.8** | **$201,666.00** |
| **Blended Rate:** | | | | **$917.50** |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| KS003 | Employment and Fee Applications | 36.2 | $21,741.00 |
| KS005 | Board and Corporate Governance | 111.4 | $101,716.50 |
| KS006 | Plan and Disclosure Statement | 53.3 | $60,516.50 |
| KS007 | Court Hearings | 18.9 | $17,692.00 |
| **Total:** | | **219.8** | **$201,666.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | N/A | $0.00 |
| **Total Disbursements:** | | **$0.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                         :

| | |
|---|---|
| In re | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.¹ | (Jointly Administered) |
| | Obj. Deadline: June 5, 2023 at 4:00 p.m. (ET) |
| | Hearing Date: June 22, 2023 at 10:00 a.m. (ET) |

------------------------------------------------------------ x

**SECOND INTERIM FEE APPLICATION OF GREENBERG
TRAURIG, LLP, SPECIAL COUNSEL TO THE BOARD OF DIRECTORS OF
KABBAGE, INC. D/B/A KSERVICING FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH MARCH 31, 2023**

Greenberg Traurig, LLP ("Greenberg Traurig"), special counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing (the "Board"), hereby submits its second interim application (the "Application") for compensation and reimbursement of expenses for the period from January 1, 2023 through and including March 31, 2023 (the "Application Period") pursuant to 11 U.S.C. §§ 330 and 331 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 136] (the "Interim Compensation Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

By this Application, Greenberg Traurig seeks an interim allowance of compensation in the amount of $201,666.00 in accordance with the Interim Compensation Order. In support of the Application, Greenberg Traurig respectfully represents as follows:

## BACKGROUND

1. On October 3, 2022, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Petition Date").

2. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

3. The Debtors' cases are being jointly administered for procedural purposes only, pursuant to an order the Court entered on October 4, 2022 [Docket No. 42].

4. On October 21, 2022, the Court entered the Interim Compensation Order.

5. On October 14, 2022, the Debtors filed the *Application of Debtors for Authority to Employ and Retain Greenberg Traurig, LLP as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing Effective as of the Petition Date* [Docket No. 107]. On November 2, 2022, the Court entered the *Order Authorizing Debtors to Employ and Retain Greenberg Traurig, LLP as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing Effective as of the Petition Date* [Docket No. 197].

6. On March 3, 2023, Greenberg Traurig filed the *Fourth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2023 Through January 31, 2023* [Docket No. 603] (the

2

"Fourth Monthly Fee Application").  On March 24, 2023, the Debtors filed a certificate of no objection to the Fourth Monthly Fee Application [Docket No. 727].

7. On March 29, 2023, Greenberg Traurig filed the *Fifth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From February 1, 2023 Through February 28, 2023* [Docket No. 741] (the "Fifth Monthly Fee Application").  On April 19, 2023, the Debtors filed a certificate of no objection to the Fifth Monthly Fee Application [Docket No. 776].

8. On May 8, 2023, Greenberg Traurig filed the *Sixth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From March 1, 2023 Through March 31, 2023* [Docket No. 810] (the "Sixth Monthly Fee Application").  The deadline to object to the Sixth Monthly Fee Application is May 30, 2023 at 4:00 p.m. ET.

9. Greenberg Traurig responds to the following questions raised in the *U.S. Trustee Program's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"):

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did Greenberg Traurig agree to any variations from, or alternatives to, Greenberg Traurig's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | X | N/A |

3

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| If the fees sought in the Interim Fee Application as compared to the fees budgeted for the time period covered by the Interim Fee Application are higher by 10% or more, did Greenberg Traurig discuss the reasons for the variation with the client? | | X | N/A |
| Have any of the professionals included in the Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case? | | X | N/A |
| Does the Interim Fee Application include time for fees related to reviewing or revising time records or preparing, reviewing or revising invoices? | | X | N/A |
| Does the Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify hours and fees. | | X | N/A |
| Does the Interim Fee Application include any rate increases since retention in these cases? | | X | N/A |

## COMPENSATION PAID AND ITS SOURCE

10. No agreement or understanding exists between Greenberg Traurig and any third person for the sharing of compensation, except as allowed by Section 504(b) and Bankruptcy Rule 2016 with respect to sharing of compensation between and among partners at Greenberg Traurig. All services for which compensation is requested hereunder were rendered at the request of and solely on behalf of the Board and not on behalf of any other entity.

## SUMMARY OF SERVICES RENDERED

11. This Application is the second interim fee application filed by Greenberg Traurig in these chapter 11 cases. In connection with the professional services described below, by this Application, Greenberg Traurig seeks compensation in the amount of $201,666.00 for the Application Period.

12. The majority of services rendered by Greenberg Traurig during the Application Period as special counsel to the Board are summarized below. Moreover, each of the following are

4

set forth in the invoices attached as **Exhibits A** to the Fourth, Fifth, and Sixth Monthly Fee Applications, which include: (i) a description of the Professional performing the services; (ii) the date the services were performed; (iii) a detailed description of the nature of the services and the related time expended; and (iv) a summary of the fees and hours of each Professional listed by project category (which applicable categories are set forth below). Summarily, Greenberg Traurig rendered the following services during the Application Period as special counsel to the Board:

    a) <u>Employment and Fee Applications (KS003)</u>

        Fees: $21,741.00    Hours: 36.2

This category includes services relating to drafting, reviewing, revising and finalizing Greenberg Traurig's Fourth, Fifth, and Sixth monthly and first interim fee applications.

    b) <u>Board and Corporate Governance (KS005)</u>

        Fees: $101,716.50    Hours: 111.4

This category includes services relating to analyzing corporate governance issues, reviewing materials and presentations prepared for the Board, attending meetings of the Board, participating in wind down officer interviews and discussions regarding acceptable candidates, reviewing minutes of meetings of the Board, and monitoring case pleadings and important deadlines for the Board.

    c) <u>Plan and Disclosure Statement (KS006)</u>

        Fees: $60,516.50    Hours: 53.3

This category includes services related to reviewing and analyzing the Plan and Disclosure Statement and related documents, Plan confirmation negotiations involving stakeholders, and wind down planning, including review of documents and agreements in connection with implementing the transactions provided for under the Plan.

    d) <u>Court Hearings (KS007)</u>

     Fees: $17,692.00  Hours: 18.9

This category includes services relating to preparing for and attending hearings, including the Plan Confirmation hearing.

**SUMMARY OF EXPENSES**

13. During the Application Period, Greenberg Traurig did not incur or disburse costs and expenses related to these cases, and therefore no reimbursement of expenses is sought by this Application.

**VALUATION OF SERVICES**

14. Greenberg Traurig expended a total of 219.80 hours in connection with this matter during the Application Period. The nature of the work performed by the Professionals is detailed in **Exhibit A** of the Fourth, Fifth, and Sixth Monthly Fee Applications. The hourly rates contained therein are Greenberg Traurig's normal hourly rates for work of this character.

15. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given (a) the complexity of these cases, (b) the time expended by the attorneys and paraprofessionals at Greenberg Traurig, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

16. Greenberg Traurig hereby certifies that (i) it has reviewed the requirements of Local Rule 2016-2 and (ii) this Application complies with such rule.

17. Greenberg Traurig has provided a copy of this Application to the Notice Parties (as defined in the Interim Compensation Order).

**CONCLUSION**

WHEREFORE, Greenberg Traurig respectfully requests that (a) it be allowed compensation in the amount of $201,666.00 for professional services rendered for the Application Period; (b) the Court authorize the Debtors to pay Greenberg Traurig any unpaid portion for the Application Period on an interim basis; and (c) the Court grant such other and further relief deemed appropriate under the circumstances.

Dated: May 15, 2023
Wilmington, Delaware

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Dennis A. Meloro
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware  19801
Telephone: (302) 661-7000
Email: Anthony.clark@gtlaw.com
         melorod@gtlaw.com

- and -

David B. Kurzweil (admitted *pro hac vice*)
Matthew A. Petrie (admitted *pro hac vice*)
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Email: kurzweild@gtlaw.com
         petriem@gtlaw.com

*Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing*

## EXHIBITS A – C

PLEASE TAKE NOTICE that in compliance with the *U.S. Trustee Program's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), attached hereto as **Exhibit A** is a copy of the budget and staffing plan agreed to between the above-captioned debtors and debtors in possession and Greenberg Traurig, LLP ("Greenberg Traurig") for the period of January 1, 2023 through and including March 31, 2023 (the "Second Interim Period"). A chart comparing the total hours spent and the hours budgeted for each task code for the Second Interim Period is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit C** are Greenberg Traurig's customary and comparable compensation disclosures.

Dated: May 15, 2023
       Wilmington, Delaware

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware  19801
Telephone: (302) 661-7000
Email: Anthony.clark@gtlaw.com
       melorod@gtlaw.com

- and -

David B. Kurzweil (admitted *pro hac vice*)
Matthew A. Petrie (admitted *pro hac vice*)
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Email: kurzweild@gtlaw.com
       petriem@gtlaw.com

*Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re                                                      : Chapter 11
                                                           :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                  : Case No. 22-10951 (CTG)
                                                           :
                                                           : (Jointly Administered)
Debtors.[1]                                                :
                                                           :
                                                           : Obj. Deadline: June 5, 2023 at 4:00 p.m. (ET)
                                                           : Hearing: June 22, 2023 at 10:00 a.m. (ET)
---------------------------------------------------------- x

**CERTIFICATION OF DENNIS A. MELORO IN SUPPORT OF
SECOND INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP**

I, Dennis A. Meloro, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1.  I am a Shareholder at Greenberg Traurig, LLP ("Greenberg Traurig"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware.

2.  I make this certification regarding the *Second Interim Fee Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 1, 2023 through March 31, 2023* (the "Second Interim Fee Application") to certify

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

to certain matters addressed in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 136] (the "Interim Compensation Order").

3. Specifically, I have reviewed the Second Interim Fee Application, including each monthly fee application relating to the period from January 1, 2023 through and including March 31, 2023 (the "Second Interim Fee Period"), and I hereby certify that such applications comply with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware. In addition, I hereby certify that, in accordance with the Interim Compensation Order, and in connection with preparing the Second Interim Fee Application, Greenberg Traurig has made a reasonable effort to comply with the *U.S. Trustee Program's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"). To that end, Greenberg Traurig specifically responds to certain questions identified in the U.S. Trustee Guidelines as follows:

- **Question 1:** Did Greenberg Traurig agree to any variations from, or alternatives to, Greenberg Traurig's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

    - **Answer**: No.

- **Question 2:** If the fees sought in the Second Interim Fee Application as compared to the fees budgeted for the time period covered by the Second Interim Fee Application are higher by 10% or more, did Greenberg Traurig discuss the reasons for the variation with the client?

    - **Answer**: Not Applicable.

- **Question 3:** Have any of the professionals included in the Second Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case?

    - **Answer**: No.

- **Question 4:** Does the Second Interim Fee Application include time for fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

    - **Answer:** No.

- **Question 5:** Does the Second Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

    - **Answer:** No.

- **Question 6**: Does the Second Interim Fee Application include any rate increases since retention in these cases?

    - **Answer**: No.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: May 15, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Dennis A. Meloro*
　　　　　　　　　　　　　　　　　　　　Dennis A. Meloro (DE Bar No. 4435)
　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1600
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 661-7000
　　　　　　　　　　　　　　　　　　　　Email: melorod@gtlaw.com

　　　　　　　　　　　　　　　　　　　　*Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing*

3