# Exhibit B

## Comparison of Fees and Hours Budgeted to Fees and Hours Billed During the Second Interim Period
### Greenberg Traurig, LLP

| Task Code | Project Category | Estimated Hours | Actual Hours Billed | Estimated Fees | Actual Fees |
|---|---|---|---|---|---|
| KS003 | Employment and Fee Applications | 35.00 | 36.2 | $32,375.00 | $21,741.00 |
| KS005 | Board and Corporate Governance | 150.00 | 111.4 | $138,750.00 | $101,716.50 |
| KS006 | Plan and Disclosure Statement | 80.00 | 53.3 | $74,000.00 | $60,516.50 |
| KS007 | Court Hearings | 30.00 | 18.9 | $27,750.00 | $17,692.00 |
| **Total:** | | **295** | **219.8** | **$272,875.00** | **$201,666.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Second Interim Period | Actual Number of Timekeepers During the Second Interim Period | Estimated Average Hourly Rate | Actual Blended Hourly Rate |
|---|---|---|---|---|
| Shareholders | 3 | 5 | $1,453.33 | $1,518.59 |
| Associates | 1 | 2 | $870.00 | $868.92 |
| Paralegals | 1 | 1 | $435.00 | $435.00 |