## EXHIBIT C

## CUSTOMARY AND COMPARABLE COMPENSATION
## DISCLOSURE WITH FEE APPLICATION
## (SECOND INTERIM PERIOD)

| Blended Hourly Rate Disclosures | | |
|---|---|---|
| **Category of Timekeeper** | **Billed by Atlanta Timekeepers**[1] In comparable practice areas for preceding calendar year (excluding bankruptcy matters) | **Billed** This Application |
| Shareholders | $974.00 | $1,540.00 |
| Associates | $685.00 | $870.00 |
| Paralegals | $380.00 | $435.00 |

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013,* preceding year is a rolling 12 months year ending December 31, 2022; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.  These rates reflect those of Greenberg Traurig's Atlanta office, as the primary timekeepers in these cases are resident in such office, in the following practice areas: Corporate, Litigation, Intellectual Property, Real Estate, and Tax.