**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
In re                                                        :  Chapter 11
                                                             :
KABBAGE, INC. d/b/a KSERVICING *et al.*,                     :  Case No. 22-10951 (CTG)
                                                             :
                                                             :  (Jointly Administered)
        Debtors.[1]                                          :
                                                             :  Obj. Deadline: June 5, 2023 at 4:00 p.m.
                                                             :  Hearing Date: June 22, 2023 at 10:00 a.m.
                                                             :
------------------------------------------------------------ x

**SUMMARY OF SECOND INTERIM APPLICATION OF JONES DAY FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2023 THROUGH MARCH 31, 2023**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | November 2, 2022, effective as of October 3, 2022 |
| Period for which compensation and reimbursement are sought: | January 1, 2023 through March 31, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $69,057.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $50,710.74 |
| Total Compensation Approved by Interim Order to Date: | $188,987.50 |
| Total Expenses Approved by Interim Order to Date: | $153,582.18 |
| Total Allowed Compensation Paid to Date: | $188,987.50 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

| | |
|---|---|
| Total Allowed Expenses Paid to Date: | $153,582.18 |
| Blended Hourly Rate in this Application for All Attorneys: | $1,019.69 |
| Blended Hourly Rate in this Application for All Timekeepers: | $938.28 |
| Compensation Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $22,644.00 |
| Expenses Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $39,829.07 |
| Number of Professionals Included in this Application: | 4 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | 0 |
| If applicable, difference between fees budgeted and compensation sought for this period: | ($25,192.50) |
| Number of Professionals Billing Fewer Than 15 Hours: | 2 |
| Are any rates higher than those approved or disclosed at retention? | Yes, as of January 1, 2023.  Effect of $7,115.00. |

This is a(n): ___ monthly   _X_ interim   ___ final application

Prior Monthly Fee Applications Filed:

| Date / Docket | Month Covered | Fees | Expenses[2] |
|---|---|---|---|
| Mar. 3, 2023/Dkt. 604 | January 1 – 31, 2023 | $12,465.00 | $16,304.05 |
| Mar. 29, 2023/Dkt. 740 | February 1 – 28, 2023 | $15,840.00 | $23,525.02 |
| May 8, 2023/Dkt. 808 | March 1 – 31, 2023 | $40,752.50 | $10,881.67 |

To date, no objections have been received to any prior monthly fee applications.[3]

---

[2] Includes Expenses paid in the amount of $23,436.25 for services provided by Forensic Risk Alliance, Inc. ("FRA"), Jones Day's consultant with respect to the Federal Investigations. Consistent with the requirements of Local Rule 2016-2, copies of FRA's invoice were attached as Exhibit C to the prior monthly fee applications.

[3] The objection deadline relating to the *Sixth Monthly Fee Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023* has not yet passed.

-3-

**SUMMARY OF HOURS AND COMPENSATION BY PROFESSIONAL**

| Name of Professional Individual | Position/Group*/Bar Year | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| A E Lelling | Partner/IWC/1994 | $1,400 | 12.20 | $17,080.00 |
| D J Merrett | Partner/BR&R/2007 | $1,200 | 21.50 | $25,800.00 |
| B N Wilhelm | Associate/B&TL/2017 | $725 | 28.90 | $20,952.50 |
| C L Smith | Paralegal/BR&R | $475 | 11.00 | $5,225.00 |
| **TOTAL** | | | **73.60** | **$69,057.50** |

* B&TL – Business & Tort Litigation; BR&R – Business Restructuring & Reorganization; IWC – Investigations & White Collar Defense

**BLENDED RATE OF PROFESSIONALS – TOTAL**

| Professionals | Blended Rate | Total Hours | Total Compensation |
|---|---|---|---|
| Partners & Counsel | $1,272.40 | 33.70 | $42,880.00 |
| Associates | $725 | 28.90 | $20,952.50 |
| Paralegals | $475 | 11.00 | $5,225.00 |
| **TOTAL** | **$938.28** | **73.60** | **$69,057.50** |

**BLENDED HOURLY RATE FOR DOMESTIC OFFICES CONTRIBUTING 10% OR MORE OF BILLED HOURS**

| Office/Category of Professional | Blended Rate |
|---|---|
| Atlanta – Partner/Of Counsel | $920 |
| Atlanta – Associate | $538 |
| Atlanta – Staff Attorney | $376 |
| Atlanta – Paralegal | $346 |
| Atlanta – Project Manager | $387 |
| Boston – Partner | $1,013 |
| Boston – Associate | $546 |
| Boston – Staff Attorney | N/A |
| Boston – Paralegal | $249 |
| Boston – Project Manager | N/A |
| Cleveland – Partner | $906 |
| Cleveland – Associate | $499 |
| Cleveland – Staff Attorney | $452 |
| Cleveland – Paralegal | $326 |
| Cleveland – Project Manager | N/A |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.20 | $1,045.00 |
| Creditor Inquiries | 0.00 | $0.00 |
| Executory Contracts/Unexpired Leases | 0.00 | $0.00 |
| Automatic Stay/Adequate Protection | 0.00 | $0.00 |
| Plan of Reorganization/Disclosure Statement | 0.00 | $0.00 |
| Use, Sale or Lease of Assets | 0.00 | $0.00 |
| Financing matters | 0.00 | $0.00 |
| Claims Administration | 0.00 | $0.00 |
| Court Hearings | 0.00 | $0.00 |
| General Corporate | 0.00 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reporting | 0.00 | $0.00 |
| Employee Matters | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| Tax Advice | 0.00 | $0.00 |
| Department of Justice Investigations | 40.60 | $37,332.50 |
| Congressional Investigation | 0.00 | $0.00 |
| Federal Trade Commission Investigation | 0.00 | $0.00 |
| Litigation and Adversary Proceedings | 0.00 | $0.00 |
| Professional Retention/Fee Issues | 5.60 | $6,647.50 |
| Fee Application Preparation | 25.20 | $24,032.50 |
| **TOTAL** | **73.60** | **$69,057.50** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $23,436.25 |
| Hosting Charges | $27,274.49 |
| **TOTAL** | **$50,710.74** |

## BUDGET

| Project Category | Estimated Hours | Estimated Fees | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Case Administration | 5.00 | $4,000.00 | 2.20 | $1,045.00 |
| Creditor Inquiries | 0.00 | $0.00 | 0.00 | $0.00 |
| Executory Contracts/Unexpired Leases | 0.00 | $0.00 | 0.00 | $0.00 |
| Automatic Stay/Adequate Protection | 0.00 | $0.00 | 0.00 | $0.00 |
| Plan of Reorganization/Disclosure Statement | 0.00 | $0.00 | 0.00 | $0.00 |
| Use, Sale or Lease of Assets | 0.00 | $0.00 | 0.00 | $0.00 |
| Financing matters | 0.00 | $0.00 | 0.00 | $0.00 |
| Claims Administration | 0.00 | $0.00 | 0.00 | $0.00 |
| Court Hearings | 0.00 | $0.00 | 0.00 | $0.00 |
| General Corporate | 0.00 | $0.00 | 0.00 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reporting | 0.00 | $0.00 | 0.00 | $0.00 |
| Employee Matters | 0.00 | $0.00 | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 | 0.00 | $0.00 |
| Tax Advice | 0.00 | $0.00 | 0.00 | $0.00 |
| Department of Justice Investigations | 40.00 | $38,000.00 | 40.60 | $37,332.50 |
| Congressional Investigation | 20.00 | $19,000.00 | 0.00 | $0.00 |
| Federal Trade Commission Investigation | 10.00 | $9,500.00 | 0.00 | $0.00 |
| Litigation and Adversary Proceedings | 0.00 | $0.00 | 0.00 | $0.00 |
| Professional Retention/Fee Issues | 5.00 | $4,750.00 | 5.60 | $6,647.50 |
| Fee Application Preparation | 20.00 | $19,000.00 | 25.20 | $24,032.50 |
| **Total** | **100.00** | **$94,250.00** | **73.60** | **$69,057.50** |

## STAFFING PLAN

| Category of Timekeeper | NUMBER OF TIMEKEEPERS PROJECTED TO WORK ON MATTER DURING BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners and Counsel | 2 | $1,300.00 |
| Associates | 2 | $900.00 |
| Paralegals and Other Non-Attorney Legal Staff | 2 | $412.50 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
:
In re : Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING *et al.*, : Case No. 22-10951 (CTG)
:
: (Jointly Administered)
Debtors.¹ :
: Obj. Deadline: June 5, 2023 at 4:00 p.m.
: Hearing Date: June 22, 2023 at 10:00 a.m.
---------------------------------------------------------------- x

**CERTIFICATION OF DANIEL J. MERRETT IN SUPPORT**
**OF SECOND INTERIM FEE APPLICATION OF JONES DAY**

1. I am a partner with the applicant firm, Jones Day (the "Applicant"). I make this certification regarding the Applicant's second interim application for payment of compensation and reimbursement of expenses (the "Interim Fee Application") for the period January 1, 2023 through March 31, 2023 (the "Interim Fee Period") to certify to certain matters addressed in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. 136] (the "Interim Compensation Order").²

2. Pursuant to the Interim Compensation Order, the Court authorized the Applicant to file this Interim Fee Application, which has been prepared in accordance with the procedures set forth in both the Interim Compensation Order and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by*

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

² Capitalized terms used herein but not otherwise defined have the meanings given to them in the Interim Compensation Order.

-1-

*Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee Guidelines").

3. I have reviewed the Interim Fee Application, including each Monthly Fee Application relating to the Interim Fee Period covered by the Interim Fee Application, and I hereby certify that such applications comply with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Moreover, I have reviewed Local Rules 2016-1 and 2016-2, and submit that this Interim Fee Application complies with such rules.

**Disclosures Pursuant to the Revised U.S. Trustee Guidelines**

4. The Court authorized the Debtors to retain the Applicant as special counsel in these chapter 11 cases pursuant to an order entered on November 2, 2022 [Dkt. 198] (the "Retention Order").

5. Four professionals are included in this Interim Fee Application. Of those four professionals, two professionals billed fewer than fifteen hours during the Interim Fee Period.

6. The Applicant discussed its rates, fees, and staffing plan with the Debtors at the outset of its engagement and throughout these cases.

7. Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed its monthly service descriptions and expense detail and has determined that certain fees should not be charged to the Debtors. In particular, Jones Day has voluntarily determined that $7,125.00 in fees should not be charged to the Debtors. This Interim Fee Application reflects that adjustment.

**Statement of the Applicant**

8.      Pursuant to section C5 of the U.S. Trustee Guidelines, the Applicant responds to the questions identified therein as follows:

Question 1:    Did Jones Day agree to any variations from, or alternatives to, Jones Day's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Interim Fee Period? If so, please explain.

Answer:    No.

Question 2:    If the fees sought in the Interim Fee Application as compared to the fees budgeted for the Interim Fee Period are higher by 10% or more, did Jones Day discuss the reasons for the variation with the client?

Answer:    Not applicable.

Question 3:    Have any of the professionals included in the Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case?

Answer:    No.

Question 4:    Does the Interim Fee Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

Answer:    Except as previously disclosed in the Monthly Fee Applications, this Application does not include any time or fees related to reviewing, revising or preparing invoices.

Question 5:    Does the Interim Fee Application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

Answer:    No.

Question 6:    Does the Interim Fee Application include any rate increases since Jones Day's retention in these cases?

Answer:    Yes. The Interim Fee Application includes annual rate increases effective as of January 1, 2023, which were disclosed to the Debtors. These rate changes increased the amount of compensation sought in this Interim Fee Application over 2022 rates by $7,115.00.

Dated: May 15, 2023          */s/ Daniel J. Merrett*
                              Daniel J. Merrett