**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                                      :     **Chapter 11**
                                                           :
**KABBAGE, INC. d/b/a KSERVICING, *et al.*,**              :     **Case No. 22-10951 (CTG)**
                                                           :
                                                           :     **(Jointly Administered)**
Debtors.[1]                                                :
                                                           :     Obj. Deadline: June 5, 2023 at 4:00 p.m. (ET)
                                                           :     Hearing: June 22, 2023 at 10:00 a.m. (ET)
                                                           :
------------------------------------------------------------ x

**NOTICE OF SECOND INTERIM FEE APPLICATION**
**REQUEST OF RICHARDS, LAYTON & FINGER, P.A.**

| Name of applicant (the "**Applicant**"): | Richards, Layton & Finger, P.A. |
|---|---|
| Authorized to provide professional services to: | the above-captioned debtors and debtors in possession |
| Date of retention: | October 28, 2022 *nunc pro tunc* to October 3, 2022 |
| Period for which compensation and reimbursement is sought: | January 1, 2023 through March 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,019,028.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $33,508.93 |

This is a(n):  __X__ interim       ____ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 28783677v.1

Summary of fee applications for the compensation period:

| Date Filed and Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 3/8/23 [D.I. 621] | 1/1/23 – 1/31/23 | $323,673.50 | $10,333.27 | $258,938.80 | $10,333.27 | $64,734.70 |
| 4/13/23 [D.I. 767] | 2/1/23 – 2/28/23 | $231,181.00 | $3,901.88 | $184,944.80 | $3,901.88 | $46,236.20 |
| 5/15/23 [D.I. 819] | 3/1/23 – 3/31/23 | $464,174.00 | $19,273.78 | $0.00 Pending objection deadline of 6/5/23 | $0.00 Pending objection deadline of 6/5/23 | $0.00 Pending objection deadline of 6/5/23 |
| **Total:** | | **$1,019,028.50** | **$33,508.93** | **$443,883.60** | **$14,235.15** | **$110,970.90** |

Summary of any objections to fee applications: None.

PLEASE TAKE NOTICE that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated October 21, 2022 [Docket No. 136] (the "**Interim Compensation Order**")[2], objections, if any, to this Interim Fee Application must be filed with the Court by **June 5, 2023 at 4:00 p.m. (ET)** and served on the Applicant at the address set forth below and the Notice Parties.

PLEASE TAKE FURTHER NOTICE that a hearing to consider this Interim Fee Application will be held on **June 22, 2023 at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

PLEASE TAKE FURTHER NOTICE that, (i) attached hereto as **Exhibit A** is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases, (ii) attached hereto as **Exhibit B** is a summary of compensation by project category, (iii) attached hereto as **Exhibit C** is an expense summary, (iv) attached hereto as **Exhibit D** are the Applicant's customary and comparable compensation disclosures, (v) attached hereto as **Exhibit E** is the *Budget for Richards, Layton & Finger, P.A., as Co-Counsel to the Debtors, for the Period from January 1, 2023 through March 31, 2023* (the "**Budget**") and the *Staffing Plan for Richards, Layton & Finger, P.A., as Co-Counsel to the Debtors, for the Period from January 1, 2023 through March 31, 2023* (the "**Staffing Plan**"), (vi) attached hereto as **Exhibit F** is a summary of fees and hours budgeted compared to fees and hours billed, (vii) attached hereto as **Exhibit G** are certain additional disclosures related to the Interim Fee Application and (viii) attached hereto as **Exhibit H** is a certification, wherein an attorney of the Applicant certifies to certain matters addressed in the Interim Compensation Order.

**IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.**

Dated: May 15, 2023
       Wilmington, Delaware

*/s/ Amanda R. Steele*
**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com

*Attorneys for the Debtors and Debtors in Possession*