## Exhibit A - Compensation by Professional
### January 1, 2023 through March 31, 2023

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice, department1 | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel J. DeFranceschi | Joined firm as associate in 1990. Director in 2000. Member of DE Bar since 1989. | $1,300 | 29.2 | $37,960.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Director in 2018. Member of DE Bar since 2010. | $995 | 212.2 | $211,139.00 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Director in 2019. Member of DE Bar since 2008. | $995 | 365.2 | $363,374.00 |
| | | $850 | 0.2 | $170.00 |
| Mark A. Kurtz | Business Department. Joined firm as associate in 2004. Director in 2015. Member of DE Bar since 2005. | $950 | 1.5 | $1,425.00 |
| Cory D. Kandestin | Joined firm as associate in 2007. Counsel in 2015. Member of DE Bar since 2007. | $875 | 34.6 | $30,275.00 |
| Robert C. Maddox | Joined firm as associate in 2009. Counsel in 2021. Member of DE Bar since 2009. | $875 | 34.2 | $29,925.00 |
| Brendan J. Schlauch | Joined firm as associate in 2014. Member of DE Bar since 2015. | $775 | 0.3 | $232.50 |
| Matthew P. Milana | Joined firm as associate in 2022. Member of DE Bar since 2019. | $675 | 239.7 | $161,797.50 |
| Huiqi Vicky Liu | Joined firm as associate in 2020. Member of DE Bar since 2022. | $595 | 139.0 | $82,705.00 |

---

[1] Unless otherwise noted, the professionals listed are members of RLF's Bankruptcy and Corporate Restructuring Department.

RLF1 28783677v.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice, department1 | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James F. McCauley | Joined firm as associate in 2020. Member of the DE Bar since 2022. | $595 | 0.5 | $297.50 |
| Emily R. Mathews | Joined firm as associate in 2021. Member of DE Bar since 2022. | $550 | 1.2 | $660.00 |
| Alexander R. Steiger | Joined firm as associate in 2022. Member of DE Bar since 2023. | $550 | 7.9 | $4,345.00 |
| Zachary J. Javorsky | Joined firm as associate in 2022. Member of the DE Bar since 2022. | $495 | 17.7 | $8,761.50 |
| Ashly L. Riches | Joined firm as associate in 2022. | $495 | 1.4 | $693.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $375 | 15.0 | $5,625.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $375 | 12.6 | $4,725.00 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $375 | 139.2 | $52,200.00 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $375 | 23.0 | $8,625.00 |
| Sean F. Quigley | MIS Department. Joined firm in 2021 | $350 | 10.0 | $3,500.00 |
| Daniel D. White | MIS Department. Joined firm in 2009. | $350 | 10.6 | $3,710.00 |
| Lesley A. Morris | Case management assistant since 2015. Joined firm in 1999. | $195 | 33.5 | $6,532.50 |
| Tesia S. Smith | Case management assistant since 2016. Joined firm in 1996. | $195 | 1.8 | $351.00 |
| TOTAL | | | 1,330.5 | $1,019,028.50 |

**Grand Total:** $1,019,028.50
**Attorney Compensation:** $933,760.00
**Total Attorney Hours:** 1,084.80
**Attorney Blended Rate:** $860.77