**Exhibit B - Compensation by Project Category**
**January 1, 2023 through March 31, 2023**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (A) | 18.9 | $11,176.50 |
| Creditor Inquiries (B) | 9.4 | $5,667.00 |
| Meetings (C) | 95.2 | $89,092.00 |
| Executory Contracts/Unexpired Leases (D) | 38.7 | $30,196.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 444.9 | $374,272.50 |
| Use, Sale, Lease of Assets (G) | 32.4 | $25,040.50 |
| Cash Collateral/DIP Financing (H) | 4.0 | $3,180.00 |
| Claims Administration (I) | 87.1 | $63,525.00 |
| Court Hearings (J) | 360.1 | $249,737.00 |
| General Corporate/Real Estate (K) | 0.1 | $99.50 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 8.3 | $5,174.50 |
| Employee Issues (M) | 0.0 | $0.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 110.2 | $93,546.00 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 13.5 | $9,006.50 |
| RL&F Fee Applications (R-1) | 44.8 | $25,933.00 |
| Fee Applications of Others (R-2) | 62.9 | $33,382.50 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **1,330.5** | **$1,019,028.50** |