## Exhibit C - Expense Summary
### January 1, 2023 through March 31, 2023

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Binding | | $0.00 |
| Business Meals | *See previous fee applications* | $5,133.66 |
| Conference Calling | | $0.00 |
| Court Reporting | *See previous fee applications* | $2,385.25 |
| Data Hosting | | $0.00 |
| Document Retrieval | *See previous fee applications* | $280.00 |
| Equipment Rental | *See previous fee applications* | $2,661.72 |
| Facsimile | | $0.00 |
| Filing/Court Fees | | $0.00 |
| In-House Reproduction (Duplication/Printing) | *See previous fee applications* | $1,032.80 |
| Inside Courier & Expense Carriers | | $0.00 |
| Legal Research | *See previous fee applications* | $9,712.38 |
| Long Distance Telephone | *See previous fee applications* | $2.20 |
| Outside Courier & Expense Carriers | *See previous fee applications* | $1,490.52 |
| Outside Reproduction | *See previous fee applications* | $9,902.40 |
| Overtime | *See previous fee applications* | $798.00 |
| Postage | | $0.00 |
| Professional Services | | $0.00 |
| Record Retrieval | | $0.00 |
| RL&F Service Corp. | *See previous fee applications* | $110.00 |
| Room Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| Travel Expenses | | $0.00 |
| **TOTAL** | | **$33,508.93** |