**Exhibit D - Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed Firm-wide for preceding year (2022)[1]** | **Billed January 1, 2023 through March 31, 2023** |
| Director | $906.19 | $1,009.48 |
| Counsel | $692.59 | $875.00 |
| Associate | $515.84 | $635.91 |
| Paralegal | $282.44 | $375.00 |
| Aggregated | $675.62 | $788.25 |

---

[1] The billable rates for RL&F attorneys are adjusted on January 1 of each year. The data in this column excludes 2022 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.