# EXHIBIT E
## Budget and Staffing Plan

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re                                                : Chapter 11
                                                     :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,            : Case No. 22-10951 (CTG)
                                                     :
                                                     : (Jointly Administered)
Debtors.¹                                            :
                                                     :
---------------------------------------------------------------- x

**BUDGET FOR RICHARDS, LAYTON & FINGER, P.A.,
AS CO-COUNSEL TO THE DEBTORS, FOR
THE PERIOD FROM JANUARY 1, 2023 THROUGH MARCH 31, 2023²**

<u>Date Retention Approved</u>: October 28, 2022 *nunc pro tunc* to October 3, 2022

<u>Date Budget Approved by Client</u>:  This budget reflects an aggregation of budgets that were provided to, and approved by, the Debtors and certain other estate professionals on a rolling basis throughout the interim period.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES* |
|---|---|---|
| Case Administration | 20.0 | $16,850.00 |
| Creditor Inquiries | 5.0 | $4,212.50 |
| Meetings | 100.0 | $84,250.00 |
| Executory Contracts/Unexpired Leases | 35.0 | $29,487.50 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] This budget may be amended from time to time, including before, during, and after the compensation period described herein, as may be necessary to reflect changed circumstances or unexpected developments in these cases.  Any such amended budget will be provided to the Debtors.  This budget is only an estimate of the fees to be incurred and the hours to be billed for the compensation period, including within each project category, and is based solely on services anticipated to be rendered in light of circumstances known to RL&F at the time the budget was prepared.  This budget shall not be deemed to limit or impose a cap on fees actually incurred or hours actually billed by RL&F.  This budget also does not limit the ability of RL&F to perform those services necessary to represent the Debtors, and to be compensated for such services.  Nor shall this budget restrict or restrain RL&F's ability to seek approval of fees actually incurred that may be in excess of this budget.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES* |
|---|---|---|
| Automatic Stay/Adequate Protection | 5.0 | $4,212.50 |
| Plan of Reorganization/Disclosure Statement | 500.0 | $421,250.00 |
| Use, Sale, Lease of Assets | 10.0 | $8,425.00 |
| Cash Collateral/DIP Financing | 5.0 | $4,212.50 |
| Claims Administration | 80.0 | $67,400.00 |
| Court Hearings | 350.0 | $294,875.00 |
| General Corporate/Real Estate | 5.0 | $4,212.50 |
| Schedules/SOFA/U.S. Trustee Reports | 10.0 | $8,425.00 |
| Employee Issues | 5.0 | $4,212.50 |
| Environmental | 5.0 | $4,212.50 |
| Tax Issues | 5.0 | $4,212.50 |
| Litigation/Adversary Proceedings | 100.0 | $84,250.00 |
| RL&F Retention | 5.0 | $4,212.50 |
| Retention of Others | 10.0 | $8,425.00 |
| RL&F Fee Applications | 45.0 | $37,912.50 |
| Fee Applications of Others | 60.0 | $50,550.00 |
| Vendor/Suppliers | 5.0 | $4,212.50 |
| Non-Working Travel | 0.0 | $0.00 |
| Utilities | 5.0 | $4,212.50 |
| Insurance | 5.0 | $4,212.50 |
| **TOTAL** | **1,375.0** | **$1,158,437.50** |

*The estimated fees for each project category were calculated by multiplying the estimated number of hours by $842.5, which is the average hourly rate for the RL&F attorneys expected to work on the matter during the budget period as set forth in the accompanying Staffing Plan.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re                                              :       Chapter 11
                                                   :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,      :       Case No. 22-10951 (CTG)
                                                   :
                                                   :       (Jointly Administered)
Debtors.[1]                                        :
                                                   :
---------------------------------------------------------- x

**STAFFING PLAN FOR RICHARDS, LAYTON & FINGER, P.A.,
AS CO-COUNSEL TO THE DEBTORS, FOR THE PERIOD
FROM JANUARY 1, 2023 THROUGH MARCH 31, 2023[2]**

<u>Date Retention Approved</u>:  October 28, 2022, *nunc pro tunc* to October 3, 2022

<u>Date Staffing Plan Approved by Client</u>:  This staffing plan reflects an aggregation of staffing plans that were provided to, and approved by, the Debtors and certain other estate professionals on a rolling basis throughout the interim period.

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Directors | 3 | $1,096.67 |
| Associates | 3 | $588.33 |
| Paralegals | 4 | $375.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express.  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] This staffing plan may be amended to reflect changed circumstances or unexpected developments.  Any such amended staffing plan will be provided to the Debtors.