**Exhibit F**

**Summary of Fees/Hours Budgeted Compared with Fee/Hours Billed**

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Case Administration | 20.0 | 18.9 | $16,850.00 | $11,176.50 |
| Creditor Inquiries | 5.0 | 9.4 | $4,212.50 | $5,667.00 |
| Meetings | 100.0 | 95.2 | $84,250.00 | $89,092.00 |
| Executory Contracts/Unexpired Leases | 35.0 | 38.7 | $29,487.50 | $30,196.00 |
| Automatic Stay/Adequate Protection | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Plan of Reorganization/Disclosure Statement | 500.0 | 444.9 | $421,250.00 | $374,272.50 |
| Use, Sale, Lease of Assets | 10.0 | 32.4 | $8,425.00 | $25,040.50 |
| Cash Collateral/DIP Financing | 5.0 | 4.0 | $4,212.50 | $3,180.00 |
| Claims Administration | 80.0 | 87.1 | $67,400.00 | $63,525.00 |
| Court Hearings | 350.0 | 360.1 | $294,875.00 | $249,737.00 |
| General Corporate/Real Estate | 5.0 | 0.1 | $4,212.50 | $99.50 |
| Schedules/SOFA/U.S. Trustee Reports | 10.0 | 8.3 | $8,425.00 | $5,174.50 |
| Employee Issues | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Environmental | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Tax Issues | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Litigation/Adversary Proceedings | 100.0 | 110.2 | $84,250.00 | $93,546.00 |
| RL&F Retention | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Retention of Others | 10.0 | 13.5 | $8,425.00 | $9,006.50 |
| RL&F Fee Applications | 45.0 | 44.8 | $37,912.50 | $25,933.00 |
| Fee Applications of Others | 60.0 | 62.9 | $50,550.00 | $33,382.50 |
| Vendor/Suppliers | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| Utilities | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Insurance | 5.0 | 0.0 | $4,212.50 | $0.00 |
| **TOTAL** | **1,375.0** | **1,330.5** | **$1,158,437.50** | **$1,019,028.50** |