**Exhibit G - Additional Information Related to Interim Fee Application**

| | |
|---|---|
| Are Rates in Interim Fee Application Higher than those Approved or Disclosed at Retention? | Yes |
| Total Compensation Requested[1]: | $1,052,537.43 |
| Compensation Sought in this Interim Application Approved to Date Pursuant to the Interim Compensation Order: | $458.118.75 |
| Compensation Sought in this Interim Application Already Paid Pursuant to the Interim Compensation Order: | $458,118.75 |
| Compensation Sought in this Interim Application Not Yet Paid: | $594,418.68 |
| Number of Professionals Included in this Interim Application: | 22 |
| If Applicable, Number of Professionals in this Interim Application Not Included in Staffing Plan Approved by Client: | 12[2] |
| Difference Between Fees Budgeted and Compensation Sought for the Interim Compensation Period: | ($139,409.00) |

---

[1] Total compensation includes both fees of, and expenses incurred by, RL&F.

[2] These professionals were utilized to perform discrete, ancillary tasks that, in many instances, required special expertise.