UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re : Chapter 11
 : 
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
 : 
 : (Jointly Administered)
Debtors.[1] : 
 : 
 : Obj. Deadline: June 5, 2023 at 4:00 p.m. (ET)
 : Hearing: June 22, 2023 at 10:00 a.m. (ET)
---------------------------------------------------------- x

## SECOND INTERIM APPLICATION OF WEIL, GOTSHAL & MANGES LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD JANUARY 1, 2023 THROUGH MARCH 31, 2023

| | |
|---|---|
| Name of Applicant | Weil, Gotshal & Manges LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 21, 2022 effective as of October 3, 2022 |
| Period for which compensation and reimbursement is sought | January 1, 2023 through March 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary | $5,610,622.25 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $44,388.50 |

This is a (n) ___ monthly   _X_ interim   ___ final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

### FIRST INTERIM FEE APPLICATION (Docket No. 530)

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/02/2022 (Docket No. 321) | October 3, 2022 through October 31, 2022 | $1,520,554.50 | $1,741.12 | $1,520,554.50 | $1,741.12 |
| 12/29/2022 (Docket No. 389) | November 1, 2022 through November 31, 2022 | $1,519,672.25 | $11,087.84 | $1,519,672.25 | $11,087.84 |
| 02/01/2023 (Docket No. 510) | December 1, 2022 through December 31, 2022 | $1,586,300.50 | $6,583.58 | $1,586,300.50 | $6,583.58 |
| **Total:** | | **$4,626,527.25** | **$19,412.54** | **$4,626,527.25** | **$19,412.54** |

## SUMMARY OF MONTHLY FEE STATEMENT:

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Total Amount Paid to Date | | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees | Expenses | Fees (@ 20%) |
| 03/03/2023 (D.I. 600) | January 1, 2023 through January 31, 2023 | $1,966,530.50 | $14,835.24 | $1,573,224.40 | $1,966,530.50 | $1,573,224.40 | $14,835.24 | $393,306.10 |
| 03/29/2023 (D.I. 738) | February 1, 2023 through February 28, 2023 | $1,559,369.00 | $13,426.43 | $1,247,495.20 | $13,426.43 | $1,247,495.20 | $13,426.43 | $311,873.80 |
| 05/10/2023 (D.I. 813) | March 1, 2023 through March 31, 2023[2] | $2,084,722.75 | $16,126.83 | $0.00 | $0.00 | $0.00 | $0.00 | $416,944.55 |
| Total: | | $5,610,622.25 | $44,388.50 | $2,820,719.60 | $1,979,956.93 | $2,820,719.60 | $28,261.67 | $1,122,124.45 |

Summary of Any Objections to Monthly Fee Application:  None.

Compensation Sought in this Application Not Yet Paid:  $2,806,029.48

---

[2] The objection deadline with respect to Weil's sixth monthly fee statement is May 30, 2023 at 4:00 p.m. (prevailing Eastern Time). Once the objection deadline has passed without objection, the Debtors will remit to Weil $1,667,778.20 in fees (80% of $2,084,722.75) and $16,126.83 in expenses.