**Exhibit A**
**SUMMARY COVER SHEET OF SECOND INTERIM FEE APPLICATION**

| | |
|---|---|
| Name of Applicant | Weil, Gotshal & Manges LLP |
| Name of Client | Kabbage, Inc. d/b/a KServicing and Affiliated Debtors |
| Time Period Covered by this Application | Start: January 1, 2023<br>End: March 31, 2023 |
| Total compensation sought this period | $5,610,622.25 |
| Total expenses sought this period | $44,388.50 |
| Petition date | October 3, 2022 |
| Retention date | October 21, 2022 effective as of October 3, 2022 |
| Date of order approving employment | October 21, 2022 |
| Total compensation approved by interim order to date | $4,626,527.25 |
| Total expenses approved by interim order to date | $19,412.54 |
| Total allowed compensation paid to date | $4,626,527.25 |
| Total allowed expenses paid to date | $19,412.54 |
| Blended rate in this application for all attorneys | $1,263.50 |
| Blended rate in this application for all timekeepers | $1,247.91 |
| Compensation sought and already paid pursuant to a monthly compensation order but not yet allowed | $2,820,719.60 |
| Expenses sought and already paid pursuant to a monthly compensation order but not yet allowed | $28,261.67 |
| Number of professionals included in this application | 44 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | 15 |
| If applicable, difference between fees budgeted and compensation sought for this period | $1,154,822.45 |
| Number of professionals billing fewer than 15 hours to the case during this period | 18 |
| Are any rates higher than those approved or disclosed at retention? | Yes |

Case Name: **Kabbage, Inc. d/b/a KServicing**
Case Number: **22-10951**
Applicant's Name: **Weil, Gotshal & Manges LLP**
Date of Application: **May 16, 2023**
Interim or Final: **Interim**