## Exhibit B

## COMPENSATION BY PROFESSIONAL
## JANUARY 1, 2023 THROUGH MARCH 31, 2023

The attorneys who rendered professional services in this chapter 11 case during the Interim Fee Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[3] | HOURLY BILLING RATE[4] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Goldring, Stuart J. | Partner | Tax | 1984 | $2,095.00 | 28.70 | $60,126.50 |
| Slack, Richard W. | Partner | Litigation | 1987 | $1,695.00 | 158.70 | $268,996.50 |
| Slack, Richard W. | Partner | Litigation | 1987 | $847.50† | 16.90 | $14,322.75 |
| Sullivan, Kevin J. | Partner | Corporate | 1994 | $1,595.00 | 9.50 | $15,152.50 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $1,395.00 | 204.30 | $325,858.50 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $797.50† | 3.20 | $2,552.00 |
| Schrock, Ray C. | Partner | Restructuring | 1998 | $2,095.00 | 9.00 | $18,855.00 |
| Smith, Jason A.B. | Partner | Corporate | 1998 | $1,750.00 | 2.80 | $4,900.00 |
| Freeman, Danek A. | Partner | Corporate | 1999 | $1,750.00 | 3.90 | $6,825.00 |
| Westerman, Gavin | Partner | Corporate | 2004 | $1,725.00 | 22.10 | $38,122.50 |
| Arthur, Candace | Partner | Restructuring | 2010 | $1,695.00 | 386.20 | $654,609.00 |
| Arthur, Candace | Partner | Restructuring | 2010 | $847.50† | 8.00 | $6,780.00 |
| Hwangpo, Natasha | Partner | Restructuring | 2014 | $1,575.00 | 536.90 | $845,617.50 |
| Hwangpo, Natasha | Partner | Restructuring | 2014 | $787.50 † | 1.00 | $787.50 |
| Magill, Amanda Graham | Partner | Tax | 2015 | $1,575.00 | 2.40 | $3,780.00 |
| Margolis, Steven M. | Counsel | Tax | 1990 | $1,425.00 | 15.50 | $22,087.50 |
| Fliman, Ariel | Counsel | Corporate | 2009 | $1,375.00 | 2.10 | $2,887.50 |
| Bonk, Cameron Mae | Counsel | Litigation | 2016 | $1,375.00 | 215.30 | $296,037.50 |
| Bonk, Cameron Mae | Counsel | Litigation | 2016 | $687.50† | 2.10 | $1,443.75 |
| Guthrie, Hayden | Counsel | Corporate | 2017 | $1,400.00 | 13.30 | $18,620.00 |
| Friedman, Julie T. | Associate | Restructuring | 2003 | $775.00 | 37.90 | $29,372.50 |
| Ruocco, Elizabeth A. | Associate | Restructuring | 2017 | $1,275.00 | 169.30 | $215,857.50 |

---

[3] * – Not Yet Admitted to Practice
[4] † – Non-working travel is billed at 50% of regular hourly rates.

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[3] | HOURLY BILLING RATE[4] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Ruocco, Elizabeth A. | Associate | Restructuring | 2017 | $637.50† | 4.00 | $2,550.00 |
| Bentley, Chase A. | Associate | Restructuring | 2018 | $1,345.00 | 496.00 | $667,120.00 |
| Bentley, Chase A. | Associate | Restructuring | 2018 | $672.50† | 5.50 | $3,698.75 |
| Diplas, Alexandros | Associate | Litigation | 2018 | $1,275.00 | 15.50 | $19,762.50 |
| Labate, Angelo G. | Associate | Litigation | 2019 | $1,225.00 | 19.20 | $23,520.00 |
| Friedman, Jonathan R. | Associate | Restructuring | 2019 | $1,170.00 | 207.50 | $242,775.00 |
| Friedman, Jonathan R. | Associate | Restructuring | 2019 | $585.00† | 5.10 | $2,983.50 |
| Kleiner, Adena | Associate | Corporate | 2020 | $1,170.00 | 94.70 | $110,799.00 |
| Parker-Thompson, Destiney | Associate | Restructuring | 2020 | $910.00 | 76.50 | $69,615.00 |
| McMillan, Jillian A. | Associate | Restructuring | 2021 | $1,170.00 | 217.90 | $254,943.00 |
| McMillan, Jillian A. | Associate | Restructuring | 2021 | $585.00† | 4.80 | $2,808.00 |
| Cummings, Kyle | Associate | Litigation | 2021 | $1,065.00 | 8.30 | $8,839.50 |
| Ham, Arden | Associate | Restructuring | 2021 | $1,065.00 | 116.60 | $124,179.00 |
| Jones, Taylor | Associate | Restructuring | 2022 | $1,065.00 | 286.30 | $304,909.50 |
| Jones, Taylor | Associate | Restructuring | 2022 | $532.50† | 4.40 | $2,343.00 |
| Ollestad, Jordan Alexandra | Associate | Litigation | 2022 | $1,065.00 | 286.60 | $305,229.00 |
| Ollestad, Jordan Alexandra | Associate | Litigation | 2022 | $532.50† | 3.00 | $1,597.50 |
| Cazes, Catherine | Associate | Litigation | 2022 | $910.00 | 22.90 | $20,839.00 |
| Shah, Bastian | Associate | Tax | 2022 | $910.00 | 33.50 | $30,485.00 |
| Shah, Bastian | Associate | Tax | 2022 | $840.00[5] | 14.60 | $12,264.00 |
| Suarez, Ashley | Associate | Restructuring | 2022 | $910.00 | 192.40 | $175,084.00 |
| Gross, Nathan | Associate | Tax | * | $910.00 | 2.00 | $1,820.00 |
| Bertens, Erin | Associate | Corporate | * | $750.00 | 18.60 | $13,950.00 |
| Castillo, Lauren | Associate | Restructuring | * | $750.00 | 424.40 | $318,300.00 |
| Castillo, Lauren | Associate | Restructuring | * | $375.00† | 4.50 | $1,687.50 |
| **Total for Attorneys** | | | | | **4,413.90** | **$5,575,693.25** |

---

[5] On January 1, 2023, Weil implemented customary annual increases in billing rates.

The paraprofessionals and other non-legal staff who rendered professional services in this chapter 11 case during the Interim Fee Period are:

| NAME OF PARAPROFESSIONAL AND OTHER NON-LEGAL STAFF | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lee, Kathleen Anne | Paralegal | Restructuring | $530.00 | 4.60 | $2,438.00 |
| Stauble, Christopher A. | Paralegal | Restructuring | $530.00 | 3.80 | $2,014.00 |
| Wong, Sandra | Paralegal | Litigation | $495.00 | 10.10 | $4,999.50 |
| Gilchrist, Roy W. | Paralegal | Litigation | $475.00 | 12.20 | $5,795.00 |
| Haiken, Lauren C. | Litigation Support | LSS[6] | $465.00 | 13.30 | $6,184.50 |
| Chan, Herbert | Paralegal | Litigation | $440.00 | 6.90 | $3,036.00 |
| Chavez, Miguel | Litigation Support | LSS | $405.00 | 4.20 | $1,701.00 |
| Peene, Travis J. | Paralegal | Restructuring | $325.00 | 5.40 | $1,755.00 |
| Mason, Kyle | Paralegal | Restructuring | $310.00 | 18.80 | $5,828.00 |
| Okada, Tyler | Paralegal | Restructuring | $310.00 | 3.80 | $1,178.00 |
| **Total:** | | | | **83.10** | **$34,929.00** |

The total fees for the Interim Fee Period are:

| PROFESSIONALS | BLENDED RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,588.62 | 1,641.90 | $2,608,361.50 |
| Associates | $1,070.85 | 2,771.00 | $2,967,331.75 |
| Paraprofessional and other non-legal staff | $420.32 | 83.10 | $34,929.00 |
| **Blended Attorney Rate** | **$1,263.50** | | |
| **Total:** | | 4,496.00 | $5,610,622.25 |

---

[6] LSS – Litigation Support Services.