Exhibit C
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2023 THROUGH MARCH 31, 2023**

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| 001 | Administrative Expense Claims | 44.80 | $53,298.00 |
| 003 | AmEx Transaction Investigation | 68.10 | $72,480.00 |
| 004 | Asset Disposition/363 Asset Sales | 178.50 | $208,385.00 |
| 006 | Bar Date and Claims Matters | 117.90 | $107,600.50 |
| 007 | Borrower Matters | 3.10 | $3,175.50 |
| 008 | Case Administration (WIP List & Case Calendar) | 42.60 | $39,959.50 |
| 009 | Chapter 11 Plan/Plan Confirmation/Implementation | 1,525.20 | $1,903,691.00 |
| 010 | Corporate Governance/Securities | 223.80 | $264,045.50 |
| 011 | Customer (incl. Partner Banks)/Vendor/Supplier Matters | 23.40 | $34,454.50 |
| 012 | Cash Management | 1.70 | $2,317.50 |
| 013 | Disclosure Statement/Solicitation/Voting | 452.00 | $545,851.50 |
| 014 | Employee Matters | 21.90 | $29,041.00 |
| 015 | Exclusivity | 19.60 | $19,756.50 |
| 016 | Executory Contracts/Leases/Real Prop/Other 365 Matters | 27.50 | $34,555.00 |
| 017 | General Case Strategy (incl Team and Client Calls) | 238.30 | $293,839.00 |
| 018 | Government Investigation Matters (excl. Settlements) | 15.40 | $16,782.00 |
| 019 | Hearings and Court Matters | 101.90 | $143,736.00 |
| 020 | Insurance and Letters of Credit Matters | 5.10 | $7,672.50 |
| 021 | Non-bankruptcy Litigation (incl. CUBI Dispute) | 645.50 | $906,954.00 |
| 022 | Non-working Travel | 62.50 | $43,554.25 |
| 024 | Regulatory Matters | 10.60 | $17,212.00 |
| 025 | Retention/Billing/Fee Applications: OCP | 22.00 | $21,987.50 |
| 026 | Retention/Fee Applications: Non-Weil Professionals | 20.50 | $20,891.50 |
| 027 | Retention/Fee Applications: Weil | 86.90 | $82,240.00 |
| 028 | Secured Creditors Issues/Meetings/Comms (excl. Settlements) | 13.70 | $20,348.50 |
| 029 | Settlements (including 9019 matters) | 122.20 | $165,935.00 |
| 031 | Tax Matters | 28.40 | $34,718.00 |
| 033 | US Trustee/MORs/2015.3 Reports | 10.80 | $11,632.50 |
| 035 | Servicing Transfer | 363.10 | $504,508.50 |
| **TOTAL** | | **4,497.00** | **$5,106,113.75** |