**Exhibit D**

**EXPENSE SUMMARY**
**JANUARY 1, 2023 THROUGH MARCH 31, 2023**

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Air Courier/Express Mail | $51.94 |
| Duplicating | $2,814.70 |
| Electronic Research | $20,796.57 |
| Meals | $580.00 |
| Outside Messenger Service | $826.85 |
| Transportation | $5,221.65 |
| Travel | $14,096.79 |
| **TOTAL** | **$44,388.50** |