**Exhibit E**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed by Timekeepers in New York, excluding bankruptcy[7]** | **Billed in this fee application** |
| Partner | $1,429.00 | $1,627.00 |
| Counsel | $1,146.00 | $1,374.00 |
| Senior Associate (7 years or more since first admission) | $1,086.00 | $1,298.00 |
| Mid-level Associate (4-6 years since first admission) | $1,012.00 | $1,187.00 |
| Junior Associate (0-3 years since first admission) | $756.00 | $931.00 |
| Contract Attorney | N/A | N/A |
| Staff Attorney | $429.00 | N/A |
| Paralegal | $363.00 | $412.00 |
| Other | $386.00 | $451.00 |
| **All timekeepers aggregated** | **$995.00** | **$1,248.00** |

---

[7] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013*, preceding year is a rolling 12 months year ending April 30, 2023; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.