## Exhibit F[8]

## BUDGET
## JANUARY 1, 2023 THROUGH MARCH 31, 2023

| TASK CODE | PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 001 | Administrative Expense Claims | 15.00 | $17,623.20 | 44.80 | $53,298.00 |
| 002 | Adversary Proceedings | 15.00 | $17,542.20 | 0.00 | $0.00 |
| 003 | AmEx Transaction Investigation | 150.00 | $175,422.00 | 68.10 | $72,480.00 |
| 004 | Asset Disposition/363 Asset Sales | 0.00 | $0.00 | 178.50 | $208,385.00 |
| 005 | Automatic Stay | 15.00 | $17,542.20 | 0.00 | $0.00 |
| 006 | Bar Date and Claims Matters | 300.00 | $350,844.00 | 117.90 | $107,600.50 |
| 007 | Borrower Matters | 15.00 | $17,542.20 | 3.10 | $3,175.50 |
| 008 | Case Administration (WIP List & Case Calendar) | 150.00 | $175,422.00 | 42.60 | $39,959.50 |
| 009 | Chapter 11 Plan/Plan Confirmation/Implementation | 540.00 | $631,519.20 | 1,525.20 | $1,903,691.00 |
| 010 | Corporate Governance/Securities | 90.00 | $105,253.20 | 223.80 | $264,045.50 |
| 011 | Customer (incl. Partner Banks)/Vendor/Supplier Matters | 30.00 | $35,084.40 | 23.40 | $34,454.50 |
| 012 | Cash Management | 15.00 | $17,542.20 | 1.70 | $2,317.50 |
| 013 | Disclosure Statement/Solicitation/Voting | 540.00 | $631,519.20 | 452.00 | $545,851.50 |
| 014 | Employee Matters | 15.00 | $17,542.20 | 21.90 | $29,041.00 |
| 015 | Exclusivity | 30.00 | $35,084.40 | 19.60 | $19,756.50 |
| 016 | Executory Contracts/Leases/Real Prop/Other 365 Matters | 15.00 | $17,542.20 | 27.50 | $34,555.00 |
| 017 | General Case Strategy (incl Team and Client Calls) | 450.00 | $526,266.00 | 238.30 | $293,839.00 |
| 018 | Government Investigation Matters (excl. Settlements) | 15.00 | $17,542.20 | 15.40 | $16,782.00 |
| 019 | Hearings and Court Matters | 60.00 | $70,168.80 | 101.90 | $143,736.00 |
| 020 | Insurance and Letters of Credit Matters | 15.00 | $17,542.20 | 5.10 | $7,672.50 |
| 021 | Non-bankruptcy Litigation (incl. CUBI Dispute) | 600.00 | $701,688.00 | 645.50 | $906,954.00 |
| 022 | Non-working Travel | 60.00 | $35,084.40 | 62.50 | $43,554.25 |
| 023 | Reclamation / 503(b)(9) claims | 0.00 | $0.00 | 0.00 | $0.00 |
| 024 | Regulatory Matters | 15.00 | $17,542.20 | 10.60 | $17,212.00 |
| 025 | Retention/Billing/Fee Applications: OCP | 30.00 | $35,084.40 | 22.00 | $21,987.50 |
| 026 | Retention/Fee Applications: Non-Weil Professionals | 30.00 | $35,084.40 | 20.50 | $20,891.50 |
| 027 | Retention/Fee Applications: Weil | 60.00 | $70,168.80 | 86.90 | $82,240.00 |
| 028 | Secured Creditors Issues/Meetings/Comms (excl. Settlements) | 15.00 | $17,542.20 | 13.70 | $20,348.50 |

---

[8] The budget was amended from time to time, on a weekly basis, to reflect changed circumstances and developments in the Chapter 11 Cases. The weekly updated budget provided the Debtors with an estimate of the fees to be incurred and the hours to be billed on an aggregate basis. The Debtors were provided with the updated budget in each instance and Weil's actual fees did not exceed the amended budgeted amounts submitted to the Debtors and approved by the Debtors during the Interim Fee Period.

| 029 | Settlements (including 9019 matters) | 150.00 | $175,422.00 | 122.20 | $165,935.00 |
| 030 | Schedules/Statement of Financial Affairs | 15.00 | $17,542.20 | 0.00 | $0.00 |
| 031 | Tax Matters | 60.00 | $70,168.80 | 28.40 | $34,718.00 |
| 032 | Unsecured Creditors Issues/Meetings/Comms/UCC (excl. stlmnts) | 15.00 | $17,542.20 | 0.00 | $0.00 |
| 033 | US Trustee/MORs/2015.3 Reports | 15.00 | $17,542.20 | 10.80 | $11,632.50 |
| 034 | Utility Matters/Adequate Assurance | 0.00 | $0.00 | 0.00 | $0.00 |
| 035 | Servicing Transfer | 300.00 | $350,844.00 | 363.10 | $504,508.50 |
| **TOTAL** | | **3,840.00** | **$4,455,799.80** | **4,497.00** | **$5,610,622.25** |

**Amended Client-Approved Budget[9]**
January 1, 2023 through March 31, 2023

| | Estimated Fees | Fees Sought |
|---|---|---|
| January | $2,100,000.00 | $1,966,530.50 |
| February | $1,570,000.00 | $1,559,369.00 |
| March | $2,205,000.00 | $2,084,722.75 |
| **Total** | **$5,875,000.00** | **$5,610,622.25** |

---

[9] Amounts set forth in the following chart reflect the aggregate updated budgeted fee estimates provided to the Debtors on a weekly basis during the Interim Fee Period.