**Exhibit G**

**STAFFING PLAN**
**JANUARY 1, 2023 THROUGH MARCH 31, 2023**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS PROJECTED TO WORK ON MATTER DURING BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 8 | $1,778.13 |
| Counsel | 2 | $1,387.50 |
| Associates | 14 | $1,063.21 |
| Paralegals and Other Non-Legal Staff | 5 | $406.00 |