# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
In re                                                        :        **Chapter 11**
                                                             :
**KABBAGE, INC. d/b/a KSERVICING, *et al.*,**                :        **Case No. 22-10951 (CTG)**
                                                             :
                                                             :
                **Debtors.**[1]                              :        **(Jointly Administered)**
                                                             :
                                                             :        Re: Docket No. 799
                                                             :
------------------------------------------------------------ x

### ORDER (I) FURTHER EXTENDING THE
### DEADLINE BY WHICH THE DEBTORS MAY REMOVE
### CIVIL ACTIONS, AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of Kabbage Inc. d/b/a KServicing and its debtor

affiliates, as debtors and debtors in possession in the Chapter 11 Cases (collectively,

the "**Debtors**"), for entry of an order (i) further extending the deadline by which the Debtors and,

after the Effective Date, the Wind Down Estates may file notices of removal under Bankruptcy

Rule 9027(a) (the "**Removal Deadline**") by 120 days from the current deadline of May 3, 2023,

through and including August 31, 2023, and (ii) granting related relief, all as more fully set forth

in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested

therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b), and the *Amended Standing Order of*

*Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2]  Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Motion.

2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and upon any hearing to consider the relief requested in the Motion (the "**Hearing**"), if necessary; and upon the record of the Hearing, if any; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Motion is granted to the extent set forth herein.

2.      The Removal Deadline is extended through and including August 31, 2023.

3.      This Order shall be without prejudice to (i) any position the Debtors, the Wind Down Estates, or the Wind Down Officer (on behalf of the Wind Down Estates) may take regarding whether section 362 of the Bankruptcy Code applies to stay any litigation pending against the Debtors, or (ii) the right of the Debtors and the Wind Down Estates to seek a further extension of the Removal Deadline.

4.      Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by any party.

5.      The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

2

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

RLF1 29021740v.1