**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re                                       :   Chapter 11
                                            :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*, :   Case No. 22-10951 (CTG)
                                            :
                                            :   (Jointly Administered)
                                            :
            **Debtors.**[1]                 :
                                            :   Re: Docket No. 840
---------------------------------------------------------- x

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on May 30, 2023, Kabbage, Inc. d/b/a KServicing and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Chapter 11 Monthly Operating Report – April 2023* [Docket No. 840] (the "**MOR**") regarding Debtor Kabbage Asset Securitization LLC.[2]

PLEASE TAKE FURTHER NOTICE that the Debtors withdraw the MOR without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] For the avoidance of doubt, the Debtors inadvertently filed the MOR twice on the docket and the same MOR for Debtor Kabbage Asset Securitization LLC can be found at Docket No. 839.

RLF1 29083438v.1

Dated: May 30, 2023
      Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
      steele@rlf.com
      shapiro@rlf.com
      milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
E-mail:   ray.schrock@weil.com
      candace.arthur@weil.com
      chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*