# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>KABBAGE, INC. d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 22-10951 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>) **Docket Ref. Nos. 566 & 607**<br>) |

### NOTICE OF WITHDRAWAL OF THE LIMITED OBJECTION OF INSPERITY PEO SERVICES, L.P. TO THE ASSUMPTION OF THE SERVICE AGREEMENT WITH THE DEBTORS

PLEASE TAKE NOTICE that, on March 6, 2023, Insperity PEO Services, L.P. ("**Insperity**"), filed its *Limited Objection of Insperity PEO Services, L.P. to the Assumption of the Service Agreement with the Debtors* [Docket No. 607] (the "**Limited Objection**").

PLEASE TAKE FURTHER NOTICE that Insperity hereby withdraws the Limited Objection without prejudice.

*[Remainder of page left intentionally blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

- 2 -

Dated:  May 31, 2023
      Wilmington, Delaware

*/s/ Scott D. Cousins*
Scott D. Cousins (No. 3079)
**COUSINS LAW LLC**
Brandywine Plaza West
1521 Concord Pike, Suite 301
Wilmington, Delaware 19803
Telephone:    (302) 824-7081
Facsimile:    (302) 295-0331
Email:    scott.cousins@cousins-law.com

*Counsel to Insperity PEO Services, L.P.*