# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KABBAGE, INC., d/b/a KSERVICING, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10951 (CTG)<br>(Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

In accordance with Del. Bankr. LR 9010-2(a), the firm of Kilpatrick Townsend & Stockton LLP hereby enters its appearance as counsel to Customers Bank and the firm of Holland & Knight LLP withdraws its appearance as counsel to Customers Bank in the above-captioned cases. The firm of Sullivan Hazeltine Allinson LLC shall remain as Delaware counsel to Customers Bank.

Dated: June 8, 2023
Wilmington Delaware

SULLIVAN HAZELTINE ALLINSON LLC

 */s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
Fax: (302) 428-8195
Email: whazeltine@sha-llc.com

*Counsel for Customers Bank*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.