# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, | Case No. 22-10951 (CTG) |
| Debtors.[1] | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Kilpatrick Townsend & Stockton LLP ("KTS") and Sullivan Hazeltine Allinson LLC ("SHA") hereby enter their appearances for Customers Bank ("Customers") in the above-captioned cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), KTS and SHA request that the undersigned be added to the official mailing matrix and service lists in these cases. KTS and SHA request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Customers through service upon KTS and SHA at the addresses, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| William A. Hazeltine, Esq.<br>**Sullivan • Hazeltine • Allinson LLC**<br>919 N. Market Street, Suite 420<br>Wilmington, DE 19801<br>Telephone: (302) 428-8191<br>Facsimile: (302) 428-8195<br>Email: whazeltine@sha-llc.com | David M. Posner, Esq.<br>Gianfranco Finizio, Esq.<br>**Kilpatrick Townsend & Stockton LLP**<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 775-8700<br>Facsimile: (646) 786-4442<br>Email: dposner@kilpatricktownsend.com<br>             gfinizio@kilpatricktownsend.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Customers, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which

Customers may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:  June 8, 2023  
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

By:  */s/ William A. Hazeltine*  
William A. Hazeltine, Esq. (DE Bar #3294)  
919 N. Market Street, Suite 420  
Wilmington, DE  19801  
Telephone: (302) 428-8191  
Facsimile: (302) 428-8195  
Email: whazeltine@sha-llc.com

- and -

David M. Posner, Esq.  
Gianfranco Finizio, Esq.  
Kilpatrick Townsend & Stockton LLP  
The Grace Building  
1114 Avenue of the Americas  
New York, NY  10036-7703  
Telephone: (212) 775-8700  
Facsimile: (646) 786-4442  
Email: dposner@kilpatricktownsend.com  
Email: gfinizio@kilpatricktownsend.com

*Counsel to Customers Bank*