## Exhibit B

## Summary and Description of AlixPartners' Expenses

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309


Re:         Expenses
Code:     20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 03/27/2023 | Airfare James Nelson 2023-03-28 BOS- JFK | $   439.44 |
| 03/28/2023 | Lodging James Nelson -  Le Meridien, New York, NY  2023-03-28 2023-03-30 | 1,005.12 |
| 03/28/2023 | Individual - James Nelson - Dinner | 57.91 |
| 03/29/2023 | Individual - James Nelson - Breakfast | 10.00 |
| 03/29/2023 | Taxi/Car Service James Nelson LGA airport to New York, NY | 57.02 |
| 03/30/2023 | Individual - James Nelson - Breakfast | 10.00 |
| 03/30/2023 | Taxi/Car Service James Nelson NYC to NYC | 15.48 |
| 03/30/2023 | Parking/Tolls James Nelson Engagement team meetings | 76.00 |
| 04/03/2023 | Airfare James Nelson 2023-04-04 BOS- JFK | 427.75 |
| 04/04/2023 | Lodging James Nelson - Le Meridien, New York, NY  2023-04-04 2023-04-06 | 968.59 |
| 04/04/2023 | Individual - James Nelson - Dinner | 27.79 |
| 04/04/2023 | Taxi/Car Service James Nelson Home to Boston airport | 61.52 |
| 04/05/2023 | Individual - James Nelson - Breakfast | 10.00 |
| 04/05/2023 | Taxi/Car Service James Nelson LGA airport to NYC | 64.94 |
| 04/06/2023 | Individual - James Nelson - Breakfast | 10.00 |
| 04/07/2023 | Taxi/Car Service James Nelson Bos airport to Home | 43.99 |
| 04/07/2023 | Taxi/Car Service James Nelson NYC to LGA airport | 44.40 |
| 04/10/2023 | Internet Access James Nelson | 49.95 |
| 04/24/2023 | Airfare James Nelson 2023-04-25 BOS- JFK | 439.44 |
| 04/25/2023 | Lodging James Nelson Hyatt Hotels - New York, NY  2023-04-25 2023-04-26 | 550.00 |
| 04/25/2023 | Individual - James Nelson - Dinner | 20.00 |
| 04/25/2023 | Taxi/Car Service James Nelson Home to Airport | 57.95 |
| 04/25/2023 | Taxi/Car Service James Nelson LGA to NYC | 65.05 |
| 04/26/2023 | Individual - James Nelson - Breakfast | 10.00 |
| 04/26/2023 | Taxi/Car Service James Nelson NYC to LGA | 64.80 |

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309


Re:     Expenses
Code:   20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 04/26/2023 | Taxi/Car Service James Nelson Boston, MA to Home | 37.83 |
| 04/26/2023 | Taxi/Car Service James Nelson Logan Airport to Boston, MA | 33.11 |
| **Total Expenses** | | **$ 4,658.08** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Client: 20006554P00002

| **Expenses** | **Amount** |
|---|---:|
| Airfare | 1,306.63 |
| Ground Transportation | 546.09 |
| Lodging | 2,523.71 |
| Meals | 155.70 |
| Phone & Internet | 49.95 |
| Parking & Tolls | 76.00 |
| **Total Expenses** | **USD     4,658.08** |