## Exhibit A

**Detailed Description of Services**

**GT** GreenbergTraurig

Invoice No. : 1000335401
File No.    : 210757.010100
Bill Date   : May 8, 2023

Kabbage, Inc.
925B Peachtree Street, NE
Suite 383
FULTON-GA
Tax ID / EIN: 36-4973937
Atlanta, GA  30309

## <u>INVOICE</u>

Re:   Representing Board of Directors

<u>Legal Services through April 30, 2023</u>:

| | | |
|---|---|---:|
| Employment and Fee Applications: | $ | 4,126.00 |
| Board Governance: | $ | 16,147.00 |
| Court Hearings: | $ | 587.50 |
| | | |
| Total Fees: | $ | 20,860.50 |
| **Current Invoice**: | **$** | **20,860.50** |
| | | |
| Previous Balance (see attached statement): | $ | 40,333.20 |
| **Total Amount Due:** | **$** | **61,193.70** |

DVK:SC
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :   1000335401
File No.     :   210757.010100

**Note:  Payment is Due 30 Days from Date of Invoice**

| |
|---|
| ***FOR YOUR CONVENIENCE,*** <br> ***PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*** <br> ***FOR FEES & COSTS ARE AS FOLLOWS:*** |

**For Wire Instructions:**
Bank:                    WELLS FARGO BANK
ABA #:                   121000248

**For ACH Instructions:**
Bank:                    WELLS FARGO BANK
ABA#                     063107513

CREDIT TO:               GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:               2000014648663
**PLEASE**
**REFERENCE:**           **CLIENT NAME:        KSERVICING**
                         **FILE NUMBER:        210757.010100**
                         **INVOICE NUMBER:     1000335401***
                         **BILLING**
                         **PROFESSIONAL:       David B. Kurzweil**

<u>IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:</u>
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

DVK:SC
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. :  1000335401
File No.      :  210757.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 02/23/23 | 1000236678 | 14,383.50 | 0.00 | 0.00 | 14,383.50 |
| 03/17/23 | 1000252407 | 14,346.10 | 0.00 | 0.00 | 14,346.10 |
| 04/20/23 | 1000283534 | 11,603.60 | 0.00 | 0.00 | 11,603.60 |
| Totals: | | $ 40,333.20 | $ 0.00 | $ 0.00 | $ 40,333.20 |

DVK:SC
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

Invoice No.:     1000335401                                                          Page  1
Matter No.:     210757.010100

Description of Professional Services Rendered:

TASK CODE:          KS003          EMPLOYMENT AND FEE APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/10/23 | Sandy Bratton | Work on sixth monthly fee application | 0.40 | 174.00 |
| 04/14/23 | Sandy Bratton | Work on sixth monthly fee application | 0.40 | 174.00 |
| 04/19/23 | Sandy Bratton | Work on sixth monthly fee application | 1.10 | 478.50 |
| 04/20/23 | Sandy Bratton | Continued work on sixth monthly fee application | 0.40 | 174.00 |
| 04/21/23 | Sandy Bratton | Continued work on sixth monthly fee application (.8); confer with M. Petrie regarding same (.1) | 0.90 | 391.50 |
| 04/21/23 | David B. Kurzweil | Review of fee application | 0.20 | 308.00 |
| 04/21/23 | Matthew A. Petrie | Review draft of March fee application | 0.40 | 348.00 |
| 04/24/23 | Matthew A. Petrie | Review and revise March fee application | 1.20 | 1,044.00 |
| 04/25/23 | Matthew A. Petrie | Attention to March fee application | 0.50 | 435.00 |
| 04/26/23 | Sandy Bratton | Continued work on sixth monthly fee application (.1); confer with D. Meloro regarding same (.1) | 0.20 | 87.00 |
| 04/27/23 | Dennis A. Meloro | Review sixth monthly fee application for filing | 0.20 | 251.00 |
| 04/27/23 | Matthew A. Petrie | Finalize March fee application for filing | 0.30 | 261.00 |

Total Hours:     6.20

Total Amount:     $ 4,126.00

TIMEKEEPER SUMMARY FOR TASK CODE KS003,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| David B. Kurzweil | 0.20 | 1,540.00 | 308.00 |
| Dennis A. Meloro | 0.20 | 1,255.00 | 251.00 |
| Matthew A. Petrie | 2.40 | 870.00 | 2,088.00 |
| Sandy Bratton | 3.40 | 435.00 | 1,479.00 |
| Totals: | 6.20 | 665.48 | $     4,126.00 |

Invoice No.:      1000335401                                                    Page 2
Matter No.:      210757.010100

Description of Professional Services Rendered

TASK CODE:        KS005        BOARD GOVERNANCE

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 04/03/23 | Sandy Bratton | Attention to case calendaring and deadlines | 0.10 | 43.50 |
| 04/04/23 | David B. Kurzweil | Attend meeting with board | 2.90 | 4,466.00 |
| 04/05/23 | David B. Kurzweil | Review of board documents in preparation of board meeting (.3); review of board minutes (.2) | 0.50 | 770.00 |
| 04/06/23 | Sandy Bratton | Review of numerous certifications, notices and orders filed with Court and update case records (.3); update case calendar and Summary of Calendar Events (.2) | 0.50 | 217.50 |
| 04/10/23 | Sandy Bratton | Confer with A. Perrella of AlixPartners regarding wiring instructions for escrow agreement | 0.10 | 43.50 |
| 04/11/23 | Sandy Bratton | Attention to recently filed pleadings and rescheduling of hearing | 0.20 | 87.00 |
| 04/12/23 | David B. Kurzweil | Review of status for issues for effective date (.2); review of emails (.2) | 0.40 | 616.00 |
| 04/13/23 | Sandy Bratton | Review Board Discussion Materials received from Weil Team (.2); participate in conference call with Board members, Weil Team and GT Team (.8) | 1.00 | 435.00 |
| 04/13/23 | David B. Kurzweil | Preparation for and participate in board meeting (.9); review of board materials (.2); conference with board members (.2) | 1.30 | 2,002.00 |
| 04/13/23 | Matthew A. Petrie | Review board discussion materials in preparation for board meeting (.7); attend board meeting with company professionals (.8) | 1.50 | 1,305.00 |
| 04/19/23 | Sandy Bratton | Review of numerous certifications, notices and orders filed with Court and update case records (.4); update case calendar and Summary of Calendar Events (.3) | 0.70 | 304.50 |
| 04/20/23 | Matthew A. Petrie | Review effective date status updates in preparation for board meeting | 0.80 | 696.00 |
| 04/21/23 | Sandy Bratton | Review of numerous monthly reports and pleadings filed with Court and update case records (.3); update case calendar and Summary of Calendar Events (.1) | 0.40 | 174.00 |
| 04/24/23 | Matthew A. Petrie | Attention to and analysis of adversary complaint filed by Juneau Group against KServicing and American Express | 0.60 | 522.00 |
| 04/25/23 | Sandy Bratton | Review of numerous certifications, notices and orders, as well as adversary proceeding filed by The Juneau Group and update case records | 0.40 | 174.00 |
| 04/25/23 | David B. Kurzweil | Review of pleadings on behalf of board | 0.20 | 308.00 |
| 04/25/23 | Matthew A. Petrie | Correspondence with S. Bratton regarding adversary complaint filed by Juneau Group | 0.60 | 522.00 |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | (.3); review draft of motion to further extend the Debtors' exclusive period (.3) | | |
| 04/27/23 | Sandy Bratton | Participate in conference call with Board members, Weil Team and GT Team regarding status updates and case strategy for further handling | 0.50 | 217.50 |
| 04/27/23 | Sandy Bratton | Review of numerous pleadings filed with Court and update case records (.2); update case calendar and Summary of Calendar Events (.1) | 0.30 | 130.50 |
| 04/27/23 | David B. Kurzweil | Preparation for and participate in board conference call; review of issues for effective date; review of board minutes; review of emails | 1.40 | 2,156.00 |
| 04/27/23 | Matthew A. Petrie | Prepare for and attend board meeting regarding effective date planning | 0.60 | 522.00 |
| 04/28/23 | Matthew A. Petrie | Attention to board minutes for approval | 0.50 | 435.00 |

Total Hours:        15.50

Total Amount:    $ 16,147.00

TIMEKEEPER SUMMARY FOR TASK CODE KS005,

BOARD GOVERNANCE

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 6.70 | 1,540.00 | 10,318.00 |
| Matthew A. Petrie | 4.60 | 870.00 | 4,002.00 |
| Sandy Bratton | 4.20 | 435.00 | 1,827.00 |
| Totals: | 15.50 | 1,041.74 | $        16,147.00 |

Invoice No.:      1000335401
Matter No.:       210757.010100

Page 4

Description of Professional Services Rendered


TASK CODE:        KS007        COURT HEARINGS


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/11/23 | Dennis A. Meloro | Review 4/13 hearing agenda | 0.10 | 125.50 |
| 04/19/23 | David B. Kurzweil | Review of open matters for effective date and scheduled hearings | 0.30 | 462.00 |

Total Hours:    0.40

Total Amount:    $ 587.50


TIMEKEEPER SUMMARY FOR TASK CODE KS007,

COURT HEARINGS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|-------------|------|----------------|
| David B. Kurzweil | 0.30 | 1,540.00 | 462.00 |
| Dennis A. Meloro | 0.10 | 1,255.00 | 125.50 |
| Totals: | 0.40 | 1,468.75 | $    587.50 |

Invoice No.:       1000335401
Matter No.:       210757.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 7.20 | 1,540.00 | 11,088.00 |
| Dennis A. Meloro | 0.30 | 1,255.00 | 376.50 |
| Matthew A. Petrie | 7.00 | 870.00 | 6,090.00 |
| Sandy Bratton | 7.60 | 435.00 | 3,306.00 |
| Totals: | 22.10 | 943.91 | $ 20,860.50 |

Invoice No.:       1000335401                                                    Page  6
Re:                Representing Board of Directors
Matter No.:        210757.010100


Description of Expenses Billed:

DATE          DESCRIPTION                                                AMOUNT

**No expenses charged to this file**