**Exhibit A**

# JONES DAY

**Atlanta Office**
1221 Peachtree Street, NE
Suite 400
Atlanta, GA  30361
**(404) 521-3939**
**Federal Identification Number:  34-0319085**

May 31, 2023                  102496
         Invoice: 231602694

KServicing Corporation
925B Peachtree Street NE
Suite 1688
Atlanta, GA  30309
United States of America

For legal services rendered for the period through April 30, 2023:

|  | Hours | Amount |
|---|---:|---:|
| Case Administration | 0.40 | 190.00 |
| Department of Justice Investigations | 65.20 | 57,422.50 |
| Professional Retention/Fee Issues | 0.70 | 840.00 |
| Fee Application Preparation | 4.50 | 4,530.00 |
| Total Fees | 70.80   USD | 62,982.50 |

### Disbursement & Charges Summary

| | |
|---|---:|
| Consultants and Agents Fees | 12,710.00 |
| Courier Services | 16.40 |
| Court Costs | 125.00 |
| Hosting Charges | 4,806.00 |
| | USD    17,657.40 |
| **TOTAL** | **USD    80,639.90** |

# JONES DAY

102496                                                                                                                                               Page: 2  
                                                                                                                                                                        May 31, 2023  
KServicing Corporation                                                                                                     Invoice: 231602694

Timekeeper/Fee Earner Summary – April 30, 2023

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A E Lelling | Partner | 1996 | 15.70 | 1,400.00 | 21,980.00 |
| D J Merrett | Partner | 2007 | 4.00 | 1,200.00 | 4,800.00 |
| Total | | | 19.70 | | 26,780.00 |
| S E Morgado | Associate | 2020 | 4.60 | 650.00 | 2,990.00 |
| C Wenzel | Associate | 2022 | 0.80 | 600.00 | 480.00 |
| B N Wilhelm | Associate | 2017 | 44.10 | 725.00 | 31,972.50 |
| Total | | | 49.50 | | 35,442.50 |
| C L Smith | Paralegal | | 1.60 | 475.00 | 760.00 |
| Total | | | 1.60 | | 760.00 |
| **Total** | | | **70.80** | **USD** | **62,982.50** |

# JONES DAY

102496                                                                                                                                                   Page: 3
May 31, 2023
KServicing Corporation                                                                             Invoice: 231602694

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| **Case Administration** | | | |
| 04/03/23 | C L Smith | 0.10 | 47.50 |
| | Review and distribute docket. | | |
| 04/10/23 | C L Smith | 0.10 | 47.50 |
| | Review and distribute docket. | | |
| 04/17/23 | C L Smith | 0.10 | 47.50 |
| | Review and distribute docket. | | |
| 04/24/23 | C L Smith | 0.10 | 47.50 |
| | Review and distribute docket. | | |
| | **Matter Total** | **0.40** | **USD 190.00** |
| **Department of Justice Investigations** | | | |
| 04/03/23 | A E Lelling | 3.50 | 4,900.00 |
| | Prepare for conference call (.40); conference call with Wilhelm, Loiseau (KServicing), Hall (Hall Law), Arthur, Hwangpo, Kafiti (Weil) about DOJ response (.50); follow up call with Wilhelm about same (.40); review and revise draft follow up with DOJ (1.10); research on Rule 408 issue (.80); call with Morgado about same (.30). | | |
| 04/03/23 | B N Wilhelm | 5.20 | 3,770.00 |
| | Call with Loiseau (KServicing), Arthur and Hwangpo (Weil), and Hall (Jamila Hall Law) regarding response to DOJ email regarding civil investigative demand (0.5); communicate with Forensic Risk Alliance regarding updated analysis of loans (0.6); draft response letter to DOJ regarding civil investigative demand (3.1); revise same based on comments from Hall (Jamila Hall Law) and Lelling (1.0). | | |
| 04/04/23 | A E Lelling | 2.60 | 3,640.00 |
| | Research on Rule 408 in government investigations (.60); research on enforceability of CIDs (.50); review and comment on final package for DOJ (.90); review cases on interaction between Rule 408 and privilege claims (.60). | | |
| 04/04/23 | S E Morgado | 0.80 | 520.00 |
| | Communicate with Lelling regarding summary of protections provided by Federal Rule of Evidence 408. | | |
| 04/04/23 | S E Morgado | 2.10 | 1,365.00 |
| | Research regarding protections provided by Federal Rule of Evidence 408 to materials provided to government in settlement negotiations. | | |
| 04/04/23 | B N Wilhelm | 2.60 | 1,885.00 |
| | Communicate with Forensic Risk Alliance regarding 100K and Form 940 productions to DOJ (0.7); finalize draft letter to DOJ regarding production in response to civil investigative demand (1.4); produce letter and updated forms of certificate of compliance to DOJ (0.5). | | |
| 04/05/23 | S E Morgado | 1.20 | 780.00 |
| | Research regarding Federal Rule of Evidence 408 and cases regarding government use of Rule 408 materials in an investigation. | | |

# JONES DAY

| | |
|---|---|
| 102496 | Page: 4 |
| | May 31, 2023 |
| KServicing Corporation | Invoice: 231602694 |

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 04/05/23 | S E Morgado | 0.50 | 325.00 |

Communicate with Lelling regarding Federal Rule of Evidence 408 and cases regarding government use of Rule 408 materials in an investigation.

| | | | |
|---|---|---|---|
| 04/05/23 | B N Wilhelm | 1.30 | 942.50 |

Attend prep session for Martin with Dentons team (0.5); communicate with Lelling, Hall (Jamila Hall Law), and McGuireWoods regarding DOJ response to civil investigative demand answer (0.8).

| | | | |
|---|---|---|---|
| 04/06/23 | A E Lelling | 1.00 | 1,400.00 |

Review and comment on Morgado findings on Rule 408 (.60); correspondence with Wilhelm on CID issues (.40).

| | | | |
|---|---|---|---|
| 04/06/23 | B N Wilhelm | 3.00 | 2,175.00 |

Communicate with Pintilie (Forensic Risk Alliance) regarding updated forgiveness data (0.6); draft letter to DOJ explaining updated forgiveness analysis and new production (1.1); draft appendix of loan files based on updated forgiveness data (1.3).

| | | | |
|---|---|---|---|
| 04/07/23 | B N Wilhelm | 5.20 | 3,770.00 |

Review motion to compel filed by DOJ (0.9); research case law regarding motions to compel and civil investigative demand/subpoena responses (2.0); outline draft motion for reconsideration (4.1).

| | | | |
|---|---|---|---|
| 04/08/23 | B N Wilhelm | 10.30 | 7,467.50 |

Draft motion for reconsideration of order compelling KServicing to provide additional information in response to civil investigative demand from DOJ.

| | | | |
|---|---|---|---|
| 04/09/23 | A E Lelling | 2.70 | 3,780.00 |

Review and revise draft motion for reconsideration (1.10); correspondence with Wilhelm and Hall (Hall Law) concerning motion (.30); analyze government motion to compel (1.0); correspondence with Wilhelm concerning motion to compel (.30).

| | | | |
|---|---|---|---|
| 04/09/23 | B N Wilhelm | 1.70 | 1,232.50 |

Revise draft motion for reconsideration based on comments from Hall (Jamila Hall Law) and Lelling.

| | | | |
|---|---|---|---|
| 04/10/23 | A E Lelling | 1.20 | 1,680.00 |

Review and revise motion to reconsider.

| | | | |
|---|---|---|---|
| 04/10/23 | C Wenzel | 0.80 | 480.00 |

File motions under seal at the Massachusetts District Court (.50); confer with Clerk's Office at the Massachusetts District Court regarding filing fees (.10); draft letter to accompany check to be sent to Clerk's Office at Massachusetts District Court (.20).

| | | | |
|---|---|---|---|
| 04/10/23 | B N Wilhelm | 5.60 | 4,060.00 |

Draft motion to seal (1.6), Lelling notice of appearance (0.4), and Hall (Jamila Hall Law) pro hac vice application and declaration (0.3); finalize motion for reconsideration (2.1); communicate with Lelling, Hall (Jamila Hall Law), and Loiseau (KServicing) regarding same (0.7); arrange filing of motion for reconsideration and accompanying documents (0.5).

| | | | |
|---|---|---|---|
| 04/11/23 | A E Lelling | 0.90 | 1,260.00 |

Review DOJ opposition to motion to reconsider.

| | | | |
|---|---|---|---|
| 04/11/23 | B N Wilhelm | 2.90 | 2,102.50 |

Communicate with Pintilie (Forensic Risk Alliance) and Loiseau (KServicing) regarding production of files

# JONES DAY

102496                                                                                                                                         Page: 5
May 31, 2023
KServicing Corporation                                                                                   Invoice: 231602694

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| | to DOJ (1.8); review opposition to motion for reconsideration filed by DOJ (1.1). | | |
| 04/12/23 | A E Lelling | 3.10 | 4,340.00 |
| | Analyze revised iterations of FRA spreadsheets for excess loans, by tranche (1.40); analyze court order on motion to reconsider (.30); analyze motion to reconsider and opposition by DOJ (.60); correspondence with Wilhelm, Hall (Hall Law) and Loiseau (KServicing) concerning court order (.40); revise letter to DOJ concerning production (.40). | | |
| 04/12/23 | B N Wilhelm | 5.20 | 3,770.00 |
| | Review Court order on motion for reconsideration (0.2); draft letter to DOJ regarding supplemental response to civil investigative demand (1.8); draft updated appendices of loan files based on information from Forensic Risk Alliance and Court order (3.2). | | |
| 04/13/23 | A E Lelling | 0.70 | 980.00 |
| | Review new draft FRA analysis. | | |
| 04/20/23 | B N Wilhelm | 1.10 | 797.50 |
| | Communicate with Loiseau, Kearney and Evans (KServicing) regarding DOJ call on technical specifications of loan file production (.70); communicate with Loiseau (KServicing) and Kelkar (Dentons) regarding production of Forms 2484 data to DOJ (.40). | | |
| | **Matter Total** | **65.20** | **USD**   **57,422.50** |

**Professional Retention/Fee Issues**

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 04/13/23 | D J Merrett | 0.50 | 600.00 |
| | Communicate with Perrella (Alix) regarding retainer (.20); communicate with Clay regarding same (.10); review retention application in connection with same (.20). | | |
| 04/14/23 | D J Merrett | 0.20 | 240.00 |
| | Communicate with Perella (Alix) regarding retainer balance. | | |
| | **Matter Total** | **0.70** | **USD**   **840.00** |

**Fee Application Preparation**

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 04/24/23 | D J Merrett | 1.20 | 1,440.00 |
| | Review and revise invoice for March services (1.10); communicate with Smith, Clay regarding same (.10). | | |
| 04/24/23 | C L Smith | 0.80 | 380.00 |
| | Communications with Merrett regarding monthly fee application (.10); review draft invoice regarding same (.10); draft and revise monthly fee application (.60). | | |
| 04/25/23 | D J Merrett | 0.50 | 600.00 |
| | Communicate with Clay regarding March invoice (.10); review and analyze same (.40). | | |
| 04/25/23 | C L Smith | 0.40 | 190.00 |
| | Review revised invoice and draft email to Clay with further comments to same (.10); revise monthly fee application (.20); draft email to Merrett regarding same (.10). | | |

# JONES DAY

102496 Page: 6
May 31, 2023
KServicing Corporation Invoice: 231602694

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|
| 04/27/23 | D J Merrett | 1.60 | 1,920.00 |

Review and revise March fee application (1.40); communicate with Suarez (Weil) regarding same (.20).

| | **Matter Total** | **4.50** | **USD** | **4,530.00** |