## Exhibit B

# JONES DAY

102496                                                    Page: 7

May 31, 2023

KServicing Corporation                                  Invoice: 231602694

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|------|----------------------------|----------|--------|-------|
| **DOJ Investigations** | | | | |
| **HOSTING CHARGES** | | | | |
| 04/18/23 | D A Doell | ATL | 4,806.00 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100284725; Date: 4/5/2023 | | | |
| **Hosting Charges Subtotal** | | | | **4,806.00** |
| **Matter Total** | | | **USD** | **4,806.00** |
| **Case Administration** | | | | |
| **CONSULTANTS AND AGENTS FEES** | | | | |
| 05/22/23 | A E Lelling | NYC | 12,710.00 | |
| | Vendor: Forensic Risk Alliance, Inc; Invoice#: US125_0015; Date: 5/19/2023 (April 2023) | | | |
| **Consultants and Agents Fees Subtotal** | | | | **12,710.00** |
| **Matter Total** | | | **USD** | **12,710.00** |
| **Department of Justice Investigations** | | | | |
| **COURIER SERVICES** | | | | |
| 04/06/23 | NYC Accounting | NYC | 16.40 | |
| | Vendor: Breakaway Courier Boston, Inc; Invoice#: 236662; Date: 3/31/2023 - (JD-Boston to John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 2300-CR 17, Boston, MA 02210) | | | |
| **Courier Services Subtotal** | | | | **16.40** |
| **COURT COSTS** | | | | |
| 04/11/23 | A E Lelling | NYC | 125.00 | |
| | Vendor: United States District for the District; Invoice#: PRO-HAC-VICE-04112023; Date: 4/11/2023 (case no. 23-MC-91153-ADB, Attorney Jamila M. Hall filed a motion for pro hac vice admission) | | | |
| **Court Costs Subtotal** | | | | **125.00** |
| **Matter Total** | | | **USD** | **141.40** |