**Exhibit C**



**Forensic Risk Alliance Inc.**
**2550 M Street NW**
**Washington, DC 20037**
**United States**

**INVOICE TO:**

| | | |
|---|---|---|
| Jones Day | KServicing Corp | **SALES INVOICE:** |
| Attn: Andrew E. Lelling | Att: Holly Loiseau | US125_0015 |
| 100 High Street | 730 Peachtree Street NE, Suite 1100 | Friday, May 19, 2023 |
| Boston, MA 02210-1781 | Atlanta, GA 30308 | In case of query, |
| | | Tel: +1 (202) 627-6580 |
| Service period: April 1 - 30, 2023 | | areceivable@forensicrisk.com |

**PPP Loan Review**
**Consulting Summary**

| FRA Professional | Hours | Rate (USD) | Charge (USD) |
|---|---|---|---|
| Stacy Fresch | 4.25 | 820.00 | 3,485.00 |
| Ruth Ellen Pintilie | 10.00 | 660.00 | 6,600.00 |
| Yishi Huang | 5.00 | 525.00 | 2,625.00 |
| **Total** | **19.25** | | **$12,710.00** |

**Grand Total** $12,710.00

**TOTAL DUE WITHIN 30 DAYS** $12,710.00

Remit Funds To:

HSBC Bank USA, N.A.

452 Fifth Ave New York NY 10018

Account: Forensic Risk Alliance Inc.

Routing No: 021001088

Account No: 000287474 (US Dollar Account)

Swift: MRMDUS33

*NOTICE: This invoice is subject to FRA's standard terms and conditions of sale or to the terms and conditions contained in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 2% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.*

www.forensicrisk.com

UK | US | France | Switzerland| UAE