# **Exhibit A**

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085
Page 2

Client # 767622

Matter # 225120

---

For services through April 30, 2023
relating to Case Administration

| | | | | |
|---|---|---|---|---|
| 04/03/23 | Review docket updates | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| 04/03/23 | Prepare and circulate docket distribution to counsel (.1); Revise critical dates (.2) | | | |
| Paralegal | M. Lynzy McGee | 0.30 hrs. | 375.00 | $112.50 |
| 04/04/23 | Review email from Z. Shapiro re: hearing agenda draft | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| 04/05/23 | Review email from counsel to Cross River Bank re: continuance of hearing | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| 04/05/23 | Revise critical dates and coordinate calendar updates (.3); Prepare and circulate docket distribution to counsel (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.40 hrs. | 375.00 | $150.00 |
| 04/06/23 | Review docket updates | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| 04/06/23 | Prepare and circulate docket distribution to counsel (.1); Revise critical dates and coordinate calendar updates (.3) | | | |
| Paralegal | M. Lynzy McGee | 0.40 hrs. | 375.00 | $150.00 |
| 04/10/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 04/10/23 | Review email from G. Werkheiser and from Court Clerk re: scheduling of hearing | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 3

Client #  767622

Matter # 225120

---

| 04/11/23 | Review and circulate docket | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |

| 04/11/23 | Review docket updates (.1); Review email from counsel to 8 Windemere Way LLC (.1) | | | |
|---|---|---|---|---|
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 1,300.00 | $260.00 |

| 04/13/23 | Review and circulate docket | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |

| 04/17/23 | Review and update critical dates (.4); E-mail to RL&F distribution re: same (.1); Coordinate calendar updates (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.60 hrs. | 375.00 | $225.00 |

| 04/17/23 | Review and circulate docket | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |

| 04/17/23 | Review critical dates, chart | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |

| 04/18/23 | Review and circulate docket | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |

| 04/18/23 | Review docket updates | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |

| 04/19/23 | Review and circulate docket | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |

| 04/20/23 | Review and circulate docket | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |

| 04/20/23 | Review email from Z. Shapiro re: hearing agenda | | | |
|---|---|---|---|---|
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085

Page 4

Client # 767622

Matter # 225120

---

| 04/21/23 | Review and circulate docket | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.10 hrs. | 375.00 | $37.50 |
| | | | | |
| 04/21/23 | Review email from Z. Shapiro re: hearing agenda (.1); Review email from R. Longtin re: adjournment of hearing on Amex Examination (.1); Review March MORs (.2) | | | |
| Director | Daniel  J. DeFranceschi | 0.40 hrs. | 1,300.00 | $520.00 |
| | | | | |
| 04/24/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| | | | | |
| 04/24/23 | Review docket updates | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| | | | | |
| 04/25/23 | Coordinate calendar update (.1); Review and circulate docket (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 375.00 | $112.50 |
| | | | | |
| 04/26/23 | Review and update critical dates (.3); E-mail to RL&F distribution re: same (.1); Coordinate calendar updates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |
| | | | | |
| 04/26/23 | Review email from Z. Shapiro re: agenda for AMEX Examination hearing (.1); Review critical dates chart (.1) | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 1,300.00 | $260.00 |
| | | | | |
| 04/27/23 | Review emails from G. Werkheiser and Z. Shapiro re: American Express examination motion scheduling (.1); Review docket updates (.1) | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 1,300.00 | $260.00 |
| | | | | |
| 04/28/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| | | | | |
| 04/28/23 | Review email from B. Hazeltine re: Customer Bank and from G. Werkheiser re: American Express examination motion hearing (.1); Review docket updates (.1) | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 1,300.00 | $260.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 5

Client #  767622

Matter # 225120

Total Fees for Professional Services | $4,380.00

| | |
|---|---|
| **TOTAL DUE FOR THIS INVOICE** | **$4,380.00** |
| BALANCE BROUGHT FORWARD | $5,302.83 |
| **TOTAL DUE FOR THIS MATTER** | **$9,682.83** |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 6

Client #  767622

Matter # 225120

---

For services through April 30, 2023

relating to  Creditor Inquiries

| 04/05/23 | Review voice messages from potential creditors (.2); Return calls from potential creditors (.3) | | | |
|---|---|---|---|---|
| Associate | Huiqi Vicky Liu | 0.50 hrs. | 595.00 | $297.50 |
| 04/10/23 | Email to Omni re: creditor inquiry email (.1); Draft email response to potential borrower inquiry (.2); Email to Weil re: response to potential borrower inquiry (.2) | | | |
| Associate | Huiqi Vicky Liu | 0.50 hrs. | 595.00 | $297.50 |
| 04/25/23 | Return potential creditor's call | | | |
| Associate | Huiqi Vicky Liu | 0.40 hrs. | 595.00 | $238.00 |
| 04/27/23 | Email to L. Castillo re: creditor inquiry | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |

Total Fees for Professional Services          $932.50

TOTAL DUE FOR THIS INVOICE          **$932.50**

BALANCE BROUGHT FORWARD          $3,952.52

**TOTAL DUE FOR THIS MATTER**          **$4,885.02**

Kabbage, Inc.                                              June 7, 2023
Attn:  Holly Loiseau                                       Invoice 691085
KServicing, Inc.                                           Page 7
730 Peachtree Street NE, Suite 470
Atlanta GA  30308                                          Client #  767622

                                                          Matter # 225120

---

For services through April 30, 2023

relating to  Meeting

| Date | | Description | Hrs. | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/23 | | Attend Zoom case update call with Z. Shapiro and Weil team | | | |
| | Associate | Matthew P. Milana | 0.60 hrs. | 675.00 | $405.00 |
| 04/03/23 | | Attend update call with WGM and A. Steele | | | |
| | Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| 04/06/23 | | Attend case update call with Z. Shapiro, M. Milana and Weil team re: case updates | | | |
| | Director | Amanda R. Steele | 0.50 hrs. | 995.00 | $497.50 |
| 04/06/23 | | Attend Zoom case update call with A. Steele, Z. Shapiro and Weil team | | | |
| | Associate | Matthew P. Milana | 0.60 hrs. | 675.00 | $405.00 |
| 04/06/23 | | Prepare for and attend update call with A. Steele and WGM | | | |
| | Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| 04/10/23 | | Attend case update call with Z. Shapiro, M. Milana and Weil team | | | |
| | Director | Amanda R. Steele | 0.50 hrs. | 995.00 | $497.50 |
| 04/10/23 | | Attend zoom case update call with A. Steele, Z. Shapiro and Weil team | | | |
| | Associate | Matthew P. Milana | 0.50 hrs. | 675.00 | $337.50 |
| 04/10/23 | | Prepare for and attend update call with WGM and A. Steele | | | |
| | Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| 04/13/23 | | Attend case update Call with M. Milana, Z. Shapiro and Weil team | | | |
| | Director | Amanda R. Steele | 0.50 hrs. | 995.00 | $497.50 |
| 04/13/23 | | Attend Zoom case update call with A. Steele, Z. Shapiro and Weil team | | | |
| | Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 8

Client #  767622

Matter # 225120

---

| 04/13/23 | Prepare for and attend update call with WGM and A. Steele | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| | | | | |
| 04/17/23 | Attend case update call with Z. Shapiro, M. Milana and Weil team | | | |
| Director | Amanda R. Steele | 0.50 hrs. | 995.00 | $497.50 |
| | | | | |
| 04/17/23 | Attend Zoom case update call with A. Steele, Z. Shapiro and Weil team | | | |
| Associate | Matthew P. Milana | 0.50 hrs. | 675.00 | $337.50 |
| | | | | |
| 04/17/23 | Prepare for and attend update call with WGM and A. Steele | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| | | | | |
| 04/20/23 | Attend case update Call with Z. Shapiro, M. Milana and Weil team | | | |
| Director | Amanda R. Steele | 0.50 hrs. | 995.00 | $497.50 |
| | | | | |
| 04/20/23 | Attend Zoom case update call with A. Steele, Z. Shapiro and Weil team | | | |
| Associate | Matthew P. Milana | 0.50 hrs. | 675.00 | $337.50 |
| | | | | |
| 04/20/23 | Prepare for and attend update call with A. Steele and WGM | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| | | | | |
| 04/25/23 | Attend case update call with Z. Shapiro, M. Milana and Weil team | | | |
| Director | Amanda R. Steele | 0.40 hrs. | 995.00 | $398.00 |
| | | | | |
| 04/25/23 | Attend Zoom case update call with A. Steele, Z. Shapiro and Weil team | | | |
| Associate | Matthew P. Milana | 0.50 hrs. | 675.00 | $337.50 |
| | | | | |
| 04/25/23 | Prepare for and attend update call with WGM and A. Steele | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| | | | | |
| 04/28/23 | Attend case update call with Z. Shapiro, M. Milana and Weil team | | | |
| Director | Amanda R. Steele | 0.50 hrs. | 995.00 | $497.50 |
| | | | | |
| 04/28/23 | Attend zoom case update call with A. Steele, Z. Shapiro and Weil team | | | |
| Associate | Matthew P. Milana | 0.50 hrs. | 675.00 | $337.50 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 9

Client #  767622

Matter # 225120

| | | | | |
|---|---|---|---|---|
| 04/28/23 | Prepare for and attend call with WGM and A. Steele | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |

Total Fees for Professional Services   $10,230.00

**TOTAL DUE FOR THIS INVOICE**   **$10,230.00**

BALANCE BROUGHT FORWARD   $39,916.17

**TOTAL DUE FOR THIS MATTER**   **$50,146.17**

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 10

Client #  767622

Matter # 225120

---

For services through April 30, 2023

relating to  Executory Contracts/Unexpired Leases

| 04/03/23 | Correspondence with N. Hwangpo re: contract issues (.2); Correspondence with S. Cousins re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| 04/04/23 | Correspondence with N. Hwangpo re: contract issues (.2); Correspondence with C. Bentley re: same (.2); Correspondence with L. Castillo re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| 04/05/23 | Prepare for call with contract issues (.6); Attend call with WGM and S. Cousins re: same (.4); Correspondence with N. Hwangpo re: same (.4) | | | |
| Director | Zachary I. Shapiro | 1.40 hrs. | 995.00 | $1,393.00 |
| 04/10/23 | Review agreement for assumption and draft COC and proposed order assuming same (1.5); Correspondence with L. Castillo re: agreement for assumption (.2) | | | |
| Associate | Matthew P. Milana | 1.70 hrs. | 675.00 | $1,147.50 |
| 04/19/23 | Correspondence with C. Bentley re: assumption issues (.2); Correspondence with C. Arthur re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| 04/22/23 | Review emails from C. Bentley re: contract issue | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 04/22/23 | Correspondence with C. Arthur re: contract issues (.1); Correspondence with C. Bentley re: same (.2); Research re: same (.5) | | | |
| Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |

Total Fees for Professional Services                    $4,530.50

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 11

Client #  767622

Matter # 225120

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$4,530.50** |
| BALANCE BROUGHT FORWARD | $18,019.43 |
| **TOTAL DUE FOR THIS MATTER** | **$22,549.93** |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085
Page 12

Client #  767622

Matter # 225120

---

For services through April 30, 2023
relating to  Plan of Reorganization/Disclosure Statement

| 04/04/23 | Review and comment on escrow agreement (.7); Review notice for loan transfer motion (.1) | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.80 hrs. | 995.00 | $796.00 |
| 04/04/23 | Review comments to escrow agreement | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| 04/05/23 | Emails with V. Liu and L. McGee re: revised exhibit A to LTL motion (.2); Correspondences with Z. Shapiro re: same (.1) | | | |
| Director | Amanda R. Steele | 0.30 hrs. | 995.00 | $298.50 |
| 04/05/23 | Review and comment on escrow agreement (1.2); Call with N. Hwangpo re: same (.4) | | | |
| Director | Zachary I. Shapiro | 1.60 hrs. | 995.00 | $1,592.00 |
| 04/07/23 | Prepare for and attend call with C. Bentley and C. Arthur re: transition issues (1.0); Prepare for and attend call with WGM and DLA re: same (.8) | | | |
| Director | Zachary I. Shapiro | 1.80 hrs. | 995.00 | $1,791.00 |
| 04/13/23 | Correspondence with L. Castillo re: motion to extend exclusive periods to file and solicit votes on the plan | | | |
| Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 04/17/23 | Call with A. Suarez re: plan and confirmation order | | | |
| Associate | Huiqi Vicky Liu | 0.10 hrs. | 595.00 | $59.50 |
| 04/17/23 | Email to A. Suarez re: plan and confirmation order | | | |
| Associate | Huiqi Vicky Liu | 0.20 hrs. | 595.00 | $119.00 |
| 04/17/23 | Correspondence with L. Castillo re: exclusivity motion | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 13

Client #  767622

Matter # 225120

---

| 04/17/23 | Review and comment on exclusivity motion (.2); Correspondence with A. Steele re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| | | | | |
| 04/18/23 | Review and comment on exclusivity motion | | | |
| Director | Amanda R. Steele | 0.70 hrs. | 995.00 | $696.50 |
| | | | | |
| 04/18/23 | Review and comment on draft second motion to extend exclusive periods to file and solicit votes on a plan | | | |
| Associate | Matthew P. Milana | 1.10 hrs. | 675.00 | $742.50 |
| | | | | |
| 04/18/23 | Review and revise exclusivity extension motion (.8); Correspondence with WGM team re: same (.2); Call with N. Hwangpo re: same (.2); Call with N. Hwangpo re: status (.4) | | | |
| Director | Zachary I. Shapiro | 1.60 hrs. | 995.00 | $1,592.00 |
| | | | | |
| 04/19/23 | Review revised exclusivity motion | | | |
| Director | Amanda R. Steele | 0.20 hrs. | 995.00 | $199.00 |
| | | | | |
| 04/19/23 | Review revise exclusivity motion (.2); Correspondence with WGM re: same (.1); Call with N. Hwangpo re: update (.3) | | | |
| Director | Zachary I. Shapiro | 0.70 hrs. | 995.00 | $696.50 |
| | | | | |
| 04/20/23 | Draft notice of execution version of wind down agreement | | | |
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |
| | | | | |
| 04/24/23 | Prepare for call on effective date issues (.7); Attend same with WGM and AP teams (1.0); Review plan (.8); Further research re: same (1.2) | | | |
| Director | Zachary I. Shapiro | 3.70 hrs. | 995.00 | $3,681.50 |
| | | | | |
| 04/25/23 | Retrieve order exceed page limit confirmation brief (.1); E-mail to Omni re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 14

Client #  767622

Matter # 225120

---

| | | | | |
|---|---|---|---|---|
| 04/25/23 | Call with C. Bentley re: wind down issues (.4); Correspondence with M. Milana re: same (.1); Review plan and confirmation order (.8) | | | |
| Director | Zachary I. Shapiro | 1.30 hrs. | 995.00 | $1,293.50 |
| 04/28/23 | Review e-mail from M. Milana re: second exclusivity extension motion (.1); Prepare notice of motion re: same (.2); Assemble motion, notice, exhibit and e-mail to M. Milana (.1); Finalize and file re: same (.2); E-mail to Omni re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 375.00 | $262.50 |
| 04/28/23 | Review motion to extend exclusivity period | | | |
| Associate | Huiqi Vicky Liu | 0.20 hrs. | 595.00 | $119.00 |
| 04/28/23 | Correspondence with UST re: exclusivity extension motion (.2); Review and prepare exclusivity extension motion and related notice for filing (.5) | | | |
| Associate | Matthew P. Milana | 0.70 hrs. | 675.00 | $472.50 |
| 04/28/23 | Review and finalize exclusivity motion (.2); Correspondence with WGM re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |

Total Fees for Professional Services        $15,989.50

TOTAL DUE FOR THIS INVOICE        **$15,989.50**
BALANCE BROUGHT FORWARD        $191,824.51

**TOTAL DUE FOR THIS MATTER**        **$207,814.01**

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 15

Client #  767622

Matter # 225120

---

For services through April 30, 2023
relating to  Use, Sale of Assets

| | | | | |
|---|---|---|---|---|
| 04/03/23 | Draft notice of revised Exhibit A to loan transfer agreement (.9); Email to Z. Shapiro re: same (.1) | | | |
| Associate | Huiqi Vicky Liu | 1.00 hrs. | 595.00 | $595.00 |
| 04/03/23 | Review notice of revised exhibit (.2); Correspondence with V. Liu re: same (.1); Correspondence with N. Hwangpo re: same (.2); Correspondence with A. Suarez re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| 04/04/23 | Draft notice of revised Exhibit A to Loan Transfer Agreement (.4); Email to Weil re: same (.2); Call with Z. Shpiro re: same (.1); Emails with R. Speaker re: same (.2) | | | |
| Associate | Huiqi Vicky Liu | 0.90 hrs. | 595.00 | $535.50 |
| 04/04/23 | Assist with preparation for filing revised exhibits for Loan Transfer Agreement | | | |
| Paralegal | Rebecca V. Speaker | 0.80 hrs. | 375.00 | $300.00 |
| 04/04/23 | Review exhibit to loan transfer agreement (.2); Correspondence with V. Liu re: same (.1); Call with N. Hwangpo re: same (.3) | | | |
| Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| 04/05/23 | Draft notice of revised Exhibit A of loan transfer agreement (.1); Emails to L. McGee re: filing and service of same (.2); Review same (.1) | | | |
| Associate | Huiqi Vicky Liu | 0.40 hrs. | 595.00 | $238.00 |
| 04/05/23 | Finalize, file and coordinate service of notice of revised exhibit A to loan term agreement | | | |
| Paralegal | M. Lynzy McGee | 1.00 hrs. | 375.00 | $375.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 16

Client #  767622

Matter # 225120

---

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/05/23 | Review loan transfer agreement (.2); Correspondence with A. Steele re: same (.1); Correspondence with V. Liu re: same (.1); Correspondence with N. Hwangpo re: same (.2) | | | |
| Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| 04/10/23 | Review CNO re: loan transfer motion (.1); Email to V. Liu re: transfer motion (.1); Email to Z. Shapiro re: transfer motion (.1); Email to N. Corcoran re: loan transfer motion (.1) | | | |
| Director | Amanda R. Steele | 0.40 hrs. | 995.00 | $398.00 |
| 04/10/23 | Prepare certificate of no objection re: loan transfer agreement (.2); Prepare order of same (.1); E-mail to Z. Shapiro and M. Milana re: same (.1); Review e-mail from H. Liu re: comments to certificate of no objection re: same (.1); Review and update certificate of no objection re: same (.2); E-mail to Z. Shapiro and H. Liu re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 375.00 | $300.00 |
| 04/10/23 | Review and comment on CNO re: loan transfer agreement motion (.7); Email to B. Witters re: same (.1); Review updated CNO re: loan transfer agreement motion (.2) | | | |
| Associate | Huiqi Vicky Liu | 1.00 hrs. | 595.00 | $595.00 |
| 04/10/23 | Review CNO (.1); Correspondence with A. Steele re: same (.1); Correspondence with V. Liu re: same (.1); Call with N/ Hwangpo re: same (.2) | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| 04/11/23 | Email to Omni re: loan servicing motion (.1); Email to Alix team re: loan servicing motion (.1); Email to Z. Shapiro re: loan servicing motion (.1); Email to omni team re: loan servicing motion (.1) | | | |
| Director | Amanda R. Steele | 0.40 hrs. | 995.00 | $398.00 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085
Page 17

Client # 767622

Matter # 225120

---

| 04/11/23 | Review e-mail from H. Liu certificate of no objection re: motion loan transfer agreement (.1); Assemble and e-mail to H. Liu re: same (.1); Finalize and file certificate of no objection re: same (.2); E-mail to M. Milana re: same (.1); Upload order re: same (.1); Retrieve order re: same (.1); E-mail to Omni re: service of order of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 375.00 | $300.00 |
| 04/11/23 | Review and comment on CNO re: loan transfer agreement motion (.3); Call with B. Witters: same (.1); Review same (.3) | | | |
| Associate | Huiqi Vicky Liu | 0.70 hrs. | 595.00 | $416.50 |
| 04/11/23 | Research re: loan servicing motion (.2); Correspondence with A. Steele re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| 04/20/23 | Emails with Z. Shapiro and C. Bentley re: loan servicing motion | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 04/20/23 | Call with C. Bentley re: loan servicing motion (.2); Correspondence with C. Bentley re: same (.3); Research re: same (.2) | | | |
| Director | Zachary I. Shapiro | 0.70 hrs. | 995.00 | $696.50 |

Total Fees for Professional Services                $7,834.00

TOTAL DUE FOR THIS INVOICE                **$7,834.00**

BALANCE BROUGHT FORWARD                $16,194.38

**TOTAL DUE FOR THIS MATTER**                **$24,028.38**

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 18

Client #  767622

Matter # 225120

---

For services through April 30, 2023

relating to  Cash Collateral/DIP Financing

| 04/04/23 | Prepare for call on budget and research re: same (.8); Attend call with WGM and AP team re: same (.7); Correspondence with N. Hwangpo re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 1.60 hrs. | 995.00 | $1,592.00 |

| Total Fees for Professional Services | $1,592.00 |
|---|---|

| **TOTAL DUE FOR THIS INVOICE** | **$1,592.00** |
|---|---|
| BALANCE BROUGHT FORWARD | $1,132.97 |
| **TOTAL DUE FOR THIS MATTER** | **$2,724.97** |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085
Page 19

Client # 767622

Matter # 225120

---

For services through April 30, 2023
relating to Claims Administration

| 04/01/23 | Review update on Wiggins case | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |

| 04/01/23 | Review update on claim (.1); Correspondence with N. Hwangpo re: same (2) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |

| 04/02/23 | Correspondence with L. Castillo re: Wind Down Officer claims administration duties | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |

| 04/04/23 | Correspondence with M. Milana regarding second omnibus claims objection (.1); Draft certificate of no objection regarding same (.6); Finalize and file same (.2); Prepare and upload order to Court site regarding same (.1) | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 1.00 hrs. | 375.00 | $375.00 |

| 04/04/23 | Correspondence with C. Arthur re: claims register (.1); Research re: same (.2) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |

| 04/05/23 | Emails with Z. Shapiro re: tax claims | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.20 hrs. | 995.00 | $199.00 |

| 04/05/23 | Coordinate service of order with respect to 2nd omnibus claims objection and related certification | | | |
|---|---|---|---|---|
| Paralegal | M. Lynzy McGee | 0.10 hrs. | 375.00 | $37.50 |

| 04/05/23 | Research re: tax claim (.2); Correspondence with A. Steele re: same (.1); Correspondence with A. Castillo re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 20

Client #  767622

Matter # 225120

---

| 04/25/23 | Review and comment on admin claim form | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.40 hrs. | 995.00 | $398.00 |
| | | | | |
| 04/25/23 | Review and comment on draft administrative expense claim form (.7); Correspondence with A. Steele and Z. Shapiro re: same (.3) | | | |
| Associate | Matthew P. Milana | 1.00 hrs. | 675.00 | $675.00 |
| | | | | |
| 04/25/23 | Comment on claim form (.2); Correspondence with A. Steele re: same (.1); Further comments on claim form (.1) | | | |
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |
| | | | | |
| 04/26/23 | Review and revise admin claim POC (.1); Email to Z. Shapiro and M. Milana re: comments to same (.1) | | | |
| Director | Amanda R. Steele | 0.20 hrs. | 995.00 | $199.00 |
| | | | | |
| 04/26/23 | Revise administrative proof of claim form (.7); Correspondence with A. Steele and Z. Shapiro re: same (.2) | | | |
| Associate | Matthew P. Milana | 0.90 hrs. | 675.00 | $607.50 |
| | | | | |
| 04/26/23 | Revise comments to claim form (.2); Correspondence with A. Steele re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |

Total Fees for Professional Services                       $4,484.50

TOTAL DUE FOR THIS INVOICE                         **$4,484.50**
BALANCE BROUGHT FORWARD                          $19,846.38

**TOTAL DUE FOR THIS MATTER**                      **$24,330.88**

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 21

Client #  767622

Matter # 225120

---

For services through April 30, 2023
relating to Court Hearings

| | | | | |
|---|---|---|---|---|
| 04/03/23 | Draft agenda for 4/11/23 hearing and circulate for comments | | | |
| Paralegal | M. Lynzy McGee | 0.40 hrs. | 375.00 | $150.00 |
| 04/04/23 | Email to L. Morris re: hearing dates | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 04/04/23 | Draft 4/13/23 hearing agenda (.8); Revise same (.3) | | | |
| Paralegal | M. Lynzy McGee | 1.10 hrs. | 375.00 | $412.50 |
| 04/05/23 | Email to Z. Shapiro re: hearing issues (.1); Email to L. McGee re: agenda for 4/11 hearing (.1) | | | |
| Director | Amanda R. Steele | 0.20 hrs. | 995.00 | $199.00 |
| 04/05/23 | Revise 4/13/23 hearing agenda and circulate for comments (.3); Circulate 4/11/23 hearing agenda for comments (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.40 hrs. | 375.00 | $150.00 |
| 04/05/23 | Organize materials utilized at 3/13/23 hearing | | | |
| Case Assistant | Tesia S. Smith | 0.50 hrs. | 195.00 | $97.50 |
| 04/05/23 | Correspondence with A. Steele re: hearing | | | |
| Director | Zachary I. Shapiro | 0.20 hrs. | 995.00 | $199.00 |
| 04/06/23 | Emails with L. McGee re: hearing date (.1); Review Emails from G. Werkhauser re: hearing dates (.2); Correspondences with Z. Shapiro re: agenda (.1) | | | |
| Director | Amanda R. Steele | 0.40 hrs. | 995.00 | $398.00 |
| 04/06/23 | Revise, finalize and file agenda cancelling 4/11/23 hearing (.6); Correspondence with M. Milana regarding same (.1); Correspondence with N. Barksdale regarding same (.1); Coordinate service of same (.1) | | | |
| Paralegal | M. Lynzy McGee | 0.90 hrs. | 375.00 | $337.50 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 22

Client #  767622

Matter # 225120

---

| 04/06/23 | Correspondence with Court re: 4/11/23 hearing (.2); Review and prepare for filing agenda for same (.2) | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |

| 04/06/23 | Correspondence re: hearing dates (.2); Correspondence with A. Steele re: same (.1); Review emails re: same (.2); Review hearing agenda (.2); Correspondence with M. Milana re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |

| 04/10/23 | Email to M. Milana re: agenda for 4/13 hearing | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |

| 04/10/23 | Review and update 4/13/23 agenda | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |

| 04/10/23 | Correspondence with A. Steele and B. Witters re: agenda for 4/13/23 hearing (.2); Review agenda for same (.2) | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |

| 04/10/23 | Correspondence re: hearing dates (.2); Review hearing agenda (.2); Correspondence with A. Steele re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |

| 04/11/23 | Review agenda cancelling hearing (.1); Emails with M. Milana and Z. Shapiro re: agenda (.2) | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.30 hrs. | 995.00 | $298.50 |

| 04/11/23 | Review and update 4/13/23 agenda (.1); E-mail to A. Steele, M. Milana and H. Liu re: same (.1); Review e-mail from M. Milana re: cancellation of 4/13/23 hearing (.1); Review and update 4/13/23 agenda - cancel hearing (.2); Assemble and e-mail to A. Steele, Z. Shapiro and M. Milana re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1); E-mail to distribution re: same (.1); Coordinate calendar update (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 1.10 hrs. | 375.00 | $412.50 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085
Page 23
Client # 767622

Matter # 225120

---

| 04/11/23 | Review agenda for 4/13/23 hearing and revised agenda cancelling hearing (.4); Correspondence with B. Witters re: 4/13/23 matters and agenda (.2); Correspondence with Court re: cancelling 4/13/23 hearing (.2) | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 0.80 hrs. | 675.00 | $540.00 |
| 04/11/23 | Correspondence re: hearing date (.2); Review agenda (.1); Correspondence with A. Steele re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |
| 04/12/23 | Emails with N. Hwangpo and Z. Shapiro re: hearing dates | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 04/12/23 | Review e-mail from M. Milana re: May 19 hearing date (.1); Prepare certificate of counsel re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 375.00 | $112.50 |
| 04/12/23 | Correspondence with Z. Shapiro, Weil team and Court re: May omnibus hearing | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |
| 04/12/23 | Call with N. Hwangpo re: hearing dates (.2); Correspondence with A. Steele re: same (.1); Correspondence with N. Hwangpo re: same (.1); Correspondence with M. Milana re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| 04/14/23 | Correspondence with Z. Shapiro, Weil and Court re: May omnibus hearing | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |
| 04/14/23 | Correspondence with CRB re: hearing date issues (.2); Correspondence with M. Milana re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| 04/17/23 | Review e-mail from M. Milana re: May 25 hearing date (.1); Review and update certification of counsel re: same (.1); E-mail to M. Milana re: same (.1); Finalize and file certification of counsel re: same (.2); Upload order re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 375.00 | $225.00 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085
Page 24

Client # 767622

Matter # 225120

---

| 04/17/23 | Prepare and review for filing COC scheduling May omnibus hearing (.2); Correspondence with Weil team and Court re: May omnibus hearing (.2) | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |

| 04/17/23 | Correspondence with M. Milana re: hearing date (.2); Correspondence with WGM re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |

| 04/18/23 | Retrieve order omnibus hearing date - May 25 (.1); E-mail to Omni re: service of certification of counsel and order of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |

| 04/19/23 | Prepare 4/25/23 agenda (.3); E-mail to A. Steele, Z. Shapiro and M. Milana re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |

| 04/19/23 | Review hearing agenda (.1); Correspondence with B. Witters re: same (.1); Call with N. Hwangpo re: update (.2) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |

| 04/20/23 | Review draft of agenda | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |

| 04/20/23 | Review MORS and comment on same (.5); Correspondence with A Suarez re: same (.2) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.70 hrs. | 995.00 | $696.50 |

| 04/21/23 | Correspondences with Z. Shapiro re: agenda for 4/25 hearing | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.30 hrs. | 995.00 | $298.50 |

| 04/21/23 | Review e-mail from Z. Shapiro re: cancellation of 4/25/23 agenda (.1); Review and update re: 4/25/23 agenda - cancel hearing (.2); E-mail to Z. Shapiro and H. Liu re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1); E-mail to distribution re: same (.1); Coordinate calendar update (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.90 hrs. | 375.00 | $337.50 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 25

Client #  767622

Matter # 225120

| | | | | |
|---|---|---|---|---|
| 04/21/23 | Review 4/25/2023 hearing agenda | | | |
| Associate | Huiqi Vicky Liu | 0.50 hrs. | 595.00 | $297.50 |
| | | | | |
| 04/21/23 | Review correspondence with Customers Bank, Cross River Bank and AmEx re: Rule 2004 motion hearing (.2); Correspondence with Z. Shapiro re: agenda for Rule 2004 hearing (.2); Correspondence with Court re: April hearing agenda extension (.2) | | | |
| Associate | Matthew P. Milana | 0.60 hrs. | 675.00 | $405.00 |
| | | | | |
| 04/21/23 | Review agenda (.1); Correspondence with case parties re: hearing (.5); Call with N. Hwangpo re: same (.2); Call with C. Bentley re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.90 hrs. | 995.00 | $895.50 |
| | | | | |
| 04/25/23 | Prepare 5/1/23 agenda (.3); E-mail to A. Steele, M. Milana and H. Liu re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |
| | | | | |
| 04/26/23 | Review e-mail from Z. Shapiro re: cancellation of 5/1/23 hearing (.1); Review and update 5/1/23 agenda of same (.2); E-mail to Z. Shapiro and M. Milana re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |
| | | | | |
| 04/26/23 | Review 5/1/2023 hearing agenda | | | |
| Associate | Huiqi Vicky Liu | 0.10 hrs. | 595.00 | $59.50 |
| | | | | |
| 04/26/23 | Correspondence with Z. Shapiro and parties to Rule 2004 dispute re: agenda for 5/1/23 hearing (.2); Correspondence with Court re: cancelling  5/1/23 hearing (.2) | | | |
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |
| | | | | |
| 04/26/23 | Organize materials utilized at 3/13/23 hearing | | | |
| Case Assistant | Tesia S. Smith | 0.50 hrs. | 195.00 | $97.50 |
| | | | | |
| 04/26/23 | Correspondence with case parties re: hearing (.4); Correspondence with B. Witters re: same (.2); Review agenda (.1); Correspondence with M. Milana re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 26

Client #  767622

Matter # 225120

---

| 04/27/23 | Review agenda | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 04/27/23 | Review e-mail from M. Milana re: 5/1/23 agenda - cancel hearing (.1); Assemble re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1); E-mail to distribution re: same (.1); Coordinate calendar update (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 375.00 | $262.50 |
| 04/27/23 | Review emails from D. Abbott and R. Longtin re: AMEX examination motion hearing | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| 04/27/23 | Correspondence with Court re: cancelling 5/1/23 hearing (.2); Review and prepare for filing agenda re: same (.3) | | | |
| Associate | Matthew P. Milana | 0.50 hrs. | 675.00 | $337.50 |
| 04/27/23 | Organize materials utilized at 3/13/23 and 3/20/23 hearing | | | |
| Case Assistant | Tesia S. Smith | 1.00 hrs. | 195.00 | $195.00 |
| 04/27/23 | Correspondence with case parties re: hearing status (.4); Review agenda (.1); Correspondence with Court re: same (.1); Correspondence with M. Milana re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.70 hrs. | 995.00 | $696.50 |

Total Fees for Professional Services        $14,878.50

TOTAL DUE FOR THIS INVOICE             **$14,878.50**
BALANCE BROUGHT FORWARD            $189,271.62

**TOTAL DUE FOR THIS MATTER**          **$204,150.12**

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 27

Client #  767622

Matter # 225120

---

For services through April 30, 2023

relating to  Schedules/SOFA/U.S. Trustee Reports

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 04/21/23 | Emails with B. Witters re: MORs | | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | | $99.50 |
| 04/21/23 | Review e-mail from H. Liu re: monthly operating reports - March 2023 x6 (.1); Review and prepare re: same (.1); Finalize and file re: same x6 (.6); Coordinate service re: same (.1); Prepare certificate of service re: same (.1) | | | | |
| Paralegal | Barbara J. Witters | 1.00 hrs. | 375.00 | | $375.00 |
| 04/21/23 | Review monthly operating reports | | | | |
| Associate | Huiqi Vicky Liu | 0.70 hrs. | 595.00 | | $416.50 |
| 04/21/23 | Review and prepare for filing MORs | | | | |
| Associate | Matthew P. Milana | 0.70 hrs. | 675.00 | | $472.50 |
| 04/21/23 | Finalize MORs (.2); Correspondence with M. Milana re: same (.1) | | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | | $298.50 |

Total Fees for Professional Services          $1,662.00

TOTAL DUE FOR THIS INVOICE          **$1,662.00**

BALANCE BROUGHT FORWARD          $2,473.64

**TOTAL DUE FOR THIS MATTER**          **$4,135.64**

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085
Page 28

Client #  767622

Matter # 225120

For services through April 30, 2023

relating to Litigation/Adversary Proceedings

| 04/06/23 | Correspondence with counsel to Amex, Cross River, and Customers Bank re: adjourned hearing on Rule 2004 dispute | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |
| 04/10/23 | Correspondence with J. Friedman re: draft 9019 motion | | | |
| Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 04/11/23 | Review draft 9019 settlement motion with certain parties for background on motion to shorten (.5); Draft motion to shorten re: 9019 settlement motion with certain parties (1.3) | | | |
| Associate | Matthew P. Milana | 1.80 hrs. | 675.00 | $1,215.00 |
| 04/24/23 | Review complaint (.1); Calls (x2) with Z. Shapiro re: complaint (.3) | | | |
| Director | Amanda R. Steele | 0.40 hrs. | 995.00 | $398.00 |
| 04/24/23 | Review and circulate adversary docket (.2); Review and update adversary ECF notifications (.2) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |
| 04/24/23 | Review The Juneau Group complaint | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 1,300.00 | $260.00 |
| 04/24/23 | Review complaint filed by The Juneau Group | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |
| 04/24/23 | Review complaint (.2); Call with A. Steele re: same (.2); Correspondence with WGM team re: same (.2); Review adversary docket (.1); Correspondence with C. Arthur re: same (.2) | | | |
| Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |
| 04/26/23 | Correspondence with L. Castillo re: removal extension motion | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 29

Client #  767622

Matter # 225120

---

Total Fees for Professional Services                              $3,629.00

TOTAL DUE FOR THIS INVOICE                                 **$3,629.00**
BALANCE BROUGHT FORWARD                                $51,717.18

**TOTAL DUE FOR THIS MATTER**                              **$55,346.18**

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085
Page 30
Client # 767622

Matter # 225120

---

For services through April 30, 2023

relating to Retention of Others

| 04/24/23 | Review e-mail from M. Milana re: second supplemental declaration Pagans of AlixPartners (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |
| 04/24/23 | Review and prepare for filing supplemental declaration of AlixPartners in support of AlixPartners' retention | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |
| 04/24/23 | Review supplement declaration (.1); Correspondence with WGM re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.20 hrs. | 995.00 | $199.00 |
| 04/25/23 | Calls with A. Saurez re: OCP issues (.3); Research re: same (.4); Further correspondence with A. Suarez re: same (.3) | | | |
| Director | Zachary I. Shapiro | 1.00 hrs. | 995.00 | $995.00 |
| 04/28/23 | Review e-mail from M. Milana re: second quarterly report ordinary course professionals (.1); Assemble and e-mail to M. Milana re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |

Total Fees for Professional Services          $1,734.00

TOTAL DUE FOR THIS INVOICE                    **$1,734.00**
BALANCE BROUGHT FORWARD                        $4,101.02

**TOTAL DUE FOR THIS MATTER**                 **$5,835.02**

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

June 7, 2023
Invoice 691085
Page 31

Client # 767622

Matter # 225120

For services through April 30, 2023
relating to RLF Fee Applications

| | | | | |
|---|---|---|---|---|
| 04/11/23 | Prepare February 2023 monthly fee application | | | |
| Case Assistant | Lesley Morris | 0.70 hrs. | 195.00 | $136.50 |
| | | | | |
| 04/12/23 | Emails with V. Liu, M. Milana and Z. Shapiro re: RLF fee application | | | |
| Director | Amanda R. Steele | 0.30 hrs. | 995.00 | $298.50 |
| | | | | |
| 04/12/23 | Review e-mail from L. Morris re: RL&F February fee application (.1); E-mail to A. Steele and M. Milana re: same (.1); Review and update RL&F February fee application (.4); E-mail to A. Steele and H. Liu re: expense issues (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 375.00 | $262.50 |
| | | | | |
| 04/12/23 | Review RLF February fee application | | | |
| Associate | Huiqi Vicky Liu | 0.20 hrs. | 595.00 | $119.00 |
| | | | | |
| 04/12/23 | Prepare February 2023 monthly fee application | | | |
| Case Assistant | Lesley Morris | 3.90 hrs. | 195.00 | $760.50 |
| | | | | |
| 04/13/23 | Emails with L. Morris re: RLF fee application (.1); Review and comment on RLF fee application (.2) | | | |
| Director | Amanda R. Steele | 0.30 hrs. | 995.00 | $298.50 |
| | | | | |
| 04/13/23 | Review e-mail from L. Morris re: updated RL&F February fee application and corrected expense detail (.1); Further review and update of RL&F February fee application (.4); Prepare notice of application re: same (.2); E-mail to Z. Shapiro, A. Steele and H. Liu re: same (.1); Review e-mail from A. Steele re: fee application of same (.1); Assemble and e-mail to Z. Shapiro and A. Steele re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.30 hrs. | 375.00 | $487.50 |

Kabbage, Inc.                                                          June 7, 2023
Attn:  Holly Loiseau                                                   Invoice 691085
KServicing, Inc.                                                       Page 32
730 Peachtree Street NE, Suite 470
Atlanta GA  30308                                                     Client #  767622

                                                                      Matter # 225120

---

| | | | | |
|---|---|---|---|---|
| 04/13/23 | Review and comment on RLF February fee application | | | |
| Associate | Huiqi Vicky Liu | 2.10 hrs. | 595.00 | $1,249.50 |
| | | | | |
| 04/14/23 | E-mail to accounting re: re-run RL&F March 2023 bill memos | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 375.00 | $37.50 |
| | | | | |
| 04/19/23 | Review and comment to RL&F March 2023 fee application | | | |
| Paralegal | Barbara J. Witters | 0.80 hrs. | 375.00 | $300.00 |
| | | | | |
| 04/20/23 | Further review and update re: RL&F March 2023 fee application (.7); Telephone call to L. Morris re: outstanding RL&F meal charge for March (.2); Update meal log re: same (.1); E-mail to M. Milana and H. Liu re: RL&F March fee application with comments (.1) | | | |
| Paralegal | Barbara J. Witters | 1.10 hrs. | 375.00 | $412.50 |
| | | | | |
| 04/21/23 | Review and revise RLF March fee application (1.2); Correspondence with B. Witters and L. Morris re: fee application issues (.3) | | | |
| Associate | Matthew P. Milana | 1.50 hrs. | 675.00 | $1,012.50 |
| | | | | |
| 04/24/23 | Review e-mail from M. Milana re: comments to RL&F March bill memos (.1); E-mail to L. Morris re: edits to RL&F bill memos of same (.1); Review e-mail from L. Morris re: edits/comments to same (.1); E-mail to L. Morris re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |
| | | | | |
| 04/24/23 | Revise RLF's March 2023 monthly fee application | | | |
| Case Assistant | Lesley Morris | 0.50 hrs. | 195.00 | $97.50 |
| | | | | |
| 04/24/23 | Review RLF fee application | | | |
| Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |
| | | | | |
| 04/25/23 | Review RLF March fee application | | | |
| Associate | Huiqi Vicky Liu | 2.90 hrs. | 595.00 | $1,725.50 |

Total Fees for Professional Services                                  $8,144.00

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 33

Client #  767622

Matter # 225120

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | **$8,144.00** |
| BALANCE BROUGHT FORWARD | $11,831.17 |
| **TOTAL DUE FOR THIS MATTER** | **$19,975.17** |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 34

Client #  767622

Matter # 225120

For services through April 30, 2023
relating to  Fee Applications of Others

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/23 | | Review and revise February fee application | | | |
| Director | Zachary I. Shapiro | | 0.80 hrs. | 995.00 | $796.00 |
| 04/19/23 | | Prepare certificate of no objection re: AlixPartners fee application - February 2023 (.2); Prepare certificate of no objection re: Omni fee application - February 2023 (.2); Prepare certificate of no objection re: Weil Gotshal fee application - February 2023 (.2);  Prepare certificate of no objection re: Jones Day fee application - February 2023 (.2); Prepare certificate of no objection re: Greenberg Traurig fee application - February 2023 (.2); E-mail to A. Steele, M. Milana and H. Liu re: certificate of no objections of same (.1); Review e-mail from M. Milana certificate of no objections of same (.1); Assemble certificate of no objections re: same x5 (.5); E-mail to M. Milana and H. Liu re: same (.1); Finalize and file certificate of no objections re: same x5 (.5) | | | |
| Paralegal | Barbara J. Witters | | 2.30 hrs. | 375.00 | $862.50 |
| 04/19/23 | | Review CNO re: AlixPartner fee application | | | |
| Associate | Huiqi Vicky Liu | | 0.20 hrs. | 595.00 | $119.00 |
| 04/19/23 | | Review CNO re: Omni fee application | | | |
| Associate | Huiqi Vicky Liu | | 0.20 hrs. | 595.00 | $119.00 |
| 04/19/23 | | Review CNO re: Weil fee application | | | |
| Associate | Huiqi Vicky Liu | | 0.20 hrs. | 595.00 | $119.00 |
| 04/19/23 | | Review CNO re: Jones Day fee application | | | |
| Associate | Huiqi Vicky Liu | | 0.20 hrs. | 595.00 | $119.00 |
| 04/19/23 | | Review CNO re: Greenberg fee application | | | |
| Associate | Huiqi Vicky Liu | | 0.20 hrs. | 595.00 | $119.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085

Page 35

Client #  767622

Matter # 225120

---

| 04/19/23 | Correspondence with Weil re: fifth monthly fee application and objections, if any (.2); Correspondence with AlixPartners re: fifth monthly fee application and objections, if any (.2); Correspondence with Omni re: fifth monthly fee application and objections, if any (.2); Correspondence with Greenberg Traurig re: fifth monthly fee application and objections, if any (.2); Correspondence with Jones Day re: fifth monthly fee application and objections, if any (.2) | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 1.00 hrs. | 675.00 | $675.00 |
| | | | | |
| 04/26/23 | Draft, review and revise second ordinary course professional quarterly report and exhibit of payments (.8); Correspondence with Z. Shapiro re: ordinary course professional quarterly report (.4) | | | |
| Associate | Matthew P. Milana | 1.20 hrs. | 675.00 | $810.00 |
| | | | | |
| 04/26/23 | Review and revise OCP quarterly report (.4); Correspondence with A. Suarez re: same (.2) | | | |
| Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| | | | | |
| 04/28/23 | Review and prepare for filing second quarterly ordinary course professional statement | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |
| | | | | |
| 04/28/23 | Correspondence with C. Bentley re: OCP retention issues (.2); Finalize statement for filing (.2) | | | |
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |

Total Fees for Professional Services          $4,936.00

TOTAL DUE FOR THIS INVOICE          **$4,936.00**
BALANCE BROUGHT FORWARD          $19,915.08

**TOTAL DUE FOR THIS MATTER**          **$24,851.08**

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

June 7, 2023
Invoice 691085
Page 36

Client #  767622

### Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 10.20 | 995.00 | 10,149.00 |
| Barbara J. Witters | 20.20 | 375.00 | 7,575.00 |
| Daniel  J. DeFranceschi | 2.40 | 1,300.00 | 3,120.00 |
| Huiqi Vicky Liu | 13.40 | 595.00 | 7,973.00 |
| Lesley Morris | 5.10 | 195.00 | 994.50 |
| M. Lynzy McGee | 6.00 | 375.00 | 2,250.00 |
| Matthew P. Milana | 22.80 | 675.00 | 15,390.00 |
| Rebecca V. Speaker | 0.80 | 375.00 | 300.00 |
| Tesia S. Smith | 2.00 | 195.00 | 390.00 |
| Zachary I. Shapiro | 37.00 | 995.00 | 36,815.00 |
| TOTAL | 119.90 | $708.56 | 84,956.50 |

**TOTAL DUE FOR THIS INVOICE**                                    **$85,485.70**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

767622