**Exhibit B**



Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

Tax I.D. No.: 51-0226371

June 7, 2023
Invoice 691085

Page 1
Client #  767622
Matter # 225120

For disbursements incurred through April 30, 2023

relating to  Representation in a potential chapter 11 case

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $345.00 |
| Document Retrieval | $183.90 |
| Photocopying/Printing<br>0 @ $.10 pg/ 3 @ $.10 pg | $0.30 |
| Other Charges | $529.20 |
| **TOTAL DUE FOR THIS INVOICE** | **$529.20** |
| BALANCE BROUGHT FORWARD | $19,273.78 |
| **TOTAL DUE FOR THIS MATTER** | **$19,802.98** |

■ ■ ■

One Rodney Square  ■  920 North King Street  ■  Wilmington, DE 19801  ■  Phone: 302-651-7700  ■  Fax: 302-651-7701

www.rlf.com

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308  

June 7, 2023  
Invoice 691085  
Page 37  
Client #  767622  

Client: Kabbage, Inc.

Matter: Representation in a potential chapter 11 case  
Case Administration  
Creditor Inquiries  
Meeting  
Executory Contracts/Unexpired Leases  
Plan of Reorganization/Disclosure Statement  
Use, Sale of Assets  
Cash Collateral/DIP Financing  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Litigation/Adversary Proceedings  
Retention of Others  
RLF Fee Applications  
Fee Applications of Others  

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 03/13/23 | URBAN CAFE: Kabbage Mediation Lunch - #RLF031323 | | MEALSCL |
| | Amount = | $345.00 | |
| 04/03/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 04/05/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |
| 04/05/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.10 | |
| 04/05/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.10 | |
| 04/05/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.10 | |
| 04/05/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.20 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308  

June 7, 2023  
Invoice 691085  
Page 38  
Client #  767622  

| Date | Description | | Code |
|---|---|---|---|
| 04/05/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.50 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.20 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.40 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.50 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.30 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.30 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.20 | DOCRETRI |
| 04/05/23 | PACER | Amount = $0.20 | DOCRETRI |
| 04/06/23 | PACER | Amount = $0.30 | DOCRETRI |
| 04/06/23 | PACER | Amount = $2.90 | DOCRETRI |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

June 7, 2023  
Invoice 691085  
Page 39  

Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 04/06/23 | PACER | | DOCRETRI EV |
| | Amount = $0.10 | | |
| 04/06/23 | PACER | | DOCRETRI EV |
| | Amount = $2.90 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $2.80 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $2.80 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $1.20 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $2.80 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $0.10 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $0.30 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $2.80 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $3.00 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $0.20 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $0.30 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $2.80 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $2.90 | | |
| 04/10/23 | PACER | | DOCRETRI EV |
| | Amount = $0.20 | | |
| 04/11/23 | PACER | | DOCRETRI EV |
| | Amount = $0.30 | | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

June 7, 2023  
Invoice 691085  
Page 40

Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 04/11/23 | PACER | Amount = $0.40 | DOCRETRI |
| 04/11/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/11/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/11/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/11/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/11/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/11/23 | PACER | Amount = $0.50 | DOCRETRI |
| 04/11/23 | PACER | Amount = $3.00 | DOCRETRI |
| 04/11/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/12/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/13/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/13/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/13/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/13/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/13/23 | PACER | Amount = $3.00 | DOCRETRI |
| 04/14/23 | PACER | Amount = $2.90 | DOCRETRI |
| 04/17/23 | PACER | Amount = $2.70 | DOCRETRI |

Kabbage, Inc.  June 7, 2023
Attn: Holly Loiseau  Invoice 691085
KServicing, Inc.  Page 41
730 Peachtree Street NE, Suite 470
Atlanta GA  30308  Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 04/17/23 | PACER | | DOCRETRI EV |
| | Amount = $0.10 | | |
| 04/17/23 | PACER | | DOCRETRI EV |
| | Amount = $0.30 | | |
| 04/17/23 | PACER | | DOCRETRI EV |
| | Amount = $0.20 | | |
| 04/17/23 | PACER | | DOCRETRI EV |
| | Amount = $0.30 | | |
| 04/17/23 | PACER | | DOCRETRI EV |
| | Amount = $0.20 | | |
| 04/17/23 | PACER | | DOCRETRI EV |
| | Amount = $0.50 | | |
| 04/17/23 | PACER | | DOCRETRI EV |
| | Amount = $2.70 | | |
| 04/17/23 | PACER | | DOCRETRI EV |
| | Amount = $2.70 | | |
| 04/17/23 | PACER | | DOCRETRI EV |
| | Amount = $0.70 | | |
| 04/18/23 | PACER | | DOCRETRI EV |
| | Amount = $2.60 | | |
| 04/18/23 | PACER | | DOCRETRI EV |
| | Amount = $0.10 | | |
| 04/18/23 | PACER | | DOCRETRI EV |
| | Amount = $2.60 | | |
| 04/18/23 | PACER | | DOCRETRI EV |
| | Amount = $2.60 | | |
| 04/19/23 | PACER | | DOCRETRI EV |
| | Amount = $1.70 | | |
| 04/19/23 | PACER | | DOCRETRI EV |
| | Amount = $2.70 | | |
| 04/19/23 | PACER | | DOCRETRI EV |
| | Amount = $1.30 | | |
| 04/19/23 | PACER | | DOCRETRI EV |
| | Amount = $0.10 | | |

| | | |
|---|---|---|
| Kabbage, Inc. | | June 7, 2023 |
| Attn: Holly Loiseau | | Invoice 691085 |
| KServicing, Inc. | | Page 42 |
| 730 Peachtree Street NE, Suite 470 | | |
| Atlanta GA  30308 | | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 04/19/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 04/19/23 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 04/19/23 | PACER | | DOCRETRI |
| | Amount = $0.90 | | |
| 04/19/23 | PACER | | DOCRETRI |
| | Amount = $1.40 | | |
| 04/19/23 | PACER | | DOCRETRI |
| | Amount = $1.20 | | |
| 04/20/23 | PACER | | DOCRETRI |
| | Amount = $2.70 | | |
| 04/21/23 | PACER | | DOCRETRI |
| | Amount = $2.70 | | |
| 04/21/23 | PACER | | DOCRETRI |
| | Amount = $2.70 | | |
| 04/21/23 | PACER | | DOCRETRI |
| | Amount = $2.70 | | |
| 04/21/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 04/21/23 | PACER | | DOCRETRI |
| | Amount = $2.80 | | |
| 04/21/23 | PACER | | DOCRETRI |
| | Amount = $2.80 | | |
| 04/21/23 | PACER | | DOCRETRI |
| | Amount = $1.50 | | |
| 04/24/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 04/24/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 04/24/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 04/24/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |

Kabbage, Inc.  June 7, 2023
Attn: Holly Loiseau  Invoice 691085
KServicing, Inc.  Page 43
730 Peachtree Street NE, Suite 470
Atlanta GA  30308  Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 04/24/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/24/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/24/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/24/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/24/23 | PACER | Amount = $0.40 | DOCRETRI |
| 04/24/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/24/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/24/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/24/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/24/23 | PACER | Amount = $0.20 | DOCRETRI |
| 04/24/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/24/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/24/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/25/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/25/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/25/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/25/23 | PACER | Amount = $2.60 | DOCRETRI |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA 30308 | | June 7, 2023<br>Invoice 691085<br>Page 44<br>Client # 767622 |

| Date | Description | | Code |
|---|---|---|---|
| 04/25/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 04/25/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 04/25/23 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 04/25/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 04/25/23 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 04/25/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 04/26/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 04/26/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 04/26/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 04/26/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 04/26/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 04/26/23 | Printing | | DUP |
| | Amount = $0.30 | | |
| 04/27/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 04/27/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 04/27/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 04/27/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 04/27/23 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | June 7, 2023<br>Invoice 691085<br>Page 45<br>Client #  767622 |

| Date | Description | Amount | |
|---|---|---|---|
| 04/27/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/27/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/27/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/28/23 | PACER | Amount = $0.10 | DOCRETRI |
| 04/28/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/28/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/28/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/28/23 | PACER | Amount = $2.60 | DOCRETRI |
| 04/28/23 | PACER | Amount = $0.10 | DOCRETRI |

TOTALS FOR   767622          Kabbage, Inc.

Expenses     $529.20