**Exhibit B**

KServicing, Inc. - Chapter 11
55894.0004
2023006049

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/18/23 | Friedman, Jonathan R. <br> COMPUTERIZED RESEARCH <br> PAYEE: RESTRUCTURING CONCEPTS LLC (52222-01); INVOICE#: 127972; DATE: 4/14/2023 - COMPUTERIZED LEGAL RESEARCH DATABASE USAGE - CHAPTER 11 DOCKETS (RESTRUCTURING CONCEPTS LLC) USAGE REPORT MARCH 2023. | H060 | 41436284 | 40.00 |
| **SUBTOTAL DISB TYPE H060:** | | | | **$40.00** |
| 04/05/23 | Bonk, Cameron Mae <br> TRAVEL <br> INVOICE#: CREX5823771204051307; DATE: 4/5/2023 - RAIL, TICKET :0050748116865, JAN 05, 2023 - TICKET WAS PURCHASED FOR T. TSEKERIDES - FROM/TO: WILMINGTON, DE/NY PENN | H160 | 41418723 | 168.00 |
| 04/06/23 | Friedman, Jonathan R. <br> TRAVEL <br> INVOICE#: CREX5825527004061300; DATE: 4/6/2023 - RAIL, TICKET:0690662106234, MAR 12, 2023 | H160 | 41421130 | 148.00 |
| 04/06/23 | Friedman, Jonathan R. <br> TRAVEL <br> INVOICE#: CREX5825527004061300; DATE: 4/6/2023 RAIL, TICKET:0720920134650, MAR 13, 2023 - FROM/TO: WILMINGTON DE/NY | H160 | 41421129 | 216.00 |
| 04/06/23 | Friedman, Jonathan R. <br> TRAVEL <br> INVOICE#: CREX5825527004061300; DATE: 4/6/2023 - HOTEL ROOM AND TAX, MAR 13, 2023, CHECK IN 03/12/2023, CHECK OUT 03/13/2023 (1 NIGHT) | H160 | 41421128 | 328.90 |
| 04/12/23 | Suarez, Ashley <br> TRAVEL <br> INVOICE#: CREX5837340204121303; DATE: 4/12/2023 - RAIL, TICKET:0010113108, MAR 08, 2023 - FROM/TO: WILMINGTON DE/NY | H160 | 41430388 | 132.00 |

Weil, Gotshal & Manges LLP

KServicing, Inc. - Chapter 11
55894.0004
2023006049

**ITEMIZED DISBURSEMENTS**

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/12/23 | Suarez, Ashley<br>TRAVEL<br>INVOICE#: CREX5837340204121303; DATE: 4/12/2023 - AGENCY FEES, TICKET:8900846507602, MAR 08, 2023 | H160 | 41430389 | 40.00 |
| 04/12/23 | Suarez, Ashley<br>TRAVEL<br>INVOICE#: CREX5837340204121303; DATE: 4/12/2023 - AGENCY FEES, TICKET:8900846726327, MAR 13, 2023 - CHANGE IN TIME (REVISED TICKET) - ADDITIONAL AGENCY FEE | H160 | 41430391 | 40.00 |
| 04/12/23 | Suarez, Ashley<br>TRAVEL<br>INVOICE#: CREX5837340204121303; DATE: 4/12/2023 -AGENCY FEES, TICKET:8900846633770, MAR 13, 2023 - CHANGE IN TIME (REVISED TICKET) - ADDITIONAL AGENCY FEE | H160 | 41430393 | 40.00 |
| 04/12/23 | Suarez, Ashley<br>TRAVEL<br> INVOICE#: CREX5837340204121303; DATE: 4/12/2023 - AGENCY FEES, TICKET:0846507600, MAR 08, 2023 -ORIGINAL DEPARTURE TICKET TO WILMINGTON DE | H160 | 41430390 | 40.00 |
| 04/12/23 | Suarez, Ashley<br>TRAVEL<br>INVOICE#: CREX5837340204121303; DATE: 4/12/2023 - RAIL, TICKET:0010109254, MAR 08, 2023 -ORIGINAL DEPARTURE TICKET TO WILMINGTON DE - FROM/TO: NY/WILMINGTON DE | H160 | 41430392 | 132.00 |
| 04/12/23 | Suarez, Ashley<br>TRAVEL<br> INVOICE#: CREX5837340204121303; DATE: 4/12/2023 -RAIL, TICKET:0933019815, MAR 13, 2023 - CHANGE IN TIME (REVISED TICKET) - FROM/TO: WILMINGTON DE/NY | H160 | 41430394 | 62.00 |

**SUBTOTAL DISB TYPE H160:** **$1,346.90**

KServicing, Inc. - Chapter 11
55894.0004
2023006049

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/04/23 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5819709904041309; DATE: 4/4/2023 - LOCAL TAXI, MAR 30, 2023 - TAXI | H163 | 41418526 | 33.95 |
| 04/11/23 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: CREX5834044404111311; DATE: 4/11/2023LOCAL TAXI, APR 06, 2023 - TAXI HOME . | H163 | 41429009 | 28.80 |
| 04/27/23 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: 100093; DATE: 4/1/2023 - TAXI CHARGES FOR 2023-04-01 INVOICE #100093 STATEMENT# A1DCCA9394 NATASHA HWANGPO E779 RIDE DATE: 2023-03-06 FROM: 767 FIFTH AVE, NEW YORK CITY, NY TO: NEW YORK, NY RIDE TIME: 20:40 | H163 | 41445183 | 41.97 |
| 04/27/23 | Hwangpo, Natasha<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: 100093; DATE: 4/1/2023 - TAXI CHARGES FOR 2023-04-01 INVOICE #100093 STATEMENT# A1DCCA9416 NATASHA HWANGPO E779 RIDE DATE: 2023-03-11 FROM: NEW YORK, NY TO: 8TH AVE. / 34TH ST., NEW YORK, NY RIDE TIME: 17:12 | H163 | 41445271 | 33.48 |
| 04/27/23 | Bentley, Chase A.<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: 100093; DATE: 4/1/2023 - TAXI CHARGES FOR 2023-04-01 INVOICE #100093 STATEMENT# A1DCCA9385 CHASE A BENTLEY G067 RIDE DATE: 2023-03-02 FROM: 767 FIFTH AVE, NEW YORK CITY, NY TO: NEW CANAAN, CT RIDE TIME: 23:20 | H163 | 41445221 | 208.90 |
| 04/27/23 | Bentley, Chase A.<br>TRANSPORTATION - LEGAL/OVERTIME<br> INVOICE#: 100093; DATE: 4/1/2023 - TAXI CHARGES FOR 2023-04-01 INVOICE #100093 STATEMENT# A1DCCA9375 CHASE A BENTLEY G067 RIDE DATE: 2023-02-28 FROM: 23 E 39TH ST, NEW YORK, NY TO: DARIEN, CT RIDE TIME: 21:53 | H163 | 41445273 | 186.18 |

KServicing, Inc. - Chapter 11
55894.0004
2023006049

### ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/27/23 | Bentley, Chase A.<br>TRANSPORTATION - LEGAL/OVERTIME<br>INVOICE#: 100093; DATE: 4/1/2023 - TAXI CHARGES FOR 2023-04-01 INVOICE #100093 STATEMENT# A1DCCA9397 CHASE A BENTLEY G067 RIDE DATE: 2023-03-07 FROM: 767 FIFTH AVE, NEW YORK CITY, NY TO: 22 PINE ST, NEW CANAAN, CT RIDE TIME: 00:27 | H163 | 41445135 | 202.76 |
| | **SUBTOTAL DISB TYPE H163:** | | | **$736.04** |
| 03/07/23 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCMILLAN,JILLIAN 03/07/2023 TRANSACTIONS: 4 | S061 | 41424401 | 76.15 |
| 03/11/23 | McMillan, Jillian A.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - MCMILLAN,JILLIAN 03/11/2023 TRANSACTIONS: 12 | S061 | 41424101 | 186.55 |
| 04/07/23 | Friedman, Jonathan R.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - FRIEDMAN,JONATHAN 03/16/2023 TRANSACTIONS: 4 | S061 | 41426536 | 6.10 |
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/17/2023 TRANSACTIONS: 13 | S061 | 41426557 | 168.84 |
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/04/2023 TRANSACTIONS: 25 | S061 | 41425820 | 203.08 |
| 04/07/23 | Suarez, Ashley<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SUAREZ,ASHLEY 03/06/2023 TRANSACTIONS: 13 | S061 | 41426654 | 25.38 |

KServicing, Inc. - Chapter 11
55894.0004
2023006049

### ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/08/2023 TRANSACTIONS: 6 | S061 | 41425763 | 25.38 |
| 04/07/23 | Bonk, Cameron Mae<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - COOK,CAMERON 03/12/2023 TRANSACTIONS: 6 | S061 | 41426509 | 76.15 |
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/07/2023 TRANSACTIONS: 41 | S061 | 41426492 | 439.80 |
| 04/07/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - OLLESTAD,JORDAN 03/14/2023 TRANSACTIONS: 4 | S061 | 41426069 | 84.42 |
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/12/2023 TRANSACTIONS: 41 | S061 | 41424833 | 101.54 |
| 04/07/23 | Suarez, Ashley<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SUAREZ,ASHLEY 03/07/2023 TRANSACTIONS: 11 | S061 | 41425184 | 25.38 |
| 04/07/23 | Suarez, Ashley<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SUAREZ,ASHLEY 03/01/2023 TRANSACTIONS: 22 | S061 | 41424824 | 177.69 |
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/05/2023 TRANSACTIONS: 23 | S061 | 41424773 | 203.08 |

KServicing, Inc. - Chapter 11
55894.0004
2023006049

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/11/2023 TRANSACTIONS: 12 | S061 | 41424669 | 101.54 |
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/01/2023 TRANSACTIONS: 58 | S061 | 41425309 | 76.15 |
| 04/07/23 | Friedman, Jonathan R.<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - FRIEDMAN,JONATHAN 03/12/2023 TRANSACTIONS: 4 | S061 | 41425355 | 7.67 |
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/02/2023 TRANSACTIONS: 10 | S061 | 41424232 | 126.92 |
| 04/07/23 | Suarez, Ashley<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - SUAREZ,ASHLEY 03/04/2023 TRANSACTIONS: 4 | S061 | 41424313 | 25.38 |
| 04/07/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - JONES,TAYLOR 03/06/2023 TRANSACTIONS: 37 | S061 | 41424079 | 355.39 |
| 04/07/23 | Hwangpo, Natasha<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - HWANGPO,NATASHA 03/13/2023 TRANSACTIONS: 9 | S061 | 41424837 | 137.75 |
| 04/19/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>NY LEXIS - JONES, TAYLOR 03/05/2023 ACCOUNT 424YN6CXS | S061 | 41439852 | 52.58 |

KServicing, Inc. - Chapter 11
55894.0004
2023006049

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/19/23 | Pugh, Daniela M.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PUGH, DANIELA 03/13/2023 ACCOUNT 424YN6CXS | S061 | 41440061 | 52.58 |
| 04/19/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 03/07/2023 ACCOUNT 424YN6CXS | S061 | 41440009 | 473.20 |
| 04/19/23 | Jenkins, Jazzmine<br>COMPUTERIZED RESEARCH<br>NY LEXIS - JENKINS, JAZZMINE 03/08/2023 ACCOUNT 424YN6CXS | S061 | 41440057 | 157.73 |
| 04/19/23 | Pugh, Daniela M.<br>COMPUTERIZED RESEARCH<br>NY LEXIS - PUGH, DANIELA 03/13/2023 ACCOUNT 424YN6CXS | S061 | 41440451 | 7.98 |
| 04/19/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 03/06/2023 ACCOUNT 424YN6CXS | S061 | 41440199 | 105.15 |
| 04/21/23 | Hwangpo, Natasha<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2023 | S061 | 41447084 | 0.50 |
| 04/21/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2023 | S061 | 41447126 | 18.90 |
| 04/21/23 | Cazes, Catherine<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2023 | S061 | 41447349 | 15.80 |

KServicing, Inc. - Chapter 11
55894.0004
2023006049

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/21/23 | Jones, Taylor<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2023 | S061 | 41447377 | 53.30 |
| 04/21/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2023 | S061 | 41447534 | 5.00 |
| 04/21/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2023 | S061 | 41447306 | 22.90 |
| 04/21/23 | Gilchrist, Roy W.<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2023 | S061 | 41447206 | 0.70 |
| 04/21/23 | Chan, Herbert<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2023 | S061 | 41447221 | 10.00 |
| 04/21/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - MARCH 2023 | S061 | 41447245 | 9.00 |
| **SUBTOTAL DISB TYPE S061:** | | | | **$3,615.66** |
| 04/05/23 | WGM, Firm<br>DUPLICATING<br>40 PRINT(S) MADE IN NEW YORK BETWEEN 04/03/2023 TO 04/03/2023 | S117 | 41428047 | 4.00 |

Weil, Gotshal & Manges LLP

KServicing, Inc. - Chapter 11
55894.0004
2023006049

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 04/12/23 | WGM, Firm<br>DUPLICATING<br>115 PRINT(S) MADE IN NEW YORK BETWEEN 04/06/2023 TO 04/10/2023 | S117 | 41449053 | 11.50 |
| 04/19/23 | WGM, Firm<br>DUPLICATING<br>214 PRINT(S) MADE IN NEW YORK BETWEEN 04/13/2023 TO 04/17/2023 | S117 | 41449271 | 21.40 |
| 04/26/23 | WGM, Firm<br>DUPLICATING<br>70 PRINT(S) MADE IN NEW YORK BETWEEN 04/25/2023 TO 04/25/2023 | S117 | 41449374 | 7.00 |
| **SUBTOTAL DISB TYPE S117:** | | | | **$43.90** |
| **TOTAL DISBURSEMENTS** | | | | **$5,782.50** |