# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Kabbage, Inc. d/b/a KServicing, *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Kristin Corbett, Esquire of Cleary Gottlieb Steen & Hamilton LLP hereby withdraws her appearance in these chapter 11 cases (collectively, the "**Chapter 11 Cases**") as counsel to Federal Reserve Bank of San Francisco (the "**Federal Reserve**") and requests that she be removed as counsel for Federal Reserve from all mailing and electronic case filing notice lists.

**PLEASE TAKE FURTHER NOTICE** that the appearance of Cleary Gottlieb Steen & Hamilton, through Lisa M. Schweitzer, Esquire and Richard C. Minott, Esquire, and Young Conaway Stargatt & Taylor, LLP, through Pauline K. Morgan, Esquire, Sean T. Greecher, Esquire and Ryan M. Bartley, Esquire will continue as counsel in these Chapter 11 Cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

30461487.1

| | |
|---|---|
| Dated: June 15, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ryan M. Bartley*<br>Pauline K. Morgan (No. 3650)<br>Sean T. Greecher (No. 4484)<br>Ryan M. Bartley (No. 4985)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: pmorgan@ycst.com<br>      sgreecher@ycst.com<br>      rbartley@ycst.com<br><br>-and-<br><br>Lisa M. Schweitzer, Esq.<br>Richard C. Minott, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br>Email: lschweitzer@cgsh.com (admitted *pro hac vice*)<br>      rminott@cgsh.com (admitted *pro hac vice*)<br><br>*Counsel to the Federal Reserve Bank of San Francisco* |