**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

--------------------------------------------------------- x
: Chapter 11
In re :
: Case No. 22-10951 (CTG)
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*, :
: (Jointly Administered)
:
Debtors.[1] : Re: Docket Nos. 561, 611, 627, 630 & 680
:
--------------------------------------------------------- x

**NOTICE OF FILING OF FOURTH SUPPLEMENT**
**TO THE AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION**
**OF KABBAGE, INC. (d/b/a KSERVICING) AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that on October 3, 2022, Kabbage, Inc. (d/b/a KServicing) and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), commenced cases under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on March 15, 2023, the Court entered an order [Docket No. 680] (the "**Confirmation Order**")[2] confirming the Amended Plan [Docket No. 627].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Confirmation Order or the Plan (as defined in the Confirmation Order), as applicable.

RLF1 29185280V.1

**PLEASE TAKE FURTHER NOTICE** that the Plan contemplates the submission of the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the Debtors previously filed three Plan Supplements. *See* Docket Nos. 561, 611 & 630. The second Plan Supplement (the **"Second Plan Supplement"**) contained a revised Assumption Schedule. The Debtors have the right to amend the Plan Supplement, including any document contained therein, through the Effective Date of the Plan. *See* Plan § 1.83.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have further revised the Assumption Schedule (the "**Revised Assumption Schedule**") to include additional contracts with the consent of the non-Debtor counterparty thereto. The Revised Assumption Schedule replaces and supersedes all prior versions of the Assumption Schedule. A redline comparison of the Revised Assumption Schedule marked against the Assumption Schedule filed with the Second Plan Supplement is attached hereto as **Exhibit A-1**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to further amend, revise, or supplement the Plan Supplement, and any of the documents contained therein.

**PLEASE TAKE FURTHER NOTICE** that the documents related to the Plan, including the Plan Supplement and the documents therein, may be viewed free of charge by visiting the website maintained by the Debtors' claims, noticing and solicitation agent, Omni Agent Solutions, Inc. ("**Omni**"), at http://www.omniagentsolutions.com/kservicing. Additionally, copies of the Plan Supplement and the documents therein may be obtained by contacting Omni (i) in writing at Kabbage, Inc. d/b/a KServicing, *et al.*, c/o Omni Agent Solutions, Solicitation Team, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, (ii) by email at

kservicinginquiries@omniagnt.com, or (iii) by telephone at 866-956-2138 (U.S. & Canada toll free) or 747-226-5953 (international). You may also obtain copies of any pleadings filed in these chapter 11 cases, including the Plan Supplement, for a fee via PACER at http://www.deb.uscourts.gov.

Dated: June 15, 2023
      Wilmington, Delaware

                                      /s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi (No. 2732)
Amanda R. Steele (No. 5530)
Zachary I. Shapiro (No. 5103)
Matthew P. Milana (No. 6681)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Chase A. Bentley (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
E-mail:    ray.schrock@weil.com
        candace.arthur@weil.com
        chase.bentley@weil.com

*Attorneys for Debtors and Debtors in Possession*