UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                       :     Chapter 11
                                            :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,   :     Case No. 22-10951 (CTG)
                                            :
                                            :
Debtors.[1]                                 :     (Jointly Administered)
------------------------------------------------------------ x

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR JUNE 22, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.**

I.   **INTERIM FEE APPLICATIONS**:

1.   Second Interim Fee Applications (*See* Exhibit A)

     Objections/Responses Received:     None

     Related Documents:

     i.   Certification of Counsel Regarding Second Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 864 – filed June 15, 2023]

     Status: On June 15, 2023, the Debtors filed a proposed omnibus order approving the Interim Fee Applications listed on Exhibit A hereto under certification of counsel. Accordingly, a hearing with respect to the Interim Fee Applications is only necessary to the extent the Court has any questions.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Dated: June 20, 2023
      Wilmington, Delaware

/s/ *Matthew P. Milana*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
Huiqi Liu, Esq. (No. 6850)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
      steele@rlf.com
      shapiro@rlf.com
      milana@rlf.com
      liu@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
      candace.arthur@weil.com
      chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                            :     Chapter 11
                                                 :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,        :     Case No. 22-10951 (CTG)
                                                 :
                                                 :
Debtors.[1]                                      :     (Jointly Administered)
------------------------------------------------------------ x

## INDEX OF INTERIM FEE APPLICATIONS
## TO BE CONSIDERED AT THE JUNE 22, 2023 HEARING

1. Second Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through March 31, 2023 [Docket No. 820; filed May 15, 2023]

   Response/Objection Deadline:           June 5, 2023 at 4:00 p.m. (ET)

   Related Documents:

   A.  Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through January 31, 2023 [Docket No. 601; filed March 3, 2023]

   B.  Certificate of No Objection Regarding the Fourth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2023 through January 31, 2023 (No Order Required) [Docket No. 725; filed March 24, 2023]

   C.  Fifth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through February 28, 2023 [Docket No. 736; filed March 29, 2023]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

D. Certificate of No Objection Regarding the Fifth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2023 through February 28, 2023 (No Order Required) [Docket No. 772; filed April 19, 2023]

E. Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through March 31, 2023 [Docket No. 809; filed May 8, 2023]

F. Certificate of No Objection Regarding the Sixth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2023 through March 31, 2023 (No Order Required) [Docket No. 849; filed June 1, 2023]

2. Second Interim Application of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period January 1, 2023 through March 31, 2023 [Docket No. 821; filed May 15, 2023]

Response/Objection Deadline:    June 5, 2023 at 4:00 p.m. (ET)

Related Documents:

A. Fourth Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period January 1, 2023 through January 31, 2023 [Docket No. 602; filed March 3, 2023]

B. Certificate of No Objection Regarding the Fourth Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period January 1, 2023 through January 31, 2023 (No Order Required) [Docket No. 726; filed March 24, 2023]

C. Fifth Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period February 1, 2023 through February 28, 2023 [Docket No. 737; filed March 29, 2023]

D. Certificate of No Objection Regarding the Fifth Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for Period February 1, 2023 through February 28, 2023 (No Order Required) [Docket No. 773; filed April 19, 2023]

E. Sixth Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023 [Docket No. 807; filed May 8, 2023]

F. Certificate of No Objection Regarding the Sixth Monthly Fee Statement of Omni Agent Solutions for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023 (No Order Required) [Docket No. 846; filed May 31, 2023]

3. Second Interim Fee Application of Greenberg Traurig, LLP, Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 1, 2023 through March 31, 2023 [Docket No. 822; filed May 15, 2023]

Response/Objection Deadline:   June 5, 2023 at 4:00 p.m. (ET)

Related Documents:

A. Fourth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 [Docket No. 603; filed March 3, 2023]

B. Certificate of No Objection Regarding the Fourth Monthly Application of Greenberg Traurig, LLP as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 (No Order Required) [Docket No. 727; filed March 24, 2023]

C. Fifth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 [Docket No. 741; filed March 29, 2023]

D. Certificate of No Objection Regarding the Fifth Monthly Application of Greenberg Traurig, LLP as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 (No Order Required) [Docket No. 776; filed April 19, 2023]

E. Sixth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023 [Docket No. 810; filed May 8, 2023]

F. Certificate of No Objection Regarding the Sixth Monthly Application of Greenberg Traurig, LLP as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and

        Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023 (No Order Required) [Docket No. 848; filed May 31, 2023]

4. Second Interim Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors for the Period from January 1, 2023 through March 31, 2023 [Docket No. 823; filed May 15, 2023]

    Response/Objection Deadline:        June 5, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A.    Fourth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from January 1, 2023 through January 31, 2023 [Docket No. 604; filed March 3, 2023]

    B.    Certificate of No Objection Regarding the Fourth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Period from January 1, 2023 through January 31, 2023 (No Order Required) [Docket No. 728; filed March 24, 2023]

    C.    Fifth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from February 1, 2023 through February 28, 2023 [Docket No. 740; filed March 29, 2023]

    D.    Certificate of No Objection Regarding the Fifth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Period from February 1, 2023 through February 28, 2023 (No Order Required) [Docket No. 775; filed April 19, 2023]

    E.    Sixth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 1, 2023 through March 31, 2023 [Docket No. 808; filed May 8, 2023]

    F.    Certificate of No Objection Regarding the Sixth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Period from March 1, 2023 through March 31, 2023 (No Order Required) [Docket No. 847; filed May 31, 2023]

5. Notice of Second Interim Fee Application Request of Richards, Layton & Finger, P.A. (January 1, 2023 through March 31, 2023) [Docket No. 824; filed May 15, 2023]

    Response/Objection Deadline:    June 5, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A. Fourth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from January 1, 2023 through January 31, 2023 [Docket No. 621; filed March 8, 2023]

    B. Certificate of No Objection Regarding the Fourth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from January 1, 2023 through January 31, 2023 (No Order Required) [Docket No. 739; filed March 29, 2023]

    C. Fifth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from February 1, 2023 through February 28, 2023 [Docket No. 767; filed April 13, 2023]

    D. Certificate of No Objection Regarding the Fifth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from February 1, 2023 through February 28, 2023 (No Order Required) [Docket No. 805; filed May 4, 2023]

    E. Sixth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from March 1, 2023 through March 31, 2023 [Docket No. 819; filed May 15, 2023]

    F. Certificate of No Objection Regarding the Sixth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from March 1, 2023 through March 31, 2023 (No Order Required) [Docket No. 851; filed June 6, 2023]

6. Second Interim Application of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period January 1, 2023 through March 31, 2023 [Docket No. 828; filed May 16, 2023]

    Response/Objection Deadline:    June 5, 2023 at 4:00 p.m. (ET)

Related Documents:

A. Fourth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period January 1, 2023 through January 31, 2023 [Docket No. 600; filed March 3, 2023]

B. Certificate of No Objection Regarding the Fourth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period January 1, 2023 through January 31, 2023 (No Order Required) [Docket No. 724; filed March 24, 2023]

C. Fifth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period February 1, 2023 through February 28, 2023 [Docket No. 738; filed March 29, 2023]

D. Certificate of No Objection Regarding the Fifth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period February 1, 2023 through February 28, 2023 (No Order Required) [Docket No. 774; filed April 19, 2023]

E. Sixth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period March 1, 2023 through March 31, 2023 [Docket No. 813; filed May 10, 2023]

F. Certificate of No Objection Regarding the Sixth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period March 1, 2023 through March 31, 2023 (No Order Required) [Docket No. 850; filed June 1, 2023]