**Exhibit A**
**In re: Kabbage, Inc. d/b/a KServicing, *et al.***
**Case No. 22-10951 (CTG)**
**Second Interim Fee Period**

| Name of Professional / Docket No. of Application | Firm's Role in Case | Compensation Period (Interim Period) | Fees Requested (Interim Period) | Expenses Requested (Interim Period) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| **AlixPartners, LLP/ Docket No. 820** | Financial Advisor to the Debtors | 1/1/23 – 3/31/23 | $1,558,099.50 | $11,502.16 | $1,558,099.50 | $11,502.16 |
| **Omni Agent Solutions, Inc./ Docket No. 821** | Administrative Agent for the Debtors | 1/1/23 – 3/31/23 | $41,256.60 | $0.00 | $41,256.60 | $0.00 |
| **Greenberg Traurig, LLP/ Docket No. 822** | Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing | 1/1/23 – 3/31/23 | $201,666.00 | $0.00 | $201,666.00 | $0.00 |
| **Jones Day/ Docket No. 823** | Special Counsel to the Debtors | 1/1/23 – 3/31/23 | $69,057.50 | $50,710.74 | $69,057.50 | $50,710.74 |
| **Richards, Layton & Finger, P.A./ Docket No. 824** | Co-Counsel to the Debtors | 1/1/23 – 3/31/23 | $1,019,028.50 | $33,508.93 | $1,019,028.50 | $33,508.93 |

| Name of Professional / Docket No. of Application | Firm's Role in Case | Compensation Period (Interim Period) | Fees Requested (Interim Period) | Expenses Requested (Interim Period) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|
| **Weil, Gotshal & Manges LLP/ Docket No. 828** | Counsel to the Debtors | 1/1/23 – 3/31/23 | $5,610,622.25 | $44,388.50 | $5,610,622.25 | $44,388.50 |