IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | Case No. 22-10951 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the post-confirmation Debtors, operating as the Wind Down Estates under terms of the *Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and Its Affiliated Debtors*, dated March 9, 2023 [Docket No. 627] (as amended, modified, or supplemented in accordance with its terms), hereby appear by and through their undersigned counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

16207283/1

| | |
|---|---|
| **MORRIS JAMES LLP** | **PERKINS COIE LLP** |
| Eric J. Monzo, Esquire | Bradley A. Cosman, Esquire |
| Brya M. Keilson, Esquire | Kathleen Allare, Esquire |
| Tara C. Pakrouh, Esquire | 2901 North Central Avenue, Suite 2000 |
| 500 Delaware Avenue, Suite 1500 | Phoenix, AZ 85012-2788 |
| Wilmington, DE 19801 | Telephone: (602) 351-8000 |
| Telephone: (302) 888-6800 | Facsimile: (602) 648-7000 |
| Facsimile: (302) 571-1750 | E-mail: BCosman@perkinscoie.com |
| E-mail: emonzo@morrisjames.com | E-mail: KAllare@perkinscoie.com |
| E-mail: bkeilson@morrisjames.com | |
| E-mail: tpakrouh@morrisjames.com | and |
| | |
| | John D. Penn, Esquire |
| | 500 North Akard Street, Suite 3300 |
| | Dallas, TX 75201-3347 |
| | Telephone: (214) 965-7700 |
| | Facsimile: (214) 965-7799 |
| | E-mail: JPenn@perkinscoie.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

Dated: July 10, 2023                              **MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Tara C. Pakrouh (DE Bar No. 6192)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: tpakrouh@morrisjames.com

and

**PERKINS COIE LLP**
Bradley A. Cosman, Esq. (*pro hac vice* forthcoming)
Kathleen Allare, Esq. (*pro hac vice* forthcoming)
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
E-mail: BCosman@perkinscoie.com
E-mail: KAllare@perkinscoie.com

and

John D. Penn, Esq. (*pro hac vice* forthcoming)
500 North Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
E-mail: JPenn@perkinscoie.com

*Counsel to the Post-Confirmation Debtors, operating as the Wind Down Estates*