# Exhibit A

## Detailed Description of Services

**GT GreenbergTraurig**

|  |  |
|---|---|
| Invoice No. : | 1000335115 |
| File No. : | 210757.010100 |
| Bill Date : | June 7, 2023 |

Kabbage, Inc.
925B Peachtree Street, NE
Suite 383
FULTON-GA
Tax ID / EIN: 36-4973937
Atlanta, GA  30309

# INVOICE

Re:   Representing Board of Directors

<u>Legal Services through May 31, 2023</u>:

| | | |
|---:|---:|---:|
| Employment and Fee Applications: | $ | 8,304.00 |
| Board Governance: | $ | 10,071.50 |
| Total Fees: | $ | 18,375.50 |
| **Current Invoice**: | **$** | **18,375.50** |
| Previous Balance (see attached statement): | $ | 40,333.20 |
| **Total Amount Due:** | **$** | **58,708.70** |

DVK:SC
Tax ID: 13-3613083

**GT GreenbergTraurig**

Invoice No. : 1000335115  
File No.   : 210757.010100

Note: Payment is Due 30 Days from Date of Invoice

> **FOR YOUR CONVENIENCE,**
> **PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT**
> **FOR FEES & COSTS ARE AS FOLLOWS:**

**For Wire Instructions:**
Bank:   WELLS FARGO BANK
ABA #:  121000248

**For ACH Instructions:**
Bank:   WELLS FARGO BANK
ABA#    063107513

CREDIT TO:   GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:   2000014648663

**PLEASE REFERENCE:**
- CLIENT NAME:          KSERVICING
- FILE NUMBER:          210757.010100
- INVOICE NUMBER:       1000335115*
- BILLING PROFESSIONAL: David B. Kurzweil

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

Greenberg Traurig  
PO Box 936769  
ATLANTA GA 31193-6769

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

DVK:SC
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

**GT GreenbergTraurig**

Invoice No. : 1000335115
File No.    : 210757.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---|---|---|---|
| 02/23/23 | 1000236678 | 14,383.50 | 0.00 | 0.00 | 14,383.50 |
| 03/17/23 | 1000252407 | 14,346.10 | 0.00 | 0.00 | 14,346.10 |
| 04/20/23 | 1000283534 | 11,603.60 | 0.00 | 0.00 | 11,603.60 |
| | Totals: | $ 40,333.20 | $ 0.00 | $ 0.00 | $ 40,333.20 |

DVK:SC
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000335115 | | | Page 1 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered:

TASK CODE:       KS003       EMPLOYMENT AND FEE APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/03/23 | David B. Kurzweil | Review and comment on fee request | 0.30 | 462.00 |
| 05/03/23 | Matthew A. Petrie | Confer with S. Bratton regarding interim and final fee applications | 0.50 | 435.00 |
| 05/08/23 | Matthew A. Petrie | Attention to filing of interim fee application | 0.30 | 261.00 |
| 05/10/23 | Sandy Bratton | Work on Second Interim Fee Application | 3.60 | 1,566.00 |
| 05/10/23 | David B. Kurzweil | Review and comment on second interim fee application | 0.20 | 308.00 |
| 05/10/23 | Matthew A. Petrie | Review and revise second interim fee application | 1.80 | 1,566.00 |
| 05/11/23 | Sandy Bratton | Continued work on Second Interim Fee Application (.8); confer with D. Meloro and M. Petrie regarding same (.2) | 1.00 | 435.00 |
| 05/11/23 | Matthew A. Petrie | Revise second interim fee application | 0.80 | 696.00 |
| 05/12/23 | Sandy Bratton | Continued work on Second Interim Fee Application (1.2); emails with Weil regarding same (.1) | 1.30 | 565.50 |
| 05/12/23 | Dennis A. Meloro | Review and comment on GT second interim fee application | 0.70 | 878.50 |
| 05/12/23 | Matthew A. Petrie | Revise and finalize second interim fee application for filing | 1.30 | 1,131.00 |

Total Hours:        11.80

Total Amount:        $ 8,304.00

TIMEKEEPER SUMMARY FOR TASK CODE KS003,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 0.50 | 1,540.00 | 770.00 |
| Dennis A. Meloro | 0.70 | 1,255.00 | 878.50 |
| Matthew A. Petrie | 4.70 | 870.00 | 4,089.00 |
| Sandy Bratton | 5.90 | 435.00 | 2,566.50 |
| Totals: | 11.80 | 703.73 | $ 8,304.00 |

| | | | | Page 2 |
|---|---|---|---|---|
| Invoice No.: | 1000335115 | | | |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:    KS005    BOARD GOVERNANCE

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/23 | Matthew A. Petrie | Review draft of removal extension motion | 0.20 | 174.00 |
| 05/03/23 | Sandy Bratton | Review of numerous pleadings filed with Court and update case records (.3); update case calendar and Summary of Calendar Events (.2) | 0.50 | 217.50 |
| 05/03/23 | David B. Kurzweil | Review of emails, pleadings, and effective date issues | 0.30 | 462.00 |
| 05/04/23 | David B. Kurzweil | Review of board documents and effective date status | 0.30 | 462.00 |
| 05/04/23 | Matthew A. Petrie | Review board materials and status update in preparation for board meeting (.8); review board minutes of prior meetings (.4) | 1.20 | 1,044.00 |
| 05/09/23 | Sandy Bratton | Review of numerous pleadings filed with Court and update case records (.3); update case calendar and Summary of Calendar Events (.2) | 0.50 | 217.50 |
| 05/09/23 | Sandy Bratton | Attention to numerous emails from Board members regarding case status | 0.20 | 87.00 |
| 05/10/23 | Sandy Bratton | Review of numerous pleadings filed with Court and update case records (.3); update case calendar and Summary of Calendar Events (.3) | 0.60 | 261.00 |
| 05/10/23 | Matthew A. Petrie | Attention to case calendar of events | 0.20 | 174.00 |
| 05/11/23 | Sandy Bratton | Participate in Board call with Weil and GT Teams | 0.60 | 261.00 |
| 05/11/23 | Sandy Bratton | Review draft Board minutes from April 13, 2023 and presentation materials received from Weil for Board meeting | 0.20 | 87.00 |
| 05/11/23 | David B. Kurzweil | Conference with board members (.3); preparation for and participate in board meeting (1.1); review of correspondence regarding Federal Reserve and related issues for effective date (.3) | 1.70 | 2,618.00 |
| 05/11/23 | Matthew A. Petrie | Attend board meeting | 0.60 | 522.00 |
| 05/18/23 | Sandy Bratton | Review of numerous pleadings filed with Court and update case records (.6); update case calendar and Summary of Calendar Events (.3) | 0.90 | 391.50 |
| 05/22/23 | David B. Kurzweil | Review of board documents (.2); review of issues for effective date status (.2) | 0.40 | 616.00 |
| 05/22/23 | Matthew A. Petrie | Attention to minutes of board meetings | 0.50 | 435.00 |
| 05/25/23 | David B. Kurzweil | Preparation for and participate in conference call with board regarding status and further handling (.8); conference with board members (.3) | 1.10 | 1,694.00 |
| 05/25/23 | Matthew A. Petrie | Attend board meeting | 0.40 | 348.00 |

| | | |
|---|---|---|
| Invoice No.: 1000335115 | | Page 3 |
| Matter No.: 210757.010100 | | |

Description of Professional Services Rendered

| | | |
|---|---|---|
| | Total Hours: | 10.40 |
| | Total Amount: | $ 10,071.50 |

TIMEKEEPER SUMMARY FOR TASK CODE KS005,

BOARD GOVERNANCE

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 3.80 | 1,540.00 | 5,852.00 |
| Matthew A. Petrie | 3.10 | 870.00 | 2,697.00 |
| Sandy Bratton | 3.50 | 435.00 | 1,522.50 |
| Totals: | 10.40 | 968.41 | $ 10,071.50 |

Invoice No.: 1000335115 Page 4
Matter No.: 210757.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| David B. Kurzweil | 4.30 | 1,540.00 | 6,622.00 |
| Dennis A. Meloro | 0.70 | 1,255.00 | 878.50 |
| Matthew A. Petrie | 7.80 | 870.00 | 6,786.00 |
| Sandy Bratton | 9.40 | 435.00 | 4,089.00 |
| Totals: | 22.20 | 827.73 | $ 18,375.50 |

| Invoice No.: | 1000335115 | Page 5 |
|---|---|---|
| Re: | Representing Board of Directors | |
| Matter No.: | 210757.010100 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**No expenses charged to this file**