# Exhibit B

# Summary and Description of AlixPartners' Expenses

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:      Expenses
Code:    20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 05/01/2023 | Airfare James Nelson 2023-05-02 BOS- JFK | $ 468.25 |
| 05/02/2023 | Lodging James Nelson Hyatt Hotels - New York, NY 2023-05-02 2023-05-03 | 550.00 |
| 05/02/2023 | Individual Meal -  James Nelson - Dinner | 30.00 |
| 05/02/2023 | Individual Meal -  James Nelson - Breakfast | 10.00 |
| 05/02/2023 | Individual Meal -  James Nelson - Lunch | 15.24 |
| 05/02/2023 | Taxi/Car Service James Nelson Home to Airport | 56.77 |
| 05/03/2023 | Taxi/Car Service James Nelson LGA to NYC | 73.92 |
| 05/03/2023 | Taxi/Car Service James Nelson NYC to LGA | 68.77 |
| 05/04/2023 | Taxi/Car Service James Nelson Airport to Home | 49.95 |
| 05/10/2023 | Internet Access James Nelson | 49.95 |
| 05/20/2023 | Individual Meal -  James Nelson - Dinner | 73.76 |
| 05/20/2023 | Airfare James Nelson 2023-05-24 BOS- LGA | 412.80 |
| 05/20/2023 | Internet Access James Nelson | 15.90 |
| 05/24/2023 | Lodging James Nelson Hyatt Hotels - New York, NY 2023-05-24 2023-05-25 | 461.35 |
| 05/24/2023 | Taxi/Car Service James Nelson Home to Airport | 67.12 |
| 05/25/2023 | Individual Meal -  James Nelson - Breakfast | 10.00 |
| 05/25/2023 | Taxi/Car Service James Nelson Bos Airport to Home | 59.76 |
| 05/25/2023 | Taxi/Car Service James Nelson LGA Airport to NYC | 83.17 |
| 05/25/2023 | Taxi/Car Service James Nelson NYC to LGA airport | 68.29 |
| **Total Expenses** | | **$ 2,625.00** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Client: 20006554P00002

| **Expenses** | | **Amount** |
|---|---|---:|
| Airfare | $ | 881.05 |
| Ground Transportation | | 527.75 |
| Lodging | | 1,011.35 |
| Meals | | 139.00 |
| Phone & Internet | | 65.85 |
| **Total Expenses** | **USD** | **2,625.00** |