**Exhibit B**

KServicing, Inc. - Chapter 11
55894.0004
2023007839

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/10/23 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-120; DATE: 5/14/2023 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2023-05-10 AT 7:23 PM | H080 | 41490783 | 20.00 |
| 05/16/23 | Jones, Taylor<br>MEALS - LEGAL O/T<br>INVOICE#: WYVHL8-L1-121; DATE: 5/21/2023 - SEAMLESS MEALS EXPENSE BY TAYLOR JONES ON 2023-05-15 AT 8:09 PM | H080 | 41526394 | 20.00 |
| **SUBTOTAL DISB TYPE H080:** | | | | **$40.00** |
| 05/17/23 | Kleiner, Adena<br>CORPORATION SERVICES<br>PAYEE: CT CORPORATION (10791-01); INVOICE#: 26516725-RI; DATE: 4/26/2023 - DOCUMENT SEARCHES OR FILINGS FROM CT CORPORATION. | H100 | 41493190 | 544.81 |
| **SUBTOTAL DISB TYPE H100:** | | | | **$544.81** |
| 05/08/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5778627505081300; DATE: 5/8/2023 - AGENCY FEES, TICKET:0680010133287, MAR 12, 2023 | H160 | 41468033 | 40.00 |
| 05/08/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5778627505081300; DATE: 5/8/2023 - HOTEL ROOM AND TAX, MAR 12, 2023 - CHECK IN 03/12/2023, CHECK OUT 03/13/2023 (1 NIGHT) | H160 | 41468034 | 328.90 |

KServicing, Inc. - Chapter 11
55894.0004
2023007839

## ITEMIZED DISBURSEMENTS

| DATE | NAME<br>DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/08/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5778627505081300; DATE: 5/8/2023 - RAIL, TICKET:0720940114609, MAR 13, 2023 - FEE FOR CHANGE OF TRAINS. - FROM/TO: WILMINGTON, DE/STAMFORD, CT | H160 | 41468032 | 24.00 |
| 05/08/23 | Slack, Richard W.<br>TRAVEL<br>INVOICE#: CREX5778627505081300; DATE: 5/8/2023 - RAIL, TICKET:0680010133287, MAR 12, 2023 - ROUND TRIP AMTRAK FARE BETWEEN STAMFORD, CT AND WILMINGTON, DE | H160 | 41468035 | 336.00 |
| 05/09/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: 100094; DATE: 5/1/2023 - TAXI CHARGES FOR 2023-05-01 INVOICE #100094 STATEMENT #E142389566 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-04-03 FROM: 127 PEACHTREE ST NE, ATLANTA, GA TO: 730 PEACHTREE ST NE, ATLANTA, GA RIDE TIME: 11:04 | H160 | 41473016 | 16.29 |
| 05/09/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: 100094; DATE: 5/1/2023 - TAXI CHARGES FOR 2023-05-01 INVOICE #100094 STATEMENT #E142389577 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-04-04 FROM: 127 PEACHTREE ST NE, ATLANTA, GA TO: 730 PEACHTREE ST NE, ATLANTA, GA RIDE TIME: 09:14 | H160 | 41472902 | 22.28 |
| 05/09/23 | Arthur, Candace<br>TRAVEL<br>INVOICE#: 100094; DATE: 5/1/2023 - TAXI CHARGES FOR 2023-05-01 INVOICE #100094 STATEMENT #E142389578 CANDACE M. ARTHUR 5316 RIDE DATE: 2023-04-04 FROM: 730 PEACHTREE ST NE, ATLANTA, GA TO: 127 PEACHTREE ST NE, ATLANTA, GA RIDE TIME: 15:59 | H160 | 41472986 | 24.22 |

KServicing, Inc. - Chapter 11
55894.0004
2023007839

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/11/23 | Slack, Richard W. <br> TRAVEL <br> INVOICE#: CREX5902457405111305; DATE: 5/11/2023 - WILMINGTON, DE- RAIL, , TICKET:00101162959, MAR 19, 2023 - ROUND TRIP AMTRAK FARE BETWEEN NYC AND WILMINGTON, DE - FROM/TO: NYC/WILMINGTON, DE | H160 | 41473105 | 342.00 |
| 05/11/23 | Slack, Richard W. <br> TRAVEL <br> INVOICE#: CREX5902457405111305; DATE: 5/11/2023, WILMINGTON, DE- HOTEL ROOM AND TAX, MAR 19, 2023 CHECK IN 03/19/2023, CHECK OUT 03/20/2023 (1 NIGHT) | H160 | 41473106 | 394.90 |
| 05/11/23 | Slack, Richard W. <br> TRAVEL <br> INVOICE#: CREX5902457405111305; DATE: 5/11/2023 - WILMINGTON, DE- AGENCY FEES, , TICKET:00101162959, MAR 19, 2023 | H160 | 41473104 | 40.00 |
| **SUBTOTAL DISB TYPE H160:** | | | | **$1,568.59** |
| 05/02/23 | WGM, Firm <br> DUPLICATING <br> 101 PAGES SCANNED IN NEW YORK CITY BETWEEN 04/24/2023 TO 04/27/2023 | S016 | 41488436 | 10.10 |
| 05/09/23 | WGM, Firm <br> DUPLICATING <br> 211 PAGES SCANNED IN NEW YORK CITY BETWEEN 05/04/2023 TO 05/04/2023 | S016 | 41488566 | 21.10 |
| 05/16/23 | WGM, Firm <br> DUPLICATING <br> 5 PAGES SCANNED IN NEW YORK CITY BETWEEN 05/08/2023 TO 05/08/2023 | S016 | 41488610 | 0.50 |

Weil, Gotshal & Manges LLP

KServicing, Inc. - Chapter 11
55894.0004
2023007839

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/30/23 | WGM, Firm<br>DUPLICATING<br>28 PAGES SCANNED IN NEW YORK CITY BETWEEN 05/22/2023 TO 05/22/2023 | S016 | 41503971 | 2.80 |
| **SUBTOTAL DISB TYPE S016:** | | | | **$34.50** |
| 05/09/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>NY LEXIS - CASTILLO, LAUREN 04/18/2023 ACCOUNT 424YN6CXS | S061 | 41478597 | 102.35 |
| 05/24/23 | Castillo, Lauren<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - APRIL 2023 | S061 | 41497301 | 2.60 |
| 05/24/23 | Mason, Kyle<br>COMPUTERIZED RESEARCH<br>PACER USAGE REPORT - NEW YORK OFFICE - APRIL 2023 | S061 | 41497232 | 15.00 |
| **SUBTOTAL DISB TYPE S061:** | | | | **$119.95** |
| 05/03/23 | WGM, Firm<br>DUPLICATING<br>32 PRINT(S) MADE IN NEW YORK BETWEEN 05/01/2023 TO 05/01/2023 | S117 | 41488721 | 3.20 |
| 05/10/23 | WGM, Firm<br>DUPLICATING<br>108 PRINT(S) MADE IN NEW YORK BETWEEN 05/04/2023 TO 05/08/2023 | S117 | 41488924 | 10.80 |
| 05/17/23 | WGM, Firm<br>DUPLICATING<br>98 PRINT(S) MADE IN NEW YORK BETWEEN 05/10/2023 TO 05/15/2023 | S117 | 41489067 | 9.80 |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023007839

## ITEMIZED DISBURSEMENTS

| DATE | NAME DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 05/24/23 | WGM, Firm<br>DUPLICATING<br>36 PRINT(S) MADE IN NEW YORK BETWEEN 05/22/2023 TO 05/22/2023 | S117 | 41504204 | 3.60 |
| | **SUBTOTAL DISB TYPE S117:** | | | **$27.40** |
| | **TOTAL DISBURSEMENTS** | | | **$2,335.25** |