**Exhibit A**

# JONES DAY

**Atlanta Office**
1221 Peachtree Street, NE
Suite 400
Atlanta, GA  30361
**(404) 521-3939**
**Federal Identification Number:  34-0319085**


June 30, 2023                                                                                               102496
                                                                                      Invoice: 231603668

KServicing Corporation
925B Peachtree Street NE
Suite 1688
Atlanta, GA  30309
United States of America


For legal services rendered for the period through May 31, 2023:


|                                          | Hours |       | Amount    |
|------------------------------------------|-------|-------|-----------|
| Case Administration                      | 0.50  |       | 237.50    |
| Department of Justice Investigations     | 4.90  |       | 5,105.00  |
| Fee Application Preparation              | 5.50  |       | 5,222.50  |
| Total Fees                               | 10.90 | USD   | 10,565.00 |

### Disbursement & Charges Summary

| Hosting Charges | 4,889.24 |     |          |
|-----------------|----------|-----|----------|
|                 |          | USD | 4,889.24 |
| **TOTAL**       |          | **USD** | **15,454.24** |

# JONES DAY

102496

KServicing Corporation

Timekeeper/Fee Earner Summary – May 31, 2023

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| A E Lelling | Partner | 1996 | 2.30 | 1,400.00 | 3,220.00 |
| D J Merrett | Partner | 2007 | 3.60 | 1,200.00 | 4,320.00 |
| Total | | | 5.90 | | 7,540.00 |
| B N Wilhelm | Associate | 2017 | 2.60 | 725.00 | 1,885.00 |
| Total | | | 2.60 | | 1,885.00 |
| C L Smith | Paralegal | | 2.40 | 475.00 | 1,140.00 |
| Total | | | 2.40 | | 1,140.00 |
| **Total** | | | **10.90** | **USD** | **10,565.00** |

# JONES DAY

102496

KServicing Corporation

Page: 3
June 30, 2023
Invoice: 231603668

Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 05/01/23 | C L Smith | 0.10 | | 47.50 |
| Review and distribute docket. | | | | |
| 05/08/23 | C L Smith | 0.10 | | 47.50 |
| Review and distribute docket. | | | | |
| 05/15/23 | C L Smith | 0.10 | | 47.50 |
| Review and distribute docket; obtain recently filed documents and circulate same. | | | | |
| 05/22/23 | C L Smith | 0.10 | | 47.50 |
| Review and distribute docket. | | | | |
| 05/30/23 | C L Smith | 0.10 | | 47.50 |
| Review and distribute docket. | | | | |
| | **Matter Total** | **0.50** | **USD** | **237.50** |
| **Department of Justice Investigations** | | | | |
| 05/09/23 | B N Wilhelm | 0.50 | | 362.50 |
| Communicate with Tskerides (Weil) regarding civil investigative demand to Kroll and privilege log. | | | | |
| 05/10/23 | B N Wilhelm | 0.50 | | 362.50 |
| Communicate with Mehta (Sullivan & Cromwell) regarding recent updates in DOJ investigation. | | | | |
| 05/23/23 | A E Lelling | 1.20 | | 1,680.00 |
| Review prior files and correspondence in light of Orrick inquiry (.90); correspondence with Loiseau, Wilhelm, Hall concerning Orrick inquiry (.30). | | | | |
| 05/23/23 | B N Wilhelm | 0.60 | | 435.00 |
| Communicate with Lelling and Mehta (Sullivan & Cromwell), counsel for American Express, regarding updates in Department of Justice investigation. | | | | |
| 05/24/23 | B N Wilhelm | 0.50 | | 362.50 |
| Communicate with Mehta (Sullivan & Cromwell), counsel for American Express, regarding updates in Department of Justice investigation. | | | | |
| 05/25/23 | A E Lelling | 1.10 | | 1,540.00 |
| Call with Asbill, Moynihan and Wilhelm concerning individual Kabbage employee; correspondence with Loiseau, Hall and Wilhelm concerning individual Kabbage employee; call with Wilhelm about individual Kabbage employee. | | | | |
| 05/25/23 | B N Wilhelm | 0.50 | | 362.50 |
| Communicate with individual counsel (Orrick) and Lelling regarding updates in Department of Justice investigation. | | | | |
| | **Matter Total** | **4.90** | **USD** | **5,105.00** |

# JONES DAY

102496

KServicing Corporation

Page: 4
June 30, 2023
Invoice: 231603668

| Date of Service | Timekeeper/Fee Earner Name | Hours | Amount |
|---|---|---|---|

**Fee Application Preparation**

| 05/11/23 | D J Merrett | 0.20 | 240.00 |
|---|---|---|---|

Communicate with Suarez (Weil) (.10), Smith (.10) regarding second interim fee application.

| 05/11/23 | C L Smith | 1.90 | 902.50 |
|---|---|---|---|

Review email from Merrett regarding second interim fee application (.10); draft and revise same (1.70); draft email to Merrett regarding same (.10).

| 05/12/23 | D J Merrett | 1.60 | 1,920.00 |
|---|---|---|---|

Review and revise second interim fee application (1.30); communicate with Suarez (Weil) (.10), Lelling (.20) regarding same.

| 05/15/23 | D J Merrett | 0.30 | 360.00 |
|---|---|---|---|

Review comments to second interim fee application (.20); communicate with Suarez (Weil) regarding same (.10).

| 05/23/23 | D J Merrett | 1.50 | 1,800.00 |
|---|---|---|---|

Review and revise April invoice (1.20); communicate with Clay, Smith (.10), Perrella (Alix) (.20) regarding same.

| | **Matter Total** | **5.50** | **USD** | **5,222.50** |
|---|---|---|---|---|