**<u>Exhibit B</u>**

# JONES DAY

102496                                                                                                                           Page: 5

June 30, 2023

KServicing Corporation                                                                 Invoice: 231603668

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **DOJ Investigations** | | | | |
| **HOSTING CHARGES** | | | | |
| 05/09/23 | D A Doell | ATL | 4,735.80 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100287598; Date: 5/2/2023 | | | |
| 05/22/23 | B N Wilhelm | ATL | 76.72 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD067648; Date: 1/31/2023 | | | |
| 05/22/23 | B N Wilhelm | ATL | 76.72 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD072770; Date: 4/30/2023 | | | |
| **Hosting Charges Subtotal** | | | | **4,889.24** |
| **Matter Total** | | | **USD** | **4,889.24** |