**Exhibit A**

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838
Page 2

Client #  767622

Matter # 225120

---

For services through May 31, 2023
relating to  Case Administration

| 05/01/23 | Review and update critical dates (.3); E-mail to RL&F distribution re: same (.1); Coordinate calendar updates (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |
| 05/02/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 05/02/23 | Correspondence with Omni re: service and noticing questions | | | |
| Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 05/03/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 05/04/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 05/08/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 05/08/23 | Review docket updates | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| 05/11/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 05/12/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 05/12/23 | Review docket updates | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 3

Client #  767622

Matter # 225120

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 05/15/23 | Review and circulate docket | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 05/15/23 | Review docket updates | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 1,300.00 | $260.00 |
| 05/16/23 | Review docket updates | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 1,300.00 | $260.00 |
| 05/17/23 | Retrieve and circulate newly filed pleadings | | | |
| Paralegal | Rebecca V. Speaker | 0.10 hrs. | 375.00 | $37.50 |
| 05/18/23 | Review and update critical dates (.5); E-mail to RL&F distribution re: same (.1); Coordinate calendar updates (.1); Review and circulate docket (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 375.00 | $337.50 |
| 05/18/23 | Review critical dates calendar | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| 05/18/23 | Correspondence with L. Castillo re: upcoming case critical dates | | | |
| Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 05/22/23 | Review work in progress memorandum | | | |
| Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 05/31/23 | Review and update critical dates (.3); E-mail to RL&F distribution re: same (.1); Coordinate calendar update (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |
| 05/31/23 | Review and circulate dockets | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 05/31/23 | Review email from B. Witter re: critical dates | | | |
| Director | Daniel J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 4

Client #  767622

Matter # 225120

| | |
|---|---|
| Total Fees for Professional Services | $2,795.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | $2,795.00 |
| BALANCE BROUGHT FORWARD | $881.55 |
| TOTAL DUE FOR THIS MATTER | $3,676.55 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

July 13, 2023
Invoice 692838

Page 5

Client #  767622

Matter # 225120

For services through May 31, 2023

relating to Creditor Inquiries

| 05/09/23 | Research re: potential creditor inquiry | | | |
|----------|------------------------------------------|-----------|--------|--------|
| Associate | Huiqi Vicky Liu | 0.10 hrs. | 595.00 | $59.50 |
| 05/10/23 | Research re: potential creditor inquiry | | | |
| Associate | Huiqi Vicky Liu | 0.20 hrs. | 595.00 | $119.00 |

Total Fees for Professional Services          $178.50

TOTAL DUE FOR THIS INVOICE          $178.50
BALANCE BROUGHT FORWARD          $197.19

TOTAL DUE FOR THIS MATTER          $375.69

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 6

Client #  767622

Matter # 225120

---

For services through May 31, 2023

relating to  Meeting

| Date | Description | | | |
|------|-------------|---|---|---|
| 05/01/23 | Attend zoom case update call with Z. Shapiro and Weil team | | | |
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |
| 05/01/23 | Prepare for and attend update call (.4); Review WIP report (.2) | | | |
| Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| 05/04/23 | Attend Zoom case update call with Weil team | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |
| 05/04/23 | Prepare for and attend update call (.4); Review WIP (.1) | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| 05/08/23 | Attend case update call | | | |
| Director | Amanda R. Steele | 0.40 hrs. | 995.00 | $398.00 |
| 05/08/23 | Prepare for and attend update call (4); Review WIP (.1) | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| 05/12/23 | Attend case update call with Z. Shapiro, M. Milana and Weil team | | | |
| Director | Amanda R. Steele | 0.50 hrs. | 995.00 | $497.50 |
| 05/12/23 | Zoom case update call with A. Steele, Z. Shapiro and Weil | | | |
| Associate | Matthew P. Milana | 0.60 hrs. | 675.00 | $405.00 |
| 05/12/23 | Prepare for and attend update call (.5); Review WIP (.1) | | | |
| Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| 05/15/23 | Attend case update call | | | |
| Director | Amanda R. Steele | 0.20 hrs. | 995.00 | $199.00 |
| 05/15/23 | Attend Zoom case update call with A. Steele, Z. Shapiro and Weil team | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 7

Client #  767622

Matter # 225120

| | | | | |
|---|---|---|---|---|
| 05/15/23 | Prepare for and attend update call (.2); Review WIP (.2); Call with C. Bentley re: update (.2) | | | |
| Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| | | | | |
| 05/19/23 | Research re: escheatment issue (.8); Correspondence with C. Arthur re: same (.2); Further research re: same (.4) | | | |
| Director | Zachary I. Shapiro | 1.40 hrs. | 995.00 | $1,393.00 |
| | | | | |
| 05/22/23 | Attend case update call with Z. Shapiro, M. Milana and Weil team | | | |
| Director | Amanda R. Steele | 0.20 hrs. | 995.00 | $199.00 |
| | | | | |
| 05/22/23 | Attend Zoom case update call with A. Steele, Z. Shapiro and Weil team | | | |
| Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| | | | | |
| 05/22/23 | Prepare for and attend update call (.2); Review WIP (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |

Total Fees for Professional Services    $6,986.00

TOTAL DUE FOR THIS INVOICE    $6,986.00
BALANCE BROUGHT FORWARD    $2,092.59

TOTAL DUE FOR THIS MATTER    $9,078.59

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

July 13, 2023
Invoice 692838

Page 8

Client # 767622

Matter # 225120

For services through May 31, 2023

relating to Plan of Reorganization/Disclosure Statement

| 05/01/23 | Conference with Z. Shapiro re: LLC amendments | | | |
|---|---|---|---|---|
| Director | Kenneth E. Jackman | 0.20 hrs. | 950.00 | $190.00 |
| 05/01/23 | Review plan supplement documents (.6); Conference with K. Jackman re: same (.2); Correspondence with WGM team re: same (.2); Call with C. Bentley re: escrow agreement (.4); Correspondence re: same (.1) | | | |
| Director | Zachary I. Shapiro | 1.50 hrs. | 995.00 | $1,492.50 |
| 05/02/23 | Review escrow agreement (.3); Correspondence with C. Bentley re: same (.4); Correspondence with C. Bentley re: contract issue (.2); Research re: same (.4) | | | |
| Director | Zachary I. Shapiro | 1.30 hrs. | 995.00 | $1,293.50 |
| 05/03/23 | Correspondence with C. Bentley re: contract issues (.2); Call with C. Bentley re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| 05/04/23 | Review and revise notice of execution version of wind down agreement | | | |
| Associate | Matthew P. Milana | 0.50 hrs. | 675.00 | $337.50 |
| 05/04/23 | Review and revise plan supplement notice (.3); Correspondence with M. Milana re: same (.1); Correspondence with WGM re: same (.1); Review wind down agreement (.3); Review escrow agreement (.2); Correspondence with C. Bentley (.1) | | | |
| Director | Zachary I. Shapiro | 1.10 hrs. | 995.00 | $1,094.50 |
| 05/05/23 | Review escrow agreement (.2); Correspondence with C. Arthur re: same (.1); Correspondence with C. Bentley re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |
| 05/11/23 | Review revised winddown agreement | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

July 13, 2023
Invoice 692838
Page 9

Client # 767622

Matter # 225120

---

| 05/11/23 | Review e-mail from M. Milana re: notice of filing - wind down agreement (.1); Assemble and e-mail to Z. Shapiro and M. Milana re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |

| 05/11/23 | Prepare for filing notice of final wind down agreement in connection with plan | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |

| 05/11/23 | Review wind-down agreement (.2); Correspondence with C. Bentley re: same (.1); Call with C. Bentley re: same (.1); Finalize notice of fling of same (.1); Research re: contract issues (.2); Correspondence with C. Bentley re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.90 hrs. | 995.00 | $895.50 |

| 05/12/23 | Review letters from Federal Reserve re: effective date | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.20 hrs. | 995.00 | $199.00 |

| 05/12/23 | Review correspondence on assumption list and draft related notice of fourth plan supplement | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 0.90 hrs. | 675.00 | $607.50 |

| 05/12/23 | Review correspondence re: status of effective date (.3); Call with C. Bentley re: same (.1); Review contract list (.3); Correspondence with C. Bentley re: same (.1); Review and revise related notice (.3); Correspondence with C. Bentley re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 1.20 hrs. | 995.00 | $1,194.00 |

| 05/15/23 | Prepare certificate of no objection re: second exclusivity motion (.2); Prepare order of same (.1); E-mail to M. Milana and H. Liu re: same (.1); Finalize and file re: same (.2); Upload order re: same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.70 hrs. | 375.00 | $262.50 |

| 05/15/23 | Review docket and related CNO re: exclusivity motion (.2); Correspondence with B. Witters and Weil re: exclusivity motion (.2) | | | |
|---|---|---|---|---|
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 10

Client #  767622

Matter # 225120

---

| | | | | |
|---|---|---|---|---|
| 05/15/23 | Review CNO (.1); Correspondence with M. Milana re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.20 hrs. | 995.00 | $199.00 |
| | | | | |
| 05/16/23 | Retrieve order second exclusivity extension (.1); E-mail to Omni re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |

| | |
|---|---|
| Total Fees for Professional Services | $9,296.50 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | $9,296.50 |
| BALANCE BROUGHT FORWARD | $3,332.72 |
| TOTAL DUE FOR THIS MATTER | $12,629.22 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 11

Client #  767622

Matter # 225120

---

For services through May 31, 2023

relating to  Cash Collateral/DIP Financing

| 05/22/23 | Review cash collateral order (.3); Research re: same (.2); Correspondence with C. Bentley re: same (.2); Correspondence with C. Arthur re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |

| | | |
|---|---|---|
| Total Fees for Professional Services | | $796.00 |

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | $796.00 |
| BALANCE BROUGHT FORWARD | $322.17 |
| TOTAL DUE FOR THIS MATTER | $1,118.17 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 12

Client #  767622

Matter # 225120

---

For services through May 31, 2023

relating to  Claims Administration

| | | | | |
|---|---|---|---|---|
| 05/09/23 | Email to Z. Shapiro re: proof of claim issue | | | |
| Associate | Huiqi Vicky Liu | 0.10 hrs. | 595.00 | $59.50 |
| | | | | |
| 05/09/23 | Review POC (.2); Correspondence with V. Liu re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| | | | | |
| 05/18/23 | Research re: claim (.2); Correspondence with C. Arthur re: same (.1); Correspondence with C. Bentley re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |

Total Fees for Professional Services $756.00

TOTAL DUE FOR THIS INVOICE $756.00

BALANCE BROUGHT FORWARD $936.29

TOTAL DUE FOR THIS MATTER $1,692.29

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

July 13, 2023
Invoice 692838
Page 13

Client # 767622

Matter # 225120

For services through May 31, 2023
relating to Court Hearings

| 05/10/23 | Organize materials utilized at 3/13/23 hearing | | | |
|---|---|---|---|---|
| Case Assistant | Tesia S. Smith | 0.70 hrs. | 195.00 | $136.50 |
| 05/11/23 | Review e-mail from M. Milana re: June 22 interim fee hearing | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 375.00 | $37.50 |
| 05/11/23 | Correspondence with Z. Shapiro, Weil team and Court re: June hearing | | | |
| Associate | Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |
| 05/11/23 | Organize materials utilized at 3/13/23 hearing | | | |
| Case Assistant | Tesia S. Smith | 0.60 hrs. | 195.00 | $117.00 |
| 05/11/23 | Correspondence re: hearing date (.2); Call with C. Bentley re: same (.2) | | | |
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |
| 05/12/23 | Retrieve order omnibus hearing date (.1); E-mail to Omni re: service of certification of counsel and order of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 05/15/23 | Organize materials utilized at 3/20/23 hearing | | | |
| Case Assistant | Tesia S. Smith | 0.60 hrs. | 195.00 | $117.00 |
| 05/16/23 | Organize materials utilized at 3/13/23 hearing | | | |
| Case Assistant | Tesia S. Smith | 0.50 hrs. | 195.00 | $97.50 |
| 05/18/23 | Email to M. Milana re: cancellation of hearing | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 05/18/23 | Prepare 5/25/23 agenda (.4); E-mail to A. Steele, M. Milana and H. Liu re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 14

Client #  767622

Matter # 225120

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 05/18/23 | Review draft agenda canceling 5/25/23 hearing (.3); Correspondence with Court re: 5/25/23 hearing (.2); Correspondence with A. Steele, B. Witters and Weil team re: same (.3) | | | |
| Associate | Matthew P. Milana | 0.80 hrs. | 675.00 | $540.00 |
| 05/18/23 | Organize materials utilized at 3/13/23 and 3/20/23 hearing | | | |
| Case Assistant | Tesia S. Smith | 1.00 hrs. | 195.00 | $195.00 |
| 05/18/23 | Review hearing agenda (.2); Correspondence with WGM re: same (.1); Correspondence with A. Steele re: same (.2) | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| 05/23/23 | Review e-mail from M. Milana re: 5/25/23 agenda - cancel hearing (.1); Assemble and e-mail to M. Milana re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1); E-mail to distribution re: same (.1); Coordinate calendar update (.1) | | | |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 375.00 | $262.50 |
| 05/23/23 | Review and prepare 5/25/23 hearing agenda for filing (.4); Correspondence with Z. Shapiro and B. Witters re: same (.2) | | | |
| Associate | Matthew P. Milana | 0.60 hrs. | 675.00 | $405.00 |
| 05/23/23 | Review agenda (.2); Correspondence with M. Milana re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| 05/31/23 | Correspondences with Z. Shapiro re: status conference | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 05/31/23 | Correspondence re: status conference (.2); Call with C. Bentley re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |

Total Fees for Professional Services                     $4,064.50

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 15

Client #  767622

Matter # 225120

| | |
|---|---|
| TOTAL DUE FOR THIS INVOICE | $4,064.50 |
| BALANCE BROUGHT FORWARD | $2,991.93 |
| TOTAL DUE FOR THIS MATTER | $7,056.43 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

July 13, 2023
Invoice 692838
Page 16
Client # 767622

Matter # 225120

---

For services through May 31, 2023
relating to Schedules/SOFA/U.S. Trustee Reports

| 05/01/23 | Review and comment on 2015.3 report (.6); Correspondence with AP Team re: same (.2) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |
| | | | | |
| 05/02/23 | Review draft 2015.3 report and correspondence with Z. Shapiro re: same | | | |
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |
| | | | | |
| 05/02/23 | Review 2015.3 report (.2); Correspondence with M. Milana re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| | | | | |
| 05/03/23 | Review e-mail from Z. Shapiro re: 2015.3 report (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |
| | | | | |
| 05/03/23 | Finalize 2015.3 report (.2); Correspondence with B. Witters re: Same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| | | | | |
| 05/18/23 | Correspondence with A. Suarez re: MORs | | | |
| Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| | | | | |
| 05/22/23 | Review MORs (.4); Correspondence with A. Suarez re: same (.1); Correspondence with C. Bentley re: same (.5) | | | |
| Director | Zachary I. Shapiro | 1.00 hrs. | 995.00 | $995.00 |
| | | | | |
| 05/23/23 | Review and comment on MOR (.3); Correspondence with C. Bentley re: same (.2); Correspondence with A. Suarez re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| | | | | |
| 05/25/23 | Review MOR (.2); Correspondence with C. Bentley re: same (.3) | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 17

Client #  767622

Matter # 225120

| | | | | |
|---|---|---|---|---|
| 05/26/23 | Correspondence with C. Bentley re: MOR | | | |
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |
| | | | | |
| 05/27/23 | Review revised MOR (.2); Correspondence with C. Bentley re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| | | | | |
| 05/30/23 | Review e-mail from M. Milana re: monthly operating reports x6 (.1); Finalize and file re: same x6 (.3); Coordinate service re: same (.1);  Prepare notice of withdrawal re: monthly operating report – Kabbage Asset Securitization LLC (.2); E-mail to M. Milana re: same (.1); Finalize and file re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 375.00 | $337.50 |
| | | | | |
| 05/30/23 | Review and prepare for filing MORs (.7); Correspondence with Z. Shapiro and B. Witters re: same (.2); Review correspondence between company and advisors re: MOR questions (.3) | | | |
| Associate | Matthew P. Milana | 1.20 hrs. | 675.00 | $810.00 |
| | | | | |
| 05/30/23 | Review and comment on MOR (.5); Correspondence with A. Suarez re: same (.2); Comment on global notes (.2); Correspondence with M. Milana re: same (.1); Correspondence with C. Bentley re: same (.1) | | | |
| Director | Zachary I. Shapiro | 1.10 hrs. | 995.00 | $1,094.50 |
| | | | | |
| 05/31/23 | Review MORs | | | |
| Director | Daniel  J. DeFranceschi | 0.20 hrs. | 1,300.00 | $260.00 |

Total Fees for Professional Services $7,236.00

TOTAL DUE FOR THIS INVOICE $7,236.00
BALANCE BROUGHT FORWARD $334.75

TOTAL DUE FOR THIS MATTER $7,570.75

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 18

Client #  767622

Matter # 225120

For services through May 31, 2023
relating to  Litigation/Adversary Proceedings

| 05/01/23 | Review comments to removal motion | | | |
|---|---|---|---|---|
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 05/01/23 | Review e-mail from M. Milana re: second removal extension motion (.1); Prepare notice of motion re: same (.2) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 375.00 | $112.50 |
| 05/01/23 | Review and comment on draft removal extension motion | | | |
| Associate | Matthew P. Milana | 1.10 hrs. | 675.00 | $742.50 |
| 05/01/23 | Review removal motion (.1); Review comments to same (.1); Correspondence re: Juneau complaint (.6) | | | |
| Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |
| 05/02/23 | Review e-mail from M. Milana re: second removal extension motion (.1); Assemble motion, notice, exhibit and e-mail to M. Milana re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |
| 05/02/23 | Review motion to extend removal period deadline | | | |
| Director | Daniel  J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| 05/02/23 | Review and prepare second removal extension motion and related notice for filing | | | |
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |
| 05/02/23 | Review documents in preparation for call (.8); Review removal motion (.2) | | | |
| Director | Zachary I. Shapiro | 1.00 hrs. | 995.00 | $995.00 |
| 05/03/23 | Review documents in preparation for call (.4); Prepare for and attend call with WGM and S&C re: litigation issues (.9) | | | |
| Director | Zachary I. Shapiro | 1.30 hrs. | 995.00 | $1,293.50 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 19

Client #  767622

Matter # 225120

---

| 05/08/23 | Review and comment on stipulation (.6); Correspondence with C. Bentley re: same (.1) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.70 hrs. | 995.00 | $696.50 |
| | | | | |
| 05/16/23 | Prepare certificate of no objection re: removal extension motion (.2); Prepare order of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 375.00 | $112.50 |
| | | | | |
| 05/17/23 | Review docket and CNO re: removal extension motion (.2); Correspondence with R. Speaker and L. Castillo re: removal extension motion (.2) | | | |
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |
| | | | | |
| 05/17/23 | Emails with M.  Milana re: CNO for removal extension motion (.2); Finalize and file same (.2); Upload order re: same (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.50 hrs. | 375.00 | $187.50 |
| | | | | |
| 05/18/23 | Retrieve order removal extension (.1); E-mail to Omni re: service of same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| | | | | |
| 05/22/23 | Review settlement proposal (.4); Correspondence with C. Arthur re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |

Total Fees for Professional Services $6,465.50

TOTAL DUE FOR THIS INVOICE $6,465.50

BALANCE BROUGHT FORWARD $792.98

TOTAL DUE FOR THIS MATTER $7,258.48

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

July 13, 2023
Invoice 692838

Page 20

Client # 767622

Matter # 225120

For services through May 31, 2023
relating to RLF Fee Applications

| 05/04/23 | Prepare certificate of no objection re: RL&F February fee application (.2); E-mail to M. Milana and H. Liu re: same (.1); Finalize and file certificate of no objection re: same (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |
| 05/04/23 | Review CNO re: RLF fee application | | | |
| Associate | Huiqi Vicky Liu | 0.10 hrs. | 595.00 | $59.50 |
| 05/11/23 | Telephone call with Z. Shapiro re: RL&F March fee application and interim fee application | | | |
| Paralegal | Barbara J. Witters | 0.10 hrs. | 375.00 | $37.50 |
| 05/11/23 | Review and comment on fee application (.9); Correspondence with B. Witters re: same (.2) | | | |
| Director | Zachary I. Shapiro | 1.10 hrs. | 995.00 | $1,094.50 |
| 05/12/23 | Call with Z. Shapiro re: fee application issues (.9); Review and revise fee application (.4) | | | |
| Director | Amanda R. Steele | 1.30 hrs. | 995.00 | $1,293.50 |
| 05/12/23 | Review and update RL&F second interim fee application (.3); E-mail to L. Morris and C. Borris re: same (.1); E-mail to K. Deckman re: RL&F April bill memos (.1); Telephone call with K. Deckman re: RL&F March fee application fees and expenses (.2); Telephone call with C. Borris re: same (.1); Review e-mail from C. Borris re: RL&F March fee application (.1); Telephone call with Z. Shapiro re: same (.1); Review and update re: application of same (1.0); Prepare notice of application re: same (.2); E-mail to Z. Shapiro and M. Milana re: same (.1); Telephone call from Z. Shapiro re: RL&F March fee application (.2); Review and update RL&F application of same (.2); E-mail to Z. Shapiro and M. Milana re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 2.80 hrs. | 375.00 | $1,050.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 21

Client #  767622

Matter # 225120

---

| 05/12/23 | Preparation of Kabbage March, 2023 Fee Application | | | |
|---|---|---|---|---|
| Case Assistant | Carol Borris | 8.50 hrs. | 195.00 | $1,657.50 |
| | | | | |
| 05/12/23 | Review emails from Z. Shapiro, B. Witters re: RLF fee application | | | |
| Associate | Huiqi Vicky Liu | 0.30 hrs. | 595.00 | $178.50 |
| | | | | |
| 05/12/23 | Review and revise fee application (.4); Call with A. Steele re: same (.8); Further review fee application (.1) | | | |
| Director | Zachary I. Shapiro | 1.30 hrs. | 995.00 | $1,293.50 |
| | | | | |
| 05/13/23 | Review and comment on RLF fee application | | | |
| Associate | Huiqi Vicky Liu | 1.40 hrs. | 595.00 | $833.00 |
| | | | | |
| 05/15/23 | Multiple calls with Z. Shapiro re: monthly and interim fee applications (.8); Multiple conferences with L. Morris re: same (.6); Conference with B. Witters and L. Morris re: same (.1) | | | |
| Director | Amanda R. Steele | 1.50 hrs. | 995.00 | $1,492.50 |
| | | | | |
| 05/15/23 | Review RL&F March (.2); Discussion with L. Morris re: RL&F March fee application x2 (.2); Review and update RL&F March fee application re: expenses (.2); E-mail to A. Steele, M. Milana and H. Liu re: same (.1); Review e-mail from M. Milana re: RL&F March fee application (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1); Discussion with L. Morris re: RL&F second interim fee application x2 (.2); Review and update RL&F second interim fee application (.8); E-mail to M. Milana and H. Liu re: same (.1); Review e-mail from H. Liu re: comments to RL&F second interim fee application (.1); Review and update re: same (.2); E-mail to A. Steele and H. Liu re: same (.1); Review e-mail from A. Steele re: RL&F second interim fee application (.1); Assemble and e-mail to A. Steele re: same (.2); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1); | | | |
| Paralegal | Barbara J. Witters | 3.20 hrs. | 375.00 | $1,200.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 22

Client #  767622

Matter # 225120

---

| 05/15/23 | Call with B. Witters: RLF monthly fee application (.1); Correspondence with M. Milana re: RLF interim fee application (.1); Correspondence with A. Steele, L. Morris re: same (.1); Draft budget and staffing plan (.9); Call with Z. Shapiro re: same (.1); Review and comment on RLF interim fee application (1.0) | | | |
|---|---|---|---|---|
| Associate | Huiqi Vicky Liu | 2.30 hrs. | 595.00 | $1,368.50 |
| 05/15/23 | Prepare Second Interim fee application | | | |
| Case Assistant | Lesley Morris | 7.00 hrs. | 195.00 | $1,365.00 |
| 05/15/23 | Correspondence with B. Witters and L. Morris re: interim fee application (.5); Correspondence with A. Steele, Z. Shapiro, H. Liu and B. Witters re: interim fee application, staffing and budget (.5); Review and prepare for filing March monthly fee application (.6) | | | |
| Associate | Matthew P. Milana | 1.60 hrs. | 675.00 | $1,080.00 |
| 05/16/23 | Review and revise fee application (.4); Calls with A. Steele re: same (.8); Correspondence with RLF team re: same (.2) | | | |
| Director | Zachary I. Shapiro | 1.40 hrs. | 995.00 | $1,393.00 |
| 05/22/23 | E-mail to R. Schepacarter re: RL&F LEDES for February and March fee applications | | | |
| Paralegal | Barbara J. Witters | 0.30 hrs. | 375.00 | $112.50 |

Total Fees for Professional Services                     $15,696.50

TOTAL DUE FOR THIS INVOICE                     $15,696.50

BALANCE BROUGHT FORWARD                      $1,646.16

TOTAL DUE FOR THIS MATTER                     $17,342.66

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

July 13, 2023
Invoice 692838

Page 23

Client # 767622

Matter # 225120

---

For services through May 31, 2023

relating to Fee Applications of Others

| | | | | |
|---|---|---|---|---|
| 05/01/23 | Review e-mail from M. Milana re: March 2023 fee applications for Jones Day, AlixPartners, Greenberg Traurig and Omni (.1); Prepare notice of application re: Jones Day March fee application (.2); Prepare notice of application re: AlixPartners March fee application (.2); Prepare notice of application re: Greenberg Traurig March fee application (.2); Prepare notice of application re: Omni March fee application (.2) | | | |
| Paralegal | Barbara J. Witters | 0.90 hrs. | 375.00 | $337.50 |
| 05/08/23 | Review e-mail from M. Milana re: March fee applications for Omni, Jones Day, AlixPartners and Greenberg (.1); Revise notice of application re: Omni March fee application (.1); Assemble application, notice, exhibit and e-mail to M. Milana and H. Liu re: same (.1); Revise notice of application re: Jones Day March fee application (.1); Assemble application, notice, exhibits and e-mail to M. Milana and H. Liu re: same (.1);  Revise notice of application re: AlixPartners fee application (.1); Assemble application, notice, exhibits and e-mail to M. Milana and H. Liu re: same (.1); Revise notice of application re: Greenberg March fee application (.1); Assemble application, notice, exhibit and e-mail to M. Milana and H. Liu re: same (.1); Review e-mail from H. Liu re: Omni, Jones Day, AlixPartners and Greenberg March fee applications (.1); Finalize and file re: Omni March fee application (.2); Finalize and file re: Jones Day March fee application (.1); Finalize and file re: AlixPartners March fee application (.2); Finalize and file re: Greenberg March fee application (.2); E-mail to Omni re: service of fee applications of same (.1) | | | |
| Paralegal | Barbara J. Witters | 1.80 hrs. | 375.00 | $675.00 |
| 05/08/23 | Review Jones Day fee application (.2); Review Omni fee application (.2); Review AlixPartner fee application (.2); Review Greenberg fee application (.2) | | | |
| Associate | Huiqi Vicky Liu | 0.80 hrs. | 595.00 | $476.00 |

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 24

Client #  767622

Matter # 225120

---

| 05/10/23 | Review e-mail from M. Milana re: Weil Gotshal March fee application (.1); Prepare notice of application re: same (.2); Assemble application, notice, exhibits and e-mail to M. Milana and H. Liu re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1) | | | |
| --- | --- | --- | --- | --- |
| Paralegal | Barbara J. Witters | 0.70 hrs. | 375.00 | $262.50 |
| | | | | |
| 05/10/23 | Review Weil fee application | | | |
| Associate | Huiqi Vicky Liu | 0.30 hrs. | 595.00 | $178.50 |
| | | | | |
| 05/10/23 | Correspondence with T. Jones and H. Liu re: Weil monthly fee application | | | |
| Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| | | | | |
| 05/11/23 | Prepare certification of counsel re: June interim fee hearing (.2); E-mail to M. Milana re: same (.1); Finalize and file certification of counsel re: same (.2); Upload order re: same (.1) | | | |
| Paralegal | Barbara J. Witters | 0.60 hrs. | 375.00 | $225.00 |
| | | | | |
| 05/12/23 | Email to Z. Shapiro re: fee application question | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| | | | | |
| 05/12/23 | Review and comment on professional fee application (.4); Correspondence with A. Steele re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| | | | | |
| 05/14/23 | Review Omni interim fee application (.3); Review Jones Day interim fee application (.3); Review Greenberg interim fee application (.5); Review AlixPartners interim fee application (.5) | | | |
| Associate | Huiqi Vicky Liu | 1.60 hrs. | 595.00 | $952.00 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

July 13, 2023
Invoice 692838

Page 25

Client # 767622

Matter # 225120

---

| 05/15/23 | Review e-mail from H. Liu re: second interim fee applications for AlixPartners, Omni, Greenberg and Jones Day (.1); Prepare notice of interim fee application re: AlixPartners (.2); Prepare notice of interim fee application re: Omni (.2); Prepare notice of interim fee application re: Greenberg (.2); Prepare notice of interim fee application re: Jones Day (.2); Assemble and e-mail to M. Milana re: second interim fee applications for AlixPartners, Omni, Greenberg and Jones Day (.5);  Finalize and file re: AlixPartners second interim fee application (.2); Finalize and file re: Omni second interim fee application (.2); Finalize and file re: Greenberg second interim fee application (.2); Finalize and file re: Jones Day second interim fee application (.2); E-mail to Omni re: service of interim fee applications of same (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 2.30 hrs. | 375.00 | $862.50 |
| | | | | |
| 05/15/23 | Email to B. Witters re: second interim fee applications of AP, Omni, Jones Day, and GT | | | |
| Associate | Huiqi Vicky Liu | 0.10 hrs. | 595.00 | $59.50 |
| | | | | |
| 05/15/23 | Review and prepare for filing Greenberg Traurig interim fee application and related notice (.4); Review and prepare for filing AlixPartners interim fee application and related notice (.4); Review and prepare for filing Jones Day interim fee application and related notice (.3); Review and prepare for filing Omni interim fee application and related notice (.3) | | | |
| Associate | Matthew P. Milana | 1.40 hrs. | 675.00 | $945.00 |
| | | | | |
| 05/16/23 | Correspondences with Z. Shapiro and M. Milana re: Weil interim fee application | | | |
| Director | Amanda R. Steele | 0.20 hrs. | 995.00 | $199.00 |
| | | | | |
| 05/16/23 | Review and prepare for filing Weil interim fee application and related notice | | | |
| Associate | Matthew P. Milana | 0.40 hrs. | 675.00 | $270.00 |
| | | | | |
| 05/16/23 | Draft notice for Weil interim fee application (.1); Organize, finalize and file same (.3); Coordinate service of same (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.50 hrs. | 375.00 | $187.50 |

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA 30308

July 13, 2023
Invoice 692838

Page 26

Client # 767622

Matter # 225120

---

| 05/16/23 | Correspondence with A. Steele re: WGM fee app. (.1); Call with C. Bentley re: same (.2) | | | |
|---|---|---|---|---|
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |

| 05/31/23 | E-mail to J. Carlson re: preparation of certificates of no objection re: Omni, Jones Day, AlixPartners, Greenberg Traurig and Weil Gotshal March fee applications (.1); Prepare certificate of no objection re: Omni March fee application (.2) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.30 hrs. | 375.00 | $112.50 |

| 05/31/23 | Review e-mail from M. Milana certificates of no objection re: Omni, Jones Day and Greenberg fee applications March 2023 (.1); Assemble and e-mail to M. Milana and H. Liu re: same x3 (.1); Finalize and file certificate of no objection re: Omni March fee application (.1); Finalize and file certificate of no objection re: Jones Day March fee application (.1); Finalize and file certificate of no objection re: Greenberg March fee application (.1) | | | |
|---|---|---|---|---|
| Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |

| 05/31/23 | Review CNO re: Omni fee application (.2); Review CNO re: Jones Day fee application (.2); Review CNO re: AlixPartners fee application (.2); Review CNO re: Weil fee application (.2); Review CNO re: Greenberg fee application (.2) | | | |
|---|---|---|---|---|
| Associate | Huiqi Vicky Liu | 1.00 hrs. | 595.00 | $595.00 |

Total Fees for Professional Services $7,555.50

TOTAL DUE FOR THIS INVOICE $7,555.50
BALANCE BROUGHT FORWARD $1,002.17

TOTAL DUE FOR THIS MATTER $8,557.67

Kabbage, Inc.
Attn:  Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838

Page 27

Client #  767622

Matter # 225120

---

For services through May 31, 2023

relating to  Utilities

05/04/23        Research re: utilities account issues
Associate        Huiqi Vicky Liu                0.80 hrs.        595.00                $476.00

Total Fees for Professional Services                $476.00

TOTAL DUE FOR THIS INVOICE                $476.00

TOTAL DUE FOR THIS MATTER                $476.00

Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

July 13, 2023
Invoice 692838
Page 28

Client #  767622

<u>Summary of Hours</u>

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Amanda R. Steele | 5.00 | 995.00 | 4,975.00 |
| Barbara J. Witters | 23.00 | 375.00 | 8,625.00 |
| Carol Borris | 8.50 | 195.00 | 1,657.50 |
| Daniel  J. DeFranceschi | 1.10 | 1,300.00 | 1,430.00 |
| Huiqi Vicky Liu | 9.10 | 595.00 | 5,414.50 |
| Kenneth E. Jackman | 0.20 | 950.00 | 190.00 |
| Lesley Morris | 7.00 | 195.00 | 1,365.00 |
| Matthew P. Milana | 13.50 | 675.00 | 9,112.50 |
| Rebecca V. Speaker | 1.10 | 375.00 | 412.50 |
| Tesia S. Smith | 3.40 | 195.00 | 663.00 |
| Zachary I. Shapiro | 28.60 | 995.00 | 28,457.00 |
| TOTAL | 100.50 | $619.92 | 62,302.00 |

TOTAL DUE FOR THIS INVOICE                                    $62,472.70

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

767622