**Exhibit B**



Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

Tax I.D. No.: 51-0226371

July 13, 2023
Invoice 692838

Page 1
Client #  767622
Matter #  225120

For disbursements incurred through May 31, 2023

relating to  Representation in a potential chapter 11 case

OTHER CHARGES:

| | |
|---|---:|
| Document Retrieval | $168.70 |
| Photocopying/Printing | $2.00 |
| 0 @ $.10/pg / 20 @ $.10/pg. | |
| Other Charges | $170.70 |
| TOTAL DUE FOR THIS INVOICE | $170.70 |
| TOTAL DUE FOR THIS MATTER | $170.70 |

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 13, 2023  
Invoice 692838  
Page 29  
Client #  767622

Client: Kabbage, Inc.

Matter: Representation in a potential chapter 11 case  
Case Administration  
Creditor Inquiries  
Meeting  
Plan of Reorganization/Disclosure Statement  
Cash Collateral/DIP Financing  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
Litigation/Adversary Proceedings  
RLF Fee Applications  
Fee Applications of Others  
Utilities

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 05/01/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/01/23 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 05/01/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/01/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/01/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/01/23 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 05/01/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/01/23 | PACER | | DOCRETRI |
| | | Amount = $2.40 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA 30308

July 13, 2023  
Invoice 692838  
Page 30  
Client # 767622

| Date | Description | | Code |
|---|---|---|---|
| 05/01/23 | PACER | Amount = $0.30 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.40 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.10 | DOCRETRI |
| 05/01/23 | PACER | Amount = $1.80 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.30 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.30 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.30 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.30 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.10 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.10 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.10 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.10 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.10 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.70 | DOCRETRI |
| 05/01/23 | PACER | Amount = $0.10 | DOCRETRI |
| 05/02/23 | PACER | Amount = $2.40 | DOCRETRI |
| 05/02/23 | PACER | Amount = $2.40 | DOCRETRI |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | July 13, 2023<br>Invoice 692838<br>Page 31<br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 05/02/23 | PACER | Amount = $2.40 | DOCRETRI |
| 05/03/23 | PACER | Amount = $0.20 | DOCRETRI |
| 05/03/23 | PACER | Amount = $3.00 | DOCRETRI |
| 05/03/23 | PACER | Amount = $2.50 | DOCRETRI |
| 05/03/23 | PACER | Amount = $2.50 | DOCRETRI |
| 05/03/23 | PACER | Amount = $2.50 | DOCRETRI |
| 05/03/23 | PACER | Amount = $2.50 | DOCRETRI |
| 05/03/23 | PACER | Amount = $2.50 | DOCRETRI |
| 05/04/23 | PACER | Amount = $2.50 | DOCRETRI |
| 05/04/23 | PACER | Amount = $1.90 | DOCRETRI |
| 05/04/23 | PACER | Amount = $2.50 | DOCRETRI |
| 05/05/23 | PACER | Amount = $2.40 | DOCRETRI |
| 05/05/23 | PACER | Amount = $2.40 | DOCRETRI |
| 05/05/23 | PACER | Amount = $0.10 | DOCRETRI |
| 05/05/23 | PACER | Amount = $2.40 | DOCRETRI |
| 05/05/23 | PACER | Amount = $0.10 | DOCRETRI |
| 05/08/23 | PACER | Amount = $2.20 | DOCRETRI |

| | | | |
|---|---|---|---|
| Kabbage, Inc. | | | July 13, 2023 |
| Attn: Holly Loiseau | | | Invoice 692838 |
| KServicing, Inc. | | | Page 32 |
| 730 Peachtree Street NE, Suite 470 | | | |
| Atlanta GA  30308 | | | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 05/08/23 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 05/08/23 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 05/08/23 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 05/08/23 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 05/08/23 | PACER | | DOCRETRI |
| | | Amount =  $2.20 | |
| 05/08/23 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 05/08/23 | PACER | | DOCRETRI |
| | | Amount =  $2.20 | |
| 05/09/23 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 05/09/23 | PACER | | DOCRETRI |
| | | Amount =  $2.10 | |
| 05/09/23 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 05/09/23 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 05/10/23 | PACER | | DOCRETRI |
| | | Amount =  $2.10 | |
| 05/10/23 | PACER | | DOCRETRI |
| | | Amount =  $2.10 | |
| 05/10/23 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 05/10/23 | PACER | | DOCRETRI |
| | | Amount =  $2.10 | |
| 05/10/23 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 05/10/23 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |

Kabbage, Inc.                                                                      July 13, 2023  
Attn: Holly Loiseau                                         Invoice 692838  
KServicing, Inc.                                                 Page 33  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308                                        Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 05/10/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/11/23 | PACER | | DOCRETRI |
| | | Amount = $2.10 | |
| 05/11/23 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 05/11/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/11/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/11/23 | PACER | | DOCRETRI |
| | | Amount = $2.10 | |
| 05/11/23 | PACER | | DOCRETRI |
| | | Amount = $2.10 | |
| 05/12/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/12/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/12/23 | PACER | | DOCRETRI |
| | | Amount = $2.00 | |
| 05/12/23 | PACER | | DOCRETRI |
| | | Amount = $2.00 | |
| 05/12/23 | PACER | | DOCRETRI |
| | | Amount = $1.90 | |
| 05/12/23 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 05/14/23 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 05/15/23 | PACER | | DOCRETRI |
| | | Amount = $1.60 | |
| 05/15/23 | PACER | | DOCRETRI |
| | | Amount = $1.70 | |
| 05/15/23 | PACER | | DOCRETRI |
| | | Amount = $1.70 | |

| | | |
|---|---|---|
| Kabbage, Inc. | | July 13, 2023 |
| Attn: Holly Loiseau | | Invoice 692838 |
| KServicing, Inc. | | Page 34 |
| 730 Peachtree Street NE, Suite 470 | | |
| Atlanta GA  30308 | | Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 05/15/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 05/15/23 | PACER | | DOCRETRI |
| | Amount = $1.60 | | |
| 05/15/23 | PACER | | DOCRETRI |
| | Amount = $1.50 | | |
| 05/15/23 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 05/15/23 | PACER | | DOCRETRI |
| | Amount = $1.70 | | |
| 05/15/23 | Printing | | DUP |
| | Amount = $1.90 | | |
| 05/15/23 | Printing | | DUP |
| | Amount = $0.10 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $1.70 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $1.70 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $0.80 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $1.70 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $1.70 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 13, 2023  
Invoice 692838  
Page 35  

Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 05/16/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $1.80 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $1.80 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $1.80 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $1.10 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $0.60 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $1.80 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $0.60 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $1.60 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $2.00 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $1.80 | | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |

| | | |
|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | July 13, 2023<br>Invoice 692838<br>Page 36<br>Client #  767622 |

| Date | Description | | Code |
|---|---|---|---|
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = | $1.50 | |
| 05/18/23 | PACER | | DOCRETRI |
| | Amount = | $0.80 | |
| 05/19/23 | PACER | | DOCRETRI |
| | Amount = | $1.70 | |
| 05/19/23 | PACER | | DOCRETRI |
| | Amount = | $1.60 | |
| 05/19/23 | PACER | | DOCRETRI |
| | Amount = | $1.70 | |
| 05/19/23 | PACER | | DOCRETRI |
| | Amount = | $1.60 | |
| 05/19/23 | PACER | | DOCRETRI |
| | Amount = | $1.70 | |
| 05/19/23 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 05/19/23 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 05/19/23 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 05/22/23 | PACER | | DOCRETRI |
| | Amount = | $1.60 | |
| 05/22/23 | PACER | | DOCRETRI |
| | Amount = | $1.60 | |
| 05/23/23 | PACER | | DOCRETRI |
| | Amount = | $1.60 | |

| | | | |
|---|---|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | | | July 13, 2023<br>Invoice 692838<br>Page 37<br>Client #  767622 |

| Date | Description | Amount | Code |
|---|---|---|---|
| 05/23/23 | PACER | Amount = $1.60 | DOCRETRI |
| 05/23/23 | PACER | Amount = $1.60 | DOCRETRI |
| 05/24/23 | PACER | Amount = $1.60 | DOCRETRI |
| 05/25/23 | PACER | Amount = $1.60 | DOCRETRI |
| 05/26/23 | PACER | Amount = $1.50 | DOCRETRI |
| 05/30/23 | PACER | Amount = $1.90 | DOCRETRI |
| 05/30/23 | PACER | Amount = $1.90 | DOCRETRI |
| 05/30/23 | PACER | Amount = $1.90 | DOCRETRI |
| 05/30/23 | PACER | Amount = $1.30 | DOCRETRI |
| 05/30/23 | PACER | Amount = $1.30 | DOCRETRI |
| 05/30/23 | PACER | Amount = $2.20 | DOCRETRI |
| 05/30/23 | PACER | Amount = $1.90 | DOCRETRI |
| 05/30/23 | PACER | Amount = $1.90 | DOCRETRI |
| 05/30/23 | PACER | Amount = $2.00 | DOCRETRI |

TOTALS FOR   767622            Kabbage, Inc.

Expenses     $170.70