UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
Case No. 22-10951 (CTG)          Chapter 11

**FILED**

2023 JUL 17  AM 10: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

NOTICE OF CHANGE OF ADDRESS

IN RE:

KABBAGE, INC. d/b/a KSERVICING, et. al.,

Debtors.

Please enter the change of address set forth below in the records of the above-captioned case:

Margaret Kokah
El-Shaddai Support Services
Names-Type or Print
(If Debtor, indicate full name as scheduled)

4451 S. Auckland Court
New Street Number, Rural Route, or P.O. Box
Type or Print

Aurora, CO 80015
New City, State and Zip Code
Type or Print

Dated: July 7, 2023

Margaret Kokah
4451 S. Auckland Court
Aurora, CO 80015