**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>KABBAGE, INC., d/b/a KSERVICING, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br>(Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF THE NOTICE OF**
**(I) ENTRY OF ORDER CONFIRMING AMENDED JOINT CHAPTER 11**
**PLAN OF LIQUIDATION OF KABBAGE, INC. (d/b/a KSERVICING)**
**AND ITS AFFILIATED DEBTORS AND (II) THE EFFECTIVE DATE**

This Affidavit of Publication includes the sworn statement verifying that the *Notice of (I) Entry of Order Confirming Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors and (II) the Effective Date* was published and incorporated by reference herein as follows:

1. In USA Today on June 30, 2023, attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**Exhibit A**



June 30, 2023

**Affidavit of Publication**

To Whom It May Concern:

I am a duly authorized representative of MCA Russell Johns Associates LLC, the company handling the advertising matters for USA Today, a daily newspaper distributed within the United States.

A legal notice advertisement was placed by Perkins Coie LLP - Portland and was published in said newspaper in the National section of USA Today on June 30, 2023.

_____
Anthony Pacini

State of Florida
County of Pinellas

On this 30th day of June 2023, I attest that the attached document is a true, exact, complete, and unaltered tearsheet.

_____
Notary

CAMIKA C WINTER
Notary Public, State of Florida
My Comm. Expires Apr. 16, 2026
No. HH 253170

Russell Johns Associates 17110 Gunn Hwy, Odessa Florida 33556

# Rejuvenated Rickie Fowler keeps it rolling

**Adam Schupak**
Golfweek | USA TODAY Network

DETROIT – Rickie Fowler has his swagger back.

It's been building since the start of the 2022-23 PGA Tour season when he opened with a tie for sixth in the kickoff in Napa in September, played in the final group at the Zozo Championship in October, shot the first 62 in U.S. Open history this month and shot 60 last Saturday at the Travelers Championship. On Thursday, he made eight birdies and carded a 5-under 67 at Detroit Golf Club, three strokes off the early lead set by Monday qualifier Peter Kuest at the Rocket Mortgage Classic and matched by Taylor Moore.

On a warm, hazy day, the pros picked apart the softened Donald Ross layout. Fowler's round could've been even lower had he not finished with a pair of bogeys at Nos. 8 and 9.

"To be perfectly honest, I had to go to the bathroom pretty badly, so luckily I just got drug tested so I went straight in," he said. "There weren't many bathrooms the last five holes so I was a little shaky coming in, and not to necessarily blame the finish on that, but it didn't help."

For the past few years, Fowler's game has been shaky for other reasons. He hasn't won since the 2019 WM Phoenix Open and didn't qualify for the Masters for the second year in a row, and his world ranking plummeted to No. 103 at



Rickie Fowler had 8 birdies in posting 67 Thursday in the Rocket Mortgage Classic. JUNFU HAN/DETROIT FREE PRESS

the start of the year.

"Rickie never had scar tissue," said Cobra equipment rep Ben Schomin. "He never struggled at any stage in his career. Never had been in a slump. He's back and I think he'll play better than he's ever played. A lot of that will be because of what he's learned going through this."

Fowler worked tirelessly to regain his form. For a while, many of those hours proved to be fruitless but he says he's a better player for them. Perhaps the best lesson he learned as he worked through his slump was this: "I appreciate the good times because I know they're not going to last forever," he said.

Last year, Fowler missed the cut in the Motor City and his game was adrift. Asked to describe the difference between his game now and a year ago, he said, "It's quite a bit different, just the confidence and self-belief and knowing what I'm capable of and what I've been doing and the consistency and kind of being able to build momentum," he said. "That was something that I definitely didn't have the last few years. Yeah, in a lot better spot."

Fowler has improved to No. 35 in the Official World Golf Ranking and No. 9 in the Golfweek Sagarin Rankings, which better reflects a player's recent performance.

He's finished in the top 20 in 12 of his 15 starts this year. Next up is returning to the winner's circle, but Fowler just wants to be in striking distance heading into the weekend. "That's really all you hope for on a Thursday to get a tournament going is get out moving in the right direction," he said.

Good starts have been eluding two-time major winner Collin Morikawa of late. Last week, in Hartford, he opened with 74 and missed the cut. He was quite pleased to shoot a bogey-free 66 on Thursday.

"It was an easy 6 under, it could have been a lot lower, but that's kind of what I want, how my game should be really," said Morikawa, who is seeking his first PGA Tour win since the '21 British Open.

He credited a minor swing change that he made during a practice session after his Wednesday nine-hole pro-am round for his improved play, noting it is "still a work in progress."

Two recent college stars who are benefiting from "PGA Tour U" – Haskins Award winner Ludvig Aberg out of Texas Tech and 2022 U.S. Amateur Sam Bennett out of Texas A&M – were among a group of seven players to shoot 65. Aberg hit all 14 fairways and held the lead at 9 under until he made bogeys at his last two holes.

Kuest, a 25-year-old BYU grad, has limited status on the Korn Ferry Tour and hasn't gotten into an event yet this season based on his Q-school finish, so he decided to chase getting into tournaments on the big tour. He made four birdies in a five-hole stretch on his front nine en route to shooting 64. Asked what he would've been doing had he not earned one of four spots into the Rocket Mortgage Classic field on Monday, he said, "Probably fishing back in Utah."

## NBA FREE AGENCY

# What we're hearing on who may re-sign, be on move

**Jeff Zillgitt and Anthony Gharib**
USA TODAY

With the draft in the books, it's time for one of the most unpredictable times on the sports calendar – NBA free agency. The ball drops at 6 p.m. EDT Friday when players and teams will be allowed to officially negotiate deals.

Unrestricted free agents will be able to sign with any team.

Restricted free agents can too, but the player's original team can choose to match any offer and retain the player.

What we're hearing:

Fred VanVleet will get paid. The Houston Rockets are willing to offer a two-year deal in the neighborhood of $80 million, and while the Toronto Raptors have interest in retaining the All-Star-caliber guard, the Raptors are closer to a deal in the three-year, $90 million range as they weigh other financial obligations, present and future. ...

The Rockets are willing to spend money as they try to expedite their rebuild under first-year coach Ime Udoka. They also have interest in Brook Lopez, but as veteran NBA reporter Marc Stein reported, it looks like Lopez will re-sign with the Milwaukee Bucks, who also wants to bring back Khris Middleton. ...

The Orlando Magic are an interesting team to watch. They have solid young players in 2022-23 Rookie of the Year Paolo Banchero and 2021-22 All-Rookie performer Franz Wagner, and they had a strong 2023 draft, selecting Anthony Black No. 6 and Jett Howard No. 11. The Magic were in the play-in hunt until late in the season and were close to a .500 team the second half of the season. Don't be surprised if they spend some money on a short-term deal to preserve salary cap space beyond 2023-24. ...

Green plans to keep an open mind in free agency as the Golden State Warriors would like him back. Figuring out salary and length of contract are the main issues. Three or four years at $25 million a season could get that deal done between Green and Golden State. Outside of the Warriors, the Sacramento Kings and Detroit Pistons are expected to have interest. New Phoenix Suns owner Mat Ishbia, who like Green played basketball at Michigan State, would love to add Green, but that would require a significant sign-and-trade. ...

Watch for Phoenix center Deandre Ayton's name to come up in trade scenarios, too. ...

The night the Denver Nuggets won the title, key reserve Bruce Brown said money wasn't the only thing. However, he declined the final season of his deal to become a free agent this summer, and he will have interest including some from the Los Angeles Lakers, who lost to the Nuggets in the Western Conference finals. ...

It's out there to some degree, but the Kawhi Leonard-Paul George pairing could be coming to an end as the Los Angeles Clippers explore trade possibilities. ...

The Dallas Mavericks would like to add another All-Star-type player alongside Luka Doncic and Kyrie Irving, who is expected to re-sign.

## WEEKEND PREVIEWS

### LIV GOLF LEAGUE

**LIV Golf-Valderrama**
Course: Valderrama GC in Sotogrande, Spain. Yardage: 71. Par: 7,028.
Prize money: $20 million. Winner's share: $4 million.
TV (EDT): Friday, 9 a.m.-2 p.m. (The CW App); Saturday-Sunday, 1-6 p.m. (The CW Network, delay)
Notes: This is the first LIV Golf event since its financial backer, the Saudi national wealth fund, agreed to a deal to form a new company with the PGA Tour and European Tour that would include LIV. ... Four players from LIV Golf – Cameron Smith, Dustin Johnson, Brooks Koepka and Patrick Reed – are among 18 players who have made the cut in all three of the majors this year. Koepka and Smith each have a pair of top-10 finishes, with Koepka winning the PGA Championship. ... Talor Gooch leads the points list for LIV Golf. He has not competed in a month because he did not enter the U.S. Open and was not exempt.

### AUTO RACING

**NASCAR Cup Series**

**Grant Park 220**
TV: 5:30 p.m. EDT Sunday, NBC
Track: Chicago road course
Fast facts: Martin Truex Jr. expanded his overall points lead to 18 over William Byron and Ross Chastain and 45 ahead of Christopher Bell. ... Byron leads all drivers with seven stage wins and shares the lead with Ryan Blaney with seven top-five finishes.

**NASCAR Xfinity Series**

**The Loop 121**
TV: 5 p.m. EDT Saturday, USA
Track: Chicago street course
Fast facts: A.J. Allmendinger pulled away on a restart to begin the second overtime and won at Nashville, his second victory of 2023 and 17th in his career. ... John Hunter Nemechek retained the points lead by nine over Austin Hill and 41 over Justin Allgaier.

### Formula 1

**Austrian Grand Prix**
TV: 9 a.m. EDT Sunday, ESPN
Track: Red Bull Ring in Spielberg
Fast facts: Six-time 2023 race winner Max Verstappen leads Red Bull teammate Sergio Perez by 69 points through eight races. Third-place Fernando Alonso is 78 points behind and seven-time series champion Lewis Hamilton is 93 points back.

### NTT IndyCar Series

**Honda Indy 200 at Mid-Ohio**
TV: 1:30 p.m. EDT Sunday, USA
Track: Mid-Ohio Sports Car Course in Lexington
Fast facts: Alex Palou, the 2021 season champion, is the lone three-time winner through eight races and leads Marcus Ericsson by 74 points and Josef Newgarden, a two-time champion (2017 and 2019), by 81. Pato O'Ward and six-time champion Scott Dixon are each 98 points back.

– Associated Press

# USMNT crushes St. Kitts and Nevis

**Jason Anderson**
Pro Soccer Wire
USA TODAY Network

The U.S. men's national team may just have gotten back on track.

After opening the Concacaf Gold Cup with a frustrating draw with Jamaica, the USMNT held an offense vs. defense drill at St. Kitts and Nevis' expense, taking 33 shots en route to a 6-0 win Wednesday night.

The Sugar Boyz were under siege immediately, blocking multiple shots in the opening seconds. The sluggish play that characterized the early portions of the USMNT's 1-1 draw with Jamaica was nowhere to be found, and the chances arrived as expected.

The U.S. broke through after just 12 minutes, with Djordje Mihailovic smashing home Gianluca Busio's cutback.

Fans had barely had time to cheer that goal when the second arrived. A USMNT corner ended up on the edge of the box, where Bryan Reynolds scored a birthday banger, scoring his first international goal in extraordinary fashion on the night he turned 22 years old.

Some skillful build-up play saw the USMNT slice through the defense, with Jesús Ferreira producing a clinical finish. In a span of just three minutes and 50 seconds, the USMNT had gone from a 0-0 scoreline to a three-goal advantage.

A win in their group stage finale on Sunday (7 EDT, Fox), when they face Trinidad and Tobago in Charlotte, North Carolina, will likely lock up a spot atop Group A.

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICE

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

In re Kabbage, Inc., /d/b/a KServicing, et. al Debtors.    Chapter 11
Case No. 22-10951 (CTG)
(Jointly Administered)

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF KABBAGE, INC. (d/b/a KSERVICING) AND ITS AFFILIATED DEBTORS AND (II) THE EFFECTIVE DATE**

PLEASE TAKE NOTICE that:

1. On March 15, 2023, the United States Bankruptcy Court for the District of Delaware entered an order confirming the Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and Its Affiliated Debtors [Doc 627] (as supplemented, "**Plan**").

2. The Effective Date of the Plan occurred on June 20, 2023 and Jeremiah Foster of Resolute Commercial Services is the Wind Down Officer under terms of the Plan.

3. All requests for Administrative Expense Claims must be filed with the Bankruptcy Court and served on the Debtors and the Wind Down Officer (as applicable), the Claims and Noticing Agent, and the U.S. Trustee by no later than **July 25, 2023** ("**Administrative Expense Claims Bar Date**").

4. Proof of the Administrative Expense Claim must include (i) the name of the applicable Debtor that is purported to be liable for the Administrative Expense Claim and if the Administrative Expense Claim is asserted against more than one Debtor, the exact amount asserted to be owed by each such Debtor; (ii) the name of the holder of the Administrative Expense Claim; (iii) the asserted amount of the Administrative Expense Claim; (iv) the basis of the Administrative Expense Claim; and (v) supporting documentation for the Administrative Expense Claim

5. Parties required to submit an Administrative Expense Claim that do not file by the Administrative Expense Claims Bar Date will be forever barred and disallowed from asserting such claims against the Debtors, the Wind Down Estates, or their respective property or interests.

6. If you are party to an executory lease or contract that was rejected by the Plan, a Proof of Claim must be filed by no later than **July 20, 2023** ("**Rejection Damages Bar Date**"). Any such rejection damages Claim not filed by the Rejection Damages Bar Date will be forever barred against the Debtors, the Wind Down Estates, or their respective property unless a Proof of Claim is timely filed by the Rejection Damages Bar Date, unless otherwise expressly allowed by the Court.

7. The Plan and its provisions are binding on the Debtors, the Wind Down Estates, any holder of a Claim against, or Interest in, the Debtors and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is impaired under the Plan and whether or not such holder voted to accept the Plan.

8. Copies of the Plan, Confirmation Order and other papers filed in these chapter 11 cases may be obtained free of charge by visiting www.omniagentsolutions.com/kservicing.

Perkins Coie LLP, Bradley A. Cosman,  E-mail: BCosman@perkinscoie.com,  *Counsel to Wind Down Officer.*