**Exhibit A**

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA 30308

July 17, 2023  
Invoice 693025  
Page 2  
Client # 767622

Matter # 225120

For services through June 20, 2023  
relating to Case Administration

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/23 | Review and circulate docket | | | | |
| Paralegal | | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 06/06/23 | Review and update critical dates | | | | |
| Paralegal | | Barbara J. Witters | 0.10 hrs. | 375.00 | $37.50 |
| 06/06/23 | Review case work in progress memo | | | | |
| Associate | | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 06/08/23 | Review docket updates | | | | |
| Director | | Daniel J. DeFranceschi | 0.10 hrs. | 1,300.00 | $130.00 |
| 06/08/23 | Review notice of appearance (.1); Correspondence with C. Arthur re: same (.1); Correspondence with C. Bentley re: same (.1) | | | | |
| Director | | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| 06/14/23 | Review and circulate docket | | | | |
| Paralegal | | Barbara J. Witters | 0.20 hrs. | 375.00 | $75.00 |
| 06/15/23 | Review and circulate docket | | | | |
| Paralegal | | Barbara J. Witters | 0.10 hrs. | 375.00 | $37.50 |
| 06/20/23 | Coordinate calendar update | | | | |
| Paralegal | | Barbara J. Witters | 0.10 hrs. | 375.00 | $37.50 |

Total Fees for Professional Services  $826.00

TOTAL DUE FOR THIS INVOICE  **$826.00**  
BALANCE BROUGHT FORWARD  $881.55

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 3  

Client #  767622

Matter #  225120

---

**TOTAL DUE FOR THIS MATTER** $1,707.55

| | |
|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA 30308 | July 17, 2023<br>Invoice 693025<br>Page 4<br>Client # 767622<br>Matter # 225120 |

For services through June 20, 2023

relating to Creditor Inquiries

| | | | | | |
|---|---|---|---|---|---|
| 06/01/23 | | Email to Weil team re: creditor inquiry | | | |
| Director | | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| | | | | | |
| 06/07/23 | | Call with potential creditor re: loan transfer motion | | | |
| Associate | | Huiqi Vicky Liu | 0.20 hrs. | 595.00 | $119.00 |

|  |  |
|---|---|
| Total Fees for Professional Services | $218.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$218.50** |
| BALANCE BROUGHT FORWARD | $197.19 |
| **TOTAL DUE FOR THIS MATTER** | **$415.69** |

| | |
|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | July 17, 2023<br>Invoice 693025<br>Page 5<br>Client #  767622<br>Matter # 225120 |

For services through June 20, 2023

relating to Meeting

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/06/23 | Review updated WIP report (.1); Attend case update call with Z. Shapiro, M. Milana and Weil team (.7) | Director — Amanda R. Steele | 0.80 hrs. | 995.00 | $796.00 |
| 06/06/23 | Attend Zoom case update call with A. Steele, Z. Shapiro and Weil team | Associate — Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |
| 06/06/23 | Attend update call (.7); Review WIP (.1) | Director — Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |
| 06/14/23 | Attend case update call with Weil team, Z. Shapiro and M. Milana | Director — Amanda R. Steele | 0.50 hrs. | 995.00 | $497.50 |
| 06/14/23 | Attend Zoom case update call with A. Steele, Z. Shapiro and Weil team | Associate — Matthew P. Milana | 0.30 hrs. | 675.00 | $202.50 |
| 06/14/23 | Attend update call (.5); Review WIP (.1) | Director — Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| 06/20/23 | Attend case update call with Z. Shapiro and Weil team | Director — Amanda R. Steele | 0.40 hrs. | 995.00 | $398.00 |
| 06/20/23 | Attend Zoom case update call with A. Steele and Z. Shapiro | Associate — Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 06/20/23 | Attend update call (.4); Review WIP (.1) | Director — Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |

Total Fees for Professional Services        $4,122.00

Kabbage, Inc.  
Attn:  Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308  

July 17, 2023  
Invoice 693025  
Page 6  

Client #  767622  

Matter # 225120  

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$4,122.00** |
| BALANCE BROUGHT FORWARD | $2,092.59 |
| **TOTAL DUE FOR THIS MATTER** | **$6,214.59** |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308  

July 17, 2023  
Invoice 693025  
Page 7  

Client #  767622  

Matter # 225120  

---

For services through June 20, 2023  
relating to Plan of Reorganization/Disclosure Statement

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/23 | Call with C. Bentley re: plan issues (.4); research re: same (.2) | | | | |
| | Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| 06/05/23 | Correspondence with C. Bentley re: plan issues (.3); Call with C. Bentley re: same (.1) | | | | |
| | Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |
| 06/06/23 | Prepare for and attend update call on effective date issues | | | | |
| | Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |
| 06/12/23 | Correspondence with C. Arthur re: effective date | | | | |
| | Director | Zachary I. Shapiro | 0.20 hrs. | 995.00 | $199.00 |
| 06/14/23 | Review list for effective date | | | | |
| | Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 06/14/23 | Review and update notice of effective date | | | | |
| | Associate | Matthew P. Milana | 0.60 hrs. | 675.00 | $405.00 |
| 06/14/23 | Review effective date notice and revisions to same (.5); Correspondence with WGM team re: same (.3); Correspondence with M. Milana re: same (.1); Review effective date WIP list (.3); Correspondence with C. Arthur re: same (.2); Correspondence with C. Bentley re: same (.1) | | | | |
| | Director | Zachary I. Shapiro | 1.50 hrs. | 995.00 | $1,492.50 |
| 06/15/23 | Review e-mail from M. Milana re: fourth plan supplement (.1); Assemble and e-mail to M. Milana re: same (.1); Finalize and file re: same (.1); E-mail to Omni re: service of same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |
| 06/15/23 | Review, revise and prepare for filing fourth plan supplement | | | | |
| | Associate | Matthew P. Milana | 0.60 hrs. | 675.00 | $405.00 |

| | |
|---|---|
| Kabbage, Inc.<br>Attn:  Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | July 17, 2023<br>Invoice 693025<br>Page 8<br>Client #  767622<br>Matter # 225120 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/15/23 | Review and comment on plan supplement and related notice (.4); Correspondence with WGM re: same (.1); Correspondence with M. Milana re: same (.1); Call with C. Bentley re: same (.3); Correspondence with C. Bentley re: same (.4); Correspondence with APS team re: same (.2); Review and comment on schedule (.2) | | | | |
| | Director | Zachary I. Shapiro | 1.60 hrs. | 995.00 | $1,592.00 |
| 06/16/23 | Review emails re: effective date | | | | |
| | Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |
| 06/16/23 | Correspondence with C. Arthur re: effective date (.1); Review effective date checklist (.7) | | | | |
| | Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |
| 06/20/23 | Review e-mail from M. Milana re: notice of effective date (.1); Assemble and e-mail to M. Milana re: same (.1); Finalize and file re: same (.1); E-mail to Omni re: service of same (.1) | | | | |
| | Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |
| 06/20/23 | Prepare notice of effective date for filing and correspondence with B. Witters re: same | | | | |
| | Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 06/20/23 | Review, revise and finalize notice of effective date (.2); Correspondence with WGM re: same (.2); Correspondence with M. Milana re: same (.1) | | | | |
| | Director | Zachary I. Shapiro | 0.50 hrs. | 995.00 | $497.50 |

|  |  |
|---|---|
| Total Fees for Professional Services | $7,513.50 |
| **TOTAL DUE FOR THIS INVOICE** | **$7,513.50** |
| BALANCE BROUGHT FORWARD | $3,332.72 |
| **TOTAL DUE FOR THIS MATTER** | **$10,846.22** |

| | |
|---|---|
| Kabbage, Inc.<br>Attn:  Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | July 17, 2023<br>Invoice 693025<br>Page 9<br>Client #  767622<br>Matter # 225120 |

For services through June 20, 2023

relating to Claims Administration

| | | | | |
|---|---|---|---|---|
| 06/01/23 | Correspondence with C. Bentley re: claim 245 (.3); Research re: same (.2); Correspondence with C. Arthur re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.60 hrs. | 995.00 | $597.00 |
| | | | | |
| 06/20/23 | Review and send administrative proof of claim form comments to Weil team | | | |
| Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| | | | | |
| 06/20/23 | Review revisions to POC form (.2); Correspondence with WGM re: same (.1); Correspondence with M. Milana re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.40 hrs. | 995.00 | $398.00 |

| | |
|---|---|
| Total Fees for Professional Services | $1,130.00 |
| **TOTAL DUE FOR THIS INVOICE** | **$1,130.00** |
| BALANCE BROUGHT FORWARD | $936.29 |
| **TOTAL DUE FOR THIS MATTER** | **$2,066.29** |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 10  
Client #  767622

Matter # 225120

For services through June 20, 2023  
relating to  Court Hearings

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/23 | Email to C. Bentley re: status conference (.1); Conference with M. Milana re: agenda for status conference (.1) | Director | Amanda R. Steele | 0.20 hrs. | 995.00 | $199.00 |
| 06/06/23 | Prepare 6/9/23 agenda (.2); E-mail to A. Steele, M. Milana and H. Liu re: same (.1) | Paralegal | Barbara J. Witters | 0.30 hrs. | 375.00 | $112.50 |
| 06/06/23 | Review and comment on draft agenda for 6/9/23 status conference | Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 06/06/23 | Call with C. Bentley re: status conference (.1); Correspondence with WGM re: same (.2); Review agenda (.1); Correspondence with M. Milana re: same (.1); Correspondence with C. Bentley re: status conference (.2) | Director | Zachary I. Shapiro | 0.70 hrs. | 995.00 | $696.50 |
| 06/07/23 | Correspondence with C. Arthur re: plan issues (.4); Correspondence with C. Bentley re: same (.3) | Director | Zachary I. Shapiro | 0.70 hrs. | 995.00 | $696.50 |
| 06/08/23 | Correspondence with L. Castillo re: status conference | Associate | Matthew P. Milana | 0.10 hrs. | 675.00 | $67.50 |
| 06/16/23 | Prepare 6/22/23 agenda (.3); E-mail to M. Milana and H. Liu re: same (.1) | Paralegal | Barbara J. Witters | 0.40 hrs. | 375.00 | $150.00 |
| 06/19/23 | Review and revise 6/22/23 hearing agenda and correspondence with Z. Shapiro and A. Steele re: same (.3); Correspondence with Weil team re: agenda for 6/22/23 hearing (.2) | Associate | Matthew P. Milana | 0.50 hrs. | 675.00 | $337.50 |

| | |
|---|---|
| Kabbage, Inc.<br>Attn: Holly Loiseau<br>KServicing, Inc.<br>730 Peachtree Street NE, Suite 470<br>Atlanta GA  30308 | July 17, 2023<br>Invoice 693025<br>Page 11<br>Client #  767622<br>Matter # 225120 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/19/23 | Review agenda (.2); Correspondence with WGM re: same (.2); Correspondence with M. Milana re: same (.1) | | | | |
| | Director    Zachary I. Shapiro | | 0.50 hrs. | 995.00 | $497.50 |
| 06/20/23 | Review e-mail from M. Milana re: 6/22/23 agenda - cancel hearing (.1); Assemble and e-mail to M. Milana re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1); E-mail to M. Milana re: same (.1); E-mail to distribution re: same (.1) | | | | |
| | Paralegal    Barbara J. Witters | | 0.70 hrs. | 375.00 | $262.50 |
| 06/20/23 | Correspondence with Weil and the Court re: 6/22/23 hearing | | | | |
| | Associate    Matthew P. Milana | | 0.30 hrs. | 675.00 | $202.50 |
| 06/20/23 | Call with C. Bentley re: status conference (.2); Correspondence with WGM re: same (.1); Correspondence with Chambers re: same (.2) | | | | |
| | Director    Zachary I. Shapiro | | 0.40 hrs. | 995.00 | $398.00 |

Total Fees for Professional Services  $3,755.00

**TOTAL DUE FOR THIS INVOICE**                               **$3,755.00**
BALANCE BROUGHT FORWARD                               $2,991.93

**TOTAL DUE FOR THIS MATTER**                               **$6,746.93**

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 12

Client #  767622

Matter # 225120

For services through June 20, 2023  
relating to  Schedules/SOFA/U.S. Trustee Reports

| | | | | |
|---|---|---|---|---|
| 06/19/23 | Review MORs (.6); Correspondence with A. Suarez re: same (.2) | | | |
| Director | Zachary I. Shapiro | 0.80 hrs. | 995.00 | $796.00 |
| | | | | |
| 06/20/23 | Review revised MORs (.2); Correspondence with A. Suarez re: same (.1) | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |

Total Fees for Professional Services  $1,094.50

**TOTAL DUE FOR THIS INVOICE**          **$1,094.50**  
BALANCE BROUGHT FORWARD              $334.75

**TOTAL DUE FOR THIS MATTER**          **$1,429.25**

Kabbage, Inc.  
Attn:  Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308  

July 17, 2023  
Invoice 693025  
Page 13  
Client #  767622  

Matter # 225120  

---

For services through June 20, 2023  
relating to  RLF Fee Applications  

| Date | Description | Timekeeper | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/06/23 | Prepare certificate of no objection re: RL&F March fee application (.2); E-mail to M. Milana and H. Liu re: same (.1); Review e-mail from M. Milana re: updates to certificate of no objection of same (.1); Review and update re: same (.1); E-mail to M. Milana and H. Liu re: same (.1); Finalize and file certificate of no objection re: same (.2) | Paralegal | Barbara J. Witters | 0.80 hrs. | 375.00 | $300.00 |
| 06/06/23 | Review CNO re: RLF fee application (.2); Emails with M. Milana re: same (.2) | Associate | Huiqi Vicky Liu | 0.40 hrs. | 595.00 | $238.00 |
| 06/06/23 | Correspondence with Z. Shapiro and B. Witters re: RLF sixth monthly fee application (.2); Review and revise CNO re: same (.3) | Associate | Matthew P. Milana | 0.50 hrs. | 675.00 | $337.50 |
| 06/06/23 | Review and revise RLF fee application (.8); Review CNO (.2); Correspondence with M. Milana re: same (.1) | Director | Zachary I. Shapiro | 1.10 hrs. | 995.00 | $1,094.50 |
| 06/07/23 | Review RLF fee application | Associate | Huiqi Vicky Liu | 2.40 hrs. | 595.00 | $1,428.00 |
| 06/07/23 | Prepare April 2023 monthly fee application | Case Assistant | Lesley Morris | 2.00 hrs. | 195.00 | $390.00 |
| 06/07/23 | Review fee application (.6); Correspondence with V. Liu re: same (.2); Finalize same (.3) | Director | Zachary I. Shapiro | 1.10 hrs. | 995.00 | $1,094.50 |
| 06/08/23 | Review RLF fee application | Director | Amanda R. Steele | 0.30 hrs. | 995.00 | $298.50 |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 14  
Client #  767622  

Matter # 225120

---

| Date | Description | | | Amount |
|---|---|---|---|---|
| 06/08/23 | Review RLF seventh fee application | | | |
| Director | Daniel J. DeFranceschi | 0.20 hrs. | 1,300.00 | $260.00 |
| 06/08/23 | Correspondence with C. Borris, M. Milana, L. Morris re: RLF fee application (.3); Review RLF fee application (1.9) | | | |
| Associate | Huiqi Vicky Liu | 2.20 hrs. | 595.00 | $1,309.00 |
| 06/08/23 | Prepare April 2023 monthly fee application | | | |
| Case Assistant | Lesley Morris | 1.50 hrs. | 195.00 | $292.50 |
| 06/08/23 | Review and comment on April RLF fee application (.5); Review and prepare for filing final April RLF fee application and exhibits (.3); Draft notice of April RLF fee application (.2) | | | |
| Associate | Matthew P. Milana | 1.00 hrs. | 675.00 | $675.00 |
| 06/08/23 | Organize RLF April 2023 fee application for filing (.1); Finalize and file same (.1); Coordinate service of same (.1); Email LEDES data to Chambers re: same (.1) | | | |
| Paralegal | Rebecca V. Speaker | 0.40 hrs. | 375.00 | $150.00 |
| 06/08/23 | Review fee application | | | |
| Director | Zachary I. Shapiro | 0.30 hrs. | 995.00 | $298.50 |
| 06/09/23 | Email to Z. Shapiro re: RLF CNO | | | |
| Director | Amanda R. Steele | 0.10 hrs. | 995.00 | $99.50 |

Total Fees for Professional Services  $8,265.50

TOTAL DUE FOR THIS INVOICE  **$8,265.50**  
BALANCE BROUGHT FORWARD  $1,646.16  

**TOTAL DUE FOR THIS MATTER**  **$9,911.66**

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 15  
Client #  767622

Matter # 225120

---

For services through June 20, 2023

relating to Fee Applications of Others

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/23 | Review e-mail from M. Milana re: certificate of no objections for AlixPartners and Weil Gotshal March fee applications (.1); Assemble and e-mail to M. Milana and H. Liu re: same (.1); Finalize and file certificate of no objection re: AlixPartners March fee application (.2);  Finalize and file certificate of no objection re: Weil Gotshal March fee application (.2) | Paralegal | Barbara J. Witters | 0.60 hrs. | 375.00 | $225.00 |
| 06/01/23 | Review CNO re: Weil fee application (.1); Review CNO re: AlixPartners fee application (.1) | Associate | Huiqi Vicky Liu | 0.20 hrs. | 595.00 | $119.00 |
| 06/01/23 | Correspondence with AlixPartners and B. Witters re: AlixPartners' sixth monthly fee application | Associate | Matthew P. Milana | 0.20 hrs. | 675.00 | $135.00 |
| 06/07/23 | Review draft seventh monthly fee applications for certain professionals | Associate | Matthew P. Milana | 0.60 hrs. | 675.00 | $405.00 |
| 06/08/23 | Review and prepare Greenberg Traurig fee application and related notice for filing (.2); Review and prepare Jones Day fee application and related notice for filing (.2); Review and prepare AlixPartners fee application and related notice for filing (.2) | Associate | Matthew P. Milana | 0.60 hrs. | 675.00 | $405.00 |
| 06/08/23 | Draft notice for Greenberg 7th fee application (.1); Organize same for filing (.1); Draft notice for Jones Day 7th fee application (.1); Organize same for filing (.1); Draft notice for AlixPartners 7th fee application (.1); Organize same for  filing (.1); Revise notices for fee applications (.2) | Paralegal | Rebecca V. Speaker | 0.80 hrs. | 375.00 | $300.00 |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308  

July 17, 2023  
Invoice 693025  
Page 16  

Client #  767622  

Matter # 225120  

---

| Date | Description | Role | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/13/23 | Prepare second interim fee order (.3); E-mail to M. Milana and H. Liu re: same (.1); Review e-mail from M. Milana re: Weil Gotshal April fee application (.1); Prepare notice of motion re: same (.2); Assemble application, notice, exhibits and e-mail to M. Milana re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of same (.1) | Paralegal | Barbara J. Witters | 1.10 hrs. | 375.00 | $412.50 |
| 06/13/23 | Review and revise proposed second interim fee order (.4); Correspondence with Z. Shapiro and debtor professionals re: same (.4); Correspondence with Z. Shapiro and UST re: same (.3); Prepare Weil April monthly fee application and related notice for filing (.4) | Associate | Matthew P. Milana | 1.50 hrs. | 675.00 | $1,012.50 |
| 06/14/23 | Prepare index re: second interim fee applications (.6); Further review and update index re: second interim fee applications (1.0); Prepare individual folders of fee professionals of second interim fee applications and related pleadings for AlixPartners, Omni, Greenberg Traurig, Jones Day, RL&F and Weil Gotshal (.6); E-mail to M. Milana and H. Liu re: same (.1) | Paralegal | Barbara J. Witters | 2.30 hrs. | 375.00 | $862.50 |
| 06/15/23 | Review e-mail from M. Milana re:  certification of counsel re: second omnibus interim fee order (.1); Assemble and e-mail to M. Milana re: same (.1); Finalize and file re: same (.1); Upload order re: same (.1); E-mail to Chambers re:  index, certification of counsel and pleadings re: second interim fee applications (.1) | Paralegal | Barbara J. Witters | 0.50 hrs. | 375.00 | $187.50 |
| 06/15/23 | Review and prepare COC and proposed order approving second interim fees for filing (.5); Correspondence with Z. Shapiro and B. Witters re: second interim fee order (.2); Review second interim fee index and binder of second interim fee applications  (.6) | Associate | Matthew P. Milana | 1.30 hrs. | 675.00 | $877.50 |

Total Fees for Professional Services    $4,941.50

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 17  
Client #  767622

Matter # 225120

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$4,941.50** |
| BALANCE BROUGHT FORWARD | $1,002.17 |
| **TOTAL DUE FOR THIS MATTER** | **$5,943.67** |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 18  
Client #  767622

## Summary of Hours

|  | Hours | Rate/Hr | Dollars |
|---|---:|---:|---:|
| Amanda R. Steele | 2.60 | 995.00 | 2,587.00 |
| Barbara J. Witters | 8.20 | 375.00 | 3,075.00 |
| Daniel J. DeFranceschi | 0.30 | 1,300.00 | 390.00 |
| Huiqi Vicky Liu | 5.40 | 595.00 | 3,213.00 |
| Lesley Morris | 3.50 | 195.00 | 682.50 |
| Matthew P. Milana | 9.40 | 675.00 | 6,345.00 |
| Rebecca V. Speaker | 1.20 | 375.00 | 450.00 |
| Zachary I. Shapiro | 15.20 | 995.00 | 15,124.00 |
| TOTAL | 45.80 | $695.78 | 31,866.50 |

**TOTAL DUE FOR THIS INVOICE** **$31,954.30**

Payment may be made by wire transfer to our account at M&T Bank, Rodney Square North, Wilmington, Delaware 19890, Account No. 2264-1174, ABA No. 022000046.  Please indicate on wire transfer the invoice number stated above.

Photocopying and printing are charged at $0.10 per page. Telephone charges are billed at standard AT&T rates which may not be our cost.

PAYABLE WHEN RENDERED

767622