**Exhibit B**



Kabbage, Inc.
Attn: Holly Loiseau
KServicing, Inc.
730 Peachtree Street NE, Suite 470
Atlanta GA  30308

Tax I.D. No.:  51-0226371

July 17, 2023
Invoice 693025

Page 1
Client #  767622
Matter #  225120

For disbursements incurred through June 20, 2023

relating to  Representation in a potential chapter 11 case

OTHER CHARGES:

| | |
|---|---:|
| Document Retrieval | $87.80 |
| Other Charges | $87.80 |
| **TOTAL DUE FOR THIS INVOICE** | **$87.80** |
| **TOTAL DUE FOR THIS MATTER** | **$87.80** |

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 19  
Client #  767622

Client: Kabbage, Inc.

Matter: Representation in a potential chapter 11 case  
Case Administration  
Creditor Inquiries  
Meeting  
Plan of Reorganization/Disclosure Statement  
Claims Administration  
Court Hearings  
Schedules/SOFA/U.S. Trustee Reports  
RLF Fee Applications  
Fee Applications of Others

| Date | Description | | Summary Phrase |
|---|---|---|---|
| 06/01/23 | PACER | | DOCRETRIEV |
| | Amount = | $1.30 | |
| 06/01/23 | PACER | | DOCRETRIEV |
| | Amount = | $1.30 | |
| 06/01/23 | PACER | | DOCRETRIEV |
| | Amount = | $1.30 | |
| 06/01/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.10 | |
| 06/01/23 | PACER | | DOCRETRIEV |
| | Amount = | $0.10 | |
| 06/02/23 | PACER | | DOCRETRIEV |
| | Amount = | $1.30 | |
| 06/05/23 | PACER | | DOCRETRIEV |
| | Amount = | $1.30 | |
| 06/06/23 | PACER | | DOCRETRIEV |
| | Amount = | $1.20 | |
| 06/06/23 | PACER | | DOCRETRIEV |
| | Amount = | $1.20 | |

| | | | |
|---|---|---|---|
| Kabbage, Inc. | | | July 17, 2023 |
| Attn: Holly Loiseau | | | Invoice 693025 |
| KServicing, Inc. | | | Page 20 |
| 730 Peachtree Street NE, Suite 470 | | | |
| Atlanta GA  30308 | | | Client #  767622 |

| Date | Description | Amount | Code |
|---|---|---|---|
| 06/06/23 | PACER | Amount = $0.10 | DOCRETRI |
| 06/06/23 | PACER | Amount = $0.10 | DOCRETRI |
| 06/06/23 | PACER | Amount = $1.20 | DOCRETRI |
| 06/06/23 | PACER | Amount = $1.20 | DOCRETRI |
| 06/06/23 | PACER | Amount = $0.30 | DOCRETRI |
| 06/06/23 | PACER | Amount = $0.10 | DOCRETRI |
| 06/06/23 | PACER | Amount = $0.10 | DOCRETRI |
| 06/06/23 | PACER | Amount = $3.00 | DOCRETRI |
| 06/06/23 | PACER | Amount = $1.20 | DOCRETRI |
| 06/06/23 | PACER | Amount = $1.90 | DOCRETRI |
| 06/06/23 | PACER | Amount = $1.20 | DOCRETRI |
| 06/12/23 | PACER | Amount = $1.20 | DOCRETRI |
| 06/12/23 | PACER | Amount = $1.20 | DOCRETRI |
| 06/13/23 | PACER | Amount = $1.10 | DOCRETRI |
| 06/13/23 | PACER | Amount = $1.10 | DOCRETRI |
| 06/13/23 | PACER | Amount = $1.10 | DOCRETRI |
| 06/14/23 | PACER | Amount = $3.00 | DOCRETRI |

Kabbage, Inc.  
Attn:  Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 21  
Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.30 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.40 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.30 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.40 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.30 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.90 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.40 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.40 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.10 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $3.00 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.20 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.40 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.40 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.40 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.90 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.40 | |
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.90 | |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA  30308

July 17, 2023  
Invoice 693025  
Page 22  
Client #  767622

| Date | Description | | Code |
|---|---|---|---|
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI |
| 06/14/23 | PACER | Amount = $0.30 | DOCRETRI |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI |
| 06/14/23 | PACER | Amount = $1.70 | DOCRETRI |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI |
| 06/14/23 | PACER | Amount = $1.10 | DOCRETRI |
| 06/14/23 | PACER | Amount = $1.50 | DOCRETRI |
| 06/14/23 | PACER | Amount = $1.30 | DOCRETRI |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI |
| 06/14/23 | PACER | Amount = $1.00 | DOCRETRI |
| 06/14/23 | PACER | Amount = $1.60 | DOCRETRI |
| 06/14/23 | PACER | Amount = $0.10 | DOCRETRI |
| 06/14/23 | PACER | Amount = $0.10 | DOCRETRI |
| 06/14/23 | PACER | Amount = $1.20 | DOCRETRI |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI |
| 06/14/23 | PACER | Amount = $1.40 | DOCRETRI |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI |

| | | | |
|---|---|---|---|
| Kabbage, Inc. | | | July 17, 2023 |
| Attn: Holly Loiseau | | | Invoice 693025 |
| KServicing, Inc. | | | Page 23 |
| 730 Peachtree Street NE, Suite 470 | | | |
| Atlanta GA  30308 | | | Client #  767622 |

| Date | Type | Amount | Description |
|---|---|---|---|
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $1.90 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $1.80 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $3.00 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $0.90 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $3.00 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $1.20 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $0.90 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $1.40 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $0.40 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $1.50 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $3.00 | DOCRETRI EV |
| 06/14/23 | PACER | Amount = $1.10 | DOCRETRI EV |

Kabbage, Inc.  
Attn: Holly Loiseau  
KServicing, Inc.  
730 Peachtree Street NE, Suite 470  
Atlanta GA 30308

July 17, 2023  
Invoice 693025  
Page 24  
Client # 767622

| Date | | | Description |
|---|---|---|---|
| 06/14/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.40 | |
| 06/15/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.20 | |
| 06/15/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.20 | |
| 06/16/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.20 | |
| 06/16/23 | PACER | | DOCRETRI EV |
| | Amount = | $0.30 | |
| 06/20/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.20 | |
| 06/20/23 | PACER | | DOCRETRI EV |
| | Amount = | $1.20 | |

TOTALS FOR   767622          Kabbage, Inc.

Expenses     $87.80