**Exhibit A**

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023008319

### ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 06/05/23 | Castillo, Lauren<br>CORRESPOND WITH WEIL TEAM REGARDING WIP MEETING. | 0.10 | 75.00 | 008 | 67950065 |
| 06/06/23 | Castillo, Lauren<br>REVISE AND CIRCULATE WIP LIST (.7); PREPARE MATERIALS FOR WIP MEETING (.2). | 0.90 | 675.00 | 008 | 67959368 |
| 06/06/23 | Jones, Taylor<br>REVIEW AND REVISE WIP LIST AND CORRESPOND WITH L. CASTILLO RE: SAME. | 0.20 | 213.00 | 008 | 68226937 |
| 06/14/23 | Suarez, Ashley<br>REVIEW AND REVISE WIP LIST AND CIRCULATE SAME TO TEAM. | 0.90 | 819.00 | 008 | 68025520 |
| 06/14/23 | Castillo, Lauren<br>PROVIDE WIP UPDATES. | 0.10 | 75.00 | 008 | 68025637 |
| 06/14/23 | Jones, Taylor<br>CORRESPOND WITH A. SUAREZ RE: WIP UPDATES. | 0.20 | 213.00 | 008 | 68226997 |
| 06/20/23 | Suarez, Ashley<br>REVIEW AND REVISE WIP LIST AND CIRCULATE SAME TO TEAM. | 1.00 | 910.00 | 008 | 68069282 |
| 06/20/23 | Castillo, Lauren<br>PROVIDE WIP UPDATES. | 0.10 | 75.00 | 008 | 68063972 |
| 06/20/23 | Jones, Taylor<br>CORRESPOND WITH A. SUAREZ RE: WIP LIST. | 0.10 | 106.50 | 008 | 68227291 |
| **SUBTOTAL TASK 008 - Case Administration (WIP List & Case Calendar):** | | **3.60** | **$3,161.50** | | |
| 06/01/23 | Arthur, Candace | 0.20 | 339.00 | 009 | 67931017 |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | EMAIL CLIENT REGARDING LEGACY LOAN PORTFOLIO. | | | | |
| 06/01/23 | Arthur, Candace | 0.70 | 1,186.50 | 009 | 68226924 |
| | EMAIL CLIENT UPDATE ON DISCUSSIONS WITH RESERVE BANK AND EFFECTIVE DATE. | | | | |
| 06/01/23 | Bentley, Chase A. | 0.20 | 269.00 | 009 | 68069190 |
| | CALL WITH S. KAFITI RE AGREEMENTS RELATED TO LEGACY LOANS. | | | | |
| 06/01/23 | Bentley, Chase A. | 0.10 | 134.50 | 009 | 68069258 |
| | CALL WITH S. KAFITI RE EFFECTIVE DATE. | | | | |
| 06/02/23 | Bentley, Chase A. | 0.10 | 134.50 | 009 | 67924233 |
| | CALL WITH T. JONES RE EFFECTIVE DATE. | | | | |
| 06/02/23 | Jones, Taylor | 1.60 | 1,704.00 | 009 | 67930878 |
| | CORRESPOND WITH WEIL TEAM RE: PLAN EFFECTIVE DATE RESEARCH (0.4); CALL WITH C. BENTLEY RE: SAME (0.2); SEARCH FOR AND REVIEW RE: PRIVILEGED MATTERS (0.5); RESEARCH RE: PRIVILEGED MATTERS (0.5). | | | | |
| 06/05/23 | Bentley, Chase A. | 0.10 | 134.50 | 009 | 68069490 |
| | EMAILS WITH KS AND WEIL TEAMS RE EFFECTIVE DATE. | | | | |
| 06/06/23 | Arthur, Candace | 0.50 | 847.50 | 009 | 68019883 |
| | CALL WITH SULLIVAN CROMWELL REGARDING LEGACY LOAN PORTFOLIO SERVICING (.3); EMAIL CLIENTS ON SAME (.2). | | | | |
| 06/06/23 | Bentley, Chase A. | 0.20 | 269.00 | 009 | 68069453 |
| | EMAIL WITH C. ARTHUR AND Z. SHAPIRO RE EFFECTIVE DATE STATUS CONFERENCE. | | | | |
| 06/07/23 | Jones, Taylor | 0.20 | 213.00 | 009 | 67980698 |
| | RESEARCH RE: PRIVILEGED MATTERS. | | | | |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 06/08/23 | Arthur, Candace | 2.50 | 4,237.50 | 009 | 68020785 |
| | ATTEND TO VARIOUS MATTERS TOWARDS GOING EFFECTIVE. | | | | |
| 06/09/23 | Arthur, Candace | 1.00 | 1,695.00 | 009 | 68020607 |
| | CALL WITH CLIENT ON PRIVILEGED MATTERS RELATED TO GOING EFFECTIVE, STAKEHOLDERS AND PLAN IMPLEMENTATION. | | | | |
| 06/09/23 | Bentley, Chase A. | 0.10 | 134.50 | 009 | 68069459 |
| | EMAILS RE EFFECTIVE DATE. | | | | |
| 06/10/23 | Arthur, Candace | 1.50 | 2,542.50 | 009 | 68019897 |
| | REVIEW AND EMAIL CLIENTS COMMENTS ON MARKUP OF KS/AMEX LETTER AGREEMENT. | | | | |
| 06/11/23 | Arthur, Candace | 0.30 | 508.50 | 009 | 68024831 |
| | FURTHER REVIEW AND REVISE AMEX POST ED LETTER AND CIRCULATE SAME TO SULLIVAN & CROMWELL (.3). | | | | |
| 06/13/23 | Bentley, Chase A. | 0.40 | 538.00 | 009 | 68069558 |
| | REVIEW CHAPTER 11 PLAN. | | | | |
| 06/13/23 | Jones, Taylor | 0.20 | 213.00 | 009 | 68031115 |
| | DRAFT EMAIL RE: PRIVILEGED MATTERS. | | | | |
| 06/14/23 | Arthur, Candace | 0.40 | 678.00 | 009 | 68025199 |
| | EMAIL RLF ON OPEN ITEMS TO GOING EFFECTIVE (.1); EMAIL C. BENTLEY REGARDING CLEARY FEE LETTER (.1); EMAIL CLIENT REGARDING GOING EFFECTIVE AND PRIVILEGED MATTERS (.2). | | | | |
| 06/14/23 | Bentley, Chase A. | 1.70 | 2,286.50 | 009 | 68069449 |
| | REVIEW CHAPTER 11 PLAN (0.5); DISCUSS PRIVILEGED MATTERS WITH T. JONES (0.2); REVIEW SUMMARY OF SAME (1.0). | | | | |
| 06/14/23 | Suarez, Ashley | 6.50 | 5,915.00 | 009 | 68025439 |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW PLAN AND WIND DOWN AGREEMENT (6.0); EMAILS TO T. JONES REGARDING COMMENTS TO SAME (0.2); ATTEND CALL WITH T. JONES REGARDING SAME (0.1); CIRCULATE COMMENTS TO SAME TO T. JONES AND C. BENTLEY FOR REVIEW (0.2). | | | | |
| 06/14/23 | Castillo, Lauren | 0.10 | 75.00 | 009 | 68025668 |
| | CORRESPOND WITH T. JONES REGARDING PLAN. | | | | |
| 06/14/23 | Jones, Taylor | 2.00 | 2,130.00 | 009 | 68031146 |
| | REVIEW CONFIRMED PLAN AND WIND DOWN AGREEMENT (0.9); DRAFT CHART RE: PLAN (0.6); MEET WITH J. BLECHER RE: CONSENT RIGHTS ASSIGNMENT (0.3); CORRESPOND WITH WEIL TEAM RE: EFFECTIVE DATE (0.2). | | | | |
| 06/15/23 | Bentley, Chase A. | 0.40 | 538.00 | 009 | 68069537 |
| | CALL WITH J. NELSON RE EFFECTIVE DATE. | | | | |
| 06/20/23 | Arthur, Candace | 1.00 | 1,695.00 | 009 | 68120969 |
| | ATTEND TO GOING EFFECTIVE RELATED WORKSTREAMS. | | | | |
| 06/20/23 | Bentley, Chase A. | 1.00 | 1,345.00 | 009 | 68069486 |
| | MULTIPLE EMAILS AND CALL RE EFFECTIVE DATE (0.9); REVIEW NOTICE OF EFFECTIVE DATE (0.1). | | | | |
| **SUBTOTAL TASK 009 - Chapter 11 Plan/Plan Confirmation/Implementation:** | | **23.00** | **$29,763.00** | | |
| 06/01/23 | Arthur, Candace | 1.10 | 1,864.50 | 010 | 68253586 |
| | REVIEW AND REVISE BOARD DISCUSSION MATERIALS (1); EMAIL L. CASTILLO REGARDING BOARD MATERIALS (.1). | | | | |
| 06/01/23 | Bentley, Chase A. | 0.40 | 538.00 | 010 | 68069176 |
| | PREPARE AND SEND BOARD UPDATE EMAIL. | | | | |
| 06/01/23 | Castillo, Lauren | 0.80 | 600.00 | 010 | 67933808 |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

## ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVISE BOARD MATERIALS AND SEND TO C. BENTLEY. | | | | |
| 06/07/23 | Castillo, Lauren | 0.10 | 75.00 | 010 | 67964592 |
| | REVIEW AND SEND 5/25 MINUTES TO GREENBERG. | | | | |
| 06/08/23 | Castillo, Lauren | 0.50 | 375.00 | 010 | 68009859 |
| | TAKE MINUTES AT 6/8 BOARD MEETING. | | | | |
| 06/14/23 | Bentley, Chase A. | 0.50 | 672.50 | 010 | 68069543 |
| | EMAILS WITH KS, B. COSMAN AND WEIL M&A TEAM RE AMENDED ORG DOCS. | | | | |
| 06/14/23 | Castillo, Lauren | 1.10 | 825.00 | 010 | 68226988 |
| | REVIEW AND PREPARE 5/25 BOARD MINUTES FOR THE BOARD'S REVIEW (.2); DRAFT 6/8 MINUTES (.9). | | | | |
| 06/15/23 | Bentley, Chase A. | 1.70 | 2,286.50 | 010 | 68069460 |
| | DRAFT BOARD UPDATE EMAIL (0.9); DISCUSS SAME WITH C. ARTHUR (0.2); REVISE UPDATE EMAIL (0.4); EMAIL WITH KS AND BOARD RE SAME (0.2). | | | | |
| 06/16/23 | Castillo, Lauren | 0.30 | 225.00 | 010 | 68227012 |
| | REVIEW 6/8 MINUTES AND SEND TO C. ARTHUR. | | | | |
| 06/20/23 | Suarez, Ashley | 0.40 | 364.00 | 010 | 68227118 |
| | CONDUCT RESEARCH FOR DIRECTOR ENGAGEMENT LETTERS (0.3); EMAIL TO L. CASTILLO RELATING THERETO (0.1). | | | | |
| 06/20/23 | Castillo, Lauren | 1.10 | 825.00 | 010 | 68063997 |
| | REVIEW 5/25 AND 6/8 BOARD MEETING MINUTES AND SEND TO GREENBERG TEAM (.3); CORRESPOND WITH GREENBERG TEAM REGARDING APPROVAL OF FINAL MINUTES AND ENGAGEMENT LETTERS FOR THE KS BOARD MEMBERS (.2); REVIEW BOARD MEMBER ENGAGEMENT LETTERS (.2); REVIEW AND REVISE SUMMARY OF MATTERS (.4). | | | | |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | **SUBTOTAL TASK 010 - Corporate Governance/Securities:** | **8.00** | **$8,650.50** | | |
| 06/06/23 | Bentley, Chase A. | 0.30 | 403.50 | 016 | 68069566 |
| | EMAIL WITH S. KAFITI REGARDING REVISED ASSUMPTION LIST. | | | | |
| 06/12/23 | Bentley, Chase A. | 0.40 | 538.00 | 016 | 68069525 |
| | EMAIL WITH S. KAFITI RE CELTIC AGREEMENT (0.2); REVISE ASSUMPTION LIST (0.1); EMAIL WITH Z. SHAPIRO RE SAME (0.1). | | | | |
| 06/14/23 | Bentley, Chase A. | 0.30 | 403.50 | 016 | 68069575 |
| | REVISE ASSUMPTION SCHEDULE (0.2); EMAIL WITH S. KAFITI RE SAME (0.1). | | | | |
| 06/15/23 | Bentley, Chase A. | 0.30 | 403.50 | 016 | 68069418 |
| | PREPARE NOTICE OF ASSUMPTION FOR FILING. | | | | |
| | **SUBTOTAL TASK 016 - Executory Contracts/Leases/Real Prop/Other 365 Matters:** | **1.30** | **$1,748.50** | | |
| 06/01/23 | Arthur, Candace | 0.80 | 1,356.00 | 017 | 68226925 |
| | CALL WITH CLIENT ON PRIVILEGED MATTERS. | | | | |
| 06/06/23 | Bentley, Chase A. | 0.50 | 672.50 | 017 | 68069498 |
| | ATTEND WEIL AND RLF WIP CALL. | | | | |
| 06/06/23 | Castillo, Lauren | 0.40 | 300.00 | 017 | 68226932 |
| | ATTEND WIP MEETING. | | | | |
| 06/06/23 | Jones, Taylor | 0.30 | 319.50 | 017 | 67961161 |
| | ATTEND WIP MEETING WITH WEIL RESTRUCTURING AND RLF TEAMS. | | | | |
| 06/07/23 | Arthur, Candace | 0.70 | 1,186.50 | 017 | 68226943 |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CALL WITH CLIENT ON PRIVILEGED MATTERS. | | | | |
| 06/13/23 | Bentley, Chase A. | 0.70 | 941.50 | 017 | 68069402 |
| | EMAILS WITH C. ARTHUR AND H. LOISEAU RE PRIVILEGED MATTERS. | | | | |
| 06/14/23 | Suarez, Ashley | 0.30 | 273.00 | 017 | 68025557 |
| | ATTEND WORK IN PROGRESS MEETING WITH WEIL AND RLF TEAMS. | | | | |
| 06/14/23 | Castillo, Lauren | 0.30 | 225.00 | 017 | 68226985 |
| | ATTEND WIP MEETING. | | | | |
| 06/14/23 | Jones, Taylor | 0.40 | 426.00 | 017 | 68031152 |
| | ATTEND WIP MEETING WITH WEIL RESTRUCTURING AND RLF TEAMS. | | | | |
| 06/20/23 | Bentley, Chase A. | 0.60 | 807.00 | 017 | 68069577 |
| | ATTEND WEIL AND RLF WIP CALL (.4); PREPARE FOR SAME (.2). | | | | |
| 06/20/23 | Suarez, Ashley | 0.40 | 364.00 | 017 | 68069171 |
| | ATTEND WORK IN PROGRESS MEETING WITH WEIL AND RLF TEAMS. | | | | |
| 06/20/23 | Castillo, Lauren | 0.40 | 300.00 | 017 | 68227285 |
| | ATTEND WIP MEETING. | | | | |
| 06/20/23 | Jones, Taylor | 0.30 | 319.50 | 017 | 68066243 |
| | ATTEND WIP MEETING WITH WEIL RESTRUCTURING AND RLF TEAMS. | | | | |
| **SUBTOTAL TASK 017 - General Case Strategy (incl Team and Client Calls):** | | **6.10** | **$7,490.50** | | |
| 06/20/23 | Castillo, Lauren | 0.10 | 75.00 | 020 | 68282357 |

KServicing, Inc. - Chapter 11  
55894.0004  
2023008319  

ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | CORRESPOND WITH PERKINS COIE AND WEIL BENEFITS TEAM REGARDING WIND DOWN OFFICER INSURANCE. | | | | |
| | **SUBTOTAL TASK 020 - Insurance and Letters of Credit Matters:** | **0.10** | **$75.00** | | |
| 06/01/23 | Tsekerides, Theodore E. | 0.50 | 797.50 | 021 | 67935296 |
| | EMAIL WITH S. KAFITI RE: CUBI (0.1); EMAIL WITH C. ARTHUR RE: SAME (0.1); CONSIDER APPROACH ON LUBI AND NEXT STEPS (0.3). | | | | |
| 06/05/23 | Tsekerides, Theodore E. | 0.80 | 1,276.00 | 021 | 67986790 |
| | REVIEW AND DRAFT RESPONSE TO CUBI EMAIL (0.5); EMAIL WITH CLIENT RE: LUBI (0.2); EMAIL WITH CUBI (0.1). | | | | |
| 06/06/23 | Tsekerides, Theodore E. | 0.40 | 638.00 | 021 | 67988724 |
| | EMAIL WITH CUBI COUNSEL (0.2); EMAIL WITH CLIENT RE: CUBI (0.2). | | | | |
| 06/06/23 | Arthur, Candace | 0.40 | 678.00 | 021 | 68253587 |
| | CALL WITH T. TSKERIDES IN CONNECTION WITH CUBI CORRESPONDENCE (.3); CONFER WITH CLIENT ON SAME (.1). | | | | |
| 06/08/23 | Tsekerides, Theodore E. | 1.10 | 1,754.50 | 021 | 67990629 |
| | CALL WIT CLIENT TEAM RE: CUBI (0.8); CONSIDER NEXT STEPS ON CUBI (0.3). | | | | |
| 06/08/23 | Arthur, Candace | 0.30 | 508.50 | 021 | 68226956 |
| | EMAILS TO LITIGATION, CLIENT AND C. BENTLEY REGARDING CUBI. | | | | |
| 06/20/23 | Tsekerides, Theodore E. | 0.60 | 957.00 | 021 | 68066973 |
| | DRAFT EMAIL TO CUBI AND REVIEW SETTLEMENT AGREEMENT FOR SAME. | | | | |
| | **SUBTOTAL TASK 021 - Non-bankruptcy Litigation (incl. CUBI Dispute):** | **4.10** | **$6,609.50** | | |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 06/06/23 | Castillo, Lauren | 0.70 | 525.00 | 026 | 67959344 |
| | FOLLOW UP WITH GREENBERG, JONES DAY AND OMNI ABOUT FEE APPS (.1); REVIEW FEE APPS (.6). | | | | |
| 06/07/23 | Castillo, Lauren | 1.10 | 825.00 | 026 | 67964661 |
| | FOLLOW UP WITH GREENBERG, JONES DAY, AND ALIXPARTNERS ABOUT FEE APPS (.1); REVIEW FEE APPS (1). | | | | |
| 06/08/23 | Castillo, Lauren | 0.10 | 75.00 | 026 | 68010039 |
| | REVIEW FEE APPS. | | | | |
| **SUBTOTAL TASK 026 - Retention/Fee Applications:** | | **1.90** | **$1,425.00** | | |

**Non-Weil Professionals:**

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 06/01/23 | Bentley, Chase A. | 0.30 | 403.50 | 027 | 68069191 |
| | REVIEW WEIL APRIL INVOICE. | | | | |
| 06/01/23 | Jones, Taylor | 0.50 | 532.50 | 027 | 67928831 |
| | DRAFT, REVIEW, AND REVISE WEIL'S APRIL FEE STATEMENT. | | | | |
| 06/03/23 | Jones, Taylor | 2.40 | 2,556.00 | 027 | 67930913 |
| | DRAFT, REVIEW, AND REVISE WEIL'S APRIL MONTHLY FEE STATEMENT. | | | | |
| 06/08/23 | Bentley, Chase A. | 1.50 | 2,017.50 | 027 | 68015127 |
| | REVIEW MONTHLY INVOICE FOR COMPLIANCE WITH US TRUSTEE GUIDELINES. | | | | |
| 06/08/23 | Jones, Taylor | 0.30 | 319.50 | 027 | 67980700 |
| | REVIEW AND REVISE APRIL WEIL FEE STATEMENT. | | | | |
| 06/09/23 | Bentley, Chase A. | 0.60 | 807.00 | 027 | 68069441 |
| | REVIEW WEIL INVOICE AND FEE APP. | | | | |
| 06/09/23 | Jones, Taylor | 0.50 | 532.50 | 027 | 67980691 |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | REVIEW AND REVISE WEIL APRIL FEE STATEMENT (0.4); CORRESPOND WITH C. ARTHUR, C. BENTLEY, AND J. FRIEDMAN RE: SAME (0.1). | | | | |
| 06/13/23 | Jones, Taylor | 0.50 | 532.50 | 027 | 68031038 |
| | REVIEW, REVISE, AND FINALIZE WEIL APRIL FEE STATEMENT (0.3); CORRESPOND WITH C. ARTHUR AND J. FRIEDMAN RE: SAME (0.2). | | | | |
| 06/20/23 | Jones, Taylor | 0.30 | 319.50 | 027 | 68066337 |
| | CORRESPOND WITH C. BENTLEY, J. FRIEDMAN, AND OTHER WEIL GROUPS RE: WEIL'S MONTHLY AND FINAL FEE APPLICATIONS. | | | | |
| **SUBTOTAL TASK 027 - Retention/Fee Applications: Weil:** | | **6.90** | **$8,020.50** | | |
| 06/02/23 | Bentley, Chase A. | 0.30 | 403.50 | 028 | 68069466 |
| | REVIEW EMAIL AND LETTER RE FED PROFESSIONAL FEE PAYMENTS (0.2); EMAIL WITH J. NELSON RE SAME (0.1). | | | | |
| 06/05/23 | Bentley, Chase A. | 1.00 | 1,345.00 | 028 | 68069408 |
| | REVIEW CASH COLLATERAL ORDER RE RESERVE BANK PROFESSIONAL FEES (.3); REVIEW LETTER REGARDING SAME (.7). | | | | |
| 06/14/23 | Arthur, Candace | 1.00 | 1,695.00 | 028 | 68282296 |
| | REVIEW AND REVISE CLEARY FEE LETTER (.2); CALL WITH C. BENTLEY ON SAME AND OTHER MATTERS (.2); CALL WITH CLIENT ON EFFECTIVE DATE (.6). | | | | |
| 06/14/23 | Bentley, Chase A. | 1.50 | 2,017.50 | 028 | 68069523 |
| | REVIEW FED ADVISOR INVOICES (1.0); REVIEW AND REVISE FED ADVISOR FEE LETTER (0.5). | | | | |
| 06/15/23 | Bentley, Chase A. | 0.20 | 269.00 | 028 | 68069500 |
| | EMAIL WITH H. LOISEAU AND S. KAFITI RE FED ADVISOR FEE LETTER. | | | | |
| 06/16/23 | Bentley, Chase A. | 0.50 | 672.50 | 028 | 68069423 |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| | EMAIL WITH KS TEAM AND CLEARY RE FED ADVISOR FEE LETTER. | | | | |
| 06/16/23 | Castillo, Lauren | 0.10 | 75.00 | 028 | 68063139 |
| | SEND RESERVE BANK LETTER AGREEMENT TO CLIENT. | | | | |
| 06/19/23 | Castillo, Lauren | 0.10 | 75.00 | 028 | 68063115 |
| | CORRESPOND WITH C. ARTHUR REGARDING RESERVE BANK'S LETTER AGREEMENT. | | | | |
| 06/20/23 | Castillo, Lauren | 0.20 | 150.00 | 028 | 68227288 |
| | FOLLOW UP WITH CLIENT REGARDING RESERVE BANK LETTER AGREEMENT. | | | | |
| **SUBTOTAL TASK 028 - Secured Creditors Issues/Meetings/Comms (excl. Settlements):** | | **4.90** | **$6,702.50** | | |
| 06/20/23 | Castillo, Lauren | 1.10 | 825.00 | 029 | 68063995 |
| | REVIEW AND REVISE SUMMARY OF SBA/DOJ SETTLEMENT NEGOTIATIONS FOR CLIENT AND SEND TO C. BENTLEY. | | | | |
| **SUBTOTAL TASK 029 - Settlements (including 9019 matters):** | | **1.10** | **$825.00** | | |
| 06/01/23 | Bentley, Chase A. | 0.20 | 269.00 | 032 | 68069183 |
| | CALL WITH S. KAFITI RE CRB CLAIM. | | | | |
| **SUBTOTAL TASK 032 - Unsecured Creditors Issues/Meetings/Comms/UCC (excl. stlmnts):** | | **0.20** | **$269.00** | | |
| 06/19/23 | Suarez, Ashley | 1.50 | 1,365.00 | 033 | 68069268 |
| | EMAILS TO ALIXPARTNERS TEAM REGARDING REVISIONS TO CURRENT DRAFT MOR REPORTS (0.3); PREPARE AND REVIEW REDLINES OF CURRENT DRAFT MOR REPORTS (0.6); CIRCULATE COMMENTS TO DRAFT MORS TO Z. SHAPIRO AND C. BENTLEY FOR REVIEW (0.2); EMAIL TO L. CASTILLO ON PREVIOUS FILED MORS (0.2); EMAILS TO RLF TEAM REGARDING AS-FILED VERSIONS OF PREVIOUS MORS FOR REVIEW (0.2). | | | | |

KServicing, Inc. - Chapter 11
55894.0004
2023008319

## ITEMIZED SERVICES - 55894.0004 - Chapter 11

| Date | Timekeeper/Narrative | Hours | Amount | Task | Index |
|---|---|---|---|---|---|
| 06/20/23 | Suarez, Ashley | 1.00 | 910.00 | 033 | 68069250 |
| | EMAILS TO ALIXPARTNERS TEAM ON REVISIONS TO DRAFT MORS (0.2); EMAIL TO ALIXPARTNERS TEAM REGARDING REVISED MOR DRAFTS (0.1); CREATE AND REVIEW REDLINES OF CURRENT DRAFT MORS (0.5); CIRCULATE COMMENTS TO Z. SHAPIRO AND C. BENTLEY FOR REVIEW (0.2). | | | | |
| **SUBTOTAL TASK 033 - US Trustee/MORs/2015.3 Reports:** | | **2.50** | **$2,275.00** | | |
| 06/02/23 | Bentley, Chase A. | 0.40 | 538.00 | 035 | 68069392 |
| | EMAILS WITH KS, CLEARY AND WEIL RE B2C SERVICING TRANSFER. | | | | |
| 06/05/23 | Bentley, Chase A. | 0.10 | 134.50 | 035 | 68069434 |
| | CALL WITH CLEARY RE B2C. | | | | |
| 06/07/23 | Arthur, Candace | 0.30 | 508.50 | 035 | 68019910 |
| | EMAIL COUNSEL FOR RESERVE BANK IN CONNECTION WITH BIZ2CREDIT DATA TRANSFER. | | | | |
| **SUBTOTAL TASK 035 - Servicing Transfer:** | | **0.80** | **$1,181.00** | | |
| **Total Fees Due** | | **64.50** | **$78,196.50** | | |