**<u>Exhibit B</u>**

KServicing, Inc. - Chapter 11
55894.0004
2023008319

## ITEMIZED DISBURSEMENTS

| DATE | NAME / DESCRIPTION | DISB TYPE | DISB ID# | AMOUNT |
|---|---|---|---|---|
| 06/05/23 | Nudelman, Peter<br>AIR COURIER/EXPRESS MAIL<br>PAYEE: FEDERAL EXPRESS (10793-03); INVOICE#: 814313806; DATE: 5/26/2023 - FEDEX INVOICE: 814313806 INVOICE DATE:230526TRACKING #: 398611928708 SHIPMENT DATE: 20230522 SENDER: PETER NUDELMAN WEIL GOTSHAL & MANGES, 767 FIFTH AVENUE, NEW YORK CITY, NY 10153 SHIP TO: ESS DATA INTAKE, PERKINS COIE, 1201 3RD AVE STE 4900, SEATTLE, WA 98101 | H071 | 41515237 | 49.32 |
| **SUBTOTAL DISB TYPE H071:** | | | | **$49.32** |
| 06/20/23 | WGM, Firm<br>DUPLICATING<br>4 PAGES SCANNED IN NEW YORK CITY BETWEEN 06/15/2023 TO 06/15/2023 | S016 | 41557918 | 0.40 |
| **SUBTOTAL DISB TYPE S016:** | | | | **$0.40** |
| 06/20/23 | Koven, David<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - KOVEN,D SCOTT 05/25/2023 TRANSACTIONS: 18 | S061 | 41546285 | 52.52 |
| 06/20/23 | Ollestad, Jordan Alexandra<br>COMPUTERIZED RESEARCH<br>NY WESTLAW - OLLESTAD,JORDAN 05/08/2023 TRANSACTIONS: 8 | S061 | 41546489 | 18.73 |
| **SUBTOTAL DISB TYPE S061:** | | | | **$71.25** |
| 06/07/23 | WGM, Firm<br>DUPLICATING<br>36 PRINT(S) MADE IN NEW YORK BETWEEN 06/06/2023 TO 06/06/2023 | S117 | 41558246 | 3.60 |
| **SUBTOTAL DISB TYPE S117:** | | | | **$3.60** |

**Weil, Gotshal & Manges LLP**

KServicing, Inc. - Chapter 11
55894.0004
2023008319

| | |
|---|---:|
| **TOTAL DISBURSEMENTS** | **$124.57** |