## Exhibit A

**Description of AlixPartners' Hours and Fees by Matter Category**

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:           Chapter 11 Process / Case Management
Code:         20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------------|------------------------|-------|
| 06/01/2023 | DCR | Review and respond to case related emails. | 0.2 |
| 06/02/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/02/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/02/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/02/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/02/2023 | NL | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/02/2023 | TBT | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/05/2023 | AP | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss wind down budget timing and status of weekly deliverables | 0.2 |
| 06/05/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/05/2023 | JN | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss wind down budget timing and status of weekly deliverables | 0.2 |
| 06/05/2023 | NL | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss wind down budget timing and status of weekly deliverables | 0.2 |
| 06/07/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan sale updates, cash collateral budget updates, and effective date gating | 0.5 |
| 06/07/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/07/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan sale updates, cash collateral budget updates, and effective date gating | 0.5 |
| 06/07/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan sale updates, cash collateral budget updates, and effective date gating | 0.5 |
| 06/07/2023 | NL | Attend call with D. Rieger-Paganis, J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan sale updates, cash collateral budget updates, and effective date gating | 0.5 |
| 06/09/2023 | AP | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan transfer updates and effective date gating items | 0.4 |
| 06/09/2023 | JN | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan transfer updates and effective date gating items | 0.4 |
| 06/09/2023 | JN | Prepare case accomplishment summary | 0.8 |
| 06/09/2023 | NL | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan transfer updates and effective date gating items | 0.4 |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        Chapter 11 Process / Case Management
Code:      20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/12/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |
| 06/12/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |
| 06/12/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/12/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |
| 06/12/2023 | NL | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |
| 06/12/2023 | TBT | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |
| 06/13/2023 | DCR | Review and respond to case related emails. | 0.4 |
| 06/13/2023 | JN | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss case priorities | 0.5 |
| 06/13/2023 | NL | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss case priorities | 0.5 |
| 06/14/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/16/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, A. Perrella (all AlixPartners) re: case status and transition to Resolute | 0.5 |
| 06/16/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, A. Perrella (all AlixPartners) re: case status and transition to Resolute | 0.5 |
| 06/16/2023 | DCR | Review and respond to case related emails. | 0.5 |
| 06/16/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, A. Perrella (all AlixPartners) re: case status and transition to Resolute | 0.5 |
| 06/16/2023 | TBT | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, A. Perrella (all AlixPartners) re: case status and transition to Resolute | 0.5 |
| **Total Professional Hours** | | | **15.7** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:                        Chapter 11 Process / Case Management
Code:                      20006554P00002.1.1

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Deborah Rieger-Paganis | $1,220 | 4.7 | $ | 5,734.00 |
| James Nelson | $1,020 | 4.0 | | 4,080.00 |
| Thora B Thoroddsen | $950 | 1.6 | | 1,520.00 |
| Anthony Perrella | $605 | 2.7 | | 1,633.50 |
| Nicholas LoBiondo | $605 | 2.7 | | 1,633.50 |
| **Total Professional Hours and Fees** | | **15.7** | **$** | **14,601.00** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:         Cash / Liquidity Matters
Code:       20006554P00002.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/01/2023 | JN | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss updated cash collateral budget and delayed effective date analysis | 0.5 |
| 06/01/2023 | JN | Review updated KS staffing plan for budget updates | 0.6 |
| 06/01/2023 | JN | Revise updated cash collateral budget | 1.1 |
| 06/01/2023 | NL | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss updated cash collateral budget and delayed effective date analysis | 0.5 |
| 06/01/2023 | NL | Continue updates to cash collateral budget through week-ended 6/16/23 | 2.8 |
| 06/01/2023 | NL | Prepare updated cash collateral budget output for Management and Chilmark | 1.5 |
| 06/01/2023 | NL | $1,789 | 2.5 |
| 06/01/2023 | NL | Update wind down budget to reflect delayed Effective Date Timing | 1.5 |
| 06/02/2023 | JN | Attend call with J. Mullaney, T. Williams, S. Haliburton, I. Naraine(all KServicing) J. Nelson, T. Thoroddsen, N. LoBiondo (all AlixPartners) to discuss borrower refunds and SBA payment process updates, timing of additional tax payments, and other AP payment timing | 0.4 |
| 06/02/2023 | JN | Attend call  with M. Kennedy(all Chilmark) S. Kafiti(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss CRB remittance issue and next steps | 0.5 |
| 06/02/2023 | JN | Attend call with D. Evans (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss KServicing staffing updates | 0.4 |
| 06/02/2023 | JN | Revise professional fees forecast | 0.3 |
| 06/02/2023 | NL | Attend call with J. Mullaney, T. Williams, S. Haliburton, I. Naraine(all KServicing) J. Nelson, T. Thoroddsen, N. LoBiondo (all AlixPartners) to discuss borrower refunds and SBA payment process updates, timing of additional tax payments, and other AP payment timing | 0.4 |
| 06/02/2023 | NL | Attend call  with M. Kennedy(all Chilmark) S. Kafiti(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss CRB remittance issue and next steps | 0.5 |
| 06/02/2023 | NL | Attend call with D. Evans (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss KServicing staffing updates | 0.4 |
| 06/02/2023 | NL | Finalize cash collateral budget output for Management and Chilmark | 2.5 |
| 06/02/2023 | NL | Update professional fee tracker for March fee application amounts paid week-ended 6/2 | 1.1 |
| 06/02/2023 | TBT | Attend call with J. Mullaney, T. Williams, S. Haliburton, I. Naraine(all KServicing) J. Nelson, T. Thoroddsen, N. LoBiondo (all AlixPartners) to discuss borrower refunds and SBA payment process updates, timing of additional tax payments, and other AP payment timing | 0.4 |
| 06/05/2023 | JN | Attend call with J. Mullaney, T. Williams, I. Naraine(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss status of SBA refunds and CRB remittance | 0.2 |
| 06/05/2023 | JN | Conduct analysis of Amex legacy loan charges | 0.5 |
| 06/05/2023 | JN | Conduct research regarding CCO requirements | 0.7 |
| 06/05/2023 | JN | Review TSA invoices and supporting schedules | 0.4 |
| 06/05/2023 | NL | Attend call with J. Mullaney, T. Williams, I. Naraine(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss status of SBA refunds and CRB remittance | 0.2 |
| 06/06/2023 | JN | Prepare responses to Fed advisor questions regarding revised CCO budget | 0.6 |
| 06/07/2023 | DCR | Participate in call with KS Finance team. | 0.3 |
| 06/07/2023 | DCR | Review weekly cash flow variance report. | 0.4 |
| 06/07/2023 | JN | Review of weekly budget variance report | 0.6 |
| 06/07/2023 | JN | Review of weekly cash collateral reporting for Fed | 0.5 |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        Cash / Liquidity Matters
Code:      20006554P00002.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/07/2023 | JN | Review updated payroll forecast for inclusion with wind-down budget | 0.6 |
| 06/07/2023 | NL | Finalize updates to cash flow forecast for actuals through 6/2/23 and perform reconciliation to daily cash report | 1.5 |
| 06/07/2023 | NL | Prepare cash collateral budget variance report and permitted variance test for week ended 6/2/23 | 2.3 |
| 06/07/2023 | NL | Update cash collateral budget for legacy loan actuals for week-ended 6/2/23 | 1.8 |
| 06/07/2023 | NL | Update cash collateral budget for operating and non-operating expense actuals for week-ended 6/2/23 | 2.1 |
| 06/08/2023 | JN | Attend call to discuss status of SBA refunds and CRB remittance with J. Mullaney, T. Williams, I. Naraine(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) | 0.2 |
| 06/08/2023 | JN | Conduct research re: month-end PPPLF statement | 1.0 |
| 06/08/2023 | NL | Attend call to discuss status of SBA refunds and CRB remittance with J. Mullaney, T. Williams, I. Naraine(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) | 0.2 |
| 06/09/2023 | AP | Update professional fee accruals for May | 1.6 |
| 06/09/2023 | JN | Attend call with S. Smith, N. Manos (all Resolute) M. Kennedy (Chilmark) J. Nelson, N. LoBiondo (all AlixPartners) to discuss revised wind-down budget | 1.0 |
| 06/09/2023 | JN | Review wind-down budget changes | 0.7 |
| 06/09/2023 | NL | Attend call with M. Kennedy (all Chilmark) S. Smith, N. Manos (all Resolute) J. Nelson, N. LoBiondo (all AlixPartners) to discuss updated wind down budget | 1.0 |
| 06/12/2023 | JN | Revise updated winddown budget | 1.5 |
| 06/13/2023 | NL | Finalize updates to cash flow forecast for actuals through 6/9/23 and perform reconciliation to daily cash report | 1.6 |
| 06/13/2023 | NL | Prepare updated wind down budget output for Chilmark | 1.1 |
| 06/13/2023 | NL | Update cash collateral budget for legacy loan actuals for week-ended 6/9/23 | 1.6 |
| 06/13/2023 | NL | Update cash collateral budget for operating and non-operating expense actuals for week-ended 6/9/23 | 1.7 |
| 06/14/2023 | AP | Update professional fee carve-out excess analysis with latest professional fee estimates | 1.6 |
| 06/14/2023 | DCR | Review cash variance report. | 0.3 |
| 06/14/2023 | JN | Conduct treasury cash management activities | 0.6 |
| 06/14/2023 | JN | Review Fed advisor feedback regarding revised winddown budget | 0.4 |
| 06/14/2023 | JN | Review of cash collateral budget variance report | 0.3 |
| 06/14/2023 | JN | Review of weekly cash collateral reporting for Fed | 0.3 |
| 06/14/2023 | NL | Respond to Chilmark and Resolute inquires on updated wind down budget | 0.8 |
| 06/14/2023 | NL | Update wind down budget update per comments from Resolute and Chilmark | 1.3 |
| 06/20/2023 | JN | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss CCO reporting | 0.2 |
| 06/20/2023 | NL | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss CCO reporting | 0.2 |
| **Total Professional Hours** | | | **49.8** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:                              Cash / Liquidity Matters
Code:                            20006554P00002.1.3

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Deborah Rieger-Paganis | $1,220 | 1.0 | $ | 1,220.00 |
| James Nelson | $1,020 | 14.1 | | 14,382.00 |
| Thora B Thoroddsen | $950 | 0.4 | | 380.00 |
| Anthony Perrella | $605 | 3.2 | | 1,936.00 |
| Nicholas LoBiondo | $605 | 31.1 | | 18,815.50 |
| **Total Professional Hours and Fees** | | **49.8** | **$** | **36,733.50** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        U.S. Trustee / Court Reporting Requirements
Code:      20006554P00002.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 06/01/2023 | JN | Review KS board update materials | 0.4 |
| 06/07/2023 | JN | Attend call with C. Bentley (Weil) to discuss Effective Date planning | 0.2 |
| 06/07/2023 | JN | Attend call with M. Kennedy (Chilmark) to discuss Effective Date planning | 0.4 |
| 06/07/2023 | JN | Attend call with J. Mullaney, T. Williams, I. Naraine, J. Arnold (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss SBA and borrower refund process updates | 0.3 |
| 06/07/2023 | NL | Attend call with J. Mullaney, T. Williams, I. Naraine, J. Arnold (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss SBA and borrower refund process updates | 0.3 |
| 06/08/2023 | JN | Attend Board call with C. Arthur (Weil) D. Kurzweil (Greenberg) L. Milner, S. Kafiti, D. Evans, E. Hartz, R. Gregg, L. Taylor (all KServicing)  to discuss case updates | 0.5 |
| 06/08/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss Effective Date planning | 0.3 |
| 06/08/2023 | JN | Attend call with M. Kennedy (Chilmark) to discuss Effective Date planning | 0.7 |
| 06/08/2023 | TBT | Send list of insurance policies to S. Moss (KServicing) as requested | 0.1 |
| 06/12/2023 | JN | Attend call with S. Haliburton, J. Arnold(all KServicing) J. Nelson, N. LoBiondo, T. Thoroddsen (all AlixPartners) to discuss SBA refund process updates and status of May MOR | 0.3 |
| 06/12/2023 | JN | Review correspondence and documentation regarding effective date plan requirements | 0.4 |
| 06/12/2023 | NL | Attend call with S. Haliburton, J. Arnold(all KServicing) J. Nelson, N. LoBiondo, T. Thoroddsen (all AlixPartners) to discuss SBA refund process updates and status of May MOR | 0.3 |
| 06/12/2023 | TBT | Attend call with S. Haliburton, J. Arnold(all KServicing) J. Nelson, N. LoBiondo, T. Thoroddsen (all AlixPartners) to discuss SBA refund process updates and status of May MOR | 0.3 |
| 06/13/2023 | JN | Attend call with M. Kennedy (Chilmark) to discuss effective date planning | 0.3 |
| 06/14/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | AP | Develop May Cash Flow for MOR | 2.1 |
| 06/14/2023 | DCR | Attend call with J. Mullaney, I. Naraine, S. Haliburton(all KServicing) D. Rieger-Paganis, T. Thoroddsen (all AlixPartners) re: MOR and other tasks prior to effective date | 0.2 |
| 06/14/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | JN | Attend call with M. Kennedy (Chilmark)  to discuss effective date planning | 0.3 |
| 06/14/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss effective date planning | 0.4 |
| 06/14/2023 | JN | Review correspondence and documentation regarding effective date plan requirements | 0.4 |
| 06/14/2023 | NL | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | NL | Finalize cash collateral budget variance report and permitted variance test for week ended 6/9/23 | 1.3 |
| 06/14/2023 | NL | Prepare cash balances reporting as of 6/9/23 | 0.6 |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        U.S. Trustee / Court Reporting Requirements
Code:       20006554P00002.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/14/2023 | NL | Prepare cash collateral budget variance report and permitted variance test for week ended 6/9/23 | 2.2 |
| 06/14/2023 | TBT | Attend call with J. Mullaney, I. Naraine, S. Haliburton(all KServicing) D. Rieger-Paganis, T. Thoroddsen (all AlixPartners) re: MOR and other tasks prior to effective date | 0.2 |
| 06/14/2023 | TBT | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | TBT | Review correspondence from C. Arthur (Weil) re: requirements for the plan to go effective | 0.1 |
| 06/14/2023 | TBT | Send correspondence to S. Spencer, N. Manos (both Resolute), T. Williams (KServicing) re: MOR filing prior to effective date | 0.1 |
| 06/15/2023 | JN | Attend call with C. Bentley (Weil) to discuss effective date planning | 0.1 |
| 06/15/2023 | TBT | Review notice of fourth plan supplement and updated exhibit | 0.2 |
| 06/16/2023 | AP | Develop May MOR for review | 1.6 |
| 06/16/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss effective date planning | 0.4 |
| 06/16/2023 | JN | Respond to case-related emails | 0.6 |
| 06/16/2023 | TBT | Review correspondence from C. Arthur (Weil) re: KS going effective | 0.1 |
| 06/16/2023 | TBT | Review updates from S. Moss (KServicing) re: transfer of 401k funds | 0.1 |
| 06/17/2023 | TBT | Send correspondence to T. Williams, I. Naraine (both KServicing) re: June's MOR | 0.1 |
| 06/19/2023 | AP | Adjust May MOR per comments from Lawyers | 1.3 |
| 06/19/2023 | AP | Development of May MOR for filing | 1.8 |
| 06/19/2023 | TBT | Review additional updates to May MOR from A. Perrella (AlixPartners) | 0.2 |
| 06/19/2023 | TBT | Review May MOR | 0.6 |
| 06/19/2023 | TBT | Review response by T. Williams (KServicing) re: employee count for May MOR | 0.1 |
| 06/19/2023 | TBT | Review revised May MOR from A. Perrella (AlixPartners) | 0.3 |
| 06/19/2023 | TBT | Send comments to A. Perrella (AlixPartners) re: May MOR | 0.1 |
| 06/19/2023 | TBT | Send correspondence to A. Perrella (AlixPartners) re: May MOR | 0.1 |
| 06/19/2023 | TBT | Send correspondence to T. Williams (KServicing) re: employee count for May MOR | 0.1 |
| 06/20/2023 | AP | Adjust May MOR per comments from Lawyers | 0.9 |
| 06/20/2023 | AP | Attend call with J. Nelson, A. Perrella (all AlixPartners) to discuss professionals escrow funding | 0.2 |
| 06/20/2023 | JN | Attend call  with M. Kennedy (Chilmark) to discuss professionals escrow account funding | 0.2 |
| 06/20/2023 | JN | Attend call with J. Nelson, A. Perrella (all AlixPartners) to discuss professionals escrow funding | 0.2 |
| 06/20/2023 | JN | Conduct analysis of professionals carve-out account surplus | 0.7 |
| 06/20/2023 | JN | Correspond with management and professionals regarding professionals escrow transfer | 0.5 |
| 06/20/2023 | JN | Review professional fee escrow agreement | 0.4 |
| 06/20/2023 | TBT | Review final MOR from A. Perrella (AlixPartners) reflecting comments from A. Suarez (Weil) and headcount information from T. Williams (KServicing) | 0.3 |
| 06/20/2023 | TBT | Review notice of effective date as of 6/20/2023 | 0.1 |
| 06/20/2023 | TBT | Review updated information from T. Williams (KServicing) re: headcount information for May | 0.1 |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        U.S. Trustee / Court Reporting Requirements
Code:      20006554P00002.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/20/2023 | TBT | Send information to I. Naraine, T. Williams (both KServicing) re: June MOR based on 6/20/2023 effective date | 0.1 |
| **Total Professional Hours** | | | **26.7** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA 30309

Re:          U.S. Trustee / Court Reporting Requirements
Code:       20006554P00002.1.5

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Deborah Rieger-Paganis | $1,220 | 0.7 | $ | 854.00 |
| James Nelson | $1,020 | 8.5 | | 8,670.00 |
| Thora B Thoroddsen | $950 | 3.9 | | 3,705.00 |
| Anthony Perrella | $605 | 8.4 | | 5,082.00 |
| Nicholas LoBiondo | $605 | 5.2 | | 3,146.00 |
| **Total Professional Hours and Fees** | | **26.7** | **$** | **21,457.00** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        Transaction Support
Code:      20006554P00002.1.10

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 06/01/2023 | JN | Prepare responses to potential legacy loan bidder due diligence questions | 1.3 |
| 06/06/2023 | JN | Conduct research regarding charged-off legacy loans | 0.7 |
| 06/06/2023 | JN | Prepare responses to Fed advisor questions regarding revised CCO budget | 0.5 |
| 06/06/2023 | JN | Prepare responses to legacy loan related party questions | 0.7 |
| 06/09/2023 | JN | Attend call with S. Kafiti (KServicing) with potential legacy loan bidder to discuss transition to Vervent | 0.5 |
| 06/09/2023 | JN | Review analysis of forward flow buy-out options | 0.7 |
| 06/12/2023 | JN | Coordinate responses to diligence questions from legacy loan forward flow parties | 0.8 |
| 06/13/2023 | JN | Review revised charged-off loan inventory for potential sale process | 0.7 |
| 06/16/2023 | JN | Attend call with with S. Kafiti (KServicing) re: potential legacy loan bidder to discuss transition to Vervent | 0.5 |
| 06/20/2023 | JN | Prepare responses potential legacy buyer information requests | 1.1 |
| **Total Professional Hours** | | | **7.5** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

| | | |
|---|---|---|
| Re: | Transaction Support | |
| Code: | 20006554P00002.1.10 | |

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| James Nelson | $1,020 | 7.5 | 7,650.00 |
| **Total Professional Hours and Fees** | | **7.5** | **$**    **7,650.00** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        Chapter 11 Process / Case Management
Code:      20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/01/2023 | DCR | Review and respond to case related emails. | 0.2 |
| 06/01/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss legacy loan transition | 0.5 |
| 06/01/2023 | JN | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss updated cash collateral budget and delayed effective date analysis | 0.5 |
| 06/01/2023 | JN | Prepare responses to potential legacy loan bidder due diligence questions | 1.3 |
| 06/01/2023 | JN | Review KS board update materials | 0.4 |
| 06/01/2023 | JN | Review updated KS staffing plan for budget updates | 0.6 |
| 06/01/2023 | JN | Revise updated cash collateral budget | 1.1 |
| 06/01/2023 | NL | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss updated cash collateral budget and delayed effective date analysis | 0.5 |
| 06/01/2023 | NL | Continue updates to cash collateral budget through week-ended 6/16/23 | 2.8 |
| 06/01/2023 | NL | Prepare updated cash collateral budget output for Management and Chilmark | 1.5 |
| 06/01/2023 | NL | $1,789 | 2.5 |
| 06/01/2023 | NL | Update wind down budget to reflect delayed Effective Date Timing | 1.5 |
| 06/02/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/02/2023 | AP | Review of legacy loan portfolio for SIF loans | 0.6 |
| 06/02/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/02/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/02/2023 | JN | Attend call with J. Mullaney, T. Williams, S. Haliburton, I. Naraine(all KServicing) J. Nelson, T. Thoroddsen, N. LoBiondo (all AlixPartners) to discuss borrower refunds and SBA payment process updates, timing of additional tax payments, and other AP payment timing | 0.4 |
| 06/02/2023 | JN | Attend call  with M. Kennedy(all Chilmark) S. Kafiti(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss CRB remittance issue and next steps | 0.5 |
| 06/02/2023 | JN | Attend call with D. Evans (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss KServicing staffing updates | 0.4 |
| 06/02/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/02/2023 | JN | Respond to legacy transition-related emails | 0.6 |
| 06/02/2023 | JN | Revise professional fees forecast | 0.3 |
| 06/02/2023 | JN | Travel from New York, NY to Boston, MA following engagement team meetings | 3.5 |
| 06/02/2023 | NL | Attend call with J. Mullaney, T. Williams, S. Haliburton, I. Naraine(all KServicing) J. Nelson, T. Thoroddsen, N. LoBiondo (all AlixPartners) to discuss borrower refunds and SBA payment process updates, timing of additional tax payments, and other AP payment timing | 0.4 |
| 06/02/2023 | NL | Attend call  with M. Kennedy(all Chilmark) S. Kafiti(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss CRB remittance issue and next steps | 0.5 |
| 06/02/2023 | NL | Attend call with D. Evans (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss KServicing staffing updates | 0.4 |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:         Chapter 11 Process / Case Management
Code:       20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/02/2023 | NL | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/02/2023 | NL | Finalize cash collateral budget output for Management and Chilmark | 2.5 |
| 06/02/2023 | NL | Update professional fee tracker for March fee application amounts paid week-ended 6/2 | 1.1 |
| 06/02/2023 | TBT | Attend call with J. Mullaney, T. Williams, S. Haliburton, I. Naraine(all KServicing) J. Nelson, T. Thoroddsen, N. LoBiondo (all AlixPartners) to discuss borrower refunds and SBA payment process updates, timing of additional tax payments, and other AP payment timing | 0.4 |
| 06/02/2023 | TBT | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated cash collateral budget, CRB remittance issue, and status of legacy loan transfer/sale | 0.5 |
| 06/02/2023 | TBT | Review updates from N. LoBiondo (AlixPartners) re: this week's payments | 0.1 |
| 06/05/2023 | AP | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss wind down budget timing and status of weekly deliverables | 0.2 |
| 06/05/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/05/2023 | JN | Attend call with J. Mullaney, T. Williams, I. Naraine(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss status of SBA refunds and CRB remittance | 0.2 |
| 06/05/2023 | JN | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss wind down budget timing and status of weekly deliverables | 0.2 |
| 06/05/2023 | JN | Conduct analysis of Amex legacy loan charges | 0.5 |
| 06/05/2023 | JN | Conduct research regarding CCO requirements | 0.7 |
| 06/05/2023 | JN | Conduct research regarding CIT claim | 0.6 |
| 06/05/2023 | JN | Respond to correspondence regarding claims | 0.4 |
| 06/05/2023 | JN | Review TSA invoices and supporting schedules | 0.4 |
| 06/05/2023 | NL | Attend call with J. Mullaney, T. Williams, I. Naraine(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss status of SBA refunds and CRB remittance | 0.2 |
| 06/05/2023 | NL | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss wind down budget timing and status of weekly deliverables | 0.2 |
| 06/05/2023 | TBT | Respond to S. Kafiti (KServicing) re: CIT | 0.1 |
| 06/05/2023 | TBT | Send correspondence to J. Foster (Resolute) re: CIT | 0.1 |
| 06/05/2023 | TBT | Send correspondence to J. Kearney (KServicing) re: computer inventory | 0.1 |
| 06/05/2023 | TBT | Send correspondence to J. Nelson (AlixPartners) re: CIT lease | 0.1 |
| 06/06/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss legacy loan transition | 0.4 |
| 06/06/2023 | JN | Conduct research regarding charged-off legacy loans | 0.7 |
| 06/06/2023 | JN | Prepare responses to Fed advisor questions regarding revised CCO budget | 0.6 |
| 06/06/2023 | JN | Prepare responses to Fed advisor questions regarding revised CCO budget | 0.5 |
| 06/06/2023 | JN | Prepare responses to legacy loan related party questions | 0.7 |
| 06/06/2023 | TBT | Attend call with S. Kafiti (KServicing) S. Smith, N. Manos (both Resolute) to discuss CIT claims | 0.5 |
| 06/07/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan sale updates, cash collateral budget updates, and effective date gating | 0.5 |
| 06/07/2023 | AP | Update legacy loan portfolio for received SIF/PIF list | 1.6 |
| 06/07/2023 | DCR | Participate in call with KS Finance team. | 0.3 |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        Chapter 11 Process / Case Management
Code:      20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/07/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/07/2023 | DCR | Review weekly cash flow variance report. | 0.4 |
| 06/07/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan sale updates, cash collateral budget updates, and effective date gating | 0.5 |
| 06/07/2023 | JN | Attend call with C. Bentley (Weil) to discuss Effective Date planning | 0.2 |
| 06/07/2023 | JN | Attend call with M. Kennedy (Chilmark) to discuss Effective Date planning | 0.4 |
| 06/07/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan sale updates, cash collateral budget updates, and effective date gating | 0.5 |
| 06/07/2023 | JN | Attend call with D. Evans, A. Goff, S. Kafiti (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to review loans to be transferred to SBA | 0.5 |
| 06/07/2023 | JN | Review of weekly budget variance report | 0.6 |
| 06/07/2023 | JN | Review of weekly cash collateral reporting for Fed | 0.5 |
| 06/07/2023 | JN | Review updated payroll forecast for inclusion with wind-down budget | 0.6 |
| 06/07/2023 | JN | Attend call with J. Mullaney, T. Williams, I. Naraine, J. Arnold (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss SBA and borrower refund process updates | 0.3 |
| 06/07/2023 | NL | Attend call with D. Rieger-Paganis, J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan sale updates, cash collateral budget updates, and effective date gating | 0.5 |
| 06/07/2023 | NL | Attend call with J. Mullaney, T. Williams, I. Naraine, J. Arnold (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss SBA and borrower refund process updates | 0.3 |
| 06/07/2023 | NL | Attend call with D. Evans, A. Goff (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss SBA assignment of Kabbage Direct loans | 0.5 |
| 06/07/2023 | NL | Finalize updates to cash flow forecast for actuals through 6/2/23 and perform reconciliation to daily cash report | 1.5 |
| 06/07/2023 | NL | Prepare cash collateral budget variance report and permitted variance test for week ended 6/2/23 | 2.3 |
| 06/07/2023 | NL | Update cash collateral budget for legacy loan actuals for week-ended 6/2/23 | 1.8 |
| 06/07/2023 | NL | Update cash collateral budget for operating and non-operating expense actuals for week-ended 6/2/23 | 2.1 |
| 06/08/2023 | JN | Attend Board call with C. Arthur (Weil) D. Kurzweil (Greenberg) L. Milner, S. Kafiti, D. Evans, E. Hartz, R. Gregg, L. Taylor (all KServicing)  to discuss case updates | 0.5 |
| 06/08/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss Effective Date planning | 0.3 |
| 06/08/2023 | JN | Attend call to discuss status of SBA refunds and CRB remittance with J. Mullaney, T. Williams, I. Naraine(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) | 0.2 |
| 06/08/2023 | JN | Attend call with S. Kafiti (KServicing) with forward flow party to discuss transition to Vervent | 0.4 |
| 06/08/2023 | JN | Attend call with M. Kennedy (Chilmark) to discuss Effective Date planning | 0.7 |
| 06/08/2023 | JN | Conduct research re: month-end PPPLF statement | 1.0 |
| 06/08/2023 | JN | Review Vervent/Amex transition updates | 0.4 |
| 06/08/2023 | NL | Attend call to discuss status of SBA refunds and CRB remittance with J. Mullaney, T. Williams, I. Naraine(all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) | 0.2 |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:         Chapter 11 Process / Case Management
Code:       20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 06/08/2023 | NL | Review AP check run file for week-ended 6/9/23 | 2.3 |
| 06/08/2023 | TBT | Review correspondence from C. Bentley (Weil) re: updated KS assumption notice | 0.1 |
| 06/08/2023 | TBT | Send list of insurance policies to S. Moss (KServicing) as requested | 0.1 |
| 06/09/2023 | AP | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan transfer updates and effective date gating items | 0.4 |
| 06/09/2023 | AP | Update contract assumption schedules with new contract | 1.2 |
| 06/09/2023 | AP | Update professional fee accruals for May | 1.6 |
| 06/09/2023 | JN | Attend call with S. Smith, N. Manos (all Resolute) M. Kennedy (Chilmark) J. Nelson, N. LoBiondo (all AlixPartners) to discuss revised wind-down budget | 1.0 |
| 06/09/2023 | JN | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan transfer updates and effective date gating items | 0.4 |
| 06/09/2023 | JN | Attend call with S. Kafiti (KServicing) with potential legacy loan bidder to discuss transition to Vervent | 0.5 |
| 06/09/2023 | JN | Prepare case accomplishment summary | 0.8 |
| 06/09/2023 | JN | Review analysis of forward buy-out options | 0.7 |
| 06/09/2023 | JN | Review wind-down budget changes | 0.7 |
| 06/09/2023 | NL | Attend call with M. Kennedy (all Chilmark) S. Smith, N. Manos (all Resolute) J. Nelson, N. LoBiondo (all AlixPartners) to discuss updated wind down budget | 1.0 |
| 06/09/2023 | NL | Attend call with J. Nelson, N. LoBiondo, A. Perrella (all AlixPartners) to discuss legacy loan transfer updates and effective date gating items | 0.4 |
| 06/12/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |
| 06/12/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |
| 06/12/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/12/2023 | JN | Attend call with S. Haliburton, J. Arnold(all KServicing) J. Nelson, N. LoBiondo, T. Thoroddsen (all AlixPartners) to discuss SBA refund process updates and status of May MOR | 0.3 |
| 06/12/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |
| 06/12/2023 | JN | Coordinate responses to diligence questions from legacy loan forward flow parties | 0.8 |
| 06/12/2023 | JN | Review correspondence and documentation regarding effective date plan requirements | 0.4 |
| 06/12/2023 | JN | Review cost/benefit analysis of forward flow party loans | 0.7 |
| 06/12/2023 | JN | Revise updated winddown budget | 1.5 |
| 06/12/2023 | NL | Attend call with S. Haliburton, J. Arnold(all KServicing) J. Nelson, N. LoBiondo, T. Thoroddsen (all AlixPartners) to discuss SBA refund process updates and status of May MOR | 0.3 |
| 06/12/2023 | NL | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:       Chapter 11 Process / Case Management
Code:    20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 06/12/2023 | TBT | Attend call with S. Haliburton, J. Arnold(all KServicing) J. Nelson, N. LoBiondo, T. Thoroddsen (all AlixPartners) to discuss SBA refund process updates and status of May MOR | 0.3 |
| 06/12/2023 | TBT | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) to discuss updated wind down budget timeline, status of weekly deliverables, and effective date gating items | 0.6 |
| 06/13/2023 | AP | Update of PIF/SIF list for legacy loan transaction | 1.4 |
| 06/13/2023 | DCR | Review and respond to case related emails. | 0.4 |
| 06/13/2023 | JN | Attend call with D. Evans (KServicing) to discuss Vervent transition | 0.5 |
| 06/13/2023 | JN | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss case priorities | 0.5 |
| 06/13/2023 | JN | Attend call with M. Kennedy (Chilmark) to discuss effective date planning | 0.3 |
| 06/13/2023 | JN | Review Second Interim Fee Order | 0.2 |
| 06/13/2023 | JN | Review revised charged-off loan inventory for potential sale process | 0.7 |
| 06/13/2023 | JN | Revise estimate of Vervent transition and run-rate servicing costs | 1.2 |
| 06/13/2023 | NL | Finalize updates to cash flow forecast for actuals through 6/9/23 and perform reconciliation to daily cash report | 1.6 |
| 06/13/2023 | NL | Prepare updated wind down budget output for Chilmark | 1.1 |
| 06/13/2023 | NL | Update cash collateral budget for legacy loan actuals for week-ended 6/9/23 | 1.6 |
| 06/13/2023 | NL | Update cash collateral budget for operating and non-operating expense actuals for week-ended 6/9/23 | 1.7 |
| 06/13/2023 | NL | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss case priorities | 0.5 |
| 06/13/2023 | TBT | Send claim information to S. Kafiti (KServicing) re: CRB claim as requested | 0.1 |
| 06/14/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | AP | Develop May Cash Flow for MOR | 2.1 |
| 06/14/2023 | AP | Update professional fee carve-out excess analysis with latest professional fee estimates | 1.6 |
| 06/14/2023 | DCR | Attend call with J. Mullaney, I. Naraine, S. Haliburton(all KServicing) D. Rieger-Paganis, T. Thoroddsen (all AlixPartners) re: MOR and other tasks prior to effective date | 0.2 |
| 06/14/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | DCR | Review and respond to case related emails. | 0.3 |
| 06/14/2023 | DCR | Review cash variance report. | 0.3 |
| 06/14/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | JN | Attend call with M. Kennedy (Chilmark)  to discuss effective date planning | 0.3 |
| 06/14/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss effective date planning | 0.4 |
| 06/14/2023 | JN | Conduct research regarding Fed advisor questions about Vervent transition | 0.7 |
| 06/14/2023 | JN | Conduct treasury cash management activities | 0.6 |
| 06/14/2023 | JN | Review correspondence and documentation regarding effective date plan requirements | 0.4 |
| 06/14/2023 | JN | Review cost/benefit analysis of forward flow party loans | 0.5 |
| 06/14/2023 | JN | Review Fed advisor feedback regarding revised winddown budget | 0.4 |
| 06/14/2023 | JN | Review of cash collateral budget variance report | 0.3 |
| 06/14/2023 | JN | Review of weekly cash collateral reporting for Fed | 0.3 |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:         Chapter 11 Process / Case Management
Code:       20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/14/2023 | NL | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | NL | Finalize cash collateral budget variance report and permitted variance test for week ended 6/9/23 | 1.3 |
| 06/14/2023 | NL | Prepare cash balances reporting as of 6/9/23 | 0.6 |
| 06/14/2023 | NL | Prepare cash collateral budget variance report and permitted variance test for week ended 6/9/23 | 2.2 |
| 06/14/2023 | NL | Respond to Chilmark and Resolute inquires on updated wind down budget | 0.8 |
| 06/14/2023 | NL | Review AP check run invoices for payment week-ended 6/9/23 | 1.4 |
| 06/14/2023 | NL | Update wind down budget update per comments from Resolute and Chilmark | 1.3 |
| 06/14/2023 | TBT | Attend call with J. Mullaney, I. Naraine, S. Haliburton(all KServicing) D. Rieger-Paganis, T. Thoroddsen (all AlixPartners) re: MOR and other tasks prior to effective date | 0.2 |
| 06/14/2023 | TBT | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, N. LoBiondo, A. Perrella (all AlixPartners) re: MOR, cash flows and other transition activities | 0.5 |
| 06/14/2023 | TBT | Review correspondence from C. Arthur (Weil) re: requirements for the plan to go effective | 0.1 |
| 06/14/2023 | TBT | Review payables to be paid this week from I. Naraine (KServicing) | 0.3 |
| 06/14/2023 | TBT | Send correspondence to N. LoBiondo (AlixPartners) re: this week's payables | 0.1 |
| 06/14/2023 | TBT | Send correspondence to S. Smith, N. Manos (both Resolute) re: CIT lease | 0.1 |
| 06/14/2023 | TBT | Send correspondence to S. Smith, N. Manos (both Resolute) re: claims analysis | 0.1 |
| 06/14/2023 | TBT | Send correspondence to S. Spencer, N. Manos (both Resolute), T. Williams (KServicing) re: MOR filing prior to effective date | 0.1 |
| 06/15/2023 | JN | Attend call with C. Bentley (Weil) to discuss effective date planning | 0.1 |
| 06/15/2023 | JN | Conduct research regarding Fed advisor questions about Vervent transition | 0.4 |
| 06/15/2023 | JN | Review final contract assumptions schedules | 0.5 |
| 06/15/2023 | TBT | Review notice of fourth plan supplement and updated exhibit | 0.2 |
| 06/16/2023 | AP | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, A. Perrella (all AlixPartners) re: case status and transition to Resolute | 0.5 |
| 06/16/2023 | AP | Develop May MOR for review | 1.6 |
| 06/16/2023 | DCR | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, A. Perrella (all AlixPartners) re: case status and transition to Resolute | 0.5 |
| 06/16/2023 | DCR | Review and respond to case related emails. | 0.5 |
| 06/16/2023 | JN | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, A. Perrella (all AlixPartners) re: case status and transition to Resolute | 0.5 |
| 06/16/2023 | JN | Attend call with S. Smith, N. Manos (all Resolute) J. Nelson, T. Thoroddsen (all AlixPartners) re: claims reconciliation and resolution status | 0.5 |
| 06/16/2023 | JN | Attend call with with S. Kafiti (KServicing) re: potential legacy loan bidder to discuss transition to Vervent | 0.5 |
| 06/16/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss effective date planning | 0.4 |
| 06/16/2023 | JN | Respond to case-related emails | 0.6 |
| 06/16/2023 | JN | Review updated claims summary and analysis | 0.8 |
| 06/16/2023 | LMB | Prepare professional fees for May 2023 monthly fee application | 0.8 |
| 06/16/2023 | TBT | Attend call with D. Rieger-Paganis, J. Nelson, T. Thoroddsen, A. Perrella (all AlixPartners) re: case status and transition to Resolute | 0.5 |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        Chapter 11 Process / Case Management
Code:      20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 06/16/2023 | TBT | Attend call with S. Smith, N. Manos (all Resolute) J. Nelson, T. Thoroddsen (all AlixPartners) re: claims reconciliation and resolution status | 0.5 |
| 06/16/2023 | TBT | Final preparation of claims analysis to share with Resolute | 2.2 |
| 06/16/2023 | TBT | Review correspondence from C. Arthur (Weil) re: KS going effective | 0.1 |
| 06/16/2023 | TBT | Review correspondence from K. Steverson (Omni) re: admin and damage claims bar dates | 0.1 |
| 06/16/2023 | TBT | Review updates from S. Moss (KServicing) re: transfer of 401k funds | 0.1 |
| 06/16/2023 | TBT | Send correspondence to K. Steverson (Omni) re: admin and rejection damages claims bar date | 0.1 |
| 06/16/2023 | TBT | Send correspondence to K. Steverson (Omni) re: latest claims register | 0.1 |
| 06/16/2023 | TBT | Update claims analysis to send to S. Smith, N. Manos (both Resolute) | 0.2 |
| 06/17/2023 | TBT | Send correspondence to T. Williams, I. Naraine (both KServicing) re: June's MOR | 0.1 |
| 06/19/2023 | AP | Adjust May MOR per comments from Lawyers | 1.3 |
| 06/19/2023 | AP | Development of May MOR for filing | 1.8 |
| 06/19/2023 | LCV | Prepare professional fees for May 2023 monthly fee application | 1.2 |
| 06/19/2023 | TBT | Review additional updates to May MOR from A. Perrella (AlixPartners) | 0.2 |
| 06/19/2023 | TBT | Review May MOR | 0.6 |
| 06/19/2023 | TBT | Review response by T. Williams (KServicing) re: employee count for May MOR | 0.1 |
| 06/19/2023 | TBT | Review revised May MOR from A. Perrella (AlixPartners) | 0.3 |
| 06/19/2023 | TBT | Send comments to A. Perrella (AlixPartners) re: May MOR | 0.1 |
| 06/19/2023 | TBT | Send correspondence to A. Perrella (AlixPartners) re: May MOR | 0.1 |
| 06/19/2023 | TBT | Send correspondence to T. Williams (KServicing) re: employee count for May MOR | 0.1 |
| 06/20/2023 | AP | Adjust May MOR per comments from Lawyers | 0.9 |
| 06/20/2023 | AP | Attend call with J. Nelson, A. Perrella (all AlixPartners) to discuss professionals escrow funding | 0.2 |
| 06/20/2023 | JN | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss CCO reporting | 0.2 |
| 06/20/2023 | JN | Attend call  with M. Kennedy (Chilmark) to discuss professionals escrow account funding | 0.2 |
| 06/20/2023 | JN | Attend call with J. Nelson, A. Perrella (all AlixPartners) to discuss professionals escrow funding | 0.2 |
| 06/20/2023 | JN | Conduct analysis of professionals carve-out account surplus | 0.7 |
| 06/20/2023 | JN | Correspond with management and professionals regarding professionals escrow transfer | 0.5 |
| 06/20/2023 | JN | Prepare responses potential legacy buyer information requests | 1.1 |
| 06/20/2023 | JN | Review professional fee escrow agreement | 0.4 |
| 06/20/2023 | LCV | Prepare professional fees for May 2023 monthly/interim fee applications | 1.4 |
| 06/20/2023 | LMB | Prepare professional fees for May 2023 monthly fee statement | 1.0 |
| 06/20/2023 | NL | Attend call with J. Nelson, N. LoBiondo (all AlixPartners) to discuss CCO reporting | 0.2 |
| 06/20/2023 | TBT | Respond to I. Naraine (KServicing) re: Omni invoice | 0.1 |
| 06/20/2023 | TBT | Review final MOR from A. Perrella (AlixPartners) reflecting comments from A. Suarez (Weil) and headcount information from T. Williams (KServicing) | 0.3 |
| 06/20/2023 | TBT | Review notice of effective date as of 6/20/2023 | 0.1 |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:           Chapter 11 Process / Case Management
Code:        20006554P00002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/20/2023 | TBT | Review updated information from T. Williams (KServicing) re: headcount information for May | 0.1 |
| 06/20/2023 | TBT | Send correspondence to K. Steverson (Omni) re: invoice | 0.1 |
| 06/20/2023 | TBT | Send information to I. Naraine, T. Williams (both KServicing) re: June MOR based on 6/20/2023 effective date | 0.1 |
| **Total Professional Hours** | | | **131.6** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:                        Vendor Management
Code:                     20006554P00002.1.13

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Thora B Thoroddsen | $950 | 0.7 | $ | 665.00 |
| Nicholas LoBiondo | $605 | 3.7 | | 2,238.50 |
| **Total Professional Hours and Fees** | | **4.4** | **$** | **2,903.50** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:          Executory Contracts
Code:        20006554P00002.1.14

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|-------------------------|-------|
| 06/05/2023 | TBT | Respond to S. Kafiti (KServicing) re: CIT | 0.1 |
| 06/05/2023 | TBT | Send correspondence to J. Foster (Resolute) re: CIT | 0.1 |
| 06/05/2023 | TBT | Send correspondence to J. Kearney (KServicing) re: computer inventory | 0.1 |
| 06/05/2023 | TBT | Send correspondence to J. Nelson (AlixPartners) re: CIT lease | 0.1 |
| 06/06/2023 | TBT | Attend call with S. Kafiti (KServicing) S. Smith, N. Manos (both Resolute) to discuss CIT claims | 0.5 |
| 06/08/2023 | TBT | Review correspondence from C. Bentley (Weil) re: updated KS assumption notice | 0.1 |
| 06/09/2023 | AP | Update contract assumption schedules with new contract | 1.2 |
| 06/14/2023 | TBT | Send correspondence to S. Smith, N. Manos (both Resolute) re: CIT lease | 0.1 |
| 06/15/2023 | JN | Review final contract assumptions schedules | 0.5 |
| **Total Professional Hours** | | | **2.8** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:                    Executory Contracts
Code:                  20006554P00002.1.14

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| James Nelson | $1,020 | 0.5 | $ | 510.00 |
| Thora B Thoroddsen | $950 | 1.1 | | 1,045.00 |
| Anthony Perrella | $605 | 1.2 | | 726.00 |
| **Total Professional Hours and Fees** | | **2.8** | **$** | **2,281.00** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

| | | |
|---|---|---|
| Re: | Claims Process / Avoidance Actions | |
| Code: | 20006554P00002.1.15 | |

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/05/2023 | JN | Conduct research regarding CIT claim | 0.6 |
| 06/05/2023 | JN | Respond to correspondence regarding claims | 0.4 |
| 06/13/2023 | TBT | Send claim information to S. Kafiti (KServicing) re: CRB claim as requested | 0.1 |
| 06/14/2023 | TBT | Send correspondence to S. Smith, N. Manos (both Resolute) re: claims analysis | 0.1 |
| 06/16/2023 | JN | Attend call with S. Smith, N. Manos (all Resolute) J. Nelson, T. Thoroddsen (all AlixPartners) re: claims reconciliation and resolution status | 0.5 |
| 06/16/2023 | JN | Review updated claims summary and analysis | 0.8 |
| 06/16/2023 | TBT | Attend call with S. Smith, N. Manos (all Resolute) J. Nelson, T. Thoroddsen (all AlixPartners) re: claims reconciliation and resolution status | 0.5 |
| 06/16/2023 | TBT | Final preparation of claims analysis to share with Resolute | 2.2 |
| 06/16/2023 | TBT | Review correspondence from K. Steverson (Omni) re: admin and damage claims bar dates | 0.1 |
| 06/16/2023 | TBT | Send correspondence to K. Steverson (Omni) re: admin and rejection damages claims bar date | 0.1 |
| 06/16/2023 | TBT | Send correspondence to K. Steverson (Omni) re: latest claims register | 0.1 |
| 06/16/2023 | TBT | Update claims analysis to send to S. Smith, N. Manos (both Resolute) | 0.2 |
| **Total Professional Hours** | | | **5.7** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:                         Claims Process / Avoidance Actions
Code:                      20006554P00002.1.15

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| James Nelson | $1,020 | 2.3 | $ | 2,346.00 |
| Thora B Thoroddsen | $950 | 3.4 | | 3,230.00 |
| **Total Professional Hours and Fees** | | **5.7** | **$** | **5,576.00** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        Fee Statements & Fee Applications
Code:      20006554P00002.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/13/2023 | JN | Review Second Interim Fee Order | 0.2 |
| 06/16/2023 | LMB | Prepare professional fees for May 2023 monthly fee application | 0.8 |
| 06/19/2023 | LCV | Prepare professional fees for May 2023 monthly fee application | 1.2 |
| 06/20/2023 | LCV | Prepare professional fees for May 2023 monthly/interim fee applications | 1.4 |
| 06/20/2023 | LMB | Prepare professional fees for May 2023 monthly fee statement | 1.0 |
| **Total Professional Hours** | | | **4.6** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:            Fee Statements & Fee Applications
Code:        20006554P00002.1.20

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| James Nelson | $1,020 | 0.2 | $ | 204.00 |
| Laura Capen Verry | $540 | 2.6 | | 1,404.00 |
| Lisa Marie Bonito | $500 | 1.8 | | 900.00 |
| **Total Professional Hours and Fees** | | **4.6** | **$** | **2,508.00** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:        Loan Transfer Activities
Code:      20006554P00002.1.21

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 06/01/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss legacy loan transition | 0.5 |
| 06/02/2023 | AP | Review of legacy loan portfolio for SIF loans | 0.6 |
| 06/02/2023 | JN | Respond to legacy transition-related emails | 0.6 |
| 06/06/2023 | JN | Attend call with S. Kafiti (KServicing) to discuss legacy loan transition | 0.4 |
| 06/07/2023 | AP | Update legacy loan portfolio for received SIF/PIF list | 1.6 |
| 06/07/2023 | JN | Attend call with D. Evans, A. Goff, S. Kafiti (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to review loans to be transferred to SBA | 0.5 |
| 06/07/2023 | NL | Attend call with D. Evans, A. Goff (all KServicing) J. Nelson, N. LoBiondo (all AlixPartners) to discuss SBA assignment of Kabbage Direct loans | 0.5 |
| 06/08/2023 | JN | Attend call with S. Kafiti (KServicing) with forward flow party to discuss transition to Vervent | 0.4 |
| 06/08/2023 | JN | Review Vervent/Amex transition updates | 0.4 |
| 06/12/2023 | JN | Review cost/benefit analysis of forward flow party loans | 0.7 |
| 06/13/2023 | AP | Update of PIF/SIF list for legacy loan transaction | 1.4 |
| 06/13/2023 | JN | Attend call with D. Evans (KServicing) to discuss Vervent transition | 0.5 |
| 06/13/2023 | JN | Revise estimate of Vervent transition and run-rate servicing costs | 1.2 |
| 06/14/2023 | JN | Conduct research regarding Fed advisor questions about Vervent transition | 0.7 |
| 06/14/2023 | JN | Review cost/benefit analysis of forward flow party loans | 0.5 |
| 06/15/2023 | JN | Conduct research regarding Fed advisor questions about Vervent transition | 0.4 |
| **Total Professional Hours** | | | **10.9** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

| | | |
|---|---|---|
| Re: | Loan Transfer Activities | |
| Code: | 20006554P00002.1.21 | |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| James Nelson | $1,020 | 6.8 | $ | 6,936.00 |
| Anthony Perrella | $605 | 3.6 | | 2,178.00 |
| Nicholas LoBiondo | $605 | 0.5 | | 302.50 |
| **Total Professional Hours and Fees** | | **10.9** | **$** | **9,416.50** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:         Travel Time
Code:       20006554P00002.1.31

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 06/02/2023 | JN | Travel from New York, NY to Boston, MA following engagement team meetings | 3.5 |
| **Total Professional Hours** | | | **3.5** |

**Alix**Partners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:                          Travel Time
Code:                        20006554P00002.1.31

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| James Nelson | $1,020 | 3.5 | $ | 3,570.00 |
| **Total Professional Hours and Fees** | | **3.5** | **$** | **3,570.00** |
| Less 50% Travel | | | | (1,785.00) |
| **Total Professional Hours** | | | **$** | **1,785.00** |