# Exhibit B

# Summary and Description of AlixPartners' Expenses

# AlixPartners

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Re:     Expenses
Code:   20006554P00002.1.24

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 05/30/2023 | Airfare James Nelson 2023-05-31 BOS- JFK | $   428.85 |
| 05/31/2023 | Lodging James Nelson Hyatt Hotels - New York, NY 2023-05-31 2023-06-02 | 922.70 |
| 06/01/2023 | Taxi/Car Service James Nelson LGA to NYC | 79.13 |
| 06/01/2023 | Taxi/Car Service James Nelson Home to Airport | 48.41 |
| 06/02/2023 | Individual Meal - James Nelson - Breakfast | 10.00 |
| 06/02/2023 | Taxi/Car Service James Nelson Airport to Home | 49.26 |
| 06/02/2023 | Taxi/Car Service James Nelson NYC to LGA | 60.17 |
| 06/04/2023 | Airfare James Nelson 2023-06-08 BOS- JFK | 408.44 |
| 06/10/2023 | Internet Access James Nelson | 49.95 |
| **Total Expenses** | | **$ 2,056.91** |

**AlixPartners**

Kabbage, Inc. d/b/a Kservicing
925B Peachtree Street NE
Suite 383
Atlanta, GA  30309

Client: 20006554P00002

| **Expenses** | | **Amount** |
|---|---|---:|
| Airfare | $ | 837.29 |
| Ground Transportation | | 236.97 |
| Lodging | | 922.70 |
| Meals | | 10.00 |
| Phone & Internet | | 49.95 |
| **Total Expenses** | **USD** | **2,056.91** |