**Exhibit A**

**Detailed Description of Services**

**GT GreenbergTraurig**

|  |  |  |
|---|---|---|
| Invoice No. | : | 1000358053 |
| File No. | : | 210757.010100 |
| Bill Date | : | July 13, 2023 |

Kabbage, Inc.
925B Peachtree Street, NE
Suite 383
FULTON-GA
Tax ID / EIN: 36-4973937
Atlanta, GA  30309

# INVOICE

Re:   Representing Board of Directors

Legal Services through June 20, 2023:

|  |  |  |
|---|---|---:|
| Employment and Fee Applications: | $ | 3,550.50 |
| Board Governance: | $ | 8,346.00 |
| Total Fees: | $ | 11,896.50 |
| **Current Invoice**: | **$** | **11,896.50** |
| Previous Balance (see attached statement): | $ | 22,547.60 |
| **Total Amount Due:** | **$** | **34,444.10** |

DVK:SC
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

# GT GreenbergTraurig

|  |  |
|---|---|
| Invoice No. : | 1000358053 |
| File No.   :  | 210757.010100 |

**Note: Payment is Due 30 Days from Date of Invoice**

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:            WELLS FARGO BANK
ABA #:           121000248

**For ACH Instructions:**
Bank:            WELLS FARGO BANK
ABA#             063107513

CREDIT TO:       GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:       2000014648663

**PLEASE REFERENCE:**
- **CLIENT NAME:** KSERVICING
- **FILE NUMBER:** 210757.010100
- **INVOICE NUMBER:** 1000358053*
- **BILLING PROFESSIONAL:** David B. Kurzweil

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

DVK:SC
Tax ID: 13-3613083

**GT GreenbergTraurig**

Invoice No. : 1000358053
File No.    : 210757.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|---|---|---|---|---|---|
| 05/08/23 | 1000335401 | 4,172.10 | 0.00 | 0.00 | 4,172.10 |
| 06/07/23 | 1000335115 | 18,375.50 | 0.00 | 0.00 | 18,375.50 |
| | Totals: $ | 22,547.60 | $ 0.00 | $ 0.00 | $ 22,547.60 |

DVK:SC
Tax ID: 13-3613083

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1000358053 | | | Page 1 |
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered:

TASK CODE:      KS003      EMPLOYMENT AND FEE APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/05/23 | Sandy Bratton | Work on seventh monthly fee application | 0.70 | 304.50 |
| 06/05/23 | Matthew A. Petrie | Attention to pending fee applications | 0.50 | 435.00 |
| 06/06/23 | Sandy Bratton | Continued work on seventh monthly fee application | 2.60 | 1,131.00 |
| 06/06/23 | David B. Kurzweil | Work on fee application | 0.20 | 308.00 |
| 06/06/23 | Matthew A. Petrie | Review and revise 7th monthly fee application | 0.80 | 696.00 |
| 06/07/23 | Sandy Bratton | Continued work on seventh monthly fee application (.6); confer with Greenberg Traurig team and Weil Gotshal team regarding same (.2) | 0.80 | 348.00 |
| 06/13/23 | Sandy Bratton | Review of proposed Second Interim Fee Order and emails with Greenberg Traurig and Weil Gotshal team regarding same | 0.20 | 87.00 |
| 06/13/23 | David B. Kurzweil | Review of fee request and proposed order | 0.10 | 154.00 |
| 06/20/23 | Sandy Bratton | Confer with M. Petrie regarding planning for outstanding and final fee applications | 0.20 | 87.00 |

Total Hours:    6.10

Total Amount:    $ 3,550.50

TIMEKEEPER SUMMARY FOR TASK CODE KS003,

EMPLOYMENT AND FEE APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| David B. Kurzweil | 0.30 | 1,540.00 | 462.00 |
| Matthew A. Petrie | 1.30 | 870.00 | 1,131.00 |
| Sandy Bratton | 4.50 | 435.00 | 1,957.50 |
| Totals: | 6.10 | 582.05 | $ 3,550.50 |

| Invoice No.: | 1000358053 | | | Page 2 |
|---|---|---|---|---|
| Matter No.: | 210757.010100 | | | |

Description of Professional Services Rendered

TASK CODE:    KS005    BOARD GOVERNANCE

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/23 | Sandy Bratton | Review of pleadings filed with Court and update case records (.1); update case calendar and Summary of Calendar Events (.1) | 0.20 | 87.00 |
| 06/01/23 | David B. Kurzweil | Review of emails and board materials regarding status | 0.30 | 462.00 |
| 06/01/23 | Matthew A. Petrie | Review board materials prepared by company regarding plan effective date and related correspondence | 1.20 | 1,044.00 |
| 06/02/23 | Sandy Bratton | Review weekly Board update and related documents received from Weil Gotshal | 0.30 | 130.50 |
| 06/06/23 | David B. Kurzweil | Review of board materials | 0.20 | 308.00 |
| 06/07/23 | Sandy Bratton | Review of pleadings filed with Court and update case records (.2); update case calendar and Summary of Calendar Events (.2) | 0.40 | 174.00 |
| 06/07/23 | David B. Kurzweil | Review of board minutes and emails | 0.20 | 308.00 |
| 06/08/23 | David B. Kurzweil | Conference with board members (.4); preparation for and attend board meeting (.7); review of issues for effective date status (.3) | 1.40 | 2,156.00 |
| 06/08/23 | Matthew A. Petrie | Review minutes of board meetings (.3); attend board meeting (.4) | 0.70 | 609.00 |
| 06/14/23 | Sandy Bratton | Review Board minutes from May 25, 2023 (.2); review recently filed pleadings and update case calendar of events (.4) | 0.60 | 261.00 |
| 06/14/23 | Matthew A. Petrie | Attention to approval of board meeting minutes | 0.40 | 348.00 |
| 06/15/23 | Sandy Bratton | Review of weekly Board Update provided by Weil Gotshal team | 0.20 | 87.00 |
| 06/15/23 | David B. Kurzweil | Review of emails and issues for effective date | 0.30 | 462.00 |
| 06/15/23 | Matthew A. Petrie | Review board update from company regarding effective date | 0.20 | 174.00 |
| 06/20/23 | Sandy Bratton | Confer with M. Petrie regarding Director engagement letter issues (.2); review email from company regarding Notice of Effective Date and outstanding case issues (.1) | 0.30 | 130.50 |
| 06/20/23 | Nathan P. Emeritz | Analyze and confer regarding meeting minutes and related Delaware law issues | 0.40 | 360.00 |
| 06/20/23 | David B. Kurzweil | Review of emails and status of effective date | 0.30 | 462.00 |
| 06/20/23 | Matthew A. Petrie | Attention to pending issues regarding occurrence of effective date | 0.90 | 783.00 |
| | | Total Hours: | 8.50 | |

Invoice No.:  1000358053  
Matter No.:  210757.010100

Page 3

Description of Professional Services Rendered

|  |  |
|---|---|
| Total Amount: | $ 8,346.00 |

TIMEKEEPER SUMMARY FOR TASK CODE KS005,

BOARD GOVERNANCE

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Nathan P. Emeritz | 0.40 | 900.00 | 360.00 |
| David B. Kurzweil | 2.70 | 1,540.00 | 4,158.00 |
| Matthew A. Petrie | 3.40 | 870.00 | 2,958.00 |
| Sandy Bratton | 2.00 | 435.00 | 870.00 |
| Totals: | 8.50 | 981.88 | $ 8,346.00 |

Invoice No.:  1000358053 Page 4
Matter No.:  210757.010100

Description of Professional Services Rendered

## TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---:|---:|---:|
| Nathan P. Emeritz | 0.40 | 900.00 | 360.00 |
| David B. Kurzweil | 3.00 | 1,540.00 | 4,620.00 |
| Matthew A. Petrie | 4.70 | 870.00 | 4,089.00 |
| Sandy Bratton | 6.50 | 435.00 | 2,827.50 |
| Totals: | 14.60 | 814.83 | $ 11,896.50 |

| | | |
|---|---|---|
| Invoice No.: | 1000358053 | Page 5 |
| Re: | Representing Board of Directors | |
| Matter No.: | 210757.010100 | |

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**No expenses charged to this file**