**Exhibit A**

# JONES DAY

**Atlanta Office**
1221 Peachtree Street, NE
Suite 400
Atlanta, GA  30361
**(404) 521-3939**
**Federal Identification Number:  34-0319085**

July 17, 2023                                                                                                                           102496
                                                                                                                            Invoice: 231603889

KServicing Corporation
925B Peachtree Street NE
Suite 1688
Atlanta, GA  30309
United States of America

For legal services rendered for the period through June 20, 2023:

|  | Hours |  | Amount |
|---|---|---|---|
| Case Administration | 0.30 |  | 142.50 |
| Department of Justice Investigations | 2.20 |  | 1,220.00 |
| Fee Application Preparation | 2.70 |  | 2,587.50 |
| Total Fees | 5.20 | USD | 3,950.00 |

Disbursement & Charges Summary

| Hosting Charges | 9,797.54 |  |  |
|---|---|---|---|
|  |  | USD | 9,797.54 |
| **TOTAL** |  | **USD** | **13,747.54** |

# JONES DAY

102496                                                                                                                    Page: 2

KServicing Corporation                                                     July 17, 2023
                                                                                                         Invoice: 231603889

Timekeeper/Fee Earner Summary – June 30, 2023

| Timekeeper/Fee Earner Name | Title | Bar Year | Hours | Rate | Amount |
|---|---|---|---|---|---|
| D J Merrett | Partner | 2007 | 1.80 | 1,200.00 | 2,160.00 |
| Total | | | 1.80 | | 2,160.00 |
| B N Wilhelm | Associate | 2017 | 1.20 | 725.00 | 870.00 |
| Total | | | 1.20 | | 870.00 |
| C L Smith | Paralegal | | 1.20 | 475.00 | 570.00 |
| Total | | | 1.20 | | 570.00 |
| D A Doell | Project Manager | | 1.00 | 350.00 | 350.00 |
| Total | | | 1.00 | | 350.00 |
| **Total** | | | **5.20** | **USD** | **3,950.00** |

# JONES DAY

102496                                                           Page: 3
July 17, 2023
KServicing Corporation                                  Invoice: 231603889

## Fee Detail

| Date of Service | Timekeeper/Fee Earner Name | Hours | | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 06/05/23 | C L Smith | 0.10 | | 47.50 |
| | Review and distribute docket. | | | |
| 06/12/23 | C L Smith | 0.10 | | 47.50 |
| | Review and distribute docket. | | | |
| 06/20/23 | C L Smith | 0.10 | | 47.50 |
| | Review and distribute docket. | | | |
| | **Matter Total** | **0.30** | **USD** | **142.50** |
| **Department of Justice Investigations** | | | | |
| 06/14/23 | B N Wilhelm | 0.40 | | 290.00 |
| | Communicate with IRS agent regarding production related to borrower. | | | |
| 06/16/23 | D A Doell | 1.00 | | 350.00 |
| | Download converted production, to PDF format, from vendors FTP site, verify contents for accuracy. | | | |
| 06/20/23 | B N Wilhelm | 0.80 | | 580.00 |
| | Draft summary of DOJ settlement discussions and current status. | | | |
| | **Matter Total** | **2.20** | **USD** | **1,220.00** |
| **Fee Application Preparation** | | | | |
| 06/06/23 | D J Merrett | 1.50 | | 1,800.00 |
| | Review and revise April fee application (1.2); communicate with Castillo (Weil) (.10), Smith (.20) regarding same. | | | |
| 06/06/23 | C L Smith | 0.90 | | 427.50 |
| | Communications with Merrett regarding Jones Day monthly fee application (.20); draft and revise same (.70). | | | |
| 06/13/23 | D J Merrett | 0.30 | | 360.00 |
| | Communicate with Milana (RLF) regarding interim fee order (.10); review same (.20). | | | |
| | **Matter Total** | **2.70** | **USD** | **2,587.50** |