**<u>Exhibit B</u>**

# JONES DAY

| | |
|---|---|
| 102496 | Page: 4 |
| | July 17, 2023 |
| KServicing Corporation | Invoice: 231603889 |

## Disbursement Detail

| Date | Timekeeper/Fee Earner Name | Location | Amount | Total |
|---|---|---|---|---|
| **Case Administration** | | | | |
| **HOSTING CHARGES** | | | | |
| 05/2023 | D A Doell | ATL | 4,735.80 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100291785 | | | |
| 05/2023 | B N Wilhelm | ATL | 88.45 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD074431 | | | |
| 06/2023 | C L Smith | DAL | 89.14 | |
| | Vendor: Xact Data Discovery; Invoice#: XDD076050 - Kabbage DOJ | | | |
| 06/2023 | B N Wilhelm | ATL | 4,884.15 | |
| | Vendor: KLDiscovery Ontrack, LLC; Invoice#: P0100297910 | | | |
| **Hosting Charges Subtotal** | | | | **9,797.54** |
| **Matter Total** | | | **USD** | **9,797.54** |