# EXHIBIT A

Proposed Order

16212813/2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | Case No. 22-10951 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. \_\_\_** |

## ORDER AMENDING CASE CAPTION

Upon consideration of the motion (the "Motion"),[2] of the post-confirmation debtors in the above-captioned case (the "Post-Confirmation Debtors"), for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 1005 and 2002, and Local Rule 9004-1, authorizing the Post-Confirmation Debtors to amend the caption used in these jointly administered chapter 11 cases, all as more fully set forth in the Motion; and the Court having determined that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and the Court having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Post-Confirmation Debtors' notice of the Motion and opportunity for a hearing were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion and having heard the statements in support of the relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

16212813/2

requested therein at a hearing, if any (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and the Court having determined that the relief requested in the Motion is in the best interests of the Post-Confirmation Debtors, their estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The caption of these jointly administered chapter 11 cases shall be amended to read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al*., | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors | (Jointly Administered) |

---

1   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

3. The Clerk of Court is directed to make a docket entry in case number 22-10951 (CTG) substantially as follows: "An order has been entered in this case directing that the caption of these cases be amended, in accordance with the change of the corporate names of certain Debtors as follows: the corporate names of (i) Kabbage Inc., (ii) Kabbage Canada Holdings LLC, (iii) Kabbage Asset Securitization LLC, (iv) Kabbage Assest Funding 2017-A LLC,

(v) Kabbage Asset Funding 2019-A LLC, and (vi) Kabbage Asset Diameter LLC have been amended to (a) KServicing Wind Down Corp., (b) KServicing Wind Down Canada Holdings LLC, (c) KServicing Wind Down Asset Securitization LLC, (d) KServicing Wind Down Asset Funding 2017-A LLC, (e) KServicing Wind Down Asset Funding 2019-A LLC, and (f) KServicing Wind Down Diameter LLC, respectively."

4. The Post-Confirmation Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.