**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **KABBAGE, INC. d/b/a KSERVICING, *et al.*,** | : | **Case No. 22-10951 (CTG)** |
| | : | **(Jointly Administered)** |
| **Debtors.[1]** | : | **Obj. Deadline: August 10, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: August 22, 2023 at 1:00 p.m. (ET)** |

**COMBINED THIRD INTERIM AND FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR (I) THE INTERIM PERIOD FROM APRIL 1, 2023 THROUGH JUNE 20, 2023 AND (II) THE FINAL PERIOD FROM OCTOBER 3, 2022 THROUGH JUNE 20, 2023**

| | |
|---|---|
| Name of applicant (the "Applicant") | Richards, Layton & Finger, P.A. |
| Authorized to provide professional services to: | the above-captioned debtors and debtors in possession |
| Date of retention: | October 28, 2022, *nunc pro tunc* to October 3, 2022 |
| Interim Period for which compensation and reimbursement are sought: | April 1, 2023 through June 20, 2023 |
| Amount of Interim Compensation sought as actual, reasonable, and necessary: | $179,125.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $787.70 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

| | |
|---|---|
| Final Period for which compensation and reimbursement are sought: | October 3, 2022 through August 22, 2023[2] |
| Amount of Final Compensation sought as actual, reasonable, and necessary: | $2,083,233.00[2] |
| Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary: | $53,053.36[2] |

This is a(n): ___ monthly __X__ interim __X__ final application

[2] From June 20, 2023 through and including August 22, 2023 (the "**Estimated Period**"), Richards, Layton & Finger, P.A. ("**RL&F**") has rendered and anticipates rendering services and has incurred and anticipates incurring reimbursable expenses (the "**Estimated Amounts**") in connection with (i) preparing, filing and prosecuting fee applications on behalf of RL&F and other professionals retained by the Debtors and (ii) winding down the Debtors' estates and transitioning tasks to the professionals retained by the Wind Down Estates (as defined in the Plan (as defined below)). The Estimated Amounts include: (i) combined attorney and paralegal time up to $50,000.00 in total fees and (ii) expenses, including, but not limited to, photocopying, postage, and delivery charges up to $5,000.00. The Estimated Amounts are, by their very terms, estimates and thus are strictly without prejudice to RL&F's rights to request payment for actual fees and expenses incurred during the Estimated Period, which may exceed such amounts.

Prior Applications Filed:

| Date | Period | Docket No. | Fees | Expenses |
| --- | --- | --- | --- | --- |
| 12/2/22 | 10/3/22 – 10/31/22 | 327 | $344,163.50 | $2,605.35 |
| 1/4/23 | 11/1/22 – 11/30/22 | 407 | $288,304.50 | $9,556.64 |
| 2/1/23 | 12/1/22 – 12/31/22 | 511 | $202,611.50 | $1,594.74 |
| 3/8/23 | 1/1/23 – 1/31/23 | 621 | $323,673.50 | $10,333.27 |
| 4/13/23 | 2/1/23 – 2/28/23 | 767 | $231,181.00 | $3,901.88 |
| 5/15/23 | 3/1/23 – 3/31/23 | 819 | $464,174.00 | $19,273.78 |
| 6/8/23 | 4/1/23 – 4/30/23 | 857 | $84,956.50 | $529.20 |
| 7/14/23 | 5/1/23 – 5/31-23 | 898 | $62,302.00 | $170.70 |
| 7/18/23 | 6/1/23 – 6/20/23 | 903 | $31,866.50 | $87.80 |

**INTERIM COMPENSATION BY PROFESSIONAL[3]**
**APRIL 1, 2023 THROUGH JUNE 20, 2023**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel J. DeFranceschi | Joined firm as associate in 1990. Director in 2000. Member of DE Bar since 1989. | $1,300 | 3.8 | $4,940.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Director in 2018. Member of DE Bar since 2010. | $995 | 17.8 | $17,711.00 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Director in 2019. Member of DE Bar since 2008. | $995 | 80.8 | $80,396.00 |
| Kenneth E. Jackman | Business Department. Joined firm as associate in 2007. Director in 2016. Member of DE Bar since 2008. | $950 | 0.2 | $190.00 |
| Matthew P. Milana | Joined firm as associate in 2022. Member of DE Bar since 2019. | $675 | 45.7 | $30,847.50 |
| Huiqi Vicky Liu | Joined firm as associate in 2020. Member of DE Bar since 2022. | $595 | 27.9 | $16,600.50 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $375 | 51.4 | $19,275.00 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $375 | 6.0 | $2,250.00 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $375 | 3.1 | $1,162.50 |
| Lesley A. Morris | Case management assistant since 2015. Joined firm in 1999. | $195 | 15.6 | $3,042.00 |

[3] Unless otherwise noted, professionals are members of RL&F's Bankruptcy & Corporate Restructuring Department.

| | | | | |
|---|---|---|---|---|
| Carol Borris | Case management assistant since 2023. Joined firm in 1986. | $195 | 8.5 | $1,657.50 |
| Tesia S. Smith | Case management assistant since 2016. Joined firm in 1996. | $195 | 5.4 | $1,053.00 |
| **TOTAL** | | | **266.2** | **$179,125.00** |

| | |
|---|---|
| Grand Total | $179,125.00 |
| Attorney Compensation | $150,685.00 |
| Total Attorney Hours | 176.2 |
| Blended Rate | $855.19 |

**FINAL COMPENSATION BY PROFESSIONAL[4]**
**OCTOBER 3, 2022 THROUGH JUNE 20, 2023**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel J. DeFranceschi | Joined firm as associate in 1990. Director in 2000. Member of DE Bar since 1989. | $1,300 | 33.0 | $42,900.00 |
| | | $1,100 | 42.9 | $47,190.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Director in 2018. Member of DE Bar since 2010. | $995 | 230.0 | $228,850.00 |
| | | $875 | 204.7 | $179,112.50 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Director in 2019. Member of DE Bar since 2008. | $995 | 446.0 | $443,770.00 |
| | | $850 | 393.0 | $334,050.00 |
| Kenneth E. Jackman | Business Department. Joined firm as associate in 2007. Director in 2016. Member of DE Bar since 2008. | $950 | 0.2 | $190.00 |
| Mark A. Kurtz | Business Department. Joined firm as associate in 2004. Director in 2015. Member of DE Bar since 2005. | $950 | 1.5 | $1,425.00 |
| Cory D. Kandestin | Joined firm as associate in 2007. Counsel in 2015. Member of DE Bar since 2007. | $875 | 34.6 | $30,275.00 |
| | | $750 | 23.8 | $17,850.00 |
| Robert C. Maddox | Joined firm as associate in 2009. Counsel in 2021. Member of DE Bar since 2009. | $875 | 34.2 | $29,925.00 |
| Brendan J. Schlauch | Joined firm as associate in 2014. Member of DE Bar since 2015. | $775 | 0.3 | $232.50 |

[4] Unless otherwise noted, professionals are members of RL&F's Bankruptcy & Corporate Restructuring Department.

| | | | | |
|---|---|---|---|---|
| Matthew P. Milana | Joined firm as associate in 2022. Member of DE Bar since 2019. | $675 | 285.4 | $192,645.00 |
| | | $600 | 189.3 | $113,580.00 |
| Sarah E. Silveira | Joined firm as associate in 2018. Member of DE Bar since 2018. | $600 | 14.4 | $8,640.00 |
| Huiqi Vicky Liu | Joined firm as associate in 2020. Member of DE Bar since 2022. | $595 | 166.9 | $99,305.50 |
| | | $475 | 129.7 | $61,607.50 |
| James F. McCauley | Joined firm as associate in 2020. Member of the DE Bar since 2022. | $595 | 0.5 | $297.50 |
| | | $475 | 2.1 | $997.50 |
| Emily R. Mathews | Joined firm as associate in 2021. Member of DE Bar since 2022. | $550 | 1.2 | $660.00 |
| Alexander R. Steiger | Joined firm as associate in 2022. Member of DE Bar since 2023. | $550 | 7.9 | $4,345.00 |
| Ashly L. Riches | Joined firm as associate in 2022. | $495 | 1.4 | $693.00 |
| | | $425 | 16.6 | $7,055.00 |
| Zachary J. Javorsky | Joined firm as associate in 2022. | $495 | 17.7 | $8,761.50 |
| | | $425 | 10.3 | $4,377.50 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $375 | 12.6 | $4,725.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $375 | 66.4 | $24,900.00 |
| | | $315 | 16.8 | $5,292.00 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $375 | 145.2 | $54,450.00 |
| | | $315 | 140.5 | $44,257.50 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $375 | 26.1 | $9,787.50 |
| | | $315 | 17.9 | $5,638.50 |
| Sherry L. Pitman | Paralegal since 2021. Joined the firm in 2016. | $315 | 11.6 | $3,654.00 |
| Daniel D. White | Trial Services Manager, MIS Department. Joined firm in 2003. | $350 | 10.6 | $3,710.00 |
| | | $325 | 5.0 | $1,625.00 |
| Sean F. Quigley | MIS Department. Joined firm in 2021 | $350 | 10.0 | $3,500.00 |
| | | $295 | .2 | $59.00 |
| Lesley A. Morris | Case management assistant since 2015. Joined firm in 1999. | $195 | 49.1 | $9,574.50 |
| Carol Borris | Case management assistant since 2023. Joined firm in 1986. | $195 | 8.5 | $1,657.50 |
| Sandra I. Roberts | Case Management Assistant since 2020. Joined the firm in 2019. | $155 | 1.7 | $263.50 |

| | | | | |
|---|---|---|---|---|
| Tesia S. Smith | Case management assistant since 2016. Joined firm in 1996. | $195 | 7.2 | $1,404.00 |
| **TOTAL** | | | **2,817** | **$2,033,233.00** |

| | |
|---|---|
| Grand Total | $2,033,233.00 |
| Attorney Compensation | $1,858,735.00 |
| Total Attorney Hours | 2,287.6 |
| Blended Rate | $812.53 |

**INTERIM COMPENSATION BY PROJECT CATEGORY**
**APRIL 1, 2023 THROUGH JUNE 20, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 12.8 | $8,001.00 |
| Creditor Inquiries (B) | 2.1 | $1,329.50 |
| Meetings (C) | 23.6 | $21,338.00 |
| Executory Contracts/Unexpired Leases (D) | 5.1 | $4,530.50 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Reorganization/Disclosure Statement (F) | 37.1 | $32,799.50 |
| Use, Sale, Lease of Assets (G) | 11.6 | $7,834.00 |
| Cash Collateral/DIP Financing (H) | 2.4 | $2,388.00 |
| Claims Administration (I) | 7.9 | $6,370.50 |
| Court Hearings (J) | 36.5 | $22,698.00 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 12.5 | $9,992.50 |
| Employee Issues (M) | 0.0 | $0.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 13.0 | $10,094.50 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 2.4 | $1,734.00 |
| RL&F Fee Applications (R-1) | 66.6 | $32,106.00 |
| Fee Applications of Others (R-2) | 31.8 | $17,433.00 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.8 | $476.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **266.2** | **$179,125.00** |

**FINAL COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 3, 2022 THROUGH JUNE 20, 2023**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 107.6 | $63,227.50 |
| Creditor Inquiries (B) | 27.5 | $15,282.50 |
| Meetings (C) | 226.4 | $196,930.00 |
| Executory Contracts/Unexpired Leases (D) | 50.8 | $38,141.50 |
| Automatic Stay/Adequate Protection (E) | 2.8 | $2,087.50 |
| Plan of Reorganization/Disclosure Statement (F) | 685.4 | $555,315.50 |
| Use, Sale, Lease of Assets (G) | 70.4 | $45,344.00 |
| Cash Collateral/DIP Financing (H) | 38.1 | $28,944.50 |
| Claims Administration (I) | 161.7 | $110,377.50 |
| Court Hearings (J) | 629.5 | $424,634.00 |
| General Corporate/Real Estate (K) | 0.1 | $99.50 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 87.3 | $64,378.00 |
| Employee Issues (M) | 23.5 | $16,715.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 2.6 | $933.00 |
| Litigation/Adversary Proceedings (P) | 319.2 | $250,678.00 |
| RL&F Retention (Q-1) | 35.0 | $26,580.00 |
| Retention of Others (Q-2) | 80.2 | $50,332.00 |
| RL&F Fee Applications (R-1) | 144.9 | $76,687.50 |
| Fee Applications of Others (R-2) | 117.4 | $63,693.50 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 3.5 | $1,519.00 |
| Insurance (V) | 3.1 | $1,333.00 |
| **TOTAL** | **2,817** | **$2,033,233.00** |

**INTERIM EXPENSE SUMMARY**
**APRIL 1, 2023 THROUGH JUNE 20, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Binding | | $0.00 |
| Business Meals | *See previous fee applications* | $345.00 |
| Conference Calling | | $0.00 |
| Court Reporting | | $0.00 |
| Document Retrieval | PACER | $440.40 |
| Equipment Rental | | $0.00 |
| Facsimile | | $0.00 |
| Filing/Court Fees | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 0 $.10 pg<br>Printing: 23 @ $.10 pg | $2.30 |
| Inside Courier & Expense Carriers | | $0.00 |
| Legal Research | | $0.00 |
| Long Distance Telephone | | $0.00 |
| Outside Courier & Expense Carriers | | $0.00 |
| Outside Reproduction | | $0.00 |
| Overtime | | $0.00 |
| Postage | | $0.00 |
| Professional Services | | $0.00 |
| Record Retrieval | | $0.00 |
| RLF Service Corp | | $0.00 |
| Room Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| **TOTAL** | | **$787.70** |

**FINAL EXPENSE SUMMARY**
**OCTOBER 3, 2022 THROUGH JUNE 20, 2023**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Binding | *See previous fee applications* | $1,324.52 |
| Business Meals | *See previous fee applications* | $9,534.12 |
| Conference Calling | *See previous fee applications* | $3,806.39 |
| Court Reporting | Reliable | $1,783.25 |
| Document Retrieval | PACER | $808.20 |
| Equipment Rental | | $0.00 |
| Facsimile | | $0.00 |
| Filing/Court Fees | *See previous fee applications* | $125.00 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 0 $.10 pg<br>Printing: 30,046.50 @ $.10 pg | $3,004.65 |
| Inside Courier & Expense Carriers | | $0.00 |
| Legal Research | Bloomberg, Westlaw | 12,665.27 |
| Long Distance Telephone | *See previous fee applications* | $5.34 |
| Outside Courier & Expense Carriers | Parcels, Inc. | $6,595.18 |
| Outside Reproduction | Parcels, Inc. | $6,471.01 |
| Overtime | *See previous fee applications* | $1,464.00 |
| Postage | *See previous fee applications* | $0.73 |
| Professional Services | | $0.00 |
| Record Retrieval | | $0.00 |
| RLF Service Corp | *See previous fee applications* | $110.00 |
| Room Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| Travel Expenses | *See previous fee applications* | $355.70 |
| **TOTAL** | | **$48,053.36** |

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**[5]

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed Firm-wide for preceding year (2022)**[6] | **Billed April 1, 2023 through June 20, 2023** |
| Partner | $906.19 | $1,006.21 |
| Counsel | $692.59 | $0.00 |
| Associate | $515.84 | $644.67 |
| Paralegal | $282.44 | $375.00 |
| Aggregated | $675.62 | $673.40 |

5 This chart represents information solely relating to the interim period from April 1, 2023 through June 20, 2023 (the "**Interim Compensation Period**"). The information for the period from October 3, 2022 through March 31, 2023 is set forth in the previously filed interim fee applications.

6 The billable rate for RL&F attorneys are adjusted on January 1 of each year. The data in this column excludes 2022 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **KABBAGE, INC. d/b/a KSERVICING, *et al.*,** | : | **Case No. 22-10951 (CTG)** |
| | : | **(Jointly Administered)** |
| **Debtors.**[1] | : | |

**BUDGET FOR RICHARDS, LAYTON & FINGER, P.A.,**
**AS CO-COUNSEL TO THE DEBTORS, FOR THE PERIOD**
**FROM APRIL 1, 2023 THROUGH JUNE 20, 2023**[2]

Date Retention Approved: October 28, 2022, *nunc pro tunc* to October 3, 2022.

Date Budget Approved by Client: This budget reflects an aggregation of budgets that were provided to, and approved by, the Debtors and certain other estate professionals on a rolling basis throughout the interim period.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|
| Case Administration | 10.0 | $8,425.00 |
| Creditor Inquiries | 5.0 | $4,212.50 |
| Meetings | 25.0 | $21,062.50 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] This budget may be amended from time to time, including before, during, and after the compensation period described herein, as may be necessary to reflect changed circumstances or unexpected developments in these cases. Any such amended budget will be provided to the Debtors. This budget is only an estimate of the fees to be incurred and the hours to be billed for the compensation period, including within each project category, and is based solely on services anticipated to be rendered in light of circumstances known to RL&F at the time the budget was prepared. This budget shall not be deemed to limit or impose a cap on fees actually incurred or hours actually billed by RL&F. This budget also does not limit the ability of RL&F to perform those services necessary to represent the Debtors, and to be compensated for such services. Nor shall this budget restrict or restrain RL&F's ability to seek approval of fees actually incurred that may be in excess of this budget.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|
| Executory Contracts/Unexpired Leases | 5.0 | $4,212.50 |
| Automatic Stay/Adequate Protection | 5.0 | $4,212.50 |
| Plan of Reorganization/Disclosure Statement | 30.0 | $25,275.00 |
| Use, Sale, Lease of Assets | 10.0 | $8,425.00 |
| Cash Collateral/DIP Financing (Combined for all Debtors) | 5.0 | $4,212.50 |
| Claims Administration | 5.0 | $4,212.50 |
| Court Hearings | 30.0 | $25,275.00 |
| General Corporate/Real Estate | 5.0 | $4,212.50 |
| Schedules/SOFA/U.S. Trustee Reports | 10.0 | $8,425.00 |
| Employee Issues | 5.0 | $4,212.50 |
| Environmental | 5.0 | $4,212.50 |
| Tax Issues | 5.0 | $4,212.50 |
| Litigation/Adversary Proceedings | 15.0 | $12,637.50 |
| RL&F Retention | 5.0 | $4,212.50 |
| Retention of Others | 5.0 | $4,212.50 |
| RL&F Fee Applications | 60.0 | $50,550.00 |
| Fee Applications of Others | 20.0 | $16,850.00 |
| Vendor/Suppliers | 5.0 | $4,212.50 |
| Non-Working Travel | 0.0 | $0.00 |
| Utilities | 5.0 | $4,212.50 |
| Insurance | 5.0 | $4,212.50 |
| **TOTAL** | **280.0** | **$235,900.00** |

*The estimated fees for each project category were calculated by multiplying the estimated number of hours by $842.50, which is the average hourly rate for the RL&F attorneys expected to work on the matter during the budget period as set forth in the accompanying Staffing Plan.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **KABBAGE, INC. d/b/a KSERVICING, *et al.*,** | : | **Case No. 22-10951 (CTG)** |
| | : | **(Jointly Administered)** |
| **Debtors.**[1] | : | |

**STAFFING PLAN FOR RICHARDS, LAYTON & FINGER, P.A., AS CO-COUNSEL TO THE DEBTORS, FOR THE PERIOD FROM APRIL 1, 2023 THROUGH JUNE 20, 2023**[2]

Date Retention Approved: October 28, 2022, *nunc pro tunc* to October 3, 2022.

Date Staffing Plan Approved by Client: This staffing plan reflects an aggregation of staffing plans that were provided to, and approved by, the Debtors and certain other estate professionals on a rolling basis throughout the interim period.

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Directors | 3 | $1,096.67 |
| Associates | 3 | $588.33 |
| Paralegals | 4 | $375.00 |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] This staffing plan may be amended to reflect changed circumstances or unexpected developments. Any such amended staffing plan will be provided to the Debtors.

**SUMMARY OF FEES/HOURS BUDGETED COMPARED WITH FEE/HOURS BILLED DURING THE INTERIM PERIOD OF APRIL 1, 2023 THROUGH JUNE 20, 2023**

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Case Administration | 10.0 | 12.8 | $8,425.00 | $8,001.00 |
| Creditor Inquiries | 5.0 | 2.1 | $4,212.50 | $1,329.50 |
| Meetings | 25.0 | 23.6 | $21,062.50 | $21,338.00 |
| Executory Contracts/Unexpired Leases | 5.0 | 5.1 | $4,212.50 | $4,530.50 |
| Automatic Stay/Adequate Protection | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Plan of Reorganization/Disclosure Statement | 30.0 | 37.1 | $25,275.00 | $32,799.50 |
| Use, Sale, Lease of Assets | 10.0 | 11.6 | $8,425.00 | $7,834.00 |
| Cash Collateral/DIP Financing | 5.0 | 2.4 | $4,212.50 | $2,388.00 |
| Claims Administration | 5.0 | 7.9 | $4,212.50 | $6,370.50 |
| Court Hearings | 30.0 | 36.5 | $25,275.00 | $22,698.00 |
| General Corporate/Real Estate | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports | 10.0 | 12.5 | $8,425.00 | $9,992.50 |
| Employee Issues | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Environmental | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Tax Issues | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Litigation/Adversary Proceedings | 15.0 | 13.0 | $12,637.50 | $10,094.50 |
| RL&F Retention | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Retention of Others | 5.0 | 2.4 | $4,212.50 | $1,734.00 |
| RL&F Fee Applications | 60.0 | 66.6 | $50,550.00 | $32,106.00 |
| Fee Applications of Others | 20.0 | 31.8 | $16,850.00 | $17,433.00 |
| Vendor/Suppliers | 5.0 | 0.0 | $4,212.50 | $0.00 |
| Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Utilities | 5.0 | 0.8 | $4,212.50 | $476.00 |
| Insurance | 5.0 | 0.0 | $4,212.50 | $0.00 |
| **TOTAL** | **280.0** | **266.2** | **$235,900.00** | **$179,125.00** |

**ADDITIONAL INFORMATION RELATED TO INTERIM FEE APPLICATION**

| | |
|---|---|
| Are Rates in Interim Fee Application Higher than those Approved or Disclosed at Retention? | Yes |
| Total Interim Compensation[1] Requested: | $179,912.70 |
| Compensation Sought in this Final Application Authorized for Payment to Date for the Interim Compensation Period Pursuant to the Interim Compensation Order: | $68,494.40 |
| Compensation Sought in this Final Application Already Paid for the Interim Compensation Period Pursuant to the Interim Compensation Order: | $68,494.40 |
| Compensation Sought for the Interim Compensation Period in this Final Application Not Yet Authorized or Paid: | $111,418.30 |
| Number of Professionals Included in this Final Application for the Interim Compensation Period: | 12 |
| If Applicable, Number of Professionals in this Final Application Not Included in the Staffing Plan for the Interim Compensation Period Approved by Client: | 4[2] |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for the Interim Compensation Period: | $(56,775.00) |

[1] Total compensation includes both fees of, and expenses incurred by, RL&F.

[2] These professionals were utilized to perform discrete, ancillary tasks that, in many instances, required special expertise.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **KABBAGE, INC. d/b/a KSERVICING, *et al.*,** | : | **Case No. 22-10951 (CTG)** |
| | : | **(Jointly Administered)** |
| **Debtors.**[1] | : | |

**COMBINED THIRD INTERIM AND FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR (I) THE INTERIM PERIOD FROM APRIL 1, 2023 THROUGH JUNE 20, 2023 AND (II) THE FINAL PERIOD FROM OCTOBER 3, 2022 THROUGH JUNE 20, 2023**

Pursuant to sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered October 21, 2022 [D.I. 136] (the "**Interim Compensation Order**"), the *Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors*, dated March 9, 2023 [D.I. 627] (the "**Plan**"), and the *Order Confirming Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors*, entered March 15, 2023 [D.I. 680] (the "**Confirmation Order**"), Richards,

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Layton & Finger, P.A. ("**RL&F**") hereby files this *Combined Third Interim and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for (I) the Interim Period from April 1, 2023 through June 20, 2023 and (II) the Final Period from October 3, 2022 Through June 20, 2023 (*the "**Application**"). By the Application, RL&F seeks (i) interim allowance pursuant to the Interim Compensation Order and Confirmation Order with respect to the sums of $179,125.00 as compensation and $787.70 for reimbursement of actual and necessary expenses, for a total of $179,912.70 for the period April 1, 2023 through and including June 20, 2023 (the "**Interim Compensation Period**") and (ii) final allowance pursuant to the Interim Compensation Order and Confirmation Order with respect to the sums of $2,083,233.00[2] as compensation and $53,053.36[3] for reimbursement of actual and necessary expenses, for a total of $2,081,286.36 for the period October 3, 2022 through and including June 20, 2023 (the "**Final Compensation Period**"). In support of this Application, RL&F submits the attorney certification attached hereto as Exhibit A (the "**Certification**"). In further support of this Application, RL&F respectfully represents as follows:

**Background**

1. On October 3, 2022 (the "**Petition Date**"), the Debtors each commenced a voluntary case under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). On October 5, 2022, this Court entered an order directing joint administration of the Debtors' chapter 11 cases for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

2. RL&F was retained as co-counsel to the Debtors, effective as of the Petition Date, pursuant to the *Order Authorizing Retention and Employment of Richards, Layton & Finger,*

---

[2] Includes the Estimated Amounts.
[3] Includes the Estimated Amounts.

*P.A. as Co-Counsel to the Debtors Effective as of the Petition Date,* dated October 28, 2022 [D.I. 175] (the "**Retention Order**"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. On March 15, 2023, the Court entered the Confirmation Order. The Plan became effective, and was substantially consummated, on June 20, 2023. *See* D.I. 870.

**Compensation Paid and Its Source**

4. All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

5. Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors, during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

**Fee Statement**

6. The fee statements for the Interim and Final Compensation Periods were attached as Exhibit A to each of the previously filed monthly fee applications. These statements contain daily time logs describing the time spent by each attorney and paraprofessional for the Monthly Compensation Period, the Interim Compensation Period and the Final Compensation Period. To the best of RL&F's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, Local Rule 2016-2, applicable Third Circuit law, and the Interim Compensation Order.

**Actual and Necessary Expenses**

7. A summary of the actual and necessary expenses and daily logs of expenses incurred by RL&F during the Interim and the Final Compensation Periods were attached as Exhibit B to each of the previously filed monthly fee applications. RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

8. Regarding providers of on-line legal research (*e.g.*, LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

9. RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

10. The directors, and associates of RL&F who have rendered professional services in these cases during the Interim Compensation Period are as follows: Daniel J. DeFranceschi, Amanda R. Steele, Zachary I. Shapiro, Kenneth E. Jackman, Matthew P. Milana and Huiqi Vicky Liu. The paraprofessionals of RL&F who have provided services to these attorneys in

these cases during the Interim Compensation Period are as follows: Barbara J. Witters, M. Lynzy McGee, Rebecca V. Speaker, Lesley A. Morris, Carol Borris and Tesia S. Smith.

11. The directors, counsel, and associates of RL&F who have rendered professional services in these cases during the Final Compensation Period are as follows: Daniel J. DeFranceschi, Amanda R. Steele, Zachary I. Shapiro, Kenneth E. Jackman, Mark A. Kurtz, Cory D. Kandestin, Robert C. Maddox, Brendan J. Schlauch, Matthew P. Milana, Sarah E. Silveira, Huiqi Vicky Liu, James F. McCauley, Emily R. Mathews, Alexander R. Steiger, Ashly L. Riches, and Zachary J. Javorsky. The paraprofessionals of RL&F who have provided services to these attorneys in these cases during the Final Compensation Period are as follows: Ann Jerominski, Barbara J. Witters, M. Lynzy McGee, Rebecca V. Speaker, Sherry L. Pitman, Daniel D. White, Sean F. Quigley, Lesley A. Morris, Carol Borris, Sandra I. Roberts and Tesia S. Smith.

12. RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the United States Bankruptcy Court for the District of Delaware (the "**Court**") for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases and has performed all necessary professional services, which are described and narrated in detail hereinafter.

**Summary of Services By Project**

13. The services rendered by RL&F during the Interim and Final Compensation Periods can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on Exhibit A attached to each of the previously filed monthly fee applications. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the

number of hours for each individual and the total compensation sought for each category, in Exhibit A to each of the previously filed monthly fee applications.

A. Case Administration/Miscellaneous Matters

Interim Compensation Period Fees: $8,001.00 Total Hours: 12.8

Final Compensation Period Fees: $63,227.50 Total Hours: 107.6

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B. Creditor Inquiries

Interim Compensation Period Fees: $1,329.50 Total Hours: 2.1

Final Compensation Period Fees: $15,282.50 Total Hours: 27.5

This category includes all matters related to responding to creditor inquiries.

C. Meetings

Interim Compensation Period Fees: $21,338.00 Total Hours: 23.6

Final Compensation Period Fees: $196,930.00 Total Hours: 226.4

This category includes all matters related to preparing for and attending meetings with the Debtors, individual creditors, the U.S. Trustee, and the Debtors' other professionals.

D. Executory Contracts/Unexpired Leases

Interim Compensation Period Fees: $4,530.50 Total Hours: 5.1

Final Compensation Period Fees: $38,141.50 Total Hours: 50.8

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment, or rejection of executory contracts and unexpired leases.

E. Automatic Stay/Adequate Protection

Interim Compensation Period Fees: $0.00 Total Hours: 0.0

Final Compensation Period Fees: $2,087.50 Total Hours: 2.8

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F. Plan of Reorganization/Disclosure Statement

Interim Compensation Period Fees: $32,799.50 Total Hours: 37.1

Final Compensation Period Fees: $555,315.50 Total Hours: 685.4

This category includes all matters related to review, formulation, negotiation, preparation, and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G. Use, Sale, Lease of Assets

Interim Compensation Period Fees: $7,834.00 Total Hours: 11.6

Final Compensation Period Fees: $45,344.00 Total Hours: 70.4

This category includes all matters relating to acquisitions, dispositions, and other postpetition uses of property of the estate.

H. Cash Collateral/DIP Financing

Interim Compensation Period Fees: $2,388.00 Total Hours: 2.4

Final Compensation Period Fees: $28,944.50 Total Hours: 38.1

This category includes all matters relating to negotiation and documentation of debtor in possession financing and related issues.

I. Claims Administration

Interim Compensation Period Fees: $6,370.50 Total Hours: 7.9

Final Compensation Period Fees: $110,377.50 Total Hours: 161.7

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J. Court Hearings

Interim Compensation Period Fees: $22,698.00 Total Hours: 36.5

Final Compensation Period Fees: $424,634.00 Total Hours: 629.5

This category includes all matters related to preparation for and attendance at court hearings.

K. General Corporate/Real Estate

Interim Compensation Period Fees: $0.00 Total Hours: 0.0

Final Compensation Period Fees: $99.50 Total Hours: 0.1

This category includes all matters relating to transactional, corporate governance, and related matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L. Schedules/SOFA/U.S. Trustee Reports

Interim Compensation Period Fees: $9,992.50 Total Hours: 12.5

Final Compensation Period Fees: $64,378.00 Total Hours: 87.3

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports, and other reports required by the U.S. Trustee or the Court.

M. Employee Issues

Interim Compensation Period Fees: $0.00 Total Hours: 0.0

Final Compensation Period Fees: $16,715.00 Total Hours: 23.5

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N. Environmental

Interim Compensation Period Fees: $0.00 Total Hours: 0.0

Final Compensation Period Fees: $0.00 Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of the plan of reorganization.

O. Tax Issues

Interim Compensation Period Fees: $0.00 Total Hours: 0.0

Final Compensation Period Fees: $933.00 Total Hours: 2.6

This category includes all federal and state income, property, employment, excise, and other tax matters, other than the tax aspects of the plan of reorganization.

P. Litigation/Adversary Proceedings

Interim Compensation Period Fees: $10,094.50 Total Hours: 13.0

Final Compensation Period Fees: $250,678.00 Total Hours: 319.2

This category includes all matters related to litigation and adversary proceedings.

Q-1. RL&F Retention

Interim Compensation Period Fees: $0.00 Total Hours: 0.0

Final Compensation Period Fees: $26,580.00 Total Hours: 35.0

This category includes all matters related to preparing applications to retain

RL&F and supplements thereto.

Q-2. Retention of Others

Interim Compensation Period Fees: $1,734.00 Total Hours: 2.4

Final Compensation Period Fees: $50,332.00 Total Hours: 80.2

This category includes time spent reviewing applications for retention of other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1. RL&F Fee Applications

Interim Compensation Period Fees: $32,106.00 Total Hours: 66.6

Final Compensation Period Fees: $76,687.50 Total Hours: 144.9

This category includes all time spent preparing, reviewing, filing, and circulating monthly invoices and fee applications for RL&F.

R-2. Fee Applications of Others

Interim Compensation Period Fees: $17,433.00 Total Hours: 31.8

Final Compensation Period Fees: $63,693.50 Total Hours: 117.4

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S. Vendor/Suppliers

Interim Compensation Period Fees: $0.00 Total Hours: 0.0

Final Compensation Period Fees: $0.00 Total Hours: 0.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

T. Non-Working Travel

Interim Compensation Period Fees: $0.00 Total Hours: 0.0

Final Compensation Period Fees: $0.00 Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U. Utilities

Interim Compensation Period Fees: $476.00 Total Hours: 0.8

Final Compensation Period Fees: $1,519.00 Total Hours: 3.5

This category includes all matters related to utility issues.

V. Insurance

Interim Compensation Period Fees: $0.00 Total Hours: 0.0

Final Compensation Period Fees: $1,333.00 Total Hours: 3.1

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

14. Attorneys and paraprofessionals of RL&F have expended a total of 266.2 hours in connection with this matter during the Interim Compensation Period, as follows:

**INTERIM COMPENSATION PERIOD**

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Daniel J. DeFranceschi | 3.8 | $1,300 |
| Amanda R. Steele | 17.8 | $995 |
| Zachary I. Shapiro | 80.8 | $995 |
| Kenneth E. Jackson | 0.2 | $950 |
| Matthew P. Milana | 45.7 | $675 |
| Huiqi Vicky Liu | 27.9 | $595 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Barbara J. Witters | 51.4 | $375 |
| M. Lynzy McGee | 6.0 | $375 |
| Rebecca V. Speaker | 3.1 | $375 |
| Lesley A. Morris | 15.6 | $195 |

| | | |
|---|---|---|
| Carol Borris | 8.5 | $195 |
| Tesia S. Smith | 5.4 | $195 |

15. Attorneys and paraprofessionals of RL&F have expended a total of 2,817 hours in connection with this matter during the Final Compensation Period, as follows:

**FINAL COMPENSATION PERIOD**

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Daniel J. DeFranceschi | 33.0 | $1,300 |
| Daniel J. DeFranceschi | 42.9 | $1,100 |
| Amanda R. Steele | 230.0 | $995 |
| Amanda R. Steele | 204.7 | $875 |
| Zachary I. Shapiro | 446.0 | $995 |
| Zachary I. Shapiro | 393.0 | $850 |
| Kenneth E. Jackson | 0.2 | $950 |
| Mark A. Kurtz | 1.5 | $950 |
| Cory D. Kandestin | 34.6 | $875 |
| Cory D. Kandestin | 23.8 | $750 |
| Robert C. Maddox | 34.2 | $875 |
| Brendan J. Schlauch | 0.3 | $775 |
| Matthew P. Milana | 285.4 | $675 |
| Matthew P. Milana | 189.3 | $600 |
| Sarah E. Silveira | 14.4 | $600 |
| Huiqi Vicky Liu | 166.9 | $595 |
| Huiqi Vicky Liu | 129.7 | $475 |
| James F. McCauley | 0.5 | $595 |
| James F. McCauley | 2.1 | $475 |
| Emily R. Mathews | 1.2 | $550 |
| Alexander R. Steiger | 7.9 | $550 |
| Ashly L. Riches | 1.4 | $495 |
| Ashly L. Riches | 16.6 | $425 |
| Zachary J. Javorsky | 17.7 | $495 |
| Zachary J. Javorsky | 10.3 | $425 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Ann Jerominski | 12.6 | $375 |
| Barbara J. Witters | 66.4 | $375 |
| Barbara J. Witters | 16.8 | $315 |
| M. Lynzy McGee | 145.2 | $375 |
| M. Lynzy McGee | 140.5 | $315 |
| Rebecca V. Speaker | 26.1 | $375 |
| Rebecca V. Speaker | 17.9 | $315 |
| Sherry L. Pitman | 11.6 | $315 |
| Daniel D. White | 10.6 | $350 |

| | | |
|---|---|---|
| Daniel D. White | 5.0 | $325 |
| Sean F. Quigley | 10.0 | $350 |
| Sean F. Quigley | 0.2 | $295 |
| Lesley A. Morris | 49.1 | $195 |
| Carol Borris | 8.5 | $195 |
| Sandra L. Roberts | 1.7 | $155 |
| Tesia S. Smith | 7.2 | $195 |

The nature of the work performed by these persons is fully set forth in Exhibit A attached to each of the previously filed monthly fee applications. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the (i) Interim Compensation Period is $179,125.00 and (ii) Final Compensation Period is $2,033,233.00.

16. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

**Disclosures Pursuant to the U.S. Trustee Guidelines**

17. Section C.5 of the U.S. Trustee Guidelines requires an applicant to respond to six questions relating to its fee application. RL&F's disclosures in response to the six questions are contained in the Certification attached hereto as Exhibit A.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the Final Compensation Period, a final allowance be made to RL&F pursuant to the terms of the Interim Compensation Order, the Plan, and the Confirmation Order, with respect to the sum of

$2,083,233.00[4] as final compensation for necessary professional services rendered and the sum of $53,053.36[5] as final reimbursement of actual necessary costs and expenses, for a total of $2,136,286.36[6] and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

[4] Includes the Estimated Amounts.
[5] Includes the Estimated Amounts.
[6] Includes the Estimated Amounts.

Dated: July 20, 2023
Wilmington, Delaware

*/s/ Zachary I. Shapiro*

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
Huiqi Liu, Esq. (No. 6850)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com
liu@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
candace.arthur@weil.com
chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*