UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                    :   Case No. 22-10951 (CTG)
                                                             :
                                                             :   (Jointly Administered)
Debtors.[1]                                                  :
                                                             :
                                                             :   Obj. Deadline: August 10, 2023 at 4:00 p.m. (ET)
                                                             :   Hearing Date: August 22, 2023 at 1:00 p.m. (ET)
------------------------------------------------------------ x

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that AlixPartners, LLP (the "**Applicant**") has today filed the attached *AlixPartners, LLP's Joint (I) Third Interim Fee Application for the Period from April 1, 2023 through June 20, 2023 and (II) Final Fee Application for the Period from October 3, 2022 through June 20, 2023 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtors* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections to the Application, if any, must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated October 21, 2022 [Docket No. 136], and the *Order Confirming Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors* [Docket No. 680] and must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 by no later than **4:00**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 29324706v.1

**p.m. (prevailing Eastern Time) on August 10, 2023**.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Application are filed and are not resolved, the Application and such objections shall be considered at a hearing before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **August 22, 2023 at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 20, 2023
      Wilmington, Delaware

      */s/ Huiqi Liu*
      RICHARDS, LAYTON & FINGER, P.A.
      Daniel J. DeFranceschi, Esq. (No. 2732)
      Amanda R. Steele, Esq. (No. 5530)
      Zachary I. Shapiro, Esq. (No. 5103)
      Matthew P. Milana, Esq. (No. 6681)
      Huiqi Liu, Esq. (No. 6850)
      One Rodney Square
      920 North King Street
      Wilmington, Delaware 19801
      Telephone: (302) 651-7700
      E-mail: defranceschi@rlf.com
              steele@rlf.com
              shapiro@rlf.com
              milana@rlf.com
              liu@rlf.com

      -and-

      WEIL, GOTSHAL & MANGES LLP
      Ray C. Schrock, Esq. (admitted *pro hac vice*)
      Candace M. Arthur, Esq. (admitted *pro hac vice*)
      Chase A. Bentley, Esq. (admitted *pro hac vice*)
      767 Fifth Avenue
      New York, New York 10153
      Telephone:  (212) 310-8000
      E-mail:     ray.schrock@weil.com
                  candace.arthur@weil.com
                  chase.bentley@weil.com

      *Attorneys for Debtors*
      *and Debtors in Possession*