**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
: 
In re : Chapter 11
: 
KABBAGE, INC. d/b/a KSERVICING *et al.*, : Case No. 22-10951 (CTG)
: 
: (Jointly Administered)
Debtors.[1] : 
: Obj. Deadline: August 10, 2023 at 4:00 p.m.
: Hearing Date: August 22, 2023 at 1:00 p.m.
---------------------------------------------------------- x

**NOTICE OF THIRD INTERIM AND FINAL FEE APPLICATION OF JONES DAY FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE (I) THIRD INTERIM PERIOD OF APRIL 1, 2023 THROUGH JUNE 20, 2023 AND (II) FINAL COMPENSATION PERIOD OF OCTOBER 3, 2022 THROUGH JUNE 20, 2023**

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | November 2, 2022, effective as of October 3, 2022 |
| Interim period for which compensation and reimbursement are sought: | April 1, 2023 through June 20, 2023 (the "Third Interim Fee Period") |
| Amount of interim compensation sought as actual, reasonable, and necessary: | $77,497.50 |
| Amount of interim expense reimbursement sought as actual, reasonable, and necessary: | $37,079.98 |
| Final period for which compensation and reimbursement are sought: | October 3, 2022 through June 20, 2023 (the "Final Fee Period") |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

-1-

Amount of final compensation sought as actual,
reasonable, and necessary:     $335,542.50

Amount of final expense reimbursement sought
as actual, reasonable, and necessary:     $241,372.90

This is a(n): ___ monthly   _X_ interim   _X_ final application

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

### First Interim Fee Application

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses[1] | Fees | Expenses |
| February 14, 2023 / Dkt. 534 | October 3 – December 31, 2022 | $188,987.50 | $153,582.18 | $188,987.50 | $153,582.18 |
| **Total** | | **$188,987.50** | **$153,582.18** | **$188,987.50** | **$153,582.18** |

### Second Interim Fee Application

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses[2] | Fees | Expenses |
| May 15, 2023 / Dkt. 823 | January 1 – March 31, 2023 | $69,057.50 | $50,710.74 | $69,057.50 | $50,710.74 |
| **Total** | | **$69,057.50** | **$50,710.74** | **$69,057.50** | **$50,710.74** |

---

[1] Includes expenses paid in the amount of $147,803.75 for services provided by Forensic Risk Alliance, Inc. ("FRA"), Jones Day's consultant with respect to the Federal Investigations. Consistent with the requirements of Local Rule 2016-2, copies of FRA's invoices were attached as Exhibit C to the monthly fee applications.

[2] Includes expenses paid in the amount of $23,436.25 for services provided by FRA. Consistent with the requirements of Local Rule 2016-2, copies of FRA's invoices were attached as Exhibit C to the monthly fee applications.

**SUMMARY OF MONTHLY APPLICATIONS FOR THE THIRD INTERIM PERIOD**

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved via Certificate of No Objection | | Total Amount Paid to Date | | Holdback |
|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | Fees | Expenses | Fees (20%) |
| June 8, 2023 / Dkt. 856 | Apr. 1 – 30, 2023 | $62,982.50 | $17,657.40 | $50,386.00 | $17,657.40 | $50,386.00 | $17,657.40 | $12,596.50 |
| July 13, 2023 Dkt. 897 | May 1 – 31, 2023 | $10,565.00 | $4,889.24 | N/A | N/A | $0.00 | $0.00 | $2,113.00 |
| July 19, 2023 Dkt. 909 | June 1 – 30, 2023 | $3,950.00 | $9,797.54 | N/A | N/A | $0.00 | $0.00 | $790.00 |

Summary of any objections to monthly applications: None[3]

Compensation and reimbursement sought in the Third Interim Fee Application not yet paid: $41,798.28

---

[3] The objection deadlines for the (a) *Eighth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period From May 1, 2023 Through May 31, 2023* and (b) the *Ninth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period From June 1, 2023 Through June 20, 2023* have not yet passed.

**PLEASE TAKE NOTICE** that Jones Day (the "Applicant"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors") has today filed this third interim and final application (the "Application") for payment of compensation and reimbursement of expenses for the period of (a) April 1, 2023 through June 20, 2023 (the "Third Interim Fee Period"), and (b) October 3, 2022 through and including June 20, 2023 (the "Final Fee Period") pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. 136] (the "Interim Compensation Order")[1] and the *Order Confirming Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a Kservicing) and Its Affiliated Debtors* [Dkt. 680] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, objections, if any, to this Application must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties so as to be actually received by August 10, 2023 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Application are received, the Application and such objections shall be considered at a hearing before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on August 22, 2023 at 1:00 p.m.. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, (a) attached hereto as Exhibit A is the Applicant's summary cover sheet of the Third Interim Fee Period, (b) attached hereto as Exhibit B is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases during the Third Interim Fee Period, (c) attached hereto as

---

[1] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Interim Compensation Order.

Exhibit C is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases during the Final Fee Period, (d) attached hereto as Exhibit D is a summary of compensation by project category during the Third Interim Fee Period, (e) attached hereto as Exhibit E is a summary of compensation by project category during the Final Fee Period, (f) attached hereto as Exhibit F is an expense summary during the Third Interim Fee Period, (g) attached hereto as Exhibit G is an expense summary during the Final Fee Period, (h) attached hereto as Exhibit H are the Applicant's customary and comparable compensation disclosures, (i) attached hereto as Exhibit I is Applicant's budget for the Third Interim Fee Period, (j) attached hereto as Exhibit J is Applicant's staffing plan for the Third Interim Fee Period, and (k) attached hereto as Exhibit K is the Certification of Daniel J. Merrett in support of the Third Interim and Final Fee Application.

**PLEASE TAKE FURTHER NOTICE** that, if no timely objection is filed to the Application, in accordance with the terms of the Interim Compensation Order, the Court may enter an order granting the Application without a hearing.

| | |
|---|---|
| Dated: July 20, 2023<br>Atlanta, Georgia | Respectfully submitted,<br><br>*/s/ Daniel J. Merrett*<br>Daniel J. Merrett (GA 924076)<br>JONES DAY<br>1221 Peachtree Street, N.E., Suite 400<br>Atlanta, Georgia  30361<br>Telephone: (404) 521-3939<br>Facsimile: (404) 581.8330<br>E-mail:  djmerrett@jonesday.com<br><br>ATTORNEYS FOR DEBTORS |