# EXHIBIT A

## Summary Cover Sheet for Third Interim Fee Period

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | November 2, 2022, effective as of October 3, 2022 |
| Period for which compensation and reimbursement are sought: | April 1, 2023 through June 20, 2023 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $77,497.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $37,079.98 |
| Total Compensation Approved by Interim Order to Date: | $258,045.00 |
| Total Expenses Approved by Interim Order to Date: | $204,292.92 |
| Total Allowed Compensation Paid to Date: | $258,45.00 |
| Total Allowed Expenses Paid to Date: | $204,292.92 |
| Blended Hourly Rate in this Application for All Attorneys: | $925.37 |
| Blended Hourly Rate in this Application for All Timekeepers: | $891.80 |
| Compensation Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $50,386.00 |
| Expenses Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $17,657.40 |
| Number of Professionals Included in this Application: | 7 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | 1 |
| If applicable, difference between fees budgeted and compensation sought for this period: | ($2.50) |

| | |
|---|---|
| Number of Professionals Billing Fewer Than 15 Hours: | 5 |
| Are any rates higher than those approved or disclosed at retention? | Yes, as of January 1, 2023.  Effect of $8,700.00. |

Case Name:  **Kabbage, Inc. d/b/a Kservicing *et al*.**
Case Number:  **22-10951**
Applicant's Name:  **Jones Day**
Date of Application:  **July 20, 2023**
Interim or Final:  **Interim and Final**

-8-