## EXHIBIT B

**Compensation By Professional for Third Interim Fee Period**

| Name of Professional Individual | Position/Group*/Bar Year | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| A E Lelling | Partner/IWC/1994 | $1,400 | 18.00 | $25,200.00 |
| D J Merrett | Partner/BR&R/2007 | $1,200 | 9.40 | $11,280.00 |
| S E Morgado | Associate/B&TL/2020 | $650 | 4.60 | $2,990.00 |
| C. Wenzel | Associate/NLG/2022 | $600 | .80 | $480.00 |
| B N Wilhelm | Associate/B&TL/2017 | $725 | 47.90 | $34,727.50 |
| C L Smith | Paralegal/BR&R | $475 | 5.20 | $2,470.00 |
| D A Doell | Project Manager/B&TL | $350 | 1.0 | $350.00 |
| **TOTAL** | | | **86.90** | **$77,497.50** |

\* B&TL – Business & Tort Litigation; BR&R – Business Restructuring & Reorganization; IWC – Investigations & White Collar Defense; NLG – New Lawyers Group

**Blended Rate Of Professionals for Third Interim Fee Period**

| Professionals | Blended Rate | Total Hours | Total Compensation |
|---|---|---|---|
| Partners & Counsel | $1,331.38 | 27.40 | $36,480.00 |
| Associates | $716.65 | 53.30 | $38,197.50 |
| Paralegals | $475.00 | 5.20 | $2,470.00 |
| Project Manager | $350.00 | 1.00 | $350.00 |
| **TOTAL** | **$891.80** | **86.90** | **$77,497.50** |