**EXHIBIT C**

**Compensation By Professional for Final Fee Period**

| Name of Professional Individual | Position/Group*/Bar Year | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Y W Chan | Partner/B&TL/2007 | $1,200 | 0.50 | $600.00 |
| J B Ellman | Partner/BR&R/1991 | $1,300 | 0.20 | $260.00 |
| J M Hall | Partner/IWC/2003 | $1,075 | 6.40 | $6,880.00 |
| F A Lavallee | Partner/GR/1988 | $1,250 | 1.80 | $2,250.00 |
| A E Lelling | Partner/IWC/1994 | $1,275 | 43.60 | $55,590.00 |
| A E Lelling | Partner/IWC/1994 | $1,400 | 30.20 | $42,280.00 |
| D J Merrett | Partner/BR&R/2007 | $1,100 | 43.40 | $47,740.00 |
| D J Merrett | Partner/BR&R/2007 | $1,200 | 30.90 | $37,080.00 |
| S P Parrinello | Partner/Tax/2007 | $1,225 | 0.70 | $857.50 |
| S J Kenny | Associate/GREG/2013 | $950 | 1.10 | $1,045.00 |
| S E Morgado | Associate/B&TL/2020 | $550 | 3.80 | $2,090.00 |
| S E Morgado | Associate/B&TL/2020 | $650 | 4.60 | $2,990.00 |
| A Nazarenko | Associate/Tax/2016 | $825 | 1.10 | $907.50 |
| S Nosco | Associate/NLG/2022 | $525 | 6.10 | $3,202.50 |
| I Perez | Associate/BR&R/2016 | $725 | 1.60 | $1,160.00 |
| C Wenzel | Associate/NLG/2022 | $600 | 0.80 | $480.00 |
| B N Wilhelm | Associate/B&TL/2017 | $625 | 71.50 | $44,687.50 |
| B N Wilhelm | Associate/B&TL/2017 | $725 | 76.80 | $55,680.00 |
| L Fischer | Staff Attorney/BR&R/1995 | $600 | 25.50 | $15,300.00 |
| C L Smith | Paralegal/BR&R | $425 | 10.90 | $4,632.50 |
| C L Smith | Paralegal/BR&R | $475 | 16.20 | $7,695.00 |
| D A Doell | Project Manager/B&TL | $350 | 6.10 | $2,135.00 |
| **TOTAL** | | | **383.80** | **$335,542.50** |

* B&TL – Business & Tort Litigation; BR&R – Business Restructuring & Reorganization; GREG – Government Regulation; IWC – Investigations & White Collar Defense; NLG – New Lawyers Group

**Blended Rate Of Professionals for Final Fee Period**

| Professionals | Blended Rate | Total Hours | Total Compensation |
|---|---|---|---|
| Partners & Counsel | $1,227.25 | 157.70 | $193,537.50 |
| Associates | $670.50 | 167.40 | $112,242.50 |
| Staff Attorneys | $600.00 | 25.50 | $15,300.00 |
| Paralegals | $454.88 | 27.10 | $12,327.50 |
| Project Managers | $350.00 | 6.10 | $2,135.00 |
| **TOTAL** | **$874.26** | **383.80** | **$335,542.50** |