## EXHIBIT E

### Compensation By Project Category for Final Fee Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 8.20 | $5,410.00 |
| Creditor Inquiries | 0.00 | $0.00 |
| Executory Contracts/Unexpired Leases | 0.00 | $0.00 |
| Automatic Stay/Adequate Protection | 0.00 | $0.00 |
| Plan of Reorganization/Disclosure Statement | 0.00 | $0.00 |
| Use, Sale or Lease of Assets | 0.00 | $0.00 |
| Financing matters | 0.00 | $0.00 |
| Claims Administration | 0.00 | $0.00 |
| Court Hearings | 0.00 | $0.00 |
| General Corporate | 0.00 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reporting | 0.00 | $0.00 |
| Employee Matters | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 |
| Tax Advice | 4.70 | $5,060.00 |
| Department of Justice Investigations | 190.30 | $165,572.50 |
| Congressional Investigation | 55.40 | $45,832.50 |
| Federal Trade Commission Investigation | 2.40 | $2,215.00 |
| Litigation and Adversary Proceedings | 0.00 | $0.00 |
| Professional Retention/Fee Issues | 60.10 | $53,632.50 |
| Fee Application Preparation | 62.70 | $57,820.00 |
| **TOTAL** | **383.80** | **$335,542.50** |