## EXHIBIT F

**Expense Summary for Third Interim Fee Period**

| Expense Category | Total Expenses |
|---|---:|
| Consultant Fees | $12,710.00 |
| Courier Services | $16.40 |
| Court Costs | $125.00 |
| Hosting Charges | $24,228.58 |
| **TOTAL** | **$37,079.98** |