-15-

**EXHIBIT G**

**Expense Summary for Final Fee Period**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $183,950.00 |
| Courier Services Total | $16.40 |
| Court Costs Total | $125.0 |
| Hosting Charges Total | $56,200.10 |
| Travel – Air Fare Total | $713.32 |
| Travel – Food and Beverage Expenses Total | $18.23 |
| Travel – Hotel Charges Total | $234.12 |
| Travel – Other Costs Total | $40.00 |
| Travel – Taxi Charges Total | $75.73 |
| **TOTAL** | **$241,372.90** |