## EXHIBIT H

**Blended Hourly Rate For Domestic Offices
Contributing 10% Or More Of Billed Hours for the Third Interim Period**

| Office/Category of Professional | Blended Rate |
|---|---|
| Atlanta – Partner/Of Counsel | $920 |
| Atlanta – Associate | $538 |
| Atlanta – Staff Attorney | $376 |
| Atlanta – Paralegal | $346 |
| Atlanta – Project Manager | $387 |
| Boston – Partner | $1,013 |
| Boston – Associate | $546 |
| Boston – Staff Attorney | N/A |
| Boston – Paralegal | $249 |
| Boston – Project Manager | N/A |
| Cleveland – Partner | $906 |
| Cleveland – Associate | $499 |
| Cleveland – Staff Attorney | $452 |
| Cleveland – Paralegal | $326 |
| Cleveland – Project Manager | N/A |