## EXHIBIT I

### Budget For Third Interim Fee Period

| Project Category | Estimated Hours | Estimated Fees | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Case Administration | 1.50 | $750.00 | 1.20 | $570.00 |
| Creditor Inquiries | 0.00 | $0.00 | 0.00 | $0.00 |
| Executory Contracts/Unexpired Leases | 0.00 | $0.00 | 0.00 | $0.00 |
| Automatic Stay/Adequate Protection | 0.00 | $0.00 | 0.00 | $0.00 |
| Plan of Reorganization/Disclosure Statement | 0.00 | $0.00 | 0.00 | $0.00 |
| Use, Sale or Lease of Assets | 0.00 | $0.00 | 0.00 | $0.00 |
| Financing matters | 0.00 | $0.00 | 0.00 | $0.00 |
| Claims Administration | 0.00 | $0.00 | 0.00 | $0.00 |
| Court Hearings | 0.00 | $0.00 | 0.00 | $0.00 |
| General Corporate | 0.00 | $0.00 | 0.00 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reporting | 0.00 | $0.00 | 0.00 | $0.00 |
| Employee Matters | 0.00 | $0.00 | 0.00 | $0.00 |
| Non-Working Travel | 0.00 | $0.00 | 0.00 | $0.00 |
| Tax Advice | 0.00 | $0.00 | 0.00 | $0.00 |
| Department of Justice Investigations | 72.20 | $65,000.00 | 72.30 | $63,747.50 |
| Congressional Investigation | 0.00 | $0.00 | 0.00 | $0.00 |
| Federal Trade Commission Investigation | 0.00 | $0.00 | 0.00 | $0.00 |
| Litigation and Adversary Proceedings | 0.00 | $0.00 | 0.00 | $0.00 |
| Professional Retention/Fee Issues | 0.00 | $0.00 | 0.70 | $840.00 |
| Fee Application Preparation | 13.00 | $11,750.00 | 12.70 | $12,340.00 |
| **Total** | **86.70** | **$77,500.00** | **86.90** | **$77,497.50** |