**EXHIBIT J**

**Staffing Plan for Third Interim Fee Period**

| Category of Timekeeper | NUMBER OF TIMEKEEPERS PROJECTED TO WORK ON MATTER DURING BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners and Counsel | 2 | $1,300.00 |
| Associates | 2 | $900.00 |
| Paralegals and Other Non-Attorney Legal Staff | 2 | $412.50 |