**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re                                            :   Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING, *et al.*,        :   Case No. 22-10951 (CTG)
:
:   (Jointly Administered)
Debtors.[1]                                      :
:
:   Obj. Deadline: August 10, 2023 at 4:00 p.m. (ET)
:   Hearing: August 22, 2023 at 1:00 p.m. (ET)
------------------------------------------------------------ x

**SUMMARY OF THIRD INTERIM AND FINAL FEE APPLICATION OF GREENBERG TRAURIG, LLP, SPECIAL COUNSEL TO THE BOARD OF DIRECTORS OF KABBAGE, INC. D/B/A KSERVICING FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM APRIL 1, 2023 THROUGH JUNE 20, 2023 AND THE FINAL PERIOD FROM OCTOBER 3, 2022 THROUGH JUNE 20, 2023**

| | |
|---|---|
| Name of Applicant: | Greenberg Traurig, LLP |
| Authorized to Provide Professional Services to: | Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing |
| Date of Retention: | November 2, 2022 (*nunc pro tunc* to October 3, 2022) |
| Period for Which Compensation and Reimbursement sought | April 1, 2023 through June 20, 2023 (Third Interim Period)<br><br>October 3, 2022 through June 20, 2023 (Final Period) |
| Total compensation sought this period | $51,132.50 (Third Interim Period)<br><br>$475,895.00 (Final Period) |
| Total expense reimbursement sought this period: | $0.00 (Third Interim Period)<br><br>$411.25 (Final Period) |
| Total compensation allowed by interim order to date: | $424,762.50 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

| | |
|---|---|
| Total expenses allowed by interim order to date: | $411.25 |
| Total allowed compensation paid to date: | $441,862.15 |
| Total allowed expenses paid to date: | $411.25 |
| Blended rate in this Application for all attorneys: | $1,155.65 (Third Interim Period)<br>$1,205.05 (Final Period) |
| Blended rate in this Application for all timekeepers: | $868.12 (Third Interim Period)<br>$938.65 (Final Period) |
| Compensation sought in this Application already paid pursuant to a monthly compensation order but not yet allowed: | $16,688.40 |
| Expenses sought in this Application already paid pursuant to a monthly compensation order but not yet allowed: | $0.00 |
| Number of professionals included in this Application: | 5 (Third Interim Period)<br>9 (Final Period) |
| If applicable, number of professionals in this Application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | $31,192.50 less than budgeted (Third Interim Period)<br><br>$167,520.00 less than budgeted (Final Period) |
| Number of professionals billing fewer than 15 hours to the case during this period: | 3 (Third Interim Period)<br>6 (Final Period) |
| Are any rates higher than those approved and disclosed at retention? If yes, calculate and disclose the total compensation sought in this Application using the rates originally disclosed in the Retention Application. | No |

This is a(n):  __ Monthly          _X_ Interim          _X_ Final Application

**SUMMARY OF MONTHLY FEE APPLICATIONS**

| APPLICATION | FEES REQUESTED | EXPENSES REQUESTED | FEES APPROVED | EXPENSES APPROVED | TOTAL OWED |
|---|---|---|---|---|---|
| First Monthly 10/3/22–10/31/22 D.I. 326, Filed 12/2/22<br><br>CNO: D.I. 377, Filed 12/27/22<br><br>First Interim Order D.I. 747, Filed 3/31/23 | $84,604.00 | $411.25 | $84,604.00 | $411.25 | $0.00 |
| Second Monthly 11/1/22–11/30/22 D.I. 392, Filed 12/29/22<br><br>CNO: D.I. 476, Filed 1/20/23<br><br>First Interim Order D.I. 747, Filed 3/31/23 | $38,666.50 | $0.00 | $38,666.50 | $0.00 | $0.00 |
| Third Monthly 12/1/22–12/31/22 D.I. 494, Filed 1/30/23<br><br>CNO: D.I. 564, Filed 2/22/23<br><br>First Interim Order D.I. 747, Filed 3/31/23 | $99,826.00 | $0.00 | $99,826.00 | $0.00 | $0.00 |

ACTIVE 688968710v2

| APPLICATION | FEES REQUESTED | EXPENSES REQUESTED | FEES APPROVED | EXPENSES APPROVED | TOTAL OWED |
|---|---|---|---|---|---|
| Fourth Monthly 1/1/23–1/31/23 D.I. 603, Filed 3/3/23<br><br>CNO: D.I. 727, Filed 3/24/23<br><br>Second Interim Order D.I. 878, Filed 6/23/23 | $71,917.50 | $0.00 | $71,917.50 | $0.00 | $0.00 |
| Fifth Monthly 2/1/23 – 2/28/23 D.I. 741, Filed 3/29/23<br><br>CNO: D.I. 776, Filed 4/19/23<br><br>Second Interim Order D.I. 878, Filed 6/23/23 | $71,730.50 | $0.00 | $71,730.50 | $0.00 | $0.00 |
| Sixth Monthly 3/1/23 – 3/31/23 D.I. 810, Filed 5/8/23<br><br>CNO: D.I. 851, Filed 6/6/23<br><br>Second Interim Order D.I. 878, Filed 6/23/23 | $58,018.00 | $0.00 | $58,018.00 | $0.00 | $0.00 |
| Seventh Monthly 4/1/23 – 4/30/23 D.I. 855, Filed 6/8/23<br><br>CNO: D.I. 880, Filed 6/29/23 | $20,860.50 | $0.00 | $16,688.40 | $0.00 | $4,172.10 |

4

| APPLICATION | FEES REQUESTED | EXPENSES REQUESTED | FEES APPROVED | EXPENSES APPROVED | TOTAL OWED |
|---|---|---|---|---|---|
| Eighth Monthly 5/1/23 – 5/31/23 D.I. 894, Filed 7/13/23<br><br>CNO: Deadline to object to Eighth Monthly Fee Application is 8/2/23 at 4:00 pm ET | $18,375.50 | $0.00 | $0.00* | $0.00 | $18,375.50 |
| Ninth Monthly 6/1/23 – 6/20/23 D.I. 908, Filed 7/19/23<br><br>CNO: Deadline to object to Ninth Monthly Fee Application is 8/8/23 at 4:00 pm ET | $11,896.50 | $0.00 | $0.00* | $0.00 | $11,896.50 |
| **TOTALS:** | **$475,895.00** | **$411.25** | **$441,450.90** | **$411.25** | **$34,444.10** |

Summary of Any Objections to Monthly Fee Application:  None.

Compensation Sought in this Application Not Yet Paid:  $34,444.10

\*  Deadline to Object to Eighth Monthly Fee Application is 8/2/23 at 4:00 pm ET.  Deadline to Object to Ninth Monthly Fee Application is 8/8/23 at 4:00 pm ET.

### Summary of Prior Interim Fee Applications

| APPLICATION | FEES REQUESTED | EXPENSES REQUESTED | APPROVAL STATUS |
|---|---|---|---|
| First Interim 10/3/2022 – 12/31/2022 D.I. 533; Filed 2/14/23 | $223,096.50 | $411.25 | First Omnibus Order D.I. 747; Filed 3/31/2023 |
| Second Interim 1/1/2023 – 3/31/2023 D.I. 822; Filed 5/15/2023 | $201,666.00 | $0.00 | Second Omnibus Order D.I. 878; Filed 6/23/2023 |

**Compensation By Individual**
**(Third Interim Period)**

| Name of Professional | Position; Date of Bar Admission; Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Nathan P. Emeritz | Shareholder; Member of Delaware Bar since 2009. Area of expertise: Corporate | $900.00 | 0.4 | $360.00 |
| David B. Kurzweil | Shareholder; Member of Georgia Bar since 1987; Member of New York Bar since 2012. Area of expertise: Restructuring and Bankruptcy | $1,540.00 | 14.5 | $22,330.00 |
| Dennis A. Meloro | Shareholder; Member of Delaware Bar since 2003. Area of expertise: Restructuring and Bankruptcy | $1,255.00 | 1.0 | $1,255.00 |
| Matthew A. Petrie | Associate; Member of Florida Bar since 2007; Member of Georgia Bar since 2020. Area of expertise: Restructuring and Bankruptcy | $870.00 | 19.5 | $16,965.00 |
| Sandy Bratton | Paralegal; 27 years of experience. | $435.00 | 23.5 | $10,222.50 |
| **Total:** | | | **58.9** | **$51,132.50** |
| **Blended Rate:** | | | | **$868.12** |

**Compensation By Project Category**
**(Third Interim Period)**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| KS003 | Employment and Fee Applications | 24.1 | $15,980.50 |
| KS005 | Board and Corporate Governance | 34.4 | $34,564.50 |
| KS007 | Court Hearings | 0.4 | $587.50 |
| **Total:** | | **58.9** | **$51,132.50** |

6

## Expense Summary
## (Third Interim Period)

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| N/A | N/A | $0.00 |
| **Total Disbursements:** | | **$0.00** |

## Compensation By Individual
## (Final Period)

| Name of Professional | Position; Date of Bar Admission; Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Tony W. Clark | Shareholder; Member of Delaware Bar since 1982. Member of Pennsylvania Bar since 1979. Area of expertise: Restructuring and Bankruptcy | $1,565.00 | 12.1 | $18,936.50 |
| Nathan P. Emeritz | Shareholder; Member of Delaware Bar since 2009. Area of expertise: Corporate | $900.00 | 0.9 | $810.00 |
| Brian E. Greer | Shareholder; Member of New York Bar since 1999. Area of expertise: Restructuring and Bankruptcy | $1,125.00 | 8.4 | $9,450.00 |
| Eric J. Howe | Shareholder; Member of the Illinois Bar since 2007; Member of Minnesota Bar since 2013. Area of expertise: Restructuring and Bankruptcy | $1,050.00 | 3.2 | $3,360.00 |
| David B. Kurzweil | Shareholder; Member of Georgia Bar since 1987; Member of New York Bar since 2012. Area of expertise: Restructuring and Bankruptcy | $1,540.00 | 145.5 | $224,070.00 |
| Connor Q. Lynch | Associate; Member of Delaware Bar since 2017. Area of expertise: Corporate | $615.00 | 0.3 | $184.50 |
| Dennis A. Meloro | Shareholder; Member of Delaware Bar since 2003. Area of expertise: Restructuring and Bankruptcy | $1,255.00 | 6.6 | $8,283.00 |
| Matthew A. Petrie | Associate; Member of Florida Bar since 2007; Member of Georgia Bar since 2020. Area | $870.00 | 154.6 | $134,502.00 |

7

*ACTIVE 688968710v2*

| Name of Professional | Position; Date of Bar Admission; Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | of expertise: Restructuring and Bankruptcy | | | |
| Sandy Bratton | Paralegal; 27 years of experience. | $435.00 | 175.4 | $76,299.00 |
| **Total:** | | | **507.0** | **$475,895.00** |
| **Blended Rate:** | | | | **$938.65** |

## Compensation By Project Category
### (Final Period)

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| KS001 | Case Administration | 22.8 | 17,416.00 |
| KS003 | Employment and Fee Applications | 117.6 | $81,391.50 |
| KS005 | Board and Corporate Governance | 243.2 | $241,138.50 |
| KS006 | Plan and Disclosure Statement | 91.6 | $102,206.00 |
| KS007 | Court Hearings | 31.8 | $33,743.00 |
| **Total:** | | **507.0** | **$475,895.00** |

## Expense Summary
### (Final Period)

| Expense Category | Total Expenses |
|---|---|
| Service Company Charges | $328.24 |
| Information and Research | $83.01 |
| **Total Disbursements:** | **$411.25** |

ACTIVE 688968710v2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
**In re**                                                  : Chapter 11
:
**KABBAGE, INC. d/b/a KSERVICING**, *et al.*,              : Case No. 22-10951 (CTG)
:
:  (Jointly Administered)
**Debtors.**[1]                                            :
:  Obj. Deadline: August 10, 2023 at 4:00 p.m. (ET)
:  Hearing: August 22, 2023 at 1:00 p.m. (ET)
------------------------------------------------------------ x

**THIRD INTERIM AND FINAL FEE APPLICATION OF GREENBERG TRAURIG, LLP, SPECIAL COUNSEL TO THE BOARD OF DIRECTORS OF KABBAGE, INC. D/B/A KSERVICING FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM APRIL 1, 2023 THROUGH JUNE 20, 2023 AND THE FINAL PERIOD FROM OCTOBER 3, 2022 THROUGH JUNE 20, 2023**

Greenberg Traurig, LLP ("Greenberg Traurig"), special counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing (the "Board"), hereby submits its Third Interim and Final Application (the "Application") for compensation and reimbursement of expenses for the interim period from April 1, 2023 through and including June 20, 2023 (the "Third Interim Period") and for the final period from October 3, 2022 through June 20, 2023 (the "Final Period") pursuant to 11 U.S.C. §§ 330 and 331 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

ACTIVE 688968710v2

Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 136] (the "Interim Compensation Order").

By this Application, Greenberg Traurig seeks an interim allowance of compensation in the amount of $51,132.50 in accordance with the Interim Compensation Order. In support of the Application, Greenberg Traurig respectfully represents as follows:

## BACKGROUND

1. On October 3, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The Debtors' cases are being jointly administered for procedural purposes only, pursuant to an order the Court entered on October 4, 2022 [Docket No. 42].

3. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. § 1408. This matter is core within the meaning of 28 U.S.C. § 157(b)(2).

4. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Rule 2016-2.

5. On October 21, 2022, the Court entered the Interim Compensation Order.

6. On October 14, 2022, the Debtors filed the *Application of Debtors for Authority to Employ and Retain Greenberg Traurig, LLP as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing Effective as of the Petition Date* [Docket No. 107]. On November 2, 2022, the Court entered the *Order Authorizing Debtors to Employ and Retain Greenberg Traurig, LLP as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing Effective as of the Petition Date* [Docket No. 197].

2

7.	On June 8, 2023, Greenberg Traurig filed the *Seventh Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From April 1, 2023 Through April 30, 2023* [Docket No. 855] (the "Seventh Monthly Fee Application").  On June 29, 2023, the Debtors filed a certificate of no objection to the Seventh Monthly Fee Application [Docket No. 880].

8.	On July 13, 2023, Greenberg Traurig filed the *Eighth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2023 Through May 31, 2023* [Docket No. 894] (the "Eighth Monthly Fee Application").  The deadline to object to the Eighth Monthly Fee Application is August 2, 2023 at 4:00 pm ET.

9.	On July 19, 2023, Greenberg Traurig filed the *Ninth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From June 1, 2023 Through June 20, 2023* [Docket No. 908] (the "Ninth Monthly Fee Application").  The deadline to object to the Ninth Monthly Fee Application is August 8, 2023 at 4:00 pm ET.

10.	The *Debtors' Amended Joint Chapter 11 Plan of Liquidation* (the "Plan") was confirmed by an Order of this Court entered on March 15, 2023, and the Plan became effective on June 20, 2023.

11.	Greenberg Traurig responds to the following questions raised in the *U.S. Trustee Program's Guidelines for Reviewing Applications for Compensation and Reimbursement of*

3

*Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"):

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did Greenberg Traurig agree to any variations from, or alternatives to, Greenberg Traurig's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Application period? If so, please explain. | | X | N/A |
| If the fees sought in the Interim Fee Application as compared to the fees budgeted for the time period covered by the Interim Fee Application are higher by 10% or more, did Greenberg Traurig discuss the reasons for the variation with the client? | | X | N/A |
| Have any of the professionals included in the Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case? | | X | N/A |
| Does the Interim Fee Application include time for fees related to reviewing or revising time records or preparing, reviewing or revising invoices? | | X | N/A |
| Does the Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees. | | X | N/A |
| Does the Interim Fee Application include any rate increases since retention in these cases? | | X | N/A |

## COMPENSATION PAID AND ITS SOURCE

12. No agreement or understanding exists between Greenberg Traurig and any third person for the sharing of compensation, except as allowed by Section 504(b) and Bankruptcy Rule 2016 with respect to sharing of compensation between and among partners at Greenberg Traurig. All services for which compensation is requested hereunder were rendered at the request of and solely on behalf of the Board and not on behalf of any other entity.

4

## SUMMARY OF SERVICES RENDERED

13. This Application is the Third Interim and Final Fee Application filed by Greenberg Traurig in these Chapter 11 Cases. In connection with the professional services described below, by this Application, Greenberg Traurig seeks compensation in the amount of $51,132.50 for the Third Interim Period. Greenberg Traurig also seeks compensation in the amount of $475,895.00 and reimbursement of actual expenses in the amount of $411.25 for an aggregate total of $476,306.25 for the Final Period.

14. The majority of services rendered by Greenberg Traurig during the Third Interim Period as special counsel to the Board are summarized below. Similarly, the majority of services rendered by Greenberg Traurig for periods covered by its First and Second Interim Fee Applications, Docket Nos. 533 and 822, are summarized therein. Moreover, each of the following are set forth in the invoices attached as **Exhibits A** to the Seventh, Eighth and Ninth Monthly Fee Applications [Docket Nos. 855, 894 and 908, respectively], which include: (i) a description of the Professional performing the services; (ii) the date the services were performed; (iii) a detailed description of the nature of the services and the related time expended; and (iv) a summary of the fees and hours of each Professional listed by project category (which applicable categories are set forth below).

15. Summarily, Greenberg Traurig rendered the following services during the Third Interim Period as special counsel to the Board:

   a) <u>Employment and Fee Applications (KS003)</u>

   Fees: $15,980.50   Hours: 24.1

This category includes services related to drafting, reviewing, revising, and finalizing Greenberg Traurig's Sixth and Seventh Monthly and Second Interim Fee Applications, proposed Second Interim Fee Application Order, and planning for Final Fee Application.

5

      b) <u>Board and Corporate Governance (KS005)</u>

          Fees: $34,564.50     Hours: 34.3

This category includes services related to analyzing certain corporate governance issues, reviewing materials and presentations prepared for the Board, attending meetings of the Board, participating in effective date planning discussions, reviewing minutes of meetings of the Board and monitoring case pleadings and important deadlines for the Board.

      c) <u>Court Hearings (KS007)</u>

          Fees: $587.50     Hours: 0.4

This category includes services relating to preparing for and attending hearings, including the Plan Confirmation hearing.

**SUMMARY OF EXPENSES**

16. During the Third Interim Period, Greenberg Traurig did not incur or disburse costs and expenses related to these cases, and therefore no reimbursement of expenses is sought by this Application.

17. Pursuant to Local Rule 2016-2, Greenberg Traurig represents as follows with regard to its charges for actual and necessary costs and expenses incurred during the Final Period, if any:

    a. Copy Charges were $0.10 per page ($0.80 for color copies), which charges are reasonable and customary in the legal industry and represents the costs of copy material, acquisition, maintenance, storage, and operation of copy machines, together with a margin for recovery of related expenditures. In addition, Greenberg Traurig often utilizes outside copier services for high volume projects, and this Application seeks the recovery of those costs, if applicable;

    b. Incoming facsimiles are not billed;

    c. Out-going facsimiles are billed at the rate of $0.25 per page. The cost represents operator time, maintaining several dedicated facsimile telephone lines, supplies and equipment, and includes a margin for recovery of related expenditures;

    d. Toll telephone charges are not billed; and

    e. Computer assisted legal research charges are billed at actual costs.

## VALUATION OF SERVICES

18. Greenberg Traurig expended a total of 58.90 hours in connection with this matter during the Third Interim Period. The nature of the work performed by the Professionals is detailed in **Exhibit A** of the Seventh, Eighth and Ninth Monthly Fee Applications. The hourly rates contained therein are Greenberg Traurig's normal hourly rates for work of this character.

19. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amounts requested herein for compensation and expense reimbursement are fair and reasonable given (a) the complexity of these cases, (b) the time expended by the attorneys and paraprofessionals at Greenberg Traurig, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

20. Greenberg Traurig hereby certifies that (i) it has reviewed the requirements of Local Rule 2016-2 and (ii) this Application complies with such rule.

21. Greenberg Traurig has provided a copy of this Application to the Notice Parties (as defined in the Interim Compensation Order).

## CONCLUSION

WHEREFORE, Greenberg Traurig respectfully requests that (a) it be allowed compensation in the amount of $51,132.50 for professional services rendered for the Third Interim Period; (b) it be allowed compensation in the amount of $475,895.00 for professional services rendered and reimbursement of actual expenses in the amount of $411.25 for an aggregate total of

7

$476,306.25 for the Final Period; (c) the Court authorize the Debtors to pay Greenberg Traurig any unpaid portion for the Third Interim Period or Final Period, as applicable, on a final basis; and (d) the Court grant such other and further relief deemed appropriate under the circumstances.

Dated: July 20, 2023
      Wilmington, Delaware

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

<u>/s/ Dennis A. Meloro</u>
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Email: Anthony.clark@gtlaw.com
      melorod@gtlaw.com

- and -

David B. Kurzweil (admitted *pro hac vice*)
Matthew A. Petrie (admitted *pro hac vice*)
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Email: kurzweild@gtlaw.com
      petriem@gtlaw.com

*Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing*

8

## EXHIBITS A – C

PLEASE TAKE NOTICE that in compliance with the *U.S. Trustee Program's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines"), attached hereto as **Exhibit A** is a copy of the budget and staffing plan agreed to between the above-captioned debtors and debtors in possession and Greenberg Traurig, LLP ("Greenberg Traurig") for the period of April 1, 2023 through and including June 20, 2023 (the "Third Interim Period"). A chart comparing the total hours spent and the hours budgeted for each task code for the Third Interim Period is attached hereto as **Exhibit B**.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit C** are Greenberg Traurig's customary and comparable compensation disclosures.

Dated: July 20, 2023
Wilmington, Delaware

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware  19801
Telephone: (302) 661-7000
Email: Anthony.clark@gtlaw.com
         melorod@gtlaw.com

- and -

David B. Kurzweil (admitted *pro hac vice*)
Matthew A. Petrie (admitted *pro hac vice*)
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Email: kurzweild@gtlaw.com
         petriem@gtlaw.com

*Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing*

ACTIVE 688968710v2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :
In re                                                        :   Chapter 11
                                                             :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                    :   Case No. 22-10951 (CTG)
                                                             :
                                                             :   (Jointly Administered)
            Debtors.[1]                                      :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x

### CERTIFICATION OF DENNIS A. MELORO IN SUPPORT OF
### THIRD INTERIM FEE APPLICATION OF GREENBERG TRAURIG, LLP

I, Dennis A. Meloro, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1.      I am a Shareholder at Greenberg Traurig, LLP ("Greenberg Traurig"), which maintains offices for the practice of law at 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801. I am an attorney-at-law, duly admitted and in good standing to practice in the State of Delaware.

2.      I make this certification regarding the *Third Interim and Final Fee Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2023 through June 20, 2023* (the "Third Interim Fee Application") to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

ACTIVE 688968710v2

certify to certain matters addressed in the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 136] (the "<u>Interim Compensation Order</u>").

3.  Specifically, I have reviewed the Third Interim and Final Fee Application, including each Monthly Fee Application relating to the period from April 1, 2023 through and including June 20, 2023 (the "<u>Third Interim Fee Period</u>"), and I hereby certify that such Applications comply with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware.  In addition, I hereby certify that, in accordance with the Interim Compensation Order, and in connection with preparing the Third and Final Fee Application, Greenberg Traurig has made a reasonable effort to comply with the *U.S. Trustee Program's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "<u>U.S. Trustee Guidelines</u>"). To that end, Greenberg Traurig specifically responds to certain questions identified in the U.S. Trustee Guidelines as follows:

- **Question 1:** Did Greenberg Traurig agree to any variations from, or alternatives to, Greenberg Traurig's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Application period? If so, please explain.

    - **Answer**: No.

- **Question 2:** If the fees sought in the Third Interim Fee Application as compared to the fees budgeted for the time period covered by the Third Interim Fee Application are higher by 10% or more, did Greenberg Traurig discuss the reasons for the variation with the client?

    - **Answer**: Not Applicable.

2

- **Question 3:** Have any of the professionals included in the Third Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case?

    - **Answer**: No.

- **Question 4:** Does the Third Interim Fee Application include time for fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

    - **Answer:** No.

- **Question 5:** Does the Third Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify hours and fees.

    - **Answer:** No.

- **Question 6**: Does the Third Interim Fee Application include any rate increases since retention in these cases?

    - **Answer**: No.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: July 20, 2023　　　　　　　　　　Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Email: melorod@gtlaw.com

*Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing*

3