**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                                       :   Chapter 11
                                                            :
**KABBAGE, INC. d/b/a KSERVICING,** *et al.*,               :   Case No. 22-10951 (CTG)
                                                            :
                                                            :   (Jointly Administered)
Debtors.[1]                                                 :
                                                            :   Obj. Deadline: August 10, 2023 at 4:00 p.m. (ET)
                                                            :   Hearing Date: August 22, 2023 at 1:00 p.m. (ET)
------------------------------------------------------------ x

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that Greenberg Traurig, LLP (the "**Applicant**") has today filed the attached *Third Interim and Final Fee Application of Greenberg Traurig, LLP, Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Interim Period from April 1, 2023 through June 20, 2023 and the Final Period from October 3, 2022 through June 20, 2023* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections to the Application, if any, must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated October 21, 2022 [Docket No. 136], and the *Order Confirming Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors* [Docket No. 680] and must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 by no later than **4:00**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 29324764v.1

**p.m. (prevailing Eastern Time) on August 10, 2023**.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Application are filed and are not resolved, the Application and such objections shall be considered at a hearing before The Honorable Craig T. Goldblatt at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **August 22, 2023 at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 20, 2023
      Wilmington, Delaware

/s/ *Huiqi Liu*
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
Huiqi Liu, Esq. (No. 6850)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
        steele@rlf.com
        shapiro@rlf.com
        milana@rlf.com
        liu@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
        candace.arthur@weil.com
        chase.bentley@weil.com

*Attorneys for Debtors*
*and Debtors in Possession*