<u>Exhibit A</u>

## <u>Budget and Staffing Report</u>
### Greenberg Traurig, LLP
### April 1, 2023 – June 20, 2023
### (Third Interim Period)

| Task Code | Project Category | Estimated Hours | Estimated Fees |
|---|---|---|---|
| KS003 | Employment and Fee Applications | 35.00 | $32,375.00 |
| KS005 | Board and Corporate Governance | 150.00 | $138,750.00 |
| KS006 | Plan and Disclosure Statement | 80.00 | 74,000.00 |
| KS007 | Court Hearings | 30.00 | $27,750.00 |
| **Total:** | | **295** | **$272,875.00** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Shareholders | 2 | $1,397.50 |
| Associates | 1 | $870.00 |
| Paralegals | 1 | $435.00 |