**Exhibit B**

**Comparison of Fees and Hours Budgeted to Fees and Hours
Billed During the Third Interim Period**
**Greenberg Traurig, LLP**

| Task Code | Project Category | Estimated Hours | Actual Hours Billed | Estimated Fees | Actual Fees |
|---|---|---|---|---|---|
| KS003 | Employment and Fee Applications | 35.00 | 24.1 | $32,375.00 | $15,980.50 |
| KS005 | Board and Corporate Governance | 50.00 | 34.4 | $46,250.00 | $34,564.50 |
| KS007 | Court Hearings | 4.0 | 0.4 | $3,700.00 | $587.50 |
| **Total:** | | **89** | **58.9** | **$82,325.00** | **$51,132.50** |

| Category of Timekeeper | Number of Timekeepers Expected to Work on Matter During the Third Interim Period | Actual Number of Timekeepers During the Third Interim Period | Estimated Average Hourly Rate | Actual Blended Hourly Rate |
|---|---|---|---|---|
| Shareholders | 2 | 3 | $1,453.33 | $1,505.97 |
| Associates | 1 | 1 | $870.00 | $870.00 |
| Paralegals | 1 | 1 | $435.00 | $435.00 |