**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
:
In re                                               :       Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING, *et al.*,           :       Case No. 22-10951 (CTG)
:
:       (Jointly Administered)
:
Debtors.[1]                                         :
:
:       Obj. Deadline: August 10, 2023 at 4:00 p.m. (ET)
:       Hearing Date: August 22, 2023 at 1:00 p.m. (ET)
---------------------------------------------------------------- x

**NOTICE OF FINAL FEE**
**APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR**
**PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM OCTOBER 3, 2022 THROUGH JUNE 20, 2023**

| | |
|---|---|
| Name of Applicant | Omni Agent Solutions, Inc. |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 21, 2022 effective as of October 3, 2022 |
| Final period for which compensation and reimbursement is sought: | October 3, 2022 through June 20, 2023 (the "**Final Fee Period**") |
| Amount of final compensation sought as actual, reasonable, and necessary: | $59,056.85 |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

This is a (n) ___ monthly   ___ interim   _X_ final application

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

### FIRST INTERIM FEE APPLICATION (Docket No. 535)

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/2/2022 (D.I. 324) | October 3, 2022 through October 31, 2022 | $5,083.50 | $0.00 | $5,083.50 | $0.00 |
| 12/29/2022 (D.I. 390) | November 1, 2022 through November 30, 2022 | $8,751.50 | $0.00 | $8,751.50 | $0.00 |
| 1/30/2023 (D.I. 499) | December 1, 2022 through December 31, 2022 | $3,965.25 | $0.00 | $3,965.25 | $0.00 |
| | Total: | $17,800.25 | $0.00 | $17,800.25 | $0.00 |

### SECOND INTERIM FEE APPLICATION (Docket No. 821)

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 3/3/2023 (D.I. 602) | January 1, 2023 through January 31, 2023 | $28,394.25 | $0.00 | $28,394.25 | $0.00 |
| 12/29/2022 (D.I. 390) | February 1, 2023 through February 28, 2023 | $7,455.50 | $0.00 | $7,455.50 | $0.00 |
| 1/30/2023 (D.I. 499) | March 1, 2023 through March 31, 2023 | $5,406.85 | $0.00 | $5,406.85 | $0.00 |
| Total: | | $41,256.60 | $0.00 | $41,256.60 | $0.00 |

**PLEASE TAKE NOTICE** that Omni Agent Solutions, Inc. (the "**Applicant**"), administrative agent to the above-captioned debtors and debtors-in-possession (the "**Debtors**") has today filed this final application (the "**Application**") for payment of compensation and reimbursement of expenses for the period of October 3, 2022 through and including June 20, 2023 (the "**Final Fee Period**") pursuant to the Court's *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Professionals* (Docket No. 136) (the "**Interim Compensation Order**")[2] and the Court's Order confirming the *Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and Its Affiliated Debtors*, dated as of March 15, 2023 [Docket No. 680] (the "**Confirmation Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order and the Plan,[3] objections, if any, to this Application must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties so as to be **actually received by August 10, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Application are received, the Application and such objections shall be considered at a hearing before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **August 22, 2023 at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, (i) attached hereto as **Exhibit A** is the Applicant's summary cover sheet for the Final Fee Period, (ii) attached hereto as **Exhibit B** is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 case during the Final Fee Period, (iii) attached hereto as **Exhibit C** is a summary of compensation by project category during the Final Fee Period, (iv) attached hereto as

---

[2] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3] "Plan" means that certain *Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and Its Affiliated Debtors*, dated as of March 9, 2023 [Docket No. 627].

3

**Exhibit D** is the *Declaration of Paul H. Deutch in support of the Final Fee Application.*

Dated: July 20, 2023
      New York, New York

/s/ *Paul H. Deutch*
**OMNI AGENT SOLUTIONS, INC.**
1120 Avenue of the Americas, 4th Floor
New York, NY 10036
(212) 302-3580
*pdeutch@omniagnt.com*
