**EXHIBIT A**

| | |
|---|---|
| Name of Applicant | Omni Agent Solutions, Inc. ("Omni") |
| Authorized to provide professional services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | October 21, 2022 effective as of October 3, 2022 |
| Time Period Covered by this Application | October 3, 2022 through June 20, 2023 (the "**Final Fee Period**") |
| Total Compensation Sought During the Final Fee Period | $59,056.85 |
| Total Expenses Sought During the Final Fee Period | $0.00 |
| Total Compensation Approved by Interim Order to Date | $59,056.25 |
| Total Expenses Approved by Interim Order to Date | $0.00 |
| Total Allowed Compensation Paid to Date | $59,056.85 |
| Total Allowed Expenses Paid to Date | $0.00 |
| Blended Rate in this Application for All Timekeepers | $160.48 |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed | $0.00 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but Not Yet Allowed | $0.00 |
| Are Any Rates in this Application Higher Than Those Approved or Disclosed at Retention? | No |