## **EXHIBIT B**

## **COMPENSATION BY TIMEKEEPER**
## **FINAL FEE PERIOD**

| Professional | Hours | Rate | Total | Professional | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|
| Anthony Roque | 1.8 | $125.00 | $225.00 | Kimberly McDermott | 1.6 | $90.00 | $144.00 |
| Brittney Whitaker | 0.5 | $175.00 | $87.50 | Luis Solorzano | 5.1 | $187.50 | $956.25 |
| Javon Couch | 2.1 | $130.00 | $273.00 | Max Meisler | 0.9 | $140.00 | $126.00 |
| Jennifer Lizakowski | 4.2 | $150.00 | $630.00 | Michelle Ignacio | 26.4 | $175.00 | $4,620.00 |
| Kim Steverson | 8.2 | $187.50 | $1,537.50 | Paul Story | 59.5 | $139.50 | $8,300.25 |
| Luis Solorzano | 5 | $187.50 | $937.50 | Tara Saldajeno | 2.5 | $95.00 | $237.50 |
| Marina Khan | 4.4 | $155.00 | $682.00 | Ashley Dionisio | 2.2 | $130.00 | $286.00 |
| Max Meisler | 1.2 | $140.00 | $168.00 | Brittney Whitaker | 0.3 | $175.00 | $52.50 |
| Tara Saldajeno | 2.4 | $95.00 | $228.00 | Broderick Whitaker | 0.3 | $75.00 | $22.50 |
| Yelena Bederman | 2.1 | $150.00 | $315.00 | Carey Steinberg | 0.2 | $100.00 | $20.00 |
| Brittney Whitaker | 1.5 | $175.00 | $262.50 | Cindy Sloop | 0.1 | $90.00 | $9.00 |
| David Green | 4.5 | $150.00 | $675.00 | Emma Guandique | 18.4 | $100.00 | $1,840.00 |
| Kim Steverson | 2.8 | $187.50 | $525.00 | Jennifer Lizakowski | 8.1 | $150.00 | $1,215.00 |
| Max Meisler | 0.7 | $140.00 | $98.00 | Jeriad Paul | 9.6 | $187.50 | $1,800.00 |
| Michelle Ignacio | 10.8 | $175.00 | $1,890.00 | Kim Steverson | 8.4 | $187.50 | $1,575.00 |
| Paul Story | 38 | $139.50 | $5,301.00 | Michelle Ignacio | 1 | $175.00 | $175.00 |
| Brittney Whitaker | 1.4 | $175.00 | $245.00 | Nathan Panameno | 2.5 | $150.00 | $375.00 |
| Jennifer Lizakowski | 3.9 | $150.00 | $585.00 | Reina Zepeda | 0.4 | $120.00 | $48.00 |
| Jeriad Paul | 2.1 | $187.50 | $393.75 | Sejal Kelly | 0.2 | $187.50 | $37.50 |
| Kim Steverson | 9.2 | $187.50 | $1,725.00 | Ashley Dionisio | 0.3 | $130.00 | $39.00 |
| Marina Khan | 0.8 | $155.00 | $124.00 | Carolyn Cashman | 0.2 | $150.00 | $30.00 |
| Michelle Ignacio | 5.1 | $175.00 | $892.50 | David Neece | 0.3 | $139.50 | $41.85 |
| Ashley Dionisio | 0.2 | $130.00 | $26.00 | Emma Guandique | 2.4 | $100.00 | $240.00 |
| Brittney Whitaker | 6.3 | $175.00 | $1,102.50 | Javon Couch | 0.2 | $130.00 | $26.00 |
| David Neece | 1.5 | $139.50 | $209.25 | Jennifer Lizakowski | 1 | $150.00 | $150.00 |
| Emma Guandique | 1.1 | $100.00 | $110.00 | Jeriad Paul | 6.1 | $187.50 | $1,143.75 |
| Jennifer Lizakowski | 2.5 | $150.00 | $375.00 | Kim Steverson | 16.1 | $187.50 | $3,018.75 |
| Jeriad Paul | 5 | $187.50 | $937.50 | Michelle Ignacio | 3.7 | $175.00 | $647.50 |
| Kim Steverson | 60 | $187.50 | $11,250.00 | Paula Gray | 0.7 | $100.00 | $70.00 |
| | | | | **TOTAL** | **368.0** | ---- | **$59,056.85** |