# EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY
## FINAL FEE PERIOD

| Category | Hours | Fees |
|---|---|---|
| Balloting | 337.2 | $54,179.60 |
| Schedules/SoFA | 30.8 | $4,877.25 |
| **TOTAL** | **368** | **$59,056.85** |