## **EXHIBIT D**

## **DECLARATION OF PAUL H. DEUTCH**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :
In re                                                        :   Chapter 11
                                                             :
KABBAGE, INC. d/b/a KSERVICING, *et al.*,                    :   Case No. 22-10951 (CTG)
                                                             :
                                                             :   (Jointly Administered)
                     Debtors.[1]                             :
                                                             :
                                                             :
------------------------------------------------------------ x

### DECLARATION OF PAUL H. DEUTCH IN SUPPORT OF FINAL FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 3, 2022 THROUGH JUNE 20, 2023

I, Paul H. Deutch, declare under the penalty of perjury that:

1. I am the Executive Vice President of Omni Agent Solutions ("**Omni**"), which serves as administrative agent to the debtors and debtors-in-possession (the "**Debtors**").

2. I am familiar with the work performed by Omni on behalf of the Debtors.

3. I have reviewed the foregoing Final Fee Application of Omni Agent Solutions, Inc. for Payment of Compensation and Reimbursement of Expenses for the Period from October 3, 2022 Through June 20, 2023 (the "**Application**"). The facts set forth in the Application are true and correct

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

2

to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-2 and submit that the Fee Application complies with such Rule.

Dated: July 20, 2023                                         */s/ Paul H. Deutch*
                                                              PAUL H. DEUTCH