UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re : Chapter 11
:
KABBAGE, INC. d/b/a KSERVICING, *et al.*, : Case No. 22-10951 (CTG)
:
: (Jointly Administered)
Debtors.[1] :
:
: Obj. Deadline: August 10, 2023 at 4:00 p.m. (ET)
---------------------------------------------------------- x Hearing: August 22, 2023 at 1:00 p.m. (ET)

## NOTICE OF THIRD INTERIM AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE (I) THIRD INTERIM OF PERIOD APRIL 1, 2023 THROUGH JUNE 20, 2023

| | |
|---|---|
| Name of Applicant | Weil, Gotshal & Manges LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 21, 2022 effective as of October 3, 2022 |
| Interim Period for which compensation and reimbursement is sought | April 1, 2023 through and including June 20, 2023 (the "**Third Interim Fee Period**") |
| Amount of interim compensation sought as actual, reasonable, and necessary | $783,819.00 |
| Amount of interim expense reimbursement sought as actual, reasonable, and necessary: | $8,242.32 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

| | |
|---|---|
| Final period for which compensation and reimbursement is sought: | <u>October 3, 2022 through June 20, 2023</u> <u>(the "**Final Fee Period**")</u> |
| Amount of final compensation sought as actual, reasonable, and necessary: | <u>$11,020,968.50</u> |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | <u>$72,043.36</u> |

This is a (n) ___ monthly  _X_ interim  _X_ final application

**SUMMARY OF PRIOR INTERIM FEE APPLICATIONS**

**FIRST INTERIM FEE APPLICATION (Docket No. 530)**

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/02/2022 (Docket No. 321) | October 3, 2022 through October 31, 2022 | $1,520,554.50 | $1,741.12 | $1,520,554.50 | $1,741.12 |
| 12/29/2022 (Docket No. 389) | November 1, 2022 through November 31, 2022 | $1,519,672.25 | $11,087.84 | $1,519,672.25 | $11,087.84 |
| 02/01/2023 (Docket No. 510) | December 1, 2022 through December 31, 2022 | $1,586,300.50 | $6,583.58 | $1,586,300.50 | $6,583.58 |
| **Total:** | | **$4,626,527.25** | **$19,412.54** | **$4,626,527.25** | **$19,412.54** |

**SECOND INTERIM FEE APPLICATION (Docket No. 530)**

|  |  | Total Amount Requested | | Total Amount Paid | |
|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 03/03/2023 (D.I. 600) | January 1, 2023 through January 31, 2023 | $1,966,530.50 | $14,835.24 | $1,966,530.50 | $14,835.24 |
| 03/29/2023 (D.I. 738) | February 1, 2023 through February 28, 2023 | $1,559,369.00 | $13,426.43 | $1,559,369.00 | $13,426.43 |
| 05/10/2023 (D.I. 813) | March 1, 2023 through March 31, 2023 | $2,084,722.75 | $16,126.83 | $2,084,722.75 | $16,126.83 |
| **Total:** |  | **$5,610,622.25** | **$44,388.50** | **$5,610,622.25** | **$44,388.50** |

## SUMMARY OF THIRD INTERIM FEE PERIOD:

| Date Filed / Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Total Amount Paid to Date | | Holdback Fees Requested |
|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees | Expenses | Fees (@ 20%) |
| 06/13/2023 (D.I. 862) | April 1, 2023 through April 30, 2023 | $392,323.00 | $5,782.50 | $313,858.40 | $5,782.50 | $0.00 | $0.00 | $78,464.60 |
| 07/13/2023 (D.I. 896) | May 1, 2023 through May 31, 2023[2] | $313,299.50 | $2,335.25 | $250,639.60 | $2,335.25 | $0.00 | $0.00 | $62,659.90 |
| 07/19/2023 (D.I. 904) | June 1, 2023 through June 20, 2023[3] | $78,196.50 | $124.57 | $62,557.20 | $124.57 | $0.00 | $0.00 | $15,639.30 |
| Total: | | $783,819.00 | $8,242.32 | $627,055.20 | $8,242.32 | $0.00 | $0.00 | $156,763.80 |

Summary of Any Objections to Monthly Fee Application:  None.

Compensation Sought in this Application Not Yet Paid:  $792,061.32

---

[2]    The objection deadline with respect to Weil's eighth monthly fee statement is August 2, 2023 at 4:00 p.m. (prevailing Eastern Time). Once the objection deadline has passed without objection, the Debtors will remit to Weil $250,639.60 in fees (80% of $313,299.50) and $2,335.25 in expenses.

[3]    The objection deadline with respect to Weil's ninth monthly fee statement is August 8, 2023 at 4:00 p.m. (prevailing Eastern Time). Once the objection deadline has passed without objection, the Debtors will remit to Weil $62,557.20 in fees (80% of $78,196.50) and $124.57 in expenses.