**Exhibit B**

## COMPENSATION BY PROFESSIONAL
## APRIL 1, 2023 THROUGH JUNE 20, 2023

The attorneys who rendered professional services in this chapter 11 case during the Third Interim Fee Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Goldring, Stuart J. | Partner | Tax | 1984 | $2,095.00 | 2.00 | $4,190.00 |
| Sullivan, Kevin J. | Partner | Corporate | 1994 | $1,595.00 | 5.50 | $8,772.50 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $1,595.00 | 6.40 | $10,208.00 |
| Westerman, Gavin | Partner | Corporate | 2004 | $1,725.00 | 4.00 | $6,900.00 |
| Arthur, Candace | Partner | Restructuring | 2010 | $1,695.00 | 86.80 | $147,126.00 |
| Hwangpo, Natasha | Partner | Restructuring | 2014 | $1,575.00 | 32.20 | $50,715.00 |
| Guthrie, Hayden | Counsel | Corporate | 2017 | $1,400.00 | 15.70 | $21,980.00 |
| Friedman, Julie T. | Associate | Restructuring | 2003 | $775.00 | 15.40 | $11,935.00 |
| Bentley, Chase A. | Associate | Restructuring | 2018 | $1,345.00 | 102.40 | $137,728.00 |
| Friedman, Jonathan R. | Associate | Restructuring | 2019 | $1,170.00 | 54.00 | $63,180.00 |
| Kleiner, Adena | Associate | Corporate | 2020 | $1,170.00 | 39.90 | $46,683.00 |
| Jones, Taylor | Associate | Restructuring | 2022 | $1,065.00 | 49.70 | $52,930.50 |
| Ollestad, Jordan Alexandra | Associate | Litigation | 2022 | $1,065.00 | 25.00 | $26,625.00 |
| Suarez, Ashley | Associate | Restructuring | 2022 | $910.00 | 55.90 | $50,869.00 |
| Bertens, Erin | Associate | Corporate | 2023 | $750.00 | 55.80 | $41,850.00 |
| Castillo, Lauren | Associate | Restructuring | 2023 | $750.00 | 128.30 | $96,225.00 |
| **Total for Attorneys** | | | | | **679.00** | **$777,917.00** |

The paraprofessionals and other non-legal staff who rendered professional services in this chapter 11 case during the Third Interim Fee Period are:

| NAME OF PARAPROFESSIONAL AND OTHER NON-LEGAL STAFF | POSITION | DEPARTMENT | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Nudelman, Peter | Litigation Support | LSS | $430.00 | 6.30 | $2,709.00 |
| Mason, Kyle | Paralegal | Restructuring | $310.00 | 10.30 | $3,193.00 |
| **Total:** | | | | **16.60** | **$5,902.00** |

The total fees for the Interim Fee Period are:

| PROFESSIONALS | BLENDED RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,637.56 | 152.60 | $249,891.50 |
| Associates | $1,003.09 | 526.40 | $528,025.50 |
| Paraprofessional and other non-legal staff | $355.54 | 16.60 | $5,902.00 |
| **Blended Attorney Rate** | **$1,145.68** | | |
| **Total:** | | **695.60** | **$783,819.00** |