## Exhibit C

## COMPENSATION BY PROFESSIONAL FOR FINAL FEE PERIOD[1]

The attorneys who rendered professional services in this chapter 11 case from October 3, 2022 through June 20, 2023 are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[2] | HOURLY BILLING RATE[3] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Goldring, Stuart J. | Partner | Tax | 1984 | $2,095.00 | 30.70 | $64,316.50 |
| Goldring, Stuart J. | Partner | Tax | 1984 | $1,950.00 | 9.90 | $19,305.00 |
| Slack, Richard W. | Partner | Litigation | 1987 | $1,695.00 | 158.70 | $268,996.50 |
| Slack, Richard W. | Partner | Litigation | 1987 | $847.50† | 16.90 | $14,322.75 |
| Slack, Richard W. | Partner | Litigation | 1987 | $1,495.00 | 135.30 | $202,273.50 |
| Slack, Richard W. | Partner | Litigation | 1987 | $747.50† | 2.70 | $2,018.25 |
| Sullivan, Kevin J. | Partner | Corporate | 1994 | $1,595.00 | 15.00 | $23,925.00 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $1,595.00 | 210.70 | $336,066.50 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $797.50† | 3.20 | $2,552.00 |
| Tsekerides, Theodore E. | Partner | Litigation | 1994 | $1,395.00 | 161.10 | $224,734.50 |
| Schrock, Ray C. | Partner | Restructuring | 1998 | $2,095.00 | 9.00 | $18,855.00 |
| Schrock, Ray C. | Partner | Restructuring | 1998 | $1,950.00 | 35.40 | $69,030.00 |
| Smith, Jason A.B. | Partner | Corporate | 1998 | $1,750.00 | 2.80 | $4,900.00 |
| Freeman, Danek A. | Partner | Corporate | 1999 | $1,750.00 | 3.90 | $6,825.00 |
| Westerman, Gavin | Partner | Corporate | 2004 | $1,725.00 | 26.10 | $45,022.50 |
| Westerman, Gavin | Partner | Corporate | 2004 | $1,525.00 | 2.10 | $3,202.50 |
| Arthur, Candace | Partner | Restructuring | 2010 | $1,695.00 | 473.00 | $801,735.00 |
| Arthur, Candace | Partner | Restructuring | 2010 | $847.50† | 8.00 | $6,780.00 |
| Arthur, Candace | Partner | Restructuring | 2010 | $1,495.00 | 259.50 | $387,952.50 |
| Hwangpo, Natasha | Partner | Restructuring | 2014 | $1,575.00 | 569.10 | $896,332.50 |
| Hwangpo, Natasha | Partner | Restructuring | 2014 | $787.50 † | 1.00 | $787.50 |
| Hwangpo, Natasha | Partner | Restructuring | 2014 | $1,395.00 | 568.10 | $792,499.50 |
| Hwangpo, Natasha | Partner | Restructuring | 2014 | $697.50† | 3.00 | $2,092.50 |

---

[1] On January 1, 2023, Weil implemented customary annual increase in billing rates.
[2] * – Not Yet Admitted to Practice
[3] † – Non-working travel is billed at 50% of regular hourly rates.

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[2] | HOURLY BILLING RATE[3] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Magill, Amanda Graham | Partner | Tax | 2015 | $1,575.00 | 2.40 | $3,780.00 |
| Magill, Amanda Graham | Partner | Tax | 2015 | $1,395.00 | 2.20 | $3,069.00 |
| Margolis, Steven M. | Counsel | Tax | 1990 | $1,425.00 | 15.50 | $22,087.50 |
| Margolis, Steven M. | Counsel | Tax | 1990 | $1,300.00 | 14.40 | $18,720.00 |
| Fliman, Ariel | Counsel | Corporate | 2009 | $1,375.00 | 2.10 | $2,887.50 |
| Bonk, Cameron Mae | Counsel | Litigation | 2016 | $1,375.00 | 215.30 | $296,037.50 |
| Bonk, Cameron Mae | Counsel | Litigation | 2016 | $687.50† | 2.10 | $1,443.75 |
| Bonk, Cameron Mae | Counsel | Litigation | 2016 | $1,250.00 | 366.80 | $458,500.00 |
| Guthrie, Hayden | Counsel | Corporate | 2017 | $1,400.00 | 29.00 | $40,600.00 |
| Friedman, Julie T. | Associate | Restructuring | 2003 | $775.00 | 53.30 | $41,307.50 |
| Friedman, Julie T. | Associate | Restructuring | 2003 | $695.00 | 30.60 | $21,267.00 |
| Hill, David F. | Associate | Litigation | 2017 | $1,200.00 | 4.60 | $5,520.00 |
| Ruocco, Elizabeth A. | Associate | Restructuring | 2017 | $1,275.00 | 169.30 | $215,857.50 |
| Ruocco, Elizabeth A. | Associate | Restructuring | 2017 | $637.50† | 4.00 | $2,550.00 |
| Ruocco, Elizabeth A. | Associate | Restructuring | 2017 | $1,165.00 | 349.00 | $406,585.00 |
| Bentley, Chase A. | Associate | Restructuring | 2018 | $1,345.00 | 598.40 | $804,848.00 |
| Bentley, Chase A. | Associate | Restructuring | 2018 | $672.50† | 5.50 | $3,698.75 |
| Bentley, Chase A. | Associate | Restructuring | 2018 | $1,200.00 | 453.80 | $544,560.00 |
| Diplas, Alexandros | Associate | Litigation | 2018 | $1,275.00 | 15.50 | $19,762.50 |
| Diplas, Alexandros | Associate | Litigation | 2018 | $1,165.00 | 28.70 | $33,435.50 |
| Labate, Angelo G. | Associate | Litigation | 2019 | $1,225.00 | 19.20 | $23,520.00 |
| Labate, Angelo G. | Associate | Litigation | 2019 | $1,130.00 | 22.50 | $25,425.00 |
| Friedman, Jonathan R. | Associate | Restructuring | 2019 | $1,170.00 | 261.50 | $305,955.00 |
| Friedman, Jonathan R. | Associate | Restructuring | 2019 | $585.00† | 5.10 | $2,983.50 |
| Kleiner, Adena | Associate | Corporate | 2020 | $1,170.00 | 134.60 | $157,482.00 |
| Ritholtz, Benjamin | Associate | Litigation | 2019 | $1,130.00 | 34.10 | $38,533.00 |
| Kaplowitz, Rachel | Associate | Litigation | 2020 | $1,075.00 | 32.70 | $35,152.50 |
| Parker-Thompson, Destiney | Associate | Restructuring | 2020 | $910.00 | 76.50 | $69,615.00 |
| Parker-Thompson, Destiney | Associate | Restructuring | 2020 | $840.00 | 204.20 | $171,528.00 |
| McMillan, Jillian A. | Associate | Restructuring | 2021 | $1,170.00 | 217.90 | $254,943.00 |

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED[2] | HOURLY BILLING RATE[3] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| McMillan, Jillian A. | Associate | Restructuring | 2021 | $585.00† | 4.80 | $2,808.00 |
| McMillan, Jillian A. | Associate | Restructuring | 2021 | $1,075.00 | 313.20 | $336,690.00 |
| Cummings, Kyle | Associate | Litigation | 2021 | $1,065.00 | 8.30 | $8,839.50 |
| Ham, Arden | Associate | Restructuring | 2021 | $1,065.00 | 116.60 | $124,179.00 |
| Ham, Arden | Associate | Restructuring | 2021 | $980.00 | 122.70 | $120,246.00 |
| Jones, Taylor | Associate | Restructuring | 2022 | $1,065.00 | 336.00 | $357,840.00 |
| Jones, Taylor | Associate | Restructuring | 2022 | $532.50† | 4.40 | $2,343.00 |
| Ollestad, Jordan Alexandra | Associate | Litigation | 2022 | $1,065.00 | 311.60 | $331,854.00 |
| Ollestad, Jordan Alexandra | Associate | Litigation | 2022 | $532.50† | 3.00 | $1,597.50 |
| Ollestad, Jordan Alexandra | Associate | Litigation | 2022 | $980.00 | 216.40 | $212,072.00 |
| Cazes, Catherine | Associate | Litigation | 2022 | $910.00 | 22.90 | $20,839.00 |
| Cazes, Catherine | Associate | Litigation | 2022 | $840.00 | 109.70 | $92,148.00 |
| Shah, Bastian | Associate | Tax | 2022 | $910.00 | 33.50 | $30,485.00 |
| Shah, Bastian | Associate | Tax | 2022 | $840.00 | 14.60 | $12,264.00 |
| Suarez, Ashley | Associate | Restructuring | 2022 | $910.00 | 248.30 | $225,953.00 |
| Suarez, Ashley | Associate | Restructuring | 2022 | $840.00 | 170.30 | $143,052.00 |
| Blankman, Alexandra | Associate | Litigation | 2022 | $840.00 | 25.70 | $21,588.00 |
| Gross, Nathan | Associate | Tax | * | $910.00 | 2.00 | $1,820.00 |
| Bertens, Erin | Associate | Corporate | * | $750.00 | 74.40 | $55,800.00 |
| Castillo, Lauren | Associate | Restructuring | * | $750.00 | 552.70 | $414,525.00 |
| Castillo, Lauren | Associate | Restructuring | * | $375.00† | 4.50 | $1,687.50 |
| Castillo, Lauren | Associate | Restructuring | * | $690.00 | 311.40 | $214,866.00 |
| **Total for Attorneys** | | | | | **9,083.00** | **$10,959,675.50** |

The paraprofessionals and other non-legal staff who rendered professional services in this chapter 11 case during the Final Fee Period are:

| NAME OF PARAPROFESSIONAL AND OTHER NON-LEGAL STAFF | POSITION | DEPARTMENT | HOURLY BILLING RATE[4] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lee, Kathleen Anne | Paralegal | Restructuring | $530.00 | 4.60 | $2,438.00 |
| Lee, Kathleen Anne | Paralegal | Restructuring | $495.00 | 4.60 | $2,277.00 |
| Stauble, Christopher A. | Paralegal | Restructuring | $530.00 | 3.80 | $2,014.00 |
| Wong, Sandra | Paralegal | Litigation | $495.00 | 10.10 | $4,999.50 |
| Gilchrist, Roy W. | Paralegal | Litigation | $475.00 | 12.20 | $5,795.00 |
| Haiken, Lauren C. | Litigation Support | LSS[5] | $465.00 | 13.30 | $6,184.50 |
| Haiken, Lauren C. | Litigation Support | LSS | $435.00 | 4.50 | $1,957.50 |
| Chan, Herbert | Paralegal | Litigation | $440.00 | 6.90 | $3,036.00 |
| Nudelman, Peter | Litigation Support | LSS | $430.00 | 6.30 | $2,709.00 |
| Nudelman, Peter | Litigation Support | LSS | $400.00 | 20.60 | $8,240.00 |
| Jewett, Laura | Litigation Support | LSS | $415.00 | 4.00 | $1,660.00 |
| Chavez, Miguel | Litigation Support | LSS | $405.00 | 4.20 | $1,701.00 |
| Dang, Thai | Litigation Support | LSS | $400.00 | 3.30 | $1,320.00 |
| Peene, Travis J. | Paralegal | Restructuring | $325.00 | 5.40 | $1,755.00 |
| Peene, Travis J. | Paralegal | Restructuring | $290.00 | 2.00 | $580.00 |
| Mason, Kyle | Paralegal | Restructuring | $310.00 | 29.10 | $9,021.00 |
| Mason, Kyle | Paralegal | Restructuring | $275.00 | 16.10 | $4,427.50 |
| Okada, Tyler | Paralegal | Restructuring | $310.00 | 3.80 | $1,178.00 |
| **Total:** | | | | **154.80** | **$61,293.00** |

---

[4] On January 1, 2023, Weil implemented customary annual increase in billing rates.
[5] LSS – Litigation Support Services.

The total fees for the Final Fee Period are:

| PROFESSIONALS | BLENDED RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,502.73 | 3,355.00 | $5,041,650.25 |
| Associates | $1,033.17 | 5,728.00 | $5,918,025.25 |
| Paraprofessionals and Other Non-Legal Staff | $395.95 | 154.80 | $61,293.00 |
| **Blended Attorney Rate** | **$1,206.61** | | |
| **Total:** | | **9,237.80** | **$11,020,968.50** |