Exhibit D

# COMPENSATION BY PROJECT CATEGORY
# THIRD INTERIM FEE PERIOD

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| 001 | Administrative Expense Claims | 0.40 | $579.00 |
| 003 | AmEx Transaction Investigation | 6.40 | $6,816.00 |
| 006 | Bar Date and Claims Matters | 6.20 | $7,014.00 |
| 007 | Borrower Matters | 1.50 | $1,930.00 |
| 008 | Case Administration (WIP List & Case Calendar) | 24.00 | $22,259.50 |
| 009 | Chapter 11 Plan/Plan Confirmation/Implementation | 146.00 | $190,879.50 |
| 010 | Corporate Governance/Securities | 179.00 | $178,352.00 |
| 011 | Customer (incl. Partner Banks)/Vendor/Supplier Matters | 1.40 | $1,644.00 |
| 014 | Employee Matters | 0.20 | $339.00 |
| 015 | Exclusivity | 18.30 | $13,900.50 |
| 016 | Executory Contracts/Leases/Real Prop/Other 365 Matters | 13.40 | $14,452.50 |
| 017 | General Case Strategy (incl Team and Client Calls) | 41.10 | $42,836.00 |
| 018 | Government Investigation Matters (excl. Settlements) | 21.70 | $24,565.00 |
| 020 | Insurance and Letters of Credit Matters | 7.30 | $10,695.00 |
| 021 | Non-bankruptcy Litigation (incl. CUBI Dispute) | 9.70 | $12,108.00 |
| 025 | Retention/Billing/Fee Applications: OCP | 6.00 | $5,460.00 |
| 026 | Retention/Fee Applications: Non-Weil Professionals | 10.90 | $10,403.00 |
| 027 | Retention/Fee Applications: Weil | 68.60 | $69,860.50 |
| 028 | Secured Creditors Issues/Meetings/Comms (excl. Settlements) | 7.80 | $10,746.00 |
| 029 | Settlements (including 9019 matters) | 42.50 | $46,659.00 |
| 031 | Tax Matters | 1.10 | $2,304.50 |
| 032 | Unsecured Creditors Issues/Meetings/Comms/UCC (excl. stlmnts) | 1.10 | $1,689.50 |
| 033 | US Trustee/MORs/2015.3 Reports | 15.90 | $17,786.50 |
| 035 | Servicing Transfer | 65.10 | $90,540.00 |
| **TOTAL** | | **695.60** | **$783,819.00** |