# EXHIBIT E

## COMPENSATION BY PROJECT CATEGORY FOR FINAL FEE PERIOD

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| 001 | Administrative Expense Claims | 60.40 | $65,711.00 |
| 002 | Adversary Proceedings | 0.40 | $579.00 |
| 003 | AmEx Transaction Investigation | 305.90 | $326,379.00 |
| 004 | Asset Disposition/363 Asset Sales | 178.50 | $208,385.00 |
| 005 | Automatic Stay | 24.20 | $24,129.00 |
| 006 | Bar Date and Claims Matters | 220.00 | $207,520.00 |
| 007 | Borrower Matters | 12.40 | $13,511.00 |
| 008 | Case Administration (WIP List & Case Calendar) | 138.00 | $129,037.50 |
| 009 | Chapter 11 Plan/Plan Confirmation/Implementation | 1,856.30 | $2,322,131.50 |
| 010 | Corporate Governance/Securities | 666.10 | $744,999.00 |
| 011 | Customer (incl. Partner Banks)/Vendor/Supplier Matters | 53.70 | $69,705.50 |
| 012 | Cash Management | 30.00 | $37,266.50 |
| 013 | Disclosure Statement/Solicitation/Voting | 805.50 | $938,470.50 |
| 014 | Employee Matters | 141.90 | $152,846.50 |
| 015 | Exclusivity | 68.70 | $58,459.50 |
| 016 | Executory Contracts/Leases/Real Prop/Other 365 Matters | 83.00 | $92,453.50 |
| 017 | General Case Strategy (incl Team and Client Calls) | 634.60 | $745,928.00 |
| 018 | Government Investigation Matters (excl. Settlements) | 44.20 | $49,887.00 |
| 019 | Hearings and Court Matters | 290.60 | $370,289.50 |
| 020 | Insurance and Letters of Credit Matters | 13.50 | $19,613.00 |
| 021 | Non-bankruptcy Litigation (incl. CUBI Dispute) | 1,694.10 | $2,161,949.50 |
| 022 | Non-working Travel | 68.20 | $47,665.00 |
| 024 | Regulatory Matters | 32.00 | $46,544.00 |
| 025 | Retention/Billing/Fee Applications: OCP | 54.90 | $56,403.00 |
| 026 | Retention/Fee Applications: Non-Weil Professionals | 150.20 | $148,870.50 |
| 027 | Retention/Fee Applications: Weil | 225.50 | $211,241.50 |
| 028 | Secured Creditors Issues/Meetings/Comms (excl. Settlements) | 153.30 | $197,036.50 |
| 029 | Settlements (including 9019 matters) | 593.40 | $722,230.00 |

| 030 | Schedules/Statement of Financial Affairs | 72.60 | $83,916.50 |
|---|---|---|---|
| 031 | Tax Matters | 43.70 | $58,464.50 |
| 032 | Unsecured Creditors Issues/Meetings/Comms/UCC (excl. stlmnts) | 20.50 | $25,961.00 |
| 033 | US Trustee/MORs/2015.3 Reports | 55.70 | $65,200.00 |
| 034 | Utility Matters/Adequate Assurance | 0.60 | $687.00 |
| 035 | Servicing Transfer | 445.20 | $617,498.00 |
| **TOTAL** | | **9,237.80** | **$11,020,968.50** |