**Exhibit F**

**EXPENSE SUMMARY**
**THIRD INTERIM FEE PERIOD**

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Air Courier/Express Mail | $49.32 |
| Corporation Service | $544.81 |
| Duplicating | $109.80 |
| Electronic Research | $3,846.86 |
| Meals | $40.00 |
| Transportation | $736.04 |
| Travel | $2,915.49 |
| **TOTAL** | **$8,242.32** |