**Exhibit G**

**EXPENSE SUMMARY FOR FINAL FEE PERIOD**

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Air Courier/Express Mail | $101.26 |
| Corporation Service | $544.81 |
| Duplicating | $5,188.65 |
| Electronic Research | $35,736.45 |
| Meals | $840.00 |
| Outside Messenger Service | $826.85 |
| Transportation | $9,382.69 |
| Travel | $19,422.65 |
| **TOTAL** | **$72,043.36** |