# Exhibit H

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES FOR THIRD INTERIM FEE PERIOD

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed by Timekeepers in New York, excluding bankruptcy[1] | Billed in this fee application |
| Partner | $1,440.00 | $1,665.00 |
| Counsel | $1,155.00 | $1,400.00 |
| Senior Associate (7 years or more since first admission) | $1,097.00 | $1,270.00 |
| Mid-level Associate (4-6 years since first admission) | $1,017.00 | $1,170.00 |
| Junior Associate (0-3 years since first admission) | $764.00 | $853.00 |
| Staff Attorney | $446.00 | N/A |
| Paralegal | $365.00 | $310.00 |
| Other | $397.00 | $430.00 |
| **All timekeepers aggregated** | **$1,004.00** | **$1,127.00** |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330* by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013, preceding year is a rolling 12 months year ending June 30, 2023; blended rates reflect work performed in preceding year in each of the domestic offices in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters..