**Exhibit I**

**BUDGET**
**APRIL 1, 2023 THROUGH JUNE 20, 2023**

**Client-Approved Budget**[10]
April 1, 2023 through June 20, 2023

|  | Estimated Fees | Fees Sought |
|---|---|---|
| April | $400,000.00 | $392,323.00 |
| May | $315,000.00 | $313,299.50 |
| June (through and including June 20) | $90,000.00 | $78,196.50 |
| **Total** | **$805,000.00** | **$783,819.00** |

---

[10] The amounts set forth in the following chart reflect the aggregate budgeted fee estimates provided to the Debtors on a weekly and/or monthly basis during the Interim Fee Period.