**Exhibit J**

**STAFFING PLAN**
**APRIL 1, 2023 THROUGH JUNE 20, 2023**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS PROJECTED TO WORK ON MATTER DURING BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 5 | $1,778.13 |
| Counsel | 1 | $1,387.50 |
| Associates | 6 | $1,063.21 |
| Paralegals and Other Non-Legal Staff | 3 | $406.00 |