IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1] | : | Case No. 22-10951 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | | Hearing Date: 8/22/23 @ 1:00 pm |

## APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM OF $44,458.29 ARISING OUT OF EQUIPMENT LEASES

First-Citizens Bank & Trust Company successor by merger to CIT Bank, N.A. ("First-Citizens"), pursuant to Notice of (I) Entry of Order Confirming Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (Doc. 870), by and through its undersigned counsel, and for its Application for Administrative Expense Claim Arising Out of Equipment Leases against Debtor, Kabbage, Inc. ("Debtor"), states as follows:

1. On October 3, 2022, (the "Petition Date") Kabbage, Inc., (d/b/a KServicing) and its debtor affiliates, as debtors and debtors in possession commenced cases under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

2. On March 15, 2023, the Court entered an order (Doc. 680) confirming the Amended Plan (Doc. 627)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

3. Prior to the Petition Date First-Citizens entered into five leases with Debtor Kabbage, Inc. A copy of each lease is included with the previously filed Lease Rejection Proof of Claim #254 ("Lease Rejection Proof of Claim"), which is attached hereto as **Exhibit "A."**

4. The date each of the five leases was entered into along with the next due date subsequent to the Petition Date and the amounts due on each lease is as follows:

    i) Schedule # DCC-1529717 (Internal number 097-0100907-000) Entered into on or about July 1, 2019. Next due: January 25, 2023  Monthly rental including rental tax is $523.73. Thus, monthly payments are due:

    January 25, 2023
    February 25, 2023
    March 25, 2023
    April 25, 2023
    May 25, 2023
    Total Due on Schedule # DCC-1529717 is **$2,618.65**

    ii) Schedule # DCC-1540927 (Internal number 097-0100907-001) Entered into on or about August 14, 2019. Next due: October 25, 2022. Monthly rental including rental including rental tax is $720.38. Thus, monthly payments are due:

    October 25, 2022
    November 25, 2022
    December 25, 2022
    January 25, 2023
    February 25, 2023
    March 25. 2023
    April 25, 2023
    May 25, 2023
    Total Due on Schedule #DCC-1549027 is **$5,763.04**

    iii) Schedule # DCC-1542550 (internal number 097-0100907-002) Entered into on or about August 20, 2019. Next due: October 25, 2022.  Monthly rental including rental tax is $1,770.80. Thus, monthly payments are due:

    October 25, 2022
    November 25, 2022
    December 25, 2022

{01894076;v1}

        January 25, 2023
        February 25, 2023
        March 25. 2023
        April 25, 2023
        May 25, 2023
        Total Due on Schedule  # DCC-1542550  is **$13,008.64**

    iv)    Schedule # DCC-1556125 (internal number 097-0100907-003). Entered into on or about October 11, 2019. Next due: November 15, 2022.  Monthly rental including rental tax is $1,398.49.  Thus, monthly payments are due:

        November 15, 2022
        December 15, 2022
        January 15, 2023
        February 15, 2023
        March 15, 2023
        April 15, 2023
        May 15, 2023
        June 15, 2023
        Total Due on Schedule #DCC-1556125 is **$11,187.92**

    v)    Schedule # DCC-1592874  (internal number 097-0111908-000) Entered into on or about March 11, 2020. Next due: October 25, 2022. Monthly rental including rental tax is $720.38. Thus, monthly payments are due:

        October 25, 2022
        November 25, 2022
        December 25, 2022
        January 25, 2023
        February 25, 2023
        March 25. 2023
        April 25, 2023
        May 25, 2023
        Total Due on Schedule # DCC-1592874 is **$5,763.04**

5.    The First-Citizens Bank leases are rejected by operation of the confirmed plan.

"As of and subject to the occurrence of the Effective Date, all executory contracts and unexpired leases to which any of the Debtors are parties shall be deemed rejected, …" (Doc. 680-1 at paragraph 8.1; Doc. 630 at paragraph 11).  The First-Citizens Bank leases are not subject to an earlier rejection date.

{01894076;v1}

6. The Effective Date of the Plan was June 20, 2023. (Doc. 870).

7. First-Citizens Bank was advised that equipment leased from First Citizens was being used post-petition.

8. First-Citizens is entitled to an administrative expense claim under, *inter alia*, §503(b) and §36 5(d)(5).

9. Kabbage, Inc. was using equipment leased from First Citizens as an actual and necessary cost of preserving the estate; and First Citizens is therefore entitled to receive payment for administrative expenses. *See* §503(b).

10. In addition, and as another basis for the administrative expense claim, under §365(d)(5) First Citizens is entitled to receive administrative expenses. See *In re Midway Airlines Corp.,* 406 F.3d 229, 236 (4th Cir. 2005) ("We agree with the majority interpretation's ultimate conclusion that a lessor is entitled to recover all payments due under the lease (including rent, taxes, interest, late fees, and attorney's fees) as an administrative expense if (1) the trustee fails to perform its obligations under § 365(d)(10), and (2) the court has not previously modified the trustee's obligations pursuant to § 365(d)(10). The provision makes clear that a lessor is entitled to the trustee's performance of all obligations under the lease.")

11. The calculation of the administrative expense claim of $44,458.29 is set forth in detail at Exhibit 1 to the Lease Rejection Proof of Claim. (The attorney fees are provided for in Master Lease Agreement #ML01234567 at paragraph 15.) See Exhibit 1 to **Exhibit "A."**

WHEREFORE, First-Citizens Bank & Trust Company, successor by merger to CIT Bank, N.A. respectfully requests payment of an administrative expense claim of $44,458.29; and return of its leased equipment.

        Respectfully submitted,

        **FINEMAN KREKSTEIN & HARRIS PC**

        By:    /s/Deirdre M. Richards
        Deirdre M. Richards (#4191)
        1300 N. King Street
        Wilmington, DE 19801
        Telephone: (302) 538-8331
        Facsimile: (302) 394-9228
        drichards@finemanlawfirm.com
        *Attorneys for First-Citizens Bank & Trust Company,*
        *successor by merger to CIT Bank, N.A.*

Dated: July 25, 2023