# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*[1], | : | Case No. 22-10951 (CTG) |
| | : | |
| Debtors.[2] | : | (Jointly Administered) |

---

## CERTIFICATE OF SERVICE

I, Deirdre M. Richards, Esquire, hereby certify that on the 25th day of July 2023, I caused a copy of the **APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM OF $44,458.29 ARISING OUT OF EQUIPMENT LEASES** to be served on the parties in the ECF system via ECF and the parties on the attached list via e-mail:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

{01894004;v1}

**SERVICE LIST**

**COUNSEL FOR WIND DOWN OFFICER/ESTATES**
MORRIS JAMES
Eric J. Monzo
Brya M. Keilson
Tara C. Pakrouh
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: tpakrouh@morrisjames.com

PERKINS COIE LLP
Bradley A. Cosman
Kathleen Allare
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
E-mail: BCosman@perkinscoie.com
E-mail: KAllare@perkinscoie.com

PERKINS COIE
John D. Penn
500 North Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
E-mail: JPenn@perkinscoie.com


**WIND DOWN OFFICER**

Jeremiah Foster
6750 E Camelback Road, Suite 103
Scottsdale, AZ 85251
(602) 315-7104
jfoster@resolutecommercial.com

**COUNSEL FOR THE DEBTORS**

RICHARDS LAYTON & FINGER
Daniel J. DeFranceschi

Amanda R. Steele
Zachary I. Shapiro
Matthew P. Milana
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock
Candace M. Arthur
Natasha S. Hwangpo
Chase A. Bentley
Richard W. Slack
Theodore Tsekerides
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com
richard.slack@weil.com
Theodore.tsekerides@weil.com

**DEBTOR**

Kabbage, Inc.
925B Peachtree Street, NE, Suite 383
Atlanta, GA 30309
**UNITED STATES TRUSTEE**

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
usa
302-573-6491

Amanda R. Steele
Zachary I. Shapiro
Matthew P. Milana
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock
Candace M. Arthur
Natasha S. Hwangpo
Chase A. Bentley
Richard W. Slack
Theodore Tsekerides
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com
richard.slack@weil.com
Theodore.tsekerides@weil.com

**DEBTOR**

Kabbage, Inc.
925B Peachtree Street, NE, Suite 383
Atlanta, GA 30309

**UNITED STATES TRUSTEE**

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
usa
302-573-6491

Fax : 302-573-6497
Email: richard.schepacarter@usdoj.gov

Rosa Sierra-Fox
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491 x6492
Fax : 302-573-6497
Email: rosa.sierra@usdoj.gov

**CLAIMS AGENT**
Omni Agent Solutions, Inc.
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
kservicinginquiries@omniagnt.com
818-906-8300

| | |
|---|---|
| Dated: July 25, 2023 | */s/ Deirdre M. Richards* |
| | Deirdre M. Richards (No.4191) |
| | Fineman Krekstein & Harris, PC |
| | 1300 N. King Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 538-8331; Fax: (302) 394- 9228 |
| | drichards@finemanlawfirm.com |

{01894004;v1}