IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*,[1], | : | Case No. 22-10951 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ----------------------------------------------------------------x | | Hearing Date: 8/22/23 @ 1:00 pm |

**NOTICE OF APPLICATION OF FIRST-CITIZENS BANK & TRUST COMPANY, SUCCESSOR BY MERGER TO CIT BANK, N.A. FOR ADMINISTRATIVE EXPENSE CLAIM OF $44,458.29 ARISING OUT OF EQUIPMENT LEASES**

TO: (I) COUNSEL FOR AND THE WIND DOWN OFFICER/ESTATE; (II) COUNSEL FOR THE DEBTORS (III) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) CLAIMS AGENT; AND (IV) ALL PERSONS AND ENTITIES THAT HAVE FILED A REQUEST FOR SERVICE OF FILINGS IN THESE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that On July 25, 2023, First-Citizens Bank & Trust Company, Successor by Merger to CIT Bank, N.A. ("First-Citizens") filed an Application for Administrative Expense Claim of $44,458.29 Arising Out of Equipment Leases (the "Application") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any objections to the relief requested in the Application must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and served so as to be received by the undersigned counsel on or before August 11, 1023 at 4:00 p.m. (ET) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON AUGUST 22, 2023 AT 1:00 PM (ET) BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY JUDGE IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 3rd FLOOR, COURTROOM NO.7, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.

Date:  July 25, 2023

                                           Respectfully Submitted,

                                           FINEMAN KREKSTEIN & HARRIS PC

BY:   */s/ Deirdre M. Richards*
        Deirdre M. Richards (No. 4191)
        1300 N. King Street
        Wilmington, DE 19801
        (302) 538-8331
        drichards@finemanlawfirm.com