## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

------------------------------------------------------------x

In re                                                  :       Chapter 11
                                                       :
KABBAGE, INC. d/b/a KSERVICING, *et al.*, [1],         :       Case No. 22-10951 (CTG)
                                                       :
        Debtors.                                       :       (Jointly Administered)

------------------------------------------------------------x

## ORDER ON FIRST-CITIZENS BANK & TRUST COMPANY, SUCCESSOR BY MERGER TO CIT BANK, N.A. APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM OF $44,458.29 ARISING OUT OF EQUIPMENT LEASES

Upon First-Citizens Bank & Trust Company, Successor by Merger to CIT Bank, N.A.'s

Application for Administrative Expense Claim of $44,458.29 Arising Out of Equipment Leases

(the "Application") [2];  the Court having found that it has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334; the Court having reviewed the Application and any Objection thereto,

and having held a hearing, it is

**HEREBY ORDERED** that the Application is **GRANTED**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

{01894032;v1}