# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, ) | |
| ) | Case No. 22-10951 (CTG) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: August 22, 2023 @ 1:00 p.m. (ET)** |
| ) | **Obj. Deadline: August 8, 2023 @ 4:00 p.m. (ET)** |
| ) | |

## NOTICE OF APPLICATION AND HEARING

**PLEASE TAKE NOTICE** that Biz2Credit Inc. ("Biz2Credit"), by its undersigned counsel, filed the *Application of Biz2Credit Inc. for Allowance and Payment of Administrative Expense Claim* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE**, that a hearing on the Application has been scheduled before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **August 22, 2023, at 1:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE**, that all objections or responses to the Application must be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and served on the undersigned counsel, by **August 8, 2023, at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE, IF NO RESPONSE TO THE APPLICATION IS TIMELY FILED, SERVED, OR PRESENTED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE.**

Dated: July 25, 2023
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Matthew S. Sarna*
Matthew S. Sarna (DE Bar No. 6578)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
Tel: (302) 468-5700
Fax: (302) 394-2341
Email: matthew.sarna@us.dlapiper.com

-and-

C. Kevin Kobbe (*pro hac vice* pending)
650 South Exeter Street
Suite 1100
Baltimore, Maryland 21202
Tel: (410) 580-4189
Fax: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

*Counsel for Biz2Credit Inc.*