## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, *et al.*, ) | |
| ) | Case No. 22-10951 (CTG) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | **Related D.I.** ___ |
| ) | |

**ORDER ALLOWING AND DIRECTING PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the application (the "**Application**"),[1] filed by Biz2Credit Inc. ("**Biz2Credit**"), for entry of an order allowing and directing payment of an administrative expense claim under section 503(b) of the Bankruptcy Code; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* of the United States District Court for the District of Delaware, dated February 29, 2012, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) service and notice of the Application was sufficient under the circumstances; and the Court having considered the statements of counsel at any hearing on the Application; and the Court having considered any objections to the relief requested in the Application; and after due deliberation, and good and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings set forth in the Application.

2

**IT IS THEREFORE ORDERED THAT**:

1. The Application is GRANTED, as set forth in this Order.

2. Biz2Credit is hereby ALLOWED an administrative expense claim in the amount of $371,570.69 (the "**Allowed Claim**").

3. The Debtor, or the Wind Down Officer, as applicable, shall pay to Biz2Credit the full amount of the Allowed Claim by wire transfer of immediately available funds, or such other method as agreed to by the parties, in accordance with the requirements of Section 2.1 of the Plan.

4. The Court retains jurisdiction with respect to all matters arising out of or relating to the implementation, interpretation or enforcement of this Order.