# CERTIFICATE OF SERVICE

I, Matthew S. Sarna, do hereby certify that on July 25, 2023, I caused a true and correct copy of the foregoing *Application of Biz2Credit Inc. for Allowance and Payment of Administrative Expense Claim* to be served on the parties identified below via email and via cm/ecf on the parties receiving cm/ecf notifications in this cases.

                                                        */s/ Matthew S. Sarna*
                                                        Matthew S. Sarna (DE Bar No. 6578)

RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq.
Amanda R. Steele
Zachary I. Shapiro
Matthew P. Milana
Huiqi Liu
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
steele@rlf.com
shapiro@rlf.com
milana@rlf.com
liu@rlf.com

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock
Candace M. Arthur
Natasha S. Hwangpo
Chase A. Bentley
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
E-mail: ray.schrock@weil.com
candace.arthur@weil.com
natasha.hwangpo@weil.com
chase.bentley@weil.com

MORRIS JAMES LLP
Eric J. Monzo
Brya M. Keilson
Tara C. Pakrouh

500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: tpakrouh@morrisjames.com

PERKINS COIE LLP
Bradley A. Cosman
Kathleen Allare
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
E-mail: BCosman@perkinscoie.com
E-mail: KAllare@perkinscoie.com

John D. Penn
500 North Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
E-mail: JPenn@perkinscoie.com

Omni Agent Solutions, Inc.
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
Telephone: 818-906-8300
Email: kservicinginquiries@omniagnt.com

Richard L. Schepacarter
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Wilmington, DE 19801
302-573-6491
Fax : 302-573-6497
Email: richard.schepacarter@usdoj.gov