## Exhibit B

Invoices



# Invoice

DATE: APRIL 30, 2023
INVOICE MARCH 2023TSA

**FROM:** American Express Kabbage Inc.
Lilliana.L.Smith@aexp.com
730 Peachtree St NE #1100
Atlanta, GA 30308

**TO:** Donna Evans devans@kservicecorp.com
Kabbage, Inc.
Atlanta, GA 30308

**Integrated Platform Service Detail:**

| No. | Service | Fee | Cost (USD) | Comments / Assumptions |
|---|---|---|---|---|
| TSA-01 | LegacyCo Platform License | Applicable Platform License Fee<br><br>For clarity, use of the Integrated Platform Services described below are not included in the Platform License Fee. | 8,682 | on 3/1/23: 72,472 + 1,319 = 73,791<br>3/28/23: 72,277 +1,226 = 73,503 |
| TSA-02 | Integrated Platform Services | At Alpha Kabbage's pass through cost for AWS and CoreCard and pass through plus 10% for all other third-party platform services. | 238,368 | |
| TSA-11 | Cooperation with New Subservicer – Training and Integration and Additional Miscellaneous | Pass through of salary of each applicable Leased Resource at percent of salary indicated in Annex I during Months 1-3.<br><br>Thereafter, at $150 per hour/Leased Resource (to the extent work involves more than de minimis consultation). | 276 | Dialer Operations Team 2 hours |
| TSA-12 | Portfolio Reporting | Standard reporting included in Platform License Fee<br><br>Custom reporting:<br>First Year: 10 hours / month – included in Platform License Fee; $100 / hour thereafter<br>Second Year through end of Service Period: $100 / hour | 1,100 | 11 hours |
| TSA-13 | LegacyCo Platform Adaptations | $150 / hour per Leased Resource | 300 | 2 hours |
| TSA-14 | LegacyCo Platform Maintenance and Ongoing Support / Cooperate with Successor Servicer | $150 / hour per Leased Resource | - | 0 hours |
| TSA-21 | Use of URL [paylater.Kabbage.io] | No additional charge | - | |
| **Total Amount Due** | | **TOTAL** | **248,726** | |

**Partially Paid- $533 outstanding as of July 2023**

Note: this invoice is generated and governed by the Transition Services Agreement, dated as of October 16, 2020 and as amended on November 13, 2020 and February 10, 2021("TSA"), by and between American Express Kabbage Inc., (formerly Alpha Kabbage, Inc.) ("Amex Kabbage") and Kabbage, Inc. ("Legacy Kabbage").





# Invoice

DATE: MAY 31, 2023
INVOICE APRIL 2023TSA

**FROM:** American Express Kabbage Inc.
Lilliana.L.Smith@aexp.com
730 Peachtree St NE #1100
Atlanta, GA 30308

**TO:** Donna Evans devans@kservicecorp.com
Kabbage, Inc.
Atlanta, GA 30308

**Integrated Platform Service Detail:**

| No. | Service | Fee | Cost (USD) | Comments / Assumptions |
|---|---|---|---|---|
| TSA-01 | LegacyCo Platform License | Applicable Platform License Fee<br><br>For clarity, use of the Integrated Platform Services described below are not included in the Platform License Fee. | 8,658 | on 4/1/23: 72,252 + 1,225 = 73,477<br>4/30/23: 71,732 +1,102 = 72,834 |
| TSA-02 | Integrated Platform Services | At Alpha Kabbage's pass through cost for AWS and CoreCard and pass through plus 10% for all other third-party platform services. | 221,669 | |
| TSA-11 | Cooperation with New Subservicer – Training and Integration and Additional Miscellaneous | Pass through of salary of each applicable Leased Resource at percent of salary indicated in Annex I during Months 1-3.<br><br>Thereafter, at $150 per hour/Leased Resource (to the extent work involves more than de minimis consultation). | - | Dialer Operations Team 0 hours |
| TSA-12 | Portfolio Reporting | Standard reporting included in Platform License Fee<br><br>Custom reporting:<br>First Year: 10 hours / month – included in Platform License Fee; $100 / hour thereafter<br>Second Year through end of Service Period: $100 / hour | 960 | 9.6 hours |
| TSA-13 | LegacyCo Platform Adaptations | $150 / hour per Leased Resource | 13,350 | 89 hours |
| TSA-14 | LegacyCo Platform Maintenance and Ongoing Support / Cooperate with Successor Servicer | $150 / hour per Leased Resource | - | 0 hours |
| TSA-21 | Use of URL [paylater.Kabbage.io] | No additional charge | - | |
| **Total Amount Due** | | **TOTAL** | **244,636** | |

**Partially Paid -** Net Amount outstanding for April 2023 and May 2023: **$16,370**

Note: this invoice is generated and governed by the Transition Services Agreement, dated as of October 16, 2020 and as amended on November 13, 2020 and February 10, 2021("TSA"), by and between American Express Kabbage Inc., (formerly Alpha Kabbage, Inc.) ("Amex Kabbage") and Kabbage, Inc. ("Legacy Kabbage").





DATE: JUNE 30, 2023
INVOICE MAY 2023TSA

**FROM:** American Express Kabbage Inc.
Lilliana.L.Smith@aexp.com
730 Peachtree St NE #1100
Atlanta, GA 30308

**TO:** Donna Evans devans@kservicecorp.com
Kabbage, Inc.
Atlanta, GA 30308

**Integrated Platform Service Detail:**

| No. | Service | Fee | Service Provider Details ||
|---|---|---|---|---|
| | | | Cost (USD) | Comments / Assumptions |
| TSA-01 | LegacyCo Platform License | Applicable Platform License Fee<br><br>For clarity, use of the Integrated Platform Services described below are not included in the Platform License Fee. | 8,633 | on 5/1/23: 71,722 + 1097 = 72,819<br>5/31/23: 71,526 + 983 = 72,509 |
| TSA-02 | Integrated Platform Services | At Alpha Kabbage's pass through cost for AWS and CoreCard and pass through plus 10% for all other third-party platform services. | 220,905 | |
| TSA-11 | Cooperation with New Subservicer – Training and Integration and Additional Miscellaneous | Pass through of salary of each applicable Leased Resource at percent of salary indicated in Annex I during Months 1-3.<br><br>Thereafter, at $150 per hour/Leased Resource (to the extent work involves more than de minimis consultation). | - | Dialer Operations Team 0 hours |
| TSA-12 | Portfolio Reporting | Standard reporting included in Platform License Fee<br><br>Custom reporting:<br>First Year: 10 hours / month – included in Platform License Fee; $100 / hour thereafter<br>Second Year through end of Service Period: $100 / hour | 9,800 | 98 hours |
| TSA-13 | LegacyCo Platform Adaptations | $150 / hour per Leased Resource | 1,800 | 12 hours |
| TSA-14 | LegacyCo Platform Maintenance and Ongoing Support / Cooperate with Successor Servicer | $150 / hour per Leased Resource | - | 0 hours |
| TSA-21 | Use of URL [paylater.Kabbage.io] | No additional charge | - | |
| **Total Amount Due** | | **TOTAL** | **241,138** | |

**Partially Paid** - Net Amount outstanding for April 2023 and May 2023: **$16,370**

Note: this invoice is generated and governed by the Transition Services Agreement, dated as of October 16, 2020 and as amended on November 13, 2020 and February 10, 2021("TSA"), by and between American Express Kabbage Inc., (formerly Alpha Kabbage, Inc.) ("Amex Kabbage") and Kabbage, Inc. ("Legacy Kabbage").