## **Exhibit C**

Postpetition Agreement

| | |
|---|---|
| **From:** | Mehta, Suniti N. |
| **To:** | Arthur, Candace M. |
| **Cc:** | Bromley, James L.; Salley, Stephen M.; Bentley, Chase; Davidoff, Amanda Flug; Zonenshayn, Benjamin; Suarez, Ashley |
| **Subject:** | RE: American Express / KServicing |
| **Date:** | Friday, July 14, 2023 11:16:33 AM |

Thanks, Candace. I don't have them handy right now, but we are working on getting them from Amex.

**Suniti N. Mehta**
+1 212 558 4083 (T)

**From:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Sent:** Friday, July 14, 2023 11:16 AM
**To:** Mehta, Suniti N. <mehtas@sullcrom.com>
**Cc:** Bromley, James L. <bromleyj@sullcrom.com>; Salley, Stephen M. <Salleys@sullcrom.com>; Bentley, Chase <Chase.Bentley@weil.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Zonenshayn, Benjamin <zonenshaynb@sullcrom.com>; Suarez, Ashley <Ashley.Suarez@weil.com>
**Subject:** [EXTERNAL] RE: American Express / KServicing

Thanks Suni we will look into the below and revert. If you happen to have the invoices in question handy please forward (if not no worry we will obtain it).



**Candace M. Arthur**
Partner
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

**From:** Mehta, Suniti N. <mehtas@sullcrom.com>
**Sent:** Friday, July 14, 2023 11:11 AM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Cc:** Bromley, James L. <bromleyj@sullcrom.com>; Salley, Stephen M. <Salleys@sullcrom.com>; Bentley, Chase <Chase.Bentley@weil.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Zonenshayn, Benjamin <zonenshaynb@sullcrom.com>
**Subject:** RE: American Express / KServicing

Candace,

I'm following up on my email below.

Thanks,
Suni

**Suniti N. Mehta**
+1 212 558 4083 (T)

---

**From:** Mehta, Suniti N.
**Sent:** Wednesday, July 12, 2023 3:16 PM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Cc:** Bromley, James L. <bromleyj@sullcrom.com>; Salley, Stephen M. <Salleys@sullcrom.com>; Bentley, Chase <Chase.Bentley@weil.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Zonenshayn, Benjamin <zonenshaynb@sullcrom.com>
**Subject:** RE: American Express / KServicing

Candace,

We understand that several of American Express's post-petition invoices to KServicing have remained unpaid. Could you please let us know the status of payment on the invoices issued to date and when American Express will receive payment?

Thanks,
Suni

**Suniti N. Mehta**
+1 212 558 4083 (T)

---

**From:** Arthur, Candace M. <Candace.Arthur@weil.com>
**Sent:** Monday, June 12, 2023 9:22 PM
**To:** Mehta, Suniti N. <mehtas@sullcrom.com>
**Cc:** Bromley, James L. <bromleyj@sullcrom.com>; Salley, Stephen M. <Salleys@sullcrom.com>; Bentley, Chase <Chase.Bentley@weil.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>
**Subject:** [EXTERNAL] RE: American Express / KServicing

Suni,

On behalf of Kabbage, Inc. d/b/a KServicing, I acknowledge receipt of the below and confirm it reflects the terms agreed to between Amex Kabbage and KServicing as it relates to the matters set forth below.

Best
Candace



**Candace M. Arthur**

Partner
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
candace.arthur@weil.com
+1 212 310 8324 Direct
+1 212 310 8007 Fax

---

**From:** Mehta, Suniti N. <mehtas@sullcrom.com>
**Sent:** Monday, June 12, 2023 10:29 AM
**To:** Arthur, Candace M. <Candace.Arthur@weil.com>; Bentley, Chase <Chase.Bentley@weil.com>
**Cc:** Bromley, James L. <bromleyj@sullcrom.com>; Salley, Stephen M. <Salleys@sullcrom.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>
**Subject:** American Express / KServicing

Candace,

I write on behalf of American Express Kabbage Inc ("Amex Kabbage"). Prior to and since the commencement of the chapter 11 cases of Kabbage, Inc. d/b/a KServicing ("KServicing"), Amex Kabbage has been and is continuing to provide a baseline level of service to KServicing, including hosting and providing access to LegacyCo Platform (as defined in the October 16, 2020 Transition Services Agreement ("TSA") between Amex Kabbage and KServicing). The LegacyCo Platform enables system processes that support the loan servicing and collection of borrower payments for KServicing's legacy loan portfolio. Such system processes have been provided pursuant to the TSA and include, without limitation, use of Kore, the customer-facing dashboard, and CoreCredit/CoreCard.

You have conveyed to us the expectation of the confirmed chapter 11 plan going effective imminently and also informed Amex Kabbage that KServicing is working with a third party vendor in connection with transitioning certain management and servicing functions currently provided through the LegacyCo Platform described above. In connection with the occurrence of the effective date of KServicing's bankruptcy plan and KServicing's rejection of the TSA, Amex Kabbage confirms that, subject to the paragraph below, following the effective date of the KServicing chapter 11 plan it will provide KServicing with access to the LegacyCo Platform on a transitional basis to permit KServicing to complete the transition of the management and servicing functions described above. KServicing confirms that it is using reasonable best efforts to complete the transition as quickly as reasonably possible and that Amex Kabbage is not committing to provide the foregoing services indefinitely. The parties will jointly discuss a reasonable timeline for termination, not to exceed ninety (90) days following the effective date of the KServicing chapter 11 plan. Amex Kabbage is in the process of preparing a list of all systems and services that will be terminated in the future and will confer with KServicing about the timeline for termination before action is taken. Amex Kabbage will reasonably cooperate with KServicing but is not committing to maintain any such systems and services for any definitive period of time outside of the agreed upon term set forth herein.

Throughout the duration of the chapter 11 cases, Amex Kabbage has been issuing invoices to KServicing for Amex Kabbage's provision of postpetition services. Amex Kabbage will continue to

issue invoices for its services in accordance with the terms of the TSA and understands that KServicing has agreed to pay any such postpetition invoices outstanding as of the date of this email in accordance with the terms of the TSA. KServicing also confirms that it will pay future invoices in accordance with the terms of the TSA (notwithstanding any repudiation thereof) in a timely manner. Amex Kabbage reserves its rights to cease providing services to KServicing following the effective date of the KServicing confirmed chapter 11 plan if its postpetition invoices are not timely paid in accordance with the terms of the TSA (notwithstanding any repudiation thereof).

Thanks,
Suni

**Suniti N. Mehta**
**SULLIVAN & CROMWELL LLP**
125 Broad Street | New York, NY 10004-2498
+1 212 558 4083 (T)
mehtas@sullcrom.com | www.sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

**\*\*This is an external message from:** Candace.Arthur@weil.com **\*\***

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.