KABBAGE, INC.
22-10951

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Richard | Schepacarter | Andrew R. Vara, US Trustee | USDOJ-OUST |
| Eric | Monzo | Post-Confirmation Debtors | Morris James LLP |
| Brya | Keilson | Post-Confirmation Debtors | Morris James LLP |
| Tar | Pakrouh | Post-Confirmation Debtors | Morris James LLP |
| Bradley | Cosman | Post-Confirmation Debtors | Perkins Coie LLP |
| Kathleen | Allare | Post-Confirmation Debtors | Perkins Coie LLP |
| John | Penn | Post-Confirmation Debtors | Perkins Coie LLP |
| Sean | Greecher | KABBAGE, INC. d/b/a KSERVICING, et al., | Young Conaway Stargatt and Taylor, LLP |
| Lisa | Schweitzer | Federal Reserve Bank of San Francisco | Cleary Gottlieb Steen & Hamilton LLP |
| Alexandra | Lotty | Federal Reserve Bank of San Francisco | Cleary Gottlieb Steen & Hamilton LLP |
| Kyle | Mason | Interested Party | |
| David | Kurzweil | Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing | Greenberg Traurig, LLP |
| Christine | Nell | SBA | |
| Eric | Benderson | SBA | |
| William | Hazeltine | Customers Bank | Sullivan Hazeltine Allinson LLC |
| Jonathan | Weyand | American Express | Morris, Nichols, Arsht & Tunnell LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Sarah | Loucks | United States | United States Department of Justice |
| Taylor | Harrison | Debtwire | |
| Holly | Loiseau | KServicing | |