## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING., *et al.* | Case No. 22-10951 (CTG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Laurie Heggan, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On July 26, 2023, at my direction and under my supervision, employees of Reliable Companies caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 07/26/2023 | 926 | Motion for Payment of Administrative Expenses/Claims Filed by AMERICAN EXPRESS. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Weyand, Jonathan) (Entered: 07/25/2023) |

X /s/ Laurie Heggan
Laurie Heggan

Dated: July 26, 2023
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 26th day of July 2023, by Laurie Heggan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

JESSE L BLEVINS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 30, 2024

# EXHIBIT A

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Amazon Web Services<br>c/o K&L Gates/Brian Peterson<br>925 Fourth Ave, Ste 2900<br>Seattle, WA 98104 | **VIA FIRST CLASS MAIL**<br>American Express Kabbage Inc<br>Attn: Tara Rajani<br>730 Peachtree St NE, Ste 1100<br>Atlanta, GA 30308 |
| **VIA FIRST CLASS MAIL**<br>Baker Donelson<br>Attn: Kathleen G Furr<br>3414 Peachtree Rd NE, Ste 1500<br>Atlanta, GA 30326 | **VIA FIRST CLASS MAIL**<br>Benesch, Friedlander, Coplan & Aronoff, LLP<br>Attn: Gregory W Werkheiser<br>1313 N Market St, Ste 1201<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS MAIL**<br>Biz2X LLC<br>Attn: Shweta Mohan<br>1 Penn Plz, Ste 4530<br>New York, NY 10119 | **VIA FIRST CLASS MAIL**<br>Box, Inc<br>Attn: David Leeb, Jason Silapachai<br>900 Jefferson Ave<br>Redwood City, CA 94063 |
| **VIA FIRST CLASS MAIL**<br>Celtic Bank Corp<br>Attn: Leslie K Rinaldi, General Counsel<br>268 S State St, Ste 300<br>Salt Lake City, UT 84111 | **VIA FIRST CLASS MAIL**<br>Cleary Gottlieb<br>Attn: Lisa M Schweitzer<br>1 Liberty Plz<br>New York, NY 10006 |
| | **VIA ELECTRONIC MAIL**<br>Cleary Gottlieb Steen & Hamilton LLP<br>Attn: Lisa M Schweitzer<br>Attn: Richard C Minott<br>1 Liberty Plz<br>New York, NY 10006 |

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Corporation Service Company<br>Attn: Kevin Hunter and Jessica Mullenix Woodward<br>251 Little Falls Dr<br>Wilmington, DE 19808 | **VIA FIRST CLASS MAIL**<br>Cross River Bank<br>Attn: Arlen Gelbard, Esq, General Counsel<br>400 Kelby St<br>Fort Lee, NJ 07024 |
| **VIA FIRST CLASS MAIL**<br>Cousins Law LLC<br>Attn: Scott D Cousins<br>Attn: Scott D Jones<br>Brandywine Plz W<br>1521 Concord Pike, Ste 301<br>Wilmington, DE 19801 | **VIA FIRST CLASS MAIL**<br>Cross River Bank<br>Attn: Gilles Gade & Arlen Gelbard<br>President & General Counsel<br>400 Kelby St<br>Ft Lee, NJ 07024 |
| **VIA ELECTRONIC MAIL**<br>Customers Bank<br>abakowski@ftc.gov | **VIA ELECTRONIC MAIL**<br>Customers Bank<br>Attn: Sam Sidhu & Andrew Sachs<br>COO & General Counsel<br>701 Reading Ave<br>W Reading, PA 19611<br>agelbard@crossriverbank.com |
| **VIA ELECTRONIC MAIL**<br>Customers Bank<br>Attn: Jennifer Petsu<br>701 Reading Ave<br>West Reading, PA 19611<br>agelbard@crossriverbank.com | |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Customers Bank<br>Attn: Sam Sidhu, COO<br>1015 Penn Ave, Ste 103<br>Wyomissing, PA 19610<br>Alastair.M.Gesmundo@usdoj.gov | **VIA ELECTRONIC MAIL**<br>Delaware Division of Revenue<br>Attn: Zillah Frampton<br>820 French St<br>Wilmington, DE 19801<br>Anthony.Clark@gtlaw.com |
| **VIA ELECTRONIC MAIL**<br>Delaware Division of Revenue/Bankruptcy Service<br>Attn: Bankruptcy Administrator<br>Carvel State Bldg<br>820 N French St, 8th Fl<br>Wilmington, DE 19801<br>asachs@customersbank.com | **VIA ELECTRONIC MAIL**<br>Delaware State Treasury<br>820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904<br>ASlutsky@goodwin.com |
| **VIA ELECTRONIC MAIL**<br>Department of Treasury - Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Avery.Belka@sf.frb.org | **VIA ELECTRONIC MAIL**<br>Federal Reserve Bank of Minneapolis<br>Attn: Tavis J Morello<br>90 Hennepin Ave<br>Minneapolis, MN 55401<br>BCosman@perkinscoie.com |
| **VIA ELECTRONIC MAIL**<br>Federal Reserve Bank of San Francisco<br>Attn: Avery Belka<br>101 Market St<br>San Francisco, CA 94105<br>ben.brockman@rsmus.com | **VIA ELECTRONIC MAIL**<br>Federal Reserve Bank of San Francisco<br>Attn: Credit Risk Management<br>101 Market St, MS 830<br>San Francisco, CA 94105<br>betty.young@usdoj.gov |
| **VIA ELECTRONIC MAIL**<br>Federal Reserve Bank of San Francisco<br>Attn: Credit Risk Management<br>Attn: Braden Parker<br>101 Market St, MS 830<br>San Francisco, CA 94105<br>Betty.Young@usdoj.gov | **VIA ELECTRONIC MAIL**<br>Federal Reserve Bank of San Francisco<br>c/o Cleary Gottlieb<br>Attn: Lisa Schweitzer<br>1 Liberty Plz<br>New York, NY 10006<br>bkeilson@morrisjames.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Federal Trade Commission<br>Braden.Parker@sf.frb.org; wallace.young@sf.frb.org | **VIA ELECTRONIC MAIL**<br>Federal Trade Commission<br>Brian.LaMacchia@usdoj.gov |
| **VIA ELECTRONIC MAIL**<br>Federal Trade Commission<br>brian.peterson@klgates.com | **VIA ELECTRONIC MAIL**<br>Federal Trade Commission<br>Attn: Marguerite Moeller, Alan Babowski<br>600 Pennsylvania Ave NW<br>Washington, DC 20580<br>bromleyj@sullcrom.com |
| **VIA ELECTRONIC MAIL**<br>Federal Trade Commission<br>Attn: Marguerite Moeller, Michael Boutros, Hans Clausen, Alan Bakowski<br>225 Peachtree St, Ste 1500<br>Atlanta, GA 30303<br>chase.bentley@weil.com | **VIA ELECTRONIC MAIL**<br>First-Citizens Bank & Trust Company<br>c/o Dressler Peters, LLC<br>Attn: Kenneth D Peters<br>101 W Grand Ave, Ste 404<br>Chicago, IL 60654<br>christine.nell@sba.gov |
| **VIA ELECTRONIC MAIL**<br>Fortis Advisors<br>Attn: Courtney Nothaus<br>12526 High Bluff Dr, Ste 280<br>San Diego, CA 92130<br>cnothaus@fortisrep.com; notices@fortisrep.com | **VIA ELECTRONIC MAIL**<br>Goodwin Procter LLP<br>dabbott@morrisnichols.com |
| **VIA ELECTRONIC MAIL**<br>Goodwin Procter LLP<br>dale.drury@kldiscovery.com | **VIA ELECTRONIC MAIL**<br>Goodwin Procter LLP<br>Attn: Dondi Dancy<br>601 Marshall St<br>Redwood City, CA 94063<br>ddancy@goodwinlaw.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Goodwin Procter LLP<br>Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky<br>100 Northern Ave<br>Boston, MA 02210<br>defranceschi@rlf.com | **VIA ELECTRONIC MAIL**<br>Google LLC<br>Attn: Kent Walker, Cody Bowlay<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043<br>Diane.Seol@usdoj.gov |
| **VIA ELECTRONIC MAIL**<br>Greenberg Traurig, LLP<br>dposner@kilpatricktownsend.com | **VIA ELECTRONIC MAIL**<br>Greenberg Traurig, LLP<br>edward.ledford@sba.gov |
| **VIA ELECTRONIC MAIL**<br>Greenberg Traurig, LLP<br>Attn: Anthony W Clark<br>Attn: Dennis A Meloro<br>The Nemours Bldg<br>1007 N Orange St, Ste 1200<br>Wilmington, DE 19801<br>elliott.roby@reefparking.com | **VIA ELECTRONIC MAIL**<br>Greenberg Traurig, LLP<br>Attn: Brian E Greer<br>1 Vanderbilt Ave<br>New York, NY 10017<br>emonzo@morrisjames.com |
| **VIA ELECTRONIC MAIL**<br>Greenberg Traurig, LLP<br>Attn: David B Kurzweil<br>Attn: Matthew A Petrie<br>Terminus 200<br>3333 Piedmont Rd, NE, Ste 2500<br>Atlanta, GA 30305<br>eric.benderson@sba.gov | **VIA ELECTRONIC MAIL**<br>Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy<br>c/o The Finley Firm, PC<br>Attn: MaryBeth V Gibson, Esq<br>Piedmont Ctr, Bldg 14<br>3525 Piedmont Rd, Ste 230<br>Atlanta, GA 30305<br>fginsburg@crossriver.com |
| **VIA ELECTRONIC MAIL**<br>Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan, 365 Sun LLC and Candice Worthy<br>c/o White & Williams, LLP<br>Attn: Justin E Proper, Esq, Shane R Heskins, Esq<br>1650 Market St<br>1 Liberty Pl, Ste 1800<br>Philadelphia, PA 19103<br>gfinizio@kilpatricktownsend.com | **VIA ELECTRONIC MAIL**<br>Kilpatrick Townsend & Stockton LLP<br>ggade@crossriverbank.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Kilpatrick Townsend & Stockton LLP<br>Attn: David M Posner<br>Attn: Gianfranco Finizio<br>The Grace Bldg<br>1114 Ave of the Americas<br>New York, NY 10036<br>greerb@gtlaw.com | **VIA ELECTRONIC MAIL**<br>KLDiscovery Ontrack, LLC<br>Attn: Dale Drury<br>8201 Greensboro Dr, Ste 300<br>McLean, VA 22102<br>gwerkheiser@beneschlaw.com |
| **VIA ELECTRONIC MAIL**<br>Lanier Parking Solutions I, LLC<br>dba Reef Parking<br>Attn: Elliot Roby<br>730 Peachtree St, Box 35<br>Atlanta, GA 30308<br>hclausen@ftc.gov | **VIA ELECTRONIC MAIL**<br>Libra Risk Management<br>Attn: Ian Cox<br>12 Howard Ave<br>Foxborough, MA 02035<br>icox@kservicecorp.com |
| **VIA ELECTRONIC MAIL**<br>Major, Lindsey & Africa/Allegis Group Holdings Inc<br>Attn: Michael A Albino<br>7301 Parkway Dr<br>Hanover, MD 21076<br>jackie@option1partners.com | **VIA ELECTRONIC MAIL**<br>McCarter & English, LLP<br>Attn: Kate R Buck<br>405 N King St, 8th Fl<br>Wilmington, DE 19801<br>jessica.woodward@cscgfm.com;<br>UCCSPREP@cscglobal.com |
| **VIA ELECTRONIC MAIL**<br>Microsoft<br>Attn: Hossein Nowhar<br>1 Microsoft Way<br>Redmond, WA 98052<br>JPenn@perkinscoie.com | **VIA ELECTRONIC MAIL**<br>Moore Colson<br>Attn: Sarah Parker<br>600 Galleria Pkwy SE, Ste 600<br>Atlanta, GA 30339<br>jpetsu@customersbank.com;<br>asachs@customersbank.com |
| **VIA ELECTRONIC MAIL**<br>MorganFranklin Consulting, LLC<br>Attn: Timothy Keefe<br>7900 Tysons One Pl, Ste 300<br>McLean, VA 22102<br>jsilapachai@box.com | **VIA ELECTRONIC MAIL**<br>Morris James LLP<br>Attn: Brya Keilson<br>jweyand@morrisnichols.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>MORRIS JAMES LLP<br>Attn: Eric Monzo/Brya Keilson<br>Attn: Tara Pakrouh<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801<br>KAllare@perkinscoie.com | **VIA ELECTRONIC MAIL**<br>Morris James LLP<br>Attn: Tara C. Pakrouh<br>kbraddock@vitasolutions.net;<br>kbraddock@vitalsolutions.net |
| **VIA ELECTRONIC MAIL**<br>Morris, Nichols, Arsht & Tunnell LLP<br>kbuck@mccarter.com | **VIA ELECTRONIC MAIL**<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C Abbott<br>Attn: Jonathan M Weyand<br>1201 N Market St, 16th Fl<br>Wilmington, DE 19801<br>kfurr@bakerdonelson.com |
| **VIA ELECTRONIC MAIL**<br>Option 1 Partners LLC<br>Attn: Jackie Flake<br>5815 Windward Pkwy, Ste 302<br>Alpharetta, GA 30005<br>KLarie@goodwin.com | **VIA ELECTRONIC MAIL**<br>Perkins Coie LLP<br>Attn: Bradley Cosman/Kathleen Allare<br>2901 N Central Ave, Ste 2000<br>Phoenix, AZ 85012-2788<br>kpeters@dresslerpeters.com |
| **VIA ELECTRONIC MAIL**<br>Perkins Coie LLP<br>Attn: John Penn<br>500 N Akard St, Ste 3300<br>Dallas, TX 75201-3347<br>kurzweild@gtlaw.com | **VIA ELECTRONIC MAIL**<br>Perkins Coie LLP<br>Attn: Kathleen Allare<br>lrinaldi@celticbank.com |
| **VIA ELECTRONIC MAIL**<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Matthew R Scheck<br>300 W 6th St, Ste 2010<br>Austin, TX 78701<br>lschweitzer@cgsh.com | **VIA ELECTRONIC MAIL**<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Susheel Kirpalani<br>51 Madison Ave, 22nd Fl<br>New York, NY 10010<br>lschweitzer@cgsh.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Richards, Layton & Finger, PA<br>lschweitzer@cgsh.com | **VIA ELECTRONIC MAIL**<br>Richards, Layton & Finger, PA<br>malbino@mlaglobal.com |
| **VIA ELECTRONIC MAIL**<br>Richards, Layton & Finger, PA<br>matthewscheck@quinnemanuel.com | **VIA ELECTRONIC MAIL**<br>Richards, Layton & Finger, PA<br>Attn: Daniel J DeFranceschi, Amanda R Steele<br>Attn: Zachary I Shapiro, Matthew P Milana<br>1 Rodney Sq<br>920 N King St<br>Wilmington, DE 19801<br>mboutros@ftc.gov |
| **VIA ELECTRONIC MAIL**<br>RSM US LLP<br>Attn: Ben Brockman<br>30 S Wacker Dr, Ste 3300<br>Chicago, IL 60606<br>melorod@gtlaw.com | **VIA ELECTRONIC MAIL**<br>Secretary of State<br>Division Of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903<br>mgibson@thefinleyfirm.com |
| **VIA ELECTRONIC MAIL**<br>Securities & Exchange Commission<br>100 F St NE<br>Washington, DC 20549<br>milana@rlf.com | **VIA ELECTRONIC MAIL**<br>Securities & Exchange Commission<br>New York Regional Office<br>Attn: Antonia Apps<br>100 Pearl St., Ste 20-100<br>New York, NY 10004-2616<br>mmoeller@ftc.gov |
| **VIA ELECTRONIC MAIL**<br>Securities & Exchange Commission<br>New York Regional Office<br>Attn: Mark Berger, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022<br>mmoeller@ftc.gov; ababowski@ftc.gov | **VIA ELECTRONIC MAIL**<br>Slack Technologies, LLC<br>Attn: David Schellhase<br>50 Fremont St, Ste 300<br>San Francisco, CA 94105<br>mukesh@blucognition.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Small Business Administration<br>natasha.hwangpo@weil.com | **VIA ELECTRONIC MAIL**<br>Small Business Administration<br>NHagler@goodwin.com |
| **VIA ELECTRONIC MAIL**<br>Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416<br>petriem@gtlaw.com | **VIA ELECTRONIC MAIL**<br>Small Business Administration<br>Attn: Eric S Benderson<br>Attn: Chistine Nell<br>Attn: Susan Streich<br>409 3rd St SW, Ste 7211<br>Washington, DC 20416<br>pmorgan@ycst.com |
| **VIA ELECTRONIC MAIL**<br>Small Business Administration<br>Attn: Susan Streich, Eric Benderson<br>409 3rd St SW, Ste 7211<br>Washington, DC 20416<br>pmorgan@ycst.com; bankfilings@ycst.com | **VIA ELECTRONIC MAIL**<br>State of Delaware Attorney General<br>Office of the Attorney General<br>Attn: Bankruptcy Dept<br>Carvel State Bldg<br>820 N French St<br>Wilmington, DE 19801<br>properj@whiteandwilliams.com;<br>heskins@whiteandwilliams.com |
| **VIA ELECTRONIC MAIL**<br>Sullivan & Cromwell LLP<br>Attn: James L Bromley<br>125 Broad St<br>New York, NY 10004-2498<br>ray.schrock@weil.com | **VIA ELECTRONIC MAIL**<br>Sullivan Hazeltine Allinson LLC<br>Attn: William A Hazeltine<br>919 N Market St, Ste 420<br>Wilmington, DE 19801<br>rbartley@ycst.com |
| **VIA ELECTRONIC MAIL**<br>Thomas E Austin Jr, LLC<br>Attn: Thomas E Austin Jr<br>2625 Piedmont Rd NE, Ste 56-330<br>Atlanta, GA 30324<br>rbartley@ycst.com | **VIA ELECTRONIC MAIL**<br>TKCG, Inc<br>Attn: Lisa Williams<br>981 Joseph Lowery Blvd NW, Ste 100<br>Atlanta, GA 30318<br>richard.schepacarter@usdoj.gov |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Transunion Risk And Alternative Data Solutions<br>Attn: Steven Littman<br>4530 Conference Way S<br>Boca Raton, FL 33431<br>rminott@cgsh.com | **VIA ELECTRONIC MAIL**<br>United States Trustee<br>rosa.sierra-fox@usdoj.gov |
| **VIA ELECTRONIC MAIL**<br>United States Trustee<br>Attn: Richard L Schepacarter<br>Attn: Rosa Sierra-Fox<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Sarah.E.Loucks@usdoj.gov | **VIA ELECTRONIC MAIL**<br>URS Technologies Solutions LLC<br>Attn: Mukesh Chamedia<br>1100 Green St, Ste 203<br>Iselin, NJ 08830<br>Sarah.E.Loucks@usdoj.gov;<br>Alastair.M.Gesmundo@usdoj.gov |
| **VIA ELECTRONIC MAIL**<br>US Attorney for the District of Delaware<br>Attn: David C Weiss<br>Hercules Bldg<br>US Attorney's Office<br>1313 N Market St<br>Wilmington, DE 19801<br>sarah.e.loucks@usdoj.gov; brian.lamacchia@usdoj.gov | **VIA ELECTRONIC MAIL**<br>US Attorney General<br>Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530<br>scott.cousins@cousins-law.com |
| **VIA ELECTRONIC MAIL**<br>US Attorney's office for the District of Massachusetts<br>Attn: Sarah Loucks, Brian LaMacchia<br>1 Courthouse Way, Ste 9200<br>Boston, MA 02210<br>scott.jones@cousins-law.com | **VIA ELECTRONIC MAIL**<br>US Attorney's office for the ED of Texas, Civil Litigation<br>Attn: Betty Young<br>550 Fannin, Ste 1250<br>Beaumont, TX 77701<br>sgreecher@ycst.com |
| **VIA ELECTRONIC MAIL**<br>US Attorney's Office<br>sgreecher@ycst.com | **VIA ELECTRONIC MAIL**<br>US Attorney's Office<br>District of Massachusetts, Civil Division<br>Attn: Diane Seol, Brian LaMacchia<br>1 Courthouse Way, Ste 9200<br>Boston, MA 02210<br>sgwinner@vaco.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>US Attorney's Office<br>ED of Texas, Civil Division<br>Attn: Betty Young<br>550 Fannin St, Ste 1250<br>Baeumont, TX 77701<br>shapiro@rlf.com | **VIA ELECTRONIC MAIL**<br>US Department of Justice<br>Attn: Alastair M Gesmundo<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>shweta.mohan@biz2credit.com |
| **VIA ELECTRONIC MAIL**<br>US Department of Justice<br>Civil Division, Commercial Litigation Branch<br>Fraud Section<br>Attn: Sarah Loucks<br>175 N Street NE, Rm 10.1806<br>Washington, DC 20002<br>sparker@moorecolson.com | **VIA ELECTRONIC MAIL**<br>US Department of Justice<br>Civil Division, Commercial Litigation Branch, Fraud Section<br>Attn: Sarah Loucks, Alastair M Gesmundo<br>175 N St NE, Rm 10.1806<br>Washington, DC 20002<br>ssidhu@customersbank.com |
| **VIA ELECTRONIC MAIL**<br>US Small Business Administration<br>Attn: Edward Ledford, Deputy Director<br>Office of Credit Risk Management<br>409 3rd St SW, 8th Fl<br>Washington, DC 20416<br>ssidhu@customersbank.com | **VIA ELECTRONIC MAIL**<br>Vaco LLC<br>Attn: Shannon Gwinner<br>115 Perimeter Center Pl NE, Ste 950<br>Atlanta, GA 30346<br>steele@rlf.com |
| **VIA ELECTRONIC MAIL**<br>Vital Outsourcing Services Inc<br>Attn: Ken Braddock<br>4775 Peachtree Industrial Blvd, Ste 310<br>Berkeley Lake, GA 30092<br>steven.littman@transunion.com | **VIA ELECTRONIC MAIL**<br>Weil, Gotshal & Manges LLP<br>susan.streich@sba.gov |
| **VIA ELECTRONIC MAIL**<br>Weil, Gotshal & Manges LLP<br>susan.streich@sba.gov; eric.benderson@sba.gov | **VIA ELECTRONIC MAIL**<br>Weil, Gotshal & Manges LLP<br>Attn: Ray C Schrock, Natasha S Hwangpo, Chase A Bentley<br>767 5th Ave<br>New York, NY 10153<br>susheelkirpalani@quinnemanuel.com |

| | |
|---|---|
| **VIA ELECTRONIC MAIL**<br>Wilmington Savings Fund Society, FSB<br>As the Trustee of Small Business Loan Asset Trust<br>500 Delaware Ave, 11th Fl<br>Wilmington, DE 19801<br>Tara.e.rajani@aexp.co | **VIA ELECTRONIC MAIL**<br>Young Conaway Stargatt & Taylor, LLP<br>taustin@taustinlaw.com |
| **VIA ELECTRONIC MAIL**<br>Young Conaway Stargatt & Taylor, LLP<br>Tavis.Morello@mpls.frb.org | **VIA ELECTRONIC MAIL**<br>Young Conaway Stargatt & Taylor, LLP<br>tim.keefe@morganfranklin.com |
| **VIA ELECTRONIC MAIL**<br>Young Conaway Stargatt & Taylor, LLP<br>tpakrouh@morrisjames.com | **VIA ELECTRONIC MAIL**<br>Young Conaway Stargatt & Taylor, LLP<br>Attn: Pauline K Morgan<br>Attn: Sean T Greecher<br>Attn: Ryan M Bartley<br>1000 N King St<br>Wilmington, DE 19801<br>whazeltine@sha-llc.com |
| **VIA ELECTRONIC MAIL**<br>Young Conaway Stargatt & Taylor, LLP<br>Attn: Pauline K Morgan, Ryan M Bartley, Sean T Greecher<br>Rodney Sq<br>1000 N King St<br>Wilmington, DE 19801<br>williams@trevelinokeller.com | |