# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KABBAGE, INC. d/b/a KSERVICING, et al.,[1] | Case No. 22-10951 (CTG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Clarissa Cu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases[2].

On July 26, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Motion for Entry of an Order Terminating Retention/Employment of Omni Agent Solutions, Inc. as Claims Agent** (Docket No. 928)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: July 27, 2023

*Clarissa Cu*
Clarissa Cu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th day of July, 2023 by Clarissa Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Kerrie Lynne Darby*

```
KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027
```

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Effective July 26, 2023, Stretto, Inc. has been employed by the Post-Confirmation Debtors.

# **<u>Exhibit A</u>**



**Exhibi A**
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Delaware Division of Revenue | Attn: Zillah Frampton | 820 French St | | | Wilmington | DE | 19801 |
| Delaware Division of Revenue/Bankruptcy Service | Attn: Bankruptcy Administrator | 820 N French St, 8th Fl | Carvel State Bldg | | Wilmington | DE | 19801 |
| Delaware State Treasury | | 820 Silver Lake Blvd, Ste 100 | | | Dover | DE | 19904 |
| Federal Reserve Bank | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M Schweitzer & Richard C Minott | 1 Liberty Plz | | New York | NY | 10006 |
| Google LLC | Attn: Kent Walker, Cody Bowlay | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Microsoft | Attn: Hossein Nowhar | 1 Microsoft Way | | | Redmond | WA | 98052 |
| Omni Agent Solutions, Inc. | Attn Paul H. Deutch, Executive Vice President | 5955 DeSoto Avenue | | | Woodland Hills | CA | 91367 |
| Omni Agent Solutions, Inc. | Attn Paul H. Deutch, Executive Vice President | 1120 Avenue of the Americas, 4th Floor | | | New York | NY | 10036 |
| Secretary of State | Division Of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 |
| Securities & Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | Brookfield Pl | 200 Vesey St, Ste 400 | New York | NY | 10281-1022 |
| Securities & Exchange Commission | | 100 F St NE | | | Washington | DC | 20549 |
| Securities & Exchange Commission | New York Regional Office | Attn: Antonia Apps | 100 Pearl St., Ste 20-100 | | New York | NY | 10004-2616 |
| Slack Technologies, LLC | Attn: David Schellhase | 50 Fremont St, Ste 300 | | | San Francisco | CA | 94105 |
| State of Delaware Attorney General | Office of the Attorney General | Attn: Bankruptcy Dept | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| United States Attorney General | Dept of Justice | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 |
| US Attorney for the District of Delaware | Attn: David C Weiss | 1313 N Market St | US Attorney's Office | Hercules Bldg | Wilmington | DE | 19801 |
| Wilmington Savings Fund Society, FSB | As the Trustee of Small Business Loan Asset Trust | 500 Delaware Ave, 11th Fl | | | Wilmington | DE | 19801 |

In re: Kabbage, Inc. d/b/a KServicing, et al.
Case No. 22-10951

Page 1 of 1

Document Ref: F7LW2-B8EJT-XYW8U-JXP9K    Page 3 of 6

# **<u>Exhibit B</u>**

Document Ref: F7LW2-B8EJT-XYW8U-JXP9K



**Exhibit B**
Served via Email

| Creditor Name | Attention | Attention 2 | Email |
|---|---|---|---|
| Amazon Web Services | c/o K&L Gates/Brian Peterson | | brian.peterson@klgates.com |
| American Express | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C Abbott & Jonathan M Weyand | dabbott@morrisnichols.com;  jweyand@morrisnichols.com |
| American Express | Sullivan & Cromwell LLP | Attn: James L Bromley | bromleyj@sullcrom.com |
| American Express Kabbage Inc | Attn: Tara Rajani | | Tara.e.rajani@aexp.co |
| Biz2X LLC | Attn: Shweta Mohan | | shweta.mohan@biz2credit.com |
| Box, Inc. | Attn: David Leeb, Jason Silapachai | | jsilapachai@box.com |
| Celtic Bank Corporation | Attn: Leslie K Rinaldi, General Counsel | | lrinaldi@celticbank.com |
| CoreCard Software, Inc | c/o McCarter & English, LLP | Attn: Kate R Buck | kbuck@mccarter.com |
| CoreCard Software, Inc | c/o Baker Donelson | Attn: Kathleen G Furr | kfurr@bakerdonelson.com |
| Corporation Service Company | Attn: Kevin Hunter and Jessica Mullenix Woodward | | jessica.woodward@cscgfm.com;  UCCSPREP@cscglobal.com |
| Cross River Bank | Attn: Gilles Gade & Arlen Gelbard &  Frayda Ginsburg | | agelbard@crossriverbank.com;  fginsburg@crossriver.com;  ggade@crossriverbank.com |
| Cross River Bank | c/o Benesch, Friedlander, Coplan & Aronoff, LLP | Attn: Gregory W Werkheiser | gwerkheiser@beneschlaw.com |
| Cross River Bank | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Matthew R Scheck | matthewscheck@quinnemanuel.com |
| Cross River Bank | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani | susheelkirpalani@quinnemanuel.com |
| Customers Bank | c/o Kilpatrick Townsend & Stockton LLP | Attn: David M Posner & Gianfranco Finizio | dposner@kilpatricktownsend.com;  gfinizio@kilpatricktownsend.com |
| Customers Bank | c/o Sullivan Hazeltine Allinson LLC | Attn: William A Hazeltine | whazeltine@sha-llc.com |
| Customers Bank | Attn: Sam Sidhu & Andrew Sachs & Jennifer Petsu | | ssidhu@customersbank.com;  asachs@customersbank.com;  jpetsu@customersbank.com |
| Debtors' Counsel | c/o Richards, Layton & Finger, PA | Attn: Daniel J. DeFranceschi, Amanda R. Steele, Zachary I. Shapiro; Matthew P. Milana | defranceschi@rlf.com;  milana@rlf.com;  steele@rlf.com;  shapiro@rlf.comdefranceschi@rlf.com |
| Debtors' Counsel | c/o Weil, Gotshal & Manges LLP | Attn: Ray C Schrock, Natasha S Hwangpo, Chase A Bentley | ray.schrock@weil.com;  chase.bentley@weil.com;  natasha.hwangpo@weil.com |
| Federal Reserve Bank | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M Schweitzer & Richard C Minott | lschweitzer@cgsh.com;   rminott@cgsh.com |
| Federal Reserve Bank of Minneapolis | Attn: Tavis J Morello | | Tavis.Morello@mpls.frb.org |
| Federal Reserve Bank of San Francisco | Attn: Credit Risk Management | | Braden.Parker@sf.frb.org;  wallace.young@sf.frb.org;  Avery.Belka@sf.frb.org |
| Federal Reserve Bank of San Francisco | c/o Cleary Gottlieb | Attn: Lisa M Schweitzer & Richard C Minott | lschweitzer@cgsh.com;  rminott@cgsh.com |
| Federal Reserve Bank of San Francisco & Federal Reserve Bank | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K Morgan, Ryan M Bartley, Sean T Greecher | pmorgan@ycst.com; rbartley@ycst.com; sgreecher@ycst.com; bankfilings@ycst.com |
| Federal Trade Commission | Attn Marguerite Moeller, Michael Boutros, Hans Clausen, Alan Bakowski | | mmoeller@ftc.gov; mboutros@ftc.gov; hclausen@ftc.gov; abakowski@ftc.gov |
| Federal Trade Commission | Attn: Marguerite Moeller & Alan Babowski | | mmoeller@ftc.gov;  ababowski@ftc.gov |
| First-Citizens Bank & Trust Company | c/o Dressler Peters, LLC | Attn: Kenneth D Peters | kpeters@dresslerpeters.com |
| Fortis Advisors | Attn: Courtney Nothaus | | Email Address Redacted |
| Insperity, Inc. | c/o Cousins Law LLC | Attn: Scott D. Cousins & Scott D. Jones | scott.cousins@cousins-law.com;  scott.jones@cousins-law.com; |
| Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan¸ 365 Sun LLC, and Candice Worthy, individually individually and as putative plaintiffs on behalf of the proposed class | c/o White & Williams, LLP | Attn: Justin E Proper, Esq, Shane R Heskins, Esq | properj@whiteandwilliams.com;  heskins@whiteandwilliams.com |
| Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan¸ 365 Sun LLC, and Candice Worthy, individually individually and as putative plaintiffs on behalf of the proposed class | c/o The Finley Firm, PC | Attn: MaryBeth V Gibson, Esq | mgibson@thefinleyfirm.com |
| KLDiscovery Ontrack, LLC | Attn: Dale Drury | | dale.drury@kldiscovery.com |
| Lanier Parking Solutions I, LLC  d/b/a Reef Parking | dba Reef Parking | Attn: Elliot Roby | elliott.roby@reefparking.com |
| Libra Risk Management | Attn: Ian Cox | | icox@kservicecorp.com |
| Major, Linsey & Africa / Allegis Group Holdings Inc. | Attn: Michael A Albino | | malbino@mlaglobal.com |
| Moore Colson | Attn: Sarah Parker | | sparker@moorecolson.com |
| MorganFranklin Consulting, LLC | Attn: Timothy Keefe | | tim.keefe@morganfranklin.com |
| Omni Agent Solutions, Inc. | Attn Paul H. Deutch, Executive Vice President | | pdeutch@OmniAgnt.com |
| Omni Agent Solutions, Inc. | Attn Paul H. Deutch, Executive Vice President | | Pdeutch@omniagnt.com |
| Option 1 Partners LLC | Attn: Jackie Flake | | jackie@option1partners.com |
| Post-Confirmation Debtors, operating as the Wind Down Estates | c/o Perkins Coie LLP | Attn: Bradley Cosman & Kathleen Allare | BCosman@perkinscoie.com;  KAllare@perkinscoie.com |
| Post-Confirmation Debtors, operating as the Wind Down Estates | c/o Morris James LLP | Attn: Brya Keilson & Eric Monzo & Tara C. Pakrouh | emonzo@morrisjames.com;  bkeilson@morrisjames.com;  tpakrouh@morrisjames.com |
| Post-Confirmation Debtors, operating as the Wind Down Estates | c/o Perkins Coie LLP | Attn: John Penn | JPenn@perkinscoie.com |
| RSM US LLP | Attn: Ben Brockman | | ben.brockman@rsmus.com |
| Shareholders | c/o Goodwin Procter LLP | Attn: Dondi Dancy & Adam Slutsky | ddancy@goodwinlaw.com |
| Shareholders | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | KLarie@goodwin.com;  NHagler@goodwin.com;  ASlutsky@goodwin.com |
| Small Business Administration | Attn: Susan Streich Attn: Christine Nell Attn: Eric S. Benderson | | eric.benderson@sba.gov;  susan.streich@sba.gov;  christine.nell@sba.gov |

In re: Kabbage, Inc. d/b/a KServicing, et al.
Case No. 22-10951

Page 1 of 2



**Exhibit B**
Served via Email

| Creditor Name | Attention | Attention 2 | Email |
|---|---|---|---|
| The Board of Directors of Kabbage, Inc. d/b/a Kservicing | c/o Greenberg Traurig, LLP | Attn: Anthony W Clark & Dennis A Meloro | Anthony.Clark@gtlaw.com;  melorod@gtlaw.com |
| The Board of Directors of Kabbage, Inc. d/b/a Kservicing | c/o Greenberg Traurig, LLP | Attn: Brian E Greer | greerb@gtlaw.com |
| The Board of Directors of Kabbage, Inc. d/b/a Kservicing | c/o Greenberg Traurig, LLP | Attn: David B Kurzweil & Matthew A Petrie | kurzweild@gtlaw.com; petriem@gtlaw.com |
| Thomas E. Austin Jr., LLC | Attn: Thomas E Austin Jr | | taustin@taustinlaw.com |
| TKCG, Inc. | Attn: Lisa Williams | | williams@trevelinokeller.com |
| Transunion Risk And Alternative Data Solutions | Attn: Steven Littman | | steven.littman@transunion.com |
| U.S. Attorney's Office | District of Massachusetts, Civil Division | Attn: Diane Seol, Brian LaMacchia & Sarah Loucks | Diane.Seol@usdoj.gov;  Brian.LaMacchia@usdoj.gov; sarah.e.loucks@usdoj.gov; |
| U.S. Attorney's Office for the Eastern District of Texas Civil Division | Attn: Betty Young | | betty.young@usdoj.gov |
| U.S. Department of Justice - Civil Division | Attn: Alastair M Gesmundo | | Alastair.M.Gesmundo@usdoj.gov |
| U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section | Civil Division, Commercial Litigation Branch Fraud Section | Attn: Sarah Loucks &  Alastair M Gesmundo | Sarah.E.Loucks@usdoj.gov;  Alastair.M.Gesmundo@usdoj.gov |
| U.S. Small Business Administration | Attn: Edward Ledford, Deputy Director | | edward.ledford@sba.gov |
| United States Trustee | Attn: Richard L Schepacarter & Rosa Sierra-Fox | | richard.schepacarter@usdoj.gov;  rosa.sierra-fox@usdoj.gov |
| URS Technologies Solutions LLC | Attn: Mukesh Chamedia | | mukesh@blucognition.com |
| Vaco LLC | Attn: Shannon Gwinner | | sgwinner@vaco.com |
| Vital Outsourcing Services Inc. | Attn: Ken Braddock | | kbraddock@vitasolutions.net;  kbraddock@vitalsolutions.net |

In re: Kabbage, Inc. d/b/a KServicing, et al.
Case No. 22-10951

Page 2 of 2

Document Ref: F7LW2-B8EJT-XYW8U-JXP9K    Page 6 of 6

# Signature Certificate

Reference number: F7LW2-B8EJT-XYW8U-JXP9K

| Signer | Timestamp | Signature |
|---|---|---|
| **Clarissa Cu**<br>Email: clarissa.cu@stretto.com | | |
| Sent: | 27 Jul 2023 22:33:47 UTC | *Clarissa Cu* |
| Viewed: | 27 Jul 2023 22:33:51 UTC | |
| Signed: | 27 Jul 2023 22:34:42 UTC | |
| **Recipient Verification:** | | |
| ✔ Email verified | 27 Jul 2023 22:33:51 UTC | IP address: 76.176.186.248 |
| ✔ Personally Known | 27 Jul 2023 22:33:12 UTC | Location: Inglewood, United States |
| **Kerrie Darby**<br>Email: kerrie.darby@stretto.com | | |
| Sent: | 27 Jul 2023 22:33:47 UTC | *Kerrie Lynne Darby* |
| Viewed: | 27 Jul 2023 22:34:48 UTC | |
| Signed: | 27 Jul 2023 22:34:53 UTC | |
| | | IP address: 98.50.109.181<br>Location: Denver, United States |

Document notarized online using audio-video communication on:
27 Jul 2023 22:34:53 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

