THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
KABBAGE, INC. d/b/a KSERVICING, *et al.*, [1],       : Case No. 22-10951 (CTG)
                                                     :
    Debtors.                                         : (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE, that the undersigned attorneys hereby appear as counsel for First-Citizens Bank & Trust Company, successor by merger to CIT Bank, N.A. ("FIRST-CITIZENS"), a party in interest in the above-captioned cases and hereby request, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§342 and 1109(b) of the U.S. Bankruptcy Code, that all copies and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

    **Deirdre M. Richards, Esquire**
    **Fineman Krekstein & Harris PC**
    **drichards@finemanlawfirm.com**
    **1300 N. King Street**
    **Wilmington, DE 19801**
    **Telephone: (302) 538-8331**
    **Facsimile: (302) 394-9228**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: Kabbage, Inc. d/b/a KServicing (3937); Kabbage Canada Holdings, LLC (N/A); Kabbage Asset Securitization LLC (N/A); Kabbage Asset Funding 2017-A LLC (4803); Kabbage Asset Funding 2019-A LLC (8973); and Kabbage Diameter, LLC (N/A). Kabbage is a trademark of American Express used under license; Kabbage, Inc. d/b/a KServicing is not affiliated with American Express. The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

{01894065;v1}

1

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) that affects or seeks to affect in any way any rights or interest of any creditor or any party-in-interest in this case, including FIRST-CITIZENS with respect to (a) the debtor; (b) property of the estate or proceeds thereof, in which the debtor may claim in interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or conduct by the delivery of any property, payment, or other conduct by FIRST-CITIZENS.

PLEASE TAKE FURTHER NOTICE that FIRST-CITIZENS intends that neither this Entry of Appearance nor any later appearance, claim, or other pleadings shall waive (1) FIRST-CITIZENS's right to have final Orders in non-core matters entered only after *de novo* review by the United States District Court; (2) FIRST-CITIZENS's right to trial by jury in any proceeding related to this case; (3) FIRST-CITIZENS's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any rights, claims, actions, defenses, set-offs or recruitments to which FIRST-CITIZENS is or may be entitled to under agreement, in law or at equity, all of which rights, claims, actions, defenses, set-off or recruitments FIRST-CITIZENS hereby expressly reserves.

**FINEMAN KREKSTEIN & HARRIS PC**

By: /s/Deirdre M. Richards
Deirdre M. Richards (#4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
drichards@finemanlawfirm.com

*Attorneys for First-Citizens Bank & Trust Company, successor by merger to CIT Bank, N.A.*

Dated: August 2, 2023

{01894065;v1}