IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al.*,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Robin White, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases[2].

On August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Post-Confirmation Debtors' Objection to the Application of Biz2credit Inc. For Allowance and Payment of Administrative Expense Claim** (Docket No. 948)

- **Order Scheduling Omnibus Hearing Date** (Docket No. 950)

*[THIS SPACE INTENTIONALLY LEFT BLANK]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309

[2] Effective July 26, 2023, Stretto, Inc. has been employed by the Post-Confirmation Debtors.

Additionally, on August 8, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Post-Confirmation Debtors' Objection to the Application of Biz2credit Inc. For Allowance and Payment of Administrative Expense Claim** (Docket No. 948)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: August 9, 2023

*Robin White*
Robin White

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 9th day of August, 2023 by Robin White, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Danielle Harnden*

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **<u>Exhibit A</u>**

Document Ref: 6BMMH-XPFRJ-CKT7D-YHXV4



**Exhibit A**
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Biz2X LLC | Attn: Shweta Mohan | 1 Penn Plz, Ste 4530 | | | New York | NY | 10119 |
| Delaware Division of Revenue | Attn: Zillah Frampton | 820 French St | | | Wilmington | DE | 19801 |
| Delaware Division of Revenue/Bankruptcy Service | Attn: Bankruptcy Administrator | 820 N French St, 8th Fl | Carvel State Bldg | | Wilmington | DE | 19801 |
| Delaware State Treasury | | 820 Silver Lake Blvd, Ste 100 | | | Dover | DE | 19904 |
| Department of Treasury - Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Federal Reserve Bank | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M Schweitzer & Richard C Minott | 1 Liberty Plz | | New York | NY | 10006 |
| First-Citizens Bank & Trust Company | c/o Fineman Krekstein & Harris PC | Attn: Deirdre M. Richards, Esquire | 1300 N. King Street | | Wilmington | DE | |
| Google LLC | Attn: Kent Walker, Cody Bowlay | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043 |
| Libra Risk Management | Attn: Ian Cox | 12 Howard Ave | | | Foxborough | MA | 02035 |
| Microsoft | Attn: Hossein Nowhar | 1 Microsoft Way | | | Redmond | WA | 98052 |
| Secretary of State | Division Of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 |
| Securities & Exchange Commission | New York Regional Office | Attn: Mark Berger, Regional Director | Brookfield Pl | 200 Vesey St, Ste 400 | New York | NY | 10281-1022 |
| Securities & Exchange Commission | | 100 F St NE | | | Washington | DC | 20549 |
| Securities & Exchange Commission | New York Regional Office | Attn: Antonia Apps | 100 Pearl St., Ste 20-100 | | New York | NY | 10004-2616 |
| Slack Technologies, LLC | Attn: David Schellhase | 50 Fremont St, Ste 300 | | | San Francisco | CA | 94105 |
| Small Business Administration | Attn: Susan Streich Attn: Christine Nell Attn: Eri | 409 3rd St SW, Ste 7211 | Small Business Bureau | | Washington | DC | 20416 |
| State of Delaware Attorney General | Office of the Attorney General | Attn: Bankruptcy Dept | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| TKCG, Inc. | Attn: Lisa Williams | 981 Joseph Lowery Blvd NW, Ste 100 | | | Atlanta | GA | 30318 |
| United States Attorney General | Dept of Justice | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 |
| US Attorney for the District of Delaware | Attn: David C Weiss | 1313 N Market St | US Attorney's Office | Hercules Bldg | Wilmington | DE | 19801 |
| Wilmington Savings Fund Society, FSB | As the Trustee of Small Business Loan Asset T | 500 Delaware Ave, 11th Fl | | | Wilmington | DE | 19801 |

In re: KServicing WInd-Down Corp., et al.
Case No. 22-10951

Page 1 of 1

Document Ref: 6BMMH-XPFRJ-CKT7D-YHXV4

# **<u>Exhibit B</u>**

Document Ref: 6BMMH-XPFRJ-CKT7D-YHXV4



## Exhibit B
Served via Email

| Creditor Name | Attention | Attention 2 | Email |
|---|---|---|---|
| Amazon Web Services | c/o K&L Gates/Brian Peterson | | brian.peterson@klgates.com |
| American Express | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C Abbott & Jonathan M Weyand | dabbott@morrisnichols.com; jweyand@morrisnichols.com |
| American Express | Sullivan & Cromwell LLP | Attn: James L Bromley | bromleyj@sullcrom.com |
| American Express Kabbage Inc | Attn: Tara Rajani | | Tara.e.rajani@aexp.co |
| Biz2X LLC | Attn: Shweta Mohan | | shweta.mohan@biz2credit.com |
| Box, Inc. | Attn: David Leeb, Jason Silapachai | | jsilapachai@box.com |
| Celtic Bank Corporation | Attn: Leslie K Rinaldi, General Counsel | | lrinaldi@celticbank.com |
| CoreCard Software, Inc | c/o Baker Donelson | Attn: Kathleen G Furr | kfurr@bakerdonelson.com |
| CoreCard Software, Inc | c/o McCarter & English, LLP | Attn: Kate R Buck | kbuck@mccarter.com |
| Corporation Service Company | Attn: Kevin Hunter and Jessica Mullenix Woodward | | jessica.woodward@cscgfm.com; UCCSPREP@cscglobal.com |
| Cross River Bank | Attn: Gilles Gade & Arlen Gelbard & Frayda Ginsburg | | agelbard@crossriverbank.com; fginsburg@crossriver.com; ggade@crossriverbank.com |
| Cross River Bank | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Matthew R Scheck | matthewscheck@quinnemanuel.com |
| Cross River Bank | c/o Benesch, Friedlander, Coplan & Aronoff, LLP | Attn: Gregory W Werkheiser | gwerkheiser@beneschlaw.com |
| Cross River Bank | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani | susheelkirpalani@quinnemanuel.com |
| Customers Bank | Attn: Sam Sidhu & Andrew Sachs | COO & General Counsel | ssidhu@customersbank.com; asachs@customersbank.com |
| Customers Bank | Attn: Sam Sidhu & Andrew Sachs & Jennifer Petsu | COO & General Counsel | ssidhu@customersbank.com; asachs@customersbank.com; jpetsu@customersbank.com |
| Customers Bank | c/o Sullivan Hazeltine Allinson LLC | Attn: William A Hazeltine | whazeltine@sha-llc.com |
| Customers Bank | c/o Kilpatrick Townsend & Stockton LLP | Attn: David M Posner & Gianfranco Finizio | dposner@kilpatricktownsend.com; gfinizio@kilpatricktownsend.com |
| Debtors' Counsel | c/o Weil, Gotshal & Manges LLP | Attn: Ray C Schrock, Chase A Bentley | ray.schrock@weil.com; chase.bentley@weil.com |
| Debtors' Counsel | c/o Richards, Layton & Finger, PA | | defranceschi@rlf.com; milana@rlf.com; steele@rlf.com; shapiro@rlf.com; defranceschi@rlf.com |
| Federal Reserve Bank | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M Schweitzer & Richard C Minott | lschweitzer@cgsh.com; rminott@cgsh.com |
| Federal Reserve Bank of Minneapolis | Attn: Tavis J Morello | | Tavis.Morello@mpls.frb.org |
| Federal Reserve Bank of San Francisco | c/o Cleary Gottlieb | Attn: Lisa M Schweitzer & Richard C Minott | lschweitzer@cgsh.com; rminott@cgsh.com |
| Federal Reserve Bank of San Francisco | Attn: Credit Risk Management | | Braden.Parker@sf.frb.org; wallace.young@sf.frb.org; Avery.Belka@sf.frb.org |
| Federal Reserve Bank of San Francisco & Federal Reserve Bank | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K Morgan, Ryan M Bartley, Sean T Greecher | pmorgan@ycst.com; rbartley@ycst.com; sgreecher@ycst.com; bankfilings@ycst.com |
| Federal Trade Commission | Attn: Marguerite Moeller & Alan Babowski | | mmoeller@ftc.gov |
| Federal Trade Commission | Attn Marguerite Moeller, Michael Boutros, Hans Clausen, Alan Bakowski | | mmoeller@ftc.gov; mboutros@ftc.gov; hclausen@ftc.gov; abakowski@ftc.gov |
| First-Citizens Bank & Trust Company | c/o Dressler Peters, LLC | Attn: Kenneth D Peters | kpeters@dresslerpeters.com |
| First-Citizens Bank & Trust Company | c/o Fineman Krekstein & Harris PC | Attn: Deirdre M. Richards, Esquire | drichards@finemanlawfirm.com |

In re: KServicing WInd-Down Corp., et al.
Case No. 22-10951

Page 1 of 2

Document Ref: 6BMMH-XPFRJ-CKT7D-YHXV4



## Exhibit B
Served via Email

| Creditor Name | Attention | Attention 2 | Email |
|---|---|---|---|
| Fortis Advisors | Attn: Courtney Nothaus | | cnothaus@fortisrep.com; notices@fortisrep.com |
| Insperity, Inc. | c/o Cousins Law LLC | Attn: Scott D. Cousins | scott.cousins@cousins-law.com |
| Jason Carr, Vicki LeMaster, Edward Ford Svcs LLC, Carlton Morgan¸ 365 Sun, Candice Worthy et al. | c/o White & Williams, LLP | Attn: Justin E Proper, Esq, Shane R Heskins, Esq | properj@whiteandwilliams.com; heskins@whiteandwilliams.com |
| KLDiscovery Ontrack, LLC | Attn: Dale Drury | | dale.drury@kldiscovery.com |
| Lanier Parking Solutions I, LLC  d/b/a Reef Parking | dba Reef Parking | Attn: Elliot Roby | elliott.roby@reefparking.com |
| Major, Linsey & Africa / Allegis Group Holdings Inc. | Attn: Michael A Albino | | malbino@mlaglobal.com |
| Moore Colson | Attn: Sarah Parker | | sparker@moorecolson.com |
| MorganFranklin Consulting, LLC | Attn: Timothy Keefe | | tim.keefe@morganfranklin.com |
| Option 1 Partners LLC | Attn: Jackie Flake | | jackie@option1partners.com |
| Post-Confirmation Debtors, operating as the Wind Down Estates | c/o Perkins Coie LLP | Attn: Bradley Cosman & Kathleen Allare | BCosman@perkinscoie.com; KAllare@perkinscoie.com |
| Post-Confirmation Debtors, operating as the Wind Down Estates | c/o Morris James LLP | Attn: Brya Keilson & Eric Monzo & Tara C. Pakrouh | emonzo@morrisjames.com; bkeilson@morrisjames.com; tpakrouh@morrisjames.com |
| Post-Confirmation Debtors, operating as the Wind Down Estates | c/o Perkins Coie LLP | Attn: John Penn | JPenn@perkinscoie.com |
| RSM US LLP | Attn: Ben Brockman | | ben.brockman@rsmus.com |
| Shareholders | c/o Goodwin Procter LLP | Attn: Dondi Dancy & Adam Slutsky | ddancy@goodwinlaw.com |
| Shareholders | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | KLarie@goodwinlaw.com; NHagler@goodwinlaw.com; ASlutsky@goodwinlaw.com |
| Small Business Administration | Attn: Susan Streich Attn: Christine Nell Attn: Eric S. Benderson | | eric.benderson@sba.gov; susan.streich@sba.gov; christine.nell@sba.gov |
| The Board of Directors of Kabbage, Inc. d/b/a Kservicing | c/o Greenberg Traurig, LLP | Attn: Anthony W Clark & Dennis A Meloro | Anthony.Clark@gtlaw.com; melorod@gtlaw.com |
| The Board of Directors of Kabbage, Inc. d/b/a Kservicing | c/o Greenberg Traurig, LLP | Attn: David B Kurzweil & Matthew A Petrie | kurzweild@gtlaw.com; petriem@gtlaw.com |
| The Board of Directors of Kabbage, Inc. d/b/a Kservicing | c/o Greenberg Traurig, LLP | Attn: Brian E Greer | greerb@gtlaw.com |
| Thomas E. Austin Jr., LLC | Attn: Thomas E Austin Jr | | taustin@taustinlaw.com |
| Transunion Risk And Alternative Data Solutions | Attn: Steven Littman | | steven.littman@transunion.com |
| U.S. Attorney's Office | District of Massachusetts, Civil Division | Attn: Diane Seol, Brian LaMacchia & Sarah Loucks | Diane.Seol@usdoj.gov; Brian.LaMacchia@usdoj.gov; sarah.e.loucks@usdoj.gov; |
| U.S. Attorney's Office for the Eastern District of Texas Civil Division | Attn: Betty Young | | betty.young@usdoj.gov |
| U.S. Department of Justice - Civil Division | Attn: Alastair M Gesmundo | | Alastair.M.Gesmundo@usdoj.gov |
| U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section | Civil Division, Commercial Litigation Branch Fraud Section | Attn: Sarah Loucks &  Alastair M Gesmundo | Sarah.E.Loucks@usdoj.gov; Alastair.M.Gesmundo@usdoj.gov |
| U.S. Small Business Administration | Attn: Edward Ledford, Deputy Director | | edward.ledford@sba.gov |
| United States Trustee | Attn: Richard L Schepacarter & Rosa Sierra-Fox | | richard.schepacarter@usdoj.gov; rosa.sierra-fox@usdoj.gov |
| URS Technologies Solutions LLC | Attn: Mukesh Chamedia | | mukesh@blucognition.com |
| Vaco LLC | Attn: Shannon Gwinner | | sgwinner@vaco.com |
| Vital Outsourcing Services Inc. | Attn: Ken Braddock | | kbraddock@vitasolutions.net |

In re: KServicing WInd-Down Corp., et al.
Case No. 22-10951

Page 2 of 2

Document Ref: 6BMMH-XPFRJ-CKT7D-YHXV4

# **<u>Exhibit C</u>**

Document Ref: 6BMMH-XPFRJ-CKT7D-YHXV4



## Exhibit C
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Biz2Credit Inc | c/o DLA Piper LLP (US) | Attn: C Kevin Kobbe | 6225 Smith Ave | Baltimore | MD | 21209 |
| Biz2Credit Inc. | c/o DLA Piper LLP (US) | Attn: Matthew S. Sarna | 1201 North Market Street, Suite 2100 | Wilmington | DE | 19801 |
| Biz2X LLC | Attn: Shweta Mohan | 1 Penn Plz, Ste 4530 | | New York | NY | 10119 |

In re: KServicing Wind Down Corp., et al.
Case No. 22-10951

Page 1 of 1

Document Ref: 6BMMH-XPFRJ-CKT7D-YHXV4

# **<u>Exhibit D</u>**

Document Ref: 6BMMH-XPFRJ-CKT7D-YHXV4



# Exhibit D
Served via Email

| Creditor Name | Attention | Attention 2 | Email |
|---|---|---|---|
| Biz2Credit Inc | c/o DLA Piper LLP (US) | Attn: C Kevin Kobbe | kevin.kobbe@us.dlapiper.com |
| Biz2Credit Inc. | c/o DLA Piper LLP (US) | Attn: Matthew S. Sarna | matthew.sarna@us.dlapiper.com |
| Biz2X LLC | Attn: Shweta Mohan | | shweta.mohan@biz2credit.com |

In re: KServicing Wind-Down Corp., et al.
Case No. 22-10951

Page 1 of 1

Document Ref: 6BMMH-XPFRJ-CKT7D-YHXV4