# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
KServicing Wind Down Corp., *et al.*,                          :
                                                               :    Case No. 22-10951 (CTG)
      Post-Confirmation Debtors                               :
                                                               :    (Jointly Administered)
---------------------------------------------------------------x

      Pursuant to Local Rule of Bankruptcy Procedure 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Kenneth D. Peters, Esquire to represent First-Citizens Bank & Trust Company Successor By Merger to CIT Bank, N.A. in the above bankruptcy cases.

Dated: August 16, 2023

                */s/ Deirdre M. Richards*
                Deirdre M. Richards (No.4191)
                Fineman Krekstein & Harris, PC
                1300 N. King Street
                Wilmington, DE 19801
                Telephone:302-538-8331;
                drichards@finemanlawfirm.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                /s/ Kenneth D. Peters
                Kenneth D. Peters, Esquire (Ill. Bar No. 618034)
                Dressler & Peters
                101 W Grand, Suite 404
                Chicago, Illinois 60654
                Phone: 312-602-7362
                kpeters@dresslerpeters.com

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.