## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------- x
In re                             :          **Chapter 11**
                                     :
**KServicing Wind Down Corp.,** *et al.*,     :          **Case No. 22-10951 (CTG)**
                                       :
                                       :          **(Jointly Administered)**
             **Post-Confirmation Debtors.**[1]     :
-------------------------------------------------------- x     Re: Docket Nos. 914, 915, 916, 917, 918 & 919

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies as follows:

1.      In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered October 21, 2022 [Docket No. 136] (the "**Interim Compensation Order**"), the *Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors* [D.I. 627], and the *Order Confirming Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors* [D.I. 680], those professionals listed on **Exhibit A** attached hereto (each, an "**Applicant**" and collectively, the "**Applicants**") filed their respective final fee applications [Docket Nos. 914, 915, 916, 917, 918 & 919] (collectively, the "**Final Fee Applications**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A).  The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

2.      Pursuant to the Final Fee Applications, objections to each of the Final Fee Applications, if any, were to be filed and served no later than 4:00 p.m. (Eastern Time) on August 10, 2023 (the "**Objection Deadline**").   The Applicants received no objections or responses to the Final Fee Applications prior to the Objection Deadline.  The hearing to consider approval of the Final Fee Applications is currently scheduled for August 22, 2023 at 1:00 p.m. (Eastern Time).

3.      As there are no objections to the approval of the Final Fee Applications, counsel to the Debtors prepared a proposed form of omnibus order (the "**Proposed Order**") approving the Final Fee Applications.   A copy of the Proposed Order is attached hereto as **Exhibit A**.

4.      The Proposed Order has been circulated to each Applicant and the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").  The Applicants have agreed to entry of the Proposed Order, and the U.S. Trustee does not object to the entry of the Proposed Order.

*(Remainder of Page Intentionally Left Blank)*

WHEREFORE, the Debtors respectfully request that the Proposed Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: August 17, 2023
   Wilmington, Delaware

       */s/ Matthew P. Milana*
       RICHARDS, LAYTON & FINGER, P.A.
       Daniel J. DeFranceschi, Esq. (No. 2732)
       Amanda R. Steele, Esq. (No. 5530)
       Zachary I. Shapiro, Esq. (No. 5103)
       Matthew P. Milana, Esq. (No. 6681)
       Huiqi Liu, Esq. (No. 6850)
       One Rodney Square
       920 North King Street
       Wilmington, Delaware 19801
       Telephone: (302) 651-7700
       E-mail: defranceschi@rlf.com
          steele@rlf.com
          shapiro@rlf.com
          milana@rlf.com
          liu@rlf.com

       -and-

       WEIL, GOTSHAL & MANGES LLP
       Ray C. Schrock, Esq. (admitted *pro hac vice*)
       Candace M. Arthur, Esq. (admitted *pro hac vice*)
       Chase A. Bentley, Esq. (admitted *pro hac vice*)
       767 Fifth Avenue
       New York, New York 10153
       Telephone: (212) 310-8000
       E-mail:  ray.schrock@weil.com
          candace.arthur@weil.com
          chase.bentley@weil.com

       *Attorneys for the Debtors*