IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al*.,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |
| | **Re: Docket No. 928** |

## ORDER TERMINATING OMNI AGENT SOLUTIONS, INC. AS CLAIMS AND NOTICING AGENT EFFECTIVE JULY 26, 2023 AND DIRECTING DELIVERY OF CLAIMS AND CLAIMS RECORDS

Upon consideration of the *Motion of Post-Confirmation Debtors for entry of an Order Authorizing the Termination of Omni Agent Solutions, Inc. as Claims and Noticing Agent effective July 26, 2023, and directing Delivery of Claims and Claims Records* (the "Motion")[2] authorizing (a) Omni to transfer Claims and Claims Records to Stretto, Inc. and (b) authorizing Payment to Omni for services rendered; and it appearing that the notice of the Motion was adequate and proper under the circumstances of this case; and it appearing that no further notice of the Motion is required; and the Court having found that good and sufficient cause exists for granting the Motion; it is hereby ORDERED as follows:

1. Omni shall be relieved of any and all further responsibility to the Post-Confirmation Debtors, the Debtors and/ or their estates or creditors as claims, noticing and balloting agent in this bankruptcy case, effective July 26, 2023 and the Debtors' contract with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Omni for services rendered on behalf of the Debtors in these Chapter 11 cases is hereby terminated as of July 26, 2023.

2. On or before August 25, 2023, Omni shall turn over and deliver to the Post-Confirmation Debtors, Stretto, Inc., and such other entity as the Clerk of the Court may direct, (i) all original proofs of claim, (ii) all official claims register information, together with an up-to-date mailing list for all creditors, including entities that have filed a proof of claim, a record of all transfers of claims, and any other information required to be maintained by Omni pursuant to the Order appointing Omni in this case, and (iii) two (2) flash drives or a secure electronic mail transfer of all imaged claims and a .xls file containing all claim information.

3. Omni shall for ninety (90) days after entry of this Order, collect and promptly forward any mail it receives related to this chapter 11 case to Stretto, or such other person or entity as may be designated by the Post-Confirmation Debtors or the Wind Down Estates.

4. Omni shall promptly submit its invoices for payment to the Post-Confirmation Debtors or the Wind Down Estates, as applicable. To the extent there is any dispute regarding the payment of Omni's invoices, the Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**Dated: August 18th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**