IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al.*,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 22, 2023 AT 1:00 P.M. (ET)**

**\*\* AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT \*\***

**ADJOURNED MATTERS:**

1. Application for Administrative Expense Claim of $44,458.29 Arising Out of Equipment Leases (Filed by First-Citizens Bank & Trust Company) [Filed July 25, 2023; Docket No. 924].

   Objection Deadline:    August 11, 2023 at 4:00 p.m.

   Responses/Objections Received: None at this time.

   Related Documents: None at this time.

   Status:  By agreement of the parties, this matter has been adjourned to the next omnibus hearing date to be determined.

2. Application of Biz2Credit Inc. for Allowance and Payment of Administrative Expense Claim [Filed July 25, 2023; Docket No. 925].

   Objection Deadline:    August 8, 2023 at 4:00 p.m.

   Responses/Objections Received:

   A.  Post-Confirmation Debtors' Objection to the Application of Biz2Credit Inc. for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

16263186/1

Allowance and Payment of Administrative Expense Claim [Filed August 8, 2023; Docket No. 948].

Related Documents: None at this time.

Status: By agreement of the parties, this matter has been adjourned to the next omnibus hearing date to be determined.

3. Request for Allowance and Payment of Administrative Expenses (Filed by American Express Kabbage Inc. and American Express Travel Related Services Company, Inc.) [Filed July 25, 2023; Docket No. 926].

   Objection Deadline:   Extended through August 21, 2023.

   Responses/Objections Received: None at this time.

   Related Documents: None at this time.

   Status: By agreement of the parties, this matter has been adjourned to the next omnibus hearing date to be determined.

**RESOLVED MATTERS:**

4. Motion of the Post-Confirmation Debtors for Entry of an Order Amending Case Caption [Filed July 20, 2023; Docket No. 910].

   Objection Deadline:   August 3, 2023 at 4:00 p.m.

   Responses/Objections Received: None.

   Related Documents:

   A. Certificate of No Objection Regarding Motion of the Post-Confirmation Debtors for Entry of an Order Amending Case Caption [Filed August 4, 2023; Docket No. 945].

   B. Order Amending Case Caption [Filed August 7, 2023; Docket No. 946].

   Status: An order was entered by the Court on August 7, 2023. Accordingly, a hearing on this matter is no longer necessary.

5. Motion of Post-Confirmation Debtors, for an Order Terminating Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective July 26, 2023 and Directing Delivery of Claims and Claims Records [Filed July 26, 2023; Docket No. 928].

   Objection Deadline:   August 15, 2023 at 4:00 p.m.

Responses/Objections Received: None.

Related Documents:

A. Certificate of No Objection Regarding Motion of Post-Confirmation Debtors, for an Order Terminating Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective July 26, 2023 and Directing Delivery of Claims and Claims Records [Filed August 16, 2023; Docket No. 958].

B. Order Terminating Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective July 26, 2023 and Directing Delivery of Claims and Claims Records [Filed August 18, 2023; Docket No. 960].

Status: An order was entered by the Court on August 18, 2023. Accordingly, a hearing on this matter is no longer necessary.

**FEE APPLICATIONS:**

6. Final Fee Applications – See attached **Exhibit A**.

   Response/Objection Deadline: August 10, 2023 at 4:00 p.m.

   Responses/Objections Received: None.

   Related Documents:

   A. Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses [Filed August 17, 2023; Docket No. 959].

   Status: A proposed omnibus order approving the final fee applications has been submitted under certification of counsel. Accordingly, a hearing is only necessary to the extent the Court has questions.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 18, 2023

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Tara C. Pakrouh (DE Bar No. 6192)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: tpakrouh@morrisjames.com

and

**PERKINS COIE LLP**
Bradley A. Cosman (admitted *pro hac vice*)
Kathleen Allare (admitted *pro hac vice*)
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
E-mail: BCosman@perkinscoie.com
E-mail: KAllare@perkinscoie.com

and

John D. Penn (admitted *pro hac vice*)
500 North Akard Street, Suite 3300
Dallas, TX  75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
E-mail: JPenn@perkinscoie.com

*Counsel to the Post-Confirmation Debtors, operating as the Wind Down Estates*