# **EXHIBIT A**

[Final Fee Applications]

16263186/1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                            :     Chapter 11
                                                 :
**KServicing Wind Down Corp.,** *et al.***,**    :     Case No. 22-10951 (CTG)
                                                 :
                                                 :     (Jointly Administered)
                                                 :
          Post-Confirmation Debtors.[1]          :
------------------------------------------------------------ x

**INDEX OF FINAL FEE APPLICATIONS**
**TO BE CONSIDERED AT THE AUGUST 22, 2023 HEARING**

1. Combined Third Interim and Final Fee Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for (I) the Interim Period from April 1, 2023 through June 20, 2023 and (II) the Final Period from October 3, 2022 through June 20, 2023 [Docket No. 914; filed July 20, 2023]

    Response/Objection Deadline:          August 10, 2023 at 4:00 p.m. (ET)

    Related Documents:

    A.  Seventh Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from April 1, 2023 through April 30, 2023 [Docket No. 857; filed June 8, 2023]

    B.  Certificate of No Objection Regarding the Seventh Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from April 1, 2023 through April 30, 2023 (No Order Required) [Docket No. 882; filed June 29, 2023]

    C.  Eighth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

RLF1 29469029v.1

        Counsel to the Debtors for the Period from May 1, 2023 through May 31, 2023 [Docket No. 898; filed July 14, 2023]

    D.    Certificate of No Objection Regarding the Eighth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from May 1, 2023 through May 31, 2023 (No Order Required) [Docket No. 944; filed August 4, 2023]

    E.    Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 1, 2023 through June 20, 2023 [Docket No. 903; filed July 18, 2023]

    F.    Certificate of No Objection Regarding the Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 1, 2023 through June 20, 2023 (No Order Required) [Docket No. 951; filed August 8, 2023]

2.    AlixPartners, LLP's Joint (I) Third Interim Fee Application for the Period from April 1, 2023 through June 20, 2023 and (II) Final Fee Application for the Period from October 3, 2022 through June 20, 2023 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtors [Docket No. 915; filed July 20, 2023]

    <u>Response/Objection Deadline:</u>    August 10, 2023 at 4:00 p.m. (ET)

    <u>Related Documents:</u>

    A.    Seventh Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through April 30, 2023 [Docket No. 854; filed June 8, 2023]

    B.    Certificate of No Objection Regarding the Seventh Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2023 through April 30, 2023 (No Order Required) [Docket No. 879; filed June 29, 2023]

    C.    Eighth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through May 31, 2023 [Docket No. 895; filed July 13, 2023]

- D. Certificate of No Objection Regarding the Eighth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2023 through May 31, 2023 (No Order Required) [Docket No. 935; filed August 3, 2023]

- E. Ninth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through June 20, 2023 [Docket No. 907; filed July 19, 2023]

- F. Certificate of No Objection Regarding the Ninth Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2023 through June 20, 2023 (No Order Required) [Docket No. 953; filed August 9, 2023]

3. Third Interim and Final Fee Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors for the (I) Third Interim Period of April 1, 2023 through June 20, 2023 and (II) Final Compensation Period of October 3, 2022 through June 20, 2023 [Docket No. 916; filed July 20, 2023]

   Response/Objection Deadline:	August 10, 2023 at 4:00 p.m. (ET)

   Related Documents:

   - A. Seventh Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from April 1, 2023 through April 30, 2023 [Docket No. 856; filed June 8, 2023]

   - B. Certificate of No Objection Regarding the Seventh Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Period from April 1, 2023 through April 30, 2023 (No Order Required) [Docket No. 881; filed June 29, 2023]

   - C. Eighth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from May 1, 2023 through May 31, 2023 [Docket No. 897; filed July 13, 2023]

   - D. Certificate of No Objection Regarding the Eighth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Period from May 1, 2023 through May 31, 2023 (No Order Required) [Docket No. 937; filed August 3, 2023]

E. Ninth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from June 1, 2023 through June 20, 2023 [Docket No. 909; filed July 19, 2023]

F. Certificate of No Objection Regarding the Ninth Monthly Application of Jones Day, Special Counsel to the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for Period from June 1, 2023 through June 20, 2023 (No Order Required) [Docket No. 955; filed August 9, 2023]

4. Third Interim and Final Fee Application of Greenberg Traurig, LLP, Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Interim Period from April 1, 2023 through June 20, 2023 and the Final Period from October 3, 2022 through June 20, 2023 [Docket No. 917; filed July 20, 2023]

Response/Objection Deadline:     August 10, 2023 at 4:00 p.m. (ET)

Related Documents:

A. Seventh Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2023 through April 30, 2023 [Docket No. 855; filed June 8, 2023]

B. Certificate of No Objection Regarding the Seventh Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2023 through April 30, 2023 (No Order Required) [Docket No. 880; filed June 29, 2023]

C. Eighth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2023 through May 31, 2023 [Docket No. 894; filed July 13, 2023]

D. Certificate of No Objection Regarding the Eighth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2023 through May 31, 2023 (No Order Required) [Docket No. 934; filed August 3, 2023]

- E. Ninth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from June 1, 2023 through June 20, 2023 [Docket No. 908; filed July 19, 2023]

- F. Certificate of No Objection Regarding the Ninth Monthly Application of Greenberg Traurig, LLP, as Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from June 1, 2023 through June 20, 2023 (No Order Required) [Docket No. 954; filed August 9, 2023]

5. Final Fee Application of Omni Agent Solutions, Inc. for Payment of Compensation and Reimbursement of Expenses for the Period from October 3, 2022 through June 20, 2023 [Docket No. 918; filed July 20, 2023]

   Response/Objection Deadline:        August 10, 2023 at 4:00 p.m. (ET)

6. Third Interim and Final Fee Application of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for the (I) Third Interim Period April 1, 2023 through June 20, 2023 [Docket No. 919; filed July 20, 2023]

   Response/Objection Deadline:        August 10, 2023 at 4:00 p.m. (ET)

   Related Documents:

   - A. Seventh Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period April 1, 2023 through April 30, 2023 [Docket No. 862; filed June 13, 2023]

   - B. Certificate of No Objection Regarding the Seventh Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period April 1, 2023 through April 30, 2023 (No Order Required) [Docket No. 884; filed July 7, 2023]

   - C. Eighth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period May 1, 2023 through May 31, 2023 [Docket No. 896; filed July 13, 2023]

   - D. Certificate of No Objection Regarding the Eighth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period May 1, 2023 through May 31, 2023 (No Order Required) [Docket No. 936; filed August 3, 2023]

- 6 -

E.      Ninth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period June 1, 2023 through June 20, 2023 [Docket No. 904; filed July 19, 2023]

F.      Certificate of No Objection Regarding the Ninth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for Period June 1, 2023 through June 20, 2023 (No Order Required) [Docket No. 956; filed August 9, 2023]