# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et. al.*,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

On July 19, 2023, American Express Kabbage Inc. ("Amex Kabbage") filed its *Request for Allowance and Payment of Administrative Expenses* (D.I. 926) in the above-captioned case in relation to certain administrative expenses incurred by Amex Kabbage (the "Amex Kabbage Administrative Expense Claim"). Amex Kabbage hereby withdraws the Amex Kabbage Administrative Expense Claim, without prejudice. For the avoidance of doubt, withdrawal of the Amex Kabbage Administrative Expense Claim shall have no impact on claim numbers 131 and 256 and Amex Kabbage is not withdrawing those claims.

Dated: August 30, 2023
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Derek C. Abbott (No. 3376)
Jonathan M. Weyand (No. 6959)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxidentification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/aKServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC)(N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A);KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803);KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973);and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailingand service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

Telephone: (302) 658-9200
dabbott@morrisnichols.com
jweyand@morrisnichols.com

*-and-*

**SULLIVAN & CROMWELL LLP**

James L. Bromley (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000 Email:
bromleyj@sullcrom.com

Amanda Flug Davidoff (admitted *pro hac vice)*
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006-5215
Telephone: (202) 956-7500
davidoffa@sullcrom.com

*Counsel to American Express*