**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                               :   Chapter 11
                                                    :
**KServicing Wind Down Corp.,** *et al.*,           :   Case No. 22-10951 (CTG)
                                                    :
                                                    :   (Jointly Administered)
          **Post-Confirmation Debtors.**[1]         :
                                                    :   Re: Docket Nos. 914, 915, 916, 917, 918, 919 & 959
------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING *REVISED* OMNIBUS**
**ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies as follows:

1. In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered October 21, 2022 [Docket No. 136] (the "**Interim Compensation Order**"), the *Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors* [D.I. 627], and the *Order Confirming Amended Joint Chapter 11 Plan of Liquidation of Kabbage, Inc. (d/b/a KServicing) and its Affiliated Debtors* [D.I. 680], those professionals listed on **Exhibit A** attached hereto (each, an "**Applicant**" and collectively, the "**Applicants**") filed their respective final fee applications [Docket Nos. 914, 915, 916, 917, 918 & 919] (collectively, the "**Final Fee Applications**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

2. On August 17, 2023, the Debtors filed the *Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses* [Docket No. 959]. Attached thereto as Exhibit A was a proposed form of order approving the Final Fee Applications (the "**Proposed Order**").

3. Following the submission of the Proposed Order, the Court made certain comments with respect to the Final Fee Application of Richards, Layton & Finger, P.A. ("**RL&F**"). The comments made by the Court were resolved by agreed upon reductions by RL&F, which are reflected in a revised form of the Proposed Order (the "**Revised Order**"). A copy of the Revised Order is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit B**.

*(Remainder of Page Intentionally Left Blank)*

WHEREFORE, the Debtors respectfully request that the Revised Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: August 31, 2023
      Wilmington, Delaware

/s/ Matthew P. Milana
RICHARDS, LAYTON & FINGER, P.A.
Daniel J. DeFranceschi, Esq. (No. 2732)
Amanda R. Steele, Esq. (No. 5530)
Zachary I. Shapiro, Esq. (No. 5103)
Matthew P. Milana, Esq. (No. 6681)
Huiqi Liu, Esq. (No. 6850)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
E-mail: defranceschi@rlf.com
       steele@rlf.com
       shapiro@rlf.com
       milana@rlf.com
       liu@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
Chase A. Bentley, Esq. (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
E-mail:    ray.schrock@weil.com
       candace.arthur@weil.com
       chase.bentley@weil.com

*Attorneys for the Debtors*