# EXHIBIT A

**Final Fee Applications**
**In re: KServicing Wind Down Corp., *et al*.**
**Case No. 22-10951 (CTG)**

| Applicant, Docket No. of Application & Applicant's Role in Cases | Final Compensation Period | Total Fee Amount Requested on a Final Basis | Total Expense Amount Requested on a Final Basis | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A. [D.I. 914] Co-Counsel to the Debtors | 10/3/22 – 6/20/23 | $2,083,233.00 | $53,053.36 | $2,081,377.00[1,2] | $53,053.36[1] |
| AlixPartners, LLP [D.I. 915] Financial Advisor to the Chapter 11 Debtors | 10/3/22 – 6/20/23 | $4,164,322.25 | $30,962.60 | $4,164,322.25 | $30,962.60 |
| Jones Day [D.I. 916] Special Counsel to the Debtors | 10/3/22 – 6/20/23 | $335,542.50 | $241,372.90 | $335,542.50 | $241,372.90 |

---

[1] The Final Fee Application filed by Richards, Layton & Finger, P.A. ("**RL&F**") included Estimated Amounts for the Estimated Period (each as defined therein). To the extent the Estimated Amounts are ultimately not used in satisfaction of fees and expenses incurred by RL&F, any unused amounts shall be paid to the Wind Down Estates in accordance with the terms of the Plan.

[2] The Final Fees Approved for RL&F include an agreed reduction of $1,856.00 from the Total Fee Amount Requested on a Final Basis.

RLF1 29554080v.1

| Applicant, Docket No. of Application & Applicant's Role in Cases | Final Compensation Period | Total Fee Amount Requested on a Final Basis | Total Expense Amount Requested on a Final Basis | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|
| Greenberg Traurig, LLP [D.I. 917] Special Counsel to the Board of Directors of Kabbage, Inc. d/b/a KServicing | 10/3/22 – 6/20/23 | $475,895.00 | $411.25 | $475,895.00 | $411.25 |
| Omni Agent Solutions, Inc. [D.I. 918] Administrative Agent | 10/3/22 – 6/20/23 | $59,056.85 | $0.00 | $59,056.85 | $0.00 |
| Weil, Gotshal & Manges LLP [D.I. 919] Attorneys for Debtors | 10/3/22 – 6/20/23 | $11,020,968.50 | $72,043.36 | $11,020,968.50 | $72,043.36 |