**Footnote for Q2 Post Confirmation Report**

Pursuant to the confirmed chapter 11 plan, final professional fees were paid through a professional fee reserve established prior to the plan effective date. The transfer of funds to the professional fee reserve was included as a disbursement in the June Monthly Operating Report.