IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>KServicing Wind Down Corp., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-10951 (CTG)<br><br>(Jointly Administered)<br><br>**RE: D.I. 111** |

**NOTICE OF WITHDRAWAL AND SUBSTITION OF COUNSEL
WITHIN THE SAME FIRM AND AMENDED NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Gregory W. Werkheiser, Esquire, of the law firm of Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") hereby withdraws his appearance as Delaware counsel to Cross River Bank ("CRB") in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that Daniel N. Brogan, Esquire, of Benesch hereby enters and substitutes his appearance as Delaware counsel for CRB in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") shall remain as lead counsel to CRB in the above-captioned cases. See Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 [D.I. 111].

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002, 3017, and 9007, all notices and pleadings given or required to be given in this bankruptcy case, including but not limited to, all notices (including those required by Fed. R. Bankr. P. 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

1

plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon CRB through service upon Quinn Emanuel and Benesch as follows:

| | |
|---|---|
| Susheel Kirpalani, Esq.<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Email: susheelkirpalani@quinnemanuel.com | Daniel N. Brogan, Esq.<br>BENESCH, FRIEDLANDER, COPLAN<br>   & ARONOFF LLP<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302)442-7010<br>Email: dbrogan@beneschlaw.com |

-and-

Matthew R. Scheck, Esq.
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
300 West 6th St, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
Email: matthewscheck@quinnemanuel.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Dated: September 20, 2023

| | |
|---|---|
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |
| */s/ Gregory W. Werkheiser* | */s/ Daniel N. Brogan* |
| Gregory W. Werkheiser (DE No. 3553) | Daniel N. Brogan (DE No. 5723) |
| 1313 N. Market Street, Suite 1201 | 1313 N. Market Street, Suite 1201 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 442-7010 | Telephone: (302) 442-7010 |
| Facsimile: (302) 442-7012 | Facsimile: (302) 442-7012 |
| Email: gwerkheiser@beneschlaw.com | Email: dbrogan@beneschlaw.com |
| *Withdrawing Delaware Counsel to Cross River Bank* | *Substituting Delaware Counsel to Cross River Bank* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2023, I caused the foregoing document to be served by electronic means via the Court's ECF system to all parties registered to receive electronic notice in this case.

                                               */s/ Daniel N. Brogan*
                                               Daniel N. Brogan (DE No. 5723)