IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al.*,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 4, 2023 AT 1:00 P.M. (ET)**

**\*\* THIS HEARING HAS BEEN CANCELLED
AT THE DIRECTION OF THE COURT \*\***

**ADJOURNED MATTERS:**

1. Application for Administrative Expense Claim of $44,458.29 Arising Out of Equipment Leases (Filed by First-Citizens Bank & Trust Company) [Filed July 25, 2023; Docket No. 924].

    Objection Deadline:   August 11, 2023 at 4:00 p.m.

    Responses/Objections Received: None at this time.

    Related Documents: None at this time.

    Status:  This matter has been adjourned to November 13, 2023 at 3:00 p.m. (ET).

2. Application of Biz2Credit Inc. for Allowance and Payment of Administrative Expense Claim [Filed July 25, 2023; Docket No. 925].

    Objection Deadline:   August 8, 2023 at 4:00 p.m.

    Responses/Objections Received:

    A. Post-Confirmation Debtors' Objection to the Application of Biz2Credit Inc. for Allowance and Payment of Administrative Expense Claim [Filed August 8, 2023;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

16327214/1

Docket No. 948].

Related Documents: None at this time.

Status:  This matter has been adjourned to November 13, 2023 at 3:00 p.m. (ET).

| | |
|---|---|
| Dated: September 28, 2023 | **MORRIS JAMES LLP** |
| | */s/ Brya M. Keilson* |
| | Eric J. Monzo (DE Bar No. 5214) |
| | Brya M. Keilson (DE Bar No. 4643) |
| | Tara C. Pakrouh (DE Bar No. 6192) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: emonzo@morrisjames.com |
| | E-mail: bkeilson@morrisjames.com |
| | E-mail: tpakrouh@morrisjames.com |
| | and |
| | **PERKINS COIE LLP** |
| | Bradley A. Cosman (admitted *pro hac vice*) |
| | Kathleen Allare (admitted *pro hac vice*) |
| | 2901 North Central Avenue, Suite 2000 |
| | Phoenix, AZ 85012-2788 |
| | Telephone: (602) 351-8000 |
| | Facsimile: (602) 648-7000 |
| | E-mail: BCosman@perkinscoie.com |
| | E-mail: KAllare@perkinscoie.com |
| | and |
| | John D. Penn (admitted *pro hac vice*) |
| | 500 North Akard Street, Suite 3300 |
| | Dallas, TX  75201-3347 |
| | Telephone: (214) 965-7700 |
| | Facsimile: (214) 965-7799 |
| | E-mail: JPenn@perkinscoie.com |
| | *Counsel to the Post-Confirmation Debtors, operating as the Wind Down Estates* |