## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al.*[1], | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Robin White, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases[2].

On September 29, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on October 4, 2023 at 1:00 P.M. (ET); Hearing Cancelled at the Direction of the Court** (Docket No. 973)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced documents via electronic service.

Dated: October 4, 2023

*Robin White*
Robin White

State of Colorado,

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

County of Denver

Subscribed and sworn to (or affirmed) before me on this 4th day of October 2023 by Robin White, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Kerrie Lynne Darby*

> KERRIE LYNNE DARBY
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20234021580
> MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309

[2] Effective July 26, 2023, Stretto, Inc. has been employed by the Post-Confirmation Debtors.

# Exhibit A

 STRETTO

**Exhibit A**
Served via First-Class Mail

| Creditor Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| American Express Kabbage Inc | Attn: Tara Rajani | 730 Peachtree St NE, Ste 1100 | | | Atlanta | GA | 30308 |
| Delaware Division of Revenue | Attn: Zillah Frampton | 820 French St | | | Wilmington | DE | 19801 |
| Delaware Division of Revenue/Bankruptcy Service | Attn:  Bankruptcy Administrator | 820 N French St, 8th Fl | Carvel State Bldg | | Wilmington | DE | 19801 |
| Delaware State Treasury | | 820 Silver Lake Blvd, Ste 100 | | | Dover | DE | 19904 |
| Department of Treasury - Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Google LLC | Attn: Kent Walker, Cody Bowlay | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043 |
| Libra Risk Management | Attn: Ian Cox | 12 Howard Ave | | | Foxborough | MA | 02035 |
| Microsoft | Attn: Hossein Nowhar | 1 Microsoft Way | | | Redmond | WA | 98052 |
| Secretary of State | Division Of Corporations | Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 |
| Securities & Exchange Commission | Attn: Mark Berger, Regional Dir | 100 Pearl St | Ste 20-100 | | New York | NY | 10004-2616 |
| Securities & Exchange Commission | | 100 F St NE | | | Washington | DC | 20549 |
| Securities & Exchange Commission | New York Regional Office | Attn: Antonia Apps | 100 Pearl St., Ste 20-100 | | New York | NY | 10004-2616 |
| Slack Technologies, LLC | Attn: David Schellhase | 50 Fremont St, Ste 300 | | | San Francisco | CA | 94105 |
| State of Delaware Attorney General | Office of the Attorney General | Attn: Bankruptcy Dept | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| TKCG, Inc. | Attn: Lisa Williams | 981 Joseph Lowery Blvd NW, Ste 100 | | | Atlanta | GA | 30318 |
| United States Attorney General | Dept of Justice | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 |
| United States Trustee | Attn: Richard L Schepacarter & Rosa Sierra-Fox | 844 King St, Ste 2207 | Lockbox 35 | Lockbox 35 | Wilmington | DE | 19801 |
| US Attorney for the District of Delaware | Attn: David C Weiss | 1313 N Market St | US Attorney's Office | Hercules Bldg | Wilmington | DE | 19801 |
| Vital Outsourcing Services Inc. | Attn: Ken Braddock | 4775 Peachtree Industrial Blvd, Ste 310 | | | Berkeley Lake | GA | 30092 |
| Wilmington Savings Fund Society, FSB | As the Trustee of Small Business Loan Asset Trust | 500 Delaware Ave, 11th Fl | | | Wilmington | DE | 19801 |

In re: KServicing WInd-Down Corp., et al.
Case No. 22-10951

Document Ref: GAX3Q-D2UZE-JVJVZ-SAWCJ

# __Exhibit B__



**Exhibit B**
Served via Electronic Mail

| Creditor Name | Attention | Attention 2 | Email |
|---|---|---|---|
| Amazon Web Services | c/o K&L Gates/Brian Peterson | | brian.peterson@klgates.com |
| American Express | c/o Morris, Nichols, Arsht & Tunnell LLP | Attn: Derek C Abbott & Jonathan M Weyand | dabbott@morrisnichols.com; jweyand@morrisnichols.com |
| American Express | Sullivan & Cromwell LLP | Attn: James L Bromley | bromley@sullcrom.com |
| Biz2X LLC | Attn: Shweta Mohan | | shweta.mohan@biz2credit.com |
| Box, Inc. | Attn: David Leeb, Jason Silapachai | | jsilapachai@box.com |
| Celtic Bank Corporation | Attn: Leslie K Rinaldi, General Counsel | | lrinaldi@celticbank.com |
| CoreCard Software, Inc | c/o Baker Donelson | Attn: Kathleen G Furr | kfurr@bakerdonelson.com |
| CoreCard Software, Inc | c/o McCarter & English, LLP | Attn: Kate R Buck | kbuck@mccarter.com |
| Corporation Service Company | Attn: Kevin Hunter and Jessica Mullenix Woodward | | jessica.woodward@cscgfm.com; UCCSPREP@cscglobal.com |
| Cross River Bank | Attn: Gilles Gade & Arlen Gelbard & Frayda Ginsburg | | agelbard@crossriverbank.com; fginsburg@crossriver.com; ggade@crossriverbank.com |
| Cross River Bank | c/o Benesch, Friedlander, Coplan & Aronoff, LLP | Attn: Gregory W Werkheiser | gwerkheiser@beneschlaw.com |
| Cross River Bank | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Matthew R Scheck | matthewscheck@quinnemanuel.com |
| Cross River Bank | c/o Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani | susheelkirpalani@quinnemanuel.com |
| Customers Bank | Attn: Sam Sidhu & Andrew Sachs | COO & General Counsel | ssidhu@customersbank.com; asachs@customersbank.com |
| Customers Bank | Attn: Sam Sidhu & Andrew Sachs & Jennifer Petsu | COO & General Counsel | ssidhu@customersbank.com; asachs@customersbank.com; jpetsu@customersbank.com |
| Customers Bank | c/o Kilpatrick Townsend & Stockton LLP | Attn: David M Posner & Gianfranco Finizio | dposner@kilpatricktownsend.com; gfinizio@kilpatricktownsend.com |
| Customers Bank | c/o Sullivan Hazeltine Allinson LLC | Attn: William A Hazeltine | whazeltine@sha-llc.com |
| Debtors' Counsel | c/o Richards, Layton & Finger, PA | Attn: Daniel J. DeFranceschi, Amanda R. Steele, Zachary I. Shapiro; Matthew P. Milana | defranceschi@rlf.com; milana@rlf.com; steele@rlf.com; shapiro@rlf.com;defranceschi@rlf.com |
| Debtors' Counsel | c/o Weil, Gotshal & Manges LLP | Attn: Ray C Schrock, Chase A Bentley | ray.schrock@weil.com; chase.bentley@weil.com; candace.arthur@weil.com |
| Federal Reserve Bank | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M Schweitzer & Richard C Minott | lschweitzer@cgsh.com; rminott@cgsh.com |
| Federal Reserve Bank of Minneapolis | Attn: Tavis J Morello | | Tavis.Morello@mpls.frb.org |
| Federal Reserve Bank of San Francisco | Attn: Credit Risk Management | | Braden.Parker@sf.frb.org; wallace.young@sf.frb.org; Avery.Belka@sf.frb.org |
| Federal Reserve Bank of San Francisco | c/o Cleary Gottlieb | Attn: Lisa M Schweitzer & Richard C Minott | lschweitzer@cgsh.com; rminott@cgsh.com |
| Federal Reserve Bank of San Francisco & Federal Reserve Bank | c/o Young Conaway Stargatt & Taylor, LLP | Attn: Pauline K Morgan, Ryan M Bartley, Sean T Greecher | pmorgan@ycst.com; rbartley@ycst.com; sgreecher@ycst.com; bankfilings@ycst.com |
| Federal Trade Commission | Attn Marguerite Moeller, Michael Boutros, Hans Clausen, Alan Bakowski | | mmoeller@ftc.gov; mboutros@ftc.gov; hclausen@ftc.gov; abakowski@ftc.gov |
| Federal Trade Commission | Attn: Marguerite Moeller & Alan Babowski | | mmoeller@ftc.gov |
| First-Citizens Bank & Trust Company | c/o Dressler Peters, LLC | Attn: Kenneth D Peters | kpeters@dresslerpeters.com |
| First-Citizens Bank & Trust Company | c/o Fineman Krekstein & Harris PC | Attn: Deirdre M. Richards, Esquire | drichards@finemanlawfirm.com |
| Fortis Advisors | Attn: Courtney Nothaus | | Address on File |
| Insperity, Inc. | c/o Cousins Law LLC | Attn: Scott D. Cousins | scott.cousins@cousins-law.com |
| Jason Carr, Vicki LeMaster, Edward Ford Svcs LLC, Carlton Morgan, 365 Sun, Candice Worthy et al. | c/o White & Williams, LLP | Attn: Justin E Proper, Esq, Shane R Heskins, Esq | properj@whiteandwilliams.com; heskins@whiteandwilliams.com |
| Kabbage, Inc. d/b/a KServicing | Attn: Holly Loiseau, General Counsel | | hloiseau@kservicecorp.com |
| KLDiscovery Ontrack, LLC | Attn: Dale Drury | | dale.drury@kldiscovery.com |
| Lanier Parking Solutions I, LLC  d/b/a Reef Parking | dba Reef Parking | Attn: Elliot Roby | elliott.roby@reefparking.com |
| Major, Linsey & Africa / Allegis Group Holdings Inc. | Attn: Michael A Albino | | malbino@mlaglobal.com |
| Moore Colson | Attn: Sarah Parker | | sparker@moorecolson.com |
| MorganFranklin Consulting, LLC | Attn: Timothy Keefe | | tim.keefe@morganfranklin.com |
| Option 1 Partners LLC | Attn: Jackie Flake | | jackie@option1partners.com |
| Post-Confirmation Debtors, operating as the Wind Down Estates | c/o Morris James LLP | Attn: Brya Keilson & Eric Monzo & Tara C. Pakrouh | emonzo@morrisjames.com; bkeilson@morrisjames.com; tpakrouh@morrisjames.com |

In re: KServicing WInd-Down Corp., et al.
Case No. 22-10951

Page 1 of 2



**Exhibit B**
Served via Electronic Mail

| Creditor Name | Attention | Attention 2 | Email |
|---|---|---|---|
| Post-Confirmation Debtors, operating as the Wind Down Estates | c/o Perkins Coie LLP | Attn: Bradley Cosman & Kathleen Allare | BCosman@perkinscoie.com; KAllare@perkinscoie.com |
| Post-Confirmation Debtors, operating as the Wind Down Estates | c/o Perkins Coie LLP | Attn: John Penn | JPenn@perkinscoie.com |
| RSM US LLP | Attn: Ben Brockman | | ben.brockman@rsmus.com |
| Shareholders | c/o Goodwin Procter LLP | Attn: Dondi Dancy & Adam Slutsky | ddancy@goodwinlaw.com |
| Shareholders | c/o Goodwin Procter LLP | Attn: Kimberly Larie, Nathan Hagler, Adam Slutsky | KLarie@goodwinlaw.com; NHagler@goodwinlaw.com; ASlutsky@goodwinlaw.com |
| Small Business Administration | Attn: Susan Streich Attn: Christine Nell Attn: Eric S. Benderson | | eric.benderson@sba.gov; susan.streich@sba.gov; christine.nell@sba.gov |
| The Board of Directors of Kabbage, Inc. d/b/a Kservicing | c/o Greenberg Traurig, LLP | Attn: Anthony W Clark & Dennis A Meloro | Anthony.Clark@gtlaw.com; melorod@gtlaw.com |
| The Board of Directors of Kabbage, Inc. d/b/a Kservicing | c/o Greenberg Traurig, LLP | Attn: Brian E Greer | greerb@gtlaw.com |
| The Board of Directors of Kabbage, Inc. d/b/a Kservicing | c/o Greenberg Traurig, LLP | Attn: David B Kurzweil & Matthew A Petrie | kurzweild@gtlaw.com; petriem@gtlaw.com |
| Thomas E. Austin Jr., LLC | Attn: Thomas E Austin Jr | | taustin@taustinlaw.com |
| Transunion Risk And Alternative Data Solutions | Attn: Steven Littman | | steven.littman@transunion.com |
| U.S. Attorney's Office | District of Massachusetts, Civil Division | Attn: Diane Seol, Brian LaMacchia & Sarah Loucks | Diane.Seol@usdoj.gov; Brian.LaMacchia@usdoj.gov; sarah.e.loucks@usdoj.gov; |
| U.S. Attorney's Office for the Eastern District of Texas Civil Division | Attn: Betty Young | | betty.young@usdoj.gov |
| U.S. Department of Justice - Civil Division | Attn: Alastair M Gesmundo | P.O. Box 875 | Alastair.M.Gesmundo@usdoj.gov |
| U.S. Department of Justice - Civil Division, Commercial Litigation Branch, Fraud Section | Civil Division, Commercial Litigation Branch Fraud Section | Attn: Sarah Loucks &  Alastair M Gesmundo | Sarah.E.Loucks@usdoj.gov; Alastair.M.Gesmundo@usdoj.gov |
| U.S. Small Business Administration | Attn: Edward Ledford, Deputy Director | | edward.ledford@sba.gov |
| United States Trustee | Attn: Richard L Schepacarter & Rosa Sierra-Fox | | richard.schepacarter@usdoj.gov; rosa.sierra-fox@usdoj.gov |
| URS Technologies Solutions LLC | Attn: Mukesh Chamedia | | mukesh@blucognition.com |
| Vaco LLC | Attn: Shannon Gwinner | | sgwinner@vaco.com |

In re: KServicing WInd-Down Corp., et al.
Case No. 22-10951

Page 2 of 2

Document Ref: GAX3Q-D2UZE-JVJVZ-SAWCJ

Page 6 of 6

# Signature Certificate

Reference number: GAX3Q-D2UZE-JVJVZ-SAWCJ

| Signer | Timestamp | Signature |
|---|---|---|

**Robin White**
Email: robin.white@stretto.com

| | | |
|---|---|---|
| Sent: | 04 Oct 2023 15:01:31 UTC | |
| Viewed: | 04 Oct 2023 15:01:35 UTC | |
| Signed: | 04 Oct 2023 15:01:50 UTC | |

**Recipient Verification:**

| | | |
|---|---|---|
| ✔ Email verified | 04 Oct 2023 15:01:35 UTC | |
| ✔ Personally Known | 04 Oct 2023 15:01:21 UTC | |

IP address: 99.15.115.110
Location: Brentwood, United States

**Kerrie Darby**
Email: kerrie.darby@stretto.com

| | | |
|---|---|---|
| Sent: | 04 Oct 2023 15:01:31 UTC | |
| Viewed: | 04 Oct 2023 15:01:56 UTC | |
| Signed: | 04 Oct 2023 15:02:00 UTC | |

IP address: 4.4.195.18
Location: Centennial, United States

Document notarized online using audio-video communication on:
04 Oct 2023 15:02:00 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.

