**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| KServicing Wind Down Corp., *et al.*,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 998, 999, 1000 |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF (I) KSERVICING WIND DOWN CORP.'S OBJECTION TO THE JUNEAU GROUP'S CLAIMS; (II) KSERVICING WIND DOWN CORP.'S OBJECTION TO CLAIM NOS. 95 AND 149; AND (III) KSERVICING WIND DOWN CORP.'S OBJECTION TO THE WIGGINS CLAIM**

The above captioned post-confirmation debtors (collectively, "**KS Wind Down**") hereby request that the Court take judicial notice of the following documents in support of (i) *KServicing Wind Down Corp.'s Objection to the Juneau Group's Claims* ("**Juneau Group Objection**"); (ii) *KServicing Wind Down Corp.'s Objection to Claim Nos. 95 and 149* ("**Class Action Objection**"); and (iii) *KServicing Wind Down Corp.'s Objection to the Wiggins Claim* ("**Wiggins Objection**" and together with the Juneau Group Objection and the Class Action Objection, the "**Objections**").[2]

---

[1] The post-confirmation debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, as applicable, are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is KServicing Wind Down Corp. c/o Resolute Commercial Services, 6750 E. Camelback Road, Suite 103, Scottsdale, AZ 85251.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the respective Objection.

**A.     Juneau Group Objection**

1.     On December 18, 2023, KS Wind Down was sent a copy of a complaint and civil summons filed on February 21, 2023 in the State Court of Georgia for Hall County, relating to an action captioned *In re the Juneau Group, LLC v. American Express International d/b/a Kabbage, Inc and/or KServicing*. In support of the Juneau Objection, KS Wind Down requests that the Court take judicial notice of:

- *Civil Summons* and *Complaint*, dated February 21, 2023, attached as **Exhibit 1.**

**B.     Class Action Objection**

2.     On March 30, 2022, Jason Carr, Vicki LeMaster, Edward Ford Services LLC, Carlton Morgan¸ 365 Sun LLC, and Candice Worthy (together, the "**Representative Plaintiffs**") filed a complaint (the "**Complaint**") commencing the Class Action in the Northern District of Georgia. The case was administered under Case No. 22-01249. In support of the Class Objection, KS Wind Down requests that the Court take judicial notice of:

- *Class Action Complaint* dated March 30, 2022, ECF No. 1, attached as **Exhibit 2**;

- *Defendant Kabbage, Inc., d/b/a KServicing's Motion to Dismiss and Request for Oral Argument* and *Memorandum of Law in Support of its Motion to Dismiss*, dated May 31, 2022, ECF Nos. 12, 12-1, attached as **Exhibit 3**;

- *Plaintiff's Opposition to Defendant's Motion to Dismiss and Request for Oral Argument*, dated July 11, 2022, ECF No. 18, attached as **Exhibit 4**;

- *Defendant Kabbage, Inc., d/b/a KServicing's Reply in Further Support of its Motion Dismiss*, dated July 25, 2022, ECF No. 20, attached as **Exhibit 5**;

- *Order*, ECF 22, dated March 31, 2023, attached as **Exhibit 6**; and

- A copy of the Class Action ECF Docket, attached as **Exhibit 7**.

**C.    Wiggins Claim Objection**

3.    On February 24, 2021, the United States Attorney filed a criminal indictment against Wiggins. The criminal case is proceeding in the United States Court for the Southern District of Texas under the Case No. 21-cr-00066. In support of the Wiggins Objection, KS Wind Down requests that the Court take judicial notice of:

- *Criminal Indictment*, dated February 24, 2021, ECF No. 1, attached as **Exhibit 8**.

4.    On September 23, 2022, Wiggins filed a complaint ("**Complaint**") in the United States District for the Southern District of Texas against American Express Kabbage Inc., Kabbage, Inc., K-Servicing, Inc., Radius Intelligence, AWS, and American Express Company proceeding under the Case No. 4:22-CV-03302 ("**Civil Case**"). I have reviewed the Complaint and other pleadings in the Civil Case. In support of the Wiggins Objection, KS Wind Down requests that the Court take judicial notice of:

- *Complaint*, dated September 23, 2022, ECF No. 1, attached as **Exhibit 9**;
- *Order of Dismissal*, dated March 30, 2023, ECF No. 24, attached as **Exhibit 10**;
- A copy of the Civil Case ECF Docket, attached as **Exhibit 11**.

[*Remainder of Page Intentionally Left Blank*]

For the reasons above, the KS Wind Down respectfully requests judicial notice of each of the attached and above referenced documents.

| | |
|---|---|
| Dated: December 28, 2023 | **MORRIS JAMES LLP** |

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Tara C. Pakrouh (DE Bar No. 6192)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: tpakrouh@morrisjames.com

and

**PERKINS COIE LLP**
Bradley A. Cosman (admitted *pro hac vice*)
Kathleen Allare (admitted *pro hac vice*)
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
E-mail: BCosman@perkinscoie.com
E-mail: KAllare@perkinscoie.com

and

John D. Penn (admitted *pro hac vice*)
500 North Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
E-mail: JPenn@perkinscoie.com

*Counsel to the Post-Confirmation Debtors, operating as the Wind Down Estates*