# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al*.,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |
| | **Objection Deadline: October 28, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: November 4, 2024 at 10:00 a.m. (ET)** |

## NOTICE OF KSERVICING WIND DOWN CORPORATION'S THIRD (SUBSTANTIVE) OMNIBUS OBJECTION TO PROOFS OF CLAIM [PPP BORROWER CLAIMS]

**PLEASE TAKE NOTICE** that on, September 30, 2024, KServicing Wind Down Corporation ("**KServicing WD**") and its affiliates, as successors to Kabbage, Inc. d/b/a KServicing ("**KServicing**") and its affiliates, filed *KServicing Wind Down Corporation's Third (Substantive) Omnibus Objection to Proofs of Claim [PPP Borrower Claims]* (the "**Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION AND BY ANY FURTHER CLAIM OBJECTION THAT MAY BE FILED BY KSERVICING WD. THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO KSERVICING WD'S RIGHT TO PURSUE FURTHER OBJECTIONS AGAINST YOUR CLAIM(S) SUBJECT TO THE OBJECTION IN ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE BANKRUPTCY COURT.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

16957000/1

2

**PLEASE TAKE FURTHER NOTICE** If the holder of a claim that is the subject of the Objection wishes to respond to the Objection, on or before **October 28, 2024, at 4:00 p.m. (Prevailing Eastern Time)**, the holder must file a written response (each a "**Response**") with the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; and serve a copy upon the following (b) Perkins Coie, 500 North Akard Street, Suite 3300, Dallas, Texas 75201-3347, Attn: John Penn (JPenn@perkinscoie.com) and Bradley Cosman (bcosman@perkinscoie.com) and  Morris James, 500 Delaware Avenue, Suite 1500, Wilmington, Delaware 19801, Attn: Eric Monzo (emonzo@morrisjames.com).

**PLEASE TAKE FURTHER NOTICE** Responses to the Objection must contain, at minimum, the following: (a) a caption setting forth the name of the Bankruptcy Court, the name of the Debtor, the case number, and the title of the Objection to which the Response is directed; (b) the name of the claimant, the claim number, and a description of the basis for the amount of the claim; (c) the specific factual basis and supporting legal argument upon which the party will reply in opposing the Objection; (d) all documentation and other evidence in support of the claim, not previously filed with the Bankruptcy Court or the claims agent, upon which the claimant will rely in opposing the Objection; and (e) the name, address, telephone number, fax number, and/or email address of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for KServicing WD should communicate with respect to the claim subject to the Objection and who possesses authority to reconcile, settle, or otherwise resolve the objection to the claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** If no Response to the Objection is timely filed and received in accordance with the above procedures, an order may be entered sustaining the

2

16957000/1

Objection without further notice or a hearing. If a Response is properly filed, served, and received in accordance with the above procedures and such Response is not resolved, a hearing to consider such Response and the Objection will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **November 4, 2024, at 10:00 a.m.** (**Prevailing Eastern Time**) (the "**Hearing**"). Only a Response made in writing and timely filed will be considered by the Bankruptcy Court at the Hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 30, 2024

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Tara C. Pakrouh (DE Bar No. 6192)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com
E-mail: tpakrouh@morrisjames.com

and

**PERKINS COIE LLP**
Bradley A. Cosman (admitted *pro hac vice*)
Kathleen Allare (admitted *pro hac vice*)
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
E-mail: BCosman@perkinscoie.com
E-mail: KAllare@perkinscoie.com

and

3

16957000/1

4

John D. Penn (admitted *pro hac vice*)
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
E-mail: JPenn@perkinscoie.com

*Counsel to the Post-Confirmation Debtors, operating as the Wind Down Estates*

4

16957000/1