## EXHIBIT A

## Proposed Order

16957000/1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al.*,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |
| | **Re: Docket No. ___** |

**ORDER SUSTAINING KSERVICING WIND DOWN CORPORATION'S THIRD**
**(SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN**
**PROOFS OF CLAIMS [PPP BORROWER CLAIMS]**

Upon the third omnibus objection (the "**Objection**") of KServicing Wind Down

Corporation ("**KServicing WD**"), for entry of an order (this "**Order**") sustaining the Objection and

disallowing and expunging in their entirety the Claims set forth in **Schedule 1** attached hereto, and

this Court having jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and

the *Amended Standing Order of Reference* from the United States District Court for the District of

Delaware, dated February 29, 2012; and this Court being able to issue a final order consistent with

Article III of the United States Constitution; and venue of these Chapter 11 Cases and the Objection

in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core

proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate

notice of the on and the relief requested therein has been provided in accordance with the

Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or

further notice is necessary; and responses (if any) to the Objection having been withdrawn,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

resolved or overruled on the merits; and a hearing having been held to consider the relief requested in the Objection and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found and determined that the relief set forth in this Order is in the best interests of the Debtors and their estates; and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

### IT IS HEREBY ORDERED THAT:

1.      The Objection is SUSTAINED as set forth herein.

2.      Each Claim set forth in **Schedule 1** attached hereto is disallowed and expunged in its entirety.

3.      This Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object to or defend on any basis are expressly reserved with respect to any claims referenced or identified in the Objection that is not listed on **Schedule 1** attached hereto.

4.      KServicing WD's right to object on any other grounds that KServicing WD discovers is preserved.

5.      To the extent a response is filed regarding any claim, each such claim, and the Objection as it pertains to such claim, will constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

16957000/1

6.        KServicing WD is authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

7.        Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights KServicing WD may have to enforce rights of setoff against the claimants.

8.        Nothing in the Objection or this Order, nor any actions or payments made by KServicing WD pursuant to this Order, shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against KServicing WD under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the KServicing WD or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of KServicing WD or the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

9.        This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

10.        This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Objection or the implementation of this Order.

3

**<u>Schedule 1</u>**

16957000/1

| Name of Claimant | Claim Date Filed | Claim Number | Debtor | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 2 Brothers Electric LLC | 12/2/2022 | C951-191 | KServicing | $4,000.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| 7100 Sharks Inc | 12/6/2022 | C951-209 | KServicing | $2,256.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Abdulhadi, Mohammad | 11/28/2022 | C951-84 | KServicing | $5,561.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Aceves, Carlos | 12/10/2022 | C951-215 | KServicing | $63,490.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Alech Consultants LLC | 11/23/2022 | C951-48 | KServicing | $6,500.19 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Alech Consultants LLC | 11/30/2022 | C951-138 | KServicing | $13,501.43 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Ali, Emad | 11/28/2022 | C951-59 | KServicing | $2,137.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Ali, Wisam Abd | 11/28/2022 | C951-67 | KServicing | $2,988.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Alsyden LLC | 11/30/2022 | C951-159 | KServicing | $23,777.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| AMR Trucking LLC | 11/28/2022 | C951-115 | KServicing | $9,778.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| AREP II SA Hotel, LLC | 11/30/2022 | C951-166 | KServicing | $100,118.55 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Armaga VR, Incorporated | 11/29/2022 | C951-117 | KServicing | $100,000.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Armaga Vr, Incorporated | 12/1/2022 | C951-189 | KServicing | $100,000.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| At Your Service, Ltd | 11/30/2022 | C951-175 | KServicing | $20,833.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Austral Salon, Inc | 11/28/2022 | C951-61 | KServicing | $92,034.79 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| AVDN Enterprise LLC | 12/30/2022 | C951-224 | KServicing | $3,125.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Barauskas, Algis V | 12/5/2022 | C951-201 | KServicing | $7,316.82 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Bastidas, Fernando | 11/3/2022 | C951-5 | KServicing | $21,337.47 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Bastidas, Tatiana | 11/3/2022 | C951-6 | KServicing | $21,337.47 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Bell, Marco Antonio | 11/30/2022 | C951-154 | KServicing | $45,076.86 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Bell, Marco Antonio | 11/30/2022 | C951-145 | KServicing | $45,076.86 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Bellows, Jason | 11/30/2022 | C951-151 | KServicing | $6,400.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Benchmark Construction, Inc. | 11/30/2022 | C951-164 | KServicing | $122,215.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Bendehhane, Abdelatti | 11/28/2022 | C951-86 | KServicing | $5,742.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Berglund, Keith W | 11/9/2022 | C951-22 | KServicing | $25,000.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Best Sister Friends Catering and Events LLC | 11/25/2022 | C951-58 | KServicing | $21,120.34 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |

1

| Name of Claimant | Claim Date Filed | Claim Number | Debtor | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Blue Star Cafe | 11/28/2022 | C951-62 | KServicing | $6,898.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Bright Rainbow LLC | 11/28/2022 | C951-60 | KServicing | $72,467.90 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Brim, Andrea B | 1/17/2023 | C951-230 | KServicing | | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Brummer, Roland | 12/19/2022 | C951-219 | KServicing | $6,888.92 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Bryant, Alicia | 11/18/2022 | C951-41 | KServicing | $3,466.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Built by Brenda, Inc | 12/1/2022 | C951-187 | KServicing | $14,000.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Canfield, Catherine | 11/23/2022 | C951-44 | KServicing | $20,833.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Carr, Jason R | 11/21/2022 | C951-36 | KServicing | $18,392.93 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Carr, Jason R | 11/25/2022 | C951-50 | KServicing | $11,600.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Christensen, Paul | 10/31/2022 | C951-18 | KServicing | $5,511.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Clemons, Carol P. | 12/1/2022 | C951-188 | KServicing | $2,480.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Clifton, Robert | 11/30/2022 | C951-173 | KServicing | $19,000.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Clutter Control, LLC | 11/30/2022 | C951-179 | KServicing | $50.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Clutter Control, LLC | 11/30/2022 | C951-178 | KServicing | $50.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Concrete Images Inc. | 11/30/2022 | C951-148 | KServicing | $51,062.34 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Coram Deo Solutions - Stephen Hinson | 11/30/2022 | C951-163 | KServicing | $8,505.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Creative Property Preservation Inc | 4/18/2023 | C951-251 | KServicing | $273,750.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Creative Property Preservation Inc | 11/29/2022 | C951-74 | KServicing | $273,750.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| D & N Sizzle LLC (Natasha Palmer) | 11/30/2022 | C951-171 | KServicing | $13,122.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| DeJuan Ford (Edward Ford Services) | 11/30/2022 | C951-161 | KServicing | $24,200.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Demeire, Katia | 11/3/2022 | C951-7 | KServicing | $21,337.46 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| DiFonso, Jessica R. | 11/18/2022 | C951-34 | KServicing | $10,708.83 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Dinish, Anthony | 11/28/2022 | C951-185 | KServicing | | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Durable Goods Inc. | 11/30/2022 | C951-150 | KServicing | $50,398.43 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| EMH of Larsen, Inc. | 11/30/2022 | C951-169 | KServicing | $46,000.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Evans, Lakina | 10/29/2022 | C951-3 | KServicing | $3,216.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |

| Name of Claimant | Claim Date Filed | Claim Number | Debtor | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Evans, Lakina | 10/29/2022 | C951-4 | KServicing | $3,216.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Everlast Construction, LLC | 11/30/2022 | C951-177 | KServicing | $8,511.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Feliz, Nicolas E | 11/8/2022 | C951-23 | KServicing | $886.49 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Foster, Kelvin | 1/23/2023 | C951-231 | KServicing | $3,000.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Garber, Lauren | 11/30/2022 | C951-153 | KServicing | $17,700.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Gaskins, Betty | 11/19/2022 | C951-35 | KServicing | $20,000.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Gaston, Jonna | 11/28/2022 | C951-94 | KServicing | $400.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| George James Mallios, PC | 12/5/2022 | C951-196 | KServicing | $209,816.08 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| George James Mallios, PC | 12/5/2022 | C951-207 | KServicing | $209,816.08 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| George James Mallios, PC | 12/10/2022 | C951-216 | KServicing | $209,816.08 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| George Pullen DBA Three Strand Designs | 11/29/2022 | C951-104 | KServicing | $21,225.03 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Gomez, Yanelys | 12/6/2022 | C951-205 | KServicing | $3,600.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Hameed, Mohammed | 11/28/2022 | C951-83 | KServicing | $4,017.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Hare, Christine L. | 11/29/2022 | C951-93 | KServicing | $4,818.77 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Hassan, Salam AL | 11/28/2022 | C951-72 | KServicing | $2,011.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Hatton Property Management Inc., d/b/a Hatton Landscape | 11/29/2022 | C951-98 | KServicing | $25,577.21 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Hesnawi, Falah | 11/28/2022 | C951-64 | KServicing | $6,212.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Hexis Consulting LLC | 11/28/2022 | C951-56 | KServicing | $5,982.81 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| HO, QUANG | 2/13/2023 | C951-235 | KServicing | $7,000.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Holden, Jennifer | 11/30/2022 | C951-160 | KServicing | $40,312.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Ibrahim, Shapol | 11/28/2022 | C951-119 | KServicing | $3,811.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| IFR Investment Inc | 11/28/2022 | C951-66 | KServicing | $2,500.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Infinite Consulting Empire, LLC | 11/30/2022 | C951-167 | KServicing | $124,308.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Ismaeel, Omar | 11/28/2022 | C951-101 | KServicing | $2,703.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Jackson, LaKecia | 11/30/2022 | C951-135 | KServicing | $1,500.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Jallette, John J | 12/17/2022 | C951-221 | KServicing | $6,795.11 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |

| Name of Claimant | Claim Date Filed | Claim Number | Debtor | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| James, LaKeysha | 1/17/2023 | C951-229 | KServicing | $12,708.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Jean, Gardy | 11/23/2022 | C951-53 | KServicing | $27,302.65 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Jennifer Pullen DBA Paramount Enterprises LLC | 11/29/2022 | C951-100 | KServicing | $21,094.36 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Johannsen, Paul | 11/29/2022 | C951-96 | KServicing | $22,039.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| John Harris Co. Inc | 11/30/2022 | C951-172 | KServicing | $16,654.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Joud Janna LLC | 11/28/2022 | C951-102 | KServicing | $3,282.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Kadada, LLC | 1/5/2023 | C951-226 | KServicing | $22,000.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Kadhum, Abbas | 11/28/2022 | C951-71 | KServicing | $1,451.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Karmic Currency Inc | 11/30/2022 | C951-157 | KServicing | $13,763.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Koenig, Tiffany | 12/1/2022 | C951-190 | KServicing | $21,022.79 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Kokah, Margaret | 2/16/2023 | C951-240 | KServicing | $45,835.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Lance Thompson / 365 SUN LLC | 11/30/2022 | C951-129 | KServicing | $12,500.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Landers, Thomas | 11/16/2022 | C951-32 | KServicing |  | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Langerman, Jack | 11/29/2022 | C951-110 | KServicing | $30,833.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| LeanCog, Inc | 11/30/2022 | C951-132 | KServicing | $77,442.78 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Lebovics, Joshua | 11/29/2022 | C951-125 | KServicing | $10,402.00 | Claimant's PPP loan has been forgiven and claimant has no monetary damages. |
| Lenoir, Ida | 1/9/2023 | C951-227 | KServicing | $4,420.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| LGA IT Solutions | 12/1/2022 | C951-181 | KServicing | $4,700.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| L'Torah, Bais Medrash | 11/29/2022 | C951-112 | KServicing | $44,611.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |
| Lupino, Gina | 11/30/2022 | C951-168 | KServicing | $4,500.00 | The SBA, not Debtor, is responsible for any Forgiveness Determination. |