# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al.*,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 10, 2025 AT 2:30 P.M. (ET)

> ** AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THIS HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT **

### ADJOURNED MATTERS:

1. KServicing Wind Down Corporation's Third (Substantive) Omnibus Objection to Proofs of Claim [PPP Borrower Claims] [Filed September 30, 2024; Docket No. 1053].

   Objection Deadline: October 28, 2024 at 4:00 p.m. (ET); extended to January 31, 2025 for Creative Property Preservation Inc.

   Responses/Objections Received:

   A. Informal response received from Built By Brenda, Inc. (Claim C951-187).

   B. Informal response received from Clutter Control, LLC (Claims C951-179 and C951-178).

   C. Informal response received from Christine Hare (Claim C951-93).

   D. Informal response received from Margaret Kokah (Claim C951-240).

   E. Informal response received from Bais Medrash L'Torah (Claim No. C951-112).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

F. Response of Creative Property Preservation Inc. to Third Omnibus Objection to Claims (Claims C951-251 and C951-74) [Filed October 30, 2024; Docket No. 1066].

G. Letter and Proof of Federal Deployment (Creative Property Preservation) [Filed November 1, 2024; Docket No. 1072].

Related Documents:

A. Notice of Submission of Proof of Claim in Connection with KServicing Wind Down Corporation's Third (Substantive) Omnibus Objection to Proofs of Claim [PPP Borrower Claims] [Filed October 10, 2024; Docket No. 1057].

B. Certification of Counsel Regarding Order Sustaining KServicing Wind Down Corporation's Third (Substantive) Omnibus Objection to Proofs of Claim [PPP Borrower Claims] [Filed October 31, 2024; Docket No. 1068].

C. Order Sustaining KServicing Wind Down Corporation's Third (Substantive) Omnibus Objection to Proofs of Claim [PPP Borrower Claims] [Entered November 1, 2024; Docket No. 1073].

D. Order Regarding Creative Property Preservation Inc.'s Response to Disallowance of Claims [Entered December 11, 2024; Docket No. 1091].

E. Certification of Counsel Regarding Order Approving Stipulation Between KServicing and Creative Property Preservation Inc. [Filed January 15, 2025; Docket No. 1105].

F. Order Approving Stipulation Between KServicing and Creative Property Preservation Inc. [Entered January 16, 2025; Docket No. 1109].

Status:  The informal responses of Build by Brenda, Inc., Margaret Kokah, and Christine Hare are resolved. The response of Creative Property Preservation has been resolved by stipulation.  The hearing on the responses of Clutter Control, LLC and Bais Medrash L'Torah are adjourned to April 1, 2025 at 10:00 a.m. (ET).  An Order has been entered by the Court sustaining the Third Omnibus Objection [Docket No. 1073], other than those continued matters.

2. KServicing Wind Down Corporation's Fourth (Substantive) Omnibus Objection to Proofs of Claim [PPP Borrower Claims] [Filed September 30, 2024; Docket No. 1054].

Objection Deadline: October 28, 2024 at 4:00 p.m. (ET).

Responses/Objections Received:

A. Informal response received from R & G Springs Co. Inc. (Claim C951-236).

B. Informal response received from Ina McGuinness for McGuinness Communications (Claim C951-176).

C. Informal response received from Michael Rischer (Claim C951-140).

D. Informal response received from Prime Painting and Finishing LLC (Claim C951-122).

E. Informal response received from Neuro Connections Occupational Therapy LLC (Claim C951-126).

F. Response of Tinton Falls Limousine, LLC to Fourth Omnibus Objection to Claims (Claim C951-183) [Filed October 23, 2024; Docket No. 1062].

G. Response of Thweatt Management Consultants to Fourth Omnibus Objection to Claims (Claim C951-77) [Filed October 28, 2024; Docket No. 1063].

H. Response of Pia Hoyt LLC to Fourth Omnibus Objection to Claims (Claim C951-97) [Filed October 28, 2024; Docket No. 1064].

Related Documents:

A. Notice of Submission of Proof of Claim in Connection with KServicing Wind Down Corporation's Fourth (Substantive) Omnibus Objection to Proofs of Claim [PPP Borrower Claims] [Filed October 10, 2024; Docket No. 1058].

B. Certification of Counsel Regarding Order Sustaining KServicing Wind Down Corporation's Fourth (Substantive) Omnibus Objection to Proofs of Claim [PPP Borrower Claims] [Filed October 31, 2024; Docket No. 1069].

C. Order Sustaining KServicing Wind Down Corporation's Fourth (Substantive) Omnibus Objection to Proofs of Claim [PPP Borrower Claims] [Entered November 1, 2024; Docket No. 1074].

D. Certification of Counsel Regarding Order Approving Stipulation Between KServicing and Ina McGuinness [Filed January 14, 2025; Docket No. 1103].

E. Certification of Counsel Regarding Order Approving Stipulation Between KServicing and Thweatt Management Consultants [Filed January 14, 2025; Docket No. 1104].

F.  Order Approving Stipulation Between KServicing and Ina McGuinness [Entered January 16, 2025; Docket No. 1107].

G.  Order Approving Stipulation Between KServicing and Thweatt Management Consultants [Entered January 16, 2025; Docket No. 1108].

H.  Certification of Counsel Regarding Order Approving Stipulation Between KServicing and Neuro Connections Occupational Therapy LLC [Filed February 6, 2025; Docket No. 1112].

I.  Order Approving Stipulation Between KServicing and Neuro Connections Occupational Therapy LLC [Entered February 10, 2025; Docket No. 1113].

Status:  The response of Michael Rischer is resolved. The responses of Neuro Connections Occupational Therapy LLC, Ina McGuinness, and Thweatt Management Consultants have been resolved by stipulation. The hearing on the responses of R & G Springs Co. Inc., Prime Painting and Finishing LLC, Tinton Falls Limousine, LLC, and Pia Hoyt LLC are adjourned to April 1, 2025 at 10:00 a.m. (ET).  An Order has been entered by the Court sustaining the Fourth Omnibus Objection [Docket No. 1074], other than those continued matters.

*[Signature Page to Follow]*

| | |
|---|---|
| Dated: March 6, 2025 | **MORRIS JAMES LLP** |

*/s/ Brya M. Keilson*
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Tara C. Pakrouh (DE Bar No. 6192)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
         bkeilson@morrisjames.com
         tpakrouh@morrisjames.com

and

**PERKINS COIE LLP**
Bradley A. Cosman (admitted *pro hac vice*)
Kathleen Allare (admitted *pro hac vice*)
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
E-mail: BCosman@perkinscoie.com
         KAllare@perkinscoie.com

and

John D. Penn (admitted *pro hac vice*)
500 North Akard Street, Suite 3300
Dallas, Texas 75201-3347
Telephone: (214) 965-7700
Facsimile: (214) 965-7799
E-mail: JPenn@perkinscoie.com

*Counsel to the Post-Confirmation Debtors, operating as the Wind Down Estates*