# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al.*,[1] | Case No. 22-10951 (CTG) <br> (Jointly Administered) |
| Post-Confirmation Debtors. | Re: Docket No. 1053, 1054 |

## ORDER APPROVING THE SATISFACTION OF AND DISALLOWING CLAIM 112 AND CLAIM 122 AS SATISFIED

Upon the certification of counsel regarding the *Certification of Counsel Regarding the Satisfaction of Claim 112 and Claim 122* submitted by counsel for KServicing Wind Down Corporation ("KServicing WD") and its affiliates, as successors to Kabbage, Inc. d/b/a KServicing ("KServicing"); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this Chapter 11 Case in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that sufficient notice has been given; and after due deliberation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Third Claim Objection as to Claim No. 112 is sustained, Claim No. 112 has been reduced and the reduced amount has been satisfied.

2. The Fourth Claim Objection as to Claim No. 122 is sustained, Claim No. 122 has been reduced and the reduced amount has been satisfied.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309.

17265772/4

2

3. The Debtors and their claims and noticing agent are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order, including updating the claims register to reflect the relief granted herein.

4. The Court shall retain jurisdiction over the Parties hereto with respect to this Order including, without limitation, for the purposes of interpreting, implementing, and enforcing its terms.

5. Notwithstanding anything to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: July 8th, 2025
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**