# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al*.,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |
| | **Re: Docket No. 1156** |

### ORDER GRANTING KSERVICING WIND DOWN CORP'S (NON-SUBSTANTIVE) OBJECTION TO GOOGLE LLC'S PROOF OF CLAIM NO. 128

The Court has considered *KServicing Wind Down Corp's (Non-Substantive) Objection to Google LLC's Proof of Claim No. 128* ("**Objection**"); the Court having reviewed the Objection; the Court having reviewed the Foster Declaration[2]; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of the Objection and of the hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Objection to the Google Claim is SUSTAINED.

---

[1] The post-confirmation debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, as applicable, are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is KServicing Wind Down Corp. c/o Resolute Commercial Services, 6750 E. Camelback Road, Suite 103, Scottsdale, AZ 85251.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objection.

- 2 -

2. The Google Claim is reduced to exclude those invoices addressed to a non-debtor entity.

3. The Google Claim is allowed as a general unsecured claim in the amount of $90,000.

4. Stretto, KServicing WD's noticing and claims agent, is authorized to update the Claims Register to reflect the relief granted in this Order.

5. The Wind Down Officer, the Claims Agent, and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: July 8th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**