# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al.*,[1] | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors. | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS OF MORRIS JAMES LLP

**PLEASE TAKE NOTICE** that as of September 8, 2025, the mailing address of Morris James LLP ("Morris James"), counsel for KServicing Wind Down Corporation ("KServicing WD") and its affiliates, as successors to Kabbage, Inc. d/b/a KServicing ("KServicing"), has changed to:

**Morris James LLP**
**3205 Avenue North Blvd., Suite 100**
**Wilmington, DE 19803**

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Morris James' new office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Morris James are to be directed to the new address.

---

[1] The post-confirmation Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is KServicing Wind Down Corp. c/o Resolute Commercial Services, 6750 E. Camelback Road, Suite 103, Scottsdale, AZ 85251.

17515580/1

Dated: September 11, 2025              **MORRIS JAMES LLP**

<div style="margin-left: 50%;">

*/s/ Eric J. Monzo*
Carl N. Kunz, III (DE Bar No. 3201)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
Tara C. Pakrouh (DE Bar No. 6192)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
         emonzo@morrisjames.com
         bkeilson@morrisjames.com
         tpakrouh@morrisjames.com

*Counsel to the Post-Confirmation Debtors, operating as the Wind Down Estates*

</div>