**Schedule 1**
**No Liability Claims**

17619517/13

| Claimant | Claim Date Filed | Claim Number | Debtor & Case No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Bhambani, Oneal<br>Address on file | 11/29/2022 | 85 | Kabbage, Inc. d/b/a KServicing<br>22-10951 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |
| Douglas, James<br>Address on file | 11/29/2022 | 3 | Kabbage Diameter, LLC<br>22-10956 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |
| Douglas, James<br>Address on file | 11/29/2022 | 92 | Kabbage, Inc. d/b/a Kservicing<br>22-10951 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |
| Goldberg, Laura<br>Address on file | 11/30/2022 | 130 | Kabbage, Inc. d/b/a Kservicing<br>22-10951 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |
| Jain, Deepesh<br>Address on file | 11/30/2022 | 5 | Kabbage Asset Funding 2017-A, LLC<br>22-10954 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |
| Jain, Deepesh<br>Address on file | 11/30/2022 | 7 | Kabbage Asset Funding 2019-A, LLC<br>22-10955 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |
| Jain, Deepesh<br>Address on file | 11/30/2022 | 127 | Kabbage, Inc. d/b/a Kservicing<br>22-10951 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |
| McGowan, David<br>Address on file | 11/29/2022 | 89 | Kabbage, Inc. d/b/a Kservicing<br>22-10951 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |
| Mendel, Rebecca<br>Address on file | 11/29/2022 | 111 | Kabbage, Inc. d/b/a Kservicing<br>22-10951 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |
| Zimmerman, Amy<br>Address on file | 11/29/2022 | 114 | Kabbage, Inc. d/b/a Kservicing<br>22-10951 | Unknown/Unliquidated<br>General Unsecured | Claims must be disallowed for no liability because indemnification shall be rejected as of the Effective Date pursuant to Section 8.5 of the Plan and related sections. |

176291383