**Schedule 2**
**Unliquidated Claims**

17619517/13

| Claimant | Claim Date Filed | Claim Number | Debtor & Case No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Bhambani, Oneal Address on file | 11/29/2022 | 85 | Kabbage, Inc. d/b/a KServicing 22-10951 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |
| Douglas, James Address on file | 11/29/2022 | 3 | Kabbage Diameter, LLC 22-10956 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |
| Douglas, James Address on file | 11/29/2022 | 92 | Kabbage, Inc. d/b/a Kservicing 22-10951 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |
| Goldberg, Laura Address on file | 11/30/2022 | 130 | Kabbage, Inc. d/b/a Kservicing 22-10951 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |
| Jain, Deepesh Address on file | 11/30/2022 | 5 | Kabbage Asset Funding 2017-A, LLC 22-10954 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |
| Jain, Deepesh Address on file | 11/30/2022 | 7 | Kabbage Asset Funding 2019-A, LLC 22-10955 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |
| Jain, Deepesh Address on file | 11/30/2022 | 127 | Kabbage, Inc. d/b/a Kservicing 22-10951 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |
| McGowan, David Address on file | 11/29/2022 | 89 | Kabbage, Inc. d/b/a Kservicing 22-10951 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |
| Mendel, Rebecca Address on file | 11/29/2022 | 111 | Kabbage, Inc. d/b/a Kservicing 22-10951 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |
| Zimmerman, Amy Address on file | 11/29/2022 | 114 | Kabbage, Inc. d/b/a Kservicing 22-10951 | Unknown/Unliquidated General Unsecured | Claim asserts a contingent, unliquidated amount and lacks sufficient information to determine value. |