UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re: Kabbage, Inc. d/b/a KServicing Wind Down Corp.

Debtor(s)

Case No. 22-10951

Lead Case No. 22-10951

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2025

Petition Date: 10/03/2022

Plan Confirmed Date: 03/15/2023

Plan Effective Date: 06/20/2023

This Post-confirmation Report relates to:  ● Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Brya M. Keilson
Signature of Responsible Party

01/16/2026
Date

Brya M. Keilson
Printed Name of Responsible Party

Morris James LLP
3205 Avenue North Blvd., Ste. 100
Wilmington, DE 19803
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

1

Debtor's Name Kabbage, Inc. d/b/a KServicing Wind Down Corp.                                    Case No. 22-10951

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $859,052 | $15,661,185 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $859,052 | $15,661,185 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $18,639,232 | $0 | $18,639,232 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | AlixPartners LLP | Financial Professional | $0 | $4,195,285 | $0 | $4,195,285 |
| ii | | Omni Agent Solutions | Other | $0 | $1,222,414 | $0 | $1,222,414 |
| iii | | Richards Layton & Finger, P.A | Local Counsel | $0 | $2,128,521 | $0 | $2,128,521 |
| iv | | Weil, Gotshal & Manges LLP | Lead Counsel | $0 | $11,093,012 | $0 | $11,093,012 |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |
| xv | | | | | | | |
| xvi | | | | | | | |
| xvii | | | | | | | |
| xviii | | | | | | | |
| xix | | | | | | | |
| xx | | | | | | | |
| xxi | | | | | | | |
| xxii | | | | | | | |
| xxiii | | | | | | | |
| xxiv | | | | | | | |
| xxv | | | | | | | |
| xxvi | | | | | | | |
| xxvii | | | | | | | |
| xxviii | | | | | | | |
| xxix | | | | | | | |

Debtor's Name Kabbage, Inc. d/b/a KServicing Wind Down Corp.                Case No. 22-10951

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxviii |  |  |  |  |  |  |
| xxxix |  |  |  |  |  |  |
| xl |  |  |  |  |  |  |
| xli |  |  |  |  |  |  |
| xlii |  |  |  |  |  |  |
| xliii |  |  |  |  |  |  |
| xliv |  |  |  |  |  |  |
| xlv |  |  |  |  |  |  |
| xlvi |  |  |  |  |  |  |
| xlvii |  |  |  |  |  |  |
| xlviii |  |  |  |  |  |  |
| xlix |  |  |  |  |  |  |
| l |  |  |  |  |  |  |
| li |  |  |  |  |  |  |
| lii |  |  |  |  |  |  |
| liii |  |  |  |  |  |  |
| liv |  |  |  |  |  |  |
| lv |  |  |  |  |  |  |
| lvi |  |  |  |  |  |  |
| lvii |  |  |  |  |  |  |
| lviii |  |  |  |  |  |  |
| lix |  |  |  |  |  |  |
| lx |  |  |  |  |  |  |
| lxi |  |  |  |  |  |  |
| lxii |  |  |  |  |  |  |
| lxiii |  |  |  |  |  |  |
| lxiv |  |  |  |  |  |  |
| lxv |  |  |  |  |  |  |
| lxvi |  |  |  |  |  |  |
| lxvii |  |  |  |  |  |  |
| lxviii |  |  |  |  |  |  |
| lxix |  |  |  |  |  |  |
| lxx |  |  |  |  |  |  |
| lxxi |  |  |  |  |  |  |

Case 22-10951-CTG    Doc 1197    Filed 01/16/26    Page 4 of 10

Debtor's Name Kabbage, Inc. d/b/a KServicing Wind Down Corp.                    Case No. 22-10951

| | | |
|---|---|---|
| lxxii | | |
| lxxiii | | |
| lxxiv | | |
| lxxv | | |
| lxxvi | | |
| lxxvii | | |
| lxxviii | | |
| lxxix | | |
| lxxx | | |
| lxxxi | | |
| lxxxii | | |
| lxxxiii | | |
| lxxxiv | | |
| lxxxv | | |
| lxxxvi | | |
| lxxxvii | | |
| lxxxvii | | |
| lxxxix | | |
| xc | | |
| xci | | |
| xcii | | |
| xciii | | |
| xciv | | |
| xcv | | |
| xcvi | | |
| xcvii | | |
| xcviii | | |
| xcix | | |
| c | | |
| ci | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,343,928 | $0 | $1,343,928 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Dentons US LLP | Special Counsel | $0 | $225,594 | $0 | $225,594 |
| | ii | GREENBERG TRAURIG, LLP | Special Counsel | $0 | $476,307 | $0 | $476,307 |
| | iii | Jones Day | Special Counsel | $0 | $572,179 | $0 | $572,179 |
| | iv | Alston & Bird LLP | Special Counsel | $0 | $29,965 | $0 | $29,965 |
| | v | Jamila Hall Law LLC | Special Counsel | $0 | $39,883 | $0 | $39,883 |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)                    4

Debtor's Name Kabbage, Inc. d/b/a KServicing Wind Down Corp.                                    Case No. 22-10951

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)                                    5

Debtor's Name Kabbage, Inc. d/b/a KServicing Wind Down Corp.                             Case No.  22-10951

|   |          |   |   |   |   |   |   |
|---|----------|---|---|---|---|---|---|
|   | xlix     |   |   |   |   |   |   |
|   | l        |   |   |   |   |   |   |
|   | li       |   |   |   |   |   |   |
|   | lii      |   |   |   |   |   |   |
|   | liii     |   |   |   |   |   |   |
|   | liv      |   |   |   |   |   |   |
|   | lv       |   |   |   |   |   |   |
|   | lvi      |   |   |   |   |   |   |
|   | lvii     |   |   |   |   |   |   |
|   | lviii    |   |   |   |   |   |   |
|   | lix      |   |   |   |   |   |   |
|   | lx       |   |   |   |   |   |   |
|   | lxi      |   |   |   |   |   |   |
|   | lxii     |   |   |   |   |   |   |
|   | lxiii    |   |   |   |   |   |   |
|   | lxiv     |   |   |   |   |   |   |
|   | lxv      |   |   |   |   |   |   |
|   | lxvi     |   |   |   |   |   |   |
|   | lxvii    |   |   |   |   |   |   |
|   | lxviii   |   |   |   |   |   |   |
|   | lxix     |   |   |   |   |   |   |
|   | lxx      |   |   |   |   |   |   |
|   | lxxi     |   |   |   |   |   |   |
|   | lxxii    |   |   |   |   |   |   |
|   | lxxiii   |   |   |   |   |   |   |
|   | lxxiv    |   |   |   |   |   |   |
|   | lxxv     |   |   |   |   |   |   |
|   | lxxvi    |   |   |   |   |   |   |
|   | lxxvii   |   |   |   |   |   |   |
|   | lxxviii  |   |   |   |   |   |   |
|   | lxxix    |   |   |   |   |   |   |
|   | lxxx     |   |   |   |   |   |   |
|   | lxxxi    |   |   |   |   |   |   |
|   | lxxxii   |   |   |   |   |   |   |
|   | lxxxiii  |   |   |   |   |   |   |
|   | lxxxiv   |   |   |   |   |   |   |
|   | lxxxv    |   |   |   |   |   |   |
|   | lxxxvi   |   |   |   |   |   |   |
|   | lxxxvii  |   |   |   |   |   |   |
|   | lxxxviii |   |   |   |   |   |   |
|   | lxxxix   |   |   |   |   |   |   |
|   | xc       |   |   |   |   |   |   |

Debtor's Name Kabbage, Inc. d/b/a KServicing Wind Down Corp.   Case No. 22-10951

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xci |   |   |   |   |   |   |
| xcii |   |   |   |   |   |   |
| xciii |   |   |   |   |   |   |
| xciv |   |   |   |   |   |   |
| xcv |   |   |   |   |   |   |
| xcvi |   |   |   |   |   |   |
| xcvii |   |   |   |   |   |   |
| xcviii |   |   |   |   |   |   |
| xcix |   |   |   |   |   |   |
| c |   |   |   |   |   |   |
| ci |   |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $38,000 | $38,000 | 100% |
| b. Secured claims | $0 | $0 | $0 | $25,155,720 | 0% |
| c. Priority claims | $0 | $0 | $0 | $8,946 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $246,770,917 | 0% |
| e. Equity interests | $0 | $0 | $0 |   |   |

**Part 4: Questionnaire**

a. Is this a final report?   Yes ◯   No ⊙
  If yes, give date Final Decree was entered: _____
  If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⊙   No ◯

Debtor's Name Kabbage, Inc. d/b/a KServicing Wind Down Corp.                Case No. 22-10951

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Jeremiah Foster                                         Jeremiah Foster
Signature of Responsible Party                              Printed Name of Responsible Party

Wind Down Officer                                           01/16/2026
Title                                                       Date

Debtor's Name Kabbage, Inc. d/b/a KServicing Wind Down Corp.                                Case No.  22-10951


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                9

Debtor's Name Kabbage, Inc. d/b/a KServicing Wind Down Corp.                      Case No.  22-10951


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                            10