**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| KServicing Wind Down Corp., *et al.*[1], | Case No. 22-10951 (CTG) |
| Post-Confirmation Debtors | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases[2].

On January 20, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Submission of Proofs of Claim in Connection with Kservicing Wind Down Corporation's Fifth (Substantive) Omnibus Objection to Certain (I) No Liability Claims, and (II) Unliquidated Claims** (Docket No. 1190)

Furthermore, on January 20, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **Order Sustaining Kservicing Wind Down Corporation's Fifth (Substantive) Omnibus Objection to Certain M(I) No Liability Claims, and (II) Unliquidated Claims** (Docket No. 1192)

Dated: January 26, 2026

_____
Pauline Aragon

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 26th day of January, 2026 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable are: KServicing Wind Down Corp. (f/k/a Kabbage, Inc. d/b/a KServicing) (3937); KServicing Wind Down Canada Holdings LLC (f/k/a Kabbage Canada Holdings, LLC) (N/A); KServicing Wind Down Asset Securitization LLC (f/k/a Kabbage Asset Securitization LLC) (N/A); KServicing Wind Down Asset Funding 2017-A LLC (f/k/a Kabbage Asset Funding 2017-A LLC) (4803); KServicing Wind Down Asset Funding 2019-A LLC (f/k/a Kabbage Asset Funding 2019-A LLC) (8973); and KServicing Wind Down Diameter LLC (f/k/a Kabbage Diameter, LLC) (N/A). The Debtors' mailing and service address is 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309

[2] Effective July 26, 2023, Stretto, Inc. has been employed by the Post-Confirmation Debtors.

# <u>Exhibit A</u>



### Exhibit A
Served via First-Class Mail

| Creditor Name | Address |
|---|---|
| David McGowan | Address Redacted |
| James Douglas | Address Redacted |

In re: KServicing WInd-Down Corp., et al.
Case No. 22-10951

Page 1 of 1

# Exhibit B



**Exhibit B**
Served via First-Class Mail

| Creditor Name | Address |
|---|---|
| David McGowan | Address Redacted |
| James Douglas | Address Redacted |

In re: KServicing WInd-Down Corp., et al.
Case No. 22-10951

Page 1 of 1